IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHARMACIA & UPJOHN COMPANY,    )
    )
    Plaintiff,    )
    )
    v.    )
    )    Civil Action No. 04-833 (KAJ)
SICOR INC. AND SICOR    )
PHARMACEUTICALS, INC.,    )
    )
    Defendants.    )

## ORDER

At Wilmington this **11th** day of **March, 2005,**

IT IS ORDERED that the discovery dispute teleconference scheduled for

**March 18, 2005 at 4:30 p.m.** is hereby rescheduled for **March 17, 2005 at 4:30 p.m.**

**Counsel for Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are

reminded of their obligation to inform their out-of-state co-counsel of this Order.

UNITED STATES DISTRICT JUDGE