IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SICOR INC. AND SICOR PHARMACEUTICALS, INC.,<br><br><br>Defendants. | Civil Action No. 04-833 (KAJ) |

## NOTICE OF DEPOSITION OF INVENTORS OF PATENT-IN-SUIT

PLEASE TAKE NOTICE that pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Sicor, Inc. will take the deposition of the following witnesses on the following dates:

| | NAME | DATE |
|---|---|---|
| 1. | Gaetano Gatti | May 23, 2005 |
| 2. | Carlo Confalonieri | May 24, 2005 |
| 3. | Diego Oldani | May 25, 2005 |
| 4. | Luciano Gambini | May 26, 2005 |
| 5. | Roberto DePonti | May 27, 2005 |
| 6. | Giuseppe Bottoni | May 27, 2005 |

at 10:00 a.m. (Eastern) in the offices of Ashby & Geddes, 222 Delaware Avenue, 17th Floor, Wilmington, DE 19899. The deposition will be recorded stenographically and/or by videotape, before a Notary Public or other officer authorized to administer oaths. The deposition shall

17474389\V-1

continue from day to day until completed, with such adjournments as to time and place as may be necessary. You are invited to attend and examine the witnesses.

New York, New York
Dated: April 22, 2005

                                              ASHBY & GEDDES

                                              /s/
                                              Steven J. Balick (ID# 2114)
                                              John G. Day (ID# 2403)
                                              222 Delaware Avenue, 17th Floor
                                              P.O. Box 1150
                                              Wilmington, DE 19899
                                              (302) 654-1888
                                              sbalick@ashby-geddes.com
                                              jday@ashby-geddes.com

                                              *Attorneys for Sicor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2005, the attached **NOTICE OF DEPOSITION OF INVENTORS OF PATENT-IN-SUIT** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 | <u>HAND DELIVERY</u> |
| Joshua R. Rich, Esquire<br>McDonnell Boehnen Hulbert & Berghoff<br>300 South Wacker Drive<br>Suite 3200<br>Chicago, IL 60606 | <u>VIA FEDERAL EXPRESS</u> |

/s/ *John G. Day*
John G. Day