# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

June 16, 2005

The Honorable Kent A. Jordan  <u>VIA ELECTRONIC FILING</u>
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    Pharmacia & Upjohn Company v. Sicor Inc. and Sicor Pharmaceuticals Inc.
             C.A. No. 04-833-KAJ

Dear Judge Jordan:

      In connection with the discovery status conference that is scheduled at 4:30 p.m. this afternoon in the above action, Sicor submits the attached correspondence among the parties, which relates to the issue concerning depositions of foreign inventors.

                                 Respectfully,

                                 /s/ *John G. Day*

                               John G. Day (I.D. #2403)

JGD: nml
158584.1

    cc:    Clerk of the Court (by hand)
            Maryellen Noreika, Esquire (by hand)
            Reid L. Ashinoff, Esquire (via email)
            Daniel A. Boehnen, Esquire (via email)