# EXHIBIT 1



McDonnell Boehnen Hulbert & Berghoff LLP

# Fax transmittal

| | | | |
|---|---|---|---|
| **To** | Brian T. Moriarty | **Date** | May 3, 2005 |
| **Company** | Sonnenschein Nath & Rosenthal LLP | **From** | Joshua R. Rich |
| **Fax** | 212.768.6800 | **Direct** | 312 913 2133 |
| **Phone** | | **Email** | rich@mbhb.com |
| **Copy To** | | **C/M** | 1144/2 |
| **Pages, with cover** | 3 | | |
| **Re** | Pharmacia & Upjohn Company v. Sicor Inc. | | |
| | Civil Action No. 04-833 | | |
| | U.S. District Court for the District of Delaware | | |

300 South Wacker Drive
Chicago, Illinois 60606-6709
www.mbhb.com

312 913 0001 phone
312 913 0002 fax

This transmittal is strictly for delivery only to the person listed above. It may contain confidential or privileged information, the disclosure of which is prohibited.

Please contact us if all pages are not received. If you received this fax in error, please contact us to arrange for return of the document.

 **McDonnell Boehnen Hulbert & Berghoff LLP**

300 South Wacker Drive    312 913 0001 phone
Chicago, Illinois 60606-6709    312 913 0002 fax
www.mbhb.com

May 3, 2005

Sent Via Facsimile (212) 768-6800

Brian T. Moriarty
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York 10020

Re:    *Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc.*
       Civil Action No. 04-833
       U S. District Court for the District of Delaware

Dear Brian:

We were surprised to receive deposition notices for the inventors of the subject matter of the '285 patent, especially in light of your April 22, 2005 letter requesting a telephone conference yesterday or today regarding the depositions. Sending formal notices in the face of your request to discuss them first is scarcely the sort of cooperation Judge Jordan has sought to encourage.

As a point of clarification, your letter inaccurately states that we told you that we represent all of the inventors in relation to this case. We have represented all of them at various times, but they vary in their willingness to participate in this case. We currently represent Drs. DePonti, Gambini, and Gatti in their personal capacities in relation to this case; should Drs. Bottoni, Confalonieri, and Oldani be required to testify, we anticipate that they will ask us to represent them.

You inquired regarding the relationship between the inventors and Pharmacia & Upjohn Company LLC. None of the inventors is now employed by Pharmacia & Upjohn or any other Pfizer company; it is our understanding that several of them are completely retired. That is, none of the inventors is a "party" such that his deposition could be compelled by a deposition notice. Nonetheless, we are working to try to facilitate the depositions. We believe that Drs. DePonti, Gambini, and Gatti will appear voluntarily, but in Italy. Further, it will likely be helpful to have a translator available for the depositions, as all three witnesses are native speakers of Italian. We will keep you informed as we obtain more information.

Please feel free to contact me if you have any questions.

Very truly yours,

Joshua R. Rich
312 913 2133
rich@mbhb.com

cc:     John G. Day
        Maryellen Noreika

McDonnell Boehnen Hulbert & Berghoff LLP     Brian T. Moriarty          2          May 3, 2005

PAGE 3/3 * RCVD AT 5/3/2005 3:19:14 PM [Central Daylight Time] * SVR:CHI2KRF01/20 * DNIS:4777 * CSID:312 913 0002 * DURATION (mm-ss):00-54

# EXHIBIT 2

# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

**Brian T. Moriarty**
212 398 5760
bmoriarty@sonnenschein.com

1221 Avenue of the Americas
New York, NY 10020
212.768.6700       *Chicago*
212.768.6800 fax  *Kansas City*
www.sonnenschein.com  *Los Angeles*
*New York*
*San Francisco*
*Short Hills, N.J.*
*St. Louis*
*Washington, D.C.*
*West Palm Beach*

May 13, 2005

VIA FACSIMILE

Joshua R. Rich, Esq.
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606-6709

Re:    Pharmacia & Upjohn Co. v. Sicor
       04 Civ 833 (KAJ)

Dear Joshua:

Thank you for your letter of May 3, 2005.

We will agree to adjourn the deposition notices for the inventors until we can agree on acceptable dates and locations.

While your letter stated that none of the inventors are "employed" by Pharmacia, you we not clear about whether there was any current relationship between Pharmacia and the inventors. We have the distinct impression from your letter -- e.g., that you do or will represent each of the inventors -- that each of the inventors has some continuing cooperative relationship with Pharmacia and that some or all of the inventors are working with Pharmacia or your law firm on this case. Please let us know if there is any current relationship between any of the inventors and Pharmacia.

With respect to Drs. DePonti, Gambini and Gatti, thank you for offering to allow these witnesses to be deposed in Italy. Please confirm that these witnesses will be made available in Italy and please provide us with proposed dates for those depositions. We anticipate that we will need one day (seven hours) for each witness. We will supply the translator. We can either take the deposition at a place of your choosing, or we can arrange for a location. Let us know which approach you prefer.

We also need to take the deposition of Drs. Confalonieri, Oldani and Bottini. We are particularly interested in taking Dr. Confalonieri's deposition. He submitted numerous declarations to the USPTO and is an important witness for our case. We see from the documents that Pharmacia produced that Dr. Confalonieri has apparently voluntarily given deposition testimony for Pharmacia in a Canadian patent litigation relating to an anthracycline glycoside product. It short, it is critical that Sicor be given the opportunity to take the pre-trial deposition of Dr. Confalonieri, as well as the other inventors. We would be happy to take these depositions in Italy as well. Please let us know if and when these witness will be amenable to a deposition. If they are not available, we would like an explanation.

# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

Joshua R. Rich
McDonnell Boehnen Hulbert & Berghoff LLP
May 13, 2005
Page 2


We would appreciate your response to this letter by May 20, 2005.

Sincerely,

Brian T. Moriarty

cc:    John Day, Esq.
       Daniel Boehnen, Esq.
       Steven J. Balick, Esq.
       Maryellen Noreika, Esq.

17477026\V-1

# EXHIBIT 3



McDonnell Boehnen Hulbert & Berghoff LLP

# Fax transmittal

| | | | |
|---|---|---|---|
| To | Brian T. Moriarty | Date | May 20, 2005 |
| Company | Sonnenschein Nath & Rosenthal LLP | From | Joshua R. Rich |
| Fax | 212.768.6800 | Direct | 312 913 2133 |
| Phone | | Email | rich@mbhb.com |
| Copy To | | C/M | 1144/2 |
| Pages, with cover | 3 | | |
| Re | Pharmacia & Upjohn Company v. Sicor Inc. | | |
| | Civil Action No. 04-833 | | |
| | U.S. District Court for the District of Delaware | | |

300 South Wacker Drive
Chicago, Illinois 60606-6709
www.mbhb.com

312 913 0001 phone
312 913 0002 fax

This transmittal is strictly for delivery only to the person listed above. It may contain confidential or privileged information, the disclosure of which is prohibited.

Please contact us if all pages are not received. If you received this fax in error, please contact us to arrange for return of the document.



**McDonnell Boehnen Hulbert & Berghoff LLP**

300 South Wacker Drive    312 913 0001 phone
Chicago, Illinois 60606-6709   312 913 0002 fax
www.mbhb.com

May 20, 2005

Sent Via Facsimile (212) 768-6800

Brian T. Moriarty
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York 10020

Re:    *Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc.*
      Civil Action No. 04-833
      U.S. District Court for the District of Delaware

Dear Brian:

Thanks for your letter of May 13, 2005 regarding the depositions of the inventors of the '285 patent. You inquired into numerous points regarding the status of the inventors.

None of the inventors is employed by or has a direct relationship with Pharmacia. Three of the inventors (Drs. De Ponti, Gambini, and Gatti) have asked MBHB to represent them in relation to this case. They therefore are working with us on this case.

We understand that you also wish to depose Drs. Confalonieri, Oldani, and Bottoni. We are trying to facilitate those depositions to the extent we are able to do so. However, none of the three has any direct relationship with Pharmacia.

You noted that Dr. Confalonieri testified in earlier Canadian litigation, but Dr. Confalonieri was a Pharmacia employee at the time of that deposition. He is now fully retired, and, as you might imagine, he has expressed a strong desire to avoid further involvement in any litigation. Thus, while we are using the tools of persuasion at our disposal, we may not be able to get Dr. Confalonieri to testify voluntarily.

As to Drs. Oldani and Bottoni, we are still trying to reach them, and are making progress in tracking them down. We hope to have more specific information for you within the next few days.

Please feel free to contact me if you have any questions.

Very truly yours,

Joshua R. Rich
312 913 2133
rich@mbhb.com

cc:     John G. Day
        Maryellen Noreika

McDonnell Boehnen Hulbert & Berghoff LLP     Brian T. Moriarty     2     May 20, 2005

PAGE 3/3 * RCVD AT 5/20/2005 9:37:54 AM [Central Daylight Time] * SVR:CHI2KRF01/21 * DNIS:4777 * CSID:3129130002 * DURATION (mm-ss):01-00

# EXHIBIT 4

JUN-07-05  16:08  From:MCDONNELL BOEHNEN HULBERT & BERGHOFF        3129130002        T-127  P.01/01  Job-769

 **mbhb**  McDonnell Boehnen Hulbert & Berghoff LLP        300 South Wacker Drive    312 913 0001 phone
                                                                    Chicago, Illinois 60606-6709    312 913 0002 fax
                                                                    www.mbhb.com

June 7, 2005

Sent Via Facsimile (212) 768-6800

Brian T. Moriarty
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York 10020

Re:    *Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc.*
       Civil Action No. 04-833
       U.S. District Court for the District of Delaware

Dear Brian:

We write to update you on the status of our attempts to secure the named inventors on the
patent-in-suit for deposition. We believe that Drs. DePonti, Gambini, and Gatti will be
available during the week of July 11-15, 2005 and that Dr. Bottoni will be available later in
July. However, Dr. Confalonieri has again made it clear that he does not wish to participate
in the litigation whatsoever. He has been retired for five years and Pharmacia therefore
cannot compel him to appear for a deposition.

We hope this information assists your preparation of Sicor's case. Please feel free to
contact us if you have any questions.

Very truly yours,

Joshua R. Rich
312 913 2133
rich@mbhb.com