IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 04-833 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PHARMACIA'S MOTION TO STRIKE DEFENDANTS' INEQUITABLE CONDUCT AFFIRMATIVE DEFENSE AND DISMISS DEFENDANTS' INEQUITABLE CONDUCT COUNTERCLAIM COUNT

Plaintiff Pharmacia & Upjohn Company, LLC ("Pharmacia") moves under Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure to strike and dismiss the inequitable conduct affirmative defense and counterclaim count asserted by Defendants Sicor Inc. and SICOR Pharmaceuticals, Inc. (collectively "Sicor"). As set forth in detail Pharmacia's Opening Brief in support of its motion, Sicor has failed to identify who it accuses of inequitable conduct with the specificity required under Rule 9(b) of the Federal Rules of Civil Procedure and has failed to identify any act that would constitute inequitable conduct under the governing law and rules.

2

WHEREFORE, Pharmacia respectfully requests that Sicor's inequitable conduct affirmative defense be stricken and Sicor's inequitable conduct counterclaim count be dismissed.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Maryellen Noreika
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
(302) 658-9200
mnoreika@mnat.com
   *Attorneys for Pharmacia & Upjohn Company, LLC*

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
McDONNELL BOEHNEN
  HULBERT & BERGHOFF LLP
300 S. Wacker Drive
Chicago, Illinois 60606
(312) 913-0001

June 17, 2005

# CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on June 17th, 2005 I electronically filed Pharmacia's Motion To Strike Defendants' Inequitable Conduct Affirmative Defense And Dismiss Defendants' Inequitable Conduct Counterclaim Count with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>ASHBY & GEDDES

I also certify that copies were caused to be served on June 17th, 2005 upon the following in the manner indicated:

**BY HAND**
Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE  19801

**BY FEDERAL EXPRESS**
Reid L. Ashinoff, Esquire
Brian T. Moriarty, Esquire
William J. Sipio, Esquire
David R. Baum, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY  10020

/s/ Maryellen Noreika
Maryellen Noreika (#3208)
Morris, Nichols, Arsht & Tunnell
(302) 658-9200
mnoreika@mnat.com