IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 04-833 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**PHARMACIA'S NOTICE OF FILING TO COMPLETE THE RECORD**

On June 16th, Sicor's counsel sent the Court a collection of letters dealing with discovery issues that Sicor raised discussed during the recent status conference. However Sicor omitted plaintiff's most recent (and key) letter dealing with the topic. For completeness of the record, plaintiff hereby submits (as Exhibit A, hereto) a copy of a fax letter transmitted by Joshua Rich to Brian Moriarity on June 15th, 2005.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Maryellen Noreika*
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
mnoreika@mnat.com
   *Attorneys for Plaintiff*
   *Pharmacia & Upjohn Company, LLC*

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
MCDONNELL BOEHNEN, HULBERT
  & BERGHOFF LLP
300 S. Wacker Drive
Chicago, Illinois 60606
(312) 913-0001

June 17, 2005

# EXHIBIT A



**McDonnell Boehnen Hulbert & Berghoff LLP**

300 South Wacker Drive  
Chicago, Illinois 60606-6709  
www.mbhb.com

312 913 0001 phone  
312 913 0002 fax

June 15, 2005

Sent Via Facsimile (212) 768-6800

Brian T. Moriarty  
Sonnenschein Nath & Rosenthal LLP  
1221 Avenue of the Americas  
New York, New York 10020

Re:   Pharmacia & Upjohn Company LLC v. Sicor et al.  
      U.S. District Court for the District of Delaware (C.A. No. 04-883)

Dear Brian:

We write regarding depositions of the Italian inventors. As you know, we have been working with some of the inventors to expedite your ability to get evidence from them. We have been able to secure the cooperation of Drs. Bottoni, DePonti, Gambini, and Gatti in this regard. We are continuing to try to locate Dr. Oldani for this same purpose, and we are optimistic that we will be able to do so. With regard to Dr. Confalonieri, we believe that we can be of no further assistance, and Sicor must avail itself of whatever procedures are available to it if it wishes to compel his evidence.

Dr. DePonti has now agreed to appear in Milan for a U.S. style deposition under the Federal Rules of Civil Procedure wherein Sicor can ask its own questions, provided that you agree to keep the questions confined to factual issues, not expert testimony. We will help you locate a conference room and court reporter if you wish. In addition, although Dr. DePonti's English is reasonably good, he reserves the right to have the questions and his answers translated into Italian. He is available during the week of July 11, 2005; we believe that July 12 or 13 would be favored. As you requested, we inquired into his availability during the week of July 18, 2005, but he already has appointments scheduled on each day of that week.

Drs. Bottoni, Gambini, and Gatti have agreed to appear voluntarily to provide evidence for the case, subject to scheduling constraints and a reservation of any rights to confine their interrogation that they may have under the Hague Convention and Italian law. That is, they are willing to cooperate by expediting the process as much as possible, enabling Sicor to avoid the lengthy procedural steps and channels required by the Hague Convention. However, they reserve their right to require that the actual event of evidence collection will be conducted in accord with the procedures and scope that is normally employed for collecting legal evidence in Italy.

After consulting with Italian counsel, we believe that the most expeditious approach to implement this approach is as follows:

- All questions for the witness, including both Sicor's questions and any cross-examination questions that plaintiff may propound, need to be set forth in writing in advance of the examination.

- Sicor and P&U will jointly petition the Italian appellate court for appointment of a commissioner for the taking of evidence. We are available to provide names of potential commissioners, and we understand that agreement of the parties will expedite the granting of such requests.

- Once appointed, the commissioner will put the questions to the witness and prepare a record of the evidence obtained. In doing so, the commissioner also resolves whether the questions lie within the proper scope of examination according to Italian law.

Again, we are available to help expedite the submission of questions. We look forward to working with you to streamline the deposition process so that we can proceed in mid-July. Please contact us if you have any questions.

Very truly yours,

Joshua R. Rich
312 913 2133
rich@mbhb.com

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on June 17th, 2005 I electronically filed Pharmacia's Notice Of Filing To Complete The Record with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>ASHBY & GEDDES

I also certify that copies were caused to be served on June 17th, 2005 upon the following in the manner indicated:

>**BY HAND**
>Steven J. Balick, Esquire
>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>Wilmington, DE  19801

>**BY FEDERAL EXPRESS**
>Reid L. Ashinoff, Esquire
>Brian T. Moriarty, Esquire
>William J. Sipio, Esquire
>David R. Baum, Esquire
>Sonnenschein Nath & Rosenthal LLP
>1221 Avenue of the Americas
>New York, NY  10020

>*/s/ Maryellen Noreika*
>Maryellen Noreika (#3208)
>Morris, Nichols, Arsht & Tunnell
> (302) 658-9200
>mnoreika@mnat.com