IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC ) ) ) Plaintiff, ) ) v. ) ) SICOR INC. and SICOR ) PHARMACEUTICALS, INC., ) ) Defendants ) | C.A. No. 04-833-KAJ |

## STIPULATED ORDER

Plaintiff Pharmacia & Upjohn Company, LLC and defendants Sicor Inc. and SICOR Pharmaceuticals, Inc. ("Sicor") hereby stipulate and agree, subject to the approval of the Court, that the due date for Sicor's answering brief in opposition to Pharmacia's motion to strike Sicor's inequitable conduct affirmative defense and dismiss Sicor's inequitable conduct counterclaim shall be extended through and including Friday July 8, 2005.

| MORRIS NICHOLS ARSHT & TUNNELL | ASHBY & GEDDES |
|---|---|
| /s/ *Maryellen Noreika* | /s/ *John G. Day* |
| Jack B. Blumenfeld (I.D. #1014) | Steven J. Balick (I.D. #2114) |
| Maryellen Noreika (I.D. #3208) | John G. Day (I.D. #2403) |
| 1201 North Market Street | 222 Delaware Avenue, 17th Floor |
| P.O. Box 1347 | P.O. Box 1150 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| 302-575-7282 | 302-654-1888 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED this ___ day of _____, 2005.

_____
United States District Judge

159086.1