IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------------x
                                        )
PHARMACIA & UPJOHN                      )
COMPANY LLC,                            )
                                        )
                Plaintiff,              )
                                        )
        v.                              )        Civil Action No. 04-833 (KAJ)
                                        )
SICOR INC. and                         )
SICOR PHARMACEUTICALS, INC.,           )
                                        )
                Defendants.             )
---------------------------------------------------------------x
```

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of Plaintiff's First Supplemental Response to Sicor, Inc.'s First Set of Interrogatories and Pharmacia & Upjohn's Second Set of Interrogatories were caused to be served on July 11, 2005 upon the following in the manner indicated:

**BY HAND DELIVERY**

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Reid L. Ashinoff
Brian T. Moriarty
William J. Sipio
David R. Baum
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY  10020

MORRIS, NICHOLS, ARSHT & TUNNELL


  /s/  Maryellen Noreika
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
   Attorneys for Plaintiff
   Pharmacia & Upjohn Company, LLC

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
Lara V. Fleishman
MCDONNELL BOEHNEN HULBERT
 & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001

July 11, 2005