EXHIBIT B



**mbhb**    **McDonnell Boehnen Hulbert & Berghoff** LLP    300 South Wacker Drive    312 913 0001  phone
Chicago, Illinois 60606-6709    312 913 0002 fax
www.mbhb.com

July 18, 2005

Sent Via Facsimile (212) 768-6800

Brian T. Moriarty
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York 10020

Re:    Pharmacia & Upjohn Company LLC v. Sicor et al.
U.S. District Court for the District of Delaware (C.A. No. 04-883)

Dear Brian:

We write regarding the depositions of Daniel Boehnen, Emily Miao, and Jeremy
Noe.  We believe that it would be appropriate to delay the depositions until the
Court resolves Pharmacia's Motion to Strike, and then proceed only if the Court
finds Sicor has adequately stated an inequitable conduct defense based on actions
by Messrs. Boehnen and Noe and Dr. Miao.  In light of the rapidly approaching
dates for the depositions, we ask that you respond to this letter before the close of
business on Wednesday, July 20, 2005.

First, delaying the depositions makes sense for both parties in light of the state of
the ongoing proceedings.  As you know, Pharmacia has filed a Motion to Strike
Sicor's purported inequitable conduct defense on both procedural and substantive
grounds.  Should the Court find that Sicor has failed to state the affirmative defense
properly, the depositions will be completely unnecessary.  Thus, economy of effort
for the parties would suggest delaying the depositions until after the resolution of
Pharmacia's motion.

Second, delaying the depositions is consistent with courts' rulings regarding
attorneys' depositions.  Courts have generally suggested that depositions of
attorneys (especially trial counsel) be delayed until after other avenues of discovery
are exhausted.  Here, Sicor has not sought inequitable conduct discovery by any

other means before seeking the deposition of Pharmacia's lead trial counsel. Thus, precedent would suggest delaying the depositions until after other avenues of discovery are pursued.

Finally, if Sicor is unconvinced by the practical and legal considerations, we ask that Sicor postpone the depositions as a matter of professional courtesy. Messrs. Boehnen and Noe and Dr. Noe are quite busy, and depositions would be great impositions upon them. Accordingly, we ask that you agree to postponing their depositions by the close of business on Wednesday, July 20, 2005.

Please contact us if you have any questions.

Very truly yours,

Joshua R. Rich
312 913 2133
rich@mbhb.com