EXHIBIT C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


THORN EMI NORTH AMERICA, INC.,        )
                                      )
          Plaintiff,                  )    Civil Action No.
                                      )    92-673 (RRM)
v.                                    )
                                      )
MICRON TECHNOLOGY, INC., and          )
                                      )
          Defendants.                 )
                                      )
MICRON SEMICONDUCTOR, INC.,           )
                                      )
          Counterclaimant,            )
                                      )
v.                                    )
                                      )
THORN EMI NORTH AMERICA, INC.,        )
                                      )
          Counterdefendant.           )


                         Federal Courtroom
                         No. 4 - 2nd Floor
                         U.S. Courthouse
                         844 King Street
                         Wilmington, Delaware


                         Tuesday, November 23, 1993
                         1:15 p.m.


BEFORE: HONORABLE RODERICK R. McKELVIE
          United States District Court Judge

Pretrial Conference

                    WILCOX & FETZER
        1330 King Street - Wilmington, Delaware 19801
                     (302) 655-0477



Wilcox & Fetzer
Registered Professional Reporters

COPY

1  The other day Judge Niece had to walk through with

2  me some of the other mistakes that she thought were

3  in there, most of them had to do with issues of law

4  versus issues of fact.  And I'm going to look

5  .through them.

6            And there may never be a solution in

7  life about this, but I do think what ends up

8  happening is people compromise by building a camel

9  in the instructions and nobody pays much attention

10  to it.  And I spend an hour up here reading to the

11  jury stuff that just doesn't make a whole lot of

12  sense, but we will keep working on it and we'll see

13  if we can improve it.

14            Okay.  Expert witness.  Let me talk

15  for a minute about patent office practice and

16  procedure on expert witnesses on law.  As people

17  know, the other judges in this district and I have

18  adopted a general practice of stating that we don't

19  allow opinions on issues of law, that we do allow

20  parties to call expert witnesses to testify on

21  patent office practice and procedure.  And while I

22  know that certain lawyers think that's an exception

23  you can drive a truck through and you can offer all

24  kinds of opinion on law, in any event I try to stop

1    that truck from passing through this courtroom.

2    And I like to try to be as clear as I can be about

3    what my limitations are so there is no

4    embarrassment during the trial.

5         And if you put a witness on and he's

6    on and off in three minutes because you don't want

7    to here it, I won't let him talk to the jury about

8    it.  I believe witnesses, expert witnesses on

9    patent office practice and procedure tend to be

10   helpful in the sense that you can put them on the

11   stand, they can take the file and they can walk the

12   jury through the file to explain to them what has

13   happened in the patent office and what the context

14   is for what's happening.

15        And maybe that's helpful in part

16   because the Court's limit discovery and testimony

17   on patent office practice and procedure.  For

18   example, we can't have a patent examiner here.  So

19   to me it's almost an evidentiary aid to bring an

20   expert in, hand him a document and use a witness on

21   the stand to walk the jury through a paper that's

22   otherwise admitted into evidence, but they may not

23   understand it other than through argument by

24   counsel.