# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 22, 2005

Mr. Robert Cruikshank            **HAND DELIVERY**
Courtroom Deputy
United States District Court
844 King Street
Wilmington, DE 19801

Re:   Pharmacia & Upjohn Company v. Sicor Inc. and Sicor Pharmaceuticals Inc.
      C.A. No. 04-833-KAJ

Dear Bob:

At your request, I enclose an unbound original version of the defendants' Motion to Issue Letter of Request for International Judicial Assistance in the above action, which has been tabbed on the pages that call for Judge Jordan's signature. It is my understanding that the plaintiff opposes the motion. I also enclose an address certificate for Diego Oldani, which we received this morning, and which should be attached to the back of Exhibit B.

Very truly yours,

John G. Day

JGD: nml
Enclosures
159783.1

cc:   Maryellen Noreika, Esquire (by hand; w/certificate)
      Joshua R. Rich, Esquire (via Federal Express; w/certificate)