# APPENDIX A

## Objection of Drs. Bottoni and Gatti to the Letter of Request

Drs. Giuseppe Bottoni and Gaetano Gatti object to the Letters of Request as being contrary to or incompatible with both Italian Law and parameters of the Hague Convention. That is, Drs. Bottoni and Gatti are concerned that the request will deny them protections normally provided by Italian law, without giving them prior notice and opportunity to be heard under Italian law. Accordingly, as part of this Letters of Request, the Court also asks that the Italian witnesses be given prior notice and opportunity to be heard on whether this request is proper under Italian law.