IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                  )
PHARMACIA & UPJOHN                        )
COMPANY LLC,                                 )
                                                 )
           Plaintiff,            )
                                                 )
    v.                             )    Civil Action No. 04-833 (KAJ)
                                               )
SICOR INC. and                           )
SICOR PHARMACEUTICALS, INC.,        )
                                               )
          Defendants.         )
---------------------------------------------------------------x

## NOTICE OF SERVICE

       The undersigned hereby certifies that copies of Plaintiff's Amended Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) were caused to be served on August 3, 2005 upon the following in the manner indicated:

**BY HAND DELIVERY**

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Reid L. Ashinoff
Brian T. Moriarty
William J. Sipio
David R. Baum
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY  10020

- 2 -

                      MORRIS, NICHOLS, ARSHT & TUNNELL

                      /s/ Maryellen Noreika
                      Jack B. Blumenfeld (#1014)
                      Maryellen Noreika (#3208)
                      1201 N. Market Street
                      P.O. Box 1347
                      Wilmington, DE  19899-1347
                      (302) 658-9200
                        Attorneys for Plaintiff
                        Pharmacia & Upjohn Company, LLC

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
Lara V. Fleishman
MCDONNELL BOEHNEN HULBERT
 & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001

August 3, 2005