# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen noreika
302-575-7278
mnoreika@mnat.com

August 5, 2005

**BY E-MAIL**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

   Re: Pharmacia & Upjohn Company v. Sicor, Inc. and
     <u>Sicor Pharmaceuticals, Inc., C.A. No. 04-833 (KAJ)</u>

Dear Judge Jordan:

  We write to respond briefly to Sicor's August 5th letter to the Court. Pharmacia's amended initial disclosures do not in any way suggest that Pharmacia intends to present evidence that has not been fully vetted through discovery. To the contrary, the amended disclosures merely seek to preserve Pharmacia's right to use whatever discovery may result from Sicor's discovery efforts. Reviewed in context, the statement cited by Sicor clearly refers to the following passage explicitly set forth in the document:

> To the extent that Sicor is permitted to take discovery from the inventors, Pharmacia may use that testimony to support its claims.

  This acknowledgement of standard practice is fully consistent with the positions taken in the motion papers regarding discovery pursuant to the Hague Convention and should be non-controversial.

           Respectfully,

           */s/ Maryellen Noreika*

           Maryellen Noreika

MN/bls

cc: John G. Day, Esquire (By Fax)