# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302-575-7278
mnoreika@mnat.com

August 5, 2005

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE  19801

      Re:  Pharmacia & Upjohn Company v. Sicor, Inc. and
            Sicor Pharmaceuticals, Inc., C.A. No. 04-833 (KAJ)

Dear Judge Jordan:

      Attached is a proposed stipulation extending the time for the parties to file and serve expert reports in this case.  The extension is requested in order to allow the parties time to complete certain fact discovery and to allow experts an opportunity to consider the information obtained.  In addition, consistent with the Court's ruling during the teleconference last week, the proposed stipulation puts off certain discovery relating to inequitable conduct pending the Court's decision on the motion to strike and dismiss defendants' pleading of inequitable conduct (D.I. 55).  The extension does not alter the ultimate date for close of discovery.

      If the stipulation meets with the Court's approval, the parties request that the Court sign and enter it.

                                    Respectfully,

                                    */s/ Maryellen Noreika*

                                    Maryellen Noreika

MN/bls

cc:   John G. Day, Esquire (By Hand)