IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                )
PHARMACIA & UPJOHN                    )
COMPANY LLC,                            )
                                                )
            Plaintiff,                    )
                                                )
     v.                                         )      Civil Action No. 04-833 (KAJ)
                                                )
SICOR INC. and                        )
SICOR PHARMACEUTICALS, INC., )
                                                )
            Defendants.               )
---------------------------------------------------------------x

## NOTICE OF SERVICE

        The undersigned hereby certifies that copies of Plaintiff's Response to Sicor, Inc.'s Second Set of Requests for Production, Expert Report of Joseph O. Falkinham, III and Expert Report of Laura T. Guerra were caused to be served on August 15, 2005 upon the following in the manner indicated:

### BY HAND DELIVERY

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

### BY FEDERAL EXPRESS

Reid L. Ashinoff
Brian T. Moriarty
William J. Sipio
David R. Baum
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY  10020

                    MORRIS, NICHOLS, ARSHT & TUNNELL

                    */s/ James W. Parrett, Jr.*
                    Jack B. Blumenfeld (#1014)
                    Maryellen Noreika (#3208)
                    James W. Parrett, Jr. (#4292)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899-1347
                    (302) 658-9200
                      Attorneys for Plaintiff
                      Pharmacia & Upjohn Company, LLC

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
Lara V. Fleishman
MCDONNELL BOEHNEN HULBERT
 & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001

August 15, 2005

2

## CERTIFICATE OF SERVICE

I, James W. Parrett, Jr., hereby certify that on August 15th, 2005 I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>ASHBY & GEDDES

I also certify that copies were caused to be served on August 15th, 2005 upon the following in the manner indicated:

### BY HAND

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>Wilmington, DE  19801

### BY FEDERAL EXPRESS

>Reid L. Ashinoff, Esquire
>Brian T. Moriarty, Esquire
>William J. Sipio, Esquire
>David R. Baum, Esquire
>Sonnenschein Nath & Rosenthal LLP
>1221 Avenue of the Americas
>New York, NY  10020

*/s/  James W. Parrett, Jr.*
James W. Parrett, Jr. (#4292)
Morris, Nichols, Arsht & Tunnell
 (302) 658-9200
jparrett@mnat.com