IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-833 KAJ |
| SICOR, INC., and SICOR PHARMACEUTICALS, INC. | ) ) ) | |
| Defendants. | ) ) | |

### NOTICE OF DEPOSITION OF DOUGLAS S. CLARK

To:  John G. Day
 Steven J. Balick
 ASHBY & GEDDES
 222 Delaware Avenue
 Wilmington, Delaware 19801

 Reid L. Ashinoff
 Brian T. Moriarty
 William J. Sipio
 David R. Baum
 SONNENSCHEIN NATH & ROSENTHAL LLP
 1221 Avenue of the Americas
 New York, New York 10020

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Pharmacia & Upjohn Company LLC ("Pharmacia") shall take the deposition of Douglas S. Clark. The deposition will commence at 9:00 am on September 12, 2005 at the offices of Morris Nichols Arsht & Tunnell, 1201 N. Market Street, Wilmington, Delaware.

The testimony obtained pursuant to this Notice of Deposition shall be used for any and all appropriate purposes under the Federal Rules of Civil Procedure. The

deposition will be recorded by stenographic and/or videographic means and will take place before a Notary Public or other officer duly authorized to administer oaths.

You are invited to attend and cross-examine.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Maryellen Noreika*

Dated: August 26, 2005

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
(302) 658-9200
*Attorneys for Plaintiff*
*Pharmacia & Upjohn Company, LLC*

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
McDONNELL BOEHNEN
 HULBERT & BERGHOFF LLP
300 S. Wacker Drive
Chicago, Illinois 60606
(312) 913-0001

480631

**CERTIFICATE OF SERVICE**

I, Maryellen Noreika, hereby certify that on August 26th, 2005 I electronically filed Notice Of Deposition Of Douglas S. Clark with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> ASHBY & GEDDES

I also certify that copies were caused to be served on August 26th, 2005 upon the following in the manner indicated:

**BY HAND**

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> Wilmington, DE  19801

**BY FEDERAL EXPRESS**

> Reid L. Ashinoff, Esquire
> Brian T. Moriarty, Esquire
> William J. Sipio, Esquire
> David R. Baum, Esquire
> Sonnenschein Nath & Rosenthal LLP
> 1221 Avenue of the Americas
> New York, NY  10020

> */s/ Maryellen Noreika*
> Maryellen Noreika (#3208)
> Morris, Nichols, Arsht & Tunnell
> (302) 658-9200
> mnoreika@mnat.com