IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SICOR INC. AND SICOR )<br>PHARMACEUTICALS, INC., )<br>)<br>Defendants. ) | Civil Action No. 04-833 (KAJ) |

### ORDER

At Wilmington this **1st** day of **September, 2005,**

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **September 6, 2005 at 3:00 p.m.** with the undersigned. **Counsel for Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE