IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  ) C.A. No. 04-833-KAJ<br>SICOR INC. and SICOR  )<br>PHARMACEUTICALS, INC.,  )<br>  )<br>Defendants.  ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 31st day of August, 2005, **DEFENDANTS' SUPPLEMENTAL RESPONSES TO INTERROGATORIES NO. 2, 4, 5, AND 6 OF THE FIRST SET OF INTERROGATORIES BY PLAINTIFF** was served upon the following counsel of record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire                                   HAND DELIVERY
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899


Joshua R. Rich, Esquire                                       VIA FEDERAL EXPRESS
McDonnell Boehnen Hulbert & Berghoff
300 South Wacker Drive
Suite 3200
Chicago, IL 60606

                                      ASHBY & GEDDES

                                      /s/ *Steven J. Balick*

                                      _____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

Reid Ashinoff
Brian T. Moriarty
David R. Baum
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700

Francis C. Lynch
Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA  02199
(617) 239-0100

Dated:  August 31, 2005
149886.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Joshua R. Rich, Esquire<br>McDonnell Boehnen Hulbert & Berghoff<br>300 South Wacker Drive<br>Suite 3200<br>Chicago, IL 60606 | **VIA FEDERAL EXPRESS** |

/s/ *Steven J. Balick*
_____
Steven J. Balick

149886.1