# EXHIBIT F



**McDonnell Boehnen Hulbert & Berghoff** LLP    300 South Wacker Drive    312 913 0001 phone
Chicago, Illinois 60606-6709    312 913 0002 fax
www.mbhb.com

EXHIBIT F

March 30, 2005

Sent Via Facsimile (212) 768-6800

Brian T. Moriarty
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York 10020

Re:   *Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc.*
      Civil Action No. 04-833
      U.S. District Court for the District of Delaware

Dear Brian:

We received Sicor's initial document production yesterday and were surprised both by the lack of content (only two half-filled boxes) and the narrow subject matter. The entirety of Sicor's initial document production was what appears to be its Abbreviated New Drug Application for the accused product. We have begun reviewing these materials and will complete our review as soon as possible, but, in the meantime, please confirm whether these materials comprise the **complete** collection of files that Sicor maintains in relation to regulatory approval for the accused product. Regardless of the completeness of the ANDA file, however, Sicor appears not to have produced documents responsive to many issues.

In fact, other than providing a copy of Sicor's ANDA, Sicor's initial document production failed to respond or deal with any other issue. We scarcely believe this reflects Judge Jordan's admonition at the close of the March 17, 2005 hearing that "both sides . . . pick up the ball, move it more sensibly and better." Sicor produced no information pertaining to its invalidity defenses, other affirmative defenses, or other issues. The deficiencies are especially glaring given Sicor's reliance on Rule 33(d) to respond to Pharmacia & Upjohn's interrogatories. Please advise how Sicor's initial document production satisfies its Rule 33(d) obligations for each of the interrogatories for which it was invoked; otherwise please provide substantive responses to the interrogatories.

In order to move discovery forward more sensibly, we request production of additional relevant documents and complete responses to Pharmacia & Upjohn's interrogatories by next Monday, **April 4, 2005**. Please let us know whether Sicor will be complying with our request by the close of business on Friday.

Please feel free to contact me if you have any questions.

Very truly yours,

Joshua R. Rich
312 913 2133
rich@mbhb.com

cc:   John G. Day
      Maryellen Noreika