EXHIBIT G



**McDonnell Boehnen Hulbert & Berghoff LLP**

300 South Wacker Drive          312 913 0001  phone
Chicago, Illinois 60606-6709    312 913 0002  fax
www.mbhb.com

EXHIBIT G

July 18, 2005

Sent Via Facsimile (212) 768-6800

Brian T. Moriarty
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York 10020

Re:    Pharmacia & Upjohn Company LLC v. Sicor et al.
       U.S. District Court for the District of Delaware (C.A. No. 04-883)

Dear Brian:

We write regarding supplementation of Sicor's responses Pharmacia's First Set of Interrogatories.  As you know, Sicor provided initial responses on January 7, 2005 and supplemental responses on February 4, 2005.  Sicor's responses have not been supplemented since that time and to date, Sicor has not agreed to supplement its responses further at any reasonable time.

As described in correspondence in January and February, Pharmacia believes that each of Sicor's responses to the First Set of Interrogatories is incomplete.  Sicor as much as admitted that was the case in its March 16, 2005 letter, when it described the interrogatories as "premature" despite the Court's admonition to serve contention interrogatories at an early stage of the case.  Any argument regarding the time of serving the interrogatories has evaporated, however, with the passage of over five months since Sicor's supplemental responses.  Thus, we believe that there is no reason for Sicor's failure to provide complete interrogatory responses at this time.

Pharmacia has been greatly prejudiced by Sicor's delay, especially in light of the fact that opening expert reports are due on August 5, 2005.  Under these circumstances, unless we receive complete and clear supplemental responses to Pharmaica's First Set of Interrogatories by July 22, 2005, we will be compelled to

ask the Court to bar Sicor from introducing evidence that should have been provided in response to Pharmcia's First Set of Interrogatories.

Please contact us if you have any questions.

Very truly yours,

Joshua R. Rich
312 913 2133
rich@mbhb.com