IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) ) Civil Action No. 04-833 (KAJ) |
| SICOR INC. AND SICOR PHARMACEUTICALS, INC., | ) ) ) ) |
| Defendants. | ) |

### ORDER

At Wilmington this **2nd** day of **September, 2005**,

IT IS ORDERED that the teleconference relating to a discovery dispute presently scheduled for **September 6, 2005 at 3:00 p.m.**, is hereby rescheduled for **September 19, 2005 at 4:30 p.m.** Counsel for Plaintiff shall initiate the teleconference call.

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

UNITED STATES DISTRICT JUDGE