# EXHIBIT J

ALLYN R. BECKER                AUGUST 4, 2005

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PHARMACIA & UPJOHN COMPANY  )
LLC,                        )
                            )
            Plaintiff,      )
                            )
     vs.                    )    No. 04-833-KAJ
                            )
SICOR INC. and SICOR        )
PHARMACEUTICALS, INC.;      )
                            )
            Defendants.     )
_____)

**EXHIBIT J**

DEPOSITION OF ALLYN R. BECKER

Santa Ana, California

Thursday, August 4, 2005

Reported by:
CARI A. FOLSOM

CSR No. 9822

JOB No. 631160

1  BY MR. RICH:
2      Q   Well, it refers --
3      A   Do you mean the pharmacological active?
4      Q   Yes.
5      A   Yes, correct.
6      Q   Is there any other activity that any of what
7  are referred to as the inactive ingredients provides?
8      A   Activity towards what?
9      Q   Of any sort.
10         MR. MORIARTY:  Objection as to form; vagueness.
11         THE WITNESS:  Your question is too vague for me
12  to answer.  That glycerin has activity towards cleaning
13  the sidewalk?  I don't know what you mean specifically
14  by this.
15 BY MR. RICH:
16     Q   In this product, the Idarubicin hydrochloride
17 injection product --
18     A   For the indicated indication, is that what
19 you're asking?
20     Q   For the indication, do any of the inactive
21 ingredients have any activity?
22         MR. MORIARTY:  Objection as to form of the
23 question and vagueness.
24         THE WITNESS:  I don't know the answer to your
25 question.

Page 61

1   BY MR. RICH:
2       Q   What's the purpose of the glycerin in the
3   Idarubicin hydrochloride injection?
4       A   I don't know.
5       Q   What's the purpose of the water for injection
6   in the Idarubicin hydrochloride injection product?
7       A   I'm sorry, in the injection product, not the
8   for injection?  You said --
9       Q   Right.
10      A   Okay.
11      Q   Right.
12      A   The purpose of the water is to provide a
13  solution.
14      Q   And there's no water in the Idarubicin
15  hydrochloride for injection product, correct?
16      A   I would say you're incorrect.
17      Q   How so?
18      A   Because there is always a residual amount of
19  water in a lyophilized product.  No means zero.
20      Q   Understanding that, is it added an as inactive
21  ingredient or listed as an inactive ingredient?
22      A   In which product?
23      Q   The Idarubicin hydrochloride for injection
24  product.
25      A   I don't know.

1    Q    What's the purpose of the hydrochloric acid in
2  the Idarubicin hydrochloride injection product?
3    A    pH adjustment.
4    Q    Why is the pH adjusted?
5         MR. MORIARTY:  Objection to form.
6         THE WITNESS:  Because the pH is not within the
7  specifications upon dissolving the -- because the pH is
8  not within the specifications defined in the AADA upon
9  dissolution of Idarubicin hydrochloride in the process
10 at that stage of manufacture.
11 BY MR. RICH:
12   Q    Why was -- I'm sorry, let me start over.  Why
13 were the specifications set to have the pH have a target
14 of 3.5 in the AADA?
15        MR. MORIARTY:  Objection to form.
16        THE WITNESS:  I don't know.
17 BY MR. RICH:
18   Q    Does Sicor know?
19   A    I'm -- maybe.  I don't know if Sicor knows.
20 I'm -- probably.
21   Q    Can you look back at Exhibit Number 2, and I'm
22 going to ask you to focus on category number 3, which
23 relates to the development of all Idarubicin
24 hydrochloride injection products, and first ask, that's
25 what we're talking about with this package insert,

1  to pull from external site, which they were delivered to
2  us.
3      Q    And when was this conversation?
4      A    Yesterday.
5      Q    Did you check with anyone prior to yesterday?
6      A    No, I did not.
7      Q    Did anyone at Sicor investigate the location
8  and nature of documents relating to the development
9  of -- let me start over.
10          Did anyone at Sicor check into the location and
11 nature of laboratory notebooks relating to the
12 development of Idarubicin hydrochloride injection
13 products prior to yesterday?
14          MR. MORIARTY:  Objection.
15          Just to the extent it doesn't reveal
16 attorney-client communications, you can answer.
17          THE WITNESS:  No, not to my knowledge.
18 BY MR. RICH:
19     Q    Well, would anyone at Sicor know that was
20 beyond your knowledge?
21     A    I don't think so.
22     Q    So there was no effort to obtain laboratory
23 notebooks relating to the development of Idarubicin
24 hydrochloride injection products prior to yesterday?
25          MR. MORIARTY:  Objection.  You are clearly

1  as he can testify, and I think we've already covered
2  some ground well within number 3 that he has been unable
3  to testify regarding.
4          But if you could read back the question.
5          THE WITNESS:  Please.
6          (Record read.)
7          MR. MORIARTY:  Just continue my objection.
8          THE WITNESS:  You would not be able to submit
9  and get an approval for an Idarubicin hydrochloride
10 injection finished product without including the active
11 in it.
12 BY MR. RICH:
13     Q    Why did Sicor choose this specific active?
14         MR. MORIARTY:  Objection to form, beyond the
15 scope of the 30(b)(6) notice.
16         THE WITNESS:  Would you please read the
17 question back.
18         (Record read.)
19         THE WITNESS:  "Specific active," you mean
20 Idarubicin hydrochloride?
21 BY MR. RICH:
22     Q    Yes.
23     A    Somebody decided, in the corporation, that this
24 would be a product we would pursue for a
25 commercialization.

1    Q    But you don't know?
2    A    Correct.
3    Q    The second component is glycerin USP, and I
4    think we've established already that you don't know why
5    that was included in the drug product?
6         MR. MORIARTY:  Objection as to form,
7    mischaracterizes --
8    BY MR. RICH:
9    Q    Is that correct?
10        I'm sorry.  Go ahead.
11        MR. MORIARTY:  Objection as to form,
12   mischaracterizing prior testimony.
13   BY MR. RICH:
14   Q    Was my statement correct?
15   A    I do not know why glycerin was chosen at the
16   time that the product was developed, correct.
17   Q    Could it have been because it was in Pharmacia
18   and Upjohn's Idamycin PFS product?
19        MR. MORIARTY:  Objection as to form.
20        THE WITNESS:  It sounds like I could speculate
21   and say maybe, but I don't know.
22   BY MR. RICH:
23   Q    The third component is water for injection USP.
24   Do you know why that component was chosen?
25   A    Literally, no.  Generally, you need to make

1  some sort of solubilized product to be able to inject
2  that would be safe upon injection, and water is the most
3  obvious choice.
4     Q   The fourth component is nitrogen. Do you know
5  why that was chosen?
6     A   100 percent, no. But we do choose nitrogen
7  typically to use to transfer solutions from one tank to
8  another during manufacturing process. Nitrogen is
9  inert.
10    Q   The fifth component is hydrochloric acid, and I
11 think your prior testimony you talked about it being
12 used to adjust the pH to a target of 3.5.
13    A   Yes.
14    Q   Was there any other purpose for including
15 hydrochloric acid?
16        MR. MORIARTY: Objection as to form.
17        THE WITNESS: Not to my knowledge.
18 BY MR. RICH:
19    Q   Could it have been that it was included in
20 Pharmacia and Upjohn's Idamycin PFS?
21    A   Potentially.
22    Q   Would Sicor have omitted any of the components
23 of Pharmacia's Idamycin PFS product in its Idarubicin
24 hydrochloride injection product?
25        MR. MORIARTY: Objection as to form. Objection

1  as to calling for a legal conclusion.
2          THE WITNESS:  Could you please read the
3  question.
4          (Record read.)
5          THE WITNESS:  I don't know.
6  BY MR. RICH:
7      Q    In the product development for Sicor's
8  Idarubicin hydrochloride injection product, did Sicor
9  ever consider omitting hydrochloric acid from the
10 product?
11     A    I've seen nothing to indicate that.
12     Q    Would someone at Sicor know for sure?
13     A    Potentially.
14     Q    In developing its Idarubicin hydrochloride
15 injection product, did Sicor ever consider using a
16 solvent other than water?
17     A    I have no knowledge of that.  It's not likely,
18 but I have no knowledge of that.
19     Q    Would someone at Sicor know for sure?
20     A    Possibly.
21     Q    Do you have any reason to doubt that?
22     A    Any reason to doubt what?
23     Q    That someone at Sicor would know for sure --
24     A    Yes.
25     Q    -- whether --

1      MR. MORIARTY:  Hold on.
2  BY MR. RICH:
3      Q  -- whether another solvent was considered for
4  the Idarubicin hydrochloride injection product?
5      A  There would -- I'm sorry, your question --
6  you're going to have to repeat the -- I may not answer
7  your question, so let's make sure I answer your question
8  and I can always add more.
9      MR. RICH:  Could you read back the question.
10     (Record read.)
11 BY MR. RICH:
12     Q  Let me ask it in one form.
13     A  Thank you.
14     Q  Would anyone at Sicor know for sure whether a
15 solvent other than water was considered in relation to
16 the Idarubicin hydrochloride injection product?
17     A  I don't know.  Possibly.  It's not something we
18 would do to develop a product other than -- we would
19 always develop a product in water unless you can't for
20 some reason.  So water is our first choice.  Water is
21 the choice 99.9999 percent of the time.  So I can't
22 conceive of why somebody would want to do something
23 other than water.  If it's stable in water, it's stable
24 in water.
25     Q  Is Sicor's Idarubicin hydrochloride injection

1  product stable in the water in the absence of
2  hydrochloric acid?
3           MR. MORIARTY: Objection as to form. Objection
4  as to beyond the scope of the notice. And objection on
5  the grounds that you are trying to expertise the
6  witness, and he's not here as an expert witness, he's
7  not here in his personal capacity, and that topic is not
8  on the deposition notice.
9  BY MR. RICH:
10     Q   You may answer.
11     A   I have no data to answer your question.  I
12  don't know.  As a scientist, I need data.  I have no
13  idea.
14     Q   So Sicor doesn't know either?
15          MR. MORIARTY: Objection as to the form.
16  Objection, beyond the scope of the 30(b)(6) notice. And
17  my prior objection will continue.
18          THE WITNESS: I've seen no documentation to say
19  that Sicor would have an answer to that question either.
20 BY MR. RICH:
21     Q   During the time from 1997 to today, you've been
22  in charge of stability testing --
23     A   Correct.
24     Q   -- at Sicor, correct?
25          And so if somebody were to have seen