# EXHIBIT A

Rough Draft of Transcript
Page 328

```
 1    ROUGH DRAFT - CONFIDENTIAL
 2         Q.    Let's just create the record and see
 3    where we wind up.
 4               You did receive this letter on
 5    September 1st, thereabouts?
 6         A.    Thereabouts.  Actually, on September
 7    1st.
 8         Q.    And did you then distribute this letter
 9    onto other people?
10         A.    My recollection is when I received
11    this, I walked next door and handed it to counsel who
12    had stamped it as received.
13         Q.    And that was Wesley Fach?
14         A.    Yes.
15         Q.    That's Sicor's general counsel?
16         A.    Yes.
17         Q.    Did you discuss the letter with him?
18         A.    Not in any substance, other than --
19               MR. BAUM  The question is really just
20         you discussed it, yes, if you did not discuss
21         it, no.
22         A.    I don't recall any specific discussion
23    other than here's the letter that was the result of
```

```
24      the phone call that he's eluding to here.
25         Q.     So, --
```

Rough Draft of Transcript
Page 329

```
 1            ROUGH DRAFT - CONFIDENTIAL
 2               MR. BAUM   That's probably all I'm
 3          going to let you about the letter.  But if
 4          you want to ask something, take a shot.
 5          Q.     When you got the earlier phone call
 6   from Mr. Wayne, did you discuss that phone call with
 7   Mr. Fach?
 8               MR. BAUM   Yes or no.
 9          A.     Discuss, briefly.
10          Q.     Did you tell him that you had gotten a
11   phone call from Mr. Wayne advising you of the
12   issuance of a new patent on the ready to use
13   formulation?
14               MR. BAUM   No, objection.  Now you're
15          getting into the details of what he did or
16          did not discuss.  You can ask him if after
17          the phone call he spoke to counsel about the
18          phone call and I'm really not going to let
19          you ask more specific questions.
20               MR. BOEHNEN:  Are you instructing him
```

```
21        not to answer?
22               MR. BAUM   Yes, I am
23        Q.    Are you taking your counsel's
24   instructions?
25        A.    Yes.
```

Rough Draft of Transcript
Page 330

```
 1            ROUGH DRAFT - CONFIDENTIAL
 2        Q.    Did you and Mr. Fach make, discuss
 3   arrangements to, for him to consider this issue and
 4   to get back with you later on and you discuss it in
 5   more detail?
 6               MR. BAUM   No, please don't shake your
 7        head, yes or no.  He's not answering that
 8        question.  I'm instructing him not to answer.
 9        Please just give a beat and wait for me,
10        particularly on these questions, too, to
11        interpose an objection.
12               MR. BOEHNEN:  Is it fair to say that
13        Mr. Baum that if I were to continue exploring
14        other aspects of this, you would also give
15        him an instruction not to answer.
16               MR. BAUM   It depends.  I mean, you're
17        asking about specific conversations with
```

```
            18      counsel.
            19              MR. BOEHNEN:  Yes.
            20              MR. BAUM  Those questions are not,
I
            21      am going to instruct him not to answer.
It's
            22      not to say that you can't ask some other
            23      question about the letter, that would be
            24      okay.
            25      Q.      All right.  Let me give you the
```

Rough Draft of Transcript
Page 331

```
            1               ROUGH DRAFT - CONFIDENTIAL
            2       document marked as Exhibit 53.
            3               (Plaintiffs' Exhibit ^ , ^
description,
            4       was marked for identification as of this
            5       date.)
            6       Q.      This is a one page document bears
            7       production number Sicor PNU 024377.  Do you see
this?
            8               MR. BAUM  Can you just give me a
            9       moment to review this letter before you
ask
            10      him a question?
            11              MR. BOEHNEN:  Certainly.
            12              (Off the record.)
            13              MR. BAUM  This is the first I've
seen
            14      this document and I believe it was
```

```
           15         inadvertently produced to you and we're
going
           16         to request that you return it to us as an
           17         inadvertently produced document.
           18              MR. BOEHNEN:  Well, I don't have
the
           19         protective order in front of me and I
confess
           20         I not familiar with the details.
           21              MR. BAUM  It's less than issue of
the
           22         protective order.  Of course the
protective
           23         order it does not have a time limit in
fact,
           24         I know that, for us to tell you that the
           25         document has been inadvertently produced
but
```

Rough Draft of Transcript
Page 332

```
           1              ROUGH DRAFT - CONFIDENTIAL
           2         this is more specifically a privilege
issue.
           3         This is the first we've known of this
           4         document being produced to my knowledge.
So
           5         I am immediately doing my duty to ask for
you
           6         to return it, all copies back to our
office.
```

```
          7              MR. BOEHNEN:  Okay, before we return
          8              anything, I am going to want to at least have
          9              a chance to go back and check the protective
         10              order and see how we're supposed to proceed
         11              under the protective order.
         12              MR. BAUM   That's certainly fine.
         13              MR. BOEHNEN:  Is it fair to say for
         14              now if I ask him any questions about this you
         15              will instruct him not to answer.
         16              MR. BAUM   Yes.
```

Transcript continues on other topics