# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 19, 2005

The Honorable Kent A. Jordan  
United States District Court  
844 King Street  
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re: *Pharmacia & Upjohn Company, LLC v. Sicor, Inc., et al.,*  
C.A. No. 04-833 KAJ

Dear Judge Jordan:

We, along with the law firm of Sonnenschein Nath & Rosenthal LLP, represent defendants Sicor, Inc. and SICOR Pharmaceuticals, Inc. (collectively, "Sicor") in the above-referenced action. For the Court's convenience, we attach a September 9, 2005 letter from Sicor's counsel to Pharmacia's counsel, which addresses the issue concerning the scheduling of Dr. Clark's deposition that Pharmacia has raised in its replacement letter (D.I. 101). The remaining issues in Pharmacia's September 15, 2005 letter have already been addressed in Sicor's September 15th letter to the Court (D.I. 99).

Respectfully,

/s/ *John G. Day*

John G. Day (I.D. #2403)

JGD/nml  
Enclosure  
161474.1

cc: Clerk of the Court (by hand)  
Maryellen Noreika, Esquire (by hand)  
Reid L. Ashinoff, Esquire (via email)  
Daniel A. Boehnen, Esquire (via email)