IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                                           )
PHARMACIA & UPJOHN                                         )
COMPANY LLC,                                               )
                                                           )
              Plaintiff,                                   )
                                                           )
     v.                                                    )   Civil Action No. 04-833 (KAJ)
                                                           )
SICOR INC. and                                             )
SICOR PHARMACEUTICALS, INC.,                               )
                                                           )
              Defendants.                                  )
-----------------------------------------------------------x
```

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff's Second Supplemental Response to Sicor, Inc.'s First Set of Interrogatories were caused to be served on September 19, 2005 upon the following in the manner indicated:

**BY HAND DELIVERY**

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Reid L. Ashinoff
Brian T. Moriarty
William J. Sipio
David R. Baum
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY  10020

MORRIS, NICHOLS, ARSHT & TUNNELL

　*/s/  James W. Parrett, Jr.*　
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
　Attorneys for Plaintiff
　Pharmacia & Upjohn Company, LLC

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
Lara V. Fleishman
MCDONNELL BOEHNEN HULBERT
 & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001

September 19 , 2005

**CERTIFICATE OF SERVICE**

I, James W. Parrett, Jr., hereby certify that on September 19th, 2005 I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>ASHBY & GEDDES

I also certify that copies were caused to be served on September 19th, 2005 upon the following in the manner indicated:

**BY HAND**

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>Wilmington, DE  19801

**BY FAX**

>Reid L. Ashinoff, Esquire
>Brian T. Moriarty, Esquire
>William J. Sipio, Esquire
>David R. Baum, Esquire
>Sonnenschein Nath & Rosenthal LLP
>1221 Avenue of the Americas
>New York, NY  10020

>*/s/ James W. Parrett, Jr.*
>James W. Parrett, Jr. (#4292)
>Morris, Nichols, Arsht & Tunnell
> (302) 658-9200
>jparrett@mnat.com