IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC </br></br> Plaintiff, </br></br> v. </br></br> SICOR INC. and SICOR PHARMACEUTICALS, INC., </br></br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> C.A. No. 04-833-KAJ |

## STIPULATED ORDER

Plaintiff Pharmacia & Upjohn Company, LLC and defendants Sicor Inc. and SICOR Pharmaceuticals, Inc. ("Sicor") hereby stipulate and agree, subject to the approval of the Court, that: (1) the due date for rebuttal expert reports shall be extended through and including Monday September 26, 2005; and (2) the due date for Sicor's reply brief in support of its motion for leave to amend its amended counterclaim for inequitable conduct shall be extended through and including Wednesday September 28, 2005.

| | |
|---|---|
| MORRIS NICHOLS ARSHT & TUNNELL | ASHBY & GEDDES |
| /s/ *James Walter Parrett, Jr.* | /s/ *John G. Day* |
| Jack B. Blumenfeld (I.D. #1014) </br> Maryellen Noreika (I.D. #3208) </br> James Walter Parrett, Jr. (I.D. #4292) </br> 1201 North Market Street </br> P.O. Box 1347 </br> Wilmington, DE  19899 </br> 302-575-7282 </br></br> *Attorneys for Plaintiff* | Steven J. Balick (I.D. #2114) </br> John G. Day (I.D. #2403) </br> 222 Delaware Avenue, 17th Floor </br> P.O. Box 1150 </br> Wilmington, DE 19899 </br> 302-654-1888 </br></br> *Attorneys for Defendants* |

SO ORDERED this ___ day of _____, 2005.

_____
United States District Judge