IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-833-KAJ |
| ) | |
| SICOR INC. and SICOR ) | |
| PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 22nd day of September, 2005,

**DEFENDANTS' FIRST REQUEST FOR ADMISSIONS BY PLAINTIFF AND VOLUME I AND II OF EXHIBITS THERETO** was served upon the following counsel of record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire                     **HAND DELIVERY**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899


Joshua R. Rich, Esquire                         **VIA FEDERAL EXPRESS**
McDonnell Boehnen Hulbert & Berghoff
300 South Wacker Drive
Suite 3200
Chicago, IL 60606

          ASHBY & GEDDES

          /s/ *John G. Day*

          _____
          Steven J. Balick (I.D. #2114)
          John G. Day (I.D. #2403)
          222 Delaware Avenue, 17th Floor
          P.O. Box 1150
          Wilmington, DE 19899
          302-654-1888
          sbalick@ashby-geddes.com
          jday@ashby-geddes.com

          *Attorneys for Defendants*

*Of Counsel:*

Reid Ashinoff
Brian T. Moriarty
David R. Baum
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700

Francis C. Lynch
Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

Dated: September 22, 2005
149886.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of September, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 | **HAND DELIVERY** |
| Joshua R. Rich, Esquire<br>McDonnell Boehnen Hulbert & Berghoff<br>300 South Wacker Drive<br>Suite 3200<br>Chicago, IL 60606 | **VIA FEDERAL EXPRESS** |

/s/ *John G. Day*
_____
John G. Day

149886.1