IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 04-833 (KAJ) |
| SICOR INC. AND SICOR PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this **26th** day of **September, 2005**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **October 11, 2005 at 3:00 p.m.** with the undersigned. **Counsel for Defendants shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

*[signature]*
UNITED STATES DISTRICT JUDGE