IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                              )
PHARMACIA & UPJOHN                            )
COMPANY LLC,                                  )
                                              )
                Plaintiff,                    )
                                              )
        v.                                    )   Civil Action No. 04-833 (KAJ)
                                              )
SICOR INC. and                                )
SICOR PHARMACEUTICALS, INC.,                  )
                                              )
                Defendants.                   )
-----------------------------------------------------------x
```

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff's Second Amended Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1); Expert Report of Federico Arcamone; and Expert Report of Jacob H. Beijnen were caused to be served on September 26, 2005 upon the following in the manner indicated:

**BY HAND DELIVERY**

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Reid L. Ashinoff
Brian T. Moriarty
William J. Sipio
David R. Baum
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY  10020

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ James W. Parrett, Jr.
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
   Attorneys for Plaintiff
   Pharmacia & Upjohn Company, LLC

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
Lara V. Fleishman
MCDONNELL BOEHNEN HULBERT
 & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001

September 26 , 2005

**CERTIFICATE OF SERVICE**

I, James W. Parrett, Jr., hereby certify that on September 26th, 2005 I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>ASHBY & GEDDES

I also certify that copies were caused to be served on September 26th, 2005 upon the following in the manner indicated:

**BY HAND**

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>Wilmington, DE  19801

**BY FAX**

>Reid L. Ashinoff, Esquire
>Brian T. Moriarty, Esquire
>William J. Sipio, Esquire
>David R. Baum, Esquire
>Sonnenschein Nath & Rosenthal LLP
>1221 Avenue of the Americas
>New York, NY  10020

>*/s/ James W. Parrett, Jr.*
>James W. Parrett, Jr. (#4292)
>Morris, Nichols, Arsht & Tunnell
>(302) 658-9200
>jparrett@mnat.com