# EXHIBIT 1

IN THE FEDERAL COURT OF AUSTRALIA

VICTORIA DISTRICT REGISTRY

GENERAL DIVISION                                    No. VG 49 of 1992

B E T W E E N

FARMITALIA CARLO ERBA S.r.L.

Applicant

- and -

DELTA WEST PTY LTD

Respondent

AFFIDAVIT

On the 24ᵗʰ day of April 1995, I, WILLIAM NEIL CHARMAN, of 58 The Parade, Ascot Vale, in the State of Victoria, say on oath as follows:

1.      I am a senior lecturer in the Department of Pharmaceutics, Victorian College of Pharmacy, Monash University, Melbourne, in the State of Victoria.

2.      **Academic Qualifications**

        I received the degree, Bachelor of Pharmacy, from the Victorian College of Pharmacy in May 1981, a Master of Science Degree with Honours from the University of Kansas in 1985 and was awarded a Doctorate of Philosophy with Honours by the University of Kansas in 1986. The title of my PhD Thesis was "Analytical techniques for the assessment of the bioavailability of agents affecting pigmentation of the skin".

Filed on behalf of the respondent

MINTER ELLISON                    DX 204      MELBOURNE
Solicitors                        Telephone   (03) 617 4617
40 Market Street                  Facsimile   (03) 617 4666
MELBOURNE  VIC  3000              Reference   ISP:732589

PU 0011682

- 2 -

3.      **Research, Teaching and Industrial Experience**

Between 1983 and 1985 I worked as a graduate research assistant at the University of Kansas, Lawrence, Kansas, United States of America whilst completing my studies in pharmaceutical chemistry for my PhD. These studies involved course work in the field of drug stability and research which I conducted addressing the chemical and biological factors involved in lymphatic drug transport. The Department of Pharmaceutical Chemistry at the University of Kansas enjoys a reputation as one of the best schools worldwide for training and research in pharmaceutical chemistry, drug analysis and the science of drug formulation and delivery.

4.      From 1986 to 1987 I worked as senior research pharmacist, Department of Pharmaceutical Sciences, Sterling-Winthrop Research Institute, a division of Sterling Drug Inc, Rensselaer, New York, United States of America. In 1988 I became Group Leader, Department of Pharmaceutical Sciences, at the Sterling-Winthrop Research Institute.

5.      In my capacity as group leader at Sterling-Winthrop Research Institute, I was responsible for the direct supervision of four senior research scientists (PhD), two research pharmacists and a research technician. The responsibilities of my group included:

(a)     characterisation of the pertinent biopharmaceutical properties of newly synthesised drug candidates and their relationship to the physicochemical properties of the drug. This work played a key role in directing subsequent analog synthesis;

(b)     fabrication and design of multi-particulate controlled release dosage forms primarily utilising fluid bed technology (this work included polymer selection and screening, stability testing, analysis of drug degradation pathways, clinical manufacture and scale-up work);

(c)     drug stability assessment, formulation and associated evaluation of a variety of semi-solid and solution formulations which included aerosols,



- 3 -

transdermal patches and a number of standard over-the-counter product line extensions;

(d)    design and implementation of phase I clinical pharmacology studies to evaluate dosage form performance (eg: site of absorption studies, dose proportionality, food effects, bioavailability and bioequivalence).

6.    Between 1989 and the present date I have worked as a Senior Lecturer, Victorian College of Pharmacy, Melbourne, in the State of Victoria. My current teaching responsibilities (formal lectures and the conduct of associated practical classes) are in the area of physical pharmacy and formulation design in the first and second year of the undergraduate course, and a series of lectures on drug/chemical stability to the final year of the undergraduate course. The topics covered in the first and second year of the course include the physicochemical basis for formulation design and the stability considerations for homogeneous and heterogeneous systems (emulsions, suspensions, aerosols and creams). The drug stability lectures in the final year of the course address the effects of pH on drug stability, mechanisms of drug degradation and approaches to enhancing the stability of drugs. I also teach a number of lectures at the Honours level of the course which include spectroscopic and chromatographic methods of drug analysis, and case studies in drug development.

7.    **Current Research Interests**

My current research centres on the relationship between the physicochemical properties of particular drugs (conventional drugs or proteins) and their effective pharmaceutical utilisation. The term "pharmaceutical utilisation" is used by me here in a broad sense and includes chemical stability (degradation profiles), physical stability (protein aggregation), design of novel delivery systems to control drug release, and the maximisation of lymphatic drug transport. Specific topics are:

(a)    pharmaceutical aspects of the chemical and physical stability of recombinant protein drugs. A major effort is directed towards

- 4 -

determining the mechanistic basis by which excipients can prevent physical instability of protein formulations and the effect of protein conformation on the chemical stability of particular amino acid residues in model proteins;

(b)     lymphatic drug transport and the major factors which can be manipulated (or exploited from a drug selection or formulation standpoint) to increase the extent of intestinal lymphatic drug transport. This includes work in the prodrug area and the characterisation and quantitation of the effect of different formulations approaches on the lipoproteins present in lymph;

(c)     approaches to enhancing the absorption of drugs which are poorly absorbed after oral administration. This work involves selection of different potential forms of a drug, and approaches to enhancing the solubility of drugs within the gastrointestinal tract;

(d)     formulation design to produce longer acting analgesic preparations with a view to discrimination between the different clinical endpoints following administration. This work involves the synthesis of novel biocompatible polymeric drug delivery systems and their in vitro and in vivo evaluation.

8.     I am a member of the following professional societies and groups:

(a)     American Association of Pharmaceutical Scientists;

(b)     Controlled Release Society;

(c)     Australian Pharmaceutical Sciences Association;

(d)     Royal Australian Chemical Institute (Pharmaceutical Sciences Executive Committee 1989-1991);

(e)     North Eastern Regional Pharmaceutics Association Executive Committee (1985-1989);

9.     I am also a reviewer for a number of graduate theses and scientific journals including the Journal of Pharmaceutical Sciences, Pharmaceutical Research, International Journal of Pharmaceutics, Journal of Pharmacokinetics and Biopharmaceutics.

PU 0011685

- 5 -

10. In addition to my teaching and research work, I undertake consultancy work on behalf of:

    (a)    Pharmaceutical Chemistry, Sterling Drug Inc, New York, NY, United States of America;

    (b)    Pharmaceutical Sciences, Sigma Pharmaceuticals Pty Ltd, Melbourne;

    (c)    Pharmaceutical Chemistry, SmithKline Beecham Pharmaceuticals, Brentford, Middlesex, England;

    (d)    patent attorney firms concerning drug chemistry and stability.

11. Now produced and shown to me and marked "WNC1" is a list of publications and abstracts of which I am the author or co-author.

12. As I have noted my research experience encompasses the area of drug formulation design and evaluation and has been practised in university and pharmaceutical industry establishments and has been continued in the consulting work undertaken by me for the pharmaceutical industry. I have had extensive experience with formulating drugs that are chemically unstable and am familiar with the typical approaches taken in the pharmaceutical industry throughout the world to achieve a stable formulation. My experience covers both solution and solid pharmaceutical formulations.

13. My research group typically comprises 12-15 personnel which include post-graduate students, post-doctoral research fellows and research technicians. Over the past 5 years, the group has produced over 40 publications, 30 abstracts and received national and international research support of approximately $1.4 million in funding.

14. Approximately 50% of my research funding comes from overseas organisations. I am in daily contact with research groups based in the US and Europe. I typically attend and present our research findings at 2 or 3 international meetings each year that deal specifically with the pharmaceutical sciences.

PU 0011686

- 6 -

15.    My experience prior to 2 August 1985 was both theoretical and practical. For example, the courses taught at the University of Kansas form the basis for approaching the development of stable pharmaceutical formulations as they encompass the relevant aspects of chemical stability, physical chemistry and drug analysis. My research experience to that time included development of HPLC analytical assay procedures and the preparation and assessment of stable solution formulations of compounds relevant to my research work.

16.    After 2 August 1985, my experience has encompassed both academic and industrial pharmaceutics as described in paragraphs 4-6. I have worked directly with a number of investigational drugs and commercial drug formulations which have included Danazol, Milrinone, Platelet-selective aspirin formulations, growth hormone, local anesthetics and anti-viral drugs including Halofantrine among others. I have also consulted for the pharmaceutical industry with regard to drug stability and formulation design.

17.    **Definitions**

Now produced and shown to me and marked "WNC2" is a copy of Australian Letters Patent No. 598,197 ("the Patent"). I have carefully read the Patent. A number of terms appearing in the Patent have widely accepted meanings or descriptions in the Pharmaceutical industry. Set out below are a number of the more important ones.

18.    **Sterility** can be adequately defined as "the absence of viable microorganisms".

19.    **Pyrogen-free:** can be defined as "a formulation that does not produce a febrile reaction in patients after administration by injection". Pyrogens are the products of growth by microorganisms that can cause a febrile (feverish, pyretic) response in humans after administration via injection.

20.    **Anthracycline glycosides** are the class of compounds of which Doxorubicin is a member compound. They are a class of antitumor agents (anti-cancer agents)



PU 0011687

- 7 -

in widespread clinical use for the treatment of a wide range of tumors. They are often used in combination with other anti-cancer agents. The chemical structure consists of a tetracyclic anthraquinoid aglycone linked through a glycosidic bond to an amino sugar.

21.     Doxorubicin, often in combination with other agents, has been used over the last twenty years or so to treat cancers such as acute leukaemias, lymphomas, sarcomas, neuroblastoma, Wilms' tumor and malignant neoplasms of the bladder, breast, lung, ovary, stomach and the thyroid. It has also been used in a variety of other tumors. The major limiting side effect associated with its use is the development of cardiotoxicity which can generally be controlled by limiting the administered dose. Other effects observed when used at lower doses are toxic effects on blood cells, gastrointestinal intolerance, nausea, vomiting, and hair loss.

22.     By way of background it may be noted that the mechanism of action of the anthracycline glycosides is complex and probably occurs through more than a single path. The compounds bind with DNA present within the tumor cells. The function of the DNA present within the cell is to provide for cellular replication and growth. When the anthracycline glycosides bind to DNA, they inactivate the DNA which thereby prevents progression of cellular replication and proliferation thereby killing the tumor. The chemistry involved in the binding process is complicated. This class of compounds may also act directly on the membranes of the cells thereby preventing them from performing their normal functions that are critical to maintaining their existence.

23.     **Physiologically acceptable** in the context of a pharmaceutical formulation that is to be given by injection, refers to the use of components that are non-toxic and will not produce an undesired physiological response (such as excessive pain, swelling or redness at the injection site) upon administration.

PU 0011688

- 8 -

24.    When considered in the context of administering a formulation to a patient, and the response of the patient to the administered formulation, the terms "physiologically acceptable" and "pharmaceutically acceptable", would have the same meaning.

25.    The terms physiologically acceptable salt and a physiologically acceptable aqueous solvent can be understood as follows:

(a)    The anthracycline glycosides are positively charged in solution at acidic to neutral pH values, and hence are present in the form of a salt which is formed with a negatively charged ion.  Therefore, the term "a physiologically acceptable salt" as used in the Patent refers to a form of the anthracycline glycoside where the negatively charged ion used to form the salt is physiologically acceptable.  Different salt forms of a drug have different solubilities.  It is likely that the hydrochloride salt is particularly preferred due to the salt being sufficiently soluble and physiologically acceptable (to enable the required dose to be given intravenously in a small volume thereby simplifying drug administration), and from a speculative standpoint it may offer advantages in terms of chemical stability and ease of manufacture.  In any event it was in the form of the hydrochloride salt that Doxorubicin has been made available commercially.

(b)    A *physiologically acceptable aqueous solvent* implies that the solvent contains water and potentially an additional solvent that is miscible with water and is physiologically acceptable.

26.    Reconstituted: addition of solvent to prepare a solution of the drug at an appropriate and specified concentration.

27.    Distinction between crystal forms and relative stability of solutions and solids: A compound can crystallise from solution when its concentration in solution exceeds its solubility in the particular solvent.  A crystal is a highly organised structural assembly of individual molecules of the compound that

PU 0011689

- 9 -

interact with neighbouring molecules present in the crystal through specific types of chemical bonding.  For a particular compound, its melting point is an important characteristic as it represents the amount of energy (heat) required to break the bonds presented in the crystal so that the compound melts.

28.    A lyophilisate generally has very little crystal structure and is commonly termed amorphous (no crystal structure).  A drug is often prepared as a lyophilisate for the reasons described below.

29.    A solid form of a drug is typically more chemically stable than when in solution as:

(a)    water, or other components present in the solution such as buffering agents, hydrogen ions and hydroxide ions are often involved with degradation of the drug.  (The pH of the solution is an actual measure of the hydrogen ion concentration as subsequently described in paragraphs 34-37);

(b)    in the solid state (and particularly the crystalline state) the compound is held in a more rigid structural position so that it is difficult for the drug to attain a particular conformation or shape that may be required for the degradation to occur; and

(c)    much greater energy is required to produce degradation in the solid state and hence the process is much slower than would occur in solution.

30.    Lyophilisate: Lyophilisation (or freeze drying) is a process of drying (ie: water removal) in which water is sublimed from a frozen solution.  The procedure occurs under high vacuum (to sublime or vaporise the water) and at low temperatures to prevent the frozen solution from thawing. For example, if a solution of drug is frozen and then subjected to freeze drying (ie: water removal), then any material that does not sublime remains as a solid.  This solid material remaining typically comprises the drug and any other non-volatile excipients and is termed a "lyophilisate".

PU 0011690

- 10 -

31.     The advantages of freeze drying are that drugs which are or may be relatively chemically unstable in aqueous solution can be processed and filled into dosage containers in the liquid state (taking advantage of the relative ease of processing a liquid); dried in the absence of elevated temperatures thereby avoiding adverse thermal effects on drug stability; and then stored in the dried state where there are less stability problems.

32.     The only difference between a solution that has been reconstituted from a lyophilisate and one that has not, would be the presence of excipients that are generally required in order to form a lyophilisate.

33.     When formulating a drug as a lyophilisate, it is advantageous to have the solid present in an amorphous state as the rate of dissolution of an amorphous solid (after reconstitution with an appropriate solution) is faster than would typically occur if the drug had been prepared as a solid crystalline form.

34.     Excipient: A more or less inert substance that is added to a formulation as a diluent or vehicle, or the like, to produce a formulation with appropriate physical and chemical properties.  For solution formulations intended for intravenous administration, typical excipients include salts to render the formulation either isotonic or of an appropriate ionic strength, agents to optimise the pH value, and sometimes specific agents to increase drug solubility or stability.

35.     pH: The pH of a solution is a measure of its acidity, or more correctly, the hydrogen ion concentration of the solution.  The values of pH cover a very large range from acidic values (eg: pH of 1 which is a strong acid, and a hydrogen ion concentration of 0.1M) to alkaline values (eg: pH of 12-14 representing, for example, caustic soda or other strongly basic compounds where the hydrogen ion concentration is $10^{-12}$M. This represents a variation of 100,000,000,000-fold in hydrogen ion concentration between pH values of 1 and 12).  To enable ready comprehension, comparison and computation of pH

PU 0011691

- 11 -

values, a logarithmic scale is used where the pH value is based on the $-\log_{10}$ of the hydrogen ion concentration. Therefore, every integer difference in the pH of a solution represents a 10-fold difference in the actual hydrogen ion concentration present in solution.

36.     The stability of many drugs depends on the concentration of hydrogen ions present in solution as these ions can specifically catalyse the degradation of many drugs. Therefore, in situations where this is the case (and under specific conditions) a doubling in hydrogen ion concentration will lead to a doubling in the rate of degradation (similarly, a 10-fold increase in hydrogen ion concentration (ie: one pH unit) will lead to a 10-fold increase in the rate of degradation). Therefore, control over the pH of a solution of a drug where degradation is specifically related to the hydrogen ion concentration present is of major importance.

37.     As the stability of Doxorubicin is dependent on the pH of the solution, control over and judicious choice of pH is an obvious and major factor that would need to be controlled in order to maximise the stability of the drug in solution.

38.     The Patent cites pH values of 2.5 and 5.0. Due to the logarithmic nature of the pH scale, this actually represents a difference in hydrogen ion concentration of 316-fold.

39.     **Physiologically acceptable acid:** The "physiologically acceptable" concept is the same as referred to in paragraph 24 above, the only difference being that the material is an acid. An appropriate acid is required to adjust the pH of a solution because the simple addition of the Doxorubicin Hydrochloride salt to the solution will not necessarily produce the desired pH value (for the purposes of maximising the stability). Therefore, additional acid is required to produce the final desired pH value.

40.     **Organic and Inorganic**

PU 0011692

- 12 -

An organic compound can be defined as one that contains at least one carbon atom, and an inorganic compound as one that does not contain a carbon atom. Therefore, an organic acid is an acidic compound that contains at least one carbon atom, and an inorganic acid is an acidic compound that does not contain a carbon atom.

41.    **Co-solubilising agent:** additional agent to enhance the solubility of the drug.

42.    **Tonicity:** refers to the osmotic pressure of a solution, usually relative to blood (or more specifically red blood cells). It is important that the tonicity of solutions to be administered by injection have a similar osmotic pressure to that of blood otherwise membranes of the body (particularly red blood cells) will either swell (take up water) or shrink (lose water) in an effort to equalise any differences in osmotic pressure. Sodium chloride is the most commonly used tonicity adjusting agent.

43.    **Parenteral:** generally refers to the administration of drugs, and specifically refers to administration of drugs by means other than through the gastrointestinal tract or the lungs such as the intravenous, intramuscular or subcutaneous routes.

44.    **Isotonic:** a value of tonicity where the osmotic pressure is equivalent to that of red blood cells.

45.    **Cytotoxic:** an agent toxic to a living cell.

46.    **Anion:** a negatively charged chemical entity.

47.    **Concentration**

The concentration of a drug in a solution formulation is dictated by the required dose and volume in which the drug is to be administered. Typically, the concentration of a drug to be given by intravenous administration will be

PU 0011693

- 13 -

dictated by the solubility limitations of the drug, the maximal concentration that can be infused without causing irritation at the site of injection, and the choice of physiologically acceptable solvents which can be used. Based on the typical dose requirements for Doxorubicin, and due to its reasonable solubility in aqueous solvents, drug concentrations for Doxorubicin of 2 mg/ml are common. Now produced and shown to me marked "WNC3" is an official monograph prepared by the Australian National Drug Information Service, and published in the 1983 Pharmaceutical Products Guide, which describes Doxorubicin. The monograph states that the typical concentration for 10 mg and 50 mg dose presentations of Doxorubicin is 2 mg/ml.

48.     **Stability**

The stability of a drug in aqueous solution can be affected by pH, temperature, light, drug concentration, ionic strength, buffer composition, co-solvents and other pharmaceutical excipients which may be included in the formulation. The stability of the drug of interest in a formulation is the primary determinate of the shelf-life of the product (eg: time for 10% of the drug to degrade), and accordingly, much research is conducted so as to determine the mechanisms of degradation in order to develop strategies to minimise instability.

49.     HPLC (High Pressure Liquid Chromatography) is a quantitative analytical technique that can separate and quantitate the concentration of individual components present within a liquid sample. It is a standard and widely used technique in the pharmaceutical industry. It is especially useful when applied to drug stability analysis. For stability analysis, it is typically used to separate parent drug from degraded drug within potential formulations, which then allows the rate of drug degradation to be accurately and unambiguously determined as a function of time.

50.     The pH of the solution that a drug is formulated at is often the single most important parameter which affects the stability of the drug. Drug stability in terms of the rate of degradation is generally studied as a function of pH, and

PU 0011694

- 14 -

when the resulting data are plotted as the rate of degradation vs pH, the graphical representation is termed a pH-rate profile. In acidic and alkaline regions of the pH-rate profile, the rate of degradation is often a direct function of the hydrogen ion concentration (ie: pH) of the solution. Therefore, in these regions of the pH-rate profile, a difference in the pH of the solution by a single pH unit translates into a 10-fold difference in the rate of degradation. For this reason alone, the sensitivity of the rate of drug degradation to pH makes the determination of the pH of maximum stability a critical parameter to be assessed in formulation design.

51.    **Effect of pH on drug stability**

In the pharmaceutical industry, experiments (called preformulation studies) are typically performed on drug candidates to determine the effect of pH on the degradation rate of the drug under study. These studies are fundamental as they then guide subsequent formulation development programs. This approach to formulation development is the traditional method employed in the industry. For example, a standard text published in 1976 termed "The Theory and Practice of Industrial Pharmacy" by Lachman, Lieberman and Kanig (Lee and Febiger, Philadelphia) extensively describes preformulation studies and stability principles as applied to formulation design. They specifically refer to the need to determine the effect of pH on the stability of the drug as a guide to formulation development. Now produced and shown to me and marked "WNC4" and "WNC5" respectively are the first two chapters from "The Theory and Practice of Industrial Pharmacy".

52.    A major factor controlling the stability of Doxorubicin in solution is the pH of the solution. The structure of Doxorubicin contains two different regions (a tetracyclic quinoid aglycone and an amino sugar) which are linked by a chemical bond called a glycosidic bond. This bond can be broken in acidic or alkaline solutions producing the two separate regions (which are inactive). Therefore, those factors which effect the stability of this bond effect the stability of the drug in solution (see scheme below).

PU 0011695

- 15 -



53.     Doxorubicin was supplied as a lyophilisate prior to 2 August 1985.
There are many reasons why Doxorubicin may have been supplied as a
lyophilisate prior to 1985, even though it appears that the solution stability of
the compound would enable formulation of a sufficiently chemically stable
solution preparation.  These reasons include the following:

(a)     the preparation of a stable solution formulation of Doxorubicin would
        probably be more time consuming to develop than a lyophilisate (in the
        first instance).  The identification of the appropriate solution conditions
        would require more developmental effort albeit of a routine character,
        than a "simple" lyophilised preparation (especially if the company had
        experience with preparing lyophilised formulations).

(b)     during the initial clinical evaluation of new drug candidates, simple
        "service" formulations are generally employed as it is not apparent at

- 16 -

this stage of the developmental process whether or not the drug will make it to market. In many instances, a number of potential candidate drugs may be compared in parallel and the one offering the best efficacy and side effect profiles will then be selected for further clinical development.

(c) the development of a solid lyophilised formulation may have been the most expeditious route for initially getting the compound on the market having regard to both the fact that prior to 1985 lyophilisates were widely accepted by regulatory authorities as stable and, especially before the late 1970's, adequate sterilisation of solution processing equipment was difficult.

(d) the company may have had more experience with formulating lyophilised products as opposed to solution formulations.

(e) if the supply of the drug was limited (or it was expensive), then the most stable formulation of the drug would be preferred and at that time lyophilisates were regarded as more stable than solution.

(f) many anti-cancer compounds are quite unstable in aqueous solution, and traditionally they are often formulated as a lyophilised preparation. A study of the solution stability data regarding Doxorubicin published prior to August 1985 reveals that the stability of Doxorubicin is sensitive to pH, light, ionic strength and drug concentration, whereas the solid state form of Doxorubicin is chemically stable. Therefore, the shelf-life of a solid-based preparation would be longer than for a solution.

(g) if the company did not have adequate confidence in the chemistry associated with the factors affecting the degradation of Doxorubicin in solution (e.g. lack of analytical expertise, lack of experience with marginally stable drugs) then preparation of a lyophilisate would be an attractive formulation path.

(h) it may have been easier from a manufacturing and processing standpoint (filling, sterilisation) to prepare a lyophilisate rather than a solution.

PU 0011697

- 17 -

(i)     if the Company already had a significant investment in plant and equipment for preparing lyophilised formulations it would make sense to prepare subsequent formulations using the available infrastructure. The preparation of lyophilised formulations can be a complicated process requiring highly skilled personnel. Therefore, if the lyophilisation expertise existed within the company it would be sensible to use these staff in preparing the formulation.

(j)     it may have been easier from a packaging and transportation standpoint to prepare a lyophilisate rather than a solution formulation because the cytotoxic character of the drug made detection of spills very important and before the late 1970's the available containers were less secure than those subsequently developed.

(k)     before the late 1970's the issue of safety hazards to health workers undertaking reconstitution of cytotoxic lyophilisates was not regarded as a significant issue in selection of a formulation of a drug.

54.     In my experience in Australia the person in a pharmaceutical company who would ordinarily approve and have managerial and research responsibility for development of a new solution formulation (of a difficult to formulate drug) would have post-graduate training. The person may typically have an undergraduate pharmacy or chemistry degree, and a Masters or PhD degree in either of these disciplines.

55.     Such a person would typically have at least five to ten years experience in the drug industry (or the equivalent) and would be familiar with literature searching, patents, data retrieval, chemical stability and drug analysis procedures.

56.     The actual "hands on" work (solution preparation, prototype formulation preparation) would typically be performed by a research assistant under the daily supervision of a graduate level scientist. The research assistant would

- 18 -

typically have at least an undergraduate pharmacy or chemistry (or equivalent) degree.

57.     Assuming that Doxorubicin had not been covered by any patent and I had immediately before the priority date been asked to prepare it in a ready to use (RTU) form I would have adopted the following approach utilising only routine drug development work and not using any original research or invention and not reconstituting from a lyophilisate prior to 2 August 1985, and knowing that there was a freeze dried Doxorubicin HCl on the Australian market at that time.

58.     My general approach to develop a solution formulation of a drug prior to 2 August 1985, and now, is to:

(a)     examine the literature with respect to pertinent stability and analytical details;

(b)     identify the major factors which impact on the stability profile of the drug;

(c)     design preliminary studies to determine the feasibility of achieving a physiologically acceptable solution formulation of the drug. Depending on the data from the feasibility studies, formal but routine stability studies would be instituted to provide the data necessary for preparing regulatory documents.

59.     The knowledge which I had in August 1985 that lyophilised products of other anti-cancer drugs had been converted to a RTU product would not necessarily support or detract from my efforts to prepare a solution formulation of Doxorubicin. This is because different drugs (whether from the same therapeutic class or not) have different inherent stability profiles and each one needs to be individually considered in its own right. However, this knowledge would indicate that the development of RTU formulations was an emerging formulation trend for anti-cancer drugs.

PU 0011699

- 19 -

60.     As stated above, the first step in assessing the formulation options for a drug is a careful review of the relevant body of literature. The scientific literature is readily searched using either manual or computer-based retrieval methods. I would have reviewed the literature for:

(a)     relevant stability information on Doxorubicin (and the class of anthracycline glycoside antitumor agents in general)

(b)     the appropriate discriminating analytical methods for evaluating both the concentration of Doxorubicin and the appearance of the degradation products

(c)     the physicochemical characteristics and the properties of the compound

(d)     its therapeutic and toxicological profile, and

(e)     its safety profile.

61.     Upon review of the literature, it would be possible to determine the possibility of developing a stable solution formulation by optimisation of the solution conditions.

62.     From the standpoint of chemical stability for most pharmaceuticals, the major factors to consider (in the context of effects on rate of degradation) are the following:

(a)     the pH of the solution, concentration and composition of the buffer components (if required);

(b)     the potential inclusion of co-solvents which may be required to enhance the solubility of the drug;

(c)     the temperature at which the solution is stored (and the container and packaging in which the product is to be stored);

(d)     the inclusion of agents to reduce the possibility of oxidation of the drug.

63.     In order to identify all literature relevant to the task posed published in Australia prior to 2 August 1985, I undertook a literature search at the Pharmacy College library searching both the library's collection and computer database. I did likewise for the period 2 August 1985 to 23 March 1990. I

PU 0011700

- 20 -

also requested Mr. Pascarl of the respondent's solicitors to arrange a patent search for the periods pre 2 August 1985 and 2 August 1985 to 23 March 1990 using the following terms of reference:

> "any patents relating to the compound Doxorubicin, related compounds, other anti-cancer compounds (that is, patents disclosing any novel ideas used in formulating anti-cancer compounds), and any patents relating to the products that had been originally formulated as lyophilisates but subsequently prepared in solution to seek insight into the approaches taken."

64.     The patents listed as item 13 of "WNC6" and items 8, 9, 10, 11, 12 and 13 of "WNC8" are the patents produced by those searches that I consider relevant.

65.     I also requested Mr. Pascarl to obtain any product inserts for Adriamycin available in Australia prior to 2 August 1985. That is because I would, prior to 2 August 1985, have purchased any Adriamycin product then on the market for the purpose of obtaining from it or its packaging or product insert information that could be relevant to my developmental work.

66.     The literature so identified for the period prior to 2 August 1985 is set out in the list now produced and shown to me and marked "WNC6". Part A of "WNC6" lists the journals and other publications to which I personally referred on a regular basis prior to 2 August 1985 and part B lists the articles and abstracts identified in the literature search that relate specifically to Doxorubicin and which are relevant to the issues of designing a solution formulation of Doxorubicin. Item 13 of "WNC6" lists the patents identified in accordance with the terms of reference detailed in paragraph 63 above. "WNC6" also contains a product insert for freeze dried Adriamycin. Now produced and shown to me and marked "WNC7" is a folder of references listed in part B.

PU 0011701

- 21 -

67.    Now produced and shown to me and marked "WNC8" is a list which sets out additional literature I would have examined if, prior to 23 March 1990, I had been set the same task.

68.    "WNC8" lists references additional to "WNC6". Now produced and shown to me and marked "WNC9" is a folder of references contained in "WNC8". In researching the posed problem prior to 2 August 1985 and prior to 23 March 1990, I would have turned to the publications listed in "WNC6" and "WNC8" at the relevant dates essentially as a single body of information.

69.    The scientific literature is an inter-related body of information. When publishing a paper, the appropriate literature is referred to in order to provide a relevant historical information base and to cite the work of others in the field relevant to your own work. As such, the scientific literature is viewed as a single body of information. Of course, the references which appear in published articles always pre-date the time of publication.

70.    For example, the article by Janssen et al (Int. J. Pharmaceut., 23, 1-11, 1985) referred to in paragraph 79(d) of my affidavit cites previous published work which I have described in either paragraph 79 or are listed in "WNC6".

71.    The individual papers referenced in the paper by Janssen et al which I have referred to in paragraph 79 are:
   (a)    Benvenuto et al, Am. J. Hosp. Pharm., 38 1914-1918 (1981) (paragraph 79(a)).
   (b)    Poochikian et al, Am. J. Hosp. Pharm., 38, 483-486 (1981) (paragraph 79(b)).
   (c)    Wassermann and Bundgaard, Int. J. Pharmaceut., 14, 73-78 (1983) (paragraph 79(c))
   (d)    Tavoloni et al, J. Pharm. Pharmacol., 32, 860-862 (1980) (paragraph 79(g)).

PU 0011702

- 22 -

72.     Additional reference made by Janssen et al. to other literature which I have
        listed in "WNC6" include Hoffman et al, Am. J. Hosp. Pharm., 36, 1536-1538
        (1979).

73.     This example is illustrative of the inter-related nature of the scientific literature,
        and could have been undertaken on any of the other references presented in
        either paragraph 79 or "WNC6". Therefore, when reviewing the scientific
        literature it should be viewed as essentially a single body of information.

74.     Review articles which appear in the literature are a particularly good source of
        historical information.

75.     The review published by Bouma et al (Pharm. Weekbl. Sci. Ed., 8, 109-133,
        1986) is an excellent description of the previous work on the pharmacology and
        stability aspects of Doxorubicin. Although this review was published in 1986,
        it clearly demonstrates how the scientific literature forms a single body of
        evidence. It was received by the publishers for consideration for publication in
        November 1985. Accordingly, this review article, by and large, represents the
        state of knowledge as of 1985 rather than 1986.

76.     Papers referred to in Bouma et al include:
        (a)     Analytical Profiles of Drug Substances, 9, 245-274, 1980 (reference 6
                in "WNC5").
        (b)     Wassermann and Bundgaard, Int. J. Pharmaceut., 14, 73-78 (1983)
                (paragraph 79(c)).
        (c)     Poochikian et al, Am. J. Hosp. Pharm., 38, 483-486 (1981) (paragraph
                79(b)).
        (d)     Eksborg and Ehrsson, J. Pharm. Biomed. Anal. 2, 297-303 (1984)
                (reference 11 in "WNC6").
        (e)     Janssen et al, Int. J. Pharmaceut., 23, 1-11 (1985) (paragraph 79(d)).
        (f)     Hoffman et al, Am. J. Hosp. Pharm., 36, 1536-1538 (1979) (reference
                15 in "WNC6").

- 23 -

(g)     Kaniewska, Farmacja Polska, 33, 539-542 (1977) (paragraph 79(f)).

(h)     Tavoloni et al, J. Pharm. Pharmacol., 32, 860-862 (1980) (paragraph 79(g)).

77.     Most of the patents listed in item 13 of "WNC6" were of little direct relevance. They describe methods of synthesis of anti-cancer derivatives rather than specific aspects of formulation design.  Patents which describe potentially useful information include:

(a)     US Patent No. 4,310,515

Although the compound described is Cisplatin, the patent describes typical acids which are useful in formulating a compound at an acidic pH to achieve maximal stability.  However, there is nothing new in the use of these acids.

(b)     Australian Application 16891/83

This patent describes the preparation of a Vincristine RTU formulation. Although there are no specific data that would help with developing a Doxorubicin formulation, it indicates that the RTU approach was an emerging trend in presentation of anti-cancer agents at this time.

78.     In deciding how to approach formulation of a solution formulation of Doxorubicin, I would specifically identify those factors which were reported to effect the stability of Doxorubicin.  There were many published reports describing the different aspects of the stability of Doxorubicin.

79.     From reading the relevant body of literature published prior to 2 August 1985, it is apparent that the pH of the solution was a major determinant of the stability of Doxorubicin, and these references infer the need for pH values to be in an acidic range to avoid significant degradation of Doxorubicin.  After reading through the many references, I have compiled the following list, copies of which are contained in folder "WNC7":

PU 0011704

- 24 -

(a) *Am. J. Hosp. Pharm.*, 38, 1914-1918, 1981. This paper by Benvenuto et al indicated that acidic solutions of Doxorubicin are more stable than non-acidic solutions (document number 3 in "WNC7").

(b) *Am. J. Hosp. Pharm.*, 38, 483-486, 1981. This paper by Poochikan et al states on page 485 that "the stability of the anthracycline antitumor agents is pH dependent" (document number 1 in "WNC7").

(c) *Int. J. Pharmaceut.*, 14, 73-78, 1983. This paper by Wassermann and Bundgaard indicates that the degradation of Doxorubicin is dependent on the pH of the solution. They state that the degradation is specific acid catalysed meaning that (in this pH range) for each increase in pH by 1 until that the rate of degradation decreases by a factor of 10. See paragraph 11.15 (document number 16 in "WNC7").

(d) *Int. J. Pharmaceut.*, 23, 1-11, 1985. This paper by Janssen et al demonstrates that Doxorubicin is more stable at pH 4 than at pH 7. In fact, at pH 4 the authors did not measure the rate of degradation as they concluded that it was too slow for the time scale of their experiments (10% loss over 40 h) (document number 4 in "WNC7").

(e) *Analytical Profiles of Drug Substances*, 9, 245, 1980. The monograph indicates that the solid form of Doxorubicin is stable and that solutions are stable in the pH range 3.0 to 6.5 As the pH of the solution increases, so does the rate of degradation (document number 5 in "WNC7").

(f) *Farmacja Polska*, 9, 539-542, 1977. This translated paper indicates that pH has an important effect on the stability of Doxorubicin solutions (document number 27 in "WNC7").

(g) *J. Pharm, Pharmacol.*, 32, 860-862, 1980. This paper by Tavoloni et al indicates that the stability of Doxorubicin is effected by drug concentration and the presence of light (document number 28 in "WNC7").

80.    In solution, the rate of degradation of drugs such as Doxorubicin is proportional to the concentration of drug in solution (this type of degradation is

PU 0011705

- 25 -

termed a pseudo first-order reaction). It is standard practice to determine the rate constant for a particular degradation reaction by plotting the concentration of drug remaining in solution as a function of time on a semi-logarithmic plot. This plot produces a linear relationship between the logarithm of the concentration of non-degraded drug remaining in solution as a function of time.

81.     The slope of the straight line relationship between the concentration of non-degraded drug and time is a measure of the rate of degradation. The steeper the slope of the line, the more rapid the rate of degradation. The value represented by the slope of the line is termed the reaction "rate constant".

82.     The larger the rate constant, the more rapidly the drug degrades; and conversely, the smaller the rate constant, the more slowly the drug degrades. By determining the rate constant for degradation as a function of different solution conditions, it is possible to predict the likely stability profile for a drug under different conditions (eg. different pH values, different temperatures or different buffer concentrations).

83.     Once the rate constant has been determined for a degradation reaction, it is then standard practice to prepare a graph that is termed a pH-rate profile (as described in paragraph 49). This graph depicts the relationship between the rate of degradation for a drug and the pH of the solution. The data presented in the accompanying graph which is now produced and shown to me and marked "WNC10" are the observed rate constants for the degradation of Doxorubicin in solution as a function pH. The individual points plotted on the graph are taken from the literature described in the legend and were taken from the literature published prior to 2 August 1985. For the sake of clarity, I have listed as symbols A, B and C (which refer to the described published references) the rates of degradation of Doxorubicin as a function of pH reported in the literature.

PU 0011706

- 26 -

84.    In "WNC10", the abscissa (or X-axis of the graph) is pH, and the ordinate (or Y-axis) is the logarithmic value of the rate constant. As pH represents the logarithm of the hydrogen ion concentration in solution (see paragraph 34), and because the rate of degradation of drugs is often directly related to the hydrogen ion or hydroxide ion concentration, it is appropriate to also take the logarithm of the rate constant describing the rate of degradation. This process effectively linearizes the graph thereby enabling more ready interpretation.

85.    The dashed line on the graph depicts the rate of degradation which will produce a 2 year shelf-life for a Doxorubicin product when stored at 4°C (assuming a 10% loss of drug). Therefore, points on the graph which fall below the dashed line would be expected to produce formulations which were stable for greater than 2 years when stored at the requisite temperature at the specified pH value. Similarly, points on the graph which are above the dotted line would not produce formulations which were stable for 2 years when stored at the requisite temperature and particular pH value.

86.    In determining those values to plot on the graph, some of the reported data in the literature were determined at temperatures other than 4°C. Therefore, to enable the plotted data to represent the expected rate of degradation of Doxorubicin at 4°C, it was necessary to predict the rate of degradation of 4°C based on the rates of degradation reported at temperatures other than 4°C. This was achieved by application of the well known and widely used Arrhenius equation as described in the art (see for example, Chemical Stability of Pharmaceuticals, Connors et al., Wiley and Sons, New York, 1979). The Arrhenius equation describes the effect that temperature has on the rate of a chemical reaction. Generally, reactions will decrease as the temperature is decreased, although the extent of the decrease depends on the chemical reaction in question. The parameter that describes the sensitivity of reaction rates to temperature is the activation energy. Consequently, if the activation energy of a particular reaction is known, then it is possible to predict the rate of degradation at temperatures other than where the actual measurements were

- 27 -

made. I was able to find a published estimate of the activation energy prior to 2 August 1985. The published value reported by Wassermann and Bundgaard (Int. J. Pharmaceut., 14, 73-78 (1981) (document 16 in "WNC7") was 21.9 kcal/mol. For the purpose of utilising the Arrhenius equation to predict the rate constants for the degradation of Doxorubicin at 4˚C, I have used an average value of 22 kcal/mol based on this published report.

87.    It must be borne in mind that each decrease in pH by one unit represents a 10-fold increase in hydrogen ion concentration, and that each increase in the rate constant by a logarithmic unit also represents a 10-fold increase in the rate of degradation. Therefore, it is readily apparent that pH has a major effect on the stability of Doxorubicin in solution due to the logarithmic nature of the graph plotted.

88.    From inspection of the data presented in "WNC10", it is apparent that, based on the data available prior to 2 August 1985, I would have been likely to achieve a stable solution formulation of Doxorubicin if it had been formulated in the appropriate acidic pH range (e.g. pH range between approximately 2.5 and 5) as the published values indicated that the rate of degradation was less than that necessary to achieve a two year shelf life.

89.    Having established the likelihood that a stable solution formulation of Doxorubicin could be achieved, I would then undertake the establishment and validation of a discriminating analytical procedure to determine the concentration of Doxorubicin in solution, and to determine the rate of degradation as a function of time and different solution conditions. HPLC would be the method of choice, and there were a number of published methods available in the literature prior to 2 August 1985.

90.    The assay would be validated with appropriate controls using standard procedures. As the stability of Doxorubicin in solution is known to be highly sensitive to pH, I would prepare different solutions that would examine (in a

PU 0011708

- 28 -

controlled manner) the effect of pH, ionic strength, physiologically acceptable co-solvents (such as ethanol and propylene glycol), different buffers concentrations, and the use of different acids to achieve a desired acidic pH value.

91.     Having described the means by which I would approach the assessment and development of a solution formulation for Doxorubicin, now produced and shown to me and marked "WNC11" is a graph which contains the same data as plotted in "WNC10", except that it also incorporates some stability data as described in the Patent. The data listed as T1 etc refer to the data reported in the patent (eg T1 = Table 1, T10 = Table 10 etc). As is clearly evident, the points that are plotted based on the patent are similar to those data plotted in "WNC10" which was based on the published literature prior to 2 August 1985. Therefore, the published data prior to August 1985 indicated that it was possible to produce an adequately stable solution formulation of Doxorubicin by controlling the pH of the solution, and this has been confirmed by the data contained in the Patent.

92.     The pH of a solution of Doxorubicin HCl will be above the claimed pH range (more alkaline) when the solution is initially prepared, and therefore, an acidic compound needs to be added to the solution to adjust the pH to the more acidic values of 2.5-5.0. Although the initial solution of Doxorubicin HCl would be acidic relative to water (neutral pH) it would not be sufficiently acidic to reach values of 2.5-4. Therefore, an additional acid would be added to further decrease the pH of the Doxorubicin HCl solution.

93.     The advantage of using hydrochloric acid (HCl) to decrease the pH of the solution is that it is:

(a)     physiologically acceptable and widely used in pharmaceutical formulations,

- 29 -

(b)    the drug is available as the hydrochloride salt and therefore, use of hydrochloric acid to adjust pH is a logical step as it minimises the number of different components present in the formulation,

(c)    it is the simplest and most straight forward approach,

(d)    it is likely to be less "reactive" than other acids in terms of catalysing the degradation of Doxorubicin.

94.    When choosing an acid or buffer to decrease the pH of a formulation to a desired value or range, it is well known in the art that the choice of the particular acid or buffer can also significantly influence the rate of degradation of a compound at the desired pH value. This arises because the conjugate base form of the acid (which is that 'portion' of the acid left in solution once a hydrogen ion has been lost from the parent acid), can directly influence the degradation rate of the compound.

95.    For example, when hydrochloric acid (HCl) is added to solution, it dissociates to produce a hydrogen ion ($H^+$) and a chloride ion (Cl). When phosphoric acid ($H_3PO_4$) is added to solution, it dissociates to produce a hydrogen ion ($H^+$) and a dihydrogen phosphate ion ($H_2PO_4$). When acetic acid ($CH_3CO_2H$) is added to solution, it partially dissociates to produce a hydrogen ion ($H^+$) and an acetate ion ($CH_3CO_2$). It is the relative effects that either the chloride ions (Cl), dihydrogen phosphate ions (($H_2PO_4$), or the acetate ions ($CH_3CO_2$) could have on the rate of degradation of Doxorubicin that would need to be carefully considered.

96.    In terms of absolute rates of reactivity, the catalytic effect of the negatively charged conjugate bases of the acid/buffer species is much less than that observed for a hydrogen ion ($H^+$). The optimisation of a solution formulation to produce a maximal stability profile always requires consideration of the potential catalytic reactivity of the negatively charged conjugate base formed by dissociation of the added acid/buffer species. As a general rule, the potential

- 30 -

catalytic effect of chloride ion will always be less than either the acetate or dihydrogen phosphate ions given in this example.

97.    In the terms of the published chemistry associated with such reactions, I would predict *a priori* that the rate of degradation of Doxorubicin at an equivalent acidic pH value, where that acidic pH was produced by either phosphoric or hydrochloric acid, could be less when hydrochloric acid was used to adjust the pH than when phosphoric acid was used. This is because chloride ion is a much weaker general base catalyst than dihydrogen phosphate ion in terms of degrading Doxorubicin in solution.

98.    Specifically with respect to Doxorubicin, it was reported by Janssen et al. (Int. J. Pharmaceut., 23, 1-11, 1985) that degradation at pH 7.4 was much more rapid in a phosphate buffer than a Tris buffer. This also appeared to be the case where the rate of degradation was monitored when the solution pH was 4.0. Additionally, Arcamone et al. (Int. Symp Adriamycin, 9-22, 1972) presented data demonstrating that the degradation of Doxorubicin was highly dependent upon the concentration of phosphate buffer used to maintain solution pH at 7.0. These data indicate that careful consideration must be given to the choice of acid or buffer employed to adjust the pH of a Doxorubicin solution because the rate of degradation is influenced by both the concentration and type of acid or buffer used to produce a particular pH value.

99.    In summary, these published data indicated that the rate of degradation of Doxorubicin was likely to be influenced by the conjugate base form of the acid or buffer added to produce a particular pH value.

100.    Paragraphs 57 to 78 of my affidavit describes the general approach I would have taken if asked to develop a solution formulation of an anthracycline glycoside (eg: Doxorubicin Hydrochloride) prior to 2 August 1985. I now describe in more detail the formulation and product design for a solution formulation of an anthracycline glycoside.

- 31 -

101.    For intravenous administration, any solution formulation must necessarily be
sterile and pyrogen-free, and if necessary, the tonicity of the formulation would
be adjusted so that it was isotonic. Sodium chloride, mannitol, dextrose and
lactose are commonly used agents for tonicity adjustment.

102.    The formulation would be dispensed in a sealed container in order for the
sterility of the product to be maintained. Sterilisation of a pharmaceutical
solution can be accomplished in a number of ways. For example, solutions can
be terminally sterilised after they have been prepared by either filtration
through an appropriate sterilising filter system, or by autoclaving where the
solution is subjected to an appropriately high temperature for a defined period
of time. For compounds that may degrade when subjected to high
temperatures, it is most common for them to be sterilised by filtration. This
would be my method of choice for a solution formulation of Doxorubicin.

103.    I would assume that the solution formulation would be available as a single
dose product. This would avoid the need to consider the inclusion of
preservative agents in the formulation.

104.    The target concentration of the product would be 2 mg/ml as this is what had
been previously available as the lyophilised formulation. Furthermore, this was
the drug concentration for which most clinical information was available as
described in "WNC3".

105.    As indicated above, one first consults the literature as a guide to the available
information and data base for the compound. As I have already noted, there
was a large amount of published data available indicating that the stability of
Doxorubicin was highly dependent on the pH of the solution. These data have
been specifically described in paragraph 83 and following of this my affidavit
and the exhibits "WNC10" and "WNC11".

PU 0011712

- 32 -

106.    The best approach for developing a solution formulation of a pharmaceutical compound is to keep it as simple as possible. In practice, the two points that need to be addressed in developing an intravenous solution formulation are the solubility and stability characteristics of the drug.

107.    For Doxorubicin, solubility is not a limitation to the development of a solution formulation as the hydrochloride salt of the compound is sufficiently soluble to prepare solution concentrations at the desired therapeutic concentration. For example, the solubility of Doxorubicin Hydrochloride described in the literature is 100 mg/ml (Analytical Profiles of Drug Substances, Volume 9, p260, 1980) (document 5 in "WNC7") which is well in excess of the required concentration of 2 mg/ml.

108.    If higher concentrations of Doxorubicin Hydrochloride were desired, then it would be possible to use standard co-solubilising agents such as ethanol, polyethelene glycol, propylene glycol, and the like. However, as the desired concentration was 2 mg/ml then the inclusion of co-solubilising agents would not be necessary.

109.    Different salt forms of basic drugs exhibit different solubility characteristics. Different salt forms of basic drugs exhibit different solubility characteristics. If it was found that the apparent solubility of Doxorubicin was insufficient for the required formulation concentrations, then other salt forms of Doxorubicin would be investigated. Other typical salt forms which would be investigated include Doxorubicin salts formed with physiologically acceptable acids such as sulphuric, phosphoric, hydrobromic, tartaric, succinic, ascorbic, acetic, citric, methanesulphonic and ethansulphonic acids.

110.    The selected salt of Doxorubicin would be used as a solid crystalline material that had been prepared using an appropriate chemical synthetic method. Its incorporation into a solution formulation would comprise a single step of

- 33 -

dissolving the solid crystalline material in the solution phase of the formulation. Accordingly, it would not be present as a lyophilisate.

111.    If it had been prepared from a lyophilisate, the following steps would have been followed. Firstly, the solid crystalline material prepared from an appropriate chemical synthesis method would be dissolved in a solution that would then be lyophilised. The lyophilisation process would then produce an amorphous solid form of Doxorubicin hydrochloride. A solution phase could then be added to this amorphous solid form of Doxorubicin hydrochloride to produce a solution formulation.

112.    The governing approach to identifying an appropriate solution in which to dissolve the drug is that the solution be physiologically and pharmaceutically acceptable. In terms of the physiological acceptability of a solvent for preparing the Doxorubicin Hydrochloride solution, water or physiological saline (normal saline solution) would be the first choice due to their universal acceptability.

113.    In terms of stability, the published literature indicated that Doxorubicin is susceptible to degradation if the pH of the solution was not adequately controlled. Exhibit "WNC10" (and the accompanying description of the data presented in paragraphs 83 to 88 of this my affidavit) indicate that the predicted maximal solution stability of Doxorubicin (when stored at 4°C) would occur within the pH range of approximately 2.5 to 5.0. Furthermore, this stability profile should be sufficient to achieve a shelf life of 2 years.

114.    When developing a product it is important that the conditions of maximal stability be identified. For Doxorubicin, this would be achieved by preparing a number of different solutions with pH values that ranged between 2.5 and 5.0. This routine study would identify the optimal pH value that afforded maximal stability to the formulation. Once the optimal pH value (or indeed range) had



- 34 -

been identified, this would set the design criteria (in terms of pH) for the solution formulation for Doxorubicin.

115.   The United States Pharmacopoeia (XXI edition, p357 which was published in 1984) (document 19 in "WNC7") indicated that the pH of a 5 mg/ml solution of Doxorubicin hydrochloride in water is between 3.8 and 6.5.   Therefore, in order to achieve a final solution pH in the desired range of 2.5 to 5.0, it would be necessary to adjust the solution pH to the more acidic values of 2.5 to 5.0.

116.   To adjust the pH of the Doxorubicin Hydrochloride solution to more acidic values to achieve a better chemical stability profile, it would be necessary to add an appropriate amount of a physiologically acceptable acid to the solution of Doxorubicin Hydrochloride in water.

117.   The clear choice of the physiologically acceptable acid to add to the solution to adjust the pH is hydrochloric acid.   The acid is physiologically acceptable, widely used within the pharmaceutical industry, and it is the acid salt of the base form of Doxorubicin.   Additionally as I have noted above I would expect that hydrochloric acid would offer potential stability advantage over other acids.

118.   These combined observations indicate that prior to 2 August 1985, by following standard pharmaceutical practice, a person skilled in the art would have been able to produce a stable solution formulation of Doxorubicin Hydrochloride by controlling the pH and storage conditions of the preparation.

119.   The list "WNC8" provides additional references that came into existence between 2 August 1985 and 23 March 1990.   In particular, the patents listed below from "WNC8" provide significant information as to how to achieve a stable solution formulation of Doxorubicin:

(a)     Australian Patent No. 612,379

- 35 -

This patent describes the need for careful pH control and cites essentially the same pH range as described in the Patent in suit. The characteristics of the formulation described in this application are essentially the same as the patent except for the inclusion of an anti-oxidant.

(b)     Australian Patent No. 632,036

The major claim in this application, from FCE, is essentially the same as for the patent in suit except that they specifically claim the use of glycine as the buffering agent for the formulation. The pH range is the same as for the Patent in suit.

(c)     Australian Patent No. 572,002

This FCE patent describes a stable, rapidly dissolving formulation of Doxorubicin prepared from a lyophilisate. The list of solvents is useful, but there is little presented in the way of stability data to guide development of a solution formulation.

(d)     US version of Australian patent described in (c) above.

120.    The additional references listed in "WNC8" provide further confirmatory evidence that it would be possible to produce a stable solution formulation of Doxorubicin HCl.

121.    Furthermore two important papers had been published by Beijnen et al namely:

(a)     *J. Par. Sci. Technol.*, 39, 220-222, 1985. This paper by Beijnen et al states that "maximum stability of Doxorubicin is at about pH 4-5" (page 221). This paper was published in Australia in September 1985.

(b)     *Pharm. Weekbl. Sci. Ed.* 7, 109-116, 1985. This paper by Beijnen et al indicates that temperature, pH, ionic strength affect the degradation of Doxorubicin. Equations are given to predict the stability of the drug in solution as a function of solution pH.

PU 0011716

- 36 -

122.    These papers both confirm that Doxorubicin HCl is stable in the pH range of 2.5 to 5 and that the conclusions drawn from the graph plotted by me in "WNC10" were correct.

123.    Although confident of the outcome, I would still have undertaken development of a formulation in the same manner. The methods and results would still have been the same.

124.    Accordingly there is, in my opinion, nothing new, surprising or inventive disclosed in the Patent over what was disclosed in the body of literature published in Australia before 2 August 1985 and known or available to persons skilled in the art of the formulation of pharmaceuticals at that date.

SWORN by the said WILLIAM    )
NEIL CHARMAN at *Melbourne* )
in the State of Victoria          )
on 2*9th* April 1995            )

Before Me:

IAN S. PASCARL
40 Market Street, Melbourne
A Solicitor holding a current
Practising Certificate under the
Legal Profession Practice Act 1958.

PU 0011717

# EXHIBIT 2

IN THE FEDERAL COURT OF AUSTRALIA

VICTORIA DISTRICT REGISTRY

GENERAL DIVISION                          No. VG 49 of 1992

B E T W E E N

FARMITALIA CARLO ERBA S.r.L.

Applicant

- and -

DELTA WEST PTY LTD

Respondent

AFFIDAVIT

On the 14th day of April 1995 I, ROBERT LAURENCE WESTON, of 99A Lissadell Street, Floreat, in the State of Western Australia, chartered chemist, say on oath as follows:

1.      I am the Robert Laurence Weston who swore an affidavit in these proceedings on 19 November 1993 (my first affidavit).

2.      I am and have been since November 1993 employed by Standards Australia Quality Assurance Services Pty Ltd (SAQAS) as a Quality Auditor.

3.      In paragraphs 1 and 2 of my first affidavit I recorded my academic qualifications, professional association memberships and employment history. The following paragraphs 4, 5, 6, 7, and 8 of this my affidavit summarise, and update where appropriate, the *curriculum vitae* recorded in paragraphs 1 and 2 of my first affidavit.

Filed on behalf of the respondent

MINTER ELLISON              DX 204        MELBOURNE
Solicitors                 Telephone     (03) 617 4617
40 Market Street           Facsimile     (03) 617 4666
MELBOURNE  VIC  3000       Reference     ISP:732589

PU 0014464

- 2 -

4.   I have the following tertiary qualifications:

(a)   Master of Business Administration (Executive) from the University of New South Wales in 1994;

(b)   Graduate Diploma in Chemistry (Western Australian Institute of Technology) in 1978; These studies included Pharmaceutical Formulations in the School of Pharmacy;

(c)   Licentiateship of the Royal Institute of Chemistry in 1963.

5.   I am a Fellow of the Royal Australian Chemical Institute, Member of the Royal Society of Chemistry and a Chartered Chemist in Australia and the United Kingdom. I am a Member of the Australian Quality Society and of the Australian Institute of Management.

6.   My employment history is as follows:

From 1955 to 1956 I was a laboratory assistant with Monsanto Chemicals Ltd working in their research laboratories on oils and plastics.

7.   From 1956 to 1957 I was an Assistant - Scientific in the Forest Products Research Laboratory of the Department of Scientific Research, working in the field of mycology.

8.   From 1957 to 1962 I was a shift chemist with International Alloys Ltd, working in quality control in a light metal foundry.

9.   From 1962 to 1965 I was employed as analyst by Ortho Pharmaceuticals Ltd, responsible for quality assurance in manufacturing a range of pharmaceutical products.

10.  From 1965 to 1968 I was Chief Chemist to Elga Products Limited, working in the field of Water Purification in particular related to water for injection purposes.

PU 0014465

- 3 -

11.    From 1968 to 1970 I was a Senior Officer in the Engineer's Department of
the County Borough of Ipswich, responsible for managing chemical and
microbiological laboratories.

12.    In 1970 I migrated from the United Kingdom to Australia and was employed
as a Laboratory Manager by Trace Element Laboratories Pty Ltd. I was
initially responsible for managing a staff of around 25 people mainly
concerned with the analysis of mineral exploration samples.

13.    In 1972 the company changed its name to Associated Laboratories of Australia
and I was made responsible for the operation of an industrial chemistry testing
laboratory which included the analysis of pharmaceuticals. Analysis was
conducted on behalf of a wide range of manufacturing and agricultural
industries as well as for commerce and private individuals.  Major clients
included Ampol Petroleum, Swan Brewery, Claradeen Ltd and a large number
of mining companies.   One of the clients was Delta West Ltd.

14.    In 1973 I formed my own chemical consultancy, Alchem Pty Ltd, to continue
the business I had built for my previous employer. Clients covered a wide
range of commerce and manufacturing. This work included responsibility as
an independent operator for quality assurance for Delta West Ltd. until April
1984 and Ramprie Laboratories, another pharmaceutical manufacturer.  In
particular I had to ensure compliance by Delta West Ltd. with the
requirements of the Code of Good Manufacturing Practice (which was
controlled by the National Biological Standards Laboratory). My work during
this period included both testing and supervising the testing of the stability of
pharmaceutical products.

15.    In 1985 I sold this business to Claradeen Ltd and was employed by them as
Research and Development Manager. The areas of research included super
absorbent polymers and surface coatings.

PU 0014466

- 4 -

16.    In 1987 this company was restructured and I left to join Analabs - a division of Inchcape Inspection and Testing Pty Ltd. I was employed as a senior manager until my resignation in 1992. My major role was to establish and manage a division to provide analytical services to the manufacturing, and environmental, industries and to commerce.

17.    In 1992 I resumed consulting until I joined SAQAS in 1993. My current functions are to audit organisations for compliance to a range of international quality systems. In particular I audit laboratories.

18.    During my career as a chemist I have had wide exposure to the use of a number of instrumental analytical techniques as referred to in my first affidavit.

19.    In August 1985 and now I prefer the ready to use ("RTU") solution form of a drug such as Adriamycin to the lyophilised form. In my opinion it is preferable for drugs to be presented in as simple a form as possible, compatible with the needs of storage and administration to a patient. If a drug is formulated in the lyophilised form, medical staff have to prepare a solution prior to its administration. This involves opening the container in which the drug is provided, adding water or some aqueous solution such as isotonic saline and mixing until the drug is dissolved or appears to be dissolved. The solution must then be transferred to a hypodermic syringe.

20.    This process adds risks to both patient and medical staff which are not encountered with the use of an RTU ordinary solution. Not only may the lyophilised drug not be totally dissolved, resulting in a dose being administered other than that intended or solid material may be injected. Further the additional handling of the lyophilised form increases the risk of contact by the drug with the medical staff with a prospect of them suffering serious consequences in the case of a drug as cytotoxic as Adriamycin.

PU 0014467

- 5 -

21.  The most convenient forms of an RTU solution would be using water or a
physiologically isotonic solution. Ideally this would be presented in a
convenient to use package, safe to handle and ideally not requiring storage
under special conditions. It would have a shelf life sufficient to allow for
distribution and useable pharmacy storage and any degradation which occurred
would have to result in products which were of acceptable toxicity.

22.  To identify or create new pharmaceutical products and the feasibility of
manufacturing or marketing a new pharmaceutical (or checking the processes
adopted by a laboratory for such a step) I would follow the following
procedure:

(a)  I would search for relevant patents through an appropriate
professional, normally a patent attorney;

(b)  I would conduct literature searches of publications available utilising a
professional librarian to access to computerised databases and manually
myself searching text books and other references physically available
to me or accessible in libraries available to me.

23.  The information I would seek and normally obtain from these sources would
include:

(a)  structural data of the substance of interest and related compounds;

(b)  basic physical and chemical properties such as solubility and reactivity;

(c)  analytical methodology which could be useful in determining the active
ingredient in its pure state, in formulations and to differentiate it from
possible degradation products;

(d)  any data regarding safe handling, packaging and storage. In particular
I would seek information which might guide me to the methods for
presenting the active ingredient in a form which was pharmaceutically
acceptable;

(e)  any information which would indicate useable or unusable
pharmaceutical adjuncts. (i.e. information which might be published
which indicated whether or not adjuncts might be useable);

PU 0014468

- 6 -

(f)    information that would identify manufacturers and suppliers of raw
material.

24.    This information would then be analysed to identify:
(a)    stability data on the material in solid and solution form;
(b)    methods for determining the concentration of the active ingredient and
its degradation products in the dosage forms and the concentrations
likely to be administered;
(c)    degradation pathways of the active ingredient;
(d)    the effects on the active ingredient of pH, of solvents and other
excipients which might be considered for use in an RTU solution.

25.    To the extent that the published literature did not provide all of the
information necessary routine testing procedures would be established to
enable any outstanding issues to be resolved.

26.    As stated in my first affidavit, I have read and considered a true copy of the
specification of Australian Patent No. 598197 in the name of Farmitalia Carlo
Erba S.r.L.

27.    It was known to me prior to 2 August 1985 that Adriamycin was available in
lyophilised form which required reconstitution before being administered to a
patient.

28.    I have conducted a literature search of publications which would have been
available to me prior to 2 August 1985. I conducted a search at Curtin
University of Technology library utilising the services of a professional
librarian Mr Bryan Kelman to search for materials published during the period
of January 1965 to 1 August 1985 covering Doxorubicin and stability. I set
the guidelines and directed the search whilst Mr Kelman operated the
equipment and accessed the databases.

PU 0014469

- 7 -

29.     In the period before 2 August 1985, when I needed to undertake literature searches I employed another professional librarian Miss Ann Rogers who was then a lecturer in library studies at the Western Australian Institute of Technology and who also offered her services as a consultant. She undertook searches for me by a computer linked by telephone to a United States system called "Lockheed" by which she obtained access to the computerised data bases. As with Mr Kelman, I used to sit with her guiding her through the key words which might assist us to find the literature for which I was searching.

30.     The data base searches provided references, as they do today, from pharmaceutical and chemical journals but not textbooks.

31.     The search undertaken by me with the assistance of Mr Kelman was directed to identifying the literature available that was relevant to formulating Doxorubicin.  It commenced by linking the words Doxorubicin and stability. As this produced very little material, the search was expanded by eliminating the word stability, and, using Adriamycin (the name of the Applicant's commercial product based on Doxorubicin) as an alternative to Doxorubicin. I also conducted a manual search of standard works such as Martindale, the United States Pharmacopoeia ("USP"), the British Pharmacopoeia ("BP") and the British Pharmaceutical Codex. ("BPC").  The results of these searches are now produced  and shown to me and marked "RLW4".  Now produced and shown to me and marked "RLW5" is a folder of documents containing copies of the documents listed in "RLW4" to which I will refer later in this my affidavit.  I have numbered the documents consecutively and later in this affidavit will identify documents by reference to a number in "RLW5".

32.     I also requested that the respondent's solicitors cause to be conducted a patent search to identify all patents for the periods prior to 2 August 1985 and between 2 August 1985 and 23 March 1990 relating to Adriamycin, Doxorubicin Hydrochloride, that is the active ingredient, and any process or formulation claims.  The results of the searches are contained in the folders

PU 0014470

- 8 -

now produced and shown to me and marked "RLW8" (pre 2 August 1985 patents) and "RLW9" (patents published during the period between 2 August 1985 and 23 March 1990).

33.     Throughout my working life I have been working with people developing products. From my experience with them it is my opinion that people skilled in developing pharmaceuticals would have conducted a similar literature search prior to 2 August 1985 and could be expected to have found and understood all the documents listed in "RLW4" and "RLW8" if they had been seeking to identify the literature disclosing information then known about the formulation of Doxorubicin. Indeed, in my experience, such skilled people would treat all those documents as a single source of information because not only are they accessed as a body of information uncovered by a literature search but also many of the documents are cross-referenced to each other. Accordingly, reading some of the items of literature uncovered in the search directs the reader's attention to other items of relevant published literature. For example, item 14 in "RLW4" refers the reader to items 4, 5, 9, 13, 18 and 19 in "RLW4".

34.     In my opinion the literature suggests (eg: Poochikian, et al (document 9 in exhibit "RLW5") and Beijnen, et al (document 14 in exhibit "RLW5")) that Doxorubicin could be successfully analysed in aqueous solutions. At the least there is evidence that methodology existed that would be worthy of consideration for use in stability testing.

35.     These references also suggest that high pressure liquid chromatography ("HPLC") is likely to be a useful assay technique for analysis of the stability of Doxorubicin. To establish the stability of Doxorubicin, particularly in solution if that is the inquiry, it would be necessary to use a method of analysis which is capable of distinguishing between the drug of interest and any degradation products to which it might be converted during the stability test period.

PU 0014471

- 9 -

36.     There is evidence in the literature prior to 1985, that Doxorubicin
        Hydrochloride was soluble in water (eg: Martindale 26th ed. 1972: 1182
        (document 24 in exhibit "RLW5", USP 21, 1985:623 (document 25 in exhibit
        "RLW5")).

37.     The use of water or isotonic solutions for injections was, and remains,
        common practice.  Most injections are prepared as solutions in water for
        injection, that is, purified, sterile, pyrogen free water.

        "Injections of some medicaments in aqueous solution can produce discomfort
        to patients or damage if the solution is not isotonic, that is iso-osmotic with
        blood serum.  Adjustment of such solutions may be achieved by the addition
        of sodium chloride or other suitable substance"

        (BPC eleventh edition, The Pharmaceutical Press, London 1979, p445
        (document 26 in exhibit "RLW5")).

38.     Examples of solutions in water for injection known before 2 August 1985
        include  Adrenaline Injection BPC, Inulin Injection BPC, Morphine Injection
        BPC and Vincristine Injection BPC.

39.     Thus using water would have been an obvious  preference to me as a means
        of presenting Doxorubicin in a ready to use formulation for therapeutic
        purposes if I had been seeking to define such a formulation at that date.

40.     The following articles, identified in my literature search:

        (a)     Wassermann K and Bundgaard H: Int J Pharm 14; 73, March 1993
                (document 5 in exhibit "RLW5'").  (which states that the in vitro
                kinetics of hydrolysis for Doxorubicin Hydrochloride were studied in
                0.01 to 0.5 M hydrochloric acid solutions, corresponding to a pH
                range of 0.4 to 2.1);

        (b)     Tomlinson E and Malspeis L: J Pharm Sciences 71; 1121-1125,
                October 1982.   (document 6 in exhibit "RLW5") (which states that
                Doxorubicin Hydrochloride was incubated in containers made of

PU 0014472

- 10 -

various materials and the systems tested for drug absorption);

(c)    Poochikian GK, et al: American Journal of Hospital Pharmacy 38;
483-486, April 1981 (document 9 in exhibit "RLW5").  This states that
the stability of Doxorubicin Hydrochloride was dependent on pH);

(d)    Tavoloni N, et al, J Pharm Pharmacol, 32: 860-862, December 1980
(document 10 in exhibit "RLW5").  (which states that the kinetics of
degradation of varying concentrations of Doxorubicin Hydrochloride in
different solvents when exposed to fluorescent light was investigated;

indicate that research, which had been published before 2 August 1985 and
formed part of the body of literature available to and used by persons skilled
in the art at that date, had been undertaken to investigate the stability of
Doxorubicin in aqueous solutions and that factors considered had included pH,
strength of solution, light, pharmaceutical adjuncts such as isotonic saline and
materials in which such solutions might be stored, or, come into contact with
in use.  That is, the literature taught that it would be necessary to ensure that
the stability of the drug was tested in the formulation in which it was to be
prepared, in the container in which it was to be stored, under the conditions
under which it would be stored and that it was not degraded by other materials
with which it might come into contact such as hypodermic syringes and
needles.

41.    By 2 August 1985, it was well known to me that the stability of most
pharmaceutical products was dependant on pH, temperature, radiation (that is
visible and UV light), oxidation, polymeristion, isomeism, decarboxylation,
container reactions and hydrolysis.

Connors KA, et al: Chemical Stability of Pharmaceuticals; John Wiley,
New York, 1979 (document 27 in exhibit "RLW5"); Rawlins EA (Ed):
Bentleys Textbook of Pharmaceutics; 8th Edition, MacMillan, New
York, 1977 (document 28 in exhibit "RLW5").

42.    Lack of stability of a formulation implies degradation of the active ingredient
which might affect the efficacy of the drug because the products of

PU 0014473

- 11 -

degradation might also be physiologically active. The logical approach to identifying a means of producing a stable formulation would be to investigate the manner in which degradation might occur in solution.

43.    The relevance of knowing the mechanism of degradation lies in the insight it provides to possible ways of preventing or minimising such reactions to increase shelf life.

44.    Identification of the mode of the degradation leads to possible techniques to overcome the problem. For instance if oxidation was a contributing cause, antioxidants might be added and/or air excluded from the product during manufacture and packaging, perhaps by the use of nitrogen.

45.    The rate of degradation would be determined so that shelf life could be predicted. Temperature is a factor in reaction rates and it would be standard and routine practice to carry out accelerated stability tests over a range of temperatures to enable Arrhenius plots to be created of data used to predict stability beyond the period of laboratory tests at various storage temperatures (Martin AN, et al: Physical Pharmacy; 2nd Edition, pp396-398, Lea Febeger, Philadelphia, 1969 (document 29 in exhibit "RLW5").

46.    The relationship which exists between a chemical reaction and temperature is commonly used to predict the stability of drugs. Experimental data of degradation determined over short periods, and at different temperatures, may be extrapolated to predict the amount of undegraded drug which would remain after longer periods of time at a single temperature (usually the temperature at which the drug is to be stored). The data is also used to gain an understanding of the nature of the chemical reaction(s) taking place.

47.    For each temperature at which data is obtained, a rate reaction constant is determined. A common relationship is that the logarithm of the rate constant (eg of degradation) is proportional to the reciprocal of the (absolute)

PU 0014474

- 12 -

temperature (eg degrees Kelvin). The graphical representation of such data are frequently referred to as "Arrhenious plots".

48.   Such tests might indicate that it was desirable to store the solutions at less than ambient temperature.

49.   Poochikian GK, et al: American Journal Hospital Pharmacy 38; 483-486, April 1981 (document 9 in exhibit "RLW5") and Wasserman K and Bundgaard H: International Journal of Pharmacy 14; 73-78; March 1983 (document 5 in exhibit "RLW5"), indicate that pH is a factor which is not uncommon in pharmaceutical formulations and often related to hydrolysis.

50.   Poochikian *et al* state that the stability of Doxorubicin HCl is dependent on pH. Wassermann and Bundgaard state that the in vitro kinetics of hydrolysis for Doxorubicin HCl were studied in 0.01 to 0.5 M hydrochloric acid solutions, corresponding to a pH range of 0.4 to 2.1. Hydrolysis rates exhibited first order dependency on concentration and on the pH. This confirms the importance of the pH level to the stability of Doxorubicin HCl.

51.   When testing for the stability of a product it would be normal, indeed routine, to test formulations over a range of pH levels to ascertain the range over which maximum product stability occurred. The effect of pH would also be considered over a range of drug concentrations.

52.   What is clear is that prior to August 1985, the published information to which I have referred identified in relation to the preparation of aqueous solutions of Doxorubicin Hydrochloride showed that studies of the stability of such solutions had been made. This information would provide a starting point, for a person skilled in the art of preparing formulations of pharmaceuticals, to developing a commercially viable product by routine testing techniques.

53.   The information contained in the body of literature to which I have referred

PU 0014475

- 13 -

tells me that:

(a)  Doxorubicin is water soluble;

(b)  Doxorubicin may  used in an isotonic saline solution;

(c)  some data is published on the stability of Doxorubicin;

(d)  probably suitable analytical techniques which are readily accessible, are available to conduct stability tests on formulations of Doxorubicin.

54.  I understand the Specification in suit as purporting to describe as an invention the development of a sterile, pyrogen free anthracycline glycoside solution which comprises a physiologically acceptable salt of an anthracycline glycoside in a physiologically acceptable solvent therefore at an anthracycline glycoside concentration of from 0.1 to 50 mg/ml, which has not been reconstituted from a lyophilisate, and the pH of which has been adjusted solely with a physiologically acceptable acid from 2.5 to 5.0.

55.  The presentation of drugs in sterile, pyrogen free solution is a standard pharmaceutical practice being required by the Code of Good Manufacturing Practice.

56.  The adjustment of the pH of solutions for injection with physiologically acceptable acids is also standard practice.  The most commonly used acids for these purposes are the mineral  (inorganic) acids, in particular hydrochloric acid. Inorganic acids tend to be more stable than organic acids. I would use hydrochloric acid because the chloride ion in it is common to both the salt and the acid. If a different acid such as phosphoric acid , for example, was used, the introduction of the phosphate ion could result in the formation of a phosphate salt. As phosphates are generally insoluble this could result in precipitate forming .This would have to be resolved before the solution could be used for injection. Thus the addition of a different acid such as this could substantially complicate the formulation.

57.  The use of a tonicity adjustment agent is common practice and the choice of

PU 0014476

- 14 -

agent would depend on compatibility with the drug in question. If the drug were in the form of the hydrochloride salt and the acid of choice is hydrochloric acid, the isotonicity agent of choice would be sodium chloride.

58.    Further, if the solution was to be made isotonic with sodium chloride, a common ion is again introduced which is unlikely to result in a complication of the formulation.

59.    The concentration of anthracycline glycoside or its salt would be dictated by the dosage range sought for therapeutic purposes, the stability of the solution, and the method of administration. Consideration of all these factors is standard formulation practice.

60.    The literature (Martindale: The Extra Pharmacopoeia; 26th Edition, The Pharmaceutical Press, London, 1972, p1182 (document 24 in exhibit "RLW5"), refers to dosages ranging from 300-800/kg body weight. Chang P, Wiernik PH: Clin Pharmacol Ther 20; 605-610 November 1976 (document 20 in exhibit "RLW5"), refers to doses of 60 mg/sq m which suggests that dosage rates are varied according to the size of the patient. The preparation would therefore ideally be offered in concentrations which provide a dose which can be adjusted sufficiently easily to account for different body weights.

61.    The concentration suggested by the literature published by the manufacturer is that Adriamycin be reconstituted to give a concentration of Doxorubicin Hydrochloride of 2 mg/ml (Compendium of Pharmaceuticals and Specialists; 20th Edition, Canadian Pharmaceuticals Association, Toronto, 1985 (document 30 in exhibit "RLW5"); Ketchum *et al*: American Journal of Intravenous Therapy and Clinical Nutrition: (1981) Vol 8, No 4, pp15-18 (document 31 in exhibit "RLW5") and Hoffman *et al*, American Journal of Hospital Pharmacy 36: 1536-1538, November 1979 (document 13 in exhibit "RLW5").

PU 0014477

- 15 -

62.    The use of a sealed pharmaceutical glass container is a common practice for injectables (Martin et al Physical Pharmacy 2nd Edn. p239-240 (document 29 in exhibit "RLW5"). Benvenuto et al: Am J Hos Pharm 38:1914-1918 (1981)(document 19 in exhibit "RLW5") suggests that care must be exercised in the selection of the type of glass constituting the container to ensure that any soda contained within the glass does not result in the solution being made more alkaline. This suggests that borosilicate glass should be used.

63.    The method of production described, namely by dissolving the physiologically acceptable salt and adding a physiologically acceptable acid to adjust the pH to a desired range and passing the resulting solution through a sterilising filter with or without the prior addition of other pharmaceutical adjuncts is common practice in the production of pharmaceuticals and obvious to persons skilled in the art, as is the de-aeration of such a solution with nitrogen and packaging the solution under nitrogen to prevent possible oxidation.

64.    The  pH dependence of Doxorubicin HCl to achieve stability is clearly identified in the body of literature identified by me as published before 2 August 1985 including:

(a)    Poochikian et al, "Stability of anthracycline antitumour agents in four infusion fluids" (April 1981), Vol 38, American Journal of Hospital Pharmacy (document 9 in exhibit "RLW5"), pp483-6 at p485, right side column, paragraph 4, lines 6 to 8.

(b)    Ketchum et al,  "Cost benefit and stability study of Doxorubicin following reconstitution" (1981), Vol 8, No.4, American Journal of Intravenous Therapy and Clinical Nutrition (document 31 in exhibit "RLW5"), pp15-18 at p15, left side column, paragraph 2, lines 4 to 11.

(c)    Janssen et al, "Doxorubicin decomposition on storage.  Effect of pH, type of buffer and liposome encapsulation" (1985), Vol 23, International Journal of Pharmaceutics, (document 32 in exhibit "RLW5") pp1-11 at p9, paragraph 4, lines 7 and 8.

PU 0014478

- 16 -

   (d)      Kaniewska T, "Study of the decomposition of Adriamycin", extract
from chemical abstracts (1978), Vol 88, (document 33 in exhibit
"RLW5") p396, no.197526x, paragraph 6, lines 6 to 8.

   (e)      American Hospital Formulary Service (1983), (monograph
"Doxorubicin Hydrochloride"), published by the American Society of
Hospital Pharmacists, Inc, Bethesda (document 34 in exhibit "RLW5").
Antineoplastic Agents 10.00. Monograph Doxorubicin Hydrochloride,
paragraph 1, lines 12 to 17.

   (f)      Dorr & Fritz, "Cancer Chemotherapy Handbook" (Elsevier, New
York, 1980) pp338-401 at p390, paragraph 1, lines 2, 3 and 4 (title
"Doxorubicin") (document 35 in exhibit "RLW5").

   (g)      Trissel, Handbook on Injectable Drugs, Third edition (1983),
pp171-172 at p171 (document 36 in exhibit "RLW5"), right side
column, paragraph 1, lines 5 to 9 (title "Doxorubicin HCl"), published
by the American Society of Hospital Pharmacists, Bethesda.]

65.     These references show that a likely optimum stability for Doxorubicin HCl is
in the range of pH 2.5-5 in that stability has been found at pH 2.6
(Kaniewska); Stability in one solution at pH4.5 was found to be better than in
other solutions with higher pH values(Poochikan et al); it has been suggested
that Doxorubicin is unstable at a pH of less than 3 and greater than 7
(American Hospital Formulary Service and Dorr & Fritz). Although not all of
these literature references are rigorously reported they suggest to me that the
probable range in which the optimum level of stability is most likely to be
found is between pH3 and pH4.5.

66.     The monograph Doxorubicin Hydrochloride ("RLW5", document 34) states
that solutions of the drug should be protected from sunlight (para 1 at line
15).

67.     The preparation of injectable forms of drugs as sterile pyrogen free products
in sealed containers is standard pharmaceutical practice and is referred to in

PU 0014479

- 17 -

the BP, the BPC and the USP as follows:

(a)  BP 1980 thirteenth edition (document 37 in exhibit "RLW5") pages 515.

(b)  BPC 1979 eleventh edition (document 26 in exhibit "RLW5") pages 446.

(c)  USP XXI edition (document 25 in exhibit "RLW5") pages 1123.

68.  The adjustment of pH is common practice as this is frequently necessary to maintain the stability of solutions. Such adjustments have to be made with physiologically acceptable acids for human use and the mineral acids are commonly used for this purpose. Again, examples can be found in the major pharmacopoeias.

69.  The use of filtration as a means of sterilising solutions is common practice, particularly if heat sterilisation cannot be used. It is also a convenient production technique.

70.  The practices referred to above as standard and common are in my experience known to those working in the pharmaceutical industry and require no degree of inventiveness on the part of those skilled and practised in pharmaceutical formulations to apply them in the development of an RTU injectable solution of Doxorubicin Hydrochloride. Those working in the field would have had access to and regularly consulted the journals and other literature referred to in exhibit "RLW4" at 2 August 1985 and in particular they would have been likely to monitor Chemical Abstracts as a matter of routine.

71.  All of the above have been in use since well before 1985. I was using them in the 1960's.

72.  As I have noted above the body of literature available prior to 2 August 1985 discloses that Doxorubicin is water soluble; that the aqueous solutions are stable, at least if refrigerated, for useable periods of time; that stability is pH

PU 0014480

- 18 -

dependent and that consequently it would be a matter of routine testing not involving either ingenuity or inventiveness to determine the optimum pH range to maximise stability of solutions. For the reasons identified by me above, the adjustment of pH would be tested in the first instance with hydrochloric acid before introducing ions which were not already present in the salt Doxorubicin HCl.

73.    At the request of the Respondent's solicitors, I have caused a further search to be undertaken, in the manner described in paragraphs 28 to 32 of this my affidavit, for the period up to 23 March 1990. Now produced and shown to me and marked "RLW6" is a list of literature revealed by the search. I have placed that literature in the folder now produced and shown to me and marked "RLW7". The results of the patent searches I requested be conducted for the period 2 August 1985 to 23 March 1990 are contained in the folder exhibit "RLW9". Any person who had undertaken a search of the literature immediately before the 23 March 1990 would have found the same body of documents as the source of information disclosing what was known in relation to the formulation of Doxorubicin at that date as the documents contained in the folders "RLW7" and "RLW9".

74.    These references do not in any way suggest that the conclusions drawn by me in paragraphs 53 to 71 above were neither speculative , surprising nor incorrect. Indeed they verify that the suggestions made in the literature before 2 August 1985 were soundly based.

SWORN by ROBERT LAURENCE    )
WESTON at Perth    )
in the State of Western    )
Australia on 19th April    )
1995    )

Before Me:.................

A. Fincke
A Commissioner of the Supreme Court
of Western Australia for taking
Affidavits.

PU 0014481