IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC, <br><br>   Plaintiff, <br><br> v. <br><br> SICOR INC. and SICOR PHARMACEUTICALS, INC., <br><br>   Defendants. | ) ) ) ) ) ) ) C.A. No. 04-833-KAJ ) ) ) ) ) ) ) |

**DEFENDANTS' MOTION TO BIFURCATE LIABILITY
AND WILLFULNESS/DAMAGES, AND TO STAY
DISCOVERY RELATING TO THE WILLFULNESS INQUIRY**

Defendants Sicor, Inc. and Sicor Pharmaceuticals, Inc. (collectively, "Sicor") hereby move, pursuant to Federal Rule of Civil Procedure 42(b):  1) for separate trials on the issues of liability on the one hand, and (i) damages and (ii) willfulness on the other; and 2) to stay willfulness-related discovery until after the liability question is resolved.  The grounds for this motion are set forth in the accompanying Memorandum of Law (with exhibits), the documents submitted by Sicor for *in camera* inspection by the Court, the pleadings and papers on file herein, such other matters as may be judicially noticed by the Court, and upon such other matters as the Court may consider appropriate or which may be presented to the Court on reply or at the time of hearing.

ASHBY & GEDDES

/s/ *John G. Day*

---

Steven J. Balick (ID# 2114)
John G. Day (ID# 2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
*Attorneys for Defendants*

*Of Counsel:*

Reid L. Ashinoff
Michael S. Gugig
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
Phone: (212) 768-6700
Facsimile: (212) 768-6800

Dated: September 28, 2005
161838.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September, 2005, the attached **DEFENDANTS' MOTION TO BIFURCATE LIABILITY AND WILLFULNESS/DAMAGES, AND TO STAY DISCOVERY RELATING TO THE WILLFULNESS INQUIRY** was served upon the below-named counsel of record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire                     HAND DELIVERY
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

Joshua R. Rich, Esquire                         VIA FEDERAL EXPRESS
McDonnell Boehnen Hulbert & Berghoff
300 South Wacker Drive
Suite 3200
Chicago, IL 60606


/s/ *John G. Day*
_____
John G. Day