# EXHIBIT A

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
**Pharmacia & Upjohn Co. v. Sicor – Case No. 04 Civ 833 (KAJ)**

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 024375 | Art LeBlanc<br>Craig Lea<br>Ken Lomartire<br>Peter MacDonald<br>Jessica Wolff<br>cc: Carlo Salvi<br>Frank Becker | Wes Fach | 9/25/2000 | Attorney-Client<br>Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 026232-026280 | Wesley N. Fach<br>cc: Dr. Yehudah Livneh<br>Marc Goshko | Jessica Wolff, Paul, Hastings, Janofsky & Walker LLP | 3/4/2004 | Attorney-Client<br>Attorney Work Product | Letter regarding legal advice of counsel with respect to patent issues |
| SICOR-PNU 026316-026317 | Frank Becker<br>cc: Wes Fach<br>Pam Beckman<br>Art LeBlanc<br>Dave Dreyer | Craig Lea | 8/11/2000 | Attorney-Client<br>Attorney Work Product | Memorandum regarding legal strategy with respect to patent issues with handwritten notes |
| SICOR-PNU 026342-026343 | Carlo Salvi<br>Frank Becker<br>Marvin Samson | Wes Fach | 8/29/2000 | Attorney-Client<br>Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues with handwritten notes |

1

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
**Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)**

The following described documents have been withheld from production on the grounds that they contain privileged Information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026346 | Art LeBlanc<br>Craig Lea<br>Ken Lomartire<br>Peter MacDonald<br>Jessica Wolff<br>cc: Carlo Salvi<br>Frank Becker | Wes Fach | 9/27/2000 | Attorney-Client<br>Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 026347 | Frank Becker<br>cc: Craig Lea<br>Ken Lomartire<br>Marvin Sholdings | Wes Fach | 12/18/2000 | Attorney-Client<br>Attorney Work Product | Email regarding advice of counsel with respect to patent issues with handwritten notes |
| SICOR-PNU 026348 | Marvin Sholdings<br>cc: Craig Lea<br>Frank Becker | Wes Fach | 1/2/2001 | Attorney-Client<br>Attorney Work Product | Email regarding advice of counsel with respect to patent issues with handwritten notes |
| SICOR-PNU 026349 | Frank Becker<br>Art LeBlanc<br>Craig Lea<br>Ken Lomartire<br>Peter McDonald<br>cc: Carlo Salvi<br>Marvin Samson | Wes Fach | 03/01/2001 | Attorney-Client<br>Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |

2

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026350-026351 | Carlo Salvi Frank Becker Marvin Samson | Wes Fach | 8/29/2000 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 026352-26353 | Frank Becker | Wes Fach | 3/8/2001 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 026356-026357 | Carlo Salvi Frank Becker Marvin Samson | Wes Fach | 8/29/2000 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 026399-026400 | Frank Becker | Wes Fach | 3/8/2001 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 026401 | Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald Jessica Wolff cc: Carlo Salvi Frank Becker | Wes Fach | 9/25/2000 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues with handwritten notes |
| SICOR-PNU 026402-026406 | Wes Fach | Jessica Wolf, Brobeck, Phleger & Harrison LLP | 7/14/2000 | Attorney-Client Attorney Work Product | Letter regarding legal advice of counsel relating to patent issues |

3

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026407-026409 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Alan Goldschein<br>Vandana Sonavaria<br>Peter MacDonald<br>Jessica Wolff<br>Rosalie Lowe/Elvia Gustavson<br>Frank Becker<br>Michael Cannon | Dorla Mirejovsky | 3/1/2001 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent review meeting minutes with handwritten notes |
| SICOR-PNU 026410 | Dorla Mirejovsky<br>cc: Wes Fach<br>Ken Lomartire | Jessica Wolff | 10/2/2000 | Attorney-Client<br>Attorney Work Product | Email regarding patent review |

4

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026411-026413 | Ken Lomartire Art LeBlanc Craig Lea Wes Fach Karen Loberg Alan Goldschein Peter MacDonald Jessica Wolff, Rosalie Lowe Elvia Gustavson Frank Becker Michael Cannon | Dorla Mirejovsky | 11/1/2000 | Attorney-Client Attorney Work Product | Memorandum regarding patent review meeting minutes |
| SICOR-PNU 026414-026416 | Dorla Mirejovsky cc: Wes Fach | Jessica Wolff | 9/18/2000 | Attorney-Client Attorney Work Product | Email regarding legal advice with respect to patent issues with handwritten notes |

5

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026417-026422 | Ken Lomartire Art LeBlanc Craig Lea Wes Fach Karen Loberg Michael Burton Rosalie Lowe Elvia Gustavson Vandana Sonavaria Allyn Becker Chuan Chen Peter MacDonald Jessica Wolff Richard Pagliery Frank Becker Michael Cannons | Doria Mirejovsky | 1/24/2002 | Attorney-Client Attorney Work Product | Memorandum regarding patent review meeting minutes with handwritten notes |

6

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
**Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)**

**The following described documents have been withheld from production on the grounds that they contain privileged information:**

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026423-026424 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica Wolff<br>Julissa Martinez<br>Vandan Sonavaria<br>Allyn Becker<br>Chuan Chen<br>Rachelle Zimmerman<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney<br>Dorla Mirejovsky | Dorla Mirejovsky | 7/30/2001 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent meeting |

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
**Pharmacia & Upjohn Co. v. Sicor – Case No. 04 Civ 833 (KAJ)**

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026425-026429 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Alan Goldschein<br>Vandana Sonavaria<br>Allyn Becker<br>Chuan Chen<br>Peter MacDonald<br>Jessica Wolff<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon | Doria Mirejovsky | 7/27/2001 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent review meeting minutes with handwritten notes |
| SICOR-PNU 026430-026431 | SICOR Pharmaceuticals, Inc.<br>Attn: Wes Fach | Paul, Hastings, Janofsky & Walker LLP | 1/30/2004 | Attorney-Client<br>Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026432-026433 | SICOR Pharmaceuticals. Inc.<br>Attn: Wes Fach | Paul, Hastings, Janofsky & Walker LLP | 12/31/2003 | Attorney-Client<br>Attorney Work Product | Invoice for services rendered with respect to patent issues |

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026434 | Gensia Sicor Pharmaceuticals, Inc. Attn: Wes Fach | Paul, Hastings, Janofsky & Walker LLP | 4/21/2003 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026435-026438 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 1/26/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026439-026443 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 2/27/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026444-026447 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 3/24/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026448-026450 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 4/24/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026451 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 5/23/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026452-026453 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 9/14/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026454 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 8/29/2000 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026455-026456 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 9/30/2000 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026457-026459 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 10/26/2000 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |

9

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026460-026462 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 11/22/2000 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026463-026465 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 12/15/2000 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026466-026467 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 1/13/2003 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026468-026469 | Gensia Sicor Pharmaceuticals | Brobeck, Phleger & Harrison LLP | 2/11/2003 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026470-026473 | Gensia Sicor Pharmaceuticals | Brobeck, Phleger & Harrison LLP | 3/13/2003 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026481-026487 | Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald Jessica Wolff cc: Carlo Salvi Frank Becker | Wes Fach | 9/25/2000 | Attorney-Client Attorney Work Product | Memorandum attached to fax confirmation pages regarding advice of counsel on patent issues with handwritten notes |

10

**PRIVILEGE LOG**

**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**

Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026488-026494 | Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald Jessica Wolff cc: Carlo Salvi Frank Becker | Wes Fach | 9/27/2000 | Attorney-Client Attorney Work Product | Memorandum attached to fax confirmation pages regarding advice of counsel on patent issues with handwritten notes |
| SICOR-PNU 026495-026553 | Wes Fach, Esq. cc: Dr. Yehudah Livneh Marc Goshko | Paul, Hastings, Janofsky & Walker, LLP | 3/4/2004 | Attorney-Client Attorney Work Product | Letter regarding opinion of legal counsel with respect to patent issues |
| SICOR-PNU 026554-026620 | Wes Fach, Esq. cc: Dr. Yehudah Livneh Marc Goshko | Paul, Hastings, Janofsky & Walker, LLP. | 3/4/2004 | Attorney-Client Attorney Work Product | Letter regarding opinion of legal counsel with respect to patent issues |
| SICOR-PNU 026621-026686 | Wes Fach, Esq. | Brobeck, Phleger & Harrison, LLP. | 2/28/2001 | Attorney-Client Attorney Work Product | Letter regarding opinion of legal counsel with respect to patent issues |
| SICOR-PNU 026687-026752 | Frank Becker Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald cc: Carlo Salvi Marvin Samson | Wes Fach | 3/1/2001 | Attorney-Client Attorney Work Product | Memorandum attaching Letter regarding opinion of legal counsel with respect to patent issues |

11

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor – Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026776 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica Wolff<br>Julissa Martinez<br>Valerie Guecia<br>Vandana Sonavaria<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney<br>Rachelle Zimmerman | Dorla Mirejovsky | 5/17/2001 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting |

12

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026777-026781 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Alan Goldschein<br>Vandana Sonavaria<br>Peter MacDonald<br>Jessica Wolff<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon | Doria Mirejovsky | 4/19/2001 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent review meeting minutes with handwritten notes |

13

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026782-026783 | Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica Wolff<br>Julissa Martinez<br>Valerie Guecia<br>Vandana Sonavaria<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney | Doria Mirejovsky | 2/20/2001 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting. |

14

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
**Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)**

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026784 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica Wolff<br>Julissa Martinez<br>Valerie Guecia<br>Vandana Sonavaria<br>cc: Alice Kaylor<br>Merril Bencs<br>Kathy Stewart<br>Michelle McKenney | Dorla Mirejovsky | 1/22/2001 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting. |
| SICOR-PNU 026785-026787 | N/A | N/A | N/A | Attorney-Client<br>Attorney Work Product | Index of patent opinions files with handwritten notes |

15

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026788 | Ken Lomartire<br>Wes Fach<br>Jessica Wolff<br>Chuan Chen<br>Vandana Sonavaria<br>cc: Allyn Becker<br>Karen Loberg<br>Craig Lea | Dorla Mirejovsky | 1/23/2001 | Attorney-Client<br>Attorney Work Product | Email regarding advice of counsel with respect to patent issues |
| SICOR-PNU 026793 | Wes Fach<br>cc: Ken Lomartie<br>Valerie Guecia | Dorla Mirejovsky | 1/11/2001 | Attorney-Client<br>Attorney Work Product | Email regarding advice of counsel with respect to patent issues |

16

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
**Pharmacia & Upjohn Co. v. Sicor – Case No. 04 Civ 833 (KAJ)**

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026794 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica Wolff<br>Julissa Martinez<br>Valerie Guecia<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart | Dorla Mirejovsky | 12/11/2000 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting. |
| SICOR-PNU 026795 | N/A | N/A | 11/16/2000 | Attorney-Client<br>Attorney Work Product | Handwritten notes regarding patent committee meeting |

17

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor – Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026796 | Ken Lomartire Art LeBlanc Alan Goldschein Craig Lea Wes Fach Karen Loberg Rosalie Lowe Elvia Gustavson Frank Becker Michael Cannon Peter MacDonald Jessica Wolff cc: Alice Kaylor Merril Benes Kathy Stewart | Dorla Mirejovsky | 11/14/2000 | Attorney-Client Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting. |
| SICOR-PNU 026819-026821 | Frank Becker | Wes Fach | 3/8/2001 | Attorney-Client Attorney Work Product | Memorandum attached with fax confirmation page summarizing advice of counsel with respect to patent issues |
| SICOR-PNU 026822-026826 | Wes Fach cc: Jessica Wolff | Carlos M. Candeloro, Brobeck, Phleger & Harrison, LLP | 12/12/2000 | Attorney-Client Attorney Work Product | Fax cover sheet with Letter attached regarding expert consultant on patent issues with handwritten notes |

18

**PRIVILEGE LOG**

**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**

**Pharmacia & Upjohn Co. v. Sicor – Case No. 04 Civ 833 (KAJ)**

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026827-026829 | Wes Fach cc: Jessica Wolff | Carlos M. Candeloro, Brobeck, Phleger & Harrison, LLP | 12/15/2000 | Attorney-Client Attorney Work Product | Fax cover sheet with Letter attached regarding expert consultant on patent issues |
| SICOR-PNU 026830-026834 | Wes Fach cc: Jessica Wolff | Carlos M. Candeloro, Brobeck, Phleger & Harrison, LLP | 12/26/2000 | Attorney-Client Attorney Work Product | Fax cover sheet with Letter attached regarding expert consultant on patent issues |
| SICOR-PNU 026835-026840 | Wes Fach cc: Jessica Wolff | Carlos M. Candeloro, Brobeck, Phleger & Harrison, LLP | 12/22/2000 | Attorney-Client Attorney Work Product | Fax cover sheet with Letter attached regarding expert consultant on patent issues |
| SICOR-PNU 026841-026842 | Frank Becker cc: Wes Fach Pam Beckman Art LeBlanc Dave Dreyer | Craig Lea | 8/11/2000 | Attorney-Client Attorney Work Product | Memorandum regarding legal strategy with respect to patent issues |
| SICOR-PNU 026843 | Frank Becker cc: Craig Lea Ken Lomartire Marvin Sholdings | Wes Fach | 12/18/2000 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |

19

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026844 | Wes Fach cc: Carlo Salvi Marvin Samson Art LeBlanc Ken Lomartire Craig Lea | Frank Becker | 12/12/2000 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel relating to patent issues |
| SICOR-PNU 026983-027047 | Wes Fach | Brobeck, Phleger & Harrison, LLP. | 2/28/2001 | Attorney-Client Attorney Work Product | Memorandum attaching Letter regarding opinion of legal counsel with respect to patent issues |
| SICOR-PNU 027048-027066 | Jessica R. Wolff | Consulting Expert | 02/27/2001 | Attorney Work Product | Consulting expert analysis of patent issues |
| SICOR-PNU 027067-027085 | Jessica R. Wolff | Consulting Expert | 2/27/2001 | Attorney Work Product | Consulting expert analysis of patent issues |
| SICOR-PNU 027088-027090 | N/A | Jessica R. Wolff | N/A | Attorney Work Product | Search regarding patent issues |
| SICOR-PNU 027091-027094 | Carlo Salvi Frank Becker Marvin Samson | Wes Fach | 8/29/2000 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |

20

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027095-027160 | Frank Becker<br>Art LeBlanc<br>Craig Lea<br>Ken Lomartire<br>Peter MacDonald<br>cc: Carlo Salvi<br>Marvin Samson | Wes Fach | 3/1/2001 | Attorney-Client<br>Attorney Work Product | Memorandum attaching Letter regarding opinion of legal counsel with respect to patent issues |
| SICOR-PNU 027479-027509 | Jessica Wolff<br>cc: Ken Lomartire<br>Darla Mirejovsky<br>M. Foery | Peter MacDonald | 12/20/2000 | Attorney-Client<br>Attorney Work Product | Fax cover sheet with attachments relating to file inspection of patent with handwritten notes |
| SICOR-PNU 027510 | Art LeBlanc<br>Craig Lea<br>Ken Lomartire<br>Peter MacDonald<br>Jessica Wolff<br>cc: Carlo Salvi<br>Frank Becker | Wes Fach | 9/27/2000 | Attorney-Client<br>Attorney Work Product | Memorandum regarding advice of counsel on patent issues |

21

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027512 | Art LeBlanc<br>Craig Lea<br>Ken Lomartire<br>Peter MacDonald<br>Jessica Wolff<br>cc: Carlo Salvi<br>Frank Becker | Wes Fach | 9/25/2000 | Attorney-Client<br>Attorney Work Product | Memorandum regarding advice of counsel on patent issues |
| SICOR-PNU 027541-027546 | Jessica Wolff | Wes Fach | 9/25/2000 | Attorney-Client<br>Attorney Work Product | Fax cover sheet with attachments regarding analysis of patent issues with handwritten notes |
| SICOR-PNU 027670-027673 | N/A | Unknown | 9/20/2000 | Attorney-Client<br>Attorney Work Product | File folder cover and handwritten notes regarding meeting about patent issues |

22

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027674 | Ken Lomartire<br>Art Leblanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gusavason<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica Wolff<br>Julissa Martinez<br>Valerie Guecia<br>Vandana Sonavaria<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney | Dorla Mirejovsky | 1/22/2001 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting |
| SICOR-PNU 027675 | N/A | Unknown | 11/25/2001 | Attorney-Client<br>Attorney Work Product | Handwritten notes regarding patent committee meeting |

23

**PRIVILEGE LOG**

**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**

Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027676-027677 | Richard Pagliery<br>Laura Collins<br>Ellen Hall<br>cc: Janice Crisp | Jessica R. Wolff | 01/25/2001 | Attorney-Client<br>Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 027678-027679 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gusavason<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica Wolff<br>Julissa Martinez<br>Valerie Guecia<br>Vandana Sonavaria<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney | Dorla Mirejovsky | 02/20/2001 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting |

24

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027680-027682 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Alan Goldschein<br>Vandana Sonavaria<br>Peter Macdonald,<br>Genchem Pharma<br>Jessica Wolff, Brobeck,<br>Phleger & Harrison,<br>LLP<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon | Dorla Mirejovsky | 03/01/2001 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent review meeting minutes |

25

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027684-027685 | Ken Lomartire<br>Art Leblanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gusavason<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica Wolff<br>Julissa Martinez<br>Valerie Guecia<br>Vandana Sonavaria<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney<br>Rachelle Zimmerman | Dorla Mirejovsky | 04/03/2001 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting |
| SICOR-PNU 027686-027688 | N/A | Unknown | 04/05/2001 | Attorney-Client<br>Attorney Work Product | Handwritten notes regarding patent committee meeting |

26

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor – Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| 027689-027690 | Ken Lomartire<br>Art Leblanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gusavason<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica Wolff<br>Julissa Martinez<br>Valerie Guecia<br>Vandana Sonavaria<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney<br>Rachelle Zimmerman | Doria Mirejovsky | 05/17/2001 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting. |

27

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027691-027695 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Alan Goldschein<br>Vandana Sonavaria<br>Peter MacDonald,<br>Genchem Pharma<br>Jessica Wolff, Brobeck,<br>Phleger & Harrison,<br>LLP<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon | Dorla Mirejovsky | 04/19/2001 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent review meeting minutes with handwritten notes |
| SICOR-PNU 027696-027697 | N/A | Unknown | 05/24/2001 | Attorney-Client<br>Attorney Work Product | Handwritten notes of patent committee meeting minutes |

28

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor – Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027698-027702 | Ken Lomartire Art LeBlanc Craig Lea Wes Fach Karen Loberg Alan Goldschein Vandana Sonavaria Peter MacDonald, Genchem Pharma Jessica Wolff, Brobeck, Phleger & Harrison, LLP Rosalie Lowe Elvia Gustavson Frank Becker Michael Cannon | Dorla Mirejovsky | 06/04/2001 | Attorney-Client Attorney Work Product | Memorandum regarding patent review meeting minutes |

29

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
**Pharmacia & Upjohn Co. v. Sicor – Case No. 04 Civ 833 (KAJ)**

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027703-027704 | Ken Lomartire<br>Art Leblanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gusavason<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica Wolff<br>Julissa Martinez<br>Valerie Guecia<br>Vandana Sonavaria<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney<br>Rachelle Zimmerman | Doria Mirejovsky | 06/23/05 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting |

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
**Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)**

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027705-027709 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Alan Goldschein<br>Vandana Sonavaria<br>Allyn Becker<br>Peter MacDonald,<br>Gencham Pharma<br>Jessica Wolff, Brobeck,<br>Phleger & Harrison,<br>LLP<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon | Dorla Mirejovsky | 06/04/2001 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent review meeting minutes |

31

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027710-027711 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica Wolff<br>Julissa Martinez<br>Vandana Sonavaria<br>Allyn Becker<br>Chuan Chen<br>Rachelle Zimmerman<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKinney | Dorla Mirejovsky | 07/30/2001 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting |

32

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor — Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027712-027716 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Alan Goldschein<br>Vandana Sonavaria<br>Allyn Becker<br>Chuan Chen<br>Peter MacDonald,<br>Genchem Pharma<br>Jessica Wolff, Brobeck, Phleger & Harrison, LLP<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon | Dorla Mirejovsky | 07/27/2001 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent review meeting minutes |

33

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
<u>Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)</u>

**The following described documents have been withheld from production on the grounds that they contain privileged information:**

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027717-027719 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica Wolff<br>Julissa Martinez<br>Vandana Sonavaria<br>Allyn Becker<br>Chuan Chen<br>Rahcelle Zimmerman<br>Richard H. Pagliery<br>Eliva Gustavson<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney<br>Jennifer Bland | Dorla Mirejovsky | 08/31/2001 | Attorney-Client<br>Attorney Work Product | Email regarding agenda for patent committee meeting |

34

PRIVILEGE LOG

PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.

Pharmacia & Upjohn Co. v. Sicor — Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027720-027724 | N/A | Unknown | 09/05/2001 | Attorney-Client Attorney Work Product | Handwritten notes regarding patent committee meeting attached to typed notes regarding same |
| SICOR-PNU 027725-027727 | Ken Lomartire Art LeBlanc Craig Lea Wes Fach Karen Loberg Alan Goldschein Peter MacDonald, Gencham Pharma Jessica Wolff, Brobeck, Phleger & Harrison, LLP Rosalie Lowe Elvia Gustavson Frank Becker Michael Cannon | Dorla Mirejovsky | 11/01/2000 | Attorney-Client Attorney Work Product | Memorandum regarding patent review meeting minutes with handwritten notes |

35

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027728-027730 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Alan Goldschein<br>Peter MacDonald,<br>Gencham Pharma<br>Jessica Wolff, Brobeck,<br>Phleger & Harrison,<br>LLP<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon | Dorla Mirejovsky | 11/01/2000 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent review meeting minutes with handwritten notes |

36

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027731 | Kenneth Lomartire, Art Leblanc Alan Goldschein Craig Lea Wes Fach Karen Loberg Rosalie Lowe Elvia Gustavson Frank Becker Michael Cannon Peter MacDonald Jessica Wolff cc: Alice Kaylor Merril Benes Kathy Stewart | Doria Mirejovsky | 11/14/2000 | Attorney-Client Attorney Work Product | Email regarding agenda for patent committee meeting |
| SICOR-PNU 027732 | N/A | Unknown | 11/16/2000 | Attorney-Client Attorney Work Product | Handwritten notes regarding patent committee meeting |
| SICOR-PNU 027733-027735 | File cc: Richard Pagliery Laura Collins | Jessica R. Wolff, Brobeck, Phleger & Harrison, LLP | 11/16/2000 | Attorney-Client Attorney Work Product | Gensia Sicor Action Items Memo regarding patent committee meeting with handwritten notes |

37

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
**Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)**

**The following described documents have been withheld from production on the grounds that they contain privileged information:**

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027736 | Laura B. Collins cc: Richard Pagliery | Jessica Wolff | 11/16/2000 | Attorney-Client Attorney Work Product | E-mail regarding New and Additional Action Items for Gensia Sicor in connection with patent committee issues |
| SICOR-PNU 027737 | Kenneth Lomartire, Art Leblanc Alan Goldschein Craig Lea Wes Fach Alan Goldschein Karen Loberg Rosalie Lowe Elvia Gustavson Frank Becker Michael Cannon Peter MacDonald Jessica Wolff Julissa Martinez Valerie Guccia cc: Alice Kaylor Merril Benes Kathy Stewart | Dorla Mirejovsky | 12/11/2000 | Attorney-Client Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting |

38

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027738-027739 | N/A | Unknown | 12/12/2000 | Attorney-Client Attorney Work Product | Handwritten notes regarding patent committee meeting attached to typed notes regarding same |
| SICOR-PNU 027740 | Jessica R. Wolff cc: Richard Pagliery | Laura B. Collins | 01/02/2001 | Attorney-Client Attorney Work Product | Memorandum regarding Gensia Sicor action items in connection with patent issues |
| SICOR-PNU 027741-027742 | N/A | Unknown | 08/23/2002 | Attorney-Client Attorney Work Product | File folder cover attached to handwritten notes regarding patent committee meeting |
| SICOR-PNU 027743-027744 | Jessica Wolff | Wes Fach | 08/21/2002 | Attorney-Client Attorney Work Product | Email regarding status of a patent with handwritten notes |
| SICOR-PNU 027745 | Jessica Wolff | Wes Fach | 09/05/2000 | Attorney-Client Attorney Work Product | Fax cover sheet |
| SICOR-PNU 027766-027772 | Jessica Wolff | Wes Fach | 08/14/2000 | Attorney-Client Attorney Work Product | Fax cover sheet attaching correspondence relating to idarubicin with handwritten notes |
| SICOR-PNU 027773-027777 | Wes Fach | Jessica Wolff, Brobeck, Phleger & Harrison, LLP | 07/14/2000 | Attorney-Client Attorney Work Product | Letter regarding legal advice with respect to patent issues |
| SICOR-PNU 027778-027784 | Consulting Expert cc: Jessica Wolff | Carlos M. Candeloro | 12/26/2000 | Attorney-Client Attorney Work Product | Letter with fax confirmation page attached regarding expert consultant on patent issues |

39

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027785-027789 | Wes Fach | Carlos M. Candeloro | 12/26/2000 | Attorney-Client Attorney Work Product | Fax cover sheet with letter attached regarding expert consultant on patent issues |
| SICOR-PNU 027790-027796 | Consulting Expert | Carlos M. Candeloro | 12/22/2000 | Attorney-Client Attorney Work Product | Letter regarding expert consultant on patent issues with fax cover sheet and confirmation attached |
| SICOR-PNU 027816-027822 | Wes Fach | Carlos M. Candeloro | 12/22/2000 | Attorney-Client Attorney Work Product | Letter regarding expert consultant on patent issues with fax cover sheet and confirmation page attached |
| SICOR-PNU 027823-027828 | Consulting Expert cc: Jessica Wolff | Carlos M. Candeloro | 12/12/2000 | Attorney-Client Attorney Work Product | Letter regarding expert consultant on patent issues with fax cover sheet and confirmation pages attached |
| SICOR-PNU 027829-027834 | Wes Fach cc: Jessica Wolff | Carlos M. Candeloro | 12/12/2000 | Attorney-Client Attorney Work Product | Letter regarding expert consultant on patent issues with fax cover sheet and confirmation pages attached |
| SICOR-PNU 027835-027838 | Consulting Expert cc: Jessica Wolff | Carlos M. Candeloro | 12/01/2000 | Attorney-Client Attorney Work Product | Letter regarding expert consultant on patent issues with handwritten notes |
| SICOR-PNU 027839-027845 | Jessica Wolff | Wes Fach | 08/14/2000 | Attorney-Client Attorney Work Product | Fax cover sheet attaching correspondence relating to idarubicin |

40

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged Information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027846-027852 | Jessica Wolff cc: Ken Lomartire | Dorla Mirejovsky | 08/14/2000 | Attorney-Client Attorney Work Product | Fax cover sheet with note regarding idarubicin formulation with related documents attached with handwritten notes |
| SICOR-PNU 027853-027856 | N/A | N/A | N/A | Attorney-Client Attorney Work Product | File Folder cover with attachment of chart regarding prior art analysis |
| SICOR-PNU 027857-027866 | Jessica Wolff | Laura Collins | 09/18/2000 | Attorney-Client Attorney Work Product | Memorandum with attachment regarding search relevant to patent with handwritten notes |
| SICOR-PNU 027867-027903 | Jessica Wolff | Laura Collins | 09/12/2000 | Attorney-Client Attorney Work Product | Memorandum with attachments regarding search related to patent with handwritten notes |
| SICOR-PNU 027904-027921 | Jessica Wolff | Consulting Expert | Undated | Attorney-Client Attorney Work Product | Consulting expert analysis of patent issues |
| SICOR-PNU 027922-027961 | N/A | N/A | 08/26/2002 | Attorney-Client Attorney Work Product | Index of search related to patent |
| SICOR-PNU 027962-027964 | Jessica Wolff | Laura Collins | 09/12/2000 | Attorney-Client Attorney Work Product | Memorandum regarding search related to patent |
| SICOR-PNU 027965-027967 | Jessica Wolff | Laura Collins | 09/18/2000 | Attorney-Client Attorney Work Product | Memorandum regarding search related to patent |
| SICOR-PNU 027969-027972 | Craig Bell | Jessica Wolff | 03/10/2003 | Attorney-Client Attorney Work Product | Fax cover sheet with handwritten note attaching correspondence regarding patent |

41

**PRIVILEGE LOG**

**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**

Pharmacia & Upjohn Co. v. Sicor – Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 028190-028421 | Wes Fach | Jessica Wolff | 03/01/2001 | Attorney-Client Attorney Work Product | Letter regarding opinion of legal counsel with respect to patent issues with handwritten notes |
| SICOR-PNU 028422-028439 | Jessica Wolff | Consulting Expert | 02/27/2001 | Attorney-Client Attorney Work Product | Consulting expert analysis of patent issues |
| SICOR-PNU 028440-028441 | Jessica Wolff | Consulting Expert | 02/27/2001 | Attorney-Client Attorney Work Product | Fax cover sheet attaching portion of consulting expert analysis of patent issues |
| SICOR-PNU 028625-028692 | Wes Fach | Brobeck, Phleger & Harrison, LLP | 02/28/2000 | Attorney-Client Attorney Work Product | Letter regarding the opinion of counsel with respect to patent issues |
| SICOR-PNU 028693-028694 | Jessica Wolff | Consulting Expert | 09/17/2002 | Attorney-Client Attorney Work Product | Fax cover sheet attaching document relating to patent claims |
| SICOR-PNU 029262 | Jessica Wolff Wes Fach cc: Frank Becker Michel Cannon Craig Lea Art LeBlanc Rosalie Lowe Ken Lomartire | Dorla Mirejovsky | 09/14/2000 | Attorney-Client Attorney Work Product | Email regarding patent related searches |

42

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
<u>Pharmacia & Upjohn Co. v. Sicor</u> -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 029305-029307 | Frank Becker | Wes Fach | 03/08/2001 | Attorney-Client Attorney Work Product | Memorandum with fax confirmation page attached regarding legal advice of counsel with respect to patent issues |
| SICOR-PNU 029329 | Frank Becker cc: Craig Lea Ken Lomartire Marvin Sholdings | Wes Fach | 12/18/2000 | Attorney-Client Attorney Work Product | Email regarding opinion of legal counsel with respect to patent issues |
| SICOR-PNU 029330 | Wes Fach cc: Carlo Salvi Marvin Samson Art LeBlanc Ken Lomartire Craig Lea | Frank Becker | 12/12/2000 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 029338 | Dorla Mirejovsky cc: Wes Fach Ken Lomartire | Jessica Wolff | 10/02/2000 | Attorney-Client Attorney Work Product | Email regarding patent review |

43

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
**Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)**

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 029339-029345 | Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald Jessica Wolff cc: Carlo Salvi Frank Becker | Wes Fach | 09/27/2000 | Attorney-Client Attorney Work Product | Memorandum with fax confirmation pages attached regarding legal advice of counsel with respect to patent issues |
| SICOR-PNU 029346-029352 | Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald Jessica Wolff cc: Carlo Salvi Frank Becker | Wes Fach | 09/25/2000 | Attorney-Client Attorney Work Product | Memorandum with fax confirmation pages attached regarding legal advice of counsel with respect to patent issues |
| SICOR-PNU 029353-029357 | Carlo Salvi Frank Becker Marvin Samson | Wes Fach | 08/29/2000 | Attorney-Client Attorney Work Product | Memorandum with fax confirmation pages attached regarding legal advice of counsel with respect to patent issues |
| SICOR-PNU 029358-029360 | Doria Mirejovsky cc: Wes Fach | Jessica Wolf | 09/18/2000 | Attorney-Client Attorney Work Product | Email relating to legal strategy with respect to patent issues |
| SICOR-PNU 029361-029362 | Jessica Wolff | Wes Fach | 08/14/2000 | Attorney Work Product | Fax cover sheet regarding idarubicin with handwritten notes |

44

PRIVILEGE LOG

PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.

Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 029610-029612 | Jessica Wolff | Wes Fach | 03/07/2003 | Attorney-Client Attorney Work Product | Fax cover sheet and confirmation pages attached with handwritten notes attaching correspondence regarding patent |
| SICOR-PNU 029613-029614 | Wes Fach | Jessica Wolff | 03/10/2003 | Attorney-Client Attorney Work Product | Fax cover sheet attaching correspondence regarding patent |
| SICOR-PNU 029618-029683 | Frank Becker Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald cc: Carlo Salvi Marvin Samson | Wes Fach | 03/01/2001 | Attorney-Client Attorney Work Product | Memo attached to letter regarding opinion of legal counsel with respect to patent issues |
| SICOR-PNU 029684 | Wes Fach | Jessica R. Wolff | 03/01/2001 | Attorney-Client Attorney Work Product | Letter regarding legal advice of counsel with respect to patent issues |
| SICOR-PNU 029710-029775 | Frank Becker Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald cc: Carlo Salvi Marvin Samson | Wes Fach | 03/01/2001 | Attorney-Client Attorney Work Product | Memorandum attaching a letter regarding opinion of legal counsel with respect to patent issues |

45

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
**Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)**

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 029776 | Art LeBlanc<br>Craig Lea<br>Ken Lomartire<br>Peter MacDonald<br>Jessica Wolff<br>cc: Carlo Salvi<br>Frank Becker | Wes Fach | 09/25/2000 | Attorney-Client<br>Attorney Work Product | Memorandum regarding legal advice of counsel with respect to patent issues |
| SICOR-PNU 029777 | Marvin Samson<br>cc: Craig Lea<br>Frank Becker | Wes Fach | 01/02/2001 | Attorney-Client<br>Attorney Work Product | Email regarding status of patent issues |
| SICOR-PNU 029778 | Frank Becker<br>cc: Craig Lea<br>Ken Lomartire<br>Marvin Samson | Wes Fach | 12/18/2000 | Attorney-Client<br>Attorney Work Product | Email regarding status of patent issues with handwritten notes |
| SICOR-PNU 029786 | Art LeBlanc<br>Craig Lea<br>Ken Lomartire<br>Peter MacDonald<br>Jessica Wolff<br>cc: Carlo Salvi<br>Frank Becker | Wes Fach | 09/25/2000 | Attorney-Client<br>Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |

46

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 029979-029980 | Frank Becker | Wes Fach | 03/08/2001 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 029981-030046 | Frank Becker Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald cc: Carlo Salvi Marvin Samson | Wes Fach | 03/01/2001 | Attorney-Client Attorney Work Product | Memorandum attaching a letter from counsel relating an opinion with respect to patent issues |
| SICOR-PNU 030064-030066 | Carlo Salvi Frank Becker Marvin Samson | Wes Fach | 08/29/2000 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 030806-030871 | Frank Becker Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald cc: Carlo Salvi Marvin Samson | Wes Fach | 03/01/2001 | Attorney-Client Attorney Work Product | Memorandum attaching a letter from counsel relating an opinion with respect to patent issues |
| SICOR-PNU 052213-052217 | Wes Fach | Jessica Wolff Brobeck, Phleger & Harrison LLP | 07/14/2000 | Attorney-Client Attorney Work Product | Letter regarding legal advice of counsel with respect to patent issues |

47

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
**Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)**

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052218-052219 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 09/30/2000 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052220 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 08/29/2000 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052221-052223 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 10/26/2000 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052224-052226 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 11/22/2000 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052227-052229 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 12/15/2000 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052230-052231 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 01/13/2003 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues` |
| SICOR-PNU 052232-052233 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 02/11/2003 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052234-052237 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 03/13/2003 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |

48

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
**Pharmacia & Upjohn Co. v. Sicor – Case No. 04 Civ 833 (KAJ)**

The following described documents have been withheld from production on the grounds that they contain privileged Information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052238-052243 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Michael Burton<br>Rosalie Lowe<br>Elvia Gustavson<br>Vandana Sonavaria<br>Allyn Becker<br>Chuan Chen<br>Peter MacDonald, Genchem Pharma<br>Jessica Wolff, Brobeck, Phleger & Harrison, LLP<br>Frank Becker<br>Michael Cannon | Dorla Mirejovsky | 01/24/2002 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent review meeting minutes |

49

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor – Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052244-052245 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica Wolff<br>Julissa Martinez<br>Vandana Sonavaria<br>Allyn Becker<br>Chuan Chen<br>Rachelle Zimmerman<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney<br>Dorla Mirejovsky | Dorla Mirejovsky | 07/30/2001 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting. |

50

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052246-052250 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Alan Goldschein<br>Rosalie Lowe<br>Elvia Gustavson<br>Vandana Sonavaria<br>Allyn Becker<br>Chuan Chen<br>Peter MacDonald, Genchem Pharma<br>Jessica Wolff, Brobeck, Phleger & Harrison, LLP<br>Frank Becker<br>Michael Cannon | Dorla Mirejovsky | 07/27/2001 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent review meeting minutes |

51

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
**Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)**

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052251-052253 | Ken Lomartire Art LeBlanc Alan Goldschein Craig Lea Wes Fach Karen Loberg Rosalie Lowe Elvia Gustavson Frank Becker Michael Cannon Peter MacDonald Jessica Wolff Julissa Martinez Valerie Guecia Vandana Sonavaria cc: Alice Kaylor Merril Benes Kathy Stewart Michelle McKenney Rachelle Zimmerman | Dorla Mirejovsky | 04/03/2001 | Attorney-Client Attorney Work Product | Email regarding agenda for patent committee meeting |

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052254-052256 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Alan Goldschein<br>Rosalie Lowe<br>Elvia Gustavson<br>Vandana Sonavaria<br>Peter MacDonald,<br>Genchem Pharma<br>Jessica Wolf, Brobeck,<br>Phleger & Harrison,<br>LLP<br>Frank Becker<br>Michael Cannon | Doria Mirejovsky | 03/01/2001 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent review meeting minutes |

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052258 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica Wolff<br>Julissa Martinez<br>Valerie Guecia<br>Vandana Sonarvaria<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney<br>Rachelle Zimmerman | Dorla Mirejovsky | 05/17/2001 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting |

54

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052259-052263 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica Wolff<br>Vandana Sonavaria | Doria Mirejovsky | 04/19/2001 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent review meeting minutes |

55

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052264-052269 | Dorla Mirejovsky<br>Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica Wolff<br>Julissa Martinez<br>Valerie Guecia<br>Vandana Sonavaria<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney | Dorla Mirejovsky | 02/20/2001 | Attorney-Client<br>Attorney Work Product | Emails regarding agenda for patent committee meetings with handwritten notes |

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
**Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)**

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052274-052277 | Wes Fach<br>cc: Ken Lomartire<br>Valeria Guecia | Dorla Mirejovsky | 01/11/2001 | Attorney-Client<br>Attorney Work Product | Emails relating to patent issues and agenda for patent committee meeting and handwritten notes relating to same |
| SICOR-PNU 052278-052280 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Alan Goldschein<br>Rosalie Lowe<br>Elvia Gustavson<br>Peter MacDonald,<br>Genchem Pharma<br>Jessica Wolff, Brobeck,<br>Phleger & Harrison,<br>LLP<br>Frank Becker<br>Michael Cannon | Dorla Mirejovsky | 11/01/2000 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent review meeting minutes |
| SICOR-PNU 052325-052327 | Frank Becker | Wes Fach | 03/08/2001 | Attorney-Client<br>Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |

57

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
**Pharmacia & Upjohn Co. v. Sicor – Case No. 04 Civ 833 (KAJ)**

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052328-052330 | Wes Fach | Carlos M. Candeloro | 12/12/2000 | Attorney-Client Attorney Work Product | Fax cover sheet attached to letter regarding expert consultant on patent issues with handwritten notes |
| SICOR-PNU 052331-052332 | N/A | Brobeck, Phleger & Harrison LLP | 12/12/2000 | Attorney-Client Attorney Work Product | Draft document concerning expert consultant on patent issues |
| SICOR-PNU 052333-052335 | Wes Fach | Carlos M. Candeloro | 12/15/2000 | Attorney-Client Attorney Work Product | Fax cover sheet attached to letter regarding expert consultant on patent issues |
| SICOR-PNU 052336-052340 | Wes Fach | Carlos M. Candeloro | 12/26/2000 | Attorney-Client Attorney Work Product | Fax cover sheet attached to letter regarding expert consultant on patent issues |
| SICOR-PNU 052341-052346 | Wes Fach | Carlos M. Candeloro | 12/22/2000 | Attorney-Client Attorney Work Product | Fax cover sheet attached to letter regarding expert consultant on patent issues |
| SICOR-PNU 052347-052348 | Frank Becker cc: Wes Fach Pam Beckman Art LeBlanc Dave Dreyer | Craig Lea | 08/11/2000 | Attorney-Client Attorney Work Product | Memorandum regarding legal advice relating to patent issues |
| SICOR-PNU 052349-052353 | Wes Fach | Peter MacDonald | 09/22/2000 | Attorney-Client Attorney Work Product | Fax cover sheet with attachment relating to patent issues |

58

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052354-052363 | Jessica Wolff | Wes Fach | 09/25/2000 | Attorney-Client Attorney Work Product | Fax cover sheet and confirmation pages attached to an email regarding advice of counsel related to patent issues |
| SICOR-PNU 052364-052370 | Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald Jessica Wolff cc: Carlo Salvi Frank Becker | Wes Fach | 09/25/2000 | Attorney-Client Attorney Work Product | Memorandum attached to fax confirmation pages regarding advice of counsel on patent issues |
| SICOR-PNU 052371-052375 | Carlo Salvi Frank Becker Marvin Samson | Wes Fach | 08/29/2000 | Attorney-Client Attorney Work Product | Memorandum attached to fax confirmation relating to advice of counsel on patent issues |
| SICOR-PNU 052376-052378 | Dorla Mirejovsky cc: Wes Fach | Jessica Wolff | 09/18/2000 | Attorney-Client Attorney Work Product | Email discussing legal strategy relating to patent issues |
| SICOR-PNU 052379-052380 | SICOR Pharmaceuticals, Inc. Attn: Wes Fach | Paul, Hastings, Janofsky & Walker LLP | 01/30/2004 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |

59

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052381-052382 | SICOR Pharmaceuticals, Inc. Attn: Wes Fach | Paul, Hastings, Janofsky & Walker LLP | 12/31/2003 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052383 | SICOR Pharmaceuticals, Inc. Attn: Wes Fach | Paul, Hastings, Janofsky & Walker LLP | 04/21/2003 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052384-052387 | Gensia SICOR Pharmaceuticals Inc | Brobeck, Phleger & Harrison LLP | 01/26/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052388-052392 | Gensia SICOR Pharmaceuticals Inc | Brobeck, Phleger & Harrison LLP | 02/27/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052393-052397 | Gensia SICOR Pharmaceuticals Inc | Brobeck, Phleger & Harrison LLP | 03/24/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052398-052400 | Gensia SICOR Pharmaceuticals Inc | Brobeck, Phleger & Harrison LLP | 04/24/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052401 | Gensia SICOR Pharmaceuticals Inc | Brobeck, Phleger & Harrison LLP | 05/23/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052402-052403 | Gensia SICOR Pharmaceuticals Inc | Brobeck, Phleger & Harrison LLP | 09/14/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |

60

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052404 | Ken Lomartire<br>Wes Fach<br>Jessica Wolff<br>Chuan Chen<br>Vandana Sonavaria<br>cc: Allyn Becker<br>Karen Loberg<br>Craig Lea | Doria Mirejovsky | 01/23/2001 | Attorney-Client<br>Attorney Work Product | Email regarding advice of counsel on patent issues |
| SICOR-PNU 052405 | Frank Becker<br>cc: Craig Lea<br>Ken Lomartire<br>Marvin Sholdings | Wes Fach | 12/18/2000 | Attorney-Client<br>Attorney Work Product | Email regarding advice of counsel on patent issues |
| SICOR-PNU 052406 | Wes Fach<br>cc: Carlo Salvi<br>Marvin Samson<br>Art LeBlanc<br>Ken Lomartire<br>Craig Lea | Frank Becker | 12/12/2000 | Attorney-Client<br>Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |

61