# EXHIBIT E

# The Theory and Practice of Industrial Pharmacy

SECOND EDITION

LEON LACHMAN, PH.D.

*Vice President of Development and Control Division, Endo Laboratories Incorporated, Subsidiary of E. I. du Pont de Nemours and Company (Inc.), Garden City, New York*

HERBERT A. LIEBERMAN, PH.D.

*Vice President, Research and Development, Personal Products Division, Warner-Lambert Company, Morris Plains, New Jersey*

JOSEPH L. KANIG, PH.D.

*President, Joseph L. Kanig Associates, Inc. Pharmaceutical Consultants, Westbury, New York; Formerly Dean, College of Pharmaceutical Sciences, Columbia University, New York, New York*



LEA & FEBIGER PHILADELPHIA
1976

PU 0011777

# Contents


1. Preformulation — 1
   ELIE G. SHAMI
   JOHN R. DUDZINSKI
   RUSSELL J. LANTZ, JR.

2. Kinetic Principles and Stability Testing — 32
   LEON LACHMAN
   PATRICK DELUCA

3. Biopharmaceutics — 78
   MILO GIBALDI

4. Theories of Dispersion Techniques — 141
   E. N. HIESTAND
   WILLIAM I. HIGUCHI
   N. F. H. HO

5. Pharmaceutical Suspensions — 162
   LLOYD KENNON
   GUNTHER K. STORZ

6. Emulsions — 184
   MARTIN M. RIEGER

7. Semisolids — 215
   BERNARD IDSON
   JACK LAZARUS

8. Suppositories — 245
   JOACHIM ANSCHEL
   HERBERT A. LIEBERMAN

9. Pharmaceutical Aerosols — 270
   JOHN J. SCIARRA

10. Compaction and Compression — 296
    EDWARD SHOTTON
    JOHN A. HERSEY
    PAUL E. WRAY

11. Tablets — 321
    WILLIAM C. GUNSEL
    JOSEPH L. KANIG

12. Tablet Coating — 359
    JOHN R. ELLIS
    ELLIOTT B. PRILLIG
    ANTON H. AMANN

13. Capsules
    *Part I.* Hard Capsules — 389
    VAN B. HOSTETLER
    JEAN Q. BELLARD

    *Part II.* Soft Gelatin Capsules — 404
    J. PEARSON STANLEY

    *Part III.* Microencapsulation — 420
    JOSEPH A. BAKEN
    JERROLD L. ANDERSON

14. Sustained Action Dosage Forms — 439
    MANFORD ROBINSON

15. Milling — 466
    EUGENE L. PARROTT




PU 0011778



CHAPTER 1

# PREFORMULATION

ELIE G. SHAMI, JOHN R. DUDZINSKI, AND RUSSELL J. LANTZ, JR.

Preformulation may be described as the process of optimizing a drug through the determination and/or definition of those physical and chemical properties considered important in the formulation of a stable, effective, and safe dosage form. The possible interactions with the various components intended for use in the final drug product are also considered.

It is an effort that encompasses the study of such parameters as dissolution, polymorphic forms and crystal size and shape, pH profile of stability, and drug-excipient interactions, which may have a profound effect on a drug's physiological availability and physical and chemical stability. The data obtained from the aforementioned studies are integrated with those obtained from preliminary pharmacological and biochemical studies, providing the development pharmacist with information that permits the selection of the best drug form, and the most desirable excipients for use in its development.

Pharmaceutical preformulation work is generally initiated after a compound shows sufficiently impressive results of biological screening. Since the development of analytical procedures, stability indicating methods in particular, may require a considerable amount of time, and because of the importance of stability testing, analytical and preformulation work should begin simultaneously. At the very least, one should have a thin-layer chromatographic procedure capable of determining whether the drug molecule has undergone degradation.

Stability, although important, should not be the only initial concern of the physical pharmacist. The compound, as received, may exhibit biological inactivity as a result of undesirable physical properties, such as too large a particle size resulting in slow rate of dissolution and/or undesirable chemical properties, e.g., the propensity to hydrolyze in gastric fluid. For example, Table 1-1 shows that the 7-esters of lincomycin are more resistant to hydrolysis by intestinal enzymes than are the corresponding 2-esters.[1] Lack of additional investigation of such properties could lead to the discarding of an otherwise promising drug candidate. Biological scientists are becoming increasingly aware of the importance of physicochemical properties of drug substances and their effects on the living organism. However, the physical pharmacist remains primarily responsible for recommending the best drug forms.

Flexibility is the key to a successful preformulation program. Some experimental drugs may need more effort in some areas than in others. These areas become evident

Case 1:04-cv-00833-KAJ Document 116-6 Filed 09/28/2005 Page 5 of 35



TABLE 1-1. *Hydrolysis of Lincomycin Esters by Homogenates of Rat Intestine*

| Derivative | mcg.* Placed into Flask | Intrinsic Activity mcg. in Control Flask† | Lincomycin, mcg. after incubation |
|---|---|---|---|
| 2-Butyrate | 2,280 ± 28‡ | 421 ± 2 | 2,220 ± 48 |
| 7-Butyrate | 2,050 ± 68 | 60 ± 6 | 610 ± 62 |
| 2-Propionate | 2,640 ± 10 | 400 ± 18 | 2,630 ± 45 |
| 7-Propionate | 2,700 ± 56 | < 15 | < 15 |

(From Fletcher, H., et al.: J. Pharm. Sci., 57:2101, 1968.)
*Determined by microbiological assay.
†Contained boiled homogenate.
‡Mean of six flask ± SE.

as data are accumulated, e.g., a hydrochloride salt of a drug may be hygroscopic and a change to the phosphate salt may solve the problem. This approach isolates early undesirable physicochemical properties before time-consuming and costly toxicological, biological, or clinical trials are undertaken.

## PREFORMULATION METHODOLOGY

The starting point for the preformulation of a new drug entity should be to obtain from the medicinal chemist such information as structure, spectral data, and melting point. At the same time, a prudent literature search on compounds with closely related structures may be indicated.

The major direction of the investigation is determined by: (1) the type of compound under investigation, and (2) the intended dosage form(s) to be developed. For example, if a compound has a basic phenothiazine structure, it may be assumed that light catalyzed oxidation will be a prime degradation pathway necessitating possible investigation of antioxidants. A drug with a steroid nucleus might be expected to have a number




FIG. 1-1. Preformulation flowsheet.

PU 0011780

of polymorphic forms, as is common to this type of structure. Investigating the polymorphic properties is important, since polymorphic forms in many cases exhibit differences in biological availability.

A good practice in planning preformulation work is to prepare an outline in the form of a flow diagram (Fig. 1-1). The data generated during preformulation studies is best summarized on a work sheet (Fig. 1-2), which serves as an effective means of information transfer to the development pharmacist. This work sheet form varies from company to company, its format being left to the discretion of the investigator(s).

## SOLID STATE PROPERTIES

**Macroscopic Observations.** The general appearance, color, and odor of a drug substance under investigation should be recorded, along with the bulk density and flow properties. This establishes a basis of comparison for future lots. In some cases, the sense organs can detect subtle differences which, though important, were not detected during analysis. For example, one of two lots of a new drug compound received from a particular source is free-flowing, whereas the second lot is aggregated in large, hard-to-fracture lumps. Recording and comparing the differences in general appearance, odor, and color might indicate to the investigator that the latter of these two lots had possibly picked up moisture, was not free of recrystallizing solvent, or may have fused because of exposure to excessive heat. The difference in the two lots raises a question as to the control or reproducibility of the manufacturing process.

Taste becomes an important factor when the drug is intended for oral use, particularly in pediatric dosage forms or extremely bitter substances. In such cases other possible forms of the drug might be considered, such as insoluble esters (e.g., chloramphenicol palmitate).

**Microscopic Observations.** In many respects the microscopic examination of solid drug substances in preformulation work is as important as, if not more so than, the macroscopic examination, because it acquaints one with the unit particle of a substance and its properties.

These basic properties may be best identified through the polarizing microscope, which often provides the pharmaceutical scientist with information impossible to obtain by other methods.

When a drug is first received, a sample is mounted on a slide in air and in a liquid refracting medium in which the drug is insoluble. Examination under several different magnifications, usually between 40× and 400×, will reveal the approximate particle size and size range, the particle shape and/or basic crystal habit, and the degree of particle agglomeration or aggregation. (Particle size and shape and their importance will be discussed on page 5.)

All crystalline substances that are transparent or near transparent, when observed through polarizing filters with their vibrational directions oriented at right angles to one another (Fig. 1-3), fall into one of two refractive index classes:

1. *Isotropic class*—materials such as glass and sodium chloride which have a single refractive index; i.e., all light waves travel through the substance at the same velocity and transmit no polarized light (total black field with polarized light).
2. *Anisotropic class*—materials showing two or three refractive indices which show up bright, often times with brilliant colors, against the black polarized background; i.e., different light waves travel through the substance at different velocities interfering with the normal make-up of white light. These materials are divided into two groups: (a) uniaxial material having two principal refractive indices such as quartz and synthetic fibers; and (b) biaxial materials having three principal refractive indices such as sucrose and talc.

Most drug substances are anisotropic and biaxial, and they exhibit a characteristic known as birefringence, which is the numerical difference between the maximum and minimum differences in refractive indices of the substance. By taking advantage of the birefringence characteristics, the physical pharmacist, with the aid of the Michel-Levy interference color chart,[2] may identify sub-

Date ______________

Compound ______________

Lot No. ______________

Investigator ______________

1. Color ______________ 3. Odor ______________

2. Taste ______________ 4. Appearance ______________

5. Microscopic Examination Comments and Photomicrographs

6. Polymorphism, Solvates and Crystal Habit

7. Particle Size

8. Solubility (mg./ml.)

Water ______________ 0.1N HCl ______________

Ethanol ______________ Buffer pH 7.4 ______________

Other ______________

9. Melting Point and DSC

10. Density

a) True ______________ b) Bulk ______________

11. pH ________% in $H_2O$

12. pKa and Partition Coefficient

13. Dissolution Rate in ______________

a) Constant Surface b) Suspension

14. Stability of Bulk Drug

a) 60°C. for 30 days ______________

b) 600 foot candles for 30 days ______________

c) 80% RH/25°C. for 30 days ______________

FIG. 1-2. Work sheet for summarizing data.

stances, and in some cases, estimate the amount of impurity in a substance without having to determine the individual principal refractive indices of the compound. Establishing this type of microscopic test for new drug substances is important, because it may permit the identification of future lots of a substance as well as an estimate of their impurity before costly and time-consuming analytical procedures are developed and/or performed.

A semiquantitative estimate of purity may be obtained by use of a microscope fitted with a hot stage. The hot stage permits heat-

15. Solution Stability

| pH | Rate Constant 40°C. | 50°C. | 60°C. | 70°C. |
|---|---|---|---|---|
| ______ | ___ | ___ | ___ | ___ |
| ______ | ___ | ___ | ___ | ___ |
| ______ | ___ | ___ | ___ | ___ |
| ______ | ___ | ___ | ___ | ___ |

Activation Energy ________

16. Relative Humidity

| Relative Humidity | %Wt. Gain or loss at equilibrium |
|---|---|
| 30% | ________ |
| 50% | ________ |
| 60% | ________ |
| 70% | ________ |
| 90% | ________ |
| Initial | ________ |

17. Solid State Study with excipients

| Excipient | Physical Observation | TLC Data |
|---|---|---|
| Lactose Anhydrous | | |
| Lactose USP | | |
| Starch | | |
| Carboxymethyl Starch | | |
| Microcrystalline Cellulose | | |
| Magnesium Stearate | | |
| Stearic Acid | | |
| Dicalcium $PO_4$ | | |

| Excipient | DSC Data |
|---|---|
| Lactose Anhydrous | |
| Lactose USP | |
| Starch | |
| Carboxymethyl Starch | |
| Microcrystalline Cellulose | — |
| Magnesium Stearate | |
| Stearic Acid | |
| Dicalcium $PO_4$ | |

18. Analytical Data

ing of the sample at a constant slow rate, which allows sharp melting points to be observed with pure materials that are essentially crystalline in nature. Soluble impurities in a compound tend to lower the final melting point, and instead of the characteristic sharp melting point, a melting temperature range is observed.

If the sample is mounted in silicone oil and heated, bubbles may be seen when the hot stage temperature reaches the point at which hydrated or solvated crystals release their lattice-bound solvents. Figure 1-4 shows a compound before and after desolvation on heating.

**Particle Size.** Drug dissolution rate, absorption rate, content uniformity, taste, texture, color, and stability are dependent, to varying degrees, on particle size and size distribution. In many cases, drug particle




FIG. 1-3. Passage of light through an optically anisotropic substrate between crossed polarizers. (Modified from Chamot, E. M., and Mason, C. W.: Handbook of Chemical Microscopy. John Wiley & Sons. Third Edition, 1958.)




FIG. 1-4. A dihydrate compound heated in silicone oil. *A*. Before dehydration; *B*. after dehydration.

size reduction is essential in obtaining the aforementioned desired physicochemical characteristics. Even excipients such as fillers, disintegrating agents, and lubricants intended for use in the formulation of tablets and capsules may require a particle size distribution workup. This may be necessary because compatibility of excipient and active ingredient may depend on their degree of surface contact.

On the other hand, reduction of particle size will not influence absorption if factors such as dissolution are not the rate-limiting steps. It should be noted that solubility and dissolution rate do not increase ad infinitum as particle size is reduced, since surface energy factors become increasingly important below a certain particle size. This emphasizes certain drawbacks in particle size reduction: namely, encountering air adsorbed on the particle surface, and/or surface electrical charge which is prevalent with fine powders. Such factors may counteract the anticipated effects of size reduction. For example, adsorbed air, at the drug particle surface, may prevent wetting of the drug by the surrounding fluid, and electrically induced agglomeration of fine drug particles may decrease exposure of drug surface to the surrounding dissolution medium. In such cases, these effects act as dissolution rate-limiting steps themselves, because they inhibit maximum drug surface-liquid contact.

Particle size reduction, particularly to extremely small sizes (less than 10 μ), may be inadvisable for some drug substances. Increasing surface area by milling or other methods may lead to polymorphic changes and/or more rapid degradation of the compound if it is exposed to heat, humidity, or oxygen.

The importance of controlling particle size may be illustrated by the effect of phenacetin particle size reduction[2] on blood levels (Fig. 1-5). The increased blood levels are attributed directly to the increase in phenacetin surface area resulting from the smaller particle size. This same effect has been demonstrated with other compounds, such as griseofulvin, aspirin, and sulfisoxazole.[4]

In contrast to this, it was found that a micronized quinazolinone compound exhibited a slower dissolution rate in its pure form than when the same drug substance was formulated into a tablet.[5] The difference was attributed to small-particle surface forces aggregating the pure drug particles and effectively decreasing available surface area, whereas in tablet form, minimal loss in available drug surface area occurred because little or no particle aggregation could take place.

Acceptable content uniformity in solid dosage form depends to a large degree on the particle size and size distribution of the active ingredient, particularly with drugs of "high potency and low dosage." Since no mixture of solid particles can be considered absolutely homogeneous, it is essential that the low dose drug be reduced to such a size as to give as many particles per dosage unit as possible. This in turn minimizes the inherent sampling error or potency variation between dosage units.

It is highly recommended that particle size and distribution be determined, optimized, monitored, and controlled when applicable, particularly during early preformulation studies when the decision is made with regard to suitable dosage form(s).

The more common methods of determining the particle size of powders used in the pharmaceutical industry include sieving, microscopy, sedimentation, and stream scanning.

SIEVING. Sieving or screening is probably one of the oldest methods of sizing particles, and is still commonly used to determine the size distribution of powders in the size range of 44 μ (325 mesh) and greater. Screen analysis data usually serve as a rough guideline in evaluating raw materials with regard to the need for milling.

Basic disadvantages to screen analysis are the large sample size required; its limitation to the larger particle size range, although special screens with openings down to 5 μ are available; and the blinding of the screens by particles that get lodged in the mesh openings mechanically or by static charge. The advantages of screen analysis include its simplicity and the relatively low cost of the equipment required.

MICROSCOPY. Although the optical micro-




FIG. 1-5. Mean plasma phenacetin concentration in 6 adult volunteers following administration of 1.5-Gm. doses of phenacetin in different ranges of particle size. (From Prescott, L. F., et al.: Clin. Pharmacol. and Therap., 11:496, 1970.)

scope is the most universally accepted and direct method of determining the particle size distribution of powders of subsieve size, the method is by no means an easy one. Resolution of normal white light will give a size range of approximately 0.5 to 100 μ, the lower size limit depending on the quality of resolution as particle size approaches the wave length of light.

The preparation of a slide for counting particles is of major importance because the sample on the slide must represent the particle size distribution of the bulk powder. This may be accomplished only if the powder is properly sampled. An acceptable method would be the blending of random samples taken from the bulk powder, and the reducing of sample size to less than 0.5 g., by coning and quartering and/or by the use of a grid type sampler.[6] This sample is then suspended, dispersed, and thoroughly mixed in a liquid having a different refractive index from the particles being counted. The concentration of powder particles in the liquid medium should be such that counting can be achieved easily. The particles must be essentially in one plane on the slide (use a cover slip), and free of motion. Particles in the 3-μ range and lower may require a viscous mounting medium to minimize Brownian motion. For actual counting, random fields are selected on the slide, and the particles counted and sized. There should be no less than 500, and preferably 1000, particles counted per sample to make statistical treatment of the data meaningful.

Since it is beyond the scope of this chapter, the reader is referred to four texts which give extensive treatment to particle size counting, statistics, and data representation and interpretation.[7-10]

SEDIMENTATION. The Stokes equation[11]

PU 0011786

describes a relationship between the rate at which a particle settles in a fluid medium to the size of that particle:

$$d = 10^4\sqrt{\frac{18\,\eta\quad h}{(\rho - \rho_0)g\;t}} \qquad (1)$$

where: d = particle diameter in microns
$\eta$ = viscosity in poise
h = height of fall in cm.
$\rho$ = density of the solid in gm./cm.$^3$
$\rho_0$ = density of the fluid settling medium in gm./cm.$^3$
g = acceleration due to gravity: 981 cm./sec.$^2$
t = time in seconds

Although the equation is based on spherically shaped particles and covers a range of about 3 to 250 $\mu$. it is widely used to determine the weight-size distribution of irregularly shaped powdered materials. As a method of measuring relative size distributions. it is good: however. results may not agree with those of other methods because of the shape factor effect.

Particles in a liquid medium take an inordinate length of time to settle when 3 $\mu$ or less (12 hours or more). The 3-$\mu$ lower limit may be extended to 0.5 $\mu$ by use of centrifugal settling techniques. but this also lowers the upper particle size limit.

Sedimentation may be carried out in an Andreasen Pipet apparatus. in which exact volumes of sample are withdrawn at a specified liquid depth and at specified time intervals. The suspending medium is evaporated and the sample is weighed. Substitution of sample withdrawal times and the other constants in the Stokes equation. correlated to the sample weights. yields a weight-size particle distribution.

Precautions that must be observed with this method are proper particle dispersion. good temperature control of the settling medium. and particle concentration (evidence shows that the higher the particle concentration. the higher the settling velocity of the particles).

STREAM SCANNING. Another method of determining the particle size distribution of a powdered drug substance noteworthy of mention is the stream scanning method: i.e.. a fluid suspension of particles passes through a sensing zone in which individual particles are electronically sized. counted. and tabulated (e.g.. Coulter Counter* and Hiac Counter†).

The big advantage with stream scanning is that large volumes of data can be generated in relatively short periods of time with reasonable accuracy. Literally thousands of particles can be counted in seconds. and thus a statistically sound basis is provided for the resulting size distribution curve. or average particle size. The data. as with microscopic counting. are in numbers of particles per class interval. which can be expressed mathematically as the arithmetic mean diameter. the volume surface diameter. and so on.[7-10] and graphed in accordance with the desired interpretation: e.g.. Figure 1-6 illustrates three different distributions of NBS Standard Reference Material No. 1003. Calibrated Glass Beads. When plotted on normal probability coordinates. as seen in Figure 1-7. the distributions become almost straight lines. which are easier to compare.

Although the stream scanning method has shortcomings. as does every method of particle size analysis. it is now. and will continue to be. a valuable tool in the field of particle size analysis in the pharmaceutical industry.

OTHER METHODS. Other methods of particle size analysis. such as light scattering.[12] acoustical counters.[13] centrifugal sedimentation.[14] electron microscopy.[15] laser holography.[16] and scanning image analysis.[17] are also in use. Because of space limitation. however. only those methods more commonly used in the pharmaceutical industry were described here.

## PARTITION COEFFICIENT AND pKa

The elicitation of a pharmacological response requires that a drug molecule first cross a biological membrane. The membrane. consisting of protein and lipid material. acts as a lipophilic barrier to the passage of many drugs. The resistance of this barrier to drug

* Coulter Electronics. Inc.. Hialeah. Florida 33010.
† High accuracy Products Corp.. Claremont. California 91711.

transfer is related to the lipophilic nature of the molecule being transported.

The oil/water (e.g., octanol-water, chloroform-water) partition coefficient is a measure of a molecule's lipophilic character (its preference for the hydrophilic or lipophilic phase). Hansch et al. found the relative hypnotic activity of a homologous series of barbiturates was closely related to their octanol-water partition coefficients.[18] This correlation indicates that the partition coefficient should be considered an important parameter in preformulation work, especially when a series of compounds with similar structures are under investigation.

The partition coefficient (P) represents the




FIG. 1-6. Particle size distribution of NBS glass beads expressed in terms of ○ = number of particles; ● = weight of particles; ⊕ = surface area of particles.

PU 0011788




FIG. 1-7. Particle size distribution of NBS glass beads plotted on normal probability coordinates expressed in terms of ◯ = number of particles; ● = weight of particles; and ⊗ = surface area of particles.

ratio of the drug distribution in the organic solvent and aqueous phases. Using octanol-water as an example, it is defined as

$$P = \frac{[\text{Conc. of drug in octanol}]}{[\text{Conc. of drug in water}]} \quad (2)$$

P becomes dependent on concentration only if the drug molecules have a tendency to associate in solution. For an ionizable drug, the following equation is applicable:

$$P = \frac{[\text{Conc. of drug in octanol}]}{(1 - \alpha)[\text{Conc. of drug in water}]} \quad (3)$$

where $\alpha$ equals the degree of ionization.

The determination of the dissociation constant in preformulation work is important because it may be an indication of a drug substance's absorption characteristics.

Where the unionized drug species are effectively transported across biological membranes, one may estimate the site of absorption of a new chemical entity by using the pKa in the Henderson Hasselbalch equation:

$$\text{pH} = \text{pKa} + \log \frac{[\text{Ionized Molecules}]}{[\text{Unionized Molecules}]} \quad (4)$$

If one assumes the stomach to have a pH range of 1.2 to 3, and the small intestine to have a pH of about 5 to 8, in most cases a drug substance with a pKa of 3 will be more rapidly absorbed in the stomach. On the other hand, a drug with a pKa of 8 will be absorbed more rapidly in the more alkaline intestines.

The dissociation constant, or pKa, is usually determined by potentiometric pH titration.[19] Determining the partition coefficient and dissociation constant is important. However, one must not be completely dependent on such data for assessing in-vivo

drug absorption. Some compounds have low partition coefficients and/or are highly ionized over the entire physiological pH range, but still show good bioavailability. An example of this is 4,7-phenanthroline-5,6-dione,[20] which, when partitioned between water and several lipid solvents, gives partition coefficients of less than 1%, but is still well absorbed. In other cases a compound, such as one of the ferrioxamine derivatives which has no ionizable groups, is soluble in water and lipid solvents, but is not absorbed orally by either the rat or the dog.[20]

## SOLUBILITY

Any drug, given by any route of administration, must possess some limited aqueous solubility for therapeutic efficacy. Hence, relatively insoluble compounds sometimes exhibit either incomplete or erratic absorption. In such a situation preformulation work would include the preparation of a more soluble derivative (salt or ester), which might alleviate the problem. If this is not possible, techniques such as complexation, micronization, or solid dispersions should be investigated.

Solubility characteristics also may play a part in the absorption of those materials already in solution in liquid dosage forms, i.e., if precipitation of a soluble acid, base, or salt form of a drug occurs in the gastrointestinal fluids, bioavailability may be altered. For example, soluble alkaline metal salts of acidic drugs, such as iopanoic acid, often exhibit increased absorption, because the soluble crystalline sodium salt precipitates in the stomach (as the acid), producing fine amorphous particles (yielding faster dissolution).[21]

The preparation of a more soluble derivative of a compound will be of little value, if the precipitating material is the insoluble base of an organic salt. This is readily apparent from the pH solubility equations:[22]

Solubility at pH value below max. solubility

$$= [BH^+]s\left(1 + \frac{Ka'}{[H_3O^+]}\right) \quad (5)$$

where $[BH^+]s$ = Saturation solubility of salt

This equation describes the solubility of a substance where there is essentially no free base present. At pH values where the amount of free base becomes significant, the solubility is given by:

Solubility where free base solubility is limiting

$$= [B]s\left(1 + \frac{[H_3O^+]}{Ka'}\right) \quad (6)$$

where $[B]s$ = Saturation solubility of the free base

The terms $[H_3O^+]$, Ka', and $[B]s$ remain constant regardless of the salt anion.

The pH-solubility curves are illustrated in Figure 1-8 for the mesylate and hydrochloride salts of an experimental indole derivative. The pH solubility curve for each salt overlaps in the pH region, where the free base solubility is the limiting factor. The terms $[B]s$, and Ka' are the same for each salt.

At other times, a lower aqueous solubility may be required, either to improve the taste of a formula or to slow the absorption of a drug substance. This is achieved by the preparation of insoluble salts or esters. Figure 1-9 illustrates the effect of the clindamycin ester chain length on the palatability of a syrup formulation. As the chain length increases, the solubility decreases, minimizing the bitterness of the soluble hydrochloride salt.[23]

In preformulation work, an aqueous solubility, at 37°C, of less than 1% over a pH range of 1 through 7 may indicate a potential bioavailability problem.[24] This is by no means an absolute value, as many compounds with a solubility lower than 1% are absorbed rapidly and completely. Such factors as lipid solubility or interaction with the gastrointestinal fluids, as pointed out earlier, can be important. Griseofulvin, for example, attains a higher blood level when taken with a meal high in fat content.[25] Generally, solubility is determined as equilibrium solubility or pH solubility profile.




FIG. 1-8. pH-solubility profile of the hydrochloride and mesylate salts of an experimental indole compound.

**Equilibrium Solubility.**[26] Excess drug is added to 0.9% NaCl solution, water, 0.1 N HCl, and pH 7.4 buffer in suitable containers, which are agitated in a constant temperature bath maintained at 37°C.

Samples are withdrawn and assayed until the concentration is constant. One must be careful to take into account the common ion effect, a factor frequently overlooked; e.g., hydrochloride salts can be appreciably less soluble in 0.9% NaCl and 0.1 N HCl than are other salt forms. The common ion effect on the water solubility of the hydrochloride salt of a polycyclic base is illustrated in Table 1-2.

**pH Solubility Profile.**[27] Molecules having polybasic functional groups, such as triamterene (Fig. 1-10), may form complex salts at varying pH values. These types of compounds are especially suited to this method.




FIG. 1-9. Effect of clindamycin ester chain length on taste of ester in syrup. (From Sinkula, A., et al.: J. Pharm. Sci., 62:1109, 1973.)

TABLE 1-2. *Water Solubility of a Polycyclic Base*

| *Solvent* | *Conc. (mg. liter).* |
|---|---|
| Buffer pH 1 | 10 |
| Buffer pH 3 | 0.4 |
| Buffer pH 7 | 0.05 |
| 0.9% NaCl | 0.1 |
| Dist. $H_2O$ | 100 |

(From Keberle, H.: Proceedings of the Symposium on Biological and Pharmaceutical Aspects of Pharmacokinetics and Therapeutics in Stockholm, June 5–6, 1970.)




FIG. 1-10. Triamterene with three polybasic $NH_2$ functional groups.

Excess drug is added to water in a beaker with an immersed pH electrode. The suspension is titrated with an acid ($HNO_3$, HCl, $H_2SO_4$), and after equilibrium is reached, samples are removed for assay at suitable pH intervals.

In the case of triamterene titrated with hydrochloric acid (Fig. 1-11), the following equilibrium exists:

$$\text{Triamterene} + xH^{+} \rightleftharpoons \text{Triamterene } xH^{+}$$

Triamterene (solid)

Then

$$K = \frac{[\text{Triamterene} \cdot xH^{+}]}{[\text{Triamterene}][H^{+}]^{x}} \qquad (7)$$

Letting

$$S = [\text{Triamterene} \cdot xH^{+}] + [\text{Triamterene}] \qquad (8)$$

$$So = [\text{Triamterene}]$$

PU 0011792




FIG. 1-11. pH solubility profile for triamterene in the presence of hydrochloric acid. (From Dittert, L., et al.: J. Pharm. Sci., 53:1325, 1964.)

then,

$$S = So + KSo[H^+]^x \quad (9)$$

Rearranging and transforming to logarithms we have:

$$\log(S - So) = \log K + \log So + x \log[H^+] \quad (10)$$
$$-\log(S - So) = -\log K - \log So + x\,pH \quad (11)$$
$$\log(S - So) = -x\,pH + \log K + \log So. \quad (12)$$

Therefore, the slope of the log (S − So) versus pH will give the value of x for the pH range of interest. The slope in the pH 3.5 to 5 range (Fig. 1-12) was found to be 0.5, indicating the species triamterene$_2$ · HCl. If a compound forms a complex in the stomach, its absorption and bioavailability may be affected.

The use of metastable forms of a compound or the presence of minute amounts of an impurity may seriously alter solubility data. This is illustrated in Table 1-3.[25] The large variance in solubility between the oxyclozanide batches results from the presence of trace quantities of a hydrophilic impurity on the drug's crystal surface. Possibly by solubilizing the impurity, a polysorbate 80 solution of this drug gives much more realistic experimental data for the various batches.

## DISSOLUTION

Dissolution rate data, when combined with the solubility, partition coefficient, and pKa results, provide some insight into the poten-

PU 0011793

Case 1:04-cv-00833-KAJ Document 116-6 Filed 09/28/2005 Page 19 of 35






FIG. 1-12. Log increase in solubility vs. pH plots for triamterene in the presence of hydrochloric acid. (From Dittert, L., et al.: J. Pharm. Sci., 53:1325, 1964.)

TABLE 1-3. *Solubility of Oxyclozanide Samples*

| *Batch* | *Polymorphic form* | *Stirring Time (h)* | *Solubility (ppm)* Water | 0.1% w/v Tween 80 |
|---|---|---|---|---|
| 1 | I | 4 | 0.4 | — |
| | | 24 | 0.3 | 29 |
| 2 | I | 24 | 0.4 | 25 |
| 3 | I | 24 | 0.2 | 30 |
| 4 | II | 4 | 2.2 | — |
| | | 24 | 1.9 | 78 |
| 6 | II | 24 | 1.0 | 72 |
| 7 | II | 24 | 0.3 | 69 |
| 8 | III | 4 | 28.1 | — |
| | | 24 | 29.0 | 109 |

(From Pearson, J. T., and Varney, G.: J. Pharm. Pharmacol., [illegible])

PU 0011794

Case 1:04-cv-00833-KAJ Document 116-6 Filed 09/28/2005 Page 20 of 35



tial *in-vivo* absorption characteristics of a new drug entity.

It is axiomatic that a drug must first dissolve in the gastrointestinal fluids in order to be absorbed. Some drugs, such as digoxin (Fig. 1-13), are dissolution rate limited; i.e., the rate determining step in absorption is the rate at which the drug substance dissolves in the surrounding medium. This parameter, as well as its correlation with biological activity, is studied early in the preformulation program by measuring the pure drug's dissolution rate in 0.1 N HCl, water, and pH 7.4 buffer. The importance of biological correlation is shown in Figure 1-14, where the mono-hydrochloride, dihydrochloride, and disulfate salts of an experimental antihypertensive drug 1-(1,3-dihydro-5-methoxy-benzo[b]furan-2-ylmethyl)-4-(o-methoxyphenyl) piperazine, although differing in




FIG. 1-13. Correlation between dissolution-rate and mean steady-state serum levels after 8 to 10 days of daily administration of five digoxin products. (From Lindenbaum, J., et al.: The Lancet, P. 1216, June, 1973.)

PU 0011795

Case 1:04-cv-00833-KAJ Document 116-6 Filed 09/28/2005 Page 21 of 35






FIG. 1-14. Plots illustrating the intrinsic dissolution profiles of the dihydrochloride (△), monohydrochloride (⊡), and disulfate (⊙) salts and free base (▼) of an experimental antihypertensive drug in 0.1 N hydrochloric acid, water, and phosphate buffer at pH 7.3. (From Lin, S. L., et al.: J. Pharm. Sci., 61:1418, 1972.)

dissolution rate, showed equivalent in-vivo bioavailability.[29] It is, therefore, a sound practice to obtain a correlation between in vitro dissolution and bioavailability.

The dissolution rate of drug substances may be affected by chemical form, crystal form, particle size, and surface properties of the drug.

**Chemical Form.** The acid, base, and different salt forms may give significant differences in dissolution rate. For example, the dissolution rate of the sodium salt of sulfathiazole in 0.1 N HCl is 5500 times faster than the free base.[30]

**Crystal Form.** Metastable polymorphs, such as sulfathiazole II, have a greater dissolution rate compared to the stable sulfathiazole I form. Solvates may also fall into this category, since they usually exhibit a higher dissolution rate in aqueous media.[31] (See Crystal Form and Stability.)

**Particle Size.** Reduction of particle size produces a greater surface area available for liquid contact. (See Particle Size.)

**Surface Properties of the Drug.** The high surface energy of a micronized powder may result in poor wetability and agglomerates in the dissolution media. Under these

PU 0011796

circumstances, the dissolution rate decreases, because the total surface area of the material is unavailable to the fluid.

Experimentally the dissolution rate may be determined by one of two general techniques: (1) the Suspension Method, and (2) the Constant Surface Method. In the former, the prescreened drug powder is added to the dissolution fluid without any exact control of surface area. Samples of the dissolution media are assayed at appropriate time intervals and amount dissolved versus time is charted on a graph. For metastable polymorphs or solvated compounds, dissolution data provide additional information, such as peak and equilibrium solubility, initial rate of dissolution, and relative stability of the metastable form (see Crystal Form and Stability).

For example, a new drug exhibiting a dissolution profile (Fig. 1-15) exists in at least one polymorphic form, assuming no hydrate-solvate formation. This type of curve results from the increased solubility of the metastable material. Accordingly, the attainment of a peak concentration followed by a decline in the solubility to a limiting value is expected, since the metastable compound is reverting to the more stable and less soluble form with time.

The Constant Surface Method eliminates surface area and surface electrical charge as dissolution variables. Constant surface area is achieved by compressing the powder into a disk of known area with a die-punch apparatus and a Carver press. The assembly shown in Figure 1-16 is the Woods Apparatus,[32] and is ideally suited for constant surface dissolution, because it permits the maintenance of uniform hydrodynamic conditions.

The rate of solution of a drug substance maintaining a constant surface area during dissolution is described by the Noyes-Whitney equation:

$$\frac{dc}{dt} = \frac{SD}{Vh}(Cs - C) \qquad (13)$$




FIG. 1-15. Dissolution profiles of Polymorph I (from methanol, lower curve), Polymorph II (from isopropanol, upper curve), and mixed Polymorphs I and II (from isoamyl alcohol, middle curve) of an experimental antihypertensive drug in 0.1 N HCl at 37°. (From Lin, S. L., et al.: J. Pharm. Sci., 61:1418, 1972.)

PU 0011797




FIG. 1-16. Scale drawing of compression die assembled for use in rotational dissolution. (From Wood, J. H., et al.: J. Pharm. Sci., 54:1068, 1965.)

where S = surface area of the pellet
D = diffusion coefficient of the dissolved drug
V = volume of the dissolution media
h = thickness of the diffusion layer
Cs = concentration of a saturated solution of the drug
C = drug concentration at time t

If Cs ≫ C (concentration of drug does not exceed 10% of its solubility), then.

$$\frac{dc}{dt} = \frac{SD}{Vh} Cs \quad (14)$$

Multiplying by V

$$\frac{dw}{dt} = \frac{SD}{h} Cs \quad (15)$$

where w = amount of drug dissolved. This may be integrated to give:

$$w = \frac{SD}{h} Cs(t) \quad (16)$$

or

$$\frac{w}{S} = \frac{D}{h} Cs\,(t) \quad (17)$$

A plot of w/S versus t yields a straight line, with the slope equal to the intrinsic rate of dissolution usually expressed in units of mg./cm.²min.

The reproducibility of the method makes it feasible to adequately compare the intrinsic dissolution rates of different salts and polymorphs, or even other chemical entities. Hamlin et al. found the intrinsic dissolution rate for a wide range of chemical entities was directly proportional to their solubility.[33] If the D/h terms were averaged for all the compounds, the dissolution equation could be expressed by:

$$\frac{dw}{dt} = (2.24 \pm 0.10)\,Cs \quad (18)$$

Kaplan,[22] using the Wood's Apparatus at 50 rpm with 500 ml. of dissolution media, studied a large number of drug substances and found that the absorption of compounds with an intrinsic dissolution rate above 1 mg./cm.² min. were usually not limited by their dissolution rate. It must be remembered that the intrinsic dissolution rate is related to the apparatus agitation rate and holder placement, and for purposes of comparison, dissolution conditions must be duplicated.

## STABILITY

An important function of the preformulation group is the prediction of the physical and chemical stability of a new drug. In the initial stages of preformulation, the physic

pharmacist is not concerned with degradation mechanisms except in special cases. The immediate objective is the determination of those factors that may result in an alteration of the drug entity. Heat, light, oxygen, moisture, pH, and excipients may have a deleterious, often predictable, effect on a compound. Esters and amides, for example, are prone to hydrolysis (moisture) whereas a molecule containing an indole ring tends to be susceptible to oxidation.

The mechanisms involved in solid state degradations are complex and varied. A knowledge of them, however, can facilitate the preparation of a stable dosage form. Much of the theory has been well summarized elsewhere.[34]

Although a stability-indicating assay is most desirable, usually it is not available early in the preformulation program. However, techniques are available for evaluating the physical and chemical stability of a new compound. Thin layer chromatography, thermal analysis, and diffuse reflectance spectroscopy have all been successfully applied in preformulation development. Each method has its limitations as well as advantages.

Thin layer chromatography (TLC), in some cases, allows quantitative determination of decomposition products. With selective reagent spraying of the plate, it is possible to determine the functional groups of an impurity or degradation spot. One must be certain, however, that the TLC solvent system is capable of resolving the components of the mixture. This is accomplished through the use of a purposely degraded sample with the separation system.

Thermal analysis, by detecting changes in the melting endotherm, is especially important for the study of polymorphs and solvates, as well as drug-excipient interactions. The drug plus excipient in a 1:1 mixture is heated at a linear rate. The absence of the melting endothermic peak or the appearance of a new peak on the scan of the drug-excipient mixture may be interpreted as evidence of incompatibility.[35] In this manner, stearic acid was found to be incompatible with penicillin (Fig. 1-17). Thermal analysis also is extensively employed in the evaluation of crystalline changes (see Crystal Form and Stability).

Diffuse reflectance spectroscopy (DRS) has also been used with some degree of success in the detection of drug-excipient interactions.[36,37] The method is somewhat analogous to transmittance spectra in solution except the bands in DRS are broader and less intense. The primary advantages of DRS are: (1) samples may be evaluated in situ, and (2) the mechanism of interaction may sometimes be elucidated.

It is essential that the drug be pure before any stability tests are initiated. An impurity may catalyze the breakdown of a drug, or it might be unstable itself, altering the physical appearance of a perfectly stable drug substance. Penicillin degradation in solution is catalyzed by as little as 0.2 mg. of copper ion per liter.[38] Obviously, this would result in erroneous conclusions as to the stability of the compound.

In formulation, one is mostly concerned with the first 10 to 20% degradation because the usual assay specifications for most compounds, as noted in the official compendium, do not permit drug potencies below 80 to 90% of label claim. The fact that a particular degradation follows zero, first, or second order kinetics normally does not seriously affect quantitative stability predictions. This is evident from Figure 1-18, which illustrates similarity between kinetic degradation rate curves up to 20% decomposed drug.

## Drug Substance Stability

Bulk stability tests are designed to investigate the effect of heat, oxygen, moisture, and light upon the stability of the pure drug. They also determine the proper handling and storage techniques.

Samples of pure drug and the drug with water are sealed in ampules, some of which are flushed with oxygen and some with nitrogen, and stored at 40°, 50°, and 60°C. (these temperatures are left to the discretion of the investigator). The photosensitivity is measured by exposing the surface of the compound to light at a level of at least 600 footcandles. Moisture sensitivity is determined by placing the drug in open dishes at




FIG. 1-17. Thermograms of sodium dicloxacillin and mixtures thereof. Key: 1. dicloxacillin; 2. 76% dicloxacillin + 24% lactose; 3. 73% dicloxacillin. 23% lactose. 4% magnesium stearate; 4. 71% dicloxacillin. 22% lactose. 4% magnesium stearate. 3% stearic acid; 5. 93% dicloxacillin. 7% stearic acid. (From Jacobson. H., and Reier. G.: J. Pharm. Sci., 58:631. 1969.)

relative humidities of 30 to 90%. These samples are monitored regularly for physical changes, water content, and chemical degradation.

Most drugs fall into one of four classes: (1) stable at all conditions, (2) stable if handled correctly (e.g., aspirin), (3) moderately unstable, even with special handling (e.g., vitamins), and (4) very unstable.

A thermally unstable (solid state) compound may sometimes be made more stable by the preparation of a derivative with a higher melting point.[31] Indeed, this is the case for a series of vitamin A and benzoic acid derivatives (Fig. 1-19). If the log of the rate constant for each derivative is plotted versus the reciprocal temperature, a fairly straight line results. The relationship holds because the quantity of the reactive melt (X) at an elevated temperature (T) is related to the melting point ($T_m$) by the equation

$$\ln X = -\frac{L_f}{R}\left(\frac{1}{T} - \frac{1}{T_m}\right) \qquad (19)$$

X = mole fraction liquid phase

$L_f$ = molar heat of fusion

$T_m$ = melting point

T = temperature

PU 0011800

## Crystal Form and Stability

A very important phase of preformulation is determining the crystal forms and polymorph stability of drug substances. Some drugs, although chemically stable, may exist in more than one crystal form (lattice configurations), which differ in melting point, solubility, density, and vapor pressure. Each crystal form or polymorph has an energy value, which corresponds to a particular packing arrangement of the molecules in the lattice. The transition from one structural arrangement to another is classified into one of two types:

1. *Enantiotropic*. By varying the temperature or pressure, one polymorphic form of a drug substance can be reversibly changed to another one.

2. *Monotropic*. One polymorphic form is unstable at all temperatures and pressures.

At a specified temperature and pressure, only one polymorphic form of a compound will be thermodynamically stable. However, other unstable (metastable) forms may exist under the same conditions, and may take




FIG. 1-18. Arithmetic plots for zero, first- and second-order reactions.

Case 1:04-cv-00833-KAJ Document 116-6 Filed 09/28/2005 Page 27 of 35






FIG. 1-19. Relationship between zero-order rate constant and melting point for vitamin A derivatives. (From Guillory, J., and Higuchi, T. J.: Pharm. Sci., 51:104, 1962.)

from minutes to years to revert to the stable lattice structure. Metastable crystal forms have a lower melting point and a higher solubility. Their pharmaceutical importance depends on the rapidity of the transition to the thermodynamically stable form, and the nature of their altered physical properties. The reversion of the well-absorbed amorphous novobiocin to the poorly absorbed crystalline form in suspension illustrates the difficulties that may arise when the phenomenon of polymorphism is ignored.[10]

The most widely used methods for studying polymorphs are:

1. *Dissolution*. Metastable forms are detectable because they have a faster dissolution rate.

2. *X-Ray diffraction*. Since each form represents a different crystal packing arrangement, differences in x-ray spectra are observed.

3. *Infrared analysis*. Different packing arrangements will affect the energy of the molecular bonds, thus altering the I.R. spectra.

4. *Differential scanning calorimetry and differential thermal analysis*. The change from one polymorphic form to another involves a change in energy which is thermally detectable with these instruments.

5. *Hot stage microscope*. Upon heating to the phase transition point, the crystal undergoes a change in birefringence and or appearance.

The first indication that an unstable crystal form is present usually occurs in the initial thermal analysis of the drug. Either an extra peak on the thermal scan or a change in appearance of the crystals on heating in the microscopic hot stage should signal the possibility of a polymorphic compound.

Differential scanning calorimetry (DSC)

PU 0011802




FIG. 1-20. Thermograms for forms I and II of methylprednisolone. (From Guillory, J.: J. Pharm. Sci., 56:75, 1967.)

and differential thermal analysis (DTA) have been widely used to study crystalline transformation. In DSC, the energy resulting from the crystalline transformation is directly recorded on a heat energy versus temperature graph, while DTA indirectly measures the same parameter by plotting the differential temperature (sample versus inert substance) against temperature.

Melting, sublimation, and desolvation are all examples of endothermic changes (heat absorbing), whereas transition from metastable polymorph to the stable polymorph, and crystallization are exothermic (heat producing). Figure 1-20 illustrates the qualitative and quantitative applicability of thermal analysis in elucidating polymorphic transitions. Form I methylprednisolone is readily distinguished from Form II, and the heat of transition may be calculated from the area of the transition endotherm (first peak on the Form I scan).

If such a crystalline transition is detected, further investigation using dissolution techniques (discussed under a separate heading) permits estimates to be made of its relative stability and dissolution characteristics. The compound is added to the dissolution media in excess of its saturation solubility, and aliquots are taken at suitable time intervals. Figure 1-21 shows behavior typical of an unstable polymorph as the drug concentration quickly drops to the limiting solubility value of the stable form. It should be noted that the peak of the metastable dissolution curve is a good approximation of the




FIG. 1-21. Dissolution rate of an unstable polymorph.




FIG. 1-22. Dissolution rate of a stable polymorph.




FIG. 1-23. Dissolution behavior of forms I and I* in water in the presence of various protective colloids. (From Ravin, L. J., et al.: J. Pharm. Sci., 59: 1292, 1970.)

solubility of this form. In comparison, it is obvious from Figure 1-22 that the metastable form does not undergo a rapid reversion to the stable form. This behavior may be used to advantage with active polymorphs. They revert slowly in solution, and are absorbed before reversion takes place. If polymorphs such as the indole derivative shown in Figure 1-23 are used in suspension, materials such as PVP and the long-chain celluloses may be added to inhibit reversion to the less soluble form.

When several polymorphs of a compound are found to exist, the conditions under which each is produced should be carefully analyzed. In this way, proper crystallizing conditions can be maintained from batch to batch to ensure a uniform and acceptable raw material. Changes in recrystallizing solvent, rate of crystallization, or other factors may cause one crystal form to be predominant (Fig. 1-24). X-ray diffraction and infrared spectroscopy may be used advantageously at this point to investigate polymorphs produced by changing these process variables.

A quick and elegant means of ascertaining the relative stability of two isolated polymorphs is a microscopic examination of both in a saturated solution. The more stable crystal will grow at the expense of the less stable form. At the transition temperature, no net change occurs, since each polymorph has the same thermodynamic activity.[11]

If a polymorph of a drug substance shows desirable pharmaceutical and biological characteristics, further development should focus on this form rather than on the original less active form. Failure to redirect development efforts may lead to costly and time-consuming delays during future develop-




FIG. 1-24. The phases of fluprednisolone and the physical conditions necessary for the interconversion of the various forms. (From Haleblian J., et al.: J. Pharm. Sci., 60:1485, 1971.)
a = suspension in water
b = 138° under vacuum (2 mm. Hg)
c = pressure
d = 180° for 5 min.
e = standing in air
f = aqueous suspension at 80° and seeded with B-monohydrate

ment. Some problems in development that may result from inadequate investigation of polymorphic drug forms are:

1. Crystal growth in suspensions and creams, resulting in a product with poor uniformity, appearance, and/or biological availability. For example, parenteral cortisone acetate suspensions cake if prepared with the wrong polymorphic form.[42]

2. Precipitation of the less soluble polymorphic form in liquid dosage forms.

3. Poor bioavailability from a less soluble polymorph, e.g., metastable fluprednisolone implants in rats had a higher absorption rate than the stable form.[43]

4. Crystal transitions resulting from milling or wet granulation, producing changes in the physical and biological characteristics of the dosage form.

5. Poor chemical stability, e.g., amorphous penicillin G is less stable than the crystalline salt.[42]

The related crystal rearrangement of a drug due to inclusion of solvent in the lattice is termed pseudopolymorphism. This is somewhat akin to polymorphism, since the solvated or hydrated crystal will have different physical properties and may itself exhibit polymorphism. A solvate's pharmaceutical utility relates closely to the difference in the

PU 0011806

dissolution rate between it and the nonsolvated structure. For example, the anhydrous form of ampicillin attains a higher blood level in vivo than does the trihydrate form, since its dissolution rate is faster.[44]

Although they show similar behavior thermally and microscopically, solvates and hydrates may be distinguished from polymorphs by the change in weight (loss of solvent) which accompanies the transition to the nonsolvated or the anhydrous form. Thermogravimetric analysis (TGA), by measuring weight loss versus temperature, may be conveniently used to study desolvation or dehydration (Fig. 1-25). Total volatiles minus water, as determined by Karl Fischer analysis, gives the weight % of nonaqueous solvent.

Crystal habit (the external shape or form of a crystal) may play a significant role in a product's properties. While the internal structure remains the same, the crystal habit can vary widely, being influenced by such things as recrystallizing solvent, impurities present, concentration, and temperature. Although not as important as polymorphism or solvation, the crystal habit may influence such properties as:

1. *Suspension stability and syringeability.* Plate shaped crystals will flow through a needle orifice much more readily than needle shaped crystals.[45]

2. *Tableting properties.* These may be altered by crystal packing during compression. For example, the particle shape of lactose has a considerable influence upon tablet strength.[46]

3. *Dissolution.* Dissimilar crystalline habits may have different dissolution rates depending on their surface area. Cubic and




FIG. 1-25. Chlorhydrol conditioned at different relative humidities. (From Samkaite, R., et al.: Drug and Cosmetic Industry, page 55, December, 1973.)

spherical particles dissolve equally from all sides, whereas other habits change their shape factor during dissolution, altering the dissolution rate.

## Solution Stability

If the drug is soluble, a high-temperature kinetic study of the drug in solution should be performed. The appropriate solvent/buffer systems (preferably aqueous at pH 1.2, 3, 5, 7.4) are selected and reaction rate constants determined at three different temperatures (e.g., 50°, 60°, 70°C.), in the presence and absence of oxygen, collecting at least four data points at each temperature. An Arrhenius plot is made, heat of activation determined, and room temperature stability extrapolated from these data. Samples are placed under intensified light to determine photosensitivity. An optimum pH, the need for antioxidants, or the necessity for light protection also may be estimated from these data.

## Stability with Excipients

Drug-excipient studies are designed to assist in selecting a basic list of excipients, which can be successfully used in the final dosage forms. Lactose, starch, stearic acid, magnesium stearate, dicalcium phosphate, calcium sulfate, and sucrose are some of the substances that are routinely tested in combination forms.

Mixtures containing 20:1 drug-lubricant and 1:5 drug-excipient are sealed in vials with 5% water added to half the samples. The vials are stored at 5°C., 25°C., 50°C., 60°C., and 600 footcandles. At appropriate time intervals, the 60°C. and 600 footcandle samples are subjected to thin layer chromatography and physical observations.




FIG. 1-26. Aspirin hydrolysis at 30° in aqueous suspensions containing tablet lubricants. (From Kornblum S., and Zoglio, M.: J. Pharm. Sci., 56:1571, 1967.)

PU 0011808

Color change, caking, and other observations are recorded, with the 5°C. samples used as a reference. Mixtures containing 1:1 drug-excipient are used for thermal analytical evaluation, which provides a rapid means of determining incompatibilities.[47] Its use, however, does not eliminate the need for physical observations and thin layer chromatography.

Many drugs are sensitive to moisture. In these cases, the suspension technique of Kornblum and Zoglio may be useful in the evaluation of drug-excipient interactions.[48] An aqueous suspension of the drug plus excipient is stored at an elevated temperature with constant agitation. Samples are withdrawn and assayed at suitable time intervals. Figure 1-26 shows the deleterious effect of magnesium stearate upon aspirin stability using this technique.

## REFERENCES


1. Fletcher, H. P., et al.: J. Pharm. Sci., 57:2101, 1968.
2. Delly, J. G.: Industrial Research, 15:44, 1973.
3. Prescott, L. F., et al.: Clin. Pharm. & Therap., 11:496.
4. Fincher, J. H.: J. Pharm. Sci., 57:1825, 1968.
5. Kornblum, S. S., and Hirschorn, J. O.: J. Pharm. Sci., 59:606, 1970.
6. British Standard 3406, 1:18, 1961.
7. Herdan, G.: Small Particle Statistics, 2nd ed., Butterworths, London, 1960.
8. Orr, C., and Dallavalle, J. M.: Fine Particle Measurement, Macmillan, New York, 1959.
9. Rose, H. E.: Measurement of Particle Size in Very Fine Powders, Constable, London, 1953.
10. Cadle, R. D.: Particle Size Determination, Interscience, New York, 1955.
11. Perry, J. H.: Chemical Engineer's Handbook, 3rd ed., McGraw Hill, New York, 1950.
12. Stull, V. R.: Proc. 1973, International Conf. Part. Tech., IIT Research Inst., Chicago, p. 52.
13. Karuhn, R. F.: ibid p. 202.
14. Bradley, D.: Chem. and Proc. Eng., 43:634, 1962.
15. Drummond, D. G.: Trans. Royal Micro. Soc., Special Ed., 1950.
16. Particle Characteristics Conf., Loughborough Univ. of Tech., Dept. Chem. Eng., 1969.
17. Sturgess, G. L., and Braggin D. W.: The Microscope, 20:275, 1972.
18. Hansch, C., et al.: J. Med. Chemistry, 11:1, 1967.
19. Benet, L., and Goyan, J.: J. Pharm. Sci., 56:665, 1967.
20. Keberle, H.: Symposium, Biological and Pharmaceutical Aspects of Pharmacokinetics and Therapeutics, Stockholm, p. 30, June, 1970.
21. Levine, R. R.: Topics in Medicinal Chemistry, 4:27, 1971.
22. Kramer, S. F., and Flynn, G. L.: J. Pharm. Sci., 61:1896, 1972.
23. Sinkula, A. A., et al.: J. Pharm. Sci., 62:1106, 1973.
24. Kaplan, S. A.: Drug Metab. Revs., 1:15, 1972.
25. Kraml, J., et al.: Canad. J. Biochem. Physiol., 40:1449, 1962.
26. Ravin, L. J., et al.: J. Pharm. Sci., 54:1242, 1969.
27. Dittert, L. W., et al.: J. Pharm. Sci., 53:1325, 1964.
28. Pearson, J. T., and Varney, G.: J. Pharm. & Pharmacol. Suppl., 25:62, 1973.
29. Lin, S. L., et al.: J. Pharm. Sci., 61:1418, 1972.
30. Nelson, E.: J. Am. Pharm. Assoc., XLVII:297, 1958.
31. Shefter, E., and Higuchi, T.: J. Pharm. Sci., 52:781, 1963.
32. Wood, J. H., et al.: J. Pharm. Sci., 54:1068, 1965.
33. Hamlin, W. E., et al.: J. Pharm. Sci., 54:1651, 1965.
34. Carstensen, J. T.: J. Pharm. Sci., 63:1, 1974.
35. Simmons, T.: Preformulation Studies, Phys. & Chem. Eval. presented to APhA Acad. of Pharm. Sci., Las Vegas Meeting, April, 1967.
36. Lach, J. L., and Bornstein, M.: J. Pharm. Sci., 54:1730, 1965.
37. Lach, J. L., and Bornstein, M.: J. Pharm. Sci., 55:1653, 1968.
38. Litner, C. J.: Quality Control in the Pharmaceutical Industry, Vol. 2, Academic Press, New York, 1973, p. 141.
39. Guillory, J., and Higuchi, T.: J. Pharm. Sci., 51:100, 1962.
40. Mullins, J. D., and Macek, T. J., J. American Pharm. Assoc., 49:245, 1960.
41. Haleblian, J., and McCrone, W.: J. Pharm. Sci., 58:911, 1969.
42. Macek, T. J.: Am. J. Pharmacy, 137:1, 1965.
43. Haleblian, J. K., et al.: J. Pharm. Sci., 60:1488, 1971.
44. Poole, J. W., and Bahal, C. K.: J. Pharm. Sci., 57:1945, 1968.
45. Shell, J. W.: J. Pharm. Sci., 52:100, 1963.
46. Alpar, O.: J. Pharm. Pharmacol., 22:1S, 1970.
47. Jacobson, H., and Gibbs, I.: J. Pharm. Sci., 62:1543, 1973.
48. Kornblum, S. S., and Zoglio, M. A.: J. Pharm. Sci., 56:1569, 1967.

# The Theory and Practice of Industrial Pharmacy

SECOND EDITION

LEON LACHMAN, PH.D.

*Vice President of Development and Control Division, Endo Laboratories Incorporated, Subsidiary of E. I. du Pont de Nemours and Company (Inc.), Garden City, New York*

HERBERT A. LIEBERMAN, PH.D.

*Vice President, Research and Development, Personal Products Division, Warner-Lambert Company, Morris Plains, New Jersey*

JOSEPH L. KANIG, PH.D.

*President, Joseph L. Kanig Associates, Inc. Pharmaceutical Consultants, Westbury, New York; Formerly Dean, College of Pharmaceutical Sciences, Columbia University, New York, New York*



LEA & FEBIGER · PHILADELPHIA
1976