# EXHIBIT F

# The Effect of Buffers on Parenteral Solutions *

**MR. JOHN J. WINDHEUSER**
Sandoz Pharmaceuticals
Hanover, New Jersey

ₑ

CIATION

VOL. 17, No. 5

*industry to foster
l medication.*



*rman
ry Mack
don R. Personeus
ert Popper
d Tompkins

TION

illiam H. Rorer, Inc.
irsch, Schering Corp.
· Pharmaceutical Co.
Kline & French Labs.
, Miller & Patch, Inc.


ng manuscripts, proofs,
Avenue, Bala Cynwyd,


rial, to The Parenteral
Saving Fund Building,
rania.


Association. The cost is
libraries may subscribe


rding qualifications and


es no responsibility for
iscussions appearing in
the writers and do not
ition.

It will be my aim today to discuss the application of buffers and buffer concepts to parenteral solutions. The choice of buffer agents in parenteral and other solutions must be predicated upon three basic criteria:

1. The physical chemical concepts associated with buffers.

2. The effect of buffers on the stability of the final product.

3. The biological effects of buffers on the body.

In discussing each of these subjects, I will try to stress the application of the underlying principles to actual cases. Let us first consider the physical chemical properties involved.

### Physical Chemical Considerations

The control of pH to enhance activity, stability and tolerance can, as you are well aware, be best implemented by the application of buffers. Aside from the basic requirement that a buffer be chemically stable, it must produce the desired hydrogen ion concentration and exhibit suitable buffer capacity.

When choosing a buffer system, capacity at the desired pH must guide our choice. It would be fruitless to use

*Presented at the Meeting of the Parenteral Drug Association in Philadelphia, Pa., on April 26, 1963.

a buffer at pH 4 which exhibits its maximum capacity at pH 8. The choice of suitable buffer systems can be narrowed by the concept of buffer capacity as calculated from Van Slyke's equation. (1)

$$\beta = \frac{d\beta}{dpH} = 2.3\ C\left[\frac{(K_a)\ (H^+)}{[K_a + (H^+)]^2}\right]$$

Beta ($\beta$) is equal to the buffer capacity of the systems; $d\beta$ represents the change in base concentration (the addition of an acid can be considered a negative change in base concentration); dpH represents the observed change in pH; (C) the molar concentration of the buffer and $K_a$ the acidic dissociation constant of the buffer acid.

If we plot Beta ($\beta$) as calculated versus pH - p$K_a$ for the buffer, we obtain a bell shaped curve as shown in Figure 1. From this curve, it is evident that, at a pH equal to the p$K_a$, the buffer exerts its greatest capacity. When the system is at a pH which is ± 1 from the p$K_a$, it only exhibits about one third of its maximum capacity.

From this it is readily apparent that, to be effective at a given pH, the buffer system chosen should have a pK within ± 1 of the desired pH. If one deals with poly-functional groups, the buffer capacities of the individual dissociable

1



Figure 1.  Theoretical buffer capacity ($\beta$) of a monobasic acid as calculated from Van Slyke's equation.

species are additive, as is illustrated in Figure 2. It will be noted that, if one has a number of dissociated forms, the buffer capacity and the buffer range are markedly extended. As a practical illustration, one might consider a tribasic acid such as citric acid, which, as you all know, is one of the most common buffers employed for parenteral solutions. As we see in Figure 3, citric acid exerts a buffer capacity over a pH range from approximately 2 to 7.

The ratio of undissociated and dissociated forms of a buffer govern the final pH and are related as shown in the Henderson equation:

$$pH = pK_a + \log \frac{C_{salt}}{C_{acid}}$$

where $C_{salt}$ and $C_{acid}$ represent the concentration of the respective species in solution. The relative simplicity of this relationship allows its use for ready calculation of useful systems. Many of us have applied this relationship in laboratory work and, after carefully calculating the species to be added, we



Figure 2.  Theoretical buffer capacity ($\beta$) of poly-functional acids whose $pK_a$ and $pK_{a2}$ are separated by one and two units.



Figure 3.  Buffer capacity curve for citric acid as calculated from Van Slyke's equation u s i n g thermodynamic dissociation constants.

2

of useful systems. Many of
plied this relationship in lab-
rk and, after carefully cal-
e species to be added, we



Theoretical buffer capacity
of poly-functional acids whose
and $pK_{a2}$ are separated by
nd two units.



. Buffer capacity curve for
: acid as calculated from Van
's equation u s i n g thermo-
.mic dissociation constants.

have, at times, been disappointed in the pH measured under actual conditions. This is not a fallacy in the theory but rather a fallacy in the application.

The dissociation constants generally provided in reference books are actually thermodynamic values and, therefore, are valid only under conditions of infinite dilution. Obviously these are not the conditions under which we prepare our solutions. In order to apply this relationship under practical conditions, it is necessary to take into account the apparent change in the dissociation constants due to ionic strength effects.

Figure 4 depicts a curve which relates the change of apparent $pK_{a2}$ with ionic strength of a phosphate system. This curve was obtained by mixing equal volumes of 0.01 molar solutions of monosodium and disodium phosphate and then adjusting the ionic strength by addition of sodium chloride. Based on the Henderson equation, the pH of the solution is equal to the apparent $pK_a$. Therefore, by preparing such curves under actual laboratory conditions, one can accurately pre-determine the pH of a solution strictly by pre-calculations.

To summarize the physical chemical aspects to be considered, one may state that:

1. The buffer must have capacity in the desired pH range.

2. For pre-calculation of buffer species, experimental pK v a l u e s should be used rather than thermodynamic values.



Figure 4. Apparent change in $pK_{a2}$ of phosphoric acid as a function of ionic strength.

3

## Effect on Product Stability

Now let us consider the second criterion for the choice of buffers, that is, their effect on the stability of the product. In most pharmaceutical texts, it is emphasized that buffers are utilized to maintain a stable environmental condition for drugs, the exact condition varying with the nature of the drug itself, but, in most cases, nothing is said about the possibility of buffers endangering the stability of the product. Generally, the impression is given that these buffers are chemically innocuous agents which can be used without regard to the particular problem. Although I would like to state that I am not trying to dissuade you from using buffers in your own work, I do want to leave you today with the distinct impression that buffers can be detrimental to your product. These buffers may act as general acid or general base catalysts, or they may act as reactive species which, by inter-action with the drug, may result in the formation of a new compound.

Figure 5 dramatically shows the effect of increasing citrate concentration on the rate of degradation of Vitamin B-1. The non zero slope of the line with increasing citrate concentration at various pH values indicates general base catalysis. In other words, hydroxyl ion is not the only species which can catalyze the degradation of thiamine; the buffer itself may act as a catalyst. Similar effects are found when thiamine is degraded in the presence of phosphate and acetate buffers. This mode of degradation is found in a number of com-



Figure 5.  Reciprocal of the half-life of thiamine hydrolysis in a citrate system at 96.4°C. Effect on the reaction rate of changing buffer concentration at constant pH and constant ionic strength.,

p o u n d s . This mechanism is quite prominent in the degradation of amides, amines and thio ethers and even in the case of some esters. In this respect, some of our most recent work should be of interest to you. You are well aware that a great number of our pharmaceuticals are amines or amine derivatives. It has been noted recently that these compounds react readily with polycarboxylic acids such as citric acid, tartaric acid, succinic acid, maleic acid and substituted succinic acid derivatives (2,3,4). The nature of this reaction is quite interesting and is shown schematically in the following equations for an aniline citric acid system:

4



Reciprocal of the half-life
nine hydrolysis in a citrate
at 96.4°C. Effect on the
n rate of changing buffer
:ration at constant pH and
t ionic strength.,

This mechanism is quite
n the degradation of amides,
thio ethers and even in the
ne esters. In this respect,
r most recent work should
est to you. You are well
a great number of our phar-
are amines or amine deri-
has been noted recently that
pounds react readily with
/lic acids such as citric acid,
d, succinic acid, maleic acid
ated succinic acid derivatives
he nature of this reaction is
esting and is shown schemati-
e following equations for an
ic acid system:

$$\begin{bmatrix} \text{Citrate}^- \\ \text{Citric Acid} \end{bmatrix} \underset{k_{-1}}{\overset{k_1}{\rightleftharpoons}} \text{Citric Anhydride} \underset{\substack{-\text{aniline} \\ k_{-2}}}{\overset{\substack{k_2 \\ \text{aniline}}}{\rightleftharpoons}} \begin{array}{l} \text{Citric Acid} \\ \text{Monoanilide} \end{array}$$

$$\begin{array}{l} \text{Citric Acid Monoanilide} \\ k_{-3} \, \big\Vert \, k_3 \\ \text{Citranilic Acid} \end{array} \Bigg\} \underset{\substack{-\text{aniline} \\ k_{-4}}}{\overset{\substack{k_4 \\ \text{aniline}}}{\rightleftharpoons}} \left\{ \begin{array}{l} \text{Citric Acid} \\ \text{Dianilide} \\ k_{-5} \, \big\Vert \, k_5 \\ \text{Citranilic Acid} \\ \text{Anilide} \end{array} \right.$$

From our analysis of the kinetic data it appears evident that the carboxylic acids are present in solutions in equilibrium with their anhydrides. This in itself is a rather radical conclusion, but we will return to this in a moment. It is further postulated that these anhydrides interact with amines to form amides which can further cyclize to form imides.

I would like to point out that this reaction is not just a laboratory curiosity but a rather important reaction which should be of interest to us all. Since, as I noted a few moments ago, citric acid is one of the most widely used buffers and a great number of our drugs are amines, one can readily appreciate the pharmaceutical significance of this reaction. We may do our utmost to present a favorable medium for the drug but actually inactivate the product by the formation of a new compound. On the other hand, there may not always be a detrimental effect. The formation of an amide could conceivably improve the rate of absorption. This has not been tested to date but is within the realm of probability. From a theoretical point of view, and we will

touch on this only briefly, the concept of forming anhydrides in aqueous media is rather unique when one compares this to the classical statements that anhydrides are completely decomposed in aqueous solution. From our work, it has been possible to postulate the rate of formation of anhydrides and the rate of reaction of the anhydrides with the amines. We have been able to verify experimentally some of this theoretical approach by directly react-



Figure 6. Generalized pH-rate profile observed for the degradation of chloramphenicol in the presence of dicarboxylic acids at 96.4°C.

5

ing amines with the anhydrides postulated in our systems and have found the rate constants which were calculated from kinetic theory to be in good agreement with those actually observed under experimental conditions.

An important point to note is that the catalytic effect of buffers is quite dependent on the species in solution. A classical example of this is the degradation of chloramphenicol in the presence of dicarboxylic acids (5, 6). In the range of pH2 - pH 7 the reaction has been shown to be essentially pH-independent, but, when in the presence of buffers, such as tartrate, oxalate, or succinate, a pH-rate profile is observed as shown in Figure 6. In this study, it was found that the undissoci-

ated forms and the totally ionized forms are kinetically inactive and that the half-salt is the active species. This point is raised to bring to your attention that a buffer may be non-catalytic at one pH but causes degradation at another pH value.

### Biological Aspects

In the last phase of our discussion we must consider the effect of this buffer system on the biological host, be it man or animal. In preparing dosage forms, we certainly must consider the question of toxicity, tissue tolerance, product efficacy and tonicity. In Figure 7, I have prepared a graphical representation of a series of buffer systems which lend themselves to pharmaceuti-



Figure 7. Commonly used pharmaceutical buffers and their effective buffer ranges.

6

cal applicatio...
line indicates...
you may note,...
tively few buf...
ful choice, it...
complete biol...
to pH 9 with...
tems. I have...
be the optima...
rather difficul...
varying condi...
e.g. if one tak...
loid, such as at...
that the solu...
stable at a pl...
but is most ac...
of 6.8 to 7.2....
consider a sol...
would use a r...
tration adjuste...
provide a rat...
and, yet, in viv...
a shift in pH...
Therefore, thi...
would actually...
pacity.

The question...
raised and one...
calculating os...
techniques, be...
point depressio...
sodium chlorid...
consider the sp...
lution rather...
added; e.g. or...
quantity of m...

MR. WILLIA...
& French Lab.):...
of those here kn...
real problem. M...

lly ionized forms
e and that the
e species. This
to your attention
non-catalytic at
degradation at


of our discussion
effect of this buf-
ogical host, be it
preparing dosage
ust consider the
tissue tolerance,
tonicity. In Fig-
a graphical rep-
of buffer systems
s to pharmaceuti-


FFERS

I₄Cl

HANOLAMINE

RIC


11   12

r effective buffer

cal applications, and the length of the line indicates their useful range. As you may note, we are limited to a relatively few buffer systems but, by careful choice, it is possible to cover the complete biological range from pH 2 to pH 9 with a number of buffer systems. I have been asked what should be the optimal concentration? This is rather difficult to answer due to the varying conditions which may arise; e.g. if one takes a solution of an alkaloid, such as atropine, it has been shown that the solution is chemically most stable at a pH of approximately 4.0, but is most active biologically at a pH of 6.8 to 7.2. Therefore, if we were to consider a solution such as this, one would use a rather low buffer concentration adjusted to pH 4.0. This would provide a rather stable environment and, yet, in vivo, would readily undergo a shift in pH to approximately pH 7. Therefore, this is a case where we would actually prefer a low buffer capacity.

The question of tonicity has also been raised and one must consider that, in calculating osmotic pressure by any techniques, be it by molal freezing point depression or be it by the use of sodium chloride equivalents, one must consider the species present in the solution rather than in the substance added; e.g. one might add a given quantity of mono-sodium phosphate

and adjust the pH by the addition of sodium hydroxide.

In such a case, it would be incorrect to calculate the tonicity based on the salt added since the pH adjustment would generate disodium phosphate, which would have a greater effect on osmotic pressure than the original salt added. This is due to the fact that osmotic pressure is a colligative property and depends on the number of particles or ions in the solution.

In summary, when choosing the buffer for a parenteral, or any other pharmaceutical, solution, one must pay particular attention to the buffer capacity, buffer range, the effect of buffer on stability and the effect of buffer on the activity of the product.

### REFERENCES:

1. Van Slyke, D.D., J. Biol. Chem., *52*, 525 (1922)

2. Higuchi, T. and Miki, T., J. Am. Chem. Soc., *83*, 3899 (1961)

3. Higuchi, T., Shah, A., Uno, H., and Herd, A., J. Am. Chem. Soc., in press, (1963)

4. Higuchi, T., Eriksson, S. Uno, H., and Windheuser, J. J., J. Pharm. Sci., in press, (1963)

5. Higuchi, T., Marcus, A. D., and Bias, C. D., J. Am. Pharm. Assoc., *43*, 129, (1954)

6. Wolkoff, H. N., PH.D. Thesis, University of Wisconsin (1961)

## Discussion of Paper

MR. WILLIAM J. ARTZ (Smith, Kline & French Lab.): As you know (and most of those here know), dextrose solution is a real problem. Most of the time, when you add a buffer to it, you get a discoloration. When you don't add a buffer solution, the pH jumps all over the place. Have you had any experience with this?

7

MR. WINDHEUSER: This is one compound with which I have not worked. I know dextrose carmelizes and think this may be related to the buffer you add to the system. However, I have not worked with this compound.

MR. JOHN ENGEL (R. P. Scherer Corp., Hypospray Div.): With regard to the data you showed on the effect of citrate buffers on the decomposition rate of medicaments. I think you pointed out that you felt that the rate was dependent upon some of the anion species of the citrate buffers with increasing citrate composition. It seems to me that, as you increase the concentration of the citrate buffer, you are increasing the concentration of the unionized species. I wonder if this could not be the cause of the decomposition.

MR. WINDHEUSER: I would say not. I'll give you a number of reasons for this. I did not want to go into the kinetic theory on this. In the study on the thiamin, we found that a number of things affected the rate of degradation. One of them was ionic strength. Now, obviously, if we vary the buffer concentration, we vary the ionic strength. So, under all conditions, we keep the ionic strength a constant. This also tends to freeze the dissociation of the buffer. Consequently, I would not attribute this to formation of an undissociated species. Further evidence also bears this out. On the slide, the rate of change of the slope of the line increased as we increased pH. Conversely, at lower pH levels, where we have more and more of the undissociated species, the line kept flattening out. I would say that, if we were able to get pure undissociated citric acid, we would find a horizontal line. You picked on a particularly bad system because, as I pointed out, the citric

acid system itself is rather complex. In this particular case, I don't think it would be the undissociated acid which would do it. However, in the case of the amines, we have shown that you have to have the undissociated species to form the anhydride that we have postulated.

MR. ARTZ: I have heard that, in the last few years, some companies have been reviewing their products and removing their buffers. Would you say that is a trend now?

MR. WINDHEUSER: I would not be in a position to say what other companies are doing. I know that, in our own company, we look twice at these buffers. I have been somewhat out of touch with the industry, having been in the academic world, and, therefore, I cannot make a statement on what other companies are doing.

DR. S. SCHEINDLIN (The National Drug Co., Div. of Richardson-Merrell, Inc.): How do you treat, for purposes of calculation, the ionic strength of phosphoric acid or phosphate. In the textbooks, $Na_2HPO_4$ is treated differently from $NaH_2PO_4$. Would this not all depend on the pH at which these salts are dissolved?

MR. WINDHEUSER: That's true. Basically, according to Randolph, the ionic strength is defined as one half the sum of the product of the concentration of each species times its charge squared. Consequently, depending upon the species in solution, you have to treat it differently. Again, you can come back to the Henderson equation. Knowing some of these values, you can predict what the species are in solution and then go back and calculate the ionic strength.

## The Organizatio
## Process Enginee

L ISTED AMONG TH
tives of most ph
panies are the foll
ations:

1.  Effecting an ef
    new products
    from Research
    to Production.

2.  Cost reduction
    nization and
    of process and
    ations.

3.  Prompt soluti
    process and pa

4.  Efficient prepa
    documents.

Under the above h
specifics such as: ap
search process in the
test of a new packag
matic equipment; de
procedures for the pre
packaging componer
and justification of t
the newest automatic
sealing equipment; d
bugging" a new inst
operating formulas in
the latest FDA or NIF

*Presented at the Meetir
Drug Association in Pl
April 26, 1963.