IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x
                                                                 )
PHARMACIA & UPJOHN                                               )
COMPANY LLC,                                                     )
                                                                 )
                    Plaintiff,                                   )
                                                                 )
        v.                                                       )   Civil Action No. 04-833 (KAJ)
                                                                 )
SICOR INC. and                                                   )
SICOR PHARMACEUTICALS, INC.,                                     )
                                                                 )
                    Defendants.                                  )
-----------------------------------------------------------------x

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff's Objections to Defendants' Second Notice of Deposition were caused to be served on September 29, 2005 upon the following in the manner indicated:

**BY HAND DELIVERY**

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Reid L. Ashinoff, Esquire
Jordan A. Sigale, Esquire
David R. Baum, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY  10020

                                        MORRIS, NICHOLS, ARSHT & TUNNELL

                                        /s/ *Maryellen Noreika (#3208*
                                        Jack B. Blumenfeld (#1014)
                                        Maryellen Noreika (#3208)
                                        James W. Parrett, Jr. (#4292)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899-1347
                                        (302) 658-9200
                                            Attorneys for Plaintiff
                                            Pharmacia & Upjohn Company, LLC

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
Lara V. Fleishman
MCDONNELL BOEHNEN HULBERT
 & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001

September 30 , 2005