IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-833-KAJ |
| ) | |
| SICOR INC. and SICOR ) | |
| PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION OF BRADLEY WINTERS

PLEASE TAKE NOTICE that counsel for Defendants SICOR, Inc. and Sicor Pharmaceuticals, Inc. (collectively "Sicor") will take the deposition, upon oral examination, of **Bradley Winters**, presently of Pharmacia & Upjohn Company, LLC, in the above-captioned matter on **October 25, 2005, at 9:00 a.m.**, at the offices of **Ashby & Geddes, , 222 Delaware Avenue, 17th Floor, Wilmington, Delaware.**

Said deposition will be conducted before an officer authorized to administer oaths, and will continue from day-to-day thereafter until complete. You are invited to attend and examine the deponent.

ASHBY & GEDDES

/s/ *John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
*Attorneys for Defendants*

*Of Counsel:*

Reid L. Ashinoff
David R. Baum
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700

Dated: October 3, 2005
162002.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October, 2005, the attached **NOTICE OF DEPOSITION OF BRADLEY WINTERS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Joshua R. Rich, Esquire<br>McDonnell Boehnen Hulbert & Berghoff<br>300 South Wacker Drive<br>Suite 3200<br>Chicago, IL 60606 | **VIA FEDERAL EXPRESS** |

/s/ *John G. Day*
_____
John G. Day