IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               )
PHARMACIA & UPJOHN                                             )
COMPANY LLC,                                                   )
                                                               )
        Plaintiff,                                            )
                                                               )
  v.                                                           )   Civil Action No. 04-833 (KAJ)
                                                               )
SICOR INC. and                                                 )
SICOR PHARMACEUTICALS, INC.,                                   )
                                                               )
        Defendants.                                           )
---------------------------------------------------------------x

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff Pharmacia & Upjohn Company, LLC's First Set of Requests for Admission (Infringement) were caused to be served on October 3, 2005 upon the following in the manner indicated:

**BY HAND DELIVERY**

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Reid L. Ashinoff, Esquire
Jordan A. Sigale, Esquire
David R. Baum, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY  10020

        MORRIS, NICHOLS, ARSHT & TUNNELL

        /s/ Maryellen Noreika (#3208)
        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        James W. Parrett, Jr. (#4292)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899-1347
        (302) 658-9200
          *Attorneys for Plaintiff*
          *Pharmacia & Upjohn Company, LLC*

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
Lara V. Fleishman
MCDONNELL BOEHNEN HULBERT
 & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001

October 3, 2005

## CERTIFICATE OF SERVICE

I, James W. Parrett, Jr., hereby certify that on October 3rd, 2005 I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> ASHBY & GEDDES

I also certify that copies were caused to be served on October 3rd, 2005 upon the following in the manner indicated:

### BY HAND

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> Wilmington, DE  19801

### BY FAX

> Reid L. Ashinoff, Esquire
> Brian T. Moriarty, Esquire
> William J. Sipio, Esquire
> David R. Baum, Esquire
> Sonnenschein Nath & Rosenthal LLP
> 1221 Avenue of the Americas
> New York, NY  10020

> */s/ Maryellen Noreika.*
> Maryellen Noreika (#3208)
> Morris, Nichols, Arsht & Tunnell
>  (302) 658-9200
> mnoreika@mnat.com