# EXHIBIT 4

# EXHIBIT 4

## PHARMACIA'S DOCUMENT PRODUCTION

| Date | Event | Attached Exhibit |
|---|---|---|
| November 29, 2004 | Sicor serves "Defendants' First Request for Production of Documents by Plaintiff" on Pharmacia. | #5 |
| December 30, 2004 | Pharmacia's document production <u>due</u>. <u>No</u> documents are produced to Sicor by Pharmacia. | |
| January, 2005 | <u>No</u> documents produced by Pharmacia to Sicor. | |
| February, 2005 | <u>No</u> documents produced by Pharmacia to Sicor. | |
| March 1-28, 2005 | <u>No</u> documents produced by Pharmacia to Sicor. | |
| March 29, 2005 | Sicor receives Pharmacia's first production of any documents in this case -- 19,585 documents, including <u>some</u> of the Australian litigation papers in its case against Delta West Ltd. -- but NOT the 1992 Upjohn letter. | |
| April 12, 2005 | Sicor receives 6,494 additional Pharmacia documents | |
| June 1, 2005 | Court's Scheduling Order initial deadline to amend pleadings. | |
| June 29, 2005 | Sicor receives 20,045 additional Pharmacia documents. | #6 *(PU 0028190-0028205)* |
| July 5, 2005 | Sicor receives 7,890 additional Pharmacia documents. | |
| July 18-20, 2005 | Sicor receives 6,886 additional Pharmacia documents, including the Pharmacia-Upjohn <u>1992</u> correspondence first indicating that (1) Upjohn controlled the Delta West litigation, and (2) Upjohn's counsel and experts opined that Pharmacia's patent was invalid. | #7 *(PU 0034802-0034803)* |