# EXHIBIT 6

# REDACTED

# EXHIBIT 7

**REDACTED**