# EXHIBIT 8

# EXHIBIT 8

## PHARMACIA'S DELAY OF DEPOSITIONS RE INEQUITABLE CONDUCT

| Date | Event | Attached Exhibit |
|---|---|---|
| April 22, 2005 | Sicor requests Pharmacia to make the 6 Italian inventor Applicants -- all former Pharmacia employees -- available for American style depositions | #9 |
| May 3, 2005 | Pharmacia refuses to make four of the six inventor Applicants (including the two principal inventors, Drs. Confalonieri and Gatti) available for such depositions, necessitating that Sicor follow the Hague Convention attenuated procedures. Pharmacia thereafter opposes Sicor's request to this Court for American style depositions, and continues to oppose Sicor's request throughout negotiation of the language of the Letters of Request for International Judicial Assistance and motion practice before this Court | #10 |
| August 5, 2005 | Court issues Letters of Request for International Judicial Assistance to Italian authorities, providing for American style depositions | |
| September 20, 2005 | Milan Court of Appeals appoints Commissioner to preside over American style depositions as requested by Judge Jordan, including principal inventors Drs. Confalonieri and Gatti | |

\* \* \*

| Date | Event | Attached Exhibit |
|---|---|---|
| June 27, 2005 | Sicor requests that Pharmacia make its U.S. attorney Applicants available for deposition | #11 |
| July 22, 2005 | Pharmacia moves for protective order preventing U.S. attorney Applicant depositions from proceeding | |
| July 28, 2005 | Court issues ruling staying attorney Applicant depositions until inventor Applicants are deposed | |

17493630\V-2