# EXHIBIT 9

Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas
New York, NY 10020
212.768.6700
212.768.6800 fax
www.sonnenschein.com

Chicago
Kansas City
Los Angeles
New York
San Francisco
Short Hills, N.J.
St. Louis
Washington, D.C.
West Palm Beach

***Brian T. Moriarty***
212.398.5760
bmoriarty@sonnenschein.com

April 22, 2005

VIA FACSIMILE

Daniel A. Boehnen, Esq.
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606-6709

Re: Pharmacia & Upjohn Co. v. Sicor, 04 Civ 833 (KAJ)

Dear Dan:

Enclosed please find a draft deposition notices for the named inventors for the '285 patent. Our local counsel will file and serve the original notice on Monday.

We understand from our prior conversations with your partner Joshua Rich that your firm currently represents each of the inventors and that each inventor currently resides in Italy. It is not clear to us what their current relationship is to the plaintiff.

In order to prepare our expert reports and to prepare for trial we will need to depose the inventors. As you know, we specifically told Judge Jordan during the scheduling conference that we would need to depose the inventors. We also note that in Pharmacia's response to Sicor's interrogatories, Pharmacia stated that it was relying upon evidence of secondary considerations that is detailed in the file history of the '285 patent. From our review of the file history and Pharmacia's documents, it is clear that the experimental work related to the alleged evidence of secondary considerations was prepared, supervised, or presented to the Patent Office by some or all of the inventors.

We are entitled to depose the inventors to learn, inter alia, the basis of their alleged inventive work, their knowledge of prior art; whether they discharged their duty of candor to the Patent Office, the nature of experiments they each did in discovering supposed secondary consideration evidence (e.g., unexpected properties).

Please contact me to discuss whether the dates and locations in the notice will work for your inventor clients, or to discuss suitable alternative dates and locations.

We would like to come to a resolution of this matter promptly. Accordingly, we request a conference call on May 2 or 3rd to "meet and confer" regarding this matter.

Sincerely,

Brian T. Moriarty

cc: John Day, Esq.
Maryellen Noreika, esq.