# EXHIBIT 10



**McDonnell Boehnen Hulbert & Berghoff LLP**

300 South Wacker Drive  312 913 0001 phone
Chicago, Illinois 60606-6709  312 913 0002 fax
www.mbhb.com

May 3, 2005

Sent Via Facsimile (212) 768-6800

Brian T. Moriarty
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York 10020

Re: *Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc.*
Civil Action No. 04-833
U.S. District Court for the District of Delaware

Dear Brian:

We were surprised to receive deposition notices for the inventors of the subject matter of the '285 patent, especially in light of your April 22, 2005 letter requesting a telephone conference yesterday or today regarding the depositions. Sending formal notices in the face of your request to discuss them first is scarcely the sort of cooperation Judge Jordan has sought to encourage.

As a point of clarification, your letter inaccurately states that we told you that we represent all of the inventors in relation to this case. We have represented all of them at various times, but they vary in their willingness to participate in this case. We currently represent Drs. DePonti, Gambini, and Gatti in their personal capacities in relation to this case; should Drs. Bottoni, Confalonieri, and Oldani be required to testify, we anticipate that they will ask us to represent them.

You inquired regarding the relationship between the inventors and Pharmacia & Upjohn Company LLC. None of the inventors is now employed by Pharmacia & Upjohn or any other Pfizer company; it is our understanding that several of them are completely retired. That is, none of the inventors is a "party" such that his deposition could be compelled by a deposition notice. Nonetheless, we are working to try to facilitate the depositions. We believe that Drs. DePonti, Gambini, and Gatti will appear voluntarily, but in Italy. Further, it will likely be helpful to have a translator available for the depositions, as all three witnesses are native speakers of Italian. We will keep you informed as we obtain more information.

Please feel free to contact me if you have any questions.

Very truly yours,

Joshua R. Rich
312 913 2133
rich@mbhb.com

cc:  John G. Day
     Maryellen Noreika

McDonnell Boehnen Hulbert & Berghoff LLP    Brian T. Moriarty    2    May 3, 2005

PAGE 3/3 * RCVD AT 5/3/2005 3:19:14 PM [Central Daylight Time] * SVR:CHI2KRF01/20 * DNIS:4777 * CSID:312 913 0002 * DURATION (mm-ss):00-54