# EXHIBIT 22

769-249-0 DIV
769-206-0 DIV

CERTIFICATE UNDER 37 CFR 1.8: The undersigned hereby certifies that this Transmittal Letter and the paper, as described in paragraph 1 hereinabove, are being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:  Asst. Commissioner for Patents, BOX AF, Washington, D.C. 20231 on this 28th day of June, 1996.

By  *Daniel A. Boehnen*
    Daniel Boehnen

## IN THE UNITED STATES PATENT & TRADEMARK OFFICE

IN RE APPLICATION OF GAETANO GATTI, et al.    :

SERIAL NO.: 07/827,742    :    EXAMINER PESELEV

FILED:  JANUARY 29, 1992    :    GROUP ART UNIT: 1803

FOR:   INJECTABLE READY-TO-USE SOLUTIONS    :
     CONTAINING AN ANTITUMOR
     ANTHRACYCLINE GLYCOSIDE    :

RECEIVED
JUL 1 2 1996
GROUP 1800

### SUBMISSION OF DECLARATIONS IN SUPPORT OF
### AMENDMENT UNDER 37 C.F.R. § 1.116

HONORABLE COMMISSIONER OF PATENTS & TRADEMARKS
WASHINGTON, D.C.  20231

SIR:

Applicants are filing herewith an Amendment Under 37 C.F.R. §1.116 in the above-identified case.   The Amendment refers to and incorporates by reference several Declarations that have been previously filed in other cases dealing with related subject matter.   In particular, the declarations present information on long felt need, commercial success, and scientific testing that establishes differences between the prior art and the subject matter of the present invention. In order to establish a clear record, Applicants note that the Declarations submitted herewith include Declarations Under Rule 1.132 of the following individuals:

1.    William J. Dana, dated June 16, 1988, and filed in case S.N. 06/878,784;

2.    Mary Horstman, dated June 2, 1988, and filed in case S.N. 06/878,784;

3.    Debra Holton-Smith, dated May 24, 1988, and filed in case S.N. 06/878,784;

4.    Carlo Confalonieri, dated 21 May 1991, and filed in case S.N. 07/503,856;

5.    Carlo Confalonieri, dated December 20, 1990, and filed in S.N. 07/503,856; and

6.    Carlo Confalonieri, dated March 10, 1987, and filed in S.N. 06/878,784, and refiled as

      Exhibit C to the Confalonieri Declaration dated Dec. 20, 1990 in S.N. 07/503,856

                              Respectfully submitted,

June 28, 1996

                              Daniel A. Boehnen, Reg. No. 28,399
                              Emily Miao, Ph.D., Reg. No. 35,285
                              BANNER & ALLEGRETTI, LTD.
                              Suite 3000
                              10 South Wacker Drive
                              Chicago, Illinois 60606
                              312-715-1000

769-086-0 FWC

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:                :
                                     :
GAETANO GATTI ET AL                  :    GROUP ART UNIT: 183
                                     :
SERIAL NO. 07/503,856                :    EXAMINER:  PESELEV
                                     :
FILED:   APRIL 3, 1990               :
                                     :
FOR:   INJECTABLE READY-TO-USE       :
       SOLUTIONS CONTAINING AN       :
       ANTITUMOR ANTHRACYCLINE       :
       GLYCOSIDE                     :

### DECLARATION PURSUANT TO 37 C.F.R. 1.132

HONORABLE COMMISSIONER OF PATENTS & TRADEMARKS
WASHINGTON, D.C. 20231

SIR:

Now comes Carlo Confalonieri, a citizen of Italy, and a resident of Cusano Milanino (Milan), Italy, who declares and states that:

1.   I am an employee of Farmitalia Carlo Erba, S.r.l. since 1964 and I am an expert in the chemistry of anthracyclines.

2.   I graduated from the University of Milan, with a degree in Pharmacy in 1976.

3.   That I supervised the accelerated stability test originally presented in my March 10,1987 declaration filed in Serial No. 878,784, a copy of which is Exhibit C to my December 20, 1990 Declaration filed in Serial No. 07/503,856.

The complete details of the experiments which were conducted are found on pages 2 and 3 of Exhibit C.

4.  In Table 1, pH's of from 2 to 3.0 were compared at 55°C for stability wherein the pH was adjusted with HCl.  As can be seen, the composition wherein the pH was 2.5 had superior stability as compared with the same solution at a pH of 2.0.  The superiority of stability is particularly apparent beginning at about 16 hours and continuing thereafter.  In Table 2, further comparisons of solutions having a pH from 2.0 to 3.0 and adjusted with HCl are reported.  The actual pH for the solution having a reported pH of 2.0 is, as set forth in the table, variable over the time of the test beginning at 2.14 and varying from a low of 2.13 to a high of 2.21.  Similarly, the solution with a recorded pH of 2.5 varied somewhat over the test period and ranged from an initial pH of 2.56 to a high of 2.61.

5.  I am also familiar with the Wassermann reference, Exhibit F, hereto.  The Wassermann reference is reporting on the decomposition of Adriamycin under acidic conditions at a pH of about 2.  In the experiments, Wassermann reports a pH of 2.13. The composition of Wassermann differs from the composition which is the subject of the above-identified application in that the concentration of Adriamycin in the solution is only about 1/80th of the minimum of concentration specified in the present claims and, (2) the pH is lower than the minimum specified in the claim of 2.5.  It is my opinion that Wassermann was not concerned with long term storage stability but, rather, was solely concerned with the kinetics of Adriamycin decomposition under acidic conditions as are found in the gastric system and in liquid

-2-

chromatography using acidic mobile phases. It is my opinion that Wassermann provides no information which would allow one skilled in the art to produce a storage stable Adriamycin solution. My opinion is confirmed by the Beijnen article, Exhibit G hereto. On the first page of the article (page 109) Beijnen describes the Wassermann article thusly:

> Furthermore, as explained by Wassermann and Bundgaard, data with respect to the acid catalyzed hydrolysis of anthracyclines are of importance in relation to gastric degradation and liquid chromatography using acidic mobile phases.

6. The test results reported on Table 2 further confirm my opinion that Wassermann was unconcerned with long term storage stability. As can be seen, when a pH is adjusted to 2.14 the storage stability of the solution for the first 8 hours 55°C is comparatively good, approximately 92.8% of the anthracycline remains in an active form. This is in agreement with Wassermann's statement that under the conditions of HPLC, degradation will not be a factor and, that in the gastric system of a patient having normal retention times, the anthracyclines will survive largely intact. However, as can be seen from Table 2 long term stability of the solution at a pH of 2.14 (approximately) is not good. After 16 hours at 55°C, only 84.4% of the doxorubicin remains in active form as compared with 92.6% of the doxorubicin having a pH of about 2.5 (2.56). As the time is extended the 72 hours, the difference in stability of the two solutions becomes even more apparent. It is my opinion that the

-3-

tests reported in Table 2 demonstrate that the Wassermann solution would not be considered a long term storage stable product.

7.    Based on the extensive experimentations which I have carried out and my experience with the experiments reported on Tables 1-3, the difference between a pH of 2.5 and a pH of 2.56 will not have a significant effect on the overall stability of the doxorubicin solutions as can be seen from Table 1, at a pH of 2.51, the doxorubicin solution had approximately the same stability as that reported for a pH of 2.56 in Table 2. Accordingly, it is my opinion that the test results presented in Table 2 are a fair comparison of a solution having pH of 2.5 versus a solution having a pH of 2.14 wherein the pH was achieved by adjustment with hydrochloric acid.

8.    In conclusion, it is my opinion that one skilled in the art would not have been lead by the Wassermann reference to have recognized the unique advantages to be achieved by adjusting Adriamycin solutions to a pH of from 2.5 to 5.0 with hydrochloric acid.  There is nothing in Wassermann which would suggest that such solutions would have long term storage stable characteristics such as those which are the subject of the claims of the above-identified application.  Based upon the experience of those skilled in the art, when one was preparing the solution of Adriamycin for use in chemotherapy, any adjustment of pH above about 2 would have been performed with a buffer and not with hydrochloric acid.  Thus, it is my opinion that it was quite

-4-

surprising and unexpected to find that the use of hydrochloric acid to adjust the pH of an Adriamycin solution to from 2.5 to 5.0 resulted in a storage stable solution.

9.   The undersigned declares further that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

10.   Further deponent saith not.

Date: 27th May, 1991

Carlo Confagonieri

-5-

International Journal of Pharmaceutics, 14 (1983) 73–78
Elsevier Biomedical Press

73

# Kinetics of the acid-catalyzed hydrolysis of doxorubicin

Karsten Wassermann and Hans Bundgaard *

Royal Danish School of Pharmacy, Department of Pharmacology and * Department of Pharmaceutical Chemistry AD, 2 Universitetsparken, DK-2100 Copenhagen (Denmark)

(Received July 19th, 1982)
(Accepted August 9th, 1982)

## Summary

The kinetics of hydrolysis of doxorubicin were studied in 0.01–0.5 M hydrochloric acid solutions (pH 0.4–2.1). The rate of hydrolysis exhibited a first-order dependency on the doxorubicin concentration and on the hydrogen ion concentration, the specific hydrogen ion catalytic rate constant being $1.02 \ M^{-1} \cdot h^{-1}$ at 37°C. An activation energy of $92.0 \ kJ \cdot mol^{-1}$ was determined. The acid-catalyzed hydrolysis was discussed in relation to liquid chromatographic procedures involving acidic mobile phases and with respect to gastric degradation of the drug. It was estimated that in the gastric pH range 1–2 and with a gastric emptying half-time of 50 min about 86–98% of an oral dose would leave the stomach in intact form.

## Introduction

Doxorubicin (adriamycin) (I), an anthracycline antibiotic widely used in cancer chemotherapy (Arcamone, 1981), consists of the tetracyclic quinoid aglycone doxorubicinone (II) and the amino sugar, daunosamine (III), linked together through a glycosidic bond. Like other glycosides, doxorubicin is susceptible to undergo hydrolytic degradation in acidic solution, with formation of the aglycone and the amino sugar (Scheme I) (Arcamone et al., 1969; Watson and Chan, 1978). However, no information appears to be available about the kinetics of degradation under acidic conditions, the only stability studies reported being concerned with photolytic degradation (Tavoloni et al., 1980; Williams and Tritton, 1981) and the stability in various infusion fluids (Poochikian et al., 1981).

* To whom correspondence should be addressed.

0378-5173/83/0000-0000/$03.00 © 1983 Elsevier Science Publishers



The purpose of this study was to provide information about the kinetics of hydrolysis of doxorubicin in acidic solutions. Knowledge about the stability at such conditions is desirable from an analytical point of view since the use of acidic mobile phases (pH 2) for liquid chromatography of doxorubicin and the related daunorubicin has been questioned because of potential degradation during the chromatographic process (Haneke et al., 1981). Furthermore, knowledge about the acid-stability may be useful to assess the extent of possible degradation of the drug in the stomach after oral administration. Thus, it has been reported that doxorubicin and the related daunorubicin are inactive when given by the oral route because of splitting of the glycosidic bond in the gastrointestinal tract (Bachur, 1976; Pratt and Ruddon, 1979). Both of these aspects are considered in this report on the basis of the kinetic data obtained.

## Materials and methods

### Materials

Samples of doxorubicin hydrochloride and doxorubicinone were kindly provided by FarmItalia, Milan, Italy. Buffer substances and all other chemicals and solvents used were of reagent grade. A constant ionic strength of 0.2 was maintained for each buffer solution by addition of an appropriate amount of potassium chloride.

### Apparatus

The high-performance liquid chromatograph used was composed of a Waters pump 6000 A, a Waters U6K universal injector and a Schoeffel fluorescence detector FS-970. A column (15 cm × 4.0 mm i.d.) packed with LiChrosorb RP-8 (5 μm particles) (E. Merck, Darmstadt) was used.

### Analytical method

Doxorubicin and doxorubicinone were determined by an HPLC method. In this method the reversed-phase RP-8 column was eluted isocratically at ambient temper-

ature with an
adjusted to 2.
monitored spe
sion wavelengt
μl) into the co
external stand

*Kinetic measur*
All kinetic
solutions and
thermostatical
from light an
doxorubicin h
concentration
HPLC method
from the slope

## Results and di

In acidic a
of doxorubici
HPLC. In this
doxorubicinon
peak due to o
0.4–2.1) doxo

Fig. 1. A chroma
showing the form

Fig. 2. First-orde
acid at 37°C.

75

ature with an acetonitrile–0.01 M phosphoric acid (35:65 v/v) mixture with pH adjusted to 2.0. The flow rate was 1.5 ml·min$^{-1}$ and the column effluent was monitored spectrofluorimetrically with excitation wavelength at 470 nm and emission wavelength at 550 nm. The contents of the products in the sample injected (100 μl) into the column were determined by comparing the peak heights with those of external standards chromatographed under similar conditions.

*Kinetic measurements*

All kinetic measurements were carried out in standardized hydrochloric acid solutions and at a constant temperature. The reaction solutions were kept in a thermostatically controlled water bath ($\pm 0.3°C$) in screw-capped tubes protected from light and the reactions were initiated by dissolving a weighed quantity of doxorubicin hydrochloride in the pre-heated buffer solution to give an initial concentration of about 1.2 μg·ml$^{-1}$. The reaction progress was followed by the HPLC method described above. Pseudo-first-order rate constants were calculated from the slopes of linear plots of the logarithm of residual doxorubicin against time.

### Results and discussion

In acidic aqueous solutions doxorubicin was found to hydrolyze with formation of doxorubicinone and the amino sugar daunosamine (Scheme 1) as evidenced by HPLC. In this method a peak with the same retention time as an authentic sample of doxorubicinone was observed to form simultaneously with the disappearance of the peak due to doxorubicin (Fig. 1). In 0.01–0.5 M hydrochloric acid solutions (pH 0.4–2.1) doxorubicinone was found to be formed in quantitative yields (> 95%).



Fig. 1. A chromatogram of a partially degraded solution of doxorubicin (I) in 0.1 M hydrochloric acid showing the formation of doxorubicinone (II).

Fig. 2. First-order plots for the hydrolysis of doxorubicin (I) in 0.1 M (○) and 0.5 M (●) hydrochloric acid at 37°C.

76

At constant pH and temperature the hydrolysis displayed strict first-order kinetics over several half-lives. Some typical first-order plots for hydrolysis of doxorubicin are shown in Fig. 2. In the hydrogen ion concentration range investigated (0.01–0.5 M), the pseudo-first-order rate constants ($k_{obs}$) were found to be directly proportional to the hydrogen ion concentration as demonstrated by the rate data listed in Table 1. Thus, the kinetic results obtained can be described in terms of Eqn. 1 or Eqn. 2:

$$\text{rate} = k_H [H^+][\text{doxorubicin}] \tag{1}$$

$$k_{obs} = k_H [H^+] \tag{2}$$

where $k_H$ is a second-order rate constant for the apparently specific acid-catalyzed hydrolysis. At 37°C and $\mu = 0.2$ $k_H$ was calculated to be 1.02 $M^{-1} \cdot h^{-1}$. Under the conditions studied the doxorubicin is present entirely as a protonated species, the $pK_a$ of the amino group being 7.2 (Eksborg, 1978).

The ionic strength was found to be without any significant influence on the rate of hydrolysis at values up to 0.5.

The effect of temperature on the hydrolysis rate was determined in 0.5 M hydrochloric acid solutions over the range 22–50°C. From the slope and intercept of an Arrhenius plot of the data an activation energy of 92.0 kJ · mol⁻¹ was calculated.

In order to assess the possible significance of acid-catalyzed hydrolysis of doxorubicin for the stability of the drug in the stomach after oral administration important factors to be considered include the gastric acidity and the gastric emptying rate. These parameters vary widely among and within individuals and are influenced by numerous factors such as the emotional state and food ingestion (Cooke, 1975; Mayersohn, 1979). Normally, gastric pH is within the range 1–2 and a gastric emptying half-time of about 50 min can be taken as a reasonable mean value (Griffith et al., 1968; Heading et al., 1973; Digenis et al., 1977). Using the

TABLE 1

RATE DATA FOR THE HYDROLYSIS OF DOXORUBICIN IN DILUTED HYDROCHLORIC ACID SOLUTIONS ($\mu = 0.2$) AT 37°C

| [H⁺] (M) | pH | $k_{obs}$ (h⁻¹) | $k_H$ (M⁻¹·h⁻¹) |
|---|---|---|---|
| 0.01 | 2.13 | 0.0108 | 1.08 |
| 0.03 | 1.65 | 0.0309 | 1.03 |
| 0.05 | 1.43 | 0.0504 | 1.01 |
| 0.10 | 1.13 | 0.0995 | 1.00 |
| 0.50 * | 0.43 | 0.502 | 1.00 |
| | | mean | 1.02 |

* $\mu = 0.5$

relationship.

$\log[H^+] = 0.$

and the valu
hydrolysis ($k$
(37°C). Assu
rate constant
amount of d
calculated us:

% undegrade

The figures
acid-catalyzed
doxorubicin :
doxorubicin :
Pratt and Ru
enzymic hyd:
undergoing a
than normally
only 55% of :
in intact form

The rate c
effect of a p
antibiotics as
solution) the
calculated to
appears not
during the c
used mobile :
was noted.

References

Arcamone, F., D
Arcamone, F., F
antitumor an
Bachur, N.R., B
Chemotherap
DC, 1976; pp
Cooke, A.R., Co
Digenis, G.A., B
eletramine-pc
(1977) 442–4

77

first-order kinet-
sis of doxorubi-
.ge investigated
d to be directly
y the rate data
n terms of Eqn.


                    (1)


                    (2)


c acid-catalyzed
h⁻¹. Under the
ted species. the


ence on the rate


uner    0.5 M
and .. cept of
was calculated.
i-hydrolysis of
.administration
and the gastric
ividuals and are
food ingestion
range 1-2 and a
able mean value
7.7). Using the


HYDROCHLORIC

relationship. valid at 37°C and $\mu = 0.2$ (Harned and Hamer. 1933):

$$\log[H^-] = 0.13 \cdot pH \qquad (3)$$

and the value of $k_H$ of $1.02\ M^{-1} \cdot h^{-1}$, the pseudo-first-order rate constants of hydrolysis ($k_h$) at pH 1 and 2 were calculated to be 0.14 and 0.014 $h^{-1}$, respectively (37°C). Assuming the gastric emptying process to be associated with a first-order rate constant ($k_{ge}$) of 0.83 $h^{-1}$ (derived from a $t_{1/2}$ value of 50 min). the percentage amount of doxorubicin surviving acid-catalyzed degradation in the stomach can be calculated using the following equation for two parallel first-order processes:

$$\% \text{ undegraded doxorubicin} = \frac{k_{ge}}{k_{ge} + k_h} \times 100 \qquad (4)$$

The figures derived in this way are 86% for pH 1 and 98% for pH 2. Thus. acid-catalyzed hydrolytic degradation in the stomach of orally administered doxorubicin appears to be of minor importance. The reported inactivation of doxorubicin in the gastrointestinal tract after oral administration (Bachur. 1976; Pratt and Ruddon. 1979) may thus be ascribed primarily to other processes. e.g. to enzymic hydrolysis by glycosidases. It should be added, however. that patients undergoing anticancer chemotherapy may have longer gastric emptying half-times than normally. If. for example. the emptying half-time is 4 h and the gastric pH is 1 only 55% of an ingested dose of doxorubicin can be calculated to leave the stomach in intact form.

The rate data presented may also be useful to assess the potential detrimental effect of a pH 2 mobile phase in HPLC of doxorubicin and related anthracycline antibiotics as claimed by Haneke et al. (1981). At 22°C and pH 2 (pure aqueous solution) the time needed for hydrolyzing doxorubicin to an extent of 1% can be calculated to be about 80 min. Thus. the utilization of a mobile phase with a pH of 2 appears not to be unacceptable in regard to hydrolytic degradation of the drug during the chromatographic process. This was also confirmed with the presently used mobile phase system where an extent of degradation of less than at least 1% was noted.

### References

Arcamone. F.. Doxorubicin Anticancer Antibiotics. Academic Press. New York. 1981.
Arcamone. F.. Franceschi. A.G.. Penco. S. and Selva. A.. Adriamycin (14-hydroxydaunomycin). a novel antitumor antibiotic. Tetrahedron Lett.. (1969) 1007–1010.
Bachur. N.R.. Biochemical pharmacology of the anthracycline antibiotics. In A.C. Sartorelli (Ed.). Cancer Chemotherapy. Am. Chem. Soc. Symposium Series. No. 30. American Chemical Society. Washington. DC. 1976, pp. 58–70.
Cooke. A.R.. Control of gastric emptying and motility. Gastroenterology. 68 (1975) 804–816.
Digenis. G.A.. Beihn. R.M.. Theodorakis. M.C. and Shmabhu. M.B.. Use of ⁹⁹ᵐTc-labeled triethylen-etetramine-polystyrene resin for measuring the gastric emptying rate in humans. J. Pharm. Sci.. 66 (1977) 442–443.

International Journal of
Elsevier Biomedical Pr

Eksborg, S., Extraction of daunorubicin and doxorubicin and their hydroxyl metabolites: self-association in aqueous solution. J. Pharm. Sci. 67 (1978) 782–785.

Griffith, G.H., Owen, G.M., Campbell, H. and Shields, R., Gastric emptying in health and in gastro-duodenal disease. Gastroenterology, 54 (1968) 1–7.

Haneke, A.C., Crawford, J. and Aszalos, A., Quantitation of daunorubicin, doxorubicin, and their aglycones by ion-pair reversed-phase chromatography. J. Pharm. Sci., 70 (1981) 1112–1115.

Harned, H.S. and Hamer, W.J., The ionization constant of water and the dissociation of water in potassium chloride solutions from electromotive forces of cells without liquid junction. J. Am. Chem. Soc., 55 (1933) 2194–2206.

Heading, R.C., Nimmo, J., Prescott, L.F. and Tothill, P., The dependence of paracetamol absorption on the rate of gastric emptying. Br. J. Pharmacol., 47 (1973) 415–421.

Mayersohn, M., Physiological factors that modify systemic drug availability and pharmacologic response in clinical practice. In Blanchard, J., Sawchuk, R.J. and Brodie, B.B. (Eds.), Principles and Perspectives in Drug Bioavailability, S. Karger, Basel, 1979, pp. 211–273.

Poochikian, G.K., Cradock, J.C. and Flora, K.P., Stability of anthracycline antitumor agents in four infusion fluids. Am. J. Hosp. Phar., 38 (1981) 483–486.

Pratt, W.B. and Ruddon, R.W., The Anticancer Drugs, Oxford University Press, New York and Oxford, 1979.

Tavoloni, N., Guarino, A.M. and Berk, P.D., Photolytic degradation of adriamycin. J. Pharm. Pharmacol., 32 (1980) 860–862.

Watson, E. and Chan, K.K., GLC-Mass spectrometry of several important anticancer drugs I: Pertnmethylsilylation and o-methoxime formation. J. Pharm. Sci., 67 (1978) 1243–1246.

Williams, B.A. and Tritton, T.R., Photoinactivation of anthracyclines. Photochem. Photobiol., 34 (1981) 131–134.

# A ther

J.G. Fokkens *,

* Dept. of Pharma
Thermodynamics Gr
Universi

## Summary

The solubilitie
ature are determ
function of temp
phylline hydrate
namic parameters
vapour pressure
and a saturated
kJ · mol$^{-1}$. The n
543.7K and 31.2
kJ · mol$^{-1}$. These
theophylline hyd
The validity of al
equation for the

## Introduction

Several publi
appeared in th
Schoonen et al.
carried out in a

--------

[1] s.u. = solubility u

0378-5173/83/000C

Vol. 7 - 1985   *Pharmaceutisch Weekblad Scientific Edition*                     109

# Aspects of the chemical stability of doxorubicin and seven other anthracyclines in acidic solution

J.H. BEIJNEN,* G. WIESE* AND W.J.M. UNDERBERG*

## Introduction

For several years doxorubicin (adriamycin, Dx) and daunorubicin (Dr) have been the most prominent members of a family of anthracycline antibiotics which have gained widespread clinical use in the chemotherapeutic treatment of several solid tumours and haematologic malignancies.[1,3] Many new derivatives have been synthesized for the purpose of finding an analogue with enhanced antitumour activity and/or lower toxicity,[2,4,5] and some have already entered clinical trials.[6,7] Chemically, these cytostatics consist of a tetracyclic anthraquinoid aglycone linked glycosidically to an amino sugar (Fig. 1). Like other glycosides these compounds are subject to hydrolytic degradation in acidic media.

The decomposition process involves cleavage of the amino sugar moiety as depicted for Dx in Figure 2.[8] Only the degradation of Dx in the pH region 0.4-2.1 has been investigated systematically so far.[9] Other stability studies relate to photolytic degradation,[10-13] stability in infusion fluids[14-16] or enzymatic degradation,[17-21] but no systematic studies are published yet concerning the anthracycline stability in aqueous solution. Therefore, this systematic investigation was undertaken in order to obtain more detailed knowledge on the kinetics of the initial degradation step of anthracycline cytostatics, including the influences of external factors (pH, ionic strength, temperature) on this decomposition process. Furthermore, as explained earlier by Wassermann and Bundgaard,[8] data with respect to the acid-catalyzed hydrolysis of anthracyclines are of importance in relation to gastric degradation and liquid chromatography using acidic mobile phases.

This paper includes qualitative and quantitative aspects of the instability of eight of the most important anthracycline cytostatics (Fig. 1) in the pH region 0-3.5. A high pressure liquid chromatography (HPLC) assay was used for the separation of the glycosidic anthracyclines and their aglycones. The aglycone degradation products are characterized by chromatography and by mass spectrometry.

## Methods

### CHEMICALS

Dx, 4'-deoxydoxorubicin (4'-deoxy-Dx), 4'-*O*-methyldoxorubicin (4'-*O*-methyl-Dx), 4'-epidoxorubicin (4'-epi-Dx), doxorubicinol (Dx-ol) and 4-demethoxydaunorubicin (4-demethoxy-Dr) were kindly provided by Dr. S. Penco, Farmitalia (Milan, Italy). Dr was obtained from Rhône-Poulenc Nederland BV (Amstelveen, The Netherlands) and carminomycin (Cm) came from Bristol Myers (New York, USA). All other chemicals were of analytical grade and deionized water was used throughout.

### DEGRADATION MEDIA

For the kinetic studies aqueous perchloric acid solutions were used. The pH was measured at the temperature of study using a glass reference electrode and pH meter (Metrohm AG, Herisau, E516 Titriskop, Switzerland). pH values below 1 were calculated using the Hammett acidity function.[22] A constant ionic strength of 0.4 was maintained for each solution by addition of an appropriate amount of sodium perchlorate, except where the concentration of hydrogen exceeded 0.4 $M$.

### KINETIC MEASUREMENTS

The kinetic experiments were initiated by adding 10 ul of a solution of a glycosidic anthracycline in methanol to 5 ml pre-heated perchloric acid solution to give an initial concentration of about 5 $\mu g \cdot ml^{-1}$. These solutions were kept in stoppered polypropylene test tubes, since unlike glass containers, no adsorption to polypropylene occurs,[23] and stored in the dark in a thermostatically controlled waterbath at 50±0.2°C. At appropriate time intervals

Beijnen JH, Wiese G, Underberg WJM. Aspects of the chemical stability of doxorubicin and seven other anthracyclines in acidic solution. Pharm Weekbl [Sci] 1985;7:109-16.

*Department of Analytical Pharmacy, Subfaculty of Pharmacy, State University of Utrecht, Catharijnesingel 60, 3511 GH Utrecht, The Netherlands.

### Abstract

The degradation of doxorubicin in acidic medium has been investigated using a stability indicating high pressure liquid chromatographic assay. Influences of temperature, pH and ionic strength on the degradation rate are quantified. The stability of doxorubicin at 50°C is compared with those of seven related anthracyclines. The aglycone degradation products are characterized by mass spectrometry and by chromatography.

samples were withdrawn and analysed for the undegraded anthracycline using the proposed HPLC method.

## CHROMATOGRAPHY

### High pressure liquid chromatography

A Waters Associates model M-45 liquid chromatograph equipped with a UV 440 detector (Waters Assoc., Milford, USA) operating at 254 nm, sensitivity 0.005 AUFS, and a Perkin-Elmer 650 Fluorescence Detector with $\lambda_{\text{exc}} \approx 405$ nm and $\lambda_{\text{emis}} \approx 550$ nm were used. During the experiments when mobile phases of several acidities and ionic strengths were used (see *Results and discussion, Chromatography*) the system was extended on-line with an R401 refractive index detector (Waters Assoc.) and a G 299 A capillary glass pH electrode (Radiometer, Copenhagen, Denmark). The capillary glass electrode and reference electrode were connected to a Radiometer PHM 64 pH meter. After replacement of a mobile phase the system was assumed to be equilibrated when all detector signals were constant.

The analytical column (30 cm × 3.9 mm i.d.) was home-packed with Lichrosorb RP8 (10 um) material (Merck, Darmstadt, FRG). The eluent, used for the kinetic studies, consisted of acetonitrile–water (50+50, vol/vol). The apparent pH (pH*) of this mixture was adjusted to 2.0 with perchloric acid. A constant flow rate of 1.5 ml·min⁻¹ was maintained with the column at ambient temperature. Samples of 20 ul were injected into the chromatograph. Syringes were silanized before use by treatment with dichlorodimethylsilane in toluene (3% vol/vol) followed by washing with methanol.

Peak heights were used to quantify the undegraded anthracycline. Standard curves exhibited linear responses



FIGURE 1
Structures of eight anthracyclines

| | $R_1$ | $R_2$ | $R_3$ | $R_4$ | $R_5$ |
|---|---|---|---|---|---|
| doxorubicin | =O | OH | OH | H | OCH₃ |
| 4'-deoxydoxorubicin | =O | OH | OH | H | OCH₃ |
| 4'-O-methyldoxorubicin | =O | OH | OH | H | OCH₃ |
| 4'-epidoxorubicin | =O | OH | OCH₃ | H | OCH₃ |
| 4'-epidoxorubicin | =O | OH | OH | OH | OCH₃ |
| daunorubicin | =O | H | OH | H | OCH₃ |
| 4-demethoxydauno-rubicin | =O | H | OH | H | H |
| doxorubicinol | –OH | OH | OH | H | OCH₃ |
| carminomycin | =O | OH | OH | H | OH |

($r > 0.999$) in the working concentration range of 5 to 0.5 µg·ml⁻¹.

### Thin layer chromatography

Precoated silica plates (60 F254 Merck, thickness 0.25 mm) were used for the TLC characterization of the anthracycline aglycone degradation products. The chromatogram was developed in a saturated chamber with a solvent system of chloroform–methanol–acetic acid (95+5+1, vol/vol/vol). Visualization of the spots was performed by the following methods:
– irridation with UV light of 254 nm and 365 nm, or daylight;
– spraying with a 3% (wt/vol) sodium hydroxide solution in methanol followed by spraying with a mixture of acetic acid–methanol (20+80, vol/vol).

### ULTRAVIOLET-VISIBLE SPECTROPHOTOMETRY

UV-VIS absorbance measurements were done using a Shimadzu UV-140 Double Beam spectrophotometer (Shimadzu Corp., Kyoto, Japan). UV-VIS spectra were recorded on a Shimadzu UV-200 Double Beam spectrophotometer (Shimadzu Corp., Kyoto, Japan).

### MASS SPECTROMETRY

Chemical ionization (CI) mass spectra were obtained using a Finnigan 3200 quadrupole mass spectrometer (Finnigan-MAT, San Jose, USA) combined with a Finnigan 6000 data system (Finnigan-MAT, San Jose, USA). Methane was used as ionizing gas. The emission current was 0.20 mA and the multiplier voltage was 1800 V.

The field desorption (FD) mass spectra were obtained with a Varian MAT 711 double focussing mass spectrometer (Varian Assoc., Palo Alto, USA) with a combined EI FI FD ion source and coupled to a spectra system MAT 100 data acquisition unit. 10 um tungsten wire FD emitters containing carbon microneedles with an average length of 30 um were used. The samples were dissolved in methanol and then loaded onto the emitters with the dipping technique. An emitter current of 10-12 mA was used to desorb the samples. The ion source temperature was generally 70°C.

### ISOLATION OF AGLYCONE DEGRADATION PRODUCTS

For the isolation of microgram quantities of the aglycones about two milligrams of a glycosidic anthracycline was dissolved in 5.0 ml perchloric acid solution (H₀ 0.75). These solutions were heated at 50°C until complete conversion of the glycosidic anthracyclines into their aglycones, monitored by HPLC. Next, the resulting solutions were extracted twice with 5.0 ml toluene. These toluene extracts were combined and evaporated to dryness under nitrogen. The orange-yellow coloured residue was dissolved in methanol and purified on silicagel thin layer plates (mobile phase: chloroform–methanol–acetic acid: 95+5+1, vol/vol/vol). The coloured areas were scraped off and eluted with methanol. The purified compounds were used for FD and CI-MS.

## Results and discussion

### CHROMATOGRAPHY

#### High pressure liquid chromatography

All eight anthracycline antibiotics studied, de-

Vol. 7 - 1985    *Pharmaceutisch Weekblad Scientific Edition*    111

grade into their corresponding aglycones in acidic media as depicted for Dx in Figure 2. As the fluorescence yield and UV-VIS absorbance of the aglycones are similar to that of the intact glycoside, spectrofluorometry and UV-VIS spectrophotometry are not suitable as analytical techniques for the study of the degradation kinetics unless a chromatographic separation precedes.

Many papers have been published on HPLC analysis of anthracycline cytostatics.[24] Using the proposed HPLC system all eight anthracyclines are well separated from their corresponding aglycones. The $k'$ values are listed in Table 1, and Figure 3 represents a typical HPLC chromatogram of a decomposition mixture of Dx at about one half-life. In order to obtain some insight in the chromatographic mechanisms underlying the proposed system, necessary for the elucidation of the identity of the degradation products, several parameters were varied. Variation of the pH* (Fig. 4) of the mobile phase while keeping the water–acetonitrile ratio constant, results in a change of $k'$ values of the glycosides unlike the aglycones.

An increase of the ionic strength of the mobile phase at a constant pH* and water–acetonitrile ratio leads to a decrease of the $k'$ values of the glycosidic anthracyclines. Again, the chromatographic behaviour of the aglycones is unaffected by this procedure (Fig. 5).

From these experiments it can be deduced that ion exchange chromatography to an important extent contributes to the chromatography of the glycosides in the proposed HPLC system. The 3'-amino group of the sugar moiety in the glycosides can be expected to be protonated at the pH* of the eluting solvents [pK$_a$(NH$_2$) = 8.2[23]] and the ion exchange with this mono-cation most likely involves the free, residual silanol groups of the stationary phase. The differences between log $k'$ values of the various glycosides and their corresponding aglycones are in the same order of magnitude and can be considered as a measure for the contribution of hydrophobic interactions caused by the structure differences, to the chromatographic process.

It is remarkable that Cm and 4-demethoxy-Dr, two congeners that differ in their chemical structure at the position of C4 of the anthracycline chromophore by the presence of a hydroxyl group versus a proton, have almost the same $k'$ values. Possibly the

| | $k'$*† | $R_f$‡ |
|---|---|---|
| *Glycosides* | | |
| Doxorubicin | 2.3 | |
| 4'-deoxydoxorubicin | 3.9 | |
| 4'-O-methyldoxorubicin | 3.6 | |
| 4'-epidoxorubicin | 2.6 | |
| Daunorubicin | 4.3 | |
| 4-demethoxydaunorubicin | 6.0 | |
| Doxorubicinol | 1.5 | |
| Carminomycin | 6.05 | |
| *Aglycones* | | |
| Doxorubicinone | 0.76 | 0.26 |
| Daunorubicinone | 1.6 | 0.48 |
| 4-demethoxydaunorubicinone | 2.4 | 0.54 |
| Doxorubicinolone | 0.43 | 0.10 |
| Carminomycinone | 2.6 | 0.52 |

**TABLE 1**
*Column capacity ratios ($k'$) and $R_f$ values of several anthracyclines and their aglycones**

\* Column: Lichrosorb 10RP8; mobile phase acetonitrile–water (50 + 50, vol/vol). pH* = 2.0; temperature: 25°C; flow rate: 1.5 ml/min.
† Values for $k'$ are the mean of three observations.
‡ Stationary phase: silicagel; mobile phase: chloroform–methanol–acetic acid (95 + 5 + 1, vol/vol/vol).

expected polarity of the C4-hydroxyl group in Cm is reduced by intramolecular hydrogen bond formation with the adjacent quinone carbonyl function.

*Thin layer chromatography*

The chromatographic behaviour of the anthracycline aglycones in terms of $R_f$ values is listed in Table 1. Visualization under daylight could be intensified by spraying with a methanolic solution of sodium hydroxide. The orange-yellow coloured compounds become blue-violet with this reagent. The original colour returns by subsequent spraying with an acetic acid–methanol mixture. The indicator properties are due to deprotonation and protonation, on acidification, of the C6 and/or C11-hydroxyl groups.

By means of TLC after anthracycline degradations, we observed, apart from the expected 7-hydroxyl aglycones, minor quantities of other compounds. These products may arise from consecutive degradative reactions of the aglycones.[24]



doxorubicin

doxorubicinone

+

daunosamine

FIGURE 2
Degradation of doxorubicin in acidic solution[3]

112

Vol. 7 - 1985  *Pharmaceutisch Weekblad Scientific Edition*



**FIGURE 3**
HPLC chromatogram of a decomposition mixture of Dx at about the half-life. Column: Lichrosorb 10RP8; temperature: 25°C; flow rate: 1.5 ml/min; mobile phase: acetonitrile–water (50 + 50, vol:vol; pH* 2.0); detection: 254 nm; sensitivity: 0.005 AUFS; I = Dx, II = doxorubicinone

## MASS SPECTROMETRY

Mass spectrometry (MS) has frequently been applied for the structure characterization of glycoside anthracyclines. The intact molecule can be examined by field desorption (FD) MS and, after derivatization procedures, by electron impact (EI) ionization MS. The EI-MS technique has also been used for the analysis of the aglycones (derivatized and underivatized) and for the aminosugar daunosamine. Negative ion desorption chemical ionization MS has been applied very successfully in characterizing anthracycline antibiotics. In our MS study doxorubicinone, daunorubicinone, 4-demeth-oxydaunorubicinone and doxorubicinolone were analyzed underivatized, utilizing methane chemical ionization (CI) MS in the positive mode. Insufficient amounts of Cm were available to us for an MS study of carminomycinone. The CI-MS spectra are shown in Figure 6.

### Doxorubicinone

The molecular ion (M⁻ = 414; MH⁻ = 415) in consecutive order loses two molecules of water from elimination of hydroxyls at C7 and C9 with the formation of the fragments $m/e$ = 397 and $m/e$ = 379. Loss of the C9 side chain on the $m/e$ = 397 fragment may give the ion of $m/e$ = 337 (Fig. 7). The mass signal $m/e$ = 321 (Fig. 7) may arise from loss of the C9 side chain of fragment $m/e$ = 379.

The protonated form of each fragment is detected by the mass spectrometer. The ions at $m/e$ = 349 and $m/e$ = 361 may represent adducts of mass $m/e$ = 320 and, respectively. $C_2H_5^+$ and $C_3H_5^+$ originating from the reactant gas. Similarly, the fragment with $m/e$ = 407 could be an adduct of the fragment with $m/e$ = 378 and $C_2H_5^+$. In the FD-MS spectrum of doxorubicinone, M⁻, MH⁻ and MNa⁻ ions were observed.

### Daunorubicinone/4-demethoxydaunorubicinone

The mass spectral fragmentation of these compounds is similar to that of doxorubicinone. However, the ratio between related peaks is different for each aglycone. The FD-MS spectra showed $m/e$ values 398 (M⁻) and 399 (MH⁻) for daunorubicinone and in the case of 4-demethoxydaunorubicinone the $m/e$ values 368 (M⁻) and 369 (MH⁻).



**FIGURE 4**
The log $k'$ of several anthracyclines and aglycones as function of acidity of the mobile phase (acetonitrile–water, 50 + 50, vol:vol); column: Lichrosorb 10RP8, temperature: 25°C, flow rate: 1.5 ml/min



**FIGURE 5**
The log $k'$ of several anthracyclines and aglycones as function of the molarity of added sodium bromide to the mobile phase (acetonitrile–water, 50 + 50, vol:vol; pH* 2.0); column: Lichrosorb 10RP8, temperature: 25°C, flow rate: 1.5 ml/min

Vol. 7 · 1985   *Pharmaceutisch Weekblad Scientific Edition*                                    113



FIGURE 6
Methane-CI-MS spectra of doxorubicinone, daunorubicinone, 4-demethoxydaunorubicinone and doxorubicinolone

## Doxorubicinolone

The fragments m/e = 399 and m/e = 381 correspond to loss of one respectively two water molecules from the molecular ion (M⁺ = 416). The most abundant peak, m/e = 363, may arise from the loss of a third water molecule from the parent compound. The C13,C14-dihydroxyl side chain offers this possibility. The fragments m/e = 337 and m/e = 321 were also observed in the spectra of doxorubicinone and daunorubicinone and probably have the same structures as the fragments obtained from these compounds (Fig. 7). The ions at m/e = 391, m/e = 409 and m/e = 427 may be C₂H₇ adducts of the respective fragments m/e = 362, m/e = 380 and m/e = 398. The FD-MS spectrum shows the m/e values of 416 (M⁺), 417 (MH⁺) and 439 (MNa⁺).

### DEGRADATION KINETICS

#### Order of reactions

In the pH region 0–3.5 the disappearances of all studied anthracyclines display strict pseudo first-order kinetic behaviour over several half-lives. The observed rate constant ($k_{obs}$) for the overall degradation was calculated by linear regression analysis of a plot of the natural logarithm of the residual concentration of Dx ([Dx]$_t$), as an example, versus time as depicted by equation 1

$$\ln[Dx]_t = \ln[Dx]_0 - k_{obs} \cdot t \qquad \text{(eq.1)}$$

where [Dx]$_0$ is the initial Dx concentration.

#### Standard deviation in $k_{obs}$

The standard deviation in the overall rate constant, $k_{obs}$, for the degradation of Dx in acid solution was determined at pH 2.0 (μ = 0.4). The value of $k_{obs}$ and the standard deviation calculated from eight observations is $8.3 \pm 0.3 \times 10^6$ s⁻¹. Other overall rate constants are mean values of duplo determinations.



FIGURE 7
Proposed structures of m/e = 321 and m/e = 337 fragments in the mass spectra

*Influence of pH*

Perchloric acid solutions of different pH values (0-3.5) and constant ionic strength (u = 0.4) were used for the study of the hydrolytic degradation of the anthracyclines. The pH of these solutions remained constant during the decomposition processes. Taking into account all possible catalytic species the expression for $k_{obs}$ may by written as:

$$k_{obs} = k_0 + k_H[H^+] + k_{ClO_4}[ClO_4^-] \qquad (eq. 2)$$

where $k_0$ is the first-order rate constant for degradation in the solvent only, $k_H$ and $k_{ClO_4}$ second-order rate constants for, respectively, proton and perchlorate catalyzed degradation. In principle equation 2 should also contain the term $k_{OH}[OH^-]$ but the contribution of this term to $k_{obs}$ can be neglected because of the low hydroxyl ion concentration at pH < 3.5. The p$K_a$ value of the 3'-amino group is about 8.[?] so at pH < 3.5 the glycosidic anthracyclines are present as mono-cations and, consequently, equation 2 relates to the protonated form of the anthracycline.

As the [ClO$_4^-$] is kept constant by addition of appropriate amounts of sodium perchlorate to the incubation solution, the third term in equation 2 remains constant over the pH region studied. Plots of $k_{obs}$ versus [H$^+$] yield straight lines (r > 0.999) for all anthracyclines. The slopes of these lines provide the second-order rate constant for the proton catalyzed degradation ($k_H$), listed in Table II. The intercepts of these plots do not differ significantly from zero. For each anthracycline a plot of log $k_{obs}$ versus pH yields a straight line with a slope not significantly different from unity. This implies specific proton catalysis for the hydrolytic degradation. The mathematical descriptions of the log $k_{obs}$-H,pH profiles are listed in Table II.

The curves for Dr, 4-demethoxy-Dr, Dx-ol and Cm coincide with the curve for Dx, contrary to the curves for 4'-deoxy-Dx, 4'-O-methyl-Dx and 4'-epi-Dx. Merely on the basis of chemical stability these observations approve a classification of the anthracyclines studied into two groups. First, the congeners with structural differences located in the aglycone part and with daunosamine as glycosidically bonded aminosugar, which all degrade with the same velocity. Secondly, the group of compounds that differ in structure in the aminosugar moiety and possess doxorubicinone as the aglycone. The chemical alterations in the sugar moiety of these drugs are responsible for significant differences in their chemical stability in acidic solution. As anthracyclines self-associate in aqueous solution and the extent of this process is connected with the chemical structure,[32] a first explanation of our observations might be sought in that direction. An indication of self-aggregation arises when the absorption does not follow the Beer-Lambert law.[33] In our working concentration range and decomposition media we did not observe such deviations.

A possible explanation for the differences in $k_{obs}$ of the degradation of the various compounds may be the differences in the degree of hydration between the various compounds. Assuming that this degree of hydration depends on the substituents at the aminosugar part of the molecule, a higher hydration degree might cause a certain delocalization of the positive charge of the amino function. The result would be an increase in the electrostatic repulsion between the reacting cation and the proton attacking the glycosidic bond and subsequently, a decrease in the reaction rate.

The degree of hydration could be affected by the possible occurrence of hydrogen bonds between the protonated amino function and the oxygen-containing substituent ($R_3/R_4$) or, in the case of 4'-epi-Dx, between this substituent and the aglycone part of the molecule. Minor differences between the UV-VIS absorption spectra of 4'-deoxy-Dx and 4'-epi-Dx might indicate the existence of (weak) hydrogen bonds between the aglycone part and the sugar moiety in the latter compound. An exact explanation of the degradation rate differences remains to be elucidated.

Comparison with other glycosides, for instance ginsenosides which lack an amino function in the sugar moiety,[34] reveals that the anthracyclines are more stable in acidic solution. The positive charge of

TABLE II
*Descriptions of the pH profiles of various anthracyclines and $k_H$ values. Temperature: 50°C. u = 0.4*

|  | log $k_{obs}$[a] | $k_H$[b] |
|---|---|---|
| Doxorubicin | − 3.02 (± 0.04) − 1.02 (± 0.02)·pH | 9.0 × 10$^{-4}$ |
| 4'-deoxydoxorubicin | − 2.41 (± 0.02) − 0.99 (± 0.01)·pH | 4.6 × 10$^{-3}$ |
| 4-O-methyldoxorubicin | − 3.28 (± 0.04) − 1.00 (± 0.02)·pH | 5.2 × 10$^{-4}$ |
| 4'-epidoxorubicin | − 3.96 (± 0.08) − 0.98 (± 0.04)·pH | 1.8 × 10$^{-4}$ |
| Daunorubicin | − 2.99 (± 0.04) − 1.00 (± 0.03)·pH | 1.1 × 10$^{-3}$ |
| 4-demethoxydaunorubicin | − 3.04 (± 0.04) − 0.48 (± 0.04)·pH | 1.0 × 10$^{-3}$ |
| Doxorubicinol | − 3.03 (± 0.04) − 1.02 (± 0.04)·pH | 9.0 × 10$^{-4}$ |
| Carminomycin | − 3.05 (± 0.04) − 0.98 (± 0.04)·pH | 1.0 × 10$^{-3}$ |

[a] $k_{obs}$ in s$^{-1}$.
[b] $k_H$ in mol$^{-1}$·s$^{-1}$.

the aminosugar stabilizes the compounds towards the proton-catalyzed hydrolytic cleavage of the sugar part as a result of electrostatic repulsion.

*Influence of ionic strength*

The influence of the ionic strength on the degradation rate was studied for Dx. Solutions were prepared at constant pH (1.25) and various ionic strengths by addition of sodium chloride. A plot of log $k_{obs}$ against the square root of the ionic strength gives a straight line in the region $0.24 < \sqrt{\mu} < 0.75$. This curve is defined by the following equation:

$$\log k_{obs} = -4.53 + 0.365\sqrt{\mu} \quad (r = 0.999) \text{ (eq. 3)}$$

At $\sqrt{\mu} > 0.75$ no linearity exists. An increase in reaction rate at increasing ionic strength is in agreement with a reaction between two positively charged species, in our case the Dx mono-cation and a proton.

*Influence of temperature*

The temperature dependence of the hydrolytic degradation was investigated for Dx at different pH values (0-3) over the range 30-70°C. The ionic strength was not maintained constant over the whole pH range. At a fixed pH the relation between $k_{obs}$ and the reciprocal of the absolute temperature fulfills the Arrhenius equation (eq. 4):

$$\ln k_{obs} = \ln A - (\Delta H^* / RT) \quad \text{(eq. 4)}$$

in which A represents the frequency factor, $\Delta H^*$ the enthalpy of activation, R the molar gas constant and T the temperature in Kelvin. The $\Delta H^*$ values at various $H_+$ pH values are listed in Table III. $\Delta H^*$ appears to be fairly constant in the region pH < 3. The tendency to increase somewhat at higher pH values may be an indication that other degradation processes gain importance at pH > 3. This phenomenon is consistent with our observations that at pH > 4, instead of the 7-OH aglycones, other degradation products are formed (Beijnen, unpublished observations).

TABLE III
*Enthalpy of activation ($\Delta H^*$) for the initial degradation of Dx at various $H_+$ pH values*

| $H_+$ pH | $\Delta H^*$ (kJ.mol$^{-1}$)[a] |
|---|---|
| 0.43 | 114 |
| 1.0 | 114 |
| 1.5 | 116 |
| 2.0 | 121 |
| 2.5 | 122 |
| 3.0 | 128 |

[a] Values for $\Delta H^*$ are the mean of three observations.

*Acknowledgements*

The authors are indebted to Mr. R.D. van Ooijen (University Toxicological Centre, Utrecht, The Netherlands) and Mr. R.H. Fokkens (Laboratory of Organic Chemistry, University of Amsterdam, The Netherlands) for their valuable assistance during the MS studies.

References

[1] Davis HL, Davis TE. Daunorubicin and adriamycin in cancer treatment: An analysis of their roles and limitations. Cancer Treat Rep 1979:63:809-15.
[2] Crooke ST, Reich SD. Anthracyclines: current status and new developments. New York: Academic Press, 1980.
[3] Carter SK. Adriamycin - A review. J Natl Cancer Inst 1975:55:1265-73.
[4] Barbieri B, Bellini O, Savi G, Bertazolli C, Penco S, Casazza AM. Antitumour activity and cardiotoxicity of new 4-demethoxyanalogues of daunorubicin and doxorubicin. Drugs Exptl Clin Res 1984:10:85-90.
[5] Formelli F, Casazza AM. Biological and pharmacological properties of new anthracycline derivatives. Drugs Exptl Clin Res 1984:10:75-84.
[6] Harper H, Kemeny N, Cheng E, Sordillo P, Ahmed T. Phase II trial of 4-demethoxydaunorubicin (DMDR) in advanced colorectal carcinoma. Proc Am Assoc Cancer Res 1983:24:148.
[7] Ferrari L, Rossi A, Brambilla C, et al. Phase I study with 4'-deoxydoxorubicin. Proc Am Assoc Cancer Res 1983:24:163.
[8] Arcamone F, Franceschi G, Penco S. Adriamycin (14-hydroxydaunomycin), a novel antitumour antibiotic. Tetrahedron Letters 1069:13:1007-10.
[9] Wassermann K, Bundgaard H. Kinetics of the acid-catalyzed hydrolysis of doxorubicin. Int J Pharm 1983:14:73-8.
[10] Tavoloni N, Guarino AM, Berk PD. Photolytic degradation of adriamycin. J Pharm Pharmacol 1980:32:860-2.
[11] Daugherty JP, Hixon SC. Photolytic destruction of adriamycin. J Pharm Pharmacol 1981:33:556.
[12] Thoma K, Strittmatter T, Steinbach D. Untersuchungen zur Photoinstabilität von Antibiotika. Acta Pharm Techn 1980:26:269-72.
[13] Williams BA, Tritton TR. Photoinactivation of anthracyclines. Photochem Photobiol 1981:34:131-4.
[14] Karlsen J, Thønessen HH, Olsen IR, Sollien AH, Skobba TJ. Stability of cytotoxic intravenous solutions subjected to freeze-thaw treatment. Nor Pharm Acta 1983:45:61-7.
[15] Benvenuto JA, Anderson RW, Kerkof K, Smith RG, Loo TL. Stability and compatibility of antitumour agents in glass and plastic containers. Am J Hosp Pharm 1981:38:1914-8.
[16] Hoffman DM, Grossano DD, Damin LA, Woodcock TM. Stability of refrigerated and frozen solutions of doxorubicin hydrochloride. Am J Hosp Pharm 1979:36:1536-8.
[17] Poochikian GK, Cradock JC, Flora KP. Stability of anthracycline antitumour agents in four infusion fluids. Am J Hosp Pharm 1981:38:483-6.
[18] Ketchum D, Wolf E, Sesin GP. Cost benefit and stability study of doxorubicin following reconstitution. Am J Intrav Ther Clin Nutr 1981:15-8.

116

[17] Eksborg S. Ehrsson H. Wallin I. Lindfors A. Quantitative determination of adriamycin and daunorubicin-handling of blood and plasma samples. Acta Pharm Suec 1981:18:215-20.

[18] Schwartz HS. Paul B. Biotransformations of daunorubicin aglycones by rat liver microsomes. Cancer Res 1984:44:2480-4.

[19] Schwartz HS. Parker NB. Initial biotransformations of daunorubicin to aglycones by rat liver microsomes. Cancer Res 1981:41:2343-8.

[20] Bates RG. Determination of pH theory and practice. 2nd ed. New-York - London - Sydney - Toronto: John Wiley & Sons. 1973.

[21] Tomlinson E. Malspeis L. Concomitant adsorption and stability of some anthracycline antibiotics. J Pharm Sci 1982:71:1121-5.

[22] Aszalos A. Analysis of antitumor antibiotics by high pressure liquid chromatography (HPLC). J Liq Chromatogr 1984:7(S-1):69-125.

[23] Sturgeon RJ. Schulman SG. Electronic absorption spectra and protolytic equilibria of doxorubicin: direct spectrophotometric determination of microconstants. J Pharm Sci 1977:66:958-61.

[24] Arcamone F. Franceschi G. Orezzi P. Cassinelli G. Barbieri W. Mondelli R. Daunomycin. I. The structure of daunomycinone. J Am Chem Soc 1964:86:5334-5.

[25] Gioia B. Arlandini E. Vigevani A. Field desorption mass spectrometry of anthracyclines. Comparison with other soft ionization techniques. Biomed Mass Spectrom 1984:11:35-40.

[26] Roller PP. Sutphin M. Aszalos AA. Mass spectrometry of N-acylated daunorubicin derivatives. Biomed Mass Spectrom 1976:3:166-71.

[27] Watson E. Chan KK. GLC-Mass spectrometry of several important anticancer drugs I: Pertrimethylsilylation and *O*-methoxime formation. J Pharm Sci 1978:67:1243-6.

[28] Vigevani A. Gioia B. Cassinelli G. Mass spectrometry of some N-acyldaunosamine derivatives. Carbohydr Res 1974:32:321-30.

[29] Smith RG. Characterization of anthracycline antibiotics by desorption chemical ionization mass spectrometry. Anal Chem 1982:54:2006-8.

[30] Menozzi M. Valentini L. Vannini E. Arcamone F. Self-association of doxorubicin and related compounds in aqueous solution. J Pharm Sci 1984:73:766-70.

[31] Chaires JB. Dattagupta N. Crothers DM. Self-association of daunomycin. Biochemistry 1982:21:3927-32.

[32] Miyamoto E. Odashima S. Kitagawa I. Tsuji A. Stability kinetics of ginsenosides in aqueous solution. J Pharm Sci 1984:73:409-10.

Received December 1984.
Accepted for publication March 1985.