IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-833-KAJ |
| | ) | |
| SICOR INC. and | ) | |
| SICOR PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of Plaintiff Pharmacia & Upjohn Company, LLC's Second Set of Requests for Admission (Invalidity), Plaintiff Pharmacia & Upjohn Company, LLC's Third Set of Requests for Admission (Documents), Pharmacia & Upjohn's Third Set of Interrogatories, and Pharmacia & Upjohn's Third Set of Requests for Production of Documents and Things were caused to be served on October 5, 2005 upon the following in the manner indicated:

**BY HAND DELIVERY**

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Reid L. Ashinoff, Esquire
Jordan A. Sigale, Esquire
David R. Baum, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

                    MORRIS, NICHOLS, ARSHT & TUNNELL

                      */s/ Maryellen Noreika* (#3208)
                      Jack B. Blumenfeld (#1014)
                      Maryellen Noreika (#3208)
                      James W. Parrett, Jr. (#4292)
                      1201 N. Market Street
                      P.O. Box 1347
                      Wilmington, DE 19899-1347
                      (302) 658-9200
                        *Attorneys for Plaintiff*
                        *Pharmacia & Upjohn Company, LLC*

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
Lara V. Fleishman
MCDONNELL BOEHNEN HULBERT
 & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL 60606
(312) 913-0001

October 5, 2005

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on October 5th, 2005 I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Steven J. Balick, Esquire
John G. Day, Esquire
ASHBY & GEDDES

I also certify that copies were caused to be served on October 5th, 2005 upon the following in the manner indicated:

### BY HAND

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE  19801

### BY FEDERAL EXPRESS

Reid L. Ashinoff, Esquire
Brian T. Moriarty, Esquire
William J. Sipio, Esquire
David R. Baum, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY  10020

/s/ Maryellen Noreika.
Maryellen Noreika (#3208)
Morris, Nichols, Arsht & Tunnell
 (302) 658-9200
mnoreika@mnat.com