IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-833-KAJ ) |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, please take notice that Brian T. Moriarty, Esquire, formerly of Sonnenschein Nath & Rosenthal LLP, lead counsel for defendants Sicor Inc. and Sicor Pharmaceuticals, Inc. in the above action (collectively "Sicor"), hereby withdraws from this case, effective immediately. Sonnenschein Nath & Rosenthal LLP shall continue to represent Sicor as lead counsel, and Ashby & Geddes shall continue to represent Sicor as Delaware counsel in this action.

ASHBY & GEDDES

/s/ *John G. Day*

Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

Reid L. Ashinoff
Michael S. Gugig
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
Phone: (212) 768-6700
Facsimile: (212) 768-6800

Dated: October 7, 2005
162148.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2005, the attached **NOTICE OF WITHDRAWAL OF COUNSEL** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Joshua R. Rich, Esquire<br>McDonnell Boehnen Hulbert & Berghoff<br>300 South Wacker Drive<br>Suite 3200<br>Chicago, IL 60606 | **VIA FEDERAL EXPRESS** |

/s/ *John G. Day*
_____
John G. Day