IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-833-KAJ |
| | ) | |
| SICOR INC. and | ) | |
| SICOR PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff Pharmacia & Upjohn Company, LLC's Third Supplemental Response to Sicor, Inc.'s First Set of Interrogatories (Amended Response to Interrogatory No. 1), and Pharmacia & Upjohn's Response to Sicor, Inc.'s Informal Requests for Production By Letter of September 13, 2005 were caused to be served on October 17, 2005 upon the following in the manner indicated:

**BY HAND DELIVERY**

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Reid L. Ashinoff, Esquire
Jordan A. Sigale, Esquire
David R. Baum, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY  10020

          MORRIS, NICHOLS, ARSHT & TUNNELL

          _/s/ Maryellen Noreika_ (#3208)
          Jack B. Blumenfeld (#1014)
          Maryellen Noreika (#3208)
          James W. Parrett, Jr. (#4292)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899-1347
          (302) 658-9200
            *Attorneys for Plaintiff*
            *Pharmacia & Upjohn Company, LLC*

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
Lara V. Fleishman
MCDONNELL BOEHNEN HULBERT
 & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001

October 17, 2005

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on October 17th, 2005 I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> ASHBY & GEDDES

I also certify that copies were caused to be served on October 17th, 2005 upon the following in the manner indicated:

### BY HAND

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> Wilmington, DE  19801

### BY FEDERAL EXPRESS

> Reid L. Ashinoff, Esquire
> Brian T. Moriarty, Esquire
> William J. Sipio, Esquire
> David R. Baum, Esquire
> Sonnenschein Nath & Rosenthal LLP
> 1221 Avenue of the Americas
> New York, NY  10020

*/s/  Maryellen Noreika.*
Maryellen Noreika (#3208)
Morris, Nichols, Arsht & Tunnell
 (302) 658-9200
mnoreika@mnat.com