IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SICOR INC. and )<br>SICOR PHARMACEUTICALS, INC., )<br>)<br>Defendants. ) | Civil Action No. 04-833-KAJ |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of PLAINTIFF'S RESPONSE TO SICOR, INC.'S THIRD SET OF REQUESTS FOR PRODUCTION and PHARMACIA'S RESPONSE TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS were caused to be served on October 24, 2005 upon the following in the manner indicated:

**BY HAND**

Steven J. Balick
John G. Day
ASHBY & GEDDES
222 Delaware Avenue
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Reid L. Ashinoff
Brian T. Moriarty
Jordan A. Sigale
David R. Baum
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY  10020

                                    MORRIS, NICHOLS, ARSHT & TUNNELL

                            */s/ James W. Parrett, Jr. (#4292)*
                            _____
                            Jack B. Blumenfeld (#1014)
                            Maryellen Noreika (#3208)
                            James W. Parrett, Jr. (#4292)
                            1201 N. Market Street
                            P.O. Box 1347
                            Wilmington, DE  19899-1347
                            (302) 658-9200
                              *Attorneys for Plaintiff*
                               *Pharmacia & Upjohn Company, LLC*

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
MCDONNELL BOEHNEN HULBERT
  & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001

October 24, 2005
489626

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2005, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Steven J. Balick
John G. Day
ASHBY & GEDDES

I also certify that copies were caused to be served on October 24, 2005, upon the following in the manner indicated:

### BY HAND

Steven J. Balick
John G. Day
ASHBY & GEDDES
222 Delaware Avenue
Wilmington, DE  19801

### BY FEDERAL EXPRESS

Reid L. Ashinoff
Brian T. Moriarty
William J. Sipio
David R. Baum
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY  10020

*/s/ James W. Parrett, Jr.*
James W. Parrett, Jr. (#4292)
jparrett@mnat.com

489626