IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHARMACIA & UPJOHN COMPANY, LLC    )
                                                                )
                                    Plaintiff,            )
                                                                )
                      v.                                      )        C.A. No. 04-833-KAJ
                                                                )
SICOR INC. and SICOR                               )
PHARMACEUTICALS, INC.,                       )
                                                                )
                                    Defendants.        )

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that counsel for Defendant, SICOR, Inc. and Sicor

Pharmaceuticals, Inc. (collectively "Sicor") will take the one hour telephonic deposition upon

oral examination of Bradley Winters in the above-captioned matter who shall testify via

telephone for one hour on **November 1, 2005 at 8:00 a.m. (U.S. Eastern Standard Time) at a**

**location to be determined for the witness in Australia**, which may be continued in person, at

Sicor's election**, on November 8, 2005 at 10:00 a.m. (U.S. Eastern Standard Time),** at the

offices of **Sonnenschein Nath & Rosenthal LLP, 1221 Avenue of the Americas, 25th Floor,**

**New York, NY 10020.**

Said telephonic deposition will be conducted before an officer authorized to administer

oaths, and will continue for one hour.  The possible subsequent deposition in person will be

conducted before an officer authorized to administer oaths, and will continue from day-to-day

thereafter until complete.

All counsel of record are invited to attend and examine the deponent.

ASHBY & GEDDES

*/s/ Steven J. Balick*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

*Attorneys for Defendants*

*Of Counsel:*

Reid L. Ashinoff
David R. Baum
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700

Dated:  October 17, 2005
162804.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 25th day of October, 2005, the attached **NOTICE OF DEPOSITION** was served upon the below-named counsel of record at the address and in the manner indicated:


Jack B. Blumenfeld, Esquire                     <u>HAND DELIVERY</u>
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

Joshua R. Rich, Esquire                         <u>VIA FEDERAL EXPRESS</u>
McDonnell Boehnen Hulbert & Berghoff
300 South Wacker Drive
Suite 3200
Chicago, IL 60606



                              */s/ Steven J. Balick*
                              _____
                              Steven J. Balick