IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY LLC,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Civil Action No. 04-833-KAJ |
| ) | |
| SICOR INC. and    ) | |
| SICOR PHARMACEUTICALS, INC.,    ) | |
| ) | |
| Defendants.    ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF DEPOSITION OF PHARMACIA & UPJOHN TO BE TREATED AS A SET OF INTERROGATORIES were caused to be served on October 25, 2005 upon the following in the manner indicated:

**BY HAND**

Steven J. Balick
John G. Day
ASHBY & GEDDES
222 Delaware Avenue
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Reid L. Ashinoff
Brian T. Moriarty
Jordan A. Sigale
David R. Baum
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY  10020

                         MORRIS, NICHOLS, ARSHT & TUNNELL

                         */s/ James W. Parrett, Jr. (#4292)*
                         _____
                         Jack B. Blumenfeld (#1014)
                         Maryellen Noreika (#3208)
                         James W. Parrett, Jr. (#4292)
                         1201 N. Market Street
                         P.O. Box 1347
                         Wilmington, DE  19899-1347
                         (302) 658-9200
                           *Attorneys for Plaintiff*
                           *Pharmacia & Upjohn Company, LLC*

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
MCDONNELL BOEHNEN HULBERT
  & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001

October 25, 2005
489626

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2005, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick
> John G. Day
> ASHBY & GEDDES

I also certify that copies were caused to be served on October 25, 2005, upon the following in the manner indicated:

**BY HAND**

> Steven J. Balick
> John G. Day
> ASHBY & GEDDES
> 222 Delaware Avenue
> Wilmington, DE  19801

**BY FEDERAL EXPRESS**

> Reid L. Ashinoff
> Brian T. Moriarty
> William J. Sipio
> David R. Baum
> SONNENSCHEIN NATH & ROSENTHAL LLP
> 1221 Avenue of the Americas
> New York, NY  10020

> */s/ James W. Parrett, Jr.*
> James W. Parrett, Jr. (#4292)
> jparrett@mnat.com

489626