IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.   ) | C.A. No. 04-833-KAJ |
| ) | |
| SICOR INC. and SICOR  ) | |
| PHARMACEUTICALS, INC.,  ) | |
| ) | |
| Defendants.  ) | |

## NOTICE OF DEPOSITION OF GREGORY BELL

PLEASE TAKE NOTICE that counsel for Defendant, SICOR, Inc. and Sicor Pharmaceuticals, Inc. (collectively "Sicor") will take the deposition upon oral examination of one Gregory K. Bell in the above-captioned matter on November 29, 2005, at 10:00 a.m., at the offices of Ashby & Geddes, 222 Delaware Avenue, 17th Floor, Wilmington, Delaware.

Said deposition will be conducted before a notary public or other officer authorized by the law to administer oaths upon oral examination, and will continue from day-to-day until completed, and will be recorded stenographically and by videotape. You are invited to attend and participate, in accordance with the Federal Rules of Civil Procedure.

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*

- 2 -

*Of Counsel:*

Reid L. Ashinoff
Michael S. Gugig
David R. Baum
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700

Dated:  October 28, 2005

162934.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October, 2005, the attached **NOTICE OF DEPOSITION OF GREGORY BELL** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Joshua R. Rich, Esquire<br>McDonnell Boehnen Hulbert & Berghoff<br>300 South Wacker Drive, Suite 3200<br>Chicago, IL 60606 | **VIA FEDERAL EXPRESS** |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon (I.D. #3950)