# EXHIBIT A

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UP.JOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 019102-019106 | Wes Fach<br>Art LaBlanc<br>Rosalie Lowe<br>Dorla Mirejovsky<br>Allyn Becker<br>Chuan Chen<br>cc: Frank Becker<br>Ken Lomortire<br>A. Brambilla<br>Carlos Salvi | Peter Macdonald | 09/22/2000 | Attorney-Client<br>Attorney Work Product | Fax containing letter and attachments regarding advice of counsel with respect to patent issues with handwritten notes |
| SICOR-PNU 024209-024213 | Wes Fach<br>Art LaBlanc<br>Rosalie Lowe<br>Dorla Mirejovsky<br>Allyn Becker<br>Chuan Chen<br>Frank Becker<br>Ken Lomortire<br>A. Brambilla<br>Carlos Salvi | Peter MacDonald | 09/22/2000 | Attorney-Client<br>Attorney Work Product | Fax containing letter and attachments regarding advice of counsel with respect to patent issues with handwritten notes |

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 024375 | Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald Jessica R. Wolff cc: Carlo Salvi Frank Becker | Wes Fach | 09/25/2000 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 024379 | | | 01/23/2001 | Attorney-Client Attorney Work Product | Handwritten notes regarding patent issues |
| SICOR-PNU 026216-026231 | Consulting Expert | Jessica Wolff | 02/10/2004 | Attorney-Client Attorney Work Product | Faxed document regarding analysis of patent issues |
| SICOR-PNU 026232-026280 | Wesley N. Fach cc: Dr. Yehudah Livneh Marc Goshko | Jessica Wolff, Paul, Hastings, Janofsky & Walker LLP | 03/04/2004 | Attorney-Client Attorney Work Product | Letter regarding legal advice of counsel with respect to patent issues |
| SICOR-PNU 026316-026317 | Frank Becker cc: Wes Fach Pam Beckman Art LeBlanc Dave Dreyer | Craig Lea | 08/11/2000 | Attorney-Client Attorney Work Product | Memorandum regarding legal strategy with respect to patent issues with handwritten notes |

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026341 | Wes Fach<br>Frank Becker<br>Art LeBlanc<br>Ken Lomartire<br>cc: Dorla Mirejovsky<br>Pam Beckman | Craig Lea | 08/23/2000 | Attorney-Client<br>Attorney Work Product | Email regarding patent issues |
| SICOR-PNU 026342-026343 | Carlo Salvi<br>Frank Becker<br>Marvin Samson | Wes Fach | 08/29/2000 | Attorney-Client<br>Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues with handwritten notes |
| SICOR-PNU 026346 | Art LeBlanc<br>Craig Lea<br>Ken Lomartire<br>Peter MacDonald<br>Jessica R. Wolff<br>cc: Carlo Salvi<br>Frank Becker | Wes Fach | 09/27/2000 | Attorney-Client<br>Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 026347 | Frank Becker<br>cc: Craig Lea<br>Ken Lomartire<br>Marvin Sholdings | Wes Fach | 12/18/2000 | Attorney-Client<br>Attorney Work Product | Email regarding advice of counsel with respect to patent issues with handwritten notes |

- 3 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026348 | Marvin Sholdings cc: Craig Lea Frank Becker | Wes Fach | 01/02/2001 | Attorney-Client Attorney Work Product | Email regarding advice of counsel with respect to patent issues with handwritten notes |
| SICOR-PNU 026349 | Frank Becker Art LeBlanc Craig Lea Ken Lomartire Peter McDonald cc: Carlo Salvi Marvin Samson | Wes Fach | 03/01/2001 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 026350-026351 | Carlo Salvi Frank Becker Marvin Samson | Wes Fach | 08/29/2000 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 026352-26353 | Frank Becker | Wes Fach | 03/08/2001 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 026354 | Brian T. Moriarty | Lynne Holley | 10/06/2004 | Attorney-Client Attorney Work Product | Cover letter to counsel regarding documents concerning patent issues |
| SICOR-PNU 026355 | | | | Attorney-Client Attorney Work Product | Handwritten note regarding legal strategy with respect to patent issues |

- 4 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026356-26357 | Carlo Salvi Frank Becker Marvin Samson | Wes Fach | 08/29/2000 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 26358 | Wes Fach Frank Becker Art LeBlanc Ken Lomartire cc: Dorla Mirejovsky Pam Beckman | Craig Lea | 08/23/2000 | Attorney-Client Attorney Work Product | Email regarding patent issues |
| SICOR-PNU 026399-026400 | Frank Becker | Wes Fach | 03/08/2001 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 026401 | Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald Jessica R. Wolff cc: Carlo Salvi Frank Becker | Wes Fach | 09/25/2000 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues with handwritten notes |
| SICOR-PNU 026402-026406 | Wes Fach | Jessica Wolf, Brobeck, Phleger & Harrison LLP | 07/14/2000 | Attorney-Client Attorney Work Product | Letter regarding legal advice of counsel relating to patent issues |

- 5 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026407-026409 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Alan Goldschein<br>Vandana Sonavaria<br>Peter MacDonald<br>Jessica R. Wolff<br>Rosalie Lowe/Elvia Gustavson<br>Frank Becker<br>Michael Cannon | Dorla Mirejovsky | 03/01/2001 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent committee meeting minutes with handwritten notes |
| SICOR-PNU 026410 | Dorla Mirejovsky<br>cc: Wes Fach<br>Ken Lomartire | Jessica Wolff | 10/02/2000 | Attorney-Client<br>Attorney Work Product | Email regarding patent review |

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026411-026413 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Alan Goldschein<br>Peter MacDonald<br>Jessica R. Wolff<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon | Dorla Mirejovsky | 11/01/2000 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent committee meeting minutes |
| SICOR-PNU 026414-026416 | Dorla Mirejovsky<br>cc: Wes Fach | Jessica R. Wolff | 09/18/2000 | Attorney-Client<br>Attorney Work Product | Email regarding legal advice with respect to patent issues with handwritten notes |

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026417-026422 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Michael Burton<br>Rosalie Lowe<br>Elvia Gustavson<br>Vandana Sonavaria<br>Allyn Becker<br>Chuan Chen<br>Peter MacDonald<br>Jessica R. Wolff<br>Richard Pagliery<br>Frank Becker<br>Michael Cannons | Dorla Mirejovsky | 01/24/2002 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent committee meeting minutes with handwritten notes |

- 8 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026423-026424 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica R. Wolff<br>Julissa Martinez<br>Vandan Sonavaria<br>Allyn Becker<br>Chuan Chen<br>Rachelle Zimmerman<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney<br>Dorla Mirejovsky | Dorla Mirejovsky | 07/30/2001 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent meeting |

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026425-026429 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Alan Goldschein<br>Vandana Sonavaria<br>Allyn Becker<br>Chuan Chen<br>Peter MacDonald<br>Jessica R. Wolff<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon | Dorla Mirejovsky | 07/27/2001 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent committee meeting minutes with handwritten notes |
| SICOR-PNU 026430-026431 | SICOR Pharmaceuticals, Inc.<br>Attn: Wes Fach | Paul, Hastings, Janofsky & Walker LLP | 1/30/2004 | Attorney-Client<br>Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026432-026433 | SICOR Pharmaceuticals. Inc.<br>Attn: Wes Fach | Paul, Hastings, Janofsky & Walker LLP | 12/31/2003 | Attorney-Client<br>Attorney Work Product | Invoice for services rendered with respect to patent issues |

- 10 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026434 | Gensia Sicor Pharmaceuticals, Inc. Attn: Wes Fach | Paul, Hastings, Janofsky & Walker LLP | 04/21/2003 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026435-026438 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 01/26/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026439-026443 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 02/27/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026444-026447 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 03/24/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026448-026450 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 04/24/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026451 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 05/23/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026452-026453 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 09/14/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026454 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 08/29/2000 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026455-026456 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 09/30/2000 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026457-026459 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 10/26/2000 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |

- 11 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026460-026462 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 11/22/2000 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026463-026465 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 12/15/2000 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026466-026467 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 01/13/2003 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026468-026469 | Gensia Sicor Pharmaceuticals | Brobeck, Phleger & Harrison LLP | 02/11/2003 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026470-026473 | Gensia Sicor Pharmaceuticals | Brobeck, Phleger & Harrison LLP | 03/13/2003 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 026474-026480 | Jessica R. Wolff | Wes Fach | 09/25/2000 | Attorney-Client Attorney Work Product | Fax cover sheet and fax confirmation with attachments regarding legal strategy with respect to patent issues with handwritten notes |
| SICOR-PNU 026481-026487 | Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald Jessica R. Wolff cc: Carlo Salvi Frank Becker | Wes Fach | 09/25/2000 | Attorney-Client Attorney Work Product | Memorandum attached to fax confirmation pages regarding advice of counsel on patent issues with handwritten notes |

- 12 -

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026488-026494 | Art LeBlanc<br>Craig Lea<br>Ken Lomartire<br>Peter MacDonald<br>Jessica R. Wolff<br>cc: Carlo Salvi<br>Frank Becker | Wes Fach | 09/27/2000 | Attorney-Client<br>Attorney Work Product | Memorandum attached to fax confirmation pages regarding advice of counsel on patent issues with handwritten notes |
| SICOR-PNU 026495-026553 | Wes Fach, Esq.<br>cc: Dr. Yehudah Livneh<br>Marc Goshko | Paul, Hastings, Janofsky & Walker, LLP | 03/04/2004 | Attorney-Client<br>Attorney Work Product | Letter regarding opinion of legal counsel with respect to patent issues |
| SICOR-PNU 026554-026620 | Wes Fach, Esq.<br>cc: Dr. Yehudah Livneh<br>Marc Goshko | Paul, Hastings, Janofsky & Walker, LLP. | 03/04/2004 | Attorney-Client<br>Attorney Work Product | Letter regarding opinion of legal counsel with respect to patent issues |
| SICOR-PNU 026621-026686 | Wes Fach | Brobeck, Phleger & Harrison, LLP. | 02/28/2001 | Attorney-Client<br>Attorney Work Product | Letter regarding opinion of legal counsel with respect to patent issues |

- 13 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026687-026752 | Frank Becker Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald cc: Carlo Salvi Marvin Samson | Wes Fach | 03/01/2001 | Attorney-Client Attorney Work Product | Memorandum attaching Letter regarding opinion of legal counsel with respect to patent issues |

- 14 -

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026773-026775 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica Wolff<br>Julissa Martinez<br>Valerie Guecia<br>Vandana Sonavaria<br>Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney<br>Rachelle Zimmerman | Dorla Mirejovsky | 04/03/2001 | Attorney-Client<br>Attorney Work Product | Email regarding agenda for patent committee meeting |

- 15 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026776 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica R. Wolff<br>Julissa Martinez<br>Valerie Guecia<br>Vandana Sonavaria<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney<br>Rachelle Zimmerman | Dorla Mirejovsky | 05/17/2001 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting |

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026777-026781 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Alan Goldschein<br>Vandana Sonavaria<br>Peter MacDonald<br>Jessica Wolff<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon | Dorla Mirejovsky | 04/19/2001 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent committee meeting minutes with handwritten notes |

- 17 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026782-026783 | Art LeBlanc Alan Goldschein Craig Lea Wes Fach Karen Loberg Rosalie Lowe Elvia Gustavson Frank Becker Michael Cannon Peter MacDonald Jessica R. Wolff Julissa Martinez Valerie Guecia Vandana Sonavaria cc: Alice Kaylor Merril Benes Kathy Stewart Michelle McKenney | Dorla Mirejovsky | 02/20/2001 | Attorney-Client Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting. |

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026784 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica R. Wolff<br>Julissa Martinez<br>Valerie Guecia<br>Vandana Sonavaria<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney | Dorla Mirejovsky | 01/22/2001 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting. |
| SICOR-PNU 026785-026787 | | | | Attorney-Client<br>Attorney Work Product | Index of patent opinions files with handwritten notes |

- 19 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026788 | Ken Lomartire<br>Wes Fach<br>Jessica Wolff<br>Chuan Chen<br>Vandana Sonavaria<br>cc: Allyn Becker<br>Karen Loberg<br>Craig Lea | Dorla Mirejovsky | 01/23/2001 | Attorney-Client<br>Attorney Work Product | Email regarding advice of counsel with respect to patent issues |
| SICOR-PNU 026793 | Wes Fach<br>cc: Ken Lomartie<br>Valerie Guecia | Dorla Mirejovsky | 01/11/2001 | Attorney-Client<br>Attorney Work Product | Email regarding advice of counsel with respect to patent issues |

- 20 -

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026794 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica R. Wolff<br>Julissa Martinez<br>Valerie Guecia<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart | Dorla Mirejovsky | 12/11/2000 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting. |
| SICOR-PNU 026795 | | | 11/16/2000 | Attorney-Client<br>Attorney Work Product | Handwritten notes regarding patent committee meeting |

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026796 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica R. Wolff<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart | Dorla Mirejovsky | 11/14/2000 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting. |

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
**Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)**

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026807-026809 | Wes Fach Pam Beckman Dave Dreyer | Donna Gruol for Craig Lea and Frank Becker | 07/31/2001 | Attorney-Client Attorney Work Product | Memorandum and attachments regarding strategy with respect to patent issues with handwritten notes |
| SICOR-PNU 026810-026812 | Wes Fach Pam Beckman Dave Dreyer | Donna Gruol for Craig Lea and Frank Becker | 07/31/2001 | Attorney-Client Attorney Work Product | Memorandum and attachments with handwritten notes regarding strategy with respect to patent issues |
| SICOR-PNU 026819-026821 | Frank Becker | Wes Fach | 03/08/2001 | Attorney-Client Attorney Work Product | Memorandum attached with fax confirmation page summarizing advice of counsel with respect to patent issue |
| SICOR-PNU 026822-026826 | Wes Fach cc: Jessica R. Wolff | Carlos M. Candeloro, Brobeck, Phleger & Harrison, LLP | 12/12/2000 | Attorney-Client Attorney Work Product | Fax cover sheet with letter attached regarding expert consultant on patent issues with handwritten notes |
| SICOR-PNU 026827-026829 | Wes Fach cc: Jessica R. Wolff | Carlos M. Candeloro, Brobeck, Phleger & Harrison, LLP | 12/15/2000 | Attorney-Client Attorney Work Product | Fax cover sheet with letter attached regarding expert consultant on patent issues |
| SICOR-PNU 026830-026834 | Wes Fach cc: Jessica Wolff | Carlos M. Candeloro, Brobeck, Phleger & Harrison, LLP | 12/26/2000 | Attorney-Client Attorney Work Product | Fax cover sheet with letter attached regarding expert consultant on patent issues |

- 23 -

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026835-026840 | Wes Fach cc: Jessica Wolff | Carlos M. Candolero, Brobeck, Phleger & Harrison, LLP | 12/22/2000 | Attorney-Client Attorney Work Product | Fax cover sheet with letter attached regarding expert consultant on patent issues |
| SICOR-PNU 026841-026842 | Frank Becker cc: Wes Fach Pam Beckman Art LeBlanc Dave Dreyer | Craig Lea | 08/11/2000 | Attorney-Client Attorney Work Product | Memorandum regarding legal strategy with respect to patent issues |
| SICOR-PNU 026843 | Frank Becker cc: Craig Lea Ken Lomartire Marvin Sholdings | Wes Fach | 12/18/2000 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 026844 | Wes Fach cc: Carlo Salvi Marvin Samson Art LeBlanc Ken Lomartire Craig Lea | Frank Becker | 12/12/2000 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel relating to patent issues |
| SICOR-PNU 026861-026866 | | | | Attorney-Client Attorney Work Product | Document regarding legal strategy with respect to patent issues with handwritten notes |

- 24 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 026867-026869 | | | | Attorney-Client Attorney Work Product | Document regarding legal strategy regarding approval of idarubicin hydrochloride injection |
| SICOR-PNU 026870-026873 | Ira A. Schreger William J. Sipio David Baum Reid L. Ashinoff Nancy W. Tavarez Mirella Moshe Siskindovich cc: Brian T. Moriarty | Brian T. Moriarty | 10/21/2004 | Attorney-Client Attorney Work Product | Email chain regarding patent litigation issues |
| SICOR-PNU 026876-026877 | | | | Attorney Work Product | Document prepared as part of litigation strategy regarding idarubicin patents |
| SICOR-PNU 026983-027047 | Wes Fach | Brobeck, Phleger & Harrison, LLP | 02/28/2001 | Attorney-Client Attorney Work Product | Memorandum attaching letter regarding opinion of legal counsel with respect to patent issues |
| SICOR-PNU 027048-027066 | Jessica Wolff | Consulting Expert | 02/27/2001 | Attorney-Client Attorney Work Product | Consulting expert analysis of patent issues |
| SICOR-PNU 027067-027085 | Jessica Wolff | Consulting Expert | 02/27/2001 | Attorney-Client Attorney Work Product | Consulting expert analysis of patent issues |

- 25 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027086-027087 | | | | Attorney-Client Attorney Work Product | Document prepared as part of litigation strategy with handwritten notes regarding idarubicin patents |
| SICOR-PNU 027088-027090 | | Jessica Wolff | | Attorney Work Product | Search regarding patent issues |
| SICOR-PNU 027091-027094 | Carlo Salvi Frank Becker Marvin Samson | Wes Fach | 08/29/2000 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 027095-027160 | Frank Becker Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald cc: Carlo Salvi Marvin Samson | Wes Fach | 03/01/2001 | Attorney-Client Attorney Work Product | Memorandum attaching Letter regarding opinion of legal counsel with respect to patent issues |
| SICOR-PNU 027161-027177 | Consulting Expert | Jessica R. Wolff | 02/27/2001 | Attorney-Client Attorney Work Product | Fax cover sheet with attachment regarding consulting expert analysis of patent issues |
| SICOR-PNU 027178-027179 | Jessica R. Wolff | Consulting Expert | 02/27/2001 | Attorney-Client Attorney Work Product | Fax cover sheet with attachment regarding consulting expert analysis of patent issues |

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027180-027182 | | | | Attorney-Client Attorney Work Product | Document regarding legal strategy regarding approval of idarubicin hydrochloride injection |
| SICOR-PNU 027183-027186 | Ira. A. Schreger William J. Sipio David Baum Reid L. Ashinoff Nancy W. Tavarez Mirella Moshe Siskindovich cc: Brian T. Moriarty | Brian T. Moriarty | 10/21/2004 | Attorney-Client Attorney Work Product | Email chain regarding patent litigation issues |
| SICOR-PNU 027189-027194 | | | | Attorney-Client Attorney Work Product | Document regarding legal strategy with respect to patent issues with handwritten notes |
| SICOR-PNU 027195-27196 | | | | Attorney Work Product | Document prepared as part of litigation strategy regarding idarubicin patents |
| SICOR-PNU 027197-027199 | | | | Attorney Work Product | Document regarding legal strategy regarding approval of idarubicin hydrochloride injection |

- 27 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027200-027203 | Ira A. Schreger William J. Sipio David Baum Reid L. Ashinoff Nancy W. Tavarez Mirella Moshe Siskindovich cc: Brian T. Moriarty | Brian T. Moriarty | 10/21/2004 | Attorney-Client Attorney Work Product | Email chain regarding patent litigation issues |
| SICOR-PNU 027206-027211 | | | | Attorney-Client Attorney Work Product | Document regarding legal strategy with respect to patent issues with handwritten notes |
| SICOR-PNU 027212-027213 | | | | Attorney Work Product | Document prepared as part of litigation strategy regarding idarubicin patents |
| SICOR-PNU 027214-027471 | Jessica R. Wolff | Consulting Expert | 02/11/2004 | Attorney-Client Attorney Work Product | Multiple copies of analysis of patent issues with handwritten notes |
| SICOR-PNU 027478 | Jessica R. Wolff | Peter MacDonald | 12/20/2000 | Attorney-Client Attorney Work Product | Cover page to file concerning patent issues |
| SICOR-PNU 027479-027509 | Jessica Wolff cc: Ken Lomartire Darla Mirejovsky M. Foery | Peter MacDonald | 12/20/2000 | Attorney-Client Attorney Work Product | Fax cover sheet and attachments with handwritten notes relating to file inspection of patent |

- 28 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027510 | Art LeBlanc<br>Craig Lea<br>Ken Lomartire<br>Peter MacDonald<br>Jessica Wolff<br>cc: Carlo Salvi<br>Frank Becker | Wes Fach | 09/27/2000 | Attorney-Client<br>Attorney Work Product | Memorandum regarding advice of counsel on patent issues |
| SICOR-PNU 027511 | | | 09/29/2000 | Attorney-Client<br>Attorney Work Product | Handwritten notes regarding legal strategy with respect to patent issues |
| SICOR-PNU 027512 | Art LeBlanc<br>Craig Lea<br>Ken Lomartire<br>Peter MacDonald<br>Jessica Wolff<br>cc: Carlo Salvi<br>Frank Becker | Wes Fach | 09/25/2000 | Attorney-Client<br>Attorney Work Product | Memorandum regarding advice of counsel on patent issues |
| SICOR-PNU 027541-027546 | Jessica Wolff | Wes Fach | 09/25/2000 | Attorney-Client<br>Attorney Work Product | Fax cover sheet with attachments regarding analysis of patent issues with handwritten notes |

- 29 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UP.JOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027670-027673 | | | 09/20/2000 | Attorney-Client Attorney Work Product | File folder cover and handwritten notes regarding meeting about patent issues |
| SICOR-PNU 027674 | Ken Lomartire Art Leblanc Alan Goldschein Craig Lea Wes Fach Karen Loberg Rosalie Lowe Elvia Gusavason Frank Becker Michael Cannon Peter MacDonald Jessica Wolff Julissa Martinez Valerie Guecia Vandana Sonavaria cc: Alice Kaylor Merril Benes Kathy Stewart Michelle McKenney | Doria Mirejovsky | 01/22/2001 | Attorney-Client Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting |

- 30 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027675 | | | 11/25/2001 | Attorney-Client Attorney Work Product | Handwritten notes regarding patent committee meeting |
| SICOR-PNU 027676-027677 | Richard Pagliery Laura Collins Ellen Hall cc: Janice Crisp | Jessica R. Wolff | 01/25/2001 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027678-027679 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gusavason<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica R. Wolff<br>Julissa Martinez<br>Valerie Guecia<br>Vandana Sonavaria<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney | Dorla Mirejovsky | 02/20/2001 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting |

- 32 -

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027680-027682 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Alan Goldschein<br>Vandana Sonavaria<br>Peter Macdonald,<br>Genchem Pharma<br>Jessica R. Wolff,<br>Brobeck, Phleger &<br>Harrison, LLP<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon | Dorla Mirejovsky | 03/01/2001 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent committee meeting minutes |
| SICOR-PNU 027683 | | | 03/11/2001 | Attorney-Client<br>Attorney Work Product | Handwritten notes regarding patent issues |

- 33 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027684-027685 | Ken Lomartire<br>Art Leblanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gusavason<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica R. Wolff<br>Julissa Martinez<br>Valerie Guecia<br>Vandana Sonavaria<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney<br>Rachelle Zimmerman | Dorla Mirejovsky | 04/03/2001 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting |
| SICOR-PNU 027686-027688 | | | 04/05/2001 | Attorney-Client<br>Attorney Work Product | Handwritten notes regarding patent committee meeting |

- 34 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| 027689-027690 | Ken Lomartire<br>Art Leblanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gusavason<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica R. Wolff<br>Julissa Martinez<br>Valerie Guecia<br>Vandana Sonavaria<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney<br>Rachelle Zimmerman | Dorla Mirejovsky | 05/17/2001 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting. |

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027691-027695 | Ken Lomartire Art LeBlanc Craig Lea Wes Fach Karen Loberg Alan Goldschein Vandana Sonavaria Peter MacDonald, Genchem Pharma Jessica R. Wolff, Brobeck, Phleger & Harrison, LLP Rosalie Lowe Elvia Gustavson Frank Becker Michael Cannon | Dorla Mirejovsky | 04/19/2001 | Attorney-Client Attorney Work Product | Memorandum regarding patent committee meeting minutes with handwritten notes |
| SICOR-PNU 027696-027697 | | | 05/24/2001 | Attorney-Client Attorney Work Product | Handwritten notes of patent committee meeting minutes |

- 36 -

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027698-027702 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Alan Goldschein<br>Vandana Sonavaria<br>Peter MacDonald,<br>Genchem Pharma<br>Jessica R. Wolff,<br>Brobeck, Phleger &<br>Harrison, LLP<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon | Dorla Mirejovsky | 06/04/2001 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent committee meeting minutes |

PRIVILEGE LOG

PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.

Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027703-027704 | Ken Lomartire<br>Art Leblanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gusavason<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica R. Wolff<br>Julissa Martinez<br>Valerie Guecia<br>Vandana Sonavaria<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney<br>Rachelle Zimmerman | Dorla Mirejovsky | 06/23/2005 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting |

- 38 -

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027705-027709 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Alan Goldschein<br>Vandana Sonavaria<br>Allyn Becker<br>Peter MacDonald,<br>Gencham Pharma<br>Jessica R. Wolff,<br>Brobeck, Phleger &<br>Harrison, LLP<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon | Dorla Mirejovsky | 06/04/2001 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent committee meeting minutes |