**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UP JOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027710-027711 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica R. Wolff<br>Julissa Martinez<br>Vandana Sonavaria<br>Allyn Becker<br>Chuan Chen<br>Rachelle Zimmerman<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney | Dorla Mirejovsky | 07/30/2001 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting |

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027712-027716 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Alan Goldschein<br>Vandana Sonavaria<br>Allyn Becker<br>Chuan Chen<br>Peter MacDonald,<br>Genchem Pharma<br>Jessica R. Wolff,<br>Brobeck, Phleger &<br>Harrison, LLP<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon | Dorla Mirejovsky | 07/27/2001 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent committee meeting minutes |

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027717-027719 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica R. Wolff<br>Julissa Martinez<br>Vandana Sonavaria<br>Allyn Becker<br>Chuan Chen<br>Rachelle Zimmerman<br>Richard H. Pagliery<br>Eliva Gustavson<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney<br>Jennifer Bland | Dorla Mirejovsky | 08/31/2001 | Attorney-Client<br>Attorney Work Product | Email regarding agenda for patent committee meeting |

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027720-027724 | | | 09/05/2001 | Attorney-Client Attorney Work Product | Handwritten notes regarding patent committee meeting attached to typed notes regarding same |
| SICOR-PNU 027725-027727 | Ken Lomartire Art LeBlanc Craig Lea Wes Fach Karen Loberg Alan Goldschein Peter MacDonald, Gencham Pharma Jessica R. Wolff, Brobeck, Phleger & Harrison, LLP Rosalie Lowe Elvia Gustavson Frank Becker Michael Cannon | Dorla Mirejovsky | 11/01/2000 | Attorney-Client Attorney Work Product | Memorandum regarding patent committee meeting minutes with handwritten notes |

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027728-027730 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Alan Goldschein<br>Peter MacDonald,<br>Gencham Pharma<br>Jessica Wolff, Brobeck,<br>Phleger & Harrison,<br>LLP<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon | Dorla Mirejovsky | 11/01/2000 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent committee meeting minutes with handwritten notes |

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027731 | Kenneth Lomartire, Art Leblanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica R. Wolff<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart | Dorla Mirejovsky | 11/14/2000 | Attorney-Client<br>Attorney Work Product | Email regarding agenda for patent committee meeting |
| SICOR-PNU 027732 | | | 11/16/2000 | Attorney-Client<br>Attorney Work Product | Handwritten notes regarding patent committee meeting |
| SICOR-PNU 027733-027735 | File<br>cc: Richard Pagliery<br>Laura Collins | Jessica R. Wolff, Brobeck, Phleger & Harrison, LLP | 11/16/2000 | Attorney-Client<br>Attorney Work Product | Gensia Sicor Action Items Memo regarding patent committee meeting with handwritten notes |

- 45 -

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027736 | Laura B. Collins cc: Richard Pagliery | Jessica R. Wolff | 11/16/2000 | Attorney-Client Attorney Work Product | Email regarding new and additional action items for Gensia Sicor in connection with patent committee issues |
| SICOR-PNU 027737 | Kenneth Lomartire, Art Leblanc Alan Goldschein Craig Lea Wes Fach Alan Goldschein Karen Loberg Rosalie Lowe Elvia Gustavson Frank Becker Michael Cannon Peter MacDonald Jessica R. Wolff Julissa Martinez Valerie Guecia cc: Alice Kaylor Merril Benes Kathy Stewart | Dorla Mirejovsky | 12/11/2000 | Attorney-Client Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting |

- 46 -

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027738-027739 | | | 12/12/2000 | Attorney-Client Attorney Work Product | Handwritten notes regarding patent committee meeting attached to typed notes regarding same |
| SICOR-PNU 027740 | Jessica R. Wolff cc: Richard Pagliery | Laura B. Collins | 01/02/2001 | Attorney-Client Attorney Work Product | Memorandum regarding Gensia Sicor action items in connection with patent issues |
| SICOR-PNU 027741-027742 | | | 08/23/2002 | Attorney-Client Attorney Work Product | File folder cover attached to handwritten notes regarding patent committee meeting |
| SICOR-PNU 027743-027744 | Jessica R. Wolff | Wes Fach | 08/21/2002 | Attorney-Client Attorney Work Product | Email regarding status of a patent with handwritten notes |
| SICOR-PNU 027745 | Jessica R. Wolff | Wes Fach | 09/05/2000 | Attorney-Client Attorney Work Product | Fax cover sheet |
| SICOR-PNU 027766-027772 | Jessica R. Wolff | Wes Fach | 08/14/2000 | Attorney-Client Attorney Work Product | Fax cover sheet attaching correspondence relating to idarubicin with handwritten notes |
| SICOR-PNU 027773-027777 | Wes Fach | Jessica Wolff, Brobeck, Phleger & Harrison, LLP | 07/14/2000 | Attorney-Client Attorney Work Product | Letter regarding legal advice with respect to patent issues |
| SICOR-PNU 027778-027784 | Consulting Expert cc: Jessica R. Wolff | Carlos M. Candeloro | 12/26/2000 | Attorney-Client Attorney Work Product | Letter with fax confirmation page attached regarding expert consultant on patent issues |

- 47 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027785-027789 | Wes Fach | Carlos M. Candeloro | 12/26/2000 | Attorney-Client Attorney Work Product | Fax cover sheet with letter attached regarding expert consultant on patent issues |
| SICOR-PNU 027790-027796 | Consulting Expert | Carlos M. Candeloro | 12/22/2000 | Attorney-Client Attorney Work Product | Letter regarding expert consultant on patent issues with fax cover sheet and confirmation attached |
| SICOR-PNU 027816-027822 | Wes Fach | Carlos M. Candeloro | 12/22/2000 | Attorney-Client Attorney Work Product | Letter regarding expert consultant on patent issues with fax cover sheet and confirmation page attached |
| SICOR-PNU 027823-027828 | Consulting Expert cc: Jessica Wolff | Carlos M. Candeloro | 12/12/2000 | Attorney-Client Attorney Work Product | Letter regarding expert consultant on patent issues with fax cover sheet and confirmation pages attached |
| SICOR-PNU 027829-027834 | Wes Fach cc: Jessica R. Wolff | Carlos M. Candeloro | 12/12/2000 | Attorney-Client Attorney Work Product | Letter regarding expert consultant on patent issues with fax cover sheet and confirmation pages attached |
| SICOR-PNU 027835-027838 | Consulting Expert cc: Jessica R. Wolff | Carlos M. Candeloro | 12/01/2000 | Attorney-Client Attorney Work Product | Letter regarding expert consultant on patent issues with handwritten notes |
| SICOR-PNU 027839-027845 | Jessica R. Wolff | Wes Fach | 08/14/2000 | Attorney-Client Attorney Work Product | Fax cover sheet attaching correspondence relating to idarubicin |

- 48 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027846-027852 | Jessica R. Wolff cc: Ken Lomartire | Dorla Mirejovsky | 08/14/2000 | Attorney-Client Attorney Work Product | Fax cover sheet with note regarding idarubicin formulation with related documents attached with handwritten notes |
| SICOR-PNU 027853-027856 | | | | Attorney-Client Attorney Work Product | File folder cover with attachment of chart regarding prior art analysis |
| SICOR-PNU 027857-027866 | Jessica R. Wolff | Laura Collins | 09/18/2000 | Attorney-Client Attorney Work Product | Memorandum with attachment regarding search relevant to patent with handwritten notes |
| SICOR-PNU 027867-027903 | Jessica R. Wolff | Laura Collins | 09/12/2000 | Attorney-Client Attorney Work Product | Memorandum with attachments regarding search related to patent with handwritten notes |
| SICOR-PNU 027904-027918 | | Consulting Expert | | Attorney-Client Attorney Work Product | Consulting expert analysis of patent issues |
| SICOR-PNU 027919-027921 | Consulting Expert | Carlos M. Candelero | 01/16/2001 | Attorney-Client Attorney Work Product | Letter regarding expert consultant on patent issues |
| SICOR-PNU 027922-027961 | | | 08/26/2002 | Attorney-Client Attorney Work Product | Index of search related to patent |
| SICOR-PNU 027962-027964 | Jessica R. Wolff | Laura Collins | 09/12/2000 | Attorney-Client Attorney Work Product | Memorandum regarding search related to patent |
| SICOR-PNU 027965-027967 | Jessica R. Wolff | Laura Collins | 09/18/2000 | Attorney-Client Attorney Work Product | Memorandum regarding search related to patent |

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UP JOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027969-027972 | Craig Bell | Jessica Wolff | 03/10/2003 | Attorney-Client Attorney Work Product | Fax cover sheet with handwritten note attaching correspondence regarding patent |
| SICOR-PNU 027973 | Michelle McKenney Wes Fach | Jessica R. Wolff | 12/03/2003 | Attorney-Client Attorney Work Product | Letter regarding invoice for services rendered by consulting expert with respect to patent issues |
| SICOR-PNU 027974-027975 | Candy Cowell Jessica R. Wolff | Consulting Expert | 12/03/2003 | Attorney-Client Attorney Work Product | Email regarding invoice for services with respect to patent issues attaching invoice |
| SICOR-PNU 027976 | Michelle McKenney Wes Fach | Jessica R. Wolff | 12/04/2003 | Attorney-Client Attorney Work Product | Letter regarding invoice for services rendered by consulting expert with respect to patent issues |
| SICOR-PNU 027977-027978 | Michelle McKenney | Mary Cowell | 12/04/2003 | Attorney-Client Attorney Work Product | Email regarding invoice for services rendered by consulting expert with respect to patent issues attaching invoice |
| SICOR-PNU 027979-027984 | Consulting Expert | Carlos M. Candeloro | 12/12/2000 | Attorney-Client Attorney Work Product | Letter regarding expert consultant on patent issues with fax cover sheet |
| SICOR-PNU 027985-027991 | Wes Fach | Carlos M. Candeloro | 12/12/2000 | Attorney-Client Attorney Work Product | Letter regarding expert consultant on patent issues with fax cover sheet |
| SICOR-PNU 027992 | | | | Attorney-Client Attorney Work Product | Handwritten notes regarding patent issues |

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
**Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)**

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 027993-027997 | Mary Cowell | Kelly A. Glass | 12/18/2002 | Attorney-Client Attorney Work Product | Email and attached letter regarding expert consultant on patent issues |
| SICOR-PNU 027998 | Kelly A. Glass | Mary Cowell | 12/18/2002 | Attorney-Client Attorney Work Product | Email regarding expert consultant on patent issues |
| SICOR-PNU 027999 | | | | Attorney-Client Attorney Work Product | File cover page regarding prior art search |
| SICOR-PNU 028038-028042 | | Consulting Expert | | Attorney-Client Attorney Work Product | Chart regarding patent issues with handwritten notes |
| SICOR-PNU 028190-028421 | Wes Fach | Jessica Wolff | 03/01/2001 | Attorney-Client Attorney Work Product | Letter regarding opinion of legal counsel with respect to patent issues with handwritten notes |
| SICOR-PNU 028422-028439 | Jessica R. Wolff | Consulting Expert | 02/27/2001 | Attorney-Client Attorney Work Product | Consulting expert analysis of patent issues |
| SICOR-PNU 028440-028441 | Jessica R. Wolff | Consulting Expert | 02/27/2001 | Attorney-Client Attorney Work Product | Fax cover sheet attaching portion of consulting expert analysis of patent issues |
| SICOR-PNU 028625-028692 | Wes Fach | Brobeck, Phleger & Harrison, LLP | 02/28/2000 | Attorney-Client Attorney Work Product | Letter regarding the opinion of counsel with respect to patent issues |
| SICOR-PNU 028693-028694 | Jessica R. Wolff | Consulting Expert | 09/17/2002 | Attorney-Client Attorney Work Product | Fax cover sheet attaching document relating to patent claims |
| SICOR-PNU 028695-028708 | Jessica R. Wolff | Consulting Expert | 09/12/2002 | Attorney-Client Attorney Work Product | Consulting expert analysis of patent issues with handwritten notes |

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 028709-028724 | Consulting Expert | Jessica Wolff | 02/26/2001 | Attorney-Client Attorney Work Product | Fax cover sheet attaching consulting expert analysis of patent issues with handwritten notes |
| SICOR-PNU 028753-028784 | | Consulting Expert | | Attorney-Client Attorney Work Product | Curriculum Vitae for consulting expert |
| SICOR-PNU 028785 | | Consulting Expert | | Attorney-Client Attorney Work Product | Handwritten notes regarding patent issues |
| SICOR-PNU 028831 | Margrit Foery cc: Michael Cannon Doria Mirejovsky | Ken Lomartire | | Attorney-Client Attorney Work Product | Fax cover sheet regarding patent issues |
| SICOR-PNU 028834 | Margrit Foery | Ken Lomartire | 06/30/2000 | Attorney-Client Attorney Work Product | Fax cover sheet regarding patent issues |
| SICOR-PNU 028841-028842 | Margrit Foery cc: K. Loberg, A. LeBlanc | Ken Lomartire | | Attorney-Client Attorney Work Product | Fax cover sheet regarding patent issues |
| SICOR-PNU 028844 | Margrit Foery cc: A. LeBlanc K. Loberg | Ken Lomartire | | Attorney-Client Attorney Work Product | Fax cover sheet regarding patent issues |

- 52 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 029262 | Jessica Wolff<br>Wes Fach<br>cc: Frank Becker<br>Michel Cannon<br>Craig Lea<br>Art LeBlanc<br>Rosalie Lowe<br>Ken Lomartire | Dorla Mirejovsky | 09/14/2000 | Attorney-Client<br>Attorney Work Product | Email regarding patent related searches |
| SICOR-PNU 029263 | Wes Fach<br>Dorla Mirejovsky | Craig Lea | 09/12/2000 | Attorney-Client<br>Attorney Work Product | Email regarding legal advice from counsel |
| SICOR-PNU 029305-029307 | Frank Becker | Wes Fach | 03/08/2001 | Attorney-Client<br>Attorney Work Product | Memorandum with fax confirmation page attached regarding legal advice of counsel with respect to patent issues |
| SICOR-PNU 029308-029312 | Wes Fach | Carlos M. Candeloro | 12/12/2000 | Attorney-Client<br>Attorney Work Product | Fax cover sheet attaching letter regarding consulting expert on patent issues |
| SICOR-PNU 029313-029315 | Wes Fach | Carlos M. Candeloro | 12/15/2000 | Attorney-Client<br>Attorney Work Product | Fax cover sheet attaching letter regarding consulting expert on patent issues |
| SICOR-PNU 029316-029320 | Wes Fach | Carlos M. Candeloro | 12/26/2000 | Attorney-Client<br>Attorney Work Product | Fax cover sheet attaching letter regarding consulting expert on patent issues |

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 029321-029326 | Wes Fach | Carlos M. Candeloro | 12/22/2000 | Attorney-Client Attorney Work Product | Fax cover sheet attaching letter regarding consulting expert on patent issues |
| SICOR-PNU 029327-029328 | Frank Becker cc: Wes Fach Pam Beckman Art LeBlanc Dave Dreyer | Craig Lea | 08/11/2000 | Attorney-Client Attorney Work Product | Memorandum regarding legal strategy with respect to patent issues |
| SICOR-PNU 029329 | Frank Becker cc: Craig Lea Ken Lomartire Marvin Sholdings | Wes Fach | 12/18/2000 | Attorney-Client Attorney Work Product | Email regarding opinion of legal counsel with respect to patent issues |
| SICOR-PNU 029330 | Wes Fach cc: Carlo Salvi Marvin Samson Art LeBlanc Ken Lomartire Craig Lea | Frank Becker | 12/12/2000 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 029331-029337 | Jessica R. Wolff | Wes Fach | 09/22/2000 | Attorney-Client Attorney Work Product | Fax regarding analysis of patent issues attaching fax cover sheet |

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 029338 | Dorla Mirejovsky cc: Wes Fach Ken Lomartire | Jessica Wolff | 10/02/2000 | Attorney-Client Attorney Work Product | Email regarding patent review |
| SICOR-PNU 029339-029345 | Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald Jessica R. Wolff cc: Carlo Salvi Frank Becker | Wes Fach | 09/27/2000 | Attorney-Client Attorney Work Product | Memorandum with fax confirmation pages attached regarding legal advice of counsel with respect to patent issues |
| SICOR-PNU 029346-029352 | Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald Jessica R. Wolff cc: Carlo Salvi Frank Becker | Wes Fach | 09/25/2000 | Attorney-Client Attorney Work Product | Memorandum with fax confirmation pages attached regarding legal advice of counsel with respect to patent issues |
| SICOR-PNU 029353-029357 | Carlo Salvi Frank Becker Marvin Samson | Wes Fach | 08/29/2000 | Attorney-Client Attorney Work Product | Memorandum with fax confirmation pages attached regarding legal advice of counsel with respect to patent issues |
| SICOR-PNU 029358-029360 | Dorla Mirejovsky cc: Wes Fach | Jessica R. Wolf | 09/18/2000 | Attorney-Client Attorney Work Product | Email relating to legal strategy with respect to patent issues |

- 55 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UP.JOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 029361-029362 | Jessica R. Wolff | Wes Fach | 08/14/2000 | Attorney Work Product | Fax cover sheet regarding idarubicin with handwritten notes |
| SICOR-PNU 029568-029570 | Brian T. Moriarty | Wes Fach | 08/05/2004 | Attorney-Client Attorney Work Product | Fax cover page attaching correspondence regarding patent issues |
| SICOR-PNU 029571 | Margaret Ickes bcc: Wes Fach | Margaret Ickes | 07/16/2004 | Attorney-Client Attorney Work Product | Email regarding idarubicin litigation |
| SICOR-PNU 029572-029605 | | | 01/03/2000 | Attorney-Client Attorney Work Product | Charts, schedules, and legal documents regarding patent issues with handwritten notes |
| SICOR-PNU 029606-029607 | Staci Julie | Lynne Holley | 07/21/2004 | Attorney-Client Attorney Work Product | Email attaching correspondence regarding idarubicin |
| SICOR-PNU 029608-029609 | Meg Ickes cc: Wes Fach | Rosalie Lowe | 07/16/2004 | Attorney Client Attorney Work Product | Memo and attachment regarding idarubicin |
| SICOR-PNU 029610-029612 | Jessica Wolff | Wes Fach | 03/07/2003 | Attorney-Client Attorney Work Product | Fax cover sheet and confirmation pages attached with handwritten notes attaching correspondence regarding patent |
| SICOR-PNU 029613-029614 | Wes Fach | Jessica Wolff | 03/10/2003 | Attorney-Client Attorney Work Product | Fax cover sheet attaching correspondence regarding patent |
| SICOR-PNU 029615-029617 | Wes Fach | Marvin Samson | 02/20/2003 | Attorney-Client Attorney Work Product | Fax confirmation sheet attaching letter regarding patent issues |

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 029618-029683 | Frank Becker Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald cc: Carlo Salvi Marvin Samson | Wes Fach | 03/01/2001 | Attorney-Client Attorney Work Product | Memo attached to letter regarding opinion of legal counsel with respect to patent issues |
| SICOR-PNU 029684 | Wes Fach | Jessica R. Wolff | 03/01/2001 | Attorney-Client Attorney Work Product | Letter regarding legal advice of counsel with respect to patent issue |
| SICOR-PNU 029690-029692 | Carlos Salvi cc: Art LeBlanc Craig Lea Paolo Magri | Karen Loberg | 07/31/2002 | Attorney-Client Attorney Work Product | Fax cover page attaching email chain regarding idarubicin |
| SICOR-PNU 029710-029775 | Frank Becker Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald cc: Carlo Salvi Marvin Samson | Wes Fach | 03/01/2001 | Attorney-Client Attorney Work Product | Memorandum attaching a letter regarding opinion of legal counsel with respect to patent issues |

- 57 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Author(s) or Correspondent(s) | Recipient(s) or Addressee(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 029776 | Wes Fach | Art LeBlanc<br>Craig Lea<br>Ken Lomartire<br>Peter MacDonald<br>Jessica Wolff<br>cc: Carlo Salvi<br>Frank Becker | 09/25/2000 | Attorney-Client<br>Attorney Work Product | Memorandum regarding legal advice of counsel with respect to patent issues |
| SICOR-PNU 029777 | Wes Fach | Marvin Samson<br>cc: Craig Lea<br>Frank Becker | 01/02/2001 | Attorney-Client<br>Attorney Work Product | Email regarding status of patent issues |
| SICOR-PNU 029778 | Wes Fach | Frank Becker<br>cc: Craig Lea<br>Ken Lomartire<br>Marvin Samson | 12/18/2000 | Attorney-Client<br>Attorney Work Product | Email regarding status of patent issues with handwritten notes |
| SICOR-PNU 029786 | Wes Fach | Art LeBlanc<br>Craig Lea<br>Ken Lomartire<br>Peter MacDonald<br>Jessica Wolff<br>cc: Carlo Salvi<br>Frank Becker | 09/25/2000 | Attorney-Client<br>Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |

- 58 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 029818-029819 | Craig Lea cc: Art LeBlanc Dorla Mirejovsky | Michael Cannon | 04/24/1998 | Attorney-Client Attorney Work Product | Email regarding patent issues with handwritten notes |
| SICOR-PNU 029972 | Michael Cannon Cc: Craig Lea Vivian Ricaurte | Minerva McNeil on behalf of Ken Lomartire | 02/16/1999 | Attorney-Client Attorney Work Product | Email regarding analysis of patent issues |
| SICOR-PNU 029979-029980 | Frank Becker | Wes Fach | 03/08/2001 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 029981-030046 | Frank Becker Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald cc: Carlo Salvi Marvin Samson | Wes Fach | 03/01/2001 | Attorney-Client Attorney Work Product | Memorandum attaching a letter from counsel relating an opinion with respect to patent issues |
| SICOR-PNU 030062-030063 | Craig Lea cc: Frank Becker Art LeBlanc Ken Lomartire Dwain Allen | Rosalie Lowe | 08/20/1999 | Attorney-Client Attorney Work Product | Email concerning idarubicin approval issues |

- 59 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 030064-030066 | Carlo Salvi Frank Becker Marvin Samson | Wes Fach | 08/29/2000 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 030067-030068 | Wes Fach Frank Becker Art LeBlanc Ken Lomartire cc: Dorla Mirejovsky Pam Beckman | Craig Lea | 08/23/2000 | Attorney-Client Attorney Work Product | Email regarding patent issues |
| SICOR-PNU 030806-030871 | Frank Becker Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald cc: Carlo Salvi Marvin Samson | Wes Fach | 03/01/2001 | Attorney-Client Attorney Work Product | Memorandum attaching a letter from counsel relating an opinion with respect to patent issues |
| SICOR-PNU 031221-031225 | Wes Fach cc: Art LeBlanc Rosalie Lowe Dorla Mirejovsky Allyn Becker Chuan Chen | Peter MacDonald | 09/22/00 | Attorney-Client Attorney Work Product | Fax regarding review of patent issues |

- 60 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052213-052217 | Wes Fach | Jessica R. Wolff Brobeck, Phleger & Harrison LLP | 07/14/2000 | Attorney-Client Attorney Work Product | Letter regarding legal advice of counsel with respect to patent issues |
| SICOR-PNU 052218-052219 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 09/30/2000 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052220 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 08/29/2000 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052221-052223 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 10/26/2000 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052224-052226 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 11/22/2000 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052227-052229 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 12/15/2000 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052230-052231 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 01/13/2003 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052232-052233 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 02/11/2003 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052234-052237 | Gensia Sicor Pharmaceuticals, Inc. | Brobeck, Phleger & Harrison LLP | 03/13/2003 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052238-052243 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Michael Burton<br>Rosalie Lowe<br>Elvia Gustavson<br>Vandana Sonavaria<br>Allyn Becker<br>Chuan Chen<br>Peter MacDonald,<br>Genchem Pharma<br>Jessica R. Wolff,<br>Brobeck, Phleger &<br>Harrison, LLP<br>Frank Becker<br>Michael Cannon | Dorla Mirejovsky | 01/24/2002 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent committee meeting minutes |

- 62 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052244-052245 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica R. Wolff<br>Julissa Martinez<br>Vandana Sonavaria<br>Allyn Becker<br>Chuan Chen<br>Rachelle Zimmerman<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney<br>Dorla Mirejovsky | Dorla Mirejovsky | 07/30/2001 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting. |

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052246-052250 | Ken Lomartire<br>Art LeBlanc<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Alan Goldschein<br>Rosalie Lowe<br>Elvia Gustavson<br>Vandana Sonavaria<br>Allyn Becker<br>Chuan Chen<br>Peter MacDonald,<br>Genchem Pharma<br>Jessica R. Wolff,<br>Brobeck, Phleger &<br>Harrison, LLP<br>Frank Becker<br>Michael Cannon | Doria Mirejovsky | 07/27/2001 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent committee meeting minutes |

- 64 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052251-052253 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica R. Wolff<br>Julissa Martinez<br>Valerie Guecia<br>Vandana Sonavaria<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney<br>Rachelle Zimmerman | Dorla Mirejovsky | 04/03/2001 | Attorney-Client<br>Attorney Work Product | Email regarding agenda for patent committee meeting |

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052254-052256 | Ken Lomartire Art LeBlanc Craig Lea Wes Fach Karen Loberg Alan Goldschein Rosalie Lowe Elvia Gustavson Vandana Sonavaria Peter MacDonald, Genchem Pharma Jessica R. Wolff, Brobeck, Phleger & Harrison, LLP Frank Becker Michael Cannon | Dorla Mirejovsky | 03/01/2001 | Attorney-Client Attorney Work Product | Memorandum regarding patent committee meeting minutes |

- 66 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052258 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica R. Wolff<br>Julissa Martinez<br>Valerie Guecia<br>Vandana Sonarvaria<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney<br>Rachelle Zimmerman | Dorla Mirejovsky | 05/17/2001 | Attorney-Client<br>Attorney Work Product | Email with handwritten notes regarding agenda for patent committee meeting |

- 67 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052259-052263 | Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica R. Wolff<br>Vandana Sonavaria | Dorla Mirejovsky | 04/19/2001 | Attorney-Client<br>Attorney Work Product | Memorandum regarding patent committee meeting minutes |

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052264–052269 | Dorla Mirejovsky<br>Ken Lomartire<br>Art LeBlanc<br>Alan Goldschein<br>Craig Lea<br>Wes Fach<br>Karen Loberg<br>Rosalie Lowe<br>Elvia Gustavson<br>Frank Becker<br>Michael Cannon<br>Peter MacDonald<br>Jessica R. Wolff<br>Julissa Martinez<br>Valerie Guecia<br>Vandana Sonavaria<br>cc: Alice Kaylor<br>Merril Benes<br>Kathy Stewart<br>Michelle McKenney | Dorla Mirejovsky | 02/20/2001 | Attorney-Client<br>Attorney Work Product | Emails regarding agenda for patent committee meetings with handwritten notes |

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Recipient(s) or Addressee(s) | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052274-052277 | Dorla Mirejovsky | 01/11/2001 | Attorney-Client Attorney Work Product | Wes Fach cc: Ken Lomartire Valeria Guecia | Emails relating to patent issues and agenda for patent committee meeting and handwritten notes relating to same |
| SICOR-PNU 052278-052280 | Dorla Mirejovsky | 11/01/2000 | Attorney-Client Attorney Work Product | Ken Lomartire Art LeBlanc Craig Lea Wes Fach Karen Loberg Alan Goldschein Rosalie Lowe Elvia Gustavson Peter MacDonald, Genchem Pharma Jessica R. Wolff, Brobeck, Phleger & Harrison, LLP Frank Becker Michael Cannon | Memorandum regarding patent committee meeting minutes |
| SICOR-PNU 052293-052295 | Donna Gruol for Craig Lea and Frank Becker | 07/31/2001 | Attorney-Client Attorney Work Product | Wes Fach Pam Beckman Dave Dreyer | Memorandum attaching letter regarding legal strategies with respect to patent issues |

- 70 -

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
**Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)**

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052296-052298 | Wes Fach Pam Beckman Dave Dreyer | Donna Gruol for Craig Lea and Pam Beckman | 07/31/2001 | Attorney-Client Attorney Work Product | Memorandum regarding legal strategies with respect to patent issues |
| SICOR-PNU 052325-052327 | Frank Becker | Wes Fach | 03/08/2001 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PNU 052328-052330 | Wes Fach | Carlos M. Candeloro | 12/12/2000 | Attorney-Client Attorney Work Product | Fax cover sheet attached to letter regarding expert consultant on patent issues with handwritten notes |
| SICOR-PNU 052331-052332 | | Brobeck, Phleger & Harrison LLP | 12/12/2000 | Attorney-Client Attorney Work Product | Draft document concerning expert consultant on patent issues |
| SICOR-PNU 052333-052335 | Wes Fach | Carlos M. Candeloro | 12/15/2000 | Attorney-Client Attorney Work Product | Fax cover sheet attached to letter regarding expert consultant on patent issues |
| SICOR-PNU 0522336-052340 | Wes Fach | Carlos M. Candeloro | 12/26/2000 | Attorney-Client Attorney Work Product | Fax cover sheet attached to letter regarding expert consultant on patent issues |
| SICOR-PNU 052341-052346 | Wes Fach | Carlos M. Candeloro | 12/22/2000 | Attorney-Client Attorney Work Product | Fax cover sheet attached to letter regarding expert consultant on patent issues |

**PRIVILEGE LOG**
**PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.**
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052347-052348 | Frank Becker cc: Wes Fach Pam Beckman Art LeBlanc Dave Dreyer | Craig Lea | 08/11/2000 | Attorney-Client Attorney Work Product | Memorandum regarding legal advice relating to patent issues |
| SICOR-PNU 052349-052353 | Wes Fach | Peter MacDonald | 09/22/2000 | Attorney-Client Attorney Work Product | Fax cover sheet with attachment relating to patent issues |
| SICOR-PNU 052354-052363 | Jessica Wolff | Wes Fach | 09/25/2000 | Attorney-Client Attorney Work Product | Fax cover sheet and confirmation pages attached to an email regarding advice of counsel related to patent issues |
| SICOR-PNU 052364-052370 | Art LeBlanc Craig Lea Ken Lomartire Peter MacDonald Jessica R. Wolff cc: Carlo Salvi Frank Becker | Wes Fach | 09/25/2000 | Attorney-Client Attorney Work Product | Memorandum attached to fax confirmation pages regarding advice of counsel on patent issues |
| SICOR-PNU 052371-052375 | Carlo Salvi Frank Becker Marvin Samson | Wes Fach | 08/29/2000 | Attorney-Client Attorney Work Product | Memorandum attached to fax confirmation relating to advice of counsel on patent issues |

- 72 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052376-052378 | Dorla Mirejovsky cc: Wes Fach | Jessica R. Wolff | 09/18/2000 | Attorney-Client Attorney Work Product | Email discussing legal strategy relating to patent issues |
| SICOR-PNU 052379-052380 | SICOR Pharmaceuticals, Inc. Attn: Wes Fach | Paul, Hastings, Janofsky & Walker LLP | 01/30/2004 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052381-052382 | SICOR Pharmaceuticals, Inc. Attn: Wes Fach | Paul, Hastings, Janofsky & Walker LLP | 12/31/2003 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052383 | SICOR Pharmaceuticals, Inc. Attn: Wes Fach | Paul, Hastings, Janofsky & Walker LLP | 04/21/2003 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052384-052387 | Gensia SICOR Pharmaceuticals Inc | Brobeck, Phleger & Harrison LLP | 01/26/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052388-052392 | Gensia SICOR Pharmaceuticals Inc | Brobeck, Phleger & Harrison LLP | 02/27/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052393-052397 | Gensia SICOR Pharmaceuticals Inc | Brobeck, Phleger & Harrison LLP | 03/24/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052398-052400 | Gensia SICOR Pharmaceuticals Inc | Brobeck, Phleger & Harrison LLP | 04/24/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052401 | Gensia SICOR Pharmaceuticals Inc | Brobeck, Phleger & Harrison LLP | 05/23/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |

- 73 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 052402-052403 | Gensia SICOR Pharmaceuticals Inc | Brobeck, Phleger & Harrison LLP | 09/14/2001 | Attorney-Client Attorney Work Product | Invoice for services rendered with respect to patent issues |
| SICOR-PNU 052404 | Ken Lomartire Wes Fach Jessica Wolff Chuan Chen Vandana Sonavaria cc: Allyn Becker Karen Loberg Craig Lea | Dorla Mirejovsky | 01/23/2001 | Attorney-Client Attorney Work Product | Email regarding advice of counsel on patent issues |
| SICOR-PNU 052405 | Frank Becker cc: Craig Lea Ken Lomartire Marvin Sholdings | Wes Fach | 12/18/2000 | Attorney-Client Attorney Work Product | Email regarding advice of counsel on patent issues |
| SICOR-PNU 052406 | Wes Fach cc: Carlo Salvi Marvin Samson Art LeBlanc Ken Lomartire Craig Lea | Frank Becker | 12/12/2000 | Attorney-Client Attorney Work Product | Memorandum regarding advice of counsel with respect to patent issues |
| SICOR-PUN 053835-053864 | | | 05/25/2005 | Attorney Work Product | Report on idarubicin HCl |

- 74 -

PRIVILEGE LOG
PRODUCTION OF DOCUMENTS TO PHARMACIA & UPJOHN CO.
Pharmacia & Upjohn Co. v. Sicor -- Case No. 04 Civ 833 (KAJ)

The following described documents have been withheld from production on the
grounds that they contain privileged information:

| Bates Range | Recipient(s) or Addressee(s) | Author(s) or Correspondent(s) | Date(s) | Privilege(s) Asserted | Document Type and Description |
|---|---|---|---|---|---|
| SICOR-PNU 053773-053834 | | | 05/25/2005 | Attorney Work Product | Report on idarubicin hydrochloride |
| SICOR-PNU 054000-054001 | A. Vacallo cc: E. Bigatti | Giuseppe Blandizzi | 04/03/2000 | Attorney Work Product | Email regarding idarubicin in Italian |
| SICOR-PNU 054034-054055 | Zvi Harel Noa Faran Elisabeth Kogan Marco Villa Paolo Magri Margalit Fine cc: Yehudad Livneh Adva Kubani | Yehuda Meyer | 12/15/2004 | Attorney-Client Attorney Work Product | Memorandum regarding legal advice |
| SICOR-PNU 054132-054171 | | | | Attorney Work Product | Investigation relating to idarubicin hydrochloride |
| SICOR-PNU 054172-054196 | | | | Attorney Work Product | Handwritten notes in Italian regarding patent related issues |
| SICOR-PNU 054197-054209 | | | | Attorney Work Product | Handwritten notes in Italian regarding patent related issues |