# EXHIBIT B

-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
V0SZAZ8SILJ3JV9C20KGJ7JVr1BNeXlCG5Bpmps9WCWyt7Eywr97UUMBocHDqJtb
6srFqYqGQPokSs6wQtHMpw==

<SEC-DOCUMENT>0000912057-01-505766.txt : 20010402
<SEC-HEADER>0000912057-01-505766.hdr.sgml : 20010402
ACCESSION NUMBER: 0000912057-01-505766
CONFORMED SUBMISSION TYPE: 10-K405
PUBLIC DOCUMENT COUNT: 3
CONFORMED PERIOD OF REPORT: 20001231
FILED AS OF DATE: 20010330

FILER:

COMPANY DATA:
COMPANY CONFORMED NAME: SICOR INC
CENTRAL INDEX KEY: 0000807873
STANDARD INDUSTRIAL CLASSIFICATION: PHARMACEUTICAL PREPARATIONS [2834]
IRS NUMBER: 330176647
STATE OF INCORPORATION: DE
FISCAL YEAR END: 1231

FILING VALUES:
FORM TYPE: 10-K405
SEC ACT:
SEC FILE NUMBER: 033-34565
FILM NUMBER: 1586919

BUSINESS ADDRESS:
STREET 1: 19 HUGHES
CITY: IRVINE
STATE: CA
ZIP: 92618
BUSINESS PHONE: 9494554700

MAIL ADDRESS:
STREET 1: 19 HUGHES
CITY: IRVINE
STATE: CA
ZIP: 92618

FORMER COMPANY:
FORMER CONFORMED NAME: GENSIA SICOR INC
DATE OF NAME CHANGE: 19970430

FORMER COMPANY:
FORMER CONFORMED NAME: GENSIA INC
DATE OF NAME CHANGE: 19930701

FORMER COMPANY:
FORMER CONFORMED NAME: GENSIA PHARMACEUTICAL INC
DATE OF NAME CHANGE: 19930701
</SEC-HEADER>
<DOCUMENT>
<TYPE>10-K405
<SEQUENCE>1

<FILENAME>a2043001z10-k405.txt
<DESCRIPTION>10-K405
<TEXT>

<PAGE>

---

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

---

FORM 10-K

<TABLE>
<C> <S>
/X/ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
</TABLE>

FOR THE FISCAL YEAR ENDED DECEMBER 31, 2000.

OR

<TABLE>
<C> <S>
/ / TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
</TABLE>

FOR THE TRANSITION PERIOD FROM ______________ TO ______________

COMMISSION FILE NUMBER 0-18549

---

SICOR INC.
(Exact name of registrant as specified in its charter)

<TABLE>
<S> <C>

| DELAWARE | 33-0176647 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

</TABLE>

19 HUGHES
IRVINE, CALIFORNIA 92618
(Address of principal executive offices and zip code)

(949) 455-4700
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act: NONE

Securities registered pursuant to Section 12(g) of the Act:

COMMON STOCK, PAR VALUE $.01
PREFERRED STOCK PURCHASE RIGHTS, PAR VALUE $.01
(Title of class)

---

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of

and Mexico. Specific financial information with respect to the Company's foreign and domestic operations is provided in Note 15 "Segment and Geographic Information", in the Notes to Consolidated Financial Statements and is incorporated by reference into Part I of this Form 10-K.

<PAGE>

MANAGEMENT

EXECUTIVE OFFICERS

The executive officers of the Company as of February 28, 2001 are as follows:

<TABLE>
<CAPTION>

| NAME | AGE | POSITION |
|---|---|---|
| <S> | <C> | <C> |
| Carlo Salvi............................. | 64 | President and Chief Executive Officer and Director |
| Frank C. Becker.......................... | 65 | Executive Vice President and Chief Operating Officer and Director |
| Michael D. Cannon........................ | 55 | Executive Vice President and President, Biotechnology Division and Director |
| Gianpaolo Colla.......................... | 63 | Executive Vice President, Italian Operations and Director |
| John W. Sayward.......................... | 49 | Executive Vice President, Finance, Chief Financial Officer and Treasurer and Director |
| Armand J. LeBlanc........................ | 58 | Senior Vice President, Corporate Scientific Affairs |
| Wesley N. Fach........................... | 49 | Vice President, Senior Legal Counsel and Secretary |
| David C. Dreyer.......................... | 44 | Vice President, Chief Accounting Officer & Corporate Controller |

</TABLE>

Mr. Salvi has been a director of the Company since February 1997 and served as Executive Vice President of the Company from November 1997 to August 1998. He was named President and Chief Executive Officer of the Company in August 1998. Additionally, from February 1997 to June 1999 Mr. Salvi served as a Chairman of the Board of Directors and President of Sicor S.p.A. In June 1999 Mr. Salvi was named Vice President of Sicor S.p.A. From September 1995 to February 1997, Mr. Salvi was a consultant to Alco Chemicals Ltd., Swiss Branch ("Alco") in Lugano, Switzerland, which acts as an agent and distributor of certain Sicor S.p.A. products. From 1986 to September 1995, he was General Manager of Alco.

Mr. Becker has been a director of the Company since June 1998 and was appointed Executive Vice President and Chief Operating Officer of the Company in June 1999. He retired as Vice President, Chemical Research and Development for Abbott Laboratories, a healthcare products and services company, in December 1997. Mr. Becker joined Abbott Laboratories in 1959. In January 1998, Mr. Becker formed Greenfield Chemicals Inc., an outsourcing and consulting company supporting the pharmaceutical industry.

   Mr. Cannon has been a director and Executive Vice President of the Company since February 1997. Mr. Cannon was named President of the Company's Biotechnology Division in April 2000, and previously served as its Chief Scientific Officer. Prior to joining the Company, Mr. Cannon was a member of the Board of Directors of Sicor S.p.A. (where he worked from the company's founding in 1983) and Director of Business Development of Alco Chemicals Ltd. in Lugano, Switzerland since 1986. From 1970 to 1982, Mr. Cannon worked at SIRS S.p.A., a manufacturer of bulk corticosteroids in Milan, Italy in a variety of technical positions.

Dr. Colla has been a director and the Company's Vice President, Italian Operations since March 1999. In June 1999, Dr. Colla was named Chairman of the Board and President of Sicor S.p.A. He has served as Managing Director of Sicor S.p.A. and a member of its Board of Directors since 1996, and

<PAGE>

has served in various management capacities with Sicor S.p.A. since its founding in 1983. From 1983 to 1994, Dr. Colla also collaborated with the Elemond Group, a publishing company, as Strategic Operating Planning Coordinator, and prior to this period he was Director of Mergers and Acquisitions with Fides (now KPMG LLP) from 1982 through 1983. Dr. Colla continues to serve as member of the Statutory Audit Board for several significant Italian companies. He is a Registered Statutory Auditor in Italy and graduated from Milan's Catholic University with a degree in Economics and Business Sciences.

Mr. Sayward has been a director of the Company since June 1998. He joined the Company in 1992 and was named Vice President, Finance, Chief Financial Officer and Treasurer in February 1997 and Executive Vice President in August 1998. Prior to that he was Division Vice President, Finance, Corporate Controller of the Company and Chief Financial Officer of Gensia Sicor Pharmaceuticals, Inc. From 1975 to 1992, Mr. Sayward was employed in a wide variety of financial and accounting positions at Baxter Healthcare Corporation, serving as Vice President of Finance and Business Development, I.V. Systems Division from 1988 to 1992. From 1986 to 1988, he was Vice President and Controller, Dade Diagnostics Division of Baxter. Mr. Sayward served in a number of financial management positions at Baxter and American Hospital Supply from 1975 to 1986. He received his master of management degree from the Northwestern Kellogg School of Management.

Mr. LeBlanc joined the Company as Vice President, Scientific Affairs, Gensia Sicor Pharmaceuticals in January 1996. He was appointed Senior Vice President, Corporate Scientific Affairs in June 1999. Prior to joining the Company, Mr. LeBlanc was Vice President, Quality Assurance/ Quality Control at Fujisawa USA, Inc. from 1993 to 1996. From 1976 to 1993, he was employed in various management capacities in Quality Assurance/Quality Control for Lorex Pharmaceuticals, G.D. Searle & Co., Millipore Corporation, and Mallinckrodt, Inc. Prior to being employed in the pharmaceutical industry, Mr. LeBlanc was employed as a Microbiologist with the FDA from 1966 to 1976. He received his master of science degree from Georgia Institute of Technology.

Mr. Fach joined the Company as Assistant General Counsel in January 1992 and was named Secretary in January 1993. He was appointed Vice President and Senior Legal Counsel in July 1997. Prior to joining the Company Mr. Fach was legal counsel to Marrow-Tech Incorporated (now named Advanced Tissue Sciences, Inc.) from 1990 to 1992. From 1984 to 1990 he was General Counsel of IMED Corporation and from 1986 to 1990 he was Assistant General Counsel of its parent company, Fisher Scientific Group Inc. Mr. Fach received his juris doctor degree from Columbia University.

Mr. Dreyer joined the Company as Vice President, Corporate Controller in August 1997 and was appointed Chief Accounting Officer in April 2000. Prior to