# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

November 1, 2005

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re:   Pharmacia & Upjohn Company LLC v. Sicor, Inc. *et al.*,
      C.A. No. 04-833 (KAJ)

Dear Judge Jordan:

In advance of the conference call scheduled for 12:30 this afternoon, we wanted to bring to the Court's attention correspondence (attached) relating to Pharmacia's efforts to obtain copies of the foreign patent documents requested by Sicor.

As demonstrated by the letters, Pharmacia's British patent agent provided the documents to a British copy service (IKON-London) on October 12, i.e., the day after the last Court conference. (Pharmacia was able to provide the documents to IKON-London quickly because U.S. counsel had initiated the process weeks before the October 11th hearing.) Unfortunately, IKON-London failed to complete the job as promised, despite frequent pleas and complaints, and began providing the document copies only late last week. Even then, IKON-London failed to produce the documents in the usable format that we requested, and, thus, we have been working with IKON-Chicago to convert the documents into a workable format. We received the first batch of workable documents from IKON-Chicago at 3 p.m. on Monday October 31st. The remaining documents may not be available from IKON until Wednesday November 2nd.

We were told yesterday afternoon (Monday October 31st) that Sicor's counsel is leaving on Wednesday November 2nd for depositions that begin in Europe next Monday November 7th, and we are endeavoring to get the documents to Sicor ASAP on a rolling basis. We expect to begin producing the documents into Sicor's hands today, and will have the remaining documents shipped on an expedited basis to Sicor's counsel in Italy.

Respectfully,

/s/ Maryellen Noreika
Maryellen Noreika

cc:    Peter T. Dalleo, Clerk (By Hand)
       Steven J. Balick, Esquire (By Hand)
       Reid L. Ashinoff, Esquire (By Email)
       Jordan A. Sigale, Esquire (By Email)
       David R. Baum, Esquire (By Email)
       Daniel A. Boehnen, Esquire (By Email)