# EXHIBIT A

Case 1:04-cv-00833-KAJ   Document 149-2   Filed 11/01/2005   Page 1 of 5



**McDonnell Boehnen Hulbert & Berghoff LLP**

300 South Wacker Drive
Chicago, Illinois 60606-6709
www.mbhb.com

312 913 0001 phone
312 913 0002 fax

October 28, 2005

**VIA FACSIMILE 312 876 7934**

Jordan A. Sigale
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Total Pages: 3
C/M No. 1144/2

Re: Pharmacia & Upjohn Co. LLC v. Sicor Inc.
Civil Action No. 04-833 KAJ
U.S. District Court for the District of Delaware

Dear Jordan:

We write to update you on the status of our production of certain foreign patent prosecution files in the GB 8629193 patent family, which is unrelated to the '285 patent in suit. Based upon your requests for these documents, we had previously indicated that we would provide these documents to you by today, October 28, 2005.

The London facility of our outside vendor, IKON, received a large collection of these files from Geoff Woods (J.A. Kemp & Co.) on October 12, 2005. At the time that we last discussed this matter, IKON had stated that they would be able to provide these documents to us in electronic form within one week, by October 19. Thus, we felt safe in representing that we would be able to provide them by October 28th, as reviewing them for privilege and preparing them for production, we believed, should take a little over a week.

However, as indicated in the attached letter from IKON, they were not able to provide us with any of the documents until yesterday, October 27. And we will receive the remainder

300 South Wacker Drive
Chicago, Illinois 60606-6709
www.mbhb.com

312 913 0001 phone
312 913 0002 fax

This transmittal is strictly for delivery only to the person listed above. It may contain confidential or privileged information, the disclosure of which is prohibited.

Please contact us if all pages are not received. If you received this fax in error, please contact us to arrange for return of the document.

PAGE 1/3 * RCVD AT 10/28/2005 3:10:55 PM [Central Daylight Time] * SVR:CHI2KRF01/22 * DNIS:4777 * CSID:312 913 0002 * DURATION (mm-ss):01-44

of these documents today, October 28th. As a result, we expect that we will be unable to produce the remaining non-privileged documents until November 4, with corresponding privilege log entries to follow.

Very truly yours,

*[signature]*

Jeffrey A. Steck
312-913-2115
steck@mbhb.com

Enclosure

McDonnell Boehnen Hulbert & Berghoff LLP   Jordan A. Sigale   Page 2   October 28, 2005

PAGE 2/3 * RCVD AT 10/28/2005 3:10:55 PM [Central Daylight Time] * SVR:CHI2KRF01/22 * DNIS:4777 * CSID:312 913 0002 * DURATION (mm-ss):01-44



McDonnell, Boehnen, Hulbert & Berghoff
Grantland Drutchas, Esq.
300 S. Wacker Dr.
Suite 3200
Chicago, IL 60606

October 27, 2005

Dear Mr. Drutchas,

As you know, your firm has engaged IKON to scan documents pertaining to the Pharmacia v. Sicor, Inc. litigation. IKON's facility in London, England received a large quantity of the subject documents on October 12, 2005. We anticipate delivering 2/3 of the scanned documents to you by the afternoon of October 27. We intend to deliver the remaining scanned documents by the end of the business day on October 28.

IKON apologizes for any delay, but as you are aware, many of the documents were more difficult to scan than originally contemplated, which has prolonged the reproduction process. Please feel free to contact me with any additional questions.

Sincerely yours,

James Erickson
Sales Manager -
Chicago South
(312)252-0152 Office
(312)296-2826 Cell
125 S. Wacker Dr.
Lower Level B
Chicago, IL 60606
IKON Legal Document
Services

# Maryellen Noreika

**From:** Boehnen, Daniel [Boehnen@mbhb.com]
**Sent:** Monday, October 31, 2005 3:19 PM
**To:** Maryellen Noreika; Rich, Joshua
**Cc:** jday@ashby-geddes.com
**Subject:** RE: Scan Job

Maryellen:

We are doing everything in our power to get the documents to Sicor ASAP.  The delays have been caused by IKON (London), who is apparently not as experienced dealing with litigation discovery as IKON Chicago.  We cannot control IKON, especially not IKON (London).  We sent Sicor a letter from IKON to explain the situation.

We fully understand that Jordan Sigale wants the documents to prepare for the inventors' depositions in Milan.  We very much want him to have the documents in advance of that activity, and we putting all possible pressure on IKON to get the documents to us ASAP.  At our end, we have a team of people waiting to turn around the documents quickly once we receive the documents from IKON.

If Sicor has any way to speed IKON's action, we welcome Sicor's suggestions.  We are even willing to have Sicor participate in discussions with IKON representatives if Sicor wishes to do so.

Dan
************************************************************************************

-----Original Message-----
From: JDay [mailto:jday@ashby-geddes.com]
Sent: Monday, October 31, 2005 1:27 PM
To: Maryellen Noreika
Subject: FW: Scan Job

Hi Maryellen.  Here is the letter I mentioned concerning the production of foreign patent prosecution files.  (Dan's comments about the timing of production appear at page 34 of the October 11th transcript).  As I mentioned in my voicemail message a few minutes ago, Jordan Sigale needs to have these documents before he leaves for Italy on Wednesday November 2, 2005, and we also need to have an idea of the size of the production immediately.  I would appreciate it if you could get back to me on this at your earliest convenience.

Thanks,

John

-----Original Message-----
From: Digital Sender 38 [mailto:digitalsender38@ashby-geddes.com]
Sent: Monday, October 31, 2005 1:18 PM
To: JDay
Subject: Scan Job


This document was digitally sent to you using an HP Digital Sending device.

1