# ASHBY & GEDDES

**ATTORNEYS AND COUNSELLORS AT LAW**

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 2, 2005

The Honorable Kent A. Jordan  <u>VIA ELECTRONIC FILING</u>
United States District Court
844 King Street
Wilmington, DE 19801

  Re: *Pharmacia & Upjohn Company v. Sicor Inc. and Sicor Pharmaceuticals Inc.*
    C.A. No. 04-833-KAJ

Dear Judge Jordan:

  We write in reply to Pharmacia & Upjohn's October 31, 2005 letter to the Court about privilege/work product issues (D.I. 148). It is fair to say that both parties have difficulties with the privilege log sent by the other party, and differences about the appropriate scope of work product and privilege assertions. Indeed, on October 26, 2005, we wrote to Pharmacia to raise concerns and request information about Pharmacia's own 950 page, 6,000+ entry privilege log. (See Ex. A hereto). Pharmacia has not yet responded to our letter.

  Rather than prematurely burdening the Court with these issues, Sicor's counsel will endeavor over the next two weeks to work Pharmacia's counsel to attempt to narrow our differences about each other's respective privilege and work product assertions, before bringing unresolved work product and privilege issues to the Court. Hopefully we can narrow, if not eliminate, the briefing which would be necessary to make the appropriate record to resolve these important privilege/work product issues.

            Respectfully,

            */s/ John G. Day*

            John G. Day

JGD: nml
Attachment
163078.1
cc: Maryellen Noreika, Esquire (by hand; w/attachment)
   Daniel A. Boehnen, Esquire (via electronic mail; w/attachment)
   Reid L. Ashinoff, Esquire (via electronic mail; w/attachment)