IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-833-KAJ |
| | ) | |
| SICOR INC. and | ) | |
| SICOR PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of PLAINTIFF'S RESPONSE TO SICOR'S FOURTH SET OF REQUESTS FOR PRODUCTION and PLAINTIFF'S RESPONSE TO SICOR'S SECOND SET OF INTERROGATORIES were caused to be served on November 2, 2005 upon the following in the manner indicated:

**BY HAND**

Steven J. Balick
John G. Day
ASHBY & GEDDES
222 Delaware Avenue
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Reid L. Ashinoff
Brian T. Moriarty
Jordan A. Sigale
David R. Baum
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY  10020

                                        MORRIS, NICHOLS, ARSHT & TUNNELL

                                        */s/ Maryellen Noreika (#3208)*
                                        _____
                                        Jack B. Blumenfeld (#1014)
                                        Maryellen Noreika (#3208)
                                        James W. Parrett, Jr. (#4292)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899-1347
                                        (302) 658-9200
                                          *Attorneys for Plaintiff*
                                            *Pharmacia & Upjohn Company, LLC*

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
MCDONNELL BOEHNEN HULBERT
  & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001

November 2, 2005
489626

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2005, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

      Steven J. Balick
      John G. Day
      ASHBY & GEDDES

I also certify that copies were caused to be served on November 2, 2005, upon the following in the manner indicated:

### BY HAND

      Steven J. Balick
      John G. Day
      ASHBY & GEDDES
      222 Delaware Avenue
      Wilmington, DE  19801

### BY FEDERAL EXPRESS

      Reid L. Ashinoff
      Brian T. Moriarty
      William J. Sipio
      David R. Baum
      SONNENSCHEIN NATH & ROSENTHAL LLP
      1221 Avenue of the Americas
      New York, NY  10020

      */s/ Maryellen Noreika*
      Maryellen Noreika (#3208)
      mnoreika@mnat.com

489626