70. D.S. Clark, "Can Immobilization be Exploited to Modify Enzyme Activity?" T. Biotechnol., **12**, 439 (1994).

71. R. M. Guinn, A.O. Margot, J.R. Taylor, M. Schumacher, D.S. Clark, and H.W. Blanch, "Synthesis and Characterization of Polyamides Containing Unnatural Amino Acids," Biopolymers, **35**, 503 (1995).

72. C.M. Nelson and D.S. Clark, "High Pressure-Temperature Cultivation of Extremely Thermophilic Archaea," in <u>Archaea: A Laboratory Manual</u>, F.T. Robb et al., Eds. (Cold Spring Harbor Laboratory Press, NY, 1995).

73. M.M. Fernandez, A. O. Margot, C.A. Falender, H.W. Blanch, and D.S. Clark, "Enzymatic Synthesis of Peptides Containing Unnatural Amino Acids," Enzyme Microb. Technol., **17**, 964 (1995).

74. P. P. Wangikar, D.S. Clark, and J.S. Dordick, "Probing Enzymic Transition State Hydrophobicities," Biochemistry, **34**, 12302 (1995).

75. S.M. Kaneshiro and D. S. Clark, "Pressure Effects on the Composition and Thermal Behavior of Lipids from the Extreme Thermophile *Methanococcus jannaschii*," J. Bacteriol., **177**, 3668 (1995).

76. J. Konisky, P. Michels, and D.S. Clark, "Pressure Stabilization is not a General Property of Thermophilic Enzymes: The Adenylate Kinases of *Methanococcus voltae*, *Methanococcus maripaludis*, *Methanococcus thermolithotrophicus* and *Methanococcus jannaschii*," Appl. Environ. Microbiol., **61**, 2762 (1995).

77. V. M. Suzawa, Y.L. Khmelnitsky, L. Giarto, J.S. Dordick, and D.S. Clark, "Suspended and Immobilized Chymotrypsin in Organic Media: Structure-Function Relationships Revealed by ESR Spectroscopy," J. Am. Chem. Soc., **117**, 8435 (1995).

78. C. A. Falender, H.W. Blanch, and D.S. Clark, "Enzymatic Oligomerization of the Tetrapeptide Ester Allylglycine-Phenylalanine-Phenylalanine-Allylglycine Ethyl Ester," Biocatalysis, **13**, 131 (1995).

79. P. Wangikar, D. Carmichael, D.S. Clark, and J.S. Dordick, "Active Site Titration of Serine Proteases in Organic Solvents," Biotechnol. Bioeng., **50**, 329 (1996).

80. D.S. Clark, M. M. Sun, L. Giarto, P.C. Michels, A. Matschiner, and F.T. Robb, "Stabilization of Thermophilic Enzymes by Pressure," in <u>High Pressure Bioscience and Biotechnology</u>, R. Hayashi, C. Balny, eds. (Elsevier Science Publishing Co., New York, 1996).

81. P.C. Michels, D. Hei, and D.S. Clark, "Pressure Effects on Enzyme Activity and Stability at High Temperatures," Adv. Prot. Chem., **48**, 341 (1996).

82. Y. L. Khmelnitsky, P. C. Michels, J. S. Dordick, and D.S. Clark, "Generation of Solution-Phase Libraries of Organic Molecules by Combinatorial Biocatalysis," in Molecular Diversity and Combinatorial Chemistry. Libraries and Drug Discovery, I.M. Chaiken and K.D. Janda, Eds., ASC Symp. Series, 1996.

83. S. Keyhani, J.L. Lopez, D.S. Clark, and J.D. Keasling, "Effect of Polyphosphate on Cadmium Tolerance in the Cyanobacterium *Anacystis nidulans* R2," Microbios, **88**, 105 (1996).

84. C.W. Wang, P. C. Michels, S. Dawson, S. Kitisakkul, J.A. Baross, J.D. Keasling, and D.S. Clark, "Cadmium Removal by a New Strain of *Pseudomonas aeruginosa* in Aerobic Culture," Appl. Environ. Microbiol., **63**, 4075 (1997).

85. P. Wangikar, P.C. Michels, D.S. Clark, and J.S. Dordick, "Structure and Function of Subtilisin BPN' Solubilized in Organic Solvents," J. Am. Chem. Soc., **119**, 70 (1997).

86. P.C. Michels, J.S. Dordick, and D.S. Clark, "Dipole Formation and Solvent Electrostriction in Subtilisin Catalysis," J. Am. Chem. Soc., **119**, 70 (1997).

87. Y.L. Khmelnitsky, C. Budde, J. M. Arnold, A. Usyatinsky, D.S. Clark, and J.S. Dordick, "Enzymatic Synthesis of Taxol Esters and Carbonates," J. Am. Chem. Soc., **119**, 11554 (1997).

88. P.C. Michels and D.S. Clark, "Pressure-Enhanced Activity and Stability of a Hyperthermophilic Deep-Sea Protease," Appl. Environ. Microbiol., **63**, 3985 (1997).

89. A. Mancuso, S. T. Sharfstein, E. J. Fernandez, D. S. Clark, and H.W. Blanch, "Effect of Extracellular Glutamine Concentration on Cellular Energetics and Secondary Metabolism of a Murine Hybridoma: An *in vivo* [13]C Nuclear Magnetic Resonance Study," Biotechnol. Bioeng., **57**, 172 (1998).

90. M. Ikeda and D.S. Clark, "Molecular cloning of an extremely thermostable esterase gene from the hyperthermophilic archaeon *Pyrococcus furiosus* in *Escherichia coli*," Biotechnol. Bioeng., **57**, 624 (1998).

91. C. S. Lee, M. Haake, J.S. Dordick, J. A. Reimer, and D. S. Clark, "A Multinuclear NMR Study of Enzyme Hydration in an Organic Solvent," Biotechnol. Bioeng., **57**, 686 (1998).

92. B.A. Bedell, V. V. Mozhaev, D.S. Clark, and J.S. Dordick, "Testing for Diffusion Limitations in Salt-Activated Enzyme Catalysts Operating in Organic Solvents," Biotechnol. Bioeng., **58**, 654 (1998).

93. P.C. Michels, Y.L. Khmelnitsky, J.S. Dordick, and D.S. Clark, "Combinatorial Biocatalysis: A Natural Approach to Drug Discovery," Trends Biotechnol., **16**, 197 (1998).

94. V. V. Mozhaev, C. Budde, J.O. Rich, A. Usyatinsky, P.C. Michels, Y.L. Khmelnitsky, D.S. Clark, and J.S. Dordick, "Regioselective Enzymatic Acylation as a Tool for Producing Solution-Phase Combinatorial Libraries," Tetrahedron, **54**, 3971 (1998).

95. F.T. Robb and D.S. Clark, "Lessons in Adjusting Thermostability," in <u>Marine microorganisms: Research issues for biotechnology</u>, European Commission, Luxembourg (1998).

96. C. Cotterill, A. Y. Usyatinsky, J. M. Arnold, D.S. Clark, J. S. Dordick, P.C. Michels, and Y. L. Khmelntisky, "Microwave Assisted Combinatorial Chemistry. Synthesis of Substituted Pyridines," Tetrahedron Lett., **39**, 1117 (1998).

97. J. Kim, D. H. Altreuter, D.S. Clark, and J.S. Dordick, "Rapid Synthesis of Fatty Acid Esters for Use as Potential Food Flavors," J. Am. Oil Chem. Soc., **75**, 1109 (1998).

98. J.M. Kowalski, R. M. Kelly, J. Konisky, D.S. Clark, and K. D. Wittrup, Purification and Functional Characterization of a Chaperone from *Methanococcus jannaschii*," System. Appl. Microbiol., **21**, 173 (1998).

99. M.T. Ru, J.S. Dordick, J.A. Reimer, and D.S. Clark, "Optimizing the Salt-Induced Activation of Enzymes in Organic Solvents: Effects of Lyophilization Time and Water Content," Biotechnol. Bioeng., **63**, 233 (1999).

100.    M.M.C. Sun, N. Tolliday, C. Vetriani, F.T. Robb, and D.S. Clark, "Pressure-Induced Thermostabilization of Glutamate Dehydrogenase from the Hyperthermophile *Pyrococcus furiosus*," Protein Sci., **8**, 1056 (1999).

101.    D.H. Altreuter and D.S Clark, "Combinatorial Biocatalysis: Taking the Lead from Nature," Curr. Opinion Biotechnol., **10**, 130 (1999).

102.    J. J. Kraus, I.Z. Munir, J. P. McEldoon, D. S. Clark, and J. S. Dordick, "Oxidation of Polycyclic Aromatic Hydrocarbons Catalyzed by Soybean Peroxidase," Applied Biochemistry and Biotechnology, **230**, 221 (1999).

103.    M.M.C. Sun, N. Tolliday, C. Vetriani, F.T. Robb, and D.S. Clark, "Pressure-Induced Thermostabilization of Glutamate Dehydrogenase from the Hyperthermophiles *Pyrococcus furiosus* and *Thermococcus litoralis*," in Advances in <u>High Pressure Bioscience and Biotechnology</u>, H. Ludwig, ed. (Springer-Verlag, Heidelberg, 1999).

104.    F.T. Robb and D.S. Clark, "Adaptation of Proteins from Hyperthermophiles to High Pressure and High Temperature," J. Mol. Microbiol. Biotechnol., **1**, 101 (1999).

105.    N. S. Forbes, D.S. Clark, and H.W. Blanch, "Analysis of Metabolic Fluxes in Mammalian Cells," in Bioreaction Engineering: Modeling and Control, K. Schugerl and K.-H. Bellgardt, eds. (Springer-Verlag, Heidelberg, 2000), 556-594.

106.    J. Kim, D.S. Clark, and J.S. Dordick, "Intrinsic Effects of Solvent Polarity on Enzymic Activation Energies," Biotechnol. Bioeng., 67, 112 (2000).

107.    M.M. Markowitz, P.R. Kust, G. Deng, P.E. Schoen, J.S. Dordick, D. S. Clark, and B. P. Gaber, "Catalytic Silica Particles via Template-Directed Molecular Imprinting," Langmuir, 16, 1759 (2000).

108.    X.-C. Liu, D. S. Clark, and J.S. Dordick, "Chemoenzymatic Construction of a Four-Component Ugi Combinatorial Library," Biotechnol. Bioeng., 69, 457 (2000).

109.    M.T. Ru, S. Y. Hirokane, A. S. Lo, J.S. Dordick, J. A. Reimer, and D. S. Clark, "On the Salt-Induced Activation of Lyophilized Enzymes in Organic Solvents: Effect of Salt Kosmotropicity on Enzyme Activity," J. Am. Chem. Soc., 122, 1565 (2000).

110.    S. W. Bang, D. S. Clark, and J.D. Keasling, "Cadmium, Lead, and Zinc Removal by Expression of the Thiosulfate Reductase Gene from Salmonella typhimurium in Escherichia coli," Biotechnol. Lett., 22, 1331 (2000).

111.    S. W. Bang, D. S. Clark, and J.D. Keasling, "Engineering Hydrogen Sulfide Production and Cadmium Removal by Expression of the Thiosulfate Reductase Gene (phsABC) from Salmonella typhimurium in Escherichia coli," Appl. Environ. Microbiol., 66, 3939 (2000).

112.    C.L. Wang, P.D. Maratukulam, A.M. Lum, D.S. Clark, and J.D. Keasling, "Metabolic Engineering of an Aerobic Sulfate Reduction Pathway and Its Application to Precipitation of Cadmium on the Cell Surface," Appl. Environ. Microbiol., 66, 4497 (2000).

113.    M.M.C. Sun and D.S. Clark, "Pressure Effects on the Activity and Stability of Hyperthermophilic Enzymes," Methods Enzymol., 334, 316 (2001).

114.    J.S. Beadell and D.S. Clark, "Probing Stability-Activity Relationships in the Thermophilic Proteasome from Thermoplasma acidophilum by Random Mutagenesis," Extremophiles, 5, 3 (2001).

115.    Y. D. Kim, J. S. Dordick, and D. S. Clark, "Siloxane-Based Biocatalytic Films and Paints for Use as Reactive Coatings," Biotechnol. Bioeng., 72, 475 (2001).

116.    X. Jiang, H. Nakano, T. Kigawa, T. Yabuki, S. Yokoyama, D. S. Clark, and T. Yamane, "Dosage Effect of Minor Arginyl- and Isoleucyl-tRNAs on Protein Synthesis in

an Escherichia coli In Vitro Coupled Transcription/Translation System," J. Biosci. Bioeng., **91**, 53 (2001).

117.    Y.Guo and D.S. Clark, "Activation of Enzymes for Nonaqueous Biocatalysis by Denaturing Concentrations of Urea," Biochim. Biophys. Acta, **1546**, 406 (2001).

118.    W.-T. Hsu and D. S. Clark, "Variations in the Enantioselectivity of Salt-Activated Subtilisin Induced by Lyophilization," Biotechnol. Bioeng., **73**, 231 (2001).

119.    Y.D. Kim, C.B. Park, and D.S. Clark, "Stable Sol-Gel Microstructured and Microfluidic Networks for Protein Patterning," Biotechnol. Bioeng., **73**, 331 (2001).

120.    M.T. Ru, J.S. Dordick, J.A. Reimer, and D.S. Clark, "Salt-Induced Activation of Enzymes in Organic Solvents: Optimizing the Lyophilization Time and Water Content," Meth. Biotechnol., **15**, 3 (2001).

121.    M.T. Ru, K.C. Wu, J.P. Linday, J.S. Dordick, J. A. Reimer, and D. S. Clark, "Towards More Active Biocatalysts in Organic Media: Achieving Aqueous-Like Activity of Salt-Activated Enzymes, Biotechnol. Bioeng., **75**, 187 (2001).

122.    N.S. Forbes, D. S. Clark, and H. W. Blanch, "Using Isotopomer Path Tracing to Quantify Metabolic Fluxes in Pathway Models Containing Reversible Reactions," Biotechnol. Bioeng., **74**, 196 (2001).

123.    C.L. Wang, A.M. Lum, S. C. Ozuna, D. S. Clark, and J.D. Keasling, "Aerobic Sulfide Production and Cadmium Precipitation by *Escherichia coli* Expressing the *Treponema denticola* Cysteine Desulfhydrase Gene," Appl. Microbiol. Biotechnol., **56**, 425 (2001).

124.    W. B. Jang, H. Hu, M.M. Lieberman, J.A. Morgan, I. A. Stergiades, D. S. Clark, and M.A. Tius, "Parallel Synthesis and Biocatalytic Amplification of a Cross-Conjugated Cyclopentenone Library," J. Combi. Chem., **3**, 346 (2001).

125.    M.M.C. Sun, R. Caillot, G. Mak, F.T. Robb, and D.S. Clark, "Mechanism of Pressure-Induced Thermostabilization of Proteins: Studies of Glutamate Dehydrogenases from the Hyperthermophile *Thermococcus litoralis*," Protein Sci., **10**, 1750 (2001).

126.    R. J. Frankenberg, T. S.Hsu, H. Yakota, R. Kim, and D. S. Clark, "Chemical Denaturation and Elevated Folding Temperatures are Required for Wild-Type Activity and Stability of Recombinant *Methanococcus jannaschii* 20S Proteasome," Protein Sci., **10**, 1887 (2001).

127.    C.L. Wang, D.S. Clark, and J.D. Keasling, "Analysis of an Engineered Sulfate Reduction Pathway and Cadmium Precipitation on the Cell Surface," Biotechnol. Bioeng., **75**, 285 (2001).

128.    N. Renninger, K. McMahon, R. Knopp, H. Nitsche, D.S. Clark, and J.D. Keasling, "Uranyl Precipitation by Biomass from an Enhanced Biological Phosphorus Removal Reactor," Biodegradation, **12,** 401 (2001).

129.    D. H. Altreuter, J.S. Dordick, and D. S. Clark, "Nonaqueous Biocatalytic Synthesis of New Cytotoxic Doxorubicin Derivatives: Exploiting Unexpected Differences in the Regioselectivity of Salt-Activated and Solubilized Subtilisin," J. Am. Chem. Soc., **124,** 1871 (2002).

130.    C.B. Park and D.S. Clark, "Sol-Gel Encapsulated Enzyme Arrays for High Throughput Screening of Biocatalytic Activity," Biotechnol. Bioeng., **78,** 229 (2002).

131.    C.B. Park and D. S. Clark, "Rupture of the Cell Envelope by Decompression of the Deep-Sea Methanogen *Methanococcus jannaschii,*" Appl. Environ. Microbiol., **68,** 1458 (2002).

132.    J. O. Rich, J. S. Dordick, D.S. Clark, and Y. L. Khmelnitsky, "Molecular Imprinting with Water-Insoluble Ligand and Additive Effect of Imprinting and Salt Activation in Nonaqueous Enzyme Catalysis," J. Am. Chem. Soc., **124,** 5254 (2002).

133.    B. Boonyaratanakornkit, C. B. Park, and D. S. Clark, "Pressure Effects on Intra- and Intermolecular Interactions within Proteins" (invited review), Biochim. Biophys. Acta, **1595,** 235 (2002).

134.    C.L. Wang, S. C. Ozuna, D. S. Clark, and J.D. Keasling, "A Deep-Sea Hydrothermal Vent Isolate, *Pseudomonas aeruginosa* CW961, Requires Thiosulfate for Cadmium Tolerance and Preciptiation," Biotechnol. Lett., **24,** 637 (2002).

135.    A. Magyarosy, R.D. Laidlaw, R. Kilaas, C. Echer, D.S. Clark, and J.D. Keasling, "Nickel Accumulation and Nickel Oxalate Precipitation by *Aspergillus niger,*" Appl. Microbiol. Biotechnol., **59,** 382 (2002).

136.    J.A. Morgan, Z. Lu, and D.S. Clark, "Toward the Development of a Biocatalytic System for Oxidation of *p*-Xylene to Terephthalic Acid," J. Mol. Cat. B Enz., **18,** 147 (2002).

137.    J. P. Lindsay, D. S. Clark, and J. S. Dordick, "Penicillin Amidase is Activated for Use in Nonaqueous Media by Lyophilizing in the Presence of Potassium Chloride," Enzy. Microb. Technol., **31,** 193 (2002).

138.    D. H. Altreuter, J.S. Dordick, and D. S. Clark, "Optimization of Ion-Paired Lipase for Nonaqueous Media: Acylation of Doxorubicin Based on Surface Models of Fatty Acid Esterification," Enz. Microb. Technol., **31,** 10 (2002).

139.    J. S. Dordick and D. S. Clark "Biocatalysis and Biotransformation," Curr. Opin. Chem. Biol., **6**, 123 (2002).

140.    D. H. Altreuter, J.S. Dordick, and D. S. Clark, "Solid-Phase Peptide Synthesis by Ion-Paired α-Chymotrypsin in Nonaqueous Media," Biotechnol. Bioeng., **81**, 809 (2003).

141.    R. J. Frankenberg, M. Andersson, and D. S. Clark, "Effect of Temperature and Pressure on the Proteolytic Specificity of the Recombinant 20S Proteasome from *Methanococcus jannaschii*," Extremophiles, 7, 353 (2003).

142.    B.P. Manquin, J. A. Morgan, J. Ju, and D.S. Clark, "Production of $C_{35}$ Isoprenoids by the Hyperthermophilic Methanarchaeon *Methanococcus jannaschii*," Extremophiles, **8,** 13 (2004).

143.    J. A. Morgan and D.S. Clark, "Salt-Activation of Non-hydrolase Enzymes for Use in Organic Solvents," Biotechnol. Bioeng., **85**, 456 (2004).

144.    J. P. Lindsay, D. S. Clark, and J.S. Dordick, "Combinatorial Formulation of Biocatalyst Preparations for Increased Activity in Organic Solvents: Salt Activation of Penicillin Amidase," Biotechnol. Bioeng., **85**, 553 (2004).

145.    R. Gerber, J.D. Ryan, and D.S. Clark, "Cell-based Screen of HMG-CoA Reductase Inhibitors and Expression Regulators Using LC-MS Spectrometry," Anal. Biochem., **329**, 28 (2004).

146.    D.S. Clark, "Characteristics of Nearly Dry Enzymes in Organic Solvents: Implications for Biocatalysis in the Absence of Water," Phil. Trans. R. Soc. Lond. B (Invited Paper), **359**, 1299 (2004).

147.    N. Renninger, R. Knopp, H. Nitsche, D. S. Clark, and J. D. Keasling, "Uranyl Precipitation by *Pseudomonas aeruginosa* via Controlled Polyphosphate Metabolism," Appl. Environ. Microbiol., **70**, 7404 (2004).

148.    B.B. Boonyaratanakornkit, A.J. Simpson, T. A. Whitehead, C. M. Fraser, N. M. A. El-Sayed, and D. S. Clark, "Transcriptional Profiling of the Hyperthermophilic Methanarchaeon *Methanococcus jannaschii* in Response to Lethal Heat and Non-lethal Cold Shock," Env. Microbiol., 7(6), 789 (2005).

149.    M.Y. Lee, J.S. Dordick, and D. S. Clark, "Metabolizing Enzyme Toxicology Assay Chip (MetaChip) for High-Throughput Microscale Toxicity Analyses," Proc. Nat. Acad. Sci. USA, **102**, 983 (2005).

150.    B. B. Boonyaratanakornkit, J. Cordova López, C. B. Park, and D. S. Clark, "Gas-Liquid Mass Transfer Limitations Disguise Barophilic Growth of the Hyperthermophilic Methanarchaeon *Methanococcus jannaschii*, Appl. Environ. Microbiol., submitted.

151.    J.-B. Park and D. S. Clark, "A New Reaction System for Hydrocarbon Oxidation by Chloroperoxidase," Angewandte Chemie, submitted.

**Patents**

"Biocatalytic Solgel Microarrays," D.S. Clark and J.S. Dordick (pending; application no. 10/287,442; WO 03/038131 A1).

"In Vitro Metabolic Engineering on Microscale Devices," J.S. Dordick, A. Srinvasan, J. Kim, D.H. Sherman, and D.S. Clark (pending; application no. 10/287,440).

"Methods for Preparing Doxorubicin Derivatives," D.H. Altreuter et al., (pending; application no. PCT/US02/41604).

"Taxol Derivatives," Jonathan S. Dordick, Douglas S. Clark, Peter C. Michels, and Yuri L. Khmelnitsky (Patent No. US 6,465,625 B1).

"Molecularly-Imprinted Material Made by Template-Directed Synthesis," Markowitz et al. (Patent No. US 6,310,110).

"Two-Step Enzymatic Acylation," Yuri Khmelnitsky et al. (Patent No. US 6,261,813).

"Biocatalytic Methods for Synthesizing and Identifying Biologically Active Compounds," Jonathan S. Dordick, Douglas S. Clark, Peter C. Michels, and Yuri L. Khmelnitsky (Patent No. US 6,136,961).

"Compound and Process to Enhance Activity of Enzymes Suspended in Organic Solvents," Jonathan Dordick, Yuri Khmelnitsky, and Douglas S. Clark (Patent No. US 5,449,613).

"Biocatalytic Methods for Synthesizing and Identifying Biologically Active Compounds," J.Wesley Fox, Jonathan Dordick, and Douglas S. Clark (European Patent No. 071353).

**Invited Presentations**

D.S. Clark, "Enzymes and Their Material Needs: Overcoming the Natural Limitations of Biocatalysis," Workshop on Biocatalysis in Non-conventional Media, Manchester, UK, April 2005.

D.S. Clark, "Life in Organic Solvents, Ammonia, and Supercritical Fluids," Workshop on the Limits of Organic Life in Planetary Systems, The National Academies, Washington, DC, May 2004.

D.S. Clark, "From the Earliest Organisms to the Latest Arrays: Old and New Prospects for Biocatalysis," NorCal ACS Meeting, Walnut Creek, CA, April 2004.

D. S. Clark, "Engineering Biocatalytic Systems for Multi-scale, Multi-phase Reactions," Biotech 2003, Lisbon, Portugal, December 2003.

D. S. Clark, "Characteristics of Dry Enzymes in Organic Solvents," Meeting on The Molecular Basis of Life: Is Live Possible Without Water? (organized by the Royal Society), London, UK, December 2003.

D. S. Clark, "Adventures in Biocatalysis: Engineering Enzymes to New Extremes" (Food, Pharmaceutical, and Bioengineering Award Lecture), Annual AIChE Meeting, San Francisco, CA, November 2003.

D. S. Clark, Enzyme Engineering Award Lecture (with J.S. Dordick), Enzyme Engineering XVII, Santa Fe, NM, November 2003.

D. S. Clark, "From the Earliest Archaea to the Latest Arrays: Old and New Prospects for Biochemical Engineering" (Amgen Award Lecture), Biochemical Engineering XIII, Boulder, CO, July 2003.

D. S. Clark, "Biocatalytic Synthesis of Naturally Inspired Libraries," Metabolic Engineering IV: Applied Systems Biology," Castelvecchio Pascoli, Italy, October 2002.

D.S. Clark, "Enzyme Engineering: An Evolution in the Making," 224th National ACS Meeting, Boston, MA, August 2002.

D.S. Clark," "Biocatalyst Engineering for Drug Discovery," 7th Annual World Congress on Enzyme Technologies, San Francisco, CA, March, 2002.

D. S. Clark, "Engineering Bioactive Surfaces for Biotechnology," Gwathmey Lecture in Surface Science, Engineering, and Medicine; University of Virginia, 2001.

P.C. Michels and D.S. Clark, "Combinatorial Biocatalysis as a Practical, Integrated Solution for Phamaceutical Chemistry," Drug Discovery by Design, Boston, MA, November, 2001

D. H. Altreuter, J. Ju, C.B. Park, and D.S. Clark, "Biocatalyst Engineering for Drug Discovery and Screening," Recent Advances in Fermentation Technology, Long Beach, CA, November, 2001.

D.S. Clark, "Relating Form to Function in Complex Systems: Molecular-Based Studies of Immobilized Enzymes and Cells, Annual AIChE Meeting, Reno, NV, November, 2001.

D.S. Clark, "Biotechnology of Extremophiles: Challenges and Opportunities," Center for Environmental Biotechnology, LBNL, Berkeley, CA, June, 2110.

D.S. Clark, "Reaction Engineering Strategies for the Rapid Discovery of New Bioproducts," 1st North American Symposium on Chemical Reaction Engineering, Houston, TX, January, 2001

D.S. Clark, M.M.C. Sun, R. Frankenberg, J.S. Beadell, F.T. Robb, and M. Lee, "Structure and Function of Multimeric Enzymes Near 100°C: Piecing Things Together Under Pressure," Pacifichem 2000, Honolulu, HW, December, 2000.

D.S. Clark, "Combinatorial Biocatalysis for the Generation of New Chemical Products: From Molecular Design to Reaction Engineering," AIChE Annual Meeting, Los Angeles, CA, November, 2000.

M.M.C. Sun, C.B. Park, M. Lee, R. Frankenberg, F.T. Robb, and D.S. Clark, "Stress, Pressure, and Performance: Cellular and Molecular Mechanisms of Barophily at High Temperatures," Third International Congress on Extremophiles, Hamburg, Germany, September, 2000.

D.S. Clark, "Pressure Stabilization of Proteins Near 100°C: Implications for Structure-Function and Structure-Stability Relationships," 2nd International Conference on Protein Stabilization, Lisbon, April, 2000.

D.S. Clark, J.D. Keasling, C. Wang, S.W. Bang, and N. Renninger, "Metabolic Engineering of Microorganisms for Heavy Metal Bioremediation," DOE-NABIR Workshop, Reston, VA, February, 2000.

D.S. Clark, "Integrating Biocatalysis into the Drug Discovery Pipeline," Biochemical Engineering XI, Salt Lake City, Utah, July, 1999.

D.S. Clark, "Pressure Stabilization of Proteins Near 100°C: Implications for Structure-Function Relationships," Cold Spring Harbor Laborartory Program on Biochemistry at 100°C, Cold Spring Harbor, NY, December, 1998.

D. S. Clark, "Challenges and Opportunities with Extremophiles and Their Enzymes" (Keynote Lecture), 48th Annual Meeting of the Canadian Chemical Engineering Conference, London, Ontario, October, 1998.

D.S. Clark, "Engineering Enzymes to New Extremes," IBC Conference on Directed Evolution of Industrial Enzymes, San Diego, CA, September, 1998.

D.S. Clark, "Biocatalysis in the P-T Plane," International Conference on High Pressure Bioscience and Biotechnology, Heidelberg, Germany, September, 1998.

D.S. Clark, "Tailoring Enzymes for Greater Efficiency in Combinatorial Synthesis," 1998 Gordon Conference on Green Chemistry, Meriden, NH, August, 1998.

D.S. Clark, "Combinatorial Biology," 20th Annual Engineering Industrial Liaison Program Conference," U.C. Berkeley, March 1998.

D. S. Clark, "Integration of Biocatalytic and Chemical Methods for Combinatorial Synthesis," CHI Conference on Exploiting Molecular Diversity: Small Molecule Libraries for Drug Discovery, Coronado, CA, March, 1998.

D. S. Clark, "Combinatorial Biocatalysis: A Natural Approach to Drug Discovery," IBC International Conference on Combinatorial Synthesis of Natural Products, San Francisco, CA, December, 1997.

M.M. Sun, F.T. Robb, and D. S. Clark, "Biocatalysis in the P-T Plane," Enzyme Engineering XIV, Beijing, China, October, 1997.

Y.L. Khmelnitsky, P.C. Michels, J.S. Dordick, and D.S. Clark, "Combinatorial Biocatalysis," Enzyme Engineering XIV, Beijing, China, October, 1997.

D.S. Clark, "Barophilic Enzymes and How They Cope with Pressure," IBC International Conference on Extremophilic Organisms: Harvesting Biodiversity for Industrial Applications, San Diego, CA, August, 1997.

D.S. Clark, "Biocatalyst Engineering for Extreme Environments," Chemistry and Biochemistry Under Extreme Conditions, Santorini Island, Greece, June, 1997.

D.S. Clark, "Setting the Research Agenda in Biotechnology: The Evolving Synergy Between Chemistry and Engineering," Chancellor's Forum Program, University of California, Berkeley, November, 1996.

D.S. Clark, "Biocatalyst Engineering for Extreme Environments," Sixth Biochemical Engineering Conference," Yusong, Korea, September, 1996.

D.S. Clark, M. Sun, J. DiRuggiero, C. Vetriani, and F.T. Robb, "Temperature-Pressure Effects on Recombinant Production of Thermophilic Enzymes," 1996 SIM Annual Meeting, Research Triangle Park, NC, August, 1996.

D.S. Clark, "The Role of Pressure in Life at High Temperatures," 2nd Annual Symposium on German-American Frontiers of Science, Sponsored by Alexander von Humboldt-Stiftung and the U.S. National Academy of Sciences, Woods Hole, MA, June, 1996.

D.S. Clark, "Combinatorial Biocatalysis for Generating Small Molecule Libraries," Exploiting Molecular Diversity: Small Molecule Libraries for Drug Discovery," Coronado, CA, January, 1996.

M. Sun, L. Giarto, P.C. Michels, and D.S. Clark, "Pressuring Enzymes to Improve Their Behavior," 1995 International Chemical Congress of Pacific Basin Societies, Honolulu, HI, December, 1995.

J.S. Dordick, J. Kim, Y. Khmelnitsky, V. Paradkar, and D.S. Clark, "Enzymes in High Salt and Solvent Environments," 1995 International Chemical Congress of Pacific Basin Societies, Honolulu, HI, December, 1995.

D.S. Clark, M. Sun, L. Giarto, P.C. Michels, A. Matschiner, and F.T. Robb, "Activation and Stabilization of Thermophilic Enzymes by Pressure," International Conference on High Pressure Bioscience and Biotechnology, Kyoto, Japan, November, 1995.

D.S. Clark, "Adapting to a Life of Stress: Why do Some Enzymes Work Best Under Pressure," Thirteenth International Conference on Enzyme Engineering, San Diego, CA, October, 1995.

D.S. Clark, "Enzyme Activation in Nonaqueous Media," ARO Workshop on Biotechnological Aspects of Synthesis and Degradation, Cashiers, NC, May, 1995.

D.S. Clark, "Biocatalysis for Generating Libraries of Organic Compounds," Exploiting Molecular Diversity: Small Molecule Libraries for Drug Discovery," La Jolla, CA, January, 1995.

D. S. Clark, "Biotechnology and Chemical Engineering Education: Perspective from Academic Bioengineering," 1994 AIChE Annual Meeting, San Francisco, CA, November, 1994.

D.S. Clark, "Physiology of Thermophilic Marine Archaea at Extreme Temperatures and Pressures," 1994 SIM Annual Meeting, Boston, MA, August, 1994.

D.S. Clark, "Barophilic Enzymes from Extreme Thermophiles," at Extremozymes: Biocatalysis under Extraordinary Conditions," A Workshop Sponsored by NSF, Washington, D.C., May, 1994.

P.C. Michels and D.S. Clark, "Preliminary Characterization of an Extremely Thermophilic and Barophilic Protease from the Deep Sea Thermophile *M. jannaschii*," Leo J. Friend Award Symposium, ACS National Meeting, San Diego, CA, March, 1994.

D.S. Clark, "Physiology of Extreme Thermophiles at High Temperatures and Pressures," International Thermophiles '93 Conference, Hamilton, New Zealand, December, 1993.

D. S. Clark, "Probing Enzyme Stability with Pressure: Structure-Function Relationships Consistent with Pressure-Induced Stabilization," US/NZ Workshop on Extreme Thermophiles, Hamilton, New Zealand, December, 1993.

D.S. Clark, "Probing the Limits of Life: Engineering Considerations for the Study and Application of Extreme Thermophiles," Eighth International Conference on Biochemical Engineering, Princeton, NJ, July, 1993.

D.S. Clark, "Thermophilic Enzymes as Industrial Catalysts," at Enzymes, A Billion Dollar Business by 2000: Fact or Fiction, Chicago, IL, June, 1993.

D.S. Clark, "Probing the Structural Basis for Modified Enzyme Activity in Nonaqueous Media," ARO Workshop on Biotechnology, Cashiers, NC, May, 1993.

D.S. Clark, "Hot Bacteria and Their Role in Biotechnology," Cal Open House, U.C. Berkeley College of Chemistry, April, 1992.

D.S. Clark, "Structure-Function Relationships of Enzymes in Novel Process Environments," Meeting on Research Opportunities in Biomolecular Engineering: The Interface Between Chemical Engineering and Biology (sponsored by the NIH), Washington, D.C., December, 1992.

D.S. Clark, "High-Pressure Biocatalytic Reactions," Industrial Research Technology Institute, Taipei, Taiwan, R.O.C., September, 1992.

D.S. Clark, P. Sears, and T.M. Spitznagel, "Progress Toward the Rational Design of Immobilized Protein Systems," 9th International Biotechnology Symposium, Washington, D.C., August, 1992.

D.S. Clark, "High-Pressure Biocatalysis: Experience with Enzymes from Deep-Sea Thermophiles," 1992 Gordon Conference on Biocatalysis, Meriden, NH, July, 1992.

D.S. Clark, "Natural Enzymes Under Unnatural Conditions: Grace Under Pressure," BRI Days 1992, sponsored by National Research Council Canada, Montréal, Canada, May, 1992.

D.S. Clark, "Unique Properties and Potential Applications of Organisms from Extreme Environments," Chemical Engineering and Chemistry Alumni Association Kickoff, Berkeley, CA, April, 1992.

A. Mancuso, S.T. Sharfstein, H.W. Blanch, and D.S. Clark, "Carbon-13 NMR Studies of Murine Hybridoma Metabolism," Cell Culture Engineering 3, Palm Coast, FL, February, 1992.

D. Hei, C. Nelson, and D.S. Clark, "Pressure Effects on the Activity and Stability of Enzymes from Marine Thermophiles," International Marine Biotechnology Conference, Baltimore, MD, October, 1991.

D.S. Clark, "Enzymes from Extremophiles: Properties and Potential Applications," Opportunities with Industrial Enzymes, Chicago, IL, October, 1991.

D.S. Clark, "Noninvasive Monitoring of Mammalian Cell Metabolism," Seventh International Conference on Biochemical Engineering, Santa Barbara, CA, March 1991.

C.M. Nelson, D. Hei, and D.S. Clark, "The Effects of Pressure on Bio-Activity and Stability at Elevated Temperatures," Thermophily Today: International Meeting on Cell Constituents, Genetics, and Biotechnological Applications of Thermophilic Micro-Organisms, Viterbo, Italy, May, 1990.

D.S. Clark, "Structural and Functional Heterogeneity of Immobilized Enzymes," 1990 Gordon Conference on Biomolecular Recognition and Immobilization, Plymouth, NH, August, 1990.

D.S. Clark, "The Use of NMR to Determine Metabolic Activity in Tissue and Cell Cultures," FASEB Annual Meeting, Washington, D.C., April, 1990.

D.S. Clark, "Noninvasive Techniques in Studies of Immobilized Cells," International Symposium on the Physiology of Immobilized Cells, Wageningen, The Netherlands, December, 1989.

D.S. Clark, "Publishing, Presenting, and the Pursuit of Tenure: Experiences of a Young Professor," Young Faculty Forum, AIChE Annual Meeting, San Francisco, CA, November, 1989.

D.S. Clark, P.S. Skerker, R.M. Guinn, and C.A. Haynes, "Structure and Dynamics of Enzymes in Nonaqueous Media," SIM Annual Meeting, Seattle, WA, August, 1989.

D.S. Clark, "ESR Studies of Protein Function in Extreme Environments," 1989 Gordon Conference on Reactive Polymers, Ion Exchangers, and Adsorbents, New Port, RI, August, 1989.

D.S. Clark, "NMR Spectroscopy as a Noninvasive Technique for Monitoring Metabolism," Bio-Instrumentation Workshop, Sponsored by the Biotechnology Process Engineering Center of M.I.T., Irvine, CA, June, 1989.

D.S. Clark, "Noninvasive Methods for Monitoring Cellular Function," Sixth International Conference on Biochemical Engineering, Santa Barbara, CA, October 1988.

P.S. Skerker, L. Creagh, J.M. Prausnitz, H.W. Blanch, and D.S. Clark, "Matrix Effects in Heterogeneous Enzyme Catalysis," ACS National Meeting, Toronto, June, 1988.

D.S. Clark, "Kinetic and Structural Investigations of Ligand Binding to Surface-Bound Proteins," AIChE Annual Meeting, New York City, NY, November, 1987.

D.S. Clark, "Conformational Analyses of Enzymes and Substrates in Processing Environments", Ninth International Enzyme Engineering Conference, Santa Barbara, CA, October 1987.

D.S. Clark, "Biocatalysis - Recent Advances and Future Directions", I&EC - ACS 22nd State-of-the-Art Symposium, Berkeley, CA, July 1987.

D.S. Clark, "Modern Biotechnology: Scope and Recent Developments", Lawrence Berkeley Laboratory High School Honors Program Seminar Series, Berkeley, CA, June 1987.

D.S. Clark, "Modern Methods for Molecular Studies of Proteins: Unique Tools for Some of Biochemical Engineering's Unique Problems", AIChE Annual Meeting, Miami Beach, FL, November 1986.

P.S. Skerker, E.J. Fernandez, R.B. Jagoda, and D.S. Clark, "Spectroscopic Studies of Structure-Function Relationships in Free and Immobilized Proteins", Fifth International Conference on Biochemical Engineering, Henniker, NH, July 1986.

S. Branner, G. Marg, and D.S. Clark, "Fundamental Studies of Glucose Isomerase Activation by Divalent Metals", New England Biotechnology Association Third Worcester Colloquium, Worcester, MA, May 1986.

D.S. Clark, "Structure-Function Relationships of Immobilized Enzymes and Immobilized Antibodies: New Insights Provided by EPR Spectroscopy", Cornell University Biotechnology Symposium, Ithaca, NY, October 1985.

**Papers Presented at Conferences**

D.S. Clark, "Enzymes and Their Material Needs: Overcoming the Natural Limitations of Biocatalysis," ACS National Meeting, San Diego, CA, March 2005.

M.Y. Lee, J.S. Dordick, and D.S. Clark, "Metabolizing Enzyme Toxicology Assay Chip (MetaChip) for in Vitro Drug Metabolism and Toxicity," ACS National Meeting, Anaheim, CA, March 2004.

T.C. Logan, M. Hajra, and D.S. Clark, "Toward the development of a microscale system for combinatorial biocatalysis," ACS National Meeting, Anaheim, CA, March 2004.

A.L. Meadows, H.W. Blanch, and D.S. Clark, "Quantifying the Metabolism of Human Breast Cancer: Applications to Drug Target Discovery," AIChE Annual, San Francisco, CA, November 2003.

M.Y. Lee, C.B. Park, A. L. Meadows, P. Reeder, D.S. Clark, and J.S. Dordick, "Development of a Metabolizing Enzyme Toxicology Assay Chip (MetaChip) for in Vitro Drug Metabolism and Toxicity," AIChE Annual, San Francisco, CA, November 2003.

U. Akbar, J.S. Dordick, and D.S. Clark, "Solid-Phase Biocatalytic Amplification of the Natural Product Bergenin," AIChE Annual Meeting, San Francisco, CA, November 2003.

B. B. Boonyaratanakornkit, A. J. Simpson, C. B. Park, C. Fraser, N. M. A. El-Sayed, and D. S. Clark, "Expression Profiling and High-Pressure Adaptation of the Deep-Sea Thermophile *Methanococcus jannaschii*," ACS National Meeting, New Orleans, LA, March, 2003.

U. Akbar, J.S. Dordick, and D.S. Clark, "Solid-Phase Biocatalytic Amplification of the Natural Product Bergenin," ACS National Meeting, New Orleans, LA, March, 2003.

B. B. Boonyaratanakornkit, A. J. Simpson, C. B. Park, C. Fraser, N. M. A. El-Sayed, and D. S. Clark, "Adaptation of the Deep-Sea Thermophile *Methanococcus jannaschii* to Extreme Temperatures and Pressures," AIChE Annual Meeting, Indianapolis, IN, November, 2002.

D.S. Clark and C.B. Park, "Biocatalyst Engineering for Synthesis and Screening of Chemical Libraries," 224th National ACS Meeting, Boston, MA, August, 2002.

J.P. Lindsay, D.S. Clark, and J.P. Lindsay, "Combinatorial Biocatalyst Preparation and High-Throughput Enzyme Screening for Improved Functional Properties," 224th National ACS Meeting, Boston, MA, August, 2002.

C. B. Park and D. S. Clark, "High Temperature-Pressure Chemostat for Cultivation of Deep-Sea Extremophiles," poster presented at 101st American Society for Microbiology Annual Meeting, Orlando, Fl, May, 2001.

Y.-D. Kim, J. S. Dordick, and D. S. Clark, "Biocatalytic Polydimethylsiloxane Coatings," poster presented at Gordon Conference on Polymers (East), New London, CT, June, 2000.

M. T. Ru, S. Y. Hirokane, A. S. Lo, J. S. Dordick, J.A. Reimer, and D. S. Clark, "Optimization of Salt-Induced Activation of Enzymes in Organic Solvents," poster presented at ACS National Meeting, San Francisco, CA, March, 2000.

Y. Guo, Y. Yang, Y. D. Kim, and D. S. Clark, "High Throughput Screening of Hydrolytic Enzymes for Graywater Treatment and Prevention of Fouling," poster presented at ACS National Meeting, San Francisco, CA, March, 2000.

M.T. Ru, Wei-Ting Hsu, J.S. Dordick, J.A. Reimer, and D.S. Clark, "Role of Ion Hydration in the Salt-Induced Activation of Enzymes ion Organic Media," AIChE Annual Meeting, Dallas, TX, November, 1999.

D.S. Clark, J.D. Keasling, S. C. Ozuna, and C.L. Wang, "Metabolic Engineering of Microorganisms to Precipitate Cadmium Wastes," AIChE Annual Meeting, Dallas, TX, November, 1999.

H. W. Blanch, D.S. Clark, and N.S. Forbes, "The Metabolic Response of Cancer Cells to Estradiol," AIChE Annual Meeting, Dallas, TX, November, 1999.

D. S. Clark, J.A. Morgan, I.A. Stergiades, and M. Tius, "Combinatorial Chemoenzymatic Synthesis of Novel Nucleoside Analogs for Pharmaceutical Screening," AIChE Annual Meeting, Dallas, TX, November, 1999.

H. W. Blanch, D.S. Clark, and K.W. Wicklund, "Characterization of MCF7 Human Breast Cancer Cells in Microcarrier Culture: Effects of Glucose and Hypoxia," AIChE Annual Meeting, Dallas, TX, November, 1999.

D.S. Clark, J.A. Reimer, M.T. Ru, and J.S. Dordick, "Optimizing the Salt-Induced Activation of Enzymes in Organic Solvents: Effects of Lyophilization Time and Water Content," AIChE Annual Meeting, Miami, FL, November, 1998.

M. M. Sun, C. Vetriani, N. Tolliday, D. Maeder, F. T. Robb, and D.S. Clark, "Improving the Stability of Hyperthermophilic Enzymes by Protein Engineering and Application of High Pressure," ACS Annual Meeting, Boston, MA, August, 1998.

D.H. Altreuter, J.S. Dordick, and D.S. Clark, "Biocatalysis for the Generation of Novel Doxorubicin Derivatives," ACS Annual Meeting, Boston, MA, August, 1998.

M. M. Sun, D.S. Clark, J. DiRuggiero, C. Vetriani, and F.T. Robb, "Pressure-Regulated Activity and Stability of Hyperthermophilic Enzymes," AIChE Annual Meeting, Los Angeles, CA, November, 1997.

D.S. Clark, J. S. Dordick, D. H. Altreuter, P. C. Michels, and Y. L. Khmelnitsky, "Combinatorial Biocatalysis for Drug Discovery and Optimization," Biochemical Engineering X, Kananaskis, Canada, May, 1997.

K. A. Yarema and D. S. Clark, "Electron Spin Resonance Studies of Epidermal Growth Factor/ Epidermal Growth Factor Receptor Interactions," poster presented at Biochemical Engineering X, Kananaskis, Canada, May, 1997.

J.S. Dordick, Y.L. Khmelnitsky, P.C. Michels, and D.S. Clark, "Molecular Diversity Through High Speed Biocatalysis," ACS National Meeting, New Orleans, LA, March, 1996.

A. Matschiner, P.C. Michels, J. DiRuggiero, F. Robb, and D.S. Clark, "Recombinant Production of Hyperthermophilic Enzymes: Effects of High Temperature and Pressure," poster presented at Biochemical Engineering IX, Davos, Switzerland, May, 1995.

P.C. Michels, J.A. Baross, J.D. Keasling, and D. S. Clark, "Bioremediation Potential of Newly Isolated, Metal-Tolerant Archaea," poster presented at Biochemical Engineering IX, Davos, Switzerland, May, 1995.

P.C. Michels, J.S. Dordick, and D.S. Clark, "High Pressure-Temperature Biocatalysis in Aqueous and Organic Solvents," AIChE Annual Meeting, San Francisco, CA, November, 1994.

P.P. Wangikar, D.S. Clark, and J.S. Dordick, "Protein and Solvent Engineering of Enzyme-Substrate Hydrophobic Interactions," AIChE Annual Meeting, San Francisco, CA, November, 1994.

Y. Khmelnitsky, P.P. Wangikar, V. Suzawa, P. Michels, J.S. Dordick, and D.S. Clark, "Approaching Aqueous-Like Activity in Nonaqueous Solvents: New Strategies for Activating Enzymes in Organic Media," poster presented at Enzyme Engineering 12, Deauville, France, September, 1993.

P. Michels, D.J. Hei, J.P. Amend, M. Domonoske, H.H. Helgeson, and D.S. Clark, "Bioreactors for Extremophiles and Their Enzymes," SIM-CSM Joint Annual Meeting, Toronto, August, 1993.

D. Hei, P. Michels, and D.S. Clark, "Structure-Stability Relationships in Thermophilic and Barophilic Enzymes," ACS National Meeting, Denver, CO, March, 1993.

D. Hei, P. Michels, and D.S. Clark, "Pressure Effects on the Activity and Stability of Enzymes from Extreme Thermophiles," ACS National Meeting, San Francisco, CA, April, 1992.

G.W. Hiller, D.S. Clark, and H.W. Blanch, "Cell Retention-Chemostat Studies of Hybridoma Cells: Antibody Productivity at Low Growth Rates," ACS National Meeting, San Francisco, CA, April, 1992.

S.T. Sharfstein, A. Mancuso, H.W. Blanch, and D.S. Clark, "*In vivo* Nuclear Magnetic Resonance Studies of Mammalian Cells Grown in Hollow Fiber Bioreactors," ACS National Meeting, San Francisco, CA, April, 1992.

P.S. Sears and D.S. Clark, "Dynamics of Proteins at Solid-Liquid Interfaces," AIChE Annual Meeting, Los Angeles, CA, November, 1991.

L.C.M. Auberson, D.S. Clark, and H.W. Blanch, "Primary Metabolism and Antibody Production in Hybridomas," AIChE Annual Meeting, Los Angeles, CA, November, 1991.

T.M. Spitznagel and D.S. Clark, "Surface-Density and Orientation Effects on Immobilized Antibodies and Antibody Fragments," AIChE Annual Meeting, Los Angeles, CA, November, 1991.

R. Affleck and D.S. Clark, "Solvent and Hydration Effects on Enzyme Activity and Dynamics," AIChE Annual Meeting, Los Angeles, CA, November, 1991.

D. Hei, C. Nelson, and D.S. Clark, "Pressure Effects on the Activity and Stability of Enzymes from Extreme Thermophiles," poster presented at Enzyme Engineering XI, Kailua-Kona, Hawaii, September, 1991.

R. Affleck, C.A. Haynes, and D.S. Clark, "Influence of Solvent Dielectric Constant on Protein Dynamics, poster presented at Enzyme Engineering XI, Kailua-Kona, Hawaii, September, 1991.

D. Hei, C. Nelson, and D.S. Clark, "Pressure-Temperature Effects on the Structure and Function of Enzymes from Deep-Sea Thermophiles," ACS National Meeting, Atlanta, GA, April, 1991.

A. Mancuso, L.C.N. Auberson, S.T. Sharfstein, H.W. Blanch, and D.S. Clark, "Non-invasive Examination of Hybridoma Metabolism with Nuclear Magnetic Resonance Spectroscopy," ACS National Meeting, Atlanta, GA, April, 1991.

C. Nelson, N. Shah, J. Ludlow, D. Hei, and D.S. Clark, "Catalytic and Structural Properties of Extremely Thermophilic Hydrogenases," AIChE Annual Meeting, San Francisco, CA, November, 1989.

A. Mancuso, E.J. Fernandez, H.W. Blanch, and D.S. Clark, "Noninvasive Measurements of Hybridoma Metabolism in a Hollow Fiber Reactor," AIChE Annual Meeting, San Francisco, CA, November, 1989.

R.M. Guinn, M. Fernandez, D.S. Clark, and H.W. Blanch, "Structure-Function Relationships of Proteases in Aqueous-Cosolvent Mixtures," AIChE Annual Meeting, San Francisco, CA, November, 1989.

D. Hei, C. Nelson, N. Shah, and D.S. Clark, "Catalytic and Structural Properties of Extremely Thermophilic Hydrogenases," poster presented at Enzyme Engineering X, Kashikojima, Japan, October 1989.

P. Skerker, R.M. Guinn, and D.S. Clark, "Structure-Function Relationships of Alcohol Dehydrogenase in Organic Solvents," AIChE Annual Meeting, Washington, D.C., November, 1988.

T.W. Randolph, D.S. Clark, H.W. Blanch, and J.M. Prausnitz, "Surfactant Assemblies in a Supercritical Fluid: Manganese and Nitroxide EPR Studies," AIChE Annual Meeting, Washington, D.C., November, 1988.

E.J. Fernandez, A. Mancuso, H.W. Blanch, and D.S. Clark, "NMR Studies of Hybridoma Metabolism in a Hollow-Fiber Reactor," AIChE Annual Meeting, Washington, D.C., November, 1988.

E.J. Fernandez, A. Mancuso, M.K. Murphy, L. Custer, H.W. Blanch, D.S. Clark, and D. Foxall, "Use of NMR Spectroscopy and Imaging to Study Hybridomas in a Hollow Fiber Reactor," ACS National Meeting, Los Angeles, CA, September, 1988.

A.L. Creagh, H.W. Blanch, D.S. Clark, and J.M. Prausnitz, "Enzymes in Reverse Micelles," poster presented at the 7th International Symposium on Surfactants in Solution, Ottawa, Canada, October, 1988.

P. Skerker, R.M. Guinn, and D.S. Clark, "Structure-Function Relationships of Alcohol Dehydrogenase in Organic Solvents," poster presented at the Symposium on Biocatalytic Synthesis of Organic Compounds, Saratoga Springs, NY, August, 1988.

E.J. Fernandez, A.M. Mancuso, and D.S. Clark, "Hollow Fiber Bioreactors for Long-Term NMR Studies of Mammalian Cell Metabolism," poster presented at the 13th International Conference on Magnetic Resonance in Biological Systems, Madison, WI, August 14-19, 1988.

E.J. Fernandez and D.S. Clark, "NMR Spectroscopy Studies of Hybridoma Metabolism," AIChE Annual Meeting, New York City, New York, November, 1987.

J.F. Miller, N.N. Shah, J.M. Ludlow, and D.S. Clark, "Pressure Effects on the Function of Thermostable Hydrogenase and the Extreme Thermophile Methanococcus jannaschii," AIChE Annual Meeting, New York City, New York, November, 1987.

J.F. Miller, J.M. Ludlow, and D.S. Clark, "A Novel Bioreactor for Studying the Structure and Function of Enzymes at Extreme Temperatures and Pressures", poster presented at Enzyme Engineering IX, Santa Barbara, California, October 1987.

J.F. Miller, N.N. Shah, and D.S. Clark, "Pressure-Temperature Relationships in the Growth of Methanococcus jannaschii, An Extremely Thermophilic Methanogen," AIChE Summer Meeting, Minneapolis, Minnesota, August 1987.

D.S. Clark, P.S. Skerker, and E.J. Fernandez, "Immobilization-Induced Conformational Changes in Proteins and Their Functional Consequences", AIChE Annual Meeting, Miami Beach, Florida, November 1986.

J.F. Miller, E.L. Almond, N.N. Shah, W.B. Streett, and D.S. Clark, "High Pressure-Temperature Bioreactor for Studying Pressure-Temperature Relationships in Bacterial Growth and Productivity", poster presented at Biochemical Engineering V, Henniker, New Hampshire, and at the Symposium on High Pressure in Biology, Toronto, Canada, July 1986.

S. Branner, G. Marg, P. Skerker, and D.S. Clark, "Molecular-Level Investigations of Immobilized Enzyme Catalysis by Electron Paramagnetic Resonance Spectroscopy", AIChE Annual Meeting, Chicago, Illinois, November 1985.

E.J. Fernandez, F.B. Fernandez, R.B. Jagoda, and D.S. Clark, "EPR Spectroscopy Studies of Immobilized Monoclonal Antibody Structure and Function", ACS Annual Meeting, Chicago, Illinois, September 1985.

P.S. Skerker, R.R. Miller, G.L. Millhauser, and D.S.Clark, "Structural and Functional Responses of Enzymes to Immobilization: New Insights from EPR Spectroscopy", poster presented at Enzyme Engineering VIII, Helsingor, Denmark, September 1985.

G.A. Marg, G.L. Millhauser, P.S. Skerker, and D.S. Clark, "Application of EPR Methods in Studies of Immobilized Enzyme Systems", poster presented at Fourth International Conference on Biochemical Engineering, Galway, Ireland, October 1984.

D.S. Clark and J.E. Bailey, "Detailed Characterization of Immobilized Chymotrypsin Deactivation in Aliphatic Alcohols", poster presented at Enzyme Engineering VII, White Haven, Pennsylvania, September 1983.

D.D. Do, M.M. Hossain, D.S. Clark, and J.E. Bailey, "Restricted Diffusion Effects on Enzyme Immobilization in Porous Solids", AIChE Annual Meeting, Los Angeles, California, November 1982.

**Seminars**

"Organic-Soluble Proteins (and Other Extreme Adaptations): Biocatalyst Engineering Enters a New Phase,"
> Department of Chemical and Biological Engineering, Northwestern University, May, 2005

"Organic Soluble (and Sol-able) Proteins: Biocatalyst Engineering Enters a New Phase,"
> Department of Chemical & Biological Engineering, University of Wisconsin, April, 2005

"Enzymes and Their Material Needs: Overcoming the Natural Limitations of Biocatalysis,"
> Department of Chemical & Biomolecular Engineering, University of Illinois at Urbana-Champaign, October, 2004

"High-Throughput Biocatalysis: Creating New Opportunities for Synthesis and Discovery,"
> KAIST, Taejon, Korea; Seoul National University, Seoul, Korea, August, 2004

"From the Earliest Organisms to the Latest Arrays: Old and New Prospects for Biocatalysis,"
> Department of Chemical and Biomolecular Engineering, University of Pennsylvania, April, 2004

"Tapping New Sources of Biodiversity: Extremophiles Enter the Array,"
> McGowan Institute for Regenerative Medicine, University of Pittsburgh, May, 2003

"Engineering the Next Generation of Biocatalysts: Crossing Old Barriers with High Turnover,"

Department of Chemical Engineering, Georgia Institute of Technology, September, 2002

"Built for Speed: Engineering the Next Generation of Biocatalysts,"
Department of Chemical Engineering, Texas A&M University, April, 2002

"Biocatalyst Engineering: Crossing Old Barriers with High Turnover,"
Department of Chemical Engineering, Stanford University, April, 2002
Department of Chemical Engineering and Applied Chemistry, University of Toronto, December, 2001
Department of Chemical Engineering, North Carolina State University, December, 2001

"Multiscale Design and Optimization of Biocatalytic Materials,"
Department of Chemical Engineering, University of Southern California, October, 2001
Department of Chemical Engineering, University of Virginia, April, 2001
Department of Chemical Engineering, Carnegie Mellon University, March 2001
Department of Chemical Engineering, University of Pittsburgh, March 2001
Department of Chemical Engineering, University of Texas, Austin, March 2001

"Biocatalyst Engineering: Crossing Old Barriers with High Turnover,"
Department of Chemical and Environmental Engineering, University of California, Irvine, March, 2000

"Engineering Biocatalysts to New Extremes,"
Department of Chemical Engineering, University of Houston, March, 1999.

"Taking Biotechnology to Extremes: New Opportunities for Extremophiles,"
Center for Environmental Biotechnology, Lawrence Berkeley Laboratory, Berkeley, CA, July, 1998.

"Challenges and Opportunities with Extremophiles and Their Enzymes,"
USDA, Wyndmoor, PA, May, 1998
Mobil Research Center, Paulsboro, NJ, May, 1998

"Engineering Biocatalysts to New Extremes,"
Department of Chemical Engineering, Washington State University, March, 1998.
Department of Chemical Engineering, Johhs Hopkins University, September, 1997.
Department of Chemical Engineering, University of Virginia, September, 1997.

"Biocatalyst Engineering for Extreme Environments,"
Department of Chemical Engineering, MIT, April, 1997.

"The Role of Pressure in Life at High Temperatures,"
Center of Marine Biotechnology, University of Maryland, February, 1997.

"Biocatalyst Engineering for Extreme Environments,"

Department of Chemical and Biochemical Engineering, University of Maryland, Baltimore County, February, 1997.
Department of Chemical Engineering, Notre Dame, October, 1996.

"Combinatorial Biocatalysis for the Synthesis of Chemical Libraries,"
KAIST, Yusong, Korea, September, 1996.

"Engineering the Discovery and Analysis of New Drugs,"
Cornell Bioengineering Program, Cornell University, May, 1996.

"Combinatorial Biocatalysis,"
Western Regional Research Center, USDA, April, 1996.

"Taking Biotechnology to Extremes: New Opportunities for Extremophiles,"
Department of Chemical Engineering, University of Pittsburgh, February, 1995.
Department of Chemical Engineering, Purdue University, December, 1994
Department of Microbiology, University of Illinois, November, 1994

"Biocatalysis in the P-T Plane,"
Department of Chemical Engineering, University of Colorado, March, 1994.
Department of Chemical Engineering, University of Washington, February, 1994
Department of Chemical Engineering, Tulane University, January, 1994.
Department of Chemical Engineering, Stanford University, January, 1994.

"Probing the Limits of Life: Engineering Considerations for the Study and Application of Extreme Thermophiles,"
Department of Chemical Engineering, University of California, Davis, November, 1993.

"Natural Enzymes Under Unnatural Conditions: Grace Under Pressure,"
Department of Chemical Engineering, University of Delaware, May, 1993.

"NMR Studies of Hybridoma Metabolism and Antibody Production in a Hollow Fiber Bioreactor,"
Biophysics Seminar Series, Cornell University, April, 1993.
Department of Chemical Engineering, Northwestern University, October, 1992.

"NMR Spectroscopy Studies of Metabolic Regulation in Hybridomas,"
Biochemical Process R&D, Merck Sharp & Dohme Research Laboratories, West Point, Pa, May, 1992.

"Natural Enzymes Under Unnatural Conditions: Grace Under Pressure,"
Department of Chemical Engineering, California Institute of Technology (Merck Centennial Lecture Series), January, 1992.
Department of Chemical Engineering, University of Michigan, December, 1991.

"Biological Activity at Extreme Temperatures and Pressures,"
   Department of Geology and Geophysics, University of California, Berkeley, May, 1991.

"Structure and Function of Proteins and Receptor Sites at Interfaces,"
   Department of Chemical Engineering, Rensselaer Polytechnic Institute, March, 1991;
   Department of Chemical Engineering, Yale University, March, 1991;
   Department of Chemistry and Biochemistry, University of California, Santa Cruz,
   January, 1991;
   Department of Chemical Engineering, University of Illinois, September, 1990.

"Improving Proteins for Process Applications,"
   Department of Chemical and Materials Engineering, University of Iowa, April, 1990;
   Department of Chemical and Petroleum Engineering, University    of Pittsburgh, March,
      1990;
   Department of Chemical Engineering, University of Utah, February, 1990;
   Department of Chemical and Biochemical Engineering, University of Iowa, April, 1990.

"Natural Enzymes Under Unnatural Conditions: Grace Under Pressure,"
   Meeting of the Northern California Section of the AIChE, Berkeley, CA, February, 1990.

"Growth and Metabolism of Hybridomas in a Hollow Fiber Reactor," Dow Chemical Company,
   Midland, MI, January 1990.

"Structural and Catalytic Properties of Enzymes in Nonaqueous Media,"
   Department of Chemical Engineering and Materials Science, University of Minnesota,
   Minneapolis, MN, November 1989.

"Temperature-Pressure Effects on the Metabolic and Enzymatic Activity of Extremely
   Thermophilic Bacteria,"
   Center for Oceanography and Marine Biology, College Park, MD, November, 1989;
   Applied Mechanics and Engineering Science Dept., U.C. San Diego, La Jolla, CA, May
   1989;
   Scripps Institution of Oceanography, La Jolla, CA, May 1989.

"Expanding the Dimensions of Biocatalysis: An Engineering Approach," School of Chemical
   Engineering, Cornell University, Ithaca, NY, May 1989.

"Temperature-Pressure Relationships in the Metabolic and Enzymic Activity of a Deep-Sea Vent
   Archaebacterium," Department of Chemical Engineering:
   Virginia Polytechnic Institute, Blacksburg, VA, May 1988;
   UCLA, Los Angeles, CA, May 1988.

"Structural and Catalytic Properties of Enzymes in Novel Processing Environments," Department
   of Chemical Engineering:
   University of Pennsylvania, Philadelphia, Pennsylvania, November 1987;

Rice University, Houston, Texas, January 1988;
University of Houston, Houston, Texas, January 1988;
University of California, Santa Barbara, February 1988;
Duke University Center for Biochemical Engineering, Durham, North Carolina, April 1988.

"Non-Invasive Studies of Animal Cell Metabolism Using NMR Spectroscopy,"
Chiron Corporation, Emeryville, California, October 1987.

"Spectroscopic Investigations of Soluble and Immobilized Glucose Isomerase,"
Allied/Signal Corporation, Des Plaines, Illinois, July 1987.

"On Enzyme Immobilization and Bacterial Thermophily: What's Going On Here?,"
Stauffer Chemical Company, Richmond, California, January 1987.

"EPR and EXAFS Studies of Immobilized Glucose Isomerase Catalysis," Department of Chemical Engineering:
University of California, Berkeley, California, February 1986;
Stanford University, Palo Alto, California, February 1986.

"Biotechnological Applications of Immobilized Enzymes and Immobilized Cells: An Overview,"
Meeting of the Local Chapter of the AIChE, Rochester, New York, January 1986.

"Use of Bound Enzymes in Food Processing: Experience with Glucose Isomerase,"
Department of Food Science, Cornell University, Ithaca, New York, October 1985.

"Molecular-Level Investigations of Immobilized Enzyme Catalysis by Electron Paramagnetic Resonance Spectroscopy," Department of Chemical Engineering, University of California, Los Angeles, California, November 1984.

"Macroscopic and Molecular Properties of Immobilized Enzymes,"
Washington University Biotechnology Seminar Series, St. Louis, Missouri.

## PROOF OF SERVICE

I am employed in the County of Cook, State of Illinois. I am over the age of 18 and not a party to the within action. My business address is 8000 Sears Tower, 233 South Wacker Drive, Chicago, Illinois, 60606.

On August 15, 2005, I served the foregoing document, described as Expert Report of Douglas S. Clark, Ph.D. on each interested party in this action, as follows:

Joshua R. Rich, Esq.
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Dr.
Chicago, IL 60606

[X] **(VIA OVERNIGHT EXPRESS DELIVERY)** I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and overnight express delivery at Sonnenschein Nath & Rosenthal LLP, Chicago, Illinois. I am readily familiar with Sonnenschein Nath & Rosenthal LLP's practice for collection and overnight express delivery. Under that practice, the correspondence would be deposited with an overnight express delivery service on that same day in the ordinary course of business.

[X] **(VIA ELECTRONIC MAIL)** I caused a true copy of the document to be served by electronic mail to each interested party at the following electronic mail address: rich@mbhb.com.

Executed on August 15, 2005, at Chicago, Illinois.

I declare under penalty of perjury that the foregoing is true and correct.


Daniel W. Celander, Ph.D.

# PROOF OF SERVICE

I am employed in the County of Cook, State of Illinois.  I am over the age of 18 and not a party to the within action.  My business address is 8000 Sears Tower, 233 South Wacker Drive, Chicago, Illinois, 60606.

On August 17, 2005, I served the foregoing document, described as Exhibit A of the Expert Report of Douglas S. Clark, Ph.D. on the following interested party in this action:

Joshua R. Rich, Esq.
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL  60606

[X]  **(VIA OVERNIGHT EXPRESS DELIVERY)** I placed a true copy of the foregoing document in a sealed envelope addressed to the interested party as set forth above.  I placed each such envelope, with postage thereon fully prepaid, for collection and overnight express delivery at Sonnenschein Nath & Rosenthal LLP, Chicago, Illinois.  I am readily familiar with Sonnenschein Nath & Rosenthal LLP's practice for collection and overnight express delivery.  Under that practice, the correspondence would be deposited with an overnight express delivery service on that same day in the ordinary course of business.

[X]  **(VIA ELECTRONIC MAIL)** I caused a true copy of the document to be served by electronic mail transmission to the interested party at the following electronic mail address: rich@mbhb.com.

Executed on August 17, 2005, at Chicago, Illinois.

I declare under penalty of perjury that the foregoing is true and correct.


_Daniel W. Celander_
Daniel W. Celander, Ph.D.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PHARMACIA & UPJOHN COMPANY,    }

                  v.    }    Case Action No. 04-833

SICOR, INC. and SICOR    }

PHARMACEUTICALS, INC.    }

<u>Supplemental Expert Report of Douglas S. Clark</u>

I have read the reports submitted by Dr. Arcamone and Dr. Beijnen in response to my expert report dated August 15, 2005. This report is a supplement to that previous expert report, the entire contents of which I reaffirm. I do not believe that any of the points or arguments offered by Dr. Arcamone or Dr. Beijnen change the conclusions of my report; however, there are several issues raised by Dr. Arcamone's and Dr. Beijnen's reports that I wish to address.

Dr. Beijnen's report relies in large part on the premise that anthracycline glycosides are far more complex than other drugs and, hence, their behavior is unpredictable. Dr. Beijnen's report makes too much of this premise. In fact, under the conditions relevant to the claimed pH and concentration ranges of the '285 patent the behavior of doxorubicin HCl is predictable and is the subject of abundant data in the pre- '285 patent literature. Dr. Beijnen's own report illustrates that doxorubicin HCl degradation, in the absence of buffer influences, occurs by a single mechanism (acid-catalyzed hydrolysis) and follows pseudo first order kinetics in acidic media up to a pH of about 4. This point is also demonstrated up to pH 3.5 in a paper published by Beijnen in 1985 for doxorubicin HCl and seven other anthracycline glycosides, which was consistent with the data reported by Wassermann in 1983 for pH 0.43 to 2.1 and Janssen's findings at pH 4.0.

Similarly, Dr. Arcamone's central discussion of his "scheme 1" decomposition processes is irrelevant. In fact, Dr. Arcamone's own report acknowledges that his "scheme 1" takes place in solution only at pH values of 7 and greater. Arcamone Report at Page 6 ("in

solution in neutral and basic conditions"). Hence, Dr Arcamone's statement that "the scheme 1 . . . degradation processes, [] predominate at pH levels above (pH) 2.5" is at least imprecise and certainly inconsistent with Dr. Beijnen's report, as noted above. Thus, under the conditions relevant to the claimed pH range of the '285 patent Arcamone's "scheme 1" decomposition processes can be ignored entirely.

Although Dr. Beijnen suggests something to the contrary, his report actually illustrates that the stability of doxorubicin HCl at pH 7.4, and the corresponding Arrhenius plots reported by Janssen for pH 7.4, are irrelevant to the predictability of doxorubicin HCl stability at pH values less than 4. In fact, my August 2005 conclusions did not rely on the data from Janssen obtained at pH 7.4.

I disagree with Dr. Beijnen's claim that the teachings of the references I cite in my August report would not be combined by one of ordinary skill in the art to teach all of the elements of the claims of the '285 patent. As of 1985 there were many published investigations of anthracycline glycosides, many of which used different analytical techniques and different experimental conditions. When surveying the body of available literature, one of ordinary skill in the art would have recognized such differences and understood how to harmonize those results. Frankly, this is standard practice for researchers.

Much is made in the two reports about the alleged importance of doxorubicin concentration and the resulting stacking of the aglycone degradation product and dimerization of doxorubicin HCl. However, there is no aglycone degradation product if doxorubicin HCl does not hydrolyze. Under conditions where an acidic solution of doxorubicin HCl is stable, there will thus be very little, if any, aglycone available for stacking, making the aglycone issue moot.

As for dimerization (e.g., stable molecular aggregates), if it occurs, the glycosidic bonds of the dimer are likely to be even less accessible to hydrogen ions, and hence less subject to acid-catalyzed hydrolysis, than the glycosidic bond of a single doxorubicin HCl

molecule. This is because the dimer will have a higher density of positive charge, which repels hydrogen ions, than the monomer. In addition, the glycosidic bonds of the dimer will be more sterically hindered and hence less accessible to hydrogen ions. Therefore, doxorubicin HCl dimers should be more stable in acidic solutions than doxorubicin HCl monomers, which would make doxorubicin HCl even more stable than the $t_{90\%}$ values extrapolated from the data of Wassermann. Finally, with regard to concentration effects, the concentration used by Janssen was 100 $\mu$g/ml, which is within the concentration range claimed by the '285 patent.

Contrary to Dr. Beijnen's statement on p. 33 of his report, it is standard practice (as any of my graduate students would tell you) to adjust the pH of a solution by adding acid or base as the last step, especially when the dissolved species, e.g., doxorubicin HCl, can alter the pH by its presence. Whether the authors of Janssen (1985) would have done so is admittedly not discussed; however, one of ordinary skill would have recognized that standard practice calls for adjusting the pH with HCl after adding the doxorubicin.

I may further supplement my opinions as appropriate based on additional information produced or developed during the case.

Dated: October 24, 2005

Douglas S. Clark, PhD.

3