IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC<br><br>        Plaintiff,<br><br>    v.<br><br>SICOR, INC., and<br>SICOR PHARMACEUTICALS, INC.<br><br>        Defendants. | Civil Action No. 04-833 KAJ |

### NOTICE OF DEPOSITION OF JESSICA WOLFF

To:   John G. Day
      Steven J. Balick
      ASHBY & GEDDES
      222 Delaware Avenue
      Wilmington, Delaware 19801

      Reid L. Ashinoff
      David R. Baum
      SONNENSCHEIN NATH & ROSENTHAL LLP
      1221 Avenue of the Americas
      New York, New York 10020

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Pharmacia & Upjohn Company LLC ("Pharmacia") shall take the deposition of Jessica Wolff. The deposition will commence at 8:30 a.m. on December 2, 2005 at the offices of Morris Nichols Arsht & Tunnell, 1201 N. Market Street, Wilmington, Delaware.

The testimony obtained pursuant to this Notice of Deposition shall be used for any and all appropriate purposes under the Federal Rules of Civil Procedure. The deposition will be recorded by stenographic and/or videographic means and will take place before a Notary Public or other officer duly authorized to administer oaths.

You are invited to attend and cross-examine.

                MORRIS, NICHOLS, ARSHT & TUNNELL

                */s/ James W. Parrett, Jr.*

                Jack B. Blumenfeld (#1014)
                Maryellen Noreika (#3208)
                James W. Parrett, Jr. (#4292)
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE  19899-1347
                (302) 658-9200
                *Attorneys for Plaintiff*
                *Pharmacia & Upjohn Company LLC*

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
MCDONNELL BOEHNEN HULBERT
  & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001

November 10, 2005
492368

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2005, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick
> John G. Day
> ASHBY & GEDDES

I also certify that copies were caused to be served on November 10, 2005, upon the following in the manner indicated:

### **BY HAND**

> Steven J. Balick
> John G. Day
> ASHBY & GEDDES
> 222 Delaware Avenue
> Wilmington, DE 19801

### **BY FEDERAL EXPRESS**

> Reid L. Ashinoff
> David R. Baum
> SONNENSCHEIN NATH & ROSENTHAL LLP
> 1221 Avenue of the Americas
> New York, NY 10020

> */s/ James W. Parrett, Jr.*
> _____
> James W. Parrett, Jr. (#4292)
> jparrett@mnat.com

492368