# EXHIBIT A

**1**

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              IN AND FOR THE DISTRICT OF DELAWARE
 3                          - - -
 4   PHARMACIA & UPJOHN COMPANY,      :  CIVIL ACTION
 5                                    :
                  Plaintiff and      :
 6                Counter-defendant,  :
                                     :
 7        v.                         :
                                     :
 8   SICOR INC., and SICOR           :
     PHARMACEUTICALS INC.,           :
 9                                   :
                  Defendants and     :  NO. 04-833 (KAJ)
10                Counter-Claimants. :
11
                        Wilmington, Delaware
12           Tuesday, October 11, 2005 at 3:00 p.m.
                     TELEPHONE CONFERENCE
13                          - - -
14   BEFORE:     HONORABLE KENT A. JORDAN, U.S.D.C.J.
15                          - - -
16   APPEARANCES:
17        MORRIS NICHOLS ARSHT & TUNNELL
18        BY:  MARYELLEN NOREIKA, ESQ.
19             and
20        McDONNELL BOEHNEN HULBERT & BERGHOFF, LLP
          BY:  DANIEL A. BOEHNEN, ESQ.,
21             JOSHUA R. RICH, ESQ., and
               GRANTLAND G. DRUTCHAS, ESQ.
22             (Chicago, Illinois)
23                  Counsel for Pharmacia & Upjohn
                    Company
24
25                       Brian P. Gaffigan
                         Registered Merit Reporter
```

**2**

```
 1   APPEARANCES:  (Continued)
 2
 3        ASHBY & GEDDES
          BY:  JOHN G. DAY, ESQ.
 4             and
 5        SONNENSCHEIN NATH & ROSENTHAL, LLP
          BY:  REID L. ASHINOFF, ESQ. and
 6             DAVID R. BAUM, ESQ.
               (New York, New York)
 7
               and
 8
          SONNENSCHEIN NATH & ROSENTHAL, LLP
 9        BY:  JORDAN A. SIGALE, ESQ.
10             (Chicago, Illinois)
11                  Counsel for Sicor Inc. and Sicor
                    Pharmaceuticals Inc.
12
13
14                    - oOo -
15              P R O C E E D I N G S
16        (REPORTER'S NOTE:  The following telephone
17   conference was held in chambers, beginning at 3:00 p.m.)
18        THE COURT:  Hi, this is Judge Jordan.  Who do I
19   have on the line?
20        MS. NOREIKA:  Good afternoon, Your Honor.  It's
21   Maryellen Noreika from Morris Nichols for plaintiff
22   Pharmacia; and I have with me, Dan Boehnen and Joshua Rich
23   of the McDonnell Boehnen firm in Chicago.
24        MR. BOEHNEN:  Also with us in Chicago is Grant
25   Drutchas.
```

**3**

1     MS. NOREIKA:  Oh.  I apologize, Grant.

2     THE COURT:  All right.  Who do I have on for

3   Sicor?

4     MR. DAY:  Good afternoon, Your Honor.  On behalf

5   of Sicor, you have John Day from Ashby & Geddes as local

6   counsel; and from the Sonnenschein firm in New York, Reid

7   Ashinoff and David Baum; and from Sonnenschein's office in

8   Chicago, Jordan Sigale.

9     THE COURT:  All right.

10     MR. ASHINOFF:  Good afternoon, Your Honor.

11     THE COURT:  Good afternoon.  Well, by my count,

12   this is the fifth time we're getting together in this case

13   because we have discovery issues.  So this is not a good

14   record, ladies and gentlemen, but we're going to plow

15   through what we've got here.

16     Before we start, however, I have a question

17   for the folks at Sicor, and that is, I got the in camera

18   submission that you sent over.  Did you send a version,

19   redacted, if you thought necessary, of your legal argument

20   to the opposing counsel?

21     MR. ASHINOFF:  Your Honor, what we served on

22   the opposing counsel is a motion that we filed and a

23   privilege log that listed the privilege material that the

24   Court got.  What we served in camera on the Court was the

25   short discussion of the substance of the privileged material

**4**

1   and the actual privileged material.  We did not serve copies

2   of the discussion and description of the privilege material

3   or the actual material on our adversary.

4     THE COURT:  All right.  I need to have you

5   identify yourself for the record.

6     MR. ASHINOFF:  It's Reid Ashinoff.  I'm sorry,

7   Your Honor.

8     THE COURT:  All right.  Mr. Ashinoff, that's not

9   going to cut it.  I'm going to quote to you what I said in

10   our last teleconference on the 19th of September.  Page 24

11   of the transcript:

12     "You can certainly submit your documents in

13   camera and your legal arguments ought to be submitted so

14   that the other side can respond to them."

15     Later on the same page:

16     "In short, you give me the documents but you

17   give your arguments to the attorney side, too, so they can

18   respond unless it's something genuinely extraordinary that

19   you think will get past me; all right?"

20     And what I was trying to communicate there and

21   what I will reemphasize is I'm not going to let you give me

22   legal argument without an opportunity for them to respond to

23   legal argument.

24     MR. ASHINOFF:  Your Honor, I don't think we cite

25   any law at all in the material we submitted in camera.  What

**5**

1 we submitted in camera basically highlights certain lines
2 in the privileged text and points those out to the Court,
3 amongst the entirety of the text, points those lines out and
4 makes the factual points that we think those would prejudice
5 us. All the legal argument is in the publicly filed motion
6 and the cases are in the publicly filed motion, as the Court
7 directed.
8     THE COURT: All right. On the other side, do
9 you have the documents with legal argument in it?
10     MR. BOEHNEN: Your Honor, we have the document
11 that was titled their memorandum in law in support of the
12 motion. Of course, we have nothing that contains any kind
13 of description even generic or otherwise of the documents
14 that are submitted in camera.
15     THE COURT: Well --
16     MR. ASHINOFF: Your Honor, they have a privilege
17 log that identifies each of the in camera documents.
18     THE COURT: Yes. Here is the problem I'm
19 having. Well, let me ask you. Again, I know I'm picking
20 this out instead of dealing in the first instance with the
21 stuff you guys teed up but this is important to get taken
22 care of so I'm taking the time while we're on the phone to
23 do it.
24     What did you have in mind, Mr. Ashinoff? Say
25 you had the result you wanted, which was a bifurcation of

**6**

1 willfulness and, you know, that I agreed with you and to
2 throw my own language back at myself, I said "you'd need a
3 whale of a showing" and you've done it. What did you have
4 in mind for how this was to be bifurcated?
5     MR. ASHINOFF: Your Honor, what we had in
6 mind and what we suggested in the legal memo was that the
7 documents and the issue of willfulness would not be produced
8 now so we wouldn't have to produce privileged material and
9 we'll go to trial on the underlying liability issues, to the
10 extent that Sicor is successful at the end of the case.
11     To the extent it's Pharmacia is successful
12 and it does not resolve, what we contemplated was there is
13 only going to be about a very small handful of privileged
14 documents, as Your Honor can now see, and only two or three
15 witnesses at most who would really talk to them and we
16 contemplated bringing those witnesses to Delaware after the
17 first stage of the trial, have the same jury take a week
18 off or even four days for the expedited discovery of the
19 willfulness evidence. We would then have -- obviously, we'd
20 be forced to waive. If we were going to waive, we would put
21 the witnesses up in Delaware on an expedited basis for the
22 plaintiff and you would rebring the jury back four or five
23 days later and try willfulness. That is the procedure we
24 contemplated. We didn't contemplate a need to have a second
25 separate jury and we didn't contemplate any inordinate

**7**

1 delay; and obviously recognizing the Court's desire for
2 efficiency, we contemplated bringing the witnesses to be
3 deposed in Delaware for the convenience of plaintiff and
4 the Court.
5     THE COURT: All right. Based on what you have
6 been able to read, who on the Pharmacia side, if anybody,
7 wants to speak up and respond to that?
8     MR. BOEHNEN: Your Honor, this is Dan Boehnen.
9 I would note that, first of all, the idea of
10 three or four days or a week I think would not be at all
11 fair, would put us at a great disadvantage. We're envision-
12 ing the situation where the jury has found that the patents
13 are valid and infringed and we're now going into a damage
14 phase and one of the issues is going to be whether the
15 infringement is willful. Well, I not only need time to take
16 discovery of the information that has been withheld based on
17 grounds of privilege but I need time to now go back over not
18 only the prior trial transcripts but all of the previous
19 discovery so as to connect the dots back up to the broader
20 picture. That isn't going to be done in a matter of two or
21 three or four days.
22     THE COURT: All right.
23     MR. BOEHNEN: Second of all, we have lots of
24 document requests, interrogatories, depositions that we
25 wanted to take now that do not go to privileged subject

**8**

1 matter but do go to the willfulness issue. And at this
2 point, Sicor has refused to provide those, too, until this
3 whole issue was resolved.
4     THE COURT: Well, we're going to resolve it
5 in part right now, and here is how. And I say that in
6 part for this reason: We're not bifurcating discovery here
7 so anything that has to do with willfulness and isn't
8 privileged you give up right now, Mr. Ashinoff, and do it
9 post haste. Get moving on it.
10     Second, I agree with the plaintiff here that
11 saying "well, I've give you three four days in between"
12 doesn't cut it. If you want to rely on an advice of counsel
13 defense, you are going to waive your privilege and you are
14 going to do that now, although it does not mean that it's
15 going to be tried with the liability phase.
16     I've taken a look at what you sent over. I
17 agree it raises some significant issues in terms of potent-
18 ial prejudice and so I am not deciding the bifurcation issue
19 today. And that, all by itself, is I think a step forward
20 for the folks on the Sicor side because it is out of our
21 custom and practice or at least mine to think about doing
22 this, but you have raised enough of an issue that I'm
23 prepared to hear what the other side says, but it's going
24 to be something that the other side says based on an
25 understanding of exactly the character of the information

**9**

1  you believe so prejudicial that it must be kept from the
2  jury in the liability phase.
3      So you make your decision in your election. If
4  you want to rely on this advice of counsel defense, you've
5  waived your privilege and you start producing even the
6  privilege material now, because I want to hear from the
7  other side what their response is to your argument that
8  there are aspects of this privilege material which are
9  of such prejudicial effect that it would taint a jury in
10  considering liability.
11      Now, Mr. Ashinoff, having heard that ruling, do
12  you want or need additional time to decide whether to rely
13  on an advice of counsel defense?
14      MR. ASHINOFF: Absolutely, Your Honor. I need
15  to be able to advise the senior decision makers at my client
16  and sit down with them at some point and get them obviously
17  in the near term to make a decision.
18      There is one aspect of what the Court is
19  suggesting that I just heard that maybe I should have heard
20  in the prior comments but didn't. To the extent the Court
21  is suggesting that we need to make a decision on waiver and
22  produce privileged materials before the Court makes a
23  decision on bifurcation, that procedure is not something
24  we're familiar with.
25      We tried to follow the Federal Circuit authority

**10**

1  with the in camera submission and the Circuit authorities
2  and the other decisions that have found that bifurcation has
3  been appropriate, having not ordered the production of the
4  privileged material at this phase. And if that is what the
5  Court is suggesting, respectfully, that is quite a departure
6  from the standard practice in the various Circuits on this
7  issue, if we haven't in fact been able to raise. And we
8  greatly respect the Court's attention to the issue but in
9  fact we're prejudiced, the very handing over that material
10  to the other side is a manifestation of that prejudice and
11  harm.
12      THE COURT: I understand I think pretty clearly
13  the arguments on both sides, and what I'm telling you is if
14  you want the benefit of a bifurcation here, it's going to be
15  a benefit you get in the context of appropriate respect for
16  what I deem to be the plaintiff's needs and the imposition
17  which it is on a jury to have to deal with this in a
18  bifurcated fashion.
19      So there is no prejudice in front of a jury if
20  you produce now and I say there is bifurcation. The
21  prejudice, which is real and it don't think insignificant,
22  I grant you; that turning over attorney-client privileged
23  material is, in and of itself, a significant step; but you
24  can't have it the way you want it is what I'm telling you.
25  You can't say, okay, we think we're going to rely on advice

**11**

1  of counsel but we're keeping all of the information in our
2  hip pocket and we'll give you three-four days to figure out
3  how it fits in. And, by the way, do your depositions and
4  review the documents in that time and we'll have the jury
5  on ice while that is happening and then we'll bring them
6  back and then we'll talk to them about it. That will not
7  do.
8      So since it will not do, what I'm telling you
9  is you need to go back, talk to your clients, think about
10  whether you want to rely on this advice of counsel defense.
11  If you do and you are successful in persuading me that this
12  information shouldn't go in front of the jury because it's
13  so important, it won't. And the jury will never hear a word
14  about it. The only people that will know about it are going
15  to be your opponents. And that is not an insignificant
16  thing but it doesn't mean the jury is going to hear about
17  it in the liability phase.
18      So you will suffer some effect from your
19  decision, but you don't get to put the other side and the
20  jury, as I said, in the kind of box that the proposal you're
21  making contemplates. It's I don't think practical or fair,
22  given the demands of the litigation in this court and the
23  lawful and appropriate concerns that the plaintiff has.
24      So that's the procedure I'm telling you that I
25  want you to follow here. Decide what you want to do. In

**12**

1  effect, I'm giving you an opportunity to still make the case
2  that there is bifurcation. And I'm suggesting to you that I
3  think you've made a decent argument based on what I've seen,
4  but I'm not going to allow you to have the procedure you're
5  looking for.
6      MR. ASHINOFF: Your Honor, in light of what the
7  Court is saying, what I would like to do is basically get to
8  sit down with the senior decision makers at my client. I
9  will tell the Court that this decision is going to be made
10  at the highest levels of the company, both legal and
11  business, so I'm going to need to gather them together.
12      I guess I would have a transcript of the Court's
13  comments within the next day or so. There is a Jewish
14  holiday coming up. I'd like to see if I can get them
15  together with me next week and get back to the Court, if I
16  can, later next week, subject to the holidays which I know
17  many of these clients observe, and we also do, this week.
18      THE COURT: Yes, that's fine. When do you think
19  I might hear from you next week, Mr. Ashinoff?
20      MR. ASHINOFF: I would like to aim at advising
21  the Court and our adversaries by the end of next week. And
22  the only condition, and I can't speak to it, I literally
23  don't know where the senior people of the company are in the
24  next week and, obviously, the first call I make after this
25  one will be to my client. I just don't know the schedule of

**13**

1 the general counsel and the senior executives who will have
2 to make the decision.
3    THE COURT: All right. I will look for some
4 word from you. We'll set this for a week from Friday at
5 the outside, okay? That gives you a week and-a-half to
6 coordinate with people; and if you think you need more time,
7 let me know. I understand it's a big decision.
8    MR. ASHINOFF: Your Honor, could I have just a
9 week from Monday, just knowing what the ensuing week looks
10 like?
11    THE COURT: Yes, done.
12    MR. ASHINOFF: Thank you.
13    THE COURT: And if you would be so good as
14 to make sure that this decision, without going into the
15 obviously any attorney-client discussions, is couched in a
16 way that you can advise me on the record, not in camera,
17 with a copy to the other side of your decision, I'd
18 appreciate that.
19    MR. ASHINOFF: I understand that, Your Honor.
20 And just to pick up on your last point. I would understand
21 that if we do waive privilege with respect to the decision
22 to launch the product, that waiver does not extend to
23 current litigation discussions between counsel and business
24 people making this judgments now about waiver. I mean that
25 is a separate event.

**14**

1    THE COURT: It is. And let me dilate for
2 just a moment on that because to the extent it's helpful to
3 you in talking with your clients, I do not typically view
4 post-litigation decision making as within the scope of
5 waiver, so things that are being done now, decisions that
6 are being done now are not within that scope of waiver. And
7 I also typically do not view attorney work product as being
8 within that scope of waiver. If it hasn't been communicated
9 to between the attorney and the client, I typically do not
10 view that as within the scope of waiver. I don't know if
11 that is of assistance to you or not, but to the extent it
12 is, there you go.
13    MR. ASHINOFF: Your Honor, I appreciate that. I
14 guess -- and I don't want to prolong this because there are
15 other matters that we need the Court's help on, but to the
16 extent that some of what is in the privilege materials is
17 in fact work product and we end up making a waiver decision
18 now, do we have the ability to redact the aspects of these
19 documents that we view as work product as opposed to advice,
20 per se?
21    THE COURT: Yes, that is what I'm telling you.
22 I'm not telling you that everything you sent over to me is
23 going to the other side. What I'm telling you is you need
24 to make an election about whether you want to invoke the
25 privilege. If you do, you are going to have to make a

**15**

1 information that was communicated to the client associated
2 with the opinion that you want to rely on. Okay?
3    MR. ASHINOFF: That's fine for now, Your Honor.
4 And when we get back to you, if there is further issues,
5 we'll try to ask for help then.
6    THE COURT: All right.
7    MR. ASHINOFF: Thank you.
8    THE COURT: Thanks. Now, again, sorry for
9 taking that at the top of the hour but it's important to me
10 that this stuff get resolved and get resolved timely because
11 one of the issues that you want to deal with and you want
12 to deal with as part of this teleconference and that I will
13 again take out of the order you gave me is the discovery
14 cutoff. I mean I'm acutely aware that we're within less
15 than a month of the discovery cutoff in this case and you
16 guys are still, you've got some cat-and-dog fighting going
17 on here. So that's why I said, and I'll reemphasize, we
18 don't have a bifurcation of discovery going on here. If you
19 are going to rely -- whether you are going to rely on advice
20 of counsel or not, your nonprivileged information associated
21 with willfulness, give it up. That needs to happen.
22    Now, let's talk for a minute about the discovery
23 cutoff. And I understand this is going to be informed by
24 the discussion we're going to have on some of these issues.
25 But I just want to get this clear up front. Are both sides

**16**

1 saying you want a discovery cutoff extension or is that
2 coming from one side only?
3    MR. ASHINOFF: Your Honor, Mr. Boehnen will have
4 to speak for the other side, but we've had some discussions
5 and I thought we were very far along on the parameters of an
6 agreed request for the extension. I tried to confirm that
7 this morning with Mr. Boehnen in a letter, but I can't speak
8 for Mr. Boehnen.
9    THE COURT: Well, give me your best under-
10 standing, Mr. Ashinoff, and then I'll hear from Mr. Boehnen.
11    MR. ASHINOFF: My best understanding, Your
12 Honor, is that we had basically, without shaking hands,
13 over the phone, resolved the various points relating to a
14 discovery extension which would extend to December 2 the
15 time to finish up and take depositions subject to further
16 rulings of the Court on issues such as inequitable conduct,
17 that will open those up, and that we had also resolved
18 Mr. Boehnen's concern that written discovery not been open
19 ended, and I had both told Mr. Boehnen we're not sitting
20 here with any nefarious plan of launching some major
21 blunderbuss of additional discovery and I iterated in a
22 letter to him the three areas of additional follow-up
23 discovery that he and I had discussed yesterday as being
24 within the purview of what would be permissible between now
25 and December 2. And my understanding was that we were close

**17**

1　to an agreement on the extension through December 2 pursuant
2　to the terms of the letter that I sent him. I didn't send
3　it to the Court because I really hadn't heard back from him
4　literally until four minutes before the call in an e-mail
5　that said he still had some issues, but I'm not sure
6　fundamentally that we differ.
7　　　　With respect to the discovery we need, Your
8　Honor, I think we've laid out the fact that the document
9　production has been delayed. I'm not saying that to cast
10　any criticism, I'm just stating the fact that the documents
11　that have been coming from Pharmacia have extended over a
12　long period, including and up to the latest batch last
13　Monday, and we're doing what we can. We're trying to get
14　witnesses scheduled. We had served 30(b)(6) notices for
15　witnesses in mid September. And the date I got offers for
16　one of the witnesses was November 2 and that's going to
17　lead to other discovery.
18　　　　I don't want to go -- there is more I would
19　like to say if Mr. Boehnen is going to oppose this. If not,
20　though, I don't need to take the Court's time on it.
21　　　　THE COURT: All right. Mr. Boehnen, what is
22　your position?
23　　　　MR. BOEHNEN: And, Your Honor, I'll try not to
24　belabor points either other than to say that Pharmacia has
25　been very diligent in providing information. We feel as

**18**

1　though we're still needing to drag information out of Sicor.
2　　　　THE COURT: I'm just looking for your position,
3　Mr. Boehnen, about whether you agree there is a discovery
4　cutoff. I understand each side has got its feelings about
5　the other and I'm really don't want to go there now.
6　　　　MR. BOEHNEN: Okay.
7　　　　THE COURT: Just take me to the bottom line.
8　　　　MR. BOEHNEN: Yes, Your Honor. The two concerns
9　that I have, and I've tried to explain them consistently to
10　Mr. Ashinoff, is that any extension of discovery -- first of
11　all, we don't think it's necessary. We could do it with
12　cooperation but we're willing to not oppose an extension but
13　for two considerations:
14　　　　Number one. We believe that any extension of
15　discovery should be limited to cleaning up matters that
16　are continuing and should not be used as an opportunity to
17　initiate new discovery requests. That's how we've already
18　gotten into the situation that we're in right now.
19　　　　Number two. If there is an extension, we're
20　concerned about the trickle-down effect that may have on
21　subsequent events such as the dispositive motion date now
22　set for December 5th. And if that is extended, we're very
23　concerned that it could impact the January 19th hearing
24　date the Court has set. And we do not want any extension
25　that would impact or extend that January 19th hearing date.

**19**

1　　　　THE COURT: Well, by definition, it's going to
2　effect both those dates because a one month extension puts
3　us one day before the dispositive motion filing deadline
4　and even with the platoons of attorneys I'm sure you folks
5　have working this case, that is a bit much to ask. So this
6　would, perforce, move that back and in all likelihood be
7　moving back to some extent that January 19th date because
8　I'm going to -- look, unless you folks are prepared to
9　say hey, we've just got one or two issues and that's it,
10　something that I find hard to believe given the character of
11　the discovery battle and the multi-continent character of
12　the fight you all have had, I'm going to need some time to
13　do what I'm sure you both would like me to do and that would
14　be reasonably prepared when I sit down to talk with you. So
15　take it as a given that that would have to shift and shift
16　some. Are you saying in light of that, you're opposed to
17　any extension?
18　　　　MR. BOEHNEN: Well, there certainly are other
19　options, Your Honor. Well, could I extend just, say, up
20　until the Tuesday before Thanksgiving. That would be a two
21　or three week extension. That would I think then not --
22　then we would not need to extend the dispositive motion
23　date.
24　　　　THE COURT: Mr. Ashinoff, what is your response?
25　　　　MR. ASHINOFF: Your Honor, that simply won't

**20**

1　work; and now, without too much detail, I do need to get
2　into what has been going on in discovery.
3　　　　We asked, we served a 30(b)(6) notice in August,
4　with depositions in September. The first witness we got
5　testified under oath that he really knew nothing about what
6　Pharmacia was doing before Pfizer bought it, in essence.
7　And when we pressed it, Mr. Boehnen said, "well, we'll have
8　another witness but the other witness can't come until
9　November" and he is not guaranteeing what that witness will
10　know. And what Mr. Boehnen said is, "I do not promise you
11　that he will be able to give you detailed information about
12　what happened inside Pharmacia prior to the merger, nor do
13　I ever promise you that we're going to have a witness that
14　will be able to do that. But we're trying to respond to
15　your questions and certainly you are not as sufficiently an
16　important a player on this that we ever tried to misuse or
17　waste your time."
18　　　　Your Honor, the fact is we're getting witnesses
19　who are supposed to be educated. That is the obligation of
20　a 30(b)(6) and who were being put up for deposition know
21　nothing. So now we have to figure out who is going to
22　know something. I said to Mr. Boehnen in one of the
23　conversations last week or early this week, "I'd like to
24　know who the right people are to depose and talk to. Would
25　you tell me who does know because you are Pharmacia?" And

United States District Court for the District of Delaware
Before the Honorable Kent A. Jordan

**21**

1  he said, "Well, I'll inquire and see what I can find out."
2      We don't even have the right names of the people
3  to talk to yet, Your Honor. We don't have the inventors in
4  the chair. Now, we're talking about the inventors, if the
5  Italian referee can get them in the chair, for the week of
6  November 7th through 10th. We've agreed with Mr. Boehnen
7  that we would take the European experts that he has seen
8  since to designate the week in Milan the same week we take
9  the inventors, assuming we can get the inventors, but we
10  are very transcontinental in this case. We have a witness
11  in Australia we need who we believe has knowledge that the
12  plant that would have been used to produce this drug to meet
13  the need, had we not allegedly infringed, that the plant
14  basically was basically shut down by the FDA. We served
15  document requests about that. We asked for the witness.
16  They don't want to bring us the witness here and we don't
17  have the documents yet.
18      We're doing what we can do, Your Honor, but we
19  need more time. And it's not because we're not trying. We
20  served some additional notices of deposition. I agreed to
21  get on the phone with Mr. Boehnen and with Mr. Sigale who is
22  home with pneumonia but is trying to work from home and is
23  the one who is handling the scientific aspects of the case.
24      I said I would sit down with Mr. Boehnen at
25  some point next week. And from Mr. Sigale's and my point

**22**

1  of view, we can do it Thursday morning and go over with
2  Mr. Boehnen a list of the people we need and ask them to
3  cooperate in scheduling them, but a lot of these people
4  are former employees. We found out just this week one of
5  them is in Canada and we need to implement the Hague
6  Convention to get that witness.
7      We're in a situation where the plaintiff started
8  the lawsuit but doesn't have witnesses with knowledge of
9  what we need to hear about and the documents. And we're not
10  faulting them, the documents have not been coming in with
11  regularity. Their letters to the Court now indicate they
12  are now collecting foreign patent information that we asked
13  for back in late 2004.
14      So again, without ascribing fault, the parties
15  simply are not ready to cut off discovery now and we now
16  need to find former Pharmacia employees with no real help
17  from the plaintiff here, find them, subpoena them, serve
18  Hague Convention requests and get them.
19      THE COURT: All right. Mr. Boehnen, I'll give
20  you a chance. We've morphed into a discussion of how the
21  discovery has gone generally. I'll give you your chance to
22  fire back.
23      MR. BOEHNEN: Your Honor, I will try to hit only
24  the highlights, but then please understand I'm keeping it
25  very brief.

**23**

1      As to the witness, the 30(b)(6) witness whom
2  Mr. Ashinoff complains as not being offered until
3  November 2nd, we originally offered that witness on October
4  17th or 18th. They said that wasn't acceptable. We offered
5  him on October 5th, 6th or 7th or October 12th or 13th.
6  They said that wasn't acceptable. Then finally they said
7  the only other day is November 2nd in the schedule and they
8  said, fine, we'll take that date.
9      As to the inventors, the Italian commissioner
10  offered the inventors for deposition in Milan the week of
11  October 24th or the week of November 7th. We said we would
12  like to do it, we would prefer to do it the week of October
13  24th. Sicor said November 7th, it really needed to be that.
14  Would everybody please go along with that? And we agreed to
15  that.
16      The documents that they have requested are
17  documents that pertain to files that are not related to
18  these patents. They've never requested them in the past.
19  We've explained this in your letter. We said for the first
20  time, you've said now you want these files. Even though you
21  did not previous request them in a Rule 34 request, we'll go
22  ahead and get them for you but don't blame us because you
23  didn't previously request them.
24      The fact of the matter is, and we've told this
25  to Sicor, for months, many months, none of the people that

**24**

1  were referred to as Pharmacia Legacy, the historic company,
2  are there so there is not anybody in the company who knows
3  what was historically done at the Legacy Company in relation
4  to Ita Rubesome (phonetic). We simply do not have the
5  information they have. We have given them all of the
6  documents that we have pertaining to Ita Rubesome from the
7  Legacy Company. They've had those for months. It isn't a
8  recent event; many months. We can give you specific dates,
9  if you wish.
10      If they ask us, all we can do is go back to
11  those documents that we have already given to them, try to
12  identify people and track them down. That is exactly what
13  they're now in the process of doing. But they're doing it
14  now not because we haven't told them this is the situation
15  all along, it's that they have wanted to continually try to
16  blame us and put us in the position where we're responsible
17  for the fact that there is nobody in the company who knows
18  it. Well, we aren't responsible for that. That is a fact
19  of life and they need to deal with it as part of their
20  lawsuit.
21      THE COURT: Well, I guess they would say as part
22  of "your" lawsuit, but that's neither here nor there. I
23  take your points, Mr. Boehnen, as well as the things that
24  Mr. Ashinoff has said and here is going to be the upshot of
25  it. I'm going to give you some more time, both sides. And

25

1  I don't do this because I want to, because I don't. This
2  trial date is going to stay, the pretrial date is going to
3  stay, and I'm going to end up taking some of my decision
4  time because you guys can't get on the same page but this
5  is the last time that is happening.
6      I'll go ahead and bump this discovery cutoff
7  to the 4th of December. I'll give you the month you are
8  looking for Mr. Ashinoff. And that means we're going to
9  have to bump the dispositive motion deadline. We'll take
10  that back into January, since I think it's impractical,
11  given the holidays, to do it earlier than that.
12      Give me just a moment to put my hand on a
13  calendar here.
14      (Pause.)
15      MR. BOEHNEN: Your Honor, may I make a comment?
16      THE COURT: Yes.
17      MR. BOEHNEN: When Mr. Ashinoff and I were
18  discussing moving back the summary judgment motion, we had
19  talked about moving the filing of those motions only one
20  week, to December 12th.
21      THE COURT: Great. Hey, if you can both live
22  with that.
23      MR. ASHINOFF: Your Honor, that's something I
24  actually had asked Mr. Boehnen for a longer extension. What
25  we did discuss and what I do recall us agreeing on is that

26

1  we don't need to move the claim construction submission. So
2  we can get those filed but we will need the extra time on
3  the dispositive motions given the nature of the discovery
4  we're going to be going through, so we would appreciate a
5  January filing date.
6      THE COURT: Put your claim construction stuff
7  in by the 12th then and go ahead and give me your case
8  dispositives by the 9th.
9      MR. ASHINOFF: You're saying December 12th on
10  the claim conjunction and January 9th on the dispositive; is
11  that what you are saying?
12      THE COURT: That's what I'm saying.
13      MR. ASHINOFF: Okay. Okay.
14      THE COURT: That will give me 10 days. We'll go
15  ahead and hold the January 19th date. I won't bump that.
16      MR. BOEHNEN: Your Honor, I think claim
17  construction has two dates. There is an initial submission
18  and then an opposition.
19      THE COURT: That won't work. Hold on just a
20  moment, actually. I think I'm going to have to bump that
21  19th. Hold on.
22      (Pause.)
23      THE COURT: If you submit by the 9th —
24      MR. ASHINOFF: There is going to need to be
25  responding and reply papers on the dispositive, Your Honor.

27

1      THE COURT: Right you are. That's what I'm
2  looking at.
3      (Pause.)
4      THE COURT: Okay. Your briefing on the 9th
5  means that the answer will be due the 23rd and reply on the
6  30th of January. I will look on my calendar and see if I
7  can't get you a date some time early in February for us to
8  get together and discuss this. And I'll ask somebody in my
9  staff to help me with that while we continue our discussion.
10      All right. Now, I have read your papers and I
11  have looked at your attachments and so I don't need anybody
12  to repeat the statements that are made in there, but let's
13  look at each one of these final things together.
14      I break it down this way. And this is based on
15  the way the letters broke it down. We have a question about
16  the location of expert witness depositions, we have an issue
17  with respect to the deposition of Mr. Winters and we have
18  an issue with respect to whether certain information is to
19  be extracted by contention interrogatories or 30(b)(6)
20  depositions. Those are the three things that we still have
21  out there to deal with.
22      MR. ASHINOFF: Your Honor?
23      THE COURT: Yes.
24      MR. ASHINOFF: Your Honor, if I may. I think I
25  can give short shrift to two of the three but, frankly, the

28

1  areas that we're most concerned about we also feel we need
2  to deal with. And I would appreciate if Mr. Sigale, my
3  partner, can address those and add, not repeat, what is in
4  the papers, but expand and respond to what your adversaries
5  said about the patent documents and the lab notebooks and
6  the foreign patent materials. Mr. Sigale will not repeat
7  what is in the papers but Ms. Noreika's letter raises issues
8  that we really don't believe to be factually accurate and we
9  want to address those. We need those lab notebooks and the
10  foreign patent materials, Your Honor.
11      THE COURT: All right. Well, let me interrupt
12  you, Mr. Ashinoff. You say that you can shorten things up
13  on two of them. Any shortening you can do, do it now.
14      MR. ASHINOFF: Okay. On the issue of the
15  foreign expert. On the assumption that the inventors will
16  actually get put in the chair in Milan, the week of November
17  7th, Mr. Sigale who is on the phone will stay in Milan over
18  weekend and take the, Mr. Beijnen and Mr. Arcamone. If
19  Mr. Boehnen will bring them to Milan early the following
20  week, the Monday-Tuesday, Mr. Boehnen and I agreed on this
21  subject to my checking with Mr. Sigale. Mr. Sigale now has
22  pneumonia, Your Honor, and I wish he didn't and so does he,
23  but he can't travel before early November. That is why we
24  couldn't take the October date. He is the guy who knows the
25  area. He is the member of the team.

29

1    THE COURT: Okay.
2    MR. ASHINOFF: But we will take the foreign
3  expert in Milan the week after we take the inventors and
4  solve that problem.
5    THE COURT: All right. And Mr. Boehnen, that is
6  what you had proposed and that is satisfactory to you, I
7  understand; correct?
8    MR. BOEHNEN: Yes, Your Honor.
9    THE COURT: Done.
10    MR. BOEHNEN: We are still checking with our
11  experts but we believe that will work.
12    THE COURT: Well, let's put it this way.
13  They're your experts, so make it work. All right?
14    MR. BOEHNEN: Yes, sir.
15    THE COURT: Make it work.
16    MR. BOEHNEN: Yes.
17    MR. ASHINOFF: Your Honor, with respect to the
18  Australian deposition, what we proposed is the following:
19  We believe this is an important issue in the case and an
20  important issue. To test that out, we're prepared to do an
21  hour on the telephone to ascertain whether in fact this is
22  the man with the knowledge we need from Pharmacia. If he
23  is, we would like to continue it live and we will pay his
24  expenses for hotel room and a coach plane to come here.
25    THE COURT: Mr. Boehnen?

30

1    MR. BOEHNEN: Well, Your Honor, it seems like a
2  reasonable way to proceed.
3    THE COURT: Okay. Then we'll leave that at that
4  and hopefully you folks will work it out. We won't need to
5  talk about it again.
6    All right. Now let's --
7    MR. ASHINOFF: Your Honor, the issue, what is
8  left is our deposition notice on secondary considerations
9  which Mr. Sigale is prepared to address and also our request
10  for the foreign patent information and the lab notebooks
11  also within his purview, if it pleases the Court.
12    THE COURT: Yes, that's fine. Go ahead,
13  Mr. Sigale.
14    MR. SIGALE: Thank you, Your Honor. With
15  respect to the foreign prosecution, I would rather not
16  quibble about it as long as Pharmacia is prepared to produce
17  those, and Ms. Noreika's letter seems to indicate --
18    THE COURT: They say they will.
19    MR. SIGALE: -- that they're doing it so I'm not
20  going to address that.
21    THE COURT: Good.
22    MR. SIGALE: But we believe they were requested
23  previously.
24    THE COURT: Whatever. It's coming to you now.
25    MR. SIGALE: Okay. Thank you, Your Honor. With

31

1  respect to Dr. Confalonieri's lab notebooks, I think
2  Pharmacia's response misses the point. If they intend to
3  rely upon Dr. Confalonieri's data, which is what they seem
4  to be contending in their interrogatory responses, we're
5  entitled to see all of Dr. Confalonieri's data. He
6  submitted data to Patent Offices around the world and in
7  other litigations and magically some of the data that we
8  believe would be helpful to our defense has not been
9  produced but data that is helpful in their case has been.
10  And I've asked about what kind of search was undertaken.
11  I'm not satisfied that a sufficient search was done,
12  especially given the significance of this data.
13    THE COURT: And the relief you want is what,
14  Mr. Sigale?
15    MR. SIGALE: Well, I want to know what they've
16  done to search for this. I'd like them to redouble their
17  efforts and confirm for me that they've checked with the
18  prior prosecution counsel, Oblon Spivack, that they checked
19  with the coordinating counsel and that they've checked the
20  files of the various companies. It just is beyond belief
21  that lab notebooks that were used to support statements made
22  under penalty of perjury to the U.S. Patent Office and other
23  Patent Offices are not available.
24    THE COURT: All right. Who is speaking to this
25  from the other side?

32

1    MR. BOEHNEN: Dan Boehnen, Your Honor.
2    First of all, it's not at all unusual that
3  foreign companies in the 1980s, that they did not have the
4  kind of lab notebooks that were used in the U.S. companies.
5  The rest of the world is not a first-to-invent situation.
6  There is not interference practice in the rest of the world.
7  Scientists have not and the rest of the world have not
8  been trained on lab notebooks, the way U.S. attorneys work.
9    Having said that, the fact is that we have made
10  a worldwide search on more than one occasion on all of the
11  lab notebooks. We would very much like to collect all of
12  the lab notebooks. We have collected all of the pages that
13  were there. Mr. Sigale suggests that these were used in
14  Patent Offices and litigations around the world. Well, they
15  have everything and are getting everything from those Patent
16  Offices in lawsuits around the world. I would note anything
17  in the Patent Offices around the world is a public record
18  document so they've had an opportunity to get that for a
19  long time.
20    THE COURT: Well, let's stick with -- hold on.
21  Let's stick with lab notebooks. And I just need a real
22  precise answer to this. I hear Mr. Sigale -- am I saying
23  your name right? Is it see-gal (phonetic)?
24    MR. SIGALE: That's fine, Your Honor.
25    THE COURT: I hear him saying that he wants a

SHEET 9

**33**

1 representation from you folks that you have checked with the
2 folks he just named, an affirmation that in fact you have
3 inquired of and heard from these people that there are no
4 lab notebooks belonging to this inventor. And that's all
5 I'm hearing he is asking for. Are you telling me you got an
6 issue with that?
7     MR. BOEHNEN: To me, Your Honor, no, sir. And I
8 understand, just to restate it, I believe he is referring to
9 the Oblon firm, Jake Wood, which is JA Kemp & Co. in the
10 U.K, and —
11     MR. SIGALE: And the Nerviano Consulting firm
12 (phonetic) where many of these inventors found gainful
13 employment.
14     MR. BOEHNEN: — the people in the Nerviano
15 Medical Sciences Facility as well as Pfizer itself.
16     THE COURT: Right. Okay.
17     MR. BOEHNEN: No, not a problem. We'll be happy
18 to do that.
19     THE COURT: Done.
20     MR. SIGALE: If I might, I'd prefer to have the
21 notebooks.
22     THE COURT: Well, I'm sure everybody would
23 prefer the notebooks were there because then we wouldn't be
24 having this fight at all. So obviously if the notebooks are
25 there, they'll be produced, but if they're not, you will get

**34**

1 an affirmation of what was done to look for them with these
2 other folks, right?
3     MR. BOEHNEN: Yes, sir.
4     MR. ASHINOFF: Your Honor, just to go back half
5 a step. On the foreign patent material that Mr. Boehnen,
6 Ms. Noreika say is now being collected, given that we plan
7 to try to go abroad and take the inventors on November 7th,
8 can we get some date not too late in October when that
9 material will be produced to us so we have the time to
10 assimilate it before we take the inventors?
11     THE COURT: Mr. Boehnen.
12     MR. BOEHNEN: We have already begun making every
13 effort to get that to them as soon as possible. Let's see.
14 We can start a rolling production to them by the end of next
15 week and I think we hope to have it to them by the end of
16 October.
17     THE COURT: All right. End of October it is.
18 And a rolling production is a good idea.
19     MR. ASHINOFF: Thank you.
20     THE COURT: Okay. Then we had the dispute about
21 the 30(b)(6) categories.
22     MR. ASHINOFF: And I'm going to let Mr. Sigale
23 address that, Your Honor.
24     MR. SIGALE: Your Honor, we propounded a number
25 of categories in a 30(b)(6) notice that asks for the factual

**35**

1 contentions underlying legal contentions I need to
2 understand and I thought this was an efficient way to do it.
3 For instance, if we take category number six. We asked for
4 the facts concerning Pharmacia's allegation that licensing
5 and adoption of the ready-to-use formula is evidence that
6 the patent satisfied the obviousness requirement.
7     I need to know what facts those are. That is
8 not a contention request. It is what licensing are you
9 talking about? What adoption are you talking about? What
10 are the circumstances about that licensing? And I thought
11 this was an efficient way to get that. I can go through a
12 couple other categories but I can assure you I'm not looking
13 for legal contentions, that is a waste of time. A lay
14 witness is not going to be able to give that to me, but
15 facts they certainly can.
16     THE COURT: All right. Mr. Boehnen, is this
17 yours again?
18     MS. NOREIKA: Your Honor, this is Maryellen
19 Noreika. I'll respond to this issue.
20     THE COURT: Okay.
21     MS. NOREIKA: Sicor, there doesn't seem to be
22 any disagreement that depositions are not the appropriate
23 means by which to obtain contentions. Instead, they're
24 saying, well, we're just seeking facts. But as the topic
25 that Mr. Sigale just read indicates, these are seeking

**36**

1 contentions: All facts regarding Pharmacia's allegations
2 regarding copying, commercial success, failure of others.
3 There is a topic asking for the data Pharmacia contends
4 shows secondary considerations and the conclusions a person
5 skilled in the art would draw from that data. There is a
6 topic asking for a witness to testify about Pharmacia's
7 response to a contention interrogatory on secondary
8 considerations.
9     THE COURT: Okay.
10     MS. NOREIKA: I mean the wording of these
11 topics.
12     THE COURT: I think I have your position. I
13 have other folks who need my attention at 4:00 o'clock so
14 let me tell you, having read this, what my impression is.
15     I think there is some good force to the argument
16 being made by Pharmacia that the inserting of the word
17 "facts" doesn't make this less of an effort to get at what
18 is essentially the legal position of the party, although you
19 may get the benefit as well of saying, well, these are the
20 pieces of specific evidence.
21     So in the first instance, and on an expedited
22 basis, not a 30-day turnaround, if you want the chance to
23 answer these as contention interrogatories, I'm going to
24 direct that you accept them as such and you answer them
25 forthwith. You know, the sort of thing that you get a

**37**

1  couple of weeks to respond to.
2        And then if you folks on the Sicor side want to
3  do some follow-up deposition discovery, targeted at
4  inquiring about specific facts that are revealed in the
5  context of these interrogatory responses, you're free to
6  do that.
7        I take the point that Pharmacia is making here,
8  which is it's so broadly worded, it can't help but really be
9  a circumstance where somebody is asked to know every fact
10  pertaining to every contention and that's a little bit much
11  to put on a deponent.
12        So that is the resolution to that. You want to
13  treat them as contention interrogatory attorneys. Done.
14  Answer them in two weeks.
15        And then if you have some follow-up and more
16  targeted and specific 30(b)(6) effort you want to make,
17  Sicor, you follow up on it that way.
18        MR. ASHINOFF: Thank you, Your Honor.
19        THE COURT: Now, let me tell you one last thing.
20  And this is for you, Mr. Ashinoff, in the discussions that
21  you are going to be having with your client, to the extent
22  again that this is helpful.
23        And again, we're treading here carefully and
24  I'm very careful when we talk about the attorney-client
25  privilege. I want to assure you I have not made lightly

**38**

1  the decision I made about how to approach the bifurcation
2  request. To the extent it's helpful in your discussing
3  with your client my understanding of the Knorr opinion, I
4  view Knorr-Bremse as saying no adverse inference can be
5  drawn from either failing to get an opinion or declining to
6  produce it; that you are entitled to get your opinion and
7  to stay silent about it.
8        Viewing it that way, I have never yet heard
9  anybody make a reasoned argument to me why it could be
10  put before a jury after the Knorr-Bremse opinion that an
11  opinion was received but not tendered. And in the absence
12  of that, I'm inclined to think there probably isn't a
13  reasoned argument. That the only reason for putting it
14  in front of a jury would be so they draw an adverse
15  inference, which with what Knorr-Bremse says could not
16  happen.
17        So I give that to you as my best reading of
18  Knorr, in the absence of people having really been able to
19  put it forth, but I think it only fair, since people are
20  trying to grope around and make a decision, that they grope
21  a little less blindly. I hope that is helpful to you.
22        MR. ASHINOFF: It is, Your Honor. And it
23  actually comports with literally a 100-year old doctrine
24  in federal law in other appellate courts to the extent of
25  saying that to force somebody to assert the privilege in

**39**

1  front of a jury is reversible error and that comports with
2  what Your Honor is saying.
3        THE COURT: Okay. Well, I thank you for your
4  time today. I hope it has been helpful in getting some
5  things worked out. Let me tell you real quickly what I'm
6  looking for as a date in February because this is going to
7  appear in a revised scheduling order that we'll put out.
8  I'm going to see you folks for argument on February 3rd
9  instead of January 19th. That's a Friday. All right?
10        MR. BOEHNEN: Your Honor, one quick point for
11  Pharmacia.
12        THE COURT: Yes.
13        MR. BOEHNEN: Can we have a new date when our
14  briefs in opposition to bifurcation will be due? I would
15  suggest two weeks after they produced papers to us if they
16  chose to rely upon them.
17        THE COURT: Mr. Ashinoff, you're fine with that,
18  I assume.
19        MR. ASHINOFF: Yes, as long as Mr. Boehnen
20  doesn't in the interim try to put my witness in the chair
21  and force us to go through all kinds of contortions about
22  privilege.
23        THE COURT: Well, I'm sure everybody wants to be
24  efficient here, or at least I would like to think so.
25        Mr. Boehnen, you take that point, I'm sure.

**40**

1        MR. BOEHNEN: Yes, sir.
2        MR. ASHINOFF: Your Honor, one last comment on
3  what Your Honor last said, and I apologize for this.
4        This law firm has an annual weekend once a year
5  where it gathers its partners and their spouses and et
6  cetera and it happens to be February 1st through 4th of
7  2006.
8        THE COURT: Okay. That is enough said. I will
9  not trample on a firm tradition. If it's the 1st through
10  the 4th, then I'm shifting you guys to the next day I can
11  give you. And I think it's, yes, the next day I can give
12  you is the 9th and that's when I will set you down. We'll
13  do this at 10:00 a.m. on February 9th.
14        Can you do that, Mr. Boehnen?
15        MR. BOEHNEN: Yes, sir.
16        THE COURT: Okay.
17        MR. ASHINOFF: Thank you very much, Your Honor.
18        MR. SIGALE: Your Honor, I'm sorry. This is
19  Mr. Sigale. We left open the claim construction dates. You
20  were suggesting December 12th for the opening brief. The
21  opposition brief would be due?
22        THE COURT: It will follow the ordinary course:
23  Two weeks for answer, one week for reply.
24        MR. SIGALE: Right, which would be the 26th of
25  December; and inasmuch as I don't observe Christmas, I would

41

1 hate to do it to the people that do.

2     THE COURT: I'll tell you what, guys. You talk
3 with each other about how best to do that. In fact, based
4 on the dates we're giving you, I'm giving it to you to come
5 up with an agreed form of order to submit back to me. And
6 then if you need to adjust a date in there like that, be
7 reasonable with each other and give it back to me; all
8 right?

9     MR. SIGALE: Thank you, Your Honor.

10     THE COURT: All right. Thanks for your time.
11 Good-bye.

12     (The attorneys respond, "Thank you, Your
13 Honor.")

14     (Telephone conference ends at 3:57 p.m.)

15

16

17

18

19

20

21

22

23

24

25

**0**

04-833 [1] - 1:9

**1**

10 [1] - 26:14
100-year [1] - 38:23
10:00 [1] - 40:13
10th [1] - 21:6
11 [1] - 1:12
12th [5] - 23:5, 25:20, 26:7, 26:9, 40:20
13th [1] - 23:5
17th [1] - 23:4
18th [1] - 23:4
1980s [1] - 32:3
19th [7] - 4:10, 18:23, 18:25, 19:7, 26:15, 28:21, 39:9
1st [2] - 40:6, 40:9

**2**

2 [4] - 16:14, 16:25, 17:1, 17:16
2004 [1] - 22:13
2005 [1] - 1:12
2006 [1] - 40:7
23rd [1] - 27:5
24 [1] - 4:10
24th [2] - 23:11, 23:13
26th [1] - 40:24
2nd [2] - 23:3, 23:7

**3**

30(b)(6 [8] - 17:14, 20:3, 20:20, 23:1, 27:19, 34:21, 34:25, 37:16
30-day [1] - 36:22
30th [1] - 27:6
34 [1] - 23:21
3:00 [2] - 1:12, 2:17
3:57 [1] - 41:14
3rd [1] - 39:8

**4**

4:00 [1] - 36:13
4th [3] - 25:7, 40:6, 40:10

**5**

5th [2] - 18:22, 23:5

**6**

6th [1] - 23:5

**7**

7th [6] - 21:6, 23:5, 23:11, 23:13, 28:17, 34:7

**9**

9th [6] - 26:8, 26:10, 26:23, 27:4, 40:12, 40:13

**A**

ability [1] - 14:18
able [7] - 7:6, 9:15, 10:7, 20:11, 20:14, 35:14, 38:18
abroad [1] - 34:7
absence [2] - 38:11, 38:18
Absolutely [1] - 9:14
accept [1] - 36:24
acceptable [2] - 23:4, 23:6
accurate [1] - 28:8
Action [1] - 1:4
actual [2] - 4:1, 4:3
acutely [1] - 15:14
add [1] - 28:3
additional [4] - 9:12, 16:21, 16:22, 21:20
address [5] - 28:3, 28:9, 30:9, 30:20, 34:23
adjust [1] - 41:6
adoption [2] - 35:5, 35:9
adversaries [2] - 12:21, 28:4
adversary [1] - 4:3
adverse [2] - 38:4, 38:14
advice [7] - 8:12, 9:4, 9:13, 10:25, 11:10, 14:19, 15:19
advise [2] - 9:15, 13:16
advising [1] - 12:20
affirmation [2] - 33:2, 34:1
afternoon [4] - 2:20, 3:4, 3:10, 3:11
agree [3] - 8:10, 8:17, 16:3

agreed [7] - 6:1, 16:6, 21:6, 21:20, 23:14, 28:20, 41:5
agreeing [1] - 25:25
agreement [1] - 17:1
ahead [6] - 23:22, 25:6, 26:7, 26:15, 30:12
aim [1] - 12:20
allegation [1] - 35:4
allegations [1] - 36:1
allegedly [1] - 21:13
allow [1] - 12:4
and-a-half [1] - 13:5
annual [1] - 40:4
answer [5] - 27:5, 32:22, 36:23, 36:24, 40:23
Answer [1] - 37:14
apologize [2] - 3:1, 40:3
appear [1] - 39:7
Appearances [2] - 1:16, 2:1
appellate [1] - 38:24
appreciate [4] - 13:18, 14:13, 26:4, 28:2
approach [1] - 38:1
appropriate [4] - 10:3, 10:15, 11:23, 35:22
Arcamone [1] - 28:18
area [1] - 28:25
areas [2] - 16:22, 28:1
argument [1] - 3:19, 4:22, 4:23, 5:5, 5:9, 9:7, 12:3, 36:15, 38:9, 38:13, 39:8
arguments [3] - 4:13, 4:17, 10:13
Arsht [1] - 1:17
art [1] - 36:5
ascertain [1] - 29:21
ascribing [1] - 22:14
Ashby [2] - 2:3, 3:5
Ashinoff [54] - 2:6, 3:7, 3:10, 3:21, 4:6, 4:8, 4:24, 5:16, 5:24, 6:5, 8:8, 9:11, 9:14, 12:6, 12:19, 12:20, 13:8, 13:12, 13:19, 14:13, 15:3, 15:7, 16:3, 16:10, 16:11, 18:10, 19:24, 19:25, 23:2, 24:24, 25:8, 25:17, 25:23, 26:9, 26:13, 26:24, 27:22, 27:24, 28:12, 28:14, 29:2, 29:17, 30:7, 34:4, 34:19, 34:22, 37:18, 37:20, 38:22,

39:17, 39:19, 40:2, 40:17
aspect [1] - 9:18
aspects [3] - 9:8, 14:18, 21:23
assert [1] - 38:25
assimilate [1] - 34:10
assistance [1] - 14:11
associated [2] - 15:1, 15:20
assume [2] - 39:18
assuming [1] - 21:9
assumption [1] - 28:15
assure [2] - 35:12, 37:25
attachments [1] - 27:11
attention [2] - 10:8, 36:13
attorney [6] - 4:17, 10:22, 13:15, 14:7, 14:9, 37:24
attorney-client [3] - 10:22, 13:15, 37:24
attorneys [4] - 19:4, 32:8, 37:13, 41:12
August [1] - 20:3
Australia [1] - 21:11
Australian [1] - 29:18
authorities [1] - 10:1
authority [1] - 9:25
available [1] - 31:23
aware [1] - 15:14

**B**

Based [1] - 7:5
based [5] - 7:16, 8:24, 12:3, 27:14, 41:3
basis [2] - 6:21, 36:22
batch [1] - 17:12
battle [1] - 19:11
Baum [2] - 2:6, 3:7
beginning [1] - 2:17
begun [1] - 34:12
behalf [1] - 4:4
Beijnen [1] - 28:18
belabor [1] - 17:24
belief [1] - 31:20
belonging [1] - 33:4
benefit [3] - 10:14, 10:15, 36:19
Berghoff [1] - 1:20
best [4] - 16:9, 16:11, 38:17, 41:3
between [4] - 8:11, 13:23, 14:9, 16:24
beyond [1] - 31:20

bifurcated [2] - 6:4, 10:18
bifurcating [1] - 8:6
bifurcation [10] - 5:25, 8:18, 9:23, 10:2, 10:14, 10:20, 12:2, 15:18, 38:1, 39:14
big [1] - 13:7
bit [2] - 19:5, 37:10
blame [2] - 23:22, 24:16
blindly [1] - 38:21
blunderbuss [1] - 16:21
Boehnen [61] - 1:20, 1:20, 2:22, 2:23, 2:24, 5:10, 7:8, 7:23, 16:3, 16:7, 16:8, 16:10, 16:19, 17:19, 17:21, 17:23, 18:3, 18:6, 18:8, 19:18, 20:7, 20:10, 20:22, 21:6, 21:21, 21:24, 22:2, 22:19, 22:23, 24:23, 25:15, 25:17, 25:24, 26:16, 28:19, 28:20, 29:5, 29:8, 29:10, 29:14, 29:16, 29:25, 30:1, 32:1, 33:7, 33:14, 33:17, 34:3, 34:5, 34:11, 34:12, 35:16, 39:10, 39:13, 39:19, 39:25, 40:1, 40:14, 40:15
Boehnen's [1] - 16:18
bottom [1] - 18:7
bought [1] - 20:6
box [1] - 11:20
break [1] - 27:14
bremse [3] - 38:4, 38:10, 38:15
Brian [1] - 1:25
brief [2] - 22:25, 40:20, 40:21
briefing [1] - 27:4
briefs [1] - 39:14
bring [3] - 11:5, 21:16, 28:19
bringing [2] - 6:16, 7:2
broader [1] - 7:19
broadly [1] - 37:8
broke [1] - 27:15
bump [4] - 25:6, 25:9, 26:15, 26:20
business [2] - 12:11, 13:23
bye [1] - 41:11

# C

calendar [2] - 25:13, 27:6
camera [9] - 3:17, 3:24, 4:13, 4:25, 5:1, 5:14, 5:17, 10:1, 13:16
Canada[1] - 22:5
care [1] - 5:22
careful [1] - 37:24
carefully [1] - 37:23
case [10] - 3:12, 6:10, 12:1, 15:15, 19:5, 21:10, 21:23, 26:7, 29:19, 31:9
cases [1] - 5:6
cast [1] - 17:9
cat [1] - 15:16
cat-and-dog [1] - 15:16
categories [3] - 34:21, 34:25, 35:12
category [1] - 35:3
certain [2] - 5:1, 27:18
certainly [4] - 4:12, 19:18, 20:15, 35:15
cetera [1] - 40:6
chair [4] - 21:4, 21:5, 28:16, 39:20
chambers [1] - 2:17
chance [3] - 22:20, 22:21, 36:22
character [3] - 8:25, 19:10, 19:11
checked [4] - 31:17, 31:18, 31:19, 33:1
checking [2] - 28:21, 29:10
Chicago[5] - 1:22, 2:10, 2:23, 2:24, 3:8
chose [1] - 39:16
Christmas[1] - 40:25
Circuit[2] - 9:25, 10:1
Circuits[1] - 10:6
circumstance [1] - 37:9
circumstances [1] - 35:10
cite [1] - 4:24
Civil[1] - 1:4
claim [5] - 26:1, 26:6, 26:10, 28:16, 40:19
claimants [1] - 1:10
cleaning [1] - 18:15
clear [1] - 15:25
clearly [1] - 10:12
client [10] - 9:15, 10:22, 12:8, 12:25, 13:15, 14:9, 15:1,

37:21, 37:24, 38:3
clients [3] - 11:9, 12:17, 14:3
close [1] - 16:25
Co[1] - 33:9
coach [1] - 29:24
collect [1] - 32:11
collected [2] - 32:12, 34:6
collecting [1] - 22:12
coming [5] - 12:14, 16:2, 17:11, 22:10, 30:24
comment [2] - 25:15, 40:2
comments [2] - 9:20, 12:13
commercial [1] - 36:2
commissioner [1] - 23:9
communicate [1] - 4:20
communicated [2] - 14:8, 15:1
companies [3] - 31:20, 32:3, 32:4
company [5] - 12:10, 12:23, 24:1, 24:2, 24:17
Company[4] - 1:4, 1:23, 24:3, 24:7
complains [1] - 23:2
comports [2] - 38:23, 39:1
concern [1] - 16:18
concerned [3] - 18:20, 18:23, 28:1
concerning [1] - 35:4
concerns [2] - 11:23, 18:8
conclusions [1] - 36:4
condition [1] - 12:22
conduct [1] - 16:16
Confalonieri's [3] - 31:1, 31:3, 31:5
conference [2] - 2:17, 41:14
Conference[1] - 1:12
confirm [2] - 16:6, 31:17
conjunction [1] - 26:10
connect [1] - 7:19
considerations [4] - 18:13, 30:8, 36:4, 36:8
considering [1] - 9:10
consistently [1] - 18:9
construction [4] - 26:1, 26:6, 26:17,

40:19
Consulting[1] - 33:11
contains [1] - 5:12
contemplate [2] - 6:24, 6:25
contemplated [4] - 6:12, 6:16, 6:24, 7:2
contemplates [1] - 11:21
contending [1] - 31:4
contends [1] - 36:3
contention [5] - 27:19, 35:8, 36:7, 36:23, 37:10, 37:13
contentions [5] - 35:1, 35:13, 35:23, 36:1
context [2] - 10:15, 37:5
continent [1] - 19:11
continually [1] - 24:15
continue [2] - 27:9, 29:23
Continued[1] - 2:1
continuing [1] - 18:16
contortions [1] - 39:21
convenience [1] - 7:3
Convention[2] - 22:6, 22:18
conversations [1] - 20:23
cooperate [1] - 22:3
cooperation [1] - 18:12
coordinate [1] - 13:6
coordinating [1] - 31:19
copies [1] - 4:1
copy [1] - 13:17
copying [1] - 36:2
correct [1] - 29:7
couched [1] - 13:15
Counsel[2] - 1:23, 2:11
counsel [13] - 3:6, 3:20, 3:22, 8:12, 9:4, 9:13, 11:1, 11:10, 13:1, 13:23, 15:20, 31:18, 31:19
count [1] - 3:11
Counter[2] - 1:6, 1:10
Counter-claimants [1] - 1:10
Counter-defendant [1] - 1:6
couple [2] - 35:12, 37:1
course [2] - 5:12, 40:22
court [1] - 11:22

Court[94] - 1:1, 2:18, 3:2, 3:9, 3:11, 3:24, 4:4, 4:8, 5:2, 5:6, 5:8, 5:15, 5:18, 7:4, 7:5, 7:22, 8:4, 9:18, 9:20, 9:22, 10:5, 10:12, 12:7, 12:9, 12:15, 12:18, 12:21, 13:3, 13:11, 13:13, 14:1, 14:21, 15:6, 15:8, 16:9, 16:16, 17:3, 17:21, 18:2, 18:7, 18:24, 19:1, 19:24, 22:11, 22:19, 24:21, 25:16, 25:21, 26:6, 26:12, 26:14, 26:19, 26:23, 27:1, 27:4, 27:23, 28:11, 29:1, 29:5, 29:9, 29:12, 29:15, 29:25, 30:3, 30:11, 30:12, 30:18, 30:21, 30:24, 31:13, 31:24, 32:20, 32:25, 33:16, 33:19, 33:22, 34:11, 34:17, 34:20, 35:16, 35:20, 36:9, 36:12, 37:19, 39:3, 39:12, 39:17, 39:23, 40:8, 40:16, 40:22, 41:2, 41:10
Courts [5] - 7:1, 10:8, 12:12, 14:15, 17:20
courts [1] - 38:24
criticism [1] - 17:10
current [1] - 13:23
custom [1] - 8:21
cut [3] - 4:9, 8:12, 22:15
cutoff [6] - 15:14, 15:15, 15:23, 16:1, 18:4, 25:6

# D

damage [1] - 7:13
Dan [3] - 2:22, 7:8, 32:1
Daniel[1] - 1:20
data [8] - 31:3, 31:5, 31:6, 31:7, 31:9, 31:12, 36:3, 36:5
date [17] - 17:15, 18:21, 18:24, 18:25, 19:7, 19:23, 23:8, 25:2, 26:5, 26:15, 27:7, 28:24, 34:8, 39:6, 39:13, 41:6
dates [5] - 19:2, 24:8, 26:17, 40:19, 41:4
David[2] - 2:6, 3:7

days [7] - 6:18, 6:23, 7:10, 7:21, 8:11, 11:2, 26:14
deadline [2] - 19:3, 25:9
deal [6] - 10:17, 15:11, 15:12, 24:19, 27:21, 28:2
dealing [1] - 5:20
December[9] - 16:14, 16:25, 17:1, 18:22, 25:7, 25:20, 26:9, 40:20, 40:25
decent [1] - 12:3
decide [1] - 9:12
Decide[1] - 11:25
deciding [1] - 8:18
decision [18] - 9:3, 9:15, 9:17, 9:21, 9:23, 11:19, 12:8, 12:9, 13:2, 13:7, 13:14, 13:17, 13:21, 14:4, 14:17, 25:3, 38:1, 38:20
decisions [2] - 10:2, 14:5
declining [1] - 38:5
deem [1] - 10:16
defendant [1] - 1:6
Defendants [1] - 1:9
defense [5] - 8:13, 9:4, 9:13, 11:10, 31:8
definition [1] - 19:1
Delaware[5] - 1:2, 1:11, 6:16, 6:21, 7:3
delay [1] - 7:1
delayed [1] - 17:9
demands [1] - 11:22
departure [1] - 10:5
deponent [1] - 21:8
depose [1] - 20:24
deposed [1] - 7:3
deposition [7] - 20:20, 21:20, 23:10, 27:17, 29:18, 30:8, 37:3
depositions [7] - 7:24, 11:3, 16:15, 20:4, 27:16, 27:20, 35:22
description [2] - 4:2, 5:13
designate [1] - 21:8
desire [1] - 7:1
detail [1] - 20:1
detailed [1] - 20:11
differ [1] - 17:6
dilate [1] - 14:1
diligent [1] - 17:25
direct [1] - 36:24
directed [1] - 5:7

disadvantage [1] - 7:11
disagreement [1] - 35:22
discovery [27] - 3:13, 6:18, 7:16, 7:19, 8:6, 15:13, 15:15, 15:18, 15:22, 16:1, 16:14, 16:18, 16:21, 16:23, 17:7, 17:17, 18:3, 18:10, 18:15, 18:17, 19:11, 20:2, 22:15, 22:21, 25:6, 26:3, 37:3
discuss [2] - 25:25, 27:8
discussed [1] - 16:23
discussing [2] - 25:18, 38:2
discussion [6] - 3:25, 4:2, 15:24, 22:20, 27:9
discussions [4] - 13:15, 13:23, 16:4, 37:20
dispositive [7] - 18:21, 19:3, 19:22, 25:9, 26:3, 26:10, 26:25
dispositives [1] - 26:8
dispute [1] - 34:20
District [2] - 1:1, 1:2
doctrine [1] - 38:23
document [5] - 5:10, 7:24, 17:8, 21:15, 32:18
documents [18] - 4:12, 4:16, 5:9, 5:13, 5:17, 6:7, 6:14, 11:4, 14:19, 17:10, 21:17, 22:9, 22:10, 23:16, 23:17, 24:6, 24:11, 28:5
dog [1] - 15:16
Done [3] - 29:9, 33:19, 37:13
done [9] - 6:3, 7:20, 13:11, 14:5, 14:6, 24:3, 31:11, 31:16, 34:1
dots [1] - 7:19
down [10] - 9:16, 12:8, 18:20, 19:14, 21:14, 21:24, 24:12, 27:14, 27:15, 40:12
Dr [3] - 31:1, 31:3, 31:5
drag [1] - 18:1
draw [2] - 36:5, 38:14
drawn [1] - 38:5

drug [1] - 21:12
Drutchas [2] - 1:21, 2:25
due [3] - 27:5, 39:14, 40:21

### E

e-mail [1] - 17:4
early [4] - 20:23, 27:7, 28:19, 28:23
educated [1] - 20:19
effect [5] - 9:9, 11:18, 12:1, 18:20, 19:2
efficiency [1] - 7:2
efficient [3] - 35:2, 35:11, 39:24
effort [3] - 34:13, 36:17, 37:16
efforts [1] - 31:17
either [2] - 17:24, 38:5
election [2] - 9:3, 14:24
employees [2] - 22:4, 22:16
employment [1] - 33:13
End [1] - 34:17
end [6] - 6:10, 12:21, 14:17, 25:3, 34:14, 34:15
ended [1] - 16:19
ends [1] - 41:14
ensuing [1] - 13:9
entirety [1] - 5:3
entitled [2] - 31:5, 38:6
envision [1] - 7:11
error [1] - 39:1
especially [1] - 31:12
Esq [8] - 1:18, 1:20, 1:21, 1:21, 2:3, 2:6, 2:6, 2:9
essence [1] - 20:6
essentially [1] - 36:18
et [1] - 40:5
European [1] - 21:7
event [2] - 13:25, 24:8
events [1] - 18:21
evidence [3] - 6:19, 35:5, 36:20
exactly [2] - 8:25, 24:12
executives [1] - 13:1
expand [1] - 28:4
expedited [3] - 6:18, 6:21, 36:21
expenses [1] - 29:24
expert [3] - 27:16,

28:15, 29:3
experts [3] - 21:7, 29:11, 29:13
explain [1] - 18:9
explained [1] - 23:19
extend [5] - 13:22, 16:14, 18:25, 19:19, 19:22
extended [2] - 17:11, 18:22
extension [13] - 16:1, 16:6, 16:14, 17:1, 18:10, 18:12, 18:14, 18:19, 18:24, 19:2, 19:17, 19:21, 25:24
extent [10] - 6:10, 6:11, 9:20, 14:2, 14:11, 14:16, 19:7, 37:21, 38:2, 38:24
extra [1] - 26:2
extracted [1] - 27:19
extraordinary [1] - 4:18

### F

Facility [1] - 33:15
fact [14] - 10:7, 10:9, 14:17, 17:8, 17:10, 20:18, 23:24, 24:17, 24:18, 29:21, 32:9, 33:2, 37:9, 41:3
facts [7] - 35:4, 35:7, 35:15, 35:24, 36:1, 36:17, 37:4
factual [2] - 5:4, 34:25
factually [1] - 26:8
failing [1] - 38:5
failure [1] - 36:2
fair [3] - 7:11, 11:21, 38:19
familiar [1] - 9:24
far [1] - 16:5
fashion [1] - 10:18
fault [1] - 22:14
faulting [1] - 22:10
Fda [1] - 21:14
February [6] - 27:7, 39:6, 39:8, 40:6, 40:13
Federal [1] - 9:25
federal [1] - 38:24
feelings [1] - 18:4
fifth [1] - 3:12
fight [2] - 19:12, 33:24
fighting [1] - 15:16
figure [2] - 11:2, 20:21
filed [4] - 3:22, 5:5, 5:6, 26:2
files [1] - 23:17, 23:20,

31:20
filing [3] - 19:3, 25:19, 26:5
final [1] - 27:13
finally [1] - 23:6
fine [2] - 12:18, 15:3, 23:8, 30:12, 32:24, 39:17
finish [1] - 16:15
fire [1] - 22:22
firm [6] - 2:23, 3:6, 33:9, 33:11, 40:4, 40:9
First [1] - 32:2
first [9] - 5:20, 6:17, 7:9, 12:24, 18:10, 20:4, 23:19, 32:5, 36:21
first-to-invent [1] - 32:5
fits [1] - 11:3
five [1] - 6:22
folks [11] - 3:17, 8:20, 19:4, 19:8, 30:4, 33:1, 33:2, 34:2, 36:13, 37:2, 39:8
follow [7] - 9:25, 11:25, 16:22, 37:3, 37:15, 37:17, 40:22
follow-up [6] - 16:22, 37:3, 37:15
following [3] - 2:16, 28:19, 29:18
force [3] - 36:15, 38:25, 39:21
forced [1] - 6:20
foreign [9] - 22:12, 28:6, 28:10, 28:15, 29:2, 30:10, 30:15, 32:3, 34:5
form [1] - 41:5
former [2] - 22:4, 22:16
formula [1] - 35:5
forth [1] - 38:19
forthwith [1] - 36:25
forward [1] - 8:19
four [7] - 6:18, 6:22, 7:10, 7:21, 8:11, 11:2, 17:4
frankly [1] - 27:25
free [1] - 37:5
Friday [2] - 13:4, 39:9
front [5] - 10:19, 11:12, 15:25, 38:14, 39:1
fundamentally [1] - 17:6

### G

Gaffigan [1] - 1:25
gainful [1] - 33:12
gal [1] - 32:23
gather [1] - 12:11
gathers [1] - 40:5
Geddes [2] - 2:3, 3:5
general [1] - 13:1
generally [1] - 22:21
generic [1] - 5:13
gentlemen [1] - 3:14
genuinely [1] - 4:18
given [9] - 11:22, 19:10, 19:15, 24:5, 24:11, 25:11, 26:3, 31:12, 34:6
Good-bye [1] - 41:11
Grant [2] - 2:24, 3:1
grant [1] - 10:22
Grantland [1] - 1:21
great [1] - 7:11
Great [1] - 25:21
greatly [1] - 10:8
grope [2] - 38:20
grounds [1] - 7:17
guaranteeing [1] - 20:9
guess [2] - 12:12, 14:14, 24:21
guy [1] - 28:24
guys [5] - 5:21, 15:16, 25:4, 40:10, 41:2

### H

Hague [2] - 22:5, 22:18
half [2] - 13:5, 34:4
hand [1] - 25:12
handful [1] - 6:13
handing [1] - 10:9
handling [1] - 21:23
hands [1] - 16:12
happy [1] - 33:17
hard [1] - 19:10
harm [1] - 10:11
haste [1] - 8:9
hate [1] - 41:1
hear [6] - 8:23, 9:6, 11:13, 11:16, 12:19, 16:10, 22:9, 32:22, 32:25
heard [6] - 9:11, 9:19, 17:3, 33:3, 38:8
hearing [3] - 18:23, 18:25, 33:5
held [1] - 2:17
help [5] - 14:15, 15:5,

22:16, 27:9, 37:8
helpful [7] - 14:2, 31:8, 31:9, 37:22, 38:2, 38:21, 39:4
Hi [1] - 2:18
highest [1] - 12:10
highlights [2] - 5:1, 22:24
hip [1] - 11:2
historic [1] - 24:1
historically [1] - 24:3
hit [1] - 22:23
hold [2] - 26:15, 32:20
Hold [2] - 26:19, 26:21
holiday [1] - 12:14
holidays [2] - 12:16, 25:11
home [2] - 21:22
Honor [59] - 2:20, 3:4, 3:10, 3:21, 4:7, 4:24, 5:10, 5:16, 6:5, 6:14, 7:8, 9:14, 12:6, 13:8, 13:19, 14:13, 15:3, 16:3, 16:12, 17:8, 17:23, 18:8, 19:19, 19:25, 20:18, 21:3, 21:18, 22:23, 25:15, 25:23, 26:16, 26:25, 27:22, 27:24, 28:10, 28:22, 29:8, 29:17, 30:1, 30:7, 30:14, 30:25, 32:1, 32:24, 33:7, 34:4, 34:23, 34:24, 35:18, 37:18, 38:22, 39:2, 39:10, 40:2, 40:3, 40:17, 40:18, 41:9, 41:13
Honorable [1] - 1:14
hope [3] - 34:15, 38:21, 39:4
hopefully [1] - 30:4
hotel [1] - 29:24
hour [2] - 15:9, 29:21
Hulbert [1] - 1:20

**I**

Ial [1] - 8:18
ice [1] - 11:5
idea [2] - 7:9, 34:18
identifies [1] - 5:17
identify [2] - 4:5, 24:12
Illinois [2] - 1:22, 2:10
impact [2] - 18:23, 18:25
implement [1] - 22:5
important [8] - 5:21, 11:13, 15:9, 20:16, 29:19, 29:20

imposition [1] - 10:16
impractical [1] - 25:10
impression [1] - 36:14
inasmuch [1] - 40:25
Inc [4] - 1:8, 1:8, 2:11, 2:11
inclined [1] - 38:12
including [1] - 17:12
indicate [2] - 22:11, 30:17
indicates [1] - 35:25
inequitable [1] - 16:16
inference [2] - 38:4, 38:15
information [13] - 7:16, 8:25, 11:1, 11:12, 15:1, 15:20, 17:25, 18:1, 20:11, 22:12, 24:5, 27:18, 30:10
informed [1] - 15:23
infringed [2] - 7:13, 21:13
infringement [1] - 7:15
ing [1] - 7:12
initial [1] - 26:17
initiate [1] - 18:17
inordinate [1] - 6:25
inquire [1] - 21:1
inquired [1] - 33:3
inquiring [1] - 37:4
inserting [1] - 36:16
inside [1] - 20:12
insignificant [2] - 10:21, 11:15
instance [1] - 5:20, 35:3, 36:21
instead [1] - 35:23
instead [2] - 5:20, 39:9
intend [1] - 31:2
interference [1] - 32:6
interim [1] - 39:20
interrogatories [1] - 7:24, 27:19, 36:23
interrogatory [4] - 31:4, 36:7, 37:5, 37:13
interrupt [1] - 28:11
invent [1] - 32:5
inventor [1] - 33:4
inventors [1] - 21:3, 21:4, 21:9, 23:9, 23:10, 28:15, 29:3, 33:12, 34:7, 34:10
invoke [1] - 14:24
issue [15] - 6:7, 8:1, 8:3, 8:18, 8:22, 10:7, 10:8, 27:16, 27:18,

28:14, 29:19, 29:20, 30:7, 33:6, 35:19
issues [11] - 3:13, 6:9, 7:14, 8:17, 15:4, 15:11, 15:24, 16:16, 17:5, 19:9, 28:7
Ita [2] - 24:4, 24:6
Italian [2] - 21:5, 23:9
iterated [1] - 16:21
itself [3] - 8:19, 10:23, 33:15

**J**

Jake [1] - 33:9
January [9] - 18:23, 18:25, 19:7, 25:10, 26:5, 26:10, 26:15, 27:6, 39:9
Jewish [1] - 12:13
John [2] - 2:3, 3:5
Jordan [4] - 1:14, 2:9, 2:18, 3:8
Joshua [2] - 1:21, 2:22
Judge [1] - 2:18
judgment [1] - 25:18
judgments [1] - 13:24
jury [16] - 6:17, 6:22, 6:25, 7:12, 9:2, 9:9, 10:17, 10:19, 11:4, 11:12, 11:13, 11:16, 11:20, 38:10, 38:14, 39:1

**K**

Kaj [1] - 1:9
keeping [2] - 11:1, 22:24
Kemp [1] - 33:9
Kent [1] - 1:14
kept [1] - 9:1
kind [4] - 5:12, 11:20, 31:10, 32:4
kinds [1] - 39:21
Knorr [5] - 38:3, 38:4, 38:10, 38:15, 38:18
Knorr-bremse [3] - 38:4, 38:10, 38:15
knowing [1] - 13:9
knowledge [3] - 21:11, 22:8, 29:22
knows [3] - 24:2, 24:17, 28:24

**L**

lab [11] - 28:5, 28:9, 30:10, 31:1, 31:21,

32:4, 32:8, 32:11, 32:12, 32:21, 33:4
ladies [1] - 3:14
laid [1] - 17:8
language [1] - 6:2
last [8] - 4:10, 13:20, 17:12, 20:23, 25:5, 37:19, 40:2, 40:3
late [2] - 22:13, 34:8
latest [1] - 17:12
launch [1] - 13:22
launching [1] - 16:20
law [4] - 4:25, 5:11, 38:24, 40:4
lawful [1] - 11:23
lawsuit [1] - 22:8, 24:20, 24:22
lawsuits [1] - 32:16
lay [1] - 35:13
lead [1] - 17:17
least [2] - 8:21, 39:24
leave [1] - 30:3
left [2] - 30:8, 40:19
Legacy [3] - 24:1, 24:3, 24:7
legal [11] - 3:19, 4:13, 4:22, 4:23, 5:5, 5:9, 6:6, 12:10, 35:1, 35:13, 36:18
less [3] - 15:14, 36:17, 36:21
letter [6] - 16:7, 16:22, 17:2, 23:19, 28:7, 30:17
letters [2] - 22:11, 27:15
levels [1] - 12:10
liability [5] - 6:9, 8:15, 9:2, 9:10, 11:17
licensing [1] - 35:4, 35:8, 35:10
life [1] - 24:19
light [2] - 12:6, 19:16
lightly [1] - 37:25
likelihood [1] - 19:6
limited [1] - 18:15
line [2] - 2:19, 18:7
lines [2] - 5:1, 5:3
list [1] - 22:2
listed [1] - 3:23
literally [3] - 12:22, 17:4, 38:23
litigation [1] - 11:22, 13:23, 14:4
litigations [2] - 31:7, 32:14
live [2] - 25:21, 29:23
Lips [3] - 1:20, 2:5, 2:9
local [1] - 3:5

location [1] - 27:16
log [2] - 3:23, 5:17
look [6] - 8:16, 13:3, 19:8, 27:6, 27:13, 34:1
looked [1] - 27:11
looking [6] - 12:5, 18:2, 25:8, 27:2, 35:12, 39:6
looks [1] - 13:9

**M**

magically [1] - 31:7
mall [1] - 17:4
major [1] - 16:20
makers [2] - 9:15, 12:8
man [1] - 29:22
manifestation [1] - 10:10
Maryellen [3] - 1:18, 2:21, 35:18
material [14] - 3:23, 3:25, 4:1, 4:2, 4:3, 4:25, 6:8, 9:6, 9:8, 10:4, 10:9, 10:23, 34:5, 34:9
materials [4] - 9:22, 14:16, 28:6, 28:10
matter [3] - 7:20, 8:1, 23:24
matters [2] - 14:15, 18:15
Mcdonnell [2] - 1:20, 2:23
mean [5] - 8:14, 11:16, 13:24, 15:14, 36:10
means [3] - 25:8, 27:5, 35:23
Medical [1] - 33:15
meet [1] - 21:12
member [1] - 28:25
memo [1] - 6:6
memorandum [1] - 5:11
merger [1] - 20:12
Merit [1] - 1:25
mid [1] - 17:15
might [2] - 12:19, 33:20
Milan [6] - 21:8, 23:10, 28:16, 28:17, 28:19, 29:3
mind [3] - 5:24, 6:4, 6:6
mine [1] - 8:21
minute [1] - 15:22
minutes [1] - 17:4
misses [1] - 31:2

misuse [1] - 20:16
moment [3] - 14:2, 25:12, 26:20
Monday [3] - 13:9, 17:13, 28:20
Monday-tuesday [1] - 28:20
month [3] - 15:15, 19:2, 25:7
months [4] - 23:25, 24:7, 24:8
morning [2] - 16:7, 22:1
morphed [1] - 22:20
Morris [2] - 1:17, 2:21
most [2] - 6:15, 28:1
motion [9] - 3:22, 5:5, 5:6, 5:12, 18:21, 19:3, 19:22, 25:9, 25:18
motions [2] - 25:19, 26:3
move [2] - 19:6, 26:1
moving [4] - 8:9, 19:7, 25:18, 25:19
multi [1] - 19:11
multi-continent [1] - 19:11
must [1] - 9:1

**N**

name [1] - 32:23
named [1] - 33:17
names [1] - 21:2
Nath [2] - 2:5, 2:9
nature [1] - 26:3
near [1] - 9:17
necessary [2] - 3:19, 18:11
need [39] - 4:4, 6:2, 6:24, 7:15, 7:17, 9:12, 9:14, 9:21, 11:9, 12:11, 13:6, 14:15, 14:23, 17:7, 17:20, 19:12, 19:22, 20:1, 21:11, 21:13, 21:19, 22:2, 22:5, 22:9, 22:16, 24:19, 26:1, 26:2, 26:24, 27:11, 28:1, 28:9, 29:22, 30:4, 32:21, 35:1, 35:7, 36:13, 41:6
needed [1] - 23:13
needing [1] - 18:1
needs [2] - 10:16, 15:21
nefarious [1] - 16:20
Nerviano [2] - 33:11,

33:14
never [3] - 11:13, 23:18, 38:8
New [3] - 2:7, 3:6
new [2] - 18:17, 39:13
next [10] - 12:13, 12:15, 12:16, 12:19, 12:21, 12:24, 21:25, 34:14, 40:10, 40:11
Nichols [2] - 1:17, 2:21
nobody [1] - 24:17
none [1] - 23:25
nonprivileged [1] - 15:20
Noreika [6] - 2:20, 2:21, 3:1, 34:6, 35:18, 35:19, 35:21, 36:10
Noreika's [2] - 28:7, 30:17
Norieka [1] - 1:18
note [2] - 7:9, 32:16
Note [1] - 2:16
notebooks [14] - 28:5, 28:9, 30:10, 31:1, 31:21, 32:4, 32:8, 32:11, 32:12, 32:21, 33:4, 33:21, 33:23, 33:24
nothing [3] - 5:12, 20:5, 20:21
notice [10] - 20:3, 30:8, 34:25
notices [2] - 17:14, 21:20
November [10] - 17:16, 20:9, 21:6, 23:3, 23:7, 23:11, 23:13, 28:16, 28:23, 34:7
number [2] - 34:24, 35:3
Number [2] - 18:14, 18:19

**O**

o'clock [1] - 36:13
oath [1] - 20:5
obligation [1] - 20:19
Oblon [2] - 31:18, 33:9
observe [2] - 12:17, 40:25
obtain [1] - 35:23
obviously [6] - 6:19, 7:1, 9:16, 12:24, 13:15, 33:24
obviousness [1] - 35:6

occasion [1] - 32:10
October [10] - 1:12, 23:3, 23:5, 23:11, 23:12, 28:24, 34:8, 34:16, 34:17
offered [4] - 23:2, 23:3, 23:4, 23:10
offers [1] - 17:15
Office [1] - 31:22
office [1] - 3:7
Offices [5] - 31:6, 31:23, 32:14, 32:16, 32:17
old [1] - 38:23
once [1] - 40:4
one [20] - 7:14, 9:18, 12:25, 15:11, 16:2, 17:16, 18:14, 19:2, 19:3, 19:9, 20:22, 21:23, 22:4, 25:19, 27:13, 32:10, 37:19, 39:10, 40:2, 40:23
ooo [1] - 2:14
open [3] - 16:17, 16:18, 40:19
opening [1] - 40:20
opinion [5] - 15:2, 38:3, 38:5, 38:6, 38:10, 38:11
opponents [1] - 11:15
opportunity [4] - 4:22, 12:1, 18:16, 32:18
oppose [2] - 17:19, 18:12
opposed [2] - 14:19, 19:16
opposing [2] - 3:20, 3:22
opposition [3] - 26:18, 39:14, 40:21
options [1] - 19:19
order [3] - 15:13, 39:7, 41:5
ordered [1] - 10:3
ordinary [1] - 40:22
originally [1] - 23:3
otherwise [1] - 5:13
ought [1] - 4:13
outside [1] - 13:5
own [1] - 6:2

**P**

Page [1] - 4:10
page [2] - 4:15, 25:4
pages [1] - 32:12
papers [5] - 26:25, 27:10, 28:4, 28:7, 39:15
parameters [1] - 16:5

part [5] - 8:5, 8:6, 15:12, 24:19, 24:21
parties [1] - 22:14
partner [1] - 28:3
partners [1] - 40:5
party [1] - 36:18
past [2] - 4:19, 23:18
Patent [6] - 31:6, 31:22, 31:23, 32:14, 32:15, 32:17
patent [7] - 22:12, 28:5, 28:6, 28:10, 30:10, 34:5, 35:6
patents [2] - 7:12, 23:18
Pause [5] - 25:14, 26:22, 27:3
pay [1] - 29:23
penalty [1] - 31:22
people [16] - 11:14, 12:23, 13:6, 13:24, 20:24, 21:2, 22:2, 22:3, 23:25, 24:12, 33:3, 33:14, 38:18, 38:19, 41:1
per [1] - 14:20
perforce [1] - 19:6
period [1] - 17:12
perjury [1] - 31:22
permissible [1] - 16:24
person [1] - 36:4
persuading [1] - 11:11
pertain [1] - 29:3
pertaining [2] - 24:6, 37:10
Pfizer [2] - 20:6, 33:15
Pharmaceuticals [2] - 1:8, 2:11
Pharmacia [18] - 1:4, 1:23, 2:22, 6:11, 7:6, 17:11, 17:24, 20:6, 20:12, 20:25, 22:16, 24:1, 29:22, 30:16, 36:3, 36:16, 37:7, 39:11
Pharmacia's [4] - 31:2, 35:4, 36:1, 36:6
phase [5] - 7:14, 8:15, 9:2, 10:4, 11:17
phone [4] - 6:22, 16:13, 21:21, 28:17
phonetic [3] - 24:4, 32:23, 33:12
pick [1] - 13:20
picking [1] - 5:19
picture [1] - 7:20
pieces [1] - 36:20
Plaintiff [1] - 1:5

plaintiff [7] - 2:21, 6:22, 7:3, 8:10, 11:23, 22:7, 22:17
plaintiff's [1] - 10:16
plan [2] - 16:20, 34:6
plane [1] - 29:24
plant [2] - 21:12, 21:13
platoons [1] - 19:4
player [1] - 20:16
pleases [1] - 30:11
plow [1] - 3:14
Pm [3] - 1:12, 2:17, 41:14
pneumonia [2] - 21:22, 28:22
pocket [1] - 11:2
point [9] - 8:2, 9:16, 13:20, 21:25, 31:2, 37:7, 39:10, 39:25
points [6] - 5:2, 5:3, 5:4, 16:13, 17:24, 24:23
position [5] - 17:22, 18:2, 24:16, 36:12, 36:18
possible [1] - 34:13
post [2] - 8:9, 14:4
post-litigation [1] - 14:4
potent [1] - 8:17
practical [1] - 11:21
practice [3] - 8:21, 10:6, 32:6
precise [1] - 32:22
prefer [3] - 23:12, 33:20, 33:23
prejudice [5] - 5:4, 8:18, 10:10, 10:19, 10:21
prejudiced [1] - 10:9
prejudicial [2] - 9:1, 9:9
prepared [6] - 8:23, 19:8, 19:14, 29:20, 30:9, 30:16
pressed [1] - 20:7
pretrial [1] - 25:2
pretty [1] - 10:12
previous [2] - 7:18, 23:21
previously [2] - 23:23, 30:23
privilege [15] - 3:23, 4:2, 5:16, 7:17, 8:13, 9:5, 9:6, 9:8, 13:21, 14:16, 14:25, 37:25, 38:25, 39:22
privileged [10] - 3:25, 4:1, 5:2, 6:8, 6:13,

7:25, 8:8, 9:22, 10:4, 10:22
problem [3] - 5:18, 29:4, 33:17
procedure [4] - 6:23, 9:23, 11:24, 12:4
proceed [1] - 30:2
process [1] - 24:13
produce [6] - 6:8, 9:22, 10:20, 21:12, 30:16, 38:6
produced [5] - 6:7, 31:9, 33:25, 34:9, 39:15
producing [1] - 9:5
product [4] - 13:22, 14:7, 14:17, 14:19
production [4] - 10:3, 17:9, 34:14, 34:18
prolong [1] - 14:14
promise [2] - 20:10, 20:13
proposal [1] - 11:20
proposed [2] - 29:6, 29:18
propounded [1] - 34:24
prosecution [2] - 30:15, 31:18
provide [1] - 8:2
providing [1] - 17:25
public [1] - 32:17
publicly [2] - 5:5, 5:6
pursuant [1] - 17:1
purview [2] - 16:24, 30:11
Put [1] - 26:6
put [13] - 6:20, 7:11, 11:19, 20:20, 24:16, 25:12, 28:16, 29:12, 37:11, 38:10, 38:19, 39:7, 39:20
puts [1] - 19:2
putting [1] - 38:13

**Q**

questions [1] - 20:15
quibble [1] - 30:16
quick [1] - 39:10
quickly [1] - 39:5
quite [1] - 10:5
quote [1] - 4:9

**R**

raise [1] - 10:7
raised [1] - 8:22
raises [2] - 8:17, 28:7

rather [1] - 30:15
read [4] - 7:6, 27:10, 35:25, 36:14
reading [1] - 38:17
ready [2] - 22:15, 35:5
ready-to-use [1] - 35:5
real [4] - 10:21, 22:16, 32:21, 39:5
really [8] - 6:15, 17:3, 18:5, 20:5, 23:13, 28:8, 37:8, 38:18
reason [2] - 8:6, 38:13
reasonable [2] - 30:2, 41:7
reasonably [1] - 19:14
reasoned [2] - 38:9, 38:13
rebring [1] - 6:22
received [1] - 38:11
recent [1] - 24:8
recognizing [1] - 7:1
record [4] - 3:14, 4:5, 13:16, 32:17
redact [1] - 14:18
redacted [1] - 3:19
redouble [1] - 31:16
reemphasize [2] - 4:21, 15:17
referee [1] - 21:5
referred [1] - 24:1
referring [1] - 33:8
refused [1] - 8:2
regarding [2] - 36:1, 36:2
Registered [1] - 1:25
regularity [1] - 22:11
Reid [3] - 2:6, 3:6, 4:6
related [1] - 23:17
relating [1] - 16:13
relation [1] - 24:3
relief [1] - 31:13
rely [4] - 6:12, 9:4, 9:12, 10:25, 11:10, 15:2, 15:19, 31:3, 39:16
repeat [3] - 27:12, 28:3, 28:6
reply [3] - 26:25, 27:5, 40:23
Reporter [1] - 1:25
Reporters [1] - 2:16
representation [1] - 33:1
request [7] - 16:6, 23:21, 23:23, 30:9, 35:8, 38:2
requested [3] - 23:16, 23:18, 30:22
requests [4] - 7:24,

18:17, 21:15, 22:18
requirement [1] - 35:6
resolution [1] - 37:12
resolve [2] - 6:12, 8:4
resolved [5] - 8:3, 15:10, 16:13, 16:17
respect [9] - 10:8, 10:15, 13:21, 17:7, 27:17, 27:18, 29:17, 30:15, 31:1
respectfully [1] - 10:5
respond [9] - 4:14, 4:18, 4:22, 7:7, 20:14, 28:4, 35:19, 37:1, 41:12
responding [1] - 26:25
response [4] - 9:7, 19:24, 31:2, 36:7
responses [2] - 31:4, 37:5
responsible [2] - 24:16, 24:18
rest [2] - 32:5, 32:6, 32:7
restate [1] - 33:8
result [1] - 5:25
revealed [1] - 37:4
reversible [1] - 39:1
review [1] - 11:4
revised [1] - 39:7
Rich [2] - 1:21, 2:22
rolling [2] - 34:14, 34:18
room [1] - 29:24
Rosenthal [2] - 2:5, 2:9
Rubesome [2] - 24:4, 24:6
Rule [1] - 23:21
ruling [1] - 9:11
rulings [1] - 16:16

**S**

satisfactory [1] - 29:6
satisfied [2] - 31:11, 35:6
schedule [2] - 12:25, 23:7
scheduled [1] - 17:14
scheduling [2] - 22:3, 39:7
Sciences [1] - 33:15
scientific [1] - 21:23
Scientists [1] - 32:7
scope [4] - 14:4, 14:6, 14:8, 14:10
se [1] - 14:20
search [4] - 31:10,

31:11, 31:16, 32:10
second [1] - 6:24
Second [2] - 7:23, 8:10
secondary [3] - 30:8, 36:4, 36:7
see [6] - 6:14, 12:14, 21:1, 27:6, 31:5, 32:23, 34:13, 39:8
see-gal [1] - 32:23
seeking [2] - 35:24, 35:25
seem [2] - 31:3, 35:21
send [2] - 3:18, 17:2
senior [4] - 9:15, 12:8, 12:23, 13:1
sent [4] - 3:18, 8:16, 14:22, 17:2
separate [2] - 6:25, 13:25
September [3] - 4:10, 17:15, 20:4
serve [2] - 4:1, 22:17
served [6] - 3:21, 3:24, 17:14, 20:3, 21:14, 21:20
set [4] - 13:4, 18:22, 18:24, 40:12
shaking [1] - 16:12
shift [2] - 19:15
shifting [1] - 40:10
short [3] - 3:25, 4:16, 27:25
shorten [1] - 28:12
shortening [1] - 28:13
showing [1] - 6:3
shows [1] - 36:4
shrift [1] - 27:25
shut [1] - 21:14
Sicor [16] - 1:8, 2:11, 3:3, 3:5, 3:17, 6:10, 8:2, 8:20, 18:1, 23:13, 23:25, 35:21, 37:2, 37:17
side [17] - 4:14, 4:17, 5:8, 7:6, 8:20, 8:23, 8:24, 9:7, 10:10, 11:19, 13:17, 14:23, 16:2, 16:4, 18:4, 31:25, 37:2
sides [3] - 10:13, 15:25, 24:25
Sigale [28] - 2:9, 3:8, 21:21, 28:2, 28:6, 28:17, 28:21, 30:9, 30:13, 30:14, 30:19, 30:22, 30:25, 31:14, 31:15, 32:13, 32:22, 32:24, 33:11, 33:20, 34:22, 34:24, 35:25,

40:18, 40:19, 40:24, 41:9
Sigale's [1] - 21:25
significance [1] - 31:12
significant [2] - 8:17, 10:23
silent [1] - 38:7
simply [3] - 19:25, 22:15, 24:4
sit [4] - 9:16, 12:8, 19:14, 21:24
sitting [1] - 16:19
situation [5] - 7:12, 18:18, 22:7, 24:14, 32:5
six [1] - 35:3
skilled [1] - 36:5
small [1] - 6:13
solve [1] - 29:4
Sonnenschein [3] - 2:5, 2:9, 3:6
Sonnenschein's [1] - 3:7
soon [1] - 34:13
sorry [3] - 4:6, 15:8, 40:18
sort [1] - 36:25
speaking [1] - 31:24
specific [4] - 24:8, 36:20, 37:4, 37:16
Spivack [1] - 31:18
spouses [1] - 40:5
staff [1] - 27:9
stage [1] - 6:17
standard [1] - 10:6
standing [1] - 16:10
start [3] - 3:16, 9:5, 34:14
started [1] - 22:7
statements [2] - 27:12, 31:21
States [1] - 1:1
stating [1] - 17:10
stay [4] - 25:2, 25:3, 26:17, 38:7
step [3] - 8:19, 10:23, 34:5
stick [2] - 32:20, 32:21
still [6] - 12:1, 15:16, 17:5, 18:1, 27:20, 29:10
stuff [3] - 5:21, 15:10, 26:6
subject [4] - 7:25, 12:16, 16:15, 28:21
submission [4] - 3:18, 10:1, 26:1, 26:17
submit [3] - 4:12, 26:23, 41:5

submitted [5] - 4:13, 4:25, 5:1, 5:14, 31:6
subpoena [1] - 22:17
subsequent [1] - 18:21
substance [1] - 3:25
success [1] - 36:2
successful [3] - 6:10, 6:11, 11:11
suffer [1] - 11:18
sufficient [1] - 31:11
sufficiently [1] - 20:15
suggest [1] - 39:15
suggested [1] - 6:6
suggesting [5] - 9:19, 9:21, 10:5, 12:2, 40:20
suggests [1] - 32:13
summary [1] - 25:18
support [2] - 5:11, 31:21
supposed [1] - 20:19

**T**

taint [1] - 9:9
targeted [2] - 37:3, 37:16
team [1] - 28:25
teed [1] - 5:21
teleconference [2] - 4:10, 15:12
telephone [2] - 2:16, 29:21
Telephone [2] - 1:12, 41:14
tendered [1] - 38:11
term [1] - 9:17
terms [2] - 8:17, 17:2
test [1] - 29:20
testified [1] - 20:5
testify [1] - 36:6
text [2] - 5:2, 5:3
Thanksgiving [1] - 19:20
they've [4] - 31:15, 31:17, 31:19, 32:18
They've [2] - 23:18, 24:7
three [9] - 6:14, 7:10, 7:21, 8:11, 11:2, 16:22, 19:21, 27:20, 27:25
three-four [1] - 11:2
throw [1] - 6:2
Thursday [1] - 22:1
timely [1] - 15:10
titled [1] - 5:11
today [2] - 8:19, 39:4

together [5] - 3:12, 12:11, 12:15, 27:8, 27:13
top [1] - 15:9
topic [3] - 35:24, 36:3, 36:6
topics [1] - 36:11
track [1] - 24:12
tradition [1] - 40:9
trained [1] - 32:8
trample [1] - 40:9
transcontinental [1] - 21:10
transcript [2] - 4:11, 12:12
transcripts [1] - 7:18
travel [1] - 28:23
treading [1] - 37:23
treat [1] - 37:13
trial [4] - 6:9, 6:17, 7:18, 25:2
trickle [1] - 18:20
trickle-down [1] - 18:20
tried [5] - 8:15, 9:25, 16:6, 18:9, 20:16
try [8] - 6:23, 15:5, 17:23, 22:23, 24:11, 24:15, 34:7, 39:20
trying [8] - 4:20, 17:13, 20:14, 21:19, 21:22, 38:20
Tuesday [2] - 1:12, 19:20
tuesday [1] - 28:20
Tunnel [1] - 1:17
turnaround [1] - 38:22
turning [1] - 10:22
Two [1] - 40:23
two [12] - 6:14, 7:20, 18:8, 18:13, 18:19, 19:9, 19:20, 26:17, 27:25, 28:13, 37:14, 39:15
typically [3] - 14:3, 14:7, 14:9

**U**

Uk [1] - 33:10
under [3] - 16:9, 20:5, 31:22
underlying [2] - 6:9, 35:1
undertaken [1] - 31:10
United [1] - 1:1
unless [2] - 4:18, 19:8
unusual [1] - 32:2
up [24] - 5:21, 6:21,

7:7, 7:19, 8:8, 12:14, 13:20, 14:17, 14:25, 15:21, 15:25, 16:15, 16:17, 16:22, 17:12, 18:15, 19:19, 20:20, 25:3, 28:12, 37:3, 37:15, 37:17, 41:5
Upjohn [2] - 1:4, 1:23
upshot [1] - 24:24
Usdcj [1] - 1:14

**V**

valid [1] - 7:13
various [3] - 10:6, 16:13, 31:20
version [1] - 3:18
view [6] - 14:3, 14:7, 14:10, 14:19, 22:1, 38:4
Viewing [1] - 38:8

**W**

waive [4] - 6:20, 8:13, 13:21
waived [1] - 9:5
waiver [8] - 9:21, 13:22, 13:24, 14:5, 14:6, 14:8, 14:10, 14:17
wants [3] - 7:7, 32:25, 39:23
waste [2] - 20:17, 35:13
week [29] - 6:17, 7:10, 12:15, 12:16, 12:17, 12:19, 12:21, 12:24, 13:4, 13:5, 13:9, 19:21, 20:23, 21:5, 21:8, 21:25, 22:4, 23:10, 23:11, 23:12, 25:20, 28:16, 28:20, 29:3, 34:15, 40:23
weekend [2] - 28:18, 40:4
weeks [4] - 37:1, 37:14, 39:15, 40:23
whale [1] - 6:3
whole [1] - 8:3
wilful [1] - 7:15
wilfulness [7] - 6:1, 6:7, 6:19, 6:23, 8:1, 8:7, 15:21
willing [1] - 18:12
Wilmington [1] - 1:11
Winters [1] - 27:17
wish [2] - 24:9, 28:22
withheld [1] - 7:16
witness [16] - 20:4,

20:8, 20:9, 20:13, 21:10, 21:15, 21:16, 22:6, 23:1, 23:3, 27:16, 35:14, 36:6, 39:20
witnesses [9] - 6:15, 6:16, 6:21, 7:2, 17:14, 17:15, 17:16, 20:18, 22:8
Wood [1] - 33:9
word [3] - 11:13, 13:4, 36:16
worded [1] - 37:8
wording [1] - 36:10
world [7] - 31:6, 32:5, 32:6, 32:7, 32:14, 32:16, 32:17
worldwide [1] - 32:10
written [1] - 16:18

**Y**

year [1] - 40:4
yesterday [1] - 16:23
York [3] - 2:7, 3:6
yourself [1] - 4:5

# EXHIBIT B

SHEET 1

**1**

```
1              IN THE UNITED STATES DISTRICT COURT

2              IN AND FOR THE DISTRICT OF DELAWARE

3                        - - -

4    PHARMACIA & UPJOHN COMPANY,      :   CIVIL ACTION

5                                     :
             Plaintiff and           :
6            Counter-defendant,       :

7    v.                               :

8    SICOR INC., and SICOR            :
     PHARMACEUTICALS INC.,            :
9                                     :
             Defendants and          :   NO. 04-933 (KAJ)
10           Counter-Claimants.       :
                         - - -
11
                Wilmington, Delaware
12         Tuesday, November 8, 2005 at 4:00 p.m.
                TELEPHONE CONFERENCE
13
                         - - -
14
     BEFORE:      HONORABLE KENT A. JORDAN, U.S.D.C.J.
15

16   APPEARANCES:

17
         MORRIS NICHOLS ARSHT & TUNNELL
18       BY:  MARYELLEN NOREIKA, ESQ.

19            and

20       McDONNELL BOEHNEN HULBERT & BERGHOFF, LLP
         BY:  DANIEL A. BOEHNEN, ESQ., and
21            JOSHUA R. RICH, ESQ.
              (Chicago, Illinois)
22
                 Counsel for Pharmacia & Upjohn
23               Company

24

25                          Brian P. Gaffigan
                            Registered Merit Reporter
```

**2**

```
1    APPEARANCES:  (Continued)

2

3        ASHBY & GEDDES
         BY:  JOHN G. DAY, ESQ.
4
              and
5
         SONNENSCHEIN NATH & ROSENTHAL, LLP
6        BY:  REID L. ASHINOFF, ESQ.
              (New York, New York)
7
              and
8
         SONNENSCHEIN NATH & ROSENTHAL, LLP
9        BY:  JORDAN A. SIGALE, ESQ.
              (Chicago, Illinois)
10
                 Counsel for Sicor Inc. and Sicor
11               Pharmaceuticals Inc.

12

13

14

15                   - oOo -

16            P R O C E E D I N G S

17       (REPORTER'S NOTE:  The following telephone

18   conference was held in chambers, beginning at 4:00 p.m.)

19       THE COURT:  Hi, this is Judge Jordan.  Who do I

20   have on the line?

21       MS. NOREIKA:  Your Honor, for the plaintiff,

22   Maryellen Noreika at Morris Nichols; Dan Boehnen and Josh

23   Rich at the McDonnell Boehnen firm in Chicago; and from the

24   Pfizer Legal Department, Karen Staff.

25       MR. DAY:  Good afternoon, Your Honor.  On behalf
```

**3**

```
1    of the defendants in this case, you have John Day, local

2    counsel; and from Sonnenschein Nath & Rosenthal, lead

3    counsel, Reid Ashinoff in New York and Jordan Sigale in

4    Chicago.

5        MR. ASHINOFF:  Good afternoon, Your Honor.

6        MR. SIGALE:  Good afternoon, Your Honor.

7        THE COURT:  Good afternoon.  Well, we're here on

8    our weekly discovery dispute call in this case and a little

9    bit of update I have on this is folks on the Pharmacia side

10   want to see these depositions go forward next week and the

11   folks on the defense side, Sicor side do not want them to go

12   forward next week.  So why don't somebody bring me up to

13   speed and tell me why we're needing to discuss this today.

14       MR. BOEHNEN:  Thank you, Your Honor.  This is

15   Dan Boehnen.  We requested hearings and thanks for hearing

16   us once again.

17       When the Court cancelled the starting date for

18   the depositions a week ago, the Court also told the parties

19   to "keep the pedal to the metal," I believe were your words,

20   and to talk to each other about rescheduling the depositions

21   as fast as possible.  Okay.

22       So since then, we've delivered the documents

23   to Sicor last Thursday, three business days later than

24   originally promised.  The Italian Commissioner and the

25   witnesses are now standing by ready to begin these
```

**4**

```
1    depositions starting next Monday, November 14th, which is a

2    week later than was originally scheduled.  Sicor refuses to

3    do that.  This is particularly problematic because if this

4    window closes after this, either the Italian Commissioner

5    or Sicor's counsel are not going to be available.  We won't

6    have everybody available until well after the close of

7    discovery, at best the middle of December but more likely

8    January or February.

9        Now, in a phone call last Wednesday, the day

10   after the hearing, last hearing, we called Sicor to confirm

11   we would have all the documents delivered to them by the

12   end of the week, that the Italian Commissioner and the

13   inventors were available to start the depositions a week

14   later, Monday, November the 14th, and to point out that the

15   schedule gave Sicor even more preparation time than it had

16   before.  Before they would have had a week, seven days, and

17   under this arrangement they have 11 days.  But despite our

18   best efforts, Sicor has refused to discuss the situation or

19   even to set a time to discuss the situation.

20       Instead, from our perspective, they've been

21   using the Court's comments as an excuse to try to delay

22   other scheduled depositions.  For example, last Wednesday,

23   the day after the hearing, David Baum said this during the

24   deposition about a Pfizer witness that was to start the next

25   day, and I quote:
```

5

1  "We're not likely to go forward with Leena
2  Das Young tomorrow for as you know, there was a telephone
3  conference with the judge yesterday in which the judge
4  indicated the dates might be vacated, including the date
5  for the close of discovery. And that being the case, there
6  is plenty of time to fit Leena Das Young in later."
7      Also, the day after that, Sicor came and asked
8  us for extensions to respond to written discovery that had
9  been long pending and whose answers were due last Thursday.
10     But beyond just the delivering all documents
11 last week, we also have a proposal now that will allow Sicor
12 to split its deposition time for the primary inventors such
13 that Sicor will be able to return later and cover documents
14 that it doesn't have now and as I'll explain as I get into
15 this, we think that should take care of any kind of concerns
16 Sicor has.
17     But if I may, first, I've got to make one point
18 that we really have not had a chance to explain before. And
19 that is that these documents that we're talking about and
20 have been talking about were never requested by Sicor until
21 September 13th. Okay? It was on that date for the first
22 time that they sent us a letter identifying their request in
23 copies of about 50 foreign patent file histories and these
24 are file patents that are not part of the family of the '285
25 patent-in-suit. And at that time, when we got that,

7

1      Now, Sicor, on the other hand, knew very well
2  the rough volume of documents that it was receiving although
3  they had set me up with an e-mail the day before suggesting
4  otherwise, and what I mean is this: We didn't decide what
5  documents to produce here. Sicor's letter specifically
6  identified about 50 prosecution histories that it was asking
7  for, and anyone with any experience in patent litigation
8  knows that a file history contains at least about 300 pages,
9  probably 200 to 1,000. So 50 file histories are easily
10 going to be 15,000 pages. Everybody knew we were in that
11 ballpark.
12     But even more than that, if you go back and you
13 consider the size of the file histories that we produced and
14 these are now file histories of patents that are related to
15 the '285 patent in suit, we produced about 25,000 pages of
16 all of those materials from those file histories to Sicor
17 and we did that months ago, many months ago. So having had
18 that in its comparison, Sicor had no reason to think that a
19 list of 50 file histories unrelated were going to be any
20 different than the ones it already had.
21     But in any event, okay, we're past that because
22 we've now finished the production and we know that the items
23 that we gave to Sicor turned out to be about 8,400 pages.
24 They had those last Thursday, roughly three full boxes.
25 Now, before screening, those complete set of files were a

6

1  discovery was already set for November 4th, less than two
2  months later. So all of these problems that we've been
3  jumping through hoops to handle are about a request that
4  Sicor made less than two months before the close of
5  discovery in relation to file histories that are not even
6  part of the patent-in-suit. But we agreed to do that
7  and we've been moving as fast as humanly possible to just
8  avoid haggling over objections.
9      But I don't want to belabor that point. I want
10 to focus really on the arguments that I believe Sicor is
11 going to raise now, even though they had really refused to
12 discuss their objections with us, but I expect that they're
13 going to raise arguments that fall in one of four different
14 categories: the volume of documents, the foreign language
15 issue, privilege logs issue, and what I'm thinking of as the
16 "one bite at the apple" rule.
17     Okay. So as to the volume of documents. When
18 we talked a week ago, Your Honor was surprised that we
19 hadn't been discussing with them what the volume of
20 documents are that were to be produced. And I was caught
21 off guard by that but in this particular situation that
22 wasn't unusual. At that time, those documents were in
23 electronic format and the only thing I knew specifically was
24 that the files comprise four gigabytes of data in a format
25 that was unknown to me.

8

1  little over 18,000 pages, the withheld documents were just
2  a little under 10,000 pages and thus the documents produced
3  to Sicor were about 8,400 pages, but many of those are
4  repetitive copies of patent specifications and other things
5  so it isn't going to take that long to go through them.
6  In fact, in an e-mail that Sicor had sent to the Italian
7  commissioner, they admitted that as of last Friday -- last
8  Thursday, they had already reviewed about 3,000 pages.
9      Okay. Let me go to the foreign language issue.
10 Because they also seem to be arguing that, you know, they
11 can't be expecting to go forward when they get all the
12 stuff in a foreign language and they had no idea that was
13 going to be happening. And we believe that is also not
14 true. Because when Sicor initiated this request, they went
15 to a public database, searched all the patents dealing with
16 anthracycline glycoside, sites around the world and they
17 gave us a list of the specific sites and specific countries
18 they wanted.
19     Now, when Sicor asks for a file for a French
20 patent or a German patent, how can it possibly not know
21 that that file was going to contain documents in French or
22 German? But the fallacy of their argument I think is more
23 basic than that because the people who have reviewed our
24 files and produced these tell me well over 90 percent of
25 these materials are either written in English or they're

**9**

1 accompanied by an English translation, which is what you
2 would expect because it was a British attorney who was
3 really the central focus of the prosecution. And even the
4 documents that were not translated, those generally tend
5 to be foreign-type documents that just didn't warrant
6 translation.
7      But in any event, Sicor now has the same
8 translations that the Pfizer people had who handled the
9 prosecution. But even beyond that, you know what we're
10 talking about is deposing the inventors. And I fail to see
11 what relevance a Russian language document or an Uzbekistan
12 document is going to have to deposing these inventors
13 because they don't speak those languages any more than
14 Sicor does.
15      Let me turn to the privilege log. Okay. And
16 I'm a little surprised that that is being raised, it
17 certainly was never mentioned before, but the fact is that
18 Pfizer -- Pharmacia produced over 250 pages of Pharmacia's
19 privilege log before Sicor had begun producing anything from
20 its own privilege log. Now, up to this point in time, our
21 privilege log comprises of about 950 pages but that does not
22 include updating for the latest round of documents that were
23 produced last week. And again, from last week, the total
24 files were about 18,000 pages and about 10,000 were withheld
25 as privileged.

**10**

1      Now, I anticipate that Sicor is going to argue
2 that we must obviously be doing something improper to have
3 had so many documents withheld, and I assure you we are
4 not. You know, there is nothing unusual about the fact that
5 when a patent attorney is handling the case, the volume of
6 information that goes back and forth between the patent
7 attorney and the Patent Office is no greater than the volume
8 of communication that goes back and forth between the patent
9 attorney and his client. And in this case, that is doubly
10 so because the client was in Milan, the attorney was in
11 London and the patent attorney is communicating with his
12 agent somewhere else.
13      So it's perfectly normal. More than normal,
14 it's the average, it's the usual thing that the volume of
15 communication between to and from the patent attorney and
16 the people working with him is greater than the volume of
17 documents that the patent attorney files with the Patent
18 Office.
19      But beyond that, we carefully reviewed the
20 privilege log, and we carefully reviewed the documents,
21 and we instructed our people to only withhold those that
22 involve the attorney-client type communication. And on the
23 privilege log, in order to just check whether there would
24 be any merit to what we believe Sicor is going to argue,
25 we went over every entry in our 950 page privilege log. In

**11**

1 doing that, we look for any entry that indicated that
2 it went to the attorney -- I'm sorry -- to any of the
3 inventors. So it either was to them, received by them.
4 In any way, shape it went to any inventor, that might be
5 the proper subject of a deposition. And out of those 950
6 pages of entries, each and every entry that cited one of
7 the inventors was a document that was either written by or
8 directly received by a patent attorney except for two, and
9 on one of those two items out of 950 pages of entries, one
10 of those entries we think it's not privileged over to them
11 and a consequential document. As to the other, we need to
12 talk to Dr. Gotti (phonetic) about that.
13      I also want to point out that in doing this
14 review, we did not try to spin an issue that I think Sicor
15 is going to argue about dealing with patent agents. I
16 expect they're going to try to argue that, well, at some
17 countries patent agents aren't given the same scope of
18 privilege as patent attorneys are and we did not try to
19 that. We wanted to avoid that issue. So when we did this
20 review of our log, we're saying that all of these entries
21 showed withheld items were either written by or sent
22 directly to a patent attorney.
23      But in any event, there is privilege logs on
24 both sides. There are a lot of privilege log issues on both
25 sides and we suggest that those should be referred to the

**12**

1 magistrate, but we believe they're really not grounds for
2 delaying the deposition. I can't recall a case where there
3 has ever been a decision we had to hold depositions until
4 all privilege log issues are resolved.
5      Which really brings me to the last issue which
6 I kind of refer to as the "one bite at the apple" problem.
7 And even Sicor has refused to discuss the situation with us.
8 I think what they're going to be arguing is that given all
9 these host of problems which they perceive and the fact that
10 these depositions were proceeding under Hague Convention
11 rules that, absolutely, the depositions have to be postponed
12 until all of the issues are resolved. It's because they may
13 only get one shot at this. But if they argue this, then in
14 view of what I'm going to propose, their assumption is
15 incorrect.
16      Now, before getting into it, I want to say we're
17 confident that their objections over the foreign language
18 and the privilege documents are red herrings because we've
19 got a proposal that puts it all to one side, and the
20 proposal is this:
21      If the European depositions proceeded on
22 November 14th to 18th, then we will agree that Sicor can
23 reserve some of its allocated six hours of deposition time
24 for Drs. Gotti and Confalonieri, those are the two primary
25 witnesses, and come back to do them a second time. But, you

SHEET 4

13

1  know, it should also be clear that if hours are reserved
2  from this six-hour time and the depositions are resumed
3  later, then that second resumed deposition is going to be
4  limited to either documents that were withheld, privilege
5  that Sicor receives after the first deposition or foreign
6  language documents that for some reason or another they
7  didn't have a translation of the first deposition. It
8  shouldn't be an opportunity for them to do six hours on this
9  trip and then come back for three more later or to come back
10  a second time and talk to them about information they
11  already have.
12       THE COURT: All right.
13       MR. BOEHNEN: We have been able to confirm
14  with Dr. Gotti and Dr. Confalonieri, the main witnesses,
15  that they consent to this and that they will appear at a
16  later date as a way of facilitating this moving forward and
17  resolving it. And, moreover, we will even agree, Pfizer
18  will agree that it will pay the one-way full fare coach
19  airfare for one Sicor attorney to return to Milan, if that
20  becomes necessary.
21       So the bottom line in all of this is we believe
22  that Sicor has been trying to burden us with a last minute
23  request, overbroad in nature, for documents that are only
24  marginally relevant, and having now gotten that, they're
25  trying to bootstrap that into leveraging the rest of the

14

1  proceedings.
2       THE COURT: All right.
3       MR. BOEHNEN: None of the points they're raising
4  now.
5       THE COURT: I'm sure I have your position now,
6  Mr. Boehnen.
7       MR. BOEHNEN: Okay. One last thing I do want
8  to make clear, Your Honor, and that is that the Italian
9  commissioner herself has indicated a preference to do these
10  depositions next week because after our Thanksgiving she is
11  going to be gone for two weeks on other business, so this is
12  like our last window to do this.
13       THE COURT: Okay. Who is speaking on this from
14  the other side?
15       MR. ASHINOFF: It's Mr. Ashinoff, Your Honor.
16  Unfortunately, I have a fair bit to say.
17       THE COURT: Go ahead.
18       MR. ASHINOFF: Your Honor, these documents
19  were requested on November 29th, 2004, items 33 to 38 of the
20  document request. The first one served --
21       THE COURT: Why don't you do this? Why don't
22  you, since I keep hearing you folks argue, one side saying,
23  "hey, I asked for it in November of '04" and the other side
24  is saying, "oh, you didn't ask for it until September '05,"
25  you go ahead and read me those requests. Put them on the

15

1  record right now, Mr. Ashinoff.
2       MR. ASHINOFF: Okay. 33. All documents
3  that refer or relate to that were used in the analysis,
4  preparation, filings, prosecution and issuance of the patent
5  application leading to the '285 patent or of the related
6  patents.
7       That is a defined term which I will get to.
8       34. All documents concerning invention
9  disclosures and/or the first descriptions for the '285
10  patent and any of the related patents.
11       35. All documents concerning any information
12  used or supplied by the listed inventors of the '285
13  patent or any of the related patents in connection with the
14  preparation or prosecution of these patents.
15       36. All drafts of the patent application
16  leading to the '285 patent and any of the related patents.
17       37. All copies, including drafts of responses
18  to Office Actions, amendments, affidavits, and other
19  communications or submissions of any kind with or to the PTO
20  or other Patent Office with respect or to the PTO or other
21  Patent Office with respect to the '285 patent and any of the
22  related patents.
23       38. All documents that discuss, refer or relate
24  to the '285 patent, any of the related patents and/or any of
25  the related patent applications.

16

1       Your Honor, further, we didn't get the first
2  document from Pharmacia until four months after the due date
3  and most of it got produced over the summer. We then took
4  it upon ourselves to sit down with a team and work through
5  the 50-some-odd thousand pieces of paper through mostly in
6  August, and we sent a letter to Mr. Boehnen on September
7  13th, 2005. And we painstakingly itemized the exact
8  documents that we would have expected to see but didn't see
9  and we attributed it back to the request.
10       No. 3. The prosecution histories and
11  correspondence relating to the following related patents
12  do not appear to be produced. And we enumerated some 50
13  applications and prosecution histories around the world that
14  are related that were not produced that relate back to that
15  document.
16       Mr. Boehnen then said to the Court at the
17  October 11th conference that they would give us a rolling
18  production of those documents. He committed to produce
19  them starting the next week about the middle of October and
20  concluding on October 31st. Your Honor, we didn't get one
21  piece of paper in October on any of the related patents,
22  not one after the Court so ordered it.
23       On the conference we had, Mr. Boehnen said
24  that they would start producing that day. I think it was
25  November 1st or 2. And over the next three days, well

United States District Court for the District of Delaware
Before the Honorable Kent A. Jordan

SHEET 5

**17**

1  after Mr. Boehnen had committed to produce and after the
2  Court had ordered it and after Mr. Boehnen had said yes,
3  we'll give it to them, over the next three days they
4  produced 8,697 documents.
5       Your Honor, I instructed our team, led by
6  Mr. Sigale, to work through the weekend -- Thursday night,
7  Friday, Friday night, Saturday, Sunday, Monday, Monday
8  night. Except for the Sabbath Mr. Sigale observed, we had
9  a team working through the weekend to get through these
10  8,697 documents that were produced in three days late
11  last week. And late last night, the team got through the
12  material, but after Mr. Boehnen had been pressing for six
13  days to schedule us for next week.
14       Mr. Boehnen started pressing to schedule
15  these for next week before any production was even made
16  pursuant to the Court's direction. Mr. Boehnen was having
17  conversations apparently unilaterally with the referee in
18  Italy on his own which we question, but let's get past that,
19  and pushing and pushing and pushing us and then to agree to
20  dates before we even got a chance to see the entirety of
21  the production.
22       Your Honor, we now can report to you and
23  Mr. Boehnen what we see. We were prepared to call back. As
24  Mr. Day knows, we were preparing a response to lay out our
25  concerns, but Mr. Boehnen preempted it by calling the Court

**18**

1  and inviting the Court to get involved.
2       What we found, Your Honor, is that we only got
3  documents for 21 of the 50 prosecutions. Almost 30 of the
4  prosecutions we enumerated and Mr. Boehnen said would be
5  produced, there is not a single piece of paper.
6       With respect to what has been produced, Your
7  Honor, Pharmacia has still failed to produce the foreign
8  patent file from which the '285 patent in suit most directly
9  claims priority, which is the British '742 application. So
10  the very file which is the absolute most direct on the
11  family tree, we don't have a piece of paper from them on.
12  We don't have pieces of paper from them for two dozen
13  attorney patents that are in the enumerated list that they
14  said they would produce. Not a piece of paper, Your Honor.
15       With respect to other patents that they say they
16  made a full production on, for one of them, for example --
17  and I'll just give you a couple. I don't want to waste the
18  Court's time -- is really patent number 91,729. There was
19  nothing in the production except a post-issuance maintenance
20  fee payment, which means they paid a fee to carry forward
21  with the prosecution. We don't have any of the prosecution
22  actions, any of the foreign prosecution documents. All we
23  got is a receipt for a fee payment.
24       And the European patent, one of the major
25  European patents, there was only a search report that

**19**

1  produced no responses provided to the search report. No
2  subsequent history. I could go on and on, Your Honor. We
3  worked our butts off over the last 84 hours. I won't
4  belabor it. But suffice it to say, we still have thousands
5  of documents as to which they have not yet made a production
6  that go right to what they were telling the different Patent
7  Offices around the world.
8       Let me go to the subject of translation. We
9  have had to send out an approximately 150 documents, Your
10  Honor, for a translation. It's approximately 150 different
11  documents: 47 in French, 32 in German and 70 in Japanese
12  where there was no translation provided by Pharmacia at all.
13  The independent translators told us they hoped to provide us
14  the translations by the end of the week but they make no
15  commitment or guarantees.
16       Let me move on, Your Honor, to the privilege log
17  issue which Mr. Boehnen erroneously advises the Court was
18  not raised before. Your Honor, within hours of getting the
19  first of their privilege log production, on the first call,
20  we raised with Mr. Boehnen and his colleagues in an October
21  26th letter the fact that they were claiming privilege with
22  respect to what looked like thousands of documents in
23  foreign countries where the country's laws do not recognize
24  attorney-client privilege with respect to patent attorneys
25  and Patent Offices.

**20**

1       And before we get distracted, for the Court
2  to think these are minor little countries, one of those
3  countries is Italy which is where all these inventors work
4  and where there are many filings. Another country is Japan
5  where there were many filings and a lot of prior art that
6  will be relevant in this suit. Another such country, by way
7  of example, is South Korea where there were many filings.
8  Your Honor, these courts do not recognize in those countries
9  there is privilege and the United States Courts, various
10  District Courts have uniformly held there is no privilege
11  with respect to documents in those jurisdictions.
12       Now, let it be held, let it by said by
13  Mr. Boehnen we didn't raise. We indicated in an October
14  26th letter that says we don't see you making out your claim
15  of privilege. Your claiming privilege in countries that
16  don't recognize privilege and you're withholding what looks
17  to be thousands of documents.
18       In a phone call I think Friday or yesterday, I
19  think Friday, between my partner Mr. Gugig and one of
20  Mr. Boehnen's colleagues, they said, well, we ran it off
21  through the British patent attorney and that cloaks it in
22  privilege. Wrong again, Your Honor. Because the law is
23  clear and we have the authority that doing that does not
24  convey a privilege for the correspondence between the
25  British patent counsel and counsel in the countries as a

SHEET 6

## 21

1 conduit from counsel in the countries back to the company.
2 There is no privilege protection and that is what Federal
3 District Courts have been holding for more than two decades.
4 There is no privilege.
5      So we believed that they produced 8,000
6 documents but they withheld 10,000 on erroneous and false
7 claims of privileges, Your Honor, which just don't make it.
8 And we called them on Friday and said, "look, we have a
9 concern about this.  We want you to produce them."  They
10 said "we'll get back to you Monday" and Monday they said
11 "well, we're not going to produce them but we'll give you
12 some authority."
13      We don't have their authority.  Your Honor, we
14 have authority that makes it clear there is no protection.
15 So out of 18,000 documents, the lawyers of Pharmacia made
16 the unilateral judgment to withhold over 50 percent of them
17 on what we believe to be unsubstantial privilege claims and
18 these would go to the heart of the back and forth about
19 how to present the claims, what to say, the very essence of
20 the kind of documents such as the Confalonieri deposition
21 in Sweden corrected what Pharmacia said in the U.S.
22      We have a right to see this material before we
23 go over to depose these inventors because the fact is, Your
24 Honor, that it's not up to Pharmacia's lawyer to decide they
25 are relevant and that they're privileged when they're not.

## 22

1 They have not even given us the privilege log with respect
2 to these documents.  We don't even have a lot from them yet
3 but we asked them how long it would take.  They said days or
4 weeks.  That's what they said.
5      THE COURT:  Okay.  Mr. Ashinoff, I need you to
6 take a break here now.
7      MR. ASHINOFF:  Your Honor, may I raise one other
8 point?
9      THE COURT:  Very quickly.
10      MR. ASHINOFF:  The one other point is this,
11 Your Honor.  When we asked them to take -- offered dates to
12 them to take the depositions of some of the willfulness
13 witnesses, what Mr. Boehnen and his colleagues said to us
14 is, "no, we're not going to proceed until we resolve the
15 privilege issues.  That is not fair to us and we want to
16 resolve the privilege issues about your documents before we
17 take the witnesses and those are witnesses that the Court
18 can order to return."  These are witnesses that the Court
19 may not order to be returned.
20      And I would point out that Mr. Boehnen has
21 steadfastly told the Court he doesn't represent and can't
22 control Mr. Gotti or Mr. Confalonieri, has made us go
23 through the Hague Convention because they refused to say
24 that they would represent them or produce them.
25      THE COURT:  Thank you.  I do recall how we got

## 23

1 here.
2      MR. BOEHNEN:  Your Honor, may I respond?
3      THE COURT:  Well, actually no, because I've
4 heard everything I need to know in order to rule on the
5 question that is before me, which is will these depositions
6 go forward next week?  And the short answer is no.
7      I thought I was pretty clear when we spoke a
8 week ago today that I was not going to have the schedule
9 that we were working on end up being the basis of short-
10 changing anybody in the case -- that includes the plaintiffs
11 as well as the defendants -- on the opportunity to have
12 genuinely substantive proper discovery, particularly when
13 it's discovery that had to be acquired through the most
14 arduous means possible, that is, Hague Convention requests
15 to foreign countries who, in good faith and at no doubt
16 substantial inconvenience to themselves, have tried to
17 respond and help us out.
18      So I'm not happy about the circumstances.  I'm
19 saying the same thing I said a week ago.  This is not a good
20 thing and I'm sure that the Italian Commissioner is likely
21 to be less than thrilled with having to deal with this
22 again, too, but the reality is I'm not going to make these
23 people go over there on the basis that you are insisting
24 that this ought to go forward, Mr. Boehnen.  It's just, this
25 is last week all over again with the additional information

## 24

1 now that you think they should be ready and they think
2 they're not ready.  And I'm hearing you both and I think I
3 gave you both ample time to make your case.  We've been on
4 the call here now for about a half hour and you each spoke
5 without interruption from me for a good ten minutes plus.  I
6 have a sense of where we are and it hasn't shifted from last
7 week.
8      I am not making them take depositions in Italy
9 of people who you previously represented you couldn't
10 control and, therefore, the Hague Convention was required
11 without having some sensible basis for everybody agreeing,
12 hey, we're able to make these appropriate meaningful proper
13 depositions.  And that's where we stand.
14      Now, I've also asked you in the two conference
15 calls previous to this, that is, the one last week and the
16 one two weeks before that, to talk to each other about what
17 happens to our schedule.  The fact that you've been unable
18 to communicate with each other to date, which is apparent
19 from the stuff that keeps coming up in these calls where I
20 hear one side say they never spoke to me and the other side
21 said we did so speak to them; they never asked this
22 question/we did so ask this question; they never propounded
23 that discovery/we did so propound that discovery.  I mean
24 hope springs eternal so I'm hoping the lack of communication
25 to date will not prevent you folks from talking about what

SHEET 7

25

1  is a sensible schedule for this case, given where we are
2  today.
3        And where we are today is, I mean I hear you,
4.  Mr. Boehnen saying, hey, these are all public documents.
5  They could have gotten them months ago. You know, my
6  reaction to that is if they were all public documents, how
7  can 10,000 of them be privileged? I hear folks on the
8  plaintiff side saying they didn't ask for this stuff until
9  September. I just had them put this on the record. It
10  sounded like it was reasonably within the scope of discovery
11  propounded last November.
12       I could turn to Mr. Ashinoff and say if these
13  were so important, how come you guys weren't put putting up
14  a fight about it in the summer or the spring? So there is
15  enough blame to go around here, but we are where we are and
16  I will not have timing values trump substance.
17       So go back, speak to each other, hear each
18  other, confer in good faith and come up with a sensible
19  schedule. And then I suggest strongly, just so that you
20  avoid any opportunity for your opponent to claim there is a
21  problem, Mr. Boehnen, that if you are going to be in touch
22  with the Italian authorities about this that it's a call
23  that you make together where a representative from both
24  sides are on the line, so I don't at any point in the future
25  have to hear they had ex parte contact, improper under this

26

1  Italian authority, et cetera, et cetera, and then you guys
2  have got me looking at Italian law; okay? I just would
3  rather not go there.
4        Does everybody understand what I have tried to
5  express, which is essentially the same thing I expressed a
6  week ago? I mean for this to be handled on the merits, not
7  based on a schedule that it is within our power to adjust
8  and I am adjusting it in light of three events. Okay. Are
9  we all on the same page?
10       MR. ASHINOFF: Yes, Your Honor. It's
11  Mr. Ashinoff. And I have one short question.
12       We will meet and confer again with them on
13  these privilege issues. How would the Court — if we cannot
14  resolve it and cannot see the long privilege the same way,
15  how would the Court like us to bring that for resolution to
16  the Court's attention in a reasonably realistic time frame?
17       THE COURT: You guys go ahead and brief it.
18  I'll go ahead and give you full briefing on it instead of
19  the letter memorandum.
20       Mr. Boehnen.
21       MR. BOEHNEN: Yes, sir.
22       THE COURT: Are you with me on what I'm
23  suggesting, sir?
24       MR. BOEHNEN: Yes, Your Honor. I understand.
25       THE COURT: Okay. Then I want to have from you

27

1  folks — and I don't think this is too much to ask — within
2  a week, a week from today, I would like to have a joint
3  letter, not "we talked, we couldn't agree so here are our
4  two positions where we throw brickbats at each other." I
5  would like a joint letter from the parties saying "this is
6  what we think about the schedule." Now, you may not agree
7  on everything in the schedule but you can at least sit down
8  and talk about what makes sense and give me your positions
9  about what makes sense, and then the next time we get
10  together, which no doubt will be soon, we can talk about
11  the sort of schedule that we need to put this case on so
12  that we're continuing not just to operate in the nether
13  region and not under now unrealistic deadlines but something
14  meaningful and realistic; okay? And I'll look for that a
15  week from today. That would be Tuesday the 15th.
16       MR. BOEHNEN: Yes, Your Honor.
17       THE COURT: All right. Thanks.
18       MR. ASHINOFF: Thank you, Your Honor.
19       (Telephone conference ends at 4:38 p.m.)

**'**

'04 [1] - 14:23
'05 [1] - 14:24
'285 [6] - 5:24, 7:15, 15:5, 15:9, 15:12, 15:16, 15:21, 15:24, 18:8
'742 [1] - 18:9

**0**

04-833 [1] - 1:9

**1**

1,000 [1] - 7:9
10,000 [4] - 8:2, 9:24, 21:6, 25:7
11 [1] - 4:17
11th [1] - 16:17
13th [2] - 5:21, 16:7
14th [3] - 4:1, 4:14, 12:22
15,000 [1] - 7:10
150 [2] - 19:9, 19:10
15th [1] - 27:15
18,000 [3] - 8:1, 9:24, 21:15
18th [1] - 12:22
1st [1] - 16:25

**2**

2 [1] - 16:25
200 [1] - 7:9
2004 [1] - 14:19
2005 [2] - 1:12, 16:7
21 [1] - 18:3
25,000 [1] - 7:15
250 [1] - 9:18
26th [2] - 19:21, 20:14
29th [1] - 14:19

**3**

3 [1] - 16:10
3,000 [1] - 8:8
30 [1] - 18:3
300 [1] - 7:8
31st [1] - 16:20
32 [1] - 19:11
33 [2] - 14:19, 15:2
34 [1] - 15:8
35 [1] - 15:11
36 [1] - 15:15
37 [1] - 15:17
38 [2] - 14:19, 15:23

**4**

47 [1] - 19:11
4:00 [2] - 1:12, 2:18
4:38 [1] - 27:19
4th [1] - 6:1

**5**

50 [7] - 5:23, 7:6, 7:9, 7:19, 16:12, 18:3, 21:16
50-some-odd [1] - 16:5

**7**

70 [1] - 19:11

**8**

8 [1] - 1:12
8,000 [1] - 21:5
8,400 [2] - 7:23, 8:3
8,697 [2] - 17:4, 17:10
84 [1] - 19:3

**9**

90 [1] - 8:24
91,729 [1] - 18:18
950 [4] - 9:21, 10:25, 11:5, 11:9

**A**

able [3] - 5:13, 13:13, 24:12
absolute [1] - 18:10
absolutely [1] - 12:11
accompanied [1] - 9:1
acquired [1] - 23:13
Action [1] - 1:4
Actions [1] - 15:18
actions [1] - 18:22
additional [1] - 23:25
adjust [1] - 26:7
adjusting [1] - 26:8
admitted [1] - 8:7
advises [1] - 19:17
affidavits [1] - 15:18
afternoon [4] - 2:25, 3:5, 3:6, 3:7
agent [1] - 10:12
agents [2] - 11:15, 11:17
ago [8] - 3:18, 6:18, 7:17, 23:8, 23:19, 25:5, 26:6

agree [5] - 12:22, 13:17, 13:18, 17:19, 27:3, 27:6
agreed [1] - 6:6
agreeing [1] - 24:11
ahead [4] - 14:17, 14:25, 26:17, 26:18
airfare [1] - 13:19
allocated [1] - 12:23
allow [1] - 5:11
Almost [1] - 18:3
amendments [1] - 15:18
ample [1] - 24:3
analysis [1] - 15:3
answer [1] - 23:6
answers [1] - 5:9
anthracycline [1] - 8:16
anticipate [1] - 10:1
apparent [1] - 24:18
appear [2] - 13:15, 16:12
Appearances [2] - 1:16, 2:1
apple [2] - 6:16, 12:6
application [2] - 15:5, 15:15, 18:9
applications [2] - 15:25, 16:13
appropriate [1] - 24:12
arduous [1] - 23:14
argue [5] - 10:1, 10:24, 11:15, 11:16, 12:13, 14:22
arguing [2] - 8:10, 12:8
argument [1] - 8:22
arguments [2] - 6:10, 6:13
arrangement [1] - 4:17
Arsht [1] - 1:17
art [1] - 20:5
Ashby [1] - 2:3
Ashinoff [15] - 2:6, 3:3, 3:5, 14:15, 14:18, 15:1, 15:2, 22:5, 22:7, 22:10, 25:12, 26:10, 26:11, 27:18
assumption [1] - 12:14
assure [1] - 10:3
attention [1] - 26:16
attorney [1] - 9:2, 10:5, 10:7, 10:9, 10:10, 10:11, 10:15, 10:17, 10:22, 11:2,

11:8, 11:22, 13:19, 18:13, 19:24, 20:21
attorney-client [2] - 10:22, 19:24
attorneys [2] - 11:18, 19:24
attributed [1] - 16:9
August [1] - 16:6
authorities [1] - 25:22
authority [5] - 20:23, 21:12, 21:13, 21:14, 26:1
available [3] - 4:5, 4:6, 4:13
average [1] - 10:14
avoid [3] - 6:8, 11:19, 25:20

**B**

ballpark [1] - 7:11
based [1] - 26:7
basic [1] - 8:23
basis [3] - 23:9, 23:23, 24:11
Baum [1] - 4:23
becomes [1] - 13:20
begin [1] - 3:25
beginning [1] - 2:18
begun [1] - 9:19
behalf [1] - 2:25
belabor [2] - 6:9, 19:4
Berghoff [1] - 1:20
best [2] - 4:7, 4:18
between [1] - 10:6, 10:8, 10:15, 20:19, 20:24
beyond [3] - 5:10, 9:9, 10:19
bit [3] - 3:9, 14:16
bite [2] - 6:16, 12:6
blame [1] - 25:15
Boehnen [34] - 1:20, 1:20, 2:22, 2:23, 3:14, 3:15, 13:13, 14:3, 14:6, 14:7, 16:6, 16:16, 16:23, 17:1, 17:2, 17:12, 17:14, 17:16, 17:23, 17:25, 18:4, 19:17, 19:20, 20:13, 22:13, 22:20, 23:2, 23:24, 25:4, 25:21, 26:20, 26:21, 26:24, 27:16
Boehnen's [1] - 20:20
bootstrap [1] - 13:25
bottom [1] - 13:21
boxes [1] - 7:24
break [1] - 22:6
Brian [1] - 1:25

brickbats [1] - 27:4
brief [1] - 26:17
briefing [1] - 26:18
bring [2] - 3:12, 26:15
brings [1] - 12:5
British [4] - 9:2, 18:9, 20:21, 20:25
burden [1] - 13:22
business [2] - 3:23, 14:11
butts [1] - 19:3

**C**

cancelled [1] - 3:17
cannot [2] - 26:13, 26:14
care [1] - 5:15
carefully [2] - 10:19, 10:20
carry [1] - 18:20
case [10] - 3:1, 3:8, 5:5, 10:5, 10:9, 12:2, 23:10, 24:3, 25:1, 27:11
categories [1] - 6:14
caught [1] - 6:20
central [1] - 9:3
certainly [1] - 9:17
cetera [1] - 26:1
chambers [1] - 2:18
chance [2] - 5:18, 17:20
changing [1] - 23:10
check [1] - 10:23
Chicago [4] - 1:21, 2:9, 2:23, 3:4
circumstances [1] - 23:18
cited [1] - 11:6
Civil [1] - 1:4
claim [2] - 20:14, 25:20
claimants [1] - 1:10
claiming [2] - 19:21, 20:15
claims [4] - 18:9, 21:7, 21:17, 21:19
clear [5] - 13:1, 14:8, 20:23, 21:14, 23:7
client [4] - 10:9, 10:10, 10:22, 19:24
cloaks [1] - 20:21
close [3] - 4:6, 5:5, 6:4
closes [1] - 4:4
coach [1] - 13:18
colleagues [3] - 19:20, 20:20, 22:13
coming [1] - 24:19

comments [1] - 4:21
commissioner [2] -
8:7, 14:9
Commissioner[4] -
3:24, 4:4, 4:12,
23:20
commitment [1] -
19:15
committed [2] - 16:18,
17:1
communicate [1] -
24:18
communicating [1] -
10:11
communication [4] -
10:8, 10:15, 10:22,
24:24
communications [1] -
15:19
company [1] - 21:1
Company[2] - 1:4,
1:23
comparison [1] - 7:18
complete [1] - 7:25
comprise - 6:24
comprises [1] - 9:21
concern [1] - 21:9
concerning [2] - 15:8,
15:11
concerns [2] - 5:15,
17:25
concluding [1] - 16:20
conduit [1] - 21:1
Confalonieri[4] -
12:24, 13:14, 21:20,
22:22
confer [2] - 25:18,
26:12
conference [6] - 2:18,
5:3, 16:17, 16:23,
24:14, 27:19
Conference[1] - 1:12
confident [1] - 12:17
confirm [2] - 4:10,
13:13
connection [1] - 15:13
consent [1] - 13:15
consequential [1] -
11:11
consider [1] - 7:13
contact [1] - 25:25
contain [1] - 8:21
contains [1] - 7:8
Continued[1] - 2:1
continuing [1] - 27:12
control [2] - 22:22,
24:10
Convention[4] -
12:10, 22:23, 23:14,
24:10

conversations [1] -
17:17
convey [1] - 20:24
copies [3] - 5:23, 8:4,
15:17
corrected [1] - 21:21
correspondence [2] -
16:11, 20:24
Counsel[2] - 1:22,
2:10
counsel [6] - 3:2, 3:3,
4:5, 20:25, 21:1
Counter[2] - 1:6, 1:10
Counter-claimants [1]
- 1:10
Counter-defendant [1]
- 1:6
countries [10] - 8:17,
11:17, 19:23, 20:2,
20:3, 20:8, 20:15,
20:25, 21:1, 23:15
country [2] - 20:4,
20:6
country's [1] - 19:23
couple [1] - 18:17
Court[31] - 1:1, 2:19,
3:7, 3:17, 3:18,
13:12, 14:2, 14:5,
14:13, 14:17, 14:21,
16:16, 16:22, 17:2,
17:25, 18:1, 19:17,
20:1, 22:5, 22:9,
22:17, 22:18, 22:21,
22:25, 23:3, 26:13,
26:15, 26:17, 26:22,
26:25, 27:17
Courts [4] - 4:21,
17:16, 18:18, 26:16
courts [1] - 20:8
Courts[3] - 20:9,
20:10, 21:3
cover [1] - 5:13

D

Dan [2] - 2:22, 3:15
Daniel[1] - 1:20
Das [2] - 5:2, 5:6
data [1] - 6:24
database [1] - 8:15
date [7] - 3:17, 5:4,
5:21, 13:16, 16:2,
24:18, 24:25
dates [3] - 5:4, 17:20,
22:11
David[1] - 4:23
days [6] - 3:23, 4:16,
4:17, 16:25, 17:3,
17:10, 17:13, 22:3
deadlines [1] - 27:13

deal [1] - 23:21
dealing [2] - 8:15,
11:15
decades [1] - 21:3
December[1] - 4:7
decide [2] - 7:4, 21:24
decision [1] - 12:3
defendant [1] - 1:6
defendants [2] - 3:1,
23:11
Defendants [1] - 1:9
defense [1] - 12:2
defined [1] - 15:7
Delaware[2] - 1:2,
1:11
delay [1] - 4:21
delaying [1] - 12:2
delivered [2] - 3:22,
4:11
delivering [1] - 5:10
Department[1] - 2:24
depose [1] - 21:23
deposing [2] - 9:10,
9:12
deposition [9] - 4:24,
5:12, 11:5, 12:2,
12:23, 13:3, 13:5,
13:7, 21:20
depositions [16] -
3:10, 3:18, 3:20, 4:1,
4:13, 4:22, 12:3,
12:10, 12:11, 12:21,
13:2, 14:10, 22:12,
23:5, 24:8, 24:13
descriptions [1] - 15:9
despite [1] - 4:17
different [4] - 6:13,
7:20, 19:6, 19:10
direct [1] - 16:10
direction [1] - 17:16
directly [3] - 11:8,
11:22, 18:8
disclosures [1] - 15:9
discovery [10] - 3:8,
4:7, 5:5, 5:8, 6:1,
6:5, 23:12, 23:13,
24:23, 25:10
discovery/we [1] -
24:23
discuss [6] - 3:13,
4:18, 4:19, 6:12,
12:7, 15:23
discussing [1] - 6:19
dispute [1] - 3:8
distracted [1] - 20:1
District[4] - 1:1, 1:2,
20:10, 21:3
document [7] - 9:11,
9:12, 11:7, 11:11,
14:20, 16:2, 16:15

documents [48] -
3:22, 4:11, 5:10,
5:13, 5:19, 6:14,
6:17, 6:20, 6:22, 7:2,
7:5, 8:1, 8:2, 8:21,
9:4, 9:5, 9:22, 10:3,
10:17, 10:20, 12:18,
13:4, 13:6, 13:23,
14:18, 15:2, 15:8,
15:11, 15:23, 16:8,
16:18, 17:4, 17:10,
18:3, 18:22, 19:5,
19:9, 19:11, 19:22,
20:11, 20:17, 21:6,
21:15, 21:20, 22:2,
22:16, 25:4, 25:6
doubly [1] - 10:9
doubt [2] - 23:15,
27:10
down [2] - 16:4, 27:7
dozen [1] - 18:12
Dr[3] - 11:12, 13:14
drafts [2] - 15:15,
15:17
Drs[1] - 12:24
due [2] - 5:9, 16:2
during [1] - 4:23

E

e-mail [2] - 7:3, 8:6
easily [1] - 7:9
efforts [1] - 4:18
either [6] - 4:4, 8:25,
11:3, 11:7, 11:21,
13:4
electronic [1] - 6:23
end [2] - 4:12, 19:14,
23:9
ends [1] - 27:19
English [2] - 8:25, 9:1
entirety [1] - 17:20
entries [4] - 11:6,
11:9, 11:10, 11:20
entry [3] - 10:25, 11:1,
11:6
enumerated [3] -
16:12, 18:4, 18:13
erroneous [1] - 21:6
erroneously [1] -
19:17
Esq[6] - 1:18, 1:20,
1:21, 2:3, 2:6, 2:9
essence [1] - 21:19
essentially [1] - 26:5
et [2] - 26:1
eternal [1] - 24:24
European [3] - 12:21,
18:24, 18:25
event [3] - 7:21, 9:7,

11:23
events [1] - 26:8
ex [1] - 25:25
exact [1] - 16:7
example [3] - 4:22,
18:16, 20:7
except [2] - 11:8,
18:19
Except[1] - 17:8
excuse [1] - 4:21
expect [3] - 6:12, 9:2,
11:16
expected [1] - 16:8
expecting [1] - 8:11
experience [1] - 7:7
explain [2] - 5:14, 5:18
express [1] - 26:5
expressed [1] - 26:5
extensions [1] - 5:8

F

facilitating [1] - 13:16
fact [7] - 8:6, 9:17,
10:4, 12:9, 19:21,
21:23, 24:17
fail [1] - 9:10
failed [1] - 18:7
fair [2] - 14:16, 22:15
faith [2] - 23:15, 25:18
fall [1] - 6:13
fallacy [1] - 8:22
false [1] - 21:6
family [2] - 5:24, 18:11
fare [1] - 13:18
fast [2] - 3:21, 6:7
February[1] - 4:8
Federal[1] - 21:2
fee [3] - 18:20, 18:23
fight [1] - 25:14
file [13] - 5:23, 5:24,
6:5, 7:8, 7:9, 7:13,
7:14, 7:16, 7:19,
8:19, 8:21, 18:8,
18:10
files [5] - 6:24, 7:25,
8:24, 9:24, 10:17
filings [4] - 15:4, 20:4,
20:5, 20:7
finished [1] - 7:22
firm [1] - 2:23
first [9] - 5:17, 5:21,
13:5, 13:7, 14:20,
15:9, 16:1, 19:19
fit [1] - 5:6
focus [2] - 6:10, 9:3
folks [6] - 3:9, 3:11,
14:22, 24:25, 25:7,
27:1

following [2] - 2:17, 16:11
foreign [11] - 5:23, 6:14, 8:9, 8:12, 9:5, 12:17, 13:5, 18:7, 18:22, 19:23, 23:15
foreign-type [1] - 9:5
format [2] - 6:23, 6:24
forth [3] - 10:6, 10:8, 21:18
forward [8] - 3:10, 3:12, 5:1, 8:11, 13:16, 18:20, 23:6, 23:24
four [3] - 6:13, 6:24, 16:2
frame [1] - 26:16
French [3] - 8:19, 8:21, 19:11
Friday [5] - 8:7, 17:7, 20:18, 20:19, 21:8
full [4] - 7:24, 13:18, 18:16, 26:18
future [1] - 25:24

**G**

Gaffigan [1] - 1:25
Geddes [1] - 2:3
generally [1] - 9:4
genuinely [1] - 23:12
German [3] - 8:20, 8:22, 19:11
gigabytes [1] - 6:24
given [4] - 11:17, 12:8, 22:1, 25:1
glycoside [1] - 8:16
Gotti [4] - 11:12, 12:24, 13:14, 22:22
greater [2] - 10:7, 10:16
grounds [1] - 19:15
guarantees [1] - 19:15
guard [1] - 6:21
Gugig [1] - 20:19
guys [3] - 25:13, 26:1, 26:17

**H**

haggling [1] - 6:8
Hague [4] - 12:10, 22:23, 23:14, 24:10
half [1] - 24:4
hand [1] - 7:1
handle [1] - 6:3
handled [2] - 9:8, 26:6
handling [1] - 10:5
happy [1] - 23:18

hear [5] - 24:20, 25:3, 25:7, 25:17, 25:25
heard [1] - 23:4
hearing [3] - 3:15, 4:10, 4:23, 14:22, 24:2
hearings [1] - 3:15
heart [1] - 21:18
held [3] - 2:18, 20:10, 20:12
help [1] - 23:17
herrings [1] - 12:18
herself [1] - 14:9
Hi [1] - 2:19
histories [10] - 5:23, 6:5, 7:6, 7:9, 7:13, 7:14, 7:16, 7:19, 16:10, 16:13
history [3] - 7:8, 19:2
hold [1] - 12:3
holding [1] - 21:3
Honor [32] - 2:21, 2:25, 3:5, 3:6, 3:14, 6:18, 14:8, 14:15, 14:18, 16:1, 16:20, 17:5, 17:22, 18:2, 18:7, 18:14, 19:2, 19:10, 19:16, 19:18, 20:8, 20:22, 21:7, 21:13, 21:24, 22:7, 22:11, 23:2, 26:10, 26:24, 27:16, 27:18
Honorable [1] - 1:14
hoops [1] - 6:3
hope [1] - 24:24
hoped [1] - 19:13
hoping [1] - 24:24
host [1] - 12:9
hour [2] - 13:2, 24:4
hours [5] - 12:23, 13:1, 13:8, 19:3, 19:18
Hulbert [1] - 1:20
humanly [1] - 6:7

**I**

idea [1] - 8:12
identified [1] - 7:6
Identifying [1] - 7:6
Illinois [2] - 1:21, 2:9
important [1] - 25:13
improper [2] - 10:2, 25:25
Inc [4] - 1:8, 1:8, 2:10, 2:11
Include [1] - 9:22
includes [1] - 23:10
including [2] - 5:4, 15:17

Inconvenience [1] - 23:16
Incorrect [1] - 12:15
independent [1] - 19:13
Indicated [4] - 5:4, 14:1, 14:9, 20:13
Information [4] - 10:6, 13:10, 15:11, 23:25
initiated [1] - 8:14
Insisting [1] - 23:23
Instead [1] - 26:18
Instead [1] - 4:20
Instructed [2] - 10:21, 17:5
Interruption [1] - 24:5
Invention [1] - 15:8
Inventor [1] - 11:4
Inventors [9] - 4:13, 5:12, 9:10, 9:12, 11:3, 11:7, 15:12, 20:3, 21:23
Inviting [1] - 18:1
Involve [1] - 10:22
Involved [1] - 18:1
Issuance [2] - 15:4, 18:19
Issue [7] - 6:15, 8:9, 11:14, 11:19, 12:5, 19:17
Issues [8] - 11:24, 12:4, 12:12, 12:15, 22:16, 26:13
Italian [9] - 3:24, 4:4, 4:12, 8:6, 14:8, 23:20, 25:22, 26:1, 26:2
Italy [3] - 17:18, 20:3, 24:8
itemized [1] - 16:7
Items [4] - 7:22, 11:9, 11:21, 14:19

**J**

January [1] - 4:8
Japan [1] - 20:4
Japanese [1] - 19:11
John [2] - 2:3, 3:1
Joint [2] - 27:2, 27:5
Jordan [4] - 1:14, 2:9, 2:19, 3:3
Josh [1] - 2:22
Joshua [1] - 1:21
judge [2] - 5:3
Judge [1] - 2:19
judgment [1] - 21:16
jumping [1] - 6:3
jurisdictions [1] -

20:11

**K**

Kaj [1] - 1:9
Karen [2] - 2:24
keep [2] - 3:19, 14:22
keeps [1] - 24:19
Kent [1] - 1:14
kind [4] - 5:15, 12:6, 15:19, 21:20
knows [2] - 7:8, 17:24
Korea [1] - 20:7

**L**

lack [1] - 24:24
language [6] - 6:14, 8:9, 8:12, 9:11, 12:17, 13:6
languages [1] - 9:13
last [22] - 3:23, 4:9, 4:10, 4:22, 5:9, 5:11, 7:24, 8:7, 9:23, 12:5, 13:22, 14:7, 14:12, 17:11, 19:3, 23:25, 24:6, 24:15, 25:11
late [2] - 17:10, 17:11
latest [1] - 14:3
law [2] - 20:22, 26:2
laws [1] - 19:23
lawyer [1] - 21:24
lawyers [1] - 21:15
lay [1] - 17:24
lead [1] - 3:2
leading [2] - 15:5, 15:16
least [2] - 7:8, 27:7
led [1] - 17:5
Leena [2] - 5:1, 5:6
Legal [1] - 2:24
less [3] - 6:1, 6:4, 23:21
letter [8] - 5:22, 7:5, 16:6, 19:21, 20:14, 26:19, 27:3, 27:5
leveraging [1] - 13:25
light [1] - 26:8
likely [3] - 4:7, 5:1, 23:20
limited [1] - 13:4
line [3] - 2:20, 13:21, 25:24
list [3] - 7:19, 8:17, 18:13
listed [1] - 15:12
litigation [1] - 7:7
Litt [3] - 1:20, 2:5, 2:8
local [1] - 3:1

log [13] - 9:15, 9:19, 9:20, 9:21, 10:20, 10:23, 10:25, 11:20, 11:24, 12:4, 19:16, 19:19, 22:1
logs [2] - 6:15, 11:23
London [1] - 10:11
look [3] - 11:1, 21:8, 27:14
looked [1] - 19:22
looking [1] - 26:2
looks [1] - 20:16

**M**

magistrate [1] - 12:1
mail [2] - 7:3, 8:6
main [1] - 13:14
maintenance [1] - 18:19
major [1] - 18:24
marginally [1] - 13:24
Maryellen [2] - 1:18, 2:22
material [2] - 17:12, 21:22
materials [2] - 7:16, 8:25
Mcdonnell [2] - 1:20, 2:23
mean [4] - 7:4, 24:23, 25:3, 26:6
meaningful [2] - 24:12, 27:14
means [2] - 18:20, 23:14
meet [1] - 26:12
memorandum [1] - 26:19
mentioned [1] - 9:17
Merit [1] - 1:25
merit [1] - 10:24
merits [1] - 26:6
metal [1] - 3:19
middle [2] - 4:7, 16:19
might [2] - 5:4, 11:4
Milan [2] - 10:10, 13:19
minor [1] - 20:2
minute [1] - 13:22
minutes [1] - 24:5
Monday [6] - 4:1, 4:14, 17:7, 21:10
months [6] - 6:2, 6:4, 7:17, 16:2, 25:5
moreover [1] - 13:17
Morris [4] - 1:17, 2:22
most [4] - 16:3, 18:8, 18:10, 23:13

mostly [1] - 16:5
move [1] - 19:16
moving [2] - 6:7, 13:16
must [1] - 10:2

## N

Nath [3] - 2:5, 2:8, 3:2
nature [1] - 13:23
necessary [1] - 13:20
need [4] - 11:11, 22:5, 23:4, 27:11
needing [1] - 3:13
nether [1] - 27:12
never [5] - 5:20, 9:17, 24:20, 24:21, 24:22
New [3] - 2:6, 3:3
next [12] - 3:10, 3:12, 4:1, 4:24, 14:10, 16:19, 16:25, 17:3, 17:13, 17:15, 23:6, 27:9
Nichols [2] - 1:17, 2:22
night [4] - 17:6, 17:7, 17:8, 17:11
None [1] - 14:3
Noreika [3] - 1:18, 2:21, 2:22
normal [2] - 10:13
Note [1] - 2:17
nothing [2] - 10:4, 18:19
November [9] - 1:12, 4:1, 4:14, 6:1, 12:22, 14:19, 14:23, 16:25, 25:11
number [1] - 18:18

## O

objections [3] - 6:8, 6:12, 12:17
observed [1] - 17:8
obviously [1] - 10:2
October [6] - 16:17, 16:19, 16:20, 16:21, 19:20, 20:13
offered [1] - 22:11
Office [5] - 10:7, 10:18, 15:18, 15:20, 15:21
Offices [2] - 19:7, 19:25
once [1] - 3:16
One [1] - 14:7
one [25] - 5:17, 6:13, 6:16, 11:6, 11:9,

12:6, 12:13, 12:19, 13:18, 13:19, 14:20, 14:22, 16:20, 16:22, 18:16, 18:24, 20:2, 20:19, 22:7, 22:10, 24:15, 24:16, 24:20, 26:11
one-way [1] - 13:18
ones [1] - 7:20
ooo [1] - 2:15
operate [1] - 27:12
opponent [1] - 25:20
opportunity [3] - 13:8, 23:11, 25:20
order [4] - 10:23, 22:18, 22:19, 23:4
ordered [2] - 16:22, 17:2
originally [2] - 3:24, 4:2
otherwise [1] - 7:4
ought [1] - 23:24
ourselves [1] - 16:4
overbroad [1] - 13:23
own [2] - 9:20, 17:18

## P

page [1] - 10:25, 26:9
pages [13] - 7:8, 7:10, 7:15, 7:23, 8:1, 8:2, 8:3, 8:8, 9:18, 9:21, 9:24, 11:6, 11:9
paid [1] - 18:20
painstakingly [1] - 16:7
paper [6] - 16:5, 16:21, 18:5, 18:11, 18:12, 18:14
part [2] - 5:24, 6:6
parte [1] - 25:25
particular [1] - 6:21
particularly [2] - 4:3, 23:12
parties [2] - 3:18, 27:5
partner [1] - 20:19
past [2] - 7:21, 17:18
patent [35] - 5:23, 5:25, 6:6, 7:7, 7:15, 8:4, 8:20, 10:5, 10:6, 10:8, 10:11, 10:15, 10:17, 11:8, 11:15, 11:17, 11:18, 11:22, 15:4, 15:5, 15:10, 15:13, 15:15, 15:16, 15:21, 15:24, 15:25, 18:8, 18:18, 18:24, 19:24, 20:21, 20:25
Patent [6] - 10:7, 10:17, 15:20, 15:21,

19:6, 19:25
patent-in-suit [2] - 5:25, 6:6
patents [15] - 5:24, 7:14, 8:15, 15:6, 15:10, 15:13, 15:14, 15:16, 15:22, 15:24, 16:11, 16:21, 18:13, 18:15, 18:25
pay [1] - 13:18
payment [2] - 18:20, 18:23
pedal [1] - 3:19
pending [1] - 5:9
people [6] - 8:23, 9:8, 10:16, 10:21, 23:23, 24:9
perceive [1] - 12:9
percent [2] - 8:24, 21:16
perfectly [1] - 10:13
perspective [1] - 4:20
Pfizer [5] - 2:24, 4:24, 9:8, 9:18, 13:17
Pharmaceuticals [2] - 1:8, 2:11
Pharmacia [5] - 1:4, 1:22, 3:9, 9:18, 16:2, 18:7, 19:12, 21:15, 21:21
Pharmacia's [2] - 9:18, 21:24
phone [2] - 4:9, 20:18
phonetic [1] - 11:12
piece [4] - 16:21, 18:5, 18:11, 18:14
pieces [2] - 16:5, 18:12
Plaintiff [1] - 1:5
plaintiff [2] - 2:21, 25:8
plaintiffs [1] - 23:10
plenty [1] - 5:6
plus [1] - 24:5
Pm [3] - 1:12, 2:18, 27:19
point [9] - 4:14, 5:17, 6:9, 9:20, 11:13, 22:8, 22:10, 22:20, 25:24
points [1] - 14:3
position [1] - 14:5
positions [2] - 27:4, 27:8
possible [3] - 3:21, 6:7, 23:14
possibly [1] - 8:20
post [1] - 18:19
post-issuance [1] - 18:19

postponed [1] - 12:11
power [1] - 26:7
preempted [1] - 17:25
preference [1] - 12:14
preparation [3] - 4:15, 15:4, 15:14
prepared [1] - 17:23
preparing [1] - 17:24
present [1] - 21:19
pressing [2] - 17:12, 17:14
pretty [1] - 23:7
prevent [1] - 24:25
previous [1] - 24:15
previously [1] - 24:9
primary [2] - 5:12, 12:24
priority [1] - 18:9
privilege [33] - 6:15, 9:15, 9:19, 9:20, 9:21, 10:20, 10:23, 10:25, 11:18, 11:23, 11:24, 12:4, 12:18, 13:4, 19:16, 19:19, 19:21, 19:24, 20:9, 20:10, 20:15, 20:16, 20:22, 20:24, 21:2, 21:4, 21:17, 22:1, 22:15, 22:16, 26:13, 26:14
privileged [4] - 9:25, 11:10, 21:25, 25:7
privileges [1] - 21:7
problem [2] - 12:6, 25:21
problematic [1] - 4:3
problems [2] - 6:2, 12:9
proceed [2] - 22:14
proceeded [1] - 12:21
proceeding [1] - 12:10
proceedings [1] - 14:1
produce [3] - 7:5, 16:18, 17:1, 18:7, 18:14, 21:9, 21:11, 22:24
produced [8] - 6:20, 7:13, 7:15, 8:2, 8:24, 9:18, 9:23, 16:3, 16:12, 16:14, 17:4, 17:10, 18:5, 18:6, 19:1, 21:5
producing [2] - 9:19, 16:24
production [8] - 7:22, 16:18, 17:15, 17:21, 18:16, 18:19, 19:5, 19:19
promised [1] - 3:24
proper [3] - 11:5,

23:12, 24:12
proposal [3] - 5:11, 12:19, 12:20
propose [1] - 12:14
propound [1] - 24:23
propounded [2] - 24:22, 25:11
prosecution [10] - 7:6, 9:3, 9:9, 15:4, 15:14, 16:10, 16:13, 18:21, 18:22
prosecutions [2] - 18:3, 18:4
protection [2] - 21:2, 21:14
provide [1] - 19:13
provided [2] - 19:1, 19:12
Pto [2] - 15:19, 15:20
public [3] - 8:15, 25:4, 25:6
pursuant [1] - 17:16
pushing [3] - 17:19
put [2] - 25:9, 25:13, 27:11
Put [1] - 14:25
puts [1] - 12:19
putting [1] - 25:13

## Q

question/we [1] - 24:22
quickly [1] - 22:9
quote [1] - 4:25

## R

raise [4] - 6:11, 6:13, 20:13, 22:7
raised [3] - 9:16, 19:18, 19:20
raising [1] - 14:3
ran [1] - 20:20
rather [1] - 26:3
reaction [1] - 25:6
read [1] - 14:25
ready [3] - 3:25, 24:1, 24:2
realistic [2] - 26:16, 27:14
reality [1] - 23:22
really [7] - 5:18, 6:10, 6:11, 9:3, 12:1, 12:5, 18:18
reason [2] - 7:18, 13:6
reasonably [2] - 25:10, 26:16
receipt [1] - 18:23

received [2] - 11:3, 11:8
receives [1] - 13:5
receiving [1] - 7:2
recognize [3] - 19:23, 20:8, 20:16
record [2] - 15:1, 25:9
red [1] - 12:18
refer [3] - 12:6, 15:3, 15:23
referee [1] - 17:17
referred [1] - 11:25
refused [4] - 4:18, 6:11, 12:7, 22:23
refuses [1] - 4:2
region [1] - 27:13
Registered [1] - 1:25
Reid [2] - 2:6, 3:3
relate [3] - 15:3, 15:23, 16:14
related [11] - 7:14, 15:5, 15:10, 15:13, 15:16, 15:22, 15:24, 15:25, 16:11, 16:14, 16:21
relating [1] - 16:11
relation [1] - 6:5
relevance [1] - 9:11
relevant [3] - 13:24, 20:6, 21:25
repetitive [1] - 8:4
report [3] - 17:22, 18:25, 19:1
Reporter [1] - 1:25
Reports [1] - 2:17
represent [2] - 22:21, 22:24
representative [1] - 25:23
represented [1] - 24:9
request [5] - 5:22, 6:3, 8:14, 13:23, 14:20, 16:9
requested [3] - 3:15, 5:20, 14:19
requests [2] - 14:25, 23:14
required [1] - 24:10
rescheduling [1] - 3:20
reserve [1] - 12:23
reserved [1] - 13:1
resolution [1] - 26:15
resolve [3] - 22:14, 22:16, 26:14
resolved [2] - 12:4, 12:12
resolving [1] - 13:17
respect [6] - 15:20, 15:21, 18:6, 18:15,

19:22, 19:24, 20:11, 22:1
respond [3] - 5:8, 23:2, 23:17
response [1] - 17:24
responses [2] - 15:17, 19:1
rest [1] - 13:25
resumed [2] - 13:2, 13:3
return [3] - 5:13, 13:19, 22:18
returned [1] - 22:19
review [2] - 11:14, 11:20
reviewed [4] - 8:8, 8:23, 10:19, 10:20
Rich [2] - 1:21, 2:23
rolling [1] - 16:17
Rosenthal [3] - 2:5, 2:8, 3:2
rough [1] - 7:2
roughly [1] - 7:24
round [1] - 9:22
rule [2] - 6:16, 23:4
rules [1] - 12:11
Russian [1] - 9:11

**S**

Sabbath [1] - 17:8
Saturday [1] - 17:7
schedule [11] - 4:15, 17:13, 17:14, 23:8, 24:17, 25:1, 25:19, 26:7, 27:6, 27:7, 27:11
scheduled [2] - 4:2, 4:22
scope [2] - 11:17, 25:10
screening [1] - 7:25
search [2] - 18:25, 19:1
searched [1] - 8:15
second [3] - 12:25, 13:3, 13:10
see [9] - 3:10, 9:10, 16:8, 17:20, 17:23, 20:14, 21:22, 26:14
seem [1] - 8:10
send [1] - 19:9
sense [3] - 24:6, 27:8, 27:9
sensible [3] - 24:11, 25:1, 25:18
sent [4] - 5:22, 8:6, 11:21, 16:6
September [4] - 5:21, 14:24, 16:6, 25:9

served [1] - 14:20
set [4] - 4:19, 6:1, 7:3, 7:25
seven [1] - 4:16
shape [1] - 11:4
shifted [1] - 24:6
short [3] - 23:6, 23:9, 26:11
shot [1] - 12:13
showed [1] - 11:21
Sicor [35] - 1:8, 2:10, 3:11, 3:23, 4:2, 4:10, 4:15, 4:16, 5:7, 5:11, 5:13, 5:16, 5:20, 6:4, 6:10, 7:1, 7:16, 7:18, 7:23, 8:3, 8:6, 8:14, 8:19, 9:7, 9:14, 9:19, 10:1, 10:24, 11:14, 12:7, 12:22, 13:5, 13:19, 13:22
Sicor's [2] - 4:5, 7:5
side [10] - 3:9, 3:11, 12:19, 14:14, 14:22, 14:23, 24:20, 25:8
sides [3] - 11:24, 11:25, 25:24
Sigale [2] - 2:9, 3:3, 3:6, 17:5, 17:8
single [1] - 18:5
sit [2] - 16:4, 27:7
sites [2] - 8:16, 8:17
situation [4] - 4:18, 4:19, 6:21, 12:7
six [4] - 12:23, 13:2, 13:8, 17:12
six-hour [1] - 13:2
size [1] - 7:13
somewhere [1] - 10:12
Sonnenschein [3] - 2:5, 2:8, 3:2
soon [1] - 27:10
sorry [1] - 11:2
sort [1] - 27:11
sounded [1] - 25:10
South [1] - 20:7
speaking [1] - 14:13
specific [3] - 8:17
specifically [2] - 6:23, 7:5
specifications [1] - 8:4
speed [1] - 3:13
spin [1] - 11:14
split [1] - 5:12
spring [1] - 25:14
springs [1] - 24:24
Staff [1] - 2:24
stand [1] - 24:13
standing [1] - 3:25

start [3] - 4:13, 4:24, 16:24
started [1] - 17:14
starting [3] - 3:17, 4:1, 16:19
States [2] - 1:1, 20:9
steadfastly [1] - 22:21
still [2] - 18:7, 19:4
strongly [1] - 25:19
stuff [3] - 8:12, 24:19, 25:8
subject [2] - 11:5, 19:8
submissions [1] - 15:19
subsequent [1] - 19:2
substance [1] - 25:16
substantial [1] - 23:16
substantive [1] - 23:12
suffice [1] - 19:4
suggest [2] - 11:25, 25:19
suggesting [2] - 7:3, 26:23
suit [5] - 5:25, 6:6, 7:15, 18:8, 20:6
summer [2] - 16:3, 25:14
Sunday [1] - 17:7
supplied [1] - 15:12
surprised [2] - 6:18, 9:16
Sweden [1] - 21:21

**T**

team [4] - 16:4, 17:5, 17:9, 17:11
telephone [2] - 2:17, 5:2
Telephone [2] - 1:12, 27:19
ten [1] - 24:5
tend [1] - 9:4
term [1] - 15:7
Thanksgiving [1] - 14:10
themselves [1] - 23:16
therefore [1] - 24:10
they've [1] - 4:20
thinking [1] - 6:15
thousand [1] - 16:5
thousands [2] - 19:4, 19:22, 20:17
three [7] - 3:23, 7:24, 13:9, 16:25, 17:3, 17:10, 26:8
thrilled [1] - 23:21

throw [1] - 27:4
Thursday [5] - 3:23, 5:9, 7:24, 8:8, 17:6
timing [1] - 25:16
today [6] - 3:13, 23:8, 25:2, 25:3, 27:2, 27:15
together [2] - 25:23, 27:10
tomorrow [1] - 5:2
took [1] - 16:3
total [1] - 9:23
touch [1] - 25:21
translated [1] - 9:4
translation [6] - 9:1, 9:6, 13:7, 19:8, 19:10, 19:12
translations [2] - 9:8, 19:14
translators [1] - 19:13
tree [1] - 18:11
tried [2] - 23:16, 26:4
trip [1] - 13:9
true [1] - 8:14
trump [1] - 25:16
try [4] - 4:21, 11:14, 11:16, 11:18
trying [2] - 13:22, 13:25
Tuesday [2] - 1:12, 27:15
Tunnel [1] - 1:17
turn [2] - 9:15, 25:12
turned [1] - 7:23
two [7] - 6:1, 6:4, 11:8, 11:9, 12:24, 14:11, 18:12, 21:3, 24:14, 24:16, 27:4
type [2] - 9:5, 10:22

**U**

unable [1] - 24:17
under [5] - 4:17, 8:2, 12:10, 25:25, 27:13
Unfortunately [1] - 14:16
uniformly [1] - 20:10
unilateral [1] - 21:16
unilaterally [1] - 17:17
United [2] - 1:1, 20:9
unknown [1] - 6:25
unrealistic [1] - 27:13
unrelated [1] - 7:19
unsubstantial [1] - 21:17
unusual [2] - 6:22, 10:4
up [8] - 3:12, 7:3, 9:20,

21:24, 23:9, 24:19,
25:13, 25:18
update [1] - 3:9
updating [1] - 9:22
UpJohn [2] - 1:4, 1:22
Usdc] [1] - 1:14
usual [1] - 10:14
Uzbekistan [1] - 9:11

## V

vacated [1] - 5:4
various [1] - 20:9
view [1] - 12:14
volume [8] - 6:14,
6:17, 6:19, 7:2, 10:5,
10:7, 10:14, 10:16

## W

warrant [1] - 9:5
waste [1] - 18:17
Wednesday [2] - 4:9,
4:22
week [27] - 3:10, 3:12,
3:18, 4:2, 4:12, 4:13,
4:16, 5:11, 6:18,
9:23, 14:10, 16:19,
17:11, 17:13, 17:15,
19:14, 23:6, 23:8,
23:19, 23:25, 24:7,
24:15, 26:6, 27:2,
27:15
weekend [2] - 17:6,
17:9
weekly [1] - 3:8
weeks [3] - 14:11,
22:4, 24:16
willfulness [1] - 22:12
Wilmington [1] - 1:11
window [2] - 4:4,
14:12
withheld [6] - 8:1,
9:24, 10:3, 11:21,
13:4, 21:6
withhold [2] - 10:21,
21:16
withholding [1] -
20:16
witness [1] - 4:24
witnesses [7] - 3:25,
12:25, 13:14, 22:13,
22:17, 22:18
words [1] - 3:19
world [3] - 8:16,
16:13, 19:7
written [4] - 5:8, 8:25,
11:7, 11:21

## Y

yesterday [2] - 5:3,
20:18
York [3] - 2:6, 3:3
Young [2] - 5:2, 5:6