Case 1:04-cv-00833-KAJ   Document 172   Filed 11/21/2005   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PHARMACIA & UPJOHN COMPANY, LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**SICOR, INC., and**<br>**SICOR PHARMACEUTICALS, INC.**<br><br>**Defendants.** | **Civil Action No. 04-833 KAJ** |

### AMENDED NOTICE OF DEPOSITION OF MARVIN SAMSON

To:  John G. Day
     Steven J. Balick
     ASHBY & GEDDES
     222 Delaware Avenue
     Wilmington, Delaware 19801

     Reid L. Ashinoff
     David R. Baum
     SONNENSCHEIN NATH & ROSENTHAL LLP
     1221 Avenue of the Americas
     New York, New York 10020

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Pharmacia & Upjohn Company LLC ("Pharmacia") shall take the deposition of Marvin Samson. The deposition will commence at 9:30 a.m. on November 22, 2005 at the offices of Sonnenschein Nath & Rosenthal LLP, 1221 Avenue of the Americas, New York, New York.

The testimony obtained pursuant to this Notice of Deposition shall be used for any and all appropriate purposes under the Federal Rules of Civil Procedure. The deposition will be recorded by stenographic and/or videographic means and will take place before a Notary Public or other officer duly authorized to administer oaths.

    You are invited to attend and cross-examine.

                              MORRIS, NICHOLS, ARSHT & TUNNELL

                              */s/ Maryellen Noreika (#3208)*

                              Jack B. Blumenfeld (#1014)
                              Maryellen Noreika (#3208)
                              1201 N. Market Street
                              P.O. Box 1347
                              Wilmington, Delaware 19899-1347
                              (302) 658-9200
                              Attorneys for Plaintiff
                              Pharmacia & Upjohn Company LLC

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
McDONNELL BOEHNEN
 HULBERT & BERGHOFF LLP
300 S. Wacker Drive
Chicago, Illinois 60606
(312) 913-0001

November 21, 2005

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on November 21st, 2005 I electronically filed Amended Notice of Deposition of Marvin Samson with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> ASHBY & GEDDES

I also certify that copies were caused to be served on November 21st, 2005 upon the following in the manner indicated:

### BY HAND

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> Wilmington, DE  19801

### BY FEDERAL EXPRESS

> Reid L. Ashinoff, Esquire
> David R. Baum, Esquire
> Sonnenschein Nath & Rosenthal LLP
> 1221 Avenue of the Americas
> New York, NY  10020
>
> Jordan Sigale, Esquire
> Sonnenschein Nath & Rosenthal LLP
> 8000 Sears Tower
> Chicago, IL  60606

*/s/  Maryellen Noreika*
Maryellen Noreika (#3208)
Morris, Nichols, Arsht & Tunnell
 (302) 658-9200
mnoreika@mnat.com