## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY LLC, : | |
| Plaintiff, : | |
| v. : | Civil Action No. 04-833-KAJ |
| SICOR, INC. and SICOR : | |
| PHARMACEUTICALS, INC., : | |
| Defendants. : | |

## ORDER

At Wilmington this **6th** day of **December, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, January 27, 2006 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the case and the parties' interest in court-assisted ADR. **Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE