# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

December 8, 2005

The Honorable Kent A. Jordan  
United States District Court  
844 King Street  
Wilmington, DE  19801

VIA ELECTRONIC FILING

Re: Pharmacia & Upjohn Co., LLC v. Sicor Inc., et al.,
C.A. No. 04-833-KAJ

Dear Judge Jordan:

My firm, along with Sonnenschein Nath & Rosenthal LLP, represents defendants Sicor Inc. and Sicor Pharmaceuticals, Inc. (jointly, "Sicor") in the above-referenced patent dispute. I am writing to respectfully seek modification of a provision in the Court's Amended Scheduling Order entered on December 6, 2005 (D.I. 176) (the "Amended Order").

In a November 15, 2005 joint letter to the Court, the parties were not in complete agreement on a schedule for briefing their respective motions to compel on privilege issues. In its Amended Order, the Court compromised and selected January 13, 2006 as the date by which briefing on such motions is to be complete. However, during the several day period before the Court issued its Amended Order, the parties reached agreement on a host of issues relating to how to proceed regarding the disputes over privileged documents, including a schedule for briefing on the motions to compel. Unfortunately, we had not yet had the opportunity to seek the Court's approval of our proposed briefing schedule when we received the Amended Order. Sicor therefore respectfully writes to ask that the Court modify that briefing schedule, consistent with the parties' agreement, as follows: (i) opening briefs to be filed by December 16, 2005; (ii) opposition briefs to be filed by January 6, 2006; and (iii) reply briefs to be filed by January 20, 2006. For the Court's convenience, a proposed form of order is attached.

I note that a few hours after receipt of the Amended Order, we alerted Pharmacia's counsel that it contained a briefing schedule inconsistent with the parties' agreement, and we suggested submitting the attached form of order to Your Honor along with a *joint* explanatory letter. Pharmacia's counsel have not yet been available to respond to that suggestion, however, and given both the short time remaining before briefing needs to begin, and the fact that Pharmacia's agreement to the briefing schedule is in writing and is easily shown not to be subject to dispute, we decided to make this request on our own rather than allow additional time to pass. We therefore also have attached a December 7 letter, a December 5 letter, and two December 6 e-mails, which collectively constitute the parties' agreement regarding how to proceed concerning the privilege disputes. The agreed briefing schedule is set forth at the bottom of page two of the December 5 letter.

Honorable Kent A. Jordan
December 8, 2005
Page 2

       Sicor appreciates the Court's consideration of this request, and will be available at the Court's convenience in the event that Your Honor has questions or wishes to discuss this matter further.

                                       Respectfully,

                                       /s/ *Steven J. Balick*

                                       Steven J. Balick

SJB: nml
Attachments
164306.1
cc:      Maryellen Noreika, Esquire (via electronic mail; w/attachments)
         Daniel A. Boehnen, Esquire (via electronic mail; w/attachments)
         Reid L. Ashinoff, Esquire (via electronic mail; w/attachments)