IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-833-KAJ |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants | ) | |

**<u>ORDER</u>**

This _____ day of December, 2005, based upon an agreement reached by the parties, paragraph 1 of the Court's December 6, 2005 amended scheduling order (D.I. 176) is hereby amended to provide that briefing on the parties' respective motions to compel shall be presented on the following schedule:

        Opening briefs        December 16, 2005

        Answering briefs        January 6, 2006

        Reply briefs        January 20, 2006

_____
United States District Judge

164301.1