Dec-07-2005  11:05am    From-MCDONNEL BEHNEN HUBERT & BERGHOFF    +13129130002    T-283   P.001/007   F-258



McDonnell Boehnen Hulbert & Berghoff LLP
Law Offices

# Fax transmittal

| | | | |
|---|---|---|---|
| To | Reid L. Ashinoff | Date | December 7, 2005 – 2nd Letter |
| Company | Sonnenschein et al. | From | Daniel A. Boehnen |
| Fax | 212-768-6800 | Direct | 312 913 2130 |
| Phone | 212-768-6730 | Email | boehnen@mbhb.com |
| Pages, with cover | 3 | C/M | 1144/002 |
| Re | P&U v. Sicor | | |

Dear Reid:

When we talked on Friday December 2nd, you said that any process for resolving and/or narrowing the privileged document dispute would need to be in writing, and that no agreement was binding unless and until the full process was agreed in writing.

On Monday December 5th, I sent a letter that detailed a procedure for resolving and/or narrowing the privileged document dispute, and requested that you sign and return that letter. A copy of my December 5th letter is attached.

On Tuesday December 6th, you, Mike Gugig, and I circulated a series of e-mails that modified the procedure in certain respects. A copy of that series of December 6th e-mails is attached.

Thus, the agreed process for resolving and/or narrowing the privileged document dispute now consists of my December 5th letter as modified by the December 6th series of e-mails. Please immediately sign and return a copy of this current letter, confirming Sicor's agreement that the process for resolving and/or narrowing the privileged document dispute consists of my December 5th letter as modified by our December 6th series of emails. We cannot proceed on this project without your signed agreement. Time is of the essence.

Very truly yours,

Daniel A. Boehnen

300 South Wacker Drive    312 913 0001 phone
Chicago, Illinois 60606-6709    312 913 0002 fax
www.mbhb.com

Please call if all pages are not received.

If you received this fax in error, please notify us immediately by phone (collect) to arrange for return of the document.

This transmittal is strictly for delivery only to the person listed above. It may contain confidential or privileged information, the disclosure of which is prohibited.

**Confirmation**

*[handwritten annotation: with respect to privileged document review and privilege briefing]*

I confirm Sicor's agreement and participation in the procedure set forth above in the letter from Daniel A. Boehnen dated December 5, 2005, relying on attachments dated December 5th and December 6th as described in the letter above.

Signature: *Reid Ashinoff* (signed)
Print: Reid Ashinoff
Date: December 7, 2005

McDonnell Boehnen Hulbert & Berghoff LLP    Reid Ashinoff    Page 2 of 2    Wednesday, December 07, 2005

PAGE 1/6 * RCVD AT 12/7/2005 11:05:07 AM [Central Standard Time] * SVR:CHI2KRF01/22 * DNIS:4777 * CSID:+13129130002 * DURATION (mm-ss):03-16

Dec-07-2005  11:08am   From-MCDONNEL BEHNEN HUBERT & BERGHOFF   +13129130002   T-284   P.003/007   F-258



**McDonnell Boehnen Hulbert & Berghoff LLP**
Law Offices

# Fax transmittal

| | | | |
|---|---|---|---|
| To | Reid L. Ashinoff | Date | December 5, 2005 – 2nd Letter |
| Company | Sonnenschein et al. | From | Daniel A. Boehnen |
| Fax | 212-768-6800 | Direct | 312 913 2130 |
| Phone | 212-768-6730 | Email | boehnen@mbhb.com |
| Pages, with cover | 3 | C/M | 1144/002 |
| Re | P&U v. Sicor | | |

Dear Reid:

Last Friday, December 2nd, we discussed procedures to narrow the scope of privileged documents in dispute. Although we discussed many possibilities, this letter confirms only the points of agreement.

Earlier last week, Sicor provided a list of 4238 documents that Sicor contends should not be withheld on the ground of privilege. The 4238 documents comprise a subset of the documents listed on Pharmacia's privilege log. Sicor is still reviewing the privilege log, and, thus, this list of 4238 documents is not comprehensive of Sicor's position.

In order to narrow the dispute as to the 4238 documents, the parties agree as follows:

## Overall

- The procedures and activities set forth below do not constitute either a waiver or an affirmance of any claim of privilege, work product, the like, or lack thereof.

## The Unimportant Documents

- Pharmacia will further review the 4238 documents and select those documents that are believed to lack any substantive bearing on the lawsuit, i.e., documents that simply are not worth fighting about (hereinafter referred to as "The Unimportant Documents") separate and apart from any privilege issues.

300 South Wacker Drive   312 913 0001 phone
Chicago, Illinois 60606-6709   312 913 0002 fax
www.mbhb.com

Please call if all pages are not received.

If you received this fax in error, please notify us immediately by phone (collect) to arrange for return of the document.

This transmittal is strictly for delivery only to the person listed above. It may contain confidential or privileged information, the disclosure of which is prohibited.

PAGE 2/6 * RCVD AT 12/7/2005 11:05:07 AM [Central Standard Time] * SVR:CHI2KRF01/22 * DNIS:4777 * CSID:+13129130002 * DURATION (mm-ss):03-16

- The information about documents reviewed under the following procedures will not be used in any way except to further the procedures set forth by this agreement. The provisions of Para. 18(b) of the Protective Order shall apply to the procedures and activities set forth below for review of The Unimportant Documents.

- Pharmacia will make The Unimportant Documents available in New York City for Sicor to inspect and confirm that the documents lack substantive bearing on the lawsuit. (Note: Starting Thursday morning, December 8th, The Unimportant Documents will be available for Sicor's inspection at 150 E. 42nd Street, until about 6 p.m. on normal business days.)

- During its inspection of The Unimportant Documents, Sicor shall not: (i) retain any such document, (ii) copy/photograph any such document, or (iii) make any notes about any such document, except to record whether Sicor agrees or disagrees that the document lacks substantive bearing on the lawsuit. A Pfizer representative may be present to stay with the documents at all times.

- If Sicor agrees that a document lacks substantive bearing on the lawsuit, Sicor will drop the document from the list of disputed documents as to which Sicor is seeking discovery.

- If Sicor does not agree that a document lacks substantive bearing on the lawsuit, Sicor may continue to press for discovery of the disputed document. Information that Sicor may have learned about a document during inspection of the Undisputed Documents shall not be used during efforts to press for discovery of a disputed document.

**Other Disputed Documents**

- As to documents included on Sicor's list of 4238 documents but not among The Unimportant Documents, Pharmacia will meet with Sicor at a mutually agreeable location in New York City on Thursday, December 8th, to discuss these documents, including reasons why the document should or should not be withheld from discovery.

- Either party may discontinue these discussions at any time.

**Briefing Schedule**

- The briefing schedule on motions to compel discovery of privileged documents shall be adjusted as follows:
    - Opening Brief to be filed on or before Friday December 16, 2005.
    - Opposition briefs to be filed on or before Friday January 6, 2006.
    - Reply briefs to be filed on or before Friday January 20, 2006.

McDonnell Boehnen Hulbert & Berghoff LLP    Reid Ashinoff    Page 2 of 3    Monday, December 05, 2005

PAGE 3/6 * RCVD AT 12/7/2005 11:05:07 AM [Central Standard Time] * SVR:CHI2KRF01/22 * DNIS:4777 * CSID:+13129130002 * DURATION (mm-ss):03-16

### Conclusion

I note in passing that the details set forth above differ in some small respects from those discussed last Friday. For example, last Friday I did not have a location for producing the documents in New York City with which I was comfortable. Also, we did not discuss having a Pfizer representative remain with the documents at all times. I hope you will nevertheless agree to confirm the arrangement set forth above by signing and returning a copy of this letter.

Very truly yours,

Daniel A. Boehnen

### Confirmation

I confirm Sicor's agreement and participation in the procedure set forth above.

Signature: _____
Print:     _____
Date:      _____

McDonnell Boehnen Hulbert & Berghoff LLP    Reid Ashinoff    Page 3 of 3    Monday, December 05, 2005

PAGE 4/6 * RCVD AT 12/7/2005 11:05:07 AM [Central Standard Time] * SVR:CHI2KRF01/22 * DNIS:4777 * CSID:+13129130002 * DURATION (mm-ss):03-16

**Boehnen, Daniel**

---

**From:** Gugig, Michael S. [mailto:mgugig@sonnenschein.com]
**Sent:** Tuesday, December 06, 2005 5:15 PM
**To:** Boehnen, Daniel; Ashinoff, Reid L.
**Cc:** Sigale, Jordan A.; Tavarez, Nancy W.; Baum, David; Rich, Joshua; Steck, Jeff; Drutchas, Grantland
**Subject:** RE: Discovery and Privilege Matters

Dan: with respect to your 3rd point, I am available on Thursday between 11 and 4 (eastern) to discuss the disputed documents with Jeff or another of your colleagues. Please let me know a time.

Also, I had asked Jeff for a list of the disputed documents so I could plan for the meet and confer. I have not heard back. I would appreciate a listing of those as soon as possible. If you have a more precise estimate of the number of documents you believe will be at issue, please let me know.

As to the logistics for the review, we will plan to go until 7 on Thursday and as far as we can and until as late as we can on Friday in an effort to get through everything. Please let us know where our folks should go on Thursday, and who they should ask for — I will plan on having them there at 9:00. If there are any special security requirements, please let me know.

Thanks
Mike

-----Original Message-----
**From:** Boehnen, Daniel [mailto:Boehnen@mbhb.com]
**Sent:** Tuesday, December 06, 2005 5:56 PM
**To:** Ashinoff, Reid L.
**Cc:** Sigale, Jordan A.; Gugig, Michael S.; Tavarez, Nancy W.; Baum, David; Rich, Joshua; Steck, Jeff; Drutchas, Grantland
**Subject:** RE: Discovery and Privilege Matters

Reid:

### The Unimportant Documents

There is something very disconcerting about your indication that Sicor plans to work late into the night and over the weekend to review these documents. We estimate (with a very rough estimate) that "The Unimportant Documents" will comprise about 5 to 8 boxes. A team of Sicor attorneys (as Mike Gugig indicated would be doing the review) should EASILY be able to complete review of those items in one day, or at most in two days. If this task is as time consuming as you suggest, then it would seem there is more being done than we have in mind.

Perhaps we need to modify the process and pursue the project in stages. Let's start the document review at 150 E. 42nd Street on Thursday and Friday. Your team can work Thursday until 6 or 7 p.m., if you wish. They can also work through lunch, if you wish, and resume on Friday.

12/7/2005

Dec-07-2005 11:09am   From-MCDONNEL BEHNEN HUBERT & BERGHOFF   +13129130002   T-284  P.007/007  F-259

By about 3 p.m. Friday afternoon, let's review where things stand. Among the issues to discuss will be how many documents have been reviewed and, of those documents, how many stand as "agreed" with respect to the unimportant status.

If Pfizer believes at that time that the process is being productive, then we will make every effort to arrange for your team to continue working over the weekend. Even if we cannot get someone to stay with the boxes over the weekend, the project could be resumed on Monday and Tuesday. But if Pfizer believes that the process is not meeting expectations, then we reserve the right to discontinue further review.

### Rescheduling Depositions

This confirms that the return date for the subpoenas as to Jessica Wolff, Wesley Fach, and Waldemar Priebe have been adjourned to a holding date of January 31, 2006, and that both sides anticipate that the January 31st date will be further rescheduled after we have a better sense of a specific and mutually agreed date for taking those depositions.
Although we have agreed to a later date for conducting these depositions, we expect to get the requested documents ASAP. Please confirm when the documents will be delivered.

### The Other Privileged Documents

Aside from The Unimportant Documents that will be available for review in NYC, we discussed having detailed, document-by-document discussions about certain other withheld documents. Given the volume of documents and other issues, we believe it would be more efficient to discuss these issues telephonically rather than face-to-face. This is especially true because Mike Gugig will not actually be able to see these documents. Admittedly, this might be a very long phone call; a speaker phone would be essential and we will have to call from a conference room with the documents before us. Please confirm that Mike Gugig will be available to conduct this discuss by phone on Thursday.

Thanks in advance.

Dan Boehnen

*********************************************************************

12/7/2005

PAGE 6/6 * RCVD AT 12/7/2005 11:05:07 AM [Central Standard Time] * SVR:CHI2KRF01/22 * DNIS:4777 * CSID:+13129130002 * DURATION (mm-ss):03-16