# EXHIBIT A

Case 1:04-cv-00833-KAJ   Document 180-2   Filed 12/13/2005   Page 1 of 14

SHEET 1

**Page 1**

```
         IN THE UNITED STATES DISTRICT COURT
         IN AND FOR THE DISTRICT OF DELAWARE
                        - - -
PHARMACIA & UPJOHN COMPANY,      : CIVIL ACTION
                                 :
         Plaintiff and           :
         Counter-defendant,      :
                                 :
    v.                           :
                                 :
SICOR INC., and SICOR            :
PHARMACEUTICALS INC.,            :
                                 :
         Defendants and          : NO. 04-833 (KAJ)
         Counter-Claimants.      :
                        - - -
                Wilmington, Delaware
         Tuesday, November 8, 2005 at 4:00 p.m.
                  TELEPHONE CONFERENCE
                        - - -
BEFORE:    HONORABLE KENT A. JORDAN, U.S.D.C.J.
                        - - -
APPEARANCES:

         MORRIS NICHOLS ARSHT & TUNNELL
         BY: MARYELLEN NOREIKA, ESQ.

              and

         McDONNELL BOEHNEN HULBERT & BERGHOFF, LLP
         BY: DANIEL A. BOEHNEN, ESQ., and
             JOSHUA R. RICH, ESQ.
             (Chicago, Illinois)

              Counsel for Pharmacia & Upjohn
              Company


                    Brian P. Gaffigan
                    Registered Merit Reporter
```

**Page 2**

APPEARANCES: (Continued)

    ASHBY & GEDDES
    BY: JOHN G. DAY, ESQ.

         and

    SONNENSCHEIN NATH & ROSENTHAL, LLP
    BY: REID L. ASHINOFF, ESQ.
        (New York, New York)

         and

    SONNENSCHEIN NATH & ROSENTHAL, LLP
    BY: JORDAN A. SIGALE, ESQ.
        (Chicago, Illinois)

         Counsel for Sicor Inc. and Sicor
         Pharmaceuticals Inc.


                    - oOo -

              P R O C E E D I N G S

    (REPORTER'S NOTE: The following telephone conference was held in chambers, beginning at 4:00 p.m.)

         THE COURT: Hi, this is Judge Jordan. Who do I have on the line?

         MS. NOREIKA: Your Honor, for the plaintiff, Maryellen Noreika at Morris Nichols; Dan Boehnen and Josh Rich at the McDonnell Boehnen firm in Chicago; and from the Pfizer Legal Department, Karen Staff.

         MR. DAY: Good afternoon, Your Honor. On behalf

**Page 3**

of the defendants in this case, you have John Day, local counsel; and from Sonnenschein Nath & Rosenthal, lead counsel, Reid Ashinoff in New York and Jordan Sigale in Chicago.

         MR. ASHINOFF: Good afternoon, Your Honor.
         MR. SIGALE: Good afternoon, Your Honor.
         THE COURT: Good afternoon. Well, we're here on our weekly discovery dispute call in this case and a little bit of update I have on this is folks on the Pharmacia side want to see these depositions go forward next week and the folks on the defense side, Sicor side do not want them to go forward next week. So why don't somebody bring me up to speed and tell me why we're needing to discuss this today.

         MR. BOEHNEN: Thank you, Your Honor. This is Dan Boehnen. We requested hearings and thanks for hearing us once again.

         When the Court cancelled the starting date for the depositions a week ago, the Court also told the parties to "keep the pedal to the metal," I believe were your words, and to talk to each other about rescheduling the depositions as fast as possible. Okay.

         So since then, we've delivered the documents to Sicor last Thursday, three business days later than originally promised. The Italian Commissioner and the witnesses are now standing by ready to begin these

**Page 4**

depositions starting next Monday, November 14th, which is a week later than was originally scheduled. Sicor refuses to do that. This is particularly problematic because if this window closes after this, either the Italian Commissioner or Sicor's counsel are not going to be available. We won't have everybody available until well after the close of discovery, at best the middle of December but more likely January or February.

         Now, in a phone call last Wednesday, the day after the hearing, last hearing, we called Sicor to confirm we would have all the documents delivered to them by the end of the week, that the Italian Commissioner and the inventors were available to start the depositions a week later, Monday, November the 14th, and to point out that the schedule gave Sicor even more preparation time than it had before. Before they would have had a week, seven days, and under this arrangement they have 11 days. But despite our best efforts, Sicor has refused to discuss the situation or even to set a time to discuss the situation.

         Instead, from our perspective, they've been using the Court's comments as an excuse to try to delay other scheduled depositions. For example, last Wednesday, the day after the hearing, David Baum said this during the deposition about a Pfizer witness that was to start the next day, and I quote:

5

1  "We're not likely to go forward with Leena
2  Das Young tomorrow for as you know, there was a telephone
3  conference with the judge yesterday in which the judge
4  indicated the dates might be vacated, including the date
5  for the close of discovery. And that being the case, there
6  is plenty of time to fit Leena Das Young in later."
7       Also, the day after that, Sicor came and asked
8  us for extensions to respond to written discovery that had
9  been long pending and whose answers were due last Thursday.
10      But beyond just the delivering all documents
11 last week, we also have a proposal now that will allow Sicor
12 to split its deposition time for the primary inventors such
13 that Sicor will be able to return later and cover documents
14 that it doesn't have now and as I'll explain as I get into
15 this, we think that should take care of any kind of concerns
16 Sicor has.
17      But if I may, first, I've got to make one point
18 that we really have not had a chance to explain before. And
19 that is that these documents that we're talking about and
20 have been talking about were never requested by Sicor until
21 September 13th. Okay? It was on that date for the first
22 time that they sent us a letter identifying their request in
23 copies of about 50 foreign patent file histories and these
24 are file patents that are not part of the family of the '285
25 patent-in-suit. And at that time, when we got that,

6

1  discovery was already set for November 4th, less than two
2  months later. So all of these problems that we've been
3  jumping through hoops to handle are about a request that
4  Sicor made less than two months before the close of
5  discovery in relation to file histories that are not even
6  part of the patent-in-suit. But we agreed to do that
7  and we've been moving as fast as humanly possible to just
8  avoid haggling over objections.
9       But I don't want to belabor that point. I want
10 to focus really on the arguments that I believe Sicor is
11 going to raise now, even though they had really refused to
12 discuss their objections with us, but I expect that they're
13 going to raise arguments that fall in one of four different
14 categories: the volume of documents, the foreign language
15 issue, privilege logs issue, and what I'm thinking of as the
16 "one bite at the apple" rule.
17      Okay. So as to the volume of documents. When
18 we talked a week ago, Your Honor was surprised that we
19 hadn't been discussing with them what the volume of
20 documents are that were to be produced. And I was caught
21 off guard by that but in this particular situation that
22 wasn't unusual. At that time, those documents were in
23 electronic format and the only thing I knew specifically was
24 that the files comprise four gigabytes of data in a format
25 that was unknown to me.

7

1       Now, Sicor, on the other hand, knew very well
2  the rough volume of documents that it was receiving although
3  they had set me up with an e-mail the day before suggesting
4  otherwise, and what I mean is this: We didn't decide what
5  documents to produce here. Sicor's letter specifically
6  identified about 50 prosecution histories that it was asking
7  for, and anyone with any experience in patent litigation
8  knows that a file history contains at least about 300 pages,
9  probably 200 to 1,000. So 50 file histories are easily
10 going to be 15,000 pages. Everybody knew we were in that
11 ballpark.
12      But even more than that, if you go back and you
13 consider the size of the file histories that we produced and
14 these are now file histories of patents that are related to
15 the '285 patent in suit, we produced about 25,000 pages of
16 all of those materials from those file histories to Sicor
17 and we did that months ago, many months ago. So having had
18 that in its comparison, Sicor had no reason to think that a
19 list of 50 file histories unrelated were going to be any
20 different than the ones it already had.
21      But in any event, okay, we're past that because
22 we've now finished the production and we know that the items
23 that we gave to Sicor turned out to be about 8,400 pages.
24 They had those last Thursday, roughly three full boxes.
25 Now, before screening, those complete set of files were a

8

1  little over 18,000 pages, the withheld documents were just
2  a little under 10,000 pages and thus the documents produced
3  to Sicor were about 8,400 pages, but many of those are
4  repetitive copies of patent specifications and other things
5  so it isn't going to take that long to go through them.
6  In fact, in an e-mail that Sicor had sent to the Italian
7  commissioner, they admitted that as of last Friday -- last
8  Thursday, they had already reviewed about 3,000 pages.
9       Okay. Let me go to the foreign language issue.
10 Because they also seem to be arguing that, you know, they
11 can't be expecting to go forward when they get all the
12 stuff in a foreign language and they had no idea that was
13 going to be happening. And we believe that is also not
14 true. Because when Sicor initiated this request, they went
15 to a public database, searched all the patents dealing with
16 anthracycline glycoside, sites around the world and they
17 gave us a list of the specific sites and specific countries
18 they wanted.
19      Now, when Sicor asks for a file for a French
20 patent or a German patent, how can it possibly not know
21 that that file was going to contain documents in French or
22 German? But the fallacy of their argument I think is more
23 basic than that because the people who have reviewed our
24 files and produced these tell me well over 90 percent of
25 these materials are either written in English or they're

9

1  accompanied by an English translation, which is what you
2  would expect because it was a British attorney who was
3  really the central focus of the prosecution. And even the
4  documents that were not translated, those generally tend
5  to be foreign-type documents that just didn't warrant
6  translation.
7         But in any event, Sicor now has the same
8  translations that the Pfizer people had who handled the
9  prosecution. But even beyond that, you know what we're
10 talking about is deposing the inventors. And I fail to see
11 what relevance a Russian language document or an Uzbekistan
12 document is going to have to deposing these inventors
13 because they don't speak those languages any more than
14 Sicor does.
15        Let me turn to the privilege log. Okay. And
16 I'm a little surprised that that is being raised, it
17 certainly was never mentioned before, but the fact is that
18 Pfizer -- Pharmacia produced over 250 pages of Pharmacia's
19 privilege log before Sicor had begun producing anything from
20 its own privilege log. Now, up to this point in time, our
21 privilege log comprises of about 950 pages but that does not
22 include updating for the latest round of documents that were
23 produced last week. And again, from last week, the total
24 files were about 18,000 pages and about 10,000 were withheld
25 as privileged.

10

1         Now, I anticipate that Sicor is going to argue
2  that we must obviously be doing something improper to have
3  had so many documents withheld, and I assure you we are
4  not. You know, there is nothing unusual about the fact that
5  when a patent attorney is handling the case, the volume of
6  information that goes back and forth between the patent
7  attorney and the Patent Office is no greater than the volume
8  of communication that goes back and forth between the patent
9  attorney and his client. And in this case, that is doubly
10 so because the client was in Milan, the attorney was in
11 London and the patent attorney is communicating with his
12 agent somewhere else.
13        So it's perfectly normal. More than normal,
14 it's the average, it's the usual thing that the volume of
15 communication between to and from the patent attorney and
16 the people working with him is greater than the volume of
17 documents that the patent attorney files with the Patent
18 Office.
19        But beyond that, we carefully reviewed the
20 privilege log, and we carefully reviewed the documents,
21 and we instructed our people to only withhold those that
22 involve the attorney-client type communication. And on the
23 privilege log, in order to just check whether there would
24 be any merit to what we believe Sicor is going to argue,
25 we went over every entry in our 950 page privilege log. In

11

1  doing that, we look for any entry that indicated that
2  it went to the attorney -- I'm sorry -- to any of the
3  inventors. So it either was to them, received by them.
4  In any way, shape it went to any inventor, that might be
5  the proper subject of a deposition. And out of those 950
6  pages of entries, each and every entry that cited one of
7  the inventors was a document that was either written by or
8  directly received by a patent attorney except for two, and
9  on one of those two items out of 950 pages of entries, one
10 of those entries we think it's not privileged over to them
11 and a consequential document. As to the other, we need to
12 talk to Dr. Gotti (phonetic) about that.
13        I also want to point out that in doing this
14 review, we did not try to spin an issue that I think Sicor
15 is going to argue about dealing with patent agents. I
16 expect they're going to try to argue that, well, at some
17 countries patent agents aren't given the same scope of
18 privilege as patent attorneys are and we did not try to get
19 that. We wanted to avoid that issue. So when we did this
20 review of our log, we're saying that all of these entries
21 showed withheld items were either written by or sent
22 directly to a patent attorney.
23        But in any event, there is privilege logs on
24 both sides. There are a lot of privilege log issues on both
25 sides and we suggest that those should be referred to the

12

1  magistrate, but we believe they're really not grounds for
2  delaying the deposition. I can't recall a case where there
3  has ever been a decision we had to hold depositions until
4  all privilege log issues are resolved.
5         Which really brings me to the last issue which
6  I kind of refer to as the "one bite at the apple" problem.
7  And even Sicor has refused to discuss the situation with us.
8  I think what they're going to be arguing is that given all
9  these host of problems which they perceive and the fact that
10 these depositions were proceeding under Hague Convention
11 rules that, absolutely, the depositions have to be postponed
12 until all of the issues are resolved. It's because they may
13 only get one shot at this. But if they argue this, then in
14 view of what I'm going to propose, their assumption is
15 incorrect.
16        Now, before getting into it, I want to say we're
17 confident that their objections over the foreign language
18 and the privilege documents are red herrings because we've
19 got a proposal that puts it all to one side, and the
20 proposal is this:
21        If the European depositions proceeded on
22 November 14th to 18th, then we will agree that Sicor can
23 reserve some of its allocated six hours of deposition time
24 for Drs. Gotti and Confalonieri, those are the two primary
25 witnesses, and come back to do them a second time. But, you

13

1  know, it should also be clear that if hours are reserved
2  from this six-hour time and the depositions are resumed
3  later, then that second resumed deposition is going to be
4  limited to either documents that were withheld, privilege
5  that Sicor receives after the first deposition or foreign
6  language documents that for some reason or another they
7  didn't have a translation of the first deposition. It
8  shouldn't be an opportunity for them to do six hours on this
9  trip and then come back for three more later or to come back
10 a second time and talk to them about information they
11 already have.
12       THE COURT: All right.
13       MR. BOEHNEN: We have been able to confirm
14 with Dr. Gotti and Dr. Confalonieri, the main witnesses,
15 that they consent to this and that they will appear at a
16 later date as a way of facilitating this moving forward and
17 resolving it. And, moreover, we will even agree, Pfizer
18 will agree that it will pay the one-way full fare coach
19 airfare for one Sicor attorney to return to Milan, if that
20 becomes necessary.
21       So the bottom line in all of this is we believe
22 that Sicor has been trying to burden us with a last minute
23 request, overbroad in nature, for documents that are only
24 marginally relevant, and having now gotten that, they're
25 trying to bootstrap that into leveraging the rest of the

14

1  proceedings.
2       THE COURT: All right.
3       MR. BOEHNEN: None of the points they're raising
4  now.
5       THE COURT: I'm sure I have your position now,
6  Mr. Boehnen.
7       MR. BOEHNEN: Okay. One last thing I do want
8  to make clear, Your Honor, and that is that the Italian
9  commissioner herself has indicated a preference to do these
10 depositions next week because after our Thanksgiving she is
11 going to be gone for two weeks on other business, so this is
12 like our last window to do this.
13       THE COURT: Okay. Who is speaking on this from
14 the other side?
15       MR. ASHINOFF: It's Mr. Ashinoff, Your Honor.
16 Unfortunately, I have a fair bit to say.
17       THE COURT: Go ahead.
18       MR. ASHINOFF: Your Honor, these documents
19 were requested on November 29th, 2004, items 33 to 38 of the
20 document request. The first one served --
21       THE COURT: Why don't you do this? Why don't
22 you, since I keep hearing you folks argue, one side saying,
23 "hey, I asked for it in November of '04" and the other side
24 is saying, "oh, you didn't ask for it until September '05,"
25 you go ahead and read me those requests. Put them on the

15

1  record right now, Mr. Ashinoff.
2       MR. ASHINOFF: Okay. 33. All documents
3  that refer or relate to that were used in the analysis,
4  preparation, filings, prosecution and issuance of the patent
5  application leading to the '285 patent or of the related
6  patents.
7       That is a defined term which I will get to.
8       34. All documents concerning invention
9  disclosures and/or the first descriptions for the '285
10 patent and any of the related patents.
11      35. All documents concerning any information
12 used or supplied by the listed inventors of the '285
13 patent or any of the related patents in connection with the
14 preparation or prosecution of these patents.
15      36. All drafts of the patent application
16 leading to the '285 patent and any of the related patents.
17      37. All copies, including drafts of responses
18 to Office Actions, amendments, affidavits, and other
19 communications or submissions of any kind with or to the PTO
20 or other Patent Office with respect or to the PTO or other
21 Patent Office with respect to the '285 patent and any of the
22 related patents.
23      38. All documents that discuss, refer or relate
24 to the '285 patent, any of the related patents and/or any of
25 the related patent applications.

16

1       Your Honor, further, we didn't get the first
2  document from Pharmacia until four months after the due date
3  and most of it got produced over the summer. We then took
4  it upon ourselves to sit down with a team and work through
5  the 50-some-odd thousand pieces of paper through mostly in
6  August, and we sent a letter to Mr. Boehnen on September
7  13th, 2005. And we painstakingly itemized the exact
8  documents that we would have expected to see but didn't see
9  and we attributed it back to the request.
10      No. 3. The prosecution histories and
11 correspondence relating to the following related patents
12 do not appear to be produced. And we enumerated some 50
13 applications and prosecution histories around the world that
14 are related that were not produced that relate back to that
15 document.
16      Mr. Boehnen then said to the Court at the
17 October 11th conference that they would give us a rolling
18 production of those documents. He committed to produce
19 them starting the next week about the middle of October and
20 concluding on October 31st. Your Honor, we didn't get one
21 piece of paper in October on any of the related patents,
22 not one after the Court so ordered it.
23      On the conference we had, Mr. Boehnen said
24 that they would start producing that day. I think it was
25 November 1st or 2. And over the next three days, well

17

1 after Mr. Boehnen had committed to produce and after the
2 Court had ordered it and after Mr. Boehnen had said yes,
3 we'll give it to them, over the next three days they
4 produced 8,697 documents.
5     Your Honor, I instructed our team, led by
6 Mr. Sigale, to work through the weekend -- Thursday night,
7 Friday, Friday night, Saturday, Sunday, Monday, Monday
8 night. Except for the Sabbath Mr. Sigale observed, we had
9 a team working through the weekend to get through these
10 8,697 documents that were produced in three days late
11 last week. And late last night, the team got through the
12 material, but after Mr. Boehnen had been pressing for six
13 days to schedule us for next week.
14     Mr. Boehnen started pressing to schedule
15 these for next week before any production was even made
16 pursuant to the Court's direction. Mr. Boehnen was having
17 conversations apparently unilaterally with the referee in
18 Italy on his own which we question, but let's get past that,
19 and pushing and pushing and pushing us and then to agree to
20 dates before we even got a chance to see the entirety of
21 the production.
22     Your Honor, we now can report to you and
23 Mr. Boehnen what we see. We were prepared to call back. As
24 Mr. Day knows, we were preparing a response to lay out our
25 concerns, but Mr. Boehnen preempted it by calling the Court

18

1 and inviting the Court to get involved.
2     What we found, Your Honor, is that we only got
3 documents for 21 of the 50 prosecutions. Almost 30 of the
4 prosecutions we enumerated and Mr. Boehnen said would be
5 produced, there is not a single piece of paper.
6     With respect to what has been produced, Your
7 Honor, Pharmacia has still failed to produce the foreign
8 patent file from which the '285 patent in suit most directly
9 claims priority, which is the British '742 application. So
10 the very file which is the absolute most direct on the
11 family tree, we don't have a piece of paper from them on.
12 We don't have pieces of paper from them for two dozen
13 attorney patents that are in the enumerated list that they
14 said they would produce. Not a piece of paper, Your Honor.
15     With respect to other patents that they say they
16 made a full production on, for one of them, for example --
17 and I'll just give you a couple. I don't want to waste the
18 Court's time -- is really patent number 91,729. There was
19 nothing in the production except a post-issuance maintenance
20 fee payment, which means they paid a fee to carry forward
21 with the prosecution. We don't have any of the prosecution
22 actions, any of the foreign prosecution documents. All we
23 got is a receipt for a fee payment.
24     And the European patent, one of the major
25 European patents, there was only a search report that

19

1 produced no responses provided to the search report. No
2 subsequent history. I could go on and on, Your Honor. We
3 worked our butts off over the last 84 hours. I won't
4 belabor it. But suffice it to say, we still have thousands
5 of documents as to which they have not yet made a production
6 that go right to what they were telling the different Patent
7 Offices around the world.
8     Let me go to the subject of translation. We
9 have had to send out an approximately 150 documents, Your
10 Honor, for a translation. It's approximately 150 different
11 documents: 47 in French, 32 in German and 70 in Japanese
12 where there was no translation provided by Pharmacia at all.
13 The independent translators told us they hoped to provide us
14 the translations by the end of the week but they make no
15 commitment or guarantees.
16     Let me move on, Your Honor, to the privilege log
17 issue which Mr. Boehnen erroneously advises the Court was
18 not raised before. Your Honor, within hours of getting the
19 first of their privilege log production, on the first call,
20 we raised with Mr. Boehnen and his colleagues in an October
21 26th letter the fact that they were claiming privilege with
22 respect to what looked like thousands of documents in
23 foreign countries where the country's laws do not recognize
24 attorney-client privilege with respect to patent attorneys
25 and Patent Offices.

20

1     And before we get distracted, for the Court
2 to think these are minor little countries, one of those
3 countries is Italy which is where all these inventors work
4 and where there are many filings. Another country is Japan
5 where there were many filings and a lot of prior art that
6 will be relevant in this suit. Another such country, by way
7 of example, is South Korea where there were many filings.
8 Your Honor, these courts do not recognize in those countries
9 there is privilege and the United States Courts, various
10 District Courts have uniformly held there is no privilege
11 with respect to documents in those jurisdictions.
12     Now, let it be held, let it by said by
13 Mr. Boehnen we didn't raise. We indicated in an October
14 26th letter that says we don't see you making out your claim
15 of privilege. Your claiming privilege in countries that
16 don't recognize privilege and you're withholding what looks
17 to be thousands of documents.
18     In a phone call I think Friday or yesterday, I
19 think Friday, between my partner Mr. Gugig and one of
20 Mr. Boehnen's colleagues, they said, well, we ran it off
21 through the British patent attorney and that cloaks it in
22 privilege. Wrong again, Your Honor. Because the law is
23 clear and we have the authority that doing that does not
24 convey a privilege for the correspondence between the
25 British patent counsel and counsel in the countries as a

21

1   conduit from counsel in the countries back to the company.
2   There is no privilege protection and that is what Federal
3   District Courts have been holding for more than two decades.
4   There is no privilege.
5       So we believed that they produced 8,000
6   documents but they withheld 10,000 on erroneous and false
7   claims of privileges, Your Honor, which just don't make it.
8   And we called them on Friday and said, "look, we have a
9   concern about this. We want you to produce them." They
10  said "we'll get back to you Monday" and Monday they said
11  "well, we're not going to produce them but we'll give you
12  some authority."
13      We don't have their authority. Your Honor, we
14  have authority that makes it clear there is no protection.
15  So out of 18,000 documents, the lawyers of Pharmacia made
16  the unilateral judgment to withhold over 50 percent of them
17  on what we believe to be unsubstantial privilege claims and
18  these would go to the heart of the back and forth about
19  how to present the claims, what to say, the very essence of
20  the kind of documents such as the Confalonieri deposition
21  in Sweden corrected what Pharmacia said in the U.S.
22      We have a right to see this material before we
23  go over to depose these inventors because the fact is, Your
24  Honor, that it's not up to Pharmacia's lawyer to decide they
25  are relevant and that they're privileged when they're not.

22

1   They have not even given us the privilege log with respect
2   to these documents. We don't even have a lot from them yet
3   but we asked them how long it would take. They said days or
4   weeks. That's what they said.
5       THE COURT: Okay. Mr. Ashinoff, I need you to
6   take a break here now.
7       MR. ASHINOFF: Your Honor, may I raise one other
8   point?
9       THE COURT: Very quickly.
10      MR. ASHINOFF: The one other point is this,
11  Your Honor. When we asked them to take -- offered dates to
12  them to take the depositions of some of the willfulness
13  witnesses, what Mr. Boehnen and his colleagues said to us
14  is, "no, we're not going to proceed until we resolve the
15  privilege issues. That is not fair to us and we want to
16  resolve the privilege issues about your documents before we
17  take the witnesses and those are witnesses that the Court
18  can order to return." These are witnesses that the Court
19  may not order to be returned.
20      And I would point out that Mr. Boehnen has
21  steadfastly told the Court he doesn't represent and can't
22  control Mr. Gotti or Mr. Confalonieri, had made us go
23  through the Hague Convention because they refused to say
24  that they would represent them or produce them.
25      THE COURT: Thank you. I do recall how we got

23

1   here.
2       MR. BOEHNEN: Your Honor, may I respond?
3       THE COURT: Well, actually no, because I've
4   heard everything I need to know in order to rule on the
5   question that is before me, which is will these depositions
6   go forward next week? And the short answer is no.
7       I thought I was pretty clear when we spoke a
8   week ago today that I was not going to have the schedule
9   that we were working on end up being the basis of short-
10  changing anybody in the case -- that includes the plaintiffs
11  as well as the defendants -- on the opportunity to have
12  genuinely substantive proper discovery, particularly when
13  it's discovery that had to be acquired through the most
14  arduous means possible, that is, Hague Convention requests
15  to foreign countries who, in good faith and at no doubt
16  substantial inconvenience to themselves, have tried to
17  respond and help us out.
18      So I'm not happy about the circumstances. I'm
19  saying the same thing I said a week ago. This is not a good
20  thing and I'm sure that the Italian Commissioner is likely
21  to be less than thrilled with having to deal with this
22  again, too, but the reality is I'm not going to make these
23  people go over there on the basis that you are insisting
24  that this ought to go forward, Mr. Boehnen. It's just, this
25  is last week all over again with the additional information

24

1   now that you think they should be ready and they think
2   they're not ready. And I'm hearing you both and I think I
3   gave you both ample time to make your case. We've been on
4   the call here now for about a half hour and you each spoke
5   without interruption from me for a good ten minutes plus. I
6   have a sense of where we are and it hasn't shifted from last
7   week.
8       I am not making them take depositions in Italy
9   of people who you previously represented you couldn't
10  control and, therefore, the Hague Convention was required
11  without having some sensible basis for everybody agreeing,
12  hey, we're able to make these appropriate meaningful proper
13  depositions. And that's where we stand.
14      Now, I've also asked you in the two conference
15  calls previous to this, that is, the one last week and the
16  one two weeks before that, to talk to each other about what
17  happens to our schedule. The fact that you've been unable
18  to communicate with each other to date, which is apparent
19  from the stuff that keeps coming up in these calls where I
20  hear one side say they never spoke to me and the other side
21  said we did so speak to them; they never asked this
22  question/we did so ask this question; they never propounded
23  that discovery/we did so propound that discovery. I mean
24  hope springs eternal so I'm hoping the lack of communication
25  to date will not prevent you folks from talking about what

25

1  is a sensible schedule for this case, given where we are
2  today.
3         And where we are today is, I mean I hear you,
4  Mr. Boehnen saying, hey, these are all public documents.
5  They could have gotten them months ago. You know, my
6  reaction to that is if they were all public documents, how
7  can 10,000 of them be privileged? I hear folks on the
8  plaintiff side saying they didn't ask for this stuff until
9  September. I just had them put this on the record. It
10 sounded like it was reasonably within the scope of discovery
11 propounded last November.
12        I could turn to Mr. Ashinoff and say if these
13 were so important, how come you guys weren't put putting up
14 a fight about it in the summer or the spring? So there is
15 enough blame to go around here, but we are where we are and
16 I will not have timing trump substance.
17        So go back, speak to each other, hear each
18 other, confer in good faith and come up with a sensible
19 schedule. And then I suggest strongly, just so that you
20 avoid any opportunity for your opponent to claim there is a
21 problem, Mr. Boehnen, that if you are going to be in touch
22 with the Italian authorities about this that it's a call
23 that you make together where a representative from both
24 sides are on the line, so I don't at any point in the future
25 have to hear they had ex parte contact, improper under this

26

1  Italian authority, et cetera, et cetera, and then you guys
2  have got me looking at Italian law; okay? I just would
3  rather not go there.
4         Does everybody understand what I have tried to
5  express, which is essentially the same thing I expressed a
6  week ago? I mean for this to be handled on the merits, not
7  based on a schedule that it is within our power to adjust
8  and I am adjusting it in light of three events. Okay. Are
9  we all on the same page?
10        MR. ASHINOFF: Yes, Your Honor. It's
11 Mr. Ashinoff. And I have one short question.
12        We will meet and confer again with them on
13 these privilege issues. How would the Court -- if we cannot
14 resolve it and cannot see the long privilege the same way,
15 how would the Court like us to bring that for resolution to
16 the Court's attention in a reasonably realistic time frame?
17        THE COURT: You guys go ahead and brief it.
18 I'll go ahead and give you full briefing on it instead of
19 the letter memorandum.
20        Mr. Boehnen.
21        MR. BOEHNEN: Yes, sir.
22        THE COURT: Are you with me on what I'm
23 suggesting, sir?
24        MR. BOEHNEN: Yes, Your Honor. I understand.
25        THE COURT: Okay. Then I want to have from you

27

1  folks -- and I don't think this is too much to ask -- within
2  a week, a week from today, I would like to have a joint
3  letter, not "we talked, we couldn't agree so here are our
4  two positions where we throw brickbats at each other." I
5  would like a joint letter from the parties saying "this is
6  what we think about the schedule." Now, you may not agree
7  on everything in the schedule but you can at least sit down
8  and talk about what makes sense and give me your positions
9  about what makes sense, and then the next time we get
10 together, which no doubt will be soon, we can talk about
11 the sort of schedule that we need to put this case on so
12 that we're continuing not just to operate in the nether
13 region and not under now unrealistic deadlines but something
14 meaningful and realistic; okay? And I'll look for that a
15 week from today. That would be Tuesday the 15th.
16        MR. BOEHNEN: Yes, Your Honor.
17        THE COURT: All right. Thanks.
18        MR. ASHINOFF: Thank you, Your Honor.
19        (Telephone conference ends at 4:38 p.m.)

**'**

'04 [1] - 14:23
'05 [1] - 14:24
'285 [9] - 5:24, 7:15, 15:5, 15:9, 15:12, 15:16, 15:21, 15:24, 18:8
'742 [1] - 18:9

**0**

04-833 [1] - 1:9

**1**

1,000 [1] - 7:9
10,000 [4] - 8:2, 9:24, 21:6, 25:7
11 [1] - 4:17
11th [1] - 16:17
13th [2] - 5:21, 16:7
14th [3] - 4:1, 4:14, 12:22
15,000 [1] - 7:10
150 [2] - 19:9, 19:10
15th [1] - 27:15
18,000 [3] - 8:1, 9:24, 21:15
18th [1] - 12:22
1st [1] - 16:25

**2**

2 [1] - 16:25
200 [1] - 7:9
2004 [1] - 14:19
2005 [2] - 1:12, 16:7
21 [1] - 18:3
25,000 [1] - 7:15
250 [1] - 9:18
26th [2] - 19:21, 20:14
29th [1] - 14:19

**3**

3 [1] - 16:10
3,000 [1] - 8:8
30 [1] - 18:3
300 [1] - 7:8
31st [1] - 16:20
32 [1] - 19:11
33 [2] - 14:19, 15:2
34 [1] - 15:8
35 [1] - 15:11
36 [1] - 15:15
37 [1] - 15:17
38 [2] - 14:19, 15:23

**4**

47 [1] - 19:11
4:00 [2] - 1:12, 2:18
4:38 [1] - 27:19
4th [1] - 6:1

**5**

50 [7] - 5:23, 7:6, 7:9, 7:19, 16:12, 18:3, 21:16
50-some-odd [1] - 16:5

**7**

70 [1] - 19:11

**8**

8 [1] - 1:12
8,000 [1] - 21:5
8,400 [2] - 7:23, 8:3
8,697 [2] - 17:4, 17:10
84 [1] - 19:3

**9**

90 [1] - 8:24
91,729 [1] - 18:18
950 [4] - 9:21, 10:25, 11:5, 11:9

**A**

able [3] - 5:13, 13:13, 24:12
absolute [1] - 18:10
absolutely [1] - 12:11
accompanied [1] - 9:1
acquired [1] - 23:13
Action [1] - 1:4
Actions [1] - 15:18
actions [1] - 18:22
additional [1] - 23:25
adjust [1] - 26:7
adjusting [1] - 26:8
admitted [1] - 8:7
advises [1] - 19:17
affidavits [1] - 15:18
afternoon [4] - 2:25, 3:5, 3:6, 3:7
agent [1] - 10:12
agents [2] - 11:15, 11:17
ago [8] - 3:18, 6:18, 7:17, 23:8, 23:19, 25:5, 26:6

agree [6] - 12:22, 13:17, 13:18, 17:19, 27:3, 27:6
agreed [1] - 6:6
agreeing [1] - 24:11
ahead [4] - 14:17, 14:25, 26:17, 26:18
airfare [1] - 13:19
allocated [1] - 12:23
allow [1] - 5:11
Almost [1] - 18:3
amendments [1] - 15:18
ample [1] - 24:3
analysis [1] - 15:3
answer [1] - 23:6
answers [1] - 5:9
anthracycline [1] - 8:16
anticipate [1] - 10:1
apparent [1] - 24:18
appear [2] - 13:15, 16:12
Appearances [2] - 1:16, 2:1
apple [2] - 6:16, 12:6
application [3] - 15:5, 15:15, 18:9
applications [2] - 15:25, 16:13
appropriate [1] - 24:12
arduous [1] - 23:14
argue [6] - 10:1, 10:24, 11:15, 11:16, 12:13, 14:22
arguing [2] - 8:10, 12:8
argument [1] - 8:22
arguments [2] - 6:10, 6:13
arrangement [1] - 4:17
Arsht [1] - 1:17
art [1] - 20:5
Ashby [1] - 2:3
Ashinoff [15] - 2:6, 3:3, 3:5, 14:15, 14:18, 15:1, 15:2, 22:5, 22:7, 22:10, 25:12, 26:10, 26:11, 27:18
assumption [1] - 12:14
assure [1] - 10:3
attention [1] - 26:16
attorney [16] - 9:2, 10:5, 10:7, 10:9, 10:10, 10:11, 10:15, 10:17, 10:22, 11:2,

11:8, 11:22, 13:19, 18:13, 19:24, 20:21
attorney-client [2] - 10:22, 19:24
attorneys [2] - 11:18, 19:24
attributed [1] - 16:9
August [1] - 16:6
authorities [1] - 25:22
authority [5] - 20:23, 21:12, 21:13, 21:14, 26:1
available [3] - 4:5, 4:6, 4:13
average [1] - 10:14
avoid [3] - 6:8, 11:19, 25:20

**B**

ballpark [1] - 7:11
based [1] - 26:7
basic [1] - 8:23
basis [3] - 23:9, 23:23, 24:11
Baum [1] - 4:23
becomes [1] - 13:20
begin [1] - 3:25
beginning [1] - 2:18
begun [1] - 9:19
behalf [1] - 2:25
belabor [2] - 6:9, 19:4
Berghoff [1] - 1:20
best [2] - 4:7, 4:18
between [5] - 10:6, 10:8, 10:15, 20:19, 20:24
beyond [3] - 5:10, 9:9, 10:19
bit [2] - 3:9, 14:16
bite [2] - 6:16, 12:6
blame [1] - 25:15
Boehnen [34] - 1:20, 1:20, 2:22, 2:23, 3:14, 3:15, 13:13, 14:3, 14:6, 14:7, 16:6, 16:16, 16:23, 17:1, 17:2, 17:12, 17:14, 17:16, 17:23, 17:25, 18:4, 19:17, 19:20, 20:13, 22:13, 22:20, 23:2, 23:24, 25:4, 25:21, 26:20, 26:21, 26:24, 27:16
Boehnen's [1] - 20:20
bootstrap [1] - 13:25
bottom [1] - 13:21
boxes [1] - 7:24
break [1] - 22:6
Brian [1] - 1:25

brickbats [1] - 27:4
brief [1] - 26:17
briefing [1] - 26:18
bring [2] - 3:12, 26:15
brings [1] - 12:5
British [4] - 9:2, 18:9, 20:21, 20:25
burden [1] - 13:22
business [2] - 3:23, 14:11
butts [1] - 19:3

**C**

cancelled [1] - 3:17
cannot [2] - 26:13, 26:14
care [1] - 5:15
carefully [2] - 10:19, 10:20
carry [1] - 18:20
case [10] - 3:1, 3:8, 5:5, 10:5, 10:9, 12:2, 23:10, 24:3, 25:1, 27:11
categories [1] - 6:14
caught [1] - 6:20
central [1] - 9:3
certainly [1] - 9:17
cetera [2] - 26:1
chambers [1] - 2:18
chance [2] - 5:18, 17:20
changing [1] - 23:10
check [1] - 10:23
Chicago [4] - 1:21, 2:9, 2:23, 3:4
circumstances [1] - 23:18
cited [1] - 11:6
Civil [1] - 1:4
claim [2] - 20:14, 25:20
claimants [1] - 1:10
claiming [2] - 19:21, 20:15
claims [4] - 18:9, 21:7, 21:17, 21:19
clear [5] - 13:1, 14:8, 20:23, 21:14, 23:7
client [4] - 10:9, 10:10, 10:22, 19:24
cloaks [1] - 20:21
close [3] - 4:6, 5:5, 6:4
closes [1] - 4:4
coach [1] - 13:18
colleagues [3] - 19:20, 20:20, 22:13
coming [1] - 24:19

| | | | | |
|---|---|---|---|---|
| comments [1] - 4:21<br>commissioner [2] - 8:7, 14:9<br>Commissioner [4] - 3:24, 4:4, 4:12, 23:20<br>commitment [1] - 19:15<br>committed [2] - 16:18, 17:1<br>communicate [1] - 24:18<br>communicating [1] - 10:11<br>communication [4] - 10:8, 10:15, 10:22, 24:24<br>communications [1] - 15:19<br>company [1] - 21:1<br>Company [2] - 1:4, 1:23<br>comparison [1] - 7:18<br>complete [1] - 7:25<br>comprise [1] - 6:24<br>comprises [1] - 9:21<br>concern [1] - 21:9<br>concerning [2] - 15:8, 15:11<br>concerns [2] - 5:15, 17:25<br>concluding [1] - 16:20<br>conduit [1] - 21:1<br>Confalonieri [4] - 12:24, 13:14, 21:20, 22:22<br>confer [2] - 25:18, 26:12<br>conference [6] - 2:18, 5:3, 16:17, 16:23, 24:14, 27:19<br>Conference [1] - 1:12<br>confident [1] - 12:17<br>confirm [2] - 4:10, 13:13<br>connection [1] - 15:13<br>consent [1] - 13:15<br>consequential [1] - 11:11<br>consider [1] - 7:13<br>contact [1] - 25:25<br>contain [1] - 8:21<br>contains [1] - 7:8<br>Continued [1] - 2:1<br>continuing [1] - 27:12<br>control [2] - 22:22, 24:10<br>Convention [4] - 12:10, 22:23, 23:14, 24:10 | conversations [1] - 17:17<br>convey [1] - 20:24<br>copies [3] - 5:23, 8:4, 15:17<br>corrected [1] - 21:21<br>correspondence [2] - 16:11, 20:24<br>Counsel [2] - 1:22, 2:10<br>counsel [6] - 3:2, 3:3, 4:5, 20:25, 21:1<br>Counter [2] - 1:6, 1:10<br>Counter-claimants [1] - 1:10<br>Counter-defendant [1] - 1:6<br>countries [10] - 8:17, 11:17, 19:23, 20:2, 20:3, 20:8, 20:15, 20:25, 21:1, 23:15<br>country [2] - 20:4, 20:6<br>country's [1] - 19:23<br>couple [1] - 18:17<br>Court [31] - 1:1, 2:19, 3:7, 3:17, 3:18, 13:12, 14:2, 14:5, 14:13, 14:17, 14:21, 16:16, 16:22, 17:2, 17:25, 18:1, 19:17, 20:1, 22:5, 22:9, 22:17, 22:18, 22:21, 22:25, 23:3, 26:13, 26:15, 26:17, 26:22, 26:25, 27:17<br>Courts [4] - 4:21, 17:16, 18:18, 26:16<br>courts [1] - 20:8<br>Courts [3] - 20:9, 20:10, 21:3<br>cover [1] - 5:13<br>**D**<br>Dan [2] - 2:22, 3:15<br>Daniel [1] - 1:20<br>Das [2] - 5:2, 5:6<br>data [1] - 6:24<br>database [1] - 8:15<br>date [7] - 3:17, 5:4, 5:21, 13:16, 16:2, 24:18, 24:25<br>dates [3] - 5:4, 17:20, 22:11<br>David [1] - 4:23<br>days [8] - 3:23, 4:16, 4:17, 16:25, 17:3, 17:10, 17:13, 22:3<br>deadlines [1] - 27:13 | deal [1] - 23:21<br>dealing [2] - 8:15, 11:15<br>decades [1] - 21:3<br>December [1] - 4:7<br>decide [2] - 7:4, 21:24<br>decision [1] - 12:3<br>defendant [1] - 1:6<br>defendants [2] - 3:1, 23:11<br>Defendants [1] - 1:9<br>defense [1] - 3:11<br>defined [1] - 15:7<br>Delaware [2] - 1:2, 1:11<br>delay [1] - 4:21<br>delaying [1] - 12:2<br>delivered [2] - 3:22, 4:11<br>delivering [1] - 5:10<br>Department [1] - 2:24<br>depose [1] - 21:23<br>deposing [2] - 9:10, 9:12<br>deposition [9] - 4:24, 5:12, 11:5, 12:2, 12:23, 13:3, 13:5, 13:7, 21:20<br>depositions [16] - 3:10, 3:18, 3:20, 4:1, 4:13, 4:22, 12:3, 12:10, 12:11, 12:21, 13:2, 14:10, 22:12, 23:5, 24:8, 24:13<br>descriptions [1] - 15:9<br>despite [1] - 4:17<br>different [4] - 6:13, 7:20, 19:6, 19:10<br>direct [1] - 18:10<br>direction [1] - 17:16<br>directly [3] - 11:8, 11:22, 18:8<br>disclosures [1] - 15:9<br>discovery [10] - 3:8, 4:7, 5:5, 5:8, 6:1, 6:5, 23:12, 23:13, 24:23, 25:10<br>discovery/we [1] - 24:23<br>discuss [6] - 3:13, 4:18, 4:19, 6:12, 12:7, 15:23<br>discussing [1] - 6:19<br>dispute [1] - 3:8<br>distracted [1] - 20:1<br>District [4] - 1:1, 1:2, 20:10, 21:3<br>document [7] - 9:11, 9:12, 11:7, 11:11, 14:20, 16:2, 16:15 | documents [48] - 3:22, 4:11, 5:10, 5:13, 5:19, 6:14, 6:17, 6:20, 6:22, 7:2, 7:5, 8:1, 8:2, 8:21, 9:4, 9:5, 9:22, 10:3, 10:17, 10:20, 12:18, 13:4, 13:6, 13:23, 14:18, 15:2, 15:8, 15:11, 15:23, 16:8, 16:18, 17:4, 17:10, 18:3, 18:22, 19:5, 19:9, 19:11, 19:22, 20:11, 20:17, 21:6, 21:15, 21:20, 22:2, 22:16, 25:4, 25:6<br>doubly [1] - 10:9<br>doubt [2] - 23:15, 27:10<br>down [2] - 16:4, 27:7<br>dozen [1] - 18:12<br>Dr [3] - 11:12, 13:14<br>drafts [2] - 15:15, 15:17<br>Drs [1] - 12:24<br>due [2] - 5:9, 16:2<br>during [1] - 4:23<br>**E**<br>e-mail [2] - 7:3, 8:6<br>easily [1] - 7:9<br>efforts [1] - 4:18<br>either [6] - 4:4, 8:25, 11:3, 11:7, 11:21, 13:4<br>electronic [1] - 6:23<br>end [3] - 4:12, 19:14, 23:9<br>ends [1] - 27:19<br>English [2] - 8:25, 9:1<br>entirety [1] - 17:20<br>entries [4] - 11:6, 11:9, 11:10, 11:20<br>entry [3] - 10:25, 11:1, 11:6<br>enumerated [3] - 16:12, 18:4, 18:13<br>erroneous [1] - 21:6<br>erroneously [1] - 19:17<br>Esq [6] - 1:18, 1:20, 1:21, 2:3, 2:6, 2:9<br>essence [1] - 21:19<br>essentially [1] - 26:5<br>et [2] - 26:1<br>eternal [1] - 24:24<br>European [3] - 12:21, 18:24, 18:25<br>event [3] - 7:21, 9:7, 11:23<br>events [1] - 26:8<br>ex [1] - 25:25<br>exact [1] - 16:7<br>example [3] - 4:22, 18:16, 20:7<br>except [2] - 11:8, 18:19<br>Except [1] - 17:8<br>excuse [1] - 4:21<br>expect [3] - 6:12, 9:2, 11:16<br>expected [1] - 16:8<br>expecting [1] - 8:11<br>experience [1] - 7:7<br>explain [2] - 5:14, 5:18<br>express [1] - 26:5<br>expressed [1] - 26:5<br>extensions [1] - 5:8<br>**F**<br>facilitating [1] - 13:16<br>fact [7] - 8:6, 9:17, 10:4, 12:9, 19:21, 21:23, 24:17<br>fail [1] - 9:10<br>failed [1] - 18:7<br>fair [2] - 14:16, 22:15<br>faith [2] - 23:15, 25:18<br>fall [1] - 6:13<br>fallacy [1] - 8:22<br>false [1] - 21:6<br>family [2] - 5:24, 18:11<br>fare [1] - 13:18<br>fast [2] - 3:21, 6:7<br>February [1] - 4:8<br>Federal [1] - 21:2<br>fee [3] - 18:20, 18:23<br>fight [1] - 25:14<br>file [13] - 5:23, 5:24, 6:5, 7:8, 7:9, 7:13, 7:14, 7:16, 7:19, 8:19, 8:21, 18:8, 18:10<br>files [5] - 6:24, 7:25, 8:24, 9:24, 10:17<br>filings [4] - 15:4, 20:4, 20:5, 20:7<br>finished [1] - 7:22<br>firm [1] - 2:23<br>first [9] - 5:17, 5:21, 13:5, 13:7, 14:20, 15:9, 16:1, 19:19<br>fit [1] - 5:6<br>focus [2] - 6:10, 9:3<br>folks [6] - 3:9, 3:11, 14:22, 24:25, 25:7, 27:1 |

following [2] - 2:17, 16:11
foreign [11] - 5:23, 6:14, 8:9, 8:12, 9:5, 12:17, 13:5, 18:7, 18:22, 19:23, 23:15
foreign-type [1] - 9:5
format [2] - 6:23, 6:24
forth [3] - 10:6, 10:8, 21:18
forward [8] - 3:10, 3:12, 5:1, 8:11, 13:16, 18:20, 23:6, 23:24
four [3] - 6:13, 6:24, 16:2
frame [1] - 26:16
French [3] - 8:19, 8:21, 19:11
Friday [6] - 8:7, 17:7, 20:18, 20:19, 21:8
full [4] - 7:24, 13:18, 18:16, 26:18
future [1] - 25:24

G

Gaffigan [1] - 1:25
Geddes [1] - 2:3
generally [1] - 9:4
genuinely [1] - 23:12
German [3] - 8:20, 8:22, 19:11
gigabytes [1] - 6:24
given [4] - 11:17, 12:8, 22:1, 25:1
glycoside [1] - 8:16
Gotti [4] - 11:12, 12:24, 13:14, 22:22
greater [2] - 10:7, 10:16
grounds [1] - 12:1
guarantees [1] - 19:15
guard [1] - 6:21
Gugig [1] - 20:19
guys [3] - 25:13, 26:1, 26:17

H

haggling [1] - 6:8
Hague [4] - 12:10, 22:23, 23:14, 24:10
half [1] - 24:4
hand [1] - 7:1
handle [1] - 6:3
handled [2] - 9:8, 26:6
handling [1] - 10:5
happy [1] - 23:18

hear [5] - 24:20, 25:3, 25:7, 25:17, 25:25
heard [1] - 23:4
hearing [6] - 3:15, 4:10, 4:23, 14:22, 24:2
hearings [1] - 3:15
heart [1] - 21:18
held [3] - 2:18, 20:10, 20:12
help [1] - 23:17
herrings [1] - 12:18
herself [1] - 14:9
Hi [1] - 2:19
histories [10] - 5:23, 6:5, 7:6, 7:9, 7:13, 7:14, 7:16, 7:19, 16:10, 16:13
history [2] - 7:8, 19:2
hold [1] - 12:3
holding [1] - 21:3
Honor [32] - 2:21, 2:25, 3:5, 3:6, 3:14, 6:18, 14:8, 14:15, 14:18, 16:1, 16:20, 17:5, 17:22, 18:2, 18:7, 18:14, 19:2, 19:10, 19:16, 19:18, 20:8, 20:22, 21:7, 21:13, 21:24, 22:7, 22:11, 23:2, 26:10, 26:24, 27:16, 27:18
Honorable [1] - 1:14
hoops [1] - 6:3
hope [1] - 24:24
hoped [1] - 19:13
hoping [1] - 24:24
host [1] - 12:9
hour [2] - 13:2, 24:4
hours [5] - 12:23, 13:1, 13:8, 19:3, 19:18
Hulbert [1] - 1:20
humanly [1] - 6:7

I

idea [1] - 8:12
identified [1] - 7:6
identifying [1] - 5:22
Illinois [2] - 1:21, 2:9
important [1] - 25:13
improper [2] - 10:2, 25:25
Inc [4] - 1:8, 1:8, 2:10, 2:11
include [1] - 9:22
includes [1] - 23:10
including [2] - 5:4, 15:17

inconvenience [1] - 23:16
incorrect [1] - 12:15
independent [1] - 19:13
indicated [4] - 5:4, 11:1, 14:9, 20:13
information [4] - 10:6, 13:10, 15:11, 23:25
initiated [1] - 8:14
insisting [1] - 23:23
instead [1] - 26:18
Instead [1] - 4:20
instructed [2] - 10:21, 17:5
interruption [1] - 24:5
invention [1] - 15:8
inventor [1] - 11:4
inventors [9] - 4:13, 5:12, 9:10, 9:12, 11:3, 11:7, 15:12, 20:3, 21:23
inviting [1] - 18:1
involve [1] - 10:22
involved [1] - 18:1
issuance [2] - 15:4, 18:19
issue [7] - 6:15, 8:9, 11:14, 11:19, 12:5, 19:17
issues [6] - 11:24, 12:4, 12:12, 22:15, 22:16, 26:13
Italian [9] - 3:24, 4:4, 4:12, 8:6, 14:8, 23:20, 25:22, 26:1, 26:2
Italy [3] - 17:18, 20:3, 24:8
itemized [1] - 16:7
items [4] - 7:22, 11:9, 11:21, 14:19

J

January [1] - 4:8
Japan [1] - 20:4
Japanese [1] - 19:11
John [2] - 2:3, 3:1
joint [2] - 27:2, 27:5
Jordan [4] - 1:14, 2:9, 2:19, 3:3
Josh [1] - 2:22
Joshua [1] - 1:21
judge [2] - 5:3
Judge [1] - 2:19
judgment [1] - 21:16
jumping [1] - 6:3
jurisdictions [1] -

20:11

K

Kaj [1] - 1:9
Karen [1] - 2:24
keep [2] - 3:19, 14:22
keeps [1] - 24:19
Kent [1] - 1:14
kind [4] - 5:15, 12:6, 15:19, 21:20
knows [2] - 7:8, 17:24
Korea [1] - 20:7

L

lack [1] - 24:24
language [6] - 6:14, 8:9, 8:12, 9:11, 12:17, 13:6
languages [1] - 9:13
last [22] - 3:23, 4:9, 4:10, 4:22, 5:9, 5:11, 7:24, 8:7, 9:23, 12:5, 13:22, 14:7, 14:12, 17:11, 19:3, 23:25, 24:6, 24:15, 25:11
late [2] - 17:10, 17:11
latest [1] - 9:22
law [2] - 20:22, 26:2
laws [1] - 19:23
lawyer [1] - 21:24
lawyers [1] - 21:15
lay [1] - 17:24
lead [1] - 3:2
leading [2] - 15:5, 15:16
least [2] - 7:8, 27:7
led [1] - 17:5
Leena [2] - 5:1, 5:6
Legal [1] - 2:24
less [3] - 6:1, 6:4, 23:21
letter [8] - 5:22, 7:5, 16:6, 19:21, 20:14, 26:19, 27:3, 27:5
leveraging [1] - 13:25
light [1] - 26:8
likely [3] - 4:7, 5:1, 23:20
limited [1] - 13:4
line [3] - 2:20, 13:21, 25:24
list [3] - 7:19, 8:17, 18:13
listed [1] - 15:12
litigation [1] - 7:7
Llp [3] - 1:20, 2:5, 2:8
local [1] - 3:1

log [13] - 9:15, 9:19, 9:20, 9:21, 10:20, 10:23, 10:25, 11:20, 11:24, 12:4, 19:16, 19:19, 22:1
logs [2] - 6:15, 11:23
London [1] - 10:11
look [3] - 11:1, 21:8, 27:14
looked [1] - 19:22
looking [1] - 26:2
looks [1] - 20:16

M

magistrate [1] - 12:1
mail [2] - 7:3, 8:6
main [1] - 13:14
maintenance [1] - 18:19
major [1] - 18:24
marginally [1] - 13:24
Maryellen [2] - 1:18, 2:22
material [2] - 17:12, 21:22
materials [2] - 7:16, 8:25
Mcdonnell [2] - 1:20, 2:23
mean [4] - 7:4, 24:23, 25:3, 26:6
meaningful [2] - 24:12, 27:14
means [2] - 18:20, 23:14
meet [1] - 26:12
memorandum [1] - 26:19
mentioned [1] - 9:17
Merit [1] - 1:25
merit [1] - 10:24
merits [1] - 26:6
metal [1] - 3:19
middle [2] - 4:7, 16:19
might [2] - 5:4, 11:4
Milan [2] - 10:10, 13:19
minor [1] - 20:2
minute [1] - 13:22
minutes [1] - 24:5
Monday [6] - 4:1, 4:14, 17:7, 21:10
months [6] - 6:2, 6:4, 7:17, 16:2, 25:5
moreover [1] - 13:17
Morris [2] - 1:17, 2:22
most [4] - 16:3, 18:8, 18:10, 23:13

mostly [1] - 16:5
move [1] - 19:16
moving [2] - 6:7, 13:16
must [1] - 10:2

**N**

Nath [3] - 2:5, 2:8, 3:2
nature [1] - 13:23
necessary [1] - 13:20
need [4] - 11:11, 22:5, 23:4, 27:11
needing [1] - 3:13
nether [1] - 27:12
never [5] - 5:20, 9:17, 24:20, 24:21, 24:22
New [3] - 2:6, 3:3
next [12] - 3:10, 3:12, 4:1, 4:24, 14:10, 16:19, 16:25, 17:3, 17:13, 17:15, 23:6, 27:9
Nichols [2] - 1:17, 2:22
night [4] - 17:6, 17:7, 17:8, 17:11
None [1] - 14:3
Noreika [3] - 1:18, 2:21, 2:22
normal [2] - 10:13
Note [1] - 2:17
nothing [2] - 10:4, 18:19
November [9] - 1:12, 4:1, 4:14, 6:1, 12:22, 14:19, 14:23, 16:25, 25:11
number [1] - 18:18

**O**

objections [3] - 6:8, 6:12, 12:17
observed [1] - 17:8
obviously [1] - 10:2
October [6] - 16:17, 16:19, 16:20, 16:21, 19:20, 20:13
offered [1] - 22:11
Office [5] - 10:7, 10:18, 15:18, 15:20, 15:21
Offices [2] - 19:7, 19:25
once [1] - 3:16
One [1] - 14:7
one [25] - 5:17, 6:13, 6:16, 11:6, 11:9, 12:6, 12:13, 12:19, 13:18, 13:19, 14:20, 14:22, 16:20, 16:22, 18:16, 18:24, 20:2, 20:19, 22:7, 22:10, 24:15, 24:16, 24:20, 26:11
one-way [1] - 13:18
ones [1] - 7:20
ooo [1] - 2:15
operate [1] - 27:12
opponent [1] - 25:20
opportunity [3] - 13:8, 23:11, 25:20
order [4] - 10:23, 22:18, 22:19, 23:4
ordered [2] - 16:22, 17:2
originally [2] - 3:24, 4:2
otherwise [1] - 7:4
ought [1] - 23:24
ourselves [1] - 16:4
overbroad [1] - 13:23
own [2] - 9:20, 17:18

**P**

page [2] - 10:25, 26:9
pages [13] - 7:8, 7:10, 7:15, 7:23, 8:1, 8:2, 8:3, 8:8, 9:18, 9:21, 9:24, 11:6, 11:9
paid [1] - 18:20
painstakingly [1] - 16:7
paper [6] - 16:5, 16:21, 18:5, 18:11, 18:12, 18:14
part [2] - 5:24, 6:6
parte [1] - 25:25
particular [1] - 6:21
particularly [2] - 4:3, 23:12
parties [2] - 3:18, 27:5
partner [1] - 20:19
past [2] - 7:21, 17:18
patent [35] - 5:23, 5:25, 6:6, 7:7, 7:15, 8:4, 8:20, 10:5, 10:6, 10:8, 10:11, 10:15, 10:17, 11:8, 11:15, 11:17, 11:18, 11:22, 15:4, 15:5, 15:10, 15:13, 15:15, 15:16, 15:21, 15:24, 15:25, 18:8, 18:18, 18:24, 19:24, 20:21, 20:25
Patent [6] - 10:7, 10:17, 15:20, 15:21, 19:6, 19:25
patent-in-suit [2] - 5:25, 6:6
patents [15] - 5:24, 7:14, 8:15, 15:6, 15:10, 15:13, 15:14, 15:16, 15:22, 15:24, 16:11, 16:21, 18:13, 18:15, 18:25
pay [1] - 13:18
payment [2] - 18:20, 18:23
pedal [1] - 3:19
pending [1] - 5:9
people [6] - 8:23, 9:8, 10:16, 10:21, 23:23, 24:9
perceive [1] - 12:9
percent [2] - 8:24, 21:16
perfectly [1] - 10:13
perspective [1] - 4:20
Pfizer [5] - 2:24, 4:24, 9:8, 9:18, 13:17
Pharmaceuticals [2] - 1:8, 2:11
Pharmacia [9] - 1:4, 1:22, 3:9, 9:18, 16:2, 18:7, 19:12, 21:15, 21:21
Pharmacia's [2] - 9:18, 21:24
phone [2] - 4:9, 20:18
phonetic [1] - 11:12
piece [4] - 16:21, 18:5, 18:11, 18:14
pieces [2] - 16:5, 18:12
Plaintiff [1] - 1:5
plaintiff [2] - 2:21, 25:8
plaintiffs [1] - 23:10
plenty [1] - 5:6
plus [1] - 24:5
Pm [3] - 1:12, 2:18, 27:19
point [9] - 4:14, 5:17, 6:9, 9:20, 11:13, 22:8, 22:10, 22:20, 25:24
points [1] - 14:3
position [1] - 14:5
positions [2] - 27:4, 27:8
possible [3] - 3:21, 6:7, 23:14
possibly [1] - 8:20
post [1] - 18:19
post-issuance [1] - 18:19
postponed [1] - 12:11
power [1] - 26:7
preempted [1] - 17:25
preference [1] - 14:9
preparation [3] - 4:15, 15:4, 15:14
prepared [1] - 17:23
preparing [1] - 17:24
present [1] - 21:19
pressing [2] - 17:12, 17:14
pretty [1] - 23:7
prevent [1] - 24:25
previous [1] - 24:15
previously [1] - 24:9
primary [2] - 5:12, 12:24
priority [1] - 18:9
privilege [33] - 6:15, 9:15, 9:19, 9:20, 9:21, 10:20, 10:23, 10:25, 11:18, 11:23, 11:24, 12:4, 12:18, 13:4, 19:16, 19:19, 19:21, 19:24, 20:9, 20:10, 20:15, 20:16, 20:22, 20:24, 21:2, 21:4, 21:17, 22:1, 22:15, 22:16, 26:13, 26:14
privileged [4] - 9:25, 11:10, 21:25, 25:7
privileges [1] - 21:7
problem [2] - 12:6, 25:21
problematic [1] - 4:3
problems [2] - 6:2, 12:9
proceed [1] - 22:14
proceeded [1] - 12:21
proceeding [1] - 12:10
proceedings [1] - 14:1
produce [8] - 7:5, 16:18, 17:1, 18:7, 18:14, 21:9, 21:11, 22:24
produced [16] - 6:20, 7:13, 7:15, 8:2, 8:24, 9:18, 9:23, 16:3, 16:12, 16:14, 17:4, 17:10, 18:5, 18:6, 19:1, 21:5
producing [2] - 9:19, 16:24
production [8] - 7:22, 16:18, 17:15, 17:21, 18:16, 18:19, 19:5, 19:19
promised [1] - 3:24
proper [3] - 11:5, 23:12, 24:12
proposal [3] - 5:11, 12:19, 12:20
propose [1] - 12:14
propound [1] - 24:23
propounded [2] - 24:22, 25:11
prosecution [10] - 7:6, 9:3, 9:9, 15:4, 15:14, 16:10, 16:13, 18:21, 18:22
prosecutions [2] - 18:3, 18:4
protection [2] - 21:2, 21:14
provide [1] - 19:13
provided [2] - 19:1, 19:12
Pto [2] - 15:19, 15:20
public [3] - 8:15, 25:4, 25:6
pursuant [1] - 17:16
pushing [3] - 17:19
put [3] - 25:9, 25:13, 27:11
Put [1] - 14:25
puts [1] - 12:19
putting [1] - 25:13

**Q**

question/we [1] - 24:22
quickly [1] - 22:9
quote [1] - 4:25

**R**

raise [4] - 6:11, 6:13, 20:13, 22:7
raised [3] - 9:16, 19:18, 19:20
raising [1] - 14:3
ran [1] - 20:20
rather [1] - 26:3
reaction [1] - 25:6
read [1] - 14:25
ready [3] - 3:25, 24:1, 24:2
realistic [2] - 26:16, 27:14
reality [1] - 23:22
really [7] - 5:18, 6:10, 6:11, 9:3, 12:1, 12:5, 18:18
reason [2] - 7:18, 13:6
reasonably [2] - 25:10, 26:16
receipt [1] - 18:23

| | | | | |
|---|---|---|---|---|
| received [2] - 11:3, 11:8<br>receives [1] - 13:5<br>receiving [1] - 7:2<br>recognize [3] - 19:23, 20:8, 20:16<br>record [2] - 15:1, 25:9<br>red [1] - 12:18<br>refer [3] - 12:6, 15:3, 15:23<br>referee [1] - 17:17<br>referred [1] - 11:25<br>refused [4] - 4:18, 6:11, 12:7, 22:23<br>refuses [1] - 4:2<br>region [1] - 27:13<br>Registered [1] - 1:25<br>Reid [2] - 2:6, 3:3<br>relate [3] - 15:3, 15:23, 16:14<br>related [11] - 7:14, 15:5, 15:10, 15:13, 15:16, 15:22, 15:24, 15:25, 16:11, 16:14, 16:21<br>relating [1] - 16:11<br>relation [1] - 6:5<br>relevance [1] - 9:11<br>relevant [3] - 13:24, 20:6, 21:25<br>repetitive [1] - 8:4<br>report [3] - 17:22, 18:25, 19:1<br>Reporter [1] - 1:25<br>Reporters [1] - 2:17<br>represent [2] - 22:21, 22:24<br>representative [1] - 25:23<br>represented [1] - 24:9<br>request [6] - 5:22, 6:3, 8:14, 13:23, 14:20, 16:9<br>requested [3] - 3:15, 5:20, 14:19<br>requests [2] - 14:25, 23:14<br>required [1] - 24:10<br>rescheduling [1] - 3:20<br>reserve [1] - 12:23<br>reserved [1] - 13:1<br>resolution [1] - 26:15<br>resolve [3] - 22:14, 22:16, 26:14<br>resolved [2] - 12:4, 12:12<br>resolving [1] - 13:17<br>respect [8] - 15:20, 15:21, 18:6, 18:15, | 19:22, 19:24, 20:11, 22:1<br>respond [3] - 5:8, 23:2, 23:17<br>response [1] - 17:24<br>responses [2] - 15:17, 19:1<br>rest [1] - 13:25<br>resumed [2] - 13:2, 13:3<br>return [3] - 5:13, 13:19, 22:18<br>returned [1] - 22:19<br>review [2] - 11:14, 11:20<br>reviewed [4] - 8:8, 8:23, 10:19, 10:20<br>Rich [2] - 1:21, 2:23<br>rolling [1] - 16:17<br>Rosenthal [3] - 2:5, 2:8, 3:2<br>rough [1] - 7:2<br>roughly [1] - 7:24<br>round [1] - 9:22<br>rule [2] - 6:16, 23:4<br>rules [1] - 12:11<br>Russian [1] - 9:11<br><br>**S**<br><br>Sabbath [1] - 17:8<br>Saturday [1] - 17:7<br>schedule [11] - 4:15, 17:13, 17:14, 23:8, 24:17, 25:1, 25:19, 26:7, 27:6, 27:7, 27:11<br>scheduled [2] - 4:2, 4:22<br>scope [2] - 11:17, 25:10<br>screening [1] - 7:25<br>search [2] - 18:25, 19:1<br>searched [1] - 8:15<br>second [3] - 12:25, 13:3, 13:10<br>see [9] - 3:10, 9:10, 16:8, 17:20, 17:23, 20:14, 21:22, 26:14<br>seem [1] - 8:10<br>send [1] - 19:9<br>sense [3] - 24:6, 27:8, 27:9<br>sensible [3] - 24:11, 25:1, 25:18<br>sent [4] - 5:22, 8:6, 11:21, 16:6<br>September [4] - 5:21, 14:24, 16:6, 25:9 | served [1] - 14:20<br>set [4] - 4:19, 6:1, 7:3, 7:25<br>seven [1] - 4:16<br>shape [1] - 11:4<br>shifted [1] - 24:6<br>short [3] - 23:6, 23:9, 26:11<br>shot [1] - 12:13<br>showed [1] - 11:21<br>Sicor [36] - 1:8, 2:10, 3:11, 3:23, 4:2, 4:10, 4:15, 4:18, 5:7, 5:11, 5:13, 5:16, 5:20, 6:4, 6:10, 7:1, 7:16, 7:18, 7:23, 8:3, 8:6, 8:14, 8:19, 9:7, 9:14, 9:19, 10:1, 10:24, 11:14, 12:7, 12:22, 13:5, 13:19, 13:22<br>Sicor's [2] - 4:5, 7:5<br>side [10] - 3:9, 3:11, 12:19, 14:14, 14:22, 14:23, 24:20, 25:8<br>sides [3] - 11:24, 11:25, 25:24<br>Sigale [5] - 2:9, 3:3, 3:6, 17:6, 17:8<br>single [1] - 18:5<br>sit [2] - 16:4, 27:7<br>sites [2] - 8:16, 8:17<br>situation [4] - 4:18, 4:19, 6:21, 12:7<br>six [4] - 12:23, 13:2, 13:8, 17:12<br>six-hour [1] - 13:2<br>size [1] - 7:13<br>somewhere [1] - 10:12<br>Sonnenschein [3] - 2:5, 2:8, 3:2<br>soon [1] - 27:10<br>sorry [1] - 11:2<br>sort [1] - 27:11<br>sounded [1] - 25:10<br>South [1] - 20:7<br>speaking [1] - 14:13<br>specific [2] - 8:17<br>specifically [2] - 6:23, 7:5<br>specifications [1] - 8:4<br>speed [1] - 3:13<br>spin [1] - 11:14<br>split [1] - 5:12<br>spring [1] - 25:14<br>springs [1] - 24:24<br>Staff [1] - 2:24<br>stand [1] - 24:13<br>standing [1] - 3:25 | start [3] - 4:13, 4:24, 16:24<br>started [1] - 17:14<br>starting [3] - 3:17, 4:1, 16:19<br>States [2] - 1:1, 20:9<br>steadfastly [1] - 22:21<br>still [2] - 18:7, 19:4<br>strongly [1] - 25:19<br>stuff [3] - 8:12, 24:19, 25:8<br>subject [2] - 11:5, 19:8<br>submissions [1] - 15:19<br>subsequent [1] - 19:2<br>substance [1] - 25:16<br>substantial [1] - 23:16<br>substantive [1] - 23:12<br>suffice [1] - 19:4<br>suggest [2] - 11:25, 25:19<br>suggesting [2] - 7:3, 26:23<br>suit [5] - 5:25, 6:6, 7:15, 18:8, 20:6<br>summer [2] - 16:3, 25:14<br>Sunday [1] - 17:7<br>supplied [1] - 15:12<br>surprised [2] - 6:18, 9:16<br>Sweden [1] - 21:21<br><br>**T**<br><br>team [4] - 16:4, 17:5, 17:9, 17:11<br>telephone [2] - 2:17, 5:2<br>Telephone [2] - 1:12, 27:19<br>ten [1] - 24:5<br>tend [1] - 9:4<br>term [1] - 15:7<br>Thanksgiving [1] - 14:10<br>themselves [1] - 23:16<br>therefore [1] - 24:10<br>they've [1] - 4:20<br>thinking [1] - 6:15<br>thousand [1] - 16:5<br>thousands [3] - 19:4, 19:22, 20:17<br>three [7] - 3:23, 7:24, 13:9, 16:25, 17:3, 17:10, 26:8<br>thrilled [1] - 23:21 | throw [1] - 27:4<br>Thursday [5] - 3:23, 5:9, 7:24, 8:8, 17:6<br>timing [1] - 25:16<br>today [6] - 3:13, 23:8, 25:2, 25:3, 27:2, 27:15<br>together [2] - 25:23, 27:10<br>tomorrow [1] - 5:2<br>took [1] - 16:3<br>total [1] - 9:23<br>touch [1] - 25:21<br>translated [1] - 9:4<br>translation [6] - 9:1, 9:6, 13:7, 19:8, 19:10, 19:12<br>translations [2] - 9:8, 19:14<br>translators [1] - 19:13<br>tree [1] - 18:11<br>tried [2] - 23:16, 26:4<br>trip [1] - 13:9<br>true [1] - 8:14<br>trump [1] - 25:16<br>try [4] - 4:21, 11:14, 11:16, 11:18<br>trying [2] - 13:22, 13:25<br>Tuesday [2] - 1:12, 27:15<br>Tunnell [1] - 1:17<br>turn [2] - 9:15, 25:12<br>turned [1] - 7:23<br>two [11] - 6:1, 6:4, 11:8, 11:9, 12:24, 14:11, 18:12, 21:3, 24:14, 24:16, 27:4<br>type [2] - 9:5, 10:22<br><br>**U**<br><br>unable [1] - 24:17<br>under [5] - 4:17, 8:2, 12:10, 25:25, 27:13<br>Unfortunately [1] - 14:16<br>uniformly [1] - 20:10<br>unilateral [1] - 21:16<br>unilaterally [1] - 17:17<br>United [2] - 1:1, 20:9<br>unknown [1] - 6:25<br>unrealistic [1] - 27:13<br>unrelated [1] - 7:19<br>unsubstantial [1] - 21:17<br>unusual [2] - 6:22, 10:4<br>up [8] - 3:12, 7:3, 9:20, |

21:24, 23:9, 24:19, 25:13, 25:18
**update** [1] - 3:9
**updating** [1] - 9:22
**Upjohn** [2] - 1:4, 1:22
**Usdcj** [1] - 1:14
**usual** [1] - 10:14
**Uzbekistan** [1] - 9:11

## V

**vacated** [1] - 5:4
**various** [1] - 20:9
**view** [1] - 12:14
**volume** [8] - 6:14, 6:17, 6:19, 7:2, 10:5, 10:7, 10:14, 10:16

## W

**warrant** [1] - 9:5
**waste** [1] - 18:17
**Wednesday** [2] - 4:9, 4:22
**week** [27] - 3:10, 3:12, 3:18, 4:2, 4:12, 4:13, 4:16, 5:11, 6:18, 9:23, 14:10, 16:19, 17:11, 17:13, 17:15, 19:14, 23:6, 23:8, 23:19, 23:25, 24:7, 24:15, 26:6, 27:2, 27:15
**weekend** [2] - 17:6, 17:9
**weekly** [1] - 3:8
**weeks** [3] - 14:11, 22:4, 24:16
**willfulness** [1] - 22:12
**Wilmington** [1] - 1:11
**window** [2] - 4:4, 14:12
**withheld** [6] - 8:1, 9:24, 10:3, 11:21, 13:4, 21:6
**withhold** [2] - 10:21, 21:16
**withholding** [1] - 20:16
**witness** [1] - 4:24
**witnesses** [7] - 3:25, 12:25, 13:14, 22:13, 22:17, 22:18
**words** [1] - 3:19
**world** [3] - 8:16, 16:13, 19:7
**written** [4] - 5:8, 8:25, 11:7, 11:21

## Y

**yesterday** [2] - 5:3, 20:18
**York** [3] - 2:6, 3:3
**Young** [2] - 5:2, 5:6