IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY LLC | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 04-833-KAJ |
| | ) | |
| SICOR INC. and SICOR PHARMACEUTICALS, INC. | ) ) | |
| | ) | |
| Defendants | ) | |

**PHARMACIA'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS CLAIMED TO BE PRIVILEGED**

   Pharmacia & Upjohn Company LLC hereby moves to compel Sicor to produce documents properly within the scope of the waiver of privilege Sicor has made in opting to rely on advice of counsel as a defense to willfulness. The grounds for the motion are set forth in the accompanying brief.

               MORRIS, NICHOLS, ARSHT & TUNNELL

               */s/ Maryellen Noreika (#3208)*
               Jack B. Blumenfeld (#1014)
               Maryellen Noreika (#3208)
               1201 N. Market Street, P.O. Box 1347
               Wilmington, Delaware 19899-1347
               (302) 658-9200
               Attorneys for Plaintiff
                Pharmacia & Upjohn Company LLC

Of Counsel:

Daniel A. Boehnen
Joshua R. Rich
McDONNELL BOEHNEN
 HULBERT & BERGHOFF LLP
300 S. Wacker Drive
Chicago, Illinois 60606
(312) 913-0001

December 16, 2005

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on December 16th, 2005 I electronically filed **PHARMACIA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS CLAIMED TO BE PRIVILEGED** with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>ASHBY & GEDDES

I also certify that copies were caused to be served on December 16th, 2005 upon the following in the manner indicated:

### BY HAND

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE  19801

### BY FEDERAL EXPRESS

Reid L. Ashinoff, Esquire
David R. Baum, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY  10020

Jordan Sigale, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
Chicago, IL  60606

>*/s/  Maryellen Noreika*
>Maryellen Noreika (#3208)
>mnoreika@mnat.com