IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-833-KAJ |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants | ) ) | |

### DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Defendants Sicor, Inc. and Sicor Pharmaceuticals, Inc. (collectively, "Sicor") hereby move, pursuant to Federal Rules of Civil Procedure 26(b) and 37(a), to compel production of documents from plaintiff Pharmacia & Upjohn Company, LLC ("Pharmacia"), which documents Pharmacia has withheld based upon unsubstantiated and/or inappropriate claims of attorney-client and work product privilege. The grounds for this motion are set forth in the accompanying Memorandum of Law (with exhibits), the pleadings and papers on file herein, such other matters as may be judicially noticed by the Court, and upon such other matters as the Court may consider appropriate or which may be presented to the Court on reply or at the time of hearing.

ASHBY & GEDDES

*/s/ John G. Day*

Steven J. Balick (ID# 2114)
John G. Day (ID# 2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Defendants*

- 2 -

OF COUNSEL:

SONNENSCHEIN NATH & ROSENTHAL LLP
Reid L. Ashinoff
Michael S. Gugig
1221 Avenue of the Americas
New York, New York 10020
Phone: (212) 768-6700
Facsimile: (212) 768-6800

Dated: December 16, 2005
164745.1

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

I hereby certify that counsel have discussed the attached motion, but that an agreement could not be reached.

*/s/ John G. Day*
_____
John G. Day

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2005, the attached **DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 | **HAND DELIVERY** |
| Joshua R. Rich, Esquire<br>McDonnell Boehnen Hulbert & Berghoff<br>300 South Wacker Drive<br>Suite 3200<br>Chicago, IL 60606 | **VIA FEDERAL EXPRESS** |

*/s/ John G. Day*

John G. Day