# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

December 19, 2005

The Honorable Kent A. Jordan  
United States District Court  
844 King Street  
Wilmington, DE 19801

**VIA HAND DELIVERY**

Re: *Pharmacia & Upjohn Company v. Sicor Inc. and Sicor Pharmaceuticals Inc.,*
C.A. No. 04-833-KAJ

Dear Judge Jordan:

On Friday December 16, 2005, defendants Sicor Inc. and Sicor Pharmaceuticals Inc. served and filed their motion to compel the production of documents withheld by plaintiff Pharmacia & Upjohn Company upon unsubstantiated and/or inappropriate claims of attorney-client and work product privilege (D.I. 183) and their opening memorandum of law in support of that motion (D.I. 184). Enclosed for the Court's convenience in considering the motion are two copies of Pharmacia's privilege log on CD in Microsoft Excel format.

Respectfully submitted,

/s/ *John G. Day*

John G. Day (I.D. #2403)

Enclosure  
JGD/nml  
164781.1

cc: Clerk of the Court (via CM/ECF Filing; w/o enclosure)  
Maryellen Noreika, Esquire (by hand; w/enclosure)  
Daniel A. Boehnen, Esquire (via Federal Express; w/enclosure)  
Reid L. Ashinoff, Esquire (via electronic mail; w/o enclosure)