IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )    C.A. No. 04-833-KAJ<br>) |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | )<br>)<br>) |
| Defendants | )<br>) |

**ORDER**

This 12th day of January, 2006, based upon an agreement reached by the parties, paragraph 1 of the Court's December 6, 2005 amended scheduling order (D.I. 176) is hereby amended to provide that briefing on the parties' respective motions to compel shall be presented on the following schedule:

| | |
|---|---|
| Opening briefs | December 16, 2005 |
| Answering briefs | January 6, 2006 |
| Reply briefs | January 20, 2006 |

_____
United States District Judge

164301.1