# EXHIBIT G

# Sonnenschein
### SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas
New York, NY 10020
212.768.6700
212.768.6800 fax
www.sonnenschein.com

*Chicago*
*Kansas City*
*Los Angeles*
*New York*
*San Francisco*
*Short Hills, N.J.*
*St. Louis*
*Washington, D.C.*
*West Palm Beach*

**Reid L. Ashinoff**
212.768.6730
rashinoff@sonnenschein.com

November 28, 2005

**VIA FACSIMILE AND E-MAIL**

Daniel A. Boehnen, Esq.
Joshua R. Rich, Esq.
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606-6709

Re:  Inadvertent Production of SICOR-PNU 029777 In Unredacted Form
Pharmacia & Upjohn Co. v. Sicor
04 Civ 833 (KAJ)

Dear Dan and Joshua:

As you know, Sicor produced both redacted and unredacted versions of a January 02, 2001 e-mail from Mr. Wes Fach, its general counsel. Both are numbered SICOR-PNU 029777. At Mr. Marvin Samson's deposition on November 22, 2005, I requested that you return the inadvertently produced, unredacted form of this e-mail, and refrain from using or making reference to the inadvertently produced unredacted paragraph in any proceedings, depositions, or court filings in this case.

I now reiterate that request, unless and until Judge Jordan rules that such redacted material is not protected on the anticipated motions to be made by both parties addressed to attorney-client privilege and work product assertions. Please do not attempt to use the unredacted version of this document in any of the depositions scheduled over the next several weeks, or in any papers filed with the Court. Please return all unredacted copies of SICOR-PNU 029777 to me.

Sincerely,

Reid Ashinoff

Reid L. Ashinoff

cc: Jordan Sigale, Esq.
    Michael Gugig, Esq.
    David Baum, Esq.
    John Day, Esq.

17504396\V-1