# EXHIBIT H



**mbhb**

McDonnell Boehnen Hulbert & Berghoff
Law Offices

# Fax transmittal

| | | | |
|---|---|---|---|
| To | Reid L. Ashinoff | Date | December 5, 2005 |
| Company | Sonnenschein et al. | From | Daniel A. Boehnen |
| Fax | 212-768-6800 | Direct | 312 913 2130 |
| Phone | 212-768-6730 | Email | boehnen@mbhb.com |
| Pages, with cover | 1 | C/M | 1144/002 |
| Re | P&U v. Sicor | | |

Dear Reid:

In follow up to our phone conversation last Friday, December 2nd, this letter confirms that I have collected and destroyed **all copies** of the unredacted version of the document bearing Bates No. SICOR-PNU 029777, including but not limited to the copy that was marked as Plaintiff's Deposition Exhibit 83.

Accordingly, we have no copy of Plaintiff's Deposition Exhibit 83 at this time. If the Court later rules that the unredacted version of the document bearing Bates No. SICOR-PNU 029777 is not privileged, then I assume we can and will recreate Deposition Exhibit 83.

Very truly yours,

Daniel A. Boehnen

300 South Wacker Drive    312 913 0001 phone
Chicago, Illinois 60606-6709    312 913 0002 fax
www.mbhb.com

Please call if all pages are not received.

If you received this fax in error, please notify us immediately by phone (collect) to arrange for return of the document.

This transmittal is strictly for delivery only to the person listed above. It may contain confidential or privileged information, the disclosure of which is prohibited.