# EXHIBIT J

# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas
New York, NY 10020
212.768.6700
212.768.6800 fax
www.sonnenschein.com

Chicago
Kansas City
Los Angeles
New York
San Francisco
Short Hills, N.J.
St. Louis
Washington, D.C.
West Palm Beach

**Michael S. Gugig**
212.768.6907
mgugig@sonnenschein.com

November 11, 2005

**VIA FEDERAL EXPRESS -- SATURDAY DELIVERY**

Daniel Boehnen
McDonnell Boehnen Hubert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606-6709

Dear Dan:

Per our recent conversations, we have reviewed the documents previously withheld as privileged in light of Sicor's assertion of an advice of counsel defense against Pharmacia's willfulness claims. Enclosed is a production set of the previously withheld documents that we believe are within the scope of the privilege waiver associated with Sicor's assertion of that defense.

We will provide you with an updated privilege log shortly. In addition, certain documents have been produced in redacted form. Where portions of documents do not address issues relating to the patent at issue and are redacted on that basis, they have been marked "redacted." Where portions of documents contain discussions of litigation strategy -- as opposed to the opinion of counsel with respect to the validity of the patent at issue -- and are redacted on that basis, they have been marked "redacted as work product."

Please feel free to contact me with any questions you may have.

Very truly yours,

Michael S. Gugig

cc:   Reid Ashinoff
      Jordan Sigale

17502972\V-1