# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

January 25, 2006

BY ELECTRONIC FILING

Dr. Peter T. Dalleo, Clerk
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    Pharmacia v. Sicor; C.A. No. 04-833 (KAJ)

Dear Dr. Dalleo:

      On January 20, 2006, plaintiff filed a confidential brief with an incorrect cover page (D.I. 192). Please replace the corrected pages in the Court's copies.

      We apologize for any inconvenience.

                      Sincerely,

                      /s/ *Maryellen Noreika (#3208)*

                      Maryellen Noreika

MN/bls
Attachment

cc:    Steven J. Balick, Esquire (By Hand)
       Reid L. Ashinoff, Esquire (By Fax)
       Jordan A. Sigale, Esquire (By Fax)
       Daniel A. Boehnen, Esquire (By Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY LLC | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 04-833-KAJ |
| | ) | |
| SICOR INC. and SICOR PHARMACEUTICALS, INC. | ) ) | **CONFIDENTIAL** **FILED UNDER SEAL** |
| | ) | |
| Defendants | ) | |

**REPLY BRIEF OF PHARMACIA & UPJOHN COMPANY LLC IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF PRIVILEGED DOCUMENTS**

> MORRIS, NICHOLS, ARSHT & TUNNELL
> Jack B. Blumenfeld (#1014)
> Maryellen Noreika (#3208)
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899-1347
> (302) 658-9200
> *Attorneys for Plaintiff*
> *Pharmacia & Upjohn Company LLC*

Of Counsel:

Daniel A. Boehnen
Joshua R. Rich
McDONNELL BOEHNEN
  HULBERT & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001

January 20, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY LLC | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) C.A. No. 04-833-KAJ |
| | ) |
| SICOR INC. and SICOR PHARMACEUTICALS, INC. | ) **CONFIDENTIAL** |
| | ) **FILED UNDER SEAL** |
| | ) |
| Defendants | ) |

**REPLY BRIEF OF PHARMACIA & UPJOHN COMPANY LLC IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF PRIVILEGED DOCUMENTS**

MORRIS, NICHOLS, ARSHT & TUNNELL
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiff*
*Pharmacia & Upjohn Company LLC*

Of Counsel:

Daniel A. Boehnen
Joshua R. Rich
McDONNELL BOEHNEN
   HULBERT & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL 60606
(312) 913-0001

January 20, 2006