## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

PHARMACIA & UPJOHN COMPANY LLC, :
                                                    :
                          Plaintiff,          :
                                                    :
            v.                                   :     Civil Action No. 04-833-KAJ
                                                    :
SICOR, INC. and SICOR                   :
PHARMACEUTICALS, INC.,            :
                                                    :
                        Defendants.        :

## ORDER

At Wilmington this **27**th day of **January, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, April 26, 2006 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the case and the parties' interest in court-assisted ADR. The Court is presently holding the date of Wednesday, September 20, 2006 for mediation. **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE