# EXHIBIT 2

```
From: Gugig, Michael S.
Sent: Wednesday, December 14, 2005 8:58 PM
To: 'Rich, Joshua'
Cc: Steck, Jeff; Boehnen, Daniel; Ashinoff, Reid L.; Sigale, Jordan A.;
Gugig, Michael S.; Baum, David; Schoenecker, James M.; Vickers, Leah;
Tavarez, Nancy W.; Levin-Fragasso, Zarah; Zitelli, Yolanda
Subject: RE: List of Contested Privileged Documents.2005.12.14.xls
```

Josh,

Thank you for forwarding the updated chart, which I received at about 8:35 this evening (Wednesday).  As we discussed yesterday, it will not be possible for me to review the changes to your log, and incorporate the changes into our motion, in advance of filing on Friday.  It was for that reason that I suggested putting off briefing the motion until we could each go through the changes we could make to our respective logs in an effort to narrow the issues before the Court.  Unfortunately, Pharmacia would not consent to that arrangement.  And, as I explained, I am preparing the brief, which is not a typical motion to compel due to the size of Pharmacia's privilege log.  It is simply not possible for me to review the attached chart and simultaneously prepare an adequate motion to compel.

Although I would have liked to resolve as much as possible before filing the motion, we can't do that without a delay in briefing.  I am ready, willing and able to continue our dialogue while briefing progresses in the hope that we can narrow the issues for the Court by the time we file our respective reply briefs.

Mike

```
-----Original Message-----
From: Rich, Joshua [mailto:rich@mbhb.com]
Sent: Wednesday, December 14, 2005 8:10 PM
To: Gugig, Michael S.
Cc: Steck, Jeff; Boehnen, Daniel
Subject: List of Contested Privileged Documents.2005.12.14.xls
```

Mike,

Please find attached an amended Log of Contested Documents based on the original grouping of documents.  There are a number of documents we have been
unable to review; those documents are highlighted in blue.  In addition, this
log does not include documents switched by Sicor from uncontested or unimportant status to contested status this week.  We anticipate providing tomorrow a further amended log that addresses the documents raised by Sicor this week.

We believe that, by providing this Log today, we can narrow the issues that Sicor is presenting to the Court on Friday.

Please feel free to contact me directly if you have any questions.

Sincerely,

Joshua R. Rich
MBHB
312.913.2133
rich@mbhb.com
 <<List of Contested Privileged Documents.2005.12.14.xls>>