# EXHIBIT 3



McDonnell Boehnen Hulbert & Berghoff LLP

# Fax transmittal

| | | | |
|---|---|---|---|
| To | Michael S. Gugig | Date | December 15, 2005 |
| Company | Sonnenschein Nath & Rosenthal LLP | From | Joshua R. Rich |
| Fax | 212.768.6800 | Direct | 312 913 2133 |
| Phone | | Email | rich@mbhb.com |
| Copy To | | C/M | 1144/2 |
| Pages, with cover | 3 | | |
| Re | Pharmacia & Upjohn Company v. Sicor Inc. Civil Action No. 04-833 U.S. District Court for the District of Delaware | | |

300 South Wacker Drive
Chicago, Illinois 60606-6709
www.mbhb.com

312 913 0001 phone
312 913 0002 fax

This transmittal is strictly for delivery only to the person listed above. It may contain confidential or privileged information, the disclosure of which is prohibited.

Please contact us if all pages are not received. If you received this fax in error, please contact us to arrange for return of the document.



**McDonnell Boehnen Hulbert & Berghoff LLP**

300 South Wacker Drive  
Chicago, Illinois 60606-6709  
www.mbhb.com

312 913 0001 phone  
312 913 0002 fax

December 15, 2005

Sent Via Facsimile (212) 768-6800

Michael S. Gugig  
Sonnenschein Nath & Rosenthal LLP  
1221 Avenue of the Americas  
New York, NY 10020-1089

Re:   Pharmacia & Upjohn Company LLC v. Sicor Inc.  
      Civil Action No. 04-833 KAJ  
      U.S. District Court for the District of Delaware

Dear Mike:

We were surprised to receive your e-mail message of last night indicating that it would not be possible for Sicor to review the revised log of contested privileged documents in time to incorporate the changes in Sicor's motion to compel. Given that Sicor identified perceived deficiencies only last Friday, we believe that provision of the log on Wednesday was appropriate. Furthermore, given our provision of the log in Excel format for Sicor's convenience, we believe the timing is sufficient to allow Sicor to be able to observe that most of the dispute between the parties should now be moot. Nonetheless, we look forward to being able to tell the Court in several weeks that Sicor has withdrawn a significant part of its motion to compel.

We still have not received a revised privilege log from Sicor. As you know, we identified the deficiencies in the log first on October 31, 2005 and discussed them at greater length on Monday. Please let us know if Sicor will be providing such a log before the deadline for filing motions to compel privileged documents and, if so, when we will receive it.

Please let us know if you have any questions.

Very truly yours,

*[signature]*

Joshua R. Rich
312-913-2133
rich@mbhb.com