# EXHIBIT 4

**EXHIBIT 4**: Entries Pharmacia Omitted with No Explanation in its January Privilege Log

**Total = 625**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 716 | 8987 | 11439 | 11503 | 11619 | 11750 | 11985 | 12276 | 12411 |
| 719 | 9085 | 11440 | 11504 | 11620 | 11754 | 11986 | 12277 | 12413 |
| 2968 | 9116 | 11443 | 11505 | 11622 | 11755 | 11990 | 12278 | 12423 |
| 3120 | 9123 | 11445 | 11506 | 11626 | 11758 | 11994 | 12279 | 12427 |
| 3130 | 9140 | 11446 | 11507 | 11627 | 11759 | 11995 | 12280 | 12438 |
| 3177 | 9143 | 11447 | 11508 | 11628 | 11760 | 11996 | 12281 | 12439 |
| 3190 | 9302 | 11448 | 11509 | 11630 | 11765 | 11997 | 12282 | 12448 |
| 3195 | 9399 | 11450 | 11510 | 11631 | 11767 | 11998 | 12283 | 12450 |
| 3239 | 9490 | 11451 | 11511 | 11632 | 11788 | 11999 | 12284 | 12453 |
| 3717 | 9692 | 11453 | 11512 | 11637 | 11790 | 12001 | 12305 | 12460 |
| 3998 | 9693 | 11454 | 11513 | 11640 | 11792 | 12005 | 12306 | 12461 |
| 4081 | 9694 | 11455 | 11514 | 11643 | 11796 | 12006 | 12308 | 12469 |
| 4082 | 9695 | 11456 | 11515 | 11644 | 11804 | 12007 | 12310 | 12470 |
| 4106 | 9696 | 11459 | 11516 | 11645 | 11805 | 12028 | 12311 | 12472 |
| 4220 | 9873 | 11460 | 11517 | 11646 | 11806 | 12029 | 12313 | 12474 |
| 4228 | 9900 | 11461 | 11518 | 11661 | 11812 | 12048 | 12315 | 12475 |
| 4339 | 9930 | 11462 | 11519 | 11662 | 11813 | 12050 | 12316 | 12476 |
| 4442 | 9946 | 11463 | 11522 | 11663 | 11817 | 12057 | 12317 | 12477 |
| 5581 | 10059 | 11464 | 11523 | 11664 | 11822 | 12062 | 12319 | 12478 |
| 5582 | 10326 | 11465 | 11524 | 11684 | 11826 | 12065 | 12320 | 12495 |
| 5884 | 10515 | 11466 | 11525 | 11685 | 11842 | 12068 | 12322 | 12496 |
| 6177 | 10525 | 11467 | 11529 | 11686 | 11845 | 12069 | 12323 | 12499 |
| 6182 | 10526 | 11472 | 11538 | 11688 | 11846 | 12232 | 12325 | 12500 |
| 6183 | 10529 | 11478 | 11539 | 11696 | 11853 | 12233 | 12326 | 12506 |
| 6186 | 10531 | 11481 | 11540 | 11698 | 11873 | 12234 | 12327 | 12507 |
| 6949 | 10533 | 11483 | 11541 | 11700 | 11878 | 12235 | 12340 | 12508 |
| 7153 | 10536 | 11484 | 11566 | 11702 | 11885 | 12236 | 12342 | 12510 |
| 7156 | 10574 | 11485 | 11567 | 11708 | 11908 | 12240 | 12344 | 12511 |
| 7432 | 10575 | 11486 | 11586 | 11710 | 11940 | 12241 | 12345 | 12512 |
| 7433 | 10663 | 11487 | 11588 | 11711 | 11948 | 12250 | 12367 | 12525 |
| 7996 | 10676 | 11489 | 11589 | 11713 | 11951 | 12251 | 12382 | 12534 |
| 8055 | 10686 | 11490 | 11590 | 11714 | 11952 | 12255 | 12383 | 12535 |
| 8066 | 10687 | 11491 | 11591 | 11723 | 11965 | 12257 | 12385 | 12571 |
| 8170 | 10693 | 11492 | 11592 | 11732 | 11971 | 12264 | 12387 | 12583 |
| 8501 | 10744 | 11493 | 11594 | 11734 | 11972 | 12265 | 12394 | 12584 |
| 8502 | 10758 | 11494 | 11595 | 11735 | 11973 | 12266 | 12395 | 12586 |
| 8529 | 10845 | 11496 | 11596 | 11739 | 11974 | 12267 | 12400 | 12587 |
| 8589 | 11012 | 11497 | 11598 | 11740 | 11978 | 12269 | 12401 | 12588 |
| 8648 | 11013 | 11499 | 11599 | 11742 | 11979 | 12270 | 12402 | 12589 |
| 8675 | 11384 | 11500 | 11601 | 11743 | 11981 | 12273 | 12403 | 12590 |
| 8700 | 11385 | 11501 | 11609 | 11744 | 11982 | 12274 | 12404 | 12591 |
| 8701 | 11435 | 11502 | 11618 | 11749 | 11984 | 12275 | 12408 | 12592 |

- 1 -

**EXHIBIT 4**: Entries Pharmacia Omitted with No Explanation in its January Privilege Log

**Total = 625**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12593 | 12727 | 12923 | 13134 | 13414 | 13540 | | | | |
| 12594 | 12728 | 12926 | 13139 | 13418 | 13541 | | | | |
| 12596 | 12729 | 12930 | 13190 | 13421 | 13543 | | | | |
| 12597 | 12730 | 12987 | 13199 | 13422 | 13544 | | | | |
| 12598 | 12731 | 12995 | 13200 | 13423 | 13555 | | | | |
| 12599 | 12732 | 13022 | 13203 | 13425 | 13569 | | | | |
| 12600 | 12733 | 13028 | 13240 | 13426 | 13691 | | | | |
| 12601 | 12734 | 13029 | 13253 | 13427 | 13692 | | | | |
| 12602 | 12735 | 13030 | 13257 | 13428 | 13717 | | | | |
| 12603 | 12736 | 13035 | 13258 | 13340 | 13718 | | | | |
| 12604 | 12737 | 13037 | 13261 | 13442 | 13764 | | | | |
| 12605 | 12738 | 13038 | 13262 | 13445 | 13765 | | | | |
| 12607 | 12739 | 13040 | 13270 | 13451 | 13815 | | | | |
| 12611 | 12740 | 13041 | 13271 | 13458 | 13823 | | | | |
| 12612 | 12741 | 13045 | 13286 | 13459 | 13825 | | | | |
| 12615 | 12742 | 13046 | 13297 | 13460 | 13833 | | | | |
| 12616 | 12743 | 13047 | 13299 | 13468 | 13836 | | | | |
| 12617 | 12744 | 13048 | 13312 | 13476 | 13837 | | | | |
| 12618 | 12745 | 13051 | 13313 | 13481 | 13839 | | | | |
| 12619 | 12790 | 13060 | 13314 | 13483 | 13849 | | | | |
| 12645 | 12806 | 13074 | 13315 | 13491 | 13862 | | | | |
| 12646 | 12818 | 13080 | 13316 | 13492 | 13870 | | | | |
| 12647 | 12837 | 13081 | 13317 | 13493 | 13898 | | | | |
| 12649 | 12839 | 13086 | 13318 | 13494 | 13899 | | | | |
| 12655 | 12846 | 13089 | 13319 | 13495 | 13900 | | | | |
| 12662 | 12847 | 13093 | 13331 | 13498 | 13905 | | | | |
| 12664 | 12848 | 13094 | 13332 | 13499 | 14009 | | | | |
| 12668 | 12851 | 13099 | 13336 | 13501 | 14010 | | | | |
| 12671 | 12858 | 13101 | 13344 | 13502 | 14032 | | | | |
| 12673 | 12859 | 13102 | 13355 | 13512 | 14037 | | | | |
| 12680 | 12860 | 13103 | 13374 | 13513 | 14038 | | | | |
| 12685 | 12873 | 13104 | 13375 | 13517 | 14039 | | | | |
| 12688 | 12874 | 13105 | 13383 | 13518 | 14040 | | | | |
| 12701 | 12876 | 13106 | 13384 | 13519 | 14041 | | | | |
| 12706 | 12886 | 13108 | 13394 | 13520 | 14042 | | | | |
| 12713 | 12891 | 13109 | 13400 | 13521 | 14044 | | | | |
| 12715 | 12892 | 13112 | 13401 | 13522 | 14046 | | | | |
| 12719 | 12893 | 13113 | 13404 | 13523 | | | | | |
| 12723 | 12910 | 13114 | 13409 | 13524 | | | | | |
| 12724 | 12911 | 13115 | 13410 | 13525 | | | | | |
| 12725 | 12914 | 13117 | 13411 | 13537 | | | | | |
| 12726 | 12922 | 13130 | 13412 | 13538 | | | | | |