# EXHIBIT 5

**From:** Rich, Joshua [mailto:rich@mbhb.com]
**Sent:** Monday, December 19, 2005 6:33 PM
**To:** Gugig, Michael S.
**Cc:** Steck, Jeff; Boehnen, Daniel; Walsh, Mike
**Subject:** Pharmacia v. Sicor: Contested Documents

Mike,

Attached is a log with what we believe to be all of the contested documents that will not have been produced by the end of this week.  As it turns out, twenty-six of the thirty newly added documents were produced on December 8, 2005.  We have re-reviewed the others and will be producing them this week.

Josh