# EXHIBIT 6

From: Steck, Jeff [mailto:steck@mbhb.com]
Sent: Tuesday, January 03, 2006 2:44 PM
To: Gugig, Michael S.; Rich, Joshua
Cc: Ashinoff, Reid L.; Sigale, Jordan A.; Tavarez, Nancy W.; Vickers, Leah
Subject: RE: Privilege Log


Mike,

Josh delegated this to me while he was on vacation, but I couldn't locate the
correct file. Attached is the full version of Pharmacia's updated log of
contested documents, in both Excel and PDF versions. Due to a computer error,
the PDF file we sent on December 19 included only the first section of the
log. The attached files are complete, including all changes Pharmacia
intended to make based on your discussions with Josh.  There are no new
changes since the December 19 version.

Best regards,

Jeff

Jeffrey A. Steck
McDonnell Boehnen Hulbert & Berghoff LLP
300 S. Wacker Dr.
Chicago, IL 60606
312.913.2115 direct
312.913.0002 fax
steck@mbhb.com


-----Original Message-----
From: Gugig, Michael S. [mailto:mgugig@sonnenschein.com]
Sent: Tuesday, January 03, 2006 8:40 AM
To: Rich, Joshua; Steck, Jeff
Cc: Ashinoff, Reid L.; Sigale, Jordan A.; Tavarez, Nancy W.; Vickers, Leah
Subject: Privilege Log


Following up on my pre-holiday voicemailto Josh, please confirm that the
version of the "contested" documents  log forwarded on December 19 (I
believe) includes all of the changes that Pharmacia intends to make based
upon our prior discussions.  Also, please forward a copy of the log in Excel
format.

Thank you.

Mike
--------------------------
Sent from my BlackBerry Wireless Handheld


---------------------------------------------------------
CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by
legal privilege. If you are not the intended recipient, be aware that any
disclosure, copying, distribution or use of this e-mail or any attachment is

prohibited. If you have received this e-mail in error, please notify us
immediately by returning it to the sender and delete this copy from your
system. Thank you for your cooperation.

IRS CIRCULAR 230 DISCLOSURE:
Any Federal tax advice contained herein is not written to be used for, and
the recipient and any subsequent reader cannot use such advice for, the
purpose of avoiding any penalties asserted under the Internal Revenue Code.
If the foregoing contains Federal tax advice and is distributed to a person
other than the addressee, each additional and subsequent reader hereof is
notified that such advice should be considered to have been written to
support the promotion or marketing of the transaction or matter addressed
herein.  In that event, each such reader should seek advice from an
independent tax advisor with respect to the transaction or matter addressed
herein based on the reader's particular circumstances.

SONNENSCHEIN NATH & ROSENTHAL LLP
Visit us on the web at http://www.sonnenschein.com
-----------------------------------------------------------