# EXHIBIT 9

**EXHIBIT 9: Entries With No Attorney as Author or Recipient - Supersedes EXHIBIT D in Opening Brief**

**Total = 1638**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 291 | 474 | 2138 | 2567 | 3049 | 3448 | 3782 | 4235 | 5328 |
| 2 | 292 | 563 | 2140 | 2569 | 3051 | 3450 | 3921 | 4239 | 5391 |
| 13 | 293 | 603 | 2152 | 2583 | 3052 | 3470 | 3926 | 4242 | 5476 |
| 15 | 294 | 766 | 2161 | 2585 | 3054 | 3471 | 3929 | 4243 | 5536 |
| 16 | 295 | 792 | 2162 | 2587 | 3059 | 3486 | 3930 | 4248 | 5539 |
| 19 | 296 | 822 | 2180 | 2604 | 3061 | 3497 | 3931 | 4255 | 5550 |
| 20 | 297 | 1017 | 2187 | 2607 | 3073 | 3498 | 3932 | 4260 | 5558 |
| 21 | 304 | 1178 | 2237 | 2608 | 3175 | 3503 | 3946 | 4261 | 5563 |
| 22 | 305 | 1179 | 2238 | 2610 | 3181 | 3504 | 3952 | 4266 | 5569 |
| 23 | 307 | 1187 | 2241 | 2617 | 3182 | 3505 | 3954 | 4267 | 5753 |
| 27 | 308 | 1191 | 2243 | 2619 | 3184 | 3527 | 3974 | 4268 | 5792 |
| 91 | 309 | 1234 | 2257 | 2644 | 3185 | 3528 | 3975 | 4269 | 5839 |
| 165 | 316 | 1238 | 2259 | 2648 | 3222 | 3529 | 3976 | 4273 | 5888 |
| 166 | 381 | 1258 | 2262 | 2687 | 3224 | 3530 | 3977 | 4279 | 5928 |
| 171 | 383 | 1306 | 2263 | 2689 | 3226 | 3531 | 3978 | 4293 | 5931 |
| 173 | 388 | 1323 | 2264 | 2690 | 3228 | 3532 | 3979 | 4296 | 5972 |
| 174 | 393 | 1330 | 2268 | 2700 | 3229 | 3534 | 4000 | 4297 | 6030 |
| 176 | 394 | 1340 | 2275 | 2701 | 3230 | 3553 | 4002 | 4298 | 6031 |
| 180 | 395 | 1384 | 2276 | 2714 | 3232 | 3562 | 4005 | 4305 | 6111 |
| 181 | 397 | 1392 | 2279 | 2744 | 3235 | 3563 | 4006 | 4306 | 6114 |
| 182 | 398 | 1407 | 2299 | 2745 | 3236 | 3575 | 4007 | 4307 | 6172 |
| 186 | 399 | 1425 | 2314 | 2761 | 3241 | 3576 | 4009 | 4330 | 6173 |
| 265 | 400 | 1460 | 2319 | 2794 | 3243 | 3593 | 4011 | 4331 | 6175 |
| 267 | 401 | 1488 | 2322 | 2809 | 3246 | 3594 | 4015 | 4568 | 6178 |
| 268 | 402 | 1514 | 2332 | 2845 | 3250 | 3629 | 4017 | 4571 | 6216 |
| 269 | 405 | 1524 | 2346 | 2847 | 3261 | 3630 | 4019 | 4574 | 6229 |
| 270 | 406 | 1531 | 2347 | 2848 | 3279 | 3632 | 4021 | 4581 | 6257 |
| 271 | 408 | 1532 | 2349 | 2849 | 3291 | 3636 | 4023 | 4582 | 6258 |
| 272 | 412 | 1534 | 2350 | 2876 | 3292 | 3647 | 4024 | 4584 | 6260 |
| 273 | 418 | 1542 | 2356 | 2883 | 3296 | 3648 | 4025 | 4634 | 6275 |
| 275 | 423 | 1553 | 2428 | 2884 | 3315 | 3653 | 4026 | 4643 | 6278 |
| 276 | 430 | 1566 | 2462 | 2919 | 3324 | 3666 | 4029 | 4652 | 6280 |
| 277 | 432 | 1631 | 2464 | 2943 | 3366 | 3680 | 4030 | 4682 | 6313 |
| 279 | 436 | 1953 | 2471 | 2975 | 3388 | 3687 | 4032 | 4683 | 6315 |
| 280 | 439 | 1954 | 2474 | 2986 | 3398 | 3692 | 4033 | 4694 | 6333 |
| 281 | 446 | 1991 | 2477 | 2987 | 3404 | 3693 | 4056 | 4736 | 6370 |
| 282 | 447 | 2044 | 2487 | 2988 | 3422 | 3746 | 4121 | 4756 | 6373 |
| 283 | 453 | 2050 | 2488 | 2989 | 3427 | 3749 | 4174 | 4761 | 6375 |
| 285 | 457 | 2059 | 2491 | 3042 | 3429 | 3751 | 4218 | 4765 | 6409 |
| 286 | 459 | 2060 | 2493 | 3044 | 3433 | 3752 | 4219 | 4776 | 6410 |
| 289 | 460 | 2064 | 2495 | 3045 | 3434 | 3754 | 4228 | 4846 | 6411 |
| 290 | 470 | 2121 | 2564 | 3046 | 3437 | 3760 | 4233 | 4886 | 6418 |

- 1 -

**EXHIBIT 9: Entries With No Attorney as Author or Recipient - Supersedes EXHIBIT D in Opening Brief**

**Total = 1638**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6497 | 6604 | 6688 | 6798 | 6932 | 7681 | 8062 | 8233 | 8312 | 8435 |
| 6499 | 6605 | 6692 | 6800 | 6952 | 7698 | 8087 | 8235 | 8313 | 8436 |
| 6508 | 6606 | 6697 | 6803 | 6956 | 7728 | 8088 | 8241 | 8314 | 8437 |
| 6510 | 6607 | 6704 | 6808 | 6977 | 7730 | 8111 | 8246 | 8317 | 8441 |
| 6511 | 6613 | 6705 | 6809 | 6982 | 7765 | 8120 | 8253 | 8318 | 8442 |
| 6512 | 6621 | 6709 | 6810 | 6983 | 7773 | 8128 | 8254 | 8321 | 8443 |
| 6515 | 6624 | 6716 | 6813 | 7045 | 7777 | 8129 | 8255 | 8322 | 8457 |
| 6517 | 6626 | 6718 | 6815 | 7046 | 7785 | 8130 | 8263 | 8323 | 8460 |
| 6518 | 6628 | 6722 | 6816 | 7099 | 7818 | 8131 | 8270 | 8324 | 8468 |
| 6520 | 6629 | 6723 | 6823 | 7124 | 7823 | 8132 | 8271 | 8326 | 8469 |
| 6524 | 6630 | 6724 | 6824 | 7150 | 7844 | 8133 | 8273 | 8327 | 8470 |
| 6525 | 6632 | 6725 | 6826 | 7151 | 7868 | 8138 | 8275 | 8328 | 8471 |
| 6538 | 6634 | 6728 | 6828 | 7157 | 7925 | 8141 | 8276 | 8329 | 8472 |
| 6539 | 6635 | 6729 | 6843 | 7158 | 7928 | 8151 | 8278 | 8330 | 8473 |
| 6540 | 6636 | 6730 | 6846 | 7185 | 7930 | 8153 | 8279 | 8331 | 8474 |
| 6542 | 6637 | 6731 | 6847 | 7196 | 7931 | 8157 | 8280 | 8333 | 8475 |
| 6548 | 6638 | 6734 | 6852 | 7197 | 7933 | 8160 | 8281 | 8334 | 8478 |
| 6552 | 6641 | 6738 | 6857 | 7200 | 7934 | 8161 | 8282 | 8336 | 8481 |
| 6554 | 6642 | 6743 | 6858 | 7210 | 7935 | 8162 | 8284 | 8337 | 8485 |
| 6555 | 6645 | 6745 | 6866 | 7211 | 7936 | 8164 | 8285 | 8342 | 8494 |
| 6556 | 6650 | 6747 | 6867 | 7215 | 7937 | 8165 | 8288 | 8348 | 8499 |
| 6557 | 6654 | 6751 | 6868 | 7236 | 7945 | 8166 | 8289 | 8351 | 8503 |
| 6558 | 6657 | 6752 | 6869 | 7332 | 7946 | 8167 | 8290 | 8352 | 8505 |
| 6559 | 6658 | 6759 | 6871 | 7348 | 7949 | 8168 | 8291 | 8361 | 8510 |
| 6560 | 6659 | 6760 | 6872 | 7349 | 7956 | 8169 | 8292 | 8366 | 8511 |
| 6561 | 6660 | 6768 | 6875 | 7351 | 7957 | 8178 | 8293 | 8368 | 8519 |
| 6562 | 6661 | 6770 | 6879 | 7355 | 7960 | 8180 | 8294 | 8369 | 8520 |
| 6563 | 6662 | 6774 | 6882 | 7392 | 7977 | 8182 | 8295 | 8378 | 8521 |
| 6567 | 6663 | 6777 | 6884 | 7436 | 7978 | 8184 | 8296 | 8401 | 8522 |
| 6568 | 6665 | 6778 | 6885 | 7437 | 7980 | 8185 | 8297 | 8402 | 8530 |
| 6569 | 6670 | 6779 | 6890 | 7438 | 7981 | 8186 | 8298 | 8403 | 8531 |
| 6570 | 6673 | 6780 | 6893 | 7439 | 7982 | 8198 | 8299 | 8407 | 8532 |
| 6571 | 6674 | 6781 | 6894 | 7451 | 8003 | 8210 | 8300 | 8410 | 8533 |
| 6573 | 6675 | 6783 | 6895 | 7483 | 8013 | 8211 | 8302 | 8414 | 8534 |
| 6574 | 6676 | 6784 | 6905 | 7485 | 8018 | 8217 | 8303 | 8415 | 8535 |
| 6575 | 6677 | 6785 | 6910 | 7486 | 8031 | 8218 | 8305 | 8416 | 8536 |
| 6580 | 6678 | 6786 | 6918 | 7487 | 8044 | 8219 | 8306 | 8423 | 8557 |
| 6581 | 6680 | 6788 | 6919 | 7489 | 8052 | 8222 | 8307 | 8424 | 8559 |
| 6585 | 6682 | 6791 | 6923 | 7503 | 8054 | 8223 | 8308 | 8425 | 8561 |
| 6600 | 6684 | 6792 | 6924 | 7510 | 8058 | 8224 | 8309 | 8426 | 8563 |
| 6602 | 6686 | 6793 | 6926 | 7576 | 8060 | 8231 | 8310 | 8428 | 8564 |
| 6603 | 6687 | 6796 | 6928 | 7578 | 8061 | 8232 | 8311 | 8434 | 8590 |

**EXHIBIT 9: Entries With No Attorney as Author or Recipient - Supersedes EXHIBIT D in Opening Brief**

**Total = 1638**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8591 | 9141 | 9453 | 9954 | 10527 | 10842 | 11467 | 11538 | 11696 |
| 8597 | 9145 | 9454 | 10018 | 10532 | 10847 | 11472 | 11539 | 11698 |
| 8605 | 9147 | 9457 | 10031 | 10542 | 10849 | 11478 | 11540 | 11700 |
| 8610 | 9155 | 9459 | 10075 | 10549 | 10856 | 11481 | 11541 | 11702 |
| 8611 | 9156 | 9461 | 10081 | 10551 | 10858 | 11483 | 11566 | 11708 |
| 8614 | 9159 | 9462 | 10082 | 10552 | 10859 | 11484 | 11567 | 11710 |
| 8633 | 9160 | 9463 | 10083 | 10553 | 10864 | 11485 | 11586 | 11711 |
| 8655 | 9164 | 9493 | 10106 | 10556 | 10865 | 11486 | 11588 | 11713 |
| 8667 | 9165 | 9494 | 10112 | 10557 | 10871 | 11487 | 11589 | 11714 |
| 8670 | 9166 | 9499 | 10116 | 10562 | 10872 | 11489 | 11590 | 11723 |
| 8676 | 9192 | 9525 | 10118 | 10597 | 10946 | 11490 | 11591 | 11732 |
| 8684 | 9235 | 9526 | 10124 | 10607 | 10947 | 11491 | 11592 | 11734 |
| 8685 | 9242 | 9565 | 10138 | 10609 | 10948 | 11492 | 11594 | 11735 |
| 8686 | 9244 | 9566 | 10217 | 10610 | 11110 | 11493 | 11595 | 11739 |
| 8714 | 9264 | 9573 | 10231 | 10611 | 11113 | 11494 | 11596 | 11740 |
| 8715 | 9279 | 9575 | 10232 | 10612 | 11114 | 11496 | 11598 | 11742 |
| 8719 | 9288 | 9575 | 10245 | 10613 | 11119 | 11497 | 11599 | 11743 |
| 8730 | 9290 | 9576 | 10249 | 10616 | 11274 | 11499 | 11601 | 11744 |
| 8740 | 9292 | 9601 | 10262 | 10619 | 11274 | 11500 | 11609 | 11749 |
| 8784 | 9300 | 9603 | 10278 | 10620 | 11309 | 11501 | 11618 | 11750 |
| 8795 | 9328 | 9629 | 10281 | 10626 | 11410 | 11502 | 11619 | 11754 |
| 8807 | 9331 | 9636 | 10291 | 10632 | 11430 | 11503 | 11620 | 11755 |
| 8810 | 9332 | 9640 | 10301 | 10633 | 11441 | 11504 | 11622 | 11758 |
| 8818 | 9333 | 9642 | 10315 | 10634 | 11443 | 11505 | 11626 | 11759 |
| 8908 | 9334 | 9646 | 10337 | 10635 | 11445 | 11506 | 11627 | 11760 |
| 8915 | 9335 | 9687 | 10356 | 10636 | 11446 | 11507 | 11628 | 11765 |
| 8930 | 9336 | 9689 | 10357 | 10638 | 11447 | 11508 | 11630 | 11767 |
| 8944 | 9376 | 9743 | 10361 | 10639 | 11448 | 11509 | 11631 | 11788 |
| 8979 | 9382 | 9747 | 10384 | 10640 | 11450 | 11510 | 11632 | 11790 |
| 9042 | 9394 | 9763 | 10386 | 10642 | 11451 | 11511 | 11637 | 11792 |
| 9074 | 9401 | 9775 | 10398 | 10644 | 11453 | 11512 | 11640 | 11796 |
| 9077 | 9402 | 9792 | 10400 | 10645 | 11454 | 11513 | 11643 | 11804 |
| 9088 | 9403 | 9794 | 10407 | 10646 | 11455 | 11514 | 11644 | 11805 |
| 9090 | 9404 | 9830 | 10413 | 10651 | 11456 | 11515 | 11645 | 11806 |
| 9098 | 9405 | 9831 | 10414 | 10652 | 11459 | 11516 | 11646 | 11812 |
| 9099 | 9407 | 9833 | 10417 | 10653 | 11460 | 11517 | 11661 | 11813 |
| 9122 | 9408 | 9834 | 10420 | 10656 | 11461 | 11518 | 11662 | 11817 |
| 9124 | 9432 | 9842 | 10422 | 10657 | 11462 | 11519 | 11663 | 11822 |
| 9125 | 9436 | 9882 | 10423 | 10658 | 11463 | 11522 | 11664 | 11826 |
| 9126 | 9440 | 9919 | 10486 | 10659 | 11464 | 11523 | 11684 | 11842 |
| 9127 | 9447 | 9934 | 10501 | 10662 | 11465 | 11524 | 11685 | 11845 |
| 9128 | 9448 | 9951 | 10509 | 10690 | 11466 | 11525 | 11686 | 11846 |
| 9134 | 9450 | 9952 | 10510 | 10839 | | 11529 | 11688 | 11853 |

**EXHIBIT 9: Entries With No Attorney as Author or Recipient - Supersedes EXHIBIT D in Opening Brief**

**Total = 1638**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11873 | 12264 | 12411 | 12603 | 12745 | 13099 | 13401 | 13555 | 8529(a) |
| 11878 | 12265 | 12413 | 12604 | 12790 | 13101 | 13404 | 13569 | 8529(b) |
| 11885 | 12266 | 12423 | 12605 | 12806 | 13102 | 13409 | 13691 | 8675(a) |
| 11908 | 12267 | 12427 | 12607 | 12818 | 13103 | 13410 | 13692 | 8675(b) |
| 11940 | 12269 | 12438 | 12611 | 12837 | 13104 | 13411 | 13717 | |
| 11948 | 12270 | 12439 | 12612 | 12839 | 13105 | 13412 | 13718 | |
| 11951 | 12273 | 12448 | 12615 | 12846 | 13106 | 13414 | 13764 | |
| 11952 | 12274 | 12450 | 12616 | 12847 | 13108 | 13418 | 13765 | |
| 11965 | 12275 | 12453 | 12617 | 12848 | 13109 | 13421 | 13815 | |
| 11971 | 12276 | 12460 | 12618 | 12851 | 13112 | 13422 | 13823 | |
| 11972 | 12277 | 12461 | 12619 | 12858 | 13113 | 13423 | 13825 | |
| 11973 | 12278 | 12469 | 12645 | 12859 | 13114 | 13425 | 13833 | |
| 11974 | 12279 | 12470 | 12646 | 12860 | 13115 | 13426 | 13836 | |
| 11978 | 12280 | 12472 | 12647 | 12873 | 13117 | 13427 | 13837 | |
| 11979 | 12281 | 12474 | 12649 | 12874 | 13130 | 13428 | 13839 | |
| 11981 | 12282 | 12475 | 12655 | 12876 | 13134 | 13442 | 13849 | |
| 11982 | 12283 | 12476 | 12662 | 12886 | 13139 | 13445 | 13862 | |
| 11984 | 12284 | 12477 | 12664 | 12891 | 13190 | 13451 | 13870 | |
| 11985 | 12305 | 12478 | 12668 | 12892 | 13199 | 13458 | 13898 | |
| 11986 | 12306 | 12495 | 12671 | 12893 | 13200 | 13459 | 13899 | |
| 11990 | 12308 | 12496 | 12673 | 12910 | 13203 | 13460 | 13900 | |
| 11994 | 12310 | 12499 | 12680 | 12911 | 13240 | 13468 | 13905 | |
| 11995 | 12311 | 12500 | 12685 | 12914 | 13253 | 13476 | 14009 | |
| 11996 | 12313 | 12506 | 12688 | 12922 | 13257 | 13481 | 14010 | |
| 11997 | 12315 | 12507 | 12701 | 12923 | 13258 | 13483 | 14032 | |
| 11998 | 12316 | 12508 | 12706 | 12926 | 13261 | 13491 | 14037 | |
| 11999 | 12317 | 12510 | 12713 | 12930 | 13262 | 13492 | 14038 | |
| 12001 | 12319 | 12511 | 12715 | 12987 | 13270 | 13493 | 14039 | |
| 12005 | 12320 | 12512 | 12719 | 12995 | 13271 | 13494 | 14040 | |
| 12006 | 12322 | 12525 | 12723 | 13022 | 13286 | 13495 | 14041 | |
| 12007 | 12323 | 12534 | 12724 | 13028 | 13297 | 13498 | 14042 | |
| 12028 | 12325 | 12535 | 12725 | 13029 | 13299 | 13499 | 14044 | |
| 12029 | 12326 | 12571 | 12726 | 13030 | 13312 | 13501 | 14046 | |
| 12048 | 12327 | 12583 | 12727 | 13035 | 13313 | 13502 | 3195(a) | |
| 12050 | 12340 | 12584 | 12728 | 13037 | 13314 | 13512 | 3239(a) | |
| 12057 | 12342 | 12586 | 12729 | 13038 | 13315 | 13513 | 3998(a) | |
| 12062 | 12344 | 12587 | 12730 | 13040 | 13316 | 13517 | 3998(b) | |
| 12065 | 12345 | 12588 | 12731 | 13041 | 13317 | 13518 | 4268(a) | |
| 12068 | 12367 | 12589 | 12732 | 13045 | 13318 | 13519 | 4268(b) | |
| 12069 | 12382 | 12590 | 12733 | 13046 | 13319 | 13520 | 4268(c) | |
| 12232 | 12383 | 12591 | 12734 | 13047 | 13331 | 13521 | 4268(d) | |
| 12233 | 12385 | 12592 | 12735 | 13048 | 13332 | 13522 | 4268(e) | |
| 12234 | 12387 | 12593 | 12736 | 13051 | 13336 | 13523 | 4268(f) | |
| 12235 | 12394 | 12594 | 12737 | 13060 | 13340 | 13524 | 4281(a) | |
| 12236 | 12395 | 12596 | 12738 | 13074 | 13355 | 13525 | 7981(a) | |
| 12240 | 12400 | 12597 | 12739 | 13080 | 13374 | 13537 | 8130(a) | |
| 12241 | 12401 | 12598 | 12740 | 13081 | 13375 | 13538 | 8130(b) | |
| 12250 | 12402 | 12599 | 12741 | 13086 | 13383 | 13540 | 8130(c) | |
| 12251 | 12403 | 12600 | 12742 | 13089 | 13384 | 13541 | 8133(a) | |
| 12255 | 12404 | 12601 | 12743 | 13093 | 13394 | 13543 | 8338(a) | |
| 12257 | 12408 | 12602 | 12744 | 13094 | 13400 | 13544 | 8338(b) | |