# EXHIBIT 10



**McDonnell Boehnen Hulbert & Berghoff LLP**  300 South Wacker Drive    312 913 0001 phone
Chicago, Illinois 60606-6.09    312 913 0002 fax
www.mbhb.com

November 2, 2005

**VIA FACSIMILE 212 768 6800**

Michael S. Gugig
Sonnenschein Nath & Rosenthal LLP     Total Pages: 6
1221 Avenue of the Americas            C/M No. 1144/2
New York, NY 10020-1089

Re:   Pharmacia & Upjohn Co. LLC v. Sicor Inc.

Dear Mr. Gugig:

We have received your letter of October 26, 2005, in which you request further information regarding individuals identified as attorneys or foreign patent agents in Pharmacia's privilege log.

Please understand that Pharmacia did not at any time represent or suggest that the second 250-page installment provided on October 10 completed the privilege log. You assumed that was the case because it is unusual to have such an extensive privilege log. Because of the large volume of correspondence exchanged between attorneys and agents around the world, however, that typical experience did not apply to this case.

In response to your inquiry, we confirm that even today – with the privilege log at 950 pages – you do not have the complete log. As you know, Sicor recently requested the production of numerous additional patent files that involve anthracycline glycosides, but which are not related to the patents-in-suit. Those files are being provided to Sicor in electronic format this week, and that production should be complete on Friday November 4th, i.e., one week after the original deadline. Those additional files recently requested by Sicor are also being screened for privilege, and the Privilege Log will be updated to include those materials as soon as possible after the non-privileged materials are produced.

300 South Wacker Drive       312 913 0001 phone    This transmittal is strictly for       Please contact us if all pages are
Chicago, Illinois 60606-6709  312 913 0002 fax      delivery only to the person listed    not received. If you received this
www.mbhb.com                                        above. It may contain confidential    fax in error, please contact us to
                                                    or privileged information, the         arrange for return of the
                                                    disclosure of which is prohibited.    document.

PAGE 1/6 * RCVD AT 11/2/2005 3:59:29 PM [Central Standard Time] * SVR:CHI2KRF01/22 * DNIS:4777 * CSID:312 913 0002 * DURATION (mm-ss):01-00

Your threat of action charging that the Privilege Log is untimely is untrue and unfair, particularly in view of Sicor's own action on its privilege log. Such inflammatory statements risk fostering disrespect between our firms, and are not productive. Please know that we continue to make our best efforts to supplement our privilege log and the attached list of attorneys and agents, while at the same time reviewing and producing numerous prosecution files on an expedited basis.

Regarding your request for further information about the status of persons identified on our list, please recognize that: (i) the persons on the list are licensed by their respective governments as patent professionals (either attorneys or agents) of the governments in which they reside and practice; (ii) insofar as the withheld documents are concerned, all of these persons were acting on behalf of plaintiff and its affiliates in their professional capacity; and (iii) many of the individuals are identified in unprivileged patent prosecution documents already produced in this case. Those general comments provide all the information needed to enable you to focus on specific issues. However, we have also supplemented the list with the attached information, identifying, where available, the firm or firms with which an attorney or foreign agent is known to have been affiliated, and the country in which that individual provides legal services. Please let us know if you have any specific issues that you wish to discuss in relation to particular privilege log entries.

As previously noted, the lists that we have provided thus far may not identify all attorneys or agents who are entitled to claim privilege on their communications, as we are continuing to collect information on individuals who provided legal services to Pharmacia's predecessors as much as fifteen years ago. Although much of this information resides within the privileged documents themselves, these documents are not indexed by attorney name, and collecting the information is a laborious manual process. In any event, the list may be updated from time to time as warranted.

Very truly yours,

*Jeffrey A. Steck (LD)*

Jeffrey A. Steck
312-913-2115
steck@mbhb.com

encl.

McDonnell Boehnen Hulbert & Berghoff LLP   Michael S. Gugig   Page 2   November 2, 2005

PAGE 2/6 * RCVD AT 11/2/2005 3:59:29 PM [Central Standard Time] * SVR:CHI2KRF01/22 * DNIS:4777 * CSID:312 913 0002 * DURATION (mm-ss):01-00

# ATTACHMENT

# REDACTED

McDonnell Boehnen Hulbert & Berghoff LLP   Michael S. Gugig   Page 3   November 2, 2005

PAGE 3/6 * RCVD AT 11/2/2005 3:59:29 PM [Central Standard Time] * SVR:CHI2KRF01/22 * DNIS:4777 * CSID:312 913 0002 * DURATION (mm-ss):01-00

**REDACTED**

McDonnell Boehnen Hulbert & Berghoff LLP    Michael S. Gugig    Page 4    November 2, 2005

PAGE 4/6 * RCVD AT 11/2/2005 3:59:29 PM [Central Standard Time] * SVR:CHI2KRF01/22 * DNIS:4777 * CSID:312 913 0002 * DURATION (mm-ss):01-00

**REDACTED**

McDonnell Boehnen Hulbert & Berghoff LLP    Michael S. Gugig    Page 5    November 2, 2005

PAGE 5/6 * RCVD AT 11/2/2005 3:59:29 PM [Central Standard Time] * SVR:CHI2KRF01/22 * DNIS:4777 * CSID:312 913 0002 * DURATION (mm-ss):01-00

**REDACTED**

McDonnell Boehnen Hulbert & Berghoff LLP   Michael S. Gugig   Page 6   November 2, 2005

PAGE 6/6 * RCVD AT 11/2/2005 3:59:29 PM [Central Standard Time] * SVR:CHI2KRF01/22 * DNIS:4777 * CSID:312 913 0002 * DURATION (mm-ss):01-00