# EXHIBIT 12

10/17/2005 15:46 FAX 312 913 0002        McDONNELL BOEHNEN                        ☒001



**McDonnell Boehnen Hulbert & Berghoff LLP**

300 South Wacker Drive
Chicago, Illinois 60606-6709
www.mbhb.com

312 913 0001 phone
312 913 0002 fax

October 17, 2005

**VIA FACSIMILE 212 768 6800**

Michael S. Gugig
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Total Pages: 6
C/M No. 1144/2

Re:   Pharmacia & Upjohn Co. LLC v. Sicor Inc.

Dear Mr. Gugig:

In response to the request you made in a telephone call with Dan Boehnen on October 10, we are enclosing herewith a list of individuals in Pharmacia's privilege log whom we have identified as attorneys or foreign patent agents. We cannot be certain that other individuals named in the privilege log, but not listed here, are not attorneys or agents. As a result, Pharmacia does not waive the right to claim privilege for communications with any such individual later discovered to be an attorney or agent.

Very truly yours,

Jeffrey A. Steck
312-913-2115
steck@mbhb.com

300 South Wacker Drive
Chicago, Illinois 60606-6709
www.mbhb.com

312 913 0001 phone
312 913 0002 fax

This transmittal is strictly for delivery only to the person listed above. It may contain confidential or privileged information, the disclosure of which is prohibited.

Please contact us if all pages are not received. If you received this fax in error, please contact us to arrange for return of the document.

**Appendix A**

**REDACTED**

1

**REDACTED**

2

PAGE 3/6 * RCVD AT 10/17/2005 3:42:21 PM [Central Daylight Time] * SVR:CHI2KRF01/21 * DNIS:4777 * CSID:312 913 0002 * DURATION (mm-ss):00-56

10/17/2005 15:46 FAX 312 913 0002    McDONNELL BOEHNEN    ☒004

**REDACTED**

3

PAGE 4/6 * RCVD AT 10/17/2005 3:42:21 PM [Central Daylight Time] * SVR:CHI2KRF01/21 * DNIS:4777 * CSID:312 913 0002 * DURATION (mm-ss):00-56

10/17/2005 15:46 FAX 312 913 0002    McDONNELL BOEHNEN    ☒005

**REDACTED**

4

PAGE 5/6 * RCVD AT 10/17/2005 3:42:21 PM [Central Daylight Time] * SVR:CHI2KRF01/21 * DNIS:4777 * CSID:312 913 0002 * DURATION (mm-ss):00-56

10/17/2005 15:46 FAX 312 913 0002          McDONNELL BOEHNEN                            ☒006

**REDACTED**

5

PAGE 6/6 * RCVD AT 10/17/2005 3:42:21 PM [Central Daylight Time] * SVR:CHI2KRF01/21 * DNIS:4777 * CSID:312 913 0002 * DURATION (mm-ss):00-56