# EXHIBIT 13

**EXHIBIT 13**: Entries with Work-Product with an Inadequate Description - Supersedes **EXHIBIT E** in Opening Brief

**Total = 542**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13   | 2604 | 3854 | 4570  | 6114 | 6823 | 7548 | 8435 | 8582 | 8915 | 10262 | 11309 | 13030 |
| 159  | 2644 | 3857 | 4571  | 6216 | 6824 | 7558 | 8436 | 8583 | 8930 | 10278 | 11406 | 13312 |
| 165  | 2645 | 3920 | 4572  | 6329 | 6828 | 7576 | 8437 | 8584 | 8944 | 10281 | 11408 | 13313 |
| 171  | 2679 | 3949 | 4581  | 6414 | 6843 | 7578 | 8449 | 8585 | 8987 | 10315 | 11478 | 13314 |
| 173  | 2683 | 3954 | 4582  | 6497 | 6846 | 7681 | 8485 | 8586 | 8989 | 10361 | 11481 | 13315 |
| 174  | 2684 | 3964 | 4584  | 6508 | 6847 | 7810 | 8495 | 8589 | 9042 | 10525 | 11483 | 13316 |
| 180  | 2685 | 3971 | 4629  | 6510 | 6852 | 7853 | 8498 | 8591 | 9077 | 10526 | 11486 | 13317 |
| 181  | 2687 | 4052 | 4629* | 6511 | 6867 | 7867 | 8501 | 8593 | 9134 | 10527 | 11487 | 13765 |
| 182  | 2689 | 4054 | 4634  | 6512 | 6868 | 7868 | 8502 | 8594 | 9155 | 10549 | 11489 | 13825 |
| 186  | 2711 | 4056 | 4643  | 6515 | 6871 | 7870 | 8503 | 8597 | 9156 | 10551 | 11497 | 2968(a) |
| 672  | 2847 | 4081 | 4666  | 6517 | 6879 | 7925 | 8504 | 8605 | 9164 | 10557 | 11499 | 2968(b) |
| 716  | 2859 | 4082 | 4683  | 6518 | 6885 | 7944 | 8505 | 8610 | 9192 | 10561 | 11508 | 2968(c) |
| 796  | 2883 | 4106 | 4706  | 6520 | 6890 | 7945 | 8506 | 8611 | 9286 | 10562 | 11509 | 3120(a) |
| 809  | 2884 | 4219 | 4731  | 6524 | 6893 | 7946 | 8519 | 8614 | 9287 | 10569 | 11754 | 3120(b) |
| 822  | 2938 | 4220 | 4736  | 6525 | 6894 | 8246 | 8523 | 8615 | 9288 | 10574 | 11755 | 3195(a) |
| 880  | 2950 | 4228 | 4755  | 6538 | 6910 | 8248 | 8526 | 8620 | 9289 | 10575 | 12306 | 3195(b) |
| 881  | 2968 | 4233 | 4756  | 6539 | 6924 | 8263 | 8529 | 8655 | 9290 | 10599 | 12411 | 3195(c) |
| 1239 | 2969 | 4235 | 4761  | 6540 | 6932 | 8276 | 8530 | 8675 | 9292 | 10607 | 12413 | 3239(a) |
| 1243 | 2988 | 4242 | 4776  | 6552 | 6949 | 8279 | 8531 | 8684 | 9399 | 10610 | 12591 | 3239(b) |
| 1258 | 2989 | 4243 | 4846  | 6554 | 6952 | 8280 | 8532 | 8685 | 9629 | 10611 | 12594 | 3923(a) |
| 1460 | 3042 | 4246 | 4886  | 6555 | 6956 | 8281 | 8533 | 8686 | 9631 | 10612 | 12595 | 4268(a) |
| 1631 | 3044 | 4248 | 5001  | 6556 | 6971 | 8288 | 8534 | 8698 | 9636 | 10613 | 12597 | 4268(b) |
| 1695 | 3052 | 4255 | 5003  | 6557 | 6972 | 8295 | 8535 | 8699 | 9640 | 10619 | 12598 | 4268(c) |
| 1804 | 3053 | 4266 | 5009  | 6560 | 6975 | 8297 | 8536 | 8700 | 9643 | 10620 | 12599 | 4268(d) |
| 1953 | 3143 | 4267 | 5321  | 6568 | 6977 | 8313 | 8552 | 8701 | 9646 | 10624 | 12600 | 4268(e) |
| 1954 | 3175 | 4268 | 5328  | 6570 | 6981 | 8321 | 8554 | 8705 | 9658 | 10626 | 12601 | 4268(f) |
| 2121 | 3195 | 4273 | 5476  | 6571 | 6982 | 8323 | 8557 | 8714 | 9822 | 10632 | 12602 | 4281(a) |
| 2140 | 3224 | 4279 | 5536  | 6602 | 6983 | 8326 | 8561 | 8715 | 9836 | 10633 | 12603 | 4281(b) |
| 2317 | 3226 | 4281 | 5539  | 6626 | 7045 | 8327 | 8563 | 8717 | 9839 | 10635 | 12607 | 4339(a) |
| 2319 | 3228 | 4285 | 5550  | 6650 | 7046 | 8328 | 8564 | 8720 | 9844 | 10636 | 12611 | 4339(b) |
| 2332 | 3229 | 4293 | 5558  | 6658 | 7071 | 8330 | 8566 | 8730 | 9848 | 10639 | 12612 | 7981(a) |
| 2356 | 3232 | 4298 | 5563  | 6659 | 7081 | 8331 | 8569 | 8731 | 9873 | 10640 | 12616 | 7981(b) |
| 2428 | 3279 | 4305 | 5569  | 6663 | 7099 | 8333 | 8570 | 8736 | 9876 | 10642 | 12617 | 8502(a) |
| 2462 | 3291 | 4306 | 5581  | 6678 | 7392 | 8336 | 8571 | 8737 | 9914 | 10643 | 12618 | 8502(b) |
| 2464 | 3292 | 4307 | 5582  | 6697 | 7429 | 8366 | 8572 | 8738 | 9919 | 10644 | 12619 | 8529(b) |
| 2468 | 3404 | 4331 | 5881  | 6709 | 7464 | 8368 | 8573 | 8739 | 9930 | 10645 | 12646 | 9873(a) |
| 2471 | 3717 | 4339 | 5882  | 6730 | 7485 | 8369 | 8575 | 8740 | 9946 | 10646 | 12647 | 9873(b) |
| 2474 | 3746 | 4542 | 5884  | 6731 | 7490 | 8402 | 8576 | 8783 | 9951 | 10656 | 12649 | |
| 2475 | 3749 | 4547 | 5888  | 6788 | 7491 | 8403 | 8577 | 8784 | 9952 | 10657 | 12655 | |
| 2477 | 3751 | 4556 | 5928  | 6791 | 7503 | 8423 | 8578 | 8786 | 10011 | 10658 | 12910 | |
| 2478 | 3752 | 4560 | 5931  | 6798 | 7510 | 8424 | 8580 | 8787 | 10075 | 10659 | 12911 | |
| 2564 | 3760 | 4569 | 6111  | 6815 | 7512 | 8434 | 8581 | 8908 | 10083 | 10662 | 12930 | |
| 2587 | | | | | | | | | | | | |

---

* Pharmacia's January log contained two different entries for document 4629, including descriptions.