# EXHIBIT 15

**EXHIBIT 15: Entries With No Author or Recipient - Supersedes EXHIBIT G in Opening Brief**

Total = 235

| | | | | | |
|---|---|---|---|---|---|
| 265 | 8333 | 11503 | 12404 | 12723 | 13317 |
| 2064 | 8334 | 11504 | 12411 | 12724 | 13404 |
| 2607 | 8336 | 11505 | 12413 | 12725 | 13421 |
| 3045 | 8337 | 11506 | 12423 | 12726 | 13422 |
| 3051 | 8351 | 11507 | 12427 | 12727 | 13423 |
| 3061 | 8352 | 11508 | 12525 | 12728 | 13426 |
| 4009 | 8366 | 11509 | 12534 | 12729 | 13428 |
| 4021 | 8378 | 11518 | 12535 | 12730 | 13537 |
| 4228 | 8401 | 11519 | 12583 | 12731 | 13538 |
| 6111 | 8402 | 11522 | 12586 | 12732 | 13540 |
| 6216 | 8403 | 11523 | 12587 | 12733 | 13541 |
| 6499 | 8407 | 11524 | 12588 | 12734 | 13543 |
| 6569 | 8410 | 11566 | 12589 | 12735 | 13544 |
| 6602 | 8414 | 11567 | 12590 | 12736 | 13555 |
| 6603 | 8423 | 11661 | 12591 | 12737 | 13718 |
| 6626 | 8424 | 11662 | 12592 | 12738 | 13765 |
| 6808 | 8425 | 11663 | 12593 | 12739 | 13825 |
| 6809 | 8426 | 11732 | 12594 | 12740 | 13839 |
| 6810 | 8434 | 11735 | 12596 | 12741 | 14032 |
| 6813 | 8435 | 11842 | 12597 | 12742 | 14037 |
| 7045 | 8436 | 11845 | 12598 | 12743 | 14038 |
| 7099 | 8437 | 11846 | 12599 | 12744 | 14039 |
| 7438 | 8443 | 11873 | 12600 | 12745 | 14040 |
| 7485 | 8457 | 11878 | 12601 | 12818 | 14041 |
| 8292 | 8591 | 11948 | 12602 | 12922 | 14042 |
| 8302 | 8633 | 11965 | 12603 | 12930 | |
| 8303 | 8667 | 11997 | 12604 | 13028 | |
| 8305 | 8684 | 12065 | 12605 | 13029 | |
| 8307 | 8685 | 12068 | 12607 | 13030 | |
| 8308 | 8795 | 12069 | 12611 | 13134 | |
| 8313 | 9088 | 12233 | 12612 | 13139 | |
| 8314 | 9640 | 12234 | 12615 | 13199 | |
| 8317 | 9646 | 12235 | 12616 | 13200 | |
| 8318 | 9743 | 12236 | 12617 | 13203 | |
| 8321 | 10081 | 12306 | 12618 | 13271 | |
| 8322 | 10249 | 12311 | 12619 | 13297 | |
| 8323 | 10281 | 12394 | 12655 | 13299 | |
| 8324 | 10616 | 12395 | 12662 | 13312 | |
| 8326 | 10644 | 12400 | 12671 | 13313 | |
| 8329 | 10645 | 12401 | 12688 | 13314 | |
| 8330 | 11484 | 12402 | 12706 | 13315 | |
| 8331 | 11502 | 12403 | 12713 | 13316 | |