# EXHIBIT 16

**EXHIBIT 16**: Entries Challenged as Public Domain Documents - Supersedes **EXHIBIT H** in Opening Brief

Total = 28

| | |
|---|---|
| 22 | 10059 |
| 23 | 10531 |
| 2744 | 11497 |
| 2809 | 12408 |
| 2943 | 12671 |
| 3054 | 12790 |
| 3181 | 12806 |
| 3182 | 13898 |
| 7156 | 14037 |
| 8803 | 14038 |
| 9116 | 14039 |
| 9399 | |
| 9692 | |
| 9693 | |
| 9694 | |
| 9695 | |
| 9696 | |