IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SICOR INC. and )<br>SICOR PHARMACEUTICALS, INC., )<br>)<br>Defendants. ) | C.A. No. 04-833-KAJ |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Paul S. Tully, to represent Pharamcia & Upjohn Company in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
 *Attorneys for Plaintiff*
 *Pharmacia & Upjohn Company LLC*

February 20, 2006

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____     _____
                                    United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SICOR INC. and )<br>SICOR PHARMACEUTICALS, INC., )<br>)<br>Defendants. )<br>) | C.A. No. 04-833-KAJ |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: /s/ Paul Tully

Date: 2/15/06

Paul S. Tully, PhD
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Telephone:   (312) 913-0001
Facsimile:   (312) 913-0002

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on February 20, 2006 I electronically filed **Motion and Order for Admission Pro Hac Vice of Paul S. Tully** with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>ASHBY & GEDDES

I also certify that copies were caused to be served on February 20, 2006 upon the following in the manner indicated:

### BY HAND

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>Wilmington, DE 19801

### BY FEDERAL EXPRESS

>Reid L. Ashinoff, Esquire
>David R. Baum, Esquire
>Sonnenschein Nath & Rosenthal LLP
>1221 Avenue of the Americas
>New York, NY 10020

>Jordan Sigale, Esquire
>Sonnenschein Nath & Rosenthal LLP
>8000 Sears Tower
>Chicago, IL 60606

>/s/ Maryellen Noreika
>MNorieka (#3208)
>mnoreika@mnat.com