IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 04-833-KAJ |
| v. ) | |
| ) | |
| SICOR INC. and SICOR ) | |
| PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, please take notice that Daniel Celander, Esquire, formerly of Sonnenschein Nath & Rosenthal LLP, counsel for defendants Sicor Inc. and Sicor Pharmaceuticals, Inc. in the above action (collectively "Sicor"), hereby withdraws from this case, effective immediately. Sonnenschein Nath & Rosenthal LLP shall continue to represent Sicor, and Ashby & Geddes shall continue to represent Sicor as a Delaware counsel in this action.

ASHBY & GEDDES

/s/ *John G. Day*

Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

Reid L. Ashinoff
Michael S. Gugig
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
Phone: (212) 768-6700
Facsimile: (212) 768-6800

Dated: March 1, 2006
167146.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2006, the attached **NOTICE OF WITHDRAWAL OF COUNSEL** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | HAND DELIVERY |
| Joshua R. Rich, Esquire<br>McDonnell Boehnen Hulbert & Berghoff<br>300 South Wacker Drive<br>Suite 3200<br>Chicago, IL 60606 | VIA FEDERAL EXPRESS |

*/s/ John G. Day*
_____
John G. Day