IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Civil Action No. 04-833 (KAJ) <br> ) <br> SICOR INC. AND SICOR ) <br> PHARMACEUTICALS, INC., ) <br> ) <br> Defendants. ) | |

## ORDER

At Wilmington this **8th** day of **March, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **March 9, 2006 at 1:00 p.m.** with the undersigned. **Counsel for Defendants shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

*/s/ Kent A. Jordan*
UNITED STATES DISTRICT JUDGE