IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 04-833 (KAJ) |
| SICOR INC. AND SICOR | ) | |
| PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this 9th day of **March, 2006**,

For the reasons set forth by the Court during the teleconference today,

IT IS ORDERED that Pharmacia's motion to strike defendants' inequitable conduct affirmative defense and dismiss defendants' inequitable counterclaim count (D.I. 55) is DENIED; Defendants' motion for leave to amend their amended counterclaim for inequitable conduct (D.I. 92) is GRANTED.

UNITED STATES DISTRICT JUDGE