# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

March 16, 2006

The Honorable Kent A. Jordan               VIA ELECTRONIC FILING
United States District Court
844 King Street
Wilmington, DE  19801

Re:    *Pharmacia & Upjohn Company v. Sicor Inc. and Sicor Pharmaceuticals Inc.*
       C.A. No. 04-833-KAJ

Dear Judge Jordan:

   I am writing on behalf of the defendants (collectively, "Sicor") in the above action, in connection with Your Honor's request during the March 9, 2006 teleconference that Sicor either file a motion to amend its pleadings, or a stipulation permitting the proposed amendment, by today.

   I am pleased to report that my co-counsel, Mr. Sigale, and plaintiff's counsel, Mr. Boehnen, did reach agreement today on terms pursuant to which Sicor will be able to amend its pleadings with plaintiff's consent and without need to burden the Court with further motion practice. However, I have been unable to reach Mr. Boehnen to approve the language of our proposed stipulated order, so I have not been able to file the document today as planned and instead will need to do so tomorrow. Since the Court has closed for the day and I no longer can confer with Your Honor's staff by telephone, I am electronically filing this letter so that by today's deadline I at least will have alerted the Court as to our status and will have sought Your Honor's indulgence in connection with a slightly later filing than anticipated.

                                         Respectfully,

                                         */s/ Steven J. Balick*

                                         Steven J. Balick (I.D. #2114)

SJB/dmf
167723.1

cc:    Maryellen Noreika, Esquire (via electronic mail)
       Daniel A. Boehnen, Esquire (via electronic mail)
       Reid L. Ashinoff, Esquire (via electronic mail)