IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 04-833-KAJ |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) ) | |

**RULE 30(b)(6) NOTICE OF DEPOSTION
REGARDING DEFENDANTS' AMENDED COUNTERCLAIMS**

To:   Steven J. Balick
      John G. Day
      ASHBY & GEDDES
      222 Delaware Avenue
      Wilmington, DE  19801

      Jordan A. Sigale
      SONNENSCHEIN NATH & ROSENTHAL LLP
      7800 Sears Tower
      233 S. Wacker Drive
      Chicago, IL  60606

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Pharmacia & Upjohn Company LLC ("Pharmacia") shall take the deposition of Defendants Sicor Inc. and SICOR Pharmaceuticals, Inc. (collectively, "Sicor") through the individuals Sicor designates to testify on its behalf with respect to the subjects set forth in Exhibit 1.  The deposition will commence at 9:00 a.m. on March 27, 2006 at the offices of Morris Nichols Arsht & Tunnell LLP, 1201 N. Market Street, Wilmington, Delaware, or at such other time and place as the parties may agree.

The testimony obtained pursuant to this Notice of Deposition shall be used for any and all appropriate purposes under the Federal Rules of Civil Procedure. The deposition will be recorded by stenographic and/or videographic means and will take place before a Notary Public or other officer duly authorized to administer oaths.

You are invited to attend and cross-examine.

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ James W. Parrett, Jr.*
                                      _____
                                      Jack B. Blumenfeld (#1014)
                                      Maryellen Noreika (#3208)
                                      James W. Parrett, Jr. (#4292)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899-1347
                                      (302) 658-9200
                                      *Attorneys for Plaintiff*
                                      *Pharmacia & Upjohn Company, LLC*

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
McDONNELL BOEHNEN
  HULBERT & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001

March 17, 2006
511922

## **EXHIBIT 1**

All definitions of terms set forth in Plaintiff's prior interrogatories and document requests are incorporated herein by reference as though set forth here in full.

The subjects of inquiry for the deposition shall include:

1. The allegations of inequitable conduct that were added to the pleadings by virtue of Sicor's Second Amended Answer To First Amended Complaint, Counterclaim And Demand For Jury Trial.

2. Any and all alleged facts underlying the allegations of inequitable conduct that were added to the pleadings by virtue of Sicor's Second Amended Answer To First Amended Complaint, Counterclaim And Demand For Jury Trial.

3. Any and all documents allegedly supporting the allegations of inequitable conduct that were added to the pleadings by virtue of Sicor's Second Amended Answer To First Amended Complaint, Counterclaim And Demand For Jury Trial, including but not limited to any and all purported contents of such documents.

4. Any and all persons allegedly involved in the allegations of inequitable conduct that were added to the pleadings by virtue of Sicor's Second Amended Answer To First Amended Complaint, Counterclaim And Demand For Jury Trial, including but not limited to any and all purported activities of such persons.

5. The location and nature of documents that may contain any information relating to topics 1-4 set forth above, including any information that is maintained in electronic form.

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> ASHBY & GEDDES

I also certify that copies were caused to be served on March 17, 2006, upon the following in the manner indicated:

### BY HAND

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> Wilmington, DE  19801

### BY FACSIMILE

> Jordan A. Sigale, Esquire
> SONNENSCHEIN NATH & ROSENTHAL LLP
> 7800 Sears Tower
> 233 S. Wacker Drive
> Chicago, IL  60606

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)
jparrett@mnat.com

511922