IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-833-KAJ |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATED ORDER

WHEREAS, Defendants Sicor, Inc. and SICOR Pharmaceuticals, Inc. (collectively "Sicor") wish to file a Second Amended Answer, Counterclaim and Demand for Jury Trial in the form attached hereto as Exhibit A (the "Revised Second Amended Counterclaim");

WHEREAS, this Court granted Sicor's prior motion to file a Second Amended Answer, Counterclaim and Demand for Jury Trial on March 9, 2006 (the "Initial Second Amended Counterclaim"); and

WHEREAS, Plaintiff ("Pharmacia") does not agree with the assertions of inequitable conduct or the characterizations of events in the Initial Second Amended Counterclaim or the Revised Second Amended Counterclaim, but does not oppose Sicor's filing of its Revised Second Amended Counterclaim,

NOW THEREFORE THE PARTIES AGREE, subject to the approval and order of the Court: (1) that Sicor may file the Revised Second Amended Counterclaim attached hereto as Exhibit A (a black-lined version comparing the Revised Second Amended Counterclaim and the

Initial Second Amended Counterclaim is attached as Exhibit B); (2) Pharmacia may serve 3 new document requests, 3 new interrogatories, and 10 new requests for admission directed at the new allegations contained in Sicor's Revised Second Amended Counterclaim not previously set forth in Sicor's Initial Second Amended Counterclaim; and (3) nothing in this stipulation shall be interpreted to limit or expand Sicor's right to seek discovery concerning its counterclaims and other matters, and Sicor specifically reserves such rights.

| MORRIS NICHOLS ARSHT & TUNNELL | ASHBY & GEDDES |
|---|---|
| */s/ Maryellen Noreika* | */s/ Steven J. Balick* |
| _____ | _____ |
| Jack B. Blumenfeld (I.D. #1014) | Steven J. Balick (I.D. #2114) |
| Maryellen Noreika (I.D. #3208) | John G. Day (I.D. #2403) |
| 1201 North Market Street | Tiffany Geyer Lydon (I.D. #3950) |
| P.O. Box 1347 | 222 Delaware Avenue, 17th Floor |
| Wilmington, DE 19899 | P.O. Box 1150 |
| 302-575-7282 | Wilmington, DE 19899 |
|  | 302-654-1888 |
| *Attorneys for Plaintiff* |  |
|  | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2006.

     _____
     United States District Judge

167720.1