# DOCUMENT UNDER SEAL