IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-833-KAJ |
| ) | |
| SICOR INC. and ) | |
| SICOR PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Pharmacia & Upjohn's Fourth Set of Interrogatories (Inequitable Conduct Contentions) were caused to be served on March 27, 2006 upon the following in the manner indicated:

**BY HAND**

Steven J. Balick
John G. Day
ASHBY & GEDDES
222 Delaware Avenue
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Reid L. Ashinoff, Esquire
David R. Baum, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

Jordan Sigale, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
Chicago, IL 60606

                                      MORRIS, NICHOLS, ARSHT & TUNNELL

                                      */s/ Maryellen Noreika (#3208)*

                                      _____
                                      Jack B. Blumenfeld (#1014)
                                      Maryellen Noreika (#3208)
                                      James W. Parrett, Jr. (#4292)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899-1347
                                      (302) 658-9200
                                        *Attorneys for Plaintiff*
                                          *Pharmacia & Upjohn Company, LLC*

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
MCDONNELL BOEHNEN HULBERT
  & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001

March 27, 2006
489626

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2006, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Balick
>John G. Day
>ASHBY & GEDDES

I also certify that copies were caused to be served on March 27, 2006, upon the following in the manner indicated:

>**BY HAND**
>
>Steven J. Balick
>John G. Day
>ASHBY & GEDDES
>222 Delaware Avenue
>Wilmington, DE  19801
>
>**BY FEDERAL EXPRESS**
>
>Reid L. Ashinoff, Esquire
>David R. Baum, Esquire
>Sonnenschein Nath & Rosenthal LLP
>1221 Avenue of the Americas
>New York, NY  10020
>
>Jordan Sigale, Esquire
>Sonnenschein Nath & Rosenthal LLP
>8000 Sears Tower
>Chicago, IL  60606

>*/s/ Maryellen Noreika*
>Maryellen Noreika (#3208)
>mnoreika@mnat.com

489626