IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-833-KAJ |
| SICOR, INC. and SICOR PHARMACEUTICALS, INC., | : |
| Defendants. | : |

## ORDER

At Wilmington this **26th** day of **April, 2006**.

IT IS ORDERED that local counsel for the parties are to advise the Magistrate Judge via email on or before **Monday, June 26, 2006,** whether the parties intend to proceed with mediation on September 20, 2006, the date tentatively reserved. If the Court is not advised of the parties' intent on or before June 26, 2006, then it will be assumed that the date is no longer reserved for this matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE