IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 04-833 (KAJ) |
| SICOR INC. AND SICOR PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 5th day of **May, 2006**,

IT IS ORDERED that the hearing for claim construction and summary judgment presently set for **May 26, 2006 at 9:30 a.m.** is hereby rescheduled to **July 20, 2006 at 9:30 a.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

                                                                                               _____
UNITED STATES DISTRICT JUDGE