# EXHIBIT A

## Rich, Joshua

---

**From:**    Rich, Joshua

**Sent:**    Friday, May 05, 2006 12:13 PM

**To:**    Ashinoff, Reid L.

**Cc:**    'Sigale, Jordan A.'; Boehnen, Daniel; Tully, Paul; JDay; 'Maryellen Noreika'

**Subject:** Pharmacia v. Sicor: Deposition of Marvin Samson

Reid,

As you know, we requested that Sicor provide Marvin Samson for continued deposition prior to the close of discovery on the record of the deposition of Wesley Fach. Mr. Fach was unable to provide testimony regarding Mr. Samson's receipt and review of documents that Judge Jordan compelled Sicor to produce over an unfounded claim of privilege. At Mr. Samson's deposition, you had indicated that "I agree that if you -- if the judge ultimately allows this or other documents to be produced to you or to be utilized in questioning, which he believes we do not have the right to assert a privilege or work product for, I won't claim that you waived the right to ask those questions . . . ." Samson transcript, p. 261. We therefore believe that there is no good faith basis for Sicor not providing Mr. Samson for additional testimony.

You have not responded to our request, for which we requested a response by yesterday. Thus, unless we hear from you by the close of business today, we will assume that you have changed your position and will not present Mr. Samson voluntarily to resume his deposition.

In addition, we have noted that Sicor submitted a letter to the Court regarding the Italian Hague Convention testimony. In our quick review, however, we have noted at least two material factual inaccuracies. First, Sicor has misrepresented Pharmacia's counsel's availability to the Court. Jordan Sigale contacted us with two weeks of availability; we responded that we were available at any time before the close of discovery and proposed approaching the commissioner with at least the weeks of May 8 and May 15. Because of scheduling conflicts, Jordan was available only the week of May 15. Second, the Italian commissioner did not indicate that Mr. Oldani was not available until the first week of June; rather, she indicated that she had not been able to contact him immediately.

Under these circumstances, we believe that Sicor's duties as an officer of the Court would require Sicor to withdraw its letter or indicate to the Court that there are material misstatements of fact in the letter. Pharmacia requests that Sicor do so by the close of business today.

Please feel free to contact us if you have any questions.

Joshua R. Rich
MBHB
312.913.2133
rich@mbhb.com

# EXHIBIT B

## Rich, Joshua

| | |
|---|---|
| **From:** | Ashinoff, Reid L. [rashinoff@sonnenschein.com] |
| **Sent:** | Friday, May 05, 2006 4:29 PM |
| **To:** | Rich, Joshua |
| **Cc:** | Sigale, Jordan A.; Boehnen, Daniel; Tully, Paul; JDay; Maryellen Noreika |
| **Subject:** | RE: Pharmacia v. Sicor: Deposition of Marvin Samson |

Mr. Rich,
  Your e-mail suggesting that Mr. Day's letter to Judge Jordan is inaccurate as to Pharmacia's counsel's schedule is not correct, but more importantly it is not relevant.  The problem has been that there was no week in May that worked for both Ms. Racca and all of the Italian inventors who need to be deposed, and she has offered only the week of June 5, as to which it is still not yet clear that all of the inventors can be made available that week. As you were also advised by Ms. Racca, Mr. Gatti is out of the country for the entirety of May, and Mr. Oldani also was not offered for any date in May. This problem is out of our control and not of Sicor's doing.
  With respect to your request to redepose Mr. Samson on the documents which Judge Jordan had not yet ordered produced when you took his deposition previously, we agree to provide Mr. Samson for a deposition limited to those additional materials.  Next week I can contact Mr. Samson and we can talk about mutually convenient dates and times.
  Sincerely,
  Reid Ashinoff


Reid L. Ashinoff
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York NY 10020
(212) 768 - 6730
Fax (212) 768 - 6813


        -----Original Message-----
        **From:** Rich, Joshua [mailto:rich@mbhb.com]
        **Sent:** Friday, May 05, 2006 1:13 PM
        **To:** Ashinoff, Reid L.
        **Cc:** Sigale, Jordan A.; Boehnen, Daniel; Tully, Paul; JDay; Maryellen Noreika
        **Subject:** Pharmacia v. Sicor: Deposition of Marvin Samson

        Reid,

        As you know, we requested that Sicor provide Marvin Samson for continued deposition prior to the close of discovery on the record of the deposition of Wesley Fach.  Mr. Fach was unable to provide testimony regarding Mr. Samson's receipt and review of documents that Judge Jordan compelled Sicor to produce over an unfounded claim of privilege.  At Mr. Samson's deposition, you had indicated that "I agree that if you -- if the judge ultimately allows this or other documents to be produced to you or to be utilized in questioning, which he believes we do not have the right to assert a privilege or work product for, I won't claim that you waived the right to ask those questions . . . ."  Samson transcript, p. 261.  We therefore believe that there is no good faith basis for Sicor not providing Mr. Samson for additional testimony.

        You have not responded to our request, for which we requested a response by yesterday.  Thus, unless we hear from you by the close of business today, we will assume that you have changed your position and will not present Mr. Samson voluntarily to resume his deposition.

        In addition, we have noted that Sicor submitted a letter to the Court regarding the Italian Hague Convention

testimony. In our quick review, however, we have noted at least two material factual inaccuracies. First, Sicor has misrepresented Pharmacia's counsel's availability to the Court. Jordan Sigale contacted us with two weeks of availability; we responded that we were available at any time before the close of discovery and proposed approaching the commissioner with at least the weeks of May 8 and May 15. Because of scheduling conflicts, Jordan was available only the week of May 15. Second, the Italian commissioner did not indicate that Mr. Oldani was not available until the first week of June; rather, she indicated that she had not been able to contact him immediately.

Under these circumstances, we believe that Sicor's duties as an officer of the Court would require Sicor to withdraw its letter or indicate to the Court that there are material misstatements of fact in the letter. Pharmacia requests that Sicor do so by the close of business today.

Please feel free to contact us if you have any questions.

Joshua R. Rich
MBHB
312.913.2133
rich@mbhb.com

--------------------------------------------------------------------------

CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

IRS CIRCULAR 230 DISCLOSURE:
Any Federal tax advice contained herein is not written to be used for, and the recipient and any subsequent reader cannot use such advice for, the purpose of avoiding any penalties asserted under the Internal Revenue Code. If the foregoing contains Federal tax advice and is distributed to a person other than the addressee, each additional and subsequent reader hereof is notified that such advice should be considered to have been written to support the promotion or marketing of the transaction or matter addressed herein. In that event, each such reader should seek advice from an independent tax advisor with respect to the transaction or matter addressed herein based on the reader's particular circumstances.
--------------------------------------------------------------------------

# EXHIBIT C

## Rich, Joshua

| | |
|---|---|
| **From:** | Sigale, Jordan A. [jsigale@sonnenschein.com] |
| **Sent:** | Friday, April 21, 2006 2:40 PM |
| **To:** | Racca Elisabetta |
| **Cc:** | Sangiovanni, Paola; vfranchini@gop.it; Rich, Joshua; Boehnen, Daniel; Ashinoff, Reid L.; Gugig, Michael S. |
| **Subject:** | Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc. |

Dear Ms. Racca:

We hope you are well.  The parties have almost resolved the issue that previously postponed our depositions in November 2005.

Consequently, Sicor would like to take the testimony of Carlo Confalonieri, Gaetano Gatti, Diego Oldani and Giuseppe Bottoni the week of May 15th in Milan.  Please let us know if you need any further information. Otherwise, we wait to learn of the witnesses'  and your availability for that week.

Regards,

Jordan Sigale
Counsel for Sicor

Joshua Rich
Counsel for Pharmacia & Upjohn LLC

--------------------------------------------------------------

CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

IRS CIRCULAR 230 DISCLOSURE:
Any Federal tax advice contained herein is not written to be used for, and the recipient and any subsequent reader cannot use such advice for, the purpose of avoiding any penalties asserted under the Internal Revenue Code. If the foregoing contains Federal tax advice and is distributed to a person other than the addressee, each additional and subsequent reader hereof is notified that such advice should be considered to have been written to support the promotion or marketing of the transaction or matter addressed herein. In that event, each such reader should seek advice from an independent tax advisor with respect to the transaction or matter addressed herein based on the reader's particular circumstances.

SONNENSCHEIN NATH & ROSENTHAL LLP
Visit us on the web at http://www.sonnenschein.com
--------------------------------------------------------------

# EXHIBIT D

**Rich, Joshua**

| | |
|---|---|
| **From:** | Sigale, Jordan A. [jsigale@sonnenschein.com] |
| **Sent:** | Thursday, April 27, 2006 7:57 AM |
| **To:** | Rich, Joshua |
| **Subject:** | Fw: R: Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc. |


Josh:

I have a dentist appointment at 8am this morning.  But we can try to call after 9:30.

Of course, June 5th is too late under the current schedule.

Unfortunately, the week of May 22nd won't work for me.  I have a final pre-trial
conference beginning late afternoon on 5/22 in Los Angeles.   I am also scheduled to speak
at the annual USC IP Seminar on 5/23 in the afternoon.  While I will find a substitute for
the USC event (if need be), as I am lead trial counsel in the case scheduled for pre-trial
conference on 5/22 my attendence there is mandatory and may bleed over into the morning of
5/23.  So, I couldn't schedule a flight to Italy until the afternoon of 5/23 at the
earliest.

Moreover, even if we started depositions on Thursday, May 25, Sicor will likely have to
seek to set aside the protective order that stopped the depositions of Dan Boehnen and
Emily Miao because I seriously doubt that even Dr Confalonieri will be able to answer all
of Sicor's questions with respect to the patent prosecution and the inequitable conduct
allegations.

So, this leaves me with a few questions (which I have not discussed with the rest of the
team or Sicor yet)

(1) does PNU now have better contacts with any of the four remaining inventors that we
could schedule their depositions without Ms Racca's assistance?

(2) would PNU be willing to allow the depositions of Mr Boehnen and Ms Miao to proceed
before the Italian inventors?

(3) Would PNU be willing to stipulate to filing Markman briefs on May 30, but moving
summary judgment filings 2-3 weeks to accomodate Ms Racca's schedule and the later
depositions of Mr Boehnen and Ms Miao? (Perhaps even only summary judgment motions for
inequitable conduct would need to be moved 2 weeks.)

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Racca Elisabetta
To: Sigale, Jordan A.; Rich, Joshua
CC: Sangiovanni, Paola; vfranchini@gop.it; Boehnen, Daniel; Ashinoff, Reid L.; Gugig,
Michael S.; Tully, Paul
Sent: Thu Apr 27 02:39:33 2006
Subject: R: Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc.

Good Morning,

yesterday I was out of office.

Today you can reach me any time at the following number + 39 347 42 90 090

The week of May 8, 2006 is too early. It is not possible to give such a short notice to
the witnesses.

I am available for the week of May 22 and the week of June 5.

Awaiting your comments,

Best Regards,

Elisabetta Racca

> -----Messaggio originale-----
> Da: Sigale, Jordan A. [SMTP:jsigale@sonnenschein.com]
> Inviato:  mercoledì 26 aprile 2006 16.08
> A:  Rich, Joshua; Racca Elisabetta
> Cc: Sangiovanni, Paola; vfranchini@gop.it; Boehnen, Daniel; Ashinoff, Reid L.; Gugig,
> Michael S.; Tully, Paul
> Oggetto:  RE: Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals,
> Inc.
>
>
> Ms. Racca:
>
> Mr. Rich and I attempted to call you in your office a few minutes ago.  Although it was
> a poor telephone connection, the receptionist was able to tell us you were out of the
> office.
>
>
> Is there a time you would be available to discuss deposition scheduling with Mr. Rich
> and I?
>
>
> Regards,
>
> Jordan A. Sigale
> SONNENSCHEIN NATH & ROSENTHAL LLP
> 8000 Sears Tower
> Chicago, Illinois 60606
> (312) 876-7391 (phone)
> (312) 876-7934 (fax)
>
>
> -----Original Message-----
> From: Rich, Joshua [mailto:rich@mbhb.com]
>
> Sent: Monday, April 24, 2006 8:01 AM
> To: Racca Elisabetta; Sigale, Jordan A.
> Cc: Sangiovanni, Paola; vfranchini@gop.it; Boehnen, Daniel; Ashinoff,
> Reid L.; Gugig, Michael S.; Tully, Paul
> Subject: RE: Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals,
> Inc.
>
> Ms. Racca,
>
> Thank you for your message.  Would the week of May 8, 2006 also be acceptable?  That
> week may be better for US counsel.
>
> Sincerely,
>
>
> Joshua R. Rich
> MBHB
> 312.913.2133
> rich@mbhb.com
>
> -----Original Message-----
> From: Racca Elisabetta [mailto:e.racca@ngpatent.it]
> Sent: Monday, April 24, 2006 3:18 AM
> To: Sigale, Jordan A.
> Cc: Sangiovanni, Paola; vfranchini@gop.it; Rich, Joshua; Boehnen, Daniel; Ashinoff, Reid
> L.; Gugig, Michael S.

> Subject: R: [SPAM] - Pharmacia & Upjohn Company LLC v. Sicor Inc. and
> Sicor Pharmaceuticals, Inc. - Bayesian Filter detected spam
>
> Dear Colleague,
>
> thank you for your message.
>
> The week of May 15, 2006 is a problem for me because I have many hearings that are
difficult to postpone.
>
> The week of May 22, would be perfect.
>
> Best Regards,
>
> Elisabetta Racca
> NOTARBARTOLO & GERVASI
> Corso di Porta Vittoria, 9
> 20122 Milan (Italy)
>
> tel.: +39 025417991
> fax: +39 0254179920
> e-mail: e.racca@ngpatent.it ; notage@ngpatent.it
>
>
>
> > -----Messaggio originale-----
> > Da:       Sigale, Jordan A. [SMTP:jsigale@sonnenschein.com]
> > Inviato:   venerdì 21 aprile 2006 21.40
> > A:        Racca Elisabetta
> > Cc:       Sangiovanni, Paola; vfranchini@gop.it; Rich, Joshua;
> Boehnen@mbhb.com; Ashinoff, Reid L.; Gugig, Michael S.
> > Oggetto:      [SPAM] - Pharmacia & Upjohn Company LLC v. Sicor Inc. and
> Sicor Pharmaceuticals, Inc. - Bayesian Filter detected spam
> >
>
> > Dear Ms. Racca:
>
> >
>
> > We hope you are well.  The parties have almost resolved the issue
> > that
> previously postponed our depositions in November 2005.
>
> >
>
> > Consequently, Sicor would like to take the testimony of Carlo
>
> > Confalonieri,
> Gaetano Gatti, Diego Oldani and Giuseppe Bottoni the week of May 15th in Milan.  Please
let us know if you need any further information.  Otherwise, we wait to learn of the
witnesses'  and your availability for that week.
> >
>
> > Regards,
> >
>
> > Jordan Sigale
> > Counsel for Sicor
> >
>
> > Joshua Rich
> > Counsel for Pharmacia & Upjohn LLC
> >
>
> > ---------------------------------------------------------
> > CONFIDENTIALITY NOTE:
> > This e-mail and any attachments are confidential and may be

```
> > protected
>
> > by
> legal privilege. If you are not the intended recipient, be aware that
> any disclosure, copying, distribution or use of this e-mail or any
> attachment is prohibited. If you have received this e-mail in error,
> please notify us immediately by returning it to the sender and delete
> this copy from your system. Thank you for your cooperation.>
> >
>
> > IRS CIRCULAR 230 DISCLOSURE:
> > Any Federal tax advice contained herein is not written to be used
> > for,
>
> > and
> the recipient and any subsequent reader cannot use such advice for, the purpose of
avoiding any penalties asserted under the Internal Revenue Code.
> If the foregoing contains Federal tax advice and is distributed to a person other than
the addressee, each additional and subsequent reader hereof is notified that such advice
should be considered to have been written to support the promotion or marketing of the
transaction or matter addressed herein. In that event, each such reader should seek advice
from an independent tax advisor with respect to the transaction or matter addressed herein
based on the reader's particular circumstances.
> >
>
> > SONNENSCHEIN NATH & ROSENTHAL LLP
> > Visit us on the web at http://www.sonnenschein.com
> > -----------------------------------------------------------
> >
>
>
> --------------------------------------------------------------------
> -
> CONFIDENTIALITY NOTE:
> This e-mail and any attachments are confidential and may be protected
> by legal privilege. If you are not the intended recipient, be aware
> that any disclosure, copying, distribution or use of this e-mail or
> any attachment is prohibited. If you have received this e-mail in
> error, please notify us immediately by returning it to the sender and
> delete this copy from your system. Thank you for your cooperation.
>
> SONNENSCHEIN NATH & ROSENTHAL LLP
> Visit us on the web at http://www.sonnenschein.com
> --------------------------------------------------------------------
> -
```

```
--------------------------------------------------------------------
CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution
or use of this e-mail or any attachment is prohibited. If you have received this e-mail in
error, please notify us immediately by returning it to the sender and delete this copy
from your system. Thank you for your cooperation.

SONNENSCHEIN NATH & ROSENTHAL LLP
Visit us on the web at http://www.sonnenschein.com
--------------------------------------------------------------------
```

**Rich, Joshua**

| | |
|---|---|
| **From:** | Sigale, Jordan A. [jsigale@sonnenschein.com] |
| **Sent:** | Thursday, May 04, 2006 8:38 AM |
| **To:** | Racca Elisabetta; Rich, Joshua |
| **Cc:** | Sangiovanni, Paola; vfranchini@gop.it; Boehnen, Daniel; Ashinoff, Reid L.; Gugig, Michael S.; Tully, Paul |
| **Subject:** | RE: Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc. - Bayesian Filter detected spam |

Ms. Racca -

Thank you for your efforts.  Mr. Rich and I will be together at a deposition today, so
hopefully we will be able to discuss the situation during a break.

In the meanwhile, you should know that I could not start depositions in Milan until the
late morning of June 7th because my eldest daughter's middle school graduation ceremony is
June 5th at 7pm.  So, so only the June 9th date for Mr. Oldani would work for me.

Regards,

Jordan.

-----Original Message-----
From: Racca Elisabetta [mailto:e.racca@ngpatent.it]

Sent: Thursday, May 04, 2006 4:17 AM
To: Sigale, Jordan A.; Rich, Joshua
Cc: Sangiovanni, Paola; vfranchini@gop.it; Boehnen, Daniel; Ashinoff, Reid L.; Gugig,
Michael S.; Tully, Paul
Subject: R: Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc. -
Bayesian Filter detected spam

Dear Colleagues,

Mr. Oldani is available for the days of June 5 and June 9 Mr. Gatti told me that ha is
available for the first week of June I am waiting for an answer from Mr. Bottini Mr.
Confalonieri is not available nor he will be

I assume that we can schedule the deposition for the first week of June.
Please inform if it is ok for you.

Thank you

Elisabetta Racca


------------------------------------------------------------------------
CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution
or use of this e-mail or any attachment is prohibited. If you have received this e-mail in
error, please notify us immediately by returning it to the sender and delete this copy
from your system. Thank you for your cooperation.

IRS CIRCULAR 230 DISCLOSURE:
Any Federal tax advice contained herein is not written to be used for, and the recipient
and any subsequent reader cannot use such advice for, the purpose of avoiding any
penalties asserted under the Internal Revenue Code.  If the foregoing contains Federal tax
advice and is distributed to a person other than the addressee, each additional and
subsequent reader hereof is notified that such advice should be considered to have been
written to support the promotion or marketing of the transaction or matter addressed

herein.  In that event, each such reader should seek advice from an independent tax
advisor with respect to the transaction or matter addressed herein based on the reader's
particular circumstances.
----------------------------------------------------------------------

# EXHIBIT E

## Rich, Joshua

| | |
|---|---|
| **From:** | Rich, Joshua |
| **Sent:** | Friday, April 21, 2006 1:44 PM |
| **To:** | 'Sigale, Jordan A.' |
| **Cc:** | Gugig, Michael S.; Steck, Jeff |
| **Subject:** | RE: Proposed email to Italian Referee |

Jordan,

We will be willing to work to make the week of May 15th work if it works for the commissioner and witnesses as well.  We understand that it is your strong preference and, despite it not being as convenient for us as the previous week, will defer to your desires.

Josh

---

**From:** Sigale, Jordan A. [mailto:jsigale@sonnenschein.com]
**Sent:** Friday, April 21, 2006 1:41 PM
**To:** Rich, Joshua
**Cc:** Gugig, Michael S.; Steck, Jeff
**Subject:** RE: Proposed email to Italian Referee

Josh:

Thank you for your prompt response and catching my misspelling of the commissioner's name.

Does this response mean that your team is okay with the week of the 15th if the witnesses are available?

Jordan.

---

**From:** Rich, Joshua [mailto:rich@mbhb.com]
**Sent:** Friday, April 21, 2006 1:20 PM
**To:** Sigale, Jordan A.
**Cc:** Gugig, Michael S.; Steck, Jeff
**Subject:** RE: Proposed email to Italian Referee

Jordan,

We will be in contact with Mike regarding any issues that remain in relation to the privilege log.  In the meantime, two small changes to the e-mail message:

(1) the commissioner's name is Racca, not Rocca.
(2) there should be an apostrophe after witnesses in the last sentence.

Josh

---

**From:** Sigale, Jordan A. [mailto:jsigale@sonnenschein.com]
**Sent:** Friday, April 21, 2006 11:45 AM
**To:** Rich, Joshua
**Cc:** Gugig, Michael S.

**Subject:** Proposed email to Italian Referee

Dear Joshua:

Thank you for checking on the week of May 15th for the Italian depositions.

In the meanwhile, I understand from speaking with Michael Gugig (after I spoke with you) that we have yet to receive PNU's revised privilege log. While we appreciate PNU's additional prosecution production both before Sicor filed its Motion to Compel and after, Sicor still needs to ensure that we have resolved all of the remaining privilege issues with Pharmacia's production. I believe that the privilege log would provide the basis for that evaluation.

I have set forth the language for the proposed email to the Italian Referee.

I look forward to hearing from you on these issues.

Regards,

Jordan.

_____

Dear Ms. Rocca:

We hope you are well. The parties have almost resolved the issue that previously postponed our depositions in November 2005.

Consequently, Sicor would like to take the testimony of Carlo Confalonieri, Gaetano Gatti, Diego Oldani and Giuseppe Bottoni the week of May 15th in Milan. Please let us know if you need any further information. Otherwise, we wait to learn of the witnesses and your availability for that week.

Regards,

Jordan Sigale
Counsel for Sicor

Joshua Rich
Counsel for Pharmacia & Upjohn LLC

-------------------------------------------------------------------------
CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected
by legal privilege. If you are not the intended recipient, be aware
that any disclosure, copying, distribution or use of this e-mail or any
attachment is prohibited. If you have received this e-mail in error,
please notify us immediately by returning it to the sender and delete
this copy from your system. Thank you for your cooperation.

SONNENSCHEIN NATH & ROSENTHAL LLP
Visit us on the web at http://www.sonnenschein.com
-------------------------------------------------------------------------

5/8/2006

Proposed Email to Harlan Reese                                    Page 3 of 3

---------------------------------------------------------------

CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

IRS CIRCULAR 230 DISCLOSURE:
Any Federal tax advice contained herein is not written to be used for, and the recipient and any subsequent reader cannot use such advice for, the purpose of avoiding any penalties asserted under the Internal Revenue Code. If the foregoing contains Federal tax advice and is distributed to a person other than the addressee, each additional and subsequent reader hereof is notified that such advice should be considered to have been written to support the promotion or marketing of the transaction or matter addressed herein. In that event, each such reader should seek advice from an independent tax advisor with respect to the transaction or matter addressed herein based on the reader's particular circumstances.

SONNENSCHEIN NATH & ROSENTHAL LLP
Visit us on the web at http://www.sonnenschein.com
---------------------------------------------------------------

5/8/2006

**Rich, Joshua**

| | |
|---|---|
| From: | Rich, Joshua |
| Sent: | Monday, April 24, 2006 8:01 AM |
| To: | 'Racca Elisabetta'; Sigale, Jordan A. |
| Cc: | Sangiovanni, Paola; vfranchini@gop.it; Boehnen, Daniel; Ashinoff, Reid L.; Gugig, Michael S.; Tully, Paul |
| Subject: | RE: Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc. |

Ms. Racca,

Thank you for your message.  Would the week of May 8, 2006 also be acceptable?  That week may be better for US counsel.

Sincerely,


Joshua R. Rich
MBHB
312.913.2133
rich@mbhb.com

-----Original Message-----
From: Racca Elisabetta [mailto:e.racca@ngpatent.it]
Sent: Monday, April 24, 2006 3:18 AM
To: Sigale, Jordan A.
Cc: Sangiovanni, Paola; vfranchini@gop.it; Rich, Joshua; Boehnen, Daniel; Ashinoff, Reid
L.; Gugig, Michael S.
Subject: R: [SPAM] - Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor
Pharmaceuticals, Inc. - Bayesian Filter detected spam

Dear Colleague,

thank you for your message.

The week of May 15, 2006 is a problem for me because I have many hearings that are difficult to postpone.

The week of May 22, would be perfect.

Best Regards,

Elisabetta Racca
NOTARBARTOLO & GERVASI
Corso di Porta Vittoria, 9
20122 Milan (Italy)

tel.: +39 025417991
fax: +39 0254179920
e-mail: e.racca@ngpatent.it ; notage@ngpatent.it


> -----Messaggio originale-----
> Da: Sigale, Jordan A. [SMTP:jsigale@sonnenschein.com]
> Inviato:  venerdì 21 aprile 2006 21.40
> A:  Racca Elisabetta
> Cc: Sangiovanni, Paola; vfranchini@gop.it; Rich, Joshua; Boehnen@mbhb.com; Ashinoff,
Reid L.; Gugig, Michael S.
> Oggetto:  [SPAM] - Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor
Pharmaceuticals, Inc. - Bayesian Filter detected spam
>
> Dear Ms. Racca:
>

1

> We hope you are well.  The parties have almost resolved the issue that previously
postponed our depositions in November 2005.
>
> Consequently, Sicor would like to take the testimony of Carlo Confalonieri, Gaetano
Gatti, Diego Oldani and Giuseppe Bottoni the week of May 15th in Milan.  Please let us
know if you need any further information.  Otherwise, we wait to learn of the witnesses'
and your availability for that week.
>
> Regards,
>
> Jordan Sigale
> Counsel for Sicor
>
> Joshua Rich
> Counsel for Pharmacia & Upjohn LLC
>
> -----------------------------------------------------------
> CONFIDENTIALITY NOTE:
> This e-mail and any attachments are confidential and may be protected by legal
privilege. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of this e-mail or any attachment is prohibited. If you have received
this e-mail in error, please notify us immediately by returning it to the sender and
delete this copy from your system. Thank you for your cooperation.
>
> IRS CIRCULAR 230 DISCLOSURE:
> Any Federal tax advice contained herein is not written to be used for, and the recipient
and any subsequent reader cannot use such advice for, the purpose of avoiding any
penalties asserted under the Internal Revenue Code. If the foregoing contains Federal tax
advice and is distributed to a person other than the addressee, each additional and
subsequent reader hereof is notified that such advice should be considered to have been
written to support the promotion or marketing of the transaction or matter addressed
herein. In that event, each such reader should seek advice from an independent tax advisor
with respect to the transaction or matter addressed herein based on the reader's
particular circumstances.
>
> SONNENSCHEIN NATH & ROSENTHAL LLP
> Visit us on the web at http://www.sonnenschein.com
> -----------------------------------------------------------
>

**Rich, Joshua**

| | |
|---|---|
| **From:** | Rich, Joshua |
| **Sent:** | Tuesday, April 25, 2006 8:50 AM |
| **To:** | 'Racca Elisabetta' |
| **Cc:** | 'Sigale, Jordan A.'; Boehnen, Daniel; Tully, Paul |

**Subject:** Pharmacia v. Sicor

Ms. Racca,

I write to follow up on my message of yesterday regarding your availability during the week of May 8, 2006. We have several impending deadlines in the case, and would like to know your schedule so we can attempt to accomodate all of them.

Thank you for your assistance,


Joshua R. Rich
MBHB
312.913.2133
rich@mbhb.com

# EXHIBIT F

**Rich, Joshua**

| | |
|---|---|
| **From:** | Racca Elisabetta [e.racca@ngpatent.it] |
| **Sent:** | Wednesday, May 03, 2006 2:49 AM |
| **To:** | Sigale, Jordan A.; Rich, Joshua |
| **Cc:** | Sangiovanni, Paola; vfranchini@gop.it; Boehnen, Daniel; Ashinoff, Reid L.; Gugig, Michael S.; Tully, Paul |
| **Subject:** | RE: Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc. - Bayesian Filter detected spam |

| | |
|---|---|
| **Follow Up Flag:** | Rispondere |
| **Flag Status:** | Flagged |

Dear All,

I called yesterday Mr. Confalonieri, Mr. Gatti and Mr. Bottoni.

Mr. Gatti informs that he will be in France until the end of May. He is therefore not available until the first week of June.

Dr. Bottoni is available for May 23 and 24.

Dr. Colfalonieri will not come to the deposition because he is seriously ill and cannot speak. His wife told me that she will send me as soon as possible a medical certificate stating that Mr. Confalonieri is not in the condition of giving a deposition. At the end of May he will start an experimental Therapy in the hospital.

Dr. Confalonieri is therefore not available now nor in the future.

I did not suceed in calling Mr. Oldani.

For the week of June 5 I am available. The week thereafter I am not available.

I await your comments.

I will be out of office today. I can be reached in the afternoon at the following number + 39 347 42 90 090.

Feel free to contact me

Regards,

Elisabetta Racca
NOTARBARTOLO & GERVASI
Corso di Porta Vittoria, 9
20122 Milan (Italy)

tel.: +39 025417991
fax: +39 0254179920
e-mail: e.racca@ngpatent.it ; notage@ngpatent.it


> -----Messaggio originale-----
> Da: Sigale, Jordan A. [SMTP:jsigale@sonnenschein.com]
> Inviato: venerdì 28 aprile 2006 17.18
> A: Racca Elisabetta; Rich, Joshua
> Cc: Sangiovanni, Paola; vfranchini@gop.it; Boehnen, Daniel; Ashinoff, Reid L.; Gugig, Michael S.; Tully, Paul
> Oggetto: [SPAM] - RE: Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc. - Bayesian Filter detected spam
>
>
> Ms. Racca:

1

> 
> Mr. Rich and I unsuccessfully tried to reach you this morning in your office and on your mobile phone. Sorry we missed you.
> 
> I am presently scheduled to be in court in Los Angeles at 4pm, May 22nd.  Given the nature of the court appearance I have to plan for the possibility it could continue into the next morning.  So, presently I could not plan to leave the US for Milan until the evening of May 23rd.  There is some possibility that the judge will change the conference date, in which case I could come to Milan earlier.
> 
> Mr. Rich indicated that he is available May 22-26.
> 
> 
> So, please contact the inventors to determine their availability for the week of May 22nd generally and let us know whether this will work.  There is a possibility that we will only need to take the depositions of Dr. Confalonieri and Dr. Gatti, so I would suggest that you focus on trying to schedule them for Thursday, May 25 and Friday, May 26 in case my court appearance goes forward.
> 
> We look forward to your earliest response.
> 
> Thank you,
> 
> Jordan Sigale
> 
> 
> 
> 
> -----Original Message-----
> From: Racca Elisabetta [mailto:e.racca@ngpatent.it]
> 
> Sent: Thursday, April 27, 2006 2:40 AM
> To: Sigale, Jordan A.; Rich, Joshua
> Cc: Sangiovanni, Paola; vfranchini@gop.it; Boehnen, Daniel; Ashinoff,
> Reid L.; Gugig, Michael S.; Tully, Paul
> Subject: R: Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc.
> 
> Good Morning,
> 
> yesterday I was out of office.
> 
> Today you can reach me any time at the following number + 39 347 42 90
> 090
> 
> The week of May 8, 2006 is too early. It is not possible to give such a short notice to the witnesses.
> 
> I am available for the week of May 22 and the week of June 5.
> 
> Awaiting your comments,
> 
> Best Regards,
> 
> Elisabetta Racca
> 
> > -----Messaggio originale-----
> > Da:       Sigale, Jordan A. [SMTP:jsigale@sonnenschein.com]
> > Inviato:       mercoledì 26 aprile 2006 16.08
> > A:       Rich, Joshua; Racca Elisabetta
> > Cc:       Sangiovanni, Paola; vfranchini@gop.it; Boehnen, Daniel; Ashinoff, Reid L.;
> Gugig, Michael S.; Tully, Paul
> > Oggetto:       RE: Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor
> Pharmaceuticals, Inc.
> > 
> > 
> > 
> >

```
> > Ms. Racca:
> >
>
> > Mr. Rich and I attempted to call you in your office a few minutes
> > ago.  Although it was a poor telephone connection, the receptionist
> > was able to tell us you were out of the office.>
>
> >
>
> >
>
> > Is there a time you would be available to discuss deposition scheduling with Mr. Rich
and I?
> >
>
> >
>
> > Regards,
> >
>
> > Jordan A. Sigale
> > SONNENSCHEIN NATH & ROSENTHAL LLP
> > 8000 Sears Tower
> > Chicago, Illinois 60606
> > (312) 876-7391 (phone)
> > (312) 876-7934 (fax)
> >
>
> >
>
> > -----Original Message-----
> > From: Rich, Joshua [mailto:rich@mbhb.com]
> >
>
> > Sent: Monday, April 24, 2006 8:01 AM
> > To: Racca Elisabetta; Sigale, Jordan A.
> > Cc: Sangiovanni, Paola; vfranchini@gop.it; Boehnen, Daniel;
> > Ashinoff, Reid L.; Gugig, Michael S.; Tully, Paul
> > Subject: RE: Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals,
Inc.
> >
>
> > Ms. Racca,
> >
>
> > Thank you for your message.  Would the week of May 8, 2006 also be acceptable?  That
week may be better for US counsel.
> >
>
> > Sincerely,
> >
>
> >
>
> > Joshua R. Rich
> > MBHB
> > 312.913.2133
> > rich@mbhb.com
> >
>
> > -----Original Message-----
> > From: Racca Elisabetta [mailto:e.racca@ngpatent.it]
> > Sent: Monday, April 24, 2006 3:18 AM
> > To: Sigale, Jordan A.
> > Cc: Sangiovanni, Paola; vfranchini@gop.it; Rich, Joshua; Boehnen, Daniel; Ashinoff,
Reid L.; Gugig, Michael S.
> > Subject: R: [SPAM] - Pharmacia & Upjohn Company LLC v. Sicor Inc.
```

```
> > and Sicor Pharmaceuticals, Inc. - Bayesian Filter detected spam
> >
>
> > Dear Colleague,
> >
>
> > thank you for your message.
> >
>
> > The week of May 15, 2006 is a problem for me because I have many hearings that are
difficult to postpone.
> >
>
> > The week of May 22, would be perfect.
> >
>
> > Best Regards,
> >
>
> > Elisabetta Racca
> > NOTARBARTOLO & GERVASI
> > Corso di Porta Vittoria, 9
> > 20122 Milan (Italy)
> >
>
> > tel.: +39 025417991
> > fax: +39 0254179920
> > e-mail: e.racca@ngpatent.it ; notage@ngpatent.it
> >
>
> >
>
> >
>
> > > -----Messaggio originale-----
> > > Da:    Sigale, Jordan A. [SMTP:jsigale@sonnenschein.com]
> > > Inviato:   venerdì 21 aprile 2006 21.40
> > > A:    Racca Elisabetta
> > > Cc:   Sangiovanni, Paola; vfranchini@gop.it; Rich, Joshua;
> > Boehnen@mbhb.com; Ashinoff, Reid L.; Gugig, Michael S.
> > > Oggetto:   [SPAM] - Pharmacia & Upjohn Company LLC v. Sicor Inc. and
> > Sicor Pharmaceuticals, Inc. - Bayesian Filter detected spam
> > >
> >
>
> > > Dear Ms. Racca:
> >
>
> > >
> >
>
> > > We hope you are well.  The parties have almost resolved the issue
> > > that
> > previously postponed our depositions in November 2005.
>
> >
>
> > >
> >
>
> > > Consequently, Sicor would like to take the testimony of Carlo
> >
>
> > > Confalonieri,
> > Gaetano Gatti, Diego Oldani and Giuseppe Bottoni the week of May 15th in Milan.
Please let us know if you need any further information.  Otherwise, we wait to learn of
the witnesses'  and your availability for that week.
```

```
> > >
> >
>
> > > Regards,
> > >
> >
>
> > > Jordan Sigale
> > > Counsel for Sicor
> > >
> >
>
> > > Joshua Rich
> > > Counsel for Pharmacia & Upjohn LLC
> > >
> >
>
> > > ------------------------------------------------------------
> > > CONFIDENTIALITY NOTE:
> > > This e-mail and any attachments are confidential and may be
> > > protected
> >
>
> > > by
> > legal privilege. If you are not the intended recipient, be aware
> > that any disclosure, copying, distribution or use of this e-mail or
> > any attachment is prohibited. If you have received this e-mail in
> > error, please notify us immediately by returning it to the sender
> > and delete this copy from your system. Thank you for your
> > cooperation.>
>
> > >
> >
>
> > > IRS CIRCULAR 230 DISCLOSURE:
> > > Any Federal tax advice contained herein is not written to be used
> > > for,
> >
>
> > > and
> > the recipient and any subsequent reader cannot use such advice for, the purpose of
avoiding any penalties asserted under the Internal Revenue Code.
> > If the foregoing contains Federal tax advice and is distributed to a person other than
the addressee, each additional and subse> quent reader hereof is notified that such advice
should be considered to have been written to support the promotion or marketing of the
transaction or matter addressed herein. In that event, each such reader should seek advice
from an independent tax advisor with respect to the transaction or matter addressed herein
based on the reader's particular circumstances.
> > >
> >
>
> > > SONNENSCHEIN NATH & ROSENTHAL LLP
> > > Visit us on the web at http://www.sonnenschein.com
> > > ------------------------------------------------------------
> > >
>
> >
>
> >
>
> > ------------------------------------------------------------------
> > ---
> > CONFIDENTIALITY NOTE:
> > This e-mail and any attachments are confidential and may be
> > protected by legal privilege. If you are not the intended recipient,
> > be aware that any disclosure, copying, distribution or use of this
> > e-mail or any attachment is prohibited. If you have received this
```

```
> > e-mail in error, please notify us immediately by returning it to the
> > sender and delete this copy from your system. Thank you for your cooperation.
> >
>
> > SONNENSCHEIN NATH & ROSENTHAL LLP
> > Visit us on the web at http://www.sonnenschein.com
> > --------------------------------------------------------------------
> > ---
>
> --------------------------------------------------------------------
> -
> CONFIDENTIALITY NOTE:
> This e-mail and any attachments are confidential and may be protected
> by legal privilege. If you are not the intended recipient, be aware
> that any disclosure, copying, distribution or use of this e-mail or
> any attachment is prohibited. If you have received this e-mail in
> error, please notify us immediately by returning it to the sender and
> delete this copy from your system. Thank you for your cooperation.
>
> SONNENSCHEIN NATH & ROSENTHAL LLP
> Visit us on the web at http://www.sonnenschein.com
> --------------------------------------------------------------------
> -
```

EXHIBIT G

## Rich, Joshua

| | |
|---|---|
| **From:** | Sigale, Jordan A. [jsigale@sonnenschein.com] |
| **Sent:** | Wednesday, May 03, 2006 12:59 PM |
| **To:** | Racca Elisabetta; Rich, Joshua |
| **Cc:** | Sangiovanni, Paola; vfranchini@gop.it; Boehnen, Daniel; Ashinoff, Reid L.; Gugig, Michael S.; Tully, Paul |
| **Subject:** | RE: Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc. - Bayesian Filter detected spam |

Ms. Racca -

Thank you for your response.  Mr. Rich and I were not available to call you together today.  Please let us know whether Dr. Bottoni is also available the first chtime in June and keep trying Mr. Oldani to inquire about the same week in June.


Thank you for your efforts,

Jordan.

-----Original Message-----
From: Racca Elisabetta [mailto:e.racca@ngpatent.it]

Sent: Wednesday, May 03, 2006 2:49 AM
To: Sigale, Jordan A.; Rich, Joshua
Cc: Sangiovanni, Paola; vfranchini@gop.it; Boehnen, Daniel; Ashinoff, Reid L.; Gugig, Michael S.; Tully, Paul
Subject: RE: Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc. - Bayesian Filter detected spam

Dear All,

I called yesterday Mr. Confalonieri, Mr. Gatti and Mr. Bottoni.

Mr. Gatti informs that he will be in France until the end of May. He is therefore not available until the first week of June.

Dr. Bottoni is available for May 23 and 24.

Dr. Colfalonieri will not come to the deposition because he is seriously ill and cannot speak. His wife told me that she will send me as soon as possible a medical certificate stating that Mr. Confalonieri is not in the condition of giving a deposition. At the end of May he will start an experimental Therapy in the hospital.

Dr. Confalonieri is therefore not available now nor in the future.

I did not suceed in calling Mr. Oldani.

For the week of June 5 I am available. The week thereafter I am not available.

I await your comments.

I will be out of office today. I can be reached in the afternoon at the following number

+ 39 347 42 90 090.

Feel free to contact me

Regards,

Elisabetta Racca
NOTARBARTOLO & GERVASI

Corso di Porta Vittoria, 9
20122 Milan (Italy)

tel.: +39 025417991
fax: +39 0254179920
e-mail: e.racca@ngpatent.it ; notage@ngpatent.it


> -----Messaggio originale-----
> Da: Sigale, Jordan A. [SMTP:jsigale@sonnenschein.com]
> Inviato:  venerdì 28 aprile 2006 17.18
> A:  Racca Elisabetta; Rich, Joshua
> Cc: Sangiovanni, Paola; vfranchini@gop.it; Boehnen, Daniel; Ashinoff, Reid L.; Gugig,
Michael S.; Tully, Paul
> Oggetto:  [SPAM] - RE: Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor
Pharmaceuticals, Inc. - Bayesian Filter detected spam
>

>

> Ms. Racca:
>

> Mr. Rich and I unsuccessfully tried to reach you this morning in your office and on your
mobile phone. Sorry we missed you.
>

> I am presently scheduled to be in court in Los Angeles at 4pm, May 22nd.  Given the
nature of the court appearance I have to plan for the possibility it could continue into
the next morning.  So, presently I could not plan to leave the US for Milan until the
evening of May 23rd.  There is some possibility that the judge will change the conference
date, in which case I could come to Milan earlier.
>

> Mr. Rich indicated that he is available May 22-26.

>

>

> So, please contact the inventors to determine their availability for the week of May
22nd generally and let us know whether this will work.  There is a possibility that we
will only need to take the depositions of Dr. Confalonieri and Dr. Gatti, so I would
suggest that you focus on trying to schedule them for Thursday, May 25 and Friday, May 26
in case my court appearance goes forward.
>

> We look forward to your earliest response.
>

> Thank you,
>

> Jordan Sigale
>

>

>

>

> -----Original Message-----
> From: Racca Elisabetta [mailto:e.racca@ngpatent.it]
>

> Sent: Thursday, April 27, 2006 2:40 AM

>

> To: Sigale, Jordan A.; Rich, Joshua
> Cc: Sangiovanni, Paola; vfranchini@gop.it; Boehnen, Daniel; Ashinoff,
> Reid L.; Gugig, Michael S.; Tully, Paul
> Subject: R: Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc.
>
> Good Morning,
>
> yesterday I was out of office.
>
> Today you can reach me any time at the following number + 39 347 42 90
> 090
>
> The week of May 8, 2006 is too early. It is not possible to give such a short notice to
the witnesses.
>
> I am available for the week of May 22 and the week of June 5.
>
> Awaiting your comments,
>
> Best Regards,
>
> Elisabetta Racca
>
> > -----Messaggio originale-----
> > Da:       Sigale, Jordan A. [SMTP:jsigale@sonnenschein.com]
> > Inviato:       mercoledì 26 aprile 2006 16.08
> > A:       Rich, Joshua; Racca Elisabetta
> > Cc:       Sangiovanni, Paola; vfranchini@gop.it; Boehnen, Daniel; Ashinoff, Reid L.;
Gugig, Michael S.; Tully, Paul
> > Oggetto:       RE: Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor
Pharmaceuticals, Inc.
> >
>
> >
>
> > Ms. Racca:
> >
>
> > Mr. Rich and I attempted to call you in your office a few minutes
> > ago.  Although it was a poor telephone connection, the receptionist
> > was able to tell us you were out of the office.>
>
> >
>
> >
>
> > Is there a time you would be available to discuss deposition scheduling with Mr. Rich
and I?
> >
>

```
> >
>

> > Regards,
> >
>

> > Jordan A. Sigale
> > SONNENSCHEIN NATH & ROSENTHAL LLP
> > 8000 Sears Tower
> > Chicago, Illinois 60606
> > (312) 876-7391 (phone)
> > (312) 876-7934 (fax)
> >
>

> >
>

> > -----Original Message-----
> > From: Rich, Joshua [mailto:rich@mbhb.com]
> >
>

> > Sent: Monday, April 24, 2006 8:01 AM
> > To: Racca Elisabetta; Sigale, Jordan A.
> > Cc: Sangiovanni, Paola; vfranchini@gop.it; Boehnen, Daniel;
> > Ashinoff, Reid L.; Gugig, Michael S.; Tully, Paul
> > Subject: RE: Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals,
Inc.
> >
>

> > Ms. Racca,
> >
>

> > Thank you for your message.  Would the week of May 8, 2006 also be acceptable?  That
week may be better for US counsel.
> >
>

> > Sincerely,
> >
>

> >
>

> > Joshua R. Rich
> > MBHB
> > 312.913.2133
> > rich@mbhb.com
> >
>

> > -----Original Message-----
> > From: Racca Elisabetta [mailto:e.racca@ngpatent.it]
> > Sent: Monday, April 24, 2006 3:18 AM
> > To: Sigale, Jordan A.
> > Cc: Sangiovanni, Paola; vfranchini@gop.it; Rich, Joshua; Boehnen, Daniel; Ashinoff,
Reid L.; Gugig, Michael S.
> > Subject: R: [SPAM] - Pharmacia & Upjohn Company LLC v. Sicor Inc.
> > and Sicor Pharmaceuticals, Inc. - Bayesian Filter detected spam
> >
>
```

```
> > Dear Colleague,
> >
>

> > thank you for your message.
> >
>

> > The week of May 15, 2006 is a problem for me because I have many hearings that are
difficult to postpone.
> >
>

> > The week of May 22, would be perfect.
> >
>

> > Best Regards,
> >
>

> > Elisabetta Racca
> > NOTARBARTOLO & GERVASI
> > Corso di Porta Vittoria, 9
> > 20122 Milan (Italy)
> >
>

> > tel.: +39 025417991
> > fax: +39 0254179920
> > e-mail: e.racca@ngpatent.it ; notage@ngpatent.it
> >
>

> >
>

> >
>

> > > -----Messaggio originale-----
> > > Da:   Sigale, Jordan A. [SMTP:jsigale@sonnenschein.com]
> > > Inviato:    venerdì 21 aprile 2006 21.40
> > > A:    Racca Elisabetta
> > > Cc:   Sangiovanni, Paola; vfranchini@gop.it; Rich, Joshua;
> > Boehnen@mbhb.com; Ashinoff, Reid L.; Gugig, Michael S.
> > > Oggetto:    [SPAM] - Pharmacia & Upjohn Company LLC v. Sicor Inc. and
> > Sicor Pharmaceuticals, Inc. - Bayesian Filter detected spam
> > >
>

> > > Dear Ms. Racca:
> >
>

> > >
> >
>

> > > We hope you are well.  The parties have almost resolved the issue
> > > that
> > previously postponed our depositions in November 2005.
>

> >
>
```

```
> > >
> >
>

> > > Consequently, Sicor would like to take the testimony of Carlo
> >
>

> > > Confalonieri,
> > Gaetano Gatti, Diego Oldani and Giuseppe Bottoni the week of May 15th in Milan.
Please let us know if you need any further information.  Otherwise, we wait to learn of
the witnesses'  and your availability for that week.
> > >
> >
>

> > > Regards,
> > >
> >
>

> > > Jordan Sigale
> > > Counsel for Sicor
> > >
> >
>

> > > Joshua Rich
> > > Counsel for Pharmacia & Upjohn LLC
> > >
> >
>

> > > -------------------------------------------------------------
> > > CONFIDENTIALITY NOTE:
> > > This e-mail and any attachments are confidential and may be
> > > protected
> >
>

> > > by
> > legal privilege. If you are not the intended recipient, be aware
> > that any disclosure, copying, distribution or use of this e-mail or
> > any attachment is prohibited. If you have received this e-mail in
> > error, please notify us immediately by returning it to the sender
> > and delete this copy from your system. Thank you for your
> > cooperation.>
>

> > >
> >
>

> > > IRS CIRCULAR 230 DISCLOSURE:
> > > Any Federal tax advice contained herein is not written to be used
> > > for,
> >
>

> > > and
> > the recipient and any subsequent reader cannot use such advice for, the purpose of
avoiding any penalties asserted under the Internal Revenue Code.
> > If the foregoing contains Federal tax advice and is distributed to a person other than
the addressee, each additional and subse> quent reader hereof is notified that such advice
should be considered to have been written to support the promotion or marketing of the
transaction or matter addressed herein. In that event, each such reader should seek advice
```

```
from an independent tax advisor with respect to the transaction or matter addressed herein
based on the reader's particular circumstances.
> > >
> >
>

> > > SONNENSCHEIN NATH & ROSENTHAL LLP
> > > Visit us on the web at http://www.sonnenschein.com
> > > ---------------------------------------------------------
> > >
>

> >
>

> >
>

> > -------------------------------------------------------------------
> > ---
> > CONFIDENTIALITY NOTE:
> > This e-mail and any attachments are confidential and may be
> > protected by legal privilege. If you are not the intended recipient,
> > be aware that any disclosure, copying, distribution or use of this
> > e-mail or any attachment is prohibited. If you have received this
> > e-mail in error, please notify us immediately by returning it to the
> > sender and delete this copy from your system. Thank you for your cooperation.
> >
>

> > SONNENSCHEIN NATH & ROSENTHAL LLP
> > Visit us on the web at http://www.sonnenschein.com
> > -------------------------------------------------------------------
> > ---
>

> -------------------------------------------------------------------
> -
> CONFIDENTIALITY NOTE:
> This e-mail and any attachments are confidential and may be protected
> by legal privilege. If you are not the intended recipient, be aware
> that any disclosure, copying, distribution or use of this e-mail or
> any attachment is prohibited. If you have received this e-mail in
> error, please notify us immediately by returning it to the sender and
> delete this copy from your system. Thank you for your cooperation.
>

> SONNENSCHEIN NATH & ROSENTHAL LLP
> Visit us on the web at http://www.sonnenschein.com
> -------------------------------------------------------------------
> -

-------------------------------------------------------------------
CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution
or use of this e-mail or any attachment is prohibited. If you have received this e-mail in
error, please notify us immediately by returning it to the sender and delete this copy
from your system. Thank you for your cooperation.

IRS CIRCULAR 230 DISCLOSURE:
Any Federal tax advice contained herein is not written to be used for, and the recipient
and any subsequent reader cannot use such advice for, the purpose of avoiding any
penalties asserted under the Internal Revenue Code.  If the foregoing contains Federal tax
advice and is distributed to a person other than the addressee, each additional and
subsequent reader hereof is notified that such advice should be considered to have been
written to support the promotion or marketing of the transaction or matter addressed
```

herein.   In that event, each such reader should seek advice from an independent tax
advisor with respect to the transaction or matter addressed herein based on the reader's
particular circumstances.
~----------------------------------------------------------------------