# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 9, 2006

The Honorable Kent A. Jordan  
United States District Court  
844 King Street  
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re: Pharmacia & Upjohn Co., LLC v. Sicor Inc., et al.,  
C.A. No. 04-833-KAJ

Dear Judge Jordan:

We write in response to Pharmacia's May 8, 2006 letter (D.I. 224). Without providing a tit-for-tat correction of Pharmacia's self-serving "factual" recitation, or a detailed description of the telephone calls made during the two-week period of Sicor's purported delay, Ms. Racca could not make either herself or the inventors available during the weeks of May 8 or 15, and could only make one inventor available during the week of May 22. The only week Ms. Racca stated that she and two of the three available inventors were available was the week of June 5. Even now, Ms. Racca has not confirmed whether the third inventor, Dr. Bottoni, is available that week.

Pharmacia's hyperbolic letter cannot change the fundamental fact that through no fault of Sicor's, the Italian depositions could not go forward until *after* the May 30 deadline. We respectfully submit that under these circumstances Sicor would be significantly prejudiced if the summary judgment briefing schedule is not extended.

Pharmacia's attempt to dismiss Sicor's need to depose Mr. Boehnen and Ms. Miao also ignores critical facts. Among other things, Pharmacia cannot reasonably dispute that when Mr. Boehnen and Ms. Miao resubmitted Dr. Confalonieri's declarations to the USPTO, they undertook a duty of candor, which we believe was violated when they failed to correct various omissions and did not inform the USPTO of the false statements set forth in Dr. Confalonieri's declarations. Given that Dr. Confalonieri is now too ill to be deposed, Sicor's need to depose Mr. Boehnen and Ms. Miao with respect to the veracity of Pharmacia's submissions to the USPTO has become more, not less, critical.

The Honorable Kent A. Jordan
May 9, 2006
Page 2

                                        Respectfully,

                                        /s/ *John G. Day*

                                        John G. Day (I.D. #2403)

cc:    Clerk of the Court (via electronic filing)
        Maryellen Noreika (by hand)
        Reid L. Ashinoff (via electronic mail)
        Daniel A. Boehnen (via electronic mail)