# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 10, 2006

The Honorable Kent A. Jordan  
United States District Court  
844 King Street  
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re: Pharmacia & Upjohn Co., LLC v. Sicor Inc., et al.,  
C.A. No. 04-833-KAJ

Dear Judge Jordan:

Early this morning, Elisabetta Racca, the Italian Commissioner who has been working diligently to schedule the depositions of the Italian inventors of the patent-in-suit, emailed the parties with a request that they "[p]lease urgently confirm that I shall schedule the depositions [of all three inventors] for the first week in June." (Exhibit A hereto) Pharmacia's counsel responded to Ms. Racca that "we cannot confirm the dates during the week of June 5" because "the current discovery deadline requires all testimony to be taken by May 30." (*Id.*)

We will not burden the Court by recounting the numerous hoops that Sicor has had to jump through in attempting to schedule the inventor depositions, or the litany of belatedly produced documents and extensive assertions of attorney/client privilege that have unnecessarily complicated the already-arduous Hague Convention route that Sicor has been forced to take. Suffice it to say that Pharmacia's attempt to blame Sicor for the difficulties in scheduling the Italian depositions is an exercise in revisionist history, and its refusal to voluntarily agree to deposition dates that fall within ten days of the current discovery cut-off is disappointing—particularly in view of Your Honor's previous admonition that the Court is "not going to have the schedule that we were working on end up being the basis of short-changing anybody in the case … on the opportunity to have genuinely substantive proper discovery, particularly when it's discovery that had to be acquired through the most arduous means possible, that is, Hague Convention requests to foreign countries who, in good faith and at no doubt substantial inconvenience to themselves, have tried to respond and help us out" (D.I. 169; November 8, 2005 transcript at 23).

Accordingly, Sicor respectfully requests that the Court order Pharmacia to immediately confirm to Ms. Racca that its counsel is available for the inventor depositions on June 7th through 9th as she has arranged, and to go forward with the depositions on such dates.

Respectfully,

/s/ *John G. Day*

John G. Day (I.D. #2403)

The Honorable Kent A. Jordan
May 10, 2006
Page 2

JGD: nml
Attachment
169321.1

cc: Clerk of the Court (via electronic filing; w/attachment)
　　Maryellen Noreika (by hand; w/attachment)
　　Reid L. Ashinoff (via electronic mail; w/attachment)
　　Daniel A. Boehnen (via electronic mail; w/attachment)