# EXHIBIT A

# JDay

| | |
|---|---|
| From: | Ashinoff, Reid L. [rashinoff@sonnenschein.com] |
| Sent: | Wednesday, May 10, 2006 9:54 AM |
| To: | JDay |
| Subject: | FW: RE: Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc. - Bayesian Filter detected spam - Bayesian Filter detected spam |

```
Reid L. Ashinoff
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York NY 10020
(212) 768 - 6730
Fax (212) 768 - 6813
```

-----Original Message-----
From: Rich, Joshua [mailto:rich@mbhb.com]

Sent: Wednesday, May 10, 2006 7:27 AM
To: Racca Elisabetta; Sigale, Jordan A.
Cc: Sangiovanni, Paola; vfranchini@gop.it; Boehnen, Daniel; Ashinoff, Reid L.; Gugig, Michael S.; Tully, Paul
Subject: RE: RE: Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc. - Bayesian Filter detected spam - Bayesian Filter detected spam

Ms. Racca,

At this time, we cannot confirm the dates during the week of June 5.

The current discovery deadline requires all testimony to be taken by May 30, but Sicor has asked the US court for more time to take testimony from the inventors. We will inform you of the US court's decision as soon as we receive it.


  -----Original Message-----
From:       Racca Elisabetta [mailto:e.racca@ngpatent.it]
Sent: Wed May 10 04:15:39 2006
To:     Sigale, Jordan A.; Rich, Joshua
Cc:     Sangiovanni, Paola; vfranchini@gop.it; Boehnen, Daniel; Ashinoff, Reid L.; Gugig, Michael S.; Tully, Paul
Subject:    RE: Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc. - Bayesian Filter detected spam - Bayesian Filter detected spam

Dear All,

Please urgently confirm that I shall schedule the deposition for the first week of June as follows:

- Mr. Bottoni - June 7, at 9.30
- Mr. Gatti - June 8, at 9.30
- Mr. Oldani - June 9, at 9.30

Thank you very much

Elisabetta Racca
NOTARBARTOLO & GERVASI

1

Corso di Porta Vittoria, 9
20122 Milan (Italy)

tel.: +39 025417991
fax: +39 0254179920
e-mail: e.racca@ngpatent.it ; notage@ngpatent.it

> -----Messaggio originale-----
> Da: Sigale, Jordan A. [SMTP:jsigale@sonnenschein.com]
> Inviato:   giovedì 4 maggio 2006 15.38
> A:   Racca Elisabetta; Rich, Joshua
> Cc: Sangiovanni, Paola; vfranchini@gop.it; Boehnen, Daniel; Ashinoff,
Reid L.; Gugig, Michael S.; Tully, Paul
> Oggetto:   [SPAM] - RE: Pharmacia & Upjohn Company LLC v. Sicor Inc. and
Sicor Pharmaceuticals, Inc. - Bayesian Filter detected spam - Bayesian Filter detected
spam
>

>
> Ms. Racca -
>
> Thank you for your efforts.  Mr. Rich and I will be together at a
> deposition today, so hopefully we will be able to discuss the
> situation during a break.
>

>
> In the meanwhile, you should know that I could not start depositions
> in Milan until the late morning of June 7th because my eldest
> daughter's middle school graduation ceremony is June 5th at 7pm.  So,
> so only the June 9th date for Mr. Oldani would work for me.
>
> Regards,
>
> Jordan.
>
> -----Original Message-----
> From: Racca Elisabetta [mailto:e.racca@ngpatent.it]
>
> Sent: Thursday, May 04, 2006 4:17 AM
> To: Sigale, Jordan A.; Rich, Joshua
> Cc: Sangiovanni, Paola; vfranchini@gop.it; Boehnen, Daniel; Ashinoff,
> Reid L.; Gugig, Michael S.; Tully, Paul
> Subject: R: Pharmacia & Upjohn Company LLC v. Sicor Inc. and Sicor
> Pharmaceuticals, Inc. - Bayesian Filter detected spam
>
> Dear Colleagues,
>
> Mr. Oldani is available for the days of June 5 and June 9 Mr. Gatti
> told me that ha is available for the first week of June I am waiting
> for an answer from Mr. Bottini Mr. Confalonieri is not available nor
> he will be
>
> I assume that we can schedule the deposition for the first week of June.

```
> Please inform if it is ok for you.
>

> Thank you
>

> Elisabetta Racca
>

>

> ------------------------------------------------------------------------
> -
> CONFIDENTIALITY NOTE:
> This e-mail and any attachments are confidential and may be protected
> by
legal privilege. If you are not the intended recipient, be aware that any disclosure,
copying, distribution or use of this e-mail or any attachment is prohibited. If you have
received this e-mail in error, please notify us immediately by returning it to the sender
and delete this copy from your system. Thank you for your cooperation.
>

> IRS CIRCULAR 230 DISCLOSURE:
> Any Federal tax advice contained herein is not written to be used for,
> and
the recipient and any subsequent reader cannot use such advice for, the purpose of
avoiding any penalties asserted under the Internal Revenue Code.
If the foregoing contains Federal tax advice and is distributed to a person other than the
addressee, each additional and subsequent reader hereof is notified that such advice
should be considered to have been written to support the promotion or marketing of the
transaction or matter addressed herein.  In that event, each such reader should seek
advice from an independent tax advisor with respect to the transaction or matter addressed
herein based on the reader's particular circumstances.
> ------------------------------------------------------------------------
> -


------------------------------------------------------------------------
CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution
or use of this e-mail or any attachment is prohibited. If you have received this e-mail in
error, please notify us immediately by returning it to the sender and delete this copy
from your system. Thank you for your cooperation.

IRS CIRCULAR 230 DISCLOSURE:
Any Federal tax advice contained herein is not written to be used for, and the recipient
and any subsequent reader cannot use such advice for, the purpose of avoiding any
penalties asserted under the Internal Revenue Code.  If the foregoing contains Federal tax
advice and is distributed to a person other than the addressee, each additional and
subsequent reader hereof is notified that such advice should be considered to have been
written to support the promotion or marketing of the transaction or matter addressed
herein.  In that event, each such reader should seek advice from an independent tax
advisor with respect to the transaction or matter addressed herein based on the reader's
particular circumstances.
------------------------------------------------------------------------
```