IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-833-KAJ |
| | ) | |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) | |
| | ) | |
| Defendants. | ) ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, consistent with the May 10, 2006 teleconference in this action and subject to the approval and order of the Court, that the following deadlines shall apply, but that the existing case schedule otherwise shall remain in full force and effect:

| | |
|---|---|
| Joint Claim Construction Chart and opening claim construction papers | May 30, 2006 |
| Sicor's letter requesting the Court to lift the protective order against any depositions of Mr. Boehnen and Dr. Miao | June 12, 2006 by 10:00 a.m. Eastern time |
| Pharmacia's response to Sicor's letter requesting the Court to lift the protective order against any depositions of Mr. Boehnen and Dr. Miao | June 12, 2006 by 3:30 p.m. Eastern time |
| Teleconference with the Court to discuss Sicor's request for the Court to lift the protective order against any depositions of Mr. Boehnen and Dr. Miao | June 12, 2006 at 4:30 p.m. Eastern time |
| Responsive claim construction papers | June 16, 2006 |

| | |
|---|---|
| Deadline for filing of dispositive motions and opening papers in support thereof | June 21, 2006 |
| Deadline for filing of responses to dispositive motions and papers in support thereof | July 6, 2006 |
| Deadline for filing of replies in support of dispositive motions | July 13, 2006 |
| Hearing on claim construction issues and dispositive motions | July 20, 2006 at 9:30 a.m. Eastern time |

IT IS FURTHER STIPULATED AND AGREED, subject to the approval and order of the Court, that for purposes of briefing dispositive motions in this case, if any dispositive motion is filed before the June 21, 2006 deadline, the responding party shall have 10 business days thereafter to file a response and the filing party shall have 5 business days thereafter to file a reply. However: (i) July 3, 4, and 5, 2006 all shall be treated as legal holidays, so that any answering brief that otherwise would fall due on one of those dates shall be due on July 6, 2006, making all reply briefs due, under the local rules, by no later than the July 13, 2006 deadline established by the Court during the May 10, 2006 teleconference in this case; and (ii) in no event shall any answering brief be due earlier than June 26, 2006.

| | |
|---|---|
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ASHBY & GEDDES |
| */s/ Maryellen Noreika* | */s/ Steven J. Balick* |
| Jack B. Blumenfeld (I.D. #1014)<br>Maryellen Noreika (I.D. #3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>302-575-7282 | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

2

SO ORDERED this _____ day of _____, 2006.


_____
United States District Judge

169461.1

Case 1:04-cv-00833-KAJ    Document 229    Filed 05/17/2006    Page 3 of 3