IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-833-KAJ |
| | ) |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

It is hereby stipulated by the parties, subject to the approval of the Court, that, because of a technical issue with Defendants' computer system, the time for the parties to file and serve their opening claim construction briefs is extended by one day, to and including May 31, 2006.

MORRIS NICHOLS ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
Attorneys for Plaintiff

ASHBY & GEDDES

/s/ John G. Day
Steven J. Balick (#2114)
John G. Day (#2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
Attorneys for Defendants

SO ORDERED this ___ day of May, 2006.

_____
Kent A. Jordan