# EXHIBIT 2
# (PART 1 OF 2)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 04-833-KAJ |
| SICOR, INC., and SICOR PHARMACEUTICALS, INC., | |
| Defendants. | |

## EXPERT REPORT OF JACOB H. BEIJNEN

I, JACOB H. BEIJNEN, being over the age of eighteen and competent in all respects to testify, hereby declare as follows:

# I.    STATEMENT OF QUALIFICATIONS

A copy of my *curriculum vitae*, which includes a listing of my publications, is attached to this report as Exhibit A.

Since 1986, I have worked as a pharmacist at The Netherlands Cancer Institute/Antoni van Leeuwenhoek Hospital and Slotervaart Hospital in Amsterdam, The Netherlands. Since 1990, I have been the Director of the Netherlands Laboratory Foundation for Anti-Cancer Drug Formulation ("NLADF") in Amsterdam, The Netherlands. Since 1997, I have also been the head of the Department of Pharmacy and Pharmacology at The Netherlands Cancer Institute/Antoni van Leeuwenhoek Hospital and Slotervaart Hospital in Amsterdam, The Netherlands. From 1994 to the present, I have been and remain a Professor at Utrecht University, first of Pharmaceutical Analysis and later of Drug Toxicology.

I received a Bachelor's degree and a Masters degree, *cum laude*, in Pharmacy from Utrecht University in 1978 and 1981, respectively. I was awarded a Ph.D., *cum laude*, in Mathematics and Natural Sciences from Utrecht University in 1986. The title of my Ph.D. dissertation was "Chemical Stability of Mitomycin and Anthracycline Antineoplastic Drugs." I have been a Certified Pharmacist since 1983 and a Registered Hospital Pharmacist since 1989.

I hold numerous appointments on committees and organizations that focus on the formulation of antineoplastic (anticancer) and cytotoxic (literally, "cell death") drugs. I have been a member of the Dutch Oncology Association since 1988. I represent the European Organization for Research and Treatment of Cancer ("EORTC") on the EORTC/Cancer Research Campaign/National Cancer Institute Joint Formulation working party. The Joint Formulation working party is mandated to formulate cytotoxic and antineoplastic drugs and

2

brings together representatives from three of the world's leading cancer research organizations. Between 1991 and 1995, I was Chairman of the Joint Formulation working party.

I have held and continue to hold editorial positions with a number of peer-reviewed academic journals, including the positions of Editor-in-Chief of *Pharmacy World and Science* from 1991 to 1994 and Vice Chairman of the Editorial Board of *Pharmaceutisch Weekblad* (*Pharmaceutical Weekly*) from 1991 to 1994. *Pharmaceutisch Weekblad* is a leading Dutch journal of pharmaceutical science. I am also a member of numerous editorial boards for publications in the area of antineoplastic and cytotoxic drugs, including (i) *Anti-Cancer Drugs*, (ii) the *Journal of Oncology Pharmacy and Practice*, (iii) *Pharmacological Research*, (iv) *Cancer Chemotherapy and Pharmacology*, (v) *Clinical Pharmacokinetics*, (vi) *Journal of Drug Assessment*, (vii) *Current Cancer Therapy Reviews*, (viii) *Current Clinical Pharmacology*, (ix) *European Journal of Hospital Pharmacy Science*, and (x) *BMC Pharmacology* .

At Utrecht University, I lecture on antineoplastic and cytotoxic drugs. My current research work at NLADF, at Utrecht University, and for The Netherlands Cancer Institute includes bioanalysis, pharmacokinetics and pharmacodynamics of investigational anticancer drugs, and pharmaceutical formulation of anticancer drugs. Within my laboratories at NLADF and Utrecht University, I typically supervise approximately 25 Ph.D. candidates.

I have published over 700 papers in peer-reviewed academic journals. In particular, I have written extensively on anthracycline glycosides, including doxorubicin. I am the first named author of two of the references that Douglas S. Clark, Ph.D. considered in forming the opinions set forth in his expert report. One of the principal areas of my Ph.D. research related to the stability characteristics of anthracycline glycosides, including doxorubicin. In 1986, I published the first complete pH stability profiles of the anthracycline glycosides doxorubicin and

3

daunorubicin. By the mid-1980s, I was devoting a significant portion of my research to anthracycline glycosides and their stability characteristics.

Over the past fifteen years, I have given numerous invited lectures to medical professionals at medical institutions a.o. on the stability, handling, and formulation of cytotoxic drugs, including with respect to anthracycline glycosides.

## II.    BACKGROUND AND COMPENSATION

A list of the cases in which I have testified, either by deposition or at trial, is attached to this report as Exhibit B. I am not being personally compensated for my efforts in conjunction with this litigation. However, the NLADF will be compensated at the rate of € 375.00 per hour, plus expenses, for my efforts in conjunction with this litigation.

## III.    INFORMATION CONSIDERED AND ASSUMPTIONS

I have been retained by the law firm of McDonnell Boehnen Hulbert & Berghoff LLP to comment on the invention of U.S. Patent No. 6,107,285, to review the Expert Report of Douglas S. Clark, Ph.D. and to opine on the substance of Dr. Clark's report. In doing so, I understand that discovery in the case is ongoing, and that I may be asked to analyze other information if it becomes available.

In forming my analysis and comparison, I have considered the following materials:

a.      U.S. Patent No. 6,107,285 ("the '285 patent");

b.      Expert Report of Douglas S. Clark, Ph.D.;

c.      Documents Considered by Douglas S. Clark, Ph.D. (*see* Exhibit C to Expert Report of Douglas S. Clark, Ph.D.);

d.     Expert Report of Laura T. Guerra;

e.     Declarations of Martin Williamson and Frederick Grab, Mary Horstman, Barbara Barhamand, Debra Holton-Smith, and William Dana;

f.     Beijnen *et al.*, "Stability of intravenous admixtures of doxorubicin and vincristine," *Am. J. Hosp. Pharm.*, 43:3022-3027 (1986);

g.     Beijnen *et al.*, "Aspects of the degradation kinetics of daunorubicin in aqueous solution," *Int. J. Pharm.*, 31:75-82 (1986);

h.     Beijnen *et al.*, "Aspects of the degradation kinetics of doxorubicin in aqueous solution," *Int. J. Pharm.*, 32:123-131 (1986);

i.     Beijnen *et al.*, "Structure elucidation and characterization of daunorubicin degradation products," *Int. J. Pharm.*, 34:247-257 (1987);

j.     Bekers *et al.*, "Effect of cyclodextrins on anthracycline stability in acidic aqueous media," *Pharmaceutisch Weekblad Sci. Ed.*, 10:207-212 (1988);

k.     Bekers *et al.*, "Effect of cyclodextrin complexation on the chemical stability of doxorubicin and daunorubicin in aqueous solutions," *Pharmaceutisch Weekblad Sci. Ed.*, 72:123-130 (1991); and

l.     Bouma *et al.*, "Anthracycline antitumor agents: A review of physicochemical, analytical and stability properties," *Pharmaceutisch Weekblad Sci. Ed.*, 8:109-133 (1986).


IV.     SUMMARY OF OPINIONS

It is my opinion that Professor Clark's report is inaccurate and incomplete in several important ways. My opinion is based upon my review of Professor Clark's report, the materials cited in his report, the materials cited in my report, and my overall knowledge of the science of

5

anthracycline glycosides. First, I do not believe that Professor Clark has correctly described the qualifications and characteristics of persons of ordinary skill in the art to which the '285 patent pertains. Second, I do not believe those of ordinary skill in the art would understand the claims of the '285 patent as describing an invention in which avoiding a lyophilizate in manufacturing anthracycline glycosides is an essential feature of the invention. Third, I do not believe that one of ordinary skill in the art would understand the 1985 Janssen *et al.* article to disclose all of the claimed elements of claims 1, 2, 3, and 9 of the '285 patent. Fourth, I do not believe that one of ordinary skill in the art would have been motivated or taught by the references cited by Professor Clark to create an aqueous solution of an anthracycline glycoside antineoplastic compound with all of the elements of claims 1, 2, 3, 9, 11, 12, and 13 of the '285 patent prior to August 1985. Overall, I believe that the invention of the '285 patent represents a non-obvious inventive step for the development of anthracycline glycosides in relation to the prior art at the time of the invention, particularly in relation to the art cited in Dr. Clark's report.

I understand that the Court has not yet given its legal interpretation of the language of the patent claims. Thus, I may amend or supplement my opinion as that additional information becomes available.

## V.    OPINIONS

### A.    Technical Background of the '285 Patent

The '285 patent is related to injectable solutions of cytotoxic drugs, in particular, the class of drugs known as anthracycline glycosides. By way of background, I will begin with a general discussion of injectable products, followed by a discussion of anthracycline glycosides. Within the discussion of injectable products, I will discuss lyophilized and ready-to-use products. Within the discussion of anthracycline glycosides, I will discuss structural and functional aspects

of the molecules. Finally, I will discuss available formulations of anthracycline glycosides and other antineoplastic agents as of 1985.

1.    *Injectable Products*

Injectable products are part of the parenteral class of pharmaceutical products. A "parenteral" is a product that is administered under or through one or more layers of the skin or mucous membrane. In 1985, injectable formulations of certain cytotoxic drugs were available as lyophilized products; injectable formulations of other cytotoxic drugs were available as ready-to-use solutions. Absent other issues, health professionals would always prefer ready-to-use solutions, particularly when dealing with cytotoxic drugs. However, as I will explain later, anthracycline glycosides were available only as lyophilized products as of 1985.

Lyophilized products are distributed and marketed as vials of freeze-dried powder. They are typically reconstituted with an appropriate physiologically acceptable solvent prior to use. A lyophilized product is made by first dissolving the drug (and, generally, a bulking agent) in a suitable solvent. The resulting solution is then filtered to sterilize the drug solution. Dosage form containers (such as vials) are filled with the sterile solution, and the solution is then freeze-dried in the vials. The freeze-drying process drives off the solvent, leaving the drug and bulking agent in the containers in a sterile environment. The vials are then sealed and packaged for distribution and sale.

The use of lyophilized cytotoxic drug products poses several difficulties in the clinic or hospital owing to the fact that the drug must be reconstituted prior to administration to a patient. The lyophilizate is reconstituted by piercing the seal of the vial with a hypodermic needle,

injecting a suitable solvent, and shaking the vial for a period of time to dissolve the lyophilizate. Once properly reconstituted, the resulting solution is ready for administration to the patient.

One problem with using reconstituted lyophilized cytotoxic drugs is the risk of exposing the health professional to the drug during the reconstitution process. The phenomenon of spray-back is one such risk that a health professional faces during the reconstitution process. The act of injecting the solvent into the sealed vial to reconstitute the product may increase the internal pressure in the vial. The increased pressure in the vial could lead to an aerosol of the reconstituted drug spraying back through the hole in the seal when the needle is removed, exposing the health professional to the reconstituted drug. Spray-back can be a real problem in hospitals. Reconstitution by shaking also increases the possibility of the vial leaking.

A further problem with using lyophilized cytotoxic drugs is the potential for error in drug administration caused by inaccuracies in the reconstitution procedure. For example, too much or too little of the solvent for reconstituting the lyophilizate could be added to the vial. Similarly, the wrong solvent could be injected into the vial during the reconstitution. Thus, the reconstitution procedure provides several opportunities for introducing error in drug administration. I have reviewed the Expert Report of Laura T. Guerra and the declarations of Martin Williamson and Frederick Grab, Mary Horstman, Barbara Barhamand, Debra Holton-Smith, and William Dana, and agree with their conclusions with regard to the dangers of reconstitution of lyophilized anthracycline glycosides and benefits of ready-to-use formulations.

An additional problem with using lyophilized cytotoxic drugs is related to the shelf-life of the reconstituted drugs. Lyophilization is recognized as a "method for formulating substances that are stable in the solid state but lack the necessary stability in aqueous solutions."[1] Thus,

---

[1] Davignon & Cradock, "Pharmaceutical Aspects of Antitumor Agents," *Pharmaceutisch Weekblad*, 119:1144-1150 (1984), at 1147. *See also* Williams & Polli, "The Lyophilization of Pharmaceutical: A

8

lyophilization can be used to generate cytotoxic drugs that are stable for longer periods of time than solutions of the same drug. Once the lyophilized product is reconstituted, however, the reconstituted cytotoxic drug may begin to degrade more rapidly than the lyophilized product or otherwise become unsuitable for administration to a patient. If the entire volume of the reconstituted drug is not administered to a patient or patients prior to the time when the drug is unsuitable for administration to a patient, the remaining solution should be discarded. This has substantial cost and public health implications.

In contrast to lyophilized cytotoxic drugs, ready-to-use cytotoxic drug products do not require reconstitution immediately prior to use. They are distributed as solutions in sealed vials or ampoules which can be administered to patients with a minimum amount of handling by the health professional. Moreover, ready-to-use products may also be administered more quickly than lyophilized products because a health professional does not need to go through the steps of reconstruction with a ready-to-use product prior to administration. Thus, ready-to-use products overcome many of the problems associated with using lyophilized cytotoxic drug products.

In formulating an injectable cytotoxic drug product, whether as a lyophilized cytotoxic drug product or as a ready-to-use cytotoxic drug solution, a number of factors need to be considered, including:

- the nature of the drug;

- whether (and how) the drug has been previously formulated;

- the route of administration (subcutaneous, intravenous, intramuscular, etc.);

- the vehicle (aqueous, organic, etc.);

- the solubility of the drug and any other excipients in the formulation;

---

Literature Review," *J. Parenteral Sci. and Tech.*, 38:48-59 (1984), at 48; Flamberg, "Manufacturing

- the effect of any degradation by-products of the drug or other excipients;

- the tonicity (an effect based on amount of dissolved particles in the solution, isotonic is usually preferred) of the solution;

- the pH of the formulation (large volume parenterals are typically at or near the physiological pH of 7.4 in order to avoid altering the physiological pH; small volume parenterals may vary in pH relying on the natural buffering ability of blood to absorb the formulation without affecting the physiological pH);

- preservation (resistance to microbiological growth); and

- the stability (both chemical and physical) of the drug.

The pH of an injectable formulation can affect both the chemical and the physical stability of a formulation (concepts I discuss below) through manufacture, distribution, and storage. Once a formulation has been prepared, it is important to maintain a relatively constant pH.

Almost all aqueous parenteral formulations show a drift in pH unless the formulation is buffered. A buffered formulation resists changes in pH of the formulation. For this reason, buffered solutions are strongly preferred for injectable formulations. Preferred buffers are typically made using conjugate acid-base pairs. Well-known pharmaceutical buffers include acetic acid/acetate, citric acid/citrate and phosphoric acids/salts. The use of an acid or a base alone (such as hydrochloric acid or sodium hydroxide) will not provide a formulation with buffering capacity. Buffer capacity is a measure of how much strong acid or base is required to provide a change in pH of one unit for a given quantity of buffer. Buffer capacity is increased by raising the concentration of the buffer and also by using a pH that is at or near the acid disassociation constant of the buffer.

---

Considerations in the Lyophilization of Parenteral Products," *Pharm. Mfg.*, 3:29-31, 48 (1986), at 29.

The use of buffers in injectable drug products maintains the pH of the preparation over time and allows the product to resist pH drift. The selection of an appropriate buffer for a particular drug is dependent on the pH profile of the drug:

> A suitable buffer system can be selected from knowledge of a pH profile of the drug in solution. … By following the degradation over a given pH range and plotting the rate constants versus pH, the pH of maximum stability … can be determined. … Once the desired pH is determined, a buffer system that provides sufficient buffer capacity can be selected.[2]

2.    *Anthracycline Glycosides*

Anthracycline glycosides are a unique class of cytotoxic compounds produced by certain *Streptomyces* microorganisms. Anthracycline glycosides comprise a tetracyclic (four-ringed) anthraquinoid aglycone linked to an amino sugar by what is known as a glycoside bond. *See* Figure 1. Depending on the identity of the groups identified as $R_1$ through $R_5$, different compounds are obtained. *See* Table 1.



**Figure 1**

---

[2] DeLuca & Boylan, "Formulation for Small Volume Parenterals", in PHARMACEUTICAL DOSAGE FORMS: PARENTERAL MEDICATIONS, VOLUME 1, 139-201 (Avis *et al.* eds., 1984), at 156.

**Table 1 Substitutions $R_1$ to $R_5$ for various anthracycline glycosides**

| Compound | $R_1$ | $R_2$ | $R_3$ | $R_4$ | $R_5$ |
|---|---|---|---|---|---|
| Daunorubicin | =O | H | OH | H | $OCH_3$ |
| Doxorubicin | =O | OH | OH | H | $OCH_3$ |
| Epirubicin | =O | OH | H | OH | $OCH_3$ |
| Idarubicin | =O | H | OH | H | H |
| Esorubicin | =O | OH | H | H | $OCH_3$ |

The first anthracycline glycosides were isolated in the early 1960s. Research continued through the 1960s, leading in 1962 to the isolation and identification of daunorubicin (also known as rubidomycin or daunomycin) and later, in 1967, to the isolation and identification of doxorubicin (also known as adriamycin). *See* Figures 2 and 3. Research into anthracycline glycosides was conducted simultaneously at a number of pharmaceutical companies. In fact, daunorubicin was apparently developed independently at about the same time by Rhone-Poulenc and Farmitalia Carlo Erba (or "Farmitalia"), while doxorubicin was identified by Farmitalia in 1969.[3] Patent applications covering daunorubicin and doxorubicin were filed in 1962 and 1967, respectively.[4]

O
OH
O
C—CH3
OH
H3CO
O
OH
O
H
O
CH3
HO
NH2

**Figure 2: Daunorubicin**

O
OH
O
C—CH2OH
OH
H3CO
O
OH
O
H
O
CH3
HO
NH2

**Figure 3: Doxorubicin**

[3] *See* Arcamone, DOXORUBICIN: ANTICANCER ANTIBIOTICS (1981), at 10; Di Marco *et al.*, "Daunomycin, a New Antibiotic of the Rhodomycin Group," *Nature*, 201:706-707 (1964), at 706.

[4] A patent application, No. 898,076, covering daunorubicin was filed in France on May 18, 1962 by Rhone-Poulenc (*see, e.g.*, the priority claim in UK Patent 985,598, filed May 16, 1963). A patent

While anthracycline glycosides were (and are) technically classified as antibiotics, they cannot be used to treat ordinary infections because they are highly toxic. However researchers recognized by the late 1960s that anthracycline glycosides were useful in the treatment of certain forms of cancer.[5] The recognition that anthracycline glycosides were effective antineoplastics increased the intensity of research into this class of compounds.

Anthracycline glycosides continued to be the subject of pharmaceutical research into the 1980s and beyond, with new compounds being developed and investigated by pharmaceutical companies and academic researchers. By 1985, dozens of anthracycline glycosides had been isolated, synthesized and characterized, including 4'-epi-doxorubicin (also known as epirubicin) (*See* Figure 4), 4-demethoxy-daunorubicin (also known as idarubicin) (*see* Figure 5), carminomycin, aclacinomycin (*see* Figure 6), and 4'-deoxydoxorubicin (also known as esorubicin).



**Figure 4: Epirubicin**



**Figure 5: Idarubicin**

Epirubicin, idarubicin, and esorubicin have structures very similar to daunorubicin and doxorubicin (*see* Table 1). Aclacinomycin, while still considered an anthracycline, is a very different molecule in terms of structure and, as a result, in terms of chemical characteristics.

---

application covering doxorubicin was filed in Italy in 1967 (*see, e.g.,* US Patent 3,590,028, filed April 18, 1968 claiming priority to Italian Application No. 15,056/67 filed April 18, 1967).

**Figure 6: Aclacinomycin A**

While anthracycline glycosides were recognized as potent antineoplastics at an early stage, it was also apparent to researchers that the compounds were profoundly cytotoxic and therefore very difficult to handle. Exposure to even small amounts could lead to severe health problems, including tissue death or necrosis.[6] One study suggested a higher miscarriage rate among medical personnel involved in the reconstitution of cytotoxic drugs.[7] In addition, I have reviewed the Expert Report of Laura T. Guerra and agree that her opinions and experiences conform to those expressed and observed in the literature.

Very early work with anthracycline glycosides revealed that these compounds, in addition to being extremely cytotoxic, are also delicate molecules that need to be treated carefully. Numerous references dating back as early as 1969 establish that anthracycline

---

[5] *See* Arcamone *et al.*, "Adriamycin (14-hydroxydaunomycin), a Novel Antitumor Antibiotic," *Tetrahedron Lett.*, 13:1007-10 (1969), at 1007; Boiron *et al.*, "Daunorubicin in the Treatment of Acute Myelocytic Leukemia," *The Lancet* 1:330-333 (1969), at 330.

[6] *See, e.g.,* "Drug Information – 84", in AMERICAN HOSPITAL FORMULARY SERVICE (McEvoy *et al.* eds., 1984), at 252.

[7] Selevan, "Study of Occupational Exposure to Antineoplastic Drugs and Fetal Loss in Nurses," *New England J. Med.*, 313:1173-1201 (1985).

14

glycosides are readily degraded in acid.[8]  For example, in 1972, Arcamone *et al.* reported the

hydrolysis of doxorubicin to adriamycinone (an aglycone) and the aminosugar daunosamine in

0.1N HCl.[9]

By 1985, the physiochemical properties of several anthracycline glycosides had been

investigated.  Extensive research on the anthracycline glycoside doxorubicin revealed that it

interacts with a variety of ions, chelates strongly with divalent and trivalent metal ions, adsorbs

to a variety of surfaces including glass, is photolabile, and is liable to oxidation.[10]  Anthracycline

glycosides are also prone to self-association in concentrated solutions.[11]  The self-association is

thought to occur due to interactions between the planar aromatic rings of the aglycone moiety of

the anthracycline glycosides, specifically via interactions between $\pi$-electron systems in the

aromatic rings.  This mechanism is referred to as stacking.[12]

From the early reports of acid hydrolysis of anthracycline glycosides, there were many

further studies on the chemical stability (the ability to avoid molecular degradation) of these

compounds.  Many of these studies were inadequate due to the use of inappropriate analytical

techniques, including the failure to use stability-indicating assays.  Although the results of these

early studies were questionable, the results indicated that anthracycline stability was not

---

[8] Arcamone *et al.*, "Adriamycin (14-hydroxydaunomycin), a Novel Antitumor Antibiotic," *Tetrahedron Lett.*, 13:1007-10 (1969) (reporting the acid hydrolysis of adriamycin (doxorubicin) but not providing details regarding the acid used).

[9] Arcamone *et al.*, "Structure and Physicochemical Properties of Adriamycin (Doxorubicin)," *Int'l Symposium on Adriamycin*, pp. 9-22 (1972).

[10] *See* Beijnen *et al.*, "Aspects of the Degradation Kinetics of Doxorubicin in Aqueous Solution", *Int'l. J. Pharm.* 32:123-131 (1986), at 123-124, and references cited therein.

[11] Menozzi *et al.*, "Self-Association of Doxorubicin and Related Compounds in Aqueous Solution," *J. Pharma. Sci.*, 73:766-770 (1984).

[12] *See* Bouma *et al.*, "Anthracycline Antitumor Agents: A Review of Physicochemical, Analytical and Stability Properties.," *Pharmaceutisch Weekblad Sci. Ed.*, 8:109-133 (1986), at 113.

satisfactory to achieve a pharmaceutical solution. Analytical techniques used by researchers to study the chemical stability of anthracycline glycosides were frequently inadequate. Many researchers used spectrophotometric techniques (such as ultraviolet absorbance) or thin layer chromatography ("TLC"). The former technique was unreliable because the aglycone degradation product of an anthracycline glycoside absorbs ultraviolet light with a profile similar to undegraded anthracycline glycoside. The latter technique generally lacked sufficient selectivity (that is, it lacked the ability to distinguish between compounds). By 1985, high pressure liquid chromatography ("HPLC") was the preferred technique for evaluating stability of anthracycline glycosides. Accordingly, much of the early work on the stability of anthracycline glycosides employed analytical techniques which, by 1985, were understood to have given unreliable quantitative results.

In order to properly test the stability of anthracycline glycosides, it is essential to use stability indicating assays and to employ standardized conditions. In a stability indicating assay, the degradants are separated from the parent molecule and the technique is validated to confirm its accuracy. Standardization of conditions means that the researcher has designed the experiment so that the effect of only a single variable is measured while other variables are maintained constant. This is particularly important in the case of anthracycline glycosides, which have multiple sensitivities. Unfortunately, many of the early studies failed to use stability indicating assays and to employ standardized conditions. Such deficiencies were also recognized by 1985 as calling into question the results of the early studies of chemical stability of anthracycline glycosides.

The unreliability of the early work on the chemical stability of anthracycline glycosides and the difficulties involved in conducting stability studies on anthracycline glycosides were the subject of several academic papers.

Bosanquet described the problem in a 1986 paper, noting the difficulties in making statements about doxorubicin stability:

> Many of the results of the stability studies with adriamycin were found to be at variance with each other, with a 20-fold difference in stability being reported in one case by different groups from virtually identical experiments. <u>Definitive statements about adriamycin stability are therefore impossible, but it is clear that it is sensitive to light, adsorbs to membrane filters and containers (except polypropylene and siliconised glass), chelates metal ions and probably degrades rapidly in medium.   Adriamycin's analogues may well have the same spectrum of sensitivity.</u>[13]

Later in the same paper, the author noted that the stability of doxorubicin was affected by many factors, some of which had probably not been properly controlled in previous studies.

> Amongst the antitumor antibiotics ... the most stability work has been undertaken on adriamycin.  Its stability is affected by many different factors, and probably because some of these have not been controlled whilst others were under investigation, many contradictory results have been published.  There have also been problems with measuring the drug, as it adsorbs to many materials, including chelating to the ferrous ion of HPLC columns.  Table 3 summarizes the drug stability results that have been published.  Note that very different results have been recorded at virtually every temperature, and these are now discussed further.[14]

In a paper that I co-authored in 1985, I also commented on the lack of systematic studies on the degradation of anthracycline glycosides .

> Only the degradation of Dx [doxorubicin] in the pH region 0.4-2.1 has been investigated systematically so far.  Other stability studies relate to photolytic degradation, stability in infusion fluids or enzymatic degradation, but no systematic studies are published yet concerning the anthracycline stability in

---

[13] Bosanquet, "Stability of Solutions of Antineoplastic Agents During Preparation and Storage for In Vitro Assays," *Cancer Chemother. Pharmacol.*, 17:1-10 (1986), at 1 (emphasis added).
[14] *Id.* at 3.

aqueous solution. Therefore, this systematic investigation was undertaken in order to obtain more detailed knowledge on the kinetics of the initial degradation step of anthracycline cytostatics, including the influences of external factors (pH, ionic strength, temperature) on this decomposition process.[15]

Another problem with references from before 1985 is a failure to quantify what is meant by the term "stable" in the context of the references. Stability is a relative measure of how something changes over time, but the term "stable" has an absolute component in the context of injectable pharmaceutical products. Both chemical stability and physical stability (such as the ability to avoid precipitation of ingredients) are relevant to the formulation of injectables. Thus, the context in which the term "stable" is used must be considered to determine if the author is referring to chemical or physical stability.

Almost all compounds are chemically unstable to some degree, with the degree of instability depending on the time frame, and other variables such as temperature, physical state, and moisture. Some compounds degrade over a few seconds, others over a few hours, still others over years. Ideally, a researcher referring to the chemical stability of a compound or formulation will provide some parameters to assess what he or she means by "stable" (for example, a certain level of degradation over a give period of time). The researcher may also indicate for what purpose he or she is considering stability. In some references "stable" may simply mean that the researcher was able to maintain sufficient stability for the minutes or hours necessary to conduct an experiment or an analysis. In other cases, the author may be considering the stability of a finished pharmaceutical preparation and the time frame may stretch to years. Accordingly, a bare reference in a paper to a compound or a formulation as being "stable" is of little assistance to a one of ordinary skill in the art.

---

[15] Beijnen *et al.*, "Aspects of the Chemical Stability of Doxorubicin and Seven Other Anthracyclines in Acidic Solution," *Pharmaceutisch Weekblad Sci. Ed.*, 7:109-116 (1985), at 109 (footnotes omitted).

In addition to the level of chemical stability, one of ordinary skill in the art will need to consider how changes in stability affect the efficacy of the product. That is, chemical stability is a necessary, but not sufficient, condition for a solution to be physiologically acceptable. For some products, a very high degree of both chemical and physical stability may be necessary in order to achieve therapeutic activity and/or avoid side effects from degradation by-products. For example, if a formulation has highly toxic degradation products, a very high chemical stability level may be necessary. Similarly, physical stability is particularly relevant to injectable formulations since, as discussed below, even small amounts of precipitation are unacceptable.

In a 1986 paper which I co-authored, my co-authors and I described some of the difficulties in dealing with doxorubicin. These included chelation, adsorption onto glass surfaces, concentration effects, photolysis, and oxidation.

> Over the past 15 years, doxorubicin (Dx) . . . unquestionably has proven to be of considerable medical value . . . . Considering the substantial interest in this oncochemotherapeutic drug, it is remarkable that hardly any systematic studies on the degradation of Dx have been reported. So far, systematic stability studies have only dealt with its degradation in acidic medium (pH < 3.5) (Wassermann and Bundgaard, 1983; Beijnen et al., 1985a). On the other hand, data of Dx stability in infusion fluids, of paramount importance for its clinical applications, are available [references excluded]. However, these studies do not contribute to a better insight into the underlying mechanisms of the chemical degradation processes. An in-depth systematic approach of this matter is required in order to attain the necessary information.

> The hesitation of investigators to study the degradation of Dx may be reduced to the fact that, from an analytical point of view, Dx is far from an ideal drug. It interacts with all kinds of ions (Porumb, 1978), chelates strongly with divalent and trivalent metal ions (Martin, 1985), adsorbs onto various materials amongst which glass surfaces (Benvenuto et al., 1981; Tomlinson and Malspeis, 1982), tends to self associate in more concentrated solutions (Menozzi et al., 1984), is liable to photolytic decomposition (Daugherty et al., 1979; Tavoloni et al., 1980 Thoma et al., 1980) and to oxidation (Arcamone, 1978).[16]

---

[16] Beijnen et al., "Aspects of the Degradation Kinetics of Doxorubicin in Aqueous Solution", *Int'l. J. Pharm.*, 32:123-131 (1986), at 123-124 (emphasis added).

While the early reports on the stability of anthracycline glycosides must be treated cautiously, there is no question that these studies taken as a whole clearly taught that anthracycline glycosides in solution are degraded under acid conditions. Moreover, these reports also clearly demonstrated that anthracycline glycosides in solution were susceptible to a variety of interactions, including chelation, adsorption, photolysis and oxidation.

By the late 1980's, systematic stability studies were performed using both daunorubicin and doxorubicin to provide insight into the underlying mechanism of the chemical degradation process.[17] The influence of various factors, including pH, buffers, ionic strength, drug concentration and temperature, on the degradation process was thoroughly investigated. These studies overcame the shortcoming of the earlier reports on the stability of anthracycline glycosides by using HPLC, the accepted technique for evaluating stability of anthracycline glycosides, and by employing stability indicating assays under standardized conditions. One aspect of these systematic studies was to analyze the kinetics of degradation as a function of pH. Correcting for buffer and ionic strength influences, the rate constant (k') was determined over a pH range of 0-14 (daunorubicin) and 1-11 (doxorubicin). A plot of log k' against pH reveals a curve with a slope of -1 in the range below 3, indicating specific proton catalysis to give rise to the anthraquinoid aglycone and amino sugar degradation products.[18] At around pH of 4, the water catalyzed degradation becomes a predominant factor in the degradation.[19]

---

[17] *See, e.g., Id.*; Beijnen *et al.,* "Aspects of the Degradation Kinetics of Daunorubicin in Aqueous Solution," *Int'l. J. Pharm.*, 31:75-82 (1986).

[18] Beijnen *et al.,* "Aspects of the Degradation Kinetics of Doxorubicin in Aqueous Solution", *Int'l. J. Pharm.*, 32:123-131 (1986), at 126; Beijnen *et al.,* "Aspects of the Degradation Kinetics of Daunorubicin in Aqueous Solution," *Int'l. J. Pharm.*, 31:75-82 (1986), at 81.

[19] *Id.*



Fig 3. Log k'–pH profiles for doxorubicin (O) and daunorubicin (●) degradation at 50°C corrected for buffer and ionic strength influences

Other issues beyond chemical stability at a given pH subsequently proved to be important to determining physical stability as well. One key issue was precipitation of the degradation products of doxorubicin out of solution. As my co-authors and I stated in a 1986 article:

> In the literature there is no common opinion whether the decomposition of Dx is dependent on its initial concentration. Both Tavoloni et al. (1980) and Poochikian et al. (1981) found no evidence for the occurrence of a concentration-dependent Dx degradation. However, Janssen et al. (1985) ascertained that Dx degrades faster in solutions containing 500 µg/ml than 50 µg/ml at pH 7.4. We found no indications for the existence of a concentration-dependent degradation rate of Dx in 0.01 M phosphate buffers pH 8 (50°C; 5 X $10^{-4}$ M EDTA; µ = 0.3) in the range 1-20 µg/ml. In solutions of higher Dx concentrations (50, 100, 500 µg/ml) precipitates were formed during the course of the degradation process. Analysis of the precipitate revealed the presence of considerable amounts of undegraded Dx, apart from degradation products. When Dx precipitates arise, no proper degradation kinetics can be established. The formation of Dx precipitates at higher concentrations is probably related to the high ionic strengths and the presence of buffer ions with specific catalytic properties in the reaction solutions, promoting sedimentation as time elapses (Porumb, 1978).[20]

These precipitation issues were vitally important for doxorubicin as a pharmaceutical because any precipitation would make the formulation (then a suspension, not a solution) physiologically

---

[20] Beijnen *et al.*, "Aspects of the Degradation Kinetics of Doxorubicin in Aqueous Solution", *Int'l. J. Pharm.*, 32:123-131 (1986), at 126.

unacceptable. Precipitate particles in a suspension to be injected intravenously could easily cause pulmonary embolism, which could be fatal.

### 3. *Available formulations of anthracycline glycosides as of 1985*

While anthracycline glycosides were a topic of intensive research, as of 1985 the only commercially marketed products were doxorubicin and daunorubicin, both available only as lyophilizates. The product literature available in 1985 for both doxorubicin and daunorubicin products indicated that reconstituted formulations were stable when refrigerated for a maximum of 48 hours.

In contrast to anthracycline glycosides, other antineoplastics were available as ready-to-use solutions.[21] Indeed, companies seeking to market injectable cytotoxic compounds would generally first try to develop ready-to-use formulations and, if stability was lacking, would formulate the drug as a powder for reconstitution such as a lyophilizate.

The fact that anthracycline glycosides were only available in lyophilized form constituted a significant disadvantage in their use. The hazards associated with reconstitution (discussed above ) were particularly problematic because of the profound cytotoxicity of these drugs. While it was apparent in 1985 (and earlier) that the lyophilized formulation was less than satisfactory, all of the scientific data indicated that a ready-to-use solution was not obvious or likely to be achieved . As a result, medical personnel continued to use the lyophilized formulation. I know, both personally and through discussions with others, that pharmacists and

---

[21] For example, vincristine was available as a solution. *See, e.g.,* my paper Beijnen *et al.,* "Stability of Intravenous Mixtures of Doxorubicin and Vincristine," *Am. J. Hosp. Pharm.* 43:3022-3027 (1986), which reports the use of a commercial vincristine sulfate solution (vincristine sulfate in 0.9% sodium chloride injection).

other medical professionals would have wanted ready-to-use formulations of anthracycline glycosides instead of lyophilized forms.

B.    Level of Ordinary Skill in the Relevant Art

I have been asked to express my opinions from the point of view of the person of ordinary skill in the art of the '285 patent as of the filing date of the priority application in August 1985. I consider myself to have been a person of greater than ordinary skill in the art of stability issues of anthracycline glycoside solutions at that time, but I am able to appreciate and comment on the level of skill in the art as of the time the priority application was filed in 1985.

As discussed below, the '285 patent is related to pharmaceutical solutions of injectable cytotoxic drugs, in particular, the class of drugs known as anthracycline glycosides. As discussed above, these drugs are exceptionally complex molecules which are sensitive to a variety of interactions including degradation in acid, adsorption onto glass surfaces, chelation with metal ions, and self-association. Relative to other classes of drug molecules, anthracycline glycosides exhibit far more complex behavior. In addition, as a result of their cytotoxicity, anthracycline glycosides present unique challenges related to their handling by medical personnel.

As a result of the complexity and toxicity of anthracycline glycosides, experience with cytotoxic drugs would be an integral part of the knowledge base of one of ordinary skill in the relevant art as of 1985. One of ordinary skill in the art as of 1985 would be generally familiar with the prior art on cytotoxic drugs, particularly the art regarding anthracycline glycosides. One of ordinary skill in the art as of 1985 would also have some common general knowledge relevant to the formulation of cytotoxic drugs. One of ordinary skill in the art as of 1985 would have

been knowledgeable regarding the formulation of injectables, in both lyophilized and ready-to-use forms. Further, one of ordinary skill in the art as of 1985 would be familiar with the hazards inherent in formulating and administering of injectable cytotoxic compounds.

At least as early as 1985, one of ordinary skill in the art would have been capable of designing and interpreting solution state stability studies. That would include familiarity with abstract mathematical tools and theoretical techniques for determining stability (such as the concepts of $t_{90}$ and $t_{50}$ and the Arrhenius equation and resulting plots) and practical experience in conducting stability studies. Further, one of ordinary skill in the art would be familiar with techniques of analytical chemistry and instrumental analysis, including HPLC.

In my view, it would be rare that one of ordinary skill in the art of the '285 patent in 1985 would have been a single person; instead, the knowledge and skills constituting ordinary skill in the art would generally be found in a team of people who collectively possessed the knowledge and skills described above. Such a team would likely be led by a person with a Masters or a Ph.D. in Chemistry or Pharmaceutical Chemistry with several years experience studying the physiochemical characteristics, including chemical stability, of pharmaceutical compounds. The rest of the team would likely include members with bachelor's degrees in chemistry, pharmacy, or pharmaceutical chemistry with experience with stability studies on pharmaceutical compounds and the formulation of injectable cytotoxic drugs.

I have reviewed Professor Clark's report and note that he does not suggest that persons of ordinary skill in the art would have any experience with any cytotoxic drugs, much less with anthracycline glycosides. As discussed above, because of the complex and delicate nature of anthracycline glycosides, I believe his description in this regard is too general. Furthermore, I

believe his description fails to place enough weight on practical experience and specific knowledge of cytotoxic drugs and anthracycline glycosides in particular.

C.    The '285 Patent

The '285 patent is entitled "Injectable Ready-to-Use Solutions Containing an Antitumor Anthracycline Glycoside." The face of the patent indicates that the application from which it issued (Appl. No. 07/827,742) was filed on June 29, 1992, and a certificate of correction indicates that the '285 patent ultimately claims priority from a U.S. application filed June 26, 1986. The face of the '285 patent also indicates that it claims priority from a U.K. application (No. 85/19,452) filed August 2, 1985.

In column 1, the specification of the '285 patent discusses some of the risks in using anthracycline glycosides, stating:

> The present invention relates to a stable intravenously injectable ready-to-use solution of an antitumor anthracycline glycoside, e.g. doxorubicin, to a process for preparing such a solution, and provid[ing] the same in a sealed container, and to a method for treating tumors by the use of the said ready-to-use solution.

> The anthracycline glycoside compounds are well known class of compounds in the antineoplastic group of agents, wherein doxorubicin is a typical, and the most widely used representative...

> At present, anthracycline glycoside antitumor drugs, in particular, e.g. doxorubicin, are solely available in the form of lyophilized preparations, which need to be reconstituted before administration.

> Both the manufacturing and the reconstitution of such preparations expose the involved personnel (workers, pharmacists, medical personnel, nurses) to risks of contamination which are particularly serious due to the toxicity of the antitumor substances.

> The Martindale Extra Pharmacopoeia 28th edition, page 175 left column, reports, indeed, about adverse effects of antineoplastic drugs and recommends that "They must be handled with great care and contact with skin and eyes avoided; they should not be

inhaled. Care must be taken to avoid extravasion since pain and tissue damage may ensue."

Similarly, Scand. J. Work Environ Health vol. 10 (2), pages 71-74 (1984), as well as articles on Chemistry Industry, Issue Jul. 4, 1983, page 488, and Drug-Topics-Medical-Economics-Co, Issue Feb. 7, 1983, page 99, report about severe adverse effects observed in medical personnel exposed to use of cytostatic agents, including doxorubicin.

To administer a lyophilized preparation, double handling of the drug is required, the lyophilized cake having to be first reconstituted and then administered and, moreover, in some cases, the complete dissolution of the powder may require prolonged shaking because of solubilization problems.

Motivated by the risks and problems related to the administration of existing anthracycline glycoside preparations, the inventors of the subject matter sought a means of allowing administration of anthracycline glycosides without reconstitution by medical personnel or other exposure to the drugs. The inventors solved those problems by adjusting the pH of an aqueous solution of doxorubicin, epirubicin, or idarubicin to a pH of from 2.5 to 5.0 with one of several specified physiologically acceptable acids. The inventors found, through the experiments reported in the specification of the patent, that the stability of the solutions was such that they could be kept for extended time periods in sealed containers at refrigerated temperatures (4° C to 8° C),[22] allowing health professionals to avoid reconstitution of the drug.

The '285 patent includes fourteen examples in the specification that compare unadjusted doxorubicin solutions to doxorubicin solutions in which the pH has been adjusted with an acid (and, in some cases, having co-solubilizing agents added). Importantly, the solutions were prepared in a manner that isolated variables of pH, concentration, and co-solubilizing agents. That is, unlike earlier articles, the '285 patent properly employed standardized conditions.

---

[22] Professor Clark performed his calculations based on the presumption that stability should be determined for a solution at 4°C. That is an improper assumption; refrigeration is considered to be up to 8°C, which would lead to a shorter shelf-life. *See* Stella, "Chemical and Physical Bases Determining the Instability and Incompatibility of Formulated Injectable Drugs," *J. Parenteral Sci. & Tech.* 40:142-163 (1986), at 148. That is, his calculations may suggest greater stability than appropriate.

Stability at 4° C and 8° C was calculated based on storage at 4° C, 35° C, 45° C, and 55° C. The following Tables 1, 2, and 3 (taken directly from the '285 patent) compare the stability of a 2 mg/ml doxorubicin solution without pH adjustment (Table 1), a 2 mg/ml doxorubicin solution with pH adjusted to 3 with hydrochloric acid (Table 2), and a 20 mg/ml doxorubicin solution with pH adjusted to 3 with hydrochloric acid (Table 3).[23]

TABLE 1

INITIAL VALUES
Concentration: 1.994 mg/ml        pH = 5.2
Relative % Assay: 100.0

TEMPERATURE

| TIME (weeks) | 4 C° Conc. mg/ml | 4 C° Rel. % Assay | 35 C° Conc. mg/ml | 35 C° Rel. % Assay | 45 C° Conc. mg/ml | 45 C° Rel. % Assay | 55 C° Conc. mg/ml | 55 C° Rel. % Assay |
|---|---|---|---|---|---|---|---|---|
| 1 | 1.992 | 99.9 | 1.917 | 96.1 | 1.768 | 88.7 | 1.493 | 75.0 |
| 2 | | | 1.843 | 92.4 | 1.618 | 81.1 | 1.166 | 58.5 |
| 3 | | | 1.774 | 89.0 | 1.506 | 75.5 | 0.830 | 41.6 |
| 4 | 1.974 | 99.0 | 1.720 | 86.3 | 1.393 | 69.9 | | |
| 12 | 1.980 | 99.3 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4 C° = 815 days
$t_{90}$ at 8 C° = 480 days

---

[23] Professor Clark stated, "The specific measures of doxorubicin HCl stability reported in the '285 patent, $t_{90\%}$ values at 4° C and 8° C in particular, were determined from extrapolations based on actual measurements from accelerated stability studies of doxorubicin HCl degradation taken at various higher temperatures." That is simply not correct. Unlike many of the references Professor Clark cited, one of the temperatures in the examples of the '285 patent was 4° C.