EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHARMACIA & UPJOHN COMPANY, LLC

Plaintiff,

v.

SICOR, INC., and
SICOR PHARMACEUTICALS, INC.

Defendants.

Civil Action No. 04-833 KAJ

## EXPERT REPORT OF LAURA T. GUERRA

I, LAURA T. GUERRA, being over the age of eighteen and competent in all respects to testify, hereby declare as follows:

I.      STATEMENT OF QUALIFICATIONS

A copy of my *curriculum vitae*, which includes a listing of my publications, is attached to this report as Exhibit A.

I am the Associate Director for Research Operations for the Translational Oncology Program at US Oncology. I received my A.S. in Nursing in 1973 from Galveston College and became a registered nurse. In 1973, I served as a graduate nurse in the Department of Nursing at the University of Texas Medical Branch in Galveston, Texas. Then, from 1974 to 2004, I served as a hospital staff nurse, outpatient chemotherapy nurse, clinical research nurse, and clinical research nurse supervisor at the University of Texas M.D. Anderson Cancer Center in Houston, Texas. During part of that time, I also moonlighted at another hospital. In those positions, I personally worked with and developed first-hand knowledge of certain aspects of anthracycline glycosides, especially in relation to breast cancers.

II.     BACKGROUND AND COMPENSATION

I have not testified, either by deposition or at trial, as an expert in any case. I am being compensated at the rate of $ 175.00 per hour, plus expenses, for my efforts in conjunction with this litigation.

III.     INFORMATION CONSIDERED AND ASSUMPTIONS

I have been retained by the law firm of McDonnell Boehnen Hulbert & Berghoff LLP to provide a historical review of the use of anthracycline glycosides. I understand that discovery in the case is ongoing, and that I may be asked to address other related issues if further information becomes available.

In forming my analysis and comparison, in addition to my personal knowledge, I have considered the following materials:

a.     U.S. Patent No. 6,107,285 ("the '285 patent");

b.     Linda Kathryn Barry et al., *Promoting the Responsible Handling of Antineoplastic Agents in the Community*, 12 Oncology Nursing F. 41 (1985);

c.     Marsha M. Cloak et al., *Occupational Exposure of Nursing Personnel to Antineoplastic Agents*, 12 Oncology Nursing F. 33 (1985);

d.     Kai Falck et al., *Mutagenicity of Urine of Nurses Handling Cyctostatic Drugs*, The Lancet, June 9, 1979, at 1250;

e.     Kari Hemminki et al., *Spontaneous abortions and malformations in the offspring of nurses exposed to anaesthetic gases, cytostatic drugs, and other potential hazards in hospitals, based on registered information of outcome*, 39 J. Epidemiology & Community Health 141 (1985);

f.     Bonnie Rogers, *Work Practices of Nurses Who Handle Antineoplastic Agents*, 35 AAOHN J. 24 (1987) (citing Olver, I. & Scharz, M., *Use of dimethyl sulfoxide in limiting tissue damage caused by extravasation of doxorubicin*, 67 Cancer Treatment Rep. 407);

g.     Sherry G. Selevan et al., *A Study of Occupational Exposure to Antineoplastic Drugs and Fetal Loss in Nurses*, 313 New Eng. J. Med. 173 (1985);

h.    Eero A. Sotaniemi et al., *Liver Damage in Nurses Handling Cytostatic Agents*, 214 Acta Med. Scandanavia 181 (1983);

i.    Roger W. Anderson et al., *Risk of handling injectable antineoplastic agents*, 39 Am. J. Hospital Pharmacy 1881 (1982);

j.    Geneviève Aubel-Sadron & Danielle Londos-Gagliardi, *Daunorubicin and doxorubicin, anthracycline antibiotics, a physicochemical and biological review*, 66 *Biochimie* 333 (1984);

k.    T. Balazs & V.J. Ferrans, *Cardiac Lesions Induced by Chemicals*, 26 Envtl. Health Persp. 181 (1978);

l.    R.J. Maral & M. Jouanne, *Toxicology of Daunorubicin in Animals and Man*, 65 Cancer Treatment Rep. 9 (1981);

m.    Tot V. Nguyen et al, *Exposure of Pharmacy Personnel to Mutagenic Antineoplastic* Drugs, 42 Cancer Res. 4792 (1982);

n.    Marja Sorsa et al., *Occupational exposure to anticancer drugs—Potential and real hazards*, 154 Mutation Res. 135 (1985);

o.    Miriam C. Vaughn & William D. Christensen, *Occupational Exposure to Cancer Chemotherapeutic Drugs: A Literature Review*, 46 Am. Indus. Hygiene Assoc. B-8 (1985);

p.    H. Waksvik et al., Chromosome Analyses of Nurses Handling Cytostatic Agents, 65 Cancer Treatement Rep. 607 (1981);

q.    Dominic A. Solimando & James P. Wilson, *Demonstration of Skin Fluorescence Following Exposure to Doxorubicin*, Cancer Nursing, August 1983, at 313 (citing H. Marquadt et al., *Tumorigenicity* in vivo *and introduction of malignant transformation and mutagenesis in cell cultures by Adriamycin and Daunomycin*, 36 Cancer Res. 2065 (1979) and B.R. Harrison, *Developing Guidelines for working with antineoplastic agents*, 38 Am. J. Hospital Pharmacy 1686 (1981));

r.    Guidelines for Handling Parenteral Antineoplastics, 253 JAMA 1590 (1985): (citing B.R. Harrison, *Developing Guidelines for working with antineoplastic agents*, 38 Am. J. Hospital Pharmacy 1686 (1981));

s.    The Physician's Desk Reference entries on Adriamycin PFS and RDF and Idamycin;

t.    Declaration under Rule 1.132 of William J. Dana;

u.    Declaration under Rule 1.132 of Mary Horstman; and

v.    Declaration under Rule 1.132 of Debra Holton-Smith.

I incorporate these materials into this report and into my opinion.

IV.    SUMMARY OF OPINIONS

Through both opinion and personal experience, I know that nurses and other medical personnel were growing concerned about the harmful health effects of anthracycline glycosides by 1985. It is my opinion that lyophilized anthracycline glycosides, as used in hospitals as of that time and reconstituted by nurses, presented a substantial health risk to nurses. It is also my opinion that most of that health risk was later avoided through the use of ready-to-use formulations of anthracycline glycosides in sealed containers. It is another opinion of mine that ready-to-use formulations of anthracycline glycosides provided other benefits, including both added safety for medical personnel and patients and convenience. I may also testify regarding my experience with anthracycline glycosides, including their treatment for various cancers.

V.    OPINIONS

The University of Texas M.D. Anderson Cancer Center is one of the largest and most advanced cancer treatment centers in the world. During my employment as an oncology nurse with UT M.D. Anderson, I worked with anthracycline glycosides on a daily or near-daily basis, as well as related drugs. My first exposure to anthracycline glycosides was in powdered, lyophilized form. One of the first anthracycline glycosides I worked with was doxorubicin, known at first as Adriamycin. I later worked with other anthracycline glycosides, including epirubicin. That work included reconstituting solutions of anthracycline glycosides by dissolving the lyophilizate in water. That is, I am personally familiar with the use and reconstitution of anthracycline glycosides as part of a treatment regimen.

4

Anthracycline glycosides are very powerful chemotherapy drugs for a variety of different cancers. For example, Adriamycin RDF (the lyophilized form of doxorubicin described in the PDR entry) and Adriamycin PFS (the ready-to-use solution form of doxorubicin described in the PDR entry) were indicated "to produce regression in disseminated neoplastic conditions such as acute lymphoblastic leukemia, acute myeloblastic leukemia, Wilms' tumor, neuroblastoma, soft tissue and bone sarcomas, breast carcinoma, ovarian carcinoma, transitional cell bladder carcinoma, thyroid carcinoma, gastric carcinoma, Hodgkin's disease, malignant lymphoma and bronchogenic carcinoma in which the small cell histologic type is the most responsive compared to other cell types." I also worked with epirubicin in clinical trials in metastatic breast cancer. I am most familiar with the use of doxorubicin, the active pharmaceutical ingredient in Adriamycin RDF and PFS, because it has been on the market for many years and was (and is perhaps still) the most commonly used anthracycline glycoside. I used doxorubicin in the treatment of acute lymphoblastic leukemia and acute myeloblastic leukemia from 1974 to 1976, for a variety of malignancies during my role as a chemotherapy nurse and in the breast cancer field from 1977 to 1994.

In 1985, oncology nurses were just beginning to become generally aware of just how toxic lyophilized anthracycline glycosides were. About that time, a study was performed at M.D. Anderson, with the results published in <u>Oncology Nursing Forum</u>. I contributed to that study. The study accurately reflected the tasks performed by oncology nurses at M.D. Anderson, and the exposure to anthracycline glycosides in the performance of those tasks:

> During the 5 days at work, the 10 nurses in Group 1 handled 751 doses of antineoplastic agents. This represents a mean of 75.1 doses of antineoplastic agents handled by each nurse in the 5-day period. Specific agents handled by this group and their mutagenicity are listed in Table 2. Nurses performed more than one task (as previously identified) with a single dose. For example, a nurse primed the IV tubing with an agent, connected the tubing to an infusion system

5

(administer), and, when the infusion was complete, disconnected the tubing and disposed of the container. At the time of this study, these nurses wore no protective clothing as they performed these tasks with antineoplastic agents. The nurses performed a total of 2155 manipulative tasks within this 5-day work week, or an average of 2.87 tasks with each dose. Accompanying these tasks were 207 self-detected skin contacts (Table 3); therefore 9.6% of the total tasks performed were associated with skin contact. Self-detected skin contacts were reported with all seven tasks performed by these 10 nurses. However, for each task at least one nurse reported no self-detected skin contacts, as evidenced by a bottom range of zero for each task. The greatest frequency of skin contact (26%) occurred when priming the I-MED Volumetric Infusion Pump™. The frequency with all other tasks was lower and within a relatively narrow range (4.4%-10.6%).

The three nurses in Group 2 who admixed and administered antineoplastic agents handled 94 doses during the 5 days at work, for a mean of 31.1 doses of antineoplastic agents handled by each nurse. Specific agents handled within this group, along with their mutagenicity, are listed in Table 2. These nurses also performed more than one task with a single dose with a total of 259 manipulative tasks being recorded within the 5 day work week, averaging 2.76 tasks for each dose. Preparation of antineoplastic agents was done on an open counter. Through random observations made each day during the study week it was noted that two of the three nurses wore surgical gloves only when preparing antineoplastic agents. However, one of these two nurses by day 4 of the work week began wearing surgical latex gloves to perform all tasks involving antineoplastic agents. The nurses reported 13 self-detected skin contacts accompanying these tasks (Table 4); therefore 5% of the total tasks performed were associated with skin contact. No self-detected skin contacts were reported for four of the eight tasks. For the other four tasks, as in Group 1, at least one nurse reported no self-detected skin contacts, as reflected by a bottom range of zero for each task (Table 4).

In Group 3, the seven LVNs and aides disposed of 305 specimens of excreta, during the 5 days at work for a mean of 43.5 specimens per person. Excreta included urine, emesis, and stool. Of the total number of specimens, 52 (17%) were from patients who had received an antineoplastic agent within the previous 32 hours. Antineoplastic agents received by these patients and their mutagenicity are listed in Table 2. For the 305 specimens handled, 54 self-detected skin contacts were reported, with a range of 0-35. Thus, 18% of the specimens disposed of were associated with self-detected skin contact.

The nurses' actions, and the exposure to antineoplastic agents, observed in the 1985 Cloak

Oncology Nursing Forum article comported with my experience at M.D. Anderson.

The reconstitution of lyophilized anthracycline glycosides at that time involved several

steps. First, water was withdrawn from a bottle with a syringe. Second, the water was injected

into the vial containing lyophilized anthracycline glycoside. This step was the one in reconstitution most likely to lead to spilling of the anthracycline glycoside because of the pressure that had to be exerted in injecting the water and the withdrawal of the syringe from the vial. Third, the mixture was agitated until all of the anthracycline glycoside was in solution. Fourth, the reconstituted anthracycline glycoside solution was withdrawn from the vial and injected into a 50 ml bottle or bag of i.v. solution to be administered to the patient. Fifth, any remaining anthracycline glycoside solution would be disposed of.

I was also aware, from my work at another hospital in the Texas Medical Center, that other hospitals had somewhat different protocols for handling anthracycline glycosides. Specifically, physicians, not nurses, administered the drugs and pushed the drugs into the i.v. instead of an i.v. drip. However, to my knowledge, those other protocols did not (and could not) make the handling of anthracycline glycosides much safer.

The articles I reviewed (which I incorporate into this report) show what oncology nurses learned in the mid- and late-1980's: that anthracycline glycosides could be quite dangerous for the nurses themselves. For example, the 1985 Barry article in Oncology Nursing Forum stated both that "[d]irectly irritating effects of doxorubicin [and] daunorubicin . . . have been documented in individuals who handle these agents," and that doxorubicin was shown to be teratogenic in animal studies. The 1987 Rogers AAOHN Journal article indicated that doxorubicin causes local toxic and allergic reactions in skin and mucous membranes. The 1987 Selevan New England Journal of Medicine article found a correlation between nurses' occupational exposure to antineoplastic drugs (including doxorubicin) and fetal loss. The article in Oncology Nursing Forum, as well as the other Oncology Nursing Forum article published that year, became relatively commonly (and contemporaneously) known in the oncology nursing

field. In addition, I was personally familiar with oncology nurses having skin irritations and allergic reactions, miscarrying, losing hair, and becoming infertile due to sclerotic ovaries, all caused by the handling of these drugs.

Since the introduction of ready-to-use formulations of anthracycline glycosides in sealed containers, I believe that the handling of anthracycline glycosides has become far safer and, to my understanding, oncology nurses have suffered far fewer adverse effects related to treatment of patients. Many of these benefits are described in the declarations of William J. Dana, Mary Horstman, and Debra Holton-Smith, which comport with my own experience and which I incorporate into this report. Because there is no need to reformulate ready-to-use anthracycline glycoside formulations, there is a greatly reduced risk of spilling, sprayback, or improper disposal. In addition, because oncology nurses do less handling of the anthracycline glycosides, there is inherently less risk of harm from exposure.

There are numerous other benefits of ready-to-use formulations of anthracycline glycosides in sealed containers described in the declarations of William J. Dana, Mary Horstman, and Debra Holton-Smith. For example, those declarations point out the greater risk of dosing error in reformulating lyophilized anthracycline glycosides and the far greater convenience of ready-to-use formulations. I agree with the statements made in those declarations as to the benefits of ready-to-use formulations of anthracycline glycosides, and incorporate those statements into this report as part of my potential testimony.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Houston, Texas on August _15_, 2005.

Laura T. Guerra

# Exhibit A

CURRICULUM VITAE

**Name:**

Laura T. Esparza-Guerra, R.N., CCRC

**Present Title and Affiliation:**

Registered Nurse
Research Nurse Supervisor
Department of Breast Medical Oncology
The University of Texas M. D. Anderson Cancer Center

**BIRTHDATE:**

June 29, 1953

**PLACE OF BIRTH:**

Galveston, Texas

**SOCIAL SECURITY NUMBER:**

██████████

████████████ **LICENSURE:**

2-29690

| **HOME ADDRESS:** | **TELEPHONE:** |
|---|---|
| 1110 Prince Street<br>Houston, Texas   77008 | 713- 861-9673 |

| **OFFICE ADDRESS:** | **TELEPHONE:** |
|---|---|
| The University of Texas M. D. Anderson Cancer Center<br>Department of Breast Medical Oncology<br>1515 Holcombe - Unit 424<br>Houston, TX  77030 | 713-563-0764 |

**FAXES:**

713- 794-4385

**OFFICE E-MAIL:**

Lguerra@mdanderson.org

**EDUCATION:**

| | |
|---|---|
| 1971 | Ball High School<br>Galveston, Texas; National Honor Society Graduate |
| 1973 | Associate Degree of Science in Nursing, Galveston College, Galveston, Texas; Degree - R.N., A.D.N. |
| 1980 | Clinical Oncology Course in Cancer Prevention and Detection, University of Texas System Cancer Center, M. D. Anderson Cancer Center, Houston, TX. |
| 1980 | Texas Women's University Nursing School, Continuing Education Course, Houston, TX. |

**BOARD CERTIFICATION:**

| | |
|---|---|
| 2002 | Clinical Research Coordinator Certification (CRCC) |

**PROFESSIONAL EXPERIENCE:**

| | |
|---|---|
| 1982-Present | Clinical Research Nurse Supervisor, Department of Medical Oncology, Medical Breast Service, University of Texas M. D. Anderson Cancer Center, Houston, TX. |
| 1990 –1995 | Clinical Nurse, Department of Nursing, part time In-patient Breast Oncology Unit or Melanoma/Sarcoma Unit, University of Texas M. D. Anderson Cancer Center, Houston, TX. |
| 1977-1982 | Clinical Research Nurse, Department of Medicine, Medical Breast Service, University of Texas M. D. Anderson Cancer Center, Houston, TX. |
| 1975-1977 | Staff Nurse, Department of Nursing-Ambulatory Treatment Center, Chemotherapy and Emergencies, University of Texas M. D. Anderson Cancer Center, Houston, TX. |
| 1974-1975 | Staff Nurse, Department of Nursing-In-patient, Leukemia Service, University of Texas M. D. Anderson Cancer Center, Houston, TX. |
| 1973 | Graduate Nurse, Department of Nursing-Pediatrics, University of Texas Medical Branch, Galveston, TX. |

**ADMINISTRATIVE RESPONSIBILITIES:**

At the University of Texas M. D. Anderson Cancer Center:

| | |
|---|---|
| 1983-1986 | Data Centralization Committee – Development of the Patient Data Management System at UTMDACC |
| 1984-present | Research Nurse Committee |
| 1990-1997 | UT M. D. Anderson Cancer Center Preceptorship & Clinical Exchange Program Lecturer |
| 1993- 1996 | Breast Medical Oncology, Nurse Assessment Form Working Group |
| 1995-1996 | Nurses role in the ambulatory setting, Position Description Working Group |
| 1996-present | Women's Cancer Research Group |
| 1997-present | Office of Protocol Research Scientific Advisory Committee, Nurse Representative |
| 1999-present | Research Nurse Orientation Program Committee Member & Preceptor |
| 2001-present | Research Nurse Compensation Working Group |
| 2002-present | Clinical Research Nurse Committee, Founding Member |
| 2001-present | UT M.D. Anderson Cancer Center Medical Exchange and Training Program & Education Seminars to Japan, Advisory Board Member, Lecturer, and Preceptor |

**PROFESSIONAL MEMBERSHIP:**

Oncology Nursing Society (ONS)
American Society of Clinical Oncology (ASCO)
National Association of Hispanic Nurses (NAHN)
Association of Clinical Research Professionals (ACRP)
Hispanic Women in Leadership (HWL)

**EXTRAMURAL:**

| | |
|---|---|
| 1991-1996 | Glaxo Speakers Bureau |
| 1991-1999 | Bristol-Meyers Visiting Professor Program |
| 1993-1999 | Orthobiotech Speakers Bureau |
| 1994-2000 | Oncology Nurse Advisory Board for Taxotere, Rhone-Poulenc Rorer |
| 1994-present | Aventis Pharmaceuticals (formally Rhone-Poulenc Rorer) Nurse Speaker Program |
| 1999-present | Novartis Oncology Representative for The Breast Cancer Support Network....*for Better Bone Health* |
| 2000-2003 | Oncology Nurse Advisory Board for Ellence & Aromasin, Phamacia Oncology Corporation |
| 2000-2002 | Immunex Nurse Speaker Program |
| 2001-present | Oncology Nursing Society Forum Moderator for ONS Online. |
| 2002-present | Genentech Regional Nurse Advocate (RNA) Program and Oncology Nurse Advisory Board for Herceptin and Avastin |
| 2004-present | Oncology Nurse Advisory Board member, Pfizer Oncology |

**VOLUNTEER ACTIVITIES**

| | |
|---|---|
| 1984-present | Cancerwise Community Speaker Bureau (CCSB) |
| 1994-present | Race for the Cure, annual participant |
| 1998-present | Pink Ribbon Project, annual participant |

**CLINICAL RESEARCH EXPERIENCE:**

Multimodality Treatment of Primary Breast Cancer During Pregnancy, ID01-193

A Presurgical Study to Evaluate Molecular Alterations that Occur in Human Breast Cancer Tissue and Normal Skin After Short Term Exposure to ZD1839 (Iressa) and to Correlate These Alterations with Pharmacokinetic Parameters, BCIRG 103

Multi-center Phase III Randomized Trial Comparing Doxorubicin and Cyclophosphamide Followed By Docetaxel (AC-T) With Doxorubicin and Cyclophosphamide Followed by Docetaxel and Trastuzumab (AC-TH) And With Docetaxel, Platinum Salt and Trastuzumab (TCH) In The Treatment of Node Positive and High Risk Node Negative Adjuvant Patients With Operable Breast Cancer Containing Her-2neu, BCIRG 006

Phase II, Single Arm, Single Institution Clinical Trial Of Docetaxel And Doxorubicin in Combination With Local Administration Of INGN201(Ad5CMV-$p53$) in Locally Advanced Breast Cancer, (adequate tumor tissue must be available to determine $p53$ mutation status by DNA sequencing, ID00-008

A Multicenter Phase III Randomized Trial Comparing Docetaxel (Taxotere) and Trastuzumab (Herceptin) W/ Docetaxel, Platinum Salt (Cisplatin or Carboplatin) and Trastuzumab as First-Line Chemo For Patients W/ Advanced Breast Cancer Containing The Her2 Gene Amplification, BCIRG 007

Phase II study of docetaxel plus trastuzumab for patients with HER-2 overexpressing metastatic breast cancer, ID99-190

A Phase II study of UFT + Leucovorin (Orzel) given as a two times per day regimen in the treatment of patients with recurrent metastatic breast cancer, DM99-110

Phase I Open-Label, Single-Center Pilot Study Of Weekly Paclitaxel And Doxorubicin In Patients With MBC, DMP99-010

Phase II, Open-Label, Extension Trial of Rapid Intravenous Infusion of Zoledronate vs Aredia in Cancer Patients with Osteolytic Bone Metastases, ID 99-159

Prospective study of signal transduction pathways associated with trastuzumab (Herceptin)-based therapy for patients with metastatic breast cancer, LAB99-046

Pilot Study of Subcutaneous Dalteparin (Fragmin) for Outpatient Treatment of Deep Venous Thrombosis (DVT) in Low Risk Breast Cancer Patients, DM98-231

A Randomized, Double-Blind, Multicenter, Comparative Trial of I.V. Zoledronate (4 mg or 8 mg) Versus IV Aredia (90 mg), as an Adjunct to Standard Therapies in the Treatment of Multiple Myeloma and Breast Cancer Patients with Cancer-related Lesions, DM98-264

A Phase II study of UFT + Leucovorin (Orzel) given as a Three-times per day regimen in the treatment of patients with recurrent metastatic breast cancer, DM98-318

A Pilot Study To Assess Toxicity Of Paclitaxel Or Docetaxel In MBC Patients With Impaired Liver Function Secondary To Hepatic Metastasis, ID98-024

Phase II open-label, single-center trial of primary chemotherapy with docetaxel and doxorubicin (TD), surgery, postoperative chemotherapy with cyclophosphamide, methotrexate and 5-FU (CMF), radiotherapy and tamoxifen in patients with locally advanced breast cancer, ID 97-099

Phase I open-label, single-center trial of chemotherapy with docetaxel and doxorubicin plus sargramostim (GM-CSF) in patients with metastatic breast cancer, DM 97-130

Multicenter, open-label, dose-ranging study for the evaluation of safety, tolerability, and efficacy of Neovastat administered orally for 12 weeks in patients with prostate or breast cancer refractory to

4

standard therapies or for whom no standard therapies are available, URL97-223

A phase I/II study of docetaxel (RP 56976) and cyclophosphamide combination chemotherapy in patients with advanced solid tumors (phase I)/breast cancer (phase II), DM 94-015

A pilot study of docetaxel (RP 56976) in patients with paclitaxel-resistant advanced breast cancer, DM 94-037

Phase II Study of CI-958 in Patients with Metastatic Breast Cancer, DM94-085

Phase I and Phase II Study of Liposomal Annamycin In Anthracycline-Resistant Breast Cancer, DM94-046

Phase II study of Sialyl Tn-KLH with DETOX –B adjuvant combination with Interferon alpha-2a in the treatment of breast cancer, ID94-018

Phase II trial of RP 56976 (Taxotere) in patients with metastatic breast cancer, DM 92-058

A double-blind comparison of the efficacy of two-dose regimen of oral granisetron (1 mg twice, 2 mg once) in prevention of acute emesis in patients receiving moderately emetogenic chemotherapy, DM92-077

Multimodality treatment of primary breast cancer occurring concomitant with pregnancy, DM92-002

Phase II study of ifosfamide and mesna in patients with metastatic breast cancer, DM90-110

Phase II study of CI-973 in patients with refractory advanced breast cancer, DM90-089

Phase II study of recombinant alpha interferon (rIFNa) and continuous-infusion 5-fluorouracil in metastatic breast cancer, DM90-019

Phase II trial of fazarabine (ARA-AC, arabinosyl-5-azacytosine) in metastatic breast cancer, DM89-052

Phase I Clinical and Pharmacology Evaluation of CI-973, A New Platinum Derivative.  Single Dose Repeated Every 28 Days, DM88-138

Phase II study of recombinant alpha interferon and recombinant interleukin-2 in metastatic breast cancer, DM88-075

Double blind placebo controlled crossover study of Ativan as adjunctive anti-emetic and primary anxiolytic therapy in patients with metastatic breast cancer, DM88-134

An open label evaluation of three different doses of oral GR-C570/75 (Zofran) in the prevention of nausea and vomiting associated with doxorubicin, cyclophosphamide chemotherapy, DM88-048

DM87-095 Phase I-II   MonAB B72.3-GYK-DTPA

Phase I study of TCNP (Tricyclic Nucleotide Phosphate, Triciribine in solid tumors, DM87-075

Phase I-II study of high dose Etoposide (VP-16-213) in patients with breast cancer, DM87-050

A Phase II study of Didemnin-B in patients with metastatic breast cancer, DM87-039

Leuprolide vs Leuprolide + Tamoxifen in premenopausal breast cancer patients with metastatic breast cancer, DM86-97

Intraarterial FAC (5-fluorouracil, adriamycin, cyclophosphamide) chemotherapy in the treatment of breast cancer metastatic to the liver, DM86-45

Concomitant 5-day continuous infusion of Vinblastine and 5-fluorouracil in the treatment of refractory metastatic breast cancer, DM86-21

5

Phase II study of hormone-mediated chemosensitivity-modulation of untreated breast cancer (Fac-premarin), DM85-59

A Phase II study of high-dose Mitoxantrone in patients with metastatic breast cancer, DM84-73
Peri-operative chemotherapy in patients with T1 to T3 with N1 or N2 operable breast cancer, DM83-83

Phase II clinical trial of 2-N-methyl-9-hydroxyellipicinium (Elliptinium) in patients with advanced breast cancer, DM83-49

A comparative study of Megestrol Acetate vs Tamoxifen in advanced breast cancer, DM83-42

Phase II trial of oral 4-Demethoxydaunorubicin (idarubicin) administration to breast cancer patients, DM92-73

A comparative study of adjuvant FAC(Adriamycin, Cytoxan, and 5-fluorouracil) vs control in Stage I breast cancer patients, DM82-27

A pilot study with a combination of Cytoxan, Mitoxantrone,  5-fluorouracil with a non-cross resistant re-induction program with continuous infusion Adriamycin, DM82-21

Phase II study of Peplomycin in the treatment of metastatic breast caner, MB-DT81-95

A comparative study of Bisantrene given as a single IV dose or intermittently daily for 5 days every three weeks or as a weekly IV dose schedule, DT81-58

A comparative study of a combination of continuous infusion Adriamycin, Cytoxan, and VP-16-213 with a combination of continuous infusion Adriamycin, Cytoxan, and 5-fluorouracil in patients with metastatic breast caner, DT81-57

Phase II study of VM-26 in patients with metastatic breast caner, MB-DT80-63

A comparative study of two different combination of anthracenedione (Mitoxantrone) and Vinblastine in patients with refractory breast cancer, MB-DT80-85

A phase II study of anthracenedione (Mitoxantrone) in breast cancer, MB_DT80-37

Phase II study of Carminomycin in the treatment of advanced breast cancer, MB-DT80-30

Phase II study of VP-16 (Etoposide) continuous infusion versus intermittent bolus infusion in patients with metastatic breast cancer, MB-DT79-84

Phase Ii study of FAC (Adriamycin, Cytoxan, and 5-fluorouracil) + Tamoxifen in the treatment of metastatic breast cancer, MB-DT77-48

## PUBLICATIONS

1.  Schell FC, Yap HY, Hortobagyi GN, Issell B, **Esparza L**: Phase II study of VP 16-213 (etoposide) in refractory metastatic breast carcinoma. Cancer and Chemother and Pharm 7:223-225, 1982.

2.  Yap HY, **Esparza L**, Blumenschein GR, Hortobagyi GN, Bodey GP: Combination chemotherapy with cyclophosphamide, mitoxantrone and 5-fluorouracil in patients with metastatic breast cancer. Cancer Treat Revs 10:53-55, 1983.

3.  Aboud A, Yap HY, **Esparza L**, Blumenschein GR, Hortobagyi GN, Issell B, Bodey GP: Carminomycin, a new anthracycline analog in the treatment of advanced breast cancer. Cancer 53(1): 9-12, 1984.

4.  Holmes FA, Yap HY, **Esparza L**, Buzdar AU, Hortobagyi GN, Blumenschein GR: Mitoxantrone, cyclophosphamide, and 5-fluorouracil in the treatment of hormonally unresponsive metastatic breast cancer. Proceedings of the Lederle Novantrone Canadian Launch Symposium, February 24, 1983. Sem Oncol 11:28-31, 1984.

5.  Holmes FA, **Esparza L**, Yap HY, Buzdar AU, Blumenschein GR, Hortobagyi GN: A comparative study of bisantrene given by two dose schedules in patients with metastatic breast cancer. Cancer Chemo and Pharmacol 18(2): 157-161, 1986.

6.  Holmes FA, Yap HY, **Esparza L**, Buzdar AU, Blumenschein GR, Hug V, Hortobagyi GN: Mitoxantrone, cyclophosphamide, fluorouracil in metastatic breast cancer unresponsive to hormonal therapy. Cancer 59(12): 1992-1999, 1987.

7.  Ro J, Buzdar AU, **Esparza L**, Hortobagyi GN: Phase II study of peplomycin in advanced breast carcinoma. Cancer Treat Rep 71:777-778, 1987.

8.  Holmes FA, **Esparza L**, Yap HY, Fraschini G, Blumenschein GR, Jabboury K, Hortobagyi GN: A randomized phase II study of etoposide versus teniposide in refractory metastatic breast cancer. International Journal of Experimental & Clinical Chemotherapy 2:95-98, 1989.

9.  Holmes FA, **Esparza L**, Yap HY, Buzdar AU, Blumenschein GR, Hortobagyi GN: A comparative study of bisantrene given by two dose schedules in patients with metastatic breast cancer. Cancer Chemother Pharmacol 18:157-161, 1986.

10. Buzdar AU, Yap HY, **Esparza L**, Holmes F, Fraschini G, Hug V, Hortobagyi G: A comparative randomized trial of doxorubicin and cyclophosphamide in combination with fluorouracil (FAC) or etoposide (EAC) in metastatic breast cancer. Int J Exp Clin Chemother 1(1): 48-55, 1988.

11. Holmes FA, **Esparza L**, Yap HY, Fraschini G, Blumenschein GR, Jabboury K, Hortobagyi GN: A randomized phase II study of etoposide versus teniposide in refractory metastatic breast cancer. International Journal of Experimental & Clinical Oncology 2:95-98, 1989.

12. Buzdar AU, Hortobagyi GN, **Esparza LT**, Holmes FA, Ro JS, Fraschini G, Lichtiger B: Elliptinium acetate in metastatic breast cancer - a Phase II study. Oncology 47:101-104, 1990.

13. Fraschini G, Ciociola A, **Esparza L**, Templeton D, Holmes FA, Walters RS, Hortobagyi GN: Evaluation of three oral dosages of ondansetron in the prevention of nausea and emesis associated with cyclophosphamide-doxorubicin chemotherapy. J Clin Oncol 9(7): 1268-1274, 1991.

14. Lamki ML, Buzdar AU, Singletary SE, Rosenblum MG, Bhadkamkar V, **Esparza L**, Podoloff DA, Zukiwski A, McGuire RT, Hortobagyi GN, Murray JL: IN-[111]Labeled B72.3 monoclonal antibody in the detection and staging of breast cancer: A phase I study. J Nucl Med. 32:1326-1332, 1991.

15. Fraschini G, Holmes FA, **Esparza L**, Theriault RL, Buzdar AU, Hortobagyi GN: Phase I-II study of high-dose etoposide in patients with refractory breast cancer. Invest New Drugs 9:365-367, 1991.

7

16.    Walters RS, Theriault RL, Holmes FA, Hortobagyi GN, **Esparza L**: Phase II trial of fazarabine (ARA-AC, arabinosyl-5-azacytosine) in metastatic breast cancer. Invest New Drugs 10:43-44, 1992.

17.    Benvenuto JA, Newman RA, Bignami GS, Raybould TJG, Raber MN, **Esparza L**, Walters RS. Phase I I clinical and pharmacological study of didemnin B in patients with metastatic breast cancer. Invest new Drugs 10:113-117, 1992.

18.    Theriault RL, Cohen IA, **Esparza L**, Kowal C, Raber MN: Phase I clinical evaluation of CI-973 ([SP-4-3(R)]-[1,1-cyclobutanedicarboxylato (2-)] (2-methyl-1, 4-butanediamine-N,N[1]) platinum in patients with metastatic solid tumors. Cancer Chemotherapy and Pharmacology 31:333-337, 1993.

19.    Buzdar A, **Esparza L**, Natale R, Cody R, Calzone K, Benson AB, III, Sheehan T, Berry W: Lorazepam-enhancement of dexamethasone's antiemetic efficacy: A placebo-controlled study. Am J Clin Oncol 17:417-421, 1994.

20.    Fraschini G, **Esparza L**, Booser DJ, Theriault RL, Holmes FA, Hortobagyi GN: Frontline Arterial Infusion Chemotherapy for Hepatic Metastases in Patients with Breast Cancer. N Einhorn J, Nord CE, Norrby SR (Eds.): Recent Advances in Chemotherapy: Proc 18th International Congress of Chemotherapy. American Society for Microbiology, 1994, pp.:980-981

21.    Walters RS, Theriault RL, Holmes FA, **Esparza L**, Hortobagyi GN: Phase II study of recombinant alpha interferon and recombinant interleukin-2 in metastatic breast cancer. J Immunotherapy 16:303-305, 1994.

22.    Hoffman K, Holmes FA, Fraschini G, **Esparza L**, Frye D, Raber M, Newman R, Hortobagyi GN: Phase I-II Study: Triciribine (tricyclic nucleoside phosphate) for metastatic breast cancer. Cancer Chemo & Pharm 37:254-258, 1995.

23.    Valero V, Holmes FA, Walters RS, Theriault RL, **Esparza L**, Fraschini G, Fonseca G, Bellet RE, Buzdar AU, Hortobagyi GN: Phase II trial of docetaxel (taxotere): A new highly effective antineoplastic agent in the management of patients with anthracycline-resistant metastatic breast cancer. J Clin Oncol 13:2886-2894, 1995.

24.    Walters RS, Theriault RL, Booser DJ, **Esparza L**, Hortobagyi GN: Phase II study of recombinant alpha interferon (rIFNa) and continuous-infusion 5-fluorouracil in metastatic breast cancer. J Immunotherapy 18(3) 185-187, 1995.

25.    **Esparza-Guerra L**: Docetaxel, Advancing the treatment of metastatic breast cancer. Cope, Oncology Forum & News for Professionals. Vol. 12, No. 3. May/June 1996

26.    Valero V, Holmes FA, Walters RS, Theriault RL, **Esparza-Guerra L**, Fraschini G, Fonseca GA, Bellet RE, Buzdar UA, Hortobagyi GN: Phase II Trial of Docetaxel:    A New, Highly Effective Antineoplastic Agent in the Management of Patients with Anthracycline-Resistant Metastatic Breast Cancer. J Clin Oncol 13(12): 2886-2894, 1995. (Abstracted in Breast Diseases: A Year Book Quarterly 7 (3): 302-303, 1996).

27.    Rahman Z, **Esparza-Guerra L**, Yap HY, Fraschini G, Bodey G, Hortobagyi G: Chemotherapy-induced neutropenia and fever in patients with metastatic breast carcinoma receiving salvage chemotherapy. Amer Clin Oncol 1997; 79:1150-1157.

28.   Valero V, Burris H III, Ravdin PM, Booser D, **Esparza L,** Holmes FA, Theriault R, Oldham B, Von Hoff DD, Hortobagyi G: Docetaxel in paclitaxel-resistant breast cancer: Study update.  Rhone-Poulenc Rorer Oncology Taxotere Investigators Update 11(2): 2, Winter 1996.

29.   Walters RS, Holmes FA, Valero V, **Esparza-Guerra L,** Hortobagyi GN: Phase II study of ifosfamide and mesna in patients with metastatic breast cancer.  Cancer Am J. of Clin Oncol 1998

30.   Valero V, Jones SE, Von Hoff DD, Booser DJ, Mennel RG, Ravdin PM, Holmes FA, Rahman Z, Schottstaedt MW, Erban JK, **Esparza-Guerra L,** Earhart RH, Hortobagy GN, Burris III HA: A phase II study of decetaxel (Taxotere) in patients with paclitaxel-resistant metastatic breast cancer.  J Clin Oncol 16:3362-3368:1998.

31.   Rivera E, Fraschini G, **Esparza-Guerra L,** Booser Daniel J, Theriault RL, Hortobagyi GN.  Frontline arterial infusion chemotherapy for hepatic metastases in breast cancer patients.  Cancer Therapeutics, 2:44-49, 1999.

32.   Cristofanilli M., Holmes FA, **Esparza-Guerra L,** Valero V, Buzdar AU, Neidhart JA, Hortobagyi GN.  Phase I/II trial of high dose mitoxantrone in metastatic breast cancer: the M.D. Anderson Cancer Center experience. Breast Cancer Research & Treatment, 54(3):225-233, 1999.

33.   Booser DJ, Perez-Soler R, **Esparza-Guerra L,** Cossum P, Qing-Ping W, Zou Y, Priebe W, Hortobagyi GN.  Phase I study of liposomal annamycin, 46:427-432, 2000.

34.   Valero V, Holmes F, Walters R, Theriault R, **Esparza-Guerra L,** Fraschini G, Fonseca G, Bellet R, Buzdar A, Hortobagyi GN.  Phase II trial of docetaxel: a new, highly effective antineoplastic agent in the management of patients with anthraycline –resistant breast cancer.  Classic Papers and Current Comments, Vol 5, No 4, pp759-768, 2001.

35.   Esteva FJ, Valero V, Booser D, **Guerra LT,** Murray JL, Pusztai L, Cristofanilli M, Sneige N, Smith TL, Hortobagyi GN. Phase II study of weekly docetaxel (Taxotere; Txt) and trastuzumab (Herceptin; H) for patients with HER-2 overexpressing (HER2+) metastatic breast cancer (MBC).  Euro J  Cancer 37:A193, 2001.

36.   Esmaeli B, Hortobagyi GN, Esteva FJ, Booser DJ, Ahmadi AM, Rivera E, Arbuckle R, Delpassand E, **Esparza-Guerra L,** Valero V.  Canalicular stenosis secondary to weekly vs. every-three weeks docetaxel in patients with metastatic breast cancer.  *Ophtalmology* 109(6):1188-1191, 2001.

37.   Esteva FJ, Valero V, Booser D, **Guerra L,** Hortobagyi GN. A phase II trial of trastuzumab monoclonal antibody therapy plus weekly docetaxel for patients with HER-2 overexpressing metastatic breast cancer. J Investig Med 49:A196, 2001

38.   Esteva FJ, Valero V, Booser D, **Esparza-Guerra L,** Murray JL, Pusztai L, Cristofanilli M, Fritsche H, Sneige N, Smith TL, Hortobagyi GN.  Phase II study of weekly docetaxel and trastuzumab for patients with HER-2 overexpressing metastatic breast cancer.  Journal of Clinical Oncology, Vol 20, No 7, pp1800-1808, 2002.

39.   Booser DJ, Esteva FJ, Rivera E, **Esparza-Guerra L,** Priebe W, Valero V, Hortobagyi GN.  Phase II study of liposomal annamycin in the treatment of doxorubicin-resistant breast cancer.  Cancer Chemotherapy Pharmacol, 46:427-432, 2002.

40.   Trent JC, Valero V, Booser DJ, **Esparza-Guerra L,** Ibrahim N, Rahman Z, Vernillet L, Patel S, David CL, Murray JL, Cristofanilli M, Hortobagyi GN.  Combination chemotherapy with cyclophosphamide and docetaxel: A phase I and pharmacokinetic study with and without G-CSF in patients with solid tumors followed by a phase II study as first-line treatment for metastatic breast cancer *Clin Cancer Res* 9(7):2426-2434, 2003.

9

**BOOKS AND CHAPTERS**

1.  Holmes FA, Yap HY, **Esparza L**, Buzdar AU, Hortobagyi GN, Blumenschein GR: Mitoxantrone, cyclophosphamide, and 5-fluorouracil in the treatment of hormonally unresponsive metastatic breast cancer. IN New Perspectives in Chemotherapy: Focus on Novantrone, Seminars in Oncology XI (3) Suppl. 1, 1984, pp. 28-31.

2.  **Esparza-Guerra L**: Oncology Nursing, Textbook on Breast Cancer Care. Tokyo, Japan, 2003, pp. 201-213.

**INVITED ARTICLES**

1.  Yap HY, **Esparza L**, Blumenschein GR, Hortobagyi GN, Bodey GP: Combination chemotherapy with cyclophosphamide, mitoxantrone and 5-fluorouracil in patients with metastatic breast cancer. Cancer Treat Rev 10 (Suppl.): 53-55, 1983.

2.  Holmes FA, Yap HY, **Esparza L**, Buzdar AU, Hortobagyi GN, Blumenschein GR: Mitoxantrone, cyclophosphamide, & fluorouracil in the treatment of hormonally unresponsive metastatic breast cancer. Proceedings of the Lederle Novantrone Launch Symposium, Seminars in Oncology 11(3): 28-31, 1984.

3.  **Ezparza-Guerra L**, Beschorner J, Cook GA, Paquette P, Troutner K: Nursing Consideration Guide. A step-by-step reference guide for nurses. Rhone-Poulenc Rorer Pharmaceuticals, Inc., 1996.

4.  Valero V, **Esparza-Guerra L**, Kane M, Merwin P, Staats D: Two Women's Experience, Series I Case Studies, Breast cancer therapy after neoadjuvant or adjuvant anthracycline failure. Phone-Poulenc Rorer Pharmaceuticals Inc. 1998.

5.  **Esparza-Guerra L**, Beschorner J, Cook GA, Paquette P, Trounter K: Treating Patients with Taxotere. What Nurses Need to Know. A step-by-step reference guide for nurses. Aventis Pharmaceuticals, Inc. 1999.

6.  **Esparza-Guerra L**, Dolbey C: A Comprehensive Guide for Nurses, Only Ellence. Pharmacia Oncology, April 2002

## ABSTRACTS

1. Schell F, Yap HY, Hortobagyi GN, Buzdar AU, Blumenschein GR, Issell B, **Esparza L**, Phase II Study of VP16-213 (etoposide) in refractory metastatic breast carcinoma. Proceedings of the American Society Clinical Oncology, April 30-May 2, 22:357 (C-97), 1981.

2. Aboud A, Yap HY, **Esparza L**, Blumenschein GR, Hortobagyi GN, Issell B, Bodey GP: A phase II study of carminomycin in patients with stage IV breast cancer who have failed prior therapy with CMF. Proceedings of the 13th International Cancer Congress, Seattle, Washington, September 8-15, p.287 (abstract #1638), 1982.

3. **Esparza L**, Yap HY, Smith T, Blumenschein GR, Bodey GP: Quantitative relationship between degree of myelosuppression and infection in patients with metastatic breast cancer. Proceedings ASCO/AACR (C-348), 1983.

4. Yap HY, **Esparza L**, Blumenschein GR, Hortobagyi GN, Bodey GP: Combination chemotherapy with cyclophosphamide, mitoxantrone, 5-FU in patients with metastatic breast cancer. Proceedings 13th Intl. Cancer Congress, Vienna, Austria, p. 150, (Abstract SY85-8), 1983.

5. Holmes FA, Yap HY, Buzdar AU, **Esparza L**, Hortobagyi GN, Blumenschein GR, Ho D, Bodey GP: Sequential chemotherapy with mitoxantrone, cyclophosphamide and fluorouracil followed by doxorubicin and vinblastine in advanced breast cancer: An update. Proceedings ASCO/AACR (C-485), 3:124, 1984.

6. Holmes FA, Yap HY, Buzdar AU, **Esparza L**, Hortobagyi GN, Blumenschein GR, Bodey GP: Sequential chemotherapy with mitoxantrone, cyclophosphamide, and fluorouracil followed by doxorubicin and vinblastine in hormone unresponsive advanced breast cancer (C-485). Proceedings of the 20th Annual Meeting of American Society of Clinical Oncology, 3:124, December 7-8, 1984.

7. Buzdar AU, **Esparza L**, Blumenschein GR, Hortobagyi GN: Peplomycin in treatment of advanced metastatic breast cancer - A phase II study. Proceedings American Association for Cancer Research 26:165, (655), 1985.

8. Holmes FA, **Esparza L**, Yap H, Buzdar AU, Blumenschein G, Hortobagyi GN: A comparative study of bisantrene (B) given by single IV dose (S) vs daily for five days (Dx5) in patients with metastatic breast cancer. Proceedings of the 8th Annual San Antonio Breast Cancer Symposium (Abstract 27), and Breast Cancer Research & Treatment 6(2): 170, November 7-8, 1985.

9. Buzdar AU, **Esparza L**, Hortobagyi GN: A comparative randomized trial of doxorubicin, cyclophosphamide in combination with fluorouracil (FAC) or etoposide (EAC) in metastatic breast cancer. 14th International Cancer Congress, Budapest, Hungary, Aug. 21-27, 2:736 (2830), 1986.

10. Holmes FA, **Esparza L**, Yap HY, Buzdar AU, Blumenschein GR, Hortobagyi GN: A comparative study of etoposide and teniposide in refractory metastatic breast cancer. Proceedings of the 9th Annual San Antonio Breast Cancer Symposium, October 31- November 1, 1986 (abstract 10).

11. Holmes FA, Neidhart JA, Hortobagyi GN, **Esparza L**, Buzdar AU, Jabboury K: High dose mitoxantrone in patients with metastatic breast cancer. Proceedings of American Society Clinical Oncology, May 17-19, 6:64, (248), 1987.

12. Hug V, **Esparza L**, Hortobagyi GN: Premarin can effectively modulate the hormonal tumor environment in vivo. Proceedings of American Society Clinical Oncology (abstract 939), 28:237, May 20-23, 1987.

13. Fraschini G, **Esparza L**, Tashima C, Jabboury K, Hortobagyi G: Simultaneous 5-day continuous infusion (CI) of vinblastine and 5-fluorouracil for the treatment of refractory metastatic breast cancer. Proceedings of the 78th Annual Meeting of the American Association for Cancer Research, 28:196, (abstract 779), May 20-23, 1987.

14. Hug V, **Esparza L**, Hortobagyi G: Use of estrogens to increase the cell kill potential of chemotherapy. Proceedings of the 3rd International Congress on Hormones and Cancer, Hamburg, Federal Republic of Germany, September 6-11, 1987, J Steroid Biochemistry 28:115S (Abstract C-051).

15. Holmes FA, Neidhart JA, Hortobagyi GN, **Esparza L**, Buzdar AU, Tashima C, Ro JS: High dose mitoxantrone for metastatic breast cancer. 10th Annual San Antonio Breast Cancer Symposium, December 11-12, 1987, Breast Cancer Research and Treatment 10:109 (abstract 98).

16. Fraschini G, **Esparza L**, Tashima CK, Jabboury K, Ro JS, Hortobagyi GN: Evaluation of concomitant 5-day continuous infusion of vinblastine and 5-fluorouracil in patients with refractory breast carcinoma. Proceedings of the 10th Annual San Antonio Breast Cancer Symposium, December 11-12, Breast Cancer Research & Treatment 10:107, 1987 (abstract #53).

17. Fraschini G, **Esparza L**, Tashima C, Jabboury K, Hortobagyi G: Simultaneous 5-day continuous infusion of vinblastine and 5-fluorouracil for the treatment of refractory metastatic breast cancer. Proceedings of the 78th Annual Meeting of the American Association for Cancer Research, May 20-23, 1987, 28:196 abstract 779.

18. Holmes FA, Neidhart JA, Hortobagyi GN, **Esparza L**, Buzdar AU, Tashima C, Ro JS. High dose mitoxantrone for metastatic breast cancer. 10th Annual San Antonio Breast Cancer Symposium, December 11-12, Breast Cancer Res & Treat 10(1): 109 (98), 1987.

19. Buzdar AU, **Esparza L**, Hortobagyi GN, Lichtiger B, Holmes FA, Hug V, Fraschini G: Elliptinium acetate in treatment of advanced breast cancer - A phase II study. In Proceedings of the 79th American Association for Cancer Research Meeting, 29:200 (794), New Orleans, LA, May 25-28, 1988.

20. Buzdar A, Lamki L, Podoloff D, **Esparza L**, Theriault R, Holmes F, Singletary S, Ro J, Zukiwski A, Hortobagyi G: Phase I-II Clinical Study of Monoclonal Antibody (MONAB B72.3-GYK-DTPA-111IN) Imaging in Patients with Breast Cancer. Breast Cancer Research and Treatment 12(1): 116 (Abst. 38), 1988.

21. Hug V, **Esparza L**, Clark J, Tashima C, Holmes F, Hortobagyi G, Vogel V: Properly used hormonal modulation of chemotherapy is effective and safe. IN Proceedings of the 24th Annual American Society of Clinical Oncology Meeting 7:92 (349), New Orleans, LA, May 22-24, 1988.

22. Lamki LM, Buzdar A, Singletary E, Rosenblum M, Podoloff D, **Esparza L**, Bhadkamkar V, McGuire R, Murray JL: Breast cancer detection, pharmacokinetics and tissue localization studies using IN-111-GYK-DTPA-B72.3 Monoclonal antibody (MoAB). The Society of Nuclear Medicine 36th Annual Meeting, June 13-15, 1989.

23. Fraschini G, **Esparza L**, Holmes F, Tashima C, Theriault R, Hortobagyi G: High-dose etoposide in metastatic breast cancer. 12th Annual San Antonio Breast Cancer Symposium, December 7-9, 1989, Breast Cancer Research and Treatment 14:142 (abstract 39), 1989.

24. Buzdar A, **Esparza L**, Singletary E, Lamki L, Murray J, Ro JY, Zukiwski A, Hortobagyi G: Phase I-II study of monoclonal antibody (Monab B72.3) in patients with breast cancer. Fourth International Conference on Monoclonal Antibody Immunoconjugates for Cancer, (Abst. #41) p 125, March 30-April 1, 1989.

25. Fraschini G, Yap HY, Smith T, **Esparza L**, Hortobagyi G: Multivariate analysis of factors predicting response in breast cancer patients undergoing second-line chemotherapy. Proceedings of the 18th Annual American Association for Cancer Research Meeting, May 24, 27, 1989, 30:255, abstract 1013.

26. Murray JL, Lamki LM, Buzdar AU, **Esparza L**, Theriault RL, Holmes F, Singletary SE, Ro JY, Zukiwski AA, McGuire RT, Hortobagyi GN, Rosenblum MG: Imaging, radiolocalization index, and pharmacokinetics of monoclonal antibody B72.3-GYK- DTPA-111In in patients with primary breast cancer. Proceedings of the American Association for Cancer Research 30:403 (1599), 1989.

13

27. **Esparza L**, Hug V, Clark J, Tashima C, Holmes F, Hortobagyi GN: Effect of chronic and acute estrogen stimulation on ER-positive breast tumors. Proceedings of American Society of Clinical Oncology 8:45 (171), 1989.

28. **Esparza L**, Fraschini G, Kau S, Tashima C, Holmes F, Frye D, Hortobagyi G: Independent validation of a model for prediction of response to second-line chemotherapy in breast cancer patients. Proceedings of the American Association for Cancer Research 30:254 (1012), 1989.

29. Fraschini G, **Esparza L**, Ciociola A, Holmes F, Templeton D, Hortobagyi G: Evaluation of three oral dosages of ondansetron (CR 38032F) in the prevention of emesis associated with doxorubicin-cyclophosphamide chemotherapy. Program/Proceedings of the Twenty-Sixth Annual Meeting of the American Society of Clinical Oncology, May 20-22, 1990, Washington, DC, 9:328 (Abstract 1267), 1990.

30. Fraschini G, **Esparza L**, Ciociola A, Templeton D, Walters R, Hortobagyi G: Antiemetic activity of three oral dosages of ondansetron in patients receiving doxorubicin and cyclophosphamide. J Cancer Res Clin Oncol 116 (Suppl. Part I): 640 (Abstract A5.280.16), 1990.

31. Theriault RL, **Esparza L**, Raber M, Newman R, Krakoff I, Cohen I, Kowal C: Phase I evaluation of [SP-4-3-(R)]-[1,1-cyclobutaneidicarboxylato (2-)] (2-methyl-1,4-butanediamine-N,N') platinum (CI-973). Proceedings of the 81st Annual American Association for Cancer Research Meeting, May 23-26, 1990.

32. Cody R, Natale R, Calzone K, Buzdar A, **Esparza L**, Benson A III, Sheehan T: Ativan as adjunctive antiemetic and primary anxiolytic therapy in patients receiving cancer chemotherapy (Abstract 1205). Proceedings of the American Society of Clinical Oncology, 10:340, 1991.

33. Walters R, Parkinson D, Talpaz M, **Esparza L**, Holmes F, Tashima C, Hortobagyi G: A phase II trial of recombinant interleukin-2 (rIL-2, Hoffman-LaRoche) (rIFN-1) in metastatic breast cancer. Proceedings of the 26th Annual American Society of Clinical Oncology Meeting, May 20-22, 1990, 9:36, abstract 134.

34. Theriault R, **Esparza L**, Raber M, Newman R, Krakoff I, Kowal C, Cohen I: Phase I clinical evaluation of CI-973, a novel platinum analog, in patients with solid tumors. Proceedings of the 82nd Annual tumors. Proceedings of the 82nd Annual American Association for Cancer Research, May 15-18, 1991, Houston, TX (Abst No.: 1194).

35. Walters RS, **Esparza L**, Theriault RT, Booser DJ, Hortobagyi GN: The impact of the addition of recombinant alpha interferon to 5-fluorouracil in patients with metastatic breast cancer. Proceedings of the 27th Annual Meeting of the American Society of Clinical Oncology, May 19-21, 1991, 10:58, abstract 107.

36. Benvenuto JA, Newman RA, Raber MN, Raybould RJG, Bignami GS, **Esparza L**, Walters RS: A clinical and pharmacokinetic study of didemnin B (Abstract 3189). Proceedings of the American Association for Cancer Research, 33:533, 1992.

37. Theriault R, **Esparza L**, Walters R, Cohen I, Kowel C, Hortobagyi G: Phase II evaluation of CI-973 in patients with metastatic breast cancer (Abstract 1290). Proceedings of the American Association for Cancer Research, 33:215, 1992.

38. Fraschini G, **Esparza L**, Theriault RL, Booser DJ, Hortobagyi GN: Frontline arterial infusion chemotherapy in breast cancer patients with liver metastases (Abstract 1562). Proceedings of the American Association for Cancer Research, 33:261, 1992.

39. Dhingra K, **Esparza L**, Valero V, Booser D, Walters R, Holmes F, Buzdar A, Hortobagyi G: Neoadjuvant chemotherapy of breast cancer impact of G-CSF on received dose intensity (Abst. #182). Proceedings of the American Society of Clinical Oncology 12:95, 1993.

40. Valero V, **Esparza L**, Holmes F, Walters R, Fraschini G, Theriault R, Dhingra K, Buzdar A, Bellet R, Slattery A, Pazdur R, Raber M, Bayssas M, Hortobagyi G: Phase II study of taxotere in refractory metastatic beast cancer (Abst. 184). Proceedings American Society Clinical Oncology, 12:96, 1993.

41.  Valero V, **Esparza** L, Theriault Rl, Esparza L, Fraschini G, Holmes F, Walters R,    Buzdar A, Raber M, Pazdur R, Bellet R, Bayssas M, Hortobagyi G: Phase II study of taxotere in patients with anthracycline-resistant metastatic breast cancer. Intl Cong of Chemotherapy (18th: 1993:Stockholm, Sweden) Recent Advances in Chemotherapy:  Proc of the 18 Intl Cong of Chemotherapy, Stockholm, Sweden, June 27-July 2, 1993,  p. 844.

42.  Valero V, Walters R, Theriault R, **Esparza L**, Fraschini G, Holmes F, Buzdar A, Bellet R, Bayssas M, Hortobagyi G: Phase II study of taxotere in refractory metastatic breast  cancer (RMBC).  (abst 437). Seventh European Conference on Clinical Oncology and  Cancer Nursing, Jerusalem, Israel, November 14-18, 1993, p. S83.

43.  Valero V, Walters R, Theriault R, **Esparza L**, Fraschini G, Holmes F, Buzdar A, Bellet R, Byssas M, Hortobagyi G: Phase II Study of Taxotere in refractory metastatic breast  cancer. Eur J Cancer 29A [Suppl. 6]: S83 [Abst. No. 437].

44.  Valero V, Walters R, Theriault R, **Esparza L**, Holmes F, Fraschini G, Buzdar A, Raber  M, Bellet R, Bayssas M, Hortobagyi G: Phase II Study of TaxotereTM in anthracycline- refractory metastatic breast cancer. Prog and Abst 8th NCI-EORTC Symposium on  New Drugs in Cancer Therapy, March 15-18, 1994, Amsterdam, p 202 (Abst. 507).

45.  Valero V, Walters R, Theriault R, **Esparza L**, Holmes F, Fraschini G, Plasse T, Bellet  R, Raber M, Buzdar A, Hortobagyi G: Phase II study of docetaxel (taxotere) in  anthracycline-refractory metastatic cancer (ARMBC) (Abst. 1636). Proceeding of     American Society of Clinical Oncology 13:470, 1994.

46.  **Esparza L**, Valero V, Hortobagyi GN: Docetaxel (taxotere): A therapeutic advance in  the treatment of anthracycline refractory metastatic breast cancer. Oncology Nursing  Society 20th Annual Congress, Anaheim, CA (April 26-29, 1995). Oncology Nursing  Forum 22(2):394, March 1995 (Abst. 191).

47.  Valero V, **Esparza L**, Patel S, Theriault R, Pazdur R, Ayoub JP, Qasim M, Rodriguez  E, Bellet R, Hortobagyi G: Phase I Study of Cyclophosphamide and Docetaxel  (Taxotere) in Solid Tumors. ECCO 1995. (Submitted)

48.  Valero V, Booser D, Theriault R, **Esparza L**, Gagnon S, Hortobagyi G: Pilot study of  taxotere in taxol-resistance metastatic breast cancer (TRMBC).  (Abst 384). Eur J    Cancer 31A(suppl 5): S84; 1995.

49.  Dhingra K, Singletary E, Strom E, Sahin A, **Esparza L**, Valero V, Booser D, Walters  R, Hortobagyi G: Randomized trial of G-CSF (filgrastim)-supported dose-intense  neoadjuvant (neo) chemotherapy (CT) in locally advanced breast cancer (LABC). (Abst  76). Proc Am Soc Clin Oncol 14:94; 1995.

50.  Valero V, Burris H, Ravdin P, Booser D, **Esparza L**, Holmes F, Theriault R, Oldham  B, Von Hoff D, Hortobagyi G: Docetaxel (Taxotere7) Therapy in Paclitaxel-Resistant  Metastatic Breast Cancer (RMBC). 18th Annual San Antonio Breast Cancer  Symposium, December 10-13, 1995. (Abst 310) Breast Cancer Research and Treatment 37 (Suppl): 90, 1996.

51.  Valero V, Burris III HA, Jones SE, Booser DJ, Ravdin P, Mennel R, Schottstaedt M,  **Esparza-Guerra L**, Kwiecinski C, Earhart R, Von Hoff D, Hortobagyi GN: Multicenter  Pilot Study of Taxotere in Taxol-Resistant Metastatic Breast Cancer (MBC).  (Abst 95).  Proc Amer Soc Clin Oncol 15:107, 1996.

52.  Booser DJ, **Esparza-Guerra L**, Zou Y, Priebe W, Perez-Soler R, Liposomal annamycin. Phase I clinical and pharmacological study.  (Abst 762).  Amer Soc of Clin  Oncol 16:217a, 1997.

53.  Valero V, **Esparza-Guerra L**, Rahman Z, Ibrahim N, Booser DL, Patel S, Holmes FA,  Qasim M, Hoff P, Bellet R, Hortobagyi G: Phase I study of docetaxel (Taxotere) and  cyclophosphamide without and with G-CSF in previously treated and untreated solid tumors.  (Abst 772).  Amer Soc of Clin Oncol 16:220a, 1997.

15

54. Dhingra K, **Esparza-Guerra L**, Valero V, Booser D, Theriault R, Singletary E, Strom E, McNeese M, Buzdar A, Sahin A, Hunt K, Martinez N, Hortobagyi G: M.D. Anderson Cancer Center, Houston, Texas 77030. Phase III randomized trial of dose-intensive adjuvant 5fu doxorubicin, cyclophosphomide (FAC) wit G-CSF (Filgrastim) in locally advanced breast cancer (LABC) – efficacy and safety data. (Abst 278). Amer Soc of Clin Oncol 18:74a, 1999.

55. Trent JC, Valero V, Buzdar AU, **Esparza-Guerra L**, Booser DJ, Cristofanilli M, David CL, Esteva FJ, Murray JL, Rosales MF, Bellet RE, Hortobagyi GN. Phase II study of docetaxel and cyclophosphamide combination chemotherapy as first-line treatment for metastatic breast cancer. Proc Am Soc Clin Oncol 19:108 (Abstr 416), 2000.

56. Valero V, Esteva FJ, Rosales MF, **Esparza-Guerra L**, Sahin AA, Strom EA, Ross MI, Booser DJ, Ibrahim NK, Cristofanilli M, Hunt KK, Hortobagyi GN. Phase II trial of primary chemotherapy with docetaxel and doxorubicin in locally advanced breast cancer: clinical and pathological results. Proc Am Soc Clin Oncol 19:132 (Abstr 519), 2000.

57. Valero V, Esteva Francisco J, Sahin AA, Booser DJ, Strom EA, **Esparza-Guerra LT**, Ross MI, Rosales MF, Ibrahim NK, Cristofanilli M, Buchholz TA, Hunt KK, Hortobagyi GN. Phase II trial of neoadjuvant chemotherapy with docetaxel and doxorubicin, surgery, adjuvant CMF, and radiotherapy +/- tamoxifen in locally advanced breast cancer. 23rd Annual. San Antonio Breast Cancer Symposium, Breast Cancer Res Treat 64:A253, 2000.

58. Esteva FJ, Valero V, Booser D, **Esparza-Guerra L**, Hortobagyi GN. A phase II trial of trastuzumab monoclonal antibody therapy plus weekly docetaxel for patients with HER-2 overexpressing metastatic breast cancer. Clinical Research 2001. J Investigative Med 196A (Abstr80), 2001.

59. **Esparza-Guerra L**, Buzdar A: Anastrazole "Arimidex" does not impair adrenal cortisol or aldosterone synthesis in postmenopausal women with advanced breast cancer. Proceedings of ASCO Vol 20 (Abstr 1954), 2001.

60. Esteva FJ, Valero V, Booser D, **Esparza-Guerra L**, Manuel N, Smith TL, Cristofanilli M, Pusztai L, Ibrahim N, Murray JL, Hortobagyi GN. A phase II trial of weekly docetaxel (D) and herceptin (H) for patients with HER-2 overexpressing (HER-2) (sHERS) levels. Proceedings of ASCO, Vol 20 (Abstr 2019), 2001.

61. Valero V, **Esparza-Guerra L**, Murray JL, Rosales M, Booser D, Hortobagyi G. Phase I study of docetaxel (Taxotere) and Doxorubicin every 14 days with GM-CSF (Leukine) and without GM-CSF in patients with anthraycline-naïve metastatic breast cancer. Proceedings of ASCO, Vol 20 (Abstr 2042), 2001.

62. Esteva FJ, Booser D, **Esparza-Guerra L**, Murray JL, Pusztai L, Cristofanilli M, Sneige N, Smith TL, Hortobagyi GN. The University of Texas M.D. Anderson Cancer Center, Breast Medical Oncology, Houston, Texas, USA. EJC, ECCO 11, The European Cancer Conference, Vol 37 Supplement 6, (Abstr 706), October 21-25, 2001.

63. Rosenthal SI, Valero V, Middleton LP, Strom EA, **Esparza-Guerra LT**, Fuller GN, Cohen DS, Sahin AA. Analysis of topoisomerase IIα detecting using chromogenic in-situ hybridization and immunohistochemistry to predict the pathologic response to neoadjuvant chemotherapy in patients with locally advanced breast cancer. M.D. Anderson Cancer Center, Houston, Texas, United States. US and Canadian Acad of Pathology Annual Meeting: (Abs 451452), 2001.

64. Esteva FJ, Valero V, Booser D, **Guerra LT**, Murray JL, Pusztai L, Cristofanilli M, Sneige N, Fritsche H, Smith TL, Hortobagyi GN: Phase II Study of Weekly Docetaxel and Trastuzumab for Patients with HER-2-Overexpressing Metastatic Breast Cancer. Abst *Innovators in Breast Cancer*, Coral Gables FL, Dec 7-8, 2001, p.8.

16

65. Cristofanilli M, Khrisnamurthy S, **Guerra L**, Bistooni K, Arun B, Walters R, Booser D, Coffee K, Valero V, Hortobagyi GN: Ad%CMV-p53 combined with docetaxel and doxorubicin as induction chemotherapy for patients with locally advanced breast cancer: Preliminary report of safety and efficacy. Proceedings of ASCO, Vol 22 (Abstr 967), 2003.

66. **Esparza-Guerra L**, Lassere Y, Frances D, Chaney H, Jenkins J, Frye D:  First Year Evaluation of the Research Nurse Development Model (RNDM):  a Competency-Based Professional Model for Research Nurses Abst. .# 196 presented at the  Oncology Nursing Society Conference, 2004.

Lguerra: revised Aug 10, 04

## CERTIFICATE OF SERVICE

I hereby certify that copies of the forgoing were caused to be served this 15th day

of August, 2005 upon the following in the manner indicated:

### BY HAND DELIVERY

Steven J. Balick
John G. Day
ASHBY & GEDDES
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

### BY FEDERAL EXPRESS

Reid L. Ashinoff
Brian T. Moriarty
William J. Sipio
David R. Baum
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY  10020

James W. Parrett, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
                                          )
PHARMACIA & UPJOHN                        )
COMPANY LLC,                              )
                                          )
              Plaintiff,                  )
                                          )
      v.                                  )        Civil Action No. 04-833 (KAJ)
                                          )
SICOR INC. and                            )
SICOR PHARMACEUTICALS, INC.,              )
                                          )
              Defendants.                 )
-------------------------------------------------------------x
```

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff's Response to Sicor, Inc.'s Second Set of Requests for Production, Expert Report of Joseph O. Falkinham, III and Expert Report of Laura T. Guerra were caused to be served on August 15, 2005 upon the following in the manner indicated:

### BY HAND DELIVERY

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

### BY FEDERAL EXPRESS

Reid L. Ashinoff
Brian T. Moriarty
William J. Sipio
David R. Baum
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY  10020

MORRIS, NICHOLS, ARSHT & TUNNELL

_/s/ James W. Parrett, Jr._

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  Attorneys for Plaintiff
  Pharmacia & Upjohn Company, LLC

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
Lara V. Fleishman
MCDONNELL BOEHNEN HULBERT
 & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001

August 15, 2005

## CERTIFICATE OF SERVICE

I, James W. Parrett, Jr., hereby certify that on August 15th, 2005 I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Steven J. Balick, Esquire
John G. Day, Esquire
ASHBY & GEDDES

I also certify that copies were caused to be served on August 15th, 2005 upon the following in the manner indicated:

### BY HAND

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Reid L. Ashinoff, Esquire
Brian T. Moriarty, Esquire
William J. Sipio, Esquire
David R. Baum, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

/s/ James W. Parrett, Jr.
James W. Parrett, Jr. (#4292)
Morris, Nichols, Arsht & Tunnell
 (302) 658-9200
jparrett@mnat.com