EXHIBIT 13



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/503,856 | 04/03/90 | GATTI | G | 7692060DIV |

|  | EXAMINER |
|---|---|
|  | PESELEV, E. |

NORMAN F. OBLON
OBLON, SPIVAK, MC CLELLAND, MAIER &
NEUSTADT
1755 JEFFERSON DAVIS HWY, 4TH FLR.,
ARLINGTON, VA 22202

| ART UNIT | PAPER NUMBER |
|---|---|
| 183 | 4 |

DATE MAILED: 07/06/90

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined  ☐ Responsive to communication filed on_____  ☐ This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I  THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☒ Notice of References Cited by Examiner, PTO-892.
2. ☐ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.
4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.
6. ☐ _____

**Part II  SUMMARY OF ACTION**

1. ☒ Claims __1-30_____ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims __1-4 and 14-17_____ are rejected.

5. ☒ Claims __5-13 and 18-30_____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings
   are ☐ acceptable; ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____, has (have) been ☐ approved by the
    examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved; ☐ disapproved (see explanation).

12. ☒ Acknowledgement is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received
    ☒ been filed in parent application, serial no. 870,784 ; filed on 6-26-1986 .

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
    accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

PI 180

**EXAMINER'S ACTION**

Serial No. 503,856                          -2-

Art Unit 183


Claims 5-13 and 18-30 are objected to under 37 1.75(c) as being in improper form because a multiple dependent claim cannot depend from any other multiple dependent claims. See MPEP 608.01(i). Accordingly, these claims have not been further treated on the merits.

Claims 1-4 and 14-17 are rejected under the judicially created doctrine of obviousness type double patenting as being unpatentable over claims 1-6 of United States Patent No. 4,946,831. Although the conflicting claims are not identical, they are not patentably distinct from each other because the claimed compositions are encompassed by the compositions claimed in the U.S. Patent No. 4,946,831.

Claims 1-4 and 14-17 are provisionally rejected under the judicially created doctrine of obviousness type double patenting as being unpatentable over claims 1-17 of copending application Serial No. 07/471,005. Although the conflicting claims are not identical, they are not patentably distinct from each other because the claimed compositions are encompassed by the compositions claimed in the application S.N. 07/471,005.

This is a _provisional_ obviousness type double patenting rejection because the conflicting claims have not in fact been patented.

The obviousness type double patenting rejection is a judicially established doctrine based upon public policy and is primarily intended to prevent prolongation

Serial No. 503,856                          -3-

Art Unit 183

of the patent term by prohibiting claims in a second
patent not patentably distinct from claims in a first
patent. In re Vogel, 164 USPQ 619 (CCPA 1970). A
timely filed terminal disclaimer in compliance with 37
CFR 1.321(b) would overcome an actual or provisional
rejection on this ground provided the conflicting appli-
cation or patent is shown to be commonly owned with this
application. See 37 CFR 1.78(d).

Claims 1-2 are rejected under 35 U.S.C. 112,
first paragraph, as the disclosure is enabling only for
claims limited in accordance with the specific embodi-
ments. See MPEP 706.03(n) and 706.03(z).

The terminology "anthracycline glycoside"
lacks enablement since it encompasses a large number of
compounds and it would take an undue experimentation to
determine which specific compounds will have a desired
stability.

Claims 3 and 16 are rejected under 35 U.S.C.
112, second paragraph, as being indefinite for failing
to particularly point out and distinctly claim the sub-
ject matter which applicant regards as the invention.

The terminology "chosen from the group con-
sisting of" (claims 3 and 16) should be changed to
"selected from the group consisting of" in accordance with
the proper Markush terminology.

The following is a quotation of 35 U.S.C. 103
which forms the basis for all obviousness rejections set
forth in this Office action:

A patent may not be obtained though the invention
is not identically disclosed or described as set
forth in section 102 of this title, if the dif-
ferences between the subject matter sought to be
patented and the prior art are such that the sub-

PI 182

Serial No. 503,856                                   -4-

Art Unit 183

ject matter as a whole would have been obvious at
the time the invention was made to a person having
ordinary skill in the art to which said subject
matter pertains.  Patentability shall not be nega-
tived by the manner in which the invention was
made.

Subject matter developed by another person, which
qualifies as prior art only under subsection (f)
and (g) of section 102 of this title, shall not
preclude patentability under this section where the
subject matter and the claimed invention were, at
the time the invention was made, owned by the same
person or subject to an obligation of assignment to
the same person.

This application currently names joint inven-
tors.  In considering patentability of the claims under
35 U.S.C. 103, the examiner presumes that the subject
matter of the various claims was commonly owned at the
time any inventions covered therein were made absent any
evidence to the contrary.  Applicant is advised of the
obligation under 37 CFR 1.56 to point out the inventor
and invention dates of each claim that was not commonly
owned at the time a later invention was made in order
for the examiner to consider the applicability of poten-
tial 35 U.S.C. 102(f) or (g) prior art under 35 U.S.C.
103.

Claims 1-4 and 14-17 are rejected under 35

U.S.C. 103 as being unpatentable over Beijner et al,

Arcamone et al and Bosaquent in view of Arcamone et al

'519 and Benvenuto et al.

Beijner et al disclose a solution of doxorubi-

cin in the pH range of 0-3.5.  Arcamone et al disclose a

solution of doxorubiun in the pH range of 3-6.

Bosaquent discloses doxorubicin solution at a

pH of 2.6 and 3.0-6.5. and also teaches doxorubicin in a

glass container.  Applicants claim a sterile, pyrogen-

free anthracycline glycoside solution  having pH from

'317 FILE HISTORY
Page 62

Serial No. 503,856                              -5-

Art Unit 183


2.5 to 6.5 in a sealed container.  Since pH range
claimed by applicants is within the range disclosed by
the art of record and since doxorubicin in a glass con-
tainer is known, as disclosed by Bosaquent and
Benvenuto et al, it would have been obvious to a person
having ordinary skill in the art at the time of the
invention to place sterile, pyrogen-free anthracycline
glycoside solution in a gals container at a pH of
2.5-6.5 especially since sterile solution of an anthra-
cycline glycoside is well known in the art as disclosed
by Arcamone et al '519.  The instant composition is
deemed obvious over the art of record for the reasons
stated above.

        Applicants are required to update the status
of the parent application Serial No. 07/385,999.

        Any inquiry concerning this communication or
earlier communications from the examiner should be
directed to Elli Peselev whose telephone number is (703)
557-2704.

        Any inquiry of a general nature, or relating to the
status of this application, should be directed to the
Group receptionist whose telephone number is (703)
557-0664.

                                    Elli Peselev
                                    ELLI  PESELEV
                                    PATENT  EXAMINER
cp                                  ART  UNIT  183
E. Peselev/roz
6/28/90

'317 FILE HISTORY
Page 63

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP—APART AND DISCARD CARBON

| FORM PTO-892 (REV. 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 503856 | GROUP ART UNIT 183 | ATTACHMENT TO PAPER NUMBER 4 |
|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S) Gatti et al | | |

**U.S. PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 4 0 5 8 5 1 9 | 11-1977 | Arcamone et al | 536 | 6.4 | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG. | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

**OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)**

| R | Benvenuto et al, American Journal of Hospital Pharmacy, vol. 38 (1981) pp. 1914-1918. |
|---|---|
| S | Beijnen et al, Pharmaceutish week blad Scientific Edition, vol. 7 (1985) pp. 109-116. |
| T | Arcamone et al, International Symposium on Adriamycin (1972) pp. 9-22 |
| U | Baraquiet, Cancer. Chemother. Pharmacol. vol. 17 (1986) pp. 1-10 |

| EXAMINER Elli Reiler | DATE 6-25-90 |
|---|---|

* A copy of this reference is not being
(See Manual of Patent Examining I

PI 185

EXHIBIT 14



769-206-0 DIV

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:                  :

GAETANO GATTI ET AL                    :      GROUP ART UNIT: 183

SERIAL NO. 07/503,856                  :      EXAMINER:  PESELEV

FILED:  APRIL 3, 1990                  :

FOR:  INJECTABLE READY-TO-USE          :
      SOLUTIONS CONTAINING AN          :
      ANTITUMOR ANTHRACYCLINE          :
      GLYCOSIDE                        :

### AMENDMENT

HONORABLE COMMISSIONER OF PATENTS & TRADEMARKS
WASHINGTON, D.C. 20231

SIR:

Responsive to the Official Action of August 6, 1990, the

period for a response to which has been extended to January 6,

1991, please amend the above-identified application as follows:

### IN THE SPECIFICATION

On page 1, after "1989" insert --and now U.S. Patent

4,946,831--.

### IN THE CLAIMS

Cancel Claims 1 to 30 and substitute the following new

claims therefor:

1. ~~31.~~  A physiologically acceptable solution of doxorubicin

hydrochloride dissolved in a physiologically acceptable solvent,

having a pH adjusted to from 2.5 to 5.0 with hydrochloric acid

and doxorubicin concentration of from 0.1 to 100 mg/ml, wherein said solution has not been reconstituted from a lyophilizate.

32. The solution of claim 31 which is contained in a sealed container.

33. The solution of claim 31 wherein said physiologically acceptable solvent is selected from the group consisting of water, ethanol, polyethylene glycol, dimethylacetamide, aqueous polyvinylpyrrolidone, propylene glycol and mixtures thereof.

34. The solution of claim 31 wherein the physiologically acceptable solvent is water.

35. The solution of claim 31 wherein the concentration of the doxorubicin is from 0.1 to 50 mg/ml.

36. The solution of claim 35 wherein the concentration of doxorubicin is from 1 to 20 mg/ml.

37. The solution of claim 31 wherein the concentration of doxorubicin is 2 mg/ml.

38. The solution of claim 31 wherein the concentration of doxorubicin is 5 mg/ml.

39. The solution of Claim 31 wherein the pH is adjusted with hydrochloric acid to from 2.62 to 3.14.

40. The solution of Claim 34 comprising a tonicity adjusting agent.

41. A sealed container containing a stable, intravenously injectable, sterile, pyrogen-free doxorubicin solution which

-2-

consists essentially of doxorubicin hydrochloride dissolved in a physiologically acceptable solvent therefor, wherein the solution has not been reconstituted from a lyophilizate, wherein said solution has a pH adjusted to 2.71 to 3.14 with hydrochloric acid and has a concentration of doxorubicin of from 0.1 to 100 mg/ml.

## REMARKS

Claims 1 to 30 have been canceled from this application and Claims 31-41 have been added. Reconsideration of this application is respectfully requested.

Applicant's counsel wishes to thank Examiner Peselev for the most helpful and courteous interview held in her office on December 17, 1990. The following remarks contain a summary of the arguments which were presented at the interview and the declaration of Dr. Confalonieri, at Exhibits A, B and D, contains copies of the data which was presented to Examiner Peselev at the interview.

The basic difference between the present claims in this application and those of Applicant's parent application, now U.S. Patent 4,946,831, is the scope of protection which is being sought. Fundamentally, Applicants are entitled to claims which encompass physiologically acceptable solutions of doxorubicin hydrochloride where the pH has been adjusted to from 2.5 to 5.0 with hydrochloric acid as specified in the present claims since

-3-

Applicants have discovered that such solutions are unexpectedly superior to solutions which had been previously prepared. The additional limitations contained in the patent claims while possibly further distinguishing those claims from the prior art, are simply unnecessary for the purposes of patentability.

The Examiner has rejected Claims 1 to 4 and 14 to 17 under 35 U.S.C. 103 as being unpatentable over Beijnen, Arcamone and Bosanquet in view of Arcamone (the patent) and Benvenuto. Presumably, Claims 5 to 13 would have been similarly rejected if they had not been objected to. The rejection is respectfully traversed.

As discussed at the interview, applicants are not claiming that they are the first to have prepared a doxorubicin hydrochloride solution having a pH of between 2.5 and 5. Applicants readily acknowledge that both Beijnen and Arcamone, amongst others, have previously prepared solutions having the recited pH. However, not one of these references prepared its solution utilizing hydrochloric acid to adjust the pH within the claimed range. Applicants' invention lies in the discovery that it is the combination of pH and the specific acid used to achieve that pH which results in the unexpected results which have been achieved and which are the subject of Dr. Confalonieri's declaration in this case and in previous declarations submitted in the parent application.

-4-

As illustrated in Exhibits A and D to Dr. Confalonieri's declaration, solutions prepared utilizing hydrochloric acid to adjust the pH have vastly superior storage stability when compared with solutions produced using a phosphate buffer to adjust the pH. These unexpected results are achieved for the entire range of from 2.5 to 5. Furthermore, as noted by Dr. Confalonieri in paragraph 7, the results obtained at a pH of 2.5 with hydrochloric acid are vastly superior to the results which he obtained when the pH was only 2.0 and adjusted with hydrochloric acid. Thus, Applicants have demonstrated that not only is the pH adjusting medium essential but also the range itself. That is, solutions having a pH of between 2.5 and 5 have superior storage stabilities as compared with solutions having a pH of 2 even though the solutions in all these cases had been produced using hydrochloric acid as the pH adjusting medium. There simply is no teaching or suggestion in Arcamone or other prior art which would lead one to this unexpected result.

Turning now to Beijnen, as noted at the interview and as discussed by Dr. Confalonieri in his declaration, see in particular paragraphs 4 and 5, Beijnen does not overcome the deficiencies noted in Arcamone. Indeed, Beijnen introduces still further difficulties which perhaps render the invention even more unobvious. Beijnen was not concerned with producing stable solutions of doxorubicin hydrochloride. Rather, Beijnen was

-5-

concerned solely with establishing the kinetic data relative to the decomposition rate of doxorubicin hydrochloride solutions as a function of pH.  Thus, Beijnen was not concerned with whether or not his solutions were physiologically acceptable or, indeed, if they had any practical value at all.  As noted by Dr. Confalonieri, the concentrations of doxorubicin hydrochloride solution used by Beijnen are simply not practical solutions for use in a medical environment and, indeed, have only 1/20th the minimum concentration specified in the broadest of Applicants' claims.  Furthermore, as Dr. Confalonieri has also noted, Beijnen cannot be used to produce concentrated solutions of doxorubicin hydrochloride.  As reported in paragraph 4, Dr. Confalonieri found it impossible to produce stable solutions having a concentration of 2 mg/ml, 1 mg/ml or even 0.5 mg/ml.  For this reason, Dr. Confalonieri chose for comparison purposes the Beijnen concentration of 5 $\mu$g/ml (mcg/ml).

How can it be said that Beijnen would render obvious claims specifying a minimum of 0.1 mg/ml or render obvious Claims 36, 37 and 38 all of which require minimum concentrations of doxorubicin in solution which Dr. Confalonieri has demonstrated experimentally cannot be achieved with perchloric acid?

Finally, Beijnen utilizes perchloric acid, a physiologically unacceptable pH adjusting media.  Thus, one skilled in the art would not apply the Beijnen technique to physiologically

-6-

acceptable solutions. No, instead, if one was to produce a solution having a pH of above 2, one would use the phosphate buffer of Arcamone or at pH's below 2, perhaps the hydrochloric acid of Arcamone. Again, resulting in compositions which are different from those claimed and which are vastly inferior to those claimed as demonstrated in the comparative testing.

Bosanquet (which was published after applicants' priority date of August 1985) does not remove any of the deficiencies noted in either Beijnen or Arcamone. Indeed, Bosanquet demonstrates unequivocally how unobvious the present invention is. Bosanquet was published in 1986, the same year Applicants originally filed the parent application (grandparent application) of the present application. Bosanquet begins in his summary by noting that previous stability studies with Adriamycin were found to be at variance with each other, there being a 20-fold difference in stability reporting by different groups from virtually identical experiments. Similar comments are noted on page 2 and again on page 3 of the article. Indeed, at the bottom of the left-hand column on page 3 Bosanquet notes that "therefore, despite the caution about using stability-indicating assays and the distinct dearth of good drug stability data so far, we store almost all our drugs frozen in solution for use in our in vitro chemosensitive assay". Note that in 1986 there still was no good stability data. Dr. Bosanquet concluded on page 5:

-7-

> In conclusion, very little can be categorically stated about the stability of Adriamycin, and a very carefully designed study is urgently required to resolve these conflicting results.

Thus, in 1986 well after the publication of Arcamone's literature and a year after the publication of Beijnen, workers in this field were calling for good stability studies to be conducted. They still had not solved the stability problem.

A further indicia of unobviousness can be seen in the declarations submitted in the parent application by medical personnel who must handle doxorubicin hydrochloride and, indeed, by Adria labs own experience in marketing the aqueous solutions which are the subject to this application in the United States. The rapid commercial acceptance of these solutions is still another indicia of unobviousness which the Examiner cannot ignore.

The Arcamone and Benvenuto references have been cited by the Examiner for the proposition that sterile solutions of doxorubicin were known and that it would be obvious to place doxorubicin in sterile, pyrogen free solutions. However, these secondary references do not overcome the deficiencies noted previously in the primary references, the failure of those skilled in the art to recognize the significance of not only the pH range but also the agent relied upon to adjust the pH. It is only when both of these limitations are met that one can achieve the results which Applicants have obtained.

-8-

Newly presented Claims 31 through 41 are supported by the disclosure as filed. In particular, the pH range recited in Claim 31 is to be found on page 5 at line 16 and 17 and the concentration ranges of doxorubicin are set forth at page 6 at lines 14 through 18.

Support for the pH range of Claim 39 is to be found in the working examples as discussed in the parent application. Claim 40 is supported by the disclosure on page 4, lines 4 and 5 and again on page 5 at lines 1 through 4, and on page 9, lines 5 through 9. Claim 41 is simply Claim 1 from Applicant's patent omitting the limitation that the container be glass. Support for containers other than glass are to be found on page 7 at lines 4 through 8. Thus, the claims which have been presented introduce no new matter and are fully supported by the disclosure as filed.

Applicants are submitting herewith an Information Disclosure Statement making of record the Office Actions and prior art cited in related foreign applications. Since translations of the Office Actions are also provided, no detailed discussion of the prior art is seen to be necessary. However, it should be noted that the prior art does not differ in substance from that cited by the Examiner and, in the opinion of counsel, is no more relevant to the claims at issue than is the prior art which has been cited and considered by the Examiner through the prosecution of both this application and its parent applications.

-9-

Applicants note that the Examiner has issued a double-patenting rejection.  Applicants will be submitting shortly a suitable terminal disclaimer.

In view of the foregoing amendments and remarks, it is respectfully submitted that this application is now in condition for allowance and an early notice to this effect is respectfully requested.

Respectfully submitted,

OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.

Norman F. Oblon
Registration No. 24,618

Richard D. Kelly
Registration No. 27,757

Attorneys of Record

1755 Jefferson Davis Hwy.
4th Floor
Arlington, Virginia 22202
(703) 521-5940

–10–

PI 200

# EXHIBIT 15

769-206-0 DIV

### IN THE UNITED STATES PATENT & TRADEMARK OFFICE

IN RE APPLICATION OF:            :

GAETANO GATTI ET AL              :  GROUP ART UNIT: 183

SERIAL NO:  07/503,856           :

FILED:  APRIL 3, 1990            :  EXAMINER: PESELEV

FOR:  INJECTABLE READY-TO-USE
      SOLUTIONS CONTAINING AN
      ANTITUMOR ANTHRACYCLINE
      GLYCOSIDE

### AMENDMENT

HONORABLE COMMISSIONER OF PATENTS & TRADEMARKS
WASHINGTON, D.C.  20231

RECEIVED GROUP 180

JUN 10 1991

Responsive to the Official Action mailed April 11, 1991,

please amend the application as follows:

### IN THE CLAIMS

Cancel Claim 40 and substitute therefor:

9 46. A physiologically acceptable solution of doxorubicin

hydrochloride dissolved in water, having a pH adjusted to from

2.5 to 5.0 with hydrochloric acid and a doxorubicin

concentration of from 0.1 to 100 mg/ml, and a tonicity adjusting

agent, wherein said solution has not been reconstituted from a

lyophilizate.

-2-

## REMARKS

Claim 40 has been cancelled from this application and Claim 42 has been substituted therefor.  Accordingly, Claims 31-39 and 41 and 42 are pending in this application.  Reconsideration of this application is respectfully requested.

Applicants' counsel wishes to thank Examiner Peselev for the most helpful and courteous interview held in her office on May 8, 1991.  The following remarks contain a summary of the arguments which were presented at the interview.

The sole outstanding prior art issue relates to the Examiner's rejection of Claims 31-41 under 35 U.S.C. 103 as being unpatentable over newly cited <u>Wassermann</u>.  The Examiner criticized the data which had been submitted with the January 7, 1991, response as being inadequate to overcome <u>Wassermann</u> because <u>Wassermann</u> disclosed a doxorubicin composition having its pH adjusted to 2.13 with hydrochloric acid.  It was the Examiner's opinion that a comparison with such a composition was required.

At the interview, it was noted by counsel that Dr. Confalonieri submitted a Declaration for serial no. 878,784 dated March 10, 1987, providing such information, a copy of which was attached as Exhibit C to his December 20, 1990, Declaration filed in this application.  As noted at the interview, various pH tests were conducted on Tables 1 and 2 of that Declaration.  In particular, on Table 2 a test was conducted wherein the pH was

-3-

adjusted to 2.14 at the outset of the test procedure.  The pH drifted somewhat during the test procedure but generally ranged from 2.13 to a high of 2.21.  As can be seen, the rate of decomposition of the doxorubicin at the pH range of from 2.13 to 2.15 under accelerated conditions over a 24-hour period was significantly higher than for the doxorubicin wherein the pH was adjusted to 2.5 as also demonstrated on Table 2 (the pH was 2.56 initially).

Attached hereto is the Declaration of Dr. Confalonieri describing his conclusions from the tests reported in Tables 1 and 2 of his earlier filed Declaration, see in particular paragraphs 6-8.

It was also noted at the interview and now confirmed by Dr. Confalonieri, the Wassermann reference was not concerned with long-term storage of doxorubicin solutions.  Rather, Wassermann was solely concerned with the kinetics of Adriamyacin decomposition under acidic conditions as are found in the gastric system and in liquid chromatography using acidic mobile phases.  Counsel's argument and Dr. Confalonieri's opinion is supported by the Beijnen article, Exhibit G to Dr. Confalonieri's Declaration, wherein Beijnen described the Wassermann article:

> Furthermore, as explained by Wassermann and Bundgaard, data with respect to the acid catalyzed hydrolysis of anthracyclines are of importance in relation to gastric degradation in liquid chromatography using acidic mobile phases.

-4-

Thus, those skilled in the art having knowledge of Wassermann did not find in Wassermann the suggestion of long-term storage stability but rather limited Wassermann's teachings to the gastric system and analytical procedures.

Accordingly, it is respectfully submitted that the rejection of Wassermann is no longer appropriate.

The Examiner also rejected Claim 40 under the second paragraph of 35 U.S.C. 112 on the basis that there was no antecedent basis for the term "a tonicity adjusting agent". Claim 40 has been rewritten as independent Claim 42 to overcome this problem. Accordingly, this rejection is no longer applicable.

The Examiner also required English language translations of German Patent 3,621,844 and the Kaniewska article which was submitted by Applicants. First, it should be noted that the German Patent 3,621,844 is German equivalent to Applicants' United States Patent 4,946,831. Accordingly, it is not seen that a translation of this application needs to be filed.

A translation of the Kaniewska article is provided herewith. Also provided is a copy of an article by Britton and Robinson to assist in understanding what a Britton-Robinson buffer encompasses.

Briefly, Kaniewska's article is, like Beijnen and Wassermann, concerned with a kinetic study of the decomposition

-5-

of Adriamyacin and various pHs. Kaniewska is simply not
concerned with producing or forming a storage stable solution of
adriamyacin. Second, Kaniewska is teaching away from the use of
hydrochloric acid as can be seen on page 1 of the translation.
In studying the kinetics of Adriamyacin decomposition, Kaniewska
utilized a buffer solution which he describes as a Britton-
Robinson buffer at pH values of 2.6, 4.8 and 5.5. Under the
heading "Reagents and Apparatus" on page 2, one will find no
mention of the use of hydrochloric acid. From a review of the
Britton-Robinson paper, it is apparent that there is not a single
Britton-Robinson buffer but rather that many are possible.
Britton and Robinson disclose two buffer solutions, one
comprising a mixture of phosphoric acid, acetic acid and boric
acid in appropriate proportions which is then neutralized to the
desired pH with sodium hydroxide or a second buffer mixture
comprising phosphoric acid, citric acid, boric acid and
diethylbarbituric acid identified as Veronal in Britton-Robinson.
Since neither citric acid nor Veronal is mentioned as a reagent
in Kaniewska's article, it is apparent that it is only the former
buffer which was used, that is one comprising acetic acid,
phosphoric acid and boric acid and suitable amounts of sodium
hydroxide. Thus, Kaniewska fails to teach or even suggest the
use of hydrochloric acid to form the buffer and certainly would
not suggest the use of non-buffered hydrochloric acid to form a

-6-

stable Adriamycin solution.  More importantly, one seeking a
storage stable solution of Adriamycin would not consider
Kaniewska's composition as being at all useful.  Boric acid is
simply not a physiologically acceptable acid for internal
consumption.  While it has been utilized in limited extent for
topical applications, it is inappropriate for direct injection
into the body.  Thus, as can be seen Kaniewska is simply not
relevant or material to the present application.

In view of the foregoing remarks and amendments, it is
respectfully submitted that this application is now in condition
for allowance and early notice to that effect is requested.

Respectfully submitted,

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.

Richard D. Kelly
Attorney of Record
Registration No. 27,757

Crystal Square Five – Fourth Floor
1755 South Jefferson Davis Highway
Arlington, VA  22202
(703) 521-5940
RDK/gms

EXHIBIT 16



US005124317A

# United States Patent [19]

## Gatti et al.

| [11] | Patent Number: | **5,124,317** |
|---|---|---|
| [45] | Date of Patent: | * Jun. 23, 1992 |

[54] **INJECTABLE READY-TO-USE SOLUTIONS CONTAINING AN ANTITUMOR ANTHRACYCLINE GLYCOSIDE**

[75] Inventors: **Gaetano Gatti**, Sesto San Giovanni; **Diego Oldani**, Robecco sul Naviglio; **Giuseppe Bottoni**, Cusano Milanino; **Carlo Confalconieri**, Milan; **Luciano Gambini**, Cornaredo; **Roberto De Ponti**, Milan, all of Italy

[73] Assignee: **Farmitalia Carlo Erba S.p.A.,** Milan, Italy

[*] Notice: The portion of the term of this patent subsequent to Aug. 7, 2007 has been disclaimed.

[21] Appl. No.: **503,856**

[22] Filed: **Apr. 3, 1990**

### Related U.S. Application Data

[62] Division of Ser. No. 385,999, Jul. 27, 1989, Pat. No. 4,946,831.

[30] **Foreign Application Priority Data**

Aug. 2, 1985 [GB]    United Kingdom ................. 8519452

[51] Int. Cl.⁵ ............................................. A61K 31/70
[52] U.S. Cl. ........................................ 514/34; 536/6.4
[58] Field of Search ........................... 514/34; 536/6.4; 424/78, 80, 83

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| 4,058,519 | 11/1977 | Arcamone et al. | .................. 536/6.4 |
| 4,075,328 | 2/1978 | Ducep et al. | ........................ 514/34 |
| 4,250,303 | 2/1981 | Wu et al. | .............................. 536/64 |
| 4,296,105 | 10/1981 | Baurain et al. | ...................... 514/34 |
| 4,946,831 | 8/1990 | Gatti et al. | ........................... 514/34 |

#### FOREIGN PATENT DOCUMENTS

| 129606 | 1/1985 | European Pat. Off. . | |
| 6092212 | 5/1985 | Japan . | |
| 8502869 | 10/1985 | Netherlands . | |
| 2178311 | 2/1977 | United Kingdom . | |
| 1491184 | 11/1977 | United Kingdom . | |
| 2007645 | 10/1978 | United Kingdom | ................. 514/34 |
| 216751A | 4/1986 | United Kingdom . | |
| A2178311 | 2/1987 | United Kingdom . | |

#### OTHER PUBLICATIONS

Beneruto et al., American Journal of Hospital Pharmacy; vol. 38 (1981) pp. 1914–1918.
Beijnen et al., Pharmaceutisch Weekblad., Scientific Edition, vol. 7 (1985) pp. 109–116.
Arcamone et al., International Symposium on Adriamycin (1972) pp. 9–22.
Bosanquet, Cancer Chemother. Pharmacol. vol. 13 (1986) pp. 1–10.
English Translation of Official Action in Swedish Patent Application 8704849–2.
"Stability of Solutions of Antineoplastic Agents During Preparation and Storage for In Vitro Assays" by Andrew G. Bosanquet pp. 1–10.

English Translation of Official Action issued in German Application, 3741037.7.
English Translation of Official Action in Swedish Patent Application 8602743–0.
"Kinetics of the Acid-Catalyzed Hydrolysis of Doxorubicin" by Karsten Wassermann et al.; pp. 73–78.
"Martindale—The Extra Pharmacopoeia" Twenty-eighth Edition, Edited by James E. F. Reynolds.
"DOXORUBICIN" by Aristide Vigevani et al.; pp. 246–274.
"Termical Degradation of Adriamycin Hydrochloride Substance and Solutions of Various pH Were Examined, The Reaction Rate Constans, Temperature Factors and $t_{10\%}$ Were Determined" by Teresa Kaniewska.
"Aspects of the Chemical Stability of Doxorubicin and Seven Other Anthracyclines in Acidic Solution" by J. H. Beijnen et al.; pp. 109–116.
Jornal of Parenteral Science and Technology, vol. 39, No. 6, 1985 pp. 220–222; by J. H. Beijnen et al.
The Merck Index, 10th Edition, 1983, p. 449, Edited by M. Windholz, et al.
"Physiological Principles of Pharmacy" by A. T. Florence, et al. Chemical Stability of Drugs, p. 475.
"The Merck Index" 10th Edition, by Martha Windholz, et al. published by Merck & Co., Inc. Rahway, N.J., U.S.A., 1983; p. 499.
The American Journal of Intravenous Therapy & Clinical Nutrition, pp. 15–18, Daniel Ketchum et al. 8, 15–18 (1981).
Dora and Fritz, *Cancer Chemotherapy Handbook,* Elsevier: New York, 1980, pp. 388–401.
Cancer Treatment Reports, vol. 65, No. 1–2, Jan./Feb. 1981 pp. 21–27, Edwin D. Savlov et al.
Cancer Treatment Reports, vol. 67, No. 2, Feb. 1983 pp. 133–142 Marc B. Garnick et al.
Journal of Pharmaceutical Sciences, pp. 782–785, Staffan Eksborg, Sep. 21, 1977 67.
Journal of Pharmaceutical Sciences, vol. 73, No. 6, Jun. 1984, pp. 766–770, Milena Menozzi et al.
Trissel, Handbook of Injectable Drugs, pp. 143, 144, 171 and 172.
Chemical Abstracts, vol. 92 (1980), 99512c.
Chemical Abstracts, vol. 94 (1981), 214489f.
Chemical Abstracts, vol. 99 (1983), 146022z.
Chemical Abstracts, vol. 101 (1984), 122451x.
Chemical Abstracts, vol. 102 (1985), 209266k.
Chemical Abstracts, vol. 104 (1986), 39716d.
Arzneimittel–Forschung, vol. 17 (1967), pp. 934–939.
The Merck Index (1983) pp. 3436.
Pharmaceutisch Weekbald, Scientific Edition, vol. 8, Apr. 25, 1986, pp. 109–133.
Journal of Chromatography 299 (1984), pp. 489–494.
Patent Abstracts of Japan (1956), 92212.
Martindale, The Extra Pharmacopoeia (1982), pp. 205–208.
Nor. Pharm. Acta, 45, 61–67 (1983).
J. Pharm. Biomed Anal., 2, 297–303 (1984).

*Primary Examiner*—Johnnie R. Brown
*Assistant Examiner*—Elli Peselev
*Attorney, Agent, or Firm*—Oblon, Spivak, McClelland, Maier & Neustadt

# 5,124,317

Page 2

[57]                    **ABSTRACT**

According to the invention there is provided a sterile, pyrogen-free, ready-to-use solution of an anthracycline glycoside, especially doxorubicin, which consists essentially of a physiologically acceptable salt of an anthracycline glycoside dissolved in a physiologically acceptable solvent therefor, which has not been reconstituted from a lyophilizate and which has a pH of from 2.5 to 6.5. The solution of the invention is particularly advantageous for the administration by injection of the anthracycline glycoside drugs, e.g. doxorubicin, in the treatment of both human and animal tumors.

**9 Claims, No Drawings**

5,124,317

1

## INJECTABLE READY-TO-USE SOLUTIONS CONTAINING AN ANTITUMOR ANTHRACYCLINE GLYCOSIDE

This is a division of application Ser. No. 07/385,999, filed on Jul. 27, 1989, and now U.S. Pat. No. 4,946,831.

The present invention relates to a stable intravenously injectable ready-to-use solution of an antitumor anthracycline glycoside, e.g. doxorubicin, to a process for preparing such a solution, and provide the same in a sealed container, and to a method for treating tumors by the use of the said ready-to-use solution.

The anthracycline glycoside compounds are a well known class of compounds in the antineoplastic group of agents, wherein doxorubicin is a typical, and the most widely used, representative: Doxorubicin. Anticancer Antibiotics, Federico Arcamone, 1981, Publ: Academic Press, New York, N.Y.; Adriamycin Review, EROTC International Symposium, Brussels, May, 1974, edited by M. Staquet, Publ. Eur. Press Medikon, Ghent, Belg.; Results of Adriamycin Therapy, Adriamycin Symposium at Frankfurt/Main 1974 edited by M. Ghione, J. Fetzer and H. Maier, publ.: Springer, New York, N.Y.

At present, anthracycline glycoside antitumor drugs, in particular, e.g., doxorubicin, are solely available in the form of lyophilized preparations, which need to be reconstituted before administration.

Both the manufacturing and the reconstitution of such preparations expose the involved personnel (workers, pharmacists, medical personnel, nurses) to risks of contamination which are particularly serious due to the toxicity of the antitumor substances.

The Martindale Extra Pharmacopeia 28th edition, page 175 left column, reports, indeed, about adverse effects of antineoplastic drugs and recommends that "They must be handled with great care and contact with skin and eyes avoided; they should not be inhaled. Care must be taken to avoid extravasation since pain and tissue damage may ensue.".

Similarly, Scand. J. Work Environ Health vol. 10 (2), pages 71–74 (1984), as well as articles on Chemistry Industry, Issue Jul. 4, 1983, page 488, and Drug-Topics-Medical-Economics-Co, Issue Feb. 7, 1983, page 99 report about severe adverse effects observed in medical personnel exposed to use of cytostatic agents, including doxorubicin.

To administer a lyophilized preparation, double handling of the drug is required, the lyophilized cake having to be first reconstituted and then administered and, moreover, in some cases, the complete dissolution of the powder may require prolonged shaking because of solubilization problems.

As the risks connected with the manufacturing and the reconstitution of a lyophilized preparate would be highly reduced if a ready-to-use solution of the drug were available, we have developed a stable, therapeutically acceptable intravenously injectable solution of an anthracycline glycoside drug, e.g. doxorubicin, whose preparation and administration does not require either lyophilization or reconstitution.

According to the present invention, there is provided a sterile, pyrogen-free, anthracycline glycoside solution which consists essentially of a physiologically acceptable salt of an anthracycline glycoside dissolved in a physiologically acceptable solvent therefor, which has not been reconstituted from a lyophilizate and which has a pH of from 2.5 to 6.5.

2

Preferably the solution of the invention is provided in a sealed container.

Preferably the anthracycline glycoside is chosen from the group consisting of doxorubicin, 4'-epi-doxorubicin (i.e. epirubicin), 4'-desoxy-doxorubicin (i.e. esorubicin), 4'-desoxy-4'-iodo-doxorubicin, daunorubicin and 4-demethoxydaunorubicin (i.e. idarubicin).

A particularly preferred anthracycline glycoside is doxorubicin.

Any physiologically acceptable salt of the anthracycline glycoside may be used for preparing the solution of the invention. Examples of suitable salts may be, for instance, the salts with mineral inorganic acids such as hydrochloric, hydrobromic, sulfuric, phosphoric, nitric and the like, and the salts with certain organic acids such as acetic, succinic, tartaric, ascorbic, citric, glutammic, benzoic, methanesulfonic, ethanesulfonic and the like. The salt with hydrochloric acid is a particularly preferred salt, especially when the anthracycline glycoside is doxorubicin.

Any solvent which is physiologically acceptable and which is able to dissolve the anthracycline glycoside salt may be used. The solution of the invention may also contain one or more additional components such as a co-solubilizing agent (which may be the same as a solvent), a tonicity adjustment agent and a preservative. Examples of solvents, co-solubilizing agents, tonicity adjustment agents and preservatives which can be used for the preparation of the anthracycline glycoside solutions of the invention are hereunder reported.

Suitable solvents and co-solubilizing agents may be, for instance, water; physiological saline; aliphatic amides, e.g. N,N-dimethylacetamide, N-hydroxy-2-ethyl-lactamide and the like; alcohols, e.g. ethanol, benzyl alcohol and the like; glycols and polyalcohols, e.g. propyleneglycol, glycerin and the like; esters of polyalcohols, e.g. diacetine, triacetine and the like; polyglycols and polyethers, e.g. polyethyleneglycol 400, propyleneglycol methylethers and the like; dioxolanes, e.g. isopropylidenglycerin and the like; dimethylisosorbide; pyrrolidone derivatives, e.g. 2-pyrrolidone, N-methyl-2-pyrrolidone, polyvinylpyrrolidone (co-solubilizing agent only) and the like; polyoxyethylenated fatty alcohols, e.g. Brij[R] and the like; esters of polyoxyethylenated fatty acids, e.g. Cremophor[R], Myrj[R] and the like; polysorbates, e.g. Tweens[R]; polyoxyethylene derivatives of polypropyleneglycols, e.g. Pluronics[R].

A particularly preferred co-solubilizing agent is polyvinylpyrrolidone.

Suitable tonicity adjustment agents may be, for instance, physiologically acceptable inorganic chlorides, e.g. sodium chloride, dextrose, lactose, mannitol and the like.

Preservatives suitable for physiological administration may be, for instance, esters of para-hydroxybenzoic acid (e.g., methyl, ethyl, propyl and butyl esters, or mixtures of them), chlorocresol and the like.

The above mentioned solvents and co-solubilizing agents, tonicity adjustment agents and preservatives can be used alone or as a mixture of two or more of them.

Examples of preferred solvents are water, ethanol, polyethyleneglycol and dimethylacetamide as well as mixtures in various proportions of these solvents. Water is a particularly preferred solvent.

To adjust the pH within the range of from 2.5 to about 5.0 a physiologically acceptable acid may be added as desired. The acid may be any physiologically

5,124,317

3

acceptable acid, e.g., an inorganic mineral acid such as hydrochloric, hydrobromic, sulfuric, phosphoric, nitric and the like, or an organic acid such as acetic, succinic, tartaric, ascorbic, citric, glutammic, benzoic, methane-sulphonic, ethanesulfonic and the like or also an acidic physiologically acceptable buffer solution, e.g., a chloride buffer, an acetate buffer, a phosphate buffer and the like.

For obtaining pH values from about 5 to about 5.5 the addition of the acid is not, usually, necessary, but only addition of a physiologically acceptable buffer solution, e.g., one of those indicated above, may be required, as desired.

For obtaining pH values from about 5.5 to 6.5 the addition of a physiologically acceptable alkalinizing agent, such as sodium hydroxide, a mono, di- or triethanolamine or the like, or preferably, a buffer solution such as a phosphate buffer, a TRIS buffer or the like is required.

The preferred range of pH for the ready-to-use solution of the invention is from 2.5 to 5.5, in particular from about 3 to about 5.2, a pH of about 3 and a pH of about 5 being particularly preferred values.

In the solutions of the invention the concentration of the anthracycline glycoside may vary within broad ranges, preferably from 0.1 mg/ml to 100 mg/ml, in particular from 0.1 mg/ml to 50 mg/ml, most preferably from 1 mg/ml to 20 mg/ml.

The preferred ranges of concentration may be slightly different for different anthracycline glycosides. Thus, for example, preferred concentrations for doxorubicin are from about 2 mg/ml to about 50 mg/ml, preferably from 2 mg/ml to 20 mg/ml, particularly appropriate values being 2 mg/ml and 5 mg/ml. Similar concentrations are preferred also for 4'-epi-doxorubicin, 4'-desoxy-doxorubicin and 4'-desoxy-4'-iodo-doxorubicin. Preferred ranges of concentration for daunorubicin and 4-demethoxy-daunorubicin are from 0.1 mg/ml to 50 mg/ml, preferably from 1 mg/ml to 20 mg/ml, concentrations of 1 mg/ml and 5 mg/ml being particularly appropriate.

Suitable packaging for the anthracycline glycoside solutions may be all approved containers intended for parenteral use, such as plastic and glass containers, ready-to-use syringes and the like. Preferably the container is a sealed glass container, e.g. a vial or an ampoule.

According to a particularly preferred feature of the invention, there is provided a sterile, pyrogen-free, doxorubicin solution which consists essentially of a physiologically acceptable salt of doxorubicin dissolved in a physiologically acceptable solvent therefor, which has not been reconstituted from a lyophilizate and which has a pH of from 2.5 to 6.5.

In the above indicated preferred feature of the invention the physiologically acceptable salt of doxorubicin may be, e.g. the salt with a mineral inorganic acid such as hydrochloric, hydrobromic, sulfuric, phosphoric, nitric and the like, or the salt with an organic acid such as acetic, succinic, tartaric, ascorbic, citric, glutamic, benzoic, methanesulfonic, ethanesulfonic and the like. The hydrochloride salt is a particularly preferred salt.

For the solution hereabove indicated as a preferred feature of the invention suitable solvents, co-solubilizing agents, tonicity adjustment agents and preservatives may be the same as those previously recited in this specification. Water is a particularly preferred solvent.

4

Also, the physiologically acceptable acid which may be added to adjust the pH to from 2.5 to about 5, if desired, and the alkanilizing agent which may be added to adjust the pH, if desired, to a value from about 5.5 to 6.5 may be one of those previously specified. When it is desired to adjust the pH of the above said preferred solution to a value of from 2.5 to about 5, hydrochloric acid is an especially preferred acid. Preferred pH values for the above said preferred solutions of the invention are from 2.5 to 5.5, in particular from about 3 to about 5.2, the pH values of 3 and 5 being especially preferred.

Though the concentration of doxorubicin in the above preferred feature may vary within the broad range from 0.1 mg/ml to 100 mg/ml, preferred concentrations are from 2 mg/ml to 50 mg/ml, most preferably from 2 mg/ml to 20 mg/ml: examples of especially preferred concentrations of doxorubicin are 2 mg/ml and 5 mg/ml.

The invention also provides a process for producing a sterile, pyrogen-free anthracycline glycoside solution with a pH of from 2.5 to 6.5, which process comprises dissolving a physiologically acceptable salt of the anthracycline glycoside, which salt is not in the form of a lyophilizate, in a physiologically acceptable solvent therefor; optionally adding a physiologically acceptable acid or buffer to adjust the pH within the said range as desired; and passing the resulting solution through a sterilising filter.

One or more additional components such as co-solubilizing agents, tonicity adjustment agents and preservatives, for instance of the kind previously specified, may be added to the solution prior to passing the solution through the sterilising filter.

With the solutions of the invention it is possible to obtain compositions having a very high concentration of the anthracycline glycoside active substance even at 50 mg/ml and more. This constitutes a great advantage over the presently available lyophilized preparates wherein high concentrations of anthracycline glycoside can only be obtained with difficulty because of solubilization problems encountered in reconstitution, mainly with saline. The presence of the excipient, e.g. lactose, in the lyophilized cake, and its generally high proportion in respect of the active substance, even up to 5 parts of excipient per part of active substance, has a negative effect on solubilization so that difficulties may arise in obtaining dissolution of the lyophilized cake, especially for concentrations of anthracycline glycoside higher than 2 mg/ml.

The solutions of the invention are characterized by a good stability. Solutions in various solvents and with different pH's and concentrations have been found to be stable for long periods at temperatures accepted for the storage of pharmaceutical preparations. This is illustrated in the Examples which follow.

Owing to the well known anti-tumor activity of the anthracycline glycoside active drug substance, the pharmaceutical compositions of the invention are useful for treating tumors in both human and animal hosts. Examples of tumors that can be treated are, for instance, sarcomas, including osteogenic and soft tissue sarcomas, carcinomas, e.g., breast-, lung-, bladder-, thyroid-, prostate- and ovarian carcinoma, lymphomas, including Hodgkin and non-Hodgkin lymphomas, neuroblastoma, melanoma, myeloma, Wilms tumor, and leukemias, including acute lymphoblastic leukemia and acute myeloblastic leukemia.

5,124,317

| 5 | 6 |

Examples of specific tumours that can be treated are Moloney Sarcoma Virus, Sarcoma 180 Ascites, solid Sarcoma 180, gross transplantable leukemia, L 1210 leukemia and lymphocytic P 388 leukemia.

Thus, according to the invention there is also provided a method of inhibiting the growth of a tumour, in particular one of those indicated above, which comprises administering to a host suffering from said tumour an injectable solution according to the invention containing the active drug substance in an amount sufficient to inhibit the growth of said tumour.

The injectable solutions of the invention are administered by rapid intravenous injection or infusion according to a variety of possible dose schedules. Suitable dose schedule for doxorubicin may be, for example, of 60 to 75 mg of active drug substance per m$^2$ of body surface given as a single rapid infusion and repeated at 21 days; an alternative schedule may be of 30 mg/m$^2$ day by intravenous route for 3 days, every 28 days. Suitable dosages for 4'-epi-doxorubicin and 4'-desoxy-doxorubicin may be, for instance, of 75 to 90 mg/m$^2$ given in a single infusion to be repeated at 21 days, and similar dosages may be useful also for 4'-desoxy-4'-iodo-doxorubicin.

Idarubicin, i.e. 4-demethoxy-daunorubicin, may be, e.g., administered intravenously at a single dose of 13–15 mg/m$^2$ every 21 days in the treatment of solid tumours, while in the treatment of leukemias a preferred dose schedule is, e.g., of 10–12 mg/m$^2$ day by intravenous route for 3 days, to be repeated every 15–21 days; similar dosages may be, e.g., followed also for daunorubicin.

The following examples illustrate but do not limit in any way the invention.

With reference to the examples, the stability controls on the ready-to-use solutions were carried out by means of high performance liquid chromatography (HPLC), at the following experimental conditions:

| Liquid chromatograph: | Varian model 5010 |
| Spectrophotometric detector: | Knauer model 8700 |
| Integrating recorder: | Varian model CDS 401 |
| Injection valve: | Rheodyne model 7125 fitted with a 10 mcl sample loop |
| Chromatographic column: | Waters $\mu$-Bondapak C18 (length = 300 mm; inner diameter = 3.9 mm; average particle size = 10 mcm) |
| Column temperature: | ambient (about 22° C. ± 2° C.) |
| Mobile phase: | water:acetonitrile (69:31 v/v) |

| -continued | |
|---|---|
| Mobile phase flow rate: | 1.5 ml/min |
| Analytical wavelength: | 254 ± 1 nm |
| Integrating recorder sensitivity | 512 |
| Chart speed: | 1 cm/min |

At these conditions, the peak of the anthracycline glycoside showed a retention time of about 6 minutes.

The obtained results are reported in the Tables accompanying the examples.

The extrapolation of the analytical data in order to determine the time when the 90% of the initial assay could be expected ($t_{90}$ value) was made following an Arrhenius plot.

This procedure of analytical data treatment is well known and widely used and described in the art: see, e.g., Chemical Stability of Pharmaceuticals, Kennet A. Connors, Gordon L. Amidon, Lloyd Kennon, Publ. John Wiley and Sons, New York, N.Y., 1979.

The term "teflon" refers to "Teflon ™".

## EXAMPLE 1

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.8 g | (10 mg) |
| Water for injections q.s. to | 0.4 l | (5 ml) |

Doxorubicin.HCl (0.80 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. The pH of the solution was not adjusted. Further de-aerated water for injections was then added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22$\mu$ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colorless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 12 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 1:

## TABLE 1

INITIAL VALUES
Concentration: 1.994 mg/ml     pH = 5.2
Relative % Assay: 100.0

| | | | | | TEMPERATURE | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| TIME (weeks) | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay |
| 1 | 1.992 | 99.9 | 1.917 | 96.1 | 1.768 | 88.7 | 1.493 | 75.0 |
| 2 | | | 1.843 | 92.4 | 1.618 | 81.1 | 1.166 | 58.5 |
| 3 | | | 1.774 | 89.0 | 1.506 | 75.5 | 0.830 | 41.6 |
| 4 | 1.974 | 99.0 | 1.720 | 86.3 | 1.393 | 69.9 | | |
| 12 | 1.980 | 99.3 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4° C. = 815 days
$t_{90}$ at 8° C. = 480 days

adjusted to pH 2 with phosphoric acid, filtered (sintered glass filter, 1 mcm or finer porosity) and deaerated

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubi-

5,124,317

7

cin, 4′-desoxy-doxorubicin, 4′-desoxy-4′-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

### EXAMPLE 2

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.8 g | (10 mg) |
| Hydrochloric acid 0.1 N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.4 l | (5 ml) |

Doxorubicin.HCl (0.8 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.4 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colorless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 12 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 2:

### TABLE 2

INITIAL VALUES
Concentration: 1.992 mg/ml    pH = 3.0
Relative % Assay: 100.0

| TIME (weeks) | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay |
| 1 | 1.995 | 100.2 | 1.952 | 98.0 | 1.919 | 96.3 | 1.493 | 75.0 |
| 2 | | | 1.889 | 94.8 | 1.851 | 92.9 | 1.036 | 51.9 |
| 3 | | | 1.876 | 94.2 | 1.565 | 78.6 | 0.730 | 36.7 |
| 4 | 1.979 | 99.4 | 1.808 | 90.8 | 1.393 | 69.9 | | |
| 12 | 1.972 | 99.0 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4° C. = 3970 days
$t_{90}$ at 8° C. = 2000 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4′-epi-doxorubi-

---

8

cin, 4′-desoxy-doxorubicin, 4′-desoxy-4′-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

### EXAMPLE 3

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 8.0 g | (100 mg) |
| Hydrochloric acid 0.1 N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.4 l | (5 ml) |

Doxorubicin.HCl (8.0 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.4 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colorless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 12 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 3:

### TABLE 3

INITIAL VALUES
Concentration: 20.06 mg/ml    pH = 2.95
Relative % Assay: 100.0

| TIME (weeks) | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay |
| 1 | 20.06 | 100.0 | 19.56 | 97.5 | 17.84 | 88.9 | 12.31 | 61.4 |
| 2 | | | 18.87 | 94.1 | 15.61 | 77.8 | 7.09 | 35.3 |
| 3 | | | 18.24 | 90.9 | 13.41 | 66.8 | 3.13 | 15.6 |
| 4 | 19.91 | 99.2 | 17.51 | 87.3 | 11.07 | 55.2 | | |
| 12 | 19.80 | 98.7 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4° C. = 3700 days
$t_{90}$ at 8° C. = 1780 days

Similar stability data can be observed for analogous solutions containing 4′-epi-doxorubicin or 4′-desoxy-

5,124,317

**9**

doxorubicin, as hydrochloride salts, at the same 20 mg/ml concentration.

## EXAMPLE 4

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| Polyvinylpyrrolidone | 20.00 g | (250.0 mg) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin.HCl (0.80 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. The pH of the solution was not adjusted. polyvinylpyrrolidone was added and dissolved under stirring and nitrogen bubbling. Further de-aerated water for injections was then added to bring the solution to its final volume (0.40 l).

The solution was filtered through a $0.22\mu$ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colorless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 8 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 4:

**TABLE 4**

INITIAL VALUES
Concentration: 1.986 mg/ml    pH = 4.6
Relative % Assay: 100.0

| | | | TEMPERATURE | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| TIME (weeks) | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay |
| 1 | 1.984 | 99.9 | 1.928 | 97.1 | 1.797 | 90.5 | 1.605 | 80.8 |
| 2 | | | 1.847 | 93.0 | 1.616 | 81.4 | 1.293 | 65.1 |
| 3 | | | 1.828 | 92.0 | 1.527 | 76.9 | 1.018 | 51.3 |
| 4 | 1.928 | 97.1 | 1.797 | 90.5 | 1.403 | 70.7 | | |
| 8 | 1.989 | 100.1 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4° C. = 1460 days
$t_{90}$ at 8° C. = 835 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hy-

**10**

drochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

## EXAMPLE 5

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.800 g | (10.00 mg) |
| N,N-Dimethylacetamide | 0.060 l | (0.75 ml) |
| Propylene glycol | 0.048 l | (0.60 ml) |
| Ethanol | 0.012 l | (0.15 ml) |
| Hydrochloric acid 0.1 N | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.400 l | (5.00 ml) |

Doxorubicin.HCl (0.800 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. N,N-dimethylacetamide, propylene glycol and ethanol were subsequently added under stirring and nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.400 l).

The solution was filtered through a $0.22\mu$ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colorless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 8 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 5:

**TABLE 5**

INITIAL VALUES
Concentration: 2.000 mg/ml    pH = 3.03
Relative % Assay: 100.0

| | | | TEMPERATURE | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| TIME (weeks) | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay |
| 1 | | | 1.892 | 94.6 | 1.735 | 86.7 | 1.495 | 74.7 |
| 2 | 1.993 | 99.7 | 1.927 | 96.4 | 1.624 | 81.2 | 1.212 | 60.6 |
| 3 | | | 1.908 | 95.4 | 1.432 | 71.6 | 1.032 | 51.6 |
| 4 | 2.00 | 100.0 | 1.863 | 93.2 | 1.266 | 63.3 | | |

5,124,317

**11**          **12**

TABLE 5-continued

INITIAL VALUES
Concentration: 2.000 mg/ml    pH = 3.03
Relative % Assay: 100.0

| TIME | TEMPERATURE | | | | | | | |
|------|------|------|------|------|------|------|------|------|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| (weeks) | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay |
| 8 | 1.960 | 98.0 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4° C. = 4360 days
$t_{90}$ at 8° C. = 2200 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4′-epi-doxorubicin, 4′-desoxy-doxorubicin, 4′-desoxy-4′-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4′-epi-doxorubicin, 4′-desoxy-doxorubicin, 4′-desoxy-4′-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

EXAMPLE 6

| Composition | for 80 vials | (for 1 vial) |
|-------------|--------------|--------------|
| Doxorubicin.HCl | 0.8 g | (10.0 mg) |
| Polyvinylpyrrolidone | 20.0 g | (250.0 mg) |
| Hydrochloric acid 0.1 N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.4 l | (5.0 ml) |

Doxorubicin.HCl (0.8 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. Polyvinylpyrrolidone was added and dissolved under stirring and nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.4 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 8 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 6;

EXAMPLE 7

| Composition | for 80 vials | (for 1 vial) |
|-------------|--------------|--------------|
| Doxorubicin.HCl | 8.00 g | (100.0 mg) |
| N,N-Dimethylacetamide | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1 N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin.HCl (8.00 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. N,N-dimethylacetamide was added under stirring and nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 8 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 7:

TABLE 6

INITIAL VALUES
Concentration: 1.973 mg/ml    pH = 2.71
Relative % Assay: 100.0

| TIME | TEMPERATURE | | | | | | | |
|------|------|------|------|------|------|------|------|------|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| (weeks) | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay |
| 1 | 2.028 | 102.8 | 1.944 | 98.5 | 1.791 | 90.8 | 1.477 | 74.9 |
| 2 | | | 1.885 | 95.5 | 1.582 | 80.2 | 0.972 | 49.3 |
| 3 | | | 1.840 | 93.2 | 1.402 | 71.0 | 0.632 | 32.0 |
| 4 | 1.913 | 97.0 | 1.853 | 93.9 | 1.273 | 64.5 | | |
| 8 | 1.972 | 99.9 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4° C. = 5560 days
$t_{90}$ at 8° C. = 2670 days

5,124,317

13                                                                                    14

## TABLE 7

**INITIAL VALUES**
Concentration: 19.32 mg/ml    pH = 2.96
Relative % Assay: 100.0

| TIME (weeks) | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay |
| 1 | 20.1 | 103.5 | 19.14 | 99.1 | 17.34 | 89.8 | 15.57 | 80.6 |
| 2 | | | 19.20 | 99.4 | 15.77 | 81.6 | 12.94 | 67.0 |
| 3 | | | 18.06 | 93.5 | 14.85 | 77.9 | 11.61 | 60.1 |
| 4 | 20.03 | 103.7 | 17.81 | 92.2 | 13.78 | 71.3 | | |
| 8 | 19.99 | 103.5 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4° C. = 1310 days
$t_{90}$ at 8° C. = 770 days

Similar stability data can be observed for analogous solutions containing 4'-epi-doxorubicin or 4'-desoxy-doxorubicin, as hydrochloride salts, at the same 20 mg/ml concentration.

### EXAMPLE 8

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| Ethanol | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1 N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin.HCl (0.80 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. Ethanol was added under stirring and nitrogen bubbling. Hydrochloric acid 0.1N was then added dropwise to adjust the pH of the solution to 3. De-aerated water for injections was finally added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and at 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 8.

## TABLE 8

**INITIAL VALUES**
Concentration: 1.979 mg/ml    pH = 3.11
Relative % Assay: 100.0

| TIME (weeks) | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay |
| 1 | 2.010 | 101.6 | 1.965 | 99.3 | 1.947 | 98.4 | 1.750 | 88.4 |
| 2 | | | 1.957 | 98.9 | 1.910 | 96.5 | 1.645 | 83.1 |
| 3 | | | 1.895 | 95.8 | 1.737 | 87.8 | 1.356 | 68.5 |
| 4 | 1.927 | 97.3 | 1.818 | 91.9 | 1.678 | 84.8 | | |
| 8 | 1.939 | 97.9 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4° C. = 4360 days
$t_{90}$ at 8° C. = 2200 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubi-

cin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

### EXAMPLE 9

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 8.000 g | (100.00 mg) |
| N,N-Dimethylacetamide | 0.060 l | (0.75 ml) |
| Propylene glycol | 0.048 l | (0.60 ml) |
| Ethanol | 0.012 l | (0.15 ml) |
| Hydrochloric acid 0.1 N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.400 l | (5.00 ml) |

Doxorubicin.HCl (8.000 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. N,N-dimethylacetamide, propylene glycol and ethanol were subsequently added under stirring and nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.400 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 8 weeks (4° C.).

5,124,317

**15**

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 9:

TABLE 9

INITIAL VALUES
Concentration: 20.07 mg/ml     pH = 2.99
Relative % Assay: 100.0

| | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| TIME (weeks) | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay |
| 1 | | | 19.14 | 95.4 | 17.81 | 88.7 | 14.84 | 73.9 |
| 2 | 19.97 | 99.5 | 19.07 | 95.0 | 16.27 | 81.1 | 12.36 | 61.6 |
| 3 | | | 18.08 | 90.1 | 14.62 | 72.9 | 10.04 | 50.0 |
| 4 | 20.06 | 99.9 | 18.03 | 89.8 | 13.20 | 65.8 | | |
| 8 | 19.69 | 98.1 | | | | | | |

t$_{90}$ (days) extrapolated according to Arrhenius equation:
t$_{90}$ at 4° C. = 4360 days
t$_{90}$ at 8° C. = 2200 days

**16**

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 10:

TABLE 10

INITIAL VALUES
Concentration: 19.57 mg/ml pH = 2.62
Relative % Assay: 100.0

| | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| TIME (weeks) | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay |
| 1 | 19.54 | 99.9 | 19.11 | 97.6 | 16.88 | 86.2 | 12.48 | 63.8 |
| 2 | | | 18.43 | 94.2 | 14.13 | 72.2 | 6.00 | 30.7 |
| 3 | | | 18.02 | 92.1 | 11.57 | 59.1 | 2.61 | 13.3 |
| 4 | 19.58 | 100.1 | 17.36 | 88.7 | 9.23 | 47.2 | | |
| 8 | 19.34 | 98.8 | | | | | | |

t$_{90}$ (days) extrapolated according to Arrhenius equation:
t$_{90}$ at 4° C. = 2540 days
t$_{90}$ at 8° C. = 1290 days

Similar stability data can be observed for analogous solutions containing 4'-epi-doxorubicin or 4'-desoxy-doxorubicin, as hydrochloride salts, at the same 20 mg/ml concentration.

EXAMPLE 10

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 8.0 g | (100.0 mg) |
| Polyvinylpyrrolidone | 20.0 g | (250.0 mg) |
| Hydrochloric acid 0.1 N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.4 l | (5.0 ml) |

Doxorubicin.HCl (8.0 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. Polyvinylpyrrolidone was added and dissolved under stirring and nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.4 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 8 weeks (4° C.).

Similar stability data can be observed for analogous solutions containing 4'-epi-doxorubicin or 4'-desoxy-doxorubicin, as hydrochloride salts, at the same 20 mg/ml concentration.

EXAMPLE 11

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| N,N-Dimethylacetamide | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin.HCl (0.80 g) was dissolved in 90% of the amount of water for injections, de-aerated by nitrogen bubbling. N,N-Dimethylacetamide was added under stirring and nitrogen bubbling. Hydrochloric acid 0.1N was then added dropwise to adjust the pH of the solution to 3. De-aerated water for injections was finally added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C.

5,124,317

17

for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 8 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 11:

TABLE 11

INITIAL VALUES
Concentration: 1.826 mg/ml pH = 3.14
Relative % Assay: 100.0

| TIME (weeks) | TEMPERATURE | | | | | | | |
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay |
|---|---|---|---|---|---|---|---|---|
| 1 | 1.830 | 100.2 | 1.812 | 99.2 | 1.784 | 97.7 | 1.605 | 87.9 |
| 2 | 1.818 | 99.6 | 1.781 | 97.5 | 1.554 | 85.1 | 1.292 | 70.8 |
| 3 | | | 1.743 | 95.4 | 1.409 | 77.2 | 1.018 | 55.7 |
| 4 | 1.823 | 99.8 | 1.734 | 95.0 | 1.369 | 75.0 | | |
| 8 | 1.792 | 98.2 | | | | | | |

t90 (days) extrapolated according to Arrhenius equation:

t90 at 4° C. = 5815 days
t90 at 8° C. = 2920 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubi-

cin, 4'-desoxy-doxorubicin, 4'-epi-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

EXAMPLE 12

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| Propylene glycol | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin. HCl (0.80 g) was dissolved in 90% of the amount of water for injections de-aerated by nitrogen bubbling. Propylene glycol was added under stirring and nitrogen bubbling. Hydrochloric acid 0.1N was then added dropwise to adjust the pH of the solution to 3. De-aerated water for injections was finally added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

18

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 4 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 12:

TABLE 12

INITIAL VALUES
Concentration: 1.982 mg/ml pH = 3.11
Relative % Assay: 100.0

| TIME (weeks) | TEMPERATURE | | | | | | | |
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay |
|---|---|---|---|---|---|---|---|---|
| 1 | 1.972 | 99.5 | 1.934 | 97.6 | 1.889 | 95.3 | 1.705 | 86.0 |
| 2 | | | 1.952 | 98.5 | 1.795 | 90.6 | 1.483 | 74.8 |
| 3 | | | 1.935 | 97.6 | 1.699 | 85.7 | 1.153 | 58.2 |
| 4 | 2.056 | 103.7 | 1.788 | 90.2 | 1.460 | 73.7 | | |

t90 (days) extrapolated according to Arrhenius equation:

t90 at 4° C. = 1794 days
t90 at 8° C. = 1025 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml 5 mg/ml concentration.

EXAMPLE 13

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| Polyethylene glycol 400 | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin.HCl (0.80 g) was dissolved in 90% of the amount of water for injections, de-aerated by nitrogen bubbling. Polyethylene glycol 400 was added under stirring and nitrogen bubbling. Hydrochloric acid 0.1N was then added dropwise to adjust the pH of the solution to 3. De-aerated water for injections was finally added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colour-

5,124,317

**19**

less glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 4 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 13:

**TABLE 13**

INITIAL VALUES
Concentration: 1.907 mg/ml pH = 3.07
Relative % Assay: 100.0

| | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| TIME (weeks) | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay |
| 1 | 1.871 | 98.1 | 1.797 | 94.2 | 1.668 | 87.5 | 1.484 | 77.8 |
| 2 | | | 1.710 | 89.7 | 1.608 | 84.3 | 1.237 | 64.9 |
| 3 | | | 1.739 | 91.2 | 1.551 | 81.3 | 1.007 | 52.8 |
| 4 | 1.873 | 98.2 | 1.693 | 88.8 | 1.453 | 76.2 | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:

$t_{90}$ at 4° C. = 1130 days

$t_{90}$ at 8° C. = 680 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

**EXAMPLE 14**

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.8 g | (10 mg) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.4 l | (5 ml) |

Doxorubicin.HCl (0.8 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.4 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 4° C. and 8° C. for up to 6 months.

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 14:

**20**

INITIAL VALUES
Concentration: 2.039 mg/ml pH = 3.06
Relative % Assay: 100.0

| | TEMPERATURE | | | |
|---|---|---|---|---|
| | 4° C. | | 8° C. | |
| TIME (months) | Conc. mg/ml | Rel. % Assay | Conc. mg/ml | Rel. % Assay |
| 1 | 1.983 | 97.3 | 1.959 | 96.1 |
| 3 | 1.984 | 97.3 | 1.983 | 97.3 |
| 6 | 2.012 | 98.7 | 2.002 | 98.2 |

At the same conditions, similar stability data can be generally observed also for the other solutions mentioned in the preceding examples.

We claim:

1. A physiologically acceptable solution of doxorubicin hydrochloride dissolved in a physiologically acceptable solvent, having a pH adjusted to from 2.5 to 5.0 with hydrochloric acid and doxorubicin concentration of from 0.1 to 100 mg/ml, wherein said solution has not been reconstituted from a lyophilizate.

2. The solution of claim 1 which is contained in a sealed container.

3. The solution of claim 1 wherein said physiologically acceptable solvent is selected from the group consisting of water, ethanol, polyethylene glycol, dimethylacetamide, aqueous polyvinylpyrrolidone, propylene glycol and mixtures thereof.

4. The solution of claim 1 wherein the physiologically acceptable solvent is water.

5. The solution of claim 1 wherein the concentration of the doxorubicin is from 0.1 to 50 mg/ml.

6. The solution of claim 5 wherein the concentration of doxorubicin is from 1 to 20 mg/ml.

7. The solution of claim 1 wherein the concentration of doxorubicin is 2 mg/ml.

8. The solution of claim 1 wherein the concentration of doxorubicin is 5 mg/ml.

9. A physiologically acceptable solution of doxorubicin hydrochloride dissolved in water, having a pH adjusted to from 2.5 to 5.0 with hydrochloric acid and a doxorubicin concentration of from 0.1 to 100 mg/ml, and a tonicity adjusting agent, wherein said solution has not been reconstituted from a lyophilizate.

* * * * *

65

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.  :   5,124,317

DATED       :   June 23, 1992

INVENTOR(S) :   Gaetano Gatti et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:   On the title page: Item [73]

The fourth inventor's name is spelled incorrectly, should be,

--Carlo Confalonieri--.

Signed and Sealed this

Third Day of August, 1993

*Attest:*

*Michael K. Kirk*

**MICHAEL K. KIRK**

*Attesting Officer*        *Acting Commissioner of Patents and Trademarks*

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 5,124,317                                    Page 1 of 1
DATED           : June 23, 1992
INVENTOR(S)  : Gaetano Gatti et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

<u>Title page,</u>
Item [62], **Related U.S. Application Data**, after "Pat. No. 4,946,831" please insert
-- , which is a continuation of application No. 06/878,784, filed on Jun. 26, 1986, now
abandoned --.

<u>Column 1,</u>
Line 7, after "U.S. Pat. No. 4,946,831" please insert -- , which is a continuation of
application No. 06/878,784, filed on Jun. 26, 1986, now abandoned --.

Signed and Sealed this

Eleventh Day of May, 2004

JON W. DUDAS
*Acting Director of the United States Patent and Trademark Office*

# EXHIBIT 17



Docket No:  769-249-0 DIV

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:                :

GAETANO GATTI, ET AL                 : GROUP ART UNIT:

SERIAL NO:  NEW DIVISIONAL APPLN.    :
            OF USSN 07/503,856

FILED:  HEREWITH                     : EXAMINER:

FOR:  INJECTABLE READY-TO-USE SOLUTIONS
      CONTAINING AN ANTITUMOR ANTHRACYCLINE
      GLYCOSIDE

PRELIMINARY AMENDMENT

HONORABLE COMMISSIONER OF PATENTS AND TRADEMARKS
WASHINGTON, D.C. 20231

Preliminary to examination, please amend the above-identified

application as follows:

IN THE CLAIMS

Cancel Claim 1 and substitute the following new claims

therefor:

31.  A physiologically acceptable solution of an anthracycline

glycoside selected from the group consisting of epirubicin

hydrochloride, idarubicin hydrochloride and doxorubicin

hydrochloride dissolved in a physiologically acceptable solvent,

having a pH adjusted to from 2.5 to 5.0 with a physiologically

acceptable acid and the concentration of said anthracycline

glycoside being from 0.1 to 100 mg/ml, wherein said solution has

not been reconstituted from a lyophilizate.

769-249.PRE                        1

PU 0014911

32. The solution of Claim 31 which is contained in a sealed container.

33. The solution of Claim 31 wherein said physiologically acceptable solvent is selected from the group consisting of water, ethanol, polyethylene glycol, dimethylacetamide, and mixtures thereof.

34. The solution of Claim 31 wherein the physiologically acceptable solvent is water.

35. The solution of Claim 31 wherein the concentration of the doxorubicin is from 0.1 to 50 mg/ml.

36. The solution of Claim 35 wherein the concentration of doxorubicin is from 1 to 20 mg/ml.

37. The solution of Claim 31 wherein the concentration of doxorubicin is 2 mg/ml.

38. The solution of Claim 31 wherein the concentration of doxorubicin is 5 mg/ml.

39. The solution of Claim 31 wherein the pH is adjusted with hydrochloric acid to from 2.52 to 3.14.

40. The solution of Claim 31 further comprising a tonicity adjusting agent.

41. The solution of Claim 31 wherein said physiologically acceptable acid is selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methanesulfonic acid, ethonesulfonic acid, tartaric acid, acetic acid, succinic acid, ascorbic acid, citric acid, and glutamic acid.

42. A sealed container containing a stable, intravenously

769-249.PRE

PU 0014912

injectable, sterile, pyrogen-free doxorubicin solution which consists essentially of doxorubicin hydrochloride dissolved in a physiologically acceptable solvent therefor, wherein the solution has not been reconstituted from a lyophilizate, wherein said solution has a pH adjusted to 2.7 to 3.14 with a physiologically acceptable acid and has a concentration of doxorubicin of from 0.1 to 100 mg/ml.

Respectfully submitted,

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.

Richard D. Kelly
Registration No.  27,757

1755 Jefferson Davis Highway
Fourth Floor
Arlington, Virginia  22202
(703) 521-5940

769-249.PRE                    3

PU 0014913

# EXHIBIT 18

#74- 102

JAN 29 1995

Docket No: 769-249-0 DIV

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

2-3-93

IN RE APPLICATION OF:                    :

GAETANO GATTI, ET AL                     :   GROUP ART UNIT:  1803

SERIAL NO:  07/827,742                   :   EXAMINER:  PESELEV, E.

FILED:  JANUARY 29, 1992                 :

FOR:  INJECTABLE READY-TO-USE SOLUTIONS  :
      CONTAINING AN ANTITUMOR
      ANTHRACYCLINE GLYCOSIDE

AMENDMENT

HONORABLE COMMISSIONER OF PATENTS AND TRADEMARKS
WASHINGTON, D.C.  20231

SIR:

        Responsive to the Official Action mailed July 6, please

amend the above-identified application as follows:

IN THE SPECIFICATION

        Amend the Specification by inserting after "January 25,

1990", --now United States Patent 5,124,317--.

IN THE CLAIMS

        Please amend Claim 31 to read as follows:

        31.  A physiologically acceptable solution of anthracycline

glycoside selected from the group consisting of idarubicin

hydrocholoride doxorubicin hydrochloride and epirubicin

hydrochloride dissolved in a physiologically acceptable aqueous

solvent, having a pH adjusted to from 2.5 to 5.0 with a

physiologically acceptable acid selected from the group

consisting of hydrochloric acid, sulfuric acid, phosphoric acid,

methane sulfonic acid, ethanesulfonic acid, tartaric acid, acetic

IPU WP 01/22/93 07827742              1 102      76.00 CK

PU 0014993

acid, succinic acid, ascorbic acid, citric acid, and glutamic
acid and the concentration of said anthracycline glycoside being
from 0.1 to 100mg/ml, wherein said solution has not been
reconstituted from a lyophilizate.

Amend Claim 33, line 3 by amending "dimethylacetamide" to
read --N.N.-dimethylacetamide--.

Please amend Claim 40, line 1 by inserting before
"comprising" the term --further--.

Please amend Claim 42, line 6, by replacing "2.71 to 3.14"
with --2.5 to 5.0--.

Cancel Claims 39 and 41.

Please add the following new claims:

43.  A physiologically acceptable aqueous solution of
anthracycline glycoside selected from the group consisting of
idarubicin hydrochloride and doxorubicin hydrochloride and
epirubicin hydrochloride dissolved in a physiologically
acceptable solvent, having a pH adjusted to from 2.5 to 5.0 with
a physiologically acceptable acid and the concentration of said
anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said
solution has not been reconstituted from a lyophilizate.

44.  A physiologically acceptable aqueous solution of
anthracycline glycoside selected from the group consisting of
idarubicin hydrochloride, doxorubicin hydrochloride and
epirubicin hydrochloride dissolved in a physiologically
acceptable solvent, having a pH adjusted to from 2.5 to 5.0 with

769-249.AM

2

PU 0014994

a physiologically acceptable acid selected from the group
consisting of hydrochloric acid, sulfuric acid, phosphoric acid,
methanesulfonic acid, tartaric acid and acetic acid and the
concentration of said anthracycline glycoside being from 0.1 to
100 mg/ml, wherein said solution has not been reconstituted from
a lyophilizate.

## REMARKS

Claims 31, 33, 40 and 42 have been amended, Claims 39 and 41
have been cancelled from this application and Claims 43 and 44
have been added to the application. Accordingly, Claims 31-38,
40, and 42-44 appear in this application. Reconsideration is
respectfully requested.

Applicants' counsel wishes to thank Examiner Peselev for the
most useful and helpful interview held in her office on July 22,
1992 concerning this application and related application Serial
No. 07/827,938. As reflected on the Examiner Interview Summary
Record, applicants are submitting herewith a declaration making
of record all of the comparative data which was shown to the
Examiner during the interview. The remarks which follow reflect
the arguments presented at the interview.

Applicants are the first to develop storage stable
anthracycline solutions. Prior to the development of applicants
invention, anthracyclines were sold and distributed as
lyophilized powders. It was necessary for the medical personnel
to dissolved the lyophilized powder in an aqueous solution prior

769-249.AM

3

PU 0014995

to administration to the patient. This exposed the medical personnel to significant health risks since anthracyclines have potent side effects which, with long term exposure, can be fatal. Applicants' invention for the first time allowed the pharmaceutical manufacturer to provide the medical personnel with anthracyclines in aqueous solutions thereby substantially reducing the risk of accidental exposure of the medical personnel to the anthracyclines.

Prior to applicants invention, aqueous solutions were considered to have short term storage stability only. No practical method existed which allowed the pharmaceutical manufacturer to offer to the medical community aqueous solutions of anthracyclines which were ready for use until the present invention.

The Examiner has rejected Claims 31-42 under 35 U.S.C. 103 as being unpatentable of Beijnen, Arcamone or Bosaquent in combination with Benvenuto and Arcamone ('579) Wasserman, Patelli or Mori. These rejections are respectfully traversed.

As the Examiner is aware from the prosecution of the parent applications, both of which have now matured into United States Patents, none of the references which have been cited by the Examiner disclose any aqueous solutions of anthracyclines which are storage stable to the degree that applicants have achieved. The primary references all teach the desirability of preparing anthracycline solutions having acid pHs from lyophilized

769-249.AM
4

anthracyclines. Arcamone and Bosaquent specifically used conventional pH adjusting agents, buffers. It is the use of buffers which is the conventional technique for adjusting pH in the medical field. Beijnen does disclose the use of perchloric acid to adjust very dilute concentrations of doxorubicin in aqueous solutions. Beijnen's objective was to determine the rate constant of doxorubicin decomposition at various pHs. This can be appreciated from the fact that perchloric acid is not physiologically acceptable and from the extremely dilute concentrations employed in Beijnen. As noted in the declaration found at tab 1 to Dr. Confalonieri's most recent declaration, it was impossible to produce stable aqueous solutions of doxorubicin whose pH had been adjusted with perchloric acid having a concentration greater than 0.1 mg/ml, the minimum concentration required in the present claims.

Accordingly, none of the primary references would suggest to anyone skilled in the art that the use of an acid to adjust the pH of aqueous solutions of doxorubicin would offer unexpected results as compared with the use of buffers, the conventional approach.

Wasserman teaches adjusting an aqueous doxorubicin solution to a pH of 2.1 with hydrochloric acid. However, at this low pH the solution has inferior storage stability as compared with a pH of 2.5. Further discussion of Wasserman is to be found in Dr.

5

769-249.AM

PU 0014997

Confalonieri's May 27, 1991 declaration, found at tab 2 to his present declaration.

The remaining secondary references are cited for the concept of sterile anthracycline solution and the use of glass containers to contain the solutions. Applicants' invention does not lie in the preparation of sterile solutions nor in the use of glass containers, but rather, in the preparation of storage stable anthracycline aqueous solutions whose stability far exceed any which was achieved prior to the present invention.

Attached hereto is a declaration by Dr. Confalonieri who has previously provided declarations in each of the parent applications. Dr. Confalonieri has established that the unexpected results previously demonstrated when the pH of the aqueous solution was adjusted with hydrochloric acid is also obtained with other physiologically acceptable acids. The present claims are not limited to any specific acid other than the requirement that it be physiologically acceptable and that the solution contain at least from 0.1 mg/ml of anthracycline.

Applicants have amended Claim 31 to recite the physiologically acceptable acids presented in Claim 41 which are described on the page 10 of the present Specification as well as to specify that the solution is aqueous. In addition, applicants have added Claim 44 which identifies the physiologically acceptable acids as being selected from a group of acids which have been specifically tested by Dr. Confalonieri. Newly

769-249.AM

6

PU 0014998

presented Claim 43 is identical to originally presented Claim 31 except for the limitation that the solutions is "aqueous". It is respectfully submitted that each of these claims is fully supported by the disclosure as filed and is allowable over the prior art of record.

During the prosecution of the parent application, Serial No. 471,005, now United States Patent 5,124,318, applicants submitted extensive Information Disclosure Statements to the Examiner. Copies of these statements are enclosed. However, it is not believed that the prior art which was cited is anymore relevant than the prior art which has been cited by the Examiner in this Office Action.

The Examiner has also rejected the claims on the basis of double patenting over applicants issued United States Patent 4,946,831. This rejection is now moot in view of the submission of the enclosed terminal disclaimer.

The Examiner also entered rejections under 35 U.S.C. 112 which are believed to be overcome by the present amendments and are, therefore, moot.

In view of the above amendments and remarks, it is respectfully submitted that this application is now in condition

769-249.AM

7

PU 0014999

for allowance.  Early notice to this effect is respectfully
requested.

Respectfully submitted,

OBLON, SPIVAK, MCCLELLAND,
MAIER & NEUSTADT, P.C.

Richard D. Kelly
Registration No. 27,757

1755 Jefferson Davis Highway
Fourth Floor
Arlington, Virginia  22202
(703) 521-5940

8

769-249.AM

PU 0015000