EXHIBIT 29

CONFIDENTIAL

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

```
_____
PHARMACIA & UPJOHN              )
COMPANY LLC,                    )
                                )C.A. No. 04-833 (KAJ)
              Plaintiffs,       )HONORABLE KENT A. JORDAN
                                )
                -v-             )
                                )
SICOR INC, and                  )
SICOR PHARMACEUTICALS, INC.,    )
                                )
              Defendants.       )
_____ )
```

                C O N F I D E N T I A L

                    deposition of:

              DR. FREDERICO ARCAMONE

                    taken at
                the offices of:

                      on
                28th February 2006

CONFIDENTIAL

Page 2

```
 1              A P P E A R A N C E S
 2    On behalf of the Plaintiffs:
 3            MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
              300 South Wacker Drive
 4            Chicago, Illinois 60606-6709
              t: (312) 913-2130
 5            f: (312) 913-0002
              e: rich@mbhb.com
 6
              by:
 7
              MR. JOSHUA RICH
 8
 9    On behalf of the Defendants:
10            SONNENSCHEIN NATH & ROSENTHAL LLP
              1221 Avenue of the Americas
11            New York, NY 10020
              t: (212) 398-5760
12            f: (212) 768-6800
              e: jsigale@sonnenschein.com
13
              by:
14
              MR. JORDAN SIGALE
15
16    Court Reporter:
17            EMMA WHITE, MIVR
18
19
20
21
22    Also Present:
              MR. PAUL TULLY, McDonnell Boehnen Hulbert & Berghoff
23            MR. JOHN KEYES, Sonnenschein, Nath & Rosenthal
24
25
```

e583aa6d-8cac-44bf-a125-8926956ac40b

CONFIDENTIAL

Page 108

1    question.

2    A    I intended -- "Novel", was something that

3    was not existing before.  Novel, you know?  And,

4    "Not obvious", is something that you cannot deduce

5    by putting together information on available

6    previously to the invention.

7    Q    Now that I understand how you are using

8    things I think we can talk about them.

9    A    Maybe this is not a mistake.  I don't

10   know.

11   Q    So, what is the primary aspect of the

12   novelty and non-obviousness of the invention of the

13   '285 patent that Dr. Clarke's report misses?

14   A    The novelty is the availability of

15   a solution of Doxorubicin in a concentration

16   compatible with the dosage expected to be used in

17   a clinical setting, sterile, because a clinical,

18   injectable product has to be sterile, also to

19   improve the stability, because if it is not sterile

20   you don't have certain stability, and the third

21   thing, pharmacologically -- physiologically

22   compatible with the use, this method.  This was

23   certainly new.  A ready-to-use solution of

24   Doxorubicin was a novel formulation.

25   Q    So, when you say that the primary aspect

CONFIDENTIAL

1    of novelty and non-obviousness of the invention of

2    the '285 patent was missed, you are referring to

3    these three things you have mentioned; the

4    concentration in clinical range, the stability, and

5    physiologically compatible with clinical use?

6        A    Yes, and long-term stability, yes,

7    clearly.  It is a novel -- it was clearly a novel

8    formulation.  Yes.

9        Q    When you say, "Physiologically compatible

10   with the clinical use", what do you mean by that?

11       A    That a solvent was water or something

12   containing salts, maybe, or small amounts of water

13   solvents compatible with injection, say, because --

14   a solvent that is compatible in an amount to be

15   injected, you couldn't put -- yes.

16       Q    Are you referring to anything else when

17   you are talking about something being

18   physiologically compatible with clinical use?

19            MR. RICH:  Objection to the form of the

20            question.

21       A    Constituents.  Each constituent must be

22   compatible.  Say, the drug, the counterion of the

23   drug, the solvent, the concentration, everything

24   is -- could be considered.

25            MR. SIGALE:  Turning to page 5 of your

F. Arcamone

131

1  UNITED STATES DISTRICT COURT
   DISTRICT OF DELAWARE

2  _____

   PHARMACIA & UPJOHN                     )
3  COMPANY LLC,                           )
                                          )C.A. No. 04-833 (KAJ)
4                       Plaintiffs,       )HONORABLE KENT A. JORDAN
                                          )
5                       -v-               )
                                          )
6  SICOR INC, and                         )
   SICOR PHARMACEUTICALS, INC.,           )
7                                         )
                        Defendants.       )
8  _____)

9                C O N F I D E N T I A L

10                   deposition of:

11             DR. FREDERICO ARCAMONE

12                     taken at
13                  the offices of:
                Exter, Polak & Charlouis
14                        on
                   2nd March 2006

15                     VOL II

16

17              HIGHLY CONFIDENTIAL
18
19
20
21
22
23
24
25

F. Arcamone

132

```
 1                    A P P E A R A N C E S
 2      On behalf of the Plaintiffs:
 3              MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
                300 South Wacker Drive
 4              Chicago, Illinois 60606-6709
                t: (312) 913-2130
 5              f: (312) 913-0002
                e: rich@mbhb.com
 6
                by:
 7
                MR. JOSHUA RICH
 8
 9      On behalf of the Defendants:
10              SONNENSCHEIN NATH & ROSENTHAL LLP
                1221 Avenue of the Americas
11              New York, NY 10020
                t: (212) 398-5760
12              f: (212) 768-6800
                e: jsigale@sonnenschein.com
13
                by:
14
                MR. JORDAN SIGALE
15
16      Court Reporter:
17              EMMA WHITE, MIVR
                Boscen Reporting Services Ltd.
18              PO BOX 2111
                Seaford
19              BN25 9AG
                t: +44 (0)1483 235 407
20              f: +44 (0)1323 872 116
                e: info@boscen.com
21
22      Also Present:
                MR. PAUL TULLY, McDonnell Boehnen Hulbert & Berghoff
23              MR. JOHN KEYES, Sonnenschein, Nath & Rosenthal
24
25
```

F. Arcamone

1    that although it could be -- it is physiologically

2    acceptable, it may be difficult to manipulate, but

3    physiologically acceptable, in absolute terms, yes.

4         MR. SIGALE:  Let me make sure that we are

5         using terms the same way.  When you hold the

6         opinion that a solution is physiologically

7         acceptable, what characteristics does that

8         solution have?

9         MR. RICH:  Objection to the form of the

10        question.

11   A    That does no harm to the patients.  This

12   is physiologically acceptable.

13        MR. SIGALE:  Is there any other aspect to

14        what a solution needs to be to be

15        physiologically acceptable?

16   A    It is the main point, to be of no harm for

17   the patient.

18   Q    I want to make sure that I understand the

19   parameters of that.  Doxorubicin hydrochloride is

20   cytotoxic; correct?

21        MR. RICH:  Objection to the form of the

22        question.

23   A    Yes.

24        MR. SIGALE:  And so when you say that

25        something is physiologically -- for something

EXHIBIT 30

MAR-07-87 FRI 18:24                                                    P.02/09

Vol. 7 · 1985   Pharmaceutisch Weekblad Scientific Edition                    109

# Aspects of the chemical stability of doxorubicin and seven other anthracyclines in acidic solution

J.H. BEIJNEN,* G. WIESE* AND W.J.M. UNDERBERG*

## Introduction

For several years doxorubicin (adriamycin, Dx) and daunorubicin (Dr) have been the most prominent members of a family of anthracycline antibiotics which have gained widespread clinical use in the chemotherapeutic treatment of several solid tumours and haematologic malignancies.[1,2] Many new derivatives have been synthesized for the purpose of finding an analogue with enhanced antitumour activity and/or lower toxicity,[2,4,5] and some have already entered clinical trials.[6,7] Chemically, these cytostatics consist of a tetracyclic anthraquinoid aglycone linked glycosidically to an amino sugar (Fig. 1). Like other glycosides these compounds are subject to hydrolytic degradation in acidic media.

The decomposition process involves cleavage of the amino sugar moiety as depicted for Dx in Figure 2.[8] Only the degradation of Dx in the pH region 0.4–2.1 has been investigated systematically so far.[9] Other stability studies relate to photolytic degradation,[10,11] stability in infusion fluids[14,18] or enzymatic degradation,[19,21] but no systematic studies are published yet concerning the anthracycline stability in aqueous solution. Therefore, this systematic investigation was undertaken in order to obtain more detailed knowledge on the kinetics of the initial degradation step of anthracycline cytostatics, including the influences of external factors (pH, ionic strength, temperature) on this decomposition process. Furthermore, as explained earlier by Wassermann and Bundgaard,[9] data with respect to the acid-catalyzed hydrolysis of anthracyclines are of importance in relation to gastric degradation and liquid chromatography using acidic mobile phases.

This paper includes qualitative and quantitative aspects of the instability of eight of the most important anthracycline cytostatics (Fig. 1) in the pH region 0-3.5. A high pressure liquid chromatography (HPLC) assay was used for the separation of the glycosidic anthracyclines and their aglycones. The aglycone degradation products are characterized by chromatography and by mass spectrometry.

## Methods

### CHEMICALS

Dx, 4'-deoxydoxorubicin (4'-deoxy-Dx), 4'-O-methyl-doxorubicin (4'-O-methyl-Dx), 4'-epidoxorubicin (4'-epi-Dx), doxorubicinol (Dx-ol) and 4-demethoxydaunorubicin (4-demethoxy-Dr) were kindly provided by Dr. S. Penco, Farmitalia (Milan, Italy), Dr was obtained from Rhône-Poulenc Nederland BV (Amstelveen, The Netherlands) and carminomycin (Cm) came from Bristol Myers (New York, USA). All other chemicals were of analytical grade and deionized water was used throughout.

### DEGRADATION MEDIA

For the kinetic studies aqueous perchloric acid solutions were used. The pH was measured at the temperature of study using a glass reference electrode and pH meter (Metrohm AG, Herisau, E516 Titriskop, Switzerland). pH values below 1 were calculated using the Hammett acidity function.[22] A constant ionic strength of 0.4 was maintained for each solution by addition of an appropriate amount of sodium perchlorate, except where the concentration of hydrogen exceeded 0.4 $M$.

### KINETIC MEASUREMENTS

The kinetic experiments were initiated by adding 10 µl of a solution of a glycosidic anthracycline in methanol to 5 ml pre-heated perchloric acid solution to give an initial concentration of about 5 µg·ml⁻¹. These solutions were kept in stoppered polypropylene test tubes, since unlike glass containers, no adsorption to polypropylene occurs,[15] and stored in the dark in a thermostatically controlled waterbath at 50±0.3°C. At appropriate time intervals

Beijnen JH, Wiese G, Underberg WJM. Aspects of the chemical stability of doxorubicin and seven other anthracyclines in acidic solution. Pharm Weekbl [Sci] 1985;7:109-16.

*Department of Analytical Pharmacy, Subfaculty of Pharmacy; State University of Utrecht, Catharijnesingel 60, 3511 GH Utrecht, The Netherlands.

### Abstract

The degradation of doxorubicin in acidic medium has been investigated using a stability indicating high pressure liquid chromatographic assay. Influences of temperature, pH and ionic strength on the degradation rate are quantified. The stability of doxorubicin at 50°C is compared with those of seven related anthracyclines. The aglycone degradation products are characterized by mass spectrometry and by chromatography.

PU 0014935

110                                                    Vol. 7 · 1985  Pharmaceutisch Weekblad Scientific Edition

samples were withdrawn and analysed for the undegraded anthracycline using the proposed HPLC method.

### CHROMATOGRAPHY

*High pressure liquid chromatography*
   A Waters Associates model M-45 liquid chromatograph equipped with a UV 440 detector (Waters Assoc., Milford, USA) operating at 254 nm, sensitivity 0.005 AUFS, and a Perkin-Elmer 650 Fluorescence Detector with $\lambda_{ex}$ = 465 nm and $\lambda_{em}$ = 550 nm were used. During the experiments when mobile phases of several acidities and ionic strengths were used (see *Results and discussion, Chromatography*) the system was extended on-line with an R401 refractive index detector (Waters Assoc.) and a G 299 A capillary glass pH electrode (Radiometer, Copenhagen, Denmark). The capillary glass electrode and reference electrode were connected to a Radiometer PHM 64 pH meter. After replacement of a mobile phase the system was assumed to be equilibrated when all detector signals were constant.
   The analytical column (30 cm × 3.9 mm i.d.) was home-packed with Lichrosorb RP8 (10 μm) material (Merck, Darmstadt, FRG). The eluent, used for the kinetic studies, consisted of acetonitrile–water (50+50, vol/vol). The apparent pH (pH*) of this mixture was adjusted to 2.0 with perchloric acid. A constant flow rate of 1.5 ml·min⁻¹ was maintained with the column at ambient temperature. Samples of 20 μl were injected into the chromatograph. Syringes were silanized before use by treatment with dichlorodimethylsilane in toluene (3% vol/vol) followed by washing with methanol.
   Peak heights were used to quantify the undegraded anthracycline. Standard curves exhibited linear responses

(r > 0.999) in the working concentration range of 5 to 0.5 μg·ml⁻¹.

*Thin layer chromatography*
   Precoated silica plates (60 F254 Merck, thickness 0.25 hm) were used for the TLC characterization of the anthracycline aglycone degradation products. The chromatogram was developed in a saturated chamber with a solvent system of chloroform–methanol–acetic acid (95+5+1, vol/vol/vol). Visualization of the spots was performed by the following methods:
– irridation with UV light of 254 nm and 365 nm, or daylight;
– spraying with a 5% (wt/vol) sodium hydroxide solution in methanol followed by spraying with a mixture of acetic acid–methanol (20+80, vol/vol).

### ULTRAVIOLET-VISIBLE SPECTROPHOTOMETRY
   UV-VIS absorbance measurements were done using a Shimadzu UV-140 Double Beam spectrophotometer (Shimadzu Corp., Kyoto, Japan). UV-VIS spectra were recorded on a Shimadzu UV-200 Double Beam spectrophotometer (Shimadzu Corp., Kyoto, Japan).

### MASS SPECTROMETRY
   Chemical ionization (CI) mass spectra were obtained using a Finnigan 3200 quadrupole mass spectrometer (Finnigan-MAT, San Jose, USA) combined with a Finnigan 6000 data system (Finnigan-MAT, San Jose, USA). Methane was used as ionizing gas. The emission current was 0.20 mA and the multiplier voltage was 1800 V.
   The field desorption (FD) mass spectra were obtained with a Varian MAT 711 double focussing mass spectrometer (Varian Assoc., Palo Alto, USA) with a combined EI/FI/FD ion source and coupled to a spectra system MAT 100 data acquisition unit. 10 μm tungsten wire FD emitters containing carbon microneedles with an average length of 30 μm were used. The samples were dissolved in methanol and then loaded onto the emitters with the dipping technique. An emitter current of 10-12 mA was used to desorb the samples. The ion source temperature was generally 70°C.

### ISOLATION OF AGLYCONE DEGRADATION PRODUCTS
   For the isolation of microgram quantities of the aglycones about two milligrams of a glycosidic anthracycline was dissolved in 5.0 ml perchloric acid solution ($H_5$· 0.75). These solutions were heated at 50°C until complete conversion of the glycosidic anthracyclines into their aglycones, monitored by HPLC. Next, the resulting solutions were extracted twice with 5.0 ml toluene. These toluene extracts were combined and evaporated to dryness under nitrogen. The orange-yellow coloured residue was dissolved in methanol and purified on silicagel thin layer plates (mobile phase: chloroform–methanol–acetic acid; 95+5+1, vol/vol/vol). The coloured areas were scraped off and eluted with methanol. The purified compounds were used for FD and CI-MS.

### Results and discussion

### CHROMATOGRAPHY

*High pressure liquid chromatography*
   All eight anthracycline antibiotics studied, de-



FIGURE 1
Structures of eight anthracyclines

| | $R_1$ | $R_2$ | $R_3$ | $R_4$ | $R_5$ |
|---|---|---|---|---|---|
| doxorubicin | =O | OH | OH | H | OCH₃ |
| 4'-deoxydoxorubicin | =O | OH | H | H | OCH₃ |
| 4'-O-methyldoxo-rubicin | =O | OH | OCH₃ | H | OCH₃ |
| 4'-epidoxorubicin | =O | OH | H | OH | OCH₃ |
| daunorubicin | =O | H | OH | H | OCH₃ |
| 4-demethoxydauno-rubicin | =O | H | OH | H | H |
| doxorubicinol | –OH | OH | OH | H | H |
| carminomycin | =O | H | OH | H | OH |

PU 0014936

Vol. 7 - 1985  *Pharmaceutisch Weekblad Scientific Edition*                    111

grade into their corresponding aglycones in acidic media as depicted for Dx in Figure 2. As the fluorescence yield and UV-VIS absorbance of the aglycones are similar to that of the intact glycoside, spectrofluorometry and UV-VIS spectrophotometry are not suitable as analytical techniques for the study of the degradation kinetics unless a chromatographic separation precedes.

Many papers have been published on HPLC analysis of anthracycline cytostatics.[24] Using the proposed HPLC system all eight anthracyclines are well separated from their corresponding aglycones. The $k'$ values are listed in Table 1, and Figure 3 represents a typical HPLC chromatogram of a decomposition mixture of Dx at about one half-life. In order to obtain some insight in the chromatographic mechanisms underlying the proposed system, necessary for the elucidation of the identity of the degradation products, several parameters were varied. Variation of the pH* (Fig. 4) of the mobile phase while keeping the water–acetonitrile ratio constant, results in a change of $k'$ values of the glycosides unlike the aglycones.

An increase of the ionic strength of the mobile phase at a constant pH* and water–acetonitrile ratio leads to a decrease of the $k'$ values of the glycosidic anthracyclines. Again, the chromatographic behaviour of the aglycones is unaffected by this procedure (Fig. 5).

From these experiments it can be deduced that ion exchange chromatography to an important extent contributes to the chromatography of the glycosides in the proposed HPLC system. The 3′-amino group of the sugar moiety in the glycosides can be expected to be protonated at the pH* of the eluting solvents [p$K_a$(NH$_2$) ≈ 8.2[25]] and the ion exchange with this mono-cation most likely involves the free, residual silanol groups of the stationary phase. The differences between log $k'$ values of the various glycosides and their corresponding aglycones are in the same order of magnitude and can be considered as a measure for the contribution of hydrophobic interactions caused by the structure differences, to the chromatographic process.

It is remarkable that Cm and 4-demethoxy-Dr, two congeners that differ in their chemical structure at the position of C4 of the anthracycline chromophore by the presence of a hydroxyl group versus a proton, have almost the same $k'$ values. Possibly the

expected polarity of the C4-hydroxyl group in Cm is reduced by intramolecular hydrogen bond formation with the adjacent quinone carbonyl function.

*Thin layer chromatography*

The chromatographic behaviour of the anthracycline aglycones in terms of $R_f$ values is listed in Table 1. Visualization under daylight could be intensified by spraying with a methanolic solution of sodium hydroxide. The orange-yellow coloured compounds become blue-violet with this reagent. The original colour returns by subsequent spraying with an acetic acid–methanol mixture. The indicator properties are due to deprotonation and protonation, on acidification, of the C6 and/or C11-hydroxyl groups.

By means of TLC after anthracycline degradations, we observed, apart from the expected 7-hydroxyl aglycones, minor quantities of other compounds. These products may arise from consecutive degradative reactions of the aglycones.[26]

TABLE 1
*Column capacity ratios ($k'$) and $R_f$ values of several anthracyclines and their aglycones*

|  | $k'$*† | $R_f$‡ |
|---|---|---|
| *Glycosides* | | |
| Doxorubicin | 2.3 | |
| 4′-deoxydoxorubicin | 3.9 | |
| 4′-O-methyldoxorubicin | 3.6 | |
| 4′-epidoxorubicin | 2.6 | |
| Daunorubicin | 4.3 | |
| 4-demethoxydaunorubicin | 6.0 | |
| Doxorubicinol | 1.5 | |
| Carminomycin | 6.05 | |
| *Aglycones* | | |
| Doxorubicinone | 0.76 | 0.26 |
| Daunorubicinone | 1.6 | 0.48 |
| 4-demethoxydaunorubicinone | 2.4 | 0.54 |
| Doxorubicinolone | 0.43 | 0.10 |
| Carminomycinone | 2.6 | 0.52 |

*Column: Lichrosorb 10RP8; mobile phase acetonitrile–water (50 + 50, vol/vol), pH* =2.0; temperature: 25°C; flow rate: 1.5 ml/min.
† Values for $k'$ are the mean of three observations.
‡ Stationary phase: silicagel; mobile phase: chloroform–methanol–acetic acid (95 + 5 + 1, vol/vol/vol).



doxorubicin → doxorubicinone + daunosamine

FIGURE 2
Degradation of doxorubicin in acidic solution[4]

PU 0014937

112                                    Vol. 7 - 1985  *Pharmaceutisch Weekblad Scientific Edition*



FIGURE 3
HPLC chromatogram of a decomposition mixture of Dx at about the half-life. Column: Lichrosorb 10RP8; temperature: 25°C; flow rate: 1.5 ml/min; mobile phase: acetonitrile-water (50 + 50, vol/vol; pH* 2.0); detection: 254 nm; sensitivity: 0.005 AUFS; I = Dx, II = doxorubicinone

MASS SPECTROMETRY

Mass spectrometry (MS) has frequently been applied for the structure characterization of glycoside anthracyclines. The intact molecule can be examined by field desorption (FD) MS[27] and, after derivatization procedures, by electron impact (EI) ionization MS.[28] The EI-MS technique has also been used for the analysis of the aglycones (derivatized and underivatized) and for the aminosugar daunosamine.[29,30] Negative ion desorption chemical ionization MS has been applied very successfully in characterizing anthracycline antibiotics.[31] In our MS study doxorubicinone, daunorubicinone, 4-demeth-

oxydaunorubicinone and doxorubicinolone were analyzed underivatized, utilizing methane chemical ionization (CI) MS in the positive mode. Insufficient amounts of Cm were available to us for an MS study of carminomycinone. The CI-MS spectra are shown in Figure 6.

*Doxorubicinone*
The molecular ion ($M^+ = 414$; $MH^+ = 415$) in consecutive order loses two molecules of water from elimination of hydroxyls at C7 and C9 with the formation of the fragments $m/e = 397$ and $m/e = 379$. Loss of the C9 side chain on the $m/e = 397$ fragment may give the ion of $m/e = 337$ (Fig. 7). The mass signal $m/e = 321$ (Fig. 7) may arise from loss of the C9 side chain of fragment $m/e = 379$.

The protonated form of each fragment is detected by the mass spectrometer. The ions at $m/e = 349$ and $m/e = 361$ may represent adducts of mass $m/e = 320$ and, respectively, $C_2H_5^+$ and $C_3H_5^+$ originating from the reactant gas. Similarly, the fragment with $m/e = 407$ could be an adduct of the fragment with $m/e = 378$ and $C_2H_5^+$. In the FD-MS spectrum of doxorubicinone, $M^+$, $MH^+$ and $MNa^+$ ions were observed.

*Daunorubicinone/4-demethoxydaunorubicinone*
The mass spectral fragmentation of these compounds is similar to that of doxorubicinone. However, the ratio between related peaks is different for each aglycone. The FD-MS spectra showed $m/e$ values 398 ($M^+$) and 399 ($MH^+$) for daunorubicinone and in the case of 4-demethoxydaunorubicinone the $m/e$ values 368 ($M^+$) and 369 ($MH^+$).



FIGURE 4
The log $k'$ of several anthracyclines and aglycones as function of acidity of the mobile phase (acetonitrile-water, 50 + 50, vol/vol), column: Lichrosorb 10RP8, temperature: 25°C, flow rate: 1.5 ml/min



FIGURE 5
The log $k'$ of several anthracyclines and aglycones as function of the molarity of added sodium bromide to the mobile phase (acetonitrile-water, 50 + 50, vol/vol; pH* 2.0), column: Lichrosorb 10RP8, temperature: 25°C, flow rate: 1.5 ml/min

PU 0014938

Vol. 7 - 1985 *Pharmaceutisch Weekblad Scientific Edition*      113



FIGURE 6
Methane–CI-MS spectra of doxorubicinone, daunorubicinone, 4-demethoxydaunorubicinone and doxorubicinolone

*Doxorubicinolone*

  The fragments m/e = 399 and m/e = 381 correspond to loss of one respectively two water molecules from the molecular ion (M⁺ = 416). The most abundant peak, m/e = 363, may arise from the loss of a third water molecule from the parent compound. The C13,C14-dihydroxyl side chain offers this possibility. The fragments m/e = 337 and m/e = 321 were also observed in the spectra of doxorubicinone and daunorubicinone and probably have the same structures as the fragments obtained from these compounds (Fig. 7). The ions at m/e = 391, m/e = 409 and m/e = 427 may be $C_2H_2$ adducts of the respective fragments m/e = 362, m/e = 380 and m/e = 398. The FD-MS spectrum shows the m/e values of 416 (M⁺), 417 (MH⁺) and 439 (MNa⁺).

**DEGRADATION KINETICS**

*Order of reactions*

  In the pH region 0-3.5 the disappearances of all

studied anthracyclines display strict pseudo first-order kinetic behaviour over several half-lives. The observed rate constant ($k_{obs}$) for the overall degradation was calculated by linear regression analysis of a plot of the natural logarithm of the residual concentration of Dx ([Dx]$_t$), as an example, versus time as depicted by equation 1

$$\ln[Dx]_t = \ln[Dx]_0 - k_{obs} \cdot t \qquad (eq.1)$$

where [Dx]$_0$ is the initial Dx concentration.

*Standard deviation in $k_{obs}$*

  The standard deviation in the overall rate constant, $k_{obs}$, for the degradation of Dx in acid solution was determined at pH 2.0 ($\mu$ = 0.4). The value of $k_{obs}$ and the standard deviation calculated from eight observations is $8.3 \pm 0.3 \times 10^6\,s^{-1}$. Other overall rate constants are mean values of duplo determinations.

m/e 337

m/e 321

FIGURE 7
Proposed structures of m/e = 321 and m/e = 337 fragments in the mass spectra

PU 0014939

*Influence of pH*

Perchloric acid solutions of different pH values (0-3.5) and constant ionic strength ($\mu = 0.4$) were used for the study of the hydrolytic degradation of the anthracyclines. The pH of these solutions remained constant during the decomposition processes. Taking into account all possible catalytic species the expression for $k_{obs}$ may by written as:

$$k_{obs} = k_0 + k_H[H^+] + k_{ClO_4}[ClO_4^-] \qquad (eq. 2)$$

where $k_0$ is the first-order rate constant for degradation in the solvent only, $k_H$ and $k_{ClO_4}$ second-order rate constants for, respectively, proton and perchlorate catalyzed degradation. In principle equation 2 should also contain the term $k_{OH}[OH^-]$ but the contribution of this term to $k_{obs}$ can be neglected because of the low hydroxyl ion concentration at pH < 3.5. The pK$_a$ value of the 3'-amino group is about 8,[25] so at pH < 3.5, the glycosidic anthracyclines are present as mono-cations and, consequently, equation 2 relates to the protonated form of the anthracycline.

As the [ClO$_4^-$] is kept constant by addition of appropriate amounts of sodium perchlorate to the incubation solution, the third term in equation 2 remains constant over the pH region studied. Plots of $k_{obs}$ versus [H$^+$] yield straight lines ($r > 0.999$) for all anthracyclines. The slopes of these lines provide the second-order rate constant for the proton catalyzed degradation ($k_H$), listed in Table II. The intercepts of these plots do not differ significantly from zero. For each anthracycline a plot of log $k_{obs}$ versus pH yields a straight line with a slope not significantly different from unity. This implies specific proton catalysis for the hydrolytic degradation. The mathematical descriptions of the log $k_{obs}$-H$^+$/pH profiles are listed in Table II.

The curves for Dr, 4-demethoxy-Dr, Dx-ol and Cm coincide with the curve for Dx, contrary to the curves for 4'-deoxy-Dx, 4'-O-methyl-Dx, and 4'-epi-Dx. Merely on the basis of chemical stability these observations approve a classification of the anthracyclines studied into two groups. First, the congeners with structural differences located in the aglycone part and with daunosamine as glycosidically bonded aminosugar, which all degrade with the same velocity. Secondly, the group of compounds that differ in structure in the aminosugar moiety and possess doxorubicinone as the aglycone. The chemical alterations in the sugar moiety of these drugs are responsible for significant differences in their chemical stability in acidic solution. As anthracyclines self-associate in aqueous solution and the extent of this process is connected with the chemical structure,[25] a first explanation of our observations might be sought in that direction. An indication of self-aggregation arises when the absorption does not follow the Beer-Lambert law.[25] In our working concentration range and decomposition media we did not observe such deviations.

A possible explanation for the differences in $k_{obs}$ of the degradation of the various compounds may be the differences in the degree of hydration between the various compounds. Assuming that this degree of hydration depends on the substituents at the aminosugar part of the molecule, a higher hydration degree might cause a certain delocalization of the positive charge of the amino function. The result would be an increase in the electrostatic repulsion between the reacting cation and the proton attacking the glycosidic bond and subsequently, a decrease in the reaction rate.

The degree of hydration could be affected by the possible occurrence of hydrogen bonds between the protonated amino function and the oxygen-containing substituent (R$_3$/R$_4$) or, in the case of 4'-epi-Dx, between this substituent and the aglycone part of the molecule. Minor differences between the UV-VIS absorption spectra of 4'-deoxy-Dx and 4'-epi-Dx might indicate the existence of (weak) hydrogen bonds between the aglycone part and the sugar moiety in the latter compound. An exact explanation of the degradation rate differences remains to be elucidated.

Comparison with other glycosides, for instance ginsenosides which lack an amino function in the sugar moiety,[24] reveals that the anthracyclines are more stable in acidic solution. The positive charge of

TABLE II
*Descriptions of the pH profiles of various anthracyclines and $k_H$ values. Temperature: 50°C. $\mu = 0.4$*

|  | log $k_{obs}$[a] | $k_H$[b] |
|---|---|---|
| Doxorubicin | $-3.02 \ (\pm 0.04) - 1.02 \ (\pm 0.02) \cdot$pH | $9.0 \times 10^{-4}$ |
| 4'-deoxydoxorubicin | $-2.41 \ (\pm 0.02) - 0.99 \ (\pm 0.01) \cdot$pH | $4.6 \times 10^{-3}$ |
| 4'-O-methyldoxorubicin | $-3.28 \ (\pm 0.04) - 1.00 \ (\pm 0.02) \cdot$pH | $5.2 \times 10^{-4}$ |
| 4'-epidoxorubicin | $-3.96 \ (\pm 0.08) - 0.98 \ (\pm 0.04) \cdot$pH | $1.8 \times 10^{-4}$ |
| Daunorubicin | $-2.99 \ (\pm 0.04) - 1.00 \ (\pm 0.03) \cdot$pH | $1.1 \times 10^{-3}$ |
| 4-demethoxydaunorubicin | $-3.04 \ (\pm 0.04) - 0.98 \ (\pm 0.04) \cdot$pH | $1.0 \times 10^{-3}$ |
| Doxorubicinol | $-3.03 \ (\pm 0.04) - 1.02 \ (\pm 0.04) \cdot$pH | $9.0 \times 10^{-4}$ |
| Carminomycin | $-3.05 \ (\pm 0.04) - 0.98 \ (\pm 0.04) \cdot$pH | $1.0 \times 10^{-3}$ |

[a] $k_{obs}$ in s$^{-1}$.
[b] $k_H$ in mol$^{-1} \cdot$s$^{-1}$.

PU 0014940

the aminosugar stabilizes the compounds towards the proton-catalyzed hydrolytic cleavage of the sugar part as a result of electrostatic repulsion.

### Influence of ionic strength

The influence of the ionic strength on the degradation rate was studied for Dx. Solutions were prepared at constant pH (1.25) and various ionic strengths by addition of sodium chloride. A plot of log $k_{obs}$ against the square root of the ionic strength gives a straight line in the region $0.24 < \sqrt{\mu} < 0.75$. This curve is defined by the following equation:

$$\log k_{obs} = -4.53 + 0.365\sqrt{\mu} \quad (r = 0.999) \text{ (eq. 3)}$$

At $\sqrt{\mu} > 0.75$ no linearity exists. An increase in reaction rate at increasing ionic strength is in agreement with a reaction between two positively charged species, in our case the Dx mono-cation and a proton.

### Influence of temperature

The temperature dependence of the hydrolytic degradation was investigated for Dx at different pH values (0-3) over the range 30-70°C. The ionic strength was not maintained constant over the whole pH range. At a fixed pH the relation between $k_{obs}$ and the reciprocal of the absolute temperature fulfils the Arrhenius equation (eq. 4):

$$\ln k_{obs} = \ln A - (\Delta H^{\#}/RT) \quad \text{(eq. 4)}$$

in which A represents the frequency factor, $\Delta H^{\#}$ the enthalpy of activation, R the molar gas constant and T the temperature in Kelvin. The $\Delta H^{\#}$ values at various $H_0$/pH values are listed in Table III. $\Delta H^{\#}$ appears to be fairly constant in the region pH < 3. The tendency to increase somewhat at higher pH values may be an indication that other degradation processes gain importance at pH > 3. This phenomenon is consistent with our observations that at pH > 4, instead of the 7-OH aglycones, other degradation products are formed (Beijnen, unpublished observations).

TABLE III
*Enthalpy of activation ($\Delta H^{\#}$) for the initial degradation of Dx at various $H_0$/pH values*

| $H_0$/pH | $\Delta H^{\#}$ (kJ.mol$^{-1}$)* |
|---|---|
| 0.43 | 114 |
| 1.0 | 114 |
| 1.5 | 116 |
| 2.0 | 121 |
| 2.5 | 122 |
| 3.0 | 128 |

*Values for $\Delta H^{\#}$ are the mean of three observations.

### Acknowledgements

The authors are indebted to Mr. R.D. van Ooijen (University Toxicological Centre, Utrecht, The Netherlands) and Mr. R.H. Fokkens (Laboratory of Organic Chemistry, University of Amsterdam, The Netherlands) for their valuable assistance during the MS studies.

### References

[1] Davis HL, Davis TE. Daunorubicin and adriamycin in cancer treatment: An analysis of their roles and limitations. Cancer Treat Rep 1979;63:809-15.
[2] Crooke ST, Reich SD. Anthracyclines: current status and new developments. New York: Academic Press, 1980.
[3] Carter SK. Adriamycin - A review. J Natl Cancer Inst 1975;55:1265-73.
[4] Barbieri B, Bellini O, Savi G, Bertazzoli C, Penco S, Casazza AM. Antitumour activity and cardiotoxicity of new 4-demethoxyanalogues of daunorubicin and doxorubicin. Drugs Exptl Clin Res 1984;10:85-90.
[5] Formelli F, Casazza AM. Biological and pharmacological properties of new anthracycline derivatives. Drugs Exptl Clin Res 1984;10:75-84.
[6] Harper H, Kemeny N, Cheng E, Sordillo P, Ahmed T. Phase II trial of 4-demethoxydaunorubicin (DMDR) in advanced colorectal carcinoma. Proc Am Assoc Cancer Res 1983;24:148.
[7] Ferrari L, Rossi A, Brambilla C, et al. Phase I study with 4'-deoxydoxorubicin. Proc Am Assoc Cancer Res 1983;24:163.
[8] Arcamone F, Franceschi G, Penco S. Adriamycin (14-hydroxydaunomycin), a novel antitumor antibiotic. Tetrahedron Letters 1969;13:1007-10.
[9] Wassermann K, Bundgaard H. Kinetics of the acid-catalyzed hydrolysis of doxorubicin. Int J Pharm 1983;14:73-8.
[10] Tavoloni N, Guarino AM, Berk PD. Photolytic degradation of adriamycin. J Pharm Pharmacol 1980;32:860-2.
[11] Daugherty JP, Hixon SC. Photolytic destruction of adriamycin. J Pharm Pharmacol 1981;33:556.
[12] Thoma K, Strittmatter T, Steinbach D. Untersuchungen zur Photoinstabilität von Antibiotika. Acta Pharm Techn 1980;26:269-72.
[13] Williams BA, Tritton TR. Photoinactivation of anthracyclines. Photochem Photobiol 1981;34:131-4.
[14] Karlsen J, Thonnesen HH, Olsen IR, Sollien AH, Skobba TJ. Stability of cytotoxic intravenous solutions subjected to freeze-thaw treatment. Nor Pharm Acta 1983;45:61-7.
[15] Benvenuto JA, Anderson RW, Kerkof K, Smith RG, Loo TL. Stability and compatibility of antitumor agents in glass and plastic containers. Am J Hosp Pharm 1981;38:1914-8.
[16] Hoffman DM, Grossano DD, Damin LA, Woodcock TM. Stability of refrigerated and frozen solutions of doxorubicin hydrochloride. Am J Hosp Pharm 1979;36:1536-8.
[17] Poochikian GK, Cradock JC, Flora KP. Stability of anthracycline antitumor agents in four infusion fluids. Am J Hosp Pharm 1981;38:483-6.
[18] Ketchum D, Wolf E, Sesin GP. Cost benefit and stability study of doxorubicin following reconstitution. Am J Intrav Ther Clin Nutr 1981:15-8.

PU 0014941

MAR-07-97 FRI 16:28                                                      P.09/09

[19] Eksborg S, Ehrsson H, Wallin I, Lindfors A. Quantitative determination of adriamycin and daunorubicin-handling of blood and plasma samples. Acta Pharm Suec 1981;18:215-20.

[20] Schwartz HS, Paul B. Biotransformations of daunorubicin aglycones by rat liver microsomes. Cancer Res 1984;44:2480-4.

[21] Schwartz HS, Parker NB. Initial biotransformations of daunorubicin to aglycones by rat liver microsomes. Cancer Res 1981;41:2343-8.

[22] Bates RG. Determination of pH theory and practice. 2nd ed. New-York - London - Sydney - Toronto: John Wiley & Sons, 1973.

[23] Tomlinson E, Malspeis L. Concomitant adsorption and stability of some anthracycline antibiotics. J Pharm Sci 1982;71:1121-5.

[24] Aszalos A. Analysis of antitumor antibiotics by high pressure liquid chromatography (HPLC). J Liq Chromatogr 1984;7(S-1):69-125.

[25] Sturgeon RJ, Schulman SG. Electronic absorption spectra and protolytic equilibria of doxorubicin: direct spectrophotometric determination of microconstants. J Pharm Sci 1977;66:958-61.

[26] Arcamone F, Franceschi G, Orezzi P, Cassinelli G, Barbieri W, Mondelli R. Daunomycin. 1. The structure of daunomycinone. J Am Chem Soc 1964;86:5334-5.

[27] Gioia B, Arlandini E, Vigevani A. Field desorption mass spectrometry of anthracyclines. Comparison with other soft ionization techniques. Biomed Mass Spectrom 1984;11:135-40.

[28] Roller PP, Sutphin M, Aszalos AA. Mass spectrometry of N-acylated daunorubicin derivatives. Biomed Mass Spectrom 1976;3:166-71.

[29] Watson E, Chan KK. GLC-Mass spectrometry of several important anticancer drugs 1: Pertrimethylsilylation and O-methoxime formation. J Pharm Sci 1978;67:1243-6.

[30] Vigevani A, Gioia B, Cassinelli G. Mass spectrometry of some N-acyldaunosamine derivatives. Carbohydr Res 1974;32:321-30.

[31] Smith RG. Characterization of anthracycline antibiotics by desorption chemical ionization mass spectrometry. Anal Chem 1982;54:2006-8.

[32] Menozzi M, Valentini L, Vannini E, Arcamone F. Self-association of doxorubicin and related compounds in aqueous solution. J Pharm Sci 1984;73:766-70.

[33] Chaires JB, Dattagupta N, Crothers DM. Self-association of daunomycin. Biochemistry 1982;21:3927-32.

[34] Miyamoto E, Odashima S, Kitagawa I, Tsuji A. Stability kinetics of ginsenosides in aqueous solution. J Pharm Sci 1984;73:409-10.

Received December 1984.
Accepted for publication March 1985.

PU 0014942

## Harper, David

**From:** Trumbold, Mike

**Sent:** Tuesday, May 30, 2006 11:07 AM

**To:** Aaronson, Larry; Baldwin, Alison; Berghoff, Paul; Boehnen, Daniel; Carden, Richard; Cavan, Christopher; Churilla, Paul; Docter, Stephen; Drutchas, Grantland; Fairhall, Thomas; Frischkorn, David; Gattari, Patrick; Greenfield, Michael; Gumina, James; Harper, David; Hillman, Lisa; Hughes, Blair; Hulbert, Bradley; Irvine, Robert; Keenan, Nicole; Lee, Geroge; Machonkin, Rick; McCarthy, James; Miao, Emily; Moran, Eric; Noe, Jeremy; Noonan, Kevin; Pomrening, Anthoula; Rich, Joshua; Sampson, Matthew; Sarussi, Steven; Sigmond, Leif; Steck, Jeffrey; Sullivan, Sean; Terpstra, Anita; Thymian, Marcus; Trumbold, Michael; Tully, Paul; Wettermann, Thomas; Whitenack, Curt; Williams, Andrew

**Cc:** De Prosperis, John

**Subject:** Agenda

For Board Meeting Tuesday, May 30, 2006:

1.  Financials
        Cash Report
        John McDonnell Compensation

2.  Professionals Library Service Contract Update

3.  Arizona Technopolis Sponsorship - DJH

4.  Potential Lateral Hires - LRS

5.  Recruiting Committee - KEN

6.  Concordance training - SMS

7.  Unscheduled Discussion Topics

Mike T.

5/30/2006

EXHIBIT 31

769-249-0 DIV
769-206-0 DIV

IN THE UNITED STATES PATENT & TRADEMARK OFFICE

IN RE APPLICATION OF:            :

GAETANO GATTI, ET AL.            :   EXAMINER:  PESELEV

SERIAL NO:  07/827,742           :

FILED:  JANUARY 29, 1992         :   GROUP ART UNIT:  1803

FOR:  INJECTABLE READY-TO-USE    :
      SOLUTIONS CONTAINING
      AN ANTITUMOR               :
      ANTHRACYCLINE GLYCOSIDE

AMENDMENT

HONORABLE COMMISSIONER OF PATENTS & TRADEMARKS
WASHINGTON, D.C.  20231

SIR:

Responsive to the Official Action mailed November 15, 1993, Applicants submit the following remarks.

IN THE CLAIMS

31. (Three times amended)  A physiologically acceptable solution of anthracycline glycoside selected from the consisting of idarubicin hydrochloride, doxorubicin hydrochloride and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100mg/ml, wherein said solution is contained in a sealed container and has not been reconstituted from a lyophilizate.

-2-

Cancel claim 32.

<u>REMARKS</u>

Claims 31, 33-38, 40, and 42 appear in this application.
Claim 31 has been amended to distinguish Applicants' solutions
from prior art solutions which are reconstituted from
lyophilizates. Basis for the amendment to Claim 31 is found
in canceled Claim 32. The claims stand rejected under 35 USC
103 as obvious over Japanese Patent no. 60-92212 in
combination with Baurain et al. (U.S. Patent No. 4,296,105)
and Arcamone et al.

According to the Examiner,

The Japanese patent discloses adjusting
the pH of doxorubicin HCl-containing solution to 2.3
with sulfuric acid. . .
Baurain et al disclose adjusting the pH of
doxorubicin HCl-containing solution to 4.0 with
sulfuric acid. . .

Japanese application 60-92212 and Baurain et al. (U.S.
Patent 4,296,105) are both directed to anthracycline solutions
which are freeze-dried to form a lyophilizate, which is later
reconstituted in water immediately prior to use. The
recitation of a sealed container in Claim 31 distinguishes
Applicants' invention from the Japanese application and other
prior art references which involve lyophilizates. A sealed
container effectively precludes lyophilization, since to
lyophilize an unlyophilized solution would necessarily involve
removal of water from the container and destruction of the
seal.

The adjustment of the pH to 2.3 in the Japanese
application is directed to improving the poor <u>rate of</u>

PU 0015057

-3-

solvation of doxorubicin salts, which arises from their facility at forming relatively slow-dissolving gels when first placed in solution. The stability characteristics of these solutions is neither mentioned nor claimed. Consequently, Japanese application 60-92212 contains no teaching of long-term storage stable solutions of anthracycline glycosides, and does not suggest the storage-stable solutions achieved by Applicants.

As with the Japanese application, Baurain et al. does not teach stable solutions of doxorubicin or other anthracyclines. Instead, it is directed toward new derivatives of doxorubicin. The sulfuric acid treatment of the Baurain et al. solution is merely a step lasting ten minutes in the overall preparation of the doxorubicin derivatives claimed (Col. 3, lines 33-38). Consequently it does not teach or suggest Applicants' long-term storage stable solutions. The recitation of a sealed container, together with the requirement that the solution has not been reconstituted from a lyophilizate, effectively distinguishes Baurain et al.

The study conducted by Arcamone et al. was directed to ascertaining the stereochemical properties of adriamycin, not to achieving a new solution achieving long-term storage stability for such compounds. Arcamone et al. used a phosphate buffer, a known technique which does not suggest the use of acids as practiced by Applicants. Arcamone et al. simply prepared several solutions of adriamycin with the well-known phosphate buffers and recorded the "stability."

PU 0015058

-4-

Moreover, the Arcamone et al. claim of achieving a stability of ">1 month" at pH ranges of 3 - 6 is vague, since the actual time over which the compound remained stable is not given, nor is there established any methodology by which stability is determined.  Consequently, Applicants disagree with the Examiner's assertion that

the instant claims [] encompass solutions which have the same stability as the prior art solutions and are therefore not patentable therefrom.

More to the point, neither Arcamone et al. nor any other reference teaches or suggests that strong acids may be substituted for phosphate or other buffers to obtain even equal storage stabilities.  In fact, as demonstrated by Applicants, their anthracycline solutions provide superior storage stabilities to the Arcamone buffer solutions.

Prior to Applicants' development of storage stable anthracycline solutions, the practice of reconstituting such solutions from lyophilized powders was common in the prior art.  The toxicity of these powders posed significant health risks to health care workers from accidental exposure during handling and reconstitution.  By dramatically increasing the storage stability of anthracycline glycosides in solution over the prior art, Applicants' invention allows medical personnel to handle these compounds in sealed glass containers, substantially reducing the risk of accidental exposure.

In view of the above amendments and remarks, it is respectfully submitted that this application is now in

-5-

condition for allowance.  Early notice to this effect is respectfully requested.

Respectfully submitted,

OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.

Richard D. Kelly
Registration No. 27,757

Crystal Square Five - Fourth Floor
1755 South Jefferson Davis Highway
Arlington, VA   22202
(703) 413-3000
RDK/TLS

PU 0015060