# Exhibit 32

# Filed Separately

# Under Seal