# EXHIBIT 33

MRD 4

USP XX

# *The United States* Pharmacopeia

## TWENTIETH REVISION

*By authority of the United States Pharmacopeial Convention, Inc., meeting at Washington, D. C., March 22, 1975. Prepared by the Committee of Revision and published by the Board of Trustees*

*Official from July 1, 1980*

United States Pharmacopeial Convention, Inc.
12601 Twinbrook Parkway, Rockville, Md. 20852




1.018.04.0052

**Water,** *Method I* ⟨921⟩: not more than 9.0%, determined on the contents of 1 Capsule.

**Dissolution** ⟨711⟩

*Medium:* water; 900 ml.

*Apparatus 1:* 50 rpm.

*Time:* 30 minutes.

*Procedure*—Determine the amount of $C_{19}H_{21}NO$ dissolved from ultraviolet absorbances (at the wavelength of maximum absorbance at about 292 nm; 1-cm cells) of filtered portions of the solution under test, suitably diluted with *Dissolution Medium*, if necessary, in comparison with a Standard solution having a known concentration of USP Doxepin Hydrochloride RS in the same medium.

*Tolerances*—Not less than 80% of the labeled amount of $C_{19}H_{21}NO$ in the Capsules dissolves in 30 minutes.

Assay—

*Standard preparation*—Transfer 11 mg, accurately weighed, of USP Doxepin Hydrochloride RS to a 10-ml volumetric flask. Dissolve in and dilute with water to volume. Transfer this solution into a 250-ml separator, add 2 ml of 1 *N* sodium hydroxide, and mix. Extract with three 30-ml portions of chloroform, combining the extracts in another 250-ml separator. Extract the combined chloroform extracts with three 50-ml portions of dilute sulfuric acid (3 in 1000). Filter the acid extracts through cotton, previously wetted with the same dilute sulfuric acid, into a 200-ml volumetric flask. Dilute with the same dilute sulfuric acid to volume, and mix.

*Assay preparation*—Transfer the contents of 20 Capsules to a 500-ml volumetric flask, add about 300 ml of chloroform, and shake by mechanical means for 30 minutes. Dilute with chloroform to volume, and mix. Quickly filter a portion of the solution through Whatman No. 4 filter paper, rejecting the first 25 ml of filtrate. Pipet an aliquot of the filtered solution containing about 10 mg of doxepin into a separator. Add, if necessary, additional chloroform to bring the volume to 25 ml. Extract with 50 ml of 1 *N* sodium hydroxide, and drain the chloroform into another separator. Wash the sodium hydroxide layer with 50 ml of chloroform, adding the washing to the separator containing the chloroform layer. Discard the sodium hydroxide solution. Extract the combined chloroform washings with three 50-ml portions of dilute sulfuric acid (3 in 1000). Filter the extracts through cotton, previously wetted with the same dilute sulfuric acid, into a 200-ml volumetric flask, dilute with the same dilute sulfuric acid to volume, and mix.

*Procedure*—Concomitantly determine the absorbances of the *Standard preparation* and the *Assay preparation* in 1-cm cells at the wavelength of maximum absorbance at about 292 nm, with a suitable spectrophotometer, using dilute sulfuric acid (3 in 1000) as the blank. Calculate the quantity, in mg, of $C_{19}H_{21}NO$ in the aliquot taken by the formula $0.885(10C)(A_U/A_S)$, in which $C$ is the concentration, in mg per ml, of USP Doxepin Hydrochloride RS in the *Standard preparation*, 0.885 is the ratio of the molecular weight of doxepin to that of doxepin hydrochloride, and $A_U$ and $A_S$ are the absorbances of the *Assay preparation* and the *Standard preparation*, respectively.

## Doxepin Hydrochloride Oral Solution

» Doxepin Hydrochloride Oral Solution contains not less than 90.0 percent and not more than 110.0 percent of the labeled amount of doxepin ($C_{19}H_{21}NO$).

**Packaging and storage**—Preserve in tight, light-resistant containers.

**Labeling**—Label it to indicate that it is to be diluted with water or other suitable fluid to approximately 120 ml, just prior to administration.

**Reference standard**—*USP Doxepin Hydrochloride Reference Standard*—Dry in vacuum at 60° for 3 hours before using.

**Identification**—

*Mobile solvent*—Add 0.2 ml of diethylamine to a solution containing 250 ml of chloroform and 750 ml of acetonitrile in a vacuum flask. Prior to use, de-gas the contents of the flask by stirring vigorously with a magnetic stirrer, while applying vacuum, for 10 minutes.

*Procedure*—Transfer 5.0 ml of the Oral Solution to a 60-ml separator, add 1 ml of sodium hydroxide solution (1 in 25), 1 g of sodium chloride, and 5.0 ml of ethyl acetate, and shake the mixture vigorously for 1 minute. Allow the phases to separate, transfer 1.0 ml of the clear upper phase to a 25-ml volumetric flask, dilute with *Mobile solvent* to volume, and mix. Transfer about 22 mg of USP Doxepin Hydrochloride RS to a 50-ml volumetric flask, dilute with the same *Mobile solvent* to volume, and mix. Inject 4-µl portions of both solutions into a high-pressure liquid chromatograph (see ⟨621⟩), fitted with a 50-cm × 2-mm column packed with silica microspheres and equipped with an ultraviolet detector capable of monitoring absorption at 254 nm and a suitable recorder. Adjust the operating parameters to obtain a flow rate of about 24 ml per hour. The chromatogram of the test solution exhibits two peaks having retention times that are identical with those obtained with the Standard solution.

**pH** ⟨791⟩: between 4.0 and 7.0, the test specimen being allowed to remain in contact with the electrodes for 15 minutes prior to the measurement.

**Assay**—Transfer an accurately measured volume of Doxepin Hydrochloride Oral Solution, equivalent to 100 mg of doxepin, to a 100-ml volumetric flask, dilute with dilute hydrochloric acid (1 in 120) to volume, and mix. Dilute 4.0 ml of this solution with the same solvent to 50.0 ml. Transfer 15.0 ml of the resulting solution to a 125-ml separator, and extract with two 20-ml portions of ether. Dilute 10.0 ml of the extracted aqueous phase with dilute hydrochloric acid (1 in 120) to 25.0 ml. Prepare a Standard solution from a suitable quantity of USP Doxepin Hydrochloride RS, by quantitative and stepwise dilution with dilute hydrochloric acid (1 in 120) to obtain a solution having a known concentration of about 1.1 mg per ml. Take a 4-ml aliquot of the Standard solution through the above-described procedure, beginning with "Dilute 4.0 ml of this solution." Concomitantly determine the absorbances of both solutions in 1-cm cells at the wavelength of maximum absorbance at about 292 nm, with a suitable spectrophotometer, using dilute hydrochloric acid (1 in 120) as the blank. Calculate the quantity, in mg, of doxepin ($C_{19}H_{21}NO$) in each ml of Doxepin Hydrochloride Oral Solution taken by the formula $0.885(0.1C/V)(A_U/A_S)$, in which 0.885 is the ratio of the molecular weight of doxepin to that of doxepin hydrochloride, $C$ is the concentration, in µg per ml, of USP Doxepin Hydrochloride RS in the Standard solution, $V$ is the volume, in ml, of Oral Solution taken, and $A_U$ and $A_S$ are the absorbances of the solution from the Oral Solution and the Standard solution, respectively.

## Doxorubicin Hydrochloride

$C_{27}H_{29}NO_{11} \cdot HCl$ 579.99

5,12-Naphthacenedione, 10-[(3-amino-2,3,6-trideoxy-α-L-*lyxo*-hexopyranosyl)oxy]-7,8,9,10-tetrahydro-6,8,11-trihydroxy-8-(hydroxylacetyl)-1-methoxy-, hydrochloride (8*S*-*cis*)-.

(8*S*,10*S*)-10-[(3-Amino-2,3,6-trideoxy-α-L-*lyxo*-hexopyranosyl)oxy]-8-glycoloyl-7,8,9,10-tetrahydro-6,8,11-trihydroxy-1-methoxy-5,12-naphthacenedione hydrochloride [*25316-40-9*].

» Doxorubicin Hydrochloride conforms to the regulations of the federal Food and Drug Administration concerning antibiotic drugs (450.24) (see *Antibiotics* ⟨1011⟩). It has a potency of not less than 900 µg and not more than 1100 µg of $C_{27}H_{29}NO_{11} \cdot HCl$ per mg, calculated on the anhydrous basis.

*Caution—Great care should be taken to prevent inhaling particles of doxorubicin hydrochloride and exposing the skin to it.*

**Packaging and storage**—Preserve in tight containers, protected from light and excessive heat.



1.018.04.0053

**Reference standard** *U. S. Doxorubicin Hydrochloride Reference Standard.*

**pH:** between 3.8 and 6.5, in a solution containing 5 mg per ml.

**Water:** not more than 4.0%.

**Doxorubicin hydrochloride content:** between 900 and 1100 µg of $C_{27}H_{29}NO_{11} \cdot HCl$ per mg, calculated on the anhydrous basis.

**$LD_{50}$:** in mice, between 8.0 and 20.0 mg per kg of body weight, of a particular strain if so specified.

**Other requirements**—It complies with the tests for identification and crystallinity.

## Doxorubicin Hydrochloride for Injection

» Doxorubicin Hydrochloride for Injection conforms to the regulations of the federal Food and Drug Administration concerning antibiotic drugs (450.224) (see *Antibiotics* ⟨1011⟩). It is a sterile mixture of Doxorubicin Hydrochloride and Lactose. It contains not less than 90.0 percent and not more than 115.0 percent of the labeled amount of $C_{27}H_{29}NO_{11} \cdot HCl$.

**Packaging and storage**—Preserve in light-resistant *Containers for Sterile Solids* as described under *Injections* ⟨1⟩.

**pH:** between 3.8 and 6.5, in the solution constituted as directed in the labeling, except that water is used as the diluent.

**Water:** not more than 4.0%.

**Other requirements**—It complies with the tests for identification, histamine, pyrogen, and sterility.

## Doxycycline

$C_{22}H_{24}N_2O_8 \cdot H_2O$ 462.46

2-Naphthacenecarboxamide, 4-(dimethylamino)-1,4,4a,5,5a,6,11,12a-octahydro-3,5,10,12,12a-pentahydroxy-6-methyl-1,11-dioxo-, [4S-(4α,4aα,5α,5aα,6α,12aα)]-, monohydrate.

4-(Dimethylamino)-1,4,4a,5,5a,6,11,12a-octahydro-3,5,10,12,12a-pentahydroxy-6-methyl-1,11-dioxo-2-naphthacenecarboxamide monohydrate [17086-28-1].

Anhydrous 444.44 [564-25-0].

» Doxycycline conforms to the regulations of the federal Food and Drug Administration concerning antibiotic drugs (446.21, doxycycline monohydrate) (see *Antibiotics* ⟨1011⟩). It has a potency equivalent to not less than 880 µg and not more than 980 µg of $C_{22}H_{24}N_2O_8$ per mg.

**Packaging and storage**—Preserve in tight, light-resistant containers.

**Reference standard**—*U. S. Doxycycline Hyclate Reference Standard.*

**pH:** between 5.0 and 6.5, in an aqueous suspension containing 10 mg per ml.

**Water:** between 3.6% and 4.6%.

**Doxycycline content:** between 90.0% and 98.0%.

**Other requirements**—It complies with the tests for identification, safety, and crystallinity.

## Doxycycline for Oral Suspension

» Doxycycline for Oral Suspension conforms to the regulations of the federal Food and Drug Administration concerning antibiotic drugs (446.121, doxycycline monohydrate for oral suspension) (see *Antibiotics* ⟨1011⟩). It contains the equivalent of not less than 90.0 percent and not more than 125.0 percent of the labeled amount of $C_{22}H_{24}N_2O_8$, the labeled amount being 5 mg per ml, when constituted as directed. It contains one or more suitable buffers, colors, diluents, flavors, and preservatives.

**Packaging and storage**—Preserve in tight, light-resistant containers.

**pH:** between 5.0 and 6.5, in the suspension constituted as directed in the labeling.

**Water:** not more than 3%.

**Other requirements**—It complies with the test for identification.

## Doxycycline Calcium Oral Suspension

» Doxycycline Calcium Oral Suspension conforms to the regulations of the federal Food and Drug Administration concerning antibiotic drugs (446.120b) (see *Antibiotics* ⟨1011⟩). It is prepared from Doxycycline Hyclate, and contains one or more suitable buffers, colors, diluents, flavors, and preservatives. It contains the equivalent of not less than 90.0 percent and not more than 125.0 percent of the labeled amount of doxycycline ($C_{22}H_{24}N_2O_8$), the labeled amount being 10 mg per ml.

**Packaging and storage**—Preserve in tight, light-resistant containers.

**pH:** between 6.5 and 8.0.

**Other requirements**—It complies with the test for identification.

## Doxycycline Hyclate

$(C_{22}H_{24}N_2O_8 \cdot HCl)_2 \cdot C_2H_6O \cdot H_2O$ 1025.89

2-Naphthacenecarboxamide, 4-(dimethylamino)-1,4,4a,5,5a,6,11,12a-octahydro-3,5,10,12,12a-pentahydroxy-6-methyl-1,11-dioxo-, monohydrochloride, compd. with ethanol (2:1), monohydrate, [4S-(4α,4aα,5α,5aα,6α,12aα)]-.

4-(Dimethylamino)-1,4,4a,5,5a,6,11,12a-octahydro-3,5,10,12,12a-pentahydroxy-6-methyl-1,11-dioxo-2-naphthacenecarboxamide monohydrochloride, compound with ethyl alcohol (2:1), monohydrate [24390-14-5].

» Doxycycline Hyclate conforms to the regulations of the federal Food and Drug Administration concerning antibiotic drugs (446.20; 446.20a, sterile doxycycline hyclate) (see *Antibiotics* ⟨1011⟩). It has a potency equivalent to not less than 800 µg and not more than 920 µg of doxycycline ($C_{22}H_{24}N_2O_8$) per mg.

**Packaging and storage**—Preserve in tight containers, protected from light.

**Reference standard**—*U. S. Doxycycline Hyclate Reference Standard.*

**pH:** between 2.0 and 3.0, in a solution containing 10 mg of doxycycline per ml.

**Water:** between 1.4% and 2.75%.

**Doxycycline content:** between 82.0% and 90.0%.

# EXHIBIT 34

EXHIBIT B

# The United States Pharmacopeia

TWENTY-FIRST REVISION

*Official from January 1, 1985*

# The National Formulary

SIXTEENTH EDITION

*Official from January 1, 1985*


GRUPPO MONTEDISON
FARMITALIA CARLO ERBA
DOCUMENTAZIONE SCIENTIFICA
Biblioteca

United States Pharmacopeial Convention, Inc.
12601 Twinbrook Parkway, Rockville, Md. 20852



Case 1:04-cv-00833-KAJ Document 232-14 Filed 05/31/2006 Page 7 of 39



suitably diluted with *Dissolution Medium*, if necessary, in comparison with a Standard solution having a known concentration of USP Doxepin Hydrochloride RS in the same medium.

*Tolerances*—Not less than 80% (*Q*) of the labeled amount of $C_{19}H_{21}NO$ is dissolved in 30 minutes.

**Uniformity of dosage units** ⟨905⟩: meet the requirements.

**Water**, *Method I* ⟨921⟩: not more than 9.0%, determined on the contents of 1 Capsule.

**Assay**—

*Standard preparation*—Transfer 11 mg, accurately weighed, of USP Doxepin Hydrochloride RS to a 10-mL volumetric flask. Dissolve in and dilute with water to volume. Transfer this solution into a 250-mL separator, add 2 mL of 1 *N* sodium hydroxide, and mix. Extract with three 30-mL portions of chloroform, combining the extracts in another 250-mL separator. Extract the combined chloroform extracts with three 50-mL portions of dilute sulfuric acid (3 in 1000). Filter the acid extracts through cotton, previously wetted with the same dilute sulfuric acid, into a 200-mL volumetric flask. Dilute with the same dilute sulfuric acid to volume, and mix.

*Assay preparation*—Transfer the contents of 20 Capsules to a 500-mL volumetric flask, add about 300 mL of chloroform, and shake by mechanical means for 30 minutes. Dilute with chloroform to volume, and mix. Quickly filter a portion of the solution through Whatman No. 4 filter paper, rejecting the first 25 mL of filtrate. Pipet an aliquot of the filtered solution containing about 10 mg of doxepin into a separator. Add, if necessary, additional chloroform to bring the volume to 25 mL. Extract with 50 mL of 1 *N* sodium hydroxide, and drain the chloroform into another separator. Wash the sodium hydroxide layer with 50 mL of chloroform, adding the washing to the separator containing the chloroform layer. Discard the sodium hydroxide solution. Extract the combined chloroform washings with three 50-mL portions of dilute sulfuric acid (3 in 1000). Filter the extracts through cotton, previously wetted with the same dilute sulfuric acid, into a 200-mL volumetric flask, dilute with the same dilute sulfuric acid to volume, and mix.

*Procedure*—Concomitantly determine the absorbances of the *Standard preparation* and the *Assay preparation* in 1-cm cells at the wavelength of maximum absorbance at about 292 nm, with a suitable spectrophotometer, using dilute sulfuric acid (3 in 1000) as the blank. Calculate the quantity, in mg, of $C_{19}H_{21}NO$ in the aliquot taken by the formula $0.885(10C)(A_U/A_S)$, in which $C$ is the concentration, in mg per mL, of USP Doxepin Hydrochloride RS in the *Standard preparation*, 0.885 is the ratio of the molecular weight of doxepin to that of doxepin hydrochloride, and $A_U$ and $A_S$ are the absorbances of the *Assay preparation* and the *Standard preparation*, respectively.

## Doxepin Hydrochloride Oral Solution

» Doxepin Hydrochloride Oral Solution contains not less than 90.0 percent and not more than 110.0 percent of the labeled amount of doxepin ($C_{19}H_{21}NO$).

**Packaging and storage**—Preserve in tight, light-resistant containers.

**Labeling**—Label it to indicate that it is to be diluted with water or other suitable fluid to approximately 120 mL, just prior to administration.

**Reference standard**—*USP Doxepin Hydrochloride Reference Standard*—Dry in vacuum at 60° for 3 hours before using.

**Identification**—

*Mobile solvent*—Add 0.2 mL of diethylamine to a solution containing 250 mL of chloroform and 750 mL of acetonitrile in a vacuum flask. Prior to use, degas the contents of the flask by stirring vigorously with a magnetic stirrer, while applying vacuum, for 10 minutes.

*Procedure*—Transfer 5.0 mL of the Oral Solution to a 60-mL separator, add 1 mL of sodium hydroxide solution (1 in 25), 1 g of sodium chloride, and 5.0 mL of ethyl acetate, and shake the mixture vigorously for 1 minute. Allow the phases to separate, transfer 1.0 mL of the clear upper phase to a 25-mL volumetric flask, dilute with *Mobile solvent* to volume, and mix. Transfer about 22 mg of USP Doxepin Hydrochloride RS to a 50-mL volumetric flask, dilute with the same *Mobile solvent* to volume, and mix. Inject 4-µL portions of both solutions into a high-pressure liquid chromatograph (see *Chromatography* ⟨621⟩), fitted with a 50-cm × 2-mm column packed with silica microspheres and equipped with an ultraviolet detector capable of monitoring absorption at 254 nm and a suitable recorder. Adjust the operating parameters to obtain a flow rate of about 24 mL per hour. The chromatogram of the test solution exhibits two peaks having retention times that are identical with those obtained with the Standard solution.

**pH** ⟨791⟩: between 4.0 and 7.0, the test specimen being allowed to remain in contact with the electrodes for 15 minutes prior to the measurement.

**Assay**—Transfer an accurately measured volume of Doxepin Hydrochloride Oral Solution, equivalent to 100 mg of doxepin, to a 100-mL volumetric flask, dilute with dilute hydrochloric acid (1 in 120) to volume, and mix. Dilute 4.0 mL of this solution with the same solvent to 50.0 mL. Transfer 15.0 mL of the resulting solution to a 125-mL separator, and extract with two 20-mL portions of ether. Dilute 10.0 mL of the extracted aqueous phase with dilute hydrochloric acid (1 in 120) to 25.0 mL. Prepare a Standard solution from a suitable quantity of USP Doxepin Hydrochloride RS, by quantitative and stepwise dilution with dilute hydrochloric acid (1 in 120) to obtain a solution having a known concentration of about 1.1 mg per mL. Take a 4-mL aliquot of the Standard solution through the above-described procedure, beginning with "Dilute 4.0 mL of this solution." Concomitantly determine the absorbances of both solutions in 1-cm cells at the wavelength of maximum absorbance at about 292 nm, with a suitable spectrophotometer, using dilute hydrochloric acid (1 in 120) as the blank. Calculate the quantity, in mg, of doxepin ($C_{19}H_{21}NO$) in each mL of Doxepin Hydrochloride Oral Solution taken by the formula $0.885(0.1C/V)(A_U/A_S)$, in which 0.885 is the ratio of the molecular weight of doxepin to that of doxepin hydrochloride, $C$ is the concentration, in µg per mL, of USP Doxepin Hydrochloride RS in the Standard solution, $V$ is the volume, in mL, of Oral Solution taken, and $A_U$ and $A_S$ are the absorbances of the solution from the Oral Solution and the Standard solution, respectively.

## Doxorubicin Hydrochloride

$C_{27}H_{29}NO_{11}.HCl$ 579.99

5,12-Naphthacenedione, 10-[(3-amino-2,3,6-trideoxy-α-L-*lyxo*-hexopyranosyl)oxy]-7,8,9,10-tetrahydro-6,8,11-trihydroxy-8-(hydroxylacetyl)-1-methoxy-, hydrochloride (8*S*-*cis*)-.

(8*S*,10*S*)-10-[(3-Amino-2,3,6-trideoxy-α-L-*lyxo*-hexopyranosyl)oxy]-8-glycoloyl-7,8,9,10-tetrahydro-6,8,11-trihydroxy-1-methoxy-5,12-naphthacenedione hydrochloride [*25316-40-9*].

» Doxorubicin Hydrochloride has a potency of not less than 900 µg and not more than 1100 µg of $C_{27}H_{29}NO_{11}.HCl$ per mg, calculated on the anhydrous basis.

*Caution—Great care should be taken to prevent inhaling particles of doxorubicin hydrochloride and exposing the skin to it.*

**Packaging and storage**—Preserve in tight containers.

**Reference standard**—*USP Doxorubicin Hydrochloride Reference Standard*—Do not dry before using.

**Identification**—When chromatographed as directed in the *Assay*, the *Assay preparation* exhibits a major peak for doxorubicin, the retention time of which corresponds with that exhibited by the *Standard preparation*, and the chromatogram compares qualitatively to that obtained from the *Standard preparation*.

**Crystallinity** ⟨695⟩: meets the requirements.

**pH** ⟨791⟩: between 3.8 and 6.5, in a solution containing 5 mg per mL.

**Water,** *Method I* (921): not more than 4.0%.

**Assay—**

*Mobile phase*—Mix 69 volumes of water and 31 volumes of acetonitrile, and adjust with phosphoric acid to a pH of 2. The acetonitrile concentration may be varied to meet system suitability requirements and to provide a suitable elution time for doxorubicin. Filter the solution through a membrane filter (1-µm or finer porosity), and degas.

*Internal standard solution*—Prepare a solution of 2-naphthalenesulfonic acid in *Mobile phase* containing about 2 mg per mL.

*Standard preparation*—Dissolve about 25 mg, accurately weighed, of USP Doxorubicin Hydrochloride RS in *Internal standard solution* to make 25.0 mL, and mix.

*Assay preparation*—Prepare as directed for *Standard preparation*, except to use Doxorubin Hydrochloride instead of USP Doxorubicin Hydrochloride RS.

*Chromatographic system* (see *Chromatography* (621))—The chromatograph is equipped with a 254-nm detector and a 4.6-mm × 30-cm column that contains packing L1. The flow rate is about 1.5 mL per minute. Chromatograph three replicate injections of the *Standard preparation*, and record the peak responses as directed under *Procedure*: the relative standard deviation is not more than 2.0%, and the resolution factor between doxorubicin and 2-naphthalenesulfonic acid is not less than 2.0.

*Procedure*—Separately inject equal volumes (about 5 µL) of the ...*ard preparation* and the *Assay preparation* into the chro...aph, record the chromatograms, and measure the responses ... major peaks: the retention time for doxorubicin is about ...tive to 2-naphthalenesulfonic acid. Calculate the potency, ...of $C_{27}H_{29}NO_{11} \cdot HCl$ per mg, by the formula $(25C/W)$...), in which $C$ is the concentration, in µg, of doxorubicin hy...chloride in each mL of the *Standard preparation*, $W$ is the weight, in mg, of Doxorubicin Hydrochloride taken, and $R_U$ and $R_S$ are the ratios of the responses of the doxorubicin peak to the 2-naphthalenesulfonic acid peak obtained from the *Assay preparation* and the *Standard preparation*, respectively.

## Doxorubicin Hydrochloride for Injection

» Doxorubicin Hydrochloride for Injection is a sterile mixture of Doxorubicin Hydrochloride and Lactose. It contains not less than 90.0 percent and not more than ...ercent of the labeled amount of $C_{27}H_{29}NO_{11} \cdot$...

*...tion—Great care should be taken to prevent ...ng particles of Doxorubicin Hydrochloride and ...ing the skin to it.*

**Packaging and storage**—Preserve in *Containers for Sterile Solids* as described under *Injections* (1).

**Reference standard**—*USP Doxorubicin Hydrochloride Reference Standard*—Do not dry before using.

**Constituted solution**—At the time of use, the constituted solution prepared from Doxorubicin Hydrochloride for Injection meets the requirements for *Constituted Solutions* under *Injections* (1).

**Depressor substances**—It meets the requirements of the *Depressor Substances Test* (101), the test dose being 1.0 mL per kg of a solution in sterile saline TS containing 1.5 mg of doxorubicin hydrochloride per mL.

**Pyrogen**—It meets the requirements of the *Pyrogen Test* (151), the test dose being 1.0 mL per kg of a solution in pyrogen-free saline TS containing 2.25 mg of doxorubicin hydrochloride per mL.

**Sterility**—It meets the requirements under *Sterility Tests* (71), when tested as directed in the section, *Test Procedures Using Membrane Filtration*, each container being constituted aseptically by injecting Sterile Water for Injection through the stopper, and the entire contents of all the containers being collected aseptically with the aid of 200 mL of *Fluid A* before filtering.

**pH** (791): between 3.8 and 6.5, in the solution constituted as directed in the labeling, except that water is used as the diluent.

**Water,** *Method I* (921): not more than 4.0%, the *Test Preparation* being prepared as directed for a hygroscopic specimen.

**Other requirements**—It responds to the *Identification test* under *Doxorubicin Hydrochloride*, and meets the requirements for *Uniformity of Dosage Units* (905) and *Labeling* under *Injections* (1).

**Assay—**

*Mobile phase, Internal standard solution, Standard preparation, and Chromatographic system*—Proceed as directed in the *Assay* under *Doxorubicin Hydrochloride*.

*Assay preparation*—Dilute the contents of 1 container quantitatively with *Internal standard solution* to obtain a solution containing about 1.0 mg of doxorubicin hydrochloride per mL.

*Procedure*—Proceed as directed for *Procedure* in the *Assay* under *Doxorubicin Hydrochloride*. Calculate the quantity, in mg, of $C_{27}H_{29}NO_{11} \cdot HCl$ in the container of Doxorubicin Hydrochloride for Injection taken by the formula $C(L/D)(R_U/R_S)$, in which $C$ is the concentration, in mg per mL, of doxorubicin hydrochloride in the *Standard preparation*, $L$ is the labeled quantity of doxorubicin hydrochloride in the container, $D$ is the concentration, in mg per mL, of doxorubicin hydrochloride in the *Assay preparation* on the basis of the labeled quantity in the container and the extent of dilution, and $R_U$ and $R_S$ are the ratios of the responses of the doxorubicin peak to the 2-naphthalenesulfonic acid peak obtained from the *Assay preparation* and the *Standard preparation*, respectively.

## Doxycycline

$C_{22}H_{24}N_2O_8 \cdot H_2O$ 462.46

2-Naphthacenecarboxamide, 4-(dimethylamino)-1,4,4a,5,5a,6,11,12a-octahydro-3,5,10,12,12a-pentahydroxy-6-methyl-1,11-dioxo-, [4S-(4α,4aα,5α,5aα,6α,12aα)]-, monohydrate.

4-(Dimethylamino)-1,4,4a,5,5a,6,11,12a-octahydro-3,5,10,12,12a-pentahydroxy-6-methyl-1,11-dioxo-2-naphthacenecarboxamide monohydrate [17086-28-1].

Anhydrous 444.44 [564-25-0].

» Doxycycline has a potency equivalent to not less than 880 µg and not more than 980 µg of $C_{22}H_{24}N_2O_8$ per mg.

**Packaging and storage**—Preserve in tight, light-resistant containers.

**Reference standard**—*USP Doxycycline Hyclate Reference Standard*—Do not dry before using.

**Identification**—Dissolve a suitable quantity in methanol to obtain a *Test Solution* containing 1 mg of doxycycline per mL, and proceed as directed under *Identification—Tetracyclines* (193).

**Crystallinity** (695): meets the requirements.

**Safety**—Transfer 1 to 2 g, accurately weighed, to a mortar. Add 1 drop of polysorbate 80 and, while grinding with a pestle, add Sterile Water for Injection to obtain a suspension containing 100 mg of doxycycline per mL: it meets the requirements for antibiotics under *Safety Tests—General* (157), the test dose being 0.5 mL administered orally, and the mice being observed for 5 days instead of 48 hours.

**pH** (791): between 5.0 and 6.5, in an aqueous suspension containing 10 mg per mL.

**Water,** *Method I* (921): between 3.6% and 4.6%.

**Doxycycline content—**

*pH 4.2 buffer*—Dissolve 19.2 g of anhydrous citric acid in 1000 mL of water (*Solution A*). Dissolve 26.8 g of dibasic sodium phosphate in 500 mL of water (*Solution B*). Mix 5.86 volumes of *Solution A* with 4.14 volumes of *Solution B*.

*Developing solvent*—Mix 20 volumes of toluene, 10 volumes of *pH 4.2 buffer*, and 3 volumes of pyridine, and allow the phases to separate.

*0.05 N Methanolic hydrochloric acid*—Dilute 4.2 mL of hydrochloric acid with methanol to 1000 mL, and mix.

*Standard preparation*—Dissolve an accurately weighed quantity

# EXHIBIT 35



# Remington's Ph

# Sc

**ALFONSO R GENNARO**
*Editor, and Chairman of the Editorial Board*

198

MAC

Easton

PU 0096469

7TH
TION

# ’s Pharmaceutical Sciences

1985

MACK PUBLISHING COPMANY
Easton, Pennsylvania 18042

PU 0096470

Entered according to Act of Congress, in the year 1885 by Joseph P Remington, in the Office of the Librarian of Congress, at Washington, DC

Copyright 1889, 1894, 1905, 1907, 1917, by Joseph P Remington

Copyright 1926, 1936, by Joseph P Remington Estate

Copyright 1948, 1951, by The Philadelphia College of Pharmacy and Science

Copyright © 1956, 1960, 1965, 1970, 1975, 1980, 1985, by The Philadelphia College of Pharmacy and Science

*All Rights Reserved*

EDI

AU

Library of Congress Catalog Card No 60-53334

ISBN 0-912734-03-5

Productic

Directors

*The use of portions of the text of USP XX, NF XV, and USAN and the USP Dictionary of Drug Names is by permission of the USP Convention. The Convention is not responsible for any inaccuracy of quotation or for any false or misleading implication that may arise from separation of excerpts from the original context or by obsolescence resulting from publication of a supplement.*

*NOTICE—This text is not intended to represent, nor shall it be interpreted to be, the equivalent of or a substitute for the official United States Pharmacopeia (USP) and/or the National Formulary (NF). In the event of any difference or discrepancy between the current official USP or NF standards of strength, quality, purity, packaging and labeling for drugs and representations of them herein, the context and effect of the official compendia shall prevail.*

*Printed in the United States of America by the Mack Printing Company, Easton, Pennsylvania*

# CHAPTER 82

# Stability of Pharmaceutical Products

**Carl J Lintner, PhD**
Lintner Associates
Kalamazoo, MI 49008

The use of kinetic and predictive studies for establishing credible expiration dates for pharmaceutical products is now accepted worldwide. However, prior to 1950 only qualitative or semiquantitative methods and procedures were used in pharmaceutical studies. As these rule-of-thumb methods are deficient; they have been replaced by rigorous, scientifically designed studies using reliable, meaningful, and specific stability-indicating assays, appropriate statistical concepts, and a computer to analyze the resulting data. In this way the maximum amount of valid information is obtained to establish a reliable, defendable expiration date for each formulation.

Stability information is ubiquitous. It may be in a well-planned rigorous kinetic study, in an obscure journal footnote, in a package insert, or label copy, or in a monograph in a book such as *The Merck Index* or *Physicians' Desk Reference*. Various journals periodically publish digests of compatibility studies. A comprehensive treatment of all aspects of pharmaceutical product stability has been published by Lintner.[1]

The main purpose of a quality assurance program is to devise and implement systems and procédures that provide a high probability that each dose or package of a pharmaceutical product will have homogeneous characteristics and properties (within reasonably acceptable limits) to insure both clinical safety and efficacy of the formulation. A broad, well-designed stability testing plan is an essential and pertinent expansion of the quality assurance program. The assigned expiration date is a direct application and interpretation of the knowledge gained from the stability study.

Stability of a pharmaceutical product may be defined as the capability of a particular formulation, in a specific container/closure system to remain within its physical, chemical, microbiological, therapeutic, and toxicological specifications. Assurances that the packaged product will be stable for its anticipated shelf life must come from an accumulation of valid data on the drug in its commercial package. These stability data involve selected parameters which, taken together, form the stability profile.

Stability of a drug can also be defined as the time from the date of manufacture and packaging of the formulation until its chemical or biological activity is not less than a predetermined level of labeled potency and its physical characteristics have not changed appreciably or deleteriously. Although there are exceptions, 90% of labeled potency is generally recognized as the minimum acceptable potency level. Expiration dating is then defined as the time in which the preparation will remain stable when stored under recommended conditions.

An expiration date, which is expressed traditionally in terms of month and year, denotes the last day of the month. The expiration date should appear on the immediate container and the outer retail package. However, when single-dose containers are packaged in individual cartons, the expiration date may be placed on the individual carton instead of the immediate product container. If a dry product is to be reconstituted at the time of dispensing, expiration dates are assigned to both the dry mixture and the reconstituted product. Tamper resistant packaging is to be used where applicable.

A second quality assurance goal is drug or clinical safety and it, too, is closely related to pharmaceutical stability. Drug or clinical safety (ie, the nonoccurrence of harm), however, cannot be studied by itself. Rather, it is a negative concept which cannot be proven and must be expressed only in terms of the nonoccurrence of some harmful event. The latter probability, in turn, can be estimated only when the probability occurrence of the harmful event is known.

One type of time-related harmful event is a decrease in therapeutic activity of the preparation to below some arbitrary labeled content. A second type of harmful event is the appearance of a toxic substance, formed as a degradation product upon storage of the formulation. The number of published cases reflecting this second type is fortunately quite small. However, it is possible, though remote, for both types of harmful events to occur simultaneously within the same pharmaceutical product. Thus, the use of stability studies with the resulting application of expiration dating to pharmaceuticals is an attempt to predict the approximate time at which the probability of occurrence of a harmful event may reach an intolerable level. This estimate is subject to the usual Type 1 or alpha error (setting the expiration too early so that the product will be destroyed or recalled from the market at an appreciably earlier time than is actually necessary) and the Type 2 or beta error (setting the date too late so that the harmful event occurs in an unacceptably large proportion of cases). Thus, it is obligatory that the manufacturer clearly and succinctly define the method for determining the degree of change in a formulation and the statistical approach to be used in making the shelf-life prediction. An intrinsic part of the statistical methodology must be the statements of value for the two types of error. For the safety of the patient a Type 1 error can be accepted, but not a Type 2 error.

## Requirements

Stability study requirements and expiration dating are covered in the Good Manufacturing Practices (GMPs), and the USP.

**Good Manufacturing Practices**—The GMPs[2] state that there shall be a written testing program designed to assess the stability characteristics of drug products. The results of such stability testing shall be used to determine appropriate storage conditions and expiration dating. The latter is to assure that the pharmaceutical product meets applicable standards of identity, strength, quality, and purity at time of use. These regulations, which apply to both human and veterinary drugs, are updated perodically in light of current knowledge and technology.

**Compendiums**—The compendiums also contain extensive stability and expiration dating information. Included are a discussion of stability considerations in dispensing practices and the responsibilities of both the pharmaceutical manufacturer and the dispensing pharmacist. It is now required that product labeling of official articles provide recommended storage conditions and an expiration date assigned to the specific formulation and package. Official storage conditions are defined as follows: "Cold" is any temperature not exceeding 8°, and "refrigerator" is a cold place where the temperature is maintained thermostatically between 2° and 8°; a "freezer" is a cold place maintained between −20° and −10°. "Cool" is defined as any temperature between 8° and 15°, and "room temperature" is that temperature prevailing in a working area. "Controlled room temperature" is that temperature maintained thermostatically between 15° and 30°. "Warm" is any temperature between 30° and

40°, while "excessive heat" is any heat above 40°. Should freezing subject a product to a loss of potency or to destructive alteration of the dosage form, the container label should bear appropriate instructions to protect the product from freezing. Bulk packages are exempt from storage requirements if the products are intended for manufacture or repacking for dispensing or distribution. Where no specific storage instructions are given in a monograph, it is understood that the product's storage conditions shall include protection from moisture, freezing, and excessive heat.

## Product Stability

Many factors affect the stability of a pharmaceutical product, including the stability of the active ingredient(s), the potential interaction between active and inactive ingredients, the manufacturing process, the dosage form, the container-liner-closure system, the environmental conditions encountered during shipment, storage, handling, and length of time between manufacture and usage.

Classically, pharmaceutical product stability evaluations have been separated into studies of chemical, including biochemical, and physical stability of formulations. Realistically, there is no absolute division between these two arbitrary divisions. Physical factors—such as heat, light, and moisture—may initiate or accelerate chemical reactions, while every time a measurement is made on a chemical compound, physical dimensions are included in the study.

In this treatment, physical and chemical stability will be discussed along with those dosage form properties which can be measured and are useful in predicting shelf life. The effect of various physical and chemical phenomena of pharmaceuticals will also be treated.

Knowledge of the physical stability of a formulation is very important for three primary reasons. First, a pharmaceutical product must appear fresh, elegant, and professional, so long as it remains on the shelf. Any changes in physical appearance such as color fading or haziness can cause the patient or consumer to lose confidence in the product. Second, since some products are dispensed in multiple-dose containers, uniformity of dose content of the active ingredient over time must be assured. A cloudy solution or a broken emulsion can lead to a nonuniform dosage pattern. Third, the active ingredient must be available to the patient throughout the expected shelf life of the preparation. A breakdown in the physical system can lead to nonavailability of the medicament to the patient.

The chemical causes of drug deterioration have been classified into incompatibility, oxidation, reduction, hydrolysis, racemization, and others. In the latter category decarboxylation, deterioration of hydrogen peroxide and hypochlorites, and the formation of precipitates have been included.

### *Galenical Dosage Forms*

As the various galenical dosage forms present unique stability problems, they will be discussed separately in the following section.

**Suspensions**—A stable suspension can be homogeneously redispersed with moderate shaking and can be easily poured throughout its shelf life, with neither the particle-size distribution, the crystal form, nor the physiological availability of the suspended active ingredient changing appreciably with time.

Most stable pharmaceutical suspensions are flocculated; that is, the suspended particles are physically bonded together to form a loose, semirigid structure. The particles are said to uphold each other while exerting no significant force on the liquid. Sedimented particles of a flocculated suspension can be easily redispersed at any time with only moderate shaking.

In nonflocculated suspensions, the particles remain as individuals unaffected by neighboring particles and are affected only by the suspension vehicle. These particles, which are smaller and lighter, settle slowly, but once they have settled, often form a rock-hard, difficult-to-disperse sediment. Nonflocculated suspensions can be made acceptable by decreasing the particle size of the suspended material or by increasing the density and viscosity of the vehicle.

When studying the stability of a suspension, first determine with a differential manometer if the suspension is flocculated. If the suspension is flocculated, the liquid will travel the same distance in the two side arms. With nonflocculated suspensions, the hydrostatic pressures in the two arms are unequal; hence the liquids will be at different levels.

The history of settling of the particles of a suspension may be followed by a Brookfield viscometer fitted with a Helipath attachment. This instrument consists of a rotating T-bar spindle which descends slowly into the suspension as it rotates. The dial reading on the viscometer is a measure of the resistance that the spindle encounters at various levels of the sedimented suspension. This test must be run only on fresh, undisturbed samples (see Chapter 22).

An electronic particle counter and sizer, such as a Coulter counter, or a microscope may be used to determine changes in particle-size distribution. Crystal form alterations can be detected by x-ray diffraction or by a microscopic examination.

All suspensions should be subjected to cycling temperature conditions to determine the tendency for crystal growth to occur within a suspension. Shipping tests, ie, transporting bottles across the country by rail or truck, are also used advantageously to study the stability of suspensions.

**Emulsions**—A stable emulsion can be homogeneously redispersed to its original state with moderate shaking and can be poured at any stage of its shelf life. Although most of the important pharmaceutical emulsions are of the O/W type, many stability test methods can be applied to either an O/W or a W/O emulsion.

Two simple tests are used to screen emulsion formulations. First, the stability of an emulsion can be determined by heating it to 50–70° and its gross physical stability observed visually or checked by turbidimetric measurements. Usually the emulsion that is the most stable to heat is the one most stable at room temperature. However, this may not always be true because an emulsion at 60° may not be the same as it is at room temperature. Second, the stability of the emulsion can be estimated by the "coalescence time" test. Although this is only a rough quantitative test, it is useful for detecting gross differences in emulsion stability at room temperature.

Emulsions should also be subjected to refrigeration temperatures. An emulsion stable at room temperature has been found to be unstable at 4°. It was reasoned that an oil-soluble emulsifier precipitated at the lower temperature and disrupted the system. An emulsion chilled to the extent that the aqueous base crystallizes is irreversibly damaged.

The ultracentrifuge is also used to determine emulsion stability. When the amount of separated oil is plotted against the time of centrifugation, a plateau curve is obtained. A linear graph results when the oil flotation (creaming) rate is plotted vs the square of the number of centrifuge revolutions per minute. The flotation rate is represented by the slope of the line resulting when the log distance of emulsion-water boundary from the rotor center is plotted against time for each resolution per minute.

For stability studies, two batches of an emulsion should be made at one time on production size equipment. One should be a bench-size lot and the other a larger, preferably production-size, batch. Different types of homogenizers produce different results and different sizes of the same kind of homogenizer can yield emulsions with different characteristics.

**Solutions**—A stable solution retains its original clarity, color, and odor throughout its shelf life. Retention of clarity of a solution is a main concern of a physical stability program. As visual observation alone under ordinary light is a poor test of clarity, a microscope light should be projected through a diaphragm into the solution. Undissolved particles will scatter the light and the solution will appear hazy. While the Coulter counter can also be used, light-scattering instruments are the most sensitive means of following solution clarity.

Solutions should remain clear over a relatively wide temperature range such as 4–47°. At the lower range an ingredient may precipitate due to its lower solubility at that temperature while at the higher temperature homogeneity may be destroyed by the flaking of particles from the glass containers or rubber closures. Thus, solutions should be subjected to cycling temperature conditions.

The stability program for solutions should also include the study of pH changes, especially when the active ingredients are soluble salts of insoluble acids or bases. Among other tests are observations for changes in odor, appearance, color, taste, light-stability, redispersibility, suspendibility, pourability, viscosity, isotonicity, gas evolution, microbial stability, specific gravity, surface tension, and pyrogen content in the case of parenteral products.

When solutions are filtered, the filter media may absorb some of the ingredients from the solution. Thus, the same type of filter should be used for preparing the stability samples as will be used to prepare the production-size batches.

For dry-packaged formulations intended to be reconstituted prior to use, the visual appearance should be observed on both the original dry material and on the reconstituted preparation. The color and odor of the cake, the color and odor of the solution, the moisture content of the cake, and the rate of reconstitution should be followed as a part of its stability profile.

**Tablets**—Stable tablets retain their original size, shape, weight, and color under normal handling and storage conditions throughout their shelf life. In addition, the *in vitro* availability of the active ingredients should not change appreciably with time.

Excessive powder or solid particles at the bottom of the container, cracks or chips on the face of a tablet, or appearance of crystals on the surface of tablets or on container walls are indications of physical instability of uncoated tablets. Hence, the effect of mild, uniform, and reproducible shaking and tumbling of tablets should be studied. After visual observation of the tablets for chips, cracks, and splits, the intact tablets are sorted and weighed to determine the amount of material worn away by abrasion. The results of these tests are comparative rather than absolute and should be correlated with actual stress experience. Packaged tablets should also be subjected to cross-country shipping tests as well as to various "drop tests."

Tablet hardness (or resistance to crushing or fracturing) can be followed by the commercially available hardness testers. As results will vary with the specific make of the test apparatus used, direct comparison of results obtained on different instruments cannot be made. Thus, the same instrument should be used consistently throughout a particular study.

Color stability of tablets can be followed by an appropriate colorimeter or reflectometer with heat, sunlight, and intense artificial light employed to accelerate the color deterioration. Caution must be used in interpreting the elevated temperature data as the system at that temperature may be different from that at a lower temperature. It is not always proper to assume that the same changes will occur at elevated temperatures as will happen later at room temperature. Evidence of instability of coated tablets is also indicated by cracks, mottling or tackiness of the coating.

For the more insoluble tableted active ingredients, the results of dissolution tests are more meaningful than disintegration results for making availability predictions. Dissolution rate tests should be run in an appropriate medium such as artificial gastric and/or intestinal juice at 37° (see Chapter 35). When no significant change (such as a change in the polymorphic form of the crystal) has occurred, an unaltered dissolution rate profile of a tablet formulation usually indicates constant *in vivo* availability.

Disintegration tests may be used to detect periodic gross changes in the physical characteristics of a tablet, but these tests must be correlated with the dissolution rate study of a particular tableted product. When there is no such correlation, *in vivo* tests must be run. The release pattern of sustained-release formulations should be determined periodically during the stability test period.

Uniformity of weight, odor, texture, drug and moisture contents, and humidity effect are also studied during a tablet stability test.

**Gelatin Capsules**—When stored under adverse conditions, capsule shells may soften and stick together or harden and crack under slight pressure. They should be protected from sources of microbial contamination. The shell of soft gelatin capsules should contain a preservative to prevent growth of fungi. Encapsulated products, like all other dosage forms, must be properly packaged.

**Ointments**—Ointments have been defined as high-viscosity suspensions of active ingredients in a nonreacting vehicle. A stable ointment is one which retains its homogeneity throughout its shelf-life period. The main stability problems seen in ointments are "bleeding" and changes in consistency due to aging or changes in temperature. When fluid components such as mineral oil separate at the top of an ointment, the phenomenon is known as "bleeding" and can be observed visually. Unfortunately, as there is no known way to accelerate this event, the tendency to "bleed" cannot be predicted.

An ointment which is too soft is messy to use while one which is very stiff is difficult to extrude and apply. Hence, it is important to be able to define quantitatively an ointment's consistency. This may be done with a penetrometer, an apparatus which allows a pointed weight to penetrate into the sample under a measurable force. The depth of the penetration is a measure of the consistency of an ointment. Consistency can also be measured by the Helipath attachment to a high viscosity viscometer or by a Burrell Severs rheometer. In the latter instrument the ointment is loaded into a cylinder and extruded with a measured force. The amount extruded is a measure of the consistency of the ointment.

Ointments have a considerable degree of structure which requires a minimum of 48 hours to develop after preparation. As rheological data on a freshly made ointment may be erroneous, such tests should be performed only after the ointment has achieved equilibrium.

Slight changes in temperature (1 or 2°) can greatly affect an ointment's consistency; hence rheological studies on ointments must be performed only at constant and controlled temperatures.

Among the other tests performed during the stability study of an ointment are a check of visual appearance, color, odor, viscosity, softening range, consistency, homogeneity, particle-size distribution, and sterility.

Undissolved components of an ointment may change in crystal form or in size with time. Microscopic examination or an X-ray diffraction measurement may be used to monitor these parameters.

In some instances it is necessary to use an ointment base that is less than ideal in order to achieve the stability required. For example, drugs that hydrolyze rapidly are more stable in a hydrocarbon base than in a base containing water, even though they may be more effective in the latter.

*Incompatibility*

Obvious sources of pharmaceutical instability include the incompatibility of various ingredients within a formulation. Numerous examples are described in other sections of this book and the literature is replete with illustrations. Thus the subject need not be treated in detail here.

While undesirable reactions between two or more drugs are said to result in a "physical," "chemical," or "therapeutic" incompatibility, physical incompatibility is somewhat of a misnomer. It has been defined as a physical or chemical interaction between two or more ingredients which leads to a visible recognizable change. The latter may be in the form of a gross precipitate, haze, or color change.

On the other hand, a chemical incompatibility is classified as a reaction in which a visible change does not occur. Since there is no visible evidence of deterioration, this type of incompatibility requires trained, knowledgeable personnel to recognize it, should it occur.

A therapeutic incompatibility has been defined as an undesirable pharmacological interaction between two or more ingredients which leads to (1) potentiation of the therapeutic effects of the ingredients, (2) destruction of the effectiveness of one or more of the ingredients, or (3) occurrence of a toxic manifestation within the patient.

*Oxidation-Reduction*

Oxidation is a prime cause of product instability and often, but not always, the addition of oxygen or the removal of hydrogen is involved. When molecular oxygen is involved, the reaction is known as autooxidation because it occurs spontaneously, though slowly, at room temperature.

Oxidation, or the loss of electrons from an atom, frequently involves free radicals and subsequent chain reactions. Only a very small amount of oxygen is required to initiate a chain reaction. In practice, it is easy to remove most of the oxygen from a container, but very difficult to remove all. Hence, nitrogen and carbon dioxide are frequently used to displace the headspace air in pharmaceutical containers to help minimize deterioration by oxidation.

As an oxidation reaction is complicated, it is difficult to perform a kinetic study on oxidative processes within a general stability program. The redox potential, which is constant and relatively easy to determine, can, however, provide valuable predictive information. In many oxidative reactions, the rate is proportional to the concentration of the oxidizing species but may be independent of the concentration of the oxygen present. The rate is influenced by temperature, radiation and the presence of a catalyst. An increase in temperature leads to an acceleration in the rate of oxidation. If the storage temperature of a preparation can be reduced to 0–5°, it can usually be assumed that the rate of oxidation will be at least halved.

Trace amounts of heavy metals such as cupric, chromic, ferrous, and ferric ions catalyze oxidation reactions. As little as 0.2 mg of copper ion/liter considerably reduces the stability of penicillin. Similar examples include the deterioration of epinephrine, phenylephrine, lincomycin, isoprenaline, and procaine hydrochloride. Adding chelating agents to water which is free of heavy metals and working in special manufacturing equipment (eg, glass) are some means used to reduce the influence of heavy metals on a formulation. Parenteral formulations should not come in contact with heavy metal ions during their manufacture, packaging, or storage.

Hydronium and hydroxyl ions catalyze oxidative reactions. The rate of decomposition for epinephrine, for example, is more rapid in a neutral or alkaline solution with maximum stability (minimum oxidative decomposition) at pH 3.4. There is a pH range for maximum stability for any antibiotic and vitamin preparation which can usually be achieved by adding an acid, alkali or buffer.

Oxidation may be inhibited by the use of antioxidants, called negative catalysts. They are very effective in stabilizing pharmaceutical products undergoing a free-radical-mediated chain reaction. These substances, which are easily oxidizable, act by possessing lower oxidation potentials than the active ingredient. Thus they undergo preferential degradation or act as chain inhibitors of free radicals by providing an electron and receiving the excess energy possessed by the activated molecule.

The ideal antioxidant should be stable and effective over a wide pH range, soluble in its oxidized form, colorless, nontoxic, nonvolatile, nonirritating, effective in low concentrations, thermostable, and compatible with the container-closure system and formulation ingredients.

The commonly used antioxidants for aqueous systems include sodium sulfite, sodium metabisulfite, sodium bisulfite, sodium thiosulfate, and ascorbic acid. For oil systems, ascorbyl palmitate, hydroquinone, propyl gallate, nordihydroguaiaretic acid, butylated hydroxytoluene, butylated hydroxyanisole, and alpha tocopherol are employed.

Synergists, which increase the activity of antioxidants, are generally organic compounds that complex small amounts of heavy metal ions (see Chapter 14). These include the ethylenediamine tetraacetic acid (EDTA) derivatives, dihydroethylglycine, and citric, tartaric, gluconic, and saccharic acids. EDTA has been used to stabilize ascorbic acid, oxytetracycline, penicillin, epinephrine, and prednisolone.

Reduction reactions are much less common than oxidative processes in pharmaceutical practice. Examples include the reduction of gold, silver, and mercury salts by light to form the corresponding free metal.

*Hydrolysis*

Drugs containing an ester or amide linkage are prone to hydrolysis. Some examples include cocaine, physostigmine, procaine, tetracaine, thiamine, and benzylpenicillin.

The rate of hydrolysis depends on the temperature and the pH of the solution. A much quoted rule-of-thumb is that for each 10° rise in storage temperature, the rate of reaction doubles or triples. As this is an empiricism, it is not always applicable.

When hydrolysis occurs, the concentration of the active ingredient decreases while the concentration of the decomposition products increases. The effect of this change on the rate of the reaction depends on the order of the reaction. With zero-order reactions the rate of decomposition is independent of concentration of the ingredient. Although weak solutions decompose at the same absolute rate as stronger ones, the weaker the solution, the greater the proportion of active ingredient destroyed in a given time, ie, the percentage of decomposition is greater in weaker solutions. Increasing the concentration of an active ingredient which is hydrolyzing by zero-order kinetics will slow the percentage decomposition.

With first-order reactions, which occur frequently in the hydrolysis of drugs, the rate of change is directly proportional to the concentration of the reactive substance. Thus changes in the concentration of the active ingredient have no influence on the percentage decomposition.

As many hydrolytic reactions are catalyzed by both hydronium and hydroxyl ions, pH is an important factor in determining the rate of a reaction. The pH range of minimum decomposition (or maximum stability) depends on the ion having the greatest effect on the reaction. If the minimum occurs at about pH 7, the two ions are of equal effect. A shift of the minimum toward the acid side indicates that the hydroxyl ion has the stronger catalytic effect and vice-versa in

the case of a shift toward the alkaline side. In general, hydroxyl ions have the stronger effect. Thus, the minimum is often found between pH 3 and 4.

Sometimes it is necessary to compromise between the optimum pH for stability and that for pharmacologic activity. For example, several local anesthetics are most stable at a distinctly acid pH, whereas for maximum activity they should be neutral or slightly alkaline.

Small amounts of acids, alkalies, or buffers are used to adjust the pH of a formulation. Buffers are used when small changes in pH are likely to cause major degradation of the active ingredient.

Obviously, the amount of water present can have profound effect on the rate of a hydrolysis reaction. When the reaction takes place fairly rapidly in water, other solvents can sometimes be substituted. For example, barbiturates are much more stable at room temperature in propylene glycol-water than in water alone.

Modification of chemical structure may be used to retard hydrolysis. In general, as it is only the fraction of the drug in solution that hydrolyzes, a compound may be stabilized by reducing its solubility. This can be done by adding various substituents to the alkyl or acyl chain of aliphatic or aromatic esters or to the ring of an aromatic ester. In some cases less-soluble salts or esters of the parent compound have been found to aid product stability. Steric and polar complexation have also been employed to alter the rate of hydrolysis. Caffeine complexes with local anesthetics such as benzocaine, procaine, and tetracaine to reduce their rate of hydrolysis and thus promotes stability.

Surfactants may also be used to stabilize drugs. For example, the half-life of benzocaine was increased 18 times by the addition of sodium lauryl sulfate.

### *Decarboxylation*

Pyrolytic solid-state degradation through decarboxylation is not usually encountered in pharmacy as relatively high heats of activation (25 to 30 kcal) are required for the reaction. However, solid *p*-aminosalicylic acid undergoes pyrolytic degradation to *m*-aminophenol and carbon dioxide. The reaction, which follows first-order kinetics, is highly pH-dependent and is catalyzed by hydronium ions. The decarboxylation of *p*-aminobenzoic acid occurs only at extremely low pH values and at high temperatures.

### *Racemization*

Racemization or the action or process of changing from an optically active compound into a racemic compound or an optically inactive mixture of corresponding dextro (*d*-) and levo (*l*-) forms is a major factor in pharmaceutical stability. Frequently, the *l*-form is more pharmacologically active than the *d*-form. For example, *l*-epinephrine is 15–20 times more active than its *d*-counterpart, while the activity of the racemic mixture is just over half that of the *l*-form. Current nomenclature practice uses (+) for *d*- and (−) for *l*-, therefore, *l*-ephinephrine would be named (−)-epinephrine, etc.

In general, racemization follows first-order kinetics and depends on temperature, solvent, catalyst, and the presence or absence of light. Racemization appears to depend on the functional group bound to the asymmetric carbon atom, with aromatic groups tending to accelerate the process.

### *Photochemical*

Photolytic degradation can be an important limiting factor in the stability of pharmaceuticals.

A drug can be chemically affected by radiation of a particular wavelength only if (1) it absorbs radiation at that wavelength and (2) the energy exceeds a threshold. Ultraviolet radiation, which has a large energy level, is the cause of many degradation reactions.

If the absorbing molecule reacts, the reaction is said to be photochemical in nature. Where the absorbing molecules do not participate directly in the reaction, but pass their energy to other reacting molecules, the absorbing substance is said to be a photosensitizer.

As many variables may be involved in a photochemical reaction, the kinetics may be quite complex. The intensity and wavelength of the light, the size, shape, composition, and color of the container may affect the velocity of the reaction.

The photodegradation of chlorpromazine through a semiquinone free-radical intermediate follows zero order kinetics. On the other hand, alcoholic solutions of hydrocortisone, prednisolone, and methylprednisolone degrade by reactions following first-order kinetics.

Colored-glass containers are most commonly used to protect light-sensitive formulations. Yellow-green glass gives the best protection in the ultraviolet region while amber confers considerable protection from ultraviolet radiation but little from infrared. Riboflavin is best protected by a stabilizer which has a hydroxyl group attached to or near the aromatic ring. The photodegradation of sulfacetamide solutions may be inhibited by an antioxidant such as sodium thiosulfate or metabisulfite.

### *Ultrasonic Energy*

Ultrasonic energy, which consists of vibrations and waves with frequencies greater than 20,000/sec, promotes the formation of free radicals and alters drug molecules.

Changes in prednisolone, prednisone acetate, and deoxycorticosterone acetate suspensions in an ultrasonic field have been observed spectrophotometrically in the side chain at C-17 and in the oxo group of the A ring. With sodium alginate in an ultrasonic field, it has been reported that above a minimum power output, degradation increased linearly with increased power.

### *Ionizing Radiation*

Ionizing radiation, particularly the gamma rays, has been used for the sterilization of certain pharmaceutical products. At the usual sterilizing dose, 2.5 Mrad, it seldom causes appreciable chemical degradation. In general, formulations which are in the solid or frozen state are more resistant to degradation from ionizing radiation than are those in liquid form. For example, many of the vitamins are little affected by irradiation in the solid state, but are appreciably decomposed in solution. On the other hand, both the liquid- and solid-state forms of atropine sulfate are seriously affected by radiation.

## Predicting Shelf Life

The technique of estimating the shelf life of a formulation from its accumulated stability data has evolved from examining the data and making an educated guess through plotting the time-temperature points on appropriate graph paper and crudely extrapolating a regression line to the application of rigorous physical chemical laws, statistical concepts, and computers to obtain meaningful, reliable estimates.

A simple means of estimating shelf life from a set of computer-prepared tables has been described by Lintner, *et al.*[3] This system was developed to (1) select the best prototype formulation based on short-term stability data and (2) predict both estimated and minimum shelf-life values for the formulation. It is a middle-ground approach between the empirical methods and the modern, rigorous statistical concepts. All calculations can be made readily by hand and the esti-

mated values can be obtained easily from appropriate tables. The system assumes that:

1. Shelf-life predictions can be made satisfactorily for lower temperatures using the classical Arrhenius model from data obtained at higher temperatures.
2. The energy of activation of the degradation reaction is between 10 to 20 kcal/mole (this is a safe assumption as Kennon[4] has noted that rarely are drugs with energies of activation of less than 10 kcal/mole used in pharmacy and for values as high as 20 kcal/mole the error in the shelf-life prediction will be on the conservative side).
3. The rate of decomposition will not increase beyond that already observed.
4. The standard deviation of the replicated assays is known or can be estimated from the analytical data.

This concept further assumes that the degradation reaction follows zero or pseudo zero order kinetics. As shown in Fig 82-1, this is an excellent assumption. For data corresponding to a zero, first, or second order degradation pattern, it is impossible to distinguish one order from another with usual analytical procedures where the total degraded material is not large. In addition, shelf-life calculations assuming zero order kinetics are more conservative than those for higher orders.

This middle-ground system is useful in creating the experimental design for the stability study. The formulator has the opportunity to study various combinations of parameters to try to optimize the physical-statistical model. One can check the effect of improving the assay standard deviation, of running additional replicates, of using different time points, and of assuming various degradation rates and energies of activation on the stability of the test formulation.

McMinn and Lintner later developed and reported on an information processing system for handling product stability data.[5] This system saves the time of formulators in analyzing and interpreting their product stability data in addition to minimizing the amount of clerical help needed to handle an ever-increasing assay load. For products such as those of vitamins, for example, where large overages are required, the statistical portions of this advanced technique aid the manufacturer to tailor the formula composition to obtain the desired and most economical expiration dating.

This system stores both physical and chemical data, retrieves the information in three different formats (one of which was designed specifically for submitting to regulatory agencies), analyzes single-temperature data statistically by analysis of covariance and regression or multiple temperature data by weighted or unweighted analysis using the Arrhenius relationship, and provides estimates of the shelf life of the preparation with the appropriate confidence intervals, preprints the assay request cards which are used to record the results of the respective assay procedures and to enter the data into the system and produces a 5-year master-stability schedule as well as periodic 14-day schedules of upcoming assays.

As mentioned above, a portion of the advanced system analyzes the stability data obtained at a single temperature by analysis of covariance and regression. This analysis is based on the linear (zero-order) model

$$Y_{ij} = \beta_i X_{ij} + \alpha_i + \epsilon_{ij}$$

where $Y_{ij}$ is the percent of label of the $j$th stability assay of the $i$th lot, $X_{ij}$ is the time in months at which $Y_{ij}$ was observed, $\beta_i$ and $\alpha_i$ are the slope and intercept respectively of the regression line of the $i$th lot and $\epsilon_{ij}$ is a random error associated with $Y_{ij}$. The random errors are assumed to be identically and independently distributed normal variables with a zero mean and a common variance, $\sigma^2$.

A summary of the regression analysis for each individual lot and for the combination of these lots plus a summary of the analyses of covariance and deviation from regression are prepared by the computer.




Fig 82-1. Zero order plots for reactions which are zero, first, and second order.

Because the computer combines or pools the stability data from the individual lots, irrespective of the statistical integrity of this step, the pooled data are examined for validity by the F test. The mean square of the regression coefficient (slope) is divided by the mean square of the deviation within lots, and similarly, the adjusted mean (y intercept) is divided by the common mean square to give the respective F ratios. The latter values are then compared to the critical 5% F values. When the calculated F values are smaller than the critical F values, the data may be combined and the pooled data analyzed.

A print-out for the combined lots as well as for each individual lot provides the estimated rate of degradation and its standard error in percent per month for each ingredient. The student t value is calculated from these estimates and tested for significance from zero. When the t value is significant, the print-out contains an estimate of the shelf life with the appropriate confidence interval. When the t value is not significantly different from zero, estimates of the minimum and projected shelf-life values are made. In addition, coordinates of the calculated least squares regression line with appropriate confidence limits for the mean and individual predicted assays are printed.

Plots of the resulting least squares line containing the individual data points are also printed by the computer. For the calculation of $X_0$, $\hat{Y}$ equals $\overline{Y} + \hat{\beta}(X_0 - \overline{X}..)$ where $\hat{\beta}$ is the least-squares estimate of the slope and $\overline{X}..$ is the mean time of assay.

The sample variance for this estimate, $S^2(\hat{Y})$, is equal to

$$S^2{}_{Y\cdot X}\left[\frac{1}{N} + \frac{(X_0 - \overline{X}..)^2}{\Sigma(X_{ij} - \overline{X}..)^2}\right]$$

where $N$ is the number of assays. The 95% confidence interval is equal to $\hat{Y} \pm t_{0.05S(\hat{Y})}$.

For the cases where the slope of the best fitting line is positive and significantly different from zero (resulting, for example, from solvent evaporation), the statement "no degradation has been detected and hence no shelf-life estimate is made" is printed. Where the computed line has a positive slope but not significantly different from zero, only the minimum shelf-life value is calculated.

Traditionally, extensive stability data are collected at the recommended storage temperatures (usually refrigerator and/or room temperature) to be placed on the label of the package. However, elevated temperature data are very valuable in determining the shelf life of a product. In practice, multiple levels of thermal stress are applied to the formulation so that appropriate shelf-life estimates can be made for normally expected marketing conditions. In cases where data from accelerated studies are used to project a tentative

Case 1:04-cv-00833-KAJ Document 232-14 Filed 05/31/2006 Page 19 of 39

expiration date that is beyond the date supported by actual shelf-life studies, testing must continue until the tentative expiration date is verified.

It was noted in Chapter 18 that the effect of temperature variation on the rate of a reaction can be expressed by the Arrhenius equation

$$k = se^{-E_A/RT}$$

where $k$ is the velocity or rate constant, $s$ is the frequency factor, $E_A$ is the activation energy, $R$ is the gas constant, and $T$ is the absolute temperature.

This relationship may be written in logarithmic form

$$\ln k = \ln s - \frac{E_A}{RT}$$

which on differentiation becomes

$$\frac{d \ln k}{dT} = \frac{E_A}{RT^2}$$

This can be integrated between the limits $k_1$ and $k_2$, and $T_1$ and $T_2$, and on subsequent transforming to the base 10 becomes

$$\log \frac{k_2}{k_1} = \frac{E_A}{2.303R}\left(\frac{T_2 - T_1}{T_2 \cdot T_1}\right)$$

A weighted modification of this model has been incorporated into the previously described computerized system. Each print-out contains a statement concerning the acceptability of the Arrhenius assumption with its appropriate probability level, the slope and intercept for the Arrhenius line, the estimated apparent energy of activation with its 95% confidence limits, plus estimated shelf-life values at selected temperatures.

The analysis of first-order stability data is based on the linear model

$$Y_{ij} = \alpha_i + \beta_i X_{ij} + \epsilon_{ij}$$

where $Y_{ij}$ is the natural logarithm of the assay value for the $j$th observation of the $i$th temperature, $X_{ij}$ is the elapsed time in months for the assay sample for the $i$th temperature, $\beta_i$ and $\alpha_i$ are the slope and intercept respectively, and $\epsilon_{ij}$ is a random error associated with $Y_{ij}$. The errors are assumed to be identically and independently normally distributed with a zero mean and variance $\sigma^2$.

For orders other than first, $Y_{ij}$, represents the concentration raised to the power of 1 minus the order.

The estimated rate constant (ie, the negative slope) is

$$-b_i = -\sum_j (Y_{ij} - Y_{i\cdot})(X_{ij} - X_{i\cdot}) \Big/ \sum_j (X_{ij} - X_{i\cdot})^2$$

The standard error of the estimated rate constant is

$$S_{-b_i} = \frac{S(Y/X)}{[\Sigma(X_{ij} - X_{i\cdot})^2]^{1/2}}$$

where $S(Y/X)$, the residual standard error, is equal to

$$S(Y/X) = \left\{\frac{1}{N-2}\left[\sum_{j=1}^{12} (Y_{ij} - Y_{1\cdot})^2 - \frac{[\Sigma(X_{ij} - X_{i\cdot})(Y_{ij} - Y_{i\cdot})]^2}{\Sigma(X_{ij} - X_{i\cdot})^2}\right]\right\}^{1/2}$$

According to the Arrhenius relationship, faster degradation occurs at the higher temperatures; hence assays for the high-temperature data are usually run more often but for a shorter period of time. The effect of simple least-squares analysis of this type of data is to force the Arrhenius equation through the low temperature data and essentially ignore the high temperature information. Thus much more credence is placed in the point estimates of the low temperature than is warranted. In addition, the usual confidence limits on extrapolated degradation rates at refrigerator or room temperature cannot validly be made. For these reasons, Bentley[6] presented a method based on weighted least-squares analysis to replace the unweighted approximation. He also developed a statistical test for the validity of the Arrhenius assumption which is easily computed from the results of the unweighted method.

To make shelf-life estimates from elevated temperature data, two storage temperatures are obviously the minimum. As the accuracy of the extrapolation is enhanced by using additional temperatures, a minimum of four different temperatures is recommended for most product stability studies. With the current use of computers to do the bulk of stability calculations, including weighted least-squares analysis, the temperatures and storage conditions need not be selected for arithmetic convenience.

It is not necessary to determine the mechanism of the degradation reaction. In most cases, it is necessary only to follow some property of degradation and to linearize this function. Either the amount of undegraded drug or the amount of a formed decomposition product may be followed. It is usually impractical to determine the exact order of the reaction. With assay errors in the range of 2 to 5%, at least 50% decomposition must occur before the reaction order can be determined. As the loss with pharmaceuticals is generally less, zero-order kinetics should be assumed unless the reaction order is known from previous work. In any case, replication of stability assays is advisable.

The batches of drugs used for a stability study should be representative of production run material or at least of a known degree of purity. The quality of the excipients should also be known as their impurities or even their moisture content can deleteriously affect product stability. Likewise, the samples of the formulation taken for the stability study must be representative of the lot.

Specific assay methods must be used when at all possible. In any case, the reliability and specificity of the test method on the intact molecule and on the degradation products must be determined.

## Addition of Overage

The problem of declining potency in an unstable preparation can be ameliorated by the addition of an excess or overage of the active ingredient. Overages, then, are added to pharmaceutical formulations to keep the content of the active ingredient within the limits compatible with therapeutic requirements for a predetermined period of time.

The amount of the overage depends upon the specific ingredient and the galenical dosage form. The International Pharmaceutical Federation has recommended that overages be limited to a maximum of 30% over the labeled potency of an ingredient.

## Pharmaceutical Containers

Unless otherwise indicated in a compendial monograph, the official standards for containers apply to articles packaged either by the pharmaceutical manufacturer or the dispensing pharmacist. In general, repackaging of pharmaceuticals is inadvisable. However, if repackaging is necessary, the manufacturer of the product should be consulted for potential stability problems.

A pharmaceutical container has been defined as a device which holds the drug and is or may be in direct contact with the preparation. The immediate container is described as that which is in direct contact with the drug at all times. The liner and closure have traditionally been considered to be part of the container system. The container should not interact

PU 0096478

physically or chemically with the formulation so as to alter the strength, quality, or purity of its contents beyond permissible limits.

The choice of containers and closures can have a profound effect on the stability of many pharmaceuticals. Now that a large variety of glass, plastics, rubber closures, tubes, tube liners, etc. are available, the possibilities for interaction between the packaging components and the formulation ingredients are immense. Some of the packaging elements themselves are subject to physical and chemical changes that may be time-temperature dependent.

Frequently it is necessary to use a well-closed or a tight container to protect a pharmaceutical product. A *well-closed container* is used to protect its contents from extraneous solids or a loss in potency of the active ingredient under normal commercial conditions. A *tight container* protects the contents from contamination by extraneous materials, loss of contents, and from efflorescence, deliquescence, or evaporation, and is capable of tight reclosure. When the packaging and storage of an official article in a well-closed or tight container is specified, water permeation tests should be performed on the selected container.

In a stability program, the appearance of the container with special emphasis on the inner walls, the migration of ingredients onto/into the plastic or into the rubber closure, the migration of plasticizer or components from the rubber closure into the formulation, the possibility of two-way moisture penetration through the container walls, the integrity of the tac-seal, and the back-off torque of the cap must be studied.

Glass, plastics, and metals are the commonly used components of pharmaceutical containers.

Traditionally, glass has been the most widely used container for pharmaceutical products to insure inertness, visibility, strength, rigidity, moisture protection, ease of reclosure, and economy of packaging. While glass has some disadvantages such as the leaching of alkali and insoluble flakes into the formulation, these can be offset by the choice of an appropriate glass. As the composition of glass formulations may be varied by the amounts and types of sand and silica added and the heat treatment conditions used, the proper container for any formulation can be selected.

New, unused glass containers are tested for resistance to attack by high-purity water using a sulfuric acid titration to determine the amount of released alkali. Both glass and plastic containers are used to protect light-sensitive formulations from degradation. The amount of transmitted light is measured using a spectrometer of suitable sensitivity and accuracy.

Glass is generally available in flint, amber, blue, emerald green, and certain light-resistant green and opal colors. The blue-, green-, and flint-colored glasses, which transmit ultraviolet and violet light rays, do not meet the official specifications for light-resistant containers.

Colored glass is not usually used for injectable preparations since it is difficult to detect the presence of discoloration, glass particles, and particulate matter in the formulations. Light-sensitive drugs for parenteral use are usually sealed in flint ampuls and placed in a box. Multiple-dose vials should be stored in a dark place.

Manufacturers of prescription drug products should include sufficient information on their product labels to inform the pharmacist of the type of dispensing container needed to maintain the identity, strength, quality, and purity of the product. This brief description of the proper container, eg, light-resistant, well-closed or tight, may be omitted for those products dispensed in the manufacturer's original container.

**Plastics**—Plastic containers have become very popular for storing pharmaceutical products. Polyethylene, polystyrene, polyvinyl chloride, and polypropylene are used to prepare plastic containers of various densities to fit specific formulation needs.

Factors such as plastic composition, processing and cleaning procedures, contacting media, inks, adhesives, absorption, adsorption, and permeability of preservatives also affect the suitability of a plastic for pharmaceutical use. Hence, biological test procedures are used to determine the suitability of a plastic for packaging products intended for parenteral use and for polymers intended for use in implants and medical devices. Systemic injection, intracutaneous, and implantation tests are employed. In addition, tests for nonvolatile residue, residue on ignition, heavy metals, and buffering capacity, were designed to determine the physical and chemical properties of plastics and their extracts.

The high-density polyethylene containers, which are used for packaging capsules and tablets, possess characteristic thermal properties, a distinctive infrared absorption spectrum and a density between 0.941 and 0.965 g/cm$^3$. In addition, these containers are tested for light transmission, water vapor permeation, extractable substances, nonvolatile residue, and heavy metals. Where a stability study has been performed to establish the expiration date for a dosage form in an acceptable high-density polyethylene container, any other high-density polyethylene container may be substituted provided that it, too, meets compendial standards and that the stability program is expanded to include the alternate container.

Materials from the plastic itself can leach into the formulation, and materials from the latter can be absorbed onto, into, or through the container wall. Various pharmaceutical preservatives are bound by the barrels of some plastic syringes. However, changing the composition of the syringe barrel from nylon to polyethylene or polystyrene has eliminated the binding in some cases.

A major disadvantage of plastic containers is the two-way permeation of "breathing" through the container walls. Volatile oils and flavoring and perfume agents are permeable through plastics to varying degrees. Components of emulsions and creams have been reported to migrate through the walls of some plastics causing either a deleterious change in the formulation or collapse of the container. Loss of moisture from a formulation is common. Gases, such as oxygen or carbon dioxide in the air, have been known to migrate through container walls and to affect a preparation.

Solid dosage forms, such as penicillin tablets, when stored in some plastics, are deleteriously affected by moisture penetration from the atmosphere into the container.

**Metals**—The pharmaceutical industry was, and to a degree still is, a tin stronghold. However, as the price of tin constantly varies, more aluminum tubes are being used. Lead tubes tend to have pinholes and are little used in the industry.

A variety of internal linings and closure or fold seals are available for both tin and aluminum tubes. Tin tubes can be coated with wax or with vinyl linings. Aluminum tubes are available with epoxy or phenolic resin, wax, vinyl, or a combination of epoxy or phenolic resin with wax. As aluminum is able to withstand the high temperatures required to cure adequately epoxy and phenolic resins, tubes made from this metal presently offer the widest range of lining possibilities.

Closure foldseals may consist of unmodified vinyl resin or plasticized cellulose and resin with or without added color.

Collapsible tubes are available in many combinations of diameters, lengths, openings, and caps. Custom-use tips for ophthalmic, nasal, mastitis, and rectal applications are also available. Only a limited number of internal liners and closure seals are available for tubes fitted with these special-use tips.

PU 0096479

Lined tubes from different manufacturers are not necessarily interchangeable. While some converted resin liners may be composed of the same base resin, the actual liner may have been modified to achieve better adhesion, flow properties, drying qualities, or flexibility. These modifications may have been necessitated by the method of applying the liner, the curing procedure, or finally by the nature of the liner itself.

## Closures

The closures for the formulations must also be studied as a portion of the overall stability program. While the closure must form an effective seal for the container, the closure must not react chemically or physically with the product. It must not absorb materials from the formulation or leach its ingredients into the contents.

The integrity of the seal between the closure and container depends on the geometry of the two, the materials used in their construction, the composition of the cap liner, and the tightness with which the cap has been applied. Torque is a measure of the circular force, measured in inch-pounds, which must be applied to open or close a container. When pharmaceutical products are set up on a stability study, the formulation must be in the proposed market package. Thus they should be capped with essentially the same torque to be used in the manufacturing step.

Rubber is a common component of stoppers, cap liners, and parts of dropper assemblies. Sorption of the active ingredient, preservative, or other formulation ingredients into the rubber and the extraction of one or more components of the rubber into the formulation are common problems.

The application of an epoxy lining to the rubber closure reduces the amount of leached extractives but has essentially no effect on the sorption of the preservative from the solution. Teflon-coated rubber stoppers may prevent most of the sorption and leaching.

### References

1. Lintner CJ: *Quality Control in the Pharmaceutical Industry*, vol 2, Academic, New York, 141, 1973.
2. *Current Good Manufacturing Practice*, Code of Federal Regulations, Title 21, Food and Drugs, Part 211. 1980.
3. Lintner CJ: *et al: Am Perfum Cosmet 85* (*Dec.*): 31, 1970.
4. Kennon L: *J Pharm Sci 53*: 815, 1964.
5. McMinn CS, Lintner CJ (oral presentation), APhA Acad. Pharm. Sci Mtg, Ind Pharm Tech Sect, Chicago, IL, May 14, 1973.
6. Bentley DL: *J Pharm Sci 59*: 464, 1970.

### Bibliography

Windheuser JJ, ed: *The Dating of Pharmaceuticals*, Univ. Extension, Univ. Wisconsin, Madison, WI, 1970.

Wagner JG, ed: *Biopharmaceutics and Relevant Pharmacokinetics*, Hamilton Press, Hamilton, IL, 1971.

Lachman L, *et al*: *The Theory and Practice of Industrial Pharmacy*, 2nd ed, Lea & Febiger, Philadelphia, 1976.

PU 0096480

# EXHIBIT 36



# Remington's Pl

# Sc

**ALFONSO R GENNARO**
*Editor, and Chairman of the Editorial Board*

19ε

MACI
Easton

PU 0096469

7TH
TION

# ’s Pharmaceutical Sciences

1985

MACK PUBLISHING COPMANY
Easton, Pennsylvania 18042

PU 0096470

Entered according to Act of Congress, in the year 1885 by Joseph P Remington, in the Office of the Librarian of Congress, at Washington, DC

Copyright 1889, 1894, 1905, 1907, 1917, by Joseph P Remington

Copyright 1926, 1936, by Joseph P Remington Estate

Copyright 1948, 1951, by The Philadelphia College of Pharmacy and Science

Copyright © 1956, 1960, 1965, 1970, 1975, 1980, 1985, by The Philadelphia College of Pharmacy and Science

*All Rights Reserved*

Library of Congress Catalog Card No 60-53334

ISBN 0-912734-03-5

EDI

AU

Productio

Directors

*The use of portions of the text of USP XX, NF XV, and USAN and the USP Dictionary of Drug Names is by permission of the USP Convention. The Convention is not responsible for any inaccuracy of quotation or for any false or misleading implication that may arise from separation of excerpts from the original context or by obsolescence resulting from publication of a supplement.*

*NOTICE—This text is not intended to represent, nor shall it be interpreted to be, the equivalent of or a substitute for the official United States Pharmacopeia (USP) and/or the National Formulary (NF). In the event of any difference or discrepancy between the current official USP or NF standards of strength, quality, purity, packaging and labeling for drugs and representations of them herein, the context and effect of the official compendia shall prevail.*

*Printed in the United States of America by the Mack Printing Company, Easton, Pennsylvania*

# CHAPTER 82

# Stability of Pharmaceutical Products

**Carl J Lintner, PhD**
Lintner Associates
Kalamazoo, MI 49008

The use of kinetic and predictive studies for establishing credible expiration dates for pharmaceutical products is now accepted worldwide. However, prior to 1950 only qualitative or semiquantitative methods and procedures were used in pharmaceutical studies. As these rule-of-thumb methods are deficient; they have been replaced by rigorous, scientifically designed studies using reliable, meaningful, and specific stability-indicating assays, appropriate statistical concepts, and a computer to analyze the resulting data. In this way the maximum amount of valid information is obtained to establish a reliable, defendable expiration date for each formulation.

Stability information is ubiquitous. It may be in a well-planned rigorous kinetic study, in an obscure journal footnote, in a package insert, or label copy, or in a monograph in a book such as *The Merck Index* or *Physicians' Desk Reference*. Various journals periodically publish digests of compatibility studies. A comprehensive treatment of all aspects of pharmaceutical product stability has been published by Lintner.[1]

The main purpose of a quality assurance program is to devise and implement systems and procedures that provide a high probability that each dose or package of a pharmaceutical product will have homogeneous characteristics and properties (within reasonably acceptable limits) to insure both clinical safety and efficacy of the formulation. A broad, well-designed stability testing plan is an essential and pertinent expansion of the quality assurance program. The assigned expiration date is a direct application and interpretation of the knowledge gained from the stability study.

Stability of a pharmaceutical product may be defined as the capability of a particular formulation, in a specific container/closure system to remain within its physical, chemical, microbiological, therapeutic, and toxicological specifications. Assurances that the packaged product will be stable for its anticipated shelf life must come from an accumulation of valid data on the drug in its commercial package. These stability data involve selected parameters which, taken together, form the stability profile.

Stability of a drug can also be defined as the time from the date of manufacture and packaging of the formulation until its chemical or biological activity is not less than a predetermined level of labeled potency and its physical characteristics have not changed appreciably or deleteriously. Although there are exceptions, 90% of labeled potency is generally recognized as the minimum acceptable potency level. Expiration dating is then defined as the time in which the preparation will remain stable when stored under recommended conditions.

An expiration date, which is expressed traditionally in terms of month and year, denotes the last day of the month. The expiration date should appear on the immediate container and the outer retail package. However, when single-dose containers are packaged in individual cartons, the expiration date may be placed on the individual carton instead of the immediate product container. If a dry product is to be reconstituted at the time of dispensing, expiration dates are assigned to both the dry mixture and the reconstituted product. Tamper resistant packaging is to be used where applicable.

A second quality assurance goal is drug or clinical safety and it, too, is closely related to pharmaceutical stability. Drug or clinical safety (ie, the nonoccurrence of harm), however, cannot be studied by itself. Rather, it is a negative concept which cannot be proven and must be expressed only in terms of the nonoccurrence of some harmful event. The latter probability, in turn, can be estimated only when the probability occurrence of the harmful event is known.

One type of time-related harmful event is a decrease in therapeutic activity of the preparation to below some arbitrary labeled content. A second type of harmful event is the appearance of a toxic substance, formed as a degradation product upon storage of the formulation. The number of published cases reflecting this second type is fortunately quite small. However, it is possible, though remote, for both types of harmful events to occur simultaneously within the same pharmaceutical product. Thus, the use of stability studies with the resulting application of expiration dating to pharmaceuticals is an attempt to predict the approximate time at which the probability of occurrence of a harmful event may reach an intolerable level. This estimate is subject to the usual Type 1 or alpha error (setting the expiration too early so that the product will be destroyed or recalled from the market at an appreciably earlier time than is actually necessary) and the Type 2 or beta error (setting the date too late so that the harmful event occurs in an unacceptably large proportion of cases). Thus, it is obligatory that the manufacturer clearly and succinctly define the method for determining the degree of change in a formulation and the statistical approach to be used in making the shelf-life prediction. An intrinsic part of the statistical methodology must be the statements of value for the two types of error. For the safety of the patient a Type 1 error can be accepted, but not a Type 2 error.

## Requirements

Stability study requirements and expiration dating are covered in the Good Manufacturing Practices (GMPs), and the USP.

**Good Manufacturing Practices**—The GMPs[2] state that there shall be a written testing program designed to assess the stability characteristics of drug products. The results of such stability testing shall be used to determine appropriate storage conditions and expiration dating. The latter is to assure that the pharmaceutical product meets applicable standards of identity, strength, quality, and purity at time of use. These regulations, which apply to both human and veterinary drugs, are updated perodically in light of current knowledge and technology.

**Compendiums**—The compendiums also contain extensive stability and expiration dating information. Included are a discussion of stability considerations in dispensing practices and the responsibilities of both the pharmaceutical manufacturer and the dispensing pharmacist. It is now required that product labeling of official articles provide recommended storage conditions and an expiration date assigned to the specific formulation and package. Official storage conditions are defined as follows: "Cold" is any temperature not exceeding 8°, and "refrigerator" is a cold place where the temperature is maintained thermostatically between 2° and 8°; a "freezer" is a cold place maintained between −20° and −10°. "Cool" is defined as any temperature between 8° and 15°, and "room temperature" is that temperature prevailing in a working area. "Controlled room temperature" is that temperature maintained thermostatically between 15° and 30°. "Warm" is any temperature between 30° and

40°, while "excessive heat" is any heat above 40°. Should freezing subject a product to a loss of potency or to destructive alteration of the dosage form, the container label should bear appropriate instructions to protect the product from freezing. Bulk packages are exempt from storage requirements if the products are intended for manufacture or repacking for dispensing or distribution. Where no specific storage instructions are given in a monograph, it is understood that the product's storage conditions shall include protection from moisture, freezing, and excessive heat.

## Product Stability

Many factors affect the stability of a pharmaceutical product, including the stability of the active ingredient(s), the potential interaction between active and inactive ingredients, the manufacturing process, the dosage form, the container-liner-closure system, the environmental conditions encountered during shipment, storage, handling, and length of time between manufacture and usage.

Classically, pharmaceutical product stability evaluations have been separated into studies of chemical, including biochemical, and physical stability of formulations. Realistically, there is no absolute division between these two arbitrary divisions. Physical factors—such as heat, light, and moisture—may initiate or accelerate chemical reactions, while every time a measurement is made on a chemical compound, physical dimensions are included in the study.

In this treatment, physical and chemical stability will be discussed along with those dosage form properties which can be measured and are useful in predicting shelf life. The effect of various physical and chemical phenomena of pharmaceuticals will also be treated.

Knowledge of the physical stability of a formulation is very important for three primary reasons. First, a pharmaceutical product must appear fresh, elegant, and professional, so long as it remains on the shelf. Any changes in physical appearance such as color fading or haziness can cause the patient or consumer to lose confidence in the product. Second, since some products are dispensed in multiple-dose containers, uniformity of dose content of the active ingredient over time must be assured. A cloudy solution or a broken emulsion can lead to a nonuniform dosage pattern. Third, the active ingredient must be available to the patient throughout the expected shelf life of the preparation. A breakdown in the physical system can lead to nonavailability of the medicament to the patient.

The chemical causes of drug deterioration have been classified into incompatibility, oxidation, reduction, hydrolysis, racemization, and others. In the latter category decarboxylation, deterioration of hydrogen peroxide and hypochlorites, and the formation of precipitates have been included.

### *Galenical Dosage Forms*

As the various galenical dosage forms present unique stability problems, they will be discussed separately in the following section.

**Suspensions**—A stable suspension can be homogeneously redispersed with moderate shaking and can be easily poured throughout its shelf life, with neither the particle-size distribution, the crystal form, nor the physiological availability of the suspended active ingredient changing appreciably with time.

Most stable pharmaceutical suspensions are flocculated; that is, the suspended particles are physically bonded together to form a loose, semirigid structure. The particles are said to uphold each other while exerting no significant force on the liquid. Sedimented particles of a flocculated suspension can be easily redispersed at any time with only moderate shaking.

In nonflocculated suspensions, the particles remain as individuals unaffected by neighboring particles and are affected only by the suspension vehicle. These particles, which are smaller and lighter, settle slowly, but once they have settled, often form a rock-hard, difficult-to-disperse sediment. Nonflocculated suspensions can be made acceptable by decreasing the particle size of the suspended material or by increasing the density and viscosity of the vehicle.

When studying the stability of a suspension, first determine with a differential manometer if the suspension is flocculated. If the suspension is flocculated, the liquid will travel the same distance in the two side arms. With nonflocculated suspensions, the hydrostatic pressures in the two arms are unequal; hence the liquids will be at different levels.

The history of settling of the particles of a suspension may be followed by a Brookfield viscometer fitted with a Helipath attachment. This instrument consists of a rotating T-bar spindle which descends slowly into the suspension as it rotates. The dial reading on the viscometer is a measure of the resistance that the spindle encounters at various levels of the sedimented suspension. This test must be run only on fresh, undisturbed samples (see Chapter 22).

An electronic particle counter and sizer, such as a Coulter counter, or a microscope may be used to determine changes in particle-size distribution. Crystal form alterations can be detected by x-ray diffraction or by a microscopic examination.

All suspensions should be subjected to cycling temperature conditions to determine the tendency for crystal growth to occur within a suspension. Shipping tests, ie, transporting bottles across the country by rail or truck, are also used advantageously to study the stability of suspensions.

**Emulsions**—A stable emulsion can be homogeneously redispersed to its original state with moderate shaking and can be poured at any stage of its shelf life. Although most of the important pharmaceutical emulsions are of the O/W type, many stability test methods can be applied to either an O/W or a W/O emulsion.

Two simple tests are used to screen emulsion formulations. First, the stability of an emulsion can be determined by heating it to 50–70° and its gross physical stability observed visually or checked by turbidimetric measurements. Usually the emulsion that is the most stable to heat is the one most stable at room temperature. However, this may not always be true because an emulsion at 60° may not be the same as it is at room temperature. Second, the stability of the emulsion can be estimated by the "coalescence time" test. Although this is only a rough quantitative test, it is useful for detecting gross differences in emulsion stability at room temperature.

Emulsions should also be subjected to refrigeration temperatures. An emulsion stable at room temperature has been found to be unstable at 4°. It was reasoned that an oil-soluble emulsifier precipitated at the lower temperature and disrupted the system. An emulsion chilled to the extent that the aqueous base crystallizes is irreversibly damaged.

The ultracentrifuge is also used to determine emulsion stability. When the amount of separated oil is plotted against the time of centrifugation, a plateau curve is obtained. A linear graph results when the oil flotation (creaming) rate is plotted vs the square of the number of centrifuge revolutions per minute. The flotation rate is represented by the slope of the line resulting when the log distance of emulsion-water boundary from the rotor center is plotted against time for each resolution per minute.

For stability studies, two batches of an emulsion should be made at one time on production size equipment. One should be a bench-size lot and the other a larger, preferably production-size, batch. Different types of homogenizers produce different results and different sizes of the same kind of homogenizer can yield emulsions with different characteristics.

**Solutions**—A stable solution retains its original clarity, color, and odor throughout its shelf life. Retention of clarity of a solution is a main concern of a physical stability program. As visual observation alone under ordinary light is a poor test of clarity, a microscope light should be projected through a diaphragm into the solution. Undissolved particles will scatter the light and the solution will appear hazy. While the Coulter counter can also be used, light-scattering instruments are the most sensitive means of following solution clarity.

Solutions should remain clear over a relatively wide temperature range such as 4–47°. At the lower range an ingredient may precipitate due to its lower solubility at that temperature while at the higher temperature homogeneity may be destroyed by the flaking of particles from the glass containers or rubber closures. Thus, solutions should be subjected to cycling temperature conditions.

The stability program for solutions should also include the study of pH changes, especially when the active ingredients are soluble salts of insoluble acids or bases. Among other tests are observations for changes in odor, appearance, color, taste, light-stability, redispersibility, suspendibility, pourability, viscosity, isotonicity, gas evolution, microbial stability, specific gravity, surface tension, and pyrogen content in the case of parenteral products.

When solutions are filtered, the filter media may absorb some of the ingredients from the solution. Thus, the same type of filter should be used for preparing the stability samples as will be used to prepare the production-size batches.

For dry-packaged formulations intended to be reconstituted prior to use, the visual appearance should be observed on both the original dry material and on the reconstituted preparation. The color and odor of the cake, the color and odor of the solution, the moisture content of the cake, and the rate of reconstitution should be followed as a part of its stability profile.

**Tablets**—Stable tablets retain their original size, shape, weight, and color under normal handling and storage conditions throughout their shelf life. In addition, the *in vitro* availability of the active ingredients should not change appreciably with time.

Excessive powder or solid particles at the bottom of the container, cracks or chips on the face of a tablet, or appearance of crystals on the surface of tablets or on container walls are indications of physical instability of uncoated tablets. Hence, the effect of mild, uniform, and reproducible shaking and tumbling of tablets should be studied. After visual observation of the tablets for chips, cracks, and splits, the intact tablets are sorted and weighed to determine the amount of material worn away by abrasion. The results of these tests are comparative rather than absolute and should be correlated with actual stress experience. Packaged tablets should also be subjected to cross-country shipping tests as well as to various "drop tests."

Tablet hardness (or resistance to crushing or fracturing) can be followed by the commercially available hardness testers. As results will vary with the specific make of the test apparatus used, direct comparison of results obtained on different instruments cannot be made. Thus, the same instrument should be used consistently throughout a particular study.

Color stability of tablets can be followed by an appropriate colorimeter or reflectometer with heat, sunlight, and intense artificial light employed to accelerate the color deterioration. Caution must be used in interpreting the elevated temperature data as the system at that temperature may be different from that at a lower temperature. It is not always proper to assume that the same changes will occur at elevated temperatures as will happen later at room temperature. Evidence of instability of coated tablets is also indicated by cracks, mottling or tackiness of the coating.

For the more insoluble tableted active ingredients, the results of dissolution tests are more meaningful than disintegration results for making availability predictions. Dissolution rate tests should be run in an appropriate medium such as artificial gastric and/or intestinal juice at 37° (see Chapter 35). When no significant change (such as a change in the polymorphic form of the crystal) has occurred, an unaltered dissolution rate profile of a tablet formulation usually indicates constant *in vivo* availability.

Disintegration tests may be used to detect periodic gross changes in the physical characteristics of a tablet, but these tests must be correlated with the dissolution rate study of a particular tableted product. When there is no such correlation, *in vivo* tests must be run. The release pattern of sustained-release formulations should be determined periodically during the stability test period.

Uniformity of weight, odor, texture, drug and moisture contents, and humidity effect are also studied during a tablet stability test.

**Gelatin Capsules**—When stored under adverse conditions, capsule shells may soften and stick together or harden and crack under slight pressure. They should be protected from sources of microbial contamination. The shell of soft gelatin capsules should contain a preservative to prevent growth of fungi. Encapsulated products, like all other dosage forms, must be properly packaged.

**Ointments**—Ointments have been defined as high-viscosity suspensions of active ingredients in a nonreacting vehicle. A stable ointment is one which retains its homogeneity throughout its shelf-life period. The main stability problems seen in ointments are "bleeding" and changes in consistency due to aging or changes in temperature. When fluid components such as mineral oil separate at the top of an ointment, the phenomenon is known as "bleeding" and can be observed visually. Unfortunately, as there is no known way to accelerate this event, the tendency to "bleed" cannot be predicted.

An ointment which is too soft is messy to use while one which is very stiff is difficult to extrude and apply. Hence, it is important to be able to define quantitatively an ointment's consistency. This may be done with a penetrometer, an apparatus which allows a pointed weight to penetrate into the sample under a measurable force. The depth of the penetration is a measure of the consistency of an ointment. Consistency can also be measured by the Helipath attachment to a high viscosity viscometer or by a Burrell Severs rheometer. In the latter instrument the ointment is loaded into a cylinder and extruded with a measured force. The amount extruded is a measure of the consistency of the ointment.

Ointments have a considerable degree of structure which requires a minimum of 48 hours to develop after preparation. As rheological data on a freshly made ointment may be erroneous, such tests should be performed only after the ointment has achieved equilibrium.

Slight changes in temperature (1 or 2°) can greatly affect an ointment's consistency; hence rheological studies on ointments must be performed only at constant and controlled temperatures.

Among the other tests performed during the stability study of an ointment are a check of visual appearance, color, odor, viscosity, softening range, consistency, homogeneity, particle-size distribution, and sterility.

Undissolved components of an ointment may change in crystal form or in size with time. Microscopic examination or an X-ray diffraction measurement may be used to monitor these parameters.

In some instances it is necessary to use an ointment base that is less than ideal in order to achieve the stability required. For example, drugs that hydrolyze rapidly are more stable in a hydrocarbon base than in a base containing water, even though they may be more effective in the latter.

*Incompatibility*

Obvious sources of pharmaceutical instability include the incompatibility of various ingredients within a formulation. Numerous examples are described in other sections of this book and the literature is replete with illustrations. Thus the subject need not be treated in detail here.

While undesirable reactions between two or more drugs are said to result in a "physical," "chemical," or "therapeutic" incompatibility, physical incompatibility is somewhat of a misnomer. It has been defined as a physical or chemical interaction between two or more ingredients which leads to a visible recognizable change. The latter may be in the form of a gross precipitate, haze, or color change.

On the other hand, a chemical incompatibility is classified as a reaction in which a visible change does not occur. Since there is no visible evidence of deterioration, this type of incompatibility requires trained, knowledgeable personnel to recognize it, should it occur.

A therapeutic incompatibility has been defined as an undesirable pharmacological interaction between two or more ingredients which leads to (1) potentiation of the therapeutic effects of the ingredients, (2) destruction of the effectiveness of one or more of the ingredients, or (3) occurrence of a toxic manifestation within the patient.

*Oxidation-Reduction*

Oxidation is a prime cause of product instability and often, but not always, the addition of oxygen or the removal of hydrogen is involved. When molecular oxygen is involved, the reaction is known as autooxidation because it occurs spontaneously, though slowly, at room temperature.

Oxidation, or the loss of electrons from an atom, frequently involves free radicals and subsequent chain reactions. Only a very small amount of oxygen is required to initiate a chain reaction. In practice, it is easy to remove most of the oxygen from a container, but very difficult to remove all. Hence, nitrogen and carbon dioxide are frequently used to displace the headspace air in pharmaceutical containers to help minimize deterioration by oxidation.

As an oxidation reaction is complicated, it is difficult to perform a kinetic study on oxidative processes within a general stability program. The redox potential, which is constant and relatively easy to determine, can, however, provide valuable predictive information. In many oxidative reactions, the rate is proportional to the concentration of the oxidizing species but may be independent of the concentration of the oxygen present. The rate is influenced by temperature, radiation and the presence of a catalyst. An increase in temperature leads to an acceleration in the rate of oxidation. If the storage temperature of a preparation can be reduced to 0–5°, it can usually be assumed that the rate of oxidation will be at least halved.

Trace amounts of heavy metals such as cupric, chromic, ferrous, and ferric ions catalyze oxidation reactions. As little as 0.2 mg of copper ion/liter considerably reduces the stability of penicillin. Similar examples include the deterioration of epinephrine, phenylephrine, lincomycin, isoprenaline, and procaine hydrochloride. Adding chelating agents to water which is free of heavy metals and working in special manufacturing equipment (eg, glass) are some means used to reduce the influence of heavy metals on a formulation. Parenteral formulations should not come in contact with heavy metal ions during their manufacture, packaging, or storage.

Hydronium and hydroxyl ions catalyze oxidative reactions. The rate of decomposition for epinephrine, for example, is more rapid in a neutral or alkaline solution with maximum stability (minimum oxidative decomposition) at pH 3.4. There is a pH range for maximum stability for any antibiotic and vitamin preparation which can usually be achieved by adding an acid, alkali or buffer.

Oxidation may be inhibited by the use of antioxidants, called negative catalysts. They are very effective in stabilizing pharmaceutical products undergoing a free-radical-mediated chain reaction. These substances, which are easily oxidizable, act by possessing lower oxidation potentials than the active ingredient. Thus they undergo preferential degradation or act as chain inhibitors of free radicals by providing an electron and receiving the excess energy possessed by the activated molecule.

The ideal antioxidant should be stable and effective over a wide pH range, soluble in its oxidized form, colorless, nontoxic, nonvolatile, nonirritating, effective in low concentrations, thermostable, and compatible with the container-closure system and formulation ingredients.

The commonly used antioxidants for aqueous systems include sodium sulfite, sodium metabisulfite, sodium bisulfite, sodium thiosulfate, and ascorbic acid. For oil systems, ascorbyl palmitate, hydroquinone, propyl gallate, nordihydroguaiaretic acid, butylated hydroxytoluene, butylated hydroxyanisole, and alpha tocopherol are employed.

Synergists, which increase the activity of antioxidants, are generally organic compounds that complex small amounts of heavy metal ions (see Chapter 14). These include the ethylenediamine tetraacetic acid (EDTA) derivatives, dihydroethylglycine, and citric, tartaric, gluconic, and saccharic acids. EDTA has been used to stabilize ascorbic acid, oxytetracycline, penicillin, epinephrine, and prednisolone.

Reduction reactions are much less common than oxidative processes in pharmaceutical practice. Examples include the reduction of gold, silver, and mercury salts by light to form the corresponding free metal.

*Hydrolysis*

Drugs containing an ester or amide linkage are prone to hydrolysis. Some examples include cocaine, physostigmine, procaine, tetracaine, thiamine, and benzylpenicillin.

The rate of hydrolysis depends on the temperature and the pH of the solution. A much quoted rule-of-thumb is that for each 10° rise in storage temperature, the rate of reaction doubles or triples. As this is an empiricism, it is not always applicable.

When hydrolysis occurs, the concentration of the active ingredient decreases while the concentration of the decomposition products increases. The effect of this change on the rate of the reaction depends on the order of the reaction. With zero-order reactions the rate of decomposition is independent of concentration of the ingredient. Although weak solutions decompose at the same absolute rate as stronger ones, the weaker the solution, the greater the proportion of active ingredient destroyed in a given time, ie, the percentage of decomposition is greater in weaker solutions. Increasing the concentration of an active ingredient which is hydrolyzing by zero-order kinetics will slow the percentage decomposition.

With first-order reactions, which occur frequently in the hydrolysis of drugs, the rate of change is directly proportional to the concentration of the reactive substance. Thus changes in the concentration of the active ingredient have no influence on the percentage decomposition.

As many hydrolytic reactions are catalyzed by both hydronium and hydroxyl ions, pH is an important factor in determining the rate of a reaction. The pH range of minimum decomposition (or maximum stability) depends on the ion having the greatest effect on the reaction. If the minimum occurs at about pH 7, the two ions are of equal effect. A shift of the minimum toward the acid side indicates that the hydroxyl ion has the stronger catalytic effect and vice-versa in

the case of a shift toward the alkaline side. In general, hydroxyl ions have the stronger effect. Thus, the minimum is often found between pH 3 and 4.

Sometimes it is necessary to compromise between the optimum pH for stability and that for pharmacologic activity. For example, several local anesthetics are most stable at a distinctly acid pH, whereas for maximum activity they should be neutral or slightly alkaline.

Small amounts of acids, alkalies, or buffers are used to adjust the pH of a formulation. Buffers are used when small changes in pH are likely to cause major degradation of the active ingredient.

Obviously, the amount of water present can have profound effect on the rate of a hydrolysis reaction. When the reaction takes place fairly rapidly in water, other solvents can sometimes be substituted. For example, barbiturates are much more stable at room temperature in propylene glycol-water than in water alone.

Modification of chemical structure may be used to retard hydrolysis. In general, as it is only the fraction of the drug in solution that hydrolyzes, a compound may be stabilized by reducing its solubility. This can be done by adding various substituents to the alkyl or acyl chain of aliphatic or aromatic esters or to the ring of an aromatic ester. In some cases less-soluble salts or esters of the parent compound have been found to aid product stability. Steric and polar complexation have also been employed to alter the rate of hydrolysis. Caffeine complexes with local anesthetics such as benzocaine, procaine, and tetracaine to reduce their rate of hydrolysis and thus promotes stability.

Surfactants may also be used to stabilize drugs. For example, the half-life of benzocaine was increased 18 times by the addition of sodium lauryl sulfate.

### *Decarboxylation*

Pyrolytic solid-state degradation through decarboxylation is not usually encountered in pharmacy as relatively high heats of activation (25 to 30 kcal) are required for the reaction. However, solid *p*-aminosalicylic acid undergoes pyrolytic degradation to *m*-aminophenol and carbon dioxide. The reaction, which follows first-order kinetics, is highly pH-dependent and is catalyzed by hydronium ions. The decarboxylation of *p*-aminobenzoic acid occurs only at extremely low pH values and at high temperatures.

### *Racemization*

Racemization or the action or process of changing from an optically active compound into a racemic compound or an optically inactive mixture of corresponding dextro (*d*-) and levo (*l*-) forms is a major factor in pharmaceutical stability. Frequently, the *l*-form is more pharmacologically active than the *d*-form. For example, *l*-epinephrine is 15–20 times more active than its *d*-counterpart, while the activity of the racemic mixture is just over half that of the *l*-form. Current nomenclature practice uses (+) for *d*- and (−) for *l*-, therefore, *l*-ephinephrine would be named (−)-epinephrine, etc.

In general, racemization follows first-order kinetics and depends on temperature, solvent, catalyst, and the presence or absence of light. Racemization appears to depend on the functional group bound to the asymmetric carbon atom, with aromatic groups tending to accelerate the process.

### *Photochemical*

Photolytic degradation can be an important limiting factor in the stability of pharmaceuticals.

A drug can be chemically affected by radiation of a particular wavelength only if (1) it absorbs radiation at that wavelength and (2) the energy exceeds a threshold. Ultraviolet radiation, which has a large energy level, is the cause of many degradation reactions.

If the absorbing molecule reacts, the reaction is said to be photochemical in nature. Where the absorbing molecules do not participate directly in the reaction, but pass their energy to other reacting molecules, the absorbing substance is said to be a photosensitizer.

As many variables may be involved in a photochemical reaction, the kinetics may be quite complex. The intensity and wavelength of the light, the size, shape, composition, and color of the container may affect the velocity of the reaction.

The photodegradation of chlorpromazine through a semiquinone free-radical intermediate follows zero order kinetics. On the other hand, alcoholic solutions of hydrocortisone, prednisolone, and methylprednisolone degrade by reactions following first-order kinetics.

Colored-glass containers are most commonly used to protect light-sensitive formulations. Yellow-green glass gives the best protection in the ultraviolet region while amber confers considerable protection from ultraviolet radiation but little from infrared. Riboflavin is best protected by a stabilizer which has a hydroxyl group attached to or near the aromatic ring. The photodegradation of sulfacetamide solutions may be inhibited by an antioxidant such as sodium thiosulfate or metabisulfite.

### *Ultrasonic Energy*

Ultrasonic energy, which consists of vibrations and waves with frequencies greater than 20,000/sec, promotes the formation of free radicals and alters drug molecules.

Changes in prednisolone, prednisone acetate, and deoxycorticosterone acetate suspensions in an ultrasonic field have been observed spectrophotometrically in the side chain at C-17 and in the oxo group of the A ring. With sodium alginate in an ultrasonic field, it has been reported that above a minimum power output, degradation increased linearly with increased power.

### *Ionizing Radiation*

Ionizing radiation, particularly the gamma rays, has been used for the sterilization of certain pharmaceutical products. At the usual sterilizing dose, 2.5 Mrad, it seldom causes appreciable chemical degradation. In general, formulations which are in the solid or frozen state are more resistant to degradation from ionizing radiation than are those in liquid form. For example, many of the vitamins are little affected by irradiation in the solid state, but are appreciably decomposed in solution. On the other hand, both the liquid- and solid-state forms of atropine sulfate are seriously affected by radiation.

## Predicting Shelf Life

The technique of estimating the shelf life of a formulation from its accumulated stability data has evolved from examining the data and making an educated guess through plotting the time-temperature points on appropriate graph paper and crudely extrapolating a regression line to the application of rigorous physical chemical laws, statistical concepts, and computers to obtain meaningful, reliable estimates.

A simple means of estimating shelf life from a set of computer-prepared tables has been described by Lintner, *et al.*[3] This system was developed to (1) select the best prototype formulation based on short-term stability data and (2) predict both estimated and minimum shelf-life values for the formulation. It is a middle-ground approach between the empirical methods and the modern, rigorous statistical concepts. All calculations can be made readily by hand and the esti-

mated values can be obtained easily from appropriate tables. The system assumes that:

1. Shelf-life predictions can be made satisfactorily for lower temperatures using the classical Arrhenius model from data obtained at higher temperatures.
2. The energy of activation of the degradation reaction is between 10 to 20 kcal/mole (this is a safe assumption as Kennon[4] has noted that rarely are drugs with energies of activation of less than 10 kcal/mole used in pharmacy and for values as high as 20 kcal/mole the error in the shelf-life prediction will be on the conservative side).
3. The rate of decomposition will not increase beyond that already observed.
4. The standard deviation of the replicated assays is known or can be estimated from the analytical data.

This concept further assumes that the degradation reaction follows zero or pseudo zero order kinetics. As shown in Fig 82-1, this is an excellent assumption. For data corresponding to a zero, first, or second order degradation pattern, it is impossible to distinguish one order from another with usual analytical procedures where the total degraded material is not large. In addition, shelf-life calculations assuming zero order kinetics are more conservative than those for higher orders.

This middle-ground system is useful in creating the experimental design for the stability study. The formulator has the opportunity to study various combinations of parameters to try to optimize the physical-statistical model. One can check the effect of improving the assay standard deviation, of running additional replicates, of using different time points, and of assuming various degradation rates and energies of activation on the stability of the test formulation.

McMinn and Lintner later developed and reported on an information processing system for handling product stability data.[5] This system saves the time of formulators in analyzing and interpreting their product stability data in addition to minimizing the amount of clerical help needed to handle an ever-increasing assay load. For products such as those of vitamins, for example, where large overages are required, the statistical portions of this advanced technique aid the manufacturer to tailor the formula composition to obtain the desired and most economical expiration dating.

This system stores both physical and chemical data, retrieves the information in three different formats (one of which was designed specifically for submitting to regulatory agencies), analyzes single-temperature data statistically by analysis of covariance and regression or multiple temperature data by weighted or unweighted analysis using the Arrhenius relationship, and provides estimates of the shelf life of the preparation with the appropriate confidence intervals, preprints the assay request cards which are used to record the results of the respective assay procedures and to enter the data into the system and produces a 5-year master-stability schedule as well as periodic 14-day schedules of upcoming assays.

As mentioned above, a portion of the advanced system analyzes the stability data obtained at a single temperature by analysis of covariance and regression. This analysis is based on the linear (zero-order) model

$$Y_{ij} = \beta_i X_{ij} + \alpha_i + \epsilon_{ij}$$

where $Y_{ij}$ is the percent of label of the $j$th stability assay of the $i$th lot, $X_{ij}$ is the time in months at which $Y_{ij}$ was observed, $\beta_i$ and $\alpha_i$ are the slope and intercept respectively of the regression line of the $i$th lot and $\epsilon_{ij}$ is a random error associated with $Y_{ij}$. The random errors are assumed to be identically and independently distributed normal variables with a zero mean and a common variance, $\sigma^2$.

A summary of the regression analysis for each individual lot and for the combination of these lots plus a summary of the analyses of covariance and deviation from regression are prepared by the computer.




Fig 82-1. Zero order plots for reactions which are zero, first, and second order.

Because the computer combines or pools the stability data from the individual lots, irrespective of the statistical integrity of this step, the pooled data are examined for validity by the F test. The mean square of the regression coefficient (slope) is divided by the mean square of the deviation within lots, and similarly, the adjusted mean (y intercept) is divided by the common mean square to give the respective F ratios. The latter values are then compared to the critical 5% F values. When the calculated F values are smaller than the critical F values, the data may be combined and the pooled data analyzed.

A print-out for the combined lots as well as for each individual lot provides the estimated rate of degradation and its standard error in percent per month for each ingredient. The student t value is calculated from these estimates and tested for significance from zero. When the t value is significant, the print-out contains an estimate of the shelf life with the appropriate confidence interval. When the t value is not significantly different from zero, estimates of the minimum and projected shelf-life values are made. In addition, coordinates of the calculated least squares regression line with appropriate confidence limits for the mean and individual predicted assays are printed.

Plots of the resulting least squares line containing the individual data points are also printed by the computer. For the calculation of $X_0$, $\hat{Y}$ equals $\overline{Y} + \hat{\beta}(X_0 - \overline{X}..)$ where $\hat{\beta}$ is the least-squares estimate of the slope and $\overline{X}..$ is the mean time of assay.

The sample variance for this estimate, $S^2(\hat{Y})$, is equal to

$$S^2{}_{Y \cdot X}\left[\frac{1}{N} + \frac{(X_0 - \overline{X}..)^2}{\Sigma(X_{ij} - \overline{X}..)^2}\right]$$

where $N$ is the number of assays. The 95% confidence interval is equal to $\hat{Y} \pm t_{0.05S(\hat{Y})}$.

For the cases where the slope of the best fitting line is positive and significantly different from zero (resulting, for example, from solvent evaporation), the statement "no degradation has been detected and hence no shelf-life estimate is made" is printed. Where the computed line has a positive slope but not significantly different from zero, only the minimum shelf-life value is calculated.

Traditionally, extensive stability data are collected at the recommended storage temperatures (usually refrigerator and/or room temperature) to be placed on the label of the package. However, elevated temperature data are very valuable in determining the shelf life of a product. In practice, multiple levels of thermal stress are applied to the formulation so that appropriate shelf-life estimates can be made for normally expected marketing conditions. In cases where data from accelerated studies are used to project a tentative

PU 0096477

Case 1:04-cv-00833-KAJ Document 232-14 Filed 05/31/2006 Page 32 of 39

expiration date that is beyond the date supported by actual shelf-life studies, testing must continue until the tentative expiration date is verified.

It was noted in Chapter 18 that the effect of temperature variation on the rate of a reaction can be expressed by the Arrhenius equation

$$k = se^{-E_A/RT}$$

where $k$ is the velocity or rate constant, $s$ is the frequency factor, $E_A$ is the activation energy, $R$ is the gas constant, and $T$ is the absolute temperature.

This relationship may be written in logarithmic form

$$\ln k = \ln s - \frac{E_A}{RT}$$

which on differentiation becomes

$$\frac{d \ln k}{dT} = \frac{E_A}{RT^2}$$

This can be integrated between the limits $k_1$ and $k_2$, and $T_1$ and $T_2$, and on subsequent transforming to the base 10 becomes

$$\log \frac{k_2}{k_1} = \frac{E_A}{2.303R}\left(\frac{T_2 - T_1}{T_2 \cdot T_1}\right)$$

A weighted modification of this model has been incorporated into the previously described computerized system. Each print-out contains a statement concerning the acceptability of the Arrhenius assumption with its appropriate probability level, the slope and intercept for the Arrhenius line, the estimated apparent energy of activation with its 95% confidence limits, plus estimated shelf-life values at selected temperatures.

The analysis of first-order stability data is based on the linear model

$$Y_{ij} = \alpha_i + \beta_i X_{ij} + \epsilon_{ij}$$

where $Y_{ij}$ is the natural logarithm of the assay value for the $j$th observation of the $i$th temperature, $X_{ij}$ is the elapsed time in months for the assay sample for the $i$th temperature, $\beta_i$ and $\alpha_i$ are the slope and intercept respectively, and $\epsilon_{ij}$ is a random error associated with $Y_{ij}$. The errors are assumed to be identically and independently normally distributed with a zero mean and variance $\sigma^2$.

For orders other than first, $Y_{ij}$, represents the concentration raised to the power of 1 minus the order.

The estimated rate constant (ie, the negative slope) is

$$-b_i = -\sum_j (Y_{ij} - Y_{i\cdot})(X_{ij} - X_{i\cdot}) \Big/ \sum_j (X_{ij} - X_{i\cdot})^2$$

The standard error of the estimated rate constant is

$$S_{-b_i} = \frac{S(Y/X)}{[\Sigma(X_{ij} - X_{i\cdot})^2]^{1/2}}$$

where $S(Y/X)$, the residual standard error, is equal to

$$S(Y/X) = \left\{\frac{1}{N-2}\left[\sum_{j=1}^{12} (Y_{ij} - Y_{1\cdot})^2 - \frac{[\Sigma(X_{ij} - X_{i\cdot})(Y_{ij} - Y_{i\cdot})]^2}{\Sigma(X_{ij} - X_{i\cdot})^2}\right]\right\}^{1/2}$$

According to the Arrhenius relationship, faster degradation occurs at the higher temperatures; hence assays for the high-temperature data are usually run more often but for a shorter period of time. The effect of simple least-squares analysis of this type of data is to force the Arrhenius equation through the low temperature data and essentially ignore the high temperature information. Thus much more credence is placed in the point estimates of the low temperature than is warranted. In addition, the usual confidence limits on extrapolated degradation rates at refrigerator or room temperature cannot validly be made. For these reasons, Bentley[6] presented a method based on weighted least-squares analysis to replace the unweighted approximation. He also developed a statistical test for the validity of the Arrhenius assumption which is easily computed from the results of the unweighted method.

To make shelf-life estimates from elevated temperature data, two storage temperatures are obviously the minimum. As the accuracy of the extrapolation is enhanced by using additional temperatures, a minimum of four different temperatures is recommended for most product stability studies. With the current use of computers to do the bulk of stability calculations, including weighted least-squares analysis, the temperatures and storage conditions need not be selected for arithmetic convenience.

It is not necessary to determine the mechanism of the degradation reaction. In most cases, it is necessary only to follow some property of degradation and to linearize this function. Either the amount of undegraded drug or the amount of a formed decomposition product may be followed. It is usually impractical to determine the exact order of the reaction. With assay errors in the range of 2 to 5%, at least 50% decomposition must occur before the reaction order can be determined. As the loss with pharmaceuticals is generally less, zero-order kinetics should be assumed unless the reaction order is known from previous work. In any case, replication of stability assays is advisable.

The batches of drugs used for a stability study should be representative of production run material or at least of a known degree of purity. The quality of the excipients should also be known as their impurities or even their moisture content can deleteriously affect product stability. Likewise, the samples of the formulation taken for the stability study must be representative of the lot.

Specific assay methods must be used when at all possible. In any case, the reliability and specificity of the test method on the intact molecule and on the degradation products must be determined.

## Addition of Overage

The problem of declining potency in an unstable preparation can be ameliorated by the addition of an excess or overage of the active ingredient. Overages, then, are added to pharmaceutical formulations to keep the content of the active ingredient within the limits compatible with therapeutic requirements for a predetermined period of time.

The amount of the overage depends upon the specific ingredient and the galenical dosage form. The International Pharmaceutical Federation has recommended that overages be limited to a maximum of 30% over the labeled potency of an ingredient.

## Pharmaceutical Containers

Unless otherwise indicated in a compendial monograph, the official standards for containers apply to articles packaged either by the pharmaceutical manufacturer or the dispensing pharmacist. In general, repackaging of pharmaceuticals is inadvisable. However, if repackaging is necessary, the manufacturer of the product should be consulted for potential stability problems.

A pharmaceutical container has been defined as a device which holds the drug and is or may be in direct contact with the preparation. The immediate container is described as that which is in direct contact with the drug at all times. The liner and closure have traditionally been considered to be part of the container system. The container should not interact

PU 0096478

physically or chemically with the formulation so as to alter the strength, quality, or purity of its contents beyond permissible limits.

The choice of containers and closures can have a profound effect on the stability of many pharmaceuticals. Now that a large variety of glass, plastics, rubber closures, tubes, tube liners, etc. are available, the possibilities for interaction between the packaging components and the formulation ingredients are immense. Some of the packaging elements themselves are subject to physical and chemical changes that may be time-temperature dependent.

Frequently it is necessary to use a well-closed or a tight container to protect a pharmaceutical product. A *well-closed container* is used to protect its contents from extraneous solids or a loss in potency of the active ingredient under normal commercial conditions. A *tight container* protects the contents from contamination by extraneous materials, loss of contents, and from efflorescence, deliquescence, or evaporation, and is capable of tight reclosure. When the packaging and storage of an official article in a well-closed or tight container is specified, water permeation tests should be performed on the selected container.

In a stability program, the appearance of the container with special emphasis on the inner walls, the migration of ingredients onto/into the plastic or into the rubber closure, the migration of plasticizer or components from the rubber closure into the formulation, the possibility of two-way moisture penetration through the container walls, the integrity of the tac-seal, and the back-off torque of the cap must be studied.

Glass, plastics, and metals are the commonly used components of pharmaceutical containers.

Traditionally, glass has been the most widely used container for pharmaceutical products to insure inertness, visibility, strength, rigidity, moisture protection, ease of reclosure, and economy of packaging. While glass has some disadvantages such as the leaching of alkali and insoluble flakes into the formulation, these can be offset by the choice of an appropriate glass. As the composition of glass formulations may be varied by the amounts and types of sand and silica added and the heat treatment conditions used, the proper container for any formulation can be selected.

New, unused glass containers are tested for resistance to attack by high-purity water using a sulfuric acid titration to determine the amount of released alkali. Both glass and plastic containers are used to protect light-sensitive formulations from degradation. The amount of transmitted light is measured using a spectrometer of suitable sensitivity and accuracy.

Glass is generally available in flint, amber, blue, emerald green, and certain light-resistant green and opal colors. The blue-, green-, and flint-colored glasses, which transmit ultraviolet and violet light rays, do not meet the official specifications for light-resistant containers.

Colored glass is not usually used for injectable preparations since it is difficult to detect the presence of discoloration, glass particles, and particulate matter in the formulations. Light-sensitive drugs for parenteral use are usually sealed in flint ampuls and placed in a box. Multiple-dose vials should be stored in a dark place.

Manufacturers of prescription drug products should include sufficient information on their product labels to inform the pharmacist of the type of dispensing container needed to maintain the identity, strength, quality, and purity of the product. This brief description of the proper container, eg, light-resistant, well-closed or tight, may be omitted for those products dispensed in the manufacturer's original container.

**Plastics**—Plastic containers have become very popular for storing pharmaceutical products. Polyethylene, polystyrene, polyvinyl chloride, and polypropylene are used to prepare plastic containers of various densities to fit specific formulation needs.

Factors such as plastic composition, processing and cleaning procedures, contacting media, inks, adhesives, absorption, adsorption, and permeability of preservatives also affect the suitability of a plastic for pharmaceutical use. Hence, biological test procedures are used to determine the suitability of a plastic for packaging products intended for parenteral use and for polymers intended for use in implants and medical devices. Systemic injection, intracutaneous, and implantation tests are employed. In addition, tests for nonvolatile residue, residue on ignition, heavy metals, and buffering capacity, were designed to determine the physical and chemical properties of plastics and their extracts.

The high-density polyethylene containers, which are used for packaging capsules and tablets, possess characteristic thermal properties, a distinctive infrared absorption spectrum and a density between 0.941 and 0.965 $g/cm^3$. In addition, these containers are tested for light transmission, water vapor permeation, extractable substances, nonvolatile residue, and heavy metals. Where a stability study has been performed to establish the expiration date for a dosage form in an acceptable high-density polyethylene container, any other high-density polyethylene container may be substituted provided that it, too, meets compendial standards and that the stability program is expanded to include the alternate container.

Materials from the plastic itself can leach into the formulation, and materials from the latter can be absorbed onto, into, or through the container wall. Various pharmaceutical preservatives are bound by the barrels of some plastic syringes. However, changing the composition of the syringe barrel from nylon to polyethylene or polystyrene has eliminated the binding in some cases.

A major disadvantage of plastic containers is the two-way permeation of "breathing" through the container walls. Volatile oils and flavoring and perfume agents are permeable through plastics to varying degrees. Components of emulsions and creams have been reported to migrate through the walls of some plastics causing either a deleterious change in the formulation or collapse of the container. Loss of moisture from a formulation is common. Gases, such as oxygen or carbon dioxide in the air, have been known to migrate through container walls and to affect a preparation.

Solid dosage forms, such as penicillin tablets, when stored in some plastics, are deleteriously affected by moisture penetration from the atmosphere into the container.

**Metals**—The pharmaceutical industry was, and to a degree still is, a tin stronghold. However, as the price of tin constantly varies, more aluminum tubes are being used. Lead tubes tend to have pinholes and are little used in the industry.

A variety of internal linings and closure or fold seals are available for both tin and aluminum tubes. Tin tubes can be coated with wax or with vinyl linings. Aluminum tubes are available with epoxy or phenolic resin, wax, vinyl, or a combination of epoxy or phenolic resin with wax. As aluminum is able to withstand the high temperatures required to cure adequately epoxy and phenolic resins, tubes made from this metal presently offer the widest range of lining possibilities.

Closure foldseals may consist of unmodified vinyl resin or plasticized cellulose and resin with or without added color.

Collapsible tubes are available in many combinations of diameters, lengths, openings, and caps. Custom-use tips for ophthalmic, nasal, mastitis, and rectal applications are also available. Only a limited number of internal liners and closure seals are available for tubes fitted with these special-use tips.

Lined tubes from different manufacturers are not necessarily interchangeable. While some converted resin liners may be composed of the same base resin, the actual liner may have been modified to achieve better adhesion, flow properties, drying qualities, or flexibility. These modifications may have been necessitated by the method of applying the liner, the curing procedure, or finally by the nature of the liner itself.

## Closures

The closures for the formulations must also be studied as a portion of the overall stability program. While the closure must form an effective seal for the container, the closure must not react chemically or physically with the product. It must not absorb materials from the formulation or leach its ingredients into the contents.

The integrity of the seal between the closure and container depends on the geometry of the two, the materials used in their construction, the composition of the cap liner, and the tightness with which the cap has been applied. Torque is a measure of the circular force, measured in inch-pounds, which must be applied to open or close a container. When pharmaceutical products are set up on a stability study, the formulation must be in the proposed market package. Thus they should be capped with essentially the same torque to be used in the manufacturing step.

Rubber is a common component of stoppers, cap liners, and parts of dropper assemblies. Sorption of the active ingredient, preservative, or other formulation ingredients into the rubber and the extraction of one or more components of the rubber into the formulation are common problems.

The application of an epoxy lining to the rubber closure reduces the amount of leached extractives but has essentially no effect on the sorption of the preservative from the solution. Teflon-coated rubber stoppers may prevent most of the sorption and leaching.

### References

1. Lintner CJ: *Quality Control in the Pharmaceutical Industry*, vol 2, Academic, New York, 141, 1973.
2. *Current Good Manufacturing Practice*, Code of Federal Regulations, Title 21, Food and Drugs, Part 211. 1980.
3. Lintner CJ: *et al: Am Perfum Cosmet 85* (*Dec.*): 31, 1970.
4. Kennon L: *J Pharm Sci 53*: 815, 1964.
5. McMinn CS, Lintner CJ (oral presentation), APhA Acad. Pharm. Sci Mtg, Ind Pharm Tech Sect, Chicago, IL, May 14, 1973.
6. Bentley DL: *J Pharm Sci 59*: 464, 1970.

### Bibliography

Windheuser JJ, ed: *The Dating of Pharmaceuticals*, Univ. Extension, Univ. Wisconsin, Madison, WI, 1970.

Wagner JG, ed: *Biopharmaceutics and Relevant Pharmacokinetics*, Hamilton Press, Hamilton, IL, 1971.

Lachman L, *et al*: *The Theory and Practice of Industrial Pharmacy*, 2nd ed, Lea & Febiger, Philadelphia, 1976.

PU 0096480

# EXHIBIT 36

## Doxorubicin Hydrochloride

$C_{27}H_{29}NO_{11}\cdot HCl$ 579.99

5,12-Naphthacenedione, 10-[(3-amino-2,3,6-trideoxy-α-L-*lyxo*-hexopyranosyl)oxy]-7,8,9,10-tetrahydro-6,8,11-trihydroxy-8-(hydroxylacetyl)-1-methoxy-, hydrochloride (8*S*-*cis*)-.

(8*S*,10*S*)-10-[3-Amino-2,3,6-trideoxy-α-L-*lyxo*-hexopyranosyl)-oxy-8-glycoloyl]-7,8,9,10-tetrahydro-6,8,11-trihydroxy-1-methoxy-5,12-naphthacenedione hydrochloride [*25316-40-9*].

» Doxorubicin Hydrochloride contains not less than 98.0 percent and not more than 102.0 percent of $C_{27}H_{29}NO_{11}\cdot HCl$, calculated on the anhydrous, solvent-free basis.

[*Caution—Great care should be taken to prevent inhaling particles of doxorubicin hydrochloride and exposing the skin to it.* ]

***Change to read:***

**Packaging and storage—** Preserve in tight containers, ■and store at controlled room temperature, except where it is labeled as amorphous, in which case it should be stored in the freezer.■ *1S (USP28)*
■(Official September 7, 2004)■ *1S (USP28)*

***Add the following:***

■**Labeling—** The amorphous form is so labeled. ■ *1S (USP28)*
■(Official September 7, 2004)
■ *1S (USP28)*




USP Reference standards ⟨11⟩ — *USP Doxorubicin Hydrochloride RS*.

**Identification—** The retention time of the doxorubicin peak in the chromatogram of the *Assay preparation* corresponds to that in the chromatogram of the *Standard preparation*, as obtained in the *Assay*.

***Change to read:***

**Crystallinity** ⟨ 695 ⟩ **:** meets the requirements, ▪except that where it is labeled as amorphous, most of the particles do not exhibit birefringence and extinction positions.

▪ *1S (USP28)*
▪(Official September 7, 2004)▪ *1S (USP28)*

**pH** ⟨ 791 ⟩ **:** between 4.0 and 5.5, in a solution containing 5 mg per mL.

**Water,** *Method I* ⟨ 921 ⟩ **:** not more than 4.0%.

**Chromatographic purity—** Proceed as directed in the *Assay*, except to use, instead of the *Assay preparation*, a test solution prepared by dissolving Doxorubicin Hydrochloride in *Mobile phase* to obtain a solution containing about 0.5 mg per mL. From the chromatogram of the test solution, calculate the percentage of impurities taken by the formula:

$$100S/(S + r),$$

in which $S$ is the sum of the responses of the minor component peaks; and $r$ is the response of the major doxorubicin peak: the total of any impurities detected is not more than 2.0%.

**Limit of solvent residues** (as acetone and alcohol)—

*Standard solution—* Transfer to a 100-mL volumetric flask about 200 mg of acetone, 300 mg of dehydrated alcohol, and 1000 mg of dioxane, each accurately weighed, and mix. Dilute with water to volume, and mix. Transfer 5.0 mL of the resulting solution to a 50-mL volumetric flask, dilute with water to volume, and mix. This solution contains about 0.2 mg of acetone, 0.3 mg of $C_2H_5OH$, and 1 mg of dioxane per mL.

*Solvent—* Transfer about 100 mg of dioxane, accurately weighed, to a 100-mL volumetric flask, dilute with water to volume, and mix.

*Test solution—* Dissolve about 200 mg of Doxorubicin Hydrochloride in 3.0 mL (3.0 g) of *Solvent*.

*Chromatographic system* (see *Chromatography* ⟨ 621 ⟩)— The gas chromatograph is equipped with a flame-ionization detector and a 4-mm × 2-m column packed with 8% to 10% liquid phase G16 and 2% potassium hydroxide on 100- to 120-mesh support S1A. The column temperature is maintained at about 60°, and helium is used as the carrier gas. Adjust the column temperature and carrier gas flow rate so that dioxane elutes in about 6 minutes. Chromatograph the *Standard solution*, and record the peak responses as directed for *Procedure:* the relative retention times are about 0.2 for acetone, 0.5 for alcohol, and 1.0 for dioxane; the resolution, $R$, between adjacent peaks is not less than 2.0; the tailing factor for the alcohol peak is not more than 1.5; and the relative standard deviations of the ratios of the peak responses of the acetone and dioxane peaks and of the alcohol and dioxane peaks for replicate injections is not more than 4.0%.

*Procedure*— Separately inject equal volumes (about 1 µL) of the *Standard solution* and the *Test solution* into the chromatograph, record the chromatograms, and measure the areas for the major peaks. Calculate the percentage, by weight, of acetone ($CH_3COCH_3$) and alcohol ($C_2H_5OH$), respectively, in the portion of Doxorubicin Hydrochloride taken by the same formula:

$$100(C_A / C_D)(D_U / W_U)(R_U / R_S),$$

in which $C_A$ is the concentration, in mg per mL, of acetone or alcohol in the *Standard solution;* $C_D$ is the concentration, in mg per mL, of dioxane in the *Standard solution;* $D_U$ is the total quantity, in mg, of dioxane in the *Test solution;* $W_U$ is the quantity, in mg, of Doxorubicin Hydrochloride taken to prepare the *Test solution;* and $R_U$ and $R_S$ are the area ratios of the analyte peak (acetone or alcohol) to the dioxane peak obtained from the *Test solution* and the *Standard solution,* respectively: not more than 0.5% of acetone is found; and the total of acetone and alcohol is not greater than 2.5%. Use the combined percentage of acetone and alcohol obtained to calculate the result obtained as directed in the *Assay* on the solvent-free basis.

Assay—

*Mobile phase*— Prepare a suitable mixture of water, acetonitrile, methanol, and phosphoric acid (540:290:170:2). Dissolve 1 g of sodium lauryl sulfate in 1000 mL of this solution, adjust with 2 N sodium hydroxide to a pH of 3.6 ± 0.1, and degas. Make adjustments if necessary (see *System Suitability* under Chromatography ⟨621⟩).

*Resolution solution*— Dissolve about 10 mg of Doxorubicin Hydrochloride in 5 mL of water, add 5 mL of phosphoric acid, and allow to stand for about 30 minutes. Adjust with 2 N sodium hydroxide (about 37 mL) to a pH of 2.6 ± 0.1, add 15 mL of acetonitrile and 10 mL of methanol, mix, and filter. [NOTE—Portions of this solution may be frozen until needed, then thawed, and mixed before use.]

*Standard preparation*— Dissolve an accurately weighed quantity of USP Doxorubicin Hydrochloride RS in *Mobile phase* to obtain a solution having a known concentration of about 0.1 mg per mL.

*Assay preparation*— Transfer about 20 mg of Doxorubicin Hydrochloride, accurately weighed, to a 200-mL volumetric flask, add *Mobile phase* to volume, and mix.

*Chromatographic system* (see Chromatography ⟨621⟩)— The chromatograph is equipped with a 254-nm detector and a 4.6-mm × 25-cm column that contains packing L13. The flow rate is about 1.5 mL per minute. Chromatograph the *Standard preparation,* and record the peak responses as directed for *Procedure:* the tailing factor for the doxorubicin peak is not

less than 0.7 and not more than 1.2; the column efficiency, determined from the doxorubicin peak, is not less than 2250 theoretical plates; and the relative standard deviation for replicate injections is not more than 1.0%. Chromatograph the *Resolution solution*, and record the peak responses as directed for *Procedure:* the relative retention times are about 0.6 for doxorubicinone and 1.0 for doxorubicin; and the resolution, *R*, between doxorubicinone and doxorubicin is not less than 5.5.

*Procedure*— Separately inject equal volumes (about 20 µL) of the *Standard preparation* and the *Assay preparation* into the chromatograph, record the chromatograms, and measure the responses for the major peaks. Calculate the quantity, in mg, of $C_{27}H_{29}NO_{11} \cdot HCl$ in the Doxorubicin Hydrochloride taken by the formula:

$$0.2CP(r_U / r_S),$$

in which *C* is the concentration, in mg, of USP Doxorubicin Hydrochloride RS in each mL of the *Standard preparation; P* is the content, in µg per mg, of $C_{27}H_{29}NO_{11} \cdot HCl$ in the USP Doxorubicin Hydrochloride RS; and $r_U$ and $r_S$ are the responses of the doxorubicin peak obtained from the *Assay preparation* and the *Standard preparation*, respectively.

**Auxiliary Information**— *Staff Liaison* : William W. Wright, Ph.D., Scientific Fellow
*Expert Committee* : (PA7) Pharmaceutical Analysis 7
*USP28–NF23* Page 695
*USP28–NF23 Supplement* : No. 1 Page 3219
*Pharmacopeial Forum* : Volume No. 29(1) Page 66
*Phone Number* : 1-301-816-8345
Chromatographic Reagent—

DOXORUBICIN HYDROCHLORIDE

Chromatographic reagents text is not derived from, and not part of, USP 28 or NF 23.