IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY LLC ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-833 (KAJ) |
| ) | |
| v. ) | |
| ) | |
| SICOR INC. and ) | |
| SICOR PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

**FILED UNDER SEAL**

**EXHIBIT 32 TO**
**PHARMACIA & UPJOHN'S OPENING CLAIM CONSTRUCTION BRIEF**

                                              MORRIS, NICHOLS, ARSHT & TUNNELL
                                              Jack B. Blumenfeld (#1014)
                                              Maryellen Noreika (#3208)
                                              1201 N. Market Street
                                              P.O. Box 1347
                                              Wilmington, Delaware  19899-1347
                                              (302) 658-9200
                                              mnoreika@mnat.com
                                                Attorneys for Plaintiff
                                                Pharmacia & Upjohn Company LLC

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
McDONNELL BOEHNEN
 HULBERT & BERGHOFF LLP
300 S. Wacker Drive
Chicago, Illinois  60606
(312) 913-0001

May 31, 2006

# SEALED DOCUMENT