IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY, | ) | **REDACTED PUBLIC VERSION** |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-833-KAJ |
| v. | ) | |
| | ) | |
| SICOR INC. and SICOR | ) | |
| PHARMACEUTICALS, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**APPENDIX TO DEFENDANTS'**
**OPENING CLAIM CONSTRUCTION BRIEF**

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com
*Attorneys for Defendants*

*Of Counsel:*
Reid L. Ashinoff
Michael S. Gugig
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700

Jordan A. Sigale
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
Chicago, Illinois 60606
(312) 876-8000

Dated: June 2, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHARMACIA & UPJOHN COMPANY, LLC,   )
                                  )
           Plaintiff,       )
                                  )
       v.              )     C.A. No. 04-833-KAJ
                                  )
SICOR INC. and                )
SICOR PHARMACEUTICALS, INC.,     )
                                  )
          Defendants.      )

APPENDIX TO DEFENDANTS'
OPENING CLAIM CONSTRUCTION BRIEF

Exhibit A   -    U.S. Patent No. 6,107,285 (filed Jan. 29, 1992).

Exhibit B   -    Package Insert for Sicor Idarubicin Hydrochloride Injection, November 2005.

Exhibit C   -    Excerpts of the Expert Report of Dr. Douglas S. Clark, dated August 15, 2005: pp 1-4, 12-15, and 21-27.

Exhibit D   -    Excerpts of the Expert Report of Jacob H. Beijnen dated September 26, 2005: pp 1-4, 7-8, 23-26, and 53.

Exhibit E   -    "Compounding Procedure for Idarubicin Hydrochloride Injection 10 mg/vial Bulk Solution," taken from Sicor AADA for Idarubicin Hydrochloride Injection, December 23, 1998.

Exhibit F   -    U.S. Patent No. 3,590,028 (filed April 18, 1968).

Exhibit G   -    Dennis M. Hoffman, et al., *Stability of Refrigerated and Frozen Solutions of Doxorubicin Hydrochloride*, 36 Am. J. Hosp. Pharm. 1536 (1979).

Exhibit H   -    *Manual of Patent Examining Procedure* §§ 201.06, 201.07, 2111.03 (8th ed., Rev. 3, 2005).

Exhibit I   -    Relevant portions of the prosecution history of the '285 patent: PI 730; PI 875-86; PI 899-903; PI 917-20; PI 923-42; PI 48; PI 122;, and PU0014832; PU0014911-13; PU0015046-50; PU0015067-71; PU0015075-79; PU0015155-68.

Exhibit J   -    *Cryovac Inc., v. Pechiney Plastic Packaging, Inc.*, No. 04-1278-KAJ, 2006 WL 956599 (D. Del. April 13, 2006).

| | | |
|---|---|---|
| Exhibit K | - | Joint Claim Construction Chart. |
| Exhibit L | - | Portions of Declaration of Carlo Confalonieri, dated December 9, 1992: PU0016632-50 and PU0016666-70. |
| Exhibit M | - | *Random House Dictionary of the English Language* 1087, 1286 (Jess Stein ed. 1983). |
| Exhibit N | - | *Webster's New Universal Unabridged Dictionary* (*Webster's New Twentieth Century Dictionary*) 1353, 1635 (2d ed. 1983). |
| Exhibit O | - | *The American Heritage Dictionary: Second College Edition* 936, 1105 (1982). |

.

# EXHIBIT A

# United States Patent [19]

## Gatti et al.

| | |
|---|---|
| [11] | Patent Number: **6,107,285** |
| [45] | Date of Patent: **\*Aug. 22, 2000** |

[54] **INJECTABLE READY-TO-USE SOLUTIONS CONTAINING AN ANTITUMOR ANTHRACYCLINE GLYCOSIDE**

[75] Inventors: **Gaetano Gatti**, Sesto San Giovanni; **Diego Oldani**, Robecco sul Naviglio; **Giuseppe Bottoni**, Bergamo; **Carlo Confalonieri**, Cusano Milanino; **Luciano Gambini**, Cornaredo; **Roberto De Ponti**, Milan, all of Italy

[73] Assignee: **Pharmacia & UpJohn Company**, Kalamazoo, Mich.

[ * ] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: **07/827,742**

[22] Filed: **Jan. 29, 1992**

### Related U.S. Application Data

[62] Division of application No. 07/503,856, Apr. 3, 1990, Pat. No. 5,124,317.

[30] **Foreign Application Priority Data**

Aug. 2, 1985 [GB] United Kingdom .................. 8519452

[51] Int. Cl.$^7$ ............................................. A61K 31/70
[52] U.S. Cl. ................................... 514/34; 536/6.4
[58] Field of Search ..................... 536/6.4, 34; 424/78; 514/34

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,590,028 | 6/1971 | Arcamone et al. . |
| 3,686,163 | 8/1972 | Arcamone et al. . |
| 4,035,566 | 7/1977 | Modest et al. . |
| 4,039,633 | 8/1977 | Zelinski . |
| 4,039,663 | 8/1977 | Penco et al. . |
| 4,039,736 | 8/1977 | Bradner et al. . |
| 4,046,878 | 9/1977 | Patelli et al. .............................. 514/34 |
| 4,058,519 | 11/1977 | Arcamone et al. .......................... 514/34 |
| 4,067,969 | 1/1978 | Penco et al. . |
| 4,075,328 | 2/1978 | Ducep et al. . |
| 4,109,076 | 8/1978 | Henry et al. .............................. 536/4 |
| 4,109,079 | 8/1978 | Kawahara et al. . |
| 4,177,264 | 12/1979 | Wu et al. . |
| 4,250,303 | 2/1981 | Wu et al. . |
| 4,296,105 | 10/1981 | Baurain et al. . |
| 4,325,947 | 4/1982 | Penco et al. . |
| 4,327,087 | 4/1982 | Rosenkrantz et al. . |
| 4,438,105 | 3/1984 | Sarato et al. . |
| 4,537,593 | 8/1985 | Alchas .............................. 604/411 |
| 4,564,054 | 1/1986 | Gustavsson .............................. 141/329 |
| 4,576,211 | 3/1986 | Valentini et al. .............................. 141/329 |
| 4,588,403 | 5/1986 | Weiss et al. .............................. 604/411 |
| 4,675,311 | 6/1987 | Gatti et al. . |
| 4,746,516 | 5/1988 | Moro et al. .............................. 514/34 |
| 4,786,281 | 11/1988 | Valentini et al. .............................. 604/256 |
| 4,946,831 | 8/1990 | Gatti et al. .............................. 514/34 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 1005760 | 2/1977 | Canada . |
| 1041488 | 10/1978 | Canada . |
| 1046507 | 1/1979 | Canada . |
| 1046508 | 1/1979 | Canada . |
| 1204738 | 5/1980 | Canada . |
| 1129344 | 8/1982 | Canada . |
| 1203482 | 4/1986 | Canada . |
| 129606 | 1/1985 | European Pat. Off. . |
| 0 401 896 A1 | 12/1990 | European Pat. Off. . |
| 2 314 725 | 1/1977 | France . |
| 2 432 525 | 2/1980 | France . |
| 29 27 452 | 1/1980 | Germany . |
| 35 36 896 | 4/1986 | Germany . |
| 60-92212 | 10/1983 | Japan . |
| 6092212 | 5/1985 | Japan . |
| 8502869 | 10/1985 | Netherlands . |
| 2 007 645 | 5/1979 | United Kingdom . |
| 2 124 224 | 2/1984 | United Kingdom . |
| 216751 | 4/1986 | United Kingdom . |
| 2 178 311 | 2/1987 | United Kingdom . |
| 985598 | 3/1995 | United Kingdom . |

#### OTHER PUBLICATIONS

Arcamone et al, "Structure and Physicochemical Properties", Internation Symposium on Adriamycin (1972) pp. 9–22.

Benvenuto et al, *American Journal of Hospital Pharmacy*, vol. 38 Dec. 1981, pp. 1914–1918.

Beijnen et al, *Pharmaceutical Weekblad Scientific Editor*, vol. 7 (1985) pp. 109–116.

Wasserman et al, *International Journal of Pharmaceuticals* vol. 19 (1983) pp. 73–78.

Bosanquet, *Cancer Chemother Pharmacol.* (1986) vol. 17 pp. 1–10.

Electrochemical Properties of Adriamycin Adsorbed on a Mercury Electrode Surface Bull. Chem. Soc. Japan, Sep., 1984; vol. 57, pp. 2383–2390; Kenji Kano, Tomonori Konse, Naomi Nishimura and Tanekazu Kubota.

The Effects of the pH and the Temperature on the Oxidation–reduction Properties of Adriamycin Adsorbed on a Mercury Electrode Surface Bull. Chem. Soc. Japan, Feb. 1985; vol. 58, pp. 424–428; Kenji Kano, Tomonori Konse, and Tanekazu Kubota.

American Journal of Hospital Pharmacy, vol. 38, Dec. 1981, pp. 1914–1918, J. Benvenuto, et al., "Stability and Compatibility of Antitumor Agents in Glass and Plastic Containers".

Rote Liste, 1984, Preparation No. 85 031 (with English translation).

(List continued on next page.)

*Primary Examiner*—Elli Peselev
*Attorney, Agent, or Firm*—McDonnell, Boehnen, Hulbert & Berghoff

[57]            **ABSTRACT**

According to the invention there is provided a sterile, pyrogen-free, ready-to-use solution of an anthracycline glycoside, especially doxorubicin, which consists essentially of a physiologically acceptable salt of an anthracycline glycoside dissolved in a physiologically acceptable solvent therefor, which has not been reconstituted from a lyophilizate and which has a pH of from 2.5 to 6.5. The solution of the invention is particularly advantageous for the administration by injection of the anthracycline glycoside drugs, e.g. doxorubicin, in the treatment of both human and animal tumors.

**13 Claims, No Drawings**

**6,107,285**

Page 2

## OTHER PUBLICATIONS

H. Bohme, et al., "Europaisches Arzneibuch III," 1979, p. 654 (with English translation).

*The Interpharm International Dictionary of Biotechnology and Pharmaceutical Manufacturing,* edited by Dean E. Syoder, Publisher Buffalo Grove, IL: Interpharm Press, Inc., 1992.

Merck Index, 10th edition 1983, p. 499, entry 3,435.

Bosanquet, "Stability of solutions of antineoplastic agents during preparation and storage for in vitro assays", *Cancer Chemotherapy and Pharmacology,* vol. 17, 1986, pp. 1–10.

Rolf Kaltofen, Joachim Ziemann et al., *Tabellenbuch Chemie,* 12th edition, pp. 172, 181.

Yüksel, "Determination of Ceftriaxone in Aqueous Humour and Serum Samples by Differential–pulse Adsorptive Stripping Voltammetry", *Analyst,* vol. 119, 1994, pp. 1575–1577.

Falbe et al., *Rompp Chemie Lexikon,* 9th edition, Georg Thieme Verlag Stuttgart, New York, 1992, "Buffers", pp. 3677–3678.

Mortimer, *Chemie,* 3rd edition, Georg Thieme Verlag Stuttgart, New York, 1980, pp. 490–494.

Tan, C. et al., Daunomycin, an Anti–Tumor Antibiotic, in the Treatment of Neoplastic Disease, Mar. 1967, *Cancer* 20:333–353.

Samuels, L.D. et al., "Daunorubicin Therapy in Advanced Neuroblastoma", Apr. 1971, *Cancer* 27:831–834.

Miller, A.A. and Schmidt, C.G., "Clinical Pharmacology and Toxocology of 4A–O–tetrahydropyranyladriamycin", Mar. 1, 1987, *Cancer Research* 47:1461–1465.

Rozencweig, M. et al., "Preliminary Experience with Marcellomycin: Pre–Clinical and Clinical Aspects" p. 5499–561.

Arcamone et al. (1969), "Adriamycin, 14–Hydroxydaunomycin, a New Antitumor Antibiotic from *S. Peucetius* Var. *Caesius,*" *Biotechnology and Bioengineering,* vol. XI, pp. 1101–1110.

Despois et al. (1967), "Isolement D'un Nouvel Antibiotique Doue D'Activite Antitumorale: La Rubidomycine (13.057 R.P.) Identite De La Rubidomycine et De La Daunomycine," *Path. BioL,* vol. 15, pp. 887–891.

Lokich et al. (1983), "Constant Infusion Schedule for Adrimycin: A Phase I–II Clinical Trial of a 30–Day Schedule by Ambulatory Pump Delivery System," *J. Clinical Oncology,* vol. 1, pp. 24–28.

Wassermau and Bundgaard (1983), "Kinetics of the Acid–Catalyzed Hydrolysis of Doxorubicin," *International J. Pharmaceutics,* vol. 14, pp. 73–78.

Merck Index (1996), Mitoxantrone, 12th Edition, Entry 6303, p. 1064.

Martindale (1989), Mitotone, *The Pharmaceutical Press,* 29th Edition, London, Entry 1852–x, pp. 643–645.

ABPI Data Sheet Compendium, 1994–1995, "Novantron Injection," Lederle Laboratories, pp. 752–754.

Geigy Scientific Tables, vol. 3, *Physical Chemistry Composition of Blood Hematology Somatometric Data,* 8th revised and enlarged edition, Edited by C. Lentner, pp. 54–60.

Chemical Abstracts, vol. 92 (1980), 99512 c.

Chemical Abstracts, vol. 94 (1981), 214489f.

Chemical Abstracts, vol. 99 (1983), 146022z.

Chemical Abstracts, vol. 101 (1984), 122451x.

Chemical Abstracts, vol. 102 (1985), 209266k.

Chemical Abstracts, vol. 104 (1986), 39716d.

Arzneimittel–Forschung, vol. 17 (1967), pp. 934–939.

The Merck Index (1983) p. 3436.

Pharmaceutisch Weekblad, Scientific Edition, vol. 7, Jun. 21, 198 pp. 109–116.

Pharmaceutisch Weekbald, Scientific Edition, vol. 8, Apr. 25, 1986 pp. 109–133.

Journal of Chromatography 299 (1984), pp. 489–494.

Patent Abstracts of Japan (1956), 92212.

Martindale, The Extra Pharmacopoeia (1982), pp. 205–208.

Nor. Pharm. Acta, 45, 61–67 (1983).

J. Pharm. Biomed Anal., 2, 297–303 (1984).

American Journal of Hospital Pharmacy, vol. 38, pp. 483–486, Apr., 1981, G. K. Poochikian, et al., "Stability of Anthracycline Antitumor Agents in Four Infusion Fluids".

International Journal of Pharmaceutics, vol. 23, No. 1, pp. 1–11, Jan., 1985, M. J. H. Janssen, et al., "Doxorubicin Decomposition on Storage. Effect of pH, Type of Buffer and Liposome Encapsulation".

The United States Pharmacopeia, Twentieth revision, p. 266, Jul. 1, 1980.

Chemical Abstracts, vol. 88, p. 396, No. 197, p. 396, No. 197526X, 1978, T. Kaniewska, "Study of the Decomposition of Adriamycin".

Journal of Pharmaceutical Sciences, vol. 67, No. 6, pp. 782–785, Jun., 1978, S. Eksborg, "Extraction of Daunorubicin and Doxorubicin and Their Hydroxyl Metabolites: Self–Association in Aqueous Solution".

Journal of Pharmaceutical Sciences, vol. 73, No. 6, pp. 766–770, M. Memozzi, et al., "Self–Association of Doxorubicin and Related Compounds in Aqueous Solution".

International Symposium on Adriamycin, pp. 9–22, 1972, F. Arcamone, et al., "Structure and Physicochemical Properties of Adriamycin (Doxorubicin)".

Journal of Pharmaceutical and Biomedical Analysis, vol. 2, No. 2, pp. 297–303, 1984, S. Eksborg, et al., "Liquid Chromatography in Anticancer Drug Research with Special Reference to Anthraquinone Glycosides".

American Journal of Intravenous Therapy and Clinical Nutrition, vol. 8, No. 4, pp. 15–18, 1981, D. Ketchman, et al., "Cost Benefit and Stability Study of Doxorubicin Following Reconstitution".

Analytical Profiles of Drug Substances, vol. 9, pp. 245–274, 1980, A. Vigevani, et al., "Doxorubicin".

The Korean Pharmacopeia, 4 pages, 1977, Section "Injections".

The Guidelines for Examination for Each Industrial Field, Chapter "Medicament", 4 pages.

International Journal of Pharmaceutics, vol. 14, pp. 73–78, 1983, K. Wasserman, et al., Kinetics of the Acid–Catalyzed Hydrolysis of Doxorubicin.

American Journal of Hospital Pharmacy, vol. 36, pp. 1536–1538, 1979, D. M. Hoffman, et al., "Stability of Refrigerated and Frozen Solutions of Doxorubicin Hydrochloride".

Pharmaceutical Society of Japan Journal, vol. 104, No. 6, pp. 614–623, Jun., 1984, T. Masuike, et al., "Determination of Adriamycin and its Metabolites in Biological Samples Using High Performance Liquid Chromatography. I. Analysis of Serum and Plasma by Direct Injection Method. II. Analysis of Tissues by Extraction Method".

American Journal of Hospital Pharmacy, vol. 38, pp. 483–486, Apr., 1981, G. K. Poochikian, E et al., "Stability of Anthracycline Antitumor Agents in Four Infusion Fluids".

Dorr (1979), "Incompatibilities with Parenteral Anticancer Drugs," *The American Journal of Intravenous Therapy,* Feb./Mar., pp. 42, 45–46, 52.

**6,107,285**
Page 3

Bernard, J., et al. (1969) *Rubidomycin,* Springer–Verlag, Berlin–Heidelberg–New York.

Karlsen, J., et al. (1983), "Stability of Cytotoxic Intravenous Solutions Subjected to Freeze–Thaw Treatment", *Nor. Pharm Acta,* vol. 45, pp. 61–67.

Vogelzang, N.J., et al. (1985), "Phase I Trial of an Implanted Battery–Powered, Programmable Drug Delivery System for Continuous Doxorubicin Administration," *Journal of Clinical Oncology,* vol. 3, No. 3 (Mar.), pp. 407–414.

Falk, K., et al. (1979), "Mutagenicity in Urine of Nurses Handling Cytostatic Drugs", *The Lancet,* Jun. 9, 1979, pp. 1250–1251.

"Union Warns of Cancer Drug Dangers", *Chemistry and Industry,* Jul. 4, 1983.

Lassila, O., et al. (1980), "Immune Function in Nurses Handling cytostatic Drugs", *The Lancet,* Aug. 30, 1980., p. 482.

Abstract of Medical Economics Co., *Chemistry–Industry,* Feb. 7, 1983, p. 99.

*Chemical Abstract,* vol. 99, p. 345 (1983), Abst. No. 99:218014y.

*Topics in Antibiotic Chemistry,* 2, 109–115, 1978.

Young et al. The Anthracycline Antineoplastic Drugs (1981) vol. 305(3) New England J. Med 139.

Casazza, Experimental Studies on New Anthracyclines (1984) (Proc. of Int. Symposium on Adriamycin: Ogawa et al. eds.).

Aubel Sadron et al., Daunorubicin and doxorubicin, anthracycline antibiotics, a physicochemical and biological review (1984) Biochemie 66, pp. 333–352.

Abdella et al., A Chemical perspective on the Anthracycline Antitumor Antibiotics, Env. Health Persp. vol. 64, pp. 3–18 (1985).

Arcamone, Daunomycin and Related Antibiotics. Topics in Antibiotic Chemistry. vol. 2 (Sammes, ed.) (1978).

Brown, Adriamycin and Related Anthracycline Antibiotics, Prog. Med. Chem. 15:124 (1978).

Goormagtigh et al., Anthracycline Glycoside–Membrane Interactions, Biochem. Biophys. Acta: 271–288 (1984).

Skovsgaard et al., Adrimycin, An Antitumor Antibiotic : A Review with Special Reference to Daunomycin, Dan. Med. Bull 22(2):62 (1975).

Bachur et al., Cellular pharmacodynamics of several anthracycline antibiotics (1976) J. Med. Chem 19(5):651.

Suarato, "Antitumor Anthracyclines", *The Chemistry of Antiumour Agents* (1990) (Wilman, ed.).

Legha; "The Anthracyclines and Mitoxantrone", *Cancer Chemotherapy by Infusion* 2nd edition (Lokich et.) (1990) Precept Press.

Bouma et al., Anthracycline Antitumor agents: A review of physcicochemical, analytical and stability properties Pharm. Weekblad Sc. Ed., vol. 8, p. 109 (1986).

Williams, Stability & Compatibility of Admixtures of Antineoplastic Drugs, *Cancer Chemotheraphy by Infusion* 2nd Edition (Lukich et.) (1990) Precept Press.

Williams et al., Photoinactivation of Anthracyclines (1981) Photochemistry & Photobiology, vol. 34, p. 131.

Poochikian et al., Stability of anthracycline antitumor agents in four infusion fluids (1981) Chemical Abstracts, vol. 94.214489f.

Keusters, et al., Stability of solutions of doxorubicin and epirubicin in plastic mini bags for intravesical use after storage at −20° C. and thawing by microwave radiation. (1986) Pharm. Weekblad Sc.Ed. vol 8 p. 144.

Bekers et al., Effect of cyclodextrins on anthracycline stability in acidic aqueous media (1988) Pharm. Weekblad. S. Ed., vol. 10.,207.

Wood, Mary Jayne: Stability of anthracycline cytotoxic agents in solution and infusion fluids–submitted for the degree of Master of Philosophy (The University of Aston in Birmingham). Oct. 1988.

Wood et al., Stability of Doxorubicin, Daunorubicin and Epirubxcin in Plastic Syringes and Minibags (1990) J. Clin. Pharm. Therapeutics vol. 15. p. 279–289.

Crom et al., Pharmacokinetics of Anticancer Drugs in Children, Clin. Pharm. 12:pp. 168–213 (1987).

Greidamus, et al., "Continuous Infusion of Low–dose Doxorubicin, Epirubicin and Mitoxantrone", *Cancer Chemotherapy: A Review,* (1988) Pharm. Weekblad. Sci. Ed., vol. 10, p. 237.

Bachur et al., Daunorubicin and adriamycin metabolism in the golden syrian hamster (1973) Biochem. Med. vol. 8, p. 352.

Haneke et al., Quanititation of Daunorubicin, Doxorubicin, and their Aglycones by Ion–Pair Reversed–Phase Chromatography, J. Pharm. Sci. 70(10): 1112 (1981).

Tomlinson et al., Concomitant Adsorption and Stability of Sonic Anthracycline Antibiotics (Oct. 1982) 71 (10) J. Pharm Sci. 1121.

Von Hoff et al., Daunomycin: An Anthracycline Antibiotic Effective in Acute Leukemia, Adv. Pharm. Chemo. 15:1 (1978).

Cassinelli et al., La Daunomicina: Un Nuovo Antibiotico Ad Attivita Citostatica Isolamento E Proprieta (1963) Giorn. Microbial. 11:167.

Arcamone, La Constitution Chimique de la Daunomycine, Path. Biol. 15(19–20): 893 (1967).

Di Marco et al., Daunomycin, a New Antibiotic of the Rhodomycin Group, Nature 201: 706 (1964).

Anguili et al., Structure of Daunomycin, X–Ray Analysis of N–Br–Acetyl–Daunomycin Solvate, Nature New Biol., 234:78 (Nov. 1971).

Trissel et al., Investigational Drug Information (1978) Drug Intell. Clin. Pharm vol. 12, p. 404.

Handbook on Injectable Drugs (Trissel) 2nd Ed. 1980, p. 562.

Handbook on Injectable Drugs (Trissel) 5th Edition (1988), p. 222–223.

AHFS Drug Information 1984, p. 249–250.

AHFS Drug Information 1990, p. 501–503.

Fischer et al., The Cancer Chemotherapy Handbook 3rd Edition (1989), p. 65–69.

Drug Information for the Health Care Professional USP DI 1991—11th Edition, p. 1080–1084.

Beijnen, et al., Structure Elucidation and Characterization of Daunorubicin Degradation Products (1987) Int. J. Pharm., vol. 34, p. 247.

Bachur, Daunomycin Metabolism in Rat Tissue Slices., J. Pharm. Exp. Ther. 175(2):331.

Riley, et al., Review of New Drugs—1980, U.S. Pharm. 33 (Feb.1981).

Boiron et al., Daunorubicin in the Treatment of Acute Myelocytic Leukemia. The Lancet. (Feb. 1969), p. 330.

Di Marco et al., Activity of Adriamycin (NSC 123127) and Daunomycin (NSC 82151) against Mouse Mammary Carcinoma, Cancer Chemother. Rep., part 1, vol. 56(2):153 (1972).

Barthelemy–Clavey et al., Self-Association of Daunorubicin, FEBS Lett., vol. 46(1), p. 5 (1974).

**6,107,285**

Page 4

Calendi et al., On Physico–Chemical Interactions between Daunomycin and Nucleic Acids, Biochem Biophys. Acta., vol. 103:25. (1965).

Schreier, Binding of Daunomycin to Acidic Phospholipids J. Par. Sci. Tech, vol. 43, No. 4, p. 213 (1989).

Dubost et al., Un nouvel antibiotique a proprieties cytostatiques: la rubidomycine (1963) C.R. Acad. Sci. Paris, 257, p. 813.

Maral et al., Etude Toxicologique et activité Antitumorale Experimentale de la Rubidomycine (13.057 R.P.) Path. Biol., vol. 15, No. 19–20, pp. 903–908 (1967).

Depois et al: Un nouvel antibiotique dove d'activite antimumorale la rubidomycine (13.057 R.P.), J. Preparation et properties, Arzicial Forsch. 17:934 (1967).

Brazhnikova et al., Physicochemical Properties of Antimumour Antibiotic Rubomycin produced by Act. Cocruleorubidus (1986) Antibiotki 11:763.

"Discovery & Development of Doxorubicin", *Doxorubicin, Anticancer Antibiotics* (Arcamone, eds.) (1981) Academic Press, pp. 1–47.

Blum et al., Adriamycin: A New Anticancer Drug with Significant Clinical Activity, Annals of Int. Med., 80:249–259 (1974).

Arcamone et al., Adriamycin (14–Hydroxydaunomycin), a Novel Antitumor Antibiotic Tetrahedron Letters No. 13, p. 1007–1010.

Di Marco et al., Adriamycin, a New Antibiotic, Antitumour, Activity, Cancer Chem. Reports, part 1, vol. 53, No. 1, p. 33 (1969).

Trissel: A Handbook on Injectable Drugs 2nd edition (1980), p. 196.

Trissel: A Handbook on Injectable Drugs 4th edition (1986), p. 215–217.

Trissel: A Handbook on Injectable Drugs 5th edition (1988), p. 259–264.

McEvoy, AHFS Drug Information 1984, p. 251–254.

AHFS Drug Information 1990, p. 504–507.

Fischer, The Cancer Chemotherapy Handbook 3rd edition (1989), p. 82–87.

Drug Information for the Health Care Professional USP DI (1991) 11th Edition, p. 1217–1222.

Benvenuto et al., Stability & Compatibility of Antitumor Agents in Glass & Plastic Containers, (Dec. 1981), Am. J. Hosp. Pharm., vol. 38, p. 1914.

Walker et al., Doxorubicin Stability in Syringes and Glass Vials and Evaluation of Chemical Contamination, Can J. Hosp. Pharm. 44(2): 71(1991).

Gupta et al., Investigation of the Stability of Doxorubicin Hydrochloride using Factorial Design, Drug Development & Industrial Pharmacy, (1988) vol. 14(12) p. 1657–1671.

Beijnen et al., Stability of intravenous admixtures of doxorubicin and vincristine. Am. J. Hosp. Pharm., vol. 43, p. 3022, (Dec. 1986).

Asker et al., Effect of Glutathione on Photolytic Degradation of Doxorubicin Hydrochloride, J. Par. Sci. Tech. (1988), 42(5)193.

Habib et al., Photostabilization of doxorubicin Hydrochloride with Radioprotective and Photoprotective Agents: Potential Mechanism for Enhancing Chemotherapy during Radiotherapy (Nov.–Dec. 1989) 43 J. Parenteral Science & Technology, vol. 43, No. 6, p. 254, (Nov.–Dec,. 1989).

Speth, et al., Clinical Pharmacokinetics of Doxorubicin, Clin. Pharm., vol. 15, pp. 15–31, (1988).

Yee et al., Adriamycin: A Brief Review (Apr., 1981) Am. J. Int. Ther. Clin Nut. pp. 7–12.

Hoffman et al., Stability of Refrigerated and Frozen Solutions of Doxorubicin Hydrochloride (Nov. 1979), Am. J. Hosp. Pharm. vol. 36(11) 1536–1538.

Karlsen et al., Stability of cytotoxic intravenous solutions subjected to freeze–thaw treatment (1983), Chemical Abstracts, vol. 99, No. 146022, p. 374.

Gaj., et al., Compatibility of Doxorubicin Hydrochloride and Vinblastine Sulfate—The Stability of a Solution Stored in Cormed ®Reservoir Bags or Monoject® Plastic Syringes (May, 1984) Am. J. IV Ther. Clin. Nut., p. 8.

Tavoloni et al., Photolytic Degradation of Adriamycin (1980) Comm. J. Pharm. Pharmacol. vol., 32, p. 860.

Garnick et al., Phase 1 Trial of Long Term Continuous Adriamycin Administration, Proc. Am. Soc. Clin. Oncol., C–106: p. 359, (Mar. 1981).

Lokich et al., Constant Infusion Schedule for Adriamycin: A Phase I–II Clinical Trial of a 30–Day Schedule by Ambulatory Pump Delivery System, J. Clin. Oncol., vol. 1 (1): 24 (1983).

Vogelzang et al., Continuous Doxorubicin Infusion (CDI) Using an Implanted Lithium Battery–Powered Drug Administration Device System, Proc. Am.Soc. Clin.Uncol. C–1030: p. 263, (Mar. 1984).

Legha et al., Reduction of Doxorubicin Cardiotoxicity by Prolonged Continuous Intravenous Infusion, Ann. Int. Med., vol. 96, No. 2, p. 133 (1982).

Pavlik et al., Stability of Doxorubicin in Relation to Chemosensitivity Determinations: Loss of Lethality and Retention of Antiproliferative Activity (1984), Cancer Investigation 2 (6), 449–458.

Dozier et al., Practical Considerations in the Preparation and Administration of Cancer Chemotherapy (Sep. 1983) Am.J. Int. Ther. Clin. Nut., p. 6.

Kirschenbaum et al: Stability of injectable medications after reconstitution, Am. J. Hosp. Pharm.: 33:767–790 (Aug., 1976).

Janssen et al., Doxorubicin decomposition on storage. Effect of pH., type of buffer and liposome encapsulation, (1985) Chemical Abstracts, vol. 102, No. 209226k.

Crommelin et al., Preparation and characterization of doxorubicin–containing liposomes. II. Loading capacity, long–term stability and of doxorubicin–bilayer interaction mechanism (1983) Int. J. Pharm. vol. 17, p. 135.

Van Bommel, et al., Stability of Doxorubicin–Liposomes on Storage: as an Aqueous Dispersion, Frozen or Freeze dried (1984), Int. J. Pharm., vol. 22, pp. 299–310.

Crommelin et al., Preparation and characterization of doxorubicin–containing liposomes: I. Influence of liposome charge and pH of hydration medium on loading capacity and particle size, (1983), Int. J. Pharm., vol. 16, pp. 93–96.

Gupta et al., "Influence of Stabilization Temperature on the Entrapment of Adriamycin", *Albumin Microspheres Drug. Dev. Int. Pharm.,* vol. 13, No. 8, pp. 1471–1482, (1987).

Yanagawa et al., Stability and Releasibility of Adriamycin Ointment (1983).

Vilallonga et al: Interaction of Doxorubicin with Phospholipid Monolayers, J. Pharm. Sci. 67(6), p. 773 (1978).

Duarte–Karim et al., Affinity of adriamycin to phospholipids. A possible explanation for cardiac mirochonorial lesions., (1976) Biochem Biophy. Research Comm., 71(2), p. 658.

Bonadonna et al., Clinical Evaluation of Adriamycin a New Antitumor Antibiotic, Br. Med. J., (3), 503 (Aug. 1969).

**6,107,285**

Page 5

Banks et al., Topical Installation of Doxorubicin Hydrochloride in the Treatment of Recurring Superficial Transitional Cell Carinoma of the Bladder, J. Ulrol., vol. 118, p. 757 (1977).

Bertazzoli et al., Chronic toxicity of adriamycin: a new antineoplastic antibiotic (1972), Tox. Applied Pharm., vol. 2, pp. 287–301.

Wang et al., Therapeutic effect and toxicity of adriamycin in patients with neoplastic disease, (1971) Cancer, 28, p. 837.

Horn et al., Intravesical chemotherapy in a controlled trial with thio–tepa versus doxorubicin hydrochloride (1981) J. Urol., 125:652.

Jacobi et al., Studies on the intravesical action of topically administered G3H–doxorubicin hydrochloride in men: plasma uptake and tumor penetration (1980), J. Urol. 124:34.

Jaenke, R.S.: Delayed and progressive myocardial lesions after adriamycin administration in the rabbit. (1976) Cancer Res. vol. 36, pp. 2958–2966.

Casazza et al., Tumors and dental ocular abnormalities after treatment of infant rats with adriamycin, (1977) Tumor 63:331.

Barranco et al., Survival and cell kinetics effects of adriamycin on mammalian cells, (1973). Cancer Res. 33:11.

Gaj et al., Evaluation of growth in Five Microorganisms in Doxorubicin and Floxuridine Media, (1984) Pharm. Manuf., p. 50.

Sturgeon and Schulman: Electronic Absorption Spectra and Protolytic Equilbria of Doxorubicin: Direct Spectrophotometric Determination of Microconstants, J. Pharm. Sci. 66(7):958, (1977).

Dalmark et al., A Fickian Diffusion Transport Process with Features of Transport Catalysis, J. Gen Physiol. 78:349 (1981).

Masuike et al., Determination of Adriamycin and its Metabolites in Biological samples using high performance liquid chromatography Chemical Abstracts (1984), vol. 101, p. 5.

Barth et al., "Determination of Doxorubicin Hydrochloride.", Pharamaceutical Preparations using High Pressure Liquid Chromatography, (1977) J. of Chromatography vol. 131, p. 375–381.

Arena et al., Analysis of the pharmacokinetic characteristics, pharmacological and chemotherapeutic activity of 14–hydroxy–daunomycin (adriamycin), a new drug endowed with an Antitumor activity, (1971) Drug Res. 21: 1258.

Watson et al., Rapid analytic method for adriamycin and metabolites in human plasma by a thin firm flourescence scanner (1976) Cancer Treat. Rep., vol. 60, No. 11, p. 1611.

Langone et al., Adriamycin and Metabolites: Separation by High Pressure Liquid Chromatography and Qunitation by Radioimmunossay, Biochem Med. 12:283 (1975).

Benjamin et al., Pharmacokinetics and metabolism of adriamycin in man, Clin. Pharm. Ther., 14(4) Part 1, 592.

Epirubicin, Drugs of the Future, vol. 8,(5): p. 402, (1985).

Cersosimo et al., Epirubicin: A Review of the Pharmacology, Clinical Activity , and Adverse Effects of an Adriamycin Analogue, J. Clin. Oncol 4(3), 425 (1986).

Fischer, "The Cancer Chemotherapy Handbook", 3rd Edition, (1989), p. 87–89.

DeVroe, et. al., A Study on the stability of three antineoplastic drugs and on their sorption by i.v. delivery systems and end–line filters, (1990), Int. J. Pharm. vol. 65, p. 49–56.

DeVries, et. al., A Phase 1 and Pharmocokinetic Study with 21 day Continuous infusion of Epirubicin., J. Clin. Oncol., (1987), 5(9), 1445–1451.

Adams, et. al., Pharmaceutical Aspects of Home Infusion Therpay for Cancer Patients, (Apr. 1987), Pharm J., p. 476.

Weenen, et. al., "Pharmacokinetics of 4–Epi–doxorubicin in Man", Invesi. New Drugs, vol. 1, (1983), p. 59.

Arcamone, et. al., "Synthesis and Antitumour Activity of 4–Demethoxydaunorubicin, 4–Demothoxy–7,9–diepidaunorubicin, and their beta anomers", Cancer Treat Rep. 60(7):829 (1976).

Turowski et al., "Visual Compatability of Idarubicin Hydrochloride with selected drugs during simulated Y–site injection", (Oct. 1991), Ans. J. Hosp. Pharm., vol. 48, p. 2181.

Hurtcloup et al., Phase II Trial of Idarubicin (4–Demethoxydaunorubicin) in Advanced Breast Cancer, Eur. J. Cancer Clin. Oncol. 25(3)423 (1989).

Kaplan et al., Phase I Trial of 4– Demethoxydaunorubicin with single i.v. doses, Eur. J. Clin. Cancer Oncol., 18(12) 1303 (1982).

Reich et al., "Carminomycin, Arptheacyclines: Current Status and New Developments,"(1980) (J. Cooke et al., eds.) Academic Press, p. 295.

Brazhnikova et al., "Physical and Chemical Characteristics and Structure of Carminomycin, a New Antitumour Antibiotic", J. Antibiot, 27(4):254 (1974).

Brazhnikova et al., "Carminomycin, a New Antitumour Anthracycline" (1973) Antibiotiki 18:681.

Crooke, "A Review of Carminomycin, A New Anthracycline Developed in the USSR" J. Med. 8(5):295 (1977).

Lankelma et al, "Plasma Concentrations of Carminomycin and Carminomycinol in Man, Measured in High Pressure Liquid Chromatography", Eur. J. Cancer clin. Oncol. 18(4):363 (1982).

Fandrich, "Analysis of Carminomycin in Human Serum by Fluorometric High–Performance Liquid Chromatography", J. Chromatogr. 223 115 (1981).

Oki, "Aclacinomycin A Anthracyclines: Current Status and New Developments", (1980) Academic Press., p. 323.

Oki et al., "Antitumour Anthracycline Antibiotics, Aclacinomycin A and Analogues: I. Taxonomy, Production, Isolation and Physicochemical Properties", J. Antibiot 32(8):791 (1979).

Oki, "New Antitumour Antibiotics, Aclacinomycins A and B", J. Antibiot, 28(10):830 (1975).

Mori et al., "Physicochemical Properties and Stability of Aclacinomycin A Hydrochloride", (1980), Jpn. J. Antibiot 33:618.

Trissel, "Handbook on Injectable Drugs", 5th Edition, p. 707.

Fischer, "The Cancer Chemotherapy Handbook", 3rd Edition, pp. 17–19.

Arcamone et al., "Synthesis and Antitumour Activity of 4–Deoxydaunorubicin and 4–Deoxyadriamycin", J. Med. Chem. 19(12):1424 (1976).

Fischer, "The Cancer Chemotherapy Handbook" 3rd Edition (1989), p. 88.

Salmon et al., "Antitumour Activity of Esorubicin in Human Tumour Clonogenic Assay with Comparison to Doxorubicin", J. Clin. Oncol. 2(4):282 (1984).

Kovach et al., "Phase I Trial & Assay of Rubidozone (NSC 164011) in Patients with Advanced Solid Tumors", (Mar. 1979) Cancer Research vol. 39, p. 823.

**6,107,285**
Page 6

Deprez–de Campanere et al., "Pharmacokinetic, Toxico-logic, and Chemotherapeutic Properties of Detorubicin in Mice: A Comparative Study with Daunourubicin and Adria-mycin", Cancer Treat. Rep., 63(5):861 (1979).

Bono, "The Preclinical Development of Quelamycin and its Initial Clinical Trials.", Anthracyclines: Current Status and New Developments, (1980) Academic Press, p 315.

Gosalvez et al., "Quelamycin, a New Derivative of Adria-mycin with Several Possible Therapeutic Advantages", Eur. J. Cancer 14:1185 (1978).

Reich et al., "Marcellomycin Anthracyclines: Current Status and New Developments", (1980) Academic Press, p. 343.

Nettleston et al., New Antitumour Antibiotics: Musettamy-cin and Marcellomycin from Bohemic Acid Complex: (1977) 30(6) J. Antibiotics 525.

Israel et al., "Adriamycin Analogues: Preparation and Bio-logical Evaulation of Some N–Perfluoroacyl Analogues of Daunorubicin, Adriamycin, and N–(trifluoroacetyl) adria-mycin 14–valerate and their 9,10–Anhydro Derivatives" J. Med. Chem. 25:187 (1982).

Tong et al., "5–Iminodaunorubicin: Reduced Cardiotoxic Properties in an Antitumour Anthracycline", J. Med. Chem. 22(1): 36 (1979).

Arcamone et al., "Synthesis and Antitumour Activity of new Daunorubicin and Adriamycin Analogues" (1978) Experi-entia 34:1255.

Umezawa et al., "Tetrahydropyranyl Derivatives of Dauno-mycin and Adriamycin", J. Antibiot 32(10):1082 (1979).

Chen et al., "Possible Strategies for the Formulation of Antineoplastic Drugs" (1986) Drug. Dev. Ind. Pharm. vol. 12(7) 1041.

Pharmaceutics—The science of dosage form design (Aul-ton) (1988), pp. 242–244, 252–253, 368–369, 374–375, 380–.

Experimental Pharmaceutical Technology, 2nd Ed.(Parrott & Saski), 1965, pp. 132–134, 149–154.

Pharmaceutics & Pharmacy Practice (1982) (Banker & Chalmers), pp. 238–243, 275–278.

Pharmaceutical Dosage Forms: Parenteral Medications: vol. 1 (Avis et al. 1984) "Biopharmaceutics of Injectable Medi-cation" (Motola).

Connors et al., "Chemical Stability of Pharmaceuticals—a Handbook for Pharmacists" (1979) Wiley, pp. 3–7, 44–63, 74–75.

Ozturk et al., "Dissolution of Ionizable Drugs in Buffered and Unbuffered Solutions" (1988) 5(5) Pharm. Res. 272.

Gordon et al., "The Art and Science of Contemporary Drug Development", Prog. Drug. Res. 16:194 (1972).

Pharmaceutical Dosage Forms: Parenteral Medications: vol. 1 (Avis et al., 1984), "Preformulation Research of Parenteral Medications" (Motola & Agharkar).

The Theory & Practice of Industrial Pharmacy (Lachman et al.), 3rd Ed. 1986, p. 191, et seq., pp. 191–194, 195–196, 459–460, 471–472, 477–478, 764–765.

Lin, "Kinetic Study in Formulation Investigation of New Compounds" (1968).

Zoglio, "Preformulation Stability Testing of Parenteral Products" (1968).

Knoop, "The Pharmaceutical Drug Development Process: An Overview" (1988) 22 Drug. Inf. J. 259.

Rees, "Physico–Mechanical Pre–Formulation Studies" (1973) 112 Boll. Chim. Farm. 216.

Monkhouse, "Dosage Forms For Clinical Trials" (1985) 11 (9 & 10) Drug. Dev. Ind. Pharm. 1729.

Graffner et al., "Preformulation Studies in a Drug Develop-ment Program for Tablet Formulations", J. Pharm. Sci. 74(1) 16 (1985).

Davignon et al., Pharmaceutical Aspects of Antitumour Agents (1984) Pharm. Weekbt. 119:1144.

Pharmaceutical Dosage Forms: Parenteral Medications: vol. 2 (Avis et al., 1984) "Formulation for Large Volume Parenterals" (Demorest), pp. 55–63, 68–70, 73–76, 83.

Pharmaceutical Dosage Forms: Parenteral Medications: vol. 1(Avis et al., 1984) "Formulation for Small Volume Parenterals" (DeLuca & Boylan).

Schumacher (ed), Bulk Compounding Technology.

Carlin, "Incompatibilities of Parenteral Medications" (Jun. 1968) 25 Am. J. Hosp. Pharm. 271.

Kalmas, et al., "Solubility Aspects in Parenteral Formula-tion" (May/Jun. 1982) Ind. J. Hosp. Pharm. 94, pp. 94–96, 98, Table I.

Parrott, Formulation of Parenterals.

Lin, "Parenteral Formulations I. Comparisons of Accelarated Stability Data with Shelf–Life Studies", Bull. Par. Drug Assoc. 23(6):269.

Lin, "Parenteral Formulations II. A Stability Testing Pro-gram for Parenteral Products", Bull. Par. Drug. Assoc. 24(2):83.

Lin, "Photochemical Considerations of Parenteral Prod-ucts", Bull. Par. Drug. Assoc. 23 (4):149.

National Coordinating Committee on Large Volume Parenterals, "Recommendations to Pharmacists for Solving Problems with Large–Volume Parenterals", Am. J. Hosp. Pharm. 33:231 (1976).

Zellmer, "Solving Problems with Large–Volume Parenter-als, 1: Pharmacist Responsibility for Compounding Intrave-nous Admixtures", Am. J. Hosp. Pharm. 32:255 (1975).

Pharmaceutical Dosage Forms, "Parenteral Medications: vol. 1 (Avis et al. 1984)—Parenteral Drug Administration: Routes, Precautions, Problems & Complications" (Duma & Akers).

Edward, "pH: An important Factor in the Compatibility of Additives In Intravenous Therapy" (Aug. 1967) vol. 24 Am. J. Hosp. Pharm. 440.

Document entitled "Kinetic pH Profiles", pp. 59–121, 380–385.

Remington's Pharmaceutical Sciences, 18th ed. 1990; ch. 17: Ionic Solutions & Electrolytic Equilibria.

Advances in Pharmaceutical Services, vol. 2 (Bean et al., 1967), pp. 62–75, 80–95.

Fynn, "Buffers–pH Control within Pharmaceutical Systems" (Mar.–Apr. 1980) vol. 34 (2) J. Parenteral Drug Assoc. 139.

Windheuser, "The Effect of Buffers on Parenteral Solutions" (Sep./Oct. 1963) vol. 17(5) Bull Parenteral Drug Assoc.

Rubino, "The Effects of Cosolvents on the Action of Phar-maceutical Buffers" (1987) 41(2) J. Paren. Sci. Tech. 45.

Kramer & Flynn, "Solubility of Organic Hydrochlorides" (Dec. 1972) vol. 61 (12) J. Pharm. Sci. 1896.

Tencheva et al., "New Approach of the Extrapolation Pro-cedure in the Determination of Acid–Base Constants of Poorly Soluble Pharmaceuticals" (1979); Arzneim Forsch/Drug Res. 29 (II) #9.

Bogardus et al., "Solubility of Doxycycline in Aqueous Solutions" (Feb. 1979) vol. 68 (2) J. Pharm. Sci. 188.

Miyazaki et al., "Precaution on Use of Hydrochloride Salts in Pharmaceutical Formulation" (Jun. 1981) 70(6) J. Pharm. Sci. 594.

Greene et al.: Stability of cicplatin in aqueous solution, Am J. Hosp. Pharm. 36:38 (1979).

Stjernstrom et al: Studies on the stability and compatibility of drugs in infusion fluids, Acta Pharm Spec. 15:33 (1978).

Ho: Prediction of Pharmaceutical Stability of Parenteral Solutions III (Feb. 1971) vol. 5, Drug, Int. Clin. Pharm. 47.

Stella: Chemical and Physical Bases Determining the Instability and Incompatibility of Formulated Injectable Drugs (1986) 40(4) J. Paren. Sci. Tech. 142.

Newton: "Physicochemical Determinants of Incompatibility and Instability in Injectable Drug Solutions and Admixtures" (1978 35 Am. J. Hosp. Pharm. 1213.

Mendenhall: Stability of Parenterals (1984) Drugs Dev. Ind. Pharm. 10(8–9) 1297.

Singh et al.: Effect of Solvents and Additives on the Stability of Drugs, Pharma Times 13.

Pope: Accelerated Stability Testing for Prediction of Drug Product Stability—First of a Two–Part Article (Nov., 1980) D & CI 54, pp. 54, 56, 59, 60, 62, 116.

Pope: Accelerated Stability Testing for Prediction of Drug Product Stability—Second of a Two–Part Article (Dec., 1980) D & CI 48, pp. 48, 50, 55, 56, 58, 60, 62, 64–66, 110, 112–116.

Amirjahed: Simplified Method to Study Stability of Pharmaceutical Preparations, J. Pharm. Sci. p. (6):785 (1977).

Vogenberg et al.: Stability Guidelines for Routinely Refrigerated Drug Products, Am. J. Hosp. Pharm. 40:101(1983).

Newton et al.: Estimating shelf–life of drugs in solution. Am. J. Hosp. Pharm. 44:1633 (1987).

Mollica et al.: Stability of Pharmaceuticals. J. Pharm. Sci. 67(4):443 (1978).

King et al: Statistical Prediction of Drug Stability Based on Non–Linear Parameter Extension, J. Pharm. Sci. 73(5):657.

Herrick et al.; Monetary incentive for pharmacists to control drug costs; (Jul. 1985) vol. 42, Am. J. Hosp. Pharm. 1527.

Waller: Documenting i.v. admixture product waste (Aug. 1980) vol. 43, Am. J. Hosp. Pharm. 1914.

Williams et al.: The Lyophilization of Pharmaceuticals: A Literature Review (1984) 38(2) J.. Paren. Sci. Tech. 48.

Flamberg et al.: Manufacturing Considerations in the Lyophilization of Parenteral Products (1986) Pharm. Manuf.3:29–31.

Maral et al.: Un Nouvel Antibiotique Doue D'Activite Antitumorale: La Rubidomycine (13 057 R.P.), II: Activite antitumorale experimentale Arzneimittel Forsch (1967) 17:939.

Beijnen et al.: Aspects of the Degradation Kinetics of Doxorubicin in Aqueous Solution (1986) 32 Int. J. Pharm. 123.

Gjelstrup et al., Almen Farmaci II (1983).

Handbook on Injectible Drugs 3rd Ed. (Trissel), 1983.

Wang et al., "Review of Excipients and pH's for Parenteral Products Used in the United States", Journal of the Parenteral Drug Association 14(6):452 (1980).

Jonkman–de Vries et al., "Pharmaceutical Development of a Parental Lyophilized Formulation of the Novel Indoloquinone Antitumor Agent EO", Cancer Chemother. Pharmacol. 34:416–422 (1994).

Pharmaceutical Sciences, Mack Publishing, (1980), p. 1365–1366.

The Pharmaceutical Codex 11th Ed., 1979, p. 446–447.

The Pharmaceutical Codex 12th Ed. (Lund), 1994, p. 201.

Kjeld Ilver: Almen Galenisk Farmaci—Forel sningsnoter, Dansk Farmaceutforenings Forlag 1971.

Sv. Aage Schou & V. Gaun Jensen: Tr k af den glaeniske farmaci, Store Nordiske Videnskabsboghandel, 1959.

Almen Farmaci, Dansk Farmaceutforenings Forlag 1980.

Erik Sandell: Galenisk Farmaci, 2nd edition, Stockholm 1967.

Erik Sandell: Galenisk Farmaci, 3rd edition, Stockholm 1982.

Alfred N. Martin et al., Physikalische Pharmazie 1975, p. 239.

European Pharmacopeia, vol. III, 1979, p. 656: Citations—D 14.

6,107,285

**1**

# INJECTABLE READY-TO-USE SOLUTIONS CONTAINING AN ANTITUMOR ANTHRACYCLINE GLYCOSIDE

This is a division of application Ser. No. 07/503,856, filed on Apr. 3, 1990, now U.S. Pat. No. 5,124,317.

The present invention relates to a stable intravenously injectable ready-to-use solution of an antitumor anthracycline glycoside, e.g. doxorubicin, to a process for preparing such a solution, and provide the same in a sealed container, and to a method for treating tumors by the use of the said ready-to-use solution.

The anthracycline glycoside compounds are a well known class of compounds in the antineoplastic group of agents, wherein doxorubicin is a typical, and the most widely used, representative: Doxorubicin. Anticancer Antibiotics, Federico Arcamone, 1981, Publ: Academic Press, New York, N.Y.; Adriamycin Review, EROTC International Symposium, Brussels, May, 1974, edited by M.Staquet, Publ. Eur. Press Medikon, Ghent, Belg.;

Results of Adriamycin Therapy, Adriamycin Symposium at Frankfurt/Main 1974 edited by M. Ghione, J. Fetzer and H. Maier, publ.: Springer, New York, N.Y.

At present, anthracycline glycoside antitumor drugs, in particular, e.g., doxorubicin, are solely available in the form of lyophilized preparations, which need to be Reconstituted before administration.

Both the manufacturing and the reconstitution of such preparations expose the involved personnel (workers, pharmacists, medical personnel, nurses) to risks of contamination which are particularly serious due to the toxicity of the antitumor substances.

The Martindale Extra Pharmacopoeia 28th edition, page 175 left column, reports, indeed, about adverse effects of antineoplastic drugs and recommends that "They must be handled with great care and contact with skin and eyes avoided; they should not be inhaled. Care must be taken to avoid extravasation since pain and tissue damage may ensue."

Similarly, Scand. J. Work Environ Health vol.10 (2), pages 71–74 (1984), as well as articles on Chemistry Industry, Issue Jul. 4, 1983, page 488, and Drug-Topics-Medical-Economics-Co, Issue Feb. 7, 1983, page 99 report about severe adverse effects observed in medical personnel exposed to use of cytostatic agents, including doxorubicin.

To administer a lyophilized preparation, double handling of the drug is required, the lyophilized cake having to be first reconstituted and then administered and,moreover,in some cases, the complete dissolution of the powder may require prolonged shaking because of solubilization problems.

As the risks connected with the manufacturing and the reconstitution of a lyophilized preparate would be highly reduced if a ready-to-use solution of the drug were available, we have developed a stable, therapeutically acceptable intravenously injectable solution of an anthracycline glycoside drug, e.g. doxorubicin, whose preparation and administration does not require either lyophilization or reconstitution.

According to the present invention, there is provided a sterile, pyrogen-free, anthracycline glycoside solution which consists essentially of a physiologically acceptable salt of an anthracycline glycoside dissolved in a physiologically acceptable solvent therefor, which has not been reconstituted from a lyophilizate and which has a pH of from 2.5 to 6.5.

Preferably the solution of the invention is provided in a sealed container.

Preferably the anthracycline glycoside is chosen from the group consisting of doxorubicin, 4'-epi-doxorubicin (i.e. epirubicin), 4'-desoxy-doxorubicin (i.e. esorubicin), 4'-desoxy-4'-iodo-doxorubicin, daunorubicin and 4-demethoxydaunorubicin (i.e. idarubicin).

A particularly preferred anthracycline glycoside is doxorubicin.

**2**

Any physiologically acceptable salt of the anthracycline glycoside may be used for preparing the solution of the invention. Examples of suitable salts may be, for instance, the salts with mineral inorganic acids such as hydrochloric, hydrobromic, sulfuric, phosphoric, nitric and the like, and the salts with certain organic acids such as acetic, succinic, tartaric, ascorbic, citric, glutammic, benzoic, methanesulfonic, ethanesulfonic and the like. The salt with hydrochloric acid is a particularly preferred salt, especially when the anthracycline glycoside is doxorubicin.

Any solvent which is physiologically acceptable and which is able to dissolve the anthracycline glycoside salt may be used. The solution of the invention may also contain one or more additional components such as a co-solubilizing agent (which may be the same as a solvent), a tonicity adjustment agent and a preservative. Examples of solvents, co-solubilizing agents, tonicity adjustment agents and preservatives which can be used for the preparation of the anthracycline glycoside solutions of the invention are hereunder reported.

Suitable solvents and co-solubilizing agents may be, for instance, water; physiological saline; aliphatic amides, e.g. N,N-dimethylacetamide, N-hydroxy-2-ethyl-lactamide and the like; alcohols, e.g. ethanol, benzyl alcohol and the like; glycols and polyalcohols, e.g. propyleneglycol, glycerin and the like; esters of polyalcohols, e.g. diacetine, triacetine and the like; polyglycols and polyethers, e.g. polyethyleneglycol 400, propyleneglycol methylethers and the like; dioxolanes, e.g. isopropylidenglycerin and the like; dimethylisosorbide; pyrrolidone derivatives, e.g. 2-pyrrolidone, N-methyl-2-pyrrolidone, polyvinylpyrrolidone (co-solubilizing agent only) and the like; polyoxyethylenated fatty alcohols, e.g. Brij$^R$ and the like; esters of polyoxyethylenated fatty acids, e.g. Cremophor$^R$, Myrj$^R$ and the like; polysorbates, e.g. Tweens$^R$; polyoxyethylene derivatives of polypropyleneglycols, e.g. Pluronics$^R$.

A particularly preferred co-solubilizing agent is polyvinylpyrrolidone.

Suitable tonicity adjustment agents may be, for instance, physiologically acceptable inorganic chlorides, e.g. sodium chloride, dextrose, lactose, mannitol and the like.

Preservatives suitable for physiological administration may be, for instance, esters of para-hydroxybenzoic acid (e.g., methyl, ethyl, propyl and butyl esters, or mixtures of them), chlorocresol and the like.

The above mentioned solvents and co-solubilizing agents, tonicity adjustment agents and preservatives can be used alone or as a mixture of two or more of them.

Examples of preferred solvents are water, ethanol, polyethyleneglycol and dimethylacetamide as well as mixtures in various proportions of these solvents. Water is a particularly preferred solvent.

To adjust the pH within the range of from 2.5 to about 5.0 a physiologically acceptable acid may be added as desired. The acid may be any physiologically acceptable acid, e.g., an inorganic mineral acid such as hydrochloric, hydrobromic, sulfuric, phosphoric, nitric and the like, or an organic acid such as acetic, succinic, tartaric, ascorbic, citric, glutammic, benzoic, methanesulphonic, ethanesulfonic and the like, or also an acidic physiologically acceptable buffer solution, e.g., a chloride buffer, an acetate buffer, a phosphate buffer and the like.

For obtaining pH values from about 5 to about 5.5 the addition of the acid is not, usually, necessary, but only addition of a physiologically acceptable buffer solution, e.g., one of those indicated above, may be required, as desired.

For obtaining pH values from about 5.5 to 6.5 the addition of a physiologically acceptable alkalinizing agent, such as sodium hydroxide, a mono, di- or triethanolamine or the like, or, preferably, buffer solution such as a phosphate buffer, a TRIS buffer or the like is required.

6,107,285

3

The preferred range of pH for the ready-to-use solution of the invention is from 2.5 to 5.5, in particular from about 3 to about 5.2, a pH of about 3 and a pH of about 5 being particularly preferred values.

In the solutions of the invention the concentration of the anthracycline glycoside may vary within broad ranges, preferably, from 0.1 mg/ml to 100 mg/ml, in particular from 0.1 mg/ml to 50 mg/ml, most preferably from 1 mg/ml to 20 mg/ml.

The preferred ranges of concentration may be slightly different for different anthracycline glycosides. Thus, for example, preferred concentrations for doxorubicin are from about 2 mg/ml to about 50 mg/ml, preferably from 2 mg/ml to 20 mg/ml, particularly appropriate values being 2 mg/ml and 5 mg/ml. Similar concentrations are preferred also for 4'-epi-doxorubicin, 4'-desoxy-doxorubicin and 4'-desoxy-4'-iodo-doxorubicin. Preferred ranges of concentration for daunorubicin and 4-demethoxy-daunorubicin are from 0.1 mg/ml to 50 mg/ml, preferably from 1 mg/ml to 20 mg/ml, concentrations of 1 mg/ml and 5 mg/ml being particularly appropriate.

Suitable packaging for the anthracycline glycoside solutions may be all approved containers intended for parenteral use, such as plastic and glass containers, ready-to-use syringes and the like. Preferably the container is a sealed glass container, e.g. a vial or an ampoule.

According to a particularly preferred feature of the invention, there is provided a sterile, pyrogen-free, doxorubicin solution which consists essentially of a physiologically acceptable salt of doxorubicin dissolved in a physiologically acceptable solvent therefor, which has not been reconstituted from a lyophilizate and which has a pH of from 2.5 to 6.5.

In the above indicated preferred feature of the invention the physiologically acceptable salt of doxorubicin may be, e.g. the salt with a mineral inorganic acid such as hydrochloric, hydrobromic, sulfuric, phosphoric, nitric and the like, or the salt with an organic acid such as acetic, succinic, tartaric, ascorbic, citric, glutammic, benzoic, methanesulfonic, ethanesulfonic and the like. The hydrochloride salt is a particularly preferred salt.

For the solution hereabove indicated as a preferred feature of the invention suitable solvents, co-solubilizing agents, tonicity adjustment agents and preservatives may be the same as those previously recited in this specification. Water is a particularly preferred solvent.

Also, the physiologically acceptable acid which may be added to adjust the pH to from 2.5 to about 5, if desired, and the alkanilizing agent which may be added to adjust the pH, if desired, to a value from about 5.5 to 6.5 may be one of those previously specified. When it is desired to adjust the pH of the above said preferred solution to a value of from 2.5 to about 5, hydrochloric acid is an especially preferred acid. Preferred pH values for the above said preferred solutions of the invention are from 2.5 to 5.5, in particular from about 3 to about 5.2, the pH values of 3 and 5 being especially preferred.

Though the concentration of doxorubicin in the above preferred feature may vary within the broad range from 0.1 mg/ml to 100 mg/ml, preferred concentrations are from 2 mg/ml to 50 mg/ml, most preferably from 2 mg/ml to 20 mg/ml: examples of especially preferred concentrations of doxorubicin are 2 mg/ml and 5 mg/ml.

The invention also provides a process for producing a sterile, pyrogen-free anthracycline glycoside solution with a pH of from 2.5 to 6.5, which process comprises dissolving a physiologically acceptable salt of the anthracycline glycoside, which salt is not in the form of a lyophilizate, in a physiologically acceptable solvent therefor; optionally adding a physiologically acceptable acid or buffer to adjust the pH within the said range as desired; and passing the resulting solution through a sterilising filter.

4

One or more additional components such as co-solubilizing agents, tonicity adjustment agents and preservatives, for instance of the kind previously specified, may be added to the solution prior to passing the solution through the sterilising filter.

With the solutions of the invention it is possible to obtain compositions having a very high concentration of the anthracycline glycoside active substance even at 50 mg/ml and more. This constitutes a great advantage over the presently available lyophilized preparates wherein high concentrations of anthracycline glycoside can only be obtained with difficulty because of solubilization problems encountered in reconstitution, mainly with saline. The presence of the excipient, e.g. lactose, in the lyophilized cake, and its generally high proportion in respect of the active substance, even up to 5 parts of excipient per part of active substance, has a negative effect on solubilization so that difficulties may arise in obtaining dissolution of the lyophilized cake, especially for concentrations of anthracycline glycoside higher than 2 mg/ml.

The solutions of the invention are characterized by a good stability. Solutions in various solvents and with different pH's and concentrations have been found to be stable for long periods at temperatures accepted for the storage of pharmaceutical preparations. This is illustrated in the Examples which follow.

Owing to the well known anti-tumor activity of the anthracycline glycoside active drug substance, the pharmaceutical compositions of the invention are useful for treating tumors in both human and animal hosts. Examples of tumors that can be treated are, for instance, sarcomas, including osteogenic and soft tissue sarcomas, carcinomas, e.g., breast-, lung-, bladder-, thyroid-, prostate- and ovarian carcinoma, lymphomas, including Hodgkin and non-Hodgkin lymphomas, neuroblastoma, melanoma, myeloma, Wilms tumor, and leukemias, including acute lymphoblastic leukemia and acute myeloblastic leukemia. Examples of specific tumours that can be treated are Moloney sarcoma Virus, Sarcoma 180 Ascites, solid Sarcoma 180, gross transplantable leukemia, L 1210 leukemia and lymphocytic P 388 leukemia. Thus, according to the invention there is also provided a method of inhibiting the growth of a tumour, in particular one of those indicated above, which comprises administering to a host suffering from said tumour an injectable solution according to the invention containing the active drug substance in an amount sufficient to inhibit the growth of said tumour. The injectable solutions of the invention are administered b rapid intravenous injection or infusion according to a variety of possible dose schedules. Suitable dose schedule for doxorubicin may be, for example, of 60 to 75 mg of active drug substance per m$^2$ of body surface given as a single rapid infusion and repeated at 21 days; an alternative schedule may be of 30 mg/m$^2$ day by intravenous route for 3 days, every 25 days. Suitable dosages for 4'-epi-doxorubicin and 4'-desoxy-doxorubicin may be, for instance, of 75 to 90 mg/m$^2$ given in a single infusion to be repeated at 21 days, and similar dosages may be useful also for 4 '-desoxy-4 '-iodo-doxorubicin. Idarubicin, i.e. 4-demethoxy-daunorubicin, may be. e.g., administered intravenously at a single dose of 13–15 mg/m$^2$ ever, 21 days in the treatment of solid tumours, while in the treatment of leukemias a preferred dose schedule is, e.g., of 10–12 mg/m$^2$ day by intravenous route for 3 days, to be repeated every 15–21 days; similar dosages may be, e.g., followed also for daunorubicin.

The following examples illustrate but do not limit in any way the invention.

With reference to the examples, the stability controls on the ready-to-use solutions were carried out by means of high performance liquid chromatography (HPLC), at the following

6,107,285

5

| Liquid chromatograph | Varian model 5010 |
| Spectrophotometric detector | Kratos model 8700 |
| Integrating recorder | Varian model CDS 401 |
| Injection valve | Rheodyne model 7125 fitted with a 10 mcl sample loop |
| Chromatographic column | Waters μ-Bondapak C18 (length = 300 mm; inner diameter = 3.9 mm; average particle size = 10 mcm) |
| Column temperature | ambient (about 22° C. ± 2° C.) |
| Mobile phase | water : acetonitrile (69:31 v/v) adjusted to pH 2 with phosphoric acid, filtered (sintered glass filter, 1 mcm or finer porosity) and deaerated |
| Mobile phase flow rate | 1.5 ml/min |
| Analytical wavelength | 254 ± 1 nm |
| Integrating recorder sensitivity | 512 |
| Chart speed | 1 cm/min |

At these conditions, the peak of the anthracycline gly-coside showed a retention time of about 6 minutes. The obtained results are reported in the Tables accompanying the examples.

The extrapolation of the analytical data in order to determine the time when the 90% of the initial assay could be expected ($t_{90}$ value) was made following an Arrhenius plot.

This procedure of analytical data treatment is well known and widely used and described in the art: see, e.g., Chemical Stability of Pharmaceuticals, Kennet A. Connors, Gordon L. Amidon, Lloyd Kennon, Publ. John Wiley and Sons, New York, N.Y., 1979.

The term "teflon" refers to "Teflon™".

EXAMPLE 1

| Composition | for 80 vials | (for 1 vial) |
| Doxorubicin.HCl | 0.8 g | (10 mg) |
| Water for injections q.s. to | 0.4 l | (5 ml) |

Doxorubicin.HCl (0.80 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. The pH of the solution was not adjusted. Further

6

de-aerated water for injections was then added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having ⅝ ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (550° C.), 4 weeks (45° C. and 35° C.) and 12 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 1:

TABLE 1

INITIAL VALUES
Concentration:1.994 mg/ml          pH = 5.2
Relative % Assay: 100.0

| | TEMPERATURE | | | | | | | |
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| TIME (weeks) | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 1.992 | 99.9 | 1.917 | 96.1 | 1.768 | 88.7 | 1.493 | 75.0 |
| 2 | | | 1.843 | 92.4 | 1.618 | 81.1 | 1.166 | 58.5 |
| 3 | | | 1.774 | 89.0 | 1.506 | 75.5 | 0.830 | 41.6 |
| 4 | 1.974 | 99.0 | 1.720 | 86.3 | 1.393 | 69.9 | | |
| 12 | 1.980 | 99.3 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4° C. = 815 days
$t_{90}$ at 8° C. = 480 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

EXAMPLE 2

| Composition | for 80 vials | (for 1 vial) |
| Doxorubicin.HCl | 0.8 g | (10 mg) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.4 l | (5 ml) |

Doxorubicin.HCl (0.8 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.4 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials

6,107,285

| 7 | 8 |

having ⅔ ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 12 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 2:

Doxorubicin.HCl (8.0 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.4 l).

The solution was filtered through a $0.22\mu$ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials

### TABLE 2

INITIAL VALUES
Concentration:1.992 mg/ml      pH = 3.0
Relative % Assay: 100.0

|  | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| TIME (weeks) | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 1.995 | 100.2 | 1.952 | 98.0 | 1.919 | 96.3 | 1.493 | 75.0 |
| 2 |  |  | 1.889 | 94.8 | 1.851 | 92.9 | 1.036 | 51.9 |
| 3 |  |  | 1.876 | 94.2 | 1.565 | 78.6 | 0.730 | 36.7 |
| 4 | 1.979 | 99.4 | 1.808 | 90.8 | 1.393 | 69.9 |  |  |
| 12 | 1.972 | 99.0 |  |  |  |  |  |  |

$t_{90}$ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4° C. = 3970 days
$t_{90}$ at 8° C. = 2000 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

### EXAMPLE 3

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 8.0 g | (100 mg) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.4 l | (5 ml) |

having ⅔ ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 12 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 3:

### TABLE 3

INITIAL VALUES
Concentration:20.06 mg/ml      pH = 2.95
Relative % Assay: 100.0

|  | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| TIME (weeks) | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 20.06 | 100.0 | 19.56 | 97.5 | 17.84 | 88.9 | 12.31 | 61.4 |
| 2 |  |  | 18.87 | 94.1 | 15.61 | 77.8 | 7.09 | 35.3 |
| 3 |  |  | 18.24 | 90.9 | 13.41 | 66.8 | 3.13 | 15.6 |
| 4 | 19.91 | 99.2 | 17.51 | 87.3 | 11.07 | 55.2 |  |  |
| 12 | 19.80 | 98.7 |  |  |  |  |  |  |

$t_{90}$ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4° C. = 3700 days
$t_{90}$ at 8° C. = 1780 days

6,107,285

<table>
<tr><td>**9**</td><td>**10**</td></tr>
</table>

Similar stability data can be observed for analogous solutions containing 4'-epi-doxorubicin or 4'-desoxy-doxorubicin, as hydrochloride salts, at the same 20 mg/ml concentration.

or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

### EXAMPLE 4

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| Polyvinylpyrrolidone | 20.00 g | (250.0 mg) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin.HCl (0.80 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. The pH of the solution was not adjusted. Polyvinylpyrrolidone was added and dissolved under stirring and nitrogen bubbling. Further de-aerated water for injections was then added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having ⁵⁄₉ ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 8 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 4:

### EXAMPLE 5

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.800 g | (10.00 mg) |
| N,N-Dimethylacetamide | 0.060 l | (0.75 ml) |
| Propylene glycol | 0.048 l | (0.60 ml) |
| Ethanol | 0.012 l | (0.15 ml) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.400 l | (5.00 ml) |

Doxorubicin.HCl (0.800 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. N,N-dimethylacetamide, propylene glycol and ethanol were subsequently added under stirring and nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.400 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having ⁵⁄₉ ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 8 weeks (4° C.).

#### TABLE 4

INITIAL VALUES
Concentration:1.986 mg/ml        pH = 4.6
Relative % Assay: 100.0

| | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| TIME (weeks) | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 1.984 | 99.9 | 1.928 | 97.1 | 1.797 | 90.5 | 1.605 | 80.8 |
| 2 | | | 1.847 | 93.0 | 1.616 | 81.4 | 1.293 | 65.1 |
| 3 | | | 1.828 | 92.0 | 1.527 | 76.9 | 1.018 | 51.3 |
| 4 | 1.928 | 97.1 | 1.797 | 90.5 | 1.403 | 70.7 | | |
| 8 | 1.989 | 100.1 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4° C. = 1460 days
$t_{90}$ at 8° C. = 835 days

Similarr stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'- iodo-doxorubicin, daunorubicin

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 5:

6,107,285

11

12

### TABLE 5

INITIAL VALUES
Concentration: 2.000 mg/ml            pH = 3.03
Relative % Assay: 100.0

TEMPERATURE

| TIME (weeks) | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
|---|---|---|---|---|---|---|---|---|
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | | | 1.892 | 94.6 | 1.735 | 86.7 | 1.495 | 74.7 |
| 2 | 1.993 | 99.7 | 1.927 | 96.4 | 1.624 | 81.2 | 1.212 | 60.6 |
| 3 | | | 1.908 | 95.4 | 1.432 | 71.6 | 1.032 | 51.6 |
| 4 | 2.00 | 100.0 | 1.863 | 93.2 | 1.266 | 63.3 | | |
| 8 | 1.960 | 98.0 | | | | | | |

t₉₀ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4° C. = 4360 days
$t_{90}$ at 8° C. = 2200 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

### EXAMPLE 6

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.8 g | (10.0 mg) |
| Polyvinylpyrrolidone | 20.0 g | (250.0 mg) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.4 l | (5.0 ml) |

Doxorubicin.HCl (0.8 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. Polyvinylpyrrolidone was added and dissolved under stirring and nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.4 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5⁄7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 8 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 6;

### TABLE 6

INITIAL VALUES
Concentration: 1.973 mg/ml            pH = 2.71
Relative % Assay: 100.0

TEMPERATURE

| TIME (weeks) | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
|---|---|---|---|---|---|---|---|---|
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 2.028 | 102.8 | 1.944 | 98.5 | 1.791 | 90.8 | 1.477 | 74.9 |
| 2 | | | 1.885 | 95.5 | 1.582 | 80.2 | 0.972 | 49.3 |
| 3 | | | 1.840 | 93.2 | 1.402 | 71.0 | 0.632 | 32.0 |
| 4 | 1.913 | 97.0 | 1.853 | 93.9 | 1.273 | 64.5 | | |
| 8 | 1.972 | 99.9 | | | | | | |

t₉₀ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4° C. = 5560 days
$t_{90}$ at 8° C. = 2670 days

6,107,285

| 13 | 14 |
|---|---|

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

Similar stability data can be observed for analogous solutions containing 4'-epi-doxorubicin or 4'-desoxy-doxorubicin, as hydrochloride salts, at the same 20 mg/ml concentration.

### EXAMPLE 7

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 8.00 g | (100.0 mg) |
| N,N-Dimethylacetamide | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

### EXAMPLE 8

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| Ethanol | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1 N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin.HCl (8.00 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. N,N-dimethylacetamide was added under stirring and nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.40 l).

The solution was filtered through a $0.22\mu$ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/1 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 8 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 7:

Doxorubicin.HCl (0.80g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. Ethanol was added under stirring and nitrogen bubbling. Hydrochloric acid 0.1 N was then added dropwise to adjust the pH of the solution to 3. De-aerated water for injections was finally added to bring the solution to its final volume (0.40 l).

The solution was filtered through a $0.22\mu$ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/1 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 12 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 8.

### TABLE 7

INITIAL VALUES
Concentration:19.32 mg/ml          pH = 2.96
Relative % Assay: 100.0

| | | | | TEMPERATURE | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| TIME (weeks) | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 20.1 | 103.5 | 19.14 | 99.1 | 17.34 | 89.8 | 15.57 | 80.6 |
| 2 | | | 19.20 | 99.4 | 15.77 | 81.6 | 12.94 | 67.0 |
| 3 | | | 18.06 | 93.5 | 14.85 | 76.9 | 11.61 | 60.1 |
| 4 | 20.03 | 103.7 | 17.81 | 92.2 | 13.78 | 71.3 | | |
| 8 | 19.99 | 103.5 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4° C. = 1310 days
$t_{90}$ at 8° C. = 770 days

6,107,285

15                                                    16

### TABLE 8

INITIAL VALUES
Concentration:1.979 mg/ml                pH = 3.11
Relative % Assay: 100.0

| | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| TIME (weeks) | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 2.010 | 101.6 | 1.965 | 99.3 | 1.947 | 98.4 | 1.750 | 88.4 |
| 2 | | | 1.957 | 98.9 | 1.910 | 96.5 | 1.645 | 83.1 |
| 3 | | | 1.895 | 95.8 | 1.737 | 87.8 | 1.356 | 68.5 |
| 4 | 1.927 | 97.3 | 1.818 | 91.9 | 1.678 | 84.8 | | |
| 12 | 1.939 | 97.9 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4° C. = 1270 days
$t_{90}$ at 8° C. = 780 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

### EXAMPLE 9

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 8.000 g | (100.00 mg) |
| N,N-Dimethylacetamide | 0.060 l | (0.75 ml) |
| Propylene glycol | 0.048 l | (0.60 ml) |
| Ethanol | 0.012 l | (0.15 ml) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.400 l | (5.00 ml) |

Doxorubicin.HCl (8.000 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. N,N-dimethylacetamide, propylene glycol and ethanol were subsequently added under stirring and nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.400 l).

The solution was filtered through a 0.22µ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 8 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 9:

### TABLE 9

INITIAL VALUES
Concentration:20.07 mg/ml                pH = 2.99
Relative % Assay: 100.0

| | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| TIME (weeks) | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | | | 19.14 | 95.4 | 17.81 | 88.7 | 14.84 | 73.9 |
| 2 | 19.97 | 99.5 | 19.07 | 95.0 | 16.27 | 81.1 | 12.36 | 61.6 |
| 3 | | | 18.08 | 90.1 | 14.62 | 72.9 | 10.04 | 50.0 |
| 4 | 20.06 | 99.9 | 18.03 | 89.8 | 13.20 | 65.8 | | |
| 8 | 19.69 | 98.1 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4° C. = 846 days
$t_{90}$ at 8° C. = 505 days

6,107,285

<table>
<tr><td>17</td><td>18</td></tr>
</table>

Similar stability data can be observed for analogous solutions containing 4'-epi-doxorubicin or 4'-desoxy-doxorubicin, as hydrochloride salts, at the same 20 mg/ml concentration.

Similar stability data can be observed for analogous solutions containing 4'-epi-doxorubicin or 4'-desoxy-doxorubicin, as hydrochloride salts, at the same 20 mg/ml concentration.

### EXAMPLE 10

### EXAMPLE 11

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 8.0 g | (100.0 mg) |
| Polyvinylpyrrolidone | 20.0 g | (250.0 mg) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.4 l | (5.0 ml) |

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| N,N-Dimethylacetamide | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin.HCl (8.0 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. Polyvinylpyrrolidone was added and dissolved under stirring and nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.4 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/2 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45°C. and 35° C.) and 8 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 10:

Doxorubicin.HCl (0.80 g) was dissolved in 90% of the amount of water for injections, de-aerated by nitrogen bubbling. N,N-Dimethylacetamide was added under stirring and nitrogen bubbling. Hydrochloric acid 0.1N was then added dropwise to adjust the pH of the solution to 3. De-aerated water for injections was finally added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/2 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 8 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 11:

### TABLE 10

INITIAL VALUES
Concentration: 19.57 mg/ml     pH = 2.62
Relative % Assay: 100.0

| TIME (weeks) | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 19.54 | 99.9 | 19.11 | 97.6 | 16.88 | 86.2 | 12.48 | 63.8 |
| 2 | | | 18.43 | 94.2 | 14.13 | 72.2 | 6.00 | 30.7 |
| 3 | | | 18.02 | 92.1 | 11.57 | 59.1 | 2.61 | 13.3 |
| 4 | 19.58 | 100.1 | 17.36 | 88.7 | 9.23 | 47.2 | | |
| 8 | 19.34 | 98.8 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4° C. = 2540 days
$t_{90}$ at 8° C. = 1290 days

6,107,285

19                                                    20

## TABLE 11

INITIAL VALUES
Concentration: 1.826 mg/ml                    pH = 3.14
Relative % Assay: 100.0

TEMPERATURE

| TIME (weeks) | 4° C. Conc. mg/ml | 4° C. Rel.% Assay | 35° C. Conc. mg/ml | 35° C. Rel.% Assay | 45° C. Conc. mg/ml | 45° C. Rel.% Assay | 55° C. Conc. mg/ml | 55° C. Rel.% Assay |
|---|---|---|---|---|---|---|---|---|
| 1 | 1.830 | 100.2 | 1.812 | 99.2 | 1.784 | 97.7 | 1.605 | 87.9 |
| 2 | 1.818 | 99.6 | 1.781 | 97.5 | 1.554 | 85.1 | 1.292 | 70.8 |
| 3 |  |  | 1.743 | 95.4 | 1.409 | 77.2 | 1.018 | 55.7 |
| 4 | 1.823 | 99.8 | 1.734 | 95.0 | 1.369 | 75.0 |  |  |
| 8 | 1.792 | 98.2 |  |  |  |  |  |  |

$t_{90}$ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4° C. = 5815 days
$t_{90}$ at 8° C. = 2920 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-epi-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

### EXAMPLE 12

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| Propylene glycol | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin.HCl (0.80 g) was dissolved in 90% of the amount of water for injections de-aerated by nitrogen bubbling. Propylene glycol was added under stirring and nitrogen bubbling. Hydrochloric acid 0.1 N was then added dropwise to adjust the pH of the solution to 3. De-aerated water for injections was finally added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 4 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 12:

## TABLE 12

INITIAL VALUES
Concentration: 1.982 mg/ml                    pH = 3.11
Relative % Assay: 100.0

TEMPERATURE

| TIME (weeks) | 4° C. Conc. mg/ml | 4° C. Rel.% Assay | 35° C. Conc. mg/ml | 35° C. Rel.% Assay | 45° C. Conc. mg/ml | 45° C. Rel.% Assay | 55° C. Conc. mg/ml | 55° C. Rel.% Assay |
|---|---|---|---|---|---|---|---|---|
| 1 | 1.972 | 99.5 | 1.934 | 97.6 | 1.889 | 95.3 | 1.705 | 86.0 |
| 2 |  |  | 1.952 | 98.5 | 1.795 | 90.6 | 1.483 | 74.8 |
| 3 |  |  | 1.935 | 97.6 | 1.699 | 85.7 | 1.153 | 58.2 |
| 4 | 2.056 | 103.7 | 1.788 | 90.2 | 1.460 | 73.7 |  |  |

$t_{90}$ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4° C. = 1794 days
$t_{90}$ at 8° C. = 1025 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml 5 mg/ml concentration.

6,107,285

| 21 | 22 |
|---|---|

### EXAMPLE 13

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| Polyethylene glycol 400 | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin.HCl (0.80 g) was dissolved in 90% of the amount of water for injections, de-aerated by nitrogen bubbling. Polyethylene glycol 400 was added under stirring and nitrogen bubbling. Hydrochloric acid 0.1 N was added dropwise to adjust the pH of the solution to 3. De-aerated water for injections was finally added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 4 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 13:

-continued

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| q.s. to | | |
| Water for injections q.s. to | 0.4 l | (5 ml) |

Doxorubicin.HCl (0.8 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.4 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 4° C. and 8° C. for up to 6 months.

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 14:

#### TABLE 13

INITIAL VALUES
Concentration: 1.907 mg/ml      pH = 3.07
Relative % Assay: 100.0

| TIME (weeks) | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 1.871 | 98.1 | 1.797 | 94.2 | 1.668 | 87.5 | 1.484 | 77.8 |
| 2 | | | 1.710 | 89.7 | 1.608 | 84.3 | 1.237 | 64.9 |
| 3 | | | 1.739 | 91.2 | 1.551 | 81.3 | 1.007 | 52.8 |
| 4 | 1.873 | 98.2 | 1.693 | 88.8 | 1.453 | 76.2 | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4° C. = 1130 days
$t_{90}$ at 8° C. = 680 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

### EXAMPLE 14

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.8 g | (10 mg) |
| Hydrochloric acid 0.1N | pH = 3 | (pH = 3) |

#### TABLE 14

INITIAL VALUES
Concentration: 2.039 mg/ml      pH = 3.06
Relative % Assay: 100.0

| TIME (months) | TEMPERATURE | | | |
|---|---|---|---|---|
| | 4° C. | | 8° C. | |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 1.983 | 97.3 | 1.959 | 96.1 |
| 3 | 1.984 | 97.3 | 1.983 | 97.3 |
| 6 | 2.012 | 98.7 | 2.002 | 98.2 |

6,107,285

23

At the same conditions, similar stability data can be generally observed also for the other solutions mentioned in the preceding examples.

We claim:

1. A physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container.

2. The solution of claim 1 wherein said physiologically acceptable aqueous solvent is selected from the group consisting of water, ethanol, polyethylene glycol, dimethylacetamide, and mixtures thereof.

3. The solution of claim 1 wherein the physiologically acceptable aqueous solvent is water.

4. The solution of claim 1 wherein the concentration of the doxorubicin is from 0.1 to 50 mg/ml.

5. The solution of claim 4 wherein the concentration of doxorubicin is from 1 to 20 mg/ml.

24

6. The solution of claim 1 wherein the concentration of doxorubicin is about 2 mg/ml.

7. The solution of claim 1 wherein the concentration of doxorubicin is about 5 mg/ml.

8. A sealed container containing a stable, intravenously injectable, sterile, pyrogen-free doxorubicin solution which consists essentially of doxorubicin hydrochloride dissolved in a physiologically acceptable solvent therefore, wherein said solution has a pH adjusted to 2.71 to 3.14 with a physiologically acceptable acid and has a concentration of doxorubicin of from 0.1 to 100 mg/ml.

9. The anthracycline glycoside solution of claim 1, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said pH range using said acids.

10. The container of claim 8, wherein said doxorubicin solution exhibits storage stability as a result of said pH being adjusted to the said pH range using said acids.

11. The solution of claim 1 wherein the concentration of anthracycline glycoside is about 1 mg/ml.

12. The solution of claim 11 wherein the physiologically acceptable acid is hydrochloric acid.

13. The solution of claim 12 wherein the anthracycline glycoside is idarubicin hydrochloride.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.     : 6,107,285                                    Page 1 of  4
DATED          : August 22, 2000
INVENTOR(S)    : Gaetano Gatti et al

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page,
Item [56], **Reference Cited**, U.S. PATENT DOCUMENTS; please insert
-- 3,803,124 4/1974 Arcamone et al. --;
FOREIGN PATENT DOCUMENTS please insert -- 3621844 A1 3/1987 Germany --;
please insert -- 1,291,037 1991/10/22 Canada --;
OTHER PUBLICATIONS; please insert the following references:
-- Beijnen et al. (1985), Stability of Anthracycline Antitumor Agents in Infusion
Fluids," J. Parenteral Science and Technology, Vol. 39, pp. 220-222.
        Daugherty et al. (1981), "Photolytic Destruction of Adriamycin," J. Pharm.
Pharmacol. Vol.33, p. 556.
        Dorr and Fritz (1980), "Doxorubicin," Cancer Chemotherapy Handbook,
Elsevier, New York, pp. 388-401.
        Flora et al. (1980), "The Loss of Paraben Preservatives During Freeze Drying,"
J. Pharm. Pharmacol., vol. 32, pp. 577-578.
        Florence and Atwood (1981), "Physicochemical Principles of Pharmacy,"
MacMillan Press, London, p. 475.
        Garnick et al. (1983), "Clinical Evaluation of Long-Term, Continuous
Infusion Doxorubicin," Cancer Treatment Reports, vol. 67, pp. 133-142.
        Henry, D. W. (1976), "Adriamycin," Cancer Chemotherapy, American
Chemical Society Symposium Series, pp. 15-57.
        Kaniewska, T. (1977), "A Study of Decomposition of Adriamycin," Pharmacia
Polska, vol. 9, 539-542.
        Ketchum et al. (1981), "Cost Benefit and Stability Study of Doxorubicin
Following Reconstitution," Am. J. Intravenous Therapy & Clinical Nutrition, vol. 8,
pp. 15-18.
        Kristensen and Moller (1983), "Almen Farmaci II," Dansk Farmaceutforeigs
Forlag, Kobenhavn, pp. 408, 442, 447.
        Menozzi et al. (1984), "Self Association of Doxorubicin and Related
Compounds in Aqueous Solution," J. Pharmaceutical Sciences, vol. 73, pp. 766-770.
        Savlov et al. (1981), "Comparison of Doxorubicin With Cycloleucine
in the treatment of Sarcomas," Cancer Treatment Sciences, vol. 65, pp. 21-27.
        Trissell (1980), "Doxorubicin HCl," Handbook of Injectable Drugs, Third Ed.
(American Society of Hospital Pharmacists, Bethesda, MD), pp. 131-132.
        Williamson et al. (1980), "Doxorubicin Hydrochloride-Aluminium
Interaction," Am. J. Hospital Pharmacy, vol. 40, p. 214.
        Drug Topics, "Cancer Drug Danger," February 7, 1983, p. 99.
        Gutteridge and Wilkins (1983), "Doxorubicin Degradation: Changes in Activity
Compared by Bacterial Growth Inhibition and Free Radical-Dependent Damage to
Deoxyribose," J. Biological Standardization, vol. 11, pp. 359-364.

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.     : 6,107,285                                    Page 2 of 4
DATED          : August 22, 2000
INVENTOR(S)    : Gaetano Gatti et al

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Akbiyik et al. (1979), "Total Lung Irradiation and Chemeotherapy in
Pulmonary Metastates from Carcinoma of the Uterine Cervix and Endometrium,"
J. Nat'l Medical Assn., vol. 71, pp. 1061-1063.

Swinyard, E. A. (1980), "Introductin of New Drugs," Pharmaceutical
Sciences, Mack Publishing Co., Easton, Pennsylvania, pp. 1365-1076.

Nikula et al. (1984). "Chromosome Aberrations in Lymphocytes of
Nurses Handling Cystostatic Agents," Scand. J. Work Environ. Health, vol. 10, pp.
71-74.

U.S. Pharmacopoeia, "Doxorubicin Hydrochloride for Injection," 20th
revision, p. 266.

U.S. Pharmacopoeia (1985), p. 119.

Formularium Der Nederlandse Apothekers, Band V (1983), p. I.8, I.24, I.63-1.64a,
I.82, I.88.

Yoo (1977), Section "Injections" in the Korean Pharmacopoeia, pp. 3, 48-49.

Harris, D. C. (1995), Quantitative Chemical Analysis, Fourth Edition, W. H.
Freeman & Company, New York, pp. 23ochloric Acid," S. Budavari, Ed., Merck
& Co., Inc., Rahway, New Jersey, No. 4703, p. 756.

The Merck Index (1989), "Aclacinomycins," S. Budavari, Ed., Merck &
Co., Inc., Rahway, New Jersey, No. 108, p.17.

Trissell, L. A. (1983), "Investigational Drugs," Handbook on Injectable Drugs,
Third Edition, American Society of Hospital Pharmacists.

German Patent Office Decision dated October 8, 1996 revoking Patent No. 36
21844.

Harris, D. C. (1995), "Quantitative Chemical Analysis," 4th Edition, W. H.
Freeman and Company. --

Item [56], **References Cited** , OTHER PUBLICATIONS; please insert the following
references:

-- Bradner and Misiek, (1977) *The Journal of Antibiotics*, "Bohemic Acid
Complex. Biological Characterization of the Antibiotics, Musettamycin and
Marcellomycin," 30(6)519-522.

Kjeld Ilver, *Almen Galenisk Farmaci-Forelœsningsnoter*, Dansk
Farmaceutforenings Forlag 1971, pp. 132-136. (English translation provided)

Gjelstrup et al. (1983), *Almen Farmaaci I*, Dansk Farmaceutforenings Forlag,
Købonhavn, pp. 404-408, 440, 442-443, 447, 451. (English translation provided)

Erik Sandell, (1967), *Galenisk Farmaci*, 2$_{nd}$ edition, Stockholm, pp. 214.
(English translation provided)

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,107,285                                    Page 3 of  4
DATED         : August 22, 2000
INVENTOR(S)   : Gaetano Gatti et al

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Erk Sandell, (1982), *Galenisk Farmaci*, 3rd edition Stockholm, pp. 123.
(English translation provided)
Svend Aage Schou & V. Gaunø Jensen (1959), *Troek af den flaeniske farmaci*,
Store Nordiske Videnskabsboghandel, pp. 220. (English translation provided)
Arcamone, F. (1977), *Lloydia*, "New Antitumor Anthracyclines," 40(1):45-66.
Naff et al., (1982) *Anthracycline Antibiotics*, "Anthracyclines in the National
Cancer Institute Program, Hassan S. El Khadam, editor, Academic Press, pp.
1-57.
*Formularium Der Nederlandse Apothekers*, (1983) pp..I.8, I.24, I.63.
*Formularium DerNederlandse Apothekers*, (1979) pp. I.64, I.82.
*Formularium Der Nederlandse Apothekers*, (1985) pp. I.64a.
*Formularium Der Nederlandse Apothekers*, (1989) pp. I.88.
*Formularium Der Nederlandse Apothekers*, (1992) pp. I.63a.

Harris, *Quantitative Chemical Analysis*, Fourth Edition, W.H. Freeman &
Company, New York, pp. 240.
Bernard et al., editors (1969), *Rubidomycin A New Agent Against Cancer*,
pp. ix-181.--;

Column 4,
Line 57, please delete "mg//m$^2$" and insert -- mg/m$^2$ --;
Line 67, after "following" please insert -- experimental conditions: --;

Column 6,
Line 15, please delete "550° C" and insert -- 55° C --;

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 6,107,285                                    Page 4 of 4
DATED          : August 22, 2000
INVENTOR(S)    : Gaetano Gatti et al

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 9,
Line 59, please delete "Similarr" and insert -- Similar --;

Column 12,
Lines 21-23, please delete "The solution was filtered through a 0.22µ microporous
membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed
into type I colourless glass vials"; and

Column 24,
Line 9, Please delete "2.71 to 3.14" and insert -- 2.5 to 5.0 --.

Signed and Sealed this

Twenty-first Day of May, 2002

Attest:

JAMES E. ROGAN
Director of the United States Patent and Trademark Office

Attesting Officer

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,107,285
DATED         : August 22, 2000
INVENTOR(S)  : Gaetano Gatti et al.

Page 1 of 1

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page,
Item [62], **Related U.S. Application Data**, after "Pat. No. 5,124,317" please insert -- , which is a division of application No. 07/385,999, filed on Jul. 27, 1989, now Pat. No. 4,946,831, which is a continuation of application No. 06/878,784, filed on Jun. 26, 1986, now abandoned --.

Column 1,
Line 6, after "U.S. Pat. No. 5,124,317" please insert -- , which is a division of application No. 07/385,999, filed on Jul. 27, 1989, now Pat. No. 4,946,831, which is a continuation of application No. 06/878,784, filed on Jun. 26, 1986, now abandoned --.

Signed and Sealed this

Eighteenth Day of May, 2004



JON W. DUDAS
*Acting Director of the United States Patent and Trademark Office*

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.      : 6,107,285
DATED           : August 22, 2000                          Page 1 of 1
INVENTOR(S)     : Gaetano Gatti et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

<u>Title page,</u>
Item [62], **Related U.S. Application Data,** after "Pat. No. 5,124,317" please insert -- , which is a division of application No. 07/385,999, filed on Jul. 27, 1989, now Pat. No. 4,946,831, which is a continuation of application No. 06/878,784, filed on Jun. 26, 1986, now abandoned --.

<u>Column 1,</u>
Line 6, after "U.S. Pat. No. 5,124,317" please insert -- , which is a division of application No. 07/385,999, filed on Jul. 27, 1989, now Pat. No. 4,946,831, which is a continuation of application No. 06/878,784, filed on Jun. 26, 1986, now abandoned --.

Signed and Sealed this

Eighteenth Day of May, 2004

JON W. DUDAS
*Acting Director of the United States Patent and Trademark Office*

# EXHIBIT B

**IDARUBICIN**
Hydrochloride Injection

FOR REFERENCE USE ONLY

sicor™

**WARNINGS**

1. Idarubicin hydrochloride injection should be given slowly into a freely flowing intravenous infusion. It must never be given intramuscularly or subcutaneously. Severe local tissue necrosis can occur if there is extravasation during administration.

2. As is the case with other anthracyclines the use of idarubicin hydrochloride injection can cause myocardial toxicity leading to congestive heart failure. Cardiac toxicity is more common in patients who have received prior anthracyclines or who have pre-existing cardiac disease.

3. As is usual with antileukemic agents, severe myelosuppression occurs when idarubicin hydrochloride injection is used at effective therapeutic doses.

4. It is recommended that idarubicin hydrochloride injection be administered only under the supervision of a physician who is experienced in leukemia chemotherapy and in facilities with laboratory and supportive resources adequate to monitor drug tolerance and protect and maintain a patient compromised by drug toxicity. The physician and institution must be capable of responding rapidly and completely to severe hemorrhagic conditions and/or overwhelming infection.

5. Dosage should be reduced in patients with impaired hepatic or renal function. (See DOSAGE AND ADMINISTRATION.)

**DESCRIPTION**

Idarubicin hydrochloride injection is a sterile, semi-synthetic, preservative-free solution (PFS) anthracycline antineoplastic for intravenous use. Chemically, idarubicin hydrochloride is 5,12-Naphthacenedione, 9-acetyl-7-[(3-amino-2,3,6-trideoxy-α-L-lyxo-hexopyranosyl)oxy]-7,8,9,10-tetrahydro-6,9,11-trihydroxyhydrochloride, (7S-cis). The structural formula is as follows:

$C_{26}H_{27}NO_9 \cdot HCl$    M.W. 533.96

Idarubicin hydrochloride injection is a sterile, red-orange, isotonic parenteral preservative-free solution available in 5 mL (5 mg), 10 mL (10 mg) and 20 mL (20 mg) single use only vials.

Each mL contains idarubicin hydrochloride, USP 1 mg and the following inactive ingredients: glycerin, USP 25 mg and water for injection, USP q.s. Hydrochloric acid, NF and/or sodium hydroxide, NF is used to adjust pH to a target of 3.5.

**CLINICAL PHARMACOLOGY**

Mechanism of Action

Idarubicin hydrochloride is a DNA-intercalating analog of daunorubicin which has an inhibitory effect on nucleic acid synthesis and interacts with the enzyme topoisomerase II. The absence of a methoxy group at position 4 of the anthracycline structure gives the compound a high lipophilicity which results in an increased rate of cellular uptake compared with other anthracyclines.

Pharmacokinetics

General Pharmacokinetics

Pharmacokinetic studies have been performed in adult leukemia patients with normal renal and hepatic function following intravenous administration of 10 to 12 mg/m² of idarubicin daily for 3 to 4 days as a single agent or combined with cytarabine. The plasma concentrations of idarubicin are best described by a two or three compartment open model. The elimination rate of idarubicin from plasma is slow with an estimated mean terminal half-life of 22 hours (range, 4 to 48 hours) when used as a single agent and 20 hours (range, 7 to 38 hours) when used in combination with cytarabine. The elimination of the primary active metabolite, idarubicinol, is considerably slower than that of the parent drug, with an estimated mean terminal half-life that exceeds 45 hours; hence, its plasma levels are sustained for a period greater than 8 days.

Distribution

The disposition profile shows a rapid distribution phase with a very high volume of distribution presumably reflecting extensive tissue binding. Studies of cellular (nucleated blood and bone marrow cells) drug concentrations in leukemic patients have shown that peak cellular idarubicin concentrations are reached a few minutes after injection. Concentrations of idarubicin and idarubicinol in nucleated blood and bone marrow cells are more than a hundred times the plasma concentrations. Idarubicin disappearance rates in plasma and cells were comparable with a terminal half-life of about 15 hours. The terminal half-life of idarubicinol in cells was about 72 hours. The extent of drug and metabolite accumulation predicted in leukemic patients for Day 2 and 3 of dosing, based on the mean plasma levels and half-life obtained after the first dose, is 1.7- and 2.3-fold, respectively, and suggests no change in idarubicin tolerance over a daily × 3 regimen. The percentages of idarubicin and idarubicinol bound to human plasma proteins averaged 97% and 94%, respectively, at concentrations similar to maximum plasma levels obtained in the pharmacokinetic studies. The binding is concentration independent. The plasma clearance is twice the expected hepatic plasma flow indicating extensive extra-hepatic metabolism.

Metabolism

The primary active metabolite formed is idarubicinol. The idarubicinol has cytotoxic activity it presumably contributes to the effects of idarubicin.

Elimination

The drug is eliminated predominantly by biliary and to a lesser extent by renal excretion, mostly in the form of idarubicinol.

Pharmacokinetics in Special Populations

Pediatric Patients

Idarubicin studies in pediatric leukemia patients, at doses of 4.2 to 13.3 mg/m²/day × 3, assigned dose independent kinetics. There is no difference between the half-lives of the drug following daily × 2 or weekly × 3 administration. Unconjugated total (CSF) levels of idarubicin and idarubicinol were measured in pediatric leukemia patients treated intravenously. Idarubicin was detected in 2 of 21 CSF samples (0.14 and 1.57 ng/mL), while idarubicinol was detected in 20 of these 21 CSF samples obtained 18 to 30 hours after dosing (mean = 0.51 ng/mL; range, 0.22 to 1.05 ng/mL). The clinical relevance of these findings is unknown.

Hepatic and Renal Impairment

The pharmacokinetics of idarubicin have not been evaluated in leukemia patients with hepatic impairment. It is expected that in patients with moderate or severe hepatic dysfunction, the metabolism of idarubicin may be impaired and lead to higher systemic drug levels. The disposition of idarubicin may also be affected by renal impairment. Therefore, a dose reduction should be considered in patients with hepatic and/or renal impairment. (See DOSAGE AND ADMINISTRATION.)

Drug-Drug Interactions

No formal drug interaction studies have been performed.

**Clinical Studies**

Four prospective randomized studies, three U.S. and one Italian, have been conducted to compare the efficacy and safety of idarubicin (IDR) in combination with cytarabine in induction therapy in previously untreated adult patients with acute myeloid leukemia (AML). These data are summarized in the following table and demonstrate significantly greater complete remission rates for the IDR regimen in two of the three U.S. studies and significantly longer overall survival for the IDR regimen in two of the three U.S. studies.

| | | Induction Regimen Dose in mg/m² daily × 3 days | | Complete Remission Rate At Pts Randomized | | Median Survival (Days) At Pts Randomized | |
|---|---|---|---|---|---|---|---|
| | | IDR | DNR | IDR | DNR | IDR | DNR |
| US AML Studies | | | | | | | |
| 1 | SWOG** (4yr > 50 years) | 12* | 30* | 51/65* (78%) | 26/65 (59%) | 600* | 435 |
| 2 | MSK** (4yr > 15 years) | 12* | 50* | 76/111* (68%) | 65/116 (56%) | 330 | 277 |
| 3 | U.S. Multicenter (4yr > 50 years) | 13* | 45* | 59/101 (58%) | 56/115 (47%) | 343* | 291 |
| Italian AML Study | | | | | | | |
| 4 | Italian*** (4yr > 55 years) | 12* | 45* | 49/124 (40%) | 49/125 (39%) | 67 | 100 |

* Memorial Sloan Kettering Cancer Center
** Southwestern Cancer Study Group
*** Gruppo Italiano Malattie Ematologiche Maligne dell'Adulto

[1] Overall p <0.05, unadjusted for prognostic factors or multiple endpoints.
[2] Patients who had persistent leukemia after the first induction course received a second course.
[3] Cytarabine 25 mg/m² bolus IV followed by 200 mg/m² daily x 5 days by continuous infusion.
[4] Cytarabine 100 mg/m² daily × 7 days by continuous infusion.

There is no consensus regarding optimal regimens to be used for consolidation; however, the following consolidation regimens were used in U.S. controlled trials. Patients received the same anthracycline for consolidation as was used for induction.

Studies 1 and 3 utilized 2 courses of consolidation therapy consisting of idarubicin 12 or 13 mg/m² daily for 2 days, respectively (or DNR 50 or 45 mg/m² daily for 2 days), and cytarabine, either 25 mg/m² by IV bolus followed by 200 mg/m² daily by continuous infusion for 4 days (Study 1), or 100 mg/m² daily for 5 days by continuous infusion (Study 3). A post period of 4 to 6 weeks is recommended prior to initiation of consolidation and between the courses. Hematologic recovery is mandatory prior to initiation of each consolidation course.

Study 2 utilized 2 consolidation courses, administered at intervals of 21 days or upon hematologic recovery. Each course consisted of idarubicin 15 mg/m² IV for 1 dose (or DNR 50 mg/m² IV for 1 dose), cytarabine 100 mg/m² every 12 hours for 10 doses and 6-thioguanine 100 mg/m² orally for 10 doses, if severe anemia cytarabine when attempted, subsequent courses were given with 50% reduction in the doses of all drugs. In addition, this study included 4 courses of maintenance therapy (2 days of the same anthracycline as was used in induction and 2 doses of cytarabine).

Toxicities and duration of aplasia were similar during induction on the 2 arms in the U.S. studies except for an increase in mucositis on the IDR arm in one study (Study 3), and diarrhea on the IDR arm was longer in all three studies and mucositis was more frequent in two studies. During consolidation, treatment requirements were higher on the IDR arm in the two studies in which they were tabulated, and patients on the IDR arm in Study 2 spent more days on IV antibiotics (Study 2 lasted a higher dose of idarubicin).

The benefit of consolidation and maintenance therapy in prolonging the duration of remission and survival is not proven.

Intensive maintenance with idarubicin is not recommended in view of the considerable toxicity (including deaths in remission) experienced by patients during the maintenance phase of Study 2.

A higher induction death rate was noted in patients on the IDR arm in the Italian trial. Since this was not noted in patients of similar age in the U.S. trials, one may speculate that it was due to a difference in the level of supportive care.

**INDICATIONS AND USAGE**

Idarubicin hydrochloride injection in combination with other approved antileukemic drugs is indicated for the treatment of acute myeloid leukemia (AML) in adults. This includes French-American-British (FAB) classifications M1 through M7.

**CONTRAINDICATIONS**

Idarubicin is intended for administration under the supervision of a physician who is experienced in leukemia chemotherapy.

Idarubicin is a potent bone marrow suppressant. Idarubicin should not be given to patients with pre-existing bone marrow suppression induced by previous drug therapy or radiotherapy unless the benefit warrants the risk.

Severe myelosuppression will occur in all patients given a therapeutic dose of this agent for induction, consolidation or maintenance. Careful hematologic monitoring is required. Deaths due to infection and/or bleeding have been reported during the period of severe myelosuppression. Facilities with laboratory and supportive resources adequate to monitor drug tolerability and protect and maintain a patient compromised by drug toxicity should be available. It must be possible to treat rapidly and completely a severe hemorrhagic condition and/or a severe infection.

Pre-existing heart disease and previous therapy with anthracyclines at high cumulative doses or other potentially cardiotoxic agents are co-factors for increased risk of idarubicin-induced cardiac toxicity and the benefit to risk ratio of idarubicin therapy in such patients should be weighed before starting treatment with idarubicin.

Myocardial toxicity as manifested by potentially fatal congestive heart failure, acute life-threatening arrhythmias or other cardiomyopathies may occur following idarubicin administration. Appropriate therapeutic measures for the management of congestive heart failure and/or arrhythmias are indicated.

Cardiac function should be carefully monitored during treatment in order to minimize the risk of cardiac toxicity of the type described for other anthracycline compounds. The risk of such myocardial toxicity may be higher following concomitant or previous radiation to the mediastinal-pericardial area or in patients with anemia, bone marrow depression, infections, leukemic pericarditis and/or myocarditis. While there are no reliable means for predicting congestive heart failure, cardiomyopathy induced by anthracyclines is usually associated with a decrease of the left ventricular ejection fraction (LVEF) from pretreatment baseline values.

Since hepatic and/or renal function impairment can affect the disposition of idarubicin, liver and kidney function should be evaluated with conventional clinical laboratory tests (using serum bilirubin and serum creatinine as indicators) prior to and during treatment. In a number of Phase III clinical trials, treatment was not given if bilirubin and/or creatinine serum levels exceeded 2 mg/dL. However, in one Phase III trial, patients with bilirubin levels between 2.6 and 5 mg/dL received the anthracycline with a 50% reduction in dose. Dose reduction of idarubicin should be considered if the bilirubin and/or creatinine levels are above the normal range. (See DOSAGE AND ADMINISTRATION.)

Pregnancy Category D

Idarubicin was embryotoxic and teratogenic in the rat at a dose of 1.2 mg/m²/day or one tenth the human dose, which was maternally nontoxic. Idarubicin was embryotoxic but not teratogenic in the rabbit even at a dose of 2.4 mg/m²/day or two tenths the human dose, which was toxic to dams.

There is no conclusive information about idarubicin adversely affecting human fertility or causing teratogenesis. There has been one report of a fetal fatality after maternal exposure to idarubicin during the second trimester.

There are no adequate and well controlled studies in pregnant women. If idarubicin is to be used during pregnancy, or if the patient becomes pregnant during therapy, the patient should be apprised of the potential hazard to the fetus. Women of childbearing potential should be advised to avoid pregnancy.

**PRECAUTIONS**

General

Therapy with idarubicin requires close observation of the patient and careful laboratory monitoring. Hyperuricemia secondary to rapid lysis of leukemic cells may be induced. Appropriate measures must be taken to prevent hyperuricemia and to control any systemic infection before beginning therapy.

Extravasation of idarubicin can cause severe local tissue necrosis. Extravasation may occur with or without an accompanying stinging or burning sensation even if blood returns well on aspiration of the infusion needle. If signs or symptoms of extravasation occur the injection or infusion should be terminated immediately and restarted in another vein. (See DOSAGE AND ADMINISTRATION.)

SICOR-PNU 058712

CONFIDENTIAL SUBJECT
TO PROTECTIVE ORDER
AND LOCAL RULE 26.2

SICOR-PNU 058713

CONFIDENTIAL SUBJECT
TO PROTECTIVE ORDER
AND LOCAL RULE 26.2