# EXHIBIT C

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PHARMACIA & UPJOHN COMPANY,  }

               v.  }      Case Action No. 04-833

SICOR, INC. and SICOR  }

PHARMACEUTICALS, INC.,  }

## Expert Report of Douglas S. Clark, Ph.D.

I, Dr. Douglas Clark, if called to testify in the above-captioned matter presently expect to testify with regard to the opinions, and the bases and reason therefore, expressed below:

## I. QUALIFICATIONS AND CREDENTIALS

I am currently a tenured full Professor of Chemical Engineering at the University of California, Berkeley ("U.C. Berkeley"). From 1995-1998, I served as Vice-Chairman of the Chemical Engineering Department of U.C. Berkeley. U.C. Berkeley is one of the world's premier universities, and our Chemical Engineering Department is consistently ranked among the top three chemical engineering departments in the country. While at U.C. Berkeley, I have taught classes in chemical kinetics and chemical reactor design, unit operations (e.g., individual processes used in the manufacture and formulation of chemical and pharmaceutical products), heat and mass transfer, and biochemical engineering, as well as laboratory courses in transport phenomena and biochemical engineering. Material covered in chemical kinetics and chemical reactor design, unit operations, and biochemical engineering (which includes drug formulation) is particularly relevant to the issues that I have been asked to consider.

I received my B.S. in Chemistry from the University of Vermont in 1979 (*Summa Cum Laude*) and my Ph.D. in Chemical Engineering from the California Institute of Technology ("CalTech") in 1983. CalTech has been consistently recognized as one of the preeminent science and technology academic institutions in the world. From 1984 to 1986, I was an Assistant Professor of Chemical Engineering at Cornell University. While

at Cornell, I taught classes in chemical kinetics and chemical reactor design, and biochemical engineering.

In addition to my current duties as a full professor at U.C. Berkeley, I am currently Editor-in-Chief of *Biotechnology and Bioengineering*, a peer-reviewed journal that is widely distributed worldwide to academic and research institutions and companies. *Biotechnology and Bioengineering* publishes papers on a wide range of topics, including the production, purification, formulation (including lyophilization), and stabilization of pharmaceuticals, pharmacokinetics, mechanisms of drug action, bioanalytical methods and drug detection, and all aspects of chemical kinetics as they relate to the activity and properties of pharmaceuticals and biotherapeutics. Notably, this journal reviewed and published in 1969 one of the first papers on the production and properties of doxorubicin, which was written by Federico Arcamone. This seminal paper was republished during my tenure as Editor-in-Chief on the fortieth anniversary of the Journal.

Before becoming Editor-in-Chief I was often called upon to review papers dealing with biochemical reaction kinetics and the stability of biomolecules.

I am also on the Editorial Boards of *Extremophiles* and *Enzyme and Microbial Technology*. I have received several national and international awards including the 2003 Food, Pharmaceutical, and Bioengineering Award from the American Institute of Chemical Engineers, the 2003 International Enzyme Engineering Award, and the 2003 Amgen Award in Biochemical Engineering. In 2003 I was named a Fellow of the American Association for the Advancement of Science, and in 1995 a Fellow of the American Institute of Medical and Biomedical Engineers. I am a member of the American Institute of Chemical Engineers and American Chemical Society. My other notable achievements include:

- Merck Centennial Lecturer in Biochemical Engineering, California Institute of Technology, 1992;

- Director: Food, Pharmaceutical, and Bioengineering Division of the American Institute of Chemical Engineers and American Chemical Society, 1991 -1994;

- Merck Faculty Development Award, 1988;
- Presidential Young Investigator Award, National Science Foundation, 1986; and
- Phi Beta Kappa, 1978.

I was a co-founder of the drug discovery company EnzyMed in 1994, and from 1994-99 served on the company's Board of Directors and Scientific Advisory Board. In 1999 EnzyMed was acquired by Albany Molecular Research, Inc. One of my major responsibilities at EnzyMed was to interview and select industrial collaborators and contractors, which provided me with a broad overview of the problems encountered by the pharmaceutical industry related to the stability and formulation of new drugs. Through my contacts with medicinal chemists, project managers, directors of research, and pharmaceutical executives, I obtained direct experience as to how problems are approached and solved within the pharmaceutical industry, and participated in the identification and resolution of such problems. I am also currently a co-founder of the medical device company Solidus Biosciences, Inc.

I have consulted for a variety of pharmaceutical and chemical companies, including Millipore, Syntex, Engelhard, Mobil, ExxonMobil, Johnson Matthey, and Kosan. In this capacity, I have had the opportunity to work closely with industrial scientists and develop an understanding of their backgrounds and approach to problem solving.

As Editor-in-Chief of the journal *Biotechnology and Bioengineering* for over ten years I have overseen or managed the review of over 5,000 technical manuscripts, many of which have dealt with issues related to the production, formulation, and functional properties of pharmaceuticals, including their stability and shelf-life.

I am co-author of the textbook entitled "Biochemical Engineering," the first edition of which was published in 1995. This textbook has been widely adopted worldwide for use in courses at both the undergraduate and graduate levels. It includes detailed treatments of biochemical reaction kinetics, including pH, temperature, and concentration effects on reaction rates, and methods for the separation of biomolecules, including

chromatography, as well as discussion of the purification and formulation of anticancer injectable therapeutics.

I am the author or coauthor of over 150 scientific publications, and the co-inventor of six issued patents. Among the topics discussed in these papers and/or patents are enzymatic reaction kinetics, lyophilization, temperature effects on enzyme stability and inactivation kinetics, the synthesis and properties of bioactive compounds, including doxorubicin derivatives, and improved methods for determining the activity and safety of drugs and drug candidates.

My Ph.D. thesis, which I completed in 1983, focused on the structure and function of immobilized enzymes, including their stability and inactivation kinetics. This research involved extensive analysis and modeling of chemical reaction kinetics and the determination of half-lives ($t_{50\%}$ values) for enzymes in free and immobilized form. Enzyme stability was studied as a function of pH, temperature, solvent, and enzyme concentration.

My current curriculum vitae is attached as Exhibit A.

## II.  PREVIOUS EXPERT TESTIMONY

I have not testified as an expert at trial or by deposition in the preceding four years.

## III. COMPENSATION

I am being compensated for my time as an expert at the rate of $250 per hour. My compensation is not dependent upon the outcome of the litigation.

## IV. OPINIONS

For ease of reference, attached as Exhibit B is a glossary that defines various scientific terms used in or relevant to this report. Exhibit C is also attached, which provides a list of documents I have considered including short citations to those documents that I will use in this report.

described by the same activation energy (e.g., corresponding to the same hydrolysis mechanism) at both selected temperatures.

Prior to the filing of the '285 patent, Arrhenius plots and principles of chemical reaction kinetics were (and remain as) standard tools used in pharmaceutical research and development, particularly in the prediction and analysis of chemical stability, as evidenced by Wassermann (1983), Mori (1980) and Trissel (1980), among other publications.

D. The '285 Patent

In reading the '285 patent it became readily apparent that many of the techniques and concepts I had learned in my undergraduate and graduate coursework are central to the discussion in the '285 patent. For instance, temperature stability issues pertaining to doxorubicin are the same as those I dealt with for enzymes in my 1979-1983 Ph.D. research. The standard tools used to quantify rates of degradation at different temperatures, the basic theory underlying such tools, and the issues scientists must be aware of when applying them in practice, were integral to my own 1979-1983 Ph.D. research. Furthermore, these same tools are used in my research group's work and are covered in courses that I have taught throughout my career.

The '285 patent reports the dissolution of an anthracycline glycoside, doxorubicin hydrochloride, at different concentrations in acidic aqueous solutions having different pH values. In some cases the pH was adjusted with 0.1 N hydrochloric acid (HCl), and in some cases the solution included substances described by the '285 patent as "co-solubilizing agents," i.e., ethanol, propylene glycol, polyethylene glycol 400, N,N-dimethylacetamide, and polyvinylpyrrolidone ('285 patent, 2:19-36).

The '285 patent describes the benefits of avoiding lyophilization in the manufacture of the anthracycline glycoside and subsequent reconstitution of the drug prior to administration. The abstract of the '285 patent focuses on this issue by noting that "the invention . . . provide[s] a sterile, pyrogen-free, ready-to-use solution of an anthracycline

12

glycoside . . . which has not been reconstituted from a lyophilizate and which has a pH of from 2.5 to 6.5." The patent contends that the invention is an improvement over lyophilized forms of anthracycline glycoside preparations that need to be lyophilized in manufacturing and later reconstituted from the lyophilizate before administration ('285 patent, 1:22-25; 47-54). According to the patent, "both the manufacturing and the reconstitution of such preparations expose the involved personnel (workers, pharmacists, medical personnel, nurses) to risks of contamination which are particularly serious due to the toxicity of the antitumor substances" ('285 patent, 1:26-29). According to the patent, it seeks to reduce "the risks connected with the manufacturing and the reconstitution of a lyophilized" anthracycline glycoside through the creation of a ready-to-use solution of the drug ('285 patent, 1:47-49).

Specifically, the patent describes the invention as one which avoids the use of lyophilized anthracycline glycoside salts: "The invention also provides a process for producing a sterile, pyrogen-free anthracycline glycoside solution with a pH of from 2.5 to 6.5, which process comprises dissolving a physiologically acceptable salt of the anthracycline glycoside, which salt is not in the form of a lyophilizate, in a physiologically acceptable solvent therefor" ('285 patent, 3:59-64). Likewise, the patent describes reconstitution problems arising in solubilization of a lyophilized preparation ('285 patent, 4:5-19). In particular, the presence of excipient (i.e., lactose) in a 5-fold excess over doxorubicin HCl would preclude reconstitution of a physiologically acceptable solution of the drug at concentrations approaching 100 mg/ml due to solubility limitations of the lactose. The patent also asserts that the invention "constitutes a great advantage over the presently available lyophilized preparates" ('285 patent, 4:8-10). Accordingly, none of the examples in the '285 patent – which were expressly included to illustrate the invention – employ a lyophilizate ('285 patent, 3:59-64, 4:62-63 and Examples 1-14). Given the patent's criticism of lyophilized product, it is my opinion that the '285 patent would be understood by "those of ordinary skill in the art" to describe an invention in which avoiding a lyophilizate in manufacturing or administering anthracycline glycosides is an essential feature of the invention.

I have been asked to determine the qualifications and experience of "those of ordinary skill in the art." I have been told that the way to make this determination is to identify the problems to be solved by the '285 patent and define the background of persons who, in my experience, would be qualified to resolve those problems. I was also told that I was to read and consider the '285 patent and other publications I discuss herein based from the standpoint of "those of ordinary skill in the art."

The problem described in the '285 patent is to find the conditions under which physiologically acceptable solutions of anthracycline glycosides, which were not reconstituted from a lyophilizate, would have "good stability" ('285 patent, 4:13-21). Based on my various experiences described above, I believe this type of problem would ordinarily be resolved by a scientist or engineer with an advanced degree and/or experience in chemistry, pharmaceutical science, bioengineering and/or similar fields. This person would need laboratory experience with various analytical chemistry techniques and a working knowledge of chemical reaction kinetics, with an emphasis on theoretical and experimental techniques for determining stability parameters for organic compounds. From this background, these persons of ordinary skill in the art would be intimately familiar with accelerated stability testing, Arrhenius plots and their use in extrapolations, and $t_{50\%}$ and $t_{90\%}$ calculations.

The specific measures of doxorubicin HCl stability reported in the '285 patent, $t_{90\%}$ values at 4°C and 8°C in particular, were determined from extrapolations based on actual measurements from accelerated stability studies of doxorubicin HCl degradation taken at various higher temperatures. In particular, the '285 patent acknowledges that "[t]he extrapolation of the analytical data in order to determine the time when the 90% of the initial assay could be expected ($t_{90\%}$ value) was made following an Arrhenius plot. . . . This procedure of analytical data treatment is well known and widely used and described in the art: see, e.g., Chemical Stability of Pharmaceuticals, Kennet A. Connors, Gordon L. Amidon, Lloyd Kennon, Publ. John Wiley and Sons, New York, N.Y., 1979" ('285 patent, 5:45-53). The '285 patent says that similar stability data "can be observed for other analogous solutions" of anthracycline glycoside that vary in the drug concentration

(e.g., 5 mg/ml of doxorubicin HCl) and the drug identity (i.e., 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin [idarubicin], as hydrochloride salts) (e.g., '285 patent, 6:41-47). It is interesting to note that the '285 patent reports no actual stability data (be it accelerated or long-term data) for those analogous solutions of structurally similar anthracycline glycosides, leading me to conclude that the "can be observed" language in the patent represents a prediction based on the reported observations and related $t_{90\%}$ calculations for doxorubicin HCl.

the PDR was stable for up to six months when refrigerated at 4°C (as taught in Arcamone, 1972, the pH of such a reconstituted doxorubicin HCl solution was approximately 5). See Ketchum (1981) (disclosing pH of reconstituted solution of 3.8 to 6.5; noting that reconstituted solutions prepared under laminar air-flow hoods and kept in sealed vials showed no loss of potency when stored at 25°C or 5°C for 28 days); Poochikian (1981) (disclosing that reconstituted solutions of anthracycline antibiotics, including doxorubicin and daunorubicin, stored in glass stoppered flasks were more stable at pH of 4.5 than at pH 6.2, 6.3 or 7.4).

Based on the foregoing references it is my opinion that a person of ordinary skill in the art would have been motivated prior to August 1985 to formulate an aqueous solution of anthracycline glycosides adjusted with hydrochloric acid (or other physiologically acceptable acid) to an acidic pH that would be expected to have good stability. Thus, a person of ordinary skill in the art prior to August 1985 would have been motivated to make aqueous solutions of both idarubicin HCl and doxorubicin HCl with a pH in the range of 2.5 to 5.0 adjusted with hydrochloric acid in sealed containers at concentrations from 0.1 mg/ml to 2 mg/ml. In addition, a person skilled in the art would know that an intrinsic property of these solutions would be that they exhibit storage stability.

## V. INFORMATION CONSIDERED IN FORMING MY OPINIONS

In forming the opinions expressed herein, I have reviewed the information identified in Exhibit C.

## VI. CONCLUSION

In addition to the documents cited herein, I may develop and testify using demonstrative and summary exhibits. I may also supplement my opinions as appropriate based on additional information produced or developed during the case.

Dated: August 15, 2005

Douglas S. Clark, Ph.D.

21

Glossary of Terminology

Exhibit B

The glossary includes definitions compiled from the following sources: The Condensed
Chemical Dictionary, Tenth Edition,

http://chemistry.about.com/library/glossary/blglossary.htm,

http://www.shodor.org/unchem/glossary.html,

http://antoine.frostburg.edu/chem/senese/101/ glossary.shtml,

http://www.webref.org/chemistry/h.htm, http://chemistry.about.com,

http://composite.about.com/library/glossary

**Accelerated Stability Studies** Determining drug stability by measuring the concentration
of a drug, [Drug], remaining to degrade as a function of time at relatively high
temperatures (typically exceeding the storage temperature of the drug). The degradation
rates at the high temperatures are then used to predict the stability of the drug at the lower
storage temperature through the use of an Arrhenius plot.

**Acid** A chemical species that donates protons or hydrogen ions, $H^+$, and/or accepts
electrons.

**Acidic** Having a pH lower than 7 or having a concentration of hydrogen ions, $[H^+]$,
greater than $10^{-7}$ molar.

**Activation Energy** The minimum amount of energy required to initiate a chemical
reaction. The activation energy is denoted by $E_a$.

**Aglycone** An organic compound combined with the sugar portion of a glycoside.

**Alkaline** Having a pH greater than 7 or having a concentration of hydroxide ions, $[OH^-]$,
greater than $10^{-7}$ molar.

**Anion** An ionic species having a negative charge. (Example: free chloride ($Cl^-$) in an
aqueous table salt (NaCl) solution.)

**Aqueous** Made from, with, or by water. A substance dissolved in water.

**Arrhenius Relationship, Arrhenius Equation**

This relationship, given below, is known as the Arrhenius relationship or the Arhennius
equation:

$$k = Ae^{-Ea/RT}$$

The rate constant **k** is equal to the total frequency of collisions between reaction molecules A times the fraction of collisions exp(-E$_a$/RT) that have an energy that exceeds a threshold activation energy E$_a$ at a temperature of T (in Kelvin). R is the gas constant.

**Base** A chemical species that donates electrons or hydroxide ions, OH$^-$, or that accepts protons, H$^+$.

**Buffer** A solution containing both a weak acid and its conjugate base whose pH changes only slightly on the addition of acid or alkali. The weak acid becomes a buffer when alkali is added, and the weak base becomes a buffer on addition of acid. A substance capable of producing such an effect.

**Catalyst** A substance that increases the rate of a chemical reaction by reducing the activation energy, but itself is left unchanged by the reaction.

**Catalysis** The acceleration of a chemical reaction by a catalyst.

**Cation** Ionic species with a positive charge.

**Chemical Reaction** A chemical change that forms new substances. (Example: The chemical reaction H$_2$(gas) + 1/2 O$_2$(gas) --> H$_2$O(liquid) describes the formation of water (H$_2$O) from its elements (H$_2$ and O$_2$ )).

**Chemical Reaction Kinetics** The dependence of a chemical reaction rate on the concentrations of the chemical reactants, as expressed by the rate expression or rate law of the reaction. This dependence is defined by the mechanism of the reaction. Also, the study of the rates of chemical reactions.

**Chromatography** The process of selective retardation of one or more components of a fluid solution as the fluid uniformly percolates through a column or matrix composed of a finely divided substance, or through capillary passageways.

**Concentration** The amount of substance in a specified unit of a mixture or solution. Common methods of stating concentration are percent by weight or percent by volume, or mass (or moles) per unit volume. A common measure of concentration is molarity, expressed as moles per liter and denoted by brackets (e.g., [OH] denotes the concentration in molarity of hydroxide ions).

**Covalent Bond** A chemical link between two atoms in which electrons are shared between them.

**Degradation** A chemical change in the molecular structure of a compound that renders the compound inactive.

**Evaporation** The process of the change in the state of a liquid or solid to a gas or vapor. The rate of evaporation of liquids varies with their chemical nature and with the temperature.

**First-Order Reaction** A reaction for which the sum of concentration exponents in the rate law is one. For example, $d[A]/dt = k[A]$ is a first-order reaction because the exponent of the concentration of A (represented by [A]) is implicitly one.

**Free Energy Diagram** A graphical representation that relates the energies of reactants, intermediates, and products of a chemical reaction.

**General Acid-Base catalysis** Catalysis of a chemical reaction by the buffer substance present in solution, i.e., the acid or base of the buffer itself. In general acid-base catalysis, the reaction rate will depend on the buffer concentration. Note that general acid-base catalysis can occur in the same solution in which specific acid-base catalysis occurs, with the two mechanisms being additive.

**Glycoside** A sugar derivative that contains a non-sugar group bonded to an oxygen atom and that upon hydrolysis yields the sugar and an aglycone.

**Half-life ($t_{50\%}$)** The time required to convert one half of a reactant to product.

**HPLC** High Pressure Liquid Chromatography is a chromatographic technique that utilizes a liquid mobile phase to separate the components of a mixture. These components (or analytes) are first dissolved in a solvent, and then forced to flow through a chromatographic column under high pressure. In the column, the mixture is resolved into its components.

**Hydrolysis** A chemical reaction in which water reacts with another substance to form two or more new substances, whereby the oxygen in water makes a bond with and splits the original substance.

**Hydronium Ion** An ion ($H_3O^+$) formed by capture of a hydrogen ion by a water molecule. A strong covalent bond is formed between the hydrogen ion and a water molecule's oxygen atom. All hydrogen ions in aqueous solution are bound inside

hydronium ions; thus, hydronium ions are usually written more simply as hydrogen ions, $H^+$.

**Inactivation** A modification reaction on a compound that renders it inactive or nonfunctional. The loss of activity or functionality of the chemical compound.

**Ionic Strength** A measure of a solution's ion content, expressed as

$$\mu = \frac{1}{2} \sum m_i Z_i^2$$

where $\mu$ is the ionic strength, $m_i$ is the molar concentration of ion $i$, and $Z_i$ is the valence (net charge) of the ion.

**Kelvin** Denoting a temperature scale in which the temperature (in Kelvin or K) is determined by (T + 273.15), where T is temperature in degrees Celsius. For example, 25°C is equivalent to 298.15 K, and 4°C is equivalent to 277.15 K.

**$k_{obs}$** The *observed* rate constant of a chemical reaction, so named because it is the rate constant that is measured by experiment.

**Logarithmic Scale** A scale of numerical values based on logarithms, generally the logarithm to the base 10. Logarithmic scales are convenient for expressing properties based on parameters that span several powers of ten in their magnitude (e.g., 10 to $10^{-14}$), e.g., pH based on $[H^+]$, and the magnitude of an earthquake based on energy dissipation (the Richter scale).

**Lyophilization (a/k/a Freeze Drying)** A dehydration process for separating water from organic or biological materials. The material is first frozen and then placed in a high vacuum so that the water (ice) vaporizes in the vacuum (i.e., sublimes) without melting, and the non-water components are left behind in an undamaged state.

**Mole** A chemical mass unit, defined to be $6.022 \times 10^{23}$ molecules, atoms, or some other unit. The mass of a mole is the gram formula mass of a substance.

**Molecules** A chemical unit composed of two or more atoms chemically combined.

**PDR** The Physician's Desk Reference, a standard reference used by physicians and in the pharmaceutical industry.

**pH** Measures the acidity or alkalinity of a solution. In pure water it is the negative logarithm (or log) of the concentration of the hydrogen ions in a substance, i.e., $pH = -\log[H^+]$.

**pKa** Measures the completeness of dissociation of hydrogen ions from an acid, and is a measure of the strength of a weak acid. It is the negative logarithm of the equilibrium constant, Ka, for dissociation of the proton.

**Pseudo-First-Order** Refers to a chemical reaction or rate constant for which the reaction appears to follow first order kinetics because only one of the reactant concentrations changes during the reaction.

**Rate Constant (*k*)** A rate constant is a non-negative proportionality constant that appears in a rate law. For example, $k$ is the rate constant in the rate law $d[A]/dt = k[A]$. Rate constants are independent of concentration but depend on other factors, most notably temperature.

**Rate Law** A rate law or rate equation relates the reaction rate with the concentrations of reactants, catalysts, and inhibitors. For example, the rate law for the one-step reaction $A + B \rightarrow C$ is $d[C]/dt = k[A][B]$.

**Reaction Order** The order of a reaction is the sum of concentration exponents in the rate law for the reaction. For example, a reaction with rate law $d[C]/dt = k[A]^2[B]$ would be a third-order reaction because this particular example reaction depends on the square (second-order) of the concentration of A, [A], and the first-order of the concentration of B, [B], i.e., $2 + 1 = 3$.

**Reaction Mechanism** A list of all elementary reactions that occur in the course of an overall chemical reaction. A reaction mechanism is comprised of its elementary reactions, which are the individual chemical reactions between atoms or molecules that cannot be broken down into a series of simpler reactions.

**Reaction Rate** A reaction rate is the speed at which reactants are converted into products in a chemical reaction. The reaction rate is given as the instantaneous rate of change for any reactant or product, and is usually written as a derivative (e. g. $d[A]/dt$) with units of concentration per unit time (e. g., $mol\ L^{-1}\ s^{-1}$).

**Reaction Progress Curve** The graphical representation between reactants and products on a free energy diagram.

**Salt** Ionic compounds that can be formed by replacing one or more of the hydrogen ions of an acid with another positive ion.

**Solvent** The component of a solution that is present in the greatest amount. It is the substance in which the solute is dissolved. Liquid in which something is dissolved, e.g., the water in saltwater.

**Specific Acid-Base Catalysis** Catalysis of a chemical reaction by hydrogen ions and/or hydroxide ions in solution. In specific acid-base catalysis, the reaction rate will depend on the hydrogen ion concentration and/or hydroxide ion concentration. Note that specific acid-base catalysis can occur in the same solution in which general acid-base catalysis occurs, with the two mechanisms being additive.

**Sugar** A simple saccharide (a building block of carbohydrates) typically having a molecular formula of $C_n(H_2O)_n$ where $n \geq 3$.

**$t_{90\%}$** The time required to convert one-tenth of a reactant to product. In pharmaceutical terms, this reflects the time required to reduce the concentration of a drug to 90% of its initial value.

**TLC** Thin Layer Chromatography is a chromatographic technique in which the sample is placed on an absorbent cake spread on a smooth glass plate or plastic back plate.

27

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHARMACIA & UPJOHN COMPANY, LLC,

Plaintiff,

v.                                    C.A. No. 04-833-KAJ

SICOR, INC., and
SICOR PHARMACEUTICALS, INC.,

Defendants.

### EXPERT REPORT OF JACOB H. BEIJNEN

I, JACOB H. BEIJNEN, being over the age of eighteen and competent in all respects to testify, hereby declare as follows:

## I.     STATEMENT OF QUALIFICATIONS

A copy of my *curriculum vitae*, which includes a listing of my publications, is attached to this report as Exhibit A.

Since 1986, I have worked as a pharmacist at The Netherlands Cancer Institute/Antoni van Leeuwenhoek Hospital and Slotervaart Hospital in Amsterdam, The Netherlands. Since 1990, I have been the Director of the Netherlands Laboratory Foundation for Anti-Cancer Drug Formulation ("NLADF") in Amsterdam, The Netherlands. Since 1997, I have also been the head of the Department of Pharmacy and Pharmacology at The Netherlands Cancer Institute/Antoni van Leeuwenhoek Hospital and Slotervaart Hospital in Amsterdam, The Netherlands. From 1994 to the present, I have been and remain a Professor at Utrecht University, first of Pharmaceutical Analysis and later of Drug Toxicology.

I received a Bachelor's degree and a Masters degree, *cum laude*, in Pharmacy from Utrecht University in 1978 and 1981, respectively. I was awarded a Ph.D., *cum laude*, in Mathematics and Natural Sciences from Utrecht University in 1986. The title of my Ph.D. dissertation was "Chemical Stability of Mitomycin and Anthracycline Antineoplastic Drugs." I have been a Certified Pharmacist since 1983 and a Registered Hospital Pharmacist since 1989.

I hold numerous appointments on committees and organizations that focus on the formulation of antineoplastic (anticancer) and cytotoxic (literally, "cell death") drugs. I have been a member of the Dutch Oncology Association since 1988. I represent the European Organization for Research and Treatment of Cancer ("EORTC") on the EORTC/Cancer Research Campaign/National Cancer Institute Joint Formulation working party. The Joint Formulation working party is mandated to formulate cytotoxic and antineoplastic drugs and

2

brings together representatives from three of the world's leading cancer research organizations. Between 1991 and 1995, I was Chairman of the Joint Formulation working party.

I have held and continue to hold editorial positions with a number of peer-reviewed academic journals, including the positions of Editor-in-Chief of *Pharmacy World and Science* from 1991 to 1994 and Vice-Chairman of the Editorial Board of *Pharmaceutisch Weekblad* (*Pharmaceutical Weekly*) from 1991 to 1994. *Pharmaceutisch Weekblad* is a leading Dutch journal of pharmaceutical science. I am also a member of numerous editorial boards for publications in the area of antineoplastic and cytotoxic drugs, including (i) *Anti-Cancer Drugs*, (ii) the *Journal of Oncology Pharmacy and Practice*, (iii) *Pharmacological Research*, (iv) *Cancer Chemotherapy and Pharmacology*, (v) *Clinical Pharmacokinetics*, (vi) *Journal of Drug Assessment*, (vii) *Current Cancer Therapy Reviews*, (viii) *Current Clinical Pharmacology*, (ix) *European Journal of Hospital Pharmacy Science*, and (x) *BMC Pharmacology*.

At Utrecht University, I lecture on antineoplastic and cytotoxic drugs. My current research work at NLADF, at Utrecht University, and for The Netherlands Cancer Institute includes bioanalysis, pharmacokinetics and pharmacodynamics of investigational anticancer drugs, and pharmaceutical formulation of anticancer drugs. Within my laboratories at NLADF and Utrecht University, I typically supervise approximately 25 Ph.D. candidates.

I have published over 700 papers in peer-reviewed academic journals. In particular, I have written extensively on anthracycline glycosides, including doxorubicin. I am the first named author of two of the references that Douglas S. Clark, Ph.D. considered in forming the opinions set forth in his expert report. One of the principal areas of my Ph.D. research related to the stability characteristics of anthracycline glycosides, including doxorubicin. In 1986, I published the first complete pH stability profiles of the anthracycline glycosides doxorubicin and

daunorubicin. By the mid-1980s, I was devoting a significant portion of my research to anthracycline glycosides and their stability characteristics.

Over the past fifteen years, I have given numerous invited lectures to medical professionals at medical institutions a.o. on the stability, handling, and formulation of cytotoxic drugs, including with respect to anthracycline glycosides.

## II.    BACKGROUND AND COMPENSATION

A list of the cases in which I have testified, either by deposition or at trial, is attached to this report as Exhibit B. I am not being personally compensated for my efforts in conjunction with this litigation. However, the NLADF will be compensated at the rate of € 375.00 per hour, plus expenses, for my efforts in conjunction with this litigation.

## III.    INFORMATION CONSIDERED AND ASSUMPTIONS

I have been retained by the law firm of McDonnell Boehnen Hulbert & Berghoff LLP to comment on the invention of U.S. Patent No. 6,107,285, to review the Expert Report of Douglas S. Clark, Ph.D. and to opine on the substance of Dr. Clark's report. In doing so, I understand that discovery in the case is ongoing, and that I may be asked to analyze other information if it becomes available.

In forming my analysis and comparison, I have considered the following materials:

a.    U.S. Patent No. 6,107,285 ("the '285 patent");

b.    Expert Report of Douglas S. Clark, Ph.D.;

c.    Documents Considered by Douglas S. Clark, Ph.D. (*see* Exhibit C to Expert Report of Douglas S. Clark, Ph.D.);

4

of the molecules. Finally, I will discuss available formulations of anthracycline glycosides and other antineoplastic agents as of 1985.

### 1.  *Injectable Products*

Injectable products are part of the parenteral class of pharmaceutical products. A "parenteral" is a product that is administered under or through one or more layers of the skin or mucous membrane. In 1985, injectable formulations of certain cytotoxic drugs were available as lyophilized products; injectable formulations of other cytotoxic drugs were available as ready-to-use solutions. Absent other issues, health professionals would always prefer ready-to-use solutions, particularly when dealing with cytotoxic drugs. However, as I will explain later, anthracycline glycosides were available only as lyophilized products as of 1985.

Lyophilized products are distributed and marketed as vials of freeze-dried powder. They are typically reconstituted with an appropriate physiologically acceptable solvent prior to use. A lyophilized product is made by first dissolving the drug (and, generally, a bulking agent) in a suitable solvent. The resulting solution is then filtered to sterilize the drug solution. Dosage form containers (such as vials) are filled with the sterile solution, and the solution is then freeze-dried in the vials. The freeze-drying process drives off the solvent, leaving the drug and bulking agent in the containers in a sterile environment. The vials are then sealed and packaged for distribution and sale.

The use of lyophilized cytotoxic drug products poses several difficulties in the clinic or hospital owing to the fact that the drug must be reconstituted prior to administration to a patient. The lyophilizate is reconstituted by piercing the seal of the vial with a hypodermic needle,

7

injecting a suitable solvent, and shaking the vial for a period of time to dissolve the lyophilizate. Once properly reconstituted, the resulting solution is ready for administration to the patient.

One problem with using reconstituted lyophilized cytotoxic drugs is the risk of exposing the health professional to the drug during the reconstitution process. The phenomenon of spray-back is one such risk that a health professional faces during the reconstitution process. The act of injecting the solvent into the sealed vial to reconstitute the product may increase the internal pressure in the vial. The increased pressure in the vial could lead to an aerosol of the reconstituted drug spraying back through the hole in the seal when the needle is removed, exposing the health professional to the reconstituted drug. Spray-back can be a real problem in hospitals. Reconstitution by shaking also increases the possibility of the vial leaking.

A further problem with using lyophilized cytotoxic drugs is the potential for error in drug administration caused by inaccuracies in the reconstitution procedure. For example, too much or too little of the solvent for reconstituting the lyophilizate could be added to the vial. Similarly, the wrong solvent could be injected into the vial during the reconstitution. Thus, the reconstitution procedure provides several opportunities for introducing error in drug administration.   I have reviewed the Expert Report of Laura T. Guerra and the declarations of Martin Williamson and Frederick Grab, Mary Horstman, Barbara Barhamand, Debra Holton-Smith, and William Dana, and agree with their conclusions with regard to the dangers of reconstitution of lyophilized anthracycline glycosides and benefits of ready-to-use formulations.

An additional problem with using lyophilized cytotoxic drugs is related to the shelf-life of the reconstituted drugs. Lyophilization is recognized as a "method for formulating substances that are stable in the solid state but lack the necessary stability in aqueous solutions."[1] Thus,

---

[1] Davignon & Cradock, "Pharmaceutical Aspects of Antitumor Agents," *Pharmaceutisch Weekblad*, 119:1144-1150 (1984), at 1147. *See also* Williams & Polli, "The Lyophilization of Pharmaceutical: A

other medical professionals would have wanted ready-to-use formulations of anthracycline glycosides instead of lyophilized forms.

B.      Level of Ordinary Skill in the Relevant Art

        I have been asked to express my opinions from the point of view of the person of ordinary skill in the art of the '285 patent as of the filing date of the priority application in August 1985. I consider myself to have been a person of greater than ordinary skill in the art of stability issues of anthracycline glycoside solutions at that time, but I am able to appreciate and comment on the level of skill in the art as of the time the priority application was filed in 1985.

        As discussed below, the '285 patent is related to pharmaceutical solutions of injectable cytotoxic drugs, in particular, the class of drugs known as anthracycline glycosides. As discussed above, these drugs are exceptionally complex molecules which are sensitive to a variety of interactions including degradation in acid, adsorption onto glass surfaces, chelation with metal ions, and self-association. Relative to other classes of drug molecules, anthracycline glycosides exhibit far more complex behavior. In addition, as a result of their cytotoxicity, anthracycline glycosides present unique challenges related to their handling by medical personnel.

        As a result of the complexity and toxicity of anthracycline glycosides, experience with cytotoxic drugs would be an integral part of the knowledge base of one of ordinary skill in the relevant art as of 1985. One of ordinary skill in the art as of 1985 would be generally familiar with the prior art on cytotoxic drugs, particularly the art regarding anthracycline glycosides. One of ordinary skill in the art as of 1985 would also have some common general knowledge relevant to the formulation of cytotoxic drugs. One of ordinary skill in the art as of 1985 would have

23

been knowledgeable regarding the formulation of injectables, in both lyophilized and ready-to-use forms. Further, one of ordinary skill in the art as of 1985 would be familiar with the hazards inherent in formulating and administering of injectable cytotoxic compounds.

At least as early as 1985, one of ordinary skill in the art would have been capable of designing and interpreting solution state stability studies. That would include familiarity with abstract mathematical tools and theoretical techniques for determining stability (such as the concepts of $t_{90}$ and $t_{50}$ and the Arrhenius equation and resulting plots) and practical experience in conducting stability studies. Further, one of ordinary skill in the art would be familiar with techniques of analytical chemistry and instrumental analysis, including HPLC.

In my view, it would be rare that one of ordinary skill in the art of the '285 patent in 1985 would have been a single person; instead, the knowledge and skills constituting ordinary skill in the art would generally be found in a team of people who collectively possessed the knowledge and skills described above. Such a team would likely be led by a person with a Masters or a Ph.D. in Chemistry or Pharmaceutical Chemistry with several years experience studying the physiochemical characteristics, including chemical stability, of pharmaceutical compounds. The rest of the team would likely include members with bachelor's degrees in chemistry, pharmacy, or pharmaceutical chemistry with experience with stability studies on pharmaceutical compounds and the formulation of injectable cytotoxic drugs.

I have reviewed Professor Clark's report and note that he does not suggest that persons of ordinary skill in the art would have any experience with any cytotoxic drugs, much less with anthracycline glycosides. As discussed above, because of the complex and delicate nature of anthracycline glycosides, I believe his description in this regard is too general. Furthermore, I

24

believe his description fails to place enough weight on practical experience and specific knowledge of cytotoxic drugs and anthracycline glycosides in particular.

C.    The '285 Patent

The '285 patent is entitled "Injectable Ready-to-Use Solutions Containing an Antitumor Anthracycline Glycoside." The face of the patent indicates that the application from which it issued (Appl. No. 07/827,742) was filed on June 29, 1992, and a certificate of correction indicates that the '285 patent ultimately claims priority from a U.S. application filed June 26, 1986. The face of the '285 patent also indicates that it claims priority from a U.K. application (No. 85/19,452) filed August 2, 1985.

In column 1, the specification of the '285 patent discusses some of the risks in using anthracycline glycosides, stating:

> The present invention relates to a stable intravenously injectable ready-to-use solution of an antitumor anthracycline glycoside, e.g. doxorubicin, to a process for preparing such a solution, and provid[ing] the same in a sealed container, and to a method for treating tumors by the use of the said ready-to-use solution.

> The anthracycline glycoside compounds are well known class of compounds in the antineoplastic group of agents, wherein doxorubicin is a typical, and the most widely used representative...

> At present, anthracycline glycoside antitumor drugs, in particular, e.g. doxorubicin, are solely available in the form of lyophilized preparations, which need to be reconstituted before administration.

> Both the manufacturing and the reconstitution of such preparations expose the involved personnel (workers, pharmacists, medical personnel, nurses) to risks of contamination which are particularly serious due to the toxicity of the antitumor substances.

> The Martindale Extra Pharmacopoeia 28th edition, page 175 left column, reports, indeed, about adverse effects of antineoplastic drugs and recommends that "They must be handled with great care and contact with skin and eyes avoided; they should not be

25

inhaled. Care must be taken to avoid extravasion since pain and tissue damage may ensue."

Similarly, Scand. J. Work Environ Health vol. 10 (2), pages 71-74 (1984), as well as articles on Chemistry Industry, Issue Jul. 4, 1983, page 488, and Drug-Topics-Medical-Economics-Co, Issue Feb. 7, 1983, page 99, report about severe adverse effects observed in medical personnel exposed to use of cytostatic agents, including doxorubicin.

To administer a lyophilized preparation, double handling of the drug is required, the lyophilized cake having to be first reconstituted and then administered and, moreover, in some cases, the complete dissolution of the powder may require prolonged shaking because of solubilization problems.

Motivated by the risks and problems related to the administration of existing anthracycline glycoside preparations, the inventors of the subject matter sought a means of allowing administration of anthracycline glycosides without reconstitution by medical personnel or other exposure to the drugs. The inventors solved those problems by adjusting the pH of an aqueous solution of doxorubicin, epirubicin, or idarubicin to a pH of from 2.5 to 5.0 with one of several specified physiologically acceptable acids. The inventors found, through the experiments reported in the specification of the patent, that the stability of the solutions was such that they could be kept for extended time periods in sealed containers at refrigerated temperatures (4° C to 8° C),[22] allowing health professionals to avoid reconstitution of the drug.

The '285 patent includes fourteen examples in the specification that compare unadjusted doxorubicin solutions to doxorubicin solutions in which the pH has been adjusted with an acid (and, in some cases, having co-solubilizing agents added). Importantly, the solutions were prepared in a manner that isolated variables of pH, concentration, and co-solubilizing agents. That is, unlike earlier articles, the '285 patent properly employed standardized conditions.

---

[22] Professor Clark performed his calculations based on the presumption that stability should be determined for a solution at 4°C. That is an improper assumption; refrigeration is considered to be up to 8°C, which would lead to a shorter shelf-life. *See* Stella, "Chemical and Physical Bases Determining the Instability and Incompatibility of Formulated Injectable Drugs," *J. Parenteral Sci. & Tech.* 40:142-163 (1986), at 148. That is, his calculations may suggest greater stability than appropriate.

and could not have been expected as of 1985. That stability could not have been anticipated from the limited literature available prior to the priority date.

It is my opinion that person of ordinary skill in relevant art would have been aware that, as of the priority date of the '285 patent, anthracycline injectable stability was a complex issue that was influenced by many parameters. In particular, doxorubicin had been shown that reliable stability data under certain conditions could be obtained only when the stability tests had been performed under exactly the same conditions. I would therefore never have recommended somebody to make extrapolations from the data available at the priority date of the '285 patent, nor would any person of ordinary skill in the art at that time have accepted such a suggestion. It should therefore be clear that I would not have expected the formulation claimed in the '285 patent to be physically and chemically stable for at least eighteen months or more, so it is in my view certainly non-obvious to a person of ordinary skill in the art at that time.

Executed in Amsterdam, The Netherlands on September ___, 2005.

Jacob H. Beijnen, Ph.D.

# EXHIBIT E

# REDACTED

# EXHIBIT F

# United States Patent Office

3,590,028
Patented June 29, 1971

1

3,590,028
**ADRIAMYCIN DERIVATIVES**
Federico Arcamone, Milan, Giuseppe Cassinelli, Rivanazzano, Pavia, and Aurelio di Marco and Marcello
Gaetani, Milan, Italy, assignors to Società Farmaceutici Italia, Milan, Italy
No Drawing. Filed Apr. 18, 1968, Ser. No. 722,221
Claims priority, application Italy, Apr. 18, 1967,
15,056/67
Int. Cl. C07c 47/18, 95/04
U.S. Cl. 260—210                                    7 Claims

**ABSTRACT OF THE DISCLOSURE**

Described is the antibiotic "adriamycin" and its derivatives. "Adriamycin" has the formula



and is prepared by aerobic fermentation of mutant F.I. 106 of *Streptomyces peucetius.* The compounds show antitumoral activity on some mouse and rat tumors.

Our invention relates to a new antibiotic substance and its derivatives which are particularly useful in therapy as antitumoral products and to a process for the preparation thereof. More particularly our invention has as its object a new antibiotic of the indicator type, which we call "adriamycin" or antibiotic "B–106 F.I." its salts, its hydrolytic degradation products, and a biosynthesis process for the preparation thereof by the use of a new microorganism. The new microorganism used in the process of the present invention has been obtained by mutagenous treatment of *Streptomyces peucetius* described in British Pat. 1,003,383, U.S. patent application Ser. No. 404,550 and in the Giorn. Microbiol. vol. 11, 1963, pp. 109–118. The new strain thus obtained has been given the code F.I. 106 of the Farmitalia microbiological collection and has been called *Streptomyces peucetius* var. *caesius.*

*S. peucetius* var. *caesius* has been deposited at the Institute of Microbiology at the Ruger University (U.S.A.) receiving the index number I.M.R.U. 3920 and at the Institute of Plant Pathology of the University of Milan (Italy) receiving the index number I.P.V. 1946.

The new microorganism has the following microscopic, macroscopic and biochemical properties:

## MICROSCOPIC PROPERTIES

The vegetative mycelium on the usual culture media shows thin hyphae (0.5–0.9μ thick) more or less long and branched. The ramifications form thicker hyphae (1.1–1.6μ thick), the conidiophores are often collected in fasciculated forms ending in hooks. The conidia are spherical with a diameter between 1.8 and 3.3μ, first disposed in little chains, then free. Under the electronic microscope, the conidia appear nearly spherical, of irregula contours with a warty surface.

2

## MACROSCOPIC PROPERTIES

In Table 1 are given the cultural properties noticed on the indicated media, in which the microorganism is grown at 28° C. observations being made at the 3rd, 8th, 15th, 21st and 30th day after inoculation.

## BIOCHEMICAL PROPERTIES

Gelatin: slow and partial hydrolysis
Nitrates: no reduction to nitrites
Production of hydrogen sulfide: positive
Milk: no peptonization; no coagulation
Starch: very slow and slight hydrolysis
Maltose, xylose, mannose, mannitol, glycerol, glucose, saccharose, trehalose, raffinose, fructose are utilized.
Lactose, adonitol, ramnose, sorbitol, arabinose, esculine and mesoinositol are not utilized.
Antibiotics: in liquid submerged culture it produces substances having antibiotic and antitumoral activity.

## CLASSIFICATION OF THE MUTANT F.I. 106

The mutant F.I. 106 has the following taxonomic position. In the classification system of Pridham et al. (Appl. Microbiol. 6, p. 52 1958) the microorganism belongs to the section *Retinaculum apertum,* series Red. In the classification system of Baldacci (Giorn. Microbiol. 6, p. 10, 1958) the microorganism belongs to the series *Albosporeus;* and in the system of Waksman (The Actinomycetes, Vol. II, p. 129, 1961) the microorganism belongs to the series Ruber. A comparison between the characteristics of the microorganism F.I. 106 and those of the species belonging to the cited systematic groups (Taxa) has shown that none of the latter has characteristics corresponding to those of F.I. 106.

In Table II are given these comparison data concerning the species producing substances similar to those studied. In this table, *S. cinereoruber, S. cinereoruber* var. *fructofermentans, S. caespitosus* and *S. antibioticus* have also been included even though they are not part of the above cited Taxa. There is also a list of the differences from the species which do not produce substances of the studied type.

Our microorganism differs from the species *S. albosporeus* (Waksman: The Actinomycetes, Vol. II, p. 171, 1961) because the latter does not produce soluble pigments, reduces nitrates and does not produce $H_2S$; from *S. cinnamonensis* (Waksman: The Actinomycetes, Vol. II, p. 195, 1961) and from *S. fradiae* (Waksman: The Actinomycetes, Vol. II, p. 211, 1961) in the color of the vegetative mycelium and aerial mycelium; from the species *S. ruber* (Waksman: The Actinomycetes, Vol. II, p. 271, 1961) because the latter coagulates the milk, does not produce soluble pigments and does not produce $H_2S$; from *S. rubescens* (Waksman: The Actinomycetes, Vol. II, p. 271, 1961) in the color of the aerial mycelium and because *S. rubescens* does not form any soluble pigments and does not produce hydrogen sulfide; from *S. oldiosporus* (Waksman: The Actinomycetes, Vol. II, p. 251, 1961) because the latter dotes not reduce nitrates and does not peptonize milk. Moreover, *S. oidiosporus* does not produce soluble pigments.

It is concluded that the mutant F.I. 106 of *S. peucetius* is different from all the species producing similar substances and more generally, it is different from all the species belonging to the systematic subgeneric groups to which the strain itself belongs. Particularly, the strain F.I. 106 differs from the parent strain *S. peucetius* which produces daunomycin (British Pat. 1,003,383) because it forms a vegetative mycelium more intensely red colored, an aerial mycelium which sometimes assumes blue-green turquoise tonality and lastly because it produces the antibiotic adriamycin.

3,590,028

3 4

## TABLE I

Cultural properties of the mutant F.I. 106 of *S. peucetius*

| Medium | Growth | Aerial mycelium | Vegetative mycelium | Soluble pigments |
|---|---|---|---|---|
| Agar malt yeast extract (according to Hesseltine et al. 1954).[1] | Little confluent colonies with wrinkled folds, hard, relieved, abundant. | Very scanty, smooth pale pink colored, absence of spirals and vertioils. | Abundant, yellowish then yellow-reddish. | Intense, first yellow-red then brown-red. |
| Bennet agar | Scanty, single yellowish little colonies. | Absent | Scanty, first yellowish then orange. | Absent. |
| Emerson agar | Moderate, little confluent colonies. | do | Moderate, first pale pink then reddish. | Reddish-clear brown. |
| Agar potato (according to Hesseltine et al 1954).[1] | Abundant in smooth regular patina. | Abundant, first pink, then attenuate blue-green turquoise hook-ended and then ball-ended hyphae. | Abundant, flesh colored. Hard smooth patina. | Intense, first yellow-reddish then from strong orange to light red. |
| Agar peptone plus potassium nitrate. | Abundant, in confluent little colonies. | | Abundant, colorless. | Absent. |
| Agar Czapeck | Abundant in confluent little colonies. | Scanty, first dirty white then attenuate blue-green turquoise, slightly cottony hook-ended or ball-ended hyphae. | Abundant, pale pink colored. | Do. |
| Asparagine glucose agar | Scanty, in isolated little colonies. | Scanty, whitish rose. Very broken mycelium short without apical hooks. | Scanty, colorless. | Do. |
| Glycerine-glycine agar | Abundant, in smooth, hard patina. | Absent. | Abundant, from yellow to orange. | Do. |
| Starch agar | Scanty, in single little colonies. | do | Scanty, colorless then yellowish rose. | Do. |
| Gelatin | Moderate, in surface. | do | Moderate, from colourless to yellowish. | Abundant, brown dark black. |
| Milk | Scanty | do | Scanty, ring formed surface pink-salmon colored. | Scanty, pink. |

[1] Hesseltine et al.: Ann. N.Y. Acad. Sci., 1954, 60, pp. 136-151.

## TABLE II

Comparison between the mutant F.I. 106 of *S. peucetius* and species producing substances similar to the antibiotic adriamycin

| | Mutant F.I. 106 | S. purpurascens | S. bobiliae | S. cinereo ruber | S. coeruleo rubidus |
|---|---|---|---|---|---|
| Sporophores | Straight or hooked-like. | Spirally | Spirally | Straight or hooked-like. | Bivertioily spirally. |
| Spores | Nearly round, warty, 1.8X1.2μ. | Oval, spiny, 0.5-1μ per 0.4-0.5μ. | Oval, spiny, 0.7-1μ per 0.5-2μ. | Oval, spiny, 0.6-0.8X0.8-1.3μ. |
| Vegetative mycelium | From yellow-red to intense red. | Red | Coral-red | Yellow-red brown | Yellow-red brown. |
| Aerial mycelium | White-rose, sometimes attenuate blue-green turquoise. | White-rose. | White. | Ash-grey. | Blue turquoise. |
| Reduction of: | | | | | |
| Nitrates | — | / | + | / | / |
| Milk (pep. coag.) | + | / | + | + | / |
| L-xylose | + | — | + | — | + |
| L-arabinose | + | + | + | + | + |
| L-ramnose | + | + | + | + | + |
| Fructose | + | + | + | + | + |
| Saccharose | + | + | + | + | + |
| Lactose | + | + | + | + | + |
| Raffinose | — | — | + | + | + |
| D-mannite | + | — | + | + | + |
| D-sorbite | + | — | + | + | + |
| Produced antibiotics | Adriamycin. | Rodomycin. | Cynarubin. | Rodomycin. | Rubidomycin. |

| | S. cinereo ruber var. fructofermentans | S. coespitosus | S. niveoruber | S. galilaeus | S. nogolater var. nogolater |
|---|---|---|---|---|---|
| Sporophores | Straight or hooked-like. | Vertioily | Spirally | Spirally | Straight or hooked-like. |
| Spores | Oval, smooth, 0.7-1μ per 0.9-2μ. | Oval, smooth, 0.5-1.5μ per 0.3-0.5μ. | Smooth | Smooth | More or less spherical, smooth. |
| Vegetative mycelium | Yellow-red brown. | From cream to brown to yellow-reddish. | Carmine-red | Carmine-red | Orange-red. |
| Aerial mycelium | Ash-grey | White yellowish grey. | Whitish | From white to ash-grey. | Grey. |
| Reduction of: | | | | | |
| Nitrates | / | / | / | / | + |
| Milk (pep. coag.) | + | + | — | / | + |
| L-xylose | + | + | + | + | + |
| L-arabinose | + | + | + | + | + |
| L-ramnose | + | + | + | + | + |
| Fructose | + | + | + | + | + |
| Saccharose | + | + | + | + | + |
| Lactose | + | + | + | + | + |
| Raffinose | + | + | + | + | + |
| D-mannite | + | + | + | + | + |
| D-sorbite | + | + | + | + | + |
| Produced antibiotics | Cynarubin | Mithomycin | Cynarubin. | Cynarubin. | Nogalamycin. |

| | S. antibioticus | S.a. 1166 | S.a. 220 | S. des 1205 |
|---|---|---|---|---|
| Sporophores | Straight | Not described | Not described | Made as spirals. |
| Spores | Smooth, spheric | | | Not described. |
| Vegetative mycelium | Yellow-cream | do | do | Brick-red vinous-red. |
| Aerial mycelium | From white to mouse grey | do | do | Red-grey. |
| Reduction of: | | | | |
| Nitrates | / | / | / | / |
| Milk (pep. coag.) | + | / | / | / |
| L-xylose | + | / | / | / |
| L-arabinose | + | / | / | / |
| L-ramnose | + | / | / | / |
| Fructose | + | / | / | / |
| Saccharose | + | / | / | / |
| Lactose | + | / | / | / |
| Raffinose | + | / | / | / |
| D-mannite | + | / | / | / |
| D-sorbite | + | / | / | / |
| Produced antibiotics | Cynarubin | Aklavin | Rutilantin | Pyrromycin. |

+=positive reaction.
—=negative reaction.
For S.a. 1166 and S.a. 220 see Asheshov et al. Antibiotics and Chemotherapy, 1954, 4, 380
For S. des 1205 see Brockmann, Chem. Ber., 1959, 92, 1880.
/=data are lacking.

3,590,028

5

The mutant F.I. 106 may be stored by lyophilization using as suspending medium milk or milk serum, or by collecting and maintaining the spores in a sterile substrate. It may also be stored by successive cultivations on a solid medium containing glucose or another suitable sugar and complex substances containing nitrogen (yeast extract, peptone, or hydrolyzed casein). The medium may besides contain some salts among which magnesium sulphate and potassium phosphate are particularly important.

The production of the antibiotic is carried out by usual and well know methods and consists in culturing the mutant F.I. 106, in a previously sterilized liquid cultural medium under aerobic conditions at from 25° to 37° C. (preferably at 28° C.) over a period from 3 to 7 days (preferably 5 days) at a pH which initially is from 6.5 to 7.0 and at the end of the fermentative process is of from 7.5 to 8.0. The cultural medium consists of a carbon and a nitrogen source and mineral salts. The carbon source may for example be starch, dextrin, glucose, glycerin, mannite, maltose, corn steep liquor, distillers solubles, soyabean oil or soyabean meal. The nitrogen source besides the above mentioned complex substances containing nitrogen may be for example dry yeast, meat peptone, or casein. Good results are even obtained by using ammonium salts such as ammonium nitrates, ammonium sulphates, diammonium phosphates. The mineral salts useful for the production of the antibiotic may vary according to the medium employed. In a medium containing complex substances such as various meals and fermentation residues, the addition of calcium carbonate and sodium or potassium phosphates have proved useful. In media containing glucose, yeast or ammonium salts, much higher additions of mineral salts such as potassium, magnesium, iron, zinc, manganese, copper and salts are necessary. The fermentation may be carried out in Erlenmeyer flasks or in laboratory or industrial fermenters of various capacity. The quantity of adriamycin present in the broths may be evaluated by the following method. The culture is filtered with the help of 2% Hyflo Supercel (registered trademark). The broth filtered is adjusted to pH 8.6 with 1 N sodium hydroxide solution, and is extracted twice with a 9:1 chloroform-methanol mixture. The extract is washed with water, then concentrated to dryness in vacuo. The residue is taken up with methyl alcohol and then chromatographed over whatman MM No. 3 paper buffered with M/15 phosphate buffer at pH 5.4, employing as an eluant a 7:1:2 propanol-ethyl acetate-water mixture. The red-colored part corresponding to Rf of adriamycin is eluted with a 9:1 methanol-water mixture and the quantity of adriamycin present in the filtered broth is evaluated by spectrophotometrically checking a sample of the eluate at the wavelength of 495 mμ and compared with a sample of adriamycin of which the titer is known.

The quantity of adriamycin present in the mycelium is evaluated in the following manner. The mycelium is extracted with a 4:1 acetone-0.1 N sulphuric acid mixture. The extract is neutralized and concentrated under reduced pressure to ⅕ of the original volume. The concentrate is adjusted to pH 8.6 with 1 N sodium hydroxide solution, then extracted twice with a 9:1 chloroform-methanol mixture. The extract is washed with water, then concentrated to dryness in vacuo. The content of adriamycin is determined on a sample of the residue, using the same method as described above.

In order to isolate adriamycin, the antibiotic may be extracted with a suitable solvent either from the culture broth "in toto" without filtering the mycelium mass or from the mycelium and the culture liquid previously separated by filtration. When carrying out the extraction separately, it is preferred to operate as follows. At the end of the fermentation, an adsorbent siliceous material, such as Supercel, is added to the culture broth. The mixture is filtered and both the filtration cake and the filtrate are treated separately. Most of the antibiotic is

6

found in the filtration cake which consists of the mycelium mixed with the adsorbent siliceous materials. This cake is pulped and stirred in an organic solvent. Suitable solvents are alcohols, such as methanol, ethanol, butanol, ketones such as acetone, methylethylketone; halogenated hydrocarbons such as chloroform, methylene chloride or aqueous solutions of organic or inorganic acids; such as acetic acid, hydrochloric acid, sulphuric acid. Advantageously, mixtures of organic solvents, such as alcohols and water-miscible ketones and aqueous solutions of inorganic acids may be used. Generally a mixture of acetone/0.1 N sulphuric acid in a ratio of from 7:1 to 3:1, preferably 4:1, is employed.

From the filtered broth, previously made alkaline to pH 8.5–9.0, the antibiotic may be extracted with water-immiscible organic solvents of the group of alcohols, ketones and halogenated lower aliphatic hydrocarbons such as amyl alcohol, butyl alcohol, methyl-isobutyl-ketone, methylene chloride, chloroform and mixtures thereof. Another method of extracting the filtered broth is to pass the broth itself through chromatographic column containing cationic carboxylic exchange resin (Amberlite IR 50 type) in acid form and eluting the product with an aqueous methanol solution of sodium chloride.

The organic extracts of the broth and of the mycelium are collected, neutralized, mixed with water, then concentrated under reduced pressure. The aqueous concentrate is adjusted to pH 3 with 1 N hydrochloric acid, then extracted with chloroform. The extract containing various impurities is removed while the aqueous layer is adjusted to pH 8.5–9.0 and extracted with a 9:1 chloroform-methanol mixture. The extract is washed with water, dried over anhydrous sodium sulphate, then concentrated to small volume under reduced pressure. From the concentrate, on addition of ethyl ether, a crude product containing as principal component adriamycin as a free base is obtained.

In order to purify adriamycin from various water- and lipo-soluble pigments countercurrent distribution or column chromatography may be used. In the first case, a 2:2:1 chloroform-methanol M/15 phosphate buffer mixture at pH 5.4 may be used. Better results are obtained employing chromatography over a column of cellulose buffered with a phosphate at pH 5.4 and using as eluting agent a propanol-ethyl acetate-water (7:1:2) mixture. The fractions containing adriamycin are collected and concentrated after addition of water. The aqueous concentrate is adjusted to pH 8.6 with 1 N sodium carbonate, then extracted with chloroform. The chloroform solution is dried over anhydrous sodium sulphate and then concentrated to a small volume. By adding anhydrous methanol containing hydrochloric acid, adriamycin hydrochloride is obtained as orange-red colored thin needles, which on recrystallization from anhydrous ethyl alcohol, yields orange-red needles melting at 204–205° C. (with decomposition). It is optically active $[\alpha]_D^{25} = +248° \pm 2°$ (c.=0.1 in methanol).

Elemental analysis of a purified adriamycin hydrochloride sample gives the following (percent): C=54.36, H=5.43, N=2.37, Cl=6.42.

The empirical formula corresponds to $C_{27}H_{29}NO_{11}\cdot HCl$ and the molecular weight is 579.98. The adriamycin hydrochloride is soluble in water, methanol and aqueous alcohols but is insoluble in acetone, benzene, chloroform, ethyl ether and petroleum ether. The alcoholic solutions of the antibiotic give characteristic coloring with metallic salts: crimson red with magnesium salts, crimson red with calcium salts, and dark red with lead salts. At an alkaline pH, a turning point to violet color and precipitation of pigmented substances is observed. Aqueous solutions of adriamycin hydrochloride are yellow-orange at acid pH, red-orange at a neutral pH and violet-blue at a pH higher than 9. The spectrum in U.V.

3,590,028

| 7 | 8 |

and in the visible ranges in methanol is characterized by the following maxima:

at 233 m$\mu$ (E$\mathbf{l}^\%_{m}$=673)

at 252 m$\mu$ (E$\mathbf{l}^\%_{m}$=450)

at 288 m$\mu$ (E$\mathbf{l}^\%_{m}$=159)

at 479 m$\mu$ (E$\mathbf{l}^\%_{m}$=219)

at 496 m$\mu$ (E$\mathbf{l}^\%_{m}$=217)

at 529 m$\mu$ (E$\mathbf{l}^\%_{m}$=118)

In the I.R. spectrum bands of the following wavelengths are noted: (in $\mu$): 3.00, 3.44, 5.80, 6.17, 6.31, 6.55, 7.05, 7.78, 8.11, 8.24, 9.00, 9.35, 10.10, 10.98, 11.50, 12.68, 13.12, 14.60. Adriamycin has the following structural Formula I:



(I)

The antibiotic is a base to form salts with inorganic and organic acids. The color change observed from red to blue-violet at pH ~9 is due to the salification of the phenolic hydroxyl-groups. Acids split the glycosidic bond. For example, heating adriamycin to 100° C. in 0.5 N mineral acids for one hour, gives a red-colored aglycone, insoluble in water (adriamycinone) and a water-soluble, basic, reducing fraction (daunosamine). Adriamycinone has the following structural Formula II:



(II)

the corresponding empirical formula is C$_{21}$H$_{18}$O$_9$. It melts at 223–224° C.; [$\alpha$]$_D$=+156° (c.=0.1 in dioxane).

The spectrum in the U.V. and in the visible ranges shows maxima at the following wavelengths:

| $\lambda_{max.}$ (m$\mu$): | E$\mathbf{l}^\%_{m}$: |
| --- | --- |
| 233 | 887 |
| 251 | 631 |
| 288 | 211 |
| 478 | 282 |
| 495 | 290 |
| 528 | 173 |

In the I.R. spectrum, the following absorption bands are noted (in $\mu$): 2.90, 3.42, 5.79, 6.18, 6.34, 6.92, 7.08, 7.26, 7.42, 7.80, 7.90, 8.05, 8.29, 8.43, 8.72, 8.93, 9.30, 9.88, 10.10, 10.86, 12.32, 12.75, 13.16, 13.70, 14.40. The mass spectrum of adriamycinone shows the following tops: m/e 414 (M), 378 (M–2H$_2$O), 347 (M– 2H$_2$O—CH$_2$OH).

The pentaacetate of adriamycinone (prepared by treatment of adriamycinone with acetic anhydride and pyridine) has the empirical formula C$_{31}$H$_{28}$O$_{14}$, melting at 164–166° C.; [$\alpha$]$_D$=–94° (c.=0.1 chloroform) and shows the following mass spectrum: m/e 624 (M), 582 (M–CH$_2$CO), 540 (M–2CH$_2$CO), 480 (M–2CH$_2$CO—CH$_2$COOH), 420 (M–2CH$_2$CO—2CH$_2$COOH), 378 (M–3CH$_2$CO —2CH$_2$COOH), 347 (M–3CH$_2$CO—CH$_2$COOH—CH$_2$OH).

The water-soluble fraction (daunosamine) consists of a reducing aminosugar having the following structure III:



(III)

Daunosamine hydrochloride melts at 168° C. (with decomposition); [$\alpha$]$_D$=—54.5° (in water); N-benzoylderivative melts at 154–156° C.

Chromatography of adriamycin hydrochloride and its aglycone in comparison with daunomycin and daunomycinone

Paper chromatography.—Whatman paper No. 1 buffered with M/15 phosphate buffer at pH 5.4, descending development for 16 hours at room temperature.

Solvent A: Butanol saturated with M/15 phosphate buffer at pH 5.4;

Solvent B: Propanol ethyl acetate water (7:1:2).

Thin layer chromatography. — Kieselgel G layer (Merck) buffered with 1% oxalic acid in water. The chromatogram was run at 10 cm. at room temperature.

System C: methylene chloride methanol (100:15);

System D: n-butanol-acetic acid-water (4:1:5) upper phase;

System E: benzene-ethyl acetate petroleum ether boiling at 80–120° C. (80:50:20);

System F: benzole-ethyl formate-formic acid (50:50:1).

| | Chromatography on— | | | | | |
| | Paper | | Thin layer | | | |
| System | A | B | C | D | E | F |
| --- | --- | --- | --- | --- | --- | --- |
| **Compound:** | | | | | | |
| Adriamycin Rf. | | | 0.10 | 0.26 | 0.17 | 0.23 | 0.00 | 0.00 |
| Daunomycin hydrochloride Rf. | | | 0.20 | 0.50 | 0.35 | 0.45 | 0.00 | 0.00 |
| Aglycone of adriamycin (Adriamycinone) Rf. | | | 0.20 | 0.65 | 0.90 | 0.80 | 0.10 | 0.25 |
| Daunomycinone Rf. | | | 0.76 | 0.85 | 0.95 | 0.85 | 0.15 | 0.40 |

The acid addition salts of adriamycin are obtained by reacting the base with non-toxic organic and inorganic acids, such as hydrochloric acid, sulphuric acid, acetic acid, propionic acid, valerianic acid, palmitic acid, oleic acid, citric acid, succinic acid, mandelic acid, glutamic acid, and pantothenic acid. Neutral salts are obtained by reaction of the corresponding acid with the free base, which is obtained by extraction of an aqueous solution of the hydrochloride at pH 8.6 with organic water-immiscible solvents, such as butanol and chloroform. By evaporation of the organic solvent, the antibiotic adriamycin is obtained in the form of free base. The salts may be also obtained by double exchange of the salts, for example, adriamycin pantothenate is obtained from adriamycin sulphate with calcium pantothenate. Although the antibiotic adriamycin has a remarkable bacteriostatic activity against several microorganisms (see Table 3), it has proved particularly useful as an antitumoral.

TABLE 3

Antibiotic activity of adriamycin hydrochloride

| Strains | Medium | DM $\mu$g./ml. |
| --- | --- | --- |
| Staph. aureus sp. 209 P | Meat broth | 12.5 |
| B. subtilis | do | 6.25 |
| S. faecalis | do | 50 |
| S. abortus equina | do | 50 |
| S. coli B | do | 50 |
| Sh. flexneri | do | >50 |
| C. albicans | Sabouraud | >50 |

The antibiotic shows a marked inhibitory effect on tumor growth in ascitic form, in which an immediate con-

3,590,028

**9**

tact of the antibiotic and the neoplastic cells is achieved. A good inhibiting effect is observed also in solid tumors where the activity is different according to the administration route and to the dose. The antitumoral activity of adriamycin gives better results in efficacy and duration than daunomycin also in these tests.

## PHARMACOLOGY

### Study of the antitumoral activity of the antibiotic adriamycin

The study of the antitumoral activity of the antibiotic adriamycin obtained from Streptomyces F.I. 106 has been carried out on some mouse and rat tumors both in the solid and ascitic form.

(1) Ascitic tumors.—Activity tests have been carried out on mice bearing Ehrlich ascitic carcinoma and treated intraperitoneously with solutions of the antibiotic, at different concentrations, for 5 consecutive days starting from the same day following the tumor implantation. Table 4, where the obtained results are summarized, shows that the antibiotic under examination, administered in equal doses of 1.75 and 2.50 mg./kg./day, has a remarkable inhibitory effect on the ascitic tumor growth and has increased considerably the average survival rate of the treated animals.

### TABLE 4
Ehrlich ascitic carcinoma

| Lots of 10 animals | Dose, mg./kg./ day | Body weight change, grams (days after implantation) | | Average survival time, days |
|---|---|---|---|---|
| | | 6 | 12 | |
| Controls | | +7.5 | +13.9 | 14 |
| Adriamycin | {1.75 | −0.8 | +2.3 | 33.6 |
| | {2.50 | −1.8 | +0.9 | 34.6 |

The results have been confirmed by a successive experiment in which the antibiotic has been administered at the doses of 1.25 and 2.50 mg./kg./day (Table 5).

### TABLE 5
Ehrlich ascitic carcinoma

| Lots of 10 animals | Dose, mg./kg./ day | Body weight change, grams (days after implantation) | | Average survival time, days |
|---|---|---|---|---|
| | | 6 | 12 | |
| Controls | | +7.5 | +13.2 | 17.5 |
| Adriamycin | {1.25 | −0.6 | +4.6 | 33.2 |
| | {2.50 | −0.9 | −4.3 | 51.2 |

A comparison of the results obtained, under the same experimental conditions, on mice bearing Ehrlich ascitic carcinoma, with the antibiotics daunomycin and adriamycin in respect to control mice shows that the latter is a more active product. From Table 6, it is seen that the values of the ratio indicating the increase of the survival time in the treated mice as compared to the control mice for the same doses are higher with adriamycin.

### TABLE 6

Ratio of the average survival time of mice bearing Ehrlich ascitic carcinoma (each value shows the average of the obtained results in groups of 10 animals per group)

| Dose, mg./kg./day | 2.50 |
|---|---|
| Daunomycin | 1.8 |
| Adriamycin | 2.8 |

The antimitotic effect of adriamycin has been shown in tests carried out on mice bearing ascitic tumors in logarithmic growth stage (5th day). These animals have been treated intraperitoneously with only one administration of adriamycin of 2 mg./kg. The examination of the smears of the neoplastic exudate drawn before and at different intervals of time after the treatment (2, 4, 8, 24, 32 and 48 hours) shows that the antibiotic causes a very quick and complete stopping the multiplicative activity of the tumor which lasts until the 32nd hour. 48 hours

**10**

after the treatment, numerous cells are noticed in mitosis, but their morphology is constantly altered.

(2) Solid tumors.—The test of activity on solid tumors have been carried out with sarcoma 180 in the mouse and with Oberling-Guérin-Guérin myeloma in the rat.

(a) Sarcoma 180: mice grafted with a fragment of neoplastic tissue have been treated by subcutaneous route, for 5 days, starting from the day following the tumor implantation. The antibiotic has been administered in solution at different concentrations, corresponding to following doses in mg./kg./day: 7, 5, 3.5, 2.5 and 1.75. At the 11th day, all the animals have been slaughtered and their tumors removed and weighed. The results are reported in Tables 7 and 8.

### TABLE 7

| Lot | Dose, mg./ kg./ day | Body weight change, g. | | Tumor weight, g. | Percent inhibition | Mortality |
|---|---|---|---|---|---|---|
| | | Gross | Net | | | |
| Controls | | +4.73 | +0.96 | 3.923 | | 0/10 |
| Adriamycin | 7 | −5.95 | −4.92 | 0.280 | 92.9 | 0/10 |
| | 2.50 | −2.21 | −3.01 | 0.606 | 52.3 | 0/10 |
| | 1.75 | +4.09 | +1.10 | 1.985 | 49.3 | 0/10 |

### TABLE 8
Sarcoma 180

| Lot | Dose, mg./ kg./ day | Body weight change, g. | | Tumor weight, g. | Percent inhibition | Mortality |
|---|---|---|---|---|---|---|
| | | Gross | Net | | | |
| Controls | | +5.95 | +4.19 | 2.481 | | 0/10 |
| Adriamycin | 5 | −5.57 | −4.61 | 0.239 | 90.3 | 0/10 |
| | 2.50 | −1.80 | −2.35 | 0.658 | 73.4 | 0/10 |
| Daunomycin | 5 | −0.66 | −0.15 | 1.029 | 58.2 | 0/10 |
| | 2.50 | +1.32 | −0.23 | 1.745 | 29.1 | 0/10 |

From the 2 tables, it is seen that the antibiotic has caused a marked inhibition of the tumor growth at all doses used. A notable mortality of the treated animals has been verified only with a higher dosage (7 mg./kg./ day). Tests carried out in parallel, under the same experimental conditions, with the antibiotic daunomycin (see Table 8) have made it possible to draw dose-effect graphs of the two products and to carry out a comparison of the activity. It is clearly seen that under the same experimental conditions, adriamycin has a higher activity than daunomycin on this kind of tumor. The result is even more evident, if the inhibiting doses 50 (ID50) are considered:

| | Mg./kg. |
|---|---|
| Daunomycin | About 3.3 |
| Adriamycin | About 1.5 |

Tests of subacuate toxicity carried out on healthy mice with adriamycin administered by subcutaneous route, for 8 days, at does variable from 10 to 1.25 mg./kg. gave the following results.

### TABLE 9
Subacute toxicity of the adriamycin on mouse

| Dose, mg./kg./day | Percent mortality in days | |
|---|---|---|
| | 10th | 15th |
| 10 | 100 | 100 |
| 8.33 | 70 | 100 |
| 6.87 | 40 | 90 |
| 5 | 0 | 0 |
| 2.50 | 0 | 0 |
| 1.25 | 0 | 0 |

From the above data, it is calculated graphically that the lethal dose 10 (LD$_{10}$) is equal to 6.4 mg./kg. From the diagram, one can also deduce that the inhibition dose 90 (ID$_{90}$) of adriamycin is 5 mg./kg. With these data it is possible to calculate, according to Skipper (Cancer

3,590,028

## 11

Chemotherapy Report, 17, 1, 1962), the therapeutical index of adriamycin, which is

$$T.I. = \frac{LD_{10}}{ID_{90}} = \frac{6.4}{5} = 1.28$$

Under the same experimental conditions, the therapeutical index of daunomycin is 0.67. It is useful to note that from the above-mentioned work of Skipper, under the same experimental conditions, the therapeutical index of other antitumoral antibiotics already in use (actinomycin, mitomycin, actinobolin, actidione) is lower than 1.

(b) Oberling-Guérin-Guérin myeloma: Wistar rats grafted with a fragment of tumor tissue have been treated by intravenous route for 8 days, starting from the day following the tumor implantation. At the 12th day of the experiment the surviving animals had been destroyed and the tumors were removed and weighed. Table 10 shows the antibiotic to be effective also against this type of tumor. Under these experimental conditions the $ID_{50}$ of the adriamycin is about 2 mg./kg.

### TABLE 10

Oberling-Guérin-Guérin myeloma

| Lot | Dose, mg./kg./day | Body weight change, grams | | Mortality | Tumor weight, g. | Percent inhibition |
|---|---|---|---|---|---|---|
| | | Gross | Net | | | |
| Controls | | +14.7 | +4.2 | 0/10 | 12.467 | |
| Adriamycin | 0.625 | +4.2 | -1.0 | 3/10 | 10.263 | 17.7 |
| | 1.25 | +25.2 | +14.6 | 0/10 | 10.040 | 14.8 |
| | 2.50 | -1.3 | -5.6 | 1/10 | 4.295 | 65.5 |

The following examples serve to illustrate the invention without limiting it.

### EXAMPLE 1

Two 300 ml. Erlenmeyer flasks, each containing 60 ml. of the following culture medium for the vegetative phase, were prepared: peptone 0.6%; dry yeast 0.3%; hydrated calcium carbonate 0.2%; magnesium sulphate 0.01%; after sterilization was 7.2. Sterilization has been effected by heating in autoclave at 120° C. for 20 minutes. Each flask was inoculated with a quantity of mycelium of the mutant F.I. 106 corresponding to ⅓ of a suspension in sterile water of the mycelium of a 10-days old culture grown in a big test tube on the following medium: saccharose 2%; dry yeast 0.1%; bipotassium phosphate 0.2%; sodium nitrate 0.2%; magnesium sulphate 0.2%; agar 2%; tap water up to 100%. The flasks were then incubated at 28° C. for 48 hours on a rotary shaker with a stroke of 30 mm. at 220 r.p.m. 2 ml. of a vegetative medium thus grown were used to inoculate 300-ml. Erlenmeyer flasks with 60 ml. of the following medium for the productive phase: glucose 6%; dry yeast 2.5%; sodium chloride 0.2%; bipotassium phosphate 0.1%; calcium carbonate 0.2%; magnesium sulphate 0.01, ferrous sulphate 0.001%; zinc sulphate 0.001%; copper sulphate 0.001%; tap water to 100%. The glucose was previously sterilized separately at 110° C. for 20 minutes. The resulting pH was 7. This was sterilized at 120° C. for 20 minutes and incubated at 28° C. under the same conditions of stirring, as for the vegetative media. The maximum concentration of the antibiotic was reached on the 6th day of fermentation. The quantity of adriamycin produced at this time corresponds to a concentration of 15 μg./ml.

### EXAMPLE 2

The operation was as in Example 1 with the difference that the inoculation culture was grown on the following solid medium: 200 g. of peeled potatoes were boiled for 20 minutes in 500 ml. of water. The volume was brought up to its original value and filtered through gauze. 2% of glucose, 0.1% of Difco yeast extract and 2% of agar were added. The volume was brought to 1000 ml. The resulting mixture was sterilized at 120° C. for 20 minutes and pH

## 12

6.8–7.0. The maximum concentration of adriamycin 12 μg./ml. was reached at the 140th hour.

### EXAMPLE 3

The operation was as in Example 2 with the difference that the vegetative and productive media had the following compositions:

Vegetative medium.—Starch 3%; calcium carbonate 0.4%; distillers solubles 0.3%; ammonium sulphate 0.1%; casein 0.5%; bipotassium phosphate 0.01; in tap water up to 100%. The pH, after sterilization in an autoclave at 120° C. for 20 minutes, was 7.

Productive medium.—Starch 5%; calcium carbonate 0.8%; corn steep liquor 0.6%; casein 0.5%; ammonium sulphate 0.1%; bipotassium phosphate 0.01%. The pH after sterilization, carried out as for the vegetative phase, was 7. The maximum production was achieved at the 7th day with 6.5 μg./ml.

### EXAMPLE 4

A culture of the mutant F.I. 106 on a solid medium as in Example 2 was inoculated into 500 ml. of the liquid medium of the vegetative phase in Example 1, contained in a 2000 ml. Pyrex glass flask. The resulting mixture was incubated at 28° C. for 48 hours on a rotary shaker with a stroke of 3.5 mm. at 120 r.p.m. 100 ml. of the culture broth so obtained was then inoculated in 3000 ml. of the same liquid medium contained in a 5-liter neutral glass fermenter, provided with a screw-stirrer, an inlet tube for bubbling in air ending under the screw-stirrer, a breakwater device, a tube for inoculation, an air outlet tube, temperature checking equipment and a device for intermittent or continuous additions under sterile conditions. Growth was carried out at 28° C. with an aeration rate of 3 liters per minute and under stirring at a rate of 400 r.p.m. After 24 hours, 300 ml. of the broth culture thus grown were inoculated into 6 liters of the productive medium in Example 1 contained in a 10-liter neutral glass fermenter as described above. Fermentation was carried out at a stirring rate of 350 r.p.m. and with an aeration rate of 5 liters per minute, foaming being checked by adding small quantities of silicone antifoaming agent. The highest production obtained in 150 hours of fermentation corresponded to a 6 μg./ml. concentration of adriamycin.

### EXAMPLE 5

With a culture obtained as in Example 1, a 2000-ml. flask was inoculated with 500 ml. of medium of the following composition: peptone 0.6%; granulated dry yeast 0.5%; calcium nitrate 0.05%, in tap water to 100%. The medium was stirred on a rotary shaker for 48 hours at 28° C. By means of the culture thus obtained, an 80-liter fermenter was inoculated with 50 liters of the medium. This medium was stirred at 230 r.p.m. and aerated with an airflow of 0.7 liter/liter of the medium/minute at 27° C. After 4–5 hours, the culture broth was used to sow 500 liters of culture medium in an about 800-liter fermenter. The fermentation medium has the following composition: glucose 7%; chick-pea meal 6.65%; calcium carbonate 0.2%; sodium chloride 0.2%; bipotassium phosphate 0.1%; magnesium sulphate heptahydrate 0.02%; ferrous sulphate heptahydrate 0.00068%; manganese sulphate heptahydrate 0.001%; copper sulphate 0.002%; in tap water to 100%. The medium was sterilized at 120° C. for 30 minutes, cooled to 27° C. and after inoculation, stirred at 250 r.p.m. and aerated with an air flow of 0.4 liter/liter of medium/minute. After 145 hours, the culture broth contained 6.5 μg./ml. of adriamycin.

### EXAMPLE 6

60 liters of culture liquid, resulting from the fermentation obtained according to Example 4, were filtered from the mycelium through Supercel to yield a cake and

**13**

a filtrate which were extracted separately. The cake was suspended in acetone diluted with 0.1 N aqueous sulphuric acid (4:1) and stirred for 2 hours. The liquid was filtered off and the cake was further stirred twice. The extracts obtained were combined, neutralized and the acetone was evaporated off in vacuo. The concentrate, which contains about 0.25 g. of adriamycin, was acidified to pH 3 with 1 N hydrochloric acid, and then extracted with chloroform which removed part of the impurities. The aqueous phase was adjusted to pH 8.6 with 1 N sodium hydroxide and then extracted with a chloroform-methanol (9:1) mixture. The operation was repeated until the aqueous phase became colorless. The methanol-chloroform extracts were washed with water at pH 8.6, then dried over anhydrous sodium sulphate, filtered and concentrated to a small volume under reduced pressure. Adriamycin in the form of free base precipitated upon addition of ethyl ether. 1.50 g. of crude product was obtained which contained about 0.2 g. of adriamycin. The filtered broth was adjusted to pH 8.6 with 1 N sodium hydroxide and extracted with a chloroform-methanol (9:1) mixture. The operation was repeated twice. The methanol-chloroform extracts were washed with water at pH 8.6 and re-extracted with 0.01 N hydrochloric acid until the aqueous phase assumed a red color. The chloroform phase was removed. The aqueous phase was filtered, adjusted to pH 8.6 with 1 N sodium hydroxide, and extracted with a chloroform-methanol (9:1) mixture. The extract, which at this point contained besides various impurities, 0.15 g. of adriamycin, was washed with water at pH 8.6, dried over anhydrous sodium sulphate, filtered and concentrated under reduced pressure to a small volume. By adding 10 volumes of ethyl ether, precipitation of 1.00 g. of a crude product containing 0.12 g. of adriamycin was obtained. In total 0.320 g. of adriamycin in the form of crude base were obtained.

**EXAMPLE 7**

0.500 g. of crude product containing about 15% of adriamycin were dissolved in 10 cc. of M/15 buffer phosphate at pH 5.4. The solution was adsorbed on 10 g. of cellulose powder (whatman CF 11). The mixture was dried overnight in vacuo over anhydrous calcium chloride, put in a glass chromatographic column (100 cm. high and 4 cm. in diameter) containing 225 g. of cellulose powder (whatman CF 11) previously buffered with M/15 buffer phosphate at pH 5.4, and dried in vacuo over anhydrous calcium chloride. Elution was effected with a propanol-ethyl acetate-water (7:12) mixture and 25 ml. fractions were collected with an automatic collector. The various fractions were examined by chromatography over whatman paper No. I, buffered at pH 5.4, using as eluting agent the same mixture as was employed to elute the column. Fractions 40–60 contain adriamycin and were combined and concentrated to 50 ml. Salts were precipitated and filtered off. 200 ml. of water were added to the filtrate and the pH of the solution was adjusted to 7 with 1 N sodium hydroxide. The resulting solution was concentrated under reduced pressure to 50 ml. The concentrate was adjusted to pH 8.6 and extracted with chloroform. The extraction was repeated three times. The chloroform extracts were then combined and washed with water adjusted to pH 8.6, and then with water. They were dehydrated over anhydrous sodium sulphate, filtered and the filtrate was concentrated under reduced pressure to 5 ml. 0.15 ml. of a 1 N solution of anhydrous hydrochloric acid in methanol were added and cooled. After a few minutes, a crystalline precipitate of adriamycin hydrochloride was formed. This was filtered off and washed with cold chloroform and anhydrous ethyl ether. 50 mg. of the product were obtained which was recrystallized from ethanol. In this manner 35 mg. of a pure product melting at 204–205° C. are obtained. From the mother liquor, a further 15 mg. of an amorphous product of 90% purity were recovered.

**14**

**EXAMPLE 8**

0.077 g. adriamycin hydrochloride were dissolved in 4 ml. of 0.5 N hydrochloric acid and heated for 1 hour at 100° C. A dark red amorphous precipitate was obtained which was collected by filtration after cooling. The product, washed with water to neutrality of the washings, was dried overnight in vacuo over potassium hydroxide and for 6 hours over phosphoric anhydride at 56° C. Thus 47 mg. of aglycone of adriamycin are obtained melting at 223°–224° C., [α]$_D$=+156° (dioxane) having the formula C$_{21}$H$_{18}$O$_9$. After precipitation of the aglycone, the almost colorless aqueous acid solution contains a compound which reduces Fehling's solution and gives a positive reaction with ninhydrin. The solution was neutralized (pH 6), passing through a Dowex exchange resin 1x8 (in bicarbonate form). The resin was filtered and the filtrate lyophilized. The white residue consists of an aminosugar which has the same properties as daunosamine hydrochloride. By paper chromatography with the mixed solvents: butanol-acetic acid-water (4:1:1) and (4:1:5); butanol-pyridine-water (6:4:3), and by thin layer Alusil chromatography using as solvent a propanol-ethyl acetate-water-25% aqueous ammonia (6:1:3:1) mixture, the amino-sugar did not separate from daunosamine. The product may be revealed with the ninhydrin reagent and with aniline phthalates over paper and with anisaldehyde and sulphuric acid on thin layers.

We claim:

1. A new antibiotic selected from the group consisting of adriamycin, having the formula:



its aglycone and its non-toxic pharmaceutically acceptable organic and inorganic acid salts.

2. The compound adriamycin having the formula



3. The pharmaceutically acceptable acid addition salts of the compound of claim 2.

4. The hydrochloride of the compound of claim 2.

5. The sulphate of the compound of claim 2.

6. The pantothenate of the compound of claim 2.

7. The aglycone of the compound of claim 2.

**References Cited**

**UNITED STATES PATENTS**

2,736,725   2/1956   Ritter _____ 260–210AB
3,296,246   1/1967   Ores et al. _____ 260–210AB

LEWIS GOTTS, Primary Examiner
J. R. BROWN, Assistant Examiner

**U.S. Cl. X.R.**

195—80; 260—396; 424—180