# EXHIBIT 3

CERTIFICATE UNDER 37 CFR 1.8:  The undersigned hereby certifies that this Transmittal Letter and
the paper, as described in paragraph 1 hereinabove, are being deposited with the United States Postal
Service with sufficient postage as first class mail in an envelope addressed to:  Asst. Commissioner for
Patents, BOX AF, Washington, D.C. 20231 on this 28th day of June, 1996.

769-249-0 DIV
769-206-0 DIV

By _Daniel L. Bochnen_
        Daniel Bochnen

### IN THE UNITED STATES PATENT & TRADEMARK OFFICE

IN RE APPLICATION OF GAETANO GATTI, et al.        :

SERIAL NO.: 07/827,742        :        EXAMINER PESELEV

FILED:  JANUARY 29, 1992        :        GROUP ART UNIT: 1803

FOR:  INJECTABLE READY-TO-USE SOLUTIONS        :
        CONTAINING AN ANTITUMOR
        ANTHRACYCLINE GLYCOSIDE        :

RECEIVED
JUL 1 2 1996
GROUP 1800

### SUBMISSION OF DECLARATIONS IN SUPPORT OF
### AMENDMENT UNDER 37 C.F.R. § 1.116

HONORABLE COMMISSIONER OF PATENTS & TRADEMARKS
WASHINGTON, D.C.  20231

SIR:

        Applicants are filing herewith an Amendment Under 37 C.F.R. §1.116 in the above-

identified case.  The Amendment refers to and incorporates by reference several Declarations

that have been previously filed in other cases dealing with related subject matter.  In particular,

the declarations present information on long felt need, commercial success, and scientific testing

that establishes differences between the prior art and the subject matter of the present invention.

In order to establish a clear record, Applicants note that the Declarations submitted herewith

include Declarations Under Rule 1.132 of the following individuals:

1.        William J. Dana, dated June 16, 1988, and filed in case S.N. 06/878,784;

2.        Mary Horstman, dated June 2, 1988, and filed in case S.N. 06/878,784;

3.        Debra Holton-Smith, dated May 24, 1988, and filed in case S.N. 06/878,784;

4.        Carlo Confalonieri, dated 21 May 1991, and filed in case S.N. 07/503,856;

PU 0015169

5.  Carlo Confalonieri, dated December 20, 1990, and filed in S.N. 07/503,856; and

6.  Carlo Confalonieri, dated March 10, 1987, and filed in S.N. 06/878,784, and refiled as

Exhibit C to the Confalonieri Declaration dated Dec. 20, 1990 in S.N. 07/503,856

                              Respectfully submitted,

June 28, 1996                 _Daniel A. Boehnen_
                              Daniel A. Boehnen, Reg. No. 28,399
                              Emily Miao, Ph.D., Reg. No. 35,285
                              BANNER & ALLEGRETTI, LTD.
                              Suite 3000
                              10 South Wacker Drive
                              Chicago, Illinois 60606
                              312-715-1000

PU 0015170