EXHBIT 4 CONT'D.

Examiner does not consider a cited document to be sufficiently pertinent to use in a rejection, or otherwise does not consider it to be prior art for any reason, or even if the Examiner does not believe that the guidelines for citation have been fully complied with. This is requested so that each document becomes listed on the face of the patent issuing on the present application.

The present Disclosure Statement is being submitted in compliance with 37 CFR 1.56 insofar as an Examiner might consider any of the cited documents important in deciding whether to allow the application to issue as a patent, but the citation of each document is not to be construed as an admission that such document is necessarily relevant or prior art. No representation is intended that the cited documents represent the results of a complete search, and it is anticipated that the Examiner, in the normal course of examination, will make an independent search and will determine the best prior art consistent with 37 CFR 1.104(a) and 1.106(b) and, in the course of each search, will review for relevance every document cited on the attached form even if not initialed.

Early and favorable consideration is earnestly solicited.

Respectfully submitted,

Dated: July 1, 1998

*Jeremy E. Noe*
Jeremy E. Noe
Registration No. 40,104

McDonnell Boehnen Hulbert and Berghoff.
300 South Wacker Drive, Suite 3200
Chicago, Illinois 60606
312-913-0001, Facsimile 312-913-0002

PU 0015339

HAND DELIVERY TO ART UNIT 1211

Sheet 1 of 18

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 96,925 | Serial No. 07/827,742 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | |
| | | Applicant: Gaetano Gatti et al. | |
| | | Filing Date: January 29, 1992 | Group: 1211 |

**U.S. PATENT DOCUMENTS**

| Examiner Initial | | Document Number | Date | Name | Class | Subclass | Filing Date |
|---|---|---|---|---|---|---|---|
| ℓ | 1 | 4,039,663 | 8/2/77 | | | | |
| ℓ | 2 | 4,039,736 | 8/2/77 | DEHNEL | | | |
| ℓ | 3 | 4,035,566 | 7/12/77 | | | | |
| ℓ | 4 | 3,686,163 | 8/22/72 | ANTHONY et al. | | | |
| ℓ | 5 | 4,039,633 | 8/2/77 | | | | |
| ℓ | 6 | 4,327,087 | 4/27/82 | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | Document Number | Date | Country | Class | Subclass | Translation Yes / No |
|---|---|---|---|---|---|---|---|
| ℓ | 7 | 1,046,508 | 1/16/79 | Canada | | | |
| ℓ | 8 | 1,041,488 | 10/31/78 | Canada | | | |
| ℓ | 9 | Patent Application No. 2,014,244 | | Canada | | | |
| ℓ | 10 | 1,046,507 | 1/16/79 | Canada | | | |
| ℓ | 11 | 1,204,736 | 5/20/80 | Canada | | | |
| ℓ | 12 | 985,598 | 3/10/95 | United Kingdom | | | X |
| ℓ | 13 | 8602743 | | Sweden | | | |

**OTHER DOCUMENTS** - Including Author, Title, Date, Pertinent Pages, Etc.

| | | |
|---|---|---|
| ℓ | 14 | Young et al., The Anthracycline Antineoplastic Drugs (1981) Vol. 305(3) New England J. Med 139. |
| ℓ | 15 | Casazza, Experimental Studies on New Anthracyclines (1984) (Proc. of Int. Symposium on Adriamycin: Ogawa et al. eds.). |
| ℓ | 16 | Aubel Sadron et al., Daunorubicin and doxorubicin, anthracycline antibiotics, a physicochemcial and biological review (1984) Biochemie 66, pp. 333-352 |
| ℓ | 17 | Abdella et al., A Chemical perspective on the Anthracycline Antitumor Antibiotics, Env. Health Persp. Vol. 64, pp. 3-18 (1985). |
| ℓ | 18 | Arcamone, Daunomycin and Related Antibiotics. Topics in Antibiotic Chemistry. Vol. 2 (Sammes, ed.) (1978). |
| ℓ | 19 | Brown, Adriamycin and Related Anthracycline Antibiotics, Prog. Med. Chem. 15:124 (1978). |
| ℓ | 20 | Goormagtigh et al., Anthracycline Glycoside-Membrane Interactions, Biochem. Biophys. Acta: 271-288 (1984). |
| ℓ | 21 | Skovsgaard et al., Adrimycin, An Antitumor Antibiotic : A Review with Special Reference to Daunomycin, Dan. Med. Bull 22(2):62 (1975). |

| Examiner | Date Considered |
|---|---|
| [signature] | 5/13/99 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with any communication.

PU 0015340

HAND DELIVERY TO ART UNIT 1211

Sheet 2 of 18

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 96,926 | Serial No. 07/827,742 |
|---|---|---|---|
| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
| | | Applicant: Gaetano Gatti et al. | |
| | | Filing Date: January 29, 1992 | Group: 1211 |

**U.S. PATENT DOCUMENTS**

| Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date |
|---|---|---|---|---|---|---|
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | Document Number | Date | Country | Class | Subclass | Translation Yes / No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**OTHER DOCUMENTS - Including Author, Title, Date, Pertinent Pages, Etc.**

| | | |
|---|---|---|
| ✓ | 22 | Bachur et al., Cellular pharmacodynamics of several anthracycline antibiotics (1976) J. Med. Chem 19(5):651. |
| ✓ | 23 | Suarato, "Antitumor Anthracyclines", The Chemistry of Antiumour Agents (1990) (Wilman, ed.) |
| ✓ | 24 | Legha; "The Anthracyclines and Mitoxantrone", Cancer Chemotheraphy by Infusion 2nd edition (Lokich et.) (1990) Precept Press. |
| ✓ | 25 | Bouma et al., Anthracycline Antitumor agents: A review of physcicochemical, analytical and stability properties Pharm. Weekblad Sc. Ed., Vol. 8, pp. 109 (1986). |
| ✓ | 26 | Williams, Stability & Compatibility of Admixtures of Antineoplastic Drugs, Cancer Chemotherapvhy by Infusion. 2nd Edition (Lukich et.) (1990) Precept Press. |
| ✓ | 27 | Williams et al., Photoinactivation of Anthracyclines (1981) Photochemistry & Photobiology, Vol. 34, p.131. |
| ✓ | 28 | Poochikian et al., Stability of anthracycline antitumor agents in four infusion fluids (1981) Chemical Abstracts, Vol. 94.214489f. |
| ✓ | 29 | Keusters, et al., Stability of solutions of doxorubicin and epirubicin in plastic mini bags for intravesical use after storage at -20°C and thawing by microwave radiation. (1986) Pharm. Weekblad Sc.Ed. Vol. 8 p.144. |
| ✓ | 30 | Bekers et al., Effect of cyclodextrins on anthracycline stability in acidic aqueous media (1988) Pharm. Weekblad. S. Ed., Vol. 10.,207. |
| ✓ | 31 | Wood, Mary Jayne: Stability of anthracycline cytotoxic agents in solution and infusion fluids- submitted for the degree of Master of Philosophy (The University of Aston in Birmingham). October 1988. |
| ✓ | 32 | Wood et al., Stability of Doxorubicin, Daunorubicin and Epirubxcin in Plastic Syringes and Minibags (1990) J. Clin. Pharm. Therapeutics Vol. 15. p. 279-289. |
| ✓ | 33 | Crom et al., Pharmacokinetics of Anticancer Drugs in Children, Clin. Pharm. 12:pp. 168-213 (1987). |

| Examiner | Date Considered |
|---|---|
| [signature] | 5/13/97 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with any communication.

HAND DELIVERY TO ART UNIT 1211

Sheet 3 of 18

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 96,926 | Serial No. 07/827,742 |
|---|---|---|---|
| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
| | | Applicant: Gaetano Gatti et al. | |
| | | Filing Date: January 29, 1992 | Group: 1211 |

**U.S. PATENT DOCUMENTS**

| Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date |
|---|---|---|---|---|---|---|
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | Document Number | Date | Country | Class | Subclass | Translation Yes / No |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHER DOCUMENTS** - Including Author, Title, Date, Pertinent Pages, Etc.

| | | |
|---|---|---|
| ↳ | 34 | Greidanus, et al., "Continuous Infusion of Low-dose Doxorubicin, Epirubicin and Mitoxantrone", Cancer Chemotherapy: A Review, (1988) Pharm. Weekblad. Sci. Ed., Vol. 10, pp. 237. |
| ↳ | 35 | Bachur et al., Daunorubicin and adriamycin metabolism in the golden syrian hamster (1973) Biochem. Med. vol. 8, pp. 352. |
| ↳ | 36 | Haneke et al., Quanitation of Daunorubicin, Doxorubicin, and their Aglycones by Ion-Pair Reversed-Phase Chromarography, J. Pharm. Sci. 70(10): 1112 (1981). |
| ↳ | 37 | Tomlinson et al., Concomitant Adsorption and Stability of Sonic Anthracycline Antibiotics (Oct. 1982) 71 (10) J. Pharm Sci. 1121. |
| ↳ | 38 | Von Hoff et al., Daunomycin: An Anthracycline Antibiotic Effective in Acute Leukemia, Adv. Pharm. Chemo. 15:1 (1978). |
| ↳ | 39 | Cassinelli et al., La Daunomicina: Un Nuovo Antibiotico Ad Attivita Citostatica Isolamento E Propricta (1963) Giorn. Microbial. 11:167. |
| ↳ | 40 | Arcamone, La Constitution Chimique de la Daunomycine, Path. Biol. 15(19-20): 893 (1967). |
| ↳ | 41 | Di Marco et al., Daunomycin, a New Antibiotic of the Rhodomycin Group, Nature 201: 706 (1964). |
| ↳ | 42 | Angiuli et al., Structure of Daunomycin, X-Ray Analysis of N-Br-Acetyl-Daunomycin Solvate, Nature New Biol., 234:78 (Nov. 1971). |
| ↳ | 43 | Trissel et al.; Investigational Drug Information (1978) Drug Intell. Clin. Pharm Vol. 12, pp. 404 |
| ↳ | 44 | Handbook on Injectable Drugs (Trissel) 2nd Ed. 1980, page 562. |
| ↳ | 45 | Handbook on Injectable Drugs (Trissel) 5th Edition (1988), page 222-223. |
| ↳ | 46 | AHFS Drug Information 1984, page 249-250. |
| ↳ | 47 | AHFS Drug Information 1990, page 501-503. |
| ↳ | 48 | Fischer et al., The Cancer Chemotherapy Handbook 3rd Edition (1989), page 65-69. |
| ↳ | 49 | Drug Information for the Health Care Professional USP DI 1991 – 11th Edition, page 1080-1084. |

| Examiner | Date Considered |
|---|---|
| [signature] | 5/3/95 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with any communication.

HAND DELIVERY TO ART UNIT 1211

Sheet 4 of 18

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 96,925 | Serial No. 07/827,742 |
|---|---|---|---|
| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
| | | Applicant: Gaetano Gatti et al. | |
| | | Filing Date: January 29, 1992 | Group: 1211 |

**U.S. PATENT DOCUMENTS**

| Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date |
|---|---|---|---|---|---|---|
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | Document Number | Date | Country | Class | Subclass | Translation Yes / No |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHER DOCUMENTS - Including Author, Title, Date, Pertinent Pages, Etc.**

| | | |
|---|---|---|
| [init] | 50 | Beijnen, et al., Structure Elucidation and Characterization of Daunorubicin Degradation Products (1987) Int. J. Pharm., Vol. 34, pp.. 247. |
| [init] | 51 | Bachur, Daunomycin Metabolism in Rat Tissue Slices., J. Pharm. Exp. Ther. 175(2):331. |
| [init] | 52 | Riley, et al., Review of New Drugs – 1980, U.S. Pharm. 33 (Feb.1981). |
| [init] | 53 | Boiron et al., Daunorubicin in the Treatment of Acute Myelocytic Leukemia. The Lancet. (February 1969), p.330. |
| [init] | 54 | Di Marco et al., Activity of Adriamycin (NSC 123127) and Daunomycin (NSC 82151) Against Mouse Mammary Carcinoma, Cancer Chemother. Rep., part 1, Vol. 56(2):153 (1972). |
| [init] | 55 | Barthelemy-Clavey et al., Self-Association of Daunorubicin, FEBS Lett., Vol. 46(1), pp. 5 (1974). |
| [init] | 56 | Calendi et al., On Physico-Chemical Interactions between Daunomycin and Nucleic Acids, Biochem Biophys. Acta., Vol. 103:25. (1965) |
| [init] | 57 | Schreier, Binding of Daunomycin to Acidic Phospholipids J. Par. Sci. Tech, Vol. 43, No. 4, pp. 213 (1989) |
| [init] | 58 | Dubost et al., Un nouvel antibiotique a proprieties cytostatiques: la rubidomycine (1963) C.R. Acad. Sci. Paris, 257, pp. 813. |
| [init] | 59 | Maral et al., Etude Toxicologique et activite Antitumorale Experimentale de la Rubidomycine (13.057 R.P.) Path. Biol., Vol. 15, No. 19-20, pp.. 903-908 (1967). |
| [init] | 60 | Depois et al: Un nouvel antibiotique dove d'activite antitumorale la rubidomycine (13.057 R.P.), J. Preparation et properties, Arzricial Forsch. 17:934 (1967) |
| [init] | 61 | Brazhnikova et al., Physicochemical Properties of Antitumour Antibiotic Rubomycin produced by Act. Cocrulcorubidus (1986) Antibiotki 11:763 |

| Examiner [signature] | Date Considered 5/13/95 |
|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with any communication.

PU 0015343

HAND DELIVERY TO ART UNIT 1211

Sheet 5 of 18

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 96,926 | Serial No. 07/827,742 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | |
| | | Applicant: Gaetano Gatti et al. | |
| | | Filing Date: January 29, 1992 | Group: 1211 |

**U.S. PATENT DOCUMENTS**

| Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date |
|---|---|---|---|---|---|---|
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | Document Number | Date | Country | Class | Subclass | Translation Yes / No |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHER DOCUMENTS** - Including Author, Title, Date, Pertinent Pages, Etc.

| Examiner | No. | Citation |
|---|---|---|
| /L/ | 62 | "Discovery & Development of Doxorubicin", Doxorubicin, Anticancer Antibiotics (Arcamone, eds.) (1981) Academic Press, pp.1-47. |
| /L/ | 63 | Blum et al., Adriamycin: A New Anticancer Drug with Significant Clinical Activity, Annals of Int. Med., 80:249-259 (1974). |
| /L/ | 64 | Arcamone et al., Adriamycin (14-Hydroxydaunomycin), a Novel Antitumor Antibiotic Tetrahedron Letters No. 13, p. 1007-1010. |
| /L/ | 65 | Di Marco et al., Adriamycin, a New Antibiotic, Antitumour, Activity, Cancer Chem. Reports, part 1, Vol. 53, No. 1, pg. 33 (1969). |
| /L/ | 66 | Trissel: A Handbook on Injectable Drugs 2nd edition (1980), page 196. |
| /L/ | 67 | Trissel: A Handbook on Injectable Drugs 4th edition (1986), page 215-217. |
| /L/ | 68 | Trissel: A Handbook on Injectable Drugs 5th edition (1988), page 259-264. |
| /L/ | 69 | McEvoy, AHFS Drug Information 1984, page 251-254. |
| /L/ | 70 | AHFS Drug Information 1990, page 504-507 |
| /L/ | 71 | Fischer, The Cancer Chemotherapy Handbook 3rd edition (1989), page 82-87 |
| /L/ | 72 | Drug Information for the Health Care Professional USP DI (1991) 11th Edition, page 1217-1222. |
| /L/ | 73 | Benvenuto et al., Stability & Compatibility of Antitumor Agents in Glass & Plastic Containers, (Dec. 1981), Am. J. Hosp. Pharm., Vol. 38, pp. 1914 |
| /L/ | 74 | Walker et al., Doxorubicin Stability in Syringes and Glass Vials and Evaluation of Chemical Contamination, Can J. Hosp. Pharm. 44(2): 71(1991). |
| /L/ | 75 | Gupta et al., Investigation of the Stability of Doxorubicin Hydrochloride using Factorial Design, Drug Development & Industrial Pharmacy, (1988) Vol. 14(12) p.1657-1671. |
| /L/ | 76 | Beijnen et al., Stability of intravenous admixtures of doxorubicin and vincristine. Am. J. Hosp. Pharm., Vol. 43, pp. 3022, (Dec. 1986). |

| Examiner | Date Considered |
|---|---|
| L. ReLG | 5/13/95 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with any communication.

HAND DELIVERY TO ART UNIT 1211

Sheet 6 of 18

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 96,926 | Serial No. 07/827,742 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | |
| | | Applicant: Gaetano Gatti et al. | |
| | | Filing Date: January 29, 1992 | Group: 1211 |

**U.S. PATENT DOCUMENTS**

| Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date |
|---|---|---|---|---|---|---|
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | Document Number | Date | Country | Class | Subclass | Translation Yes / No |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHER DOCUMENTS** - Including Author, Title, Date, Pertinent Pages, Etc.

| | | |
|---|---|---|
| ✓ | 77 | Asker et al., Effect of Glutathione on Photolytic Degradation of Doxorubicin Hydrochloride, J. Par. Sci. Tech. (1988), 42(5)193. |
| ✓ | 78 | Habib et al., Photostabilization of doxorubicin Hydrochloride with Radioprotective and Photoprotective Agents: Potential Mechanism for Enhancing Chemotherapy during Radiotherapy (Nov-Dec. 1989) 43 J. Parenteral Science & Technology, Vol. 43, No. 6, pp. 254, (Nov-Dec,. 1989). |
| ✓ | 79 | Speth, et al., Clinical Pharmacokinetics of Doxorubicin, Clin. Pharm., Vol. 15, pp. 15-31, (1988) |
| ✓ | 80 | Yee et al., Adriamycin: A Brief Review (April, 1981) Am. J. Int. Ther. Clin Nut. pp. 7-12. |
| ✓ | 81 | Hoffman et al., Stability of Refrigerated and Frozen Solutions of Doxorubicin Hydrochloride (Nov. 1979), Am. J. Hosp. Pharm. Vol. 36(11) 1536-1538. |
| ✓ | 82 | Karlsen et al., Stability of cytotoxic intravenous solutions subjected to freeze-thaw treatment (1983), Chemical Abstracts, Vol. 99, No.146022, pp. 374. |
| ✓ | 83 | Gaj., et al., Compatibility of Doxorubicin Hydrochloride and Vinblastine Sulfate – The Stability of a Solution Stored in Cormed ®Reservoir Bags or Monoject® Plastic Syringes (May, 1984) Am. J. IV Ther. Clin. Nut., pp.8. |
| ✓ | 84 | Tavoloni et al., Photolytic Degradation of Adriamycin (1980) Comm. J. Pharm. Pharmacol. Vol., 32, pp. 860 |
| ✓ | 85 | Garnick et al., Phase 1 Trial of Long Term Continuous Adriamycin Administration, Proc. Am. Soc. Clin. Oncol., C-106: p.359,( March 1981). |
| ✓ | 86 | Lokich et al., Constant Infusion Schedule for Adriamycin: A Phase I-II Clinical Trial of a 30-Day Schedule by Ambulatory Pump Delivery System, J. Clin. Oncol., Vol. 1 (1): 24 (1983). |
| ✓ | 87 | Vogelzang et al., Continuous Doxorubicin Infusion (CDI) Using an Implanted Lithium Battery-Powered Drug Administration Device System, Proc. Am.Soc. Clin.Uncol. C-1030: p.263, (March 1984). |
| ✓ | 88 | Legha et al., Reduction of Doxorubicin Cardiotoxicity by Prolonged Continuous Intravenous Infusion, Ann. Int. Med., Vol. 96, No. 2, pp. 133 (1982). |

| Examiner | Date Considered |
|---|---|
| [signature] | 5/13/99 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with any communication.

HAND DELIVERY TO ART UNIT 1211

Sheet 7 of 18

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 96,926 | Serial No. 07/827,742 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | |
| | | Applicant: Gaetano Gatti et al. | |
| | | Filing Date: January 29, 1992 | Group: 1211 |

**U.S. PATENT DOCUMENTS**

| Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date |
|---|---|---|---|---|---|---|
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | Document Number | Date | Country | Class | Subclass | Translation Yes No |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHER DOCUMENTS - Including Author, Title, Date, Pertinent Pages, Etc.**

| Examiner | No. | Citation |
|---|---|---|
| 6 | 89 | Pavlik et al., Stability of Doxorubicin in Relation to Chemosensitivity Determinations: Loss of Lethality and Retention of Antiproliferative Activity (1984), Cancer Investigation 2 (6), 449-458. |
| 6 | 90 | Dozier et al., Practical Considerations in the Preparation and Administration of Cancer Chemotherapy (Sept.1983) Am.J. Int. Ther. Clin. Nut., pp. 6. |
| 6 | 91 | Kirschenbaum et al: Stability of injectable medications after reconstitution, Am. J. Hosp. Pharm.: 33:767-790 (Aug., 1976). |
| 6 | 92 | Janssen et al., Doxorubicin decomposition on storage. Effect of pH., type of buffer and liposome encapsulation, (1985) Chemical Abstracts, Vol. 102, No. 209226k. |
| 6 | 93 | Crommelin et al., Preparation and characterization of doxorubicin-containing liposomes. II. Loading capacity, long-term stability and of doxorubicin-bilayer interaction mechanism (1983) Int. J. Pharm. Vol. 17, pp. 135. |
| 6 | 94 | Van Bommel, et al., Stability of Doxorubicin-Liposomes on Storage: as an Aqueous Dispersion, Frozen or Freeze dried (1984), Int. J. Pharm., Vol. 22, pp. 299-310. |
| 6 | 95 | Crommelin et al., Preparation and characterization of doxorubicin-containing lipsomes: I. Influence of liposome charge and pH of hydration medium on loading capacity and particle size, (1983), Int. J. Pharm., Vol. 16, pp. 93-96. |
| 6 | 96 | Gupta et al., "Influence of Stabilization Temperature on the Entrapment of Adriamycin", Albumin Microspheres Drug. Dev. Int. Pharm., Vol. 13, No. 8, pp. 1471-1482, (1987) |
| 6 | 97 | Yanagawa et al., Stability and Releasibility of Adriamycin Ointment (1983). |
| 6 | 98 | Vilallonga et al: Interaction of Doxorubicin with Phospholipid Monolayers, J. Pharm. Sci. 67(6), pp. 773 (1978). |
| 6 | 99 | Duarte-Karim et al., Affinity of adriamycin to phospholipids. A possible explanation for cardiac mirochonorial lesions., (1976) Biochem Biophy. Research Comm., 71(2), pp. 658. |
| 6 | 100 | Bonadonna et al., Clinical Evaluation of Adriamycin a New Antitumor Antibiotic, Br. Med. J., (3), 503 (August 1969). |

| Examiner | Date Considered |
|---|---|
| [signature] | 5/13/99 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with any communication.

PU 0015346

HAND DELIVERY TO ART UNIT 1211

Sheet 8 of 18

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 96,926 | Serial No. 07/827,742 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | |
| | | Applicant: Gaetano Gatti et al. | |
| | | Filing Date: January 29, 1992 | Group: 1211 |

**U.S. PATENT DOCUMENTS**

| Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date |
|---|---|---|---|---|---|---|
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | Document Number | Date | Country | Class | Subclass | Translation Yes No |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHER DOCUMENTS - Including Author, Title, Date, Pertinent Pages, Etc.**

| Examiner | No. | Citation |
|---|---|---|
| | 101 | Banks et al., Topical Installation of Doxorubicin Hydrochloride in the Treatment of Recurring Superficial Transitional Cell Carinoma of the Bladder, J. Ulrol., Vol. 118, pp. 757 (1977). |
| | 102 | Bertazzoli et al., Chronic toxicity of adriamycin: a new antineoplastic antibiotic (1972), Tox. Applied Pharm., Vol. 2, pp. 287-301. |
| | 103 | Wang et al., Therapeutic effect and toxicity of adriamycin in patients with neoplastic disease, (1971) Cancer, 28, pp.837. |
| | 104 | Horn et al., Intravesical chemotherapy in a controlled trial with thio-tepa versus doxorubicin hydrochloride (1981) J. Urol., 125:652. |
| | 105 | Jacobi et al., Studies on the intravesical action of topically administered G3H-doxorubicin hydrochloride in men: plasma uptake and tumor penetration (1980), J. Urol. 124:34. |
| | 106 | Jaenke, R.S.: Delayed and progressive myocardial lesions after adriamycin administration in the rabbit. (1976) Cancer Res. Vol. 36, pp. 2958-2966. |
| | 107 | Casazza et al., Tumors and dental ocular abnormalities after treatment of infant rats with adriamycin, (1977) Tumor 63:331. |
| | 108 | Barranco et al., Survival and cell kinetics effects of adriamycin on mammalian cells, (1973). Cancer Res. 33:11. |
| | 109 | Gaj et al., Evaluation of growth in Five Microorganisms in Doxorubicin and Floxuridine Media, (1984) Pharm. Manuf., pp. 50. |
| | 110 | Sturgeon and Schulman: Electronic Absorption Spectra and Protolytic Equlibria of Doxorubicin: Direct Spectrophotometric Determination of Microconstants, J. Pharm. Sci. 66(7):958, (1977). |
| | 111 | Dalmark et al., A Fickian Diffusion Transport Process with Features of Transport Catalysis, J. Gen Physiol. 78:349 (1981). |
| | 112 | Masuike et al., Determination of Adriamycin and its Metabolites in Biological samples using high performance liquid chromatography Chemical Abstracts (1984), Vol. 101, pp. 5. |

| Examiner | Date Considered |
|---|---|
| [signature] | 5/13/99 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with any communication.

PU 0015347

HAND DELIVERY TO ART UNIT 1211

Sheet 9 of 18

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 96,926 | Serial No. 07/827,742 |
|---|---|---|---|
| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
| | | Applicant: Gaetano Gatti et al. | |
| | | Filing Date: January 29, 1992 | Group: 1211 |

**U.S. PATENT DOCUMENTS**

| Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date |
|---|---|---|---|---|---|---|
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | Document Number | Date | Country | Class | Subclass | Translation Yes No |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHER DOCUMENTS** - Including Author, Title, Date, Pertinent Pages, Etc.

| | | |
|---|---|---|
| /p/ | 113 | Barth et al., "Determination of Doxorubicin Hydrochloride.", Pharmaceutical Preparations using High Pressure Liquid Chromatography, (1977) J. of Chromatography Vol. 131, p. 375-381. |
| /p/ | 114 | Arena et al., Analysis of the pharmacokinetic characteristics, pharmacological and chemotherapeutic activity of 14-hydroxy-daunomycin (adriamycin), a new drug endowed with an Antitumor activity, (1971) Drug Res. 21: 1258. |
| /p/ | 115 | Watson et al., Rapid analytic method for adriamycin and metabolites in human plasma by a thin fim flourescence scanner (1976) Cancer Treat. Rep., Vol. 60, No. 11, pp. 1611. |
| /p/ | 116 | Langone et al., Adriamycin and Metabolites: Separation by High Pressure Liquid Chromatography and Qunitation by Radioimmunossay, Biochem Med. 12:283 (1975). |
| /p/ | 117 | Benjamin et al., Pharmacokinetics and metabolism of adriamycin in man, Clin. Pharm. Ther., 14(4) Part 1, 592. |
| | 118 | Epirubicin, Drugs of the Future, Vol. 8,(5): pp. 402, (1985). |
| /p/ | 119 | Cersosimo et al., Epirubicin: A Review of the Pharmacology, Clinical Activity, and Adverse Effects of an Adriamycin Analogue, J. Clin. Oncol 4(3), 425 (1986). |
| w/ | 120 | Fischer, "The Cancer Chemotherapy Handbook", 3rd Edition, (1989), page 87-89. |
| /p/ | 121 | DeVroe, et. al., "A Study on the stability of three antineoplastic drugs and on their sorption by i.v. delivery systems and end-line filters, (1990), Int. J. Pharm. Vol. 65, Page 49 – 56 |

| Examiner | Date Considered |
|---|---|
| G Peel | 5/3/95 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with any communication.

PU 0015348

HAND DELIVERY TO ART UNIT 1211

Sheet 10 of 18

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 96,926 | Serial No. 07/827,742 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | |
| | | Applicant: Gaetano Gatti et al. | |
| | | Filing Date: January 29, 1992 | Group: 1211 |

**U.S. PATENT DOCUMENTS**

| Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date |
|---|---|---|---|---|---|---|
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | Document Number | Date | Country | Class | Subclass | Translation Yes No |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHER DOCUMENTS** - Including Author, Title, Date, Pertinent Pages, Etc.

| Examiner | No. | Citation |
|---|---|---|
| 4 | 122 | DeVries, et. al., "A Phase 1 and Pharmocokinetic Study with 21 day Continuous infusion of Epirubicin., J. Clin. Oncol., (1987), 5(9), 1445-1451. |
| 4 | 123 | Adams, et. al, "Pharmaceutical Apsects of Home Infusion Therapy for Cancer Patients, (April 1987), Pharm J., pp. 476. |
| 4 | 124 | Weenen, et. al., "Pharmacokinetics of 4-Epi-doxorubicin in Man", Invesi. New Drugs, Vol. 1, (1983), pp. 59. |
| 4 | 125 | Arcamone, et. al., "Synthesis and Antitumour Activity of 4-Demethoxydaunorubicin, 4-Demothoxy-7, 9-diepidaunorubicin, and their beta anomers", Cancer Treat Rep. 60(7):829 (1976). |
| 4 | 126 | Turowski et al., "Visual Compatability of Idarubicin Hydrochloride with selected drugs during simulated Y-site injection", (Oct. 1991), Ans. J. Hosp. Pharm., Vol. 48, pp. 2181. |
| 4 | 127 | Hurteloup et al., "Phase II Trial of Idarubicin (4- Demethoxydaunorubicin) in Advanced Breast Cancer, Eur. J. Cancer Clin. Oncol. 25(3)423 (1989) |
| 4 | 128 | Kaplan et al., "Phase I Trial of 4- Demethoxydaunorubicin with single i.v. doses, Eur. J. Clin. Cancer Oncol., 18(12) 1303 (1982). |
| 4 | 129 | Reich et al., "Carminomycin", Arptheacyclines: Current Status and New Developments," (1980) (J. Cooke et al., eds.) Academic Press, pp. 295. |
| 4 | 130 | Brazhnikova et al., "Physical and Chemical Characteristics and Structure of Carminomycin, a New Antitumour Antibiotic", J. Antibiot, 27(4):254 (1974) |
| 4 | 131 | Brazhnikova et al., "Carminomycin, a New Antitumour Anthracycline" (1973) Antibiotiki 18:681. |
| 4 | 132 | Crooke, "A Review of Carminomycin, A New Anthracycline Developed in the USSR" J. Med. 8(5): 295 (1977). |
| 4 | 133 | Lankelma et al, "Plasma Concentrations of Carminomycin and Carminomycinol in Man, Measured in High Pressure Liquid Chromatography", Eur. J. Cancer clin. Oncol. 18(4):363 (1982) |
| 4 | 134 | Fandrich, "Analysis of Carminomycin in Human Serum by Fluorometric High-Performance Liquid Chromatography", J. Chromatogr. 223 155 (1981). |

| Examiner | Date Considered |
|---|---|
| G. Reed | 5/13/95 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with any communication.

PU 0015349

HAND DELIVERY TO ART UNIT 1211

Sheet 11 of 18

| Form PTO-1449<br><br>U.S. Department of Commerce<br>Patent and Trademark Office<br><br>INFORMATION DISCLOSURE<br>STATEMENT BY APPLICANT | Atty. Docket No.<br>96,926 | Serial No.<br>07/827,742 |
|---|---|---|
| | Applicant:<br>Gaetano Gatti et al. | |
| | Filing Date:<br>January 29, 1992 | Group:<br>1211 |

**U.S. PATENT DOCUMENTS**

| Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date |
|---|---|---|---|---|---|---|
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | Document Number | Date | Country | Class | Subclass | Translation Yes / No |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHER DOCUMENTS** - Including Author, Title, Date, Pertinent Pages, Etc.

| | | |
|---|---|---|
| *in* | 135 | Oki, "Aclacinomycin A Anthracyclines: Current Status and New Developments", (1980) Academic Press., pp. 323. |
| 6 | 136 | Oki et al., "Antitumour Anthracycline Antibiotics, Aclacinomycin A and Analogues: I. Taxonomy, Production, Isolation and Physicochemical Properties", J. Antibiot 32(8):791 (1979) |
| 6 | 137 | Oki, "New Antitumour Antibiotics, Aclacinomycins A and B", J. Antibiot, 28(10):830 (1975) |
| 6 | 138 | Mori et al., "Physicochemical Properties and Stability of Aclacinomycin A Hydrochloride," (1980), Jpn. J. Antibiot 33:618 |
| 7 | 139 | Trissel, "Handbook on Injectable Drugs", 5th Edition, page 707 |
| u | 140 | Fischer, "The Cancer Chemotherapy Handbook", 3rd Edition, pages 17-19 |
| 7 | 141 | Arcamone et al., "Synthesis and Antitumour Activity of 4-Deoxydaunorubicin and 4-Deoxyadriamycin", J. Med. Chem. 19(12):1424 (1976) |
| 4n | 142 | Fischer, "The Cancer Chemotherapy Handbook" 3rd Edition (1989), pp. 88. |
| 7 | 143 | Salmon et al., "Antitumour Activity of Esorubicin in Human Tumour Clonogenic Assay with Comparison to Doxorubicin", J. Clin. Oncol. 2(4):282 (1984) |
| 7 | 144 | Kovach et al., "Phase I Trial & Assay of Rubidozone (NSC 164011) in Patients with Advanced Solid Tumors", (March 1979) Cancer Research Vol. 39, pp. 823. |
| 4 | 145 | Deprez-de Campanere et al., "Pharmacokinetic, Toxicologic, and Chemotherapeutic Properties of Detorubicin in Mice: A Comparative Study with Daunourubicin and Adriamycin", Cancer Treat. Rep., 63(5):861 (1979). |
| 7 | 146 | Bono, "The Preclincial Development of Quelamycin and its Initial Clinical Trials.", Anthracyclines: Current Status and New Developments, (1980) Academic Press, pp. 315. |
| in | 147 | Gosalvez et al., "Quelamycin, a New Derivative of Adriamycin with Several Possible Therapeutic Advantages", Eur. J. Cancer 14:1185 (1978) |

| Examiner | Date Considered |
|---|---|
| *[signature]* | 5/13/95 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with any communication.

HAND DELIVERY TO ART UNIT 1211

Sheet 12 of 18

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 96,926 | Serial No. 07/827,742 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | |
| | | Applicant: Gaetano Gatti et al. | |
| | | Filing Date: January 29, 1992 | Group: 1211 |

**U.S. PATENT DOCUMENTS**

| Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date |
|---|---|---|---|---|---|---|
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | Document Number | Date | Country | Class | Subclass | Translation Yes / No |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHER DOCUMENTS - Including Author, Title, Date, Pertinent Pages, Etc.**

| Examiner | No. | Citation |
|---|---|---|
| | 148 | Reich et al., "Marcellomycin" Anthracyclines: Current Status and New Developments", (1980) Academic Press, p. 343 |
| | 149 | Nettleston et al., "New Antitumour Antibiotics: Musettamycin and Marcellomycin from Bohemic Acid Complex: (1977) 30(6) J. Antibiotics 525 |
| | 150 | Israel et al., "Adriamycin Analogues: Preparation and Biological Evaulation of Some N-Perfluoroacyl Analogues of Daunorubicin, Adriamycin, and N-(trifluoroacetyl) adriamycin 14-valerate and their 9, 10-Anhydro Derivatives" J. Med. Chem. 25:187 (1982) |
| | 151 | Tong et al., "5-Iminodaunorubicin: Reduced Cardiotoxic Properties in an Antitumour Anthracycline", J. Med. Chem. 22(1): 36 (1979) |
| | 152 | Arcamone et al., "Synthesis and Antitumour Activity of new Daunorubicin and Adriamycin Analogues" (1978) Experientia 34:1255 |
| | 153 | Umezawa et al., "Tetrahydropyranyl Derivatives of Daunomycin and Adriamycin", J. Antibiot 32(10):1082 (1979) |
| | 154 | Chen et al., "Possible Strategies for the Formulation of Antineoplastic Drugs" (1986) Drug. Dev. Ind. Pharm. Vol. 12(7) 1041 |
| | 155 | Pharmaceutics – The science of dosage form design (Aulton) (1988), pp. 242-244, 252-253, 368-369, 374-375, 380- |
| | 156 | Experimental Pharmaceutical Technology, 2nd Ed.(Parrott & Saski), 1965, pp. 132-134, 149-154. |
| | 157 | Pharmaceutics & Pharmacy Practice (1982) (Banker & Chalmers), pp. 238-243, 275-278. |
| | 158 | Pharmaceutical Dosage Forms: Parenteral Medications: Vol. 1 (Avis et al. 1984) "Biopharmaceutics of Injectable Medication" (Motola) |
| | 159 | Connors et al., "Chemical Stability of Pharmaceuticals – a Handbook for Pharmacists" (1979) Wiley, pp. 3-7, 44-63, 74-75. |
| | 160 | Ozturk et al., "Dissolution of Ionizable Drugs in Buffered and Unbuffered Solutions" (1988) 5(5) Pharm. Res. 272 |

| Examiner | Date Considered |
|---|---|
| [signature] | 5/13/95 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with any communication.

PU 0015351

HAND DELIVERY TO ART UNIT 1211

Sheet 13 f 18

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 96,926 | Serial No. 07/827,742 |
|---|---|---|---|
| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
| | | Applicant: Gaetano Gatti et al. | |
| | | Filing Date: January 29, 1992 | Group: 1211 |

**U.S. PATENT DOCUMENTS**

| Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date |
|---|---|---|---|---|---|---|
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | Document Number | Date | Country | Class | Subclass | Translation Yes No |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHER DOCUMENTS - Including Author, Title, Date, Pertinent Pages, Etc.**

| Examiner | No. | Citation |
|---|---|---|
| い | 161 | Gordon et al., "The Art and Science of Contemporary Drug Development", Prog. Drug. Res. 16:194 (1972) |
| ん | 162 | Pharmaceutical Dosage Forms: Parenteral Medications: Vol. 1 (Avis et al., 1984), "Preformulation Research of Parenteral Medications" (Motola & Agharkar) |
| ん | 163 | The Theory & Practice of Industrial Pharmacy (Lachman et al.), 3rd Ed. 1986, p. 191, et seq., pp. 191-194, 195-196, 459-460, 471-472, 477-478, 764-765. |
| に | 164 | Lin, "Kinetic Study in Formulation Investigation of New Compounds" (1968) |
| ん | 165 | Zoglio, "Preformulation Stability Testing of Parenteral Products" (1968) |
| Y | 166 | Knoop, "The Pharmaceutical Drug Development Process: An Overview" (1988) 22 Drug. Inf. J. 259 |
| ん | 167 | Rees, "Physico-Mechanical Pre-Formulation Studies" (1973) 112 Boll. Chim. Farm. 216 |
| ん | 168 | Monkhouse, "Dosage Forms For Clinical Trials" (1985) 11 (9 & 10) Drug. Dev. Ind. Pharm. 1729 |
| ん | 169 | Graffner et al., "Preformulation Studies in a Drug Development Program for Tablet Formulations", J. Pharm. Sci. 74(1) 16 (1985) |
| ん | 170 | Davignon et al., Pharmaceutical Aspects of Antitumour Agents" (1984) Pharm. Weekbl. 119:1144 |
| ん | 171 | Pharmaceutical Dosage Forms: Parenteral Medications: Vol. 2 (Avis et al., 1984) "Formulation for Large Volume Parenterals" (Demorest), pp. 55-63, 68-70, 73-76, 83 |
| ん | 172 | Pharmaceutical Dosage Forms: Parenteral Medications: Vol. 1 (Avis et al., 1984) "Formulation for Small Volume Parenterals" (DeLuca & Boylan) |

| Examiner | Date Considered |
|---|---|
| L. Teele | 5/13/99 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with any communication.

HAND DELIVERY TO ART UNIT 1211

Sheet 14 of 18

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 96,926 | Serial No. 07/827,742 |
|---|---|---|---|
| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
| | | Applicant: Gaetano Gatti et al. | |
| | | Filing Date: January 29, 1992 | Group: 1211 |

**U.S. PATENT DOCUMENTS**

| Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date |
|---|---|---|---|---|---|---|
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | Document Number | Date | Country | Class | Subclass | Translation Yes No |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHER DOCUMENTS** - Including Author, Title, Date, Pertinent Pages, Etc.

| | | |
|---|---|---|
| | 173. | Schumacher (ed), Bulk Compounding Technology |
| | 174 | Carlin, "Incompatibilities of Parenteral Medications" (June 1968) 25 Am. J. Hosp. Pharm. 271 |
| | 175 | Kalmas, et al., "Solubility Aspects in Parenteral Formulation" (May/June 1982) Ind. J. Hosp. Pharm. 94, pp. 94-96, 98, Table I |
| | 176 | Parrott, "Formulation of Parenterals" |
| | 177 | Lin, "Parenteral Formulations I. Comparisons of Accelerated Stability Data with Shelf-Life Studies", Bull. Par. Drug Assoc. 23(6):269 |
| | 178 | Lin, "Parenteral Formulations II. A Stability Testing Program for Parenteral Products", Bull. Par. Drug Assoc. 24(2):83 |
| | 179 | Lin, "Photochemical Considerations of Parenteral Products", Bull. Par. Drug Assoc. 23 (4):149 |
| | 180 | National Coordinating Committee on Large Volume Parenterals, "Recommendations to Pharmacists for Solving Problems with Large-Volume Parenterals", Am. J. Hosp. Pharm. 33:231 (1976) |
| | 181 | Zellmer, "Solving Problems with Large-Volume Parenterals, 1: Pharmacist Responsibility for Compounding Intravenous Admixtures", Am. J. Hosp. Pharm. 32:255 (1975) |
| | 182 | Pharmaceutical Dosage Forms, "Parenteral Medications: Vol 1 (Avis et al. 1984) – Parenteral Drug Administration: Routes, Precautions, Problems & Complications" (Duma & Akers) |
| | 183 | Edward, "pH: An important Factor in the Compatibility of Additives In Intravenous Therapy" (Aug. 1967) Vol. 24 Am. J. Hosp. Pharm. 440 |
| | 184 | Document entitled "Kinetic pH Profiles", pp. 59-121, 380-385 |
| | 185 | Remington's Pharmaceutical Sciences, 18th ed. 1990; ch. 17: Ionic Solutions & Electrolytic Equilibria |
| | 186 | Advances in Pharmaceutical Services, Vol. 2 (Bean et al., 1967), pp. 62-75, 80-95 |

| Examiner | Date Considered |
|---|---|
| | 5/13/95 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with any communication.

HAND DELIVERY TO ART UNIT 1211

Sheet 15 of 18

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 96,926 | Serial No. 07/827,742 |
|---|---|---|---|
| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
| | | Applicant: Gaetano Gatti et al. | |
| | | Filing Date: January 29, 1992 | Group: 1211 |

**U.S. PATENT DOCUMENTS**

| Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date |
|---|---|---|---|---|---|---|
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | Document Number | Date | Country | Class | Subclass | Translation Yes / No |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHER DOCUMENTS - Including Author, Title, Date, Pertinent Pages, Etc.**

| | | |
|---|---|---|
| ✓ | 187 | Fynn, "Buffers-pH Control within Pharmaceutical Systems" (March-April 1980) Vol. 34 (2) J. Parenteral Drug Assoc. 139 |
| ✓ | 188 | Windheuser, "The Effect of Buffers on Parenteral Solutions" (Sept./Oct. 1963) Vol. 17(5) Bull Parenteral Drug Assoc. |
| ✓ | 189 | Rubino, "The Effects of Cosolvents on the Action of Pharmaceutical Buffers" (1987) 41(2) J. Paren. Sci. Tech. 45 |
| ✓ | 190 | Kramer & Flynn, "Solubility of Organic Hydrochlorides" (Dec. 1972) Vol. 61 (12) J. Pharm. Sci. 1896 |
| ✓ | 191 | Tencheva et al., "New Approach of the Extrapolation Procedure in the Determination of Acid-Base Constants of Poorly Soluble Pharmaceuticals" (1979); Arzneim Forsch/Drug Res. 29 (II) #9 |
| ✓ | 192 | Bogardus et al., "Solubility of Doxycycline in Aqueous Solutions" (Feb. 1979) Vol. 68 (2) J. Pharm. Sci. 188 |
| ✓ | 193 | Miyazaki et al., "Precaution on Use of Hydrochloride Salts in Pharmaceutical Formulation" (June 1981) 70(6) J. Pharm. Sci. 594 |
| ✓ | 194 | Greene et al.: Stability of cicplatin in aqueous solution, Am J. Hosp. Pharm. 36:38 (1979) |
| ✓ | 195 | Stjernstrom et al: Studies on the stability and compatibility of drugs in infusion fluids, Acta Pharm Spec. 15:33 (1978) |
| ✓ | 196 | Ho: Prediction of Pharmaceutical Stability of Parenteral Solutions III (Feb. 1971) Vol. 5, Drug, Int. Clin. Pharm. 47 |
| ✓ | 197 | Stella: Chemical and Physical Bases Determining the Instability and Incompatibility of Formulated Injectable Drugs (1986) 40(4) J. Paren. Sci. Tech. 142 |
| ✓ | 198 | Newton: "Physicochemical Determinants of Incompatibility and Instability in Injectable Drug Solutions and Admixtures" (1978" 35 Am. J. Hosp. Pharm. 1213 |
| ✓ | 199 | Mendenhall: Stability of Parenterals (1984) Drugs Dev. Ind. Pharm. 10(8-9) 1297 |

| Examiner | G. Keller | Date Considered 5/13/95 |
|---|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with any communication.

HAND DELIVERY TO ART U   1211

Sheet 16 of 18

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 96,926 | Serial No. 07/827,742 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | |
| | | Applicant: Gaetano Gatti et al. | |
| | | Filing Date: January 29, 1992 | Group: 1211 |

**U.S. PATENT DOCUMENTS**

| Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date |
|---|---|---|---|---|---|---|
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | Document Number | Date | Country | Class | Subclass | Translation Yes / No |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHER DOCUMENTS** - Including Author, Title, Date, Pertinent Pages, Etc.

| | | |
|---|---|---|
| | 200 | Singh et al.: Effect of Solvents and Additives on the Stability of Drugs, Pharma Times 13 |
| | 201 | Pope: Accelerated Stability Testing for Prediction of Drug Product Stability – First of a Two-Part Article (November, 1980) D & CI 54, pp. 54, 56, 59, 60, 62, 116 |
| | 202 | Pope: Accelerated Stability Testing for Prediction of Drug Product Stability – Second of a Two-Part Article (December, 1980) D & CI 48, pp. 48, 50, 55, 56, 58, 60, 62, 64-66, 110, 112-116 |
| | 203 | Amirjahed: Simplified Method to Study Stability of Pharmaceutical Preparations, J. Pharm Sci. pp(6):785 (1977) |
| | 204 | Vogenberg et al.: Stability Guidelines for Routinely Refrigerated Drug Products, Am. J. Hosp. Pharm. 40:101(1983) |
| | 205 | Newton et al.: Estimating shelf-life of drugs in solution. Am. J. Hosp. Pharm. 44:1633 (1987) |
| | 206 | Mollica et al.: Stability of Pharmaceuticals. J. Pharm. Sci. 67(4):443 (1978) |
| | 207 | King et al: Statistical Prediction of Drug Stability Based on Non-Linear Parameter Extension, J. Pharm. Sci. 73(5):657 |
| | 208 | Herrick et al.; Monetary incentive for pharmacists to control drug costs; (July 1985) Vol. 42, Am. J. Hosp. Pharm. 1527 |
| | 209 | Waller: Documenting i.v. admixture product waste (Aug. 1980) Vol. 43, Am. J. Hosp. Pharm. 1914 |
| | 210 | Williams et al.: The Lyophilization of Pharmaceuticals: A Literature Review (1984) 38(2) J.. Paren. Sci. Tech. 48 |
| | 211 | Flamberg et al.: Manufacturing Considerations in the Lyophilization of Parenteral Products (1986) Pharm. Manuf.3:29-31 |
| | 212 | Maral et al.: Un Nouvel Antibiotique Doue D'Activite Antitumorale: La Rubidomycine (13 057 R.P.), II: Activite antitumorale experimentale Arzneimittel Forsch (1967) 17:939 |

| Examiner  [signature] | Date Considered  5/13/95 |
|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with any communication.

PU 0015355

HAND DELIVERY TO ART U..í 1211

Sheet 17 of 18

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 96,926 | Serial No. 07/827,742 |
|---|---|---|---|
| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
| | | Applicant: Gaetano Gatti et al. | |
| | | Filing Date: January 29, 1992 | Group: 1211 |

**U.S. PATENT DOCUMENTS**

| Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date |
|---|---|---|---|---|---|---|
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | Document Number | Date | Country | Class | Subclass | Translation Yes No |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHER DOCUMENTS - Including Author, Title, Date, Pertinent Pages, Etc.**

| | | |
|---|---|---|
| ✓ | 213 | Beijnen et al.: Aspects of the Degradation Kinetics of Doxorubicin in Aqueous Solution (1986) 32 Int. J. Pharm. 123 |
| ↳ | 214 | Gjelstrup et al., Almen Farmaci II (1983) |
| ↳ | 215 | Handbook on Injectible Drugs 3rd Ed. (Trissel), 1983 |
| ↳ | 216 | Wang et al., "Review of Excipients and pH's for Parenteral Products Used in the United States", Journal of the Parenteral Drug Association 14(6):452 (1980) |
| ↳ | 217 | Jonkman-de Vries et al., "Pharmaceutical Development of a Parental Lyophilized Formulation of the Novel Indoloquinone Antitumor Agent EO", Cancer Chemother. Pharmacol. 34:416-422 (1994) |
| ↳ | 218 | Pharmaceutical Sciences, Mack Publishing, (1980), page 1365–1366 |
| ↳ | 219 | The Pharmaceutical Codex 11th Ed., 1979, page 446–447 |
| ↳ | 220 | The Pharmaceutical Codex 12th Ed. (Lund), 1994, page 201 |
| ↳ | 221 | Kjeld Ilver: Almen Galenisk Farmaci - Forel≥sningsnoter, Dansk Farmaceutforenings Forlag 1971 |
| ↳ | 22 | Sv. Aage Schou & V. Gaunft Jensen: Træk af den glaeniske farmaci, Store Nordiske Videnskabsboghandel, 1959 |
| | 223 | Almen Farmaci, Dansk Farmaceutforenings Forlag 1980 |
| ↳ | 224 | Erik Sandell: Galenisk Farmaci, 2nd edition, Stockholm 1967 |
| ↳ | 225 | Erik Sandell: Galenisk Farmaci, 3rd edition, Stockholm 1982 |

| Examiner | Date Considered |
|---|---|
| [signature] | 5/3/99 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with any communication.

HAND DELIVERY TO ART U. 1211

Sheet 18f 18

| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 96,928 | Serial No. 07/827,742 |
|---|---|---|---|
| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
| | | Applicant: Gaetano Gatti et al. | |
| | | Filing Date: January 29, 1992 | Group: 1211 |

**U.S. PATENT DOCUMENTS**

| Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date |
|---|---|---|---|---|---|---|
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | Document Number | Date | Country | Class | Subclass | Translation Yes / No |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHER DOCUMENTS** - Including Author, Title, Date, Pertinent Pages, Etc.

| | 226 | ~~User information for ADRIBLASTIN®, April 1983~~ |
| --- | --- | --- |
| C. | 227 | Alfred N. Martin et al., Physikalische Pharmazie 1975, pg. 239 |
| C. | 228 | European Pharmacopeia, Vol. III, 1979, pg. 656: Citations - D 14 |

| Examiner | Date Considered |
|---|---|
| G. Kee | 07/13/95 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with any communication.

PU 0015357