IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 04-833-KAJ |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants | ) ) | |

## STIPULATED ORDER

At the request of defendants Sicor Inc. and SICOR Pharmaceuticals, Inc., the parties hereby stipulate and agree, subject to the approval of the Court, that the due date for responsive claim construction briefs in the above matter shall be extended from Friday June 16, 2006 to Monday June 19, 2006.

| MORRIS NICHOLS ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| /s/ *Maryellen Noreika* | /s/ *John G. Day* |
| Jack B. Blumenfeld (I.D. #1014)<br>Maryellen Noreika (I.D. #3208)<br>James Walter Parrett, Jr. (I.D. #4292)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>302-575-7282 | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

170460.1

SO ORDERED this _____ day of June, 2006.

_____
United States District Judge