IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHARMACIA & UPJOHN COMPANY,   )
  )
       Plaintiff,   )
  )
    v.   )
  )   Civil Action No. 04-833 (KAJ)
SICOR INC. AND SICOR   )
PHARMACEUTICALS, INC.,   )
  )
      Defendants.   )

**ORDER**

At Wilmington this **16th** day of **June, 2006,**

IT IS ORDERED that the teleconference regarding the dispute over the taking of depositions of Daniel Boehnen and Emily Miao previously set for **June 14, 2006 at 12:45 p.m.** is hereby rescheduled as an oral argument to be heard on **July 7, 2006 at 1:30 p.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE