IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC )<br>)<br>Plaintiff,    )<br>)<br>v.       )<br>)<br>SICOR INC. and SICOR )<br>PHARMACEUTICALS, INC.,    )<br>)<br>Defendants    ) | C.A. No. 04-833-KAJ |

## STIPULATED ORDER

WHEREAS by order dated June 16, 2006 (D.I. 241), the Court rescheduled the June 14, 2006 teleconference in this matter regarding the dispute over the taking of depositions of Daniel Boehnen and Emily Miao (the "Deposition Dispute") in favor of an oral argument to be heard on July 7, 2006;

WHEREAS summary judgment motions with opening briefs are scheduled to be filed on June 21, 2006, before the Deposition Dispute will be heard; and

WHEREAS, the record for purposes of any summary judgment motion concerning the defendants' inequitable conduct counterclaims and defenses remains open pending a decision by the Court in the Deposition Dispute;

THE PARTIES HEREBY STIPULATE and agree, subject to the approval of the Court, that summary judgment briefing on all inequitable conduct issues shall be deferred until after the Court resolves the Deposition Dispute and, if the Court allows additional discovery in connection with the Deposition Dispute, until after any such additional discovery takes place.

| MORRIS NICHOLS ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| /s/ *Maryellen Noreika* | /s/ *John G. Day* |
| Jack B. Blumenfeld (I.D. #1014) | Steven J. Balick (I.D. #2114) |
| Maryellen Noreika (I.D. #3208) | John G. Day (I.D. #2403) |
| James Walter Parrett, Jr. (I.D. #4292) | Tiffany Geyer Lydon (I.D. #3950) |
| 1201 North Market Street | 222 Delaware Avenue, 17th Floor |
| P.O. Box 1347 | P.O. Box 1150 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| 302-575-7282 | 302-654-1888 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

170500.1

SO ORDERED this _____ day of June, 2006.

_____
United States District Judge