# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>SICOR, INC., and<br>SICOR PHARMACEUTICALS, INC.<br><br>Defendants. | Civil Action No. 04-833 KAJ |

**PLAINTIFF'S SECOND AMENDED INITIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Pharmacia & Upjohn Company LLC ("Pharmacia") hereby submits the following amended initial disclosures to Defendants Sicor Inc. and Sicor Pharmaceuticals, Inc. (collectively hereinafter "Sicor"). Pharmacia reserves the right to supplement or modify these initial disclosures.

A.   **Individuals Likely to Have Discoverable Information**

At present, Pharmacia believes that the following individuals are likely to have discoverable information that Pharmacia may use to support its claims:

1.   Gaetano Gatti
     Viale Fulvio Testi no. 42
     Sesto San Giovanni
     Italy

This person is an inventor of subject matter claimed in U.S. Patent 6,107,285 ("the '285 patent") and may have information regarding the conception and reduction to practice of the invention claimed in the '285 patent. To the extent that Sicor is permitted to take discovery from Dr. Gatti, Pharmacia may use that testimony to support its claims.

    2.      Diego Oldani
           Via San Giovanni no. 48
           Robecco sul Naviglio
           Italy

This person is an inventor of subject matter claimed in the '285 patent and may have information regarding the conception and reduction to practice of the invention claimed in the '285 patent. To the extent that Sicor is permitted to take discovery from Dr. Oldani, Pharmacia may use that testimony to support its claims.

    3.      Giuseppe Bottoni
           Via Don Luigi Guanella no. 5
           Bergamo
           Italy

This person is an inventor of subject matter claimed in the '285 patent and may have information regarding the conception and reduction to practice of the invention claimed in the '285 patent. To the extent that Sicor is permitted to take discovery from Dr. Bottoni, Pharmacia may use that testimony to support its claims.

    4.      Carlo Confalonieri
           Via Tucino no. 5
           Cusano Milanino
           Italy

This person is an inventor of subject matter claimed in the '285 patent, submitted declarations during the prosecution of the '285 patent, and may have information regarding the conception and reduction to practice of the invention claimed in the '285 patent as well as the prosecution of the '285 patent. To the extent that Sicor is permitted to take discovery from Dr. Confalonieri, Pharmacia may use that testimony to support its claims.

    5.      Luciano Gambini
           Via Repubblica no. 115
           Cornaredi
           Italy

This person is an inventor of subject matter claimed in the '285 patent and may have information regarding the conception and reduction to practice of the invention claimed in the '285 patent.

6.  Roberto De Ponti
    Via Degli Astri no. 22
    Milano
    Italy

This person is an inventor of subject matter claimed in the '285 patent and may have information regarding the conception and reduction to practice of the invention claimed in the '285 patent.

7.  Richard Kelly
    Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
    1940 Duke Street
    Alexandria, Virginia 22314

This person may have information regarding the prosecution of the '285 patent.

8.  Emily Miao
    McDonnell Boehnen Hulbert & Berghoff LLP
    300 S. Wacker Drive
    Chicago, Illinois 60606

This person may have information regarding the prosecution of the '285 patent.

9.  William J. Dana
    University of Texas M.D. Anderson Cancer Center
    1515 Holcombe Boulevard
    Houston, Texas 77030

This person submitted a declaration cited in the prosecution of the '285 patent and may have information regarding the contents of the declaration.

10. Mary Horstman
    Hospice of Central Iowa
    401 Railroad Place
    West Des Moines, Iowa 50265

This person submitted a declaration cited in the prosecution of the '285 patent and may have information regarding the contents of the declaration.

11. Debra Holton-Smith
    Current Address Unknown

This person submitted a declaration cited in the prosecution of the '285 patent and may have information regarding the contents of the declaration.

12. Laura T. Guerra
    US Oncology
    12941 North Freeway, Suite 700
    Houston, Texas 77060

This person may have information regarding the use, efficacy, and side effects of prior art formulations of anthracycline glycosides and the formulations of anthracycline glycosides that are the subject of the '285 patent.

13. Peter Laivins
    Pfizer, Inc.
    150 East 42nd Street
    New York, New York 10017

This person may have information regarding Pharmacia's sales and marketing efforts for anthracycline glycosides, financial information relating to sales of anthracycline glycosides, and reimbursements for sales of anthracycline glycosides.

14. Howard Meyer
    Pfizer, Inc.
    150 East 42nd Street
    New York, New York 10017

This person may have information regarding Pharmacia's sales and marketing efforts for anthracycline glycosides, financial information relating to sales of anthracycline glycosides, and reimbursements for sales of anthracycline glycosides.

15. Federico Arcamone
    Milan, Italy

This person may have information regarding certain publications about and research done on anthracycline glycosides before August 1985, especially at Farmitalia and Farmitalia Carlo Erba; aspects of the nature of anthracycline glycosides; use, efficacy, and side effects of formulations of anthracycline glycosides publicly available as of August 1985; and the formulations of anthracycline glycosides that are the subject of the '285 patent.

16. Jacob Beijnen
    Slotevaart Hospital
    Amsterdam, The Netherlands

This person may have information regarding certain publications about and research done on anthracycline glycosides before August 1985, especially at the State University of Utrecht; aspects of the nature of anthracycline glycosides; use, efficacy, and side effects of formulations of anthracycline glycosides publicly available as of August 1985; and the formulations of anthracycline glycosides that are the subject of the '285 patent.

17. All individuals identified in the Initial Disclosures served by the Defendants. These individuals may have knowledge of Defendants' injectable ready-to-use Idarubicin Hydrochloride solution, its defenses which have been raised, and any or combination of counterclaims which may have been asserted.

B. **Documents that Pharmacia May Use**

At present, Pharmacia believes that the following categories of documents, data compilations or tangible things in the possession, custody, or control of Pharmacia may be used to support its claim:

1. Documents concerning the prosecution of the '285 patent, including the patent and prosecution history;

2. Documents regarding the conception and reduction to practice of the subject matter of the '285 patent;

3. Documents concerning communication between Pharmacia and Sicor;

4. Documents concerning Sicor's injectable ready-to-use Idarubicin Hydrochloride solution; and

5. Documents concerning sales of Sicor's injectable ready-to-use Idarubicin Hydrochloride solution.

6. Documents concerning sales of Pharmacia's injectable ready-to-use anthracycline glycoside solutions.

Some of the above documents have been located at the offices of Pharmacia's attorneys, McDonnell Boehnen Hulbert & Berghoff LLP, 300 S. Wacker, Chicago, IL 60606. These documents have been produced as requested by Sicor. Many of the above documents are also located within Sicor's possession, custody, and control.

C. **Damages**

Pharmacia incorporates as its answer herein the Expert Report of Gregory K. Bell, Ph.D.

6

D.  **Applicable Insurance Agreements**

Pharmacia is not aware of any insurance agreements under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

                MORRIS, NICHOLS, ARSHT & TUNNELL

                Jack B. Blumenfeld (#1014)
                Maryellen Noreika (#3208)
                James W. Parrett, Jr. (#4292)
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE 19899-1347
                (302) 658-9200
                  *Attorneys for Plaintiff*
                  *Pharmacia & Upjohn Company, LLC*

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
MCDONNELL BOEHNEN HULBERT
 & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL 60606
(312) 913-0001

September 26 , 2005

## CERTIFICATE OF SERVICE

I hereby certify that copies of the forgoing were caused to be served this 26th day of September, 2005 upon the following in the manner indicated:

### BY HAND DELIVERY

Steven J. Balick
John G. Day
ASHBY & GEDDES
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

### BY FEDERAL EXPRESS

Reid L. Ashinoff
Brian T. Moriarty
William J. Sipio
David R. Baum
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020

James W. Parrett, Jr.