# EXHIBIT G

McDONNELL BOEHNEN HULBERT & BERGHOFF, LTD.
300 South Wacker Drive, 7th Floor
Chicago, Illinois 60606

*Telephone Number*
*(312) 913-0001*

*Telecopier Number*
*(312) 913-0002*

*November 27, 1996*
*Re: Doxorubicin Patent Applications*

| | | | |
|---|---|---|---|
| **TO:** | **R. Metelli** | **FROM:** | **Daniel A. Boehnen** |
| Firm: | Pharmacia & Upjohn, S.p.A. | Ref. No.: | 005.001 |
| Fax No.: | 011-39-2-4838-5397 | No. of Pages (incl. this page): | / |

**MESSAGE:**

Dear Dr. Metelli:

We have discussed the situation of the pending doxorubicin patent application with Patent Examiner Peselev. Basically, she has reviewed the many new prior art references that we recently submitted, and she intends to issue a new Office Action this week. She expects to withdraw the previous ground of rejection based upon the arguments, amendments, and evidence that we submitted last summer. However, she is also inclined to issue a new ground of rejection based upon the new references.

In particular, she noted that one of the references disclosed a doxorubicin solution having pH of 2.6, but she conceded that the pH was achieved by adjusting with a buffer rather than an acid solution. I noted that we felt that reference was merely cumulative to earlier art, and I thought that Dr. Confalonieri had previously distinguished prior art adjusting the pH with buffer rather than acid. She indicated that she would try to review this possibility before issuing the Office Action, but it may be that we will need to respond and point out such information for her. In any event, we expect to receive her comments within a 1-2 weeks, and will contact you again as soon as they are available.

Very truly yours,

Dan

Daniel A. Boehnen

DB/cmh

*Please notify Chris Hernandez at (312) 913-2106 if all pages are not received.*

This fax is strictly intended for delivery only to the person listed above. It may contain confidential or privileged information whose disclosure of which is prohibited. If you have received this fax in error, please call us (collect) to arrange for return of the document.

PU 0095952