UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,977,082
DATED : November 2, 1999
INVENTOR(S) : Gatti et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page,
Item [63], delete "No. 07/878,784", and insert -- No. 06/878,784 --
Item [56], U.S. PATENT DOCUMENTS, insert

| | | |
|---|---|---|
| --3,590,028 | 6/1971 | Arcamone et al. |
| 3,686,163 | 8/1972 | Arcamone et al. |
| 3,803,124 | 4/1974 | Arcamone et al. |
| 4,035,566 | 7/1977 | Israel et al. |
| 4,039,663 | 8/1977 | Arcamone et al. |
| 4,039,736 | 8/1977 | Nettleton et al. |
| 4,067,969 | 1/1978 | Penco et al. |
| 4,075,328 | 2/1978 | Ducep et al. |
| 4,177,264 | 12/1979 | Wu et al. |
| 4,250,303 | 2/1981 | Wu et al. |
| 4,325,947 | 4/1982 | Penco et al. |
| 4,327,087 | 4/1982 | Rosenkrantz |
| 4,438,105 | 3/1984 | Suarato et al. |
| 4,537,593 | 8/1985 | Alchas |
| 4,564,054 | 1/1996 | Gustavsson |
| 4,576,211 | 3/1986 | Valentini et al. |
| 4,588,403 | 5/1986 | Weiss et al. |
| 4,786,281 | 11/1988 | Valentini et al.-- |

FOREIGN PATENT DOCUMENTS, insert

| | | |
|---|---|---|
| --1,041,488 | 10/1978 | Canada |
| 1,046,507 | 1/1979 | Canada |
| 1,046,508 | 1/1979 | Canada |
| 1,204,738 | 5/1980 | Canada |
| 2 314 725 | 2/1977 | France |
| 2 432 525 | 4/1980 | France |
| DE 35 36 869 | 4/1986 | Germany |
| DE 3621844 A1 | 3/1987 | Germany |
| 985,598 | 3/1965 | United Kingdom |
| GB 2 007 645 A | 5/1979 | United Kingdom |
| GB 2 124 224 A | 2/1984 | United Kingdom-- |

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,977,082
DATED : November 2, 1999
INVENTOR(S) : Gatti et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

OTHER PUBLICATIONS,
Delete
"Journal of Pharmaceutical Sciences, pp. 782-785, Staffan Eksborg, Sep. 21, 1977 67", and insert -- Journal of Pharmaceutical Sciences, Sep. 21, 1978, vol. 67, pp. 782-785, Staffan Eksborg.--

Delete
"Dora and Fritz,Cancer Chemotherapy Handbook, Elsevier: New York 1980, pp. 388-401", and insert -- Dorr and Fritz, Cancer Chemotherapy Handbook, Elsevier: New York 1980, pp. 388-401.--

Delete
"Europaisches Arzneibuch, 1979, Prof. Bohme and Prof. Hartke."

Delete
"Europaischez Arzneibuch, 1979, vol. III, p. 654 (English translation attached)."

Delete "The Merck Index, Tenth Edition, 1983, p. 499, AN-3435, "Doxorubicin."

Delete "Arcamone et al. (1972), "Structure and Physicochemical Properties of Adriamycin (Doxorubicin)," International Symposium on Adriamycin, pp. 9 22."

Delete "Wang and Kowal (1980), "Review of Excipients and pH's for Parenteral Products Used in the United States," Journal of the Parenteral Drug Association, pp. 452-462."

Delete "Harris, Quantitative Chemical Analysis, Fourth Edition, W.H. Freeman & Company, New York, p. 240."

Delete "Bernard et al., editors (1969), Rubidomycin A New Agent Against Cancer, pp. ix-181."

Delete "Karlsen et al. (1983), "Stability of Cytotixic Intravenous Solutions Subjected to FreezeTthaw Treatment," Nor. Pharm. Acta, vol. 45, pp. 61-67."

Delete "Arcamone et al, "Structure and Physicochemical Properties", International Symposium on Adriamycin (1972) pp. 9-22. "

Delete "Beijnen et al, Pharmaceutisch Weekblad Scientific Edition, vol. 7 (1987) pp. 109-116."

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,977,082
DATED : November 2, 1999
INVENTOR(S) : Gatti et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Insert

--Young et al. (1981). "The Anthracycline Antineoplastic Drugs." *New England J. Med.* Vol. 305(3), p. 139.

Casazza. (1984). "Experimental Studies on New Anthracyclines" *Proc. of Int. Symposium on Adriamycin:* Ogawa et al. eds.

Aubel Sadron et al. (1984). "Daunorubicin and Doxorubicin, Anthracycline Antibiotics, a Physicochemcial and Biological Review." *Biochemie*, Vol. 66, pp. 333-352.

Abdella et al. (1985). "A Chemical perspective on the Anthracycline Antitumor Antibiotics." *Env. Health Persp.*, Vol. 64, pp. 3-18.

Arcamone. (1978). "Daunomycin and Related Antibiotics." *Topics in Antibiotic Chemistry,* Vol. 2, Sammes, ed.

Brown. (1978). "Adriamycin and Related Anthracycline Antibiotics." *Prog. Med. Chem.*, Vol. 15, p. 124.

Goormagtigh et al. (1984). "Anthracycline Glycoside-Membrane Interactions." *Biochem. Biophys. Acta.*, pp. 271-288.

Skovsgaard et al. (1975). "Adriamycin, An Antitumor Antibiotic : A Review with Special Reference to Daunomycin." *Dan. Med. Bull,* Vol. 22(2), p. 62.

Bachur et al. (1976). "Cellular Pharmacodynamics of Several Anthracycline Antibiotics." *J. Med. Chem.*, Vol. 19(5), p. 651.

Suarato. (1990). "Antitumor Anthracyclines." *The Chemistry of Antiumour Agents.* Wilman, ed.

Legha. (1990). "The Anthracyclines and Mitoxantrone." *Cancer Chemotheraphy by Infusion,* 2nd edition, Lokich, ed., Precept Press.

Bouma et al. (1986). "Anthracycline Antitumor Agents: A Review of Physcicochemical, Analytical and Stability Properties." *Pharm. Weekblad Sc. Ed.*, Vol. 8, p. 109.

Williams. (1990). "Stability & Compatibility of Admixtures of Antineoplastic Drugs." *Cancer Chemotherapy by Infusion,* 2nd Edition, Lukich ed. Precept Press.

Williams et al. (1981). "Photoinactivation of Anthracyclines." *Photochemistry & Photobiology,* Vol. 34, p.131.

Poochikian et al. (1981). "Stability of Anthracycline Antitumor Agents in Four Infusion Fluids." *Chemical Abstracts,* Vol. 94.214489f.

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,977,082
DATED : November 2, 1999
INVENTOR(S) : Gatti et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Keusters et al. (1986). "Stability of Solutions of Doxorubicin and Epirubicin in Plastic Mini Bags for Intravesical Use After Storage at -20°C and Thawing by Microwave Radiation." *Pharm. Weekblad Sc. Ed.*, Vol. 8, p. 144.

Bekers et al. (1988). "Effect of Cyclodextrins on Anthracycline Stability in Acidic Aqueous Media." *Pharm. Weekblad. S. Ed.*, Vol. 10, p. 207.

Wood, Mary Jayne. (1988). "Stability of Anthracycline Cytotoxic Agents in Solution and Infusion Fluids-Submitted for the Degree of Master of Philosophy." *The University of Aston in Birmingham.*

Wood et al. (1990). "Stability of Doxorubicin, Daunorubicin and Epirubxcin in Plastic Syringes and Minibags." *J. Clin. Pharm. Therapeutics,* Vol. 15, pp. 279-289.

Crom et al. (1987). "Pharmacokinetics of Anticancer Drugs in Children." *Clin. Pharm.*, Vol. 12, pp. 168-213.

Greidanus et al. (1988). "Continuous Infusion of Low-dose Doxorubicin, Epirubicin and Mitoxantrone." Cancer Chemotherapy: A Review, *Pharm. Weekblad. Sci.* ed., Vol. 10, p. 237.

Bachur et al. (1973). "Daunorubicin and Adriamycin Metabolism in the Golden Syrian Hamster." *Biochem. Med.*, Vol. 8, p. 352.

Haneke et al. (1981). "Quanititation of Daunorubicin, Doxorubicin, and their Aglycones by Ion-Pair Reversed-Phase Chromarography." *J. Pharm. Sci.*, Vol. 70(10), p. 1112.

Tomlinson et al. (1982). "Concomitant Adsorption and Stability of Sonic Anthracycline Antibiotics." *J. Pharm Sci.*, Vol. 71(10), p. 1121.

Von Hoff et al. (1978). "Daunomycin: An Anthracycline Antibiotic Effective in Acute Leukemia." *Adv. Pharm. Chemo.*, Vol. 15, p. 1.

Cassinelli et al. (1963). "La Daunomicina: Un Nuovo Antibiotico Ad Attivita Citostatica Isolamento E Proprieta." *Giorn. Microbial.* Vol. 11, p. 167.

Arcamone. (1967). "La Constitution Chimique de la Daunomycine." *Path. Biol.*, Vol. 15 (19-20), p. 893.

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,977,082
DATED : November 2, 1999
INVENTOR(S) : Gatti et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Di Marco et al. (1964). "Daunomycin, a New Antibiotic of the Rhodomycin Group." *Nature*, Vol. 201, p. 706.

Angiuli et al. (1971). "Structure of Daunomycin, X-Ray Analysis of N-Br-Acetyl-Daunomycin Solvate." *Nature New Biol.*, Vol. 234, p. 78.

Trissel et al. (1978). "Investigational Drug Information." *Drug Intell. Clin. Pharm.*, Vol. 12, p. 404.

Trissel. (1980). *Handbook on Injectable Drugs*, 2nd edition, p. 562.

Trissel. (1988), *Handbook on Injectable Drugs*, 5th edition, pp. 222-223.

*AHFS Drug Information* (1984), pp. 249-250.

*AHFS Drug Information* (1990), pp. 501-503.

Fischer et al. (1989). *The Cancer Chemotherapy Handbook*, 3rd edition, pp. 65-69.

USP DI. (1991) *Drug Information for the Health Care Professional*, 11th edition, pp. 1080-1084.

Beijnen et al. (1987). "Structure Elucidation and Characterization of Daunorubicin Degradation Products." *Int. J. Pharm.*, Vol. 34, p. 247.

Bachur. "Daunomycin Metabolism in Rat Tissue Slices." *J. Pharm. Exp. Ther.*, Vol. 175(2), p. 331.

Riley et al. (1980). "Review of New Drugs." *U.S. Pharm.*, p. 33.

Boiron et al. (1969). "Daunorubicin in the Treatment of Acute Myelocytic Leukemia." *The Lancet*, p.330.

Di Marco et al. (1972). "Activity of Adriamycin (NSC 123127) and Daunomycin (NSC 82151) Against Mouse Mammary Carcinoma." *Cancer Chemother. Rep.*, part 1, Vol. 56(2), p. 153.

Barthelemy-Clavey et al. (1974). "Self-Association of Daunorubicin." *FEBS Lett.*, Vol. 46(1), p. 5.

Calendi et al. (1965). "On Physico-Chemical Interactions between Daunomycin and Nucleic Acids." *Biochem Biophys. Acta.*, Vol. 103, p. 25.

Schreier. (1989). "Binding of Daunomycin to Acidic Phospholipids." *J. Par. Sci. Tech.*, Vol. 43, No. 4, p. 213.

Dubost et al. (1963). "Un Nouvel Antibiotique a Proprieties Cytostatiques: La Rubidomycine." *C.R. Acad. Sci. Paris*, Vol. 257, p. 813.

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,977,082
DATED : November 2, 1999
INVENTOR(S) : Gatti et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:


Maral et al. (1967). "Etude Toxicologique et Activite Antitumorale Experimentale de la Rubidomycine (13.057 R.P.)." *Path. Biol., Vol.* 15, No. 19-20, pp. 903-908.

Depois et al. (1967). "Un Nouvel Antibiotique Dove D'activite Antitumorale la Rubidomycine (13.057 R.P.)." *J. Preparation et properties, Arzricial Forsch.*, Vol. 17, p. 934.

Brazhnikova et al. (1986). "Physicochemical Properties of Antitumour Antibiotic Rubomycin Produced by *A. cocruleorubidus.*" *Antibiotki,* Vol. 11, p. 763.

Arcamone, ed. (1981). "Discovery & Development of Doxorubicin." *Doxorubicin, Anticancer Antibiotics*, Academic Press, pp. 1-47.

Blum et al. (1974). "Adriamycin: A New Anticancer Drug with Significant Clinical Activity." *Annals of Int. Med.,* Vol. 80, pp. 249-259.

Arcamone et al. "Adriamycin (14-Hydroxydaunomycin), a Novel Antitumor Antibiotic." *Tetrahedron Letters,* No. 13, pp. 1007-1010.

Di Marco et al. (1969). "Adriamycin, a New Antibiotic, Antitumour, Activity." *Cancer Chem. Reports,* part 1, Vol. 53, No. 1, p. 33.

Trissel. (1980). *A Handbook on Injectable Drugs,* 2nd edition, p. 196.

Trissel. ( 1986). *A Handbook on Injectable Drugs*, 4th edition, pp. 215-217.

Trissel. (1988). *A Handbook on Injectable Drugs*, 5th edition , pp. 259-264.

McEvoy. (1984). *AHFS Drug Information*, pp. 251-254.

*AHFS Drug Information* (1990), pp. 504-507.

Fischer. (1989). *The Cancer Chemotherapy Handbook*, 3rd edition, pp. 82-87.

*Drug Information for the Health Care Professional* USP DI (1991), 11th edition, pp. 1217-1222.

Benvenuto et al. (1981). "Stability & Compatibility of Antitumor Agents in Glass & Plastic Containers." *Am. J. Hosp. Pharm.*, Vol. 38, p. 1914.

Walker et al. (1991). "Doxorubicin Stability in Syringes and Glass Vials and Evaluation of Chemical Contamination." *Can J. Hosp. Pharm.,* Vol. 44(2), p. 71.

Gupta et al. (1988). "Investigation of the Stability of Doxorubicin Hydrochloride using Factorial Design." *Drug Development & Industrial Pharmacy,* Vol. 14(12), pp.1657-1671.

Beijnen et al. (1986). "Stability of intravenous admixtures of doxorubicin and vincristine." *Am. J. Hosp. Pharm.,* Vol. 43, p. 3022.

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,977,082
DATED : November 2, 1999
INVENTOR(S) : Gatti et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:


Asker et al. (1988). "Effect of Glutathione on Photolytic Degradation of Doxorubicin Hydrochloride." *J. Par. Sci. Tech.*, Vol. 42(5), p. 193.

Habib et al. (1989). "Photostabilization of Doxorubicin Hydrochloride with Radioprotective and Photoprotective Agents: Potential Mechanism for Enhancing Chemotherapy During Radiotherapy." *J. Parenteral Science & Technology*, Vol. 43, No. 6, p. 254.

Speth et al. (1988). "Clinical Pharmacokinetics of Doxorubicin." *Clin. Pharm.*, Vol. 15, pp. 15-31.

Yee et al. (1981). "Adriamycin: A Brief Review." *Am. J. Int. Ther. Clin Nut.*, pp. 7-12.

Hoffman et al. (1979). "Stability of Refrigerated and Frozen Solutions of Doxorubicin Hydrochloride." *Am. J. Hosp. Pharm.* Vol. 36(11), pp. 1536-1538.

Karlsen et al. (1983). "Stability of Cytotoxic Intravenous Solutions Subjected to Freeze-Thaw Treatment." *Chemical Abstracts*, Vol. 99, No.146022, p. 374.

Gaj et al. (1984). "Compatibility of Doxorubicin Hydrochloride and Vinblastine Sulfate -- The Stability of a Solution Stored in Cormed ®Reservoir Bags or Monoject® Plastic Syringes." *Am. J. IV Ther. Clin. Nut.*, p. 8.

Tavoloni et al. (1980). "Photolytic Degradation of Adriamycin." *Comm. J. Pharm. Pharmacol.*, Vol. 32, p. 860.

Garnick et al. (1981). "Phase 1 Trial of Long Term Continuous Adriamycin Administration." *Proc. Am. Soc. Clin. Oncol.*, Vol. 106, p. 359.

Vogelzang et al. (1984). "Continuous Doxorubicin Infusion (CDI) Using an Implanted Lithium Battery-Powered Drug Administration Device System." *Proc. Am.Soc. Clin. Uncol.* Vol. 1030, p.263.

Legha et al. (1982). "Reduction of Doxorubicin Cardiotoxicity by Prolonged Continuous Intravenous Infusion." *Ann. Int. Med.*, Vol. 96, No. 2, p. 133.

Pavlik et al. (1984). "Stability of Doxorubicin in Relation to Chemosensitivity Determinations: Loss of Lethality and Retention of Antiproliferative Activity." *Cancer Investigation*, Vol. 2(6), pp. 449-458.

Dozier et al. (1983). "Practical Considerations in the Preparation and Administration of Cancer Chemotherapy." *Am.J. Int. Ther. Clin. Nut.*, p. 6.

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,977,082
DATED : November 2, 1999
INVENTOR(S) : Gatti et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:


Kirschenbaum et al. (1976). "Stability of Injectable Medications After Reconstitution." *Am. J. Hosp. Pharm.*, Vol. 33, pp. 767-790.

Janssen et al. (1985). "Doxorubicin Decomposition on Storage. Effect of pH, Type of Buffer and Liposome Encapsulation." *Chemical Abstracts*, Vol. 102, No. 209226k.

Crommelin et al. (1983). "Preparation and Characterization of Doxorubicin-Containing Liposomes. II. Loading Capacity, Long-Term Stability and of Doxorubicin-Bilayer Interaction Mechanism. *Int. J. Pharm.*, Vol. 17, p. 135.

Van Bommel et al. (1984). "Stability of Doxorubicin-Liposomes on Storage: as an Aqueous Dispersion, Frozen or Freeze Dried." *Int. J. Pharm.*, Vol. 22, pp. 299-310.

Crommelin et al. (1983). "Preparation and Characterization of Doxorubicin-Containing Lipsomes: I. Influence of Liposome Charge and pH of Hydration Medium on Loading Capacity and Particle Size." *Int. J. Pharm.*, Vol. 16, pp. 93-96.

Gupta et al. (1987). "Influence of Stabilization Temperature on the Entrapment of Adriamycin." *Albumin Microspheres Drug. Dev. Int. Pharm.*, Vol. 13, No. 8, pp. 1471-1482.

Yanagawa et al (1983). "Stability and Releasibility of Adriamycin Ointment.

Vilallonga et al. (1978). "Interaction of Doxorubicin with Phospholipid Monolayers." *J. Pharm. Sci.*, Vol. 67(6), p. 773.

Duarte-Karim et al. (1976). "Affinity of Adriamycin to Phospholipids. A Possible Explanation for Cardiac Mirochonorial Lesions." *Biochem Biophy. Research Comm.*, Vol. 71(2), p. 658.

Bonadonna et al. (1969). "Clinical Evaluation of Adriamycin a New Antitumor Antibiotic." *Br. Med. J.*, Vol. 3, p. 503.

Banks et al. (1977). "Topical Installation of Doxorubicin Hydrochloride in the Treatment of Recurring Superficial Transitional Cell Carinoma of the Bladder." *J. Urol.*, Vol. 118, p. 757.

Bertazzoli et al. (1972). "Chronic Toxicity of Adriamycin: A New Antineoplastic Antibiotic." *Tox. Applied Pharm.*, Vol. 2, pp. 287-301.

Wang et al. (1971). "Therapeutic Effect And Toxicity of Adriamycin In Patients With Neoplastic Disease." *Cancer*, Vol. 28, p. 837.

Horn et al. (1981). "Intravesical Chemotherapy In A Controlled Trial With Thio-Tepa Versus Doxorubicin Hydrochloride." *J. Urol.*, Vol. 125, p. 652.

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,977,082
DATED : November 2, 1999
INVENTOR(S) : Gatti et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:


Jacobi et al. (1980). "Studies on The Intravesical Action of Topically Administered G3H-Doxorubicin Hydrochloride in Men: Plasma Uptake and Tumor Penetration." *J. Urol.* Vol. 124, p. 34.

Jaenke. (1976). "Delayed and Progressive Myocardial Lesions After Adriamycin Administration in the Rabbit." *Cancer Res.*, Vol. 36, pp. 2958-2966.

Casazza et al. (1977). "Tumors and Dental Ocular Abnormalities After Treatment of Infant Rats With Adriamycin." *Tumor*, Vol. 63, p. 331.

Barranco et al. (1973). "Survival and Cell Kinetics Effects of Adriamycin on Mammalian Cells." *Cancer Res.*, Vol. 33, p. 11.

Gaj et al. (1984). "Evaluation of Growth in Five Microorganisms in Doxorubicin and Floxuridine Media." *Pharm. Manuf.*, p. 50.

Sturgeon and Schulman. (1977). "Electronic Absorption Spectra and Protolytic Equlibria of Doxorubicin: Direct Spectrophotometric Determination of Microconstants." *J. Pharm. Sci.*, Vol. 66(7), p. 958.

Dalmark et al. (1981) "A Fickian Diffusion Transport Process with Features of Transport Catalysis." *J. Gen Physiol.*, Vol. 78, p. 349.

Masuike et al. (1977). "Determination of Adriamycin and its Metabolities in Biological Samples Using High Performance Liquid Chromatography Chemical Abstracts." Vol. 101, p. 5.

Barth et al. (1977) "Determination of Doxorubicin Hydrochloride." Pharamaceutical Preparations Using High Pressure Liquid Chromatography. *J. of Chromatography*, Vol. 131, pp. 375-381.

Arena et al. (1971). "Analysis of the Pharmacokinctic Characteristics, Pharmacological and Chemotherapeutic Activity of 14-Hydroxy-Daunomycin (Adriamycin), a New Drug Endowed with an Antitumor Activity." *Drug Res.*, Vol. 21, p. 1258.

Watson et al. (1976). "Rapid Analytic Method for Adriamycin and Metabolites in Human Plasma by a Thin Film Flourescence Scanner." *Cancer Treat. Rep.*, Vol. 60, No. 11, p. 1611.

Langone et al. (1975). "Adriamycin and Metabolites: Separation by High Pressure Liquid Chromatography and Qunitation by Radioimmunossay." *Biochem Med.*, Vol. 12, p. 283.

Benjamin et al. "Pharmacokinetics and Metabolism of Adriamycin in Man." *Clin. Pharm. Ther.*, Vol. 14(4), Part 1, p. 592.

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,977,082
DATED : November 2, 1999
INVENTOR(S) : Gatti et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

"Epirubicin." (1985). *Drugs of the Future*. Vol. 8(5), p. 402.

Cersosimo et al. (1986). "Epirubicin: A Review of the Pharmacology, Clinical Activity, and Adverse Effects of an Adriamycin Analogue." *J. Clin. Oncol.*, Vol. 4(3), p. 425.

Fischer. (1989). "The Cancer Chemotherapy Handbook." 3rd edition, pp. 87-89.

DeVroe et. al. (1990). "A Study on the Stability of Three Antineoplastic Drugs and on Their Absorption by I.V. Delivery Systems and End-Line Filters." *Int. J. Pharm.*, Vol. 65, pp. 49-56.

DeVries et. al. (1987). "A Phase 1 and Pharmocokinetic Study with 21 Day Continuous Infusion of Epirubicin." *J. Clin. Oncol.*, Vol. 5(9), pp. 1445-1451.

Adams et. al. (1987). "Pharmaceutical Apsects of Home Infusion Therapy for Cancer Patients." *Pharm J.*, p. 476.

Weenen et. al., "Pharmacokinetics of 4-Epi-doxorubicin in Man", Invesi. New Drugs, Vol. 1, (1983), pp. 59.

Arcamone et. al. (1976). "Synthesis and Antitumour Activity of 4-Demethoxydaunorubicin, 4-Demothoxy-7, 9-Diepidaunorubicin, and Their Beta Anomers." *Cancer Treat Rep.* Vol. 60(7), p. 829.

Turowski et al. (1991). "Visual Compatability of Idarubicin Hydrochloride with Selected Drugs During Simulated Y-Site Injection." *Ans. J. Hosp. Pharm.*, Vol. 48, p. 2181.

Hurteloup et al. (1989). "Phase II Trial of Idarubicin (4- Demethoxydaunorubicin) in Advanced Breast Cancer." *Eur. J. Cancer Clin. Oncol.*, Vol. 25(3), p. 423.

Kaplan et al. (1982). "Phase I Trial of 4- Demethoxydaunorubicin with Single I.V. Doses." *Eur. J. Clin. Cancer Oncol.*, Vol. 18(12), p. 1303.

Reich et al. (1980). "Carminomycin, Arptheacyclines: Current Status and New Developments." *Academic Press*, pp. 295. Cooke et al., eds.

Brazhnikova et al. (1974). "Physical and Chemical Characteristics and Structure of Carminomycin, a New Antitumour Antibiotic." *J. Antibiot.*, Vol. 27(4), p. 254.

Brazhnikova et al. (1973). "Carminomycin, a New Antitumour Anthracycline." *Antibiotiki* Vol. 18, p. 681.

Crooke. (1977). "A Review of Carminomycin, A New Anthracycline Developed in the USSR." *J. Med.*, Vol. 8(5), p. 295.

Lankelma et al. (1982). "Plasma Concentrations of Carminomycin and Carminomycinol in Man, Measured in High Pressure Liquid Chromatography." *Eur. J. Cancer Clin. Oncol.*,

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,977,082
DATED : November 2, 1999
INVENTOR(S) : Gatti et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Vol. 18(4), p. 363.

Fandrich. (1981). "Analysis of Carminomycin in Human Serum by Fluorometric High-Performance Liquid Chromatography." *J. Chromatogr,* Vol. 223, p. 155.

Oki. (1980). "Aclacinomycin A Anthracyclines: Current Status and New Developments." *Academic Press.*, p. 323.

Oki et al. (1979). "Antitumour Anthracycline Antibiotics, Aclacinomycin A and Analogues: I. Taxonomy, Production, Isolation and Physicochemical Properties." *J. Antibiot*, Vol. 32(8), p. 791.

Oki. (1975). "New Antitumour Antibiotics, Aclacinomycins A and B." *J. Antibiot,* Vol. 28(10), p. 830.

Mori et al. (1980). "Physicochemical Properties and Stability of Aclacinomycin A Hydrochloride." *Jpn. J. Antibiot*, Vol. 33, p. 618.

Trissel. *Handbook on Injectable Drugs*, 5th edition, p. 707.

Fischer. *The Cancer Chemotherapy Handbook*, 3rd edition, pp. 17-19.

Arcamone et al. (1976). "Synthesis and Antitumour Activity of 4 -Deoxydaunorubicin and 4-Deoxyadriamycin." *J. Med. Chem.*, Vol. 19(12), p. 1424.

Fischer. (1989). *The Cancer Chemotherapy Handbook*, 3rd edition, p. 88.

Salmon et al. (1984). "Antitumour Activity of Esorubicin in Human Tumour Clonogenic Assay with Comparison to Doxorubicin." *J. Clin. Oncol.*, Vol. 2(4), p. 282.

Kovach et al. (1979). "Phase I Trial & Assay of Rubidozone (NSC 164011) in Patients with Advanced Solid Tumors." *Cancer Research*, Vol. 39, p. 823.

Deprez-de Campanere et al. (1979). "Pharmacokinetic, Toxicologic, and Chemotherapeutic Properties of Detorubicin in Mice: A Comparative Study with Daunourubicin and Adriamycin." *Cancer Treat. Rep.*, Vol. 63(5), p. 861.

Bono. (1980). "The Preclincial Development of Quelamycin and its Initial Clinical Trials." "Aruthracyclines: Current Status and New Developments." *Academic Press*, p. 315.

Gosalvez et al. (1978). "Quelamycin, a New Derivative of Adriamycin with Several Possible Therapeutic Advantages." *Eur. J. Cancer*, Vol. 14, p. 1185.

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,977,082
DATED : November 2, 1999
INVENTOR(S) : Gatti et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:


Reich et al. (1980). "Marcellomycin Anthracyclines: Current Status and New Developments." *Academic Press*, p. 343.

Nettleston et al. (1977). "New Antitumour Antibiotics: Musettamycin and Marcellomycin from Bohemic Acid Complex." *J. Antibiotics* , Vol. 30(6), p. 525.

Israel et al. (1982). "Adriamycin Analogues: Preparation and Biological Evaulation of Some N-Perfluoroacyl Analogues of Daunorubicin, Adriamycin, and N-(trifluoroacetyl) Adriamycin 14-Valerate and their 9, 10-Anhydro Derivatives." *J. Med. Chem.*, Vol. 25, p. 187.

Tong et al. (1979). "5-Iminodaunorubicin: Reduced Cardiotoxic Properties in an Antitumour Anthracycline." *J. Med. Chem.*, Vol. 22(1), p. 36.

Arcamone et al. (1978). "Synthesis and Antitumour Activity of New Daunorubicin and Adriamycin Analogues." *Experientia*, Vol. 34, p. 1255.

Umezawa et al. (1979). "Tetrahydropyranyl Derivatives of Daunomycin and Adriamycin." *J. Antibiot.*, Vol. 32(10), p. 1082.

Chen et al. (1986). "Possible Strategies for the Formulation of Antineoplastic Drugs." *Drug. Dev. Ind. Pharm.*, Vol. 12(7), p. 1041.

Aulton. (1988). "Pharmaceutics – The Science of Dosage Form Design." pp. 242-244, 252-253, 368-369, 374-375, 380.

Parrott & Saski. (1965). "Experimental Pharmaceutical Technology." 2nd edition, pp. 132-134, 149-154.

Banker & Chalmers. (1982). "Pharmaceutics & Pharmacy Practice." pp. 238-243, 275-278.

Avis et al. (1984). "Pharmaceutical Dosage Forms." *Parenteral Medications*, Vol. 1.

Motola. "Biopharmaceutics of Injectable Medication."

Connors et al. (1979). "Chemical Stability of Pharmaceuticals – a Handbook for Pharmacists." *Wiley*, pp. 3-7, 44-63, 74-75.

Ozturk et al. (1988). "Dissolution of Ionizable Drugs in Buffered and Unbuffered Solutions." *Pharm. Res.*, Vol. 5(5), p. 272.

Gordon et al. (1972). "The Art and Science of Contemporary Drug Development." *Prog. Drug. Res.*, Vol. 16, p. 194.

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,977,082
DATED : November 2, 1999
INVENTOR(S) : Gatti et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Avis et al. (1984). *Pharmaceutical Dosage Forms: Parenteral Medications,* Vol. 1.

Motola & Agharkar. *Preformulation Research of Parenteral Medications*

Lachman et al. (1986). *The Theory & Practice of Industrial Pharmacy,* 3rd edition, p. 191, et seq., pp. 191-194, 195-196, 459-460, 471-472, 477-478, 764-765.

Lin. (1968). "Kinetic Study in Formulation Investigation of New Compounds."

Zoglio. (1968). "Preformulation Stability Testing of Parenteral Products."

Knoop. (1988). "The Pharmaceutical Drug Development Process: An Overview." *Drug. Inf. J.*, Vol. 22, p. 259.

Rees. (1973). "Physico-Mechanical Pre-Formulation Studies" *Boll. Chim. Farm.*, Vol. 112, p. 216.

Monkhouse. (1985). "Dosage Forms For Clinical Trials." Vol. 11 (9 & 10) *Drug. Dev. Ind. Pharm.*, p. 1729

Graffner et al. (1985). "Preformulation Studies in a Drug Development Program for Tablet Formulations." *J. Pharm. Sci.*, Vol. 74(1), p. 16.

Davignon et al. (1984). "Pharmaceutical Aspects of Antitumour Agents." *Pharm. Weekbt.*, Vol. 119, p. 1144.

Avis et al. (1984). "Pharmaceutical Dosage Forms: Parenteral Medications." Vol. 2.

Demorest. "Formulation for Large Volume Parenterals." Pp. 55-63, 68-70, 73-76, 83.

Avis et al. (1984). "Pharmaceutical Dosage Forms." *Parenteral Medications,* Vol. 1.

DeLuca & Boylan. "Formulation for Small Volume Parenterals." *Bulk Compounding Technology,* Schumacher, ed.

Carlin. (1968). "Incompatibilities of Parenteral Medications." *25 Am. J. Hosp. Pharm.*, p. 271.

Kalmas et al. (1982). "Solubility Aspects in Parenteral Formulation." *Ind. J. Hosp. Pharm.*, Vol. 94, pp. 94-96, 98, Table I.

Parrott. "Formulation of Parenterals."

Lin. "Parenteral Formulations I. Comparisons of Accelarated Stability Data with Shelf-Life Studies." *Bull. Par. Drug Assoc.*. Vol. 23(6), p. 269.

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,977,082
DATED : November 2, 1999
INVENTOR(S) : Gatti et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Lin. "Parenteral Formulations II. A Stability Testing Program for Parenteral Products." *Bull. Par. Drug. Assoc.*, Vol. 24(2), p. 83.

Lin. "Photochemical Considerations of Parenteral Products." *Bull. Par. Drug. Assoc.*, Vol. 23 (4), p. 149.

National Coordinating Committee on Large Volume Parenterals. (1976). "Recommendations to Pharmacists for Solving Problems with Large-Volume Parenterals." *Am. J. Hosp. Pharm.* Vol. 33, p. 231.

Zellmer. (1975). "Solving Problems with Large-Volume Parenterals, 1: Pharmacist Responsibility for Compounding Intravenous Admixtures." *Am. J. Hosp. Pharm.*, Vol. 32, p. 255.

Avis et al. (1984). "Pharmaceutical Dosage Forms." *Parenteral Medications:* vol 1.

Duma & Akers. "Parenteral Drug Administration: Routes, Precautions, Problems & Complications."

Edward. (1967). "pH: An important Factor in the Compatibility of Additives In Intravenous Therapy." *Am. J. Hosp. Pharm.*, Vol. 24, p. 440.

Document entitled *"Kinetic pH Profiles"*, pp. 59-121, 380-385.

Remington's Pharmaceutical Sciences. (1990). 18th edition; Ch. 17: *Ionic Solutions & Electrolytic Equilibria.*

Bean et al. (1967). *Advances in Pharmaceutical Services*, Vol. 2, pp. 62-75, 80-95.

Fynn. (1980). "Buffers-pH Control Within Pharmaceutical Systems." J. Parenteral Drug Assoc., Vol. 34(2), p. 139.

Windheuser. (1963). "The Effect of Buffers on Parenteral Solutions." *Bull Parenteral Drug Assoc.*, Vol. 17(5).

Rubino. (1987). "The Effects of Cosolvents on the Action of Pharmaceutical Buffers." *J. Paren. Sci. Tech.*, Vol. 41(2), p. 45.

Kramer & Flynn. (1972). "Solubility of Organic Hydrochlorides." *J. Pharm. Sci.*, Vol. 61(12), p. 1896.

Tencheva et al. (1979). "New Approach of the Extrapolation Procedure in the Determination of Acid-Base Constants of Poorly Soluble Pharmaceuticals." *Arzneim Forsch/Drug Res.*, Vol. 29(II), p. 9.

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,977,082
DATED : November 2, 1999
INVENTOR(S) : Gatti et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Bogardus et al. (1979). "Solubility of Doxycycline in Aqueous Solutions." *J. Pharm. Sci.*, Vol. 68(2), p. 188.

Miyazaki et al. (1981). "Precaution on Use of Hydrochloride Salts in Pharmaceutical Formulation." *J. Pharm. Sci.*, Vol. 70(6), p. 594.

Greene et al. (1979). "Stability of Cicplatin in Aqueous Solution." *Am J. Hosp. Pharm.*, Vol. 36, p. 38.

Stjernstrom et al. (1978). "Studies on the Stability and Compatibility of Drugs in Infusion Fluids." *Acta Pharm Spec.*, Vol. 15, p. 33.

Ho. (1971). "Prediction of Pharmaceutical Stability of Parenteral Solutions III." *Drug, Int. Clin. Pharm.*, Vol. 5, p. 47.

Stella. (1986). "Chemical and Physical Bases Determining the Instability and Incompatibility of Formulated Injectable Drugs." *J. Paren. Sci. Tech.*, Vol. 40(4), p. 142.

Newton. (1978). "Physicochemical Determinants of Incompatibility and Instability in Injectable Drug Solutions and Admixtures." *J. Hosp. Pharm.*, Vol. 35, p. 1213.

Mendenhall. (1984). *Stability of Parenterals Drugs Dev. Ind. Pharm.*, Vol. 10(8-9), p 1297.

Singh et al. (1980). "Effect of Solvents and Additives on the Stability of Drugs." *Pharma Times*, p. 13.

Pope. (1980). *Accelerated Stability Testing for Prediction of Drug Product Stability -- First of a Two-Part Article*, D & CI 54, pp. 54, 56, 59, 60, 62, 116.

Pope. (1980). *Accelerated Stability Testing for Prediction of Drug Product Stability – Second of a Two-Part Article*, D & CI 48, pp. 48, 50, 55, 56, 58, 60, 62, 64-66, 110, 112-116.

Amirjahed. (1977). "Simplified Method to Study Stability of Pharmaceutical Preparations." *J. Pharm. Sci.*, Vol. 6, p. 785.

Vogenberg et al. (1983). "Stability Guidelines for Routinely Refrigerated Drug Products." *Am. J. Hosp. Pharm.*, Vol. 40, p. 101.

Newton et al. (1987). "Estimating Shelf-Life of Drugs in Solution." *Am. J. Hosp. Pharm.* Vol. 44, p. 1633.

Mollica et al. (1978). "Stability of Pharmaceuticals." *J. Pharm. Sci.*, Vol. 67(4), p. 443.

King et al. "Statistical Prediction of Drug Stability Based on Non-Linear Parameter Extension." *J. Pharm. Sci.*, Vol. 73(5), p. 657.

Herrick et al. (1985). "Monetary Incentive for Pharmacists to Control Drug Costs."

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,977,082
DATED : November 2, 1999
INVENTOR(S) : Gatti et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

*Am. J. Hosp. Pharm.*, Vol. 42, p. 1527.

Waller. (1980). "Documenting I.V. Admixture Product Waste." *Am. J. Hosp. Pharm.* Vol. 43, p. 1914.

Williams et al. (1984). "The Lyophilization of Pharmaceuticals: A Literature Review." *J. Paren. Sci. Tech.*, Vol. 38(2), p. 48.

Flamberg et al. (1986). "Manufacturing Considerations in the Lyophilization of Parenteral Products." *Pharm. Manuf.*, Vol. 3, pp. 29-31.

Maral et al. (1967). "Un Nouvel Antibiotique Doue D'Activite Antitumorale: La Rubidomycine (13 057 R.P.)." *II: Activite antitumorale experimentale Arzncimittel Forsch*, Vol. 17, p. 939.

Beijnen et al. (1986). "Aspects of the Degradation Kinetics of Doxorubicin in Aqueous Solution." *Int. J. Pharm.*, Vol. 32, p. 123.

Trissel. (1983). *Handbook on Injectible Drugs*, 3rd edition.

Jonkman-de Vries et al. (1994). "Pharmaceutical Development of a Parental Lyophilized Formulation of the Novel Indoloquinone Antitumor Agent EO." *Cancer Chemother. Pharmacol.*, Vol. 34, pp. 416-422.

*Am. J. Hosp. Pharm.*, Vol. 42, p. 1527.

Waller. (1980). "Documenting I.V. Admixture Product Waste." *Am. J. Hosp. Pharm.* Vol. 43, p. 1914.

Williams et al. (1984). "The Lyophilization of Pharmaceuticals: A Literature Review." *J. Paren. Sci. Tech.*, Vol. 38(2), p. 48.

Flamberg et al. (1986). "Manufacturing Considerations in the Lyophilization of Parenteral Products." *Pharm. Manuf.*, Vol. 3, pp. 29-31.

Maral et al. (1967). "Un Nouvel Antibiotique Doue D'Activite Antitumorale: La Rubidomycine (13 057 R.P.)." *II: Activite antitumorale experimentale Arzncimittel Forsch*, Vol. 17, p. 939.

Beijnen et al. (1986). "Aspects of the Degradation Kinetics of Doxorubicin in Aqueous Solution." *Int. J. Pharm.*, Vol. 32, p. 123.

Trissel. (1983). *Handbook on Injectible Drugs*, 3rd edition.

Jonkman-de Vries et al. (1994). "Pharmaceutical Development of a Parental Lyophilized Formulation of the Novel Indoloquinone Antitumor Agent EO." *Cancer Chemother. Pharmacol.*, Vol. 34, pp. 416-422.

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,977,082
DATED : November 2, 1999
INVENTOR(S) : Gatti et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:


*J. Biological Standardization,* Vol. 11, pp. 359-364.

Akbiyik et al. (1979). "Total Lung Irradiation and Chemotherapy in Pulmonary Metastases from Carcinoma of the Uterine Cervix and Endometrium." *J. Nat'l Medical Assn.*, Vol. 71, pp. 1061-1063.

The Pharmaceutical Codex (1979). "Injections," *The Pharmaceutical Press,* London, 11th edition, pp. 446-447.

Swinyard. (1980). "Introduction of New Drugs." *Pharmaceutical Sciences, Mack Publishing Co.*, Easton, Pennsylvania, pp. 1365-1376.

Nikula et al. (1984). "Chromosome Aberrations in Lymphocytes of Nurses Handling Cytostactic Agents." Scand. J. Work Environ. Health, Vol. 71-74.

"Doxorubicin Hydrochloride for Injection." (1985). *U.S. Pharmacopieiz* 20th revision, p. 266; *U.S. Pharmacopieiz*, p. 119.

Yoo. (1977). *Section "Injections" in the Korean Pharmacopoeia,* pp. 3, 48-49.

*The Merck Index*. (1989). "Hydrochloric Acid." Budavari, Ed., Merck & Co., Inc., Rahway, New Jersey, No. 4703, p. 756.

*The Merck Index*. (1989). "Aclacinomycins," Budavari, Ed., Merck & Co., Inc., Rahway, New Jersey, No. 108, p. 17.

Trissel. (1983). "Investigational Drugs," *Handbook on Injectable Drugs*, 3rd edition, *American Society of Hospital Pharmacists.*

Tan et al. (1967). "Daunomycin, an Anti-Tumor Antibiotic, in the Treatment of Neoplastic Disease." *Cancer,* Vol. 20, pp. 333-353.

Samuels et al. (1971). "Daunorubicin Therapy in Advanced Neuroblastoma." *Cancer* Vol. 27, pp. 831-834.

Miller and Schmidt. (1987). "Clinical Pharmacology and Toxocology of 4 –O-Ttetrahydropyranyladriamycin." *Cancer Research,* Vol. 47, pp. 1461-1465.

Rozencweig et al. "Preliminary Experience with Marcellomycin: Pre-Clinical and Clinical Aspects." pp. 5499-561.

Beijnen et al. (1985). "Stability of Anthracycline Antitumor Agents in Infusion Fluids." *J. Parenteral Science and Technology*, Vol. 39, pp. 220-222.

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,977,082
DATED : November 2, 1999
INVENTOR(S) : Gatti et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:


Beijnen et al. (1986). "Aspects of Degradation Kinetics of Daunorubicin in Aqueous Solution." *International J. Pharmaceutics*, Vol. 31, pp. 75-82.

Bosanquet. (1986). "Stability of Solutions of Antineoplastic Agents During Preparation and Storage For In Vitro Assays." *Cancer Chemother Pharmacol.*, Vol. 17, pp. 1-10.

Daugherty et al. (1981) "Photolytic Destruction of Adriamycin." *J. Pharm. Pharmacol.*, Vol. 33, p. 556.

Eksborg and Ehrsson. (1984). "Liquid Chromatography in Anticancer Drug Research with Special Reference to Anthraquinone Glyosides." *J. Pharmaceutical & Biomedical Analysis*, Vol. 2, pp. 297-303.

Flora et al. (1980). "The loss of Paraben Preservatives During Freeze Drying." *J. Pharm. Pharmacol.*, Vol. 32, pp. 577-578.

Florence and Atwood. (1981). "Physicochemial Principles of Pharmacy." *MacMillan Press*, London, p. 475.

Henry (1976). "Adriamycin," *Cancer Chemotherapy, American Chemical Society Symposium Series*, pp. 15-57.

Kaniewska (1978). "Study of the Decomposition of Adriamycin." *Chemical Abstracts*, Vol. 88, No. 197526x, p. 396.

Kaniewska (1977). "A Study of Decomposition of Adriamycin." *Pharmacia Polska*, Vol. 9, pp. 539-542 (English translation attached).

Kristensen and Moller. (1983). "Almen Farmaci II," *Dansk Farmaceutforeigns Forlag, Kobenhavn*, pp. 408, 442, 447 (English translation attached).

Martindale. (1982). "Doxorubicin Hydrochloride." The Extra Pharmacopeia, Antineoplastic Agents and Immunosuppressants, 28th edition, *The Pharmaceutical Press*, London, J.E.F. Reynolds, Ed., pp. 205-208.

Masuike et al. (1984). "Determination of Adriamycin and Its Metabolites in Biological Samples Using High Performance Liquid Chromatography. I. Analysis of Serum and Plasma by Direct Injection Method," *Yakugaky Zasshi*, Vol. 104, 614-619 (English abstract).

Menozzi et al. (1984). "Self Association of Doxorubicin and Related Compounds in Aqueous Solution." *J. Pharmaceutical Sciences*, Vol. 73, pp. 483-486.

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,977,082
DATED : November 2, 1999
INVENTOR(S) : Gatti et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:


Savlov et al. (1981). "Comparison of Doxorubicin With Cycloleucine in the Treatment of Sarcomas," *Cancer Treatment Reports*, Vol. 65, pp. 21-27.

Trissell. (1980). "Doxorubicin HCl," *Handbook of Injectable Drugs*, 3rd edition. *American Society of Hospital Pharmacists*, Bethesda, MD, pp. 131-132.

Vigevani and Williamson. (1980). "Doxorubicin," *Handbook of Injectable Drugs*, 3rd edition. *American Society of Hospital Pharmacists*, Bethesda, MD, pp. 131-132.

Vigevani and Williamson. (1980). "Doxorubicin," Analytical Profiles of Drug Substances, Academic Press, New York, Vol. 9, pp. 245-263.

American Journal of Intravenous Therapy and Clinical Nutrition. (1981). Vol. 8(4), pp. 15-18.

Ketchman et al. "Cost Benefit And Stability Study Of Doxorubincin Following Reconstitution."

Vigevani et al. (1980). "Analytical Profiles of Drug Substances." *Doxorubicin,* Vol. 9, pp. 245-274.

"Doxorubicin Hydrochloride." *Martindale, the Extra Pharmacopeia*, 28th Ed., pp. 205-208,

Kaniewska. (1978). "Study of the Decomposition of Adriamycian." *Chemical Abstracts*, Vol. 88, p. 396, No. 197, p. 396, No. 197526x.

Eksborg et al. (1984). "Liquid Chromatography In Anticancer Drug Research With Special Reference To Anthraquinone Glycosides." *Journal of Pharmaceutical and Biomedical Analysis*, Vol. 2, No. 2, pp. 297-303.

Trissell. "Doxorubicin HCl." *Handbook of Injectable Drugs*, 3rd Ed., pp. 131-132.

Hoffman et al. (1979). "Stability Of Refrigerated And Frozen Solutions Of Doxorubicin Hydrochloride." *American Journal of Hospital Pharmacy*, Vol. 36, pp. 1536-1538.

Masuike et al. (1984). "Determination Of Adriamycin And Its Metabolities In Biological Samples Using High Performance Liquid Chromatography. I. Analysis Of Serum And Plasma By Direct Injection Method. II. Analysis Of Tissues By Extraction Method." *Pharmaceutical Society of Japan Journal*, Vol. 104, No. 6, pp. 614-623.

Poochikian et al. (1981). "Stability Of Anthracycline Antitumor Agents In Four Infusion Fluids." *American Journal of Hospital Pharmacy*, Vol. 38, pp. 483-486.

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,977,082
DATED : November 2, 1999
INVENTOR(S) : Gatti et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Janssen et al. (1985). "Doxorubicin Decomposition On Storage. Effect Of pH, Type Of Buffer And Liposome Encapsulation." *International Journal of Pharmaceutics*, Vol. 23(1), pp. 1-11

*The United States Pharmacopeia.* (1980). 20th Revision. p. 266.

Section "Injections." (1977). *The Korean Pharmacopeia*, 4 pages.

*The Guidelines for Examination for Each Industrial Field,* Chapter "Medicament", 4 pages

*Topics in Antibiotic Chemistry* (1978), Vol. 2, pp. 109-115. --

Signed and Sealed this

Fifteenth Day of April, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*