IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-833-KAJ |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants | ) | |

**MOTION FOR SUMMARY JUDGMENT ON NON-INFRINGEMENT, OR IN THE ALTERNATIVE, INVALIDITY FOR LACK OF WRITTEN DESCRIPTION**

Defendants Sicor Inc. and SICOR Pharmaceuticals, Inc. (collectively, "Sicor") respectfully move, pursuant to Fed. R. Civ. P. 56, for summary judgment on non-infringement, or in the alternative, invalidity for lack of written description. This motion is based upon the opening brief in support of this motion, its supporting exhibits, all pleadings and papers on file in this action, and any other evidence the Court deems proper and just.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Tiffany Geyer Lydon (I.D. # 3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

Reid L. Ashinoff
Michael S. Gugig
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700

Jordan A. Sigale
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
Chicago, Illinois 60606
(312) 876-8000

Dated: June 21, 2006

170661.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 04-833-KAJ |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants | ) | |

## ORDER

This _____ day of _____, 2006, defendants Sicor Inc. and SICOR Pharmaceuticals, Inc. (collectively, "Sicor") having moved for entry of an order granting summary judgment and the Court, after considering the positions of the parties, having concluded that good grounds exist for the requested relief; now, therefore,

IT IS HEREBY ORDERED that Sicor's motion for summary judgment is granted.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2006, the attached **MOTION FOR SUMMARY JUDGMENT ON NON-INFRINGEMENT, OR IN THE ALTERNATIVE, INVALIDITY FOR LACK OF WRITTEN DESCRIPTION** was served upon the below-named counsel of record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire                                   <u>HAND DELIVERY</u>
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Joshua R. Rich, Esquire                                       <u>VIA FEDERAL EXPRESS</u>
McDonnell Boehnen Hulbert & Berghoff
300 South Wacker Drive
Suite 3200
Chicago, IL 60606


*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon