IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC<br><br>  Plaintiff,<br><br>  v.<br><br>SICOR, INC., and<br>SICOR PHARMACEUTICALS, INC.<br><br>  Defendants. | Civil Action No. 04-833 KAJ |

**PHARMACIA & UPJOHN'S MOTION FOR SUMMARY JUDGMENT
ON SICOR'S UNCLEAN HANDS AFFIRMATIVE DEFENSES**

Pursuant to Fed. R. Civ. P. 56, plaintiff Pharmacia & Upjohn Company, LLC ("Pharmacia") hereby moves for summary judgment with respect to defendants' affirmative defense of unclean hands. The grounds for this motion are set forth in Pharmacia's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
 *Attorneys for Plaintiff*
 *Pharmacia & Upjohn Company LLC*

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
McDONNELL BOEHNEN
  HULBERT & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001


June 21, 2006

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on June 21, 2006, I caused to be electronically filed Pharmacia & Upjohn's Motion for Summary Judgment on Sicor's Unclean Hands Affirmative Defense with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick
> John G. Day
> ASHBY & GEDDES

and that I also caused copies to be served upon the following in the manner indicated:

### BY HAND

Steven J. Balick
John G. Day
ASHBY & GEDDES
222 Delaware Avenue
Wilmington, DE  19801

### BY FEDERAL EXPRESS

Reid L. Ashinoff
David R. Baum
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY  10020

Jordan Sigale
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
Chicago, IL  60606

> */s/  Rodger D. Smith II*
> Rodger D. Smith II (#3778)
> rsmith@mnat.com