IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC<br><br>                Plaintiff,<br><br>      v.<br><br>SICOR, INC., and<br>SICOR PHARMACEUTICALS, INC.<br><br>                Defendants. | Civil Action No. 04-833 KAJ |

**PHARMACIA & UPJOHN'S MOTION FOR SUMMARY JUDGMENT**
**ON SICOR'S LACHES AND EQUITABLE ESTOPPEL AFFIRMATIVE DEFENSES**

Pursuant to Fed. R. Civ. P. 56, plaintiff Pharmacia & Upjohn Company, LLC ("Pharmacia") hereby moves for summary judgment with respect to defendants' affirmative defenses of laches and equitable estoppel. The grounds for this motion are set forth in Pharmacia's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  *Attorneys for Plaintiff*
  *Pharmacia & Upjohn Company LLC*

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
McDONNELL BOEHNEN
  HULBERT & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001

June 21, 2006

# CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on June 21, 2006, I caused to be electronically filed Pharmacia & Upjohn's Motion for Summary Judgment on Sicor's Laches and Equitable Estoppel Affirmative Defenses with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick
> John G. Day
> ASHBY & GEDDES

and that I also caused copies to be served upon the following in the manner indicated:

### BY HAND

> Steven J. Balick
> John G. Day
> ASHBY & GEDDES
> 222 Delaware Avenue
> Wilmington, DE  19801

### BY FEDERAL EXPRESS

> Reid L. Ashinoff
> David R. Baum
> SONNENSCHEIN NATH & ROSENTHAL LLP
> 1221 Avenue of the Americas
> New York, NY  10020

> Jordan Sigale
> SONNENSCHEIN NATH & ROSENTHAL LLP
> 8000 Sears Tower
> Chicago, IL  60606

>> */s/  Rodger D. Smith II*
>> Rodger D. Smith II (#3778)
>> rsmith@mnat.com