# EXHIBIT 12

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 04-833 KAJ |
| | ) |
| SICOR INC., and | ) |
| SICOR PHARMACEUTICALS, INC. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' ANSWERS TO PLAINTIFF'S
## SECOND SET OF REQUESTS FOR ADMISSION (INVALIDITY)

Defendants Sicor Inc. and Sicor Pharmaceuticals, Inc. ("Sicor") hereby answer the following requests for admission propounded by Plaintiff Pharmacia & Upjohn Company, LLC ("Pharmacia") pursuant to Rule 36 of the Federal Rules of Civil Procedure.

## GENERAL OBJECTIONS

1.     Sicor objects to the Second Set of Requests for Admission (Invalidity) as being overly and unduly burdensome. Among other things, this Second Set of Requests for Admission is redundant to Pharmacia's invalidity interrogatories and, moreover, it seeks admissions apparently related to patent claims of U.S. Patent No. 6,107,285 no longer being asserted by Pharmacia in this litigation, including claims 2-8 and 10.

2.     Sicor objects to the Second Set of Requests for Admission (Invalidity) to the extent they call for Sicor to respond to admissions based upon claim terms found in claim 9 and 11-13 of the '285 patent. Determining the legal meaning of those claim terms is solely within the purview of the Court pursuant to *Markman v. Westview Instruments,* 517 U.S. 370 (1996). An admission under one claim construction might be inaccurate under a different construction.

See, *Tulip Computers Int'l B.V. v. Dell Computer Corp.*, 210 F.R.D. 100, 108 (D. Del. 2002). As such, Sicor notes that these requests are premature and improper under Rule 36(a) because, in effect, to the extent they call for legal conclusions on claim interpretation. See, *Id.* (denying defendant's motion to compel request for admission from patent plaintiff because "requests directed towards applying the claims of the patent or requiring application of the claims prior to any Markman ruling are not the application of law to facts relevant to the case, but in reality are requests for legal conclusions and therefore, improper.").

　　　3.　　To the extent the Second Set of Requests for Admission (Invalidity) allegedly do not seek admissions based upon the legal-determined meaning of the claim terms of the '285 patent (i.e. Pharmacia's instruction that "other terms shall be given the same meaning that Sicor believes they should be given in the context of the claims of the '285 patent"), Sicor objects to Pharmacia's Second Set of Requests to Admit as attempting to elicit admissions that have a prejudicial value that far outweighs any probative value. Consequently, while Sicor responds to each Request as instructed, it will seek appropriate orders from the Court precluding introduction of these Responses at trial.

**REQUEST FOR ADMISSION NO. 427**
　　　The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution.

## RESPONSE TO REQUEST FOR ADMISSION NO. 427

　　　**Denied.**

**REQUEST FOR ADMISSION NO. 428**
　　　The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside.

## RESPONSE TO REQUEST FOR ADMISSION NO. 428

　　　**Denied.**

**REQUEST FOR ADMISSION NO. 429**

The 1972 Arcamone *et al.* reference does not disclose idarubicin hydrochloride in any formulation.

**RESPONSE TO REQUEST FOR ADMISSION NO. 429**

**Admitted.**

**REQUEST FOR ADMISSION NO. 430**

The 1972 Arcamone *et al.* reference does not discuss idarubicin hydrochloride in any formulation.

**RESPONSE TO REQUEST FOR ADMISSION NO. 430**

**Admitted.**

**REQUEST FOR ADMISSION NO. 431**

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride.

**RESPONSE TO REQUEST FOR ADMISSION NO. 431**

**Admitted.**

**REQUEST FOR ADMISSION NO. 432**

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 432**

**Denied.**

**REQUEST FOR ADMISSION NO. 433**

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 433**

**Denied.**

**REQUEST FOR ADMISSION NO. 434**

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with hydrochloric acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 434**

    **Admitted.**

**REQUEST FOR ADMISSION NO. 435**
The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 435**

    **Admitted.**

**REQUEST FOR ADMISSION NO. 436**
The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside, wherein said solution is contained in a sealed container.

**RESPONSE TO REQUEST FOR ADMISSION NO. 436**

    **Denied.**

**REQUEST FOR ADMISSION NO. 437**
The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container.

**RESPONSE TO REQUEST FOR ADMISSION NO. 437**

    **Denied.**

**REQUEST FOR ADMISSION NO. 438**
The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**RESPONSE TO REQUEST FOR ADMISSION NO. 438**

    **Denied.**

**REQUEST FOR ADMISSION NO. 439**

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**RESPONSE TO REQUEST FOR ADMISSION NO. 439**

**Denied.**

**REQUEST FOR ADMISSION NO. 440**

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside wherein the concentration of anthracycline glycoside is about 1 mg/ml.

**RESPONSE TO REQUEST FOR ADMISSION NO. 440**

**Admitted. The 1972 Arcamone *et al.* reference discloses only 0.05 mg/ml and 2 mg/ml concentrations of anthracycline glycosides.**

**REQUEST FOR ADMISSION NO. 441**

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**RESPONSE TO REQUEST FOR ADMISSION NO. 441**

**Admitted. The 1972 Arcamone *et al.* reference discloses only 0.05 mg/ml and 2 mg/ml concentrations of anthracycline glycosides.**

**REQUEST FOR ADMISSION NO. 442**

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with

physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

## RESPONSE TO REQUEST FOR ADMISSION NO. 442

Admitted. The 1972 Arcamone *et al.* reference discloses only 0.05 mg/ml and 2

mg/ml concentrations of anthracycline glycosides.

## REQUEST FOR ADMISSION NO. 443

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

## RESPONSE TO REQUEST FOR ADMISSION NO. 443

Admitted.

## REQUEST FOR ADMISSION NO. 444

The 1979 Hoffman *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride.

## RESPONSE TO REQUEST FOR ADMISSION NO. 444

Admitted.

## REQUEST FOR ADMISSION NO. 445

The 1979 Hoffman *et al.* reference does not disclose idarubicin hydrochloride in any formulation.

## RESPONSE TO REQUEST FOR ADMISSION NO. 445

Admitted.

## REQUEST FOR ADMISSION NO. 446

The 1979 Hoffman *et al.* reference does not discuss idarubicin hydrochloride in any formulation.

## RESPONSE TO REQUEST FOR ADMISSION NO. 446

Admitted.

## REQUEST FOR ADMISSION NO. 447

The 1979 Hoffman *et al.* reference does not disclose a solution having a pH adjusted to from 2.5 to 5.0.

**RESPONSE TO REQUEST FOR ADMISSION NO. 447**

    **Admitted.**

**REQUEST FOR ADMISSION NO. 448**
    The 1979 Hoffman *et al.* reference does not disclose a solution having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 448**

    **Admitted.**

**REQUEST FOR ADMISSION NO. 449**
    The 1979 Hoffman *et al.* reference does not disclose a solution having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable hydrochloric acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 449**

    **Admitted.**

**REQUEST FOR ADMISSION NO. 450**
    The 1979 Hoffman *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**RESPONSE TO REQUEST FOR ADMISSION NO. 450**

    **Admitted.**

**REQUEST FOR ADMISSION NO. 451**
    The 1979 Hoffman *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**RESPONSE TO REQUEST FOR ADMISSION NO. 451**

    **Admitted.**

**REQUEST FOR ADMISSION NO. 452**

The 1979 Hoffman *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside wherein the concentration of anthracycline glycoside is about 1 mg/ml.

**RESPONSE TO REQUEST FOR ADMISSION NO. 452**

**Admitted. The 1979 Hoffman *et al.* reference discloses only 2 mg/ml concentrations of anthracycline glycosides.**

**REQUEST FOR ADMISSION NO. 453**

The 1979 Hoffman *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**RESPONSE TO REQUEST FOR ADMISSION NO. 453**

**Admitted.**

**REQUEST FOR ADMISSION NO. 454**

The 1979 Hoffman *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution s contained in a sealed container.

**RESPONSE TO REQUEST FOR ADMISSION NO. 454**

**Admitted.**

**REQUEST FOR ADMISSION NO. 455**

The 1979 Hoffman *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**RESPONSE TO REQUEST FOR ADMISSION NO. 455**

**Admitted.**

**REQUEST FOR ADMISSION NO. 456**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution.

**RESPONSE TO REQUEST FOR ADMISSION NO. 456**

**Denied.**

**REQUEST FOR ADMISSION NO. 457**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside.

**RESPONSE TO REQUEST FOR ADMISSION NO. 457**

**Denied.**

**REQUEST FOR ADMISSION NO. 458**

The 1985 Janssen *et al.* reference does not disclose idarubicin hydrochloride in any formulation.

**RESPONSE TO REQUEST FOR ADMISSION NO. 458**

**Admitted.**

**REQUEST FOR ADMISSION NO. 459**

The 1985 Janssen *et al.* reference does not discuss idarubicin hydrochloride in any formulation.

**RESPONSE TO REQUEST FOR ADMISSION NO. 459**

**Admitted.**

**REQUEST FOR ADMISSION NO. 460**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride.

**RESPONSE TO REQUEST FOR ADMISSION NO. 460**

**Admitted.**

**REQUEST FOR ADMISSION NO. 461**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 461**

**Denied.**

**REQUEST FOR ADMISSION NO. 462**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 462**

Denied.

**REQUEST FOR ADMISSION NO. 463**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with hydrochloric acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 463**

Denied.

**REQUEST FOR ADMISSION NO. 464**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 464**

Denied.

**REQUEST FOR ADMISSION NO. 465**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside, wherein said solution is contained in a sealed container.

**RESPONSE TO REQUEST FOR ADMISSION NO. 465**

Denied.

**REQUEST FOR ADMISSION NO. 466**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution, wherein said solution is contained in a sealed container.

**RESPONSE TO REQUEST FOR ADMISSION NO. 466**

Denied.

**REQUEST FOR ADMISSION NO. 467**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically

acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container.

## RESPONSE TO REQUEST FOR ADMISSION NO. 467

**Denied.**

## REQUEST FOR ADMISSION NO. 468

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

## RESPONSE TO REQUEST FOR ADMISSION NO. 468

**Denied.**

## REQUEST FOR ADMISSION NO. 469

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

## RESPONSE TO REQUEST FOR ADMISSION NO. 469

**Denied.**

## REQUEST FOR ADMISSION NO. 470

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside wherein the concentration of anthracycline glycoside is about 1 mg/ml.

## RESPONSE TO REQUEST FOR ADMISSION NO. 470

**Admitted. The 1985 Janssen *et al.* reference discloses anthracycline glycoside**

**concentrations of only about 0.05 mg/ml, 0.1 mg/ml, and 0.50 mg/ml.**

## REQUEST FOR ADMISSION NO. 471

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride,

doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

## RESPONSE TO REQUEST FOR ADMISSION NO. 471

**Admitted. The 1985 Janssen *et al.* reference discloses anthracycline glycoside concentrations of only about 0.05 mg/ml, 0.1 mg/ml, and 0.50 mg/ml.**

## REQUEST FOR ADMISSION NO. 472

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

## RESPONSE TO REQUEST FOR ADMISSION NO. 472

**Admitted. The 1985 Janssen *et al.* reference discloses only doxorubicin hydrochloride in concentrations of only about 0.05 mg/ml, 0.1 mg/ml, and 0.50 mg/ml.**

## REQUEST FOR ADMISSION NO. 473

The 1981 Ketchum *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride.

## RESPONSE TO REQUEST FOR ADMISSION NO. 473

**Admitted.**

## REQUEST FOR ADMISSION NO. 474

The 1981 Ketchum *et al.* reference does not disclose idarubicin hydrochloride in any formulation.

## RESPONSE TO REQUEST FOR ADMISSION NO. 474

**Admitted.**

## REQUEST FOR ADMISSION NO. 475

The 1981 Ketchum *et al.* reference does not disclose idarubicin hydrochloride in any formulation.

## RESPONSE TO REQUEST FOR ADMISSION NO. 475

**Admitted.**

12

**REQUEST FOR ADMISSION NO. 476**

The 1981 Ketchum *et al.* reference does not disclose a solution having a pH adjusted to from 2.5 to 5.0.

**RESPONSE TO REQUEST FOR ADMISSION NO. 476**

**Denied.**

**REQUEST FOR ADMISSION NO. 477**

The 1981 Ketchum *et al.* reference does not disclose a solution having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 477**

**Admitted.**

**REQUEST FOR ADMISSION NO. 478**

The 1981 Ketchum *et al.* reference does not disclose a solution having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable hydrochloric acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 478**

**Admitted.**

**REQUEST FOR ADMISSION NO. 479**

The 1981 Ketchum *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**RESPONSE TO REQUEST FOR ADMISSION NO. 479**

**Admitted.**

**REQUEST FOR ADMISSION NO. 480**

The 1981 Ketchum *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**RESPONSE TO REQUEST FOR ADMISSION NO. 480**

    **Admitted.**

**REQUEST FOR ADMISSION NO. 481**
    The 1981 Ketchum *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside wherein the concentration of anthracycline glycoside is about 1 mg/ml.

**RESPONSE TO REQUEST FOR ADMISSION NO. 481**

    **Admitted. 1981 Ketchum *et al.* reference discloses a physiologically acceptable**

**solution of anthracycline glycoside wherein the concentration of anthracycline glycoside is**

**only about 0.01 mg/ml and 2.0 mg/mL.**

**REQUEST FOR ADMISSION NO. 482**
    The 1981 Ketchum *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**RESPONSE TO REQUEST FOR ADMISSION NO. 482**

    **Admitted.**

**REQUEST FOR ADMISSION NO. 483**
    The 1981 Ketchum *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**RESPONSE TO REQUEST FOR ADMISSION NO. 483**

    **Admitted.**

**REQUEST FOR ADMISSION NO. 484**
    The 1981 Ketchum *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the

concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**RESPONSE TO REQUEST FOR ADMISSION NO. 484**

    **Admitted.**

**REQUEST FOR ADMISSION NO. 485**
    The 1976 Lachman *et al.* reference does not teach that buffers contribute to degradation.

**RESPONSE TO REQUEST FOR ADMISSION NO. 485**

    **Denied.**

**REQUEST FOR ADMISSION NO. 486**
    The 1976 Lachman *et al.* reference does not teach that buffers necessarily contribute to degradation, only that they "can catalyze the degradation."

**RESPONSE TO REQUEST FOR ADMISSION NO. 486**

    **Denied.**

**REQUEST FOR ADMISSION NO. 487**
    The 1976 Lachman *et al.* reference does not teach that one should use hydrochloric acid to adjust pH.

**RESPONSE TO REQUEST FOR ADMISSION NO. 487**

    **Denied.**

**REQUEST FOR ADMISSION NO. 488**
    The 1976 Lachman *et al.* reference does not teach that one should use hydrochloric acid instead of a buffer to adjust pH.

**RESPONSE TO REQUEST FOR ADMISSION NO. 488**

    **Denied.**

**REQUEST FOR ADMISSION NO. 489**
    The 1976 Lachman *et al.* reference does not discuss hydrochloric acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 489**

    **Admitted.  Chapter 2 of Lachman *et al.* (1976) The Theory and Practice of**

**Industrial Pharmacy, which Pharmacia designated as "1976 Lachman *et al.* reference" does**

**not discuss hydrochloric acid; however, Chapter 1 of Lachman *et al.* (1976) The Theory**

and Practice of Industrial Pharmacy, entitled "Preformulation," does discuss hydrochloric acid.

**REQUEST FOR ADMISSION NO. 490**

The 1976 Lachman *et al.* reference does not discuss the use of hydrochloric acid to adjust pH.

**RESPONSE TO REQUEST FOR ADMISSION NO. 490**

Admitted.  Chapter 2 of Lachman *et al.* (1976) The Theory and Practice of Industrial Pharmacy, which Pharmacia designated as "1976 Lachman *et al.* reference" does not discuss the use of hydrochloric acid to adjust pH; however, Chapter 1 of Lachman *et al.* (1976) The Theory and Practice of Industrial Pharmacy, entitled "Preformulation," does discuss the use of hydrochloric acid to adjust pH.

**REQUEST FOR ADMISSION NO. 491**

The 1976 Lachman *et al.* reference teaches that, "[i]f the degradation reaction is found to be influenced by different concentration of buffer [sic], then....the concentration of the buffer ratio should be kept as low as possible to diminish the catalytic effect. [sic]"

**RESPONSE TO REQUEST FOR ADMISSION NO. 491**

Sicor admits that the 1976 Lachman *et al.* reference states that, "[i]f the degradation reaction is found to be influenced by the different concentrations of buffer, then the reaction is considered to be general acid and base catalyzed.  In such a case, the concentration of the buffer ratio should be kept as low as possible to diminish this catalytic effect."  One of ordinary skill in the art would infer that "the concentration of the buffer ratio should be kept as low as possible" to include omission of buffer from a pharmaceutical solution.

**REQUEST FOR ADMISSION NO. 492**

The 1976 Lachman *et al.* reference does not suggest the use of hydrochloric acid to adjust pH, instead teaching that buffer concentration should be kept as low as possible to diminish the catalytic effect.

**RESPONSE TO REQUEST FOR ADMISSION NO. 492**

16

**Denied.**

## REQUEST FOR ADMISSION NO. 493

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution.

## RESPONSE TO REQUEST FOR ADMISSION NO. 493

**Denied.**

## REQUEST FOR ADMISSION NO. 494

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside.

## RESPONSE TO REQUEST FOR ADMISSION NO. 494

**Denied.**

## REQUEST FOR ADMISSION NO. 495

The April 1980 Mori *et al.* reference does not disclose idarubicin hydrochloride in any formulation.

## RESPONSE TO REQUEST FOR ADMISSION NO. 495

**Admitted.**

## REQUEST FOR ADMISSION NO. 496

The April 1980 Mori *et al.* reference does not discuss idarubicin hydrochloride in any formulation.

## RESPONSE TO REQUEST FOR ADMISSION NO. 496

**Admitted.**

## REQUEST FOR ADMISSION NO. 497

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride.

## RESPONSE TO REQUEST FOR ADMISSION NO. 497

**Admitted.**

## REQUEST FOR ADMISSION NO. 498

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid.

## RESPONSE TO REQUEST FOR ADMISSION NO. 498

17

Denied.

## REQUEST FOR ADMISSION NO. 499

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid.

## RESPONSE TO REQUEST FOR ADMISSION NO. 499

Denied.

## REQUEST FOR ADMISSION NO. 500

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with hydrochloric acid.

## RESPONSE TO REQUEST FOR ADMISSION NO. 500

Denied.

## REQUEST FOR ADMISSION NO. 501

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid.

## RESPONSE TO REQUEST FOR ADMISSION NO. 501

Denied.

## REQUEST FOR ADMISSION NO. 502

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside, wherein said solution is contained in a sealed container.

## RESPONSE TO REQUEST FOR ADMISSION NO. 502

Denied.

## REQUEST FOR ADMISSION NO. 503

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container.

18

**RESPONSE TO REQUEST FOR ADMISSION NO. 503**

**Admitted.**

**REQUEST FOR ADMISSION NO. 504**
The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**RESPONSE TO REQUEST FOR ADMISSION NO. 504**

**Denied.**

**REQUEST FOR ADMISSION NO. 505**
The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**RESPONSE TO REQUEST FOR ADMISSION NO. 505**

**Admitted.**

**REQUEST FOR ADMISSION NO. 506**
The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside wherein the concentration of anthracycline glycoside is about 1 mg/ml.

**RESPONSE TO REQUEST FOR ADMISSION NO. 506**

**Admitted.  The April 1980 Mori *et al.* reference discloses only 2 mg/ml**

**concentrations of anthracycline glycosides.**

**REQUEST FOR ADMISSION NO. 507**
The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said

anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

## RESPONSE TO REQUEST FOR ADMISSION NO. 507

**Admitted.**

## REQUEST FOR ADMISSION NO. 508

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

## RESPONSE TO REQUEST FOR ADMISSION NO. 508

**Admitted.**

## REQUEST FOR ADMISSION NO. 509

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

## RESPONSE TO REQUEST FOR ADMISSION NO. 509

**Admitted.**

## REQUEST FOR ADMISSION NO. 510

The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution.

## RESPONSE TO REQUEST FOR ADMISSION NO. 510

**Denied.**

## REQUEST FOR ADMISSION NO. 511

The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside.

## RESPONSE TO REQUEST FOR ADMISSION NO. 511

**Denied.**

**REQUEST FOR ADMISSION NO. 512**
The May 1980 Mori *et al.* reference does not disclose idarubicin hydrochloride in any formulation.

**RESPONSE TO REQUEST FOR ADMISSION NO. 512**

Admitted.

**REQUEST FOR ADMISSION NO. 513**
The May 1980 Mori *et al.* reference does not discuss idarubicin hydrochloride in any formulation.

**RESPONSE TO REQUEST FOR ADMISSION NO. 513**

Admitted.

**REQUEST FOR ADMISSION NO. 514**
The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride.

**RESPONSE TO REQUEST FOR ADMISSION NO. 514**

Admitted.

**REQUEST FOR ADMISSION NO. 515**
The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 515**

Denied.

**REQUEST FOR ADMISSION NO. 516**
The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 516**

Admitted.

**REQUEST FOR ADMISSION NO. 517**
The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with hydrochloric acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 517**

    **Admitted.**

**REQUEST FOR ADMISSION NO. 518**
    The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 518**

    **Admitted.**

**REQUEST FOR ADMISSION NO. 519**
    The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside, wherein said solution is contained in a sealed container.

**RESPONSE TO REQUEST FOR ADMISSION NO. 519**

    **Denied.**

**REQUEST FOR ADMISSION NO. 520**
    The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container.

**RESPONSE TO REQUEST FOR ADMISSION NO. 520**

    **Admitted.**

**REQUEST FOR ADMISSION NO. 521**
    The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**RESPONSE TO REQUEST FOR ADMISSION NO. 521**

    **Admitted.**

**REQUEST FOR ADMISSION NO. 522**

The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**RESPONSE TO REQUEST FOR ADMISSION NO. 522**

**Admitted.**

**REQUEST FOR ADMISSION NO. 523**

The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside wherein the concentration of anthracycline glycoside is about 1 mg/ml.

**RESPONSE TO REQUEST FOR ADMISSION NO. 523**

**Admitted.  The May 1980 Mori *et al.* reference discloses only 2 mg/ml**

**concentrations of anthracycline glycosides.**

**REQUEST FOR ADMISSION NO. 524**

The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**RESPONSE TO REQUEST FOR ADMISSION NO. 524**

**Admitted.**

**REQUEST FOR ADMISSION NO. 525**

The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

## RESPONSE TO REQUEST FOR ADMISSION NO. 525

**Admitted.**

## REQUEST FOR ADMISSION NO. 526

The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

## RESPONSE TO REQUEST FOR ADMISSION NO. 526

**Admitted.**

## REQUEST FOR ADMISSION NO. 527

The May 1980 Mori *et al.* reference does not suggest that pharmaceutical preparations of anthracycline glycosides should be in solution, instead stating, "In pharmaceutical preparations of ACM-HCl, therefore, it should be lyophilized or dry-filled into ampules or vials with a stabilizer including lactose or maltose."

## RESPONSE TO REQUEST FOR ADMISSION NO. 527

**Sicor denies that the May 1980 Mori *et al.* reference does not suggest that pharmaceutical preparations of anthracycline glycosides should be in solution. Sicor admits that the May 1980 Mori *et al.* reference states, "The effects of various diluents on stability of ACM-HCl, freeze-dried and closed under vacuum in vials, was examined. ACM-HCl was moderately stabilized by addition of lactose or maltose. In pharmaceutical preparations of ACM-HCl, therefore, it should be lyophilized or dry-filled into ampules or vials with a stabilizer including lactose or maltose."**

## REQUEST FOR ADMISSION NO. 528

The 1981 Poochikian *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride.

## RESPONSE TO REQUEST FOR ADMISSION NO. 528

**Admitted.**

## REQUEST FOR ADMISSION NO. 529

The 1981 Poochikian *et al.* reference does not disclose idarubicin hydrochloride in any formulation.

24

## RESPONSE TO REQUEST FOR ADMISSION NO. 529

**Admitted.**

## REQUEST FOR ADMISSION NO. 530

The 1981 Poochikian *et al.* reference does not discuss idarubicin hydrochloride in any formulation.

## RESPONSE TO REQUEST FOR ADMISSION NO. 530

**Admitted.**

## REQUEST FOR ADMISSION NO. 531

The 1981 Poochikian *et al.* reference does not disclose a solution having a pH adjusted to from 2.5 to 5.0.

## RESPONSE TO REQUEST FOR ADMISSION NO. 531

**Denied.**

## REQUEST FOR ADMISSION NO. 532

The 1981 Poochikian *et al.* reference does not disclose a solution having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid.

## RESPONSE TO REQUEST FOR ADMISSION NO. 532

**Denied.**

## REQUEST FOR ADMISSION NO. 533

The 1981 Poochikian *et al.* reference does not disclose a solution having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable hydrochloric acid.

## RESPONSE TO REQUEST FOR ADMISSION NO. 533

**Denied.**

## REQUEST FOR ADMISSION NO. 534

The 1981 Poochikian *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

## RESPONSE TO REQUEST FOR ADMISSION NO. 534

**Admitted.**

25

**REQUEST FOR ADMISSION NO. 535**

The 1981 Poochikian *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**RESPONSE TO REQUEST FOR ADMISSION NO. 535**

**Admitted.**

**REQUEST FOR ADMISSION NO. 536**

The 1981 Poochikian *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside wherein the concentration of anthracycline glycoside is about 1 mg/ml.

**RESPONSE TO REQUEST FOR ADMISSION NO. 536**

**Admitted.  The 1981 Poochikian *et al.* reference discloses only 0.01 mg/ml, 0.02 mg/ml, and 2 mg/ml concentrations of anthracycline glycosides.**

**REQUEST FOR ADMISSION NO. 537**

The 1981 Poochikian *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**RESPONSE TO REQUEST FOR ADMISSION NO. 537**

**Admitted.**

**REQUEST FOR ADMISSION NO. 538**

The 1981 Poochikian *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

26

## RESPONSE TO REQUEST FOR ADMISSION NO. 538

**Admitted.**

## REQUEST FOR ADMISSION NO. 539

The 1981 Poochikian *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

## RESPONSE TO REQUEST FOR ADMISSION NO. 539

**Admitted.**

## REQUEST FOR ADMISSION NO. 540

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution.

## RESPONSE TO REQUEST FOR ADMISSION NO. 540

**Denied.**

## REQUEST FOR ADMISSION NO. 541

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside.

## RESPONSE TO REQUEST FOR ADMISSION NO. 541

**Denied.**

## REQUEST FOR ADMISSION NO. 542

The 1980 Vigevani & Williamson reference does not disclose idarubicin hydrochloride in any formulation.

## RESPONSE TO REQUEST FOR ADMISSION NO. 542

**Admitted.**

## REQUEST FOR ADMISSION NO. 543

The 1980 Vigevani & Williamson reference does not discuss idarubicin hydrochloride in any formulation.

## RESPONSE TO REQUEST FOR ADMISSION NO. 543

**Admitted.**

**REQUEST FOR ADMISSION NO. 544**
       The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride.

**RESPONSE TO REQUEST FOR ADMISSION NO. 544**

       **Admitted.**

**REQUEST FOR ADMISSION NO. 545**
       The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 545**

       **Admitted.**

**REQUEST FOR ADMISSION NO. 546**
       The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 546**

       **Admitted.**

**REQUEST FOR ADMISSION NO. 547**
       The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with hydrochloric acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 547**

       **Admitted.**

**REQUEST FOR ADMISSION NO. 548**
       The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 548**

       **Admitted.**

## REQUEST FOR ADMISSION NO. 549

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside, wherein said solution is contained in a sealed container.

## RESPONSE TO REQUEST FOR ADMISSION NO. 549

**Admitted.**

## REQUEST FOR ADMISSION NO. 550

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container.

## RESPONSE TO REQUEST FOR ADMISSION NO. 550

**Admitted.**

## REQUEST FOR ADMISSION NO. 551

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

## RESPONSE TO REQUEST FOR ADMISSION NO. 551

**Admitted.**

## REQUEST FOR ADMISSION NO. 552

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

## RESPONSE TO REQUEST FOR ADMISSION NO. 552

**Admitted.**

29

**REQUEST FOR ADMISSION NO. 553**

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside wherein the concentration of anthracycline glycoside is about 1 mg/ml.

**RESPONSE TO REQUEST FOR ADMISSION NO. 553**

   **Admitted.**

**REQUEST FOR ADMISSION NO. 554**

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**RESPONSE TO REQUEST FOR ADMISSION NO. 554**

   **Admitted.**

**REQUEST FOR ADMISSION NO. 555**

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**RESPONSE TO REQUEST FOR ADMISSION NO. 555**

   **Admitted.**

**REQUEST FOR ADMISSION NO. 556**

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**RESPONSE TO REQUEST FOR ADMISSION NO. 556**

   **Admitted.**

30

**REQUEST FOR ADMISSION NO. 557**

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution.

<u>**RESPONSE TO REQUEST FOR ADMISSION NO. 557**</u>

**Denied.**

**REQUEST FOR ADMISSION NO. 558**

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of anthracycline glycoside.

<u>**RESPONSE TO REQUEST FOR ADMISSION NO. 558**</u>

**Denied.**

**REQUEST FOR ADMISSION NO. 559**

The 1983 Wassermann & Bundgaard reference does not disclose idarubicin hydrochloride in any formulation.

<u>**RESPONSE TO REQUEST FOR ADMISSION NO. 559**</u>

**Admitted.**

**REQUEST FOR ADMISSION NO. 560**

The 1983 Wassermann & Bundgaard reference does not discuss idarubicin hydrochloride in any formulation.

<u>**RESPONSE TO REQUEST FOR ADMISSION NO. 560**</u>

**Admitted.**

**REQUEST FOR ADMISSION NO. 561**

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride.

<u>**RESPONSE TO REQUEST FOR ADMISSION NO. 561**</u>

**Admitted.**

**REQUEST FOR ADMISSION NO. 562**

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid.

<u>**RESPONSE TO REQUEST FOR ADMISSION NO. 562**</u>

Admitted. The 1983 Wassermann & Bundgaard reference does disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 0.43 to 2.13 with a physiologically acceptable acid, which one of ordinary skill in the art would recognize falls within the range of pH of the human stomach.

## REQUEST FOR ADMISSION NO. 563

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid.

## RESPONSE TO REQUEST FOR ADMISSION NO. 563

Admitted. The 1983 Wassermann & Bundgaard reference does disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 0.43 to 2.13 with a physiologically acceptable acid in the form of hydrochloric acid, which one of ordinary skill in the art would recognize falls within the range of pH of the human stomach.

## REQUEST FOR ADMISSION NO. 564

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with hydrochloric acid.

## RESPONSE TO REQUEST FOR ADMISSION NO. 564

Admitted. The 1983 Wassermann & Bundgaard reference does disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 0.43 to 2.13 with hydrochloric acid, which one of ordinary skill in the art would recognize falls within the range of pH of the human stomach.

## REQUEST FOR ADMISSION NO. 565

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid.

## RESPONSE TO REQUEST FOR ADMISSION NO. 565

32

Admitted.  The 1983 Wassermann & Bundgaard reference does disclose a

physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from

0.43 to 2.13 with physiologically acceptable hydrochloric acid, which one of ordinary skill

in the art would recognize falls within the range of pH of the human stomach.

**REQUEST FOR ADMISSION NO. 566**
The 1983 Wassermann & Bundgaard reference does not disclose a physiologically
acceptable solution of anthracycline glycoside, wherein said solution is contained in a sealed
container.

**RESPONSE TO REQUEST FOR ADMISSION NO. 566**

Denied.

**REQUEST FOR ADMISSION NO. 567**
The 1983 Wassermann & Bundgaard reference does not disclose a physiologically
acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin
hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a
physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a
physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric
acid, phosphoric acid, methane sulfonic acid, the tartaric acid, the concentration of said
anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a
sealed container.

**RESPONSE TO REQUEST FOR ADMISSION NO. 567**

Admitted.

**REQUEST FOR ADMISSION NO. 568**
The 1983 Wassermann & Bundgaard reference does not disclose a physiologically
acceptable solution of anthracycline glycoside, having a pH adjusted to from 2.5 to 5.0 with a
physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric
acid, phosphoric acid, methane sulfonic acid, and tartaric acid, wherein said solution exhibits
storage stability as a result of said pH being adjusted to the said range using said acids.

**RESPONSE TO REQUEST FOR ADMISSION NO. 568**

Admitted.  The 1983 Wassermann & Bundgaard reference does disclose a

physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from

0.43 to 2.13 with a physiologically acceptable acid in the form of hydrochloric acid.  One of

ordinary skill in the art would recognize that the 1983 Wassermann & Bundgaard

reference teaches that said solution would exhibit storage stability at 4 °C as a result of said pH being adjusted to a higher pH using hydrochloric acid.

## REQUEST FOR ADMISSION NO. 569

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, the tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

## RESPONSE TO REQUEST FOR ADMISSION NO. 569

Admitted.

## REQUEST FOR ADMISSION NO. 570

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of anthracycline glycoside wherein the concentration of anthracycline glycoside is about 1 mg/ml.

## RESPONSE TO REQUEST FOR ADMISSION NO. 570

Admitted. The 1983 Wassermann & Bundgaard reference does disclose a physiologically acceptable solution of anthracycline glycoside wherein the concentration of anthracycline glycoside is about 0.0012 mg/ml.

## REQUEST FOR ADMISSION NO. 571

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, the tartaric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

## RESPONSE TO REQUEST FOR ADMISSION NO. 571

Admitted.

**REQUEST FOR ADMISSION NO. 572**
        The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**RESPONSE TO REQUEST FOR ADMISSION NO. 572**

        **Admitted.**

**REQUEST FOR ADMISSION NO. 573**
        The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**RESPONSE TO REQUEST FOR ADMISSION NO. 573**

        **Admitted.**

**REQUEST FOR ADMISSION NO. 574**
        The 1963 Windhauser [sic] reference does not indicate that buffers contribute to degradation.

**RESPONSE TO REQUEST FOR ADMISSION NO. 574**

        **Denied.**

**REQUEST FOR ADMISSION NO. 575**
        The 1963 Windhauser [sic] reference does not indicate that buffers necessarily contribute to degradation, only that they "may act as a catalyst."

**RESPONSE TO REQUEST FOR ADMISSION NO. 575**

        **Admitted.**

**REQUEST FOR ADMISSION NO. 576**
        The 1963 Windhauser [sic] reference does not indicate that one should use hydrochloric acid to adjust pH.

**RESPONSE TO REQUEST FOR ADMISSION NO. 576**

        **Admitted.**

**REQUEST FOR ADMISSION NO. 577**

The 1963 Windhauser [sic] reference does not indicate that one should use hydrochloric acid instead of a buffer to adjust pH.

**RESPONSE TO REQUEST FOR ADMISSION NO. 577**

 **Admitted.**

**REQUEST FOR ADMISSION NO. 578**

The 1963 Windhauser [sic] reference does not discuss hydrochloric acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 578**

 **Admitted.**

**REQUEST FOR ADMISSION NO. 579**

The 1963 Windhauser [sic] reference does not discuss hydrochloric acid to adjust pH.

**RESPONSE TO REQUEST FOR ADMISSION NO. 579**

 **Admitted.**

**REQUEST FOR ADMISSION NO. 580**

The 1963 Windhauser [sic] reference discloses that "the catalytic effect of buffers is quite dependent on the species in solution."

**RESPONSE TO REQUEST FOR ADMISSION NO. 580**

 **Sicor admits that the 1963 Windheuser reference states that "[a]n important point to note is that the catalytic effect of buffers is quite dependent on the species in solution."**

**REQUEST FOR ADMISSION NO. 581**

The 1963 Windhauser [sic] reference does not suggest the use of hydrochloric acid to adjust pH, instead of disclosing that a buffer "may be non-catalytic at one pH but causes degradation at another pH value."

**RESPONSE TO REQUEST FOR ADMISSION NO. 581**

 **Sicor admits that the 1963 Windheuser reference states that "[t]his point is being raised to bring to your attention that a buffer may be non-catalytic at one pH but causes degradation at another pH value."**

Dated: __11/7/2005.__

Respectfully submitted,
SONNENSCHEIN NATH & ROSENTHAL LLP

Jordan A. Sigale
*Attorneys for Defendants*

*Of Counsel:*
Reid L. Ashinoff
Jordan A. Sigale
David R. Baum
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700

## CERTIFICATE OF SERVICE

I hereby certify that copies of DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST SET OF

REQUESTS FOR ADMISSION (INFRINGEMENT); DEFENDANTS' ANSWERS TO

PLAINTIFF'S SECOND SET OF REQUESTS FOR ADMISSION (INVALIDITY); and

DEFENDANTS' ANSWERS TO PLAINTIFF'S THIRD SET OF REQUESTS FOR

ADMISSION (DOCUMENTS) were caused to be served this seventh day of November, 2005

upon the following in the manner indicated:


**(ELECTRONIC MAIL)**

Joshua Rich, Esq.
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
rich@mbhb.com


Daniel W. Celander, Ph.D., Esq.