# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHARMACIA & UPJOHN COMPANY,

Plaintiff,

v.

SICOR, INC. and SICOR PHARMACEUTICALS, INC.,

Defendants.

Civil Action No. 04-833

## DEFENDANTS' RESPONSES TO PHARMACIA & UPJOHN'S THIRD SET OF INTERROGATORIES

Defendants Sicor Inc. and SICOR Pharmaceuticals, Inc. (collectively "Defendants" or "Sicor"), by and through its undersigned counsel, for their responses to the Third Set of Interrogatories by Plaintiff Pharmacia & Upjohn Company LLC ("Plaintiff" or "Pharmacia"), state as follows:

## GENERAL OBJECTIONS

Defendants incorporate their general and specific objections from their responses to Plaintiffs' prior sets of Interrogatories, in addition:

1.     Defendants object to the Third Set of Interrogatories because they call for Defendants to respond based upon the meaning of claim terms found in claim 9 and 11-13 of the '285 patent. Determining the legal meaning of those claim terms is solely within the purview of the Court pursuant to *Markman v. Westview Instruments*, 517 U.S. 370 (1996). To the extent these Interrogatories allegedly do not seek responses based upon the legal-determined meaning of the claim terms of the '285 patent (i.e. Pharmacia's instruction that "other terms shall be given the same meaning that Sicor believes they should be given in the context of the claims of the

'285 patent"), Sicor objects to Pharmacia's Third Set of Interrogatories as attempting to elicit responses that have a prejudicial value that far outweighs any probative value. Consequently, while Defendants respond to each Interrogatory as instructed, they will seek appropriate orders from the Court precluding introduction of these responses at trial.

2.    Defendants object to the Third Set of Interrogatories because they call for an inappropriate parsing of certain prior art references. Defendants have asserted claims of invalidity based on both anticipation and obviousness. Obviousness looks to the scope of the prior art as a whole and its teachings to one of ordinary skill in the art as compared to the claimed invention. As such, these Interrogatories fall short of addressing this basic inquiry.

Subject to the foregoing general objections, Defendants respond as follows:

## SPECIFIC RESPONSES

### INTERROGATORY NO. 11

With regard to the 1985 Janssen *et al.* reference, (i) identify with specificity each and every limitation of the asserted claims that is allegedly taught in the reference, and (ii) for each such limitation, identify with specificity how and where the reference teaches such limitation.

### RESPONSE TO INTERROGATORY NO. 11

| Limitations from Asserted Claim 9 | 1985 Janssen *et al.* reference |
|---|---|
| A physiologically acceptable solution of | "At pH 4.0 no significant decomposition was observed; this holds for DXR solutions and liposome dispersions (in Tris as well as in phosphate buffer) that were stored for at least 40 days protected from light at 4°C. At pH 4.0 the buffer capacity of the Tris buffer is low. However, this system provides physicochemically well-defined and stable DXR-containing liposomes (Crommelin et al., 1983; Crommelin and Van Bloois, 1983). These dispersions were successfully tested in vivo (Van Hoesel et al., 1984)." (Conclusions, p.9). |

| | |
|---|---|
| anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride and epirubicin hydrochloride | "Doxorubicin-HCl and doxorubicinone-HCl were provided by Farmitalia (Milan) and Lab. Roger Bellon (Neuilly sur Seine, Paris)" (Materials and Methods Reagents, p.2) |
| dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 | "An HPLC technique was used to monitor the stability of doxorubicin-HCl (DXR) in *aqueous media*." (Summary, p.1)(emphasis added).<br><br>"Tris buffers with pH 7.4 *or 4.0*: 0.01 mol/l Tris and 0.8% sodium chloride. The *pH was adjusted* with 2 mol/l hydrochloric acid." (Incubation media, p.4)(emphasis added) |
| with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, | "The pH was adjusted with 2 mol/l hydrochloric acid." (Incubation media, p.4)<br><br>"At pH 4.0 no significant decomposition was observed; this holds for DXR solutions and liposome dispersions (in Tris as well as in phosphate buffer) that were stored for at least 40 days protected from light at 4°C. At pH 4.0 the buffer capacity of the Tris buffer is low." (Conclusions, p.9). |

3

| | |
|---|---|
| the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, | "One ml samples of DXR-containing solutions . . . (100 µg/ml) were incubated in various buffers in 10 ml glass vials in a refrigerator." (Incubations at 4°C, p.4). |
| wherein said solution is contained in a sealed container | "One ml samples of DXR-containing solutions . . . (100 µg/ml) were incubated in various buffers in 10 ml glass vials in a refrigerator." (Incubations at 4°C, p.4).<br><br>"In some cases polypropylene tubes were used, too, for comparison." (Incubations at 4°C, p.4).<br><br>It necessarily follows from good laboratory practice and simple common sense, and thus would be understood by one skilled in the art, that the containers (i.e., vials and tubes) disclosed in Janssen were sealed to avoid contamination, evaporation, and dangerous exposure of the researchers to doxorubicin, which is a highly cytotoxic agent that requires extreme care in handling. |
| wherein said solution exhibits storage stability as a result of said pH being adjusted to the said pH range using said acids. | "The results obtained in this study indicated that pH 4 and 4°C provide optimum shelf-life conditions." (Summary, p.1)<br><br>"The DXR concentration was determined as a function of time in aqueous solutions and liposome dispersions. In both buffer systems no significant DXR degradation was recorded over a 60-day period of storage at pH 4.0." (Results and Discussion, p.5)<br><br>"At pH 4.0 no significant decomposition was observed; this holds for DXR solutions and liposome dispersions (in Tris as well as in phosphate buffer) that were stored for at least 40 days protected from light at 4°C. At pH 4.0 the buffer capacity of the Tris buffer is low." (Conclusions, p.9). |

| Limitations from Asserted Claim 11 | 1985 Janssen *et al.* reference |
|---|---|
| A physiologically acceptable solution of | "At pH 4.0 no significant decomposition was observed; this holds for DXR solutions and liposome dispersions (in Tris as well as in phosphate buffer) that were stored for at least 40 days protected from light at 4°C. At pH 4.0 the buffer capacity of the Tris buffer is low. However, this system provides physicochemically well-defined and stable DXR-containing liposomes (Crommelin et al., 1983; Crommelin and Van Bloois, 1983). These dispersions were successfully tested in vivo (Van Hoesel et al., 1984)." (Conclusions, p.9). |
| anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride and epirubicin hydrochloride | "Doxorubicin-HCl and doxorubicinone-HCl were provided by Farmitalia (Milan) and Lab. Roger Bellon (Neuilly sur Seine, Paris)" (Materials and Methods Reagents, p.2) |
| dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 | "An HPLC technique was used to monitor the stability of doxorubicin-HCl (DXR) in *aqueous media*." (Summary, p.1)(emphasis added). <br><br> "Tris buffers with pH 7.4 *or 4.0*: 0.01 mol/l Tris and 0.8% sodium chloride. The *pH was adjusted* with 2 mol/l hydrochloric acid." (Incubation media, p.4)(emphasis added) |

| | |
|---|---|
| with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, | "The pH was adjusted with 2 mol/l hydrochloric acid." (Incubation media, p.4)<br><br>"At pH 4.0 no significant decomposition was observed; this holds for DXR solutions and liposome dispersions (in Tris as well as in phosphate buffer) that were stored for at least 40 days protected from light at 4°C. At pH 4.0 the buffer capacity of the Tris buffer is low." (Conclusions, p.9). |
| wherein said solution is contained in a sealed container | "One ml samples of DXR-containing solutions . . . (100 µg/ml) were incubated in various buffers in 10 ml glass vials in a refrigerator." (Incubations at 4°C, p.4).<br><br>"In some cases polypropylene tubes were used, too, for comparison." (Incubations at 4°C, p.4).<br><br>It necessarily follows from good laboratory practice and simple common sense, and thus would be understood by one skilled in the art, that the containers (i.e., vials and tubes) disclosed in Janssen were sealed to avoid contamination, evaporation, and dangerous exposure of the researchers to doxorubicin, which is a highly cytotoxic agent that requires extreme care in handling. |

| Limitations from Asserted Claim 12 | 1985 Janssen *et al.* reference |
|---|---|
| A physiologically acceptable solution of | "At pH 4.0 no significant decomposition was observed; this holds for DXR solutions and liposome dispersions (in Tris as well as in phosphate buffer) that were stored for at least 40 days protected from light at 4°C. At pH 4.0 the buffer capacity of the Tris buffer is low. However, this system provides physicochemically well-defined and stable DXR-containing liposomes (Crommelin et al., 1983; Crommelin and Van Bloois, 1983). These dispersions were successfully tested in vivo (Van Hoesel et al., 1984)." (Conclusions, p.9). |
| anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride and epirubicin hydrochloride | "Doxorubicin-HCl and doxorubicinone-HCl were provided by Farmitalia (Milan) and Lab. Roger Bellon (Neuilly sur Seine, Paris)" (Materials and Methods Reagents, p.2) |
| dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 | "An HPLC technique was used to monitor the stability of doxorubicin-HCl (DXR) in *aqueous media*." (Summary, p.1)(emphasis added). <br><br> "Tris buffers with pH 7.4 *or 4.0*: 0.01 mol/l Tris and 0.8% sodium chloride. The pH was adjusted with 2 mol/l hydrochloric acid." (Incubation media, p.4)(emphasis added) |
| with a physiologically acceptable acid, wherein the physiologically acceptable acid is hydrochloric acid, | "The pH was adjusted with 2 mol/l hydrochloric acid." (Incubation media, p.4) |
| wherein said solution is contained in a sealed container | "One ml samples of DXR-containing solutions . . . (100 µg/ml) were incubated in various buffers in 10 ml glass vials in a refrigerator." (Incubations at 4°C, p.4). <br><br> "In some cases polypropylene tubes were used, too, for comparison." (Incubations at 4°C, p.4). <br><br> It necessarily follows from good laboratory practice and simple common sense, and thus |

|  | would be understood by one skilled in the art, that the containers (i.e., vials and tubes) disclosed in Janssen were sealed to avoid contamination, evaporation, and dangerous exposure of the researchers to doxorubicin, which is a highly cytotoxic agent that requires extreme care in handling. |
|--|--|

| Limitations from Asserted Claim 13 | 1985 Janssen *et al.* reference |
|--|--|
| A physiologically acceptable solution of | "At pH 4.0 no significant decomposition was observed; this holds for DXR solutions and liposome dispersions (in Tris as well as in phosphate buffer) that were stored for at least 40 days protected from light at 4°C. At pH 4.0 the buffer capacity of the Tris buffer is low. However, this system provides physicochemically well-defined and stable DXR-containing liposomes (Crommelin et al., 1983; Crommelin and Van Bloois, 1983). These dispersions were successfully tested in vivo (Van Hoesel et al., 1984)." (Conclusions, p.9). |
| dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 | "An HPLC technique was used to monitor the stability of doxorubicin-HCl (DXR) in *aqueous media*." (Summary, p.1)(emphasis added).<br><br>"Tris buffers with pH 7.4 *or 4.0*: 0.01 mol/l Tris and 0.8% sodium chloride. The pH was adjusted with 2 mol/l hydrochloric acid." (Incubation media, p.4)(emphasis added) |
| with a physiologically acceptable acid, wherein the physiologically acceptable acid is hydrochloric acid, | "The pH was adjusted with 2 mol/l hydrochloric acid." (Incubation media, p.4) |

| wherein said solution is contained in a sealed container | "One ml samples of DXR-containing solutions . . . (100 μg/ml) were incubated in various buffers in 10 ml glass vials in a refrigerator." (Incubations at 4°C, p.4).<br><br>"In some cases polypropylene tubes were used, too, for comparison." (Incubations at 4°C, p.4).<br><br>It necessarily follows from good laboratory practice and simple common sense, and thus would be understood by one skilled in the art, that the containers (i.e., vials and tubes) disclosed in Janssen were sealed to avoid contamination, evaporation, and dangerous exposure of the researchers to doxorubicin, which is a highly cytotoxic agent that requires extreme care in handling. |

## INTERROGATORY NO. 12

With regarding to the 1983 Wassermann & Bundgaard reference, (i) identify with specificity each and every limitation of the asserted claims that is allegedly taught in the reference, and (ii) for each such limitation, identify with specificity how and where the reference teaches such limitation.

## RESPONSE TO INTERROGATORY NO. 12

| Limitations from Asserted Claim 9 | 1983 Wassermann & Bundgaard reference |
|---|---|
| A physiologically acceptable solution of | "Samples of doxorubicin hydrochloride and doxorubicinone were kindly provided by Farmltalia Milan. Italy. Buffer substances and all other chemicals and solvents used were of reagent grade." (Materials, p.74)<br><br>"Furthermore, knowledge about the acid-stability may be useful to assess the extent of possible degradation of the drug in the stomach after oral administration." (Introduction, p.74) |

| | |
|---|---|
| anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride and epirubicin hydrochloride | "Samples of doxorubicin hydrochloride and doxorubicinone were kindly provided by Farmltalia Milan, Italy. Buffer substances and all other chemicals and solvents used were of reagent grade." (Materials, p.74) |
| dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 | "The purpose of this study was to provide information about the kinetics of hydrolysis of doxorubicin in acidic solution." (Introduction, p.74) |
| with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, | "In 0.01-0.5M hydrochloric acid solutions (pH 0.4-2.1)." (Results and discussion, p.75).<br><br>See also, Fig. 2, p.75 showing first-order hydrolysis reaction plots in 0.1 and 0.5M hydrochloric acid. |
| wherein said solution is contained in a sealed container | "The reaction solutions were kept in a thermostatically controlled water bath (±0.3°C) in *screw-capped tubes* protected from light and the reactions were initiated by dissolving a weighted quantity of doxorubicin hydrochloride in the pre-heated buffer solution to give an initial concentration of about 1.2 $\mu g^* \, ml^{-1}$." (Kinetic Measurements, p.75)(emphasis added). |
| wherein said solution exhibits storage stability as a result of said pH being adjusted to the said pH range using said acids. | "[T]he percentage amount of doxorubicin surviving acid-catalyzed degradation in the stomach can be calculated using the following equation for two parallel first-order processes:<br><br>      *     *     *<br><br>The figures derived in this way are 86% for pH 1 and 98% for pH 2. Thus, acid-catalyzed hydrolytic degradation in the stomach of orally administered doxorubicin appears to be of minor importance." (Results and discussion, p.77)<br><br>"The rate data presented may also be useful to assess the potential detrimental effect of a pH 2 mobile phase in HPLC of doxorubicine and related anthracycline antibiotics as claimed by Haneke et al (1981). At 2°C and pH 2 (pure aqueous solution) the time needed for hydrolyzing doxorubicin to an extent of 1% |

| | can be calculated to be about 80 min. Thus, the utilization of a mobile phase with a pH of 2 appears not to be unacceptable in regard to hydrolytic degradation of the drug . . ." (Results and discussion, p.77) |
| --- | --- |

| Limitations from Asserted Claim 11 | 1983 Wassermann & Bundgaard reference |
| --- | --- |
| A physiologically acceptable solution of | "Samples of doxorubicin hydrochloride and doxorubicinone were kindly provided by Farmltalia Milan. Italy. Buffer substances and all other chemicals and solvents used were of reagent grade." (Materials, p.74)<br><br>"Furthermore, knowledge about the acid-stability may be useful to assess the extent of possible degradation of the drug in the stomach after oral administration." (Introduction, p.74) |
| anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride and epirubicin hydrochloride | "Samples of doxorubicin hydrochloride and doxorubicinone were kindly provided by Farmltalia Milan, Italy. Buffer substances and all other chemicals and solvents used were of regent grade." (Materials, p.74 |
| dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 | "The purpose of this study was to provide information about the kinetics of hydrolysis of doxorubicin in acidic solution." (Introduction, p.74) |
| with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, | "In 0.01-0.5M hydrochloric acid solutions (pH 0.4-2.1)." (Results and discussion, p.75).<br><br>See also, Fig. 2, p.75 showing first-order hydrolysis reaction plots in 0.1 and 0.5M hydrochloric acid. |

11

| | |
|---|---|
| wherein said solution is contained in a sealed container | "The reaction solutions were kept in a thermostatically controlled water bath (±0.3°C) in *screw-capped tubes* protected from light and the reactions were initiated by dissolving a weighted quantity of doxorubicin hydrochloride in the pre-heated buffer solution to give an initial concentration of about 1.2 μg* ml$^{-1}$." (Kinetic Measurements, p.75)(emphasis added). |

| **Limitations from Asserted Claim 12** | **1983 Wassermann & Bundgaard reference** |
|---|---|
| A physiologically acceptable solution of | "Samples of doxorubicin hydrochloride and doxorubicinone were kindly provided by Farmltalia Milan. Italy. Buffer substances and all other chemicals and solvents used were of reagent grade." (Materials, p.74)

"Furthermore, knowledge about the acid-stability may be useful to assess the extent of possible degradation of the drug in the stomach after oral administration." (Introduction, p.74) |
| anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride and epirubicin hydrochloride | "Samples of doxorubicin hydrochloride and doxorubicinone were kindly provided by Farmltalia Milan, Italy. Buffer substances and all other chemicals and solvents used were of reagent grade." (Materials, p.74) |
| dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 | "The purpose of this study was to provide information about the kinetics of hydrolysis of doxorubicin in acidic solution." (Introduction, p.74) |
| with a physiologically acceptable acid, wherein the physiologically acceptable acid is hydrochloric acid, | "In 0.01-0.5M hydrochloric acid solutions (pH 0.4-2.1)." (Results and discussion, p.75).

See also, Fig. 2, p.75 showing first-order hydrolysis reaction plots in 0.1 and 0.5M hydrochloric acid |
| wherein said solution is contained in a sealed container | "The reaction solutions were kept in a thermostatically controlled water bath (±0.3°C) in *screw-capped tubes* protected from light and the reactions were initiated by |

|  | dissolving a weighted quantity of doxorubicin hydrochloride in the pre-heated buffer solution to give an initial concentration of about 1.2 μg* ml$^{-1}$." (Kinetic Measurements, p.75)(emphasis added). |

| Limitations from Asserted Claim 13 | 1983 Wassermann & Bundgaard reference |
|---|---|
| A physiologically acceptable solution of | "Samples of doxorubicin hydrochloride and doxorubicinone were kindly provided by Farmltalia Milan. Italy. Buffer substances and all other chemicals and solvents used were of reagent grade." (Materials, p.74)<br><br>"Furthermore, knowledge about the acid-stability may be useful to assess the extent of possible degradation of the drug in the stomach after oral administration." (Introduction, p.74) |
| dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 | "The purpose of this study was to provide information about the kinetics of hydrolysis of doxorubicin in acidic solution." (Introduction, p.74) |
| with a physiologically acceptable acid, wherein the physiologically acceptable acid is hydrochloric acid, | "In 0.01-0.5M hydrochloric acid solutions (pH 0.4-2.1)." (Results and discussion, p.75).<br><br>See also, Fig. 2, p.75 showing first-order hydrolysis reaction plots in 0.1 and 0.5M hydrochloric acid. |
| wherein said solution is contained in a sealed container | "The reaction solutions were kept in a thermostatically controlled water bath (±0.3°C) in *screw-capped tubes* protected from light and the reactions were initiated by dissolving a weighted quantity of doxorubicin hydrochloride in the pre-heated buffer solution to give an initial concentration of about 1.2 μg* ml$^{-1}$." (Kinetic Measurements, p.75)(emphasis added). |

13

INTERROGATORY NO. 13

With regard to the April 1980 Mori *et al.* reference, (i) identify with specificity each and every limitation of the asserted claims that is allegedly taught in the reference, and (ii) for each such limitation, identify with specificity how and where the reference teaches such limitation.

RESPONSE TO INTERROGATORY NO. 13

| Limitations from Asserted Claim 9 | April 1980 Mori *et al.* reference (English-language translation) |
|---|---|
| A physiologically acceptable solution of | "The buffer solutions and solvents used for the dissolution and dilution of ACM-HCl were prepared by dissolving high-grade reagents in distilled water for injection." (Experimental method, p.466) <br><br> "In order to compare the stabilities of ACM-HCl based on the type of solvent used, sample solutions were prepared by dissolving ACM-HCl using various pH 4.5 buffers, *physiological saline, a 5% glucose solution, and distilled water for injection* and adjusting the pH to 4.5 with 0.01 N hydrochloric acid, and the residual potency levels after 96 hours at 37°C were measured. The results are shown in Table 5.   (Stability of ACM-HCl in various solvents, p.469) (emphasis added)" |
| dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 | "In order to compare the stabilities of ACM-HCl based on the type of solvent used, *sample solutions were prepared by dissolving ACM-HCl* using various pH 4.5 buffers, *physiological saline, a 5% glucose solution, and distilled water for injection* and *adjusting the pH to 4.5* with 0.01 N hydrochloric acid, and the residual potency levels after 96 hours at 37°C were measured. The results are shown in Table 5.   (Stability of ACM-HCl in various solvents, p.469)(emphasis added)" |
| with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, | "In order to compare the stabilities of ACM-HCl based on the type of solvent used, sample solutions were prepared by dissolving ACM-HCl using various pH 4.5 buffers, physiological saline, a 5% glucose solution, |

14

| | |
|---|---|
| | and distilled water for injection and ***adjusting the pH to 4.5 with 0.01 N hydrochloric acid***, and the residual potency levels after 96 hours at 37°C were measured. The results are shown in Table 5.<br><br>Slight differences in potency residual rates were observed based on the type of solvent used, and it was determined that the compound degrades relatively easily when citrate or acetate buffers are used." (Stability of ACM-HCl in various solvents, p.469)(emphasis added) |
| the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, | "ACM-HCL:  Dissolved in each solvent to 2 mg (potency)/ml, and then adjusted to pH 4.5 and left for 4 days at 37°C"  (Footnote to Table 5, Experimental Results, p.468,) |
| wherein said solution is contained in a sealed container | "The ACM-HCl bulk powder was dissolved to form a specific concentration, and 10 ml of the solution was dispensed into 15 ml ***clear vials. After isobutylene-isoprene rubber stoppers were placed on the vials***, the vials were seamed and used as samples." (pH and thermal stability study, p.466)(emphasis added) |
| wherein said solution exhibits storage stability as a result of said pH being adjusted to the said pH range using said acids. | See Table 5 data (Experimental Results, p. 469).<br><br>"Based on this result [Arrhenius values], the time periods required to achieve a 10% potency decrease when the ACM-HCl aqueous solution (pH 4.5) was stored at 5, 10, and 20°C were calculated to be 12, 6, and 1.5 months, respectively." (Experimental Results, p.469)<br><br>"Because the ACM-HCl aqueous solution is most stable around pH 4.5, the stability was studied using ACM-HCl aqueous solutions with pH 4.5." (Discussion, p.470) |

| Limitations from Asserted Claim 11 | April 1980 Mori *et al.* reference |
|---|---|
| A physiologically acceptable solution of | "The buffer solutions and solvents used for the dissolution and dilution of ACM-HCl were prepared by dissolving high-grade reagents in distilled water for injection." (Experimental method, p.466)<br><br>"In order to compare the stabilities of ACM-HCl based on the type of solvent used, sample solutions were prepared by dissolving ACM-HCl using various pH 4.5 buffers, *physiological saline, a 5% glucose solution, and distilled water for injection* and adjusting the pH to 4.5 with 0.01 N hydrochloric acid, and the residual potency levels after 96 hours at 37°C were measured. The results are shown in Table 5.   (Stability of ACM-HCl in various solvents, p.469)(emphasis added) |
| dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 | "In order to compare the stabilities of ACM-HCl based on the type of solvent used, *sample solutions were prepared by dissolving ACM-HCl* using various pH 4.5 buffers, *physiological saline, a 5% glucose solution, and distilled water for injection* and *adjusting the pH to 4.5* with 0.01 N hydrochloric acid, and the residual potency levels after 96 hours at 37°C were measured. The results are shown in Table 5.   (Stability of ACM-HCl in various solvents, p.469)(emphasis added)<br><br>"Because the solubility of ACM-HCl in water dramatically decreases at pH levels of 7 or greater, the experiment was performed in the range of pH 2 to 6."   (Experimental Results, pH stability, p.466) |
| with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, | "In order to compare the stabilities of ACM-HCl based on the type of solvent used, sample solutions were prepared by dissolving ACM-HCl using various pH 4.5 buffers, physiological saline, a 5% glucose solution, and distilled water for injection and *adjusting the pH to 4.5 with 0.01 N hydrochloric acid,* and the residual potency levels after 96 hours |

16

|  | at 37°C were measured. The results are shown in Table 5.<br><br>Slight differences in potency residual rates were observed based on the type of solvent used, and it was determined that the compound degrades relatively easily when citrate or acetate buffers are used." (Stability of ACM-HCl in various solvents, p.469)(emphasis added) |
|---|---|
| wherein said solution is contained in a sealed container | "The ACM-HCl bulk powder was dissolved to form a specific concentration, and 10 ml of the solution was dispensed into 15 ml *clear vials. After isobutylene-isoprene rubber stoppers were placed on the vials,* the vials were seamed and used as samples." (pH and thermal stability study, p.466)(emphasis added) |

| Limitations from Asserted Claim 12 | April 1980 Mori *et al.* reference |
|---|---|
| A physiologically acceptable solution of | "The buffer solutions and solvents used for the dissolution and dilution of ACM-HCl were prepared by dissolving high-grade reagents in distilled water for injection." (Experimental method, p.466)<br><br>"In order to compare the stabilities of ACM-HCl based on the type of solvent used, sample solutions were prepared by dissolving ACM-HCl using various pH 4.5 buffers, ***physiological saline, a 5% glucose solution, and distilled water for injection*** and adjusting the pH to 4.5 with 0.01 N hydrochloric acid, and the residual potency levels after 96 hours at 37°C were measured. The results are shown in Table 5.   (Stability of ACM-HCl in various solvents, p.469)(emphasis added) |
| dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 | "In order to compare the stabilities of ACM-HCl based on the type of solvent used, ***sample solutions were prepared by dissolving ACM-HCl*** using various pH 4.5 buffers, ***physiological saline, a 5% glucose solution, and distilled water for injection*** and ***adjusting the pH to 4.5*** with 0.01 N hydrochloric acid, and the residual potency levels after 96 hours at 37°C were measured. The results are shown in Table 5.   (Stability of ACM-HCl in various solvents, p.469)(emphasis added)<br><br>"Because the solubility of ACM-HCl in water dramatically decreases at pH levels of 7 or greater, the experiment was performed in the range of pH 2 to 6." (Experimental Results, pH stability, p.466) |
| with a physiologically acceptable acid, wherein the physiologically acceptable acid is hydrochloric acid, | "In order to compare the stabilities of ACM-HCl based on the type of solvent used, sample solutions were prepared by dissolving ACM-HCl using various pH 4.5 buffers, physiological saline, a 5% glucose solution, and distilled water for injection and ***adjusting the pH to 4.5 with 0.01 N hydrochloric acid,*** and the residual potency levels after 96 hours |

| | at 37°C were measured. The results are shown in Table 5.<br>Slight differences in potency residual rates were observed based on the type of solvent used, and it was determined that the compound degrades relatively easily when citrate or acetate buffers are used." (Stability of ACM-HCl in various solvents, p.469)(emphasis added) |
|---|---|
| wherein said solution is contained in a sealed container | "The ACM-HCl bulk powder was dissolved to form a specific concentration, and 10 ml of the solution was dispensed into 15 ml *clear vials. After isobutylene-isoprene rubber stoppers were placed on the vials,* the vials were seamed and used as samples." (pH and thermal stability study, p.466)(emphasis added) |

| Limitations from Asserted Claim 13 | April 1980 Mori *et al.* reference |
|---|---|
| A physiologically acceptable solution of | "The buffer solutions and solvents used for the dissolution and dilution of ACM-HCl were prepared by dissolving high-grade reagents in distilled water for injection." (Experimental method, p.466)<br><br>"In order to compare the stabilities of ACM-HCl based on the type of solvent used, sample solutions were prepared by dissolving ACM-HCl using various pH 4.5 buffers, *physiological saline, a 5% glucose solution, and distilled water for injection* and adjusting the pH to 4.5 with 0.01 N hydrochloric acid, and the residual potency levels after 96 hours at 37°C were measured. The results are shown in Table 5.   (Stability of ACM-HCl in various solvents, p.469)(emphasis added) |
| dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 | "In order to compare the stabilities of ACM-HCl based on the type of solvent used, *sample solutions were prepared by dissolving ACM-HCl* using various pH 4.5 buffers, *physiological saline, a 5% glucose solution, and distilled water for injection* and *adjusting the pH to 4.5* with 0.01 N hydrochloric acid, and the residual potency levels after 96 hours at 37°C were measured. The results are shown in Table 5.   (Stability of ACM-HCl in various solvents, p.469)(emphasis added)<br><br>"Because the solubility of ACM-HCl in water dramatically decreases at pH levels of 7 or greater, the experiment was performed in the range of pH 2 to 6." (Experimental Results, pH stability, p.466) |
| with a physiologically acceptable acid, wherein the physiologically acceptable acid is hydrochloric acid, | "In order to compare the stabilities of ACM-HCl based on the type of solvent used, sample solutions were prepared by dissolving ACM-HCl using various pH 4.5 buffers, physiological saline, a 5% glucose solution, and distilled water for injection and *adjusting the pH to 4.5 with 0.01 N hydrochloric acid,* and the residual potency levels after 96 hours |

|  | at 37°C were measured. The results are shown in Table 5. Slight differences in potency residual rates were observed based on the type of solvent used, and it was determined that the compound degrades relatively easily when citrate or acetate buffers are used." (Stability of ACM-HCl in various solvents, p.469)(emphasis added) |
|---|---|
| wherein said solution is contained in a sealed container | "The ACM-HCl bulk powder was dissolved to form a specific concentration, and 10 ml of the solution was dispensed into 15 ml *clear vials. After isobutylene-isoprene rubber stoppers were placed on the vials,* the vials were seamed and used as samples." (pH and thermal stability study, p.466)(emphasis added) |

INTERROGATORY NO. 14

    With regard to the May 1980 Mori *et al.* reference, (i) identify with specificity each and every limitation of the asserted claims that is allegedly taught in the reference, and (ii) for each such limitation, identify with specificity how and where the reference teaches such limitation.

RESPONSE TO INTERROGATORY NO. 14

| Limitations from Asserted Claim 9 | May 1980 Mori *et al.* reference |
|---|---|
| dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 | "The pH stability of ACM-HCl was measured at the concentration of 2 mg/ml in 0.1 M phosphate-citrate buffer at 37°C. As shown in Fig. 4, it was found that ACM-HCl in the various pH solutions was inactivated with an apparent first-order reaction. The relationship between pH and logarithm of k (degradation constant; hr) indicated that ACM-HCl was most stable in the pH range between 4 and 5." (Stability of ACM-HCl, p.621). |
| with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, | "The pH stability of ACM-HCl was measured at the concentration of 2 mg/ml in 0.1 M ***phosphate-citrate buffer*** at 37°C. As shown in Fig. 4, it was found that ACM-HCl in the various pH solutions was inactivated with an apparent first-order reaction. The relationship between pH and logarithm of k (degradation constant; hr) indicated that ACM-HCl was most stable in the pH range between 4 and 5." (Stability of ACM-HCl, p.621)(emphasis added). |
| the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, | "The stability of ACM-HCl in the solid state and in solution was studied by the change in potency, pH (5 mg/ml in water) and appearance." (Stability of ACM-HCl, p.620)<br><br>"The pH stability of ACM-HCl was measured at the concentration of 2 mg/ml in 0.1 M phosphate-citrate buffer at 37°C. As shown in Fig. 4, it was found that ACM-HCl in the various pH solutions was inactivated with an apparent first-order reaction. The relationship between pH and logarithm of k (degradation constant; hr) indicated that ACM-HCl was most stable in the pH range between 4 and 5." (Stability of ACM-HCl, p.621). |
| wherein said solution is contained in a sealed | It necessarily follows from good laboratory practice and simple common sense, and thus |

| container | would be understood by one skilled in the art, that the containers and conditions disclosed in Mori were sealed to avoid contamination, evaporation, and dangerous exposure of the researchers to doxorubicin, which is a highly cytotoxic agent that requires extreme care in handling. |
|---|---|
| wherein said solution exhibits storage stability as a result of said pH being adjusted to the said pH range using said acids. | "[A] new antitumor anthracycline antibiotic aclacinomycin A (ACM) was isolated from *Streptomyces galilaeus*. In this paper, the physicochemical properties and stability of ACM hydrochloride (ACM-HCl) are described." (Abstract, p.618).<br><br>"The pH stability of ACM-HCl was measured at the concentration of 2 mg/ml in 0.1 M phosphate-citrate buffer at 37°C. As shown in Fig. 4, it was found that ACM-HCl in the various pH solutions was inactivated with an apparent first-order reaction. *The relationship between pH and logarithm of k (degradation constant; hr) indicated that ACM-HCl was most stable in the pH range between 4 and 5.*" (Stability of ACM-HCl, p.621)(emphasis added). |

| Limitations from Asserted Claim 11 | May 1980 Mori *et al.* reference |
|---|---|
| dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 | "The pH stability of ACM-HCl was measured at the concentration of 2 mg/ml in 0.1 M phosphate-citrate buffer at 37°C. As shown in Fig. 4, it was found that ACM-HCl in the various pH solutions was inactivated with an apparent first-order reaction. The relationship between pH and logarithm of k (degradation constant; hr) indicated that ACM-HCl was most stable in the pH range between 4 and 5." (Stability of ACM-HCl, p.621). |
| with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, | "The pH stability of ACM-HCl was measured at the concentration of 2 mg/ml in 0.1 M *phosphate-citrate buffer* at 37°C. As shown in Fig. 4, it was found that ACM-HCl in the various pH solutions was inactivated with an |

| | |
|---|---|
| | apparent first-order reaction. The relationship between pH and logarithm of k (degradation constant; hr) indicated that ACM-HCl was most stable in the pH range between 4 and 5." (Stability of ACM-HCl, p.621)(emphasis added). |
| wherein said solution is contained in a sealed container | It necessarily follows from good laboratory practice and simple common sense, and thus would be understood by one skilled in the art, that the containers and conditions disclosed in Mori were sealed to avoid contamination, evaporation, and dangerous exposure of the researchers to doxorubicin, which is a highly cytotoxic agent that requires extreme care in handling. |

| Limitations from Asserted Claim 12 | May 1980 Mori *et al.* reference |
|---|---|
| dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 | "The pH stability of ACM-HCl was measured at the concentration of 2 mg/ml in 0.1 M phosphate-citrate buffer at 37°C. As shown in Fig. 4, it was found that ACM-HCl in the various pH solutions was inactivated with an apparent first-order reaction. The relationship between pH and logarithm of k (degradation constant; hr) indicated that ACM-HCl was most stable in the pH range between 4 and 5." (Stability of ACM-HCl, p.621). |
| wherein said solution is contained in a sealed container | It necessarily follows from good laboratory practice and simple common sense, and thus would be understood by one skilled in the art, that the containers and conditions disclosed in Mori were sealed to avoid contamination, evaporation, and dangerous exposure of the researchers to doxorubicin, which is a highly cytotoxic agent that requires extreme care in handling. |

| Limitations from Asserted Claim 13 | May 1980 Mori *et al.* reference |
|---|---|
| dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 | "The pH stability of ACM-HCl was measured at the concentration of 2 mg/ml in 0.1 M phosphate-citrate buffer at 37°C. As shown in Fig. 4, it was found that ACM-HCl in the various pH solutions was inactivated with an apparent first-order reaction. The relationship between pH and logarithm of k (degradation constant; hr) indicated that ACM-HCl was most stable in the pH range between 4 and 5." (Stability of ACM-HCl, p.621). |
| wherein said solution is contained in a sealed container | It necessarily follows from good laboratory practice and simple common sense, and thus would be understood by one skilled in the art, that the containers and conditions disclosed in Mori were sealed to avoid contamination, evaporation, and dangerous exposure of the researchers to doxorubicin, which is a highly cytotoxic agent that requires extreme care in handling. |

INTERROGATORY NO. 15

With regard to the 1972 Arcamone *et al.* reference, (i) identify with specificity each and every limitation of the asserted claims that is allegedly taught in the reference, and (ii) for each such limitation, identify with specificity how and where the reference teaches such limitation.

RESPONSE TO INTERROGATORY NO. 15

| Limitations from Asserted Claim 9 | 1972 Arcamone *et al.* reference |
|---|---|
| A physiologically acceptable solution of | See Table 2, p.20, which discloses various physiologically acceptable solutions |
| anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride and epirubicin hydrochloride | See Table 2, p.20, which discloses the stability of adriamycin hydrochloride (a/k/a doxorubicin hydrochloride). |

| dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 | See Table 2, p.20, which discloses physiologically acceptable aqueous solvents having pH adjusted to from 1 to 8. |
| with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, | Table 2, p.20 reports data using hydrochloric acid, phosphate buffer at pH 3-6, which would necessarily include phosphoric acid especially at the pH 3 end of this range. |
| the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, | Table 2, p.20 reports concentrations of 0.05 mg/ml to 2 mg/ml. |
| Wherein said solution exhibits storage stability as a result of said pH being adjusted to the said pH range using said acids. | Table 2, p.20 reports stability in excess of 1 month for pH 3-6. |

| Limitations from Asserted Claim 11 | 1972 Arcamone *et al.* reference |
| --- | --- |
| A physiologically acceptable solution of | See Table 2, p.20, which discloses various physiologically acceptable solutions |
| anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride and epirubicin hydrochloride | See Table 2, p.20, which discloses the stability of adriamycin hydrochloride (a/k/a doxorubicin hydrochloride). |
| dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 | See Table 2, p.20, which discloses physiologically acceptable aqueous solvents having pH adjusted to from 1 to 8 |
| with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, | Table 2, p.20 reports data using hydrochloric acid, phosphate buffer at pH 3-6, which would necessarily include phosphoric acid especially at the pH 3 end of this range. |
| wherein the concentration of anthracycline glycoside is about 1 mg/ml | Table 2, p.20 reports concentrations of 0.05 mg/ml to 2 mg/ml. |

26

| Limitations from Asserted Claim 12 | 1972 Arcamone *et al.* reference |
|---|---|
| A physiologically acceptable solution of | See Table 2, p.20, which discloses various physiologically acceptable solutions. |
| anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride and epirubicin hydrochloride | See Table 2, p.20, which discloses the stability of adriamycin hydrochloride (a/k/a doxorubicin hydrochloride). |
| dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 | See Table 2, p.20, which discloses physiologically acceptable aqueous solvents having pH adjusted to from 1 to 8. |
| with a physiologically acceptable acid, wherein the physiologically acceptable acid is hydrochloric acid, | Table 2, p.20 reports data using hydrochloric acid. |
| wherein the concentration of anthracycline glycoside is about 1 mg/ml | Table 2, p.20 reports concentrations of 0.05 mg/ml to 2 mg/ml. |

| Limitations from Asserted Claim 13 | 1972 Arcamone *et al.* reference |
|---|---|
| A physiologically acceptable solution of | See Table 2, p.20, which discloses various physiologically acceptable solutions. |
| dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 | See Table 2, p.20, which discloses physiologically acceptable aqueous solvents having pH adjusted to from 1 to 8. |
| with a physiologically acceptable acid, wherein the physiologically acceptable acid is hydrochloric acid, | Table 2, p.20 reports data using hydrochloric acid. Furthermore, one of ordinary skill in the art would recognize that phosphate buffered at pH 3 could be adjusted with HCl. |
| Wherein the concentration of said anthracycline glycoside is 1 mg/ml, | Table 2, p.20 reports concentrations of 0.05 mg/ml to 2 mg/ml. |

INTERROGATORY NO. 16

With regard to the 1979 Hoffman *et al.* reference, (i) identify with specificity each and every limitation of the asserted claims that is allegedly taught in the reference, and (ii) for each such limitation, identify with specificity how and where the reference teaches such limitation.

27

RESPONSE TO INTERROGATORY NO. 16

The 1979 Hoffman *et al.* reference reports the analysis of the lyophilized form of doxorubicin hydrochloride solvated in Water for Injection to a concentration of 2 mg/ml. Consequently, although 1979 Hoffman discloses a physiologically acceptable solution of an anthracycline glycoside (i.e. doxorubicin hydrochloride) because Hoffman uses an anthracycline glycoside reconstituted from a lyophilizate this reference is not applied on an element by element basis. Hoffman *et al.* specifically teaches that the solution is storage stable, thereby motivating a person of ordinary skill in the art to pursue formulation conditions with even greater stability based upon the teachings of related prior art.

INTERROGATORY NO. 17

With regard to the 1981 Ketchum *et al.* reference, (i) identify with specificity each and every limitation of the asserted claims that is allegedly taught in the reference, and (ii) for each such limitation, identify with specificity how and where the reference teaches such limitation.

RESPONSE TO INTERROGATORY NO. 17

The 1981 Ketchum *et al.* reference reports the analysis of the lyophilized form of doxorubicin hydrochloride solvated in 0.9% NaCl solution to a concentration of 2 mg/ml. Consequently, although 1981 Ketchum reference discloses a physiologically acceptable solution of an anthracycline glycoside (i.e. doxorubicin hydrochloride) because Ketchum uses an anthracycline glycoside reconstituted from a lyophilizate this reference is not applied by Sicor on an element by element basis. Ketchum *et al.* specifically teaches that the solution is storage stable, thereby motivating a person of ordinary skill in the art to pursue formulation conditions with even greater stability based upon the teachings of related prior art.

INTERROGATORY NO. 18

With regard to the 1981 Poochikian *et al.* reference, (i) identify with specificity each and every limitation of the asserted claims that is allegedly taught in the reference, and (ii) for each such limitation, identify with specificity how and where the reference teaches such limitation.

RESPONSE TO INTERROGATORY NO. 18

The 1981 Poochikian *et al.* reference reports the stability analysis of the lyophilized form of several anthracycline glycosides (including doxorubicin hydrochloride and ACM-HCl) solvated in various standard infusion fluids. Consequently, although the 1981 Poochikian reference discloses a physiologically acceptable solutions of two anthracycline glycosides, including doxorubicin hydrochloride, because Poochikian uses an anthracycline glycoside reconstituted from a lyophilizate this reference is not applied by Sicor on an element by element basis. Poochikian *et al.* specifically teaches that anthracycline glycosides such as doxorubicin HCl and aclacinomycin A HCl display similar storage stability characteristics, thereby motivating a person of ordinary skill in the art to pursue formulation conditions having similar stability characteristics based upon the teachings of related prior art.

INTERROGATORY NO. 19

With regard to the 1980 Vigevani & Williamson reference, (i) identify with specificity each and every limitation of the asserted claims that is allegedly taught in the reference, and (ii) for each such limitation, identify with specificity how and where the reference teaches such limitation.

RESPONSE TO INTERROGATORY NO. 19

On Page 263 of the 1980 Vigevani & Williamson reference there is disclosure of a physiologically acceptable solution of an anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride and epirubicin hydrochloride

dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to

5.0 wherein said solution exhibits storage stability as a result of said pH being adjusted to the

said pH range.  In particular, 1980 Vigevani & Williamson discloses doxorubicin and

doxorubicin hydrochloride.

Dated: _11/9/2005_                         Respectfully submitted,

                                           SONNENSCHEIN NATH & ROSENTHAL LLP


                                           _____
                                           Jordan A. Sigale
                                           *Attorney for Defendants*

Reid L. Ashinoff
David R. Baum
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700