# EXHIBIT 16



1-10

*Part I*
*Chemistry of Adriamycin*

# Structure and Physicochemical Properties of Adriamycin (Doxorubicin)[1]

F. Arcamone, G. Cassinelli, G. Franceschi, S. Penco, C. Pol, S. Redaelli, and A. Selva

Istituto Ricerche Farmitalia, Milan/Italy; Istituto di Chimica del Politecnico, Centro del C.N.R. per lo studio delle sostanze organiche naturali, Milan/Italy

With 13 Figures

Adriamycin (synonym doxorubicin) is a glycoside antibiotic whose structure and stereochemistry are represented in Fig. 1 (formula I). It consists of the tetracyclic quinoid aglycone adriamycinone (14-hydroxydaunomycinone) linked to the amino-sugar daunosamine. The chemical name for adriamycin is therefore the following: (7S: 9S)-9-hydroxyacetyl-4-methoxy-7, 8, 9, 10-tetrahydro-6, 7, 9, 11-tetrahydroxy-7-O-(2′,3′,6′-trideoxy-3′-amino-α-L-lyxohexopyranosyl)-5,12-naphthacenedione.

Adriamycin is prepared either by aerobic fermentation of *Streptomyces peucetius* var. *caesius* followed by solvent extraction and chromatographic purification [1, 2] or by chemical synthesis from daunomycin (synonym daunorubicin) [3, 4]. The antibiotic is crystallized as the hydrochloride from methanol-propanol mixtures.

Adriamycin is one of the daunomycin (daunorubicin) related antibiotics which are produced by selected strains of *S. peucetius* and which represent a subgroup of the anthracyclines. These are metabolites of *Streptomyces sp.* characterized by a glycosidic structure in which a tetrahydronaphthacenequinone chromophore is linked to one or more sugar residues [5]. Daunomycin structure is represented in II [6], while other daunomycin related antibiotics are dihydrodaunomycin (III) [7], compound 13 213 R.P., which consists of daunomycin linked to an unidentified sugar [8], and rubomycin B, which contains a trideoxyhexose, tentatively identified as rhodinose, linked to the daunomycin molecule [9]. A typical anthracycline, rhodomycin, is also shown (IV).

## Structural Studies

Mild acid hydrolysis of adriamycin (Scheme 1) gave the water insoluble aglycone, adriamycinone (V), and an aminosugar which was isolated as the hydrochloride,

1 The trademark of Farmitalia for adriamycin is Adriblastina.

10 F. Arcamone et al.:

ADRIAMYCIN
DAUNOMYCIN
DIHYDRODAUNOMYCIN
RHODOMYCIN B
HCl 0.1N
$H_2$,Pd/BaSO$_4$
$Ac_2O$
HBr

Fig. 1. Structures of *S. peucetius* derived antibiotics and of a typical anthracycline (rhodomycin B)

Scheme 1. Chemical degradation of adriamycin

PU 0013795

and identified with daunosamine, or 3-amino-2,3,6-trideoxy-L-lyxohexose (VII) [10], by direct comparison (analitical data, optical rotation, chromatographic behaviour) with an authentic sample, as well as by the melting point and the infrared spectrum of the N-benzoylderivative [2].



Fig. 2. Mass spectrum of adriamycinone

Scheme 2. Fragmentation reactions of adriamycinone

PU 0013796

Adriamycinone (V), one $OCH_3$, exhibited the same ultraviolet and visible spectra as daunomycinone (XI) [6, 11] thus indicating the same type of substitution of the anthraquinone chromophore as in the latter compound. The non conjugated carbonyl band in the infrared (1727 $cm^{-1}$) was shifted of 9 $cm^{-1}$ when compared with the same absorption in daunomycinone (1718 $cm^{-1}$). Treatment of adriamycinone with hydrogen bromide in acetic acid gave a dehydration product (VIII) whose visible spectrum was identical to that of bisanhydrodaunomycinone [6]. However, the formation of pentaacetyladriamycinone (VI), upon acetylation of V with acetic anhydride and pyridine, indicated the presence of an additional hydroxyl in respect

Fig. 3. N.M.R. spectrum of adriamycinone pentaacetate

to daunomycinone. The structure of V was deduced from the comparison of its mass spectrum with that of daunomycinone and from the n.m.r. spectrum of VI [13].

The mass spectrum of V is reported in Fig. 2. The molecular ion of V, m/e 414, indicated as M+ (Scheme 2), eliminates successively two moles of water giving two fragments *a*, m/e 396, and *b*, m/e 378. Fragment *a* loses the $COCH_2OH$ grouping by a simple and very favourite cleavage of the allylic bond between the ketone carbonyl and the quaternary carbon atom, yielding the ion *c*, m/e 337. Fragment *b* produces *d* by loss of 31 mass units ($CH_2OH$), in full agreement with proposed structure V.

The 60 Mc nuclear magnetic resonance spectrum of VI is reported in Fig. 3. The spectrum shows sharp singlets at $\delta$ 2.01 (6 H, two aliphatic $OCOCH_3$), $\delta$ 2.13 (3 H, aliphatic $OCOCH_3$), $\delta$ 2.40 (3 H, aromatic $OCOCH_3$), $\delta$ 2.48 (3 H, aromatic $OCOCH_3$), $\delta$ 3.95 (3 H, aromatic $OCH_3$). Four protons in the range 1.8–3.7 $\delta$ are attributed to $CH_2$-8 and $CH_2$-10. A pair of doublets ($\delta$ 4.66 and $\delta$ 5.00, 2 H, $J_{gem.} = 16.5$ c.p.s.) is consistent with the presence of the $COCH_2OAc$ group. A double doublet at $\delta$ 6.35 (1 H, $J_{H\text{-}7,H\text{-}8_A} \sim 5$, $J_{H\text{-}7,H\text{-}8_B} \sim 1.5$ c.p.s.) indicates the C-7 benzylic $CHOCOCH_3$. The three aromatic protons appear as a complex multiplet at $\delta$ 7–8.

The position of the glycosidic linkage in I was proved by catalytic hydrogenation of I to give daunosamine and 7-deoxyadriamycinone, IX. The structure of IX was deduced, *inter alia*, by the analysis of its mass spectrum (Fig. 4, Scheme 3) and by the n.m.r. spectrum of the tetracetyl derivative X [13].

The absolute stereochemistry at C-7 and C-9 was established to be identical to that of daunomycin i.e. 7(S), 9(S), [12] on the basis of circular dichroism studies, and that at C-1′ as 1′(R) ($\alpha$-glycoside) on the basis of the optical rotation data as well as of biogenetic arguments [13].

The stereochemistry was proved unequivocally by the chemical synthesis of adriamycin from daunomycin. A procedure for the chemical conversion of daunomycin to adriamycin is illustrated in Scheme 4, in which the anthraquinone part of the molecule has been omitted. Daunomycin was converted to its N-trifluoroacetyl derivative (XII), which was treated with iodine and calcium oxide in anhydrous

Fig. 4. Mass spectrum of 7-deoxyadriamycinone

tetrahydrofurane to give 14-iodo-N-trifluoroacetyldaunomycin (XIII). XIII was converted to 14-acetyl-N-trifluorocetyladriamycin (XIV) which, on treatment with aqueous bicarbonate, gave N-trifluoroacetyladriamycin (XV), also obtained from

Scheme 3. Fragmentation reactions of 7-deoxyadriamycinone

Scheme 4. Chemical correlation of adriamycin with daunomycin

adriamycin with trifluoroacetic anhydride in chloroform. This reaction sequence proves the relationship between I and II, and therefore the structure and stereochemistry assigned to I [3].

Compound XV was also converted to I, thus affording a method for the partial synthesis of adriamycin from daunomycin, as follows. The dihydroxyacetone grouping of XV was protected as the cyclic ortoformate XVI. This protection was necessary owing to the great instability of the side chain of I to the alkaline conditions

used for the removal of the N-trifluoroacetyl group. Hydrolysis of XVI with 0.1 N sodium hydroxide for 20 min at 20°, followed by treatment with 1 N sulphuric acid in aqueous acetone (16 h at 20°) afforded I, *via* XVI, as the hydrochloride, identical in all respects to the natural compound [3].

## Physicochemical Properties

### *1. Solubility*

Adriamycin hydrochloride is readily soluble in water (solubility greater than 10% by weight), physiological saline and methanol, but slightly soluble or insoluble in less polar organic solvents.

### *2. Spectroscopic Properties*

Owing to the nature of the chromophore, adriamycin shows characteristic ultraviolet, visible and fluorescence spectra. Its ultraviolet and visible spectrum in methanol (Fig. 5) shows the following maxima (extinction values are given for the

Fig. 5. Ultraviolet and visible absorption spectrum of adriamycin hydrochloride

Fig. 6. Fluorescence spectra of adriamycin hydrochloride in water (left) and in ethanol (right). Concentrations were approximately 5 p.p.m.

product dried to constant weight at 56° and 0.03 Torr.); 233 nm ($E^{1\%}_{1\,cm} = 658$), 253 nm ($E^{1\%}_{1\,cm} = 440$), 290 nm ($E^{1\%}_{1\,cm} = 145$), 477 nm ($E^{1\%}_{1\,cm} = 225$), 495 nm ($E^{1\%}_{1\,cm} = 223$), 530 nm ($E^{1\%}_{1\,cm} = 124$). The maxima of absorption are shifted to

Fig. 7. Infrared spectrum of adriamycin hydrochloride (KBr pellets)

Fig. 8. Circular dichroism curves of adriamycin hydrochloride and of daunomycin hydrochloride in methanol

longer wavelengths in alkaline media. Therefore the solutions of adriamycin hydrochloride show indicator-like properties, turning from orange-red to a blue-violet colour at pH ca. 9.

The fluorescence spectra in ethanol and in water are reported in Fig. 6. The infrared spectrum is reported in Fig. 7.

Fig. 9. Circular dichroism curves of adriamycinone and of daunomycinone (dioxane)

The chiral centres at C-7 and C-9 are responsible for the Cotton effects at 346, 315 and 285 nm shown by the circular dichroism curves of adriamycin (Fig. 8) and of adriamycinone (Fig. 9). Circular dichroism is a technique which has been proved useful for the deduction of stereochemical relationships in the field of antracyclinones [14].

### 3. *Analytical Methods*

Diagnostic data for the characterization of adriamycin hydrochloride and of adriamycinone are reported in Table 1. The antibiotic shows a high positive optical rotation which appears to the strongly dependent on the concentration. The chromatographic Rf values are in agreement with the hydrophylic character of adriamycin. In particular, adriamycin is more hydrophylic than daunomycin, as it is also shown by

the direct comparison of the Rf values of the two antibiotics and of the corresponding aglycones (Fig. 10). This different behaviour is in agreement with the presence of the hydroxyl group in the side chain of I.

Table 1. Properties of adriamycin hydrochloride and of adriamycinone

| | Adriamycin hydrochloride | Adriamycinone |
|---|---|---|
| Empirical formula | $C_{27}H_{29}O_{11}N.HCl$ | $C_{21}H_{18}O_{9}$ |
| Molecular weight | 579.98 | 414.35 |
| Percent of free base | 93.72 | — |
| pka[a] | 8.22 | — |
| Melting point | 205° (dec.) | 223–224° |
| pH of 0.5% aqueous solution | 5.0 ± 0.5 | — |
| $[\alpha]_D^{20°}$ (c 0.1) | +248°[b] | +188°[c] |
| Chromatographic Rf values[d] | | |
| on paper, system A | 0.1 | 0.3 |
| on paper, system B | 0.25 | 0.65 |
| on silicagel plates, system C | 0.17 | 0.9 |
| D | 0.33 | 0.8 |
| E | 0.0 | 0.1 |
| F | 0.0 | 0.25 |

[a] Determined on titration of adriamycin hydrochloride with N/20 sodium hydroxide.
[b] In methanol.
[c] In dioxane.
[d] A: n-butanol saturated with pH 5.4 M/15 phosphate buffer;
B: propanol, ethylacetate, water 7:1:2 by vol.;
C: methylene chloride, methanol, water 100:20:2;
D: n-butanol, acetic acid, water 4:1:5;
E: benzene, ethylacetate, petrol ether (b.p. 80–120°) 80:50:20;
F: benzene, ethylformate 1:2.

For the quantitative analysis of adriamycin, in addition to a microbiological method with *Klebsiella pneumoniae* as test organism, the spectrophotometric method is used. The latter is based on the determination of absorbance at 495 nm in methanolic solution. For the evaluation of small amounts of the antibiotic in biological fluids or in extracts the fluorimetric method has proved successful [15].

For adriamycin estimation in mixtures with other pigments, separation from these other constituents is afforded by the use of paper or thin layer chromatography.

Following the first technique on amount of solution containing from 200–500 µg of total pigments is applied on the starting line of a sheet of buffered 3MM Whatman paper and band chromatographed with solvent system propanol, ethylacetate, water 7:1:2 (by vol.) The eluates obtained by extracting the red zones appearing on the dried chromatograms with 90% aqueous methanol were used directy for the spectrophotometric reading at 495 nm.

Following the second technique thin layers of 1.0 mm thickness are prepared using Merck Kieselgel HF buffered at pH 7 with M/15 phosphate. An amount of

PU 0013803

Fig. 10. Chromatographic plate showing, from left to right (single spots) adriamycin hydrochloride, daunomycin hydrochloride, adriamycinone, daunomycinone. In the middle the mixture of the four substances Silicagel plate, system C (see Table 1)

POLAROGRAMS OF ADRIAMYCIN

Fig. 11. Polarographic reduction of adriamycin at different pH values (Mc Ilwain buffer)

approximately 2 mg of the product to be analyzed is applied on the starting line for a length of 18 cm. The mixture chloroform, methanol, water 150:42:6 by vol. is used as developing solvent. Once dried the plates are submitted to a second development. The coloured areas are scraped off and eluted with 0.1 N hydrogen chloride in methanol. Quantitative determination of the single constituents is then carried out by spectrophotometry at 495 nm.

Owing to its quinoid system, adriamycin gives characteristic polarographic waves, as shown in Fig. 11.

Table 2. Stability of adriamycin hydrochloride at 22° C

| Physical state | Stability |
|---|---|
| Solid, crystallized | > 5 years |
| lyophilized | > 2 years |
| Solution, pH 5.5[a] | > 1 month |
| 7.0[b] | > 1 month |
| 7.0[c] | > 1 month |
| 1 and 2[d] | < 20 hours |
| 3–6[e] | > 1 month |
| 7–8[f] | < 24 hours |

[a] Adriamycin hydrochloride, 2 mg/ml, in distilled water.
[b] Same as a, pH adjusted to 7 with NaOH.
[c] Same as b, plus 0.1 or 0.2 M NaCl.
[d] Adriamycin hydrochloride, 2 mg/ml, in dilute aqueous HCl.
[e] Adriamycin hydrochloride, 2 mg/ml, in 0.06 M phosphate buffer.
[f] Adriamycin hydrochloride, 0.05 mg/ml, in 0.06 M phosphate buffer.

Fig. 12. Stability of adriamycin in pH 7 phosphate buffers at room temperature. Buffer concentrations: 0.06 M (○), 0.03 M (□, ■), 0.015 M (△, ▲), 0.0075 M (▽, ▼). Full symbols indicate solutions to which KCl was added in order to obtain the same ionic strength of 0.06 M buffer

PU 0013805

### 4. Stability

Adriamycin hydrochloride is stable in the solid state, as it was stored for years at room temperature without chemical modification and without any loss of activity.

The stability of aqueous solutions of adriamycin varies with pH and with buffer concentration (Table 2 and Fig. 12) as established on the basis of spectrophotometric and chromatographic analysis.

## Tritiated Adriamycin

Radioactive adriamycin was prepared from random tritiated daunomycin [16] following a procedure which involved substitution of a side chain hydrogen atom with bromine and mild alkaline hydrolysis of the brominated product [4]. Adriamycin-[$^3$H] was purified by chromatography on a cellulose column and crystallized repeatedly as the hydrochloride. The compound appeared to be radiochemically pure when analyzed by paper and thin layer chromatography (Fig. 13). The specific activity of different preparations was in the range from 7–15 mc/mM.

Fig. 13. Radiochromatogram of tritiated adriamycin. Paper chromatography, system B (see Table 1)

### Acknowledgements

Acknowledgement is given to Dr. W. Barbieri and Dr. A. Vigevani for the infrared and n.m.r. spectra, to Dr. A. Minghetti for the radiochemical measurements, to Dr. G. B. Vicario, Istituto Donegani, Novara, Italy, for tritiated daunomycin, and to Dr. L. Valentini for the spectrofluorimetric and polarographic measurements. Expert technical assistance rendered by Sig. C. Corti, Sig. B. Pellegatta and Sig. L. Galliani is also acknowledged. The authors wish to thank professor B. Camerino for his interest and encouragement throughout this work.

## References

1. Arcamone, F., Cassinelli, G., Di Marco, A., Gaetani, M.: The Antibiotic Adriamycin British Patent 1, 161, 278 (Dec. 10, 1969); Dom. Brev. Ital. 15056 A/67 (Apr. 18, 1967).
2. Arcamone, F., Cassinelli, G., Fantini, G., Grein, A., Orezzi, P., Pol, C., Spalla, C.: Biotechnol. Bioeng. 11, 1101–1110 (1969).
3. Arcamone, F., Barbieri, W., Franceschi, G., Penco, S.: Chim. Ind. (Milan) 51, 834 (1969).

4. Arcamone, F., Franceschi, G., Penco, S.: Procedé de preparation de l'adriamycine et de l'adriamycinone. Belg. Pat. 731, 398 (Oct. 13, 1969); Dom. Brev. Ital. 15159 A/68 (Apr. 12, 1968).
5. Brockmann, H.: Fortschr. Chem. Org. Naturstoffe 21, 127 (1963).
6. Arcamone, F., Cassinelli, G., Franceschi, G., Mondelli, R., Orezzi, P., Penco, S.: Gazz. Chim. Ital. 100, 949–989 (1970).
7. Arcamone, F., Cassinelli, G., Penco, S., Tognoli, L.: Substances antibiotiques et procédé pour leur préparation. Belg. Pat. 732, 968 (Nov. 13, 1969); Dom. Brev. Ital. 16449 A/68 (May 14, 1968).
8. Belloc, A., Charpentier, Y., Lunel, J., Preud'Homme, J.: Nouveau procedé de préparation de l'antibiotique 13057 R.P. French Pat. 1, 527, 892 (March 15, 1967).
9. Federova, G. B., Brazhnikova, M. Y., Mezentsev, A. S., Kshepinsky, J.: Antibiotiki 15, 403 (1970).
10. Arcamone, F., Cassinelli, G., Orezzi, P., Franceschi, G., Mondelli, R.: J. Am. Chem. Soc. 86, 5335 (1964).
11. Arcamone, F., Franceschi, G., Orezzi, P., Cassinelli, G., Mondelli, R.: J. Am. Chem. Soc. 86, 5334 (1964).
12. Arcamone, F., Cassinelli, G., Franceschi, G., Orezzi, P., Mondelli, R.: Tetrahedron Letters (1968), 3353.
13. Arcamone, F., Franceschi, G., Penco, S., Selva, A.: Tetrahedron Letters (1969), 1007.
14. Brockmann, H., Brockmann, H. jr., Niemeyer, J.: Tetrahedron Letters (1968), 4719.
15. Dusonchet, L., Gebbia, N., Gerbasi, F.: Pharm. Res. Commun. 3, 55 (1971).
16. "Rubidomycin", Bernard, J., Paul, R., Boiron, M., Jacquillat, Cl., Maral, R., ed. Recent Results in Cancer Research, Vol. 20, p. 16. Berlin-Heidelberg-New York: Springer 1969.

# EXHIBIT 17

F-22

International Journal of Pharmaceutics, 14 (1983) 73–78
lsevier Biomedical Press

103

REFERENCE #6

# Kinetics of the acid-catalyzed hydrolysis of doxorubicin

Karsten Wassermann and Hans Bundgaard *

*Royal Danish School of Pharmacy, Department of Pharmacology and * Department of Pharmaceutical Chemistry AD, 2 Universitetsparken, DK-2100 Copenhagen (Denmark)*

(Received July 19th, 1982)
(Accepted August 9th, 1982)

## Summary

The kinetics of hydrolysis of doxorubicin were studied in 0.01–0.5 M hydrochlo- acid solutions (pH 0.4–2.1). The rate of hydrolysis exhibited a first-order dependency on the doxorubicin concentration and on the hydrogen ion concentra- n, the specific hydrogen ion catalytic rate constant being 1.02 $M^{-1} \cdot h^{-1}$ at 37°C. ivation energy of 92.0 $kJ \cdot mol^{-1}$ was determined. The acid-catalyzed hydroly- sis discussed in relation to liquid chromatographic procedures involving acidic m phases and with respect to gastric degradation of the drug. It was estimated the gastric pH range 1–2 and with a gastric emptying half-time of 50 min out 86–98% of an oral dose would leave the stomach in intact form.

## ntroduction

Doxorubicin (adriamycin) (I), an anthracycline antibiotic widely used in cancer motherapy (Arcamone, 1981), consists of the tetracyclic quinoid aglycone oxorubicinone (II) and the amino sugar, daunosamine (III), linked together through lycosidic bond. Like other glycosides, doxorubicin is susceptible to undergo rolytic degradation in acidic solution, with formation of the aglycone and the mino sugar (Scheme I) (Arcamone et al., 1969; Watson and Chan, 1978). However, information appears to be available about the kinetics of degradation under lic conditions, the only stability studies reported being concerned with photolytic egradation (Tavoloni et al., 1980; Williams and Tritton, 1981) and the stability in arious infusion fluids (Poochikian et al., 1981).

* whom correspondence should be addressed.

378-5173/83/0000-0000/$03.00 © 1983 Elsevier Science Publishers

PU 0013829

Scheme I

I

II

III

The purpose of this study was to provide information about the kinetics of hydrolysis of doxorubicin in acidic solutions. Knowledge about the stability at such conditions is desirable from an analytical point of view since the use of acidic mobile phases (pH 2) for liquid chromatography of doxorubicin and the related daunorubicin has been questioned because of potential degradation during the chromatographic process (Haneke et al., 1981). Furthermore, knowledge about the acid-stability may be useful to assess the extent of possible degradation of the drug in the stomach after oral administration. Thus, it has been reported that doxorubicin and the related daunorubicin are inactive when given by the oral route because of splitting of the glycosidic bond in the gastrointestinal tract (Bachur, 1976; Pratt and Ruddon, 1979). Both of these aspects are considered in this report on the basis of the kinetic data obtained.

## Materials and methods

### *Materials*

Samples of doxorubicin hydrochloride and doxorubicinone were kindly provided by FarmItalia, Milan, Italy. Buffer substances and all other chemicals and solvents used were of reagent grade. A constant ionic strength of 0.2 was maintained for each buffer solution by addition of an appropriate amount of potassium chloride.

### *Apparatus*

The high-performance liquid chromatograph used was composed of a Waters pump 6000 A, a Waters U6K universal injector and a Schoeffel fluorescence detector FS-970. A column (15 cm × 4.0 mm i.d.) packed with LiChrosorb RP-8 (5 μm particles) (E. Merck, Darmstadt) was used.

### *Analytical method*

Doxorubicin and doxorubicinone were determined by an HPLC method. In this method the reversed-phase RP-8 column was eluted isocratically at ambient temper-



ə ·the kinetics of ·.ability at such · use of acidic mobile ·elated daunorubi- ng the chromato- about the acid-stabil- of the drug in the t doxorubicin and route because of hur. 1976; Pratt and on the basis of the

·e kindly provided 's and solvents m. ained for each hloride.

nposed of a Waters fluorescence detector sorb RP-8 (5 μm

C method. In this y at ambient temper-

ature with an acetonitrile–0.01 M phosphoric acid (35:65 v/v) mixture with pH adjusted to 2.0. The flow rate was 1.5 ml·min$^{-1}$ and the column effluent was monitored spectrofluorimetrically with excitation wavelength at 470 nm and emission wavelength at 550 nm. The contents of the products in the sample injected (100 μl) into the column were determined by comparing the peak heights with those of external standards chromatographed under similar conditions.

*Kinetic measurements*

All kinetic measurements were carried out in standardized hydrochloric acid solutions and at a constant temperature. The reaction solutions were kept in a thermostatically controlled water bath (±0.3°C) in screw-capped tubes protected from light and the reactions were initiated by dissolving a weighed quantity of doxorubicin hydrochloride in the pre-heated buffer solution to give an initial concentration of about 1.2 μg·ml$^{-1}$. The reaction progress was followed by the HPLC method described above. Pseudo-first-order rate constants were calculated from the slopes of linear plots of the logarithm of residual doxorubicin against time.

## Results and discussion

In acidic aqueous solutions doxorubicin was found to hydrolyze with formation of doxorubicinone and the amino sugar daunosamine (Scheme 1) as evidenced by HPLC. In this method a peak with the same retention time as an authentic sample of doxorubicinone was observed to form simultaneously with the disappearance of the peak due to doxorubicin (Fig. 1). In 0.01–0.5 M hydrochloric acid solutions (pH 0.4–2.1) doxorubicinone was found to be formed in quantitative yields (> 95%).

Fig. 1. A chromatogram of a partially degraded solution of doxorubicin (I) in 0.1 M hydrochloride acid showing the formation of doxorubicinone (II).

Fig. 2. First-order plots for the hydrolysis of doxorubicin (I) in 0.1 M (○) and 0.5 M (●) hydrochloric acid at 37°C.

PU 0013831



At constant pH and temperature the hydrolysis displayed strict first-order kinetics over several half-lives. Some typical first-order plots for hydrolysis of doxorubicin are shown in Fig. 2. In the hydrogen ion concentration range investigated (0.01–0.5 M), the pseudo-first-order rate constants ($k_{obs}$) were found to be directly proportional to the hydrogen ion concentration as demonstrated by the rate data listed in Table 1. Thus, the kinetic results obtained can be described in terms of Eqn. 1 or Eqn. 2:

$$\text{rate} = k_H[H^+][\text{doxorubicin}] \quad (1)$$

$$k_{obs} = k_H[H^+] \quad (2)$$

where $k_H$ is a second-order rate constant for the apparently specific acid-catalyzed hydrolysis. At 37°C and $\mu = 0.2$ $k_H$ was calculated to be 1.02 $M^{-1} \cdot h^{-1}$. Under the conditions studied the doxorubicin is present entirely as a protonated species, the $pK_a$ of the amino group being 7.2 (Eksborg, 1978).

The ionic strength was found to be without any significant influence on the rate of hydrolysis at values up to 0.5.

The effect of temperature on the hydrolysis rate was determined in 0.5 M hydrochloric acid solutions over the range 22–50°C. From the slope and intercept of an Arrhenius plot of the data an activation energy of 92.0 $kJ \cdot mol^{-1}$ was calculated.

In order to assess the possible significance of acid-catalyzed hydrolysis of doxorubicin for the stability of the drug in the stomach after oral administration important factors to be considered include the gastric acidity and the gastric emptying rate. These parameters vary widely among and within individuals and are influenced by numerous factors such as the emotional state and food ingestion (Cooke, 1975; Mayersohn, 1979). Normally, gastric pH is within the range 1–2 and a gastric emptying half-time of about 50 min can be taken as a reasonable mean value (Griffith et al., 1968; Heading et al., 1973; Digenis et al., 1977). Using the

TABLE 1

RATE DATA FOR THE HYDROLYSIS OF DOXORUBICIN IN DILUTED HYDROCHLORIC ACID SOLUTIONS ($\mu = 0.2$) AT 37°C

| $[H^+]$ (M) | pH | $k_{obs}$ ($h^{-1}$) | $k_H$ ($M^{-1} \cdot h^{-1}$) |
|---|---|---|---|
| 0.01 | 2.13 | 0.0108 | 1.08 |
| 0.03 | 1.65 | 0.0309 | 1.03 |
| 0.05 | 1.43 | 0.0504 | 1.01 |
| 0.10 | 1.13 | 0.0995 | 1.00 |
| 0.50 * | 0.43 | 0.502 | 1.00 |
| | | mean | 1.02 |

* $\mu = 0.5$

106

relationship, valid at 3

$\log[H^+] = 0.13\text{-pH}$

and the value of $k_H$ hydrolysis ($k_h$) at pH (37°C). Assuming the rate constant ($k_{ge}$) of 0 amount of doxorubicin calculated using the fol

% undegraded doxorub

The figures derived ir acid-catalyzed hydroly doxorubicin appears t doxorubicin in the gas Pratt and Ruddon, 197 enzymic hydrolysis by undergoing anticancer than normally. If, for e only 55% of an ingeste in intact form.

The rate data prese effect of a pH 2 mobi antibiotics as claimed solution) the time nee calculated to be about appears not to be una during the chromatogr used mobile phase syst was noted.

## References

Arcamone, F., Doxorubicin.
Arcamone, F., Franceschi, A. antitumor antibiotic. Tetr
Bachur, N.R., Biochemical ph Chemotherapy, Am. Chem DC, 1976, pp. 58–70.
Cooke, A.R., Control of gastr
Digenis, G.A., Beihn, R.M., etetramine-polystyrene res (1977) 442–443.



relationship, valid at 37°C and $\mu = 0.2$ (Harned and Hamer, 1933):

$$\log[H^+] = 0.13\text{-pH} \quad (3)$$

and the value of $k_H$ of 1.02 $M^{-1} \cdot h^{-1}$, the pseudo-first-order rate constants of hydrolysis ($k_h$) at pH 1 and 2 were calculated to be 0.14 and 0.014 $h^{-1}$, respectively (37°C). Assuming the gastric emptying process to be associated with a first-order [r]ate constant ($k_{ge}$) of 0.83 $h^{-1}$ (derived from a $t_{1/2}$ value of 50 min), the percentage [am]ount of doxorubicin surviving acid-catalyzed degradation in the stomach can be [cal]culated using the following equation for two parallel first-order processes:

$$\% \text{ undegraded doxorubicin} = \frac{k_{ge}}{k_{ge} + k_h} \times 100 \quad (4)$$

The figures derived in this way are 86% for pH 1 and 98% for pH 2. Thus, acid-catalyzed hydrolytic degradation in the stomach of orally administered doxorubicin appears to be of minor importance. The reported inactivation of doxorubicin in the gastrointestinal tract after oral administration (Bachur, 1976; Pratt and Ruddon, 1979) may thus be ascribed primarily to other processes, e.g. to enzymic hydrolysis by glycosidases. It should be added, however, that patients undergoing anticancer chemotherapy may have longer gastric emptying half-times than normally. If, for example, the emptying half-time is 4 h and the gastric pH is 1 only 55% of an ingested dose of doxorubicin can be calculated to leave the stomach in intact form.

The rate data presented may also be useful to assess the potential detrimental effect of a pH 2 mobile phase in HPLC of doxorubicin and related anthracycline [anti]biotics as claimed by Haneke et al. (1981). At 22°C and pH 2 (pure aqueous [solu]tion) the time needed for hydrolyzing doxorubicin to an extent of 1% can be [cal]culated to be about 80 min. Thus, the utilization of a mobile phase with a pH of 2 [ap]pears not to be unacceptable in regard to hydrolytic degradation of the drug during the chromatographic process. This was also confirmed with the presently used mobile phase system where an extent of degradation of less than at least 1% was noted.

## References

[A]rcamone, F., Doxorubicin. Anticancer Antibiotics. Academic Press, New York, 1981.

Arcamone, F., Franceschi, A.G., Penco, S. and Selva, A., Adriamycin (14-hydroxydaunomycin), a novel antitumor antibiotic. Tetrahedron Lett., (1969) 1007–1010.

[B]achur, N.R., Biochemical pharmacology of the anthracycline antibiotics. In A.C. Sartorelli (Ed.), Cancer Chemotherapy, Am. Chem. Soc. Symposium Series, No. 30, American Chemical Society, Washington, DC, 1976, pp. 58–70.

Cooke, A.R., Control of gastric emptying and motility. Gastroenterology, 68 (1975) 804–816.

[D]igenis, G.A., Beihn, R.M., Theodorakis, M.C. and Shmabhu, M.B., Use of $^{99m}$Tc-labeled triethylenetetramine-polystyrene resin for measuring the gastric emptying rate in humans. J. Pharm. Sci., 66 (1977) 442–443.

108

Eksborg, S., Extraction of daunorubicin and doxorubicin and their hydroxyl metabolites: self-association in aqueous solution. J. Pharm. Sci., 67 (1978) 782–785.

Griffith, G.H., Owen, G.M., Campbell, H. and Shields, R., Gastric emptying in health and in gastroduodenal disease. Gastroenterology, 54 (1968) 1–7.

Haneke, A.C., Crawford, J. and Aszalos, A., Quantitation of daunorubicin, doxorubicin, and their aglycones by ion-pair reversed-phase chromatography. J. Pharm. Sci., 70 (1981) 1112–1115.

Harned, H.S. and Hamer, W.J., The ionization constant of water and the dissociation of water in potassium chloride solutions from electromotive forces of cells without liquid junction. J. Am. Chem. Soc., 55 (1933) 2194–2206.

Heading, R.C., Nimmo, J., Prescott, L.F. and Tothill, P., The dependence of paracetamol absorption on the rate of gastric emptying. Br. J. Pharmacol., 47 (1973) 415–421.

Mayersohn, M., Physiological factors that modify systemic drug availability and pharmacologic response in clinical practice. In Blanchard, J., Sawchuk, R.J. and Brodie, B.B. (Eds.), Principles and Perspectives in Drug Bioavailability, S. Karger, Basel, 1979, pp. 211–273.

Poochikian, G.K., Cradock, J.C. and Flora, K.P., Stability of anthracycline antitumor agents in four infusion fluids. Am. J. Hosp. Phar., 38 (1981) 483–486.

Pratt, W.B. and Ruddon, R.W., The Anticancer Drugs, Oxford University Press, New York and Oxford, 1979.

Tavoloni, N., Guanino, A.M. and Berk, P.D., Photolytic degradation of adriamycin. J. Pharm. Pharmacol., 32 (1980) 860–862.

Watson, E. and Chan, K.K., GLC-Mass spectrometry of several important anticancer drugs I: Pertrimethylsilylation and o-methoxime formation. J. Pharm. Sci., 67 (1978) 1243–1246.

Williams, B.A. and Tritton, T.R., Photoinactivation of anthracyclines. Photochem. Photobiol., 34 (1981) 131–134.

# EXHIBIT 18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHARMACIA & UPJOHN COMPANY, LLC, )
)
Plaintiff, )
)
v. ) C.A. No. 04-833-KAJ
)
SICOR INC. and SICOR )
PHARMACEUTICALS, INC., )
)
Defendants. )

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to this Court's Amended Scheduling Order of December 6, 2005 and the Stipulated Order of May 22, 2006, Plaintiff Pharmacia & Upjohn Company, LLC ("Pharmacia") and Defendants Sicor, Inc. and SICOR Pharmaceuticals, Inc. (collectively, "Sicor") herein provide a Joint Claim Construction Chart listing the claim terms, as well as their proposed constructions, at issue in this case. For those terms that are contested, each Party's proposed construction is provided; for those terms that are not contested, a jointly proposed construction is provided.

**Claim 1**

| Claim Language | Pharmacia's Proposed Construction | Sicor's Proposed Construction |
|---|---|---|
| A physiologically acceptable solution | a solution that is stable, sterile, pyrogen-free, and otherwise suitable for administration to humans or animals | a solution that is suitable for administration to humans or animals |
| of | of | including, but not limited to, |

| Claim Language | Pharmacia's Proposed Construction | Sicor's Proposed Construction |
|---|---|---|
| anthracycline glycoside | a class of chemical compounds having the following generic structure: | a non-lyophilized preparate of the class of chemical compounds having the following generic structure: |
| selected from the group consisting of | either [element a], [element b], [element c] … or [element x], but not combinations of the elements | |
| idarubicin hydrochloride | a monohydrochloride salt form of an anthracycline glycoside compound having the following structure: | |
| doxorubicin hydrochloride | a monohydrochloride salt form of an anthracycline glycoside compound having the following structure: | |

| Claim Language | Pharmacia's Proposed Construction | Sicor's Proposed Construction |
|---|---|---|
| epirubicin hydrochloride | a monohydrochloride salt form of an anthracycline glycoside compound having the following structure: | |
| dissolved in | dissolved in | |
| a physiologically acceptable aqueous solvent | an aqueous solvent that is stable, sterile, pyrogen-free, and otherwise suitable for administration to humans or animals | an aqueous solvent that is suitable for administration to humans or animals |
| having a pH adjusted to from 2.5 to 5.0 | obtaining a solution that has a pH within the specified range due to the use of a pH adjusting agent | |
| with | with | |
| a physiologically acceptable acid | an acid that is stable, sterile, pyrogen-free, and otherwise suitable for administration to humans or animals | an acid that is suitable for administration to humans or animals |
| selected from the group consisting of | either [element a], [element b], [element c] … or [element x], but not combinations of the elements | |
| hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid | hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid | |
| the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml | the concentration is between 0.1 and 100 mg/ml, inclusive | |
| wherein said solution is contained in | wherein the solution is contained in | |
| a sealed container | a closed container which is further secured against access, leakage and passage by a fastening, membrane, or coating that must be broken to be removed | a container that is closed in some fashion such that is does not allow the passage of the solution |

**Claim 9**

| Claim Language | Pharmacia's Proposed Construction | Sicor's Proposed Construction |
|---|---|---|
| The anthracycline glycoside solution of claim 1 | an anthracycline glycoside solution meeting all of the limitations of claim 1 | |
| wherein said solution exhibits | the solution exhibits | |
| storage stability | a solution which retains physiological acceptability and at least 90% potency under suggested storage conditions for at least 18 months | at least 90% of the original amount of anthracycline glycoside dissolved in solution remains in the solution when stored at a temperature of about 4°C or 8°C for a period of at least 180 days |
| as a result of said pH being adjusted to said pH range using said acids | because the solution has a pH of within the specified range due to the use of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, or tartaric acid | |

**Claim 11**

| Claim Language | Pharmacia's Proposed Construction | Sicor's Proposed Construction |
|---|---|---|
| The solution of claim 1 | an anthracycline glycoside solution meeting all of the limitations of claim 1 | |
| wherein the concentration of anthracycline glycoside is about 1 mg/ml | the concentration of the anthracycline glycoside in solution is about 1 mg/ml | |

**Claim 12**

| Claim Language | Pharmacia's Proposed Construction | Sicor's Proposed Construction |
|---|---|---|
| The solution of claim 11 | an anthracycline glycoside solution meeting all of the limitations of claims 1 and 11 | |
| wherein the physiologically acceptable acid is hydrochloric acid | the pH is adjusted to from 2.5 to 5.0 with hydrochloric acid | |

**Claim 13**

| Claim Language | Pharmacia's Proposed Construction | Sicor's Proposed Construction |
|---|---|---|
| The solution of claim 12 | an anthracycline glycoside solution meeting all of the limitations of claims 1, 11, and 12 | |
| wherein the anthracycline glycoside is idarubicin hydrochloride | the anthracycline glycoside in solution is idarubicin hydrochloride | |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
*Attorneys for Plaintiff*

OF COUNSEL:
Daniel A. Boehnen
Joshua R. Rich
McDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 S. Wacker Drive
Chicago, Illinois 60606
(312) 913-0001

ASHBY & GEDDES

/s/ *John G. Day*
Steven J. Balick (#2114)
John G. Day (#2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
*Attorneys for Defendants*

OF COUNSEL:
Reid L. Ashinoff
David R. Baum
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020

Jordan Sigale
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
Chicago, IL 60606

May 30, 2006

# EXHIBIT 19

MAIL ROOM 81 20 1992 PAT. & TRADEMARK OFF.

DOCKET NO: 769-''9-0 DIV 200.00 126 1803

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Gaetano GATTI, et al. : Group Art Unit: 1803

Serial Number: 07/827,742 : Examiner: E. PESELEV

Filed: January 29, 1992

For: INJECTABLE READY-TO-USE SOLUTIONS CONTAINING AN ANTITUMOR ANTHRACYCLINE GLYCOSIDE

INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. §1.97

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

Applicant(s) wish to disclose the following information.

REFERENCES

☒ The Applicant(s) wish to make of record the references listed on the attached Form PTO-1449. Copies of the listed references are attached, where required, as are either statements of relevancy or any readily available English translations of pertinent portions of any non-English language references.

☒ A check is attached in the amount required under 37 CFR § 1.17(p).

RELATED CASES

☐ Attached is a list of applicant's pending applications or issued patents which are thought to be related to the present application.

☐ A check is attached in the amount required under 37 CFR § 1.17(p).

CERTIFICATION

The undersigned certifies that

☐ each item of information contained in this information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this statement.

☐ no item of information contained in this information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application or, to the knowledge of the undersigned, having made reasonable inquiry, was known to any individual designated in 37 CFR § 1.56(c) more than three months prior to the filing of this statement.

PETITION

☐ Applicant(s) hereby request consideration of the attached information. A check is attached in the amount of the Petition fee required under 37 CFR § 1.17(i)(1).

DEPOSIT ACCOUNT

☒ Please charge any additional fees for the papers being filed herewith and for which no check is enclosed herewith, or credit any overpayment to deposit account No. 15-0030. A duplicate copy of this sheet is enclosed.

Respectfully submitted,

[signature] 29,746

Richard D. Kelly
Attorney of Record
Registration No. 27,757

Date 11-20-92

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
Fourth Floor
1755 Jefferson Davis Highway
Arlington, Virginia 22202
(703) 521-5940

L ROOM 81 20 1992 PAT. & TRADEMARK OFF.

SHEET 1 OF 2

| Form PTO-1449 (Modified) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 769-249-0 DIV | SERIAL NO. 07/827,742 |
|---|---|---|---|
| LIST OF REFERENCES CITED BY APPLICANT (Use Several Sheets if Necessary) | | APPLICANT Gaetano GATTI, et al. | |
| | | FILING DATE January 29, 1992 | GROUP 1803 |

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|
| [initials] | AA | 4,109,079 | 082278 | T. KAWAHARA, et al. | |
| [initials] | AB | 4,675,311 | 062387 | G. GATTI, et al. | |
| | AC | | | | |
| | AD | | | | |
| | AE | | | | |
| | AF | | | | |
| | AG | | | | |
| | AH | | | | |
| | AI | | | | |
| | AJ | | | | |
| | AK | | | | |

FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|
| | AL | | | | | |
| | AM | | | | | |
| | AN | | | | | |
| | AO | | | | | |
| | AP | | | | | |

OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| [initials] | AR | American Journal of Hospital Pharmacy, vol. 38, pages 483-486, April, 1981, G. K. POOCHIKIAN, et al., "STABILITY OF ANTHRACYCLINE ANTITUMOR AGENTS IN FOUR INFUSION FLUIDS" |
| [initials] | AS | International Journal of Pharmaceutics, vol. 23, no. 1, pages 1-11, January, 1985, M. J. H. JANSSEN, et al., "DOXORUBICIN DECOMPOSITION ON STORAGE. EFFECT OF pH, TYPE OF BUFFER AND LIPOSOME ENCAPSULATION" |
| [initials] | AT | The United States Pharmacopeia, Twentieth revision, page 266, July 1, 1980 |

| EXAMINER [signature] | DATE CONSIDERED 2-15-93 |
|---|---|

*EXAMINER: Initial if reference is considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

MAI NOV 20 1992 PATENT & TRADEMARK OFFICE

SHEET 2 OF 2

| Form PTO 1449 (Modified) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 769-249-0 DIV | SERIAL NO. 07/827,742 |
|---|---|---|---|
| LIST OF REFERENCES CITED BY APPLICANT (Use Several Sheets if Necessary) | | APPLICANT Gaetano GATTI, et al. | |
| | | FILING DATE January 29, 1992 | GROUP 1803 |

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|
| | AA | | | | |
| | AB | | | | |
| | AC | | | | |
| | AD | | | | |
| | AE | | | | |
| | AF | | | | |
| | AG | | | | |
| | AH | | | | |
| | AI | | | | |
| | AJ | | | | |
| | AK | | | | |

FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|
| | AL | | | | | |
| | AM | | | | | |
| | AN | | | | | |
| | AO | | | | | |
| | AP | | | | | |

OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| C.L.P. | AR | The Korean Pharmacopeia, 4 pages, 1977, Section "INJECTIONS" |
| C.L.P. | AS | The Guidelines for Examination for Each Industrial Field, Chapter "MEDICAMENT", 4 pages |
| | AT | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| [signature] | 3-25-93 |

*EXAMINER: Initial if reference is considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

# EXHIBIT 20



UNITED ST/ S DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO. |
|---|---|---|---|
| 07/827,742 | 01/29/92 | GATTI | G 769-[illegible]DI |

12M1/1206

OBLON, SPIVAK, MC CLELLAND, MAIER AND NEUSTADT
FOURTH FLOOR
1755 JEFFERSON DAVIS HWY.
ARLINGTON VA 22202

| EXAMINER | |
|---|---|
| PESELEV, E | |
| ART UNIT | PAPER NUMBER |
| 1211 | #37 |

DATE MAILED: 12/06/96

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

## OFFICE ACTION SUMMARY

☐ Responsive to communication(s) filed on ______.

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle*, 1935 D.C. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire 3 month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) 31, 33-38, 40 and 42 is/are pending in the application.
Of the above, claim(s) ______ is/are withdrawn from consideration.
☐ Claim(s) ______ is/are allowed.
☒ Claim(s) 31, 33-38, 40 and 42 is/are rejected.
☐ Claim(s) ______ is/are objected to.
☐ Claim(s) ______ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.
☐ The drawing(s) filed on ______ is/are objected to by the Examiner.
☐ The proposed drawing correction, filed on ______ is ☐ approved ☐ disapproved.
☐ The specification is objected to by the Examiner.
☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been
☐ received.
☐ received in Application No. (Series Code/Serial Number) ______.
☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: ______.

☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☐ Notice of Reference Cited, PTO-892
☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ______
☐ Interview Summary, PTO-413
☐ Notice of Draftperson's Patent Drawing Review, PTO-948
☐ Notice of Informal Patent Application, PTO-152

PU 0015264

--SEE OFFICE ACTION ON THE FOLLOWING PAGES--

In view of the newly submitted prior art, the Final Rejection of January 30, 1996 is hereby withdrawn in order to introduce a new ground of rejection.

Claims 31, 33-38, 40 and 42 are rejected under 35 U.S.C. § 103 as being unpatentable over Janssen et al (International Journal of Pharmaceutics, 23 (1985) 1-11).

Janssen et al disclose a composition containing doxorubicin adjusted to pH 4 with hydrochloric acid (page 4) but do not dosclose the claimed concentration of doxorubicin. However, since it would have been within the ordinary skill in the art at the time the instant invention was made to vary the concentration of the prior art composition, the claimed composition is deemed prima facie obvious over Janssen et al.

Claims 31, 33-38, 40 and 42 are rejected under 35 U.S.C. § 103 as being unpatentable over Kaniewska (Chemical Abstracts, vol. 88, 1978, no. 197526x) or Kaniewska (Pharmacia Polska, vol. 9, 539-542) in combination with Janssen et al (International Journal of Pharmaceticals, 23 (1985) 1-11).

Kaniewska (Cmemical abstract) discloses a composition containing doxorubucin hydrochloride at pH 2.6.

Kaniewska (Pharmacia Polska) discloses a composition of doxorubicin at pH 2.6 and 4.8. But the two Kaniewska references do not disclose the adjustment of pH a physiologically acceptable acid. However, since Janssen et al disclose a composition

containing doxorubicin at pH 4.0 and further disclose on page 4, adjustment of pH with hydrochloric acid, a person having ordinary skill in the art at the time the instant invention was made would have been motivated to adjust pH of the doxorubicin containing composition with a physiologically acceptable acid.

Any inquiry concerning this communication should be directed to Elli Peselev at telephone number (703) 308-4616.

ELLI PESELEV
PRIMARY EXAMINER
GROUP 1200

# EXHIBIT 21



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/827,742 | 01/29/92 | GATTI | G 769-249-0-PI |

HM32/0623
OBLON, SPIVAK, MC CLELLAND, MAIER AND
NEUSTADT
FOURTH FLOOR
1755 JEFFERSON DAVIS HWY.
ARLINGTON VA 22202

| EXAMINER | |
|---|---|
| PESELEV,E | |
| ART UNIT | PAPER NUMBER |
| 1623 | 9 |

DATE MAILED: 06/23/98

Please find below a communication from the EXAMINER in charge of this application.

Commissioner of Patents

PU 0015317

PTOL-90 (Rev. 6/84)

1 - PATENT APPLICATION FILE COPY

| *Office Action Summary* | Application No. | Applicant(s) | |
|---|---|---|---|
| | Examiner | Group Art Unit | |

***—The MAILING DATE of this communication appears on the cover sheet beneath the correspondence address—***

**Period for Response**

A SHORTENED STATUTORY PERIOD FOR RESPONSE IS SET TO EXPIRE 3 MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a response be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for response is specified above, such period shall, by default, expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to respond within the set or extended period for response will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).

**Status**

☒ Responsive to communication(s) filed on 3-17-97.

☒ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 1 1; 453 O.G. 213.

**Disposition of Claims**

☒ Claim(s) 31, 33-38, 42 and 45-53 is/are pending in the application.

Of the above claim(s) ______ is/are withdrawn from consideration.

☒ Claim(s) 31, 33-38, 42, 45, 46, 48-51 and 53 is/are allowed.

☒ Claim(s) 47 and 52 is/are rejected.

☐ Claim(s) ______ is/are objected to.

☐ Claim(s) ______ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The proposed drawing correction, filed on ______ is ☐ approved ☐ disapproved.

☐ The drawing(s) filed on ______ is/are objected to by the Examiner.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119 (a)-(d)**

☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 11 9(a)-(d).

☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) ______.

☐ received in this national stage application from the International Bureau (PCT Rule 1 7.2(a)).

*Certified copies not received: ______.

**Attachment(s)**

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ______

☐ Notice of References Cited, PTO-892

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Interview Summary, PTO-413

☐ Notice of Informal Patent Application, PTO-152

☐ Other ______

**Office Action Summary**

Serial Number: 07/827,827

Art Unit: 1623

Claims 47 and 52 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

Claims 47 and 52 are indefinite in that the same depend from the cancelled claim 44. Note that claim 44 has been cancelled in the amendment filed October 8, 1993.

Applicant's arguments filed March 18, 1997 have been fully considered but they are not persuasive with respect to the above rejection.

The publication date of the Canadian Patent 1,291,037, listed on the Information Disclosure Statement, is requested.

Applicant's amendment necessitated the new ground(s) of rejection presented in this Office action. Accordingly, **THIS ACTION IS MADE FINAL.** See MPEP § 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action. In the event a first reply is filed within TWO MONTHS of the mailing date of this final action and the advisory action is not mailed until after the end of the THREE-MONTH shortened statutory period, then the shortened statutory period will expire on the date the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of the advisory action. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the date of this final action.

Serial Number: 07/827,827

Art Unit: 1623

Page 3

Any inquiry concerning this communication should be directed to Elli Peselev at telephone number (703) 308-4616.

Elli Peselev

ELLI PESE
PRIMARY EXAMINER
GROUP 1200

PU 0015320