# EXHIBIT 22

#6/1
COPY

CERTIFICATE OF MAILING

I hereby certify that this paper and every paper referred to therein as being enclosed is being deposited with the U.S. Postal Service as first class mail, postage prepaid, in an envelope addressed to: Commissioner of Patents & Trademarks, Washington, DC 20231, on Sept. 23, 1998 (Date of Deposit)

9/23/98 Date    Name

PATENT

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

**(Case No. 96,926)**

In re Application of: )
Gaetano Gatti et al. )
Serial No.: 07/827,742 ) Examiner: E. Peselev
Filed: January 29, 1992 ) Art Unit: 1211
For: INJECTABLE READY-TO-USE SOLUTIONS CONTAINING AN ANTITUMOR ANTHRACYCLINE GLYCOSIDE )

**AMENDMENT UNDER 37 CFR 1.116**

Assistant Commissioner for Patents
BOX AF
Washington, D.C. 20231

Sir:

This is in response to the Final Office Action dated June 23, 1998. Please amend this application as shown below:

**IN THE CLAIMS:**

Please cancel claims 47 and 51-53 without prejudice or disclosure. A copy of the pending claims is attached as Appendix A.

OK

**REMARKS**

Reconsideration of this application, as amended is respectfully requested.

Consideration and entry of this amendment into the record are respectfully requested. The Applicants believe that this response is fully responsive to the Examiner's rejections and neither raises new issues for consideration nor requires any additional search by the Examiner. The Applicants submit that this application is in condition for an allowance. A Notice to this effect is respectfully requested.

Claims 31, 33-38, 42 and 45-53 were pending in this application. Claims 47 and 51-53 were cancelled on the grounds that they depended from Claim 44 which was cancelled in an earlier amendment dated October 8, 1993 as noted by the Examiner. No new matter has been introduced into the application as a result of the above amendment. The Applicant acknowledges, with thanks, the allowance of Claims 31, 33-38, 42, 45, 46, and 48-50. A new PTO 1449 Form with the publication date of Canada Patent No. 1,291,037 is attached as requested by the Examiner.

Reconsideration of this Application is respectfully requested and a favorable determination and is earnestly solicited.

Respectfully submitted,

Dated: 9/23/98

Emily Miao
Reg. No. 35,285

McDonnell Boehnen Hulbert & Berghoff
300 South Wacker Drive
Chicago, Illinois 60606
Telephone No. 312-913-0001
Facsimile No. 312-913-0002

**APPENDIX A**

31. A physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container.

33. The solution of Claim 31 wherein said physiologically acceptable aqueous solvent is selected from the group consisting of water, ethanol, polyethylene glycol, N.N.-dimethylacetamide, and mixtures thereof.

34. The solution of Claim 31 wherein the physiologically acceptable aqueous solvent is water.

35. The solution of Claim 31 wherein the concentration of the doxorubicin is from 0.1 to 50 mg/ml.

36. The solution of Claim 35 wherein the concentration of doxorubicin is from 1 to 20 mg/ml.

37. The solution of Claim 31 wherein the concentration of doxorubicin is about 2 mg/ml.

38. The solution of Claim 31 wherein the concentration of doxorubicin is about 5 mg/ml.

42. A sealed container containing a stable, intravenously injectable, sterile, pyrogen-free

doxorubicin solution which consists essentially of doxorubicin hydrochloride dissolved in a physiologically acceptable solvent therefor, wherein said solution has a pH adjusted to 2.5 to 5.0 with a physiologically acceptable acid and has a concentration of doxorubicin of from 0.1 to 100 mg/ml.

45. The anthracycline glycoside solution of Claim 31, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said pH range using said acids.

46. The container of Claim 42, wherein said doxorubicin solution exhibits storage stability as a result of said pH being adjusted to the said pH range using said acids.

48. The solution of claim 31 wherein the concentration of anthracycline glycoside is about 1 mg/ml.

49. The solution of claim 48 wherein the physiologically acceptable acid is hydrochloric acid.

50. The solution of claim 49 wherein the anthracycline glycoside is idarubicin hydrochloride.

# EXHIBIT 23

Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/827,742 | 01/29/92 | GATTI | 1-249-0-D |

| EXAMINER |
|---|
| PESELEV, E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1623 | 47 |

HM12/0526

OBLON, SPIVAK, MC CLELLAND, MAIER AND NEUSTADT
FOURTH FLOOR
1755 JEFFERSON DAVIS HWY.
ARLINGTON VA 22202

DATE MAILED: 05/26/99

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

## NOTICE OF ALLOWABILITY

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to 7/2/96.

☒ The allowed claim(s) is/are 31, 33-38, 42, 45, 46 and 48-50.

☐ The drawings filed on ______ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) ______.

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: ______.

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☐ Applicant MUST submit NEW FORMAL DRAWINGS

☐ because the originally filed drawings were declared by applicant to be informal.

☐ including changes required by the Notice of Draftperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. ____.

☐ including changes required by the proposed drawing correction filed on ______, which has been approved by the examiner.

☐ including changes required by the attached Examiner's Amendment/Comment.

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftperson.**

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

☐ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ______

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

view Summary, PTO-413

s Amendment/Comment

ment Regarding Requirement for Deposit of Biological Material

ent of Reasons for Allowance

ELLI PESELEV
PRIMARY EXAMINER
GROUP 1200

U.S. GPO: 1997-41

# EXHIBIT 24



In national Journal of Pharmaceutics, 23 (1985) 1–11
El vier

1

110

REFERENCE #7

J: )0770

Research Papers

# Doxorubicin decomposition on storage. Effect of pH, type of buffer and liposome encapsulation

M.J.H. Janssen, D.J.A. Crommelin, G. Storm and A. Hulshoff

*Pharmaceutical Laboratory, State University of Utrecht, 3511 GH Utrecht (The Netherlands)*

(Received June 12th, 1984)
(Accepted August 30th, 1984)

## Summary

in HPLC technique was used to monitor the stability of doxorubicin-HCl (DXR) n aqueous media. In this study pH (4.0 and 7.4), composition of the aqueous n lium (Tris or phosphate buffer, cell culture medium), temperature (4–91°C), D R concentration (range 50–500 μg/ml) and liposome encapsulation of DXR vere variables under investigation. The results obtained in this study indicated that pH 4 and 4°C provide optimum shelf-life conditions. At pH 7.4 the DXR decom- x rates increased with the DXR concentration. For the 50–100 μg/ml DXR c ns energies of activation were: 58 (Tris) and 73 (phosphate) kJ/mol between 4 an )C. Only in one case (pH 7.4, phosphate buffer and incubation temperature 1 C) did liposome encapsulation affect the DXR decomposition kinetics.

## n oduction

Doxorubicin (DXR), a cytostatic drug, is active against a wide range of tumors. R ently, reports were published advocating the use of DXR encapsulated in ip somes (Rahman et al., 1980; Forssen and Tökes, 1981, 1983; Olson et al., 1982; Gabizon et al., 1982; Mayhew et al., 1983; Van Hoesel et al., 1984). These authors l n that liposome encapsulation increases the therapeutic index of the drug: the a liotoxicity decreases, while the cytostatic action is preserved. An acceptable helf-life is a prerequisite for the successful introduction of DXR liposomes into

C spondence: D.J.A. Crommelin, Pharmaceutical Laboratory, State University of Utrecht, 3511 GH Utrecht, The Netherlands.

3 -5173/85/$03.30 © 1985 Elsevier Science Publishers B.V. (Biomedical Division)



therapy. Today, liposome dispersions are stored as aqueous dispersions. Alternative techniques like freeze-drying are not operational yet (Crommelin and Van Bommel, 1984; Van Bommel and Crommelin, 1984). It is therefore essential to establish the conditions that provide minimal decomposition rates in aqueous media.

Many studies on the stability of DXR on storage have been published, but only a few investigators used techniques that provide a combination of good selectivity and precision like HPLC (Hoffman et al., 1979; Benvenuto et al., 1981; Poochikian et al., 1981; Williamson et al., 1983; Karlsen et al., 1983). Systematic work to gain insight into the mechanism of degradation is rare (Wassermann and Bundgaard, 1983). It is therefore impossible to make exact predictions on DXR decomposition rates in aqueous systems to be used in pharmaceutical practice. Besides, no data on the effect of liposome encapsulation on the stability of DXR are available.

In this study DXR degradation was investigated under various conditions with respect to buffer type, pH, temperature and DXR concentration using an HPLC technique. Two pH levels (pH 4.0 and 7.4) and two buffer systems (Tris and phosphate) were investigated. The stability of 'free' DXR in solution was compared to the stability of liposome-encapsulated DXR at the same pH levels and in the same buffer systems.

## Materials and Methods

### *Reagents*

Doxorubicin-HCl and doxorubicinone-HCl were provided by Farmitalia (Milan) and Lab. Roger Bellon (Neuilly sur Seine, Paris) and used without purification.

Phosphatidylcholine from egg yolk type V-E (PC), phosphatidylserine (PS) and cholesterol were supplied by Sigma Chemicals (St. Louis, MO). All other chemicals were of analytical grade.

### *Preparation and assessment of the quality of the liposomes*

DXR was mixed with the phospholipids (PL) and cholesterol (molar ratio PC : PS : chol = 10 : 1 : 4) in a chloroform/methanol mixture (1 : 1 v/v) in a pear-shaped flask. The mixture was rotary-evaporated under reduced pressure at 40–45°C to yield a film. The flask was left under reduced pressure for at least 2 h. Then the hydration medium and glass beads were added. The medium for hydration (pH 4) consisted of 0.8% sodium chloride and 0.01 mol/l Tris-(hydroxymethyl) aminomethane hydrochloride (Tris) in water. Nitrogen was passed through the buffer for at least 15 min. The film was hydrated under shaking at about 45°C. After complete dispersion, the flask with its contents was placed in a refrigerator. At this stage of preparation 1 ml of the dispersion contained about 30 mg PL and 2.5 mg DXR. Sizing of the liposomes was done by extruding the liposomes sequentially through membrane filters with pore diameters of 0.6 and 0.2 μm (Uni-pore, Bio-Rad, Richmond, CA) under (nitrogen) pressures up to 0.8 MPa. Free DXR was removed by dialysis at 4°C against a 0.01 mol/l Tris/0.8% sodium chloride solution (pH 4). Less than 10% of the DXR was in the 'free' form after dialysis. After



removing the non-liposome-associated DXR, the dispersions contained about 1 mg/ml DXR. If necessary, the conditions selected for investigation (pH, buffer type) were obtained by a relatively short second dialysis step against the selected medium at 4°C.

The mean particle diameter as determined by dynamic light scattering (Nanosizer, Coulter Electronics, Luton, U.K.) was 0.25 μm. The degree of association of DXR with the liposomes (retention) was determined by sampling the dispersion during the incubation (see below) and separating 'free' DXR from liposome bound DXR by gel filtration (Sephadex G50 fine, Pharmacia, Sweden). Then DXR was assayed colori-›trically by reading extinctions at 480 nm. For a number of samples it was ‥ablished that the HPLC technique (see below) and the colorimetric analysis gave .nilar results for the determination of the ratio 'free' to bound DXR.

) Full details on the experimental techniques used for liposome preparation and characterization have already been published (Crommelin et al., 1983; Crommelin and Van Bloois, 1983).

*Instrumentation and analytical procedure*

The HPLC-system consisted of a M45 Solvent Delivery System Type 6000A, in combination with a U6K injector (200 μl loop), a prepacked Phenyl-μ-Bondapack (3.9 mm × 30 cm) 10 μm particles column, and a Model 440. UV absorbance detector equipped with a 436 nm filter (all from Waters Associates, Milford, MA). Sample volumes of 100 μl (50 μg/ml DXR) or 10 μl (500 μg/ml DXR) were diluted with 1.00 ml methanol and vortexed for 10 s; 10 μl of the diluted solution was injected. The mobile phase consisted of 32% v/v acetone, 5% v/v sodium dihydrogen phosphate/phosphoric acid buffer (120 mmol/l, pH 3.8), 63% v/v water and 0.3% m/v tetrabutylammonium hydrogen sulphate. A flow rate of 1.0 ml/min was used. The eluent components were filtered through Millipore membrane filters (0.2 μm pore size). The eluent was degassed by ultrasonication prior to use. The syringes ‥ injection were silanized by washing the syringe with a solution of dimethyldichlo-‥silane (3%) in toluene. The excess of the reagent was removed by washing :tensively with methanol. Chromatography was performed at room temperature.

In a number of experiments the DXR concentrations were determined in a similar ‥PLC configuration as described above, but now equipped with an automatic sampling device that allowed sampling immediately followed by DXR analysis at preset time intervals.

The retention times for DXR and doxorubicinone were 6.6 and 15.1 minutes.

*Quantitation of DXR concentrations*

Calibration curves in the range of 3–150 ng DXR (absolute injected amounts) were constructed using peak heights. A series of DXR solutions was prepared by diluting 5 μl portions of a stock solution containing 1.2 mg/ml DXR in methanol; 5, 10 or 25 μl of these solutions were injected. Straight calibration lines were obtained (correlation coefficient $r > 0.999$). Intercepts with the ordinate did not differ significantly from zero ($P = 0.95$). At the start and at the end of each incubation experiment reference solutions of DXR and doxorubicinone were run.

PU 0013748



Unless otherwise stated the concentrations at t = 0 were taken as 100%. The DXR levels in subsequent samples were calculated as percentages of this first sample. The natural logarithm of the fraction of DXR left in the incubation medium was calculated and graphically plotted against time. Rate constants were calculated if (pseudo) first-order kinetics applied.

*Incubation media*

The following media were used.

(1) Tris buffers with pH 7.4 or 4.0: 0.01 mol/l Tris and 0.8% sodium chloride. The pH was adjusted with 2 mol/l hydrochloric acid.

(2) Phosphate buffers with pH 4.0 or 7.4: 0.01 mol/l sodium dihydrogen phosphate and 0.8% sodium chloride. The pH was adjusted with 2 mol/l hydrochloric acid or 2 mol/l sodium hydroxide.

(3) A medium used for cell culture work as described by Williams and Gunn (1974). To this medium was added: 10% fetal calf serum, $10^5$ I.U. penicillin/l, 0.1 mg streptomycin sulphate/l and 0.25 mg amphotericin/l.

The liposome dispersions were diluted with either the Tris or the phosphate buffers or the cell culture medium to obtain the required DXR concentration. DXR solutions were prepared in a similar way. If necessary, the Tris/sodium chloride medium of the liposome dispersion was replaced by the desired medium by dialysis.

*Incubation*

*Incubations at 4°C.* One ml samples of DXR-containing solutions or liposome dispersions (100 μg/ml) were incubated in various buffers in 10 ml glass vials in a refrigerator. The solutions were deoxygenated by passing through nitrogen before dissolving DXR. In some cases polypropylene tubes were used, too, for comparison.

During storage, data on the DXR content were collected in triplicate experiments. The DXR concentration of each sample vial was determined in duplicate.

The following buffers were used: Tris pH 4.0 and 7.4 as well as phosphate pH 4.0 and 7.4.

*Incubations at 37°C.* Two sets of experiments were carried out.

(a) Solutions of 50 μg/ml were incubated in a thermostatted teflon container that was connected to the automatic sampling HPLC system. The following buffer systems were used: Tris pH 4.0 and 7.4 as well as phosphate pH 4.0 and 7.4. No liposome dispersions were tested at this concentration.

(b) Solutions or dispersions containing 500 μg/ml DXR instead of 50 μg/ml were incubated. Here the following conditions were applied: buffer systems containing Tris or phosphate at pH 4.0 and 7.4 as well as the cell culture medium (pH 7.4). All samples containing 500 μg/ml were incubated in the teflon container mentioned before.

*Incubations at 61°C.* These incubations were performed as mentioned under 'Incubations at 37°C'. The 500 μg/ml DXR samples were studied only in Tris and phosphate buffers at pH 7.4. No liposome dispersions were tested.

*Incubations at 72°C.* These incubations were performed as mentioned under

PU 0013749



'Incubations at 37°C (a)'.Only the Tris and phosphate buffers at pH 7.4 were tested.

*Incubations at 91°C.* These incubations were performed as mentioned under 'Incubations at 37°C (a)'. Only Tris and phosphate buffers at pH 4.0 were tested.

As a rule the pH was determined at the start and at the end of the experiment. Upon incubation a tendency to a pH increase was observed for all buffer systems. The results were discarded when the pH changed more than 0.3 (for pH 7.4) or 1.0 (for pH 4.0) during the incubation.

## .esults and Discussion

*'torage of DXR (100 μg/ml DXR) in solution or encapsulated in liposomes at 4°C*

The DXR concentration was determined as a function of time in aqueous solutions and liposome dispersions. In both buffer systems no significant DXR degradation was recorded over a 60-day period of storage at pH 4.0. More than 80% of the DXR in the liposome dispersions remained liposome-associated over the period of investigation. Storage of the DXR solutions in Tris buffer in polypropylene tubes or glass vials at pH 4.0 gave similar results. At pH 7.4 a substantial decomposition of DXR occurred. In the time frame studied (42 days) (pseudo) first-order kinetics described the degradation profiles in a satisfactory way. Rate constants and the corresponding half-lives are presented in Table 1. These data are only indicative as the calculated half-lives surpassed the actual storage time.

Under the chosen conditions the DXR decomposition rate in the phosphate buffer (pH 7.4) solution was lower than in the Tris buffer, pH 7.4. Encapsulation of DXR in liposomes in this phosphate buffer, pH 7.4, tended to accelerate the decomposition rate. Liposome encapsulation did not affect the DXR degradation rate in the Tris buffer. In the latter case a possible—slight—difference in DXR 'ecomposition rate might be masked, as the retention of DXR dropped to 60% uuring the first days of incubation. After this initial loss DXR leakage continued at much lower rate.

TABLE 1

DXR-DEGRADATION ON STORAGE AT 4°C FOR pH 7.4 BUFFERS. FIRST-ORDER RATE CONSTANT k ($h^{-1}$) AND HALF-LIFE $t_{1/2}$ (DAYS)

| Buffer | DXR | | DXR-liposomes | |
|---|---|---|---|---|
| | k | $t_{1/2}$ | k | $t_{1/2}$ |
| Tris | $94\times10^{-4}$ | 74 | $96\times10^{-4}$ | 72 |
| phosphate | $71\times10^{-4}$ | 98 | $114\times10^{-4}$ | 61 |

DXR concentration (about 100 μg/ml) as determined after 7 days was taken as 100%. Degradation was monitored over 42 days. DXR contents of 3 vials were measured in duplicate weekly. DXR associated with the liposomes was 60% after 7 days. A slow decrease down to 40% liposome-associated DXR occurred on prolonged storage (42 days).

PU 0013750

TABLE 2

FIRST-ORDER RATE CONSTANT k ($h^{-1}$) AND HALF-LIFE $t_{1/2}$ (h) FOR DXR DECOMPOSITION UNDER VARIOUS CONDITIONS FOR pH, BUFFER AND TEMPERATURE

| Buffer, pH | Temperature (°C) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 37 | | 61 | | 72 | | 91 | |
| | k | $t_{1/2}$ | k | $t_{1/2}$ | k | $t_{1/2}$ | k | $t_{1/2}$ |
| Tris, pH 4.0 | * | | * | | n.d. | | $46\times10^{-3}$ | 15 |
| Tris, pH 7.4 | $7\times10^{-3}$ | 99 | $22\times10^{-3}$ | 32 | $115\times10^{-3}$ | 6 | n.d. | |
| phosphate, pH 4.0 | * | | * | | n.d. | | $58\times10^{-3}$ | 12 |
| phosphate, pH 7.4 | $14\times10^{-3}$ | 50 | $62\times10^{-3}$ | 11 | $420\times10^{-3}$ | 1.7 | n.d. | |

* = less than 10% degradation over a 40-h period of incubation. n.d. = not determined. Concentration of DXR at t = 0: 50 μg/ml.

*Temperature dependence of DXR decomposition (50 μg/ml DXR)*

DXR solutions (50 μg/ml DXR) were incubated at various temperatures. The temperature range was selected to provide appropriate data for an Arrhenius

Fig. 1. Typical example of the temperature influence on the decomposition rate of DXR (50 μg/ml). Phosphate buffer; pH 7.4. DXR concentration at t = 0 is taken as 100%. Lines are *calculated* according to least-squares regression analysis.

ınalysis of the degradation process. A typical example of a family of curves is presented in Fig. 1 for the phosphate buffer system at pH 7.4.

This figure shows that a (pseudo) first-order kinetic model describes the degrada-ion profiles well. Rate constants for the phosphate buffer tended to exceed the Tris ouffer rate constants under these conditions (see Table 2).

Arrhenius plots were constructed for the Tris and phosphate buffer systems at pH '.4 to gain an insight into the order of magnitude of the thermodynamic parameters hat control the DXR degradation process. DXR solutions with concentrations in the 50–100 μg/ml range were used. The plots are shown in Fig. 2. For the data ›oints at 4, 37 and 61°C least-squares regression analyses resulted in slopes of $-3.0 \times 10^{+3}$ (correlation coefficient $r = 0.994$) and $-3.8 \times 10^{+3}$ ($r = 0.993$) for the 'I and phosphate solutions, respectively. From these slopes the corresponding ·rgies of activation were calculated: 58 (Tris, pH 7.4) and 73 (phosphate, pH 7.4) mol. For both the Tris and phosphate buffers the degradation rate constants that ) determined at 72°C deviate from the values predicted by extrapolation of the

Fig. 2. Arrhenius plots of DXR decomposition rate constants in the phosphate and Tris buffer systems at pH 7.4. DXR concentrations were in the range from 50 to 100 μg/ml DXR. T = absolute temperature (°K)

PU 0013752

calculated lines. A change in the main rate-controlling decomposition pathway in the temperature range between 61 and 72°C may offer an explanation.

*Concentration dependence of DXR decomposition*

The concentration of DXR was found to be a critical parameter for its stability. In Table 3 DXR decomposition rate constants are shown for 50 μg/ml and 500 μg/ml DXR solutions in the Tris and phosphate buffer systems for pH 7.4 at 37 and 61°C.

Here for both degradation processes (pseudo) first-order kinetics describe the decomposition profile well. It is remarkable that at both temperature levels DXR was decomposed faster in the more concentrated solutions. Tavoloni et al. (1980) concluded on the basis of fluorescence data that the decomposition rates of DXR solutions (protected from light) were not concentration dependent in the range from 10 to 500 μg/ml DXR. The discrepancy between the data presented here and theirs might be ascribed to the poor specificity of the fluorescence technique compared to the HPLC analysis presented here. Poochikian et al. (1981) also reported that the decomposition of DXR was concentration independent. Unfortunately, they did not present any experimental data to support their statement.

*Dependence of DXR degradation on liposome encapsulation and the composition of the medium*

At 37°C the degradation profiles for DXR in different liposome dispersions and 'free' in solutions were compared (Table 4). With the exception of the phosphate pH 7.4 buffer, liposome encapsulation did not affect the decomposition kinetics significantly. A pronounced influence of the composition of the incubation medium was observed. At this temperature the decomposition rate increased in the following order (cf. Table 1): Tris < phosphate < cell culture medium. The reason for the dramatic increase in decomposition rate when working with the culture medium has to be established yet.

TABLE 3

CONCENTRATION DEPENDENCE OF DXR DECOMPOSITION. FIRST-ORDER RATE CONSTANT k ($h^{-1}$) AND HALF-LIFE $t_{1/2}$ (h) FOR 2 TEMPERATURES AND 2 BUFFERS

| Buffer, pH | Temperature (°C) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 37 DXR concentration (μg/ml) | | | | 61 DXR concentration (μg/ml) | | | |
| | 50 | | 500 | | 50 | | 500 | |
| | k | $t_{1/2}$ | k | $t_{1/2}$ | k | $t_{1/2}$ | k | $t_{1/2}$ |
| Tris, pH 7.4 | $7\times10^{-3}$ | 99 | $16\times10^{-3}$ | 42 | $22\times10^{-3}$ | 32 | $86\times10^{-3}$ | 8 |
| phosphate, pH 7.4 | $14\times10^{-3}$ | 50 | $64\times10^{-3}$ | 11 | $62\times10^{-3}$ | 11 | $186\times10^{-3}$ | 4 |



TABLE 4

FIRST-ORDER DEGRADATION RATE CONSTANT k ($h^{-1}$) AND HALF-LIFE $t_{1/2}$ (h) FOR DXR DECOMPOSITION. A COMPARISON BETWEEN DEGRADATION KINETICS OF 'FREE' AND LIPOSOME-ENCAPSULATED DXR AND THE INFLUENCE OF THE BUFFER COMPOSITION ON THE DEGRADATION RATE

| Buffer, pH | 'free' DXR | | liposome-associated DXR | |
|---|---|---|---|---|
| | k | $t_{1/2}$ | k | $t_{1/2}$ |
| Tris, pH 4 | * | * | * | * |
| , pH 7.4 | $16\times10^{-3}$ | 43 | $17\times10^{-3}$ | 41 [a] |
| osphate, pH 4 | * | * | * | * |
| osphate, pH 7.4 | $64\times10^{-3}$ | 11 | $29\times10^{-3}$ | 24 [b] |
| culture medium | $146\times10^{-3}$ | 5 | $137\times10^{-3}$ | 5 [c] |

DXR concentration = 500 μg/ml. Incubation temperature: 37°C.
(a) DXR retention after incubating 2 h 70%, 4 h 62%, 6 h 60%.
(b) DXR retention after incubating: 2 h 76%, 4 h 75%, 6 h 75%.
(c) DXR retention after incubating: 2 h 65%, 4 h 55%, 6 h 52%.
* = less than 10% degradation over a 7-h period of incubation.

*Degradation products*

Although no attempts were made to investigate the degradation pathway of DXR in detail, a few observations are worth mentioning. A compound with a retention time equal to doxorubicinone was detected at 37°C and higher temperatures when incubating at pH 4.0. In the first stage of incubation, mass balance calculations indicated a quantitative conversion of DXR to doxorubicinone. Later on, other components were formed as well.

At pH 7.4 no doxorubicinone was detected. Unidentified compounds with retention times of 6.3 and 7.6 min were recorded.

**nclusions**

At pH 4.0 no significant decomposition was observed; this holds for DXR solutions and liposome dispersions (in Tris as well as in phosphate buffer) that were stored for at least 40 days protected from light at 4°C. At pH 4.0 the buffer capacity of the Tris buffer is low. However, this system provides physicochemically well-defined and stable DXR-containing liposomes (Crommelin et al., 1983; Crommelin and Van Bloois, 1983). These dispersions were successfully tested in vivo (Van Hoesel et al., 1984).

At pH 7.4 the DXR decomposition rates are larger than at pH 4.0. (Pseudo) first-order kinetics apply. Only in the phosphate buffer (pH 7.4) DXR encapsulation in liposomes affected the decomposition kinetics considerably. It was reported before that DXR strongly interacts with these negatively charged bilayers (Crommelin et al., 1983; Crommelin and Van Bloois, 1983). The results in the present study indicate that in the Tris buffer the part of the molecule being sensitive to degradation is freely available to the aqueous medium. Under the conditions studied a pH of

PU 0013754



4.0 is the pH to be preferred for an optimum shelf-life. At pH 7.4 the composition of the medium has a significant influence on DXR stability. The decomposition rate constants increased in the following order: Tris < phosphate < cell culture medium. In this cell culture medium, which is used for DXR cytotoxicity testing, 50% of the DXR degraded in 5 h at 37°C. This raises the question: what is the rationale of incubating DXR-solutions with (tumor) cells for longer periods of time at 37°C in media with a comparable composition? A number of degradation products is formed. This causes an extremely complex situation. It is difficult to discriminate between the cytotoxic action of the parent compound and the degradation products. In our laboratory work is in progress to address the problem related to the chemical stability of DXR in a systematic way.

Acknowledgements

The authors thank Drs. J. Beynen for helpful discussions. We gratefully acknowledge the technical support and advice of Drs. O. VanderHouwen, P. Steerenberg (Dutch National Institute of Public Health and Environmental Hygiene, RIVM), Mr. J. Theeuwsen and Mrs. H. Van Mastbergen.

References

Benvenuto, J.A., Anderson, R.W., Kerkof, K., Smith, R.G. and Loo, T.L., Stability and compatibility of antitumor agents in glass and plastic containers. Am. J. Hosp. Pharm., 38 (1981) 1914–1918.

Crommelin, D.J.A., Slaats, N. and Van Bloois, L., Preparation and characterization of doxorubicin containing liposomes: I. Influence of liposome charge and pH of hydration medium on loading capacity and particle size. Int. J. Pharm., 16 (1983) 79–92.

Crommelin, D.J.A. and Van Bloois, L., Preparation and characterization of doxorubicin containing liposomes. II. Loading capacity, long-term stability and doxorubicin-bilayer interaction mechanism. Int. J. Pharm., 17 (1983) 135–144.

Crommelin, D.J.A. and Van Bommel, E.M.G., Stability of liposomes on storage: freeze dried, frozen or as an aqueous dispersion. Pharm. Res., in press.

Forssen, E.A. and Tökes, Z.A., Use of anionic liposomes for the reduction of chronic doxorubicin-induced cardiotoxicity. Proc. Natl. Acad. Sci. U.S.A., 78 (1981) 1873–1877.

Forssen, E.A. and Tökes, Z.A., Improved therapeutic benefits of doxorubicin by entrapment in anionic liposomes. Cancer Res., 43 (1983) 546–550.

Gabizon, A., Dagan, A., Goren, D., Barenholz, Y. and Fuks, Z., Liposomes as in vivo carriers of adriamycin: reduced cardiac uptake and preserved antitumor activity in mice. Cancer Res., 42 (1982) 4734–4739.

Hoffman, D.M., Grossano, D.D., Damin, L. and Woodcock, Th.M., Stability of refrigerated and frozen solutions of doxorubicin hydrochloride. Am. J. Hosp. Pharm., 36 (1979) 1536–1538.

Karlsen, J., Thønessen, H.H., Olsen, I.R., Sollien, A.H. and Skobba, T.J., Stability of cytotoxic intravenous solutions subjected to freeze-thaw treatment. Nor. Pharm. Acta, 45 (1983) 61–67.

Mayhew, E., Rustum, Y. and Vail, W.J., Inhibition of liver metastases of M 5076 tumor by liposome-entrapped adriamycin. Cancer Drug Delivery, 1 (1983) 43–58.

Olson, F., Mayhew, E., Maslow, D., Rustum, Y. and Szoka, F., Characterization, toxicity and therapeutic efficacy of adriamycin encapsulated in liposomes. Eur. J. Cancer Clin. Oncol., 18 (1982) 167–176.

Poochikian, G.K., Cradock, J.C. and Flora, K.P., Stability of anthracycline antitumor agents in four infusion fluids. Am. J. Hosp. Pharm., 38 (1981) 483–486.

ιahman, A., Kessler, A., More, N., Sikic, B., Rowden, G., Wooley, P. and Schein, P.S., Liposomal protection of adriamycin-induced cardiotoxicity in mice. Cancer Res., 40 (1980) 1532–1537.

Tavoloni, N., Guarino, A.M. and Berk, P.D., Photolytic degradation of adriamycin., J. Pharm. Pharmacol., 32 (1980) 860–862.

/an Bommel, E.M.G. and Crommelin, D.J.A., Stability of doxorubicin containing liposomes: as an aqueous dispersion, frozen or freeze dried. Int. J. Pharm., submitted.

Van Hoesel, Q.G.C.M., Steerenberg, P.A., Crommelin, D.J.A., Van Dijk, A., Van Oort, W., Klein, S., Douze, J.M.C. and Hillen, F., Reduced cardiotoxicity and nephrotoxicity with preservation of antitumor activity of doxorubicin entrapped in stable liposomes in the Lou/M Wsl rat. Cancer Res., 44 (1984b) 3698–3705.

Wassermann, K. and Bundgaard, H., Kinetics of the acid-catalyzed hydrolysis of doxorubicin. Int. J. Pharm. 14 (1983) 73–78.

Villiams, G.M. and Gunn, J.M., Long term cell culture of adult rat liver epithelial cells. Exp. Cell Res., 89 974) 139.

_amson, M.J., Luce, J.K. and Hausmann, W.K., Doxorubicin hydrochloride-aluminum interaction. Am. J. Hosp. Pharm., 40 (1983) 214.

# EXHIBIT 25

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

PHARMACIA & UPJOHN COMPANY, )
Plaintiff, )
-vs- ) CA No. 04-833-KAJ
SICOR, INC., and SICOR )
PHARMACEUTICALS, INC., )
Defendants. )

The videotaped deposition of DOUGLAS S. CLARK, called for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before THERESA A. VORKAPIC, a Notary Public within and for the County of Kane, State of Illinois, and a Certified Shorthand Reporter, CSR No. 84-2589, of said state, at Suite 3100, 300 South Wacker Drive, Chicago, Illinois, on the 1st day of November, A.D. 2005, at approximately 9:34 a.m.

ORIGINAL

PRESENT:

McDONNELL BOEHNEN HULBERT & BERGHOFF, LLP,
(300 South Wacker Drive, Suite 3100,
Chicago, Illinois 60606-6709,
312-913-2133), by:
MR. JOSHUA R. RICH,
rich@mbhb.com,
MR. DANIEL A. BOEHNEN,
appeared on behalf of the Plaintiff;

SONNENSCHEIN NATH & ROSENTHAL,
(8000 Sears Tower,
Chicago, Illinois 60606,
312-876-8025), by:
MR. JORDAN A. SIGALE,
jsigale@sonnenschein.com,
MR. DANIEL CELANDER,
appeared on behalf of the Defendants.

VIDEOTAPED BY: NOAH CARNEY, Esquire Deposition Services

REPORTED BY: THERESA A. VORKAPIC,
C.S.R. Certificate No. 84-2589

consistent with that affirmation is that no significant would mean beyond the limits of their detection.

Q. Below 10 percent they don't report any results, correct?

A. That's correct, but they can measure it obviously.

Q. But they don't make any effort to report anything below 10 percent, correct?

MR. SIGALE: Objection. Calls for speculation.

BY THE WITNESS:

A. I don't know why they didn't report specific numbers less than 10 percent.

BY MR. RICH:

Q. But they didn't?

A. They don't report any numbers less than 10 percent in the tables, however, as I consult Table 1 -- excuse me, Figure 1, if you look at the data at 37 degrees C, it's difficult by eye for me to tell whether the first datum reflects degradation of less than 10 percent, so I can't say for sure.

Q. Is there any indication in the Janssen

paper that they used sealed containers in their experiments?

MR. SIGALE: Objection. Vague.

BY THE WITNESS:

A. There are many indirect indications in Janssen that they used sealed containers.

BY MR. RICH:

Q. Did they necessarily use sealed containers?

A. It would be assumed by one of ordinary skill in the art that they did.

Q. Is it inevitable?

A. The data in Figure 3, good laboratory practice, the understanding of the cytotoxicity of the compound they were working with, which they were clearly aware of, based on if nothing else the breadth of papers discussed in their introduction, the knowledge that avoiding evaporation would be essential to obtain accurate degradation kinetics at elevated temperatures would all lead one to conclude that the containers were sealed.

Furthermore, looking at the data of Figure 3, excuse me, Figure 1, would further

suggest that the containers were sealed because if the containers were not sealed, significant evaporation would have occurred over these times at these elevated temperatures, which would have caused the degradation kinetics at 61 degrees and 72 degrees to deviate from linearity one would assume. So this provides further evidence that the containers were sealed.

So in my opinion, yes, the containers must have been sealed.

Q. It's absolutely inevitable in your mind?

A. It's not absolutely inevitable. Very little is absolutely inevitable.

Q. And Figure 1 relates only to a phosphate buffer at pH 7.4, correct?

A. Yes, but the assumption is that if the containers were sealed in some experiments, they were sealed in all experiments.

Q. Is that necessarily true?

A. It's not inevitable.

Q. If I could have you turn to --

MR. SIGALE: If you're done with this reference, I'd really like to take break.

through 21 in your expert report?

A. Could you repeat the question, please?

Q. The structure of idarubicin hydrochloride is not described in any of the references from Pages 16 through 21 of your expert report?

A. No. The structure of idarubicin may not be given in any of the references discussed between Pages and 21 of my report.

Q. And those are the references you were relying upon in stating that it is your opinion that those of ordinary skill in the art would have been motivated to create an aqueous solution of an anthracycline glycoside antineoplastic compound with all the elements of Claims 1, 2, 3, 9, 11, 12 and 13 of the 285 patent prior to August 1985?

A. An anthracycline glycoside antineoplastic, yes.

Q. With all the elements of Claim 13?

A. As stated in my report.

Q. So those are the only places to look for that information?

A. I'm assuming that one interested in making a solution of idarubicin HCL would know

what the structure of idarubicin HCL is.

Q. But that's not anywhere in those references?

A. It may not be, no. It's not anywhere in these references to my knowledge.

Q. I'm going to show you what's been marked as Plaintiff's Deposition Exhibit 66.

(WHEREUPON, a certain document was marked Plaintiff's Deposition Exhibit No. 66, for identification, as of 11/1/05.)

(WHEREUPON, the document was tendered to the witness.)

BY MR. RICH:

Q. And ask if you've seen that before?

A. I have.

Q. What is it?

A. It is my supplemental expert report.

Q. When was this prepared?

A. This was prepared recently. It's dated October 24, 2005.

Q. Why was this prepared?

A. This was prepared in response to the reports of Dr. Arcamone and Dr. Beijnen in