# EXHIBIT B

# American Journal of Hospital Pharmacy

DECEMBER 1981

Volume 38
Number 12

AJHPA9
0002-9289

Official publication of the
American Society of
Hospital Pharmacists

pharmacy's societal purpose

state regulatory positions concerning therapeutic substitution in hospitals

X750411528
GLEN J SPERANDIO   8206 H
1306 NORTHWESTERN AVE
W LAFAYETTE
IN 47906

Am J Hosp Pharm. 1981; 38:1914–8

# Stability and Compatibility of Antitumor Agents in Glass and Plastic Containers

John A. Benvenuto, Roger W. Anderson, Kent Kerkof, Ronald G. Smith, and Ti Li Loo

The stability of methotrexate, fluorouracil, cytarabine, dactinomycin, doxorubicin, bleomycin sulfate, mitomycin, mithramycin, vincristine sulfate, vinblastine sulfate, cyclophosphamide, dacarbazine, carmustine, and leucovorin calcium in underfilled plastic and glass administration containers was determined.

Drugs were reconstituted according to manufacturers' instructions and added to 5% dextrose injection 50 ml in both polyvinyl chloride bags and glass partial-fill bottles. In addition, mitomycin was added to 0.9% sodium chloride injection 50 ml in both polyvinyl chloride bags and glass partial-fill bottles. All admixtures were stored at room temperature, not protected from light. Stability was determined over 24 hours (48 hours for doxorubicin and fluorouracil) by high-pressure liquid chromatography, except for cyclophosphamide (analyzed by mass spectrometry) and carmustine (analyzed by spectrophotometry).

Methotrexate, leucovorin calcium, cytarabine, dactinomycin, mithramycin, vinblastine sulfate, cyclophosphamide, and dacarbazine were equally stable (10% or less change in concentration over 24 hours) in glass and plastic containers. Doxorubicin and fluorouracil were more stable in plastic containers than glass containers. The $T_{90}$ value for doxorubicin in glass was 40 hours; there was no apparent decrease in plastic even after 48 hours. The $T_{90}$ value for fluorouracil in glass was seven hours and in plastic, 43 hours. Vincristine sulfate, bleomycin sulfate, and carmustine were more stable in glass than plastic. The $T_{90}$ value for vincristine sulfate in plastic was 10 hours. The $T_{90}$ value for bleomycin sulfate in plastic was 0.7 hour. The $T_{90}$ value for carmustine in plastic was 0.6 hour. Mitomycin dissolved in 0.9% sodium chloride injection was more stable in plastic. Mitomycin dissolved in 5% dextrose injection was not stable.

Carmustine and bleomycin sulfate should be administered only in glass containers. Continuous infusions of doxorubicin and fluorouracil are more completely delivered from plastic containers. Mitomycin should not be dissolved in 5% dextrose injection.

**Index terms:** Antineoplastic agents; Bleomycin sulfate; Carmustine; Containers; Cyclophosphamide; Cytarabine; Dacarbazine; Dactinomycin; Dextrose; Doxorubicin; Fluorouracil; Glass; Injections; Leucovorin calcium; Methotrexate; Mithramycin; Mitomycin; Plastics; Sodium chloride; Stability; Vinblastine sulfate; Vincristine sulfate

John A. Benvenuto, Ph.D., is Associate Pharmacologist, Department of Developmental Therapeutics; Roger W. Anderson, M.S., is Director, Department of Pharmacy Services, M.D. Anderson Hospital and Tumor Institute. Kent Kerkof, M.S., is Technical Affairs Manager, Parenteral Products Division, Travenol Laboratories, Inc., Deerfield, IL. Ronald G. Smith, Ph.D., is Associate Professor of Organic Chemistry, and Ti Li Loo, D.Phil., is Professor and Chief, Section of Pharmacology, Department of Developmental Therapeutics, M.D. Anderson Hospital and Tumor Institute, Houston, TX.

Address reprint requests to Dr. Benvenuto at the Department of Developmental Therapeutics, M.D. Anderson Hospital and Tumor Institute, Houston, TX 77030.

The assistance of Stuart O. Zimmerman and Dennis A. Johnston for statistical analyses and Mary Myers and Cindy Tubb for technical assistance is acknowledged.

Supported by Contract N01-CM 87185 and Grant CA 14528 from Division of Cancer Treatment, National Cancer Institute, NIH, USPHS, and a grant from Travenol Laboratories, Inc.

Copyright © 1981, American Society of Hospital Pharmacists, Inc. All rights reserved.

Chemotherapy is now an established treatment modality of cancer, and considerable effort has been expended to study pharmaceutical, biochemical, biological, pharmacological, and clinical properties of antitumor agents. However, there is a paucity of published data on the stability and compatibility of these agents in administration fluids and containers.[1]

The therapeutic advantages of continuous infusion versus intermittent small-volume infusion or i.v. push have been suggested.[2-4] However, the principal considerations in the choice between continuous infusion, intermittent infusion, or i.v. push are the practical ones of patient comfort, physician/nurse convenience, and drug stability.

Many institutions have specific guidelines for the i.v. administration of anticancer agents. These policies often exclude nursing personnel from the i.v. push administration of some agents. Recently, the use of underfilled i.v. containers has become a viable alternative to i.v. push administration. Generally, drug administration in a small volume through an established i.v. site is compatible with most i.v. guidelines. Therefore, with the increasing use of continuous i.v. infusion and intermittent small volume i.v. infusion modes of administration it is imperative that the stability and compatibility of anticancer drugs in administration vehicles and containers be investigated. We have determined the stability of 13 anticancer drugs (methotrexate, fluorouracil, cytarabine, dactinomycin, doxorubicin, bleomycin sulfate, mitomycin, mithramycin, vincristine sulfate, vinblastine sulfate, cyclophosphamide, dacarbazine, and carmustine) in underfilled plastic and glass administration containers. In addition, the stability of leucovorin calcium, a naturally occurring folate used to "rescue" patients from high-dose methotrexate toxicity, was studied.

High-pressure liquid chromatographic (HPLC) methods were developed for the analysis of the majority of these drugs. The efficiency, rapidity, and specificity of HPLC makes it an ideal technique for these studies.[5] Assays can be developed so that not only the drug in question can be determined but also the degradation products may be detected and identified.

## Methods

*Sample Preparation.* Drugs were reconstituted according to package inserts and resulting solutions were added to 50 ml 5% Dextrose Injection, USP, in plastic bags (Viaflex, polyvinyl chloride, Travenol Laboratories, Lots CP 439L9, LV05F8, and ZV 05F8) and glass containers (Travenol, Lots G470L8 and G47054C). Mitomycin was also added to 50 ml 0.9% Sodium Chloride Injection, USP, in plastic bags (Travenol, Lot 2V22X6) and glass containers (Travenol, Lot 653654) (Table 1). Drug solutions were maintained at room temperature and were not protected from light. At specified times, 7-ml samples of solution withdrawn by syringe; 3 ml was used for pH determinations. Drug content of samples was determined by HPLC, mass spectrometry, or spectrophotometry. A drug was defined as stable if there was a 10% or less change in drug concentration over 24 hr.

0002-9289/81/1201-1914$01.50

Antitumor agents

### Table 1. Reconstitution Conditions, Final Concentrations, and pH Values of Drug Solutions

| Drug | Manufacturer | Lot Number | Amount | Reconstitution Solvent | Reconstitution Volume | Final Concentration | Initial pH Plastic | Initial pH Glass |
|---|---|---|---|---|---|---|---|---|
| Methotrexate | Lederle | 509-217 | 50 mg | None | | 0.96 mg/ml | 6.81 | 7.30 |
| Leucovorin calcium | Lederle | 538-485 | 50 mg | Sterile water | 5 ml | 0.91 mg/ml | 7.10 | 7.50 |
| Vincristine sulfate | Eli Lilly | 1GP30D | 1 mg | Bacteriostatic sodium chloride injection[a] | 10 ml | 16.7 µg/ml | 4.13 | 4.67 |
| Doxorubicin | Adria | 346 | 10 mg | Sodium chloride injection USP[b] | 5 ml | 0.18 mg/ml | 4.20 | 4.75 |
| Fluorouracil | Roche | 1586-03298 | 500 mg | None | | 8.3 mg/ml | 8.77 | 8.78 |
| Cyclophosphamide | Mead Johnson | MJN 97 | 500 mg | Sterile water[c] | 25 ml | 6.6 mg/ml | 4.45 | 5.80 |
| Cytarabine | Upjohn | 495 FX | 100 mg | Bacterostatic water[d] | 5 ml | 1.87 mg/ml | 4.73 | 4.70 |
| Dactinomycin | Merck, Sharpe & Dohme | 0778A | 0.5 mg | Sterile water | 1.1 ml | 9.8 µg/ml | 4.00 | 4.50 |
| Dacarbazine | Dome | FCC8 | 100 mg | Sterile water | 9.9 ml | 1.7 mg/ml | 3.60 | 3.60 |
| Vinblastine sulfate | Eli Lilly | 3PX90A | 10 mg | Sodium chloride irrigation USP[e] | 10 ml | 0.17 mg/ml | ~4.1 | 4.6 |
| Mitomycin (in $D_5W$) | Bristol | G8036 | 20 mg | None | | 0.40 mg/ml | 5.54 | 6.23 |
| Mitomycin (in NS) | Bristol | G8036 | 20 mg | None | | 0.40 mg/ml | 6.25 | 6.39 |
| Mithramycin | Dome | AF18 | 2.5 mg | Sterile water | 5 ml | 23.8 µg/ml | 4.42 | 4.99 |
| Carmustine | Bristol | A9000 | 100 mg | EtOH/water | 30 ml | 1.25 mg/ml | 4.20 | 4.60 |
| Bleomycin sulfate | Bristol | B9X08 | 15 units | None | | 0.3 units/ml | 4.10 | 4.85 |

[a] Lot number 1GP30D, Eli Lilly and Company.
[b] Lot number 74-421-De-3, Abbott Laboratories.
[c] Lot number 85-916-DK, Abbott Laboratories.
[d] Lot number 098FS, Upjohn.
[e] Lot number 16-168-FD-02, Abbott Laboratories.

*HPLC Analysis.* Drug analyses were performed by HPLC except for cyclophosphamide and carmustine. A Waters Associates (Milford, MA) liquid chromatograph equipped with a M6000 pump, a U6K injector, and a Scheoffel SF 770 UV detector was used. Peak areas and retention times were determined by electronic integration using Waters Data-Module. Separations were achieved on a Waters Associates µBondapac $C_{18}$ column (4 mm × 30 cm). HPLC conditions for each drug and pooled coefficients of variation are listed in Tables 2 and 3.

*Mass Spectrometric Analysis of Cyclophosphamide.* Samples of 10 µl each were added to 1 ml phosphate buffer, pH 8.5, and cyclophosphamide was extracted into 1 ml of chloroform containing 100 µg isophosphamide as internal standard. The chloroform phase was transferred to another vial and triplicate 1-µl aliquots were analyzed for cyclophosphamide with a Finnigan 3300 gas chromatograph-mass spectrometer equipped with an Incos Data System. The gas chromatographic column was a 1.2 × 2 mm (i.d.) glass column packed with 3% OV-17 on Anakrom Q (90-100 mesh) and was isothermal at 200°. Isophosphamide and cyclophosphamide were eluted at 2.0 and 2.7 min. The mass spectrometer was scanned between m/e 100 and 360. The ratio of cyclophosphamide to isophosphamide in each sample was measured using the areas of the respective peaks in the m/e 307 mass chromatogram.

*Analysis of Carmustine.* Carmustine was analyzed by the colorimetric method of Loo and Dion.[6]

*Statistical Analyses.* The analysis of covariance was used to determine the significance of differences between the slopes and intercepts of the peak area versus time curves.[7] Also, the Student's $t$ test was used to determine the significance of differences between mean peak areas at time 0 and those at each of the later times. Values of $p$ less than 0.05 were considered significant. Pooled coefficients of variation ($CV_p$) of HPLC measurements were calculated by the following equations:

$CV_p$ = Pooled Standard Deviation ($S_p$)/Mean Initial Peak Area

$$S_p = \sqrt{[(n_1 - 1)S_1^2 + (n_2 - 1)S_2^2 + \ldots + (n_i - 1)S_i^2]/[n_1 + n_2 \ldots + n_i - i]}$$

where $S_i$ is the standard deviation of triplicate analyses at time i, and $n_i$ is the number of data points at time i.

### Results and Discussion

The results of the stability studies are presented in Table 4 and the $p$ values for the significance of slopes and intercepts of drug decreases are presented in Table 5. Except for doxorubicin, the pH values did not change significantly over time. Methotrexate, leucovorin calcium, cytarabine, dactinomycin, mithramycin, cyclophosphamide, dacarbazine, and vinblastine sulfate were equally stable when dissolved in 5% dextrose injection in both plastic and glass. Fluorouracil in 5% dextrose injection showed a biphasic decrease in both glass and plastic (Figure 1). In glass, however, the initial decrease was greater and more rapid. The adsorption of solid fluorouracil by glass has been reported.[8] The decrease of fluorouracil content in glass was 10% by seven hours; however, a 10% decrease was not observed until 43 hours in

Antitumor agents

**Table 2. HPLC Conditions for the Analysis of Antitumor Agents[a]**

| Drug | Solvent | Detector Wavelength (nm) | Flow Rate (ml/min) | Sample Volume (μl) | Retention Time (min) |
|---|---|---|---|---|---|
| Methotrexate | 5mM $NH_4CO_2H$, pH3.5-MeOH(60:40) | 254 | 1 | 20 | 4.33 |
| Leucovorin calcium | 5mM $NH_4CO_2H$, pH3.5-MeOH(70:30) | 280 | 1 | 5 | 5.83 |
| Vincristine sulfate | $H_2O$/MeOH (80:20) | 254 | 2 | 20 | 8.00 |
| Doxorubicin | 5mM Octanesulfonic acid pH3.5-MeOH (20:80) | 254 | 1 | 10 | 5.10 |
| Fluorouracil | $H_2O$ | 270 | 2 | 5 | 6.10 |
| Cytarabine | 0.01M $NH_4H_2PO_4$, pH7 | 270 | 2 | 10 | 3.10 |
| Dactinomycin | 0.01M $NH_4CO_2H$, pH3.5-MeOH(20:80) | 254 | 2 | 40 | 3.75 |
| Dacarbazine | 0.05M NaOAc, pH3.5-MeOH(80:20) | 254 | 2 | 2 | 5.5 |
| Vinblastine sulfate | 0.01M $NH_4CO_2H$, pH3.5-MeOH(60:40) | 265 | 2 | 25 | 4.33 |
| Mitomycin | $H_2O$-MeOH (50:50) | 254 | 1 | 5 | 4.13 |
| Mithramycin | $H_2O$-MeOH (75:25) | 285 | 2 | 50 | 2.60 |
| Bleomycin sulfate | 5mM Heptanesulfonic acid | 265 | 2 | 50 | Peak 1 1.80 |
| | | | | | Peak 2 2.50 |
| | | | | | Peak 3 4.58 |
| | | | | | Peak 4 5.41 |

[a] All separations were achieved on $\mu C_{18}$ reverse phase columns. For fluorouracil, two columns in series were used.

**Table 3. Pooled Coefficients of Variation for HPLC Analyses[a]**

| Drug | Pooled Coefficients of Variation (%) | |
|---|---|---|
| | Glass | Plastic |
| Methotrexate | 0.75 | 1.3 |
| Leucovorin calcium | 2.4 | 1.8 |
| Vincristine sulfate | 3.5 | 2.8 |
| Doxorubicin | 2.1 | 1.8 |
| Fluorouracil | 1.7 | 1.6 |
| Cytarabine | 2.2 | 2.8 |
| Dactinomycin | 1.1 | 1.5 |
| Dacarbazine | 2.1 | 2.3 |
| Vinblastine sulfate | 3.0 | 4.4 |
| Mitomycin (in D5W) | 3.3 | 2.3 |
| Mitomycin (in NS) | 2.5 | 2.2 |
| Mithramycin | 2.3 | 2.4 |
| Bleomycin sulfate Peak 2 | 1.4 | 1.7 |
| Peak 3 | 2.4 | 1.3 |

[a] See Methods for equations used.

**Table 4. Stability of Antitumor Agents[a]**

| Drug | Glass | Plastic |
|---|---|---|
| Methotrexate | Stable | Stable |
| Leucovorin calcium | Stable | Stable |
| Vincristine sulfate | Stable | 10 hr |
| Doxorubicin | 40 hr | Stable |
| Fluorouracil | 7 hr | 43 hr |
| Cyclophosphamide | Stable | Stable |
| Cytarabine | Stable | Stable |
| Dactinomycin | Stable | Stable |
| Dacarbazine | Stable | Stable |
| Vinblastine sulfate | Stable | Stable |
| Mitomycin (in D5W) | 1 hr | 2 hr |
| Mitomycin (in NS) | Stable | Stable |
| Mithramycin | Stable | Stable |
| Carmustine | 7.7 hr | 0.6 hr |
| Bleomycin sulfate | | |
| Peak 1 | Stable | Stable |
| Peak 2 | Stable | 0.7 hr |
| Peak 3 | 11 hr | 1.3 hr |

[a] In 5% dextrose injection except where noted. Stability studies were conducted for 24 hr, except for doxorubicin and fluorouracil which were studied for 48 hr. For those drugs listed as stable there was less than a 10% change in drug content for the duration of the study. Those drugs for which a decrease in drug content was observed, the times at which a 10% decrease occurred ($T_{90}$) as determined from the least squares regression plots of peak area versus time are presented.

**Table 5. Differences from Initial Values of Slopes and Intercepts of Drugs for Which a Decrease in Concentration Was Observed**

| Drug | p value | |
|---|---|---|
| | Intercept | Slope |
| Vincristine sulfate | | |
| Glass | 0.014 | 0.94 |
| Plastic | 0.15 | 0.00002 |
| Doxorubicin | | |
| Glass | 0.78 | 0.00012 |
| Plastic | 0.96 | 0.60 |
| Fluorouracil | | |
| Glass | 0.20 | 0.04 |
| Plastic | 0.92 | 0.02 |
| Mitomycin (in D5W) | | |
| Glass | 0.05 | 0.36 |
| Plastic | 0.10 | 0.02 |
| Carmustine | | |
| Glass | 0.80 | 0.014 |
| Plastic | 0.02 | 0.0004 |
| Bleomycin sulfate—peak 2 | | |
| Glass | 0.32 | 0.18 |
| Plastic | 0.002 | 0.48 |
| Bleomycin sulfate—peak 3 | | |
| Glass | 0.11 | 0.72 |
| Plastic | 0.02 | 0.16 |



*Figure 1. Decrease of fluorouracil in plastic (—•—) and glass (--△--).*

plastic. After the initial decrease there was no significant difference between the slopes of the decay curves, although they were significantly different from zero.

Doxorubicin content in 5% dextrose injection declined slowly in glass showing a 10% decrease by 40 hours (Figure 2). There was no apparent decrease of doxorubicin in plastic even by 48 hours. The decrease of doxorubicin in glass was accompanied by a change in color of the solution from bright clear orange to clear reddish-orange and an increase in pH from 4.75 initially to 6.26 at 48 hours. These changes may reflect decomposition of doxorubicin.

The stability of mitomycin was studied in both 5% dextrose injection (Figure 3) and 0.9% sodium chloride injection (Figure 4). As expected, mitomycin was not stable in either glass or plastic when dissolved in 5% dextrose injection.[9] Again, the decay curves are biphasic with the initial phase in plastic being steeper than that in glass. The initial phases may be indicative of interaction with the container while the terminal phases may indicate drug decomposition. Mitomycin appears to be more stable in 0.9% sodium chloride injection, but an initial decrease of drug content in both glass and plastic was again observed, although to a lesser extent than those in 5% dextrose injection.

Carmustine in 5% dextrose injection was not stable in either glass or plastic (Figure 5). A rapid biphasic degradation of carmustine in plastic was observed with an 18.5% decrease by 1 hour. A 10% decrease in carmustine occurred by 0.6 hour. This indicates that prolonged infusions of carmustine from plastic bags is not advisable. Carmustine in glass, on the other hand, showed an exponential decline with a 10% decrease by 7.7 hours. Recently, Colvin et al.[10] reported that carmustine in 5% dextrose injection or 0.9% sodium chloride injection was stable up to 90 min.

Bleomycin sulfate in 5% dextrose injection consists of 11 components, 9 of which were detected by HPLC. Only the four major peaks in the chromatogram were used for analysis. Of these, only two showed change with time (Figure 6). Peak 2 of bleomycin in the glass container did not change significantly over 24 hours; however, peak 3 had a $T_{90}$ of 11 hours. The two bleomycin peaks of interest did decrease significantly in plastic; peak 2 decreased by 13.8% in 1 hour ($T_{90} = 0.7$ hour) while peak 3 decreased by 9.9% by 1 hour ($T_{90} = 1.3$ hours). These data suggest that prolonged infusions in plastic containers should be avoided.

By 10 hours there was a significant decrease in detectable vincristine sulfate in 5% dextrose injection in the plastic



**Figure 2.** Decrease of doxorubicin in plastic (—•—) and glass (--△--).



**Figure 3.** Decrease of mitomycin in plastic (—•—) and glass (--△--) containing $D_5W$.



**Figure 4.** Decrease of mitomycin in plastic (—•—) and glass (--△--) containing normal saline.



**Figure 5.** Decrease of carmustine in plastic (—•—) and glass (--△--).

Antitumor agents



Figure 6. *Decrease of bleomycin sulfate (peaks 2 and 3) in plastic (peak 2, —○—; peak 3, —●—) and glass (peak 2, --△--; peak 3, --▲--).*



Figure 7. *Decrease of vincristine sulfate in plastic (—●—) and glass (--△--).*

container (Figure 7). This was an exponential decrease with a 10% reduction in vincristine concentration by 10 hours. The decrease of vincristine in the glass container, although statistically significant, was not greater than 10%.

### Conclusion

Although there was not a significant difference between the stability of the majority of antitumor drugs in plastic and glass containers, there were a number of exceptions. Carmustine and bleomycin sulfate should be administered only in glass containers. Continuous infusions of doxorubicin and fluorouracil are more completely delivered from plastic containers. Mitomycin dissolved in 5% dextrose injection was not stable in either glass or plastic, and, as recommended by the manufacturer, should be administered only in 0.9% sodium chloride injection.

### References

1. Humphreys A, Marty JJ, Gooey SL et al. Stability of methotrexate in an intravenous fluid. *Aust J Hosp Pharm.* 1978; 8: 66–7.
2. Legha SS, Benjamin RS, Yap HY et al. Augmentation of adriamycin therapeutic index by prolonged continuous i.v. infusion for advanced breast cancer. *Proc Am Assoc Cancer Res.* 1979; 20:261.
3. Lu K, Yap HY, Watts S et al. Comparative clinical pharmacology of vinblastine (VLB) in patients with advanced breast cancer. *Proc Am Soc Clin Oncol.* 1979; 20:371.
4. Ho DHW, Frei E. Clinical pharmacology of 1-β-D-arabinofuranosyl-cytosine. *Clin Pharmacol Ther.* 1971; 12:944–54.
5. Benvenuto JA, Hall SW, Farquhar D et al. High pressure liquid chromatography in pharmacological studies of anticancer drugs. In: Hawk GL, ed. Biological/biomedical applications of liquid chromatography. New York: Marcel Dekker, Inc; 1979.
6. Loo TL, Dion RL. Colorimetric method for the determination of 1,3-bis(2-chloroethyl)-1-nitrosourea. *J Pharm Sci.* 1965; 54:809–10.
7. Brownlee KA. Statistical theory and methodology in science and engineering. 2nd ed. New York: John Wiley; 1965:352–91.
8. Driessen O, DeVos D, Timmermans PGA. Adsorption of fluorouracil on glass surfaces. *J Pharm Sci.* 1978; 67:1494–5.
9. Bristol Laboratories. Mitomycin package insert. Syracuse, NY; 1978 Dec.
10. Colvin M, Hartner J, Summerfield M. Stability of carmustine in the presence of sodium bicarbonate. *Am J Hosp Pharm.* 1980; 37:677–8.

> ### Respect for Intellectual Achievement
>
> ...In China, between 1966 and 1976, intellectuals were denounced, belittled, and sometimes banished. The result has been tragic, especially for a culture which for thousands of years placed great emphasis on the life of the mind and which has contributed so much to the fund of knowledge of the civilized world. The Chinese have not only lost face as a nation, they have been hindered in making the technological and sociological advances needed to feed their population and improve their standard of living.
>
> Can it happen here? There is more than one way to undermine a people's faith in learning, and we are already partway down that road. We have scorned to reward excellence in intellectual endeavor, and the average American today speaks only one language and has relatively little understanding of science or human behavior. We do not live in China, and the Golden Fleece award is hardly the same as banishment to the mountains of Yunnan. Yet we must find ways to keep alive the respect for education and intellectual achievement which has helped us attain our present standard of living. We must also remember that a republic cannot long remain both ignorant and free....
>
> —Gonzalez NL. In defense of elitism. *Science.* 1981; 213:955. Editorial.