# EXHIBIT C

THIRD EDITION

1983



# Handbook on Injectable Drugs

LAWRENCE A. TRISSEL



LAWRENCE A. TRISSEL is a Senior Pharmacist, Clinical Products Section, Pharmaceutical Resources Branch, Developmental Therapeutics Program, Division of Cancer Treatment, National Cancer Institute. This book was written by the author in his private capacity. No official support or endorsement by the National Cancer Institute is intended or should be inferred.

Correspondence to the author should be sent in care of the publisher, American Society of Hospital Pharmacists, 4630 Montgomery Avenue, Bethesda, MD 20814.

Published by the American Society of Hospital Pharmacists' Special Projects Division.
James Caro, Director
Shelly Elliott, Production Coordinator

© Copyright 1983, American Society of Hospital Pharmacists, Inc. All rights reserved.

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, microfilming, and recording, or by any information storage and retrieval system, without written permission from the American Society of Hospital Pharmacists.

Printed in the United States of America.

ISBN: 0-930530-32-2 (hardcover)
ISBN: 0-930530-33-0 (softcover)

# DOXORUBICIN HCL
## (AHFS 10:00)

**Adriamycin**                                          **Adria**

**Concentration—** Doxorubicin HCl (Adria) is available in 10-mg vials containing 10 mg of drug and 50 mg of lactose and also in 50-mg vials containing 50 mg of doxorubicin HCl and 250 mg of lactose (232p569).

Reconstitution should be performed with sodium chloride 0.9% or sterile water for injection. Add 5 ml to the 10-mg vial or 25 ml to the 50-mg vial to yield a 2-mg/ml solution (4; 232p569). Dextrose 5% in water has also been suggested as a reconstitution diluent (51). After adding the diluent, the vial should be shaken and the drug allowed to dissolve (4; 232p569).

If sterile water for injection is utilized for reconstitution, the solution should be further diluted with two or three volumes of sodium chloride 0.9% to bring it toward isotonicity before administration. The use of bacteriostatic diluents is not recommended (232p569).

**Stability—** The dry unopened vials have an expiration date two years from manufacture when stored in a dry place protected from sunlight (4). The manufacturer states that the reconstituted solution is stable for 24 hours at room temperature and 48 hours at 4 to 10 °C. It is recommended that the solutions be protected from sunlight and that any unused solution be discarded (232p569). The manufacturer does not recommend freezing the solutions (108).

However, Hoffman et al. found that doxorubicin HCl, reconstituted to 2 mg/ml with sterile water for injection and stored under refrigeration (4 °C), exhibited about 1.5% loss in one month and about 10.5% loss in six months. Freezing the solutions at −20 °C resulted in no loss of potency over 30 days. The authors noted that reconstitution with sterile water for injection permits freezing the solution whereas the use of sodium chloride 0.9% precludes such freezing. It was indicated that filtration of stored solutions through a 0.22-μm filter was appropriate to ensure sterility. Samples filtered through a 0.22-μm Millex filter showed no loss of potency due to filtration (652).

*pH Effects—* Doxorubicin HCl appears to have pH-dependent stability in solution. It becomes progressively more stable as the pH of drug–infusion solution admixtures becomes more acidic at 7.4 to 4.5 (526). Doxorubicin HCl is unstable at pH values less than 3 or greater than 7 (4). In acidic media, splitting of the glycosidic bond results in a red-colored, water-insoluble aglycone and a water-soluble amino sugar (4). In alkaline media, a color change to deep purple is indicative of decomposition. This color change also occurs with other anthracyclines (394). It is thought to reflect cleavage of the amino sugar, resulting in an ineffective moiety (524).

**pH—** The pH of doxorubicin HCl reconstituted with sodium chloride 0.9% is 3.8 to 6.5 (4).

**Dosage—** Doxorubicin HCl is administered intravenously. Extravasation should be avoided because of local tissue necrosis (4; 232p569; 377). The usual adult dose is 60 to 75 mg/m$^2$ in single injections at 21-day intervals. Alternatively, 30 mg/m$^2$ in a single dose on three successive days repeated every four weeks has been recommended (4; 232p569). Other dosage schedules that have been used are 0.5 to 1.0 mg/kg/day for two to six days, 20 to 30 mg/m$^2$/day for three days, 20 to 35 mg/m$^2$ once every seven days, and 60 to 105 mg/m$^2$ once every 21 days (81). Total dosage on any regimen should not exceed 550 mg/m$^2$ (4; 232p569).

It is recommended that doxorubicin HCl be administered into the tubing of a running intravenous infusion of dextrose 5% in water or sodium chloride 0.9%. The rate of infusion depends on the dose and the size of vein but should not be less than three to five minutes (4; 232p569).

## *Compatibility Information*

*Solution Compatibility*

**Doxorubicin HCl**

| Solution | Mfr | Mfr | Conc/L | Remarks | Ref | C/I |
|---|---|---|---|---|---|---|
| Dextrose 5% in water | TR[a] | AD | 180 mg | 10% loss of doxorubicin in 40 hr at room temperature along with a color change and an increase in pH | 519 | C |
|  | TR[b] | AD | 180 mg | No decrease in doxorubicin in 48 hr at room temperature | 519 | C |
|  | AB[a] | AD | 10 and 20 mg | Physically compatible. 2% decomposition in 24 hr at 21 °C | 526 | C |
| Normosol R, pH 7.4 | AB[a] | AD | 10 and 20 mg | Physically compatible. 10% decomposition in 24 hr at 21 °C | 526 | C |
| Ringer's injection, lactated | AB[a] | AD | 10 and 20 mg | Physically compatible. 8% decomposition in 24 hr at 21 °C | 526 | C |
| Sodium chloride 0.9% | AB[a] | AD | 10 and 20 mg | Physically compatible. 5% decomposition in 24 hr at 21 °C | 526 | C |

[a]*Tested in glass containers.*
[b]*Tested in PVC containers.*

*Additive Compatibility*

Doxorubicin HCl

| Drug | Mfr | Conc/L | Mfr | Conc/L | Test Soln | Remarks | Ref | C/I |
|---|---|---|---|---|---|---|---|---|
| Aminophylline | | | AD | | | Solution color darkens from red to blue-purple | 524 | I |
| Cephalothin sodium | LI | | AD | | | Immediate precipitation | 524 | I |
| Dexamethasone sodium phosphate | | | AD | | | Immediate precipitation | 524 | I |
| Diazepam | RC | | AD | | | Immediate precipitation | 524 | I |
| Fluorouracil | RC | | AD | | | Solution color darkens from red to blue-purple | 524 | I |
| | RC | 250 mg | AD | 10 mg | D5W | Color change to deep purple | 296 | I |
| Hydrocortisone sodium succinate | | | AD | | | Immediate precipitation | 524 | I |

*Additional Compatibility Information*

**Heparin—** Doxorubicin HCl has also been stated to be incompatible with heparin sodium because of possible precipitate formation (4; 232p569).

*Other Information*

**Aluminum—** A darkening of doxorubicin HCl color has been noted when solutions of the drug contact aluminum metal. This change was initially noticed in the first small amount of drug to be injected through a needle with an aluminum hub. When solutions of doxorubicin HCl containing aluminum are allowed to stand, the color becomes much darker than the control. Precipitation may also occur. As a precautionary measure, the author recommended not using any aluminum-containing apparatus for preparing or administering doxorubicin HCl (653).

## DOXYCYCLINE HYCLATE
## (AHFS 8:12.24)

**Vibramycin Intravenous**  Pfizer

**Concentration—** Doxycycline hyclate (Pfizer) (doxycycline hydrochloride hemiethanolate hemihydrate) is available in vials containing the equivalent of 100 mg of doxycycline with 480 mg of ascorbic acid or the equivalent of 200 mg of doxycycline with 960 mg of ascorbic acid (232p1511).

Reconstitute the 100-mg vial with 10 ml and the 200-mg vial with 20 ml of sterile water for injection or other compatible diluent. The resultant solution contains the equivalent of 10 mg/ml of doxycycline. This solution must be further diluted to a concentration of 0.1 to 1.0 mg/ml with a compatible infusion solution prior to use (232p1510). (See Stability and Compatibility Information.)

**Stability—** Infusion solutions of doxycycline hyclate (Pfizer) must be protected from direct sunlight (232p1510).

Doxycycline hyclate (Pfizer) 0.1- to 1.0-mg/ml solutions may be stored for up to 72 hours prior to starting the infusion when kept in the refrigerator protected from light and when diluted in the following infusion solutions (232p1510):

    Dextrose 5% in water
    Invert sugar 10% in water
    Normosol M in dextrose 5% in water
    Normosol R in dextrose 5% in water
    Plasma-Lyte 56 in dextrose 5%
    Plasma-Lyte 148 in dextrose 5%
    Ringer's injection
    Sodium chloride 0.9%

*Freezing Solutions—* Doxycycline hyclate (Pfizer) 10 mg/ml in sterile water for injection retained potency for eight weeks when frozen at $-20$ °C, as determined by both microbiological and spectrophotometric assays. At a concentration of 1 mg/ml in dextrose 5% in water, doxycycline hyclate also showed no significant decomposition over eight weeks at $-20$ °C when assayed by either method (310).

When thawing frozen solutions, avoid heating after thawing is complete. Thawed solutions should not be refrozen (232p1511).

*Sorption—* Doxycycline (Pfizer) 15 mg/L in sodium chloride 0.9% (Travenol) in PVC bags did not exhibit significant sorption to the plastic during one week of storage at room temperature (15 to 20 °C) (536).

In another evaluation, doxycycline (Pfizer) 15 mg/L in sodium chloride 0.9% did not exhibit any loss due to sorption during a seven-hour simulated infusion through an infusion set (Travenol) consisting of a cellulose propionate burette chamber and 170 cm of PVC tubing (606).

The drug was also tested as a simulated infusion over at least one hour by a syringe pump system. A glass syringe on a syringe pump was fitted with 20 cm of polyethylene tubing or 50 cm of Silastic