# EXHIBIT G

Case 1:04-cv-00833-KAJ   Document 257-8   Filed 06/27/2006   Page 1 of 4

13. Coordinates the orientation of trainees and new employees to the technical functions of the assigned area.
14. Keeps all records and log sheets used in assigned area accurate and up-to-date.

*Area of Assignment:*

Pharmacy technician specialists may be assigned to the following divisions or areas of the Department of Pharmacy:

- Distribution services
- Sterile and nonsterile product formulations
- Packaging, printing and labeling
- Pharmacy service unit
- Purchasing and inventory control
- Quality control
- Systems

---

Am J Hosp Pharm 36:1536–1538 (Nov) 1979

# Stability of Refrigerated and Frozen Solutions of Doxorubicin Hydrochloride

Dennis M. Hoffman, Dennis D. Grossano, LeeAnne Damin and Thomas M. Woodcock

The stability of refrigerated and frozen solutions of doxorubicin hydrochloride was studied.

Vials of doxorubicin hydrochloride with lactose (Adriamycin) were reconstituted with Sterile Water for Injection, USP, to provide a drug concentration of 2 mg/mL. Samples were refrigerated (4 C) for up to one year and frozen (−20 C) for 30 days then assayed by high-performance liquid chromatography. One sample was assayed then refrozen each test period.

Refrigerated and frozen samples showed no substantial loss of potency after six months and one month of storage, respectively. Filtration through a 0.22-$\mu$m filter did not affect potency. Degradation products were not detected, except for an unidentified small peak detected in the sample refrigerated for one year.

Doxorubicin hydrochloride, when reconstituted with sterile water for injection, may be refrigerated for six months or frozen for one month without loss of potency.

Key words: Antineoplastic agents; Doxorubicin hydrochloride; Injections; Stability; Temperature

Doxorubicin hydrochloride, an anthracycline antibiotic obtained from *Streptomyces peucetius*, possesses marked antitumor activity. It is thought to act by intercalation between base pairs of the DNA double helix and by inhibition of DNA and RNA synthesis.[1,2]

Doxorubicin, alone or in combination with other antineoplastic agents, has been shown effective for the treatment of a wide range of tumors including adenocarcinoma of the breast, malignant sarcomas, urinary bladder carcinoma, gynecological tumors, Wilm's tumor and neuroblastoma as well as lymphomas and leukemias.[3-5]

Dennis M. Hoffman, Pharm.D., is Director of Pharmacy Services, Memorial Sloan-Kettering Cancer Center, 1275 York Avenue, New York, NY 10021. Dennis D. Grossano is Clinical Oncology Pharmacist; LeeAnne Damin is Research Technician; and Thomas M. Woodcock, M.D., is Assistant Attending Physician, Developmental Chemotherapy Service, Memorial Sloan-Kettering Cancer Center.

The assistance of Dr. Acramone and Dr. Charles W. Young is acknowledged.

This study was supported in part by Public Health Service grants CA-08748 and CA-05826 from the National Cancer Institute, NIH, DHEW.

Copyright © 1979, American Society of Hospital Pharmacists, Inc. All rights reserved.

Because it is effective in a wide range of malignancies, doxorubicin has become one of the most extensively used antineoplastic agents at our institution, a national oncologic referral center with treatment, teaching and research programs.

Last year, in addition to the many inpatients receiving chemotherapy at Memorial Sloan-Kettering Cancer Center, more than 1,400 patients were treated in adult chemotherapy clinics and more than 1,150 children were treated in its Pediatric Day Hospital. The clinical usefulness of doxorubicin, combined with the large number of patients receiving chemotherapy, resulted in an expenditure of almost $290,000 for this drug last year.

Since the pharmacist plays a key role in preparing antineoplastic agents and in monitoring patients who receive them, we thought we could maximize use of the pharmacist's time by including doxorubicin in our reconstitution program and perhaps freezing the drug. We have successfully done this with other drugs.[6] Such an undertaking would not be feasible, however, if the manufacturer's expiration time of 48 hours after reconstitution when stored in a refrigerator were accepted.[7] Therefore, we decided to study doxorubicin stability after being refrigerated or frozen. If stability could be demonstrated, not only would there be operational benefits but waste could be reduced, resulting in cost savings.

## Methods

Vials containing 10 mg of lyophilized doxorubicin hydrochloride with 50 mg of lactose (Adriamycin, Adria Laboratories, lot 402) were reconstituted with Sterile Water for Injection, USP, to yield a solution concentration of about 2 mg/ml of doxorubicin hydrochloride. The reconstituted drug was stored under refrigeration (4 C) for up to one year and frozen (−20 C) for as long as one month. Water for injection, a diluent commonly used for this drug in Europe, permits freezing of the solution, which is precluded with sodium chloride injection. The manufacturer of Adriamycin is currently amending its official package insert to include Sterile Water for Injection, USP, as an acceptable diluent.[8]

Solutions were removed from refrigeration or thawed and analyzed by high-performance liquid chromatography.[9] Each sample was analyzed twice: once at 0.10 AUFS (absorbance units full scale) to ascertain peak height and once at 0.02 AUFS to detect any trace of degradation products.

Because many patients receiving doxorubicin are immuno-suppressed, we were concerned about using a non-preserved diluent for Adriamycin. We decided that filtration through a sterile 0.22-$\mu$m filter (Millex filter unit, Millipore

Corp.) prior to dispensing would afford adequate assurance of sterility. To ascertain whether such filtration would result in loss of drug, samples of diluted Adriamycin were assayed and filtered. The filtrate then was assayed.

The chromatograph (model 7000, Micrometrics, Norcross, GA) used a 30-cm × 4-mm reverse-phase column (Micro Bondapak C-18, Waters Associates, Milford, MA) eluted with a solvent of 1:1 methanol:water. One vial of proprietary ion reagent (PIC-B7, Water Associates) was added to each liter of solvent. Aliquots of 10 μl were injected directly into the chromatographic system. Flow rate was 3 ml/min with a corresponding pressure of 4,000 pounds per sq in. Chart speed was 4 mm/min. Absorbance was measured at 254 nm.

The degradation products of doxorubicin hydrochloride, if any, have not been identified. Takanashi and Bachur[10] identified adriamycinol (13-dihydroadriamycin) and adriamycinone (the aglycone) as metabolites. A solution of adriamycinol (Farmitalia, S.P.A., Italy, lot P1592/57), adriamycinone (Farmitalia, lot CC/187-91) and doxorubicin hydrochloride (Aldrich Chemical Co., Milwaukee, lot E399) was analyzed to verify that the methodology was capable of separating the active drug from known related substances. The separation is shown in Figure 1.

### Results

The stability of refrigerated samples of Adriamycin is shown in Table 1. A typical curve obtained for a refrigerated 2-mg/ml Adriamycin sample at 0.02 A is depicted in Figure 2. We detected no evidence of degradation products except for an unidentified small peak detected in the sample stored for one year.

Frozen samples were thawed and analyzed. The results are shown in Table 2. Comparison of the concentrations measured after up to 30 days of freezing with those obtained before freezing showed no substantial loss of potency. Sample A, which was refrozen, thawed and assayed at each time interval, showed no loss of potency. In comparing concentrations measured on day 17 with those measured on days 4, 7, 10, 24 and 30, it is clear that some error occurred in the analytical procedure. The source of this error was impossible to determine but, in view of all other results, it appears that Adriamycin is stable for at least 30 days when frozen.

The filtered samples showed no loss of potency from the filtration process.

### Conclusions

Reconstituted solutions of Adriamycin were stable for up to six months when refrigerated and for up to 30 days when

Table 1. Stability of Refrigerated 2-mg/ml Adriamycin Solution

| Sampling Time | Doxorubicin Hydrochloride | | |
|---|---|---|---|
| | Peak Height (cm) | Conc. (mg/ml)[a] | Potency (%)[b] |
| 0 | 24.4 | 2.13 | 106.5 |
| 1 day | 24.0 | 2.09 | 104.5 |
| 1 mo | 24.2 | 2.11 | 105.0 |
| 6 mo | 22.0 | 1.92 | 96.0 |
| 1 yr | 14.7 | 1.24 | 64.2 |

[a] Based on peak heights.
[b] Expressed as percent of estimated doxorubicin hydrochloride solution—2 mg/ml.



Figure 1. Absorbance spectrum of a solution containing approximately 2.5 μg of adriamycinone (a), 6 μg of adriamycinol (b), and 10 μg of doxorubicin hydrochloride (c); measured at 254 nm with 0.1 AUFS (absorbance units full scale)



Figure 2. Absorbance spectrum of 2-mg/ml solution of Adriamycin after six months of refrigeration; measured at 254 nm with 0.02 AUFS (absorbance units full scale)

Doxorubicin hydrochloride

Table 2. Stability of Frozen 2-mg/ml Adriamycin Solution

| Sampling Time (days) | Adriamycin Samples | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | A | | B | | C | | D | | E | |
| | Peak Height (cm) | Conc. (mg/ml)[a] | Peak Height (cm) | Conc. (mg/ml) | Peak Height (cm) | Conc. (mg/ml) | Peak Height (cm) | Conc. (mg/ml) | Peak Height (cm) | Conc. (mg/ml) |
| 0 | 24.1 | 2.10 | 25.5 | 2.22 | 24.9 | 2.17 | 23.3 | 2.03 | 21.1 | 1.85 |
| 4 | 24.8 | 2.16 | | | | | | | | |
| 7 | 22.2 | 1.94 | 22.3 | 2.03 | | | | | | |
| 10 | 24.5 | 2.14 | | | 24.8 | 2.16 | | | | |
| 17 | 20.8 | 1.82 | | | | | 19.5 | 1.70 | | |
| 24 | 23.9 | 2.09 | | | | | | | 23.8 | 2.08 |
| 30 | 23.7 | 2.09 | | | | | | | | |

[a] Concentrations based on peak heights.

frozen, showing no substantial loss of potency. Although not recommended, frozen solutions probably could be refrozen and remain stable.

Based on the data presented, we believe that the stability of Adriamycin solution is such that advance preparation and refrigeration or freezing is feasible, an important consideration when antineoplastic agents are a sizable portion of the admixture program's workload. Cost savings can be realized by using the larger package size (obtained at a lower unit price) as a multidose vial and storing the remaining drug for later use. Filtration of stored solutions with a sterile 0.22-$\mu$m filter just before use will assure sterility without loss of drug.

References

1. Zunino F, Gambetta R, DiMarco A et al: Interaction of daunomycin and its derivatives with DNA, *Biochim Biophys Acta* 277:489–498 (Sep) 1972.
2. Meriwether WD and Bachur NR: Inhibition of DNA and RNA metabolism by daunorubicin and adriamycin in L-1210 mouse leukemia. *Cancer Res* 32:1137–1142 (Jun) 1972.
3. O'Bryan RM, Luce JK, Talley RW et al: Phase ii evaluation of adriamycin in human neoplasia, *Cancer* 32:1–8 (Jul) 1973.
4. Tan C, EtCubanas E, Wollner N et al: Adriamycin—an antitumor antibiotic in the treatment of neoplastic diseases, *Cancer* 32:9–17 (Jul) 1973.
5. Bonadonna G, Monfardini S, DeLena M et al: Clinical trials with adriamycin, results of three year's study, *In* Carter SK, DiMarco A, Ghione M et al (eds): International symposium on adriamycin, Springer-Verlag, New York, 1972, p 139.
6. Hoffman DM and Tozzi W: Automated reconstitution procedure to support a high volume decentralized i.v. admixture program, *Am J IV Ther* 5:21–25 (May) 1978.
7. Anon: Adriamycin (package insert), Adria Laboratories, Inc., Columbus, OH (Oct) 1977.
8. Mancini F (Mount Edison USA, Inc., New York): Personal communication (Jul 11) 1979.
9. Rahn P (Pharmaceutical Applications Laboratories, Waters Associates, Milford, MA): Personal communication (Feb 2) 1979.
10. Takanashi S and Bachur NR: New adriamycin (a) and daunorubicin (d) metabolites in human urine, *Proc Am Assoc Cancer Res* 15:76, 1974.

Policies Regarding Classified Advertising

Classified advertising is accepted in the following categories: Positions Open; Positions Wanted; Training Programs (such as for pharmacy residents and supportive personnel); and Used Equipment.

Only those employers who will not discriminate on the basis of race, sex, religion, age, color or national origin should submit personnel advertising. Ads should include the statement, "Equal Opportunity Employer."

The deadline for receipt of final copy for insertions and cancellations is the 28th of the month two months before the month of publication. Copy must be typewritten, double-spaced and submitted in duplicate. Telephone orders will not be accepted. Payment or organizational purchase order must accompany orders.

The rate is 65¢ per word. Each word is counted separately, regardless of length. Two consecutive initials, each abbreviation and numerals of up to five digits count as a separate word (e.g., Zip Code counts as one word; telephone number including area code counts as two words). The minimum charge for any advertisement is $10.00. Box service for a blind advertisement is available at an additional charge of $6.50.

The minimum size for display advertisements is a quarter page, available at a rate of $300.00. This size ad is available only for personnel openings and training programs. (No agency or cash discounts are extended for classified advertising or quarter-page ads.)

Insertions, accompanied by payment or organizational purchase order, should be sent to: Editorial Assistant, American Journal of Hospital Pharmacy, 4630 Montgomery Avenue, Washington, DC 20014.