# EXHIBIT M

Case 1:04-cv-00833-KAJ    Document 257-14    Filed 06/27/2006    Page 1 of 2

# REDACTED