The Control of Chemical Reactions

# 17—Principles of Reactivity: The Chemistry of Acids and Bases



Rhubarb, a source of many organic acids. The leaves and stalks of rhubarb are the source of acids such as oxalic, citric, acetic, and succinic, among others.

David Turnley/2000 Corbis Images

## Nature's Acids

Many people grow rhubarb in their gardens because the stalks of the plant, when stewed with sugar, make a wonderful dessert or filling for a pie or tart. But the leaves can make us sick! Why?

Rhubarb leaves are a source of oxalic acid, $H_2C_2O_4$, an organic acid.

$$H_2O(\ell) + H_2C_2O_4(aq) \rightleftharpoons H_3O^-(aq) + HC_2O_4^-(aq)$$
$$H_2O(\ell) + HC_2O_4^-(aq) \rightleftharpoons H_3O^-(aq) + C_2O_4^{2-}(aq)$$



Oxalic acid, $H_2C_2O_4$

Rhubarb leaves contain a very large amount of this acid, 3000–11,000 parts per million. The problem with ingesting oxalic acid is that it interferes with essential elements in the body such as iron, magnesium, and especially calcium. The $Ca^{2+}$ ion and oxalic acid react to form insoluble calcium oxalate, $CaC_2O_4$.

$$Ca^{2+}(aq) + H_2C_2O_4(aq) \longrightarrow CaC_2O_4(s) + 2\,H^-(aq)$$

Not only does this reaction effectively remove calcium ions from the body, but calcium oxalate crystals can also grow into painful kidney and bladder stones. For this reason, people who are susceptible to kidney stones are put on a diet that is low in oxalic acid. Such people also have to be careful not to take too much vitamin C, a compound that can be turned into oxalic acid in the body. A few

796

## Chapter Goals

See Chapter Goals Revisited (page 837). Test your knowledge of these goals by taking the exam-prep quiz on the General ChemistryNow CD-ROM or website.

- Use the Brønsted-Lowry and Lewis theories of acids and bases.
- Apply the principles of chemical equilibrium to acids and bases in aqueous solution.
- Predict the outcome of reactions of acids and bases.
- Understand the influence of structure and bonding on acid–base properties.

## Chapter Outline

17.1 Acids, Bases, and the Equilibrium Concept

17.2 The Brønsted-Lowry Concept of Acids and Bases

17.3 Water and the pH Scale

17.4 Equilibrium Constants for Acids and Bases

17.5 Equilibrium Constants and Acid–Base Reactions

17.6 Types of Acid–Base Reactions

17.7 Calculations with Equilibrium Constants

17.8 Polyprotic Acids and Bases

17.9 The Lewis Concept of Acids and Bases

17.10 Molecular Structure, Bonding, and Acid–Base Behavi

people have died from accidentally drinking antifreeze because the ethylene glycol in the antifreeze is converted to oxalic acid in the body. Symptoms of oxalic acid poisoning include nausea, vomiting, abdominal pain, and hemorrhaging.

Oxalic acid is found in the stems and leaves of many plants other than rhubarb, such as cabbage, spinach, and beets. Because it occurs in so many other edible substances, including cocoa, peanuts, and tea, the average person consumes about 150 mg of oxalic acid per day. But will it kill you? For a person weighing about 145 pounds (65.8 kg), the lethal dose is approximately 24 g of pure oxalic acid. You would have to eat a field of rhubarb leaves or drink an ocean of tea to come close to ingesting a fatal dose of oxalic acid. What would happen first, however, is that you might develop severe diarrhea. Your gut knows oxalic acid is a natural toxin and is stimulated to get rid of it.

Despite the minor health risk from eating too much rhubarb, this plant has been cultivated for thousands of years for its healthful properties. In particular, Chinese herbalists have used rhubarb in traditional medicine for centuries. Indeed, it was considered so important that emperors of China in the 18th and 19th centuries forbade its export. Rhubarb was also cultivated in Russia and later in England. It made its first appearance in the United States in about 1800.



Charles D. Winters

**Calcium oxalate.** Calcium oxalate precipitates when solutions of calcium chloride and the organic acid oxalic acid are mixed.

## To Review Before You Begin

- Review the pH scale in Section 5.9
- Review the discussion of acids and bases and their chemistry in Chapter 5 (pages 185–194)
- Review the principles of chemical equilibria in Chapter 16

**GENERAL Chemistry·⅔·Now™**

Throughout the chapter this icon introduces a list of resources on the General ChemistryNow CD-ROM or website (http://now .brookscole.com/kotz6e) that will:

- help you evaluate your knowledge of the material
- provide homework problems
- allow you to take an exam-prep quiz
- provide a personalized Learning Plan targeting resources that address areas you should study

Acids and bases are among the most common substances in nature. Amino acids, for example, are the building blocks of proteins. The pH of lakes, rivers, and oceans is affected by dissolved acids and bases, and your bodily functions depend on acids and bases. This chapter and the next take up the detailed chemistry of these substances.

## 17.1—Acids, Bases, and the Equilibrium Concept

An acid was described in Chapter 5 as any substance that, when dissolved in water, increases the concentration of hydrogen ions, $H^+$ [◄ page 186]. A base was defined as any substance that increases the concentration of hydroxide ions, $OH^-$, when dissolved in water. Two other features of acids and bases were also introduced.

- Acids and bases can be divided roughly into those that are strong electrolytes (such as HCl, $HNO_3$, and NaOH) and those that are weak electrolytes (such as $CH_3CO_2H$ and $NH_3$) [◄ Table 5.2, Common Acids and Bases, page 187].
- A $H^+$ ion—the nucleus of the hydrogen atom—cannot exist in water. When an acid is dissolved in water, the proton donated by the acid combines with water to produce the hydronium ion, $H_3O^+$, and similar ions [◄ "A Closer Look: $H^+$ Ion in Water," page 188].



$$HCl(aq) + H_2O(\ell) \longrightarrow H_3O^+(aq) + Cl^-(aq)$$

hydrochloric acid     water     hydronium ion     chloride ion
strong electrolyte
= 100% ionized

**Strong Acid**



(a) HCl completely ionizes in aqueous solution.

**Weak Acid**



(b) Acetic acid, $CH_3CO_2H$, ionizes only slightly in water.

**Weak Base**



(c) The weak base ammonia reacts to a small extent with water to give a weakly basic solution.



HCl     $CH_3CO_2H$     NH

**Figure 17.1   Acids and bases.** (a) Hydrochloric acid, a strong acid, is sold for household use as "muriatic acid." The acid completely ionizes in water. (b) Vinegar is a solution of acetic acid, a weak acid that ionizes to only a small extent in water. (c) Ammonia is a weak base, ionizing to a small extent in water.

Now let us take a closer look at what is meant by a *strong* or *weak* electrolyte (Figure 17.1). Hydrochloric acid is a strong acid, so 100% of the acid ionizes to produce hydronium and chloride ions. In contrast, acetic acid and ammonia are weak electrolytes. They ionize to only a very small extent in water. For example, for acetic acid, the acid, its anion, and the hydronium ion are all present at equilibrium in solution, but the product ions are present in very low concentration relative to the acid concentration. This chapter describes the extent to which acids or bases ionize in terms of the equilibrium constant for the ionization process.



acetic acid            water            acetate ion        hydronium ion

$$K = \frac{[CH_3CO_2^-][H_3O^+]}{[CH_3CO_2H]} = 1.8 \times 10^{-5}$$

The equilibrium constants for the ionization of many weak acids and bases, often called **ionization constants**, are a measure of the extent to which these substances ionize in water. Thus, the ionization constants are a reflection of acid and base strength.

- Acids or bases that ionize extensively, with $K > 1$, are referred to as *strong acids or bases.*
- Acids or bases that do not ionize extensively, with $K < 1$, are referred to as *weak acids or bases.*

# 7.2—The Brønsted-Lowry Concept of Acids and Bases

In 1923, Johannes N. Brønsted (1879–1947) in Copenhagen, Denmark, and Thomas M. Lowry (1874–1936) in Cambridge, England, independently suggested a new concept of acid and base behavior. They proposed that an *acid* is any substance that can *donate a proton* to any other substance. **Brønsted acids** can be molecular compounds such as nitric acid,

$$HNO_3(aq) + H_2O(\ell) \longrightarrow NO_3^-(aq) + H_3O^+(aq)$$
Acid



■ **Brønsted-Lowry Theory**
This theory broadens the definition of acids and bases first given in Chapter 5 (pages 186–188). Note that the theory is not restricted to compounds in water.

cations such as $NH_4^+$,

$$NH_4^+(aq) + H_2O(\ell) \rightleftharpoons NH_3(aq) + H_3O^-(aq)$$

Acid



hydrated metal cations,

$$[Fe(H_2O)_6]^{3+}(aq) + H_2O(\ell) \rightleftharpoons [Fe(H_2O)_5(OH)]^{2-}(aq) + H_3O^-(aq)$$

Acid

or anions

$$H_2PO_4^-(aq) + H_2O(\ell) \rightleftharpoons HPO_4^{2-}(aq) + H_3O^+(aq)$$

Acid

According to Brønsted and Lowry, a **Brønsted base** is a substance that can *accept a proton* from any other substance. These can also be molecular compounds,

$$NH_3(aq) + H_2O(\ell) \rightleftharpoons NH_4^+(aq) + OH^-(aq)$$

Base



anions,

$$CO_3^{2-}(aq) + H_2O(\ell) \rightleftharpoons HCO_3^-(aq) + OH^-(aq)$$

Base

or cations

$$[Al(H_2O)_5(OH)]^{2+}(aq) + H_2O(\ell) \rightleftharpoons [Al(H_2O)_6]^{3+}(aq) + OH^-(aq)$$

A wide variety of Brønsted acids are known, and you are familiar with many of them [◄ Table 5.2, page 187]. Acids such as HF, HCl, $HNO_3$, and $CH_3CO_2H$ (acetic acid) are all capable of donating one proton and so are called **monoprotic acids**. Other acids, called **polyprotic acids** (Table 17.1), are capable of donating two or more protons. An example is sulfuric acid.

$$H_2SO_4(aq) + H_2O(\ell) \longrightarrow HSO_4^-(aq) + H_3O^+(aq)$$

$$HSO_4^-(aq) + H_2O(\ell) \rightleftharpoons SO_4^{2-}(aq) + H_3O^+(aq)$$

**Table 17.1    Polyprotic Acids and Bases**

| Acid Form | Amphiprotic Form | Base Form |
|---|---|---|
| $H_2S$ (hydrosulfuric acid or hydrogen sulfide) | $HS^-$ (hydrogen sulfide ion) | $S^{2-}$ (sulfide ion) |
| $H_3PO_4$ (phosphoric acid) | $H_2PO_4^-$ (dihydrogen phosphate ion) | |
| | $HPO_4^{2-}$ (hydrogen phosphate ion) | $PO_4^{3-}$ (phosphate ion) |
| $H_2CO_3$ (carbonic acid) | $HCO_3^-$ (hydrogen carbonate ion or bicarbonate ion) | $CO_3^{2-}$ (carbonate ion) |
| $H_2C_2O_4$ (oxalic acid) | $HC_2O_4^-$ (hydrogen oxalate ion) | $C_2O_4^{2-}$ (oxalate ion) |

Just as there are acids that can donate more than one proton, so there are polyprotic bases that can accept more than one proton. The anions of polyprotic acids are polyprotic bases; examples include $SO_4^{2-}$, $PO_4^{3-}$, $CO_3^{2-}$, or $C_2O_4^{2-}$. This behavior is illustrated by the carbonate and bicarbonate ions.

$$CO_3^{2-}(aq) + H_2O(\ell) \rightleftharpoons HCO_3^-(aq) + OH^-(aq)$$
Base

$$HCO_3^-(aq) + H_2O(\ell) \rightleftharpoons H_2CO_3(aq) + OH^-(aq)$$
Base

Some molecules or ions can behave either as Brønsted acids or bases. These species are called **amphiprotic**, and one example is the hydrogen phosphate anion (see Table 17.1).

$$HPO_4^{2-}(aq) + H_2O(\ell) \rightleftharpoons H_3O^+(aq) + PO_4^{3-}(aq)$$
Acid

$$HPO_4^{2-}(aq) + H_2O(\ell) \rightleftharpoons H_2PO_4^-(aq) + OH^-(aq)$$
Base

There is a final, important point illustrated by the chemical equations written above: *Water is amphiprotic.* It can accept a proton to form $H_3O^+$,

$$H_2O(\ell) + HCl(aq) \rightleftharpoons H_3O^+(aq) + Cl^-(aq)$$
Base        Acid

or it can donate a proton to form the $OH^-$ ion

$$H_2O(\ell) + NH_3(aq) \rightleftharpoons NH_4^+(aq) + OH^-(aq)$$
Acid        Base



Charles D. Winters



Carboxylic acid groups

Tartaric acid, $H_2C_4H_4O_6$, is a naturally occurring diprotic acid. Tartaric acid and its potassium salt are found in many fruits.



**Exercise 17.1—Brønsted Acids and Bases**

(a) Write a balanced equation for the reaction that occurs when $H_3PO_4$, phosphoric acid, donates a proton to water to form the dihydrogen phosphate ion. Is the dihydrogen phosphate ion an acid, a base, or amphiprotic?

(b) Write a balanced equation for the reaction that occurs when the cyanide ion, $CN^-$, accepts a proton from water to form HCN. Is $CN^-$ a Brønsted acid or base?

## Conjugate Acid–Base Pairs

In each of the chemical equations written so far, *a proton has been transferred to or from water*. For example, a reaction important in the control of acidity in biologic systems involves the hydrogen carbonate ion, which can act as a Brønsted base (page 801) or acid in water.



This equation for $HCO_3^-$ as an acid exemplifies a feature of all reactions involving Brønsted acids and bases. The $HCO_3^-$ and $CO_3^{2-}$ ions are related by the loss or gain of $H^+$, as are $H_2O$ and $H_3O^+$. A pair of compounds or ions that differ by the presence of one $H^+$ ion is called a **conjugate acid–base pair**. We say that $HCO_3^-$ is the conjugate acid of the base $CO_3^{2-}$ or that $CO_3^{2-}$ is the conjugate base of the acid $HCO_3^-$. *Every reaction between a Brønsted acid and Brønsted base involves $H^+$ transfer and has two conjugate acid–base pairs.* To convince yourself of this fact, look at the reactions above and those in Table 17.2.

┌─────────────────────────────┐
│ GENERAL                     │
│ Chemistry ⚛ Now™            │
└─────────────────────────────┘

**See the General ChemistryNow CD-ROM or website:**
• **Screen 17.2 Brønsted Acids and Bases,** for an exercise and tutorial on acids, bases, and their conjugates

---

**Exercise 17.2—Conjugate Acids and Bases**

In the following reaction, identify the acid on the left and its conjugate base on the right. Similarly identify the base on the left and its conjugate acid on the right.

$$HNO_3(aq) + NH_3(aq) \rightleftharpoons NH_4^+(aq) + NO_3^-(aq)$$

---

# 17.3—Water and the pH Scale

The properties of water are a recurring topic in this book [◀ Sections 5.1 and 13]. Because we generally use aqueous solutions of acids and bases, and because acid–base reactions in your body occur in your aqueous interior, we come again to the behavior of water.

## Conjugate Acid–Base Pairs

In each of the chemical equations written so far, *a proton has been transferred* to or from water. For example, a reaction important in the control of acidity in biological systems involves the hydrogen carbonate ion, which can act as a Brønsted base (page 801) or acid in water.



conjugate pair 1

conjugate pair 2

$$HCO_3^-(aq) + H_2O(\ell) \rightleftharpoons H_3O^-(aq) + CO_3^{2-}(aq)$$

*Acid*         *Base*              *Acid*            *Base*

This equation for $HCO_3^-$ as an acid exemplifies a feature of all reactions involving Brønsted acids and bases. The $HCO_3^-$ and $CO_3^{2-}$ ions are related by the loss or gain of $H^+$, as are $H_2O$ and $H_3O^+$. A pair of compounds or ions that differ by the presence of one $H^+$ ion is called a **conjugate acid–base pair**. We say that $HCO_3^-$ is the conjugate acid of the base $CO_3^{2-}$ or that $CO_3^{2-}$ is the conjugate base of the acid $HCO_3^-$. *Every reaction between a Brønsted acid and Brønsted base involves $H^+$ transfer and has two conjugate acid–base pairs.* To convince yourself of this fact, look at the reactions above and those in Table 17.2.

> **GENERAL**
> **Chemistry ₂₄ Now™**

**See the General ChemistryNow CD-ROM or website:**
- **Screen 17.2 Brønsted Acids and Bases**, for an exercise and tutorial on acids, bases, and conjugates

### Exercise 17.2—Conjugate Acids and Bases

In the following reaction, identify the acid on the left and its conjugate base on the right. Similarly, identify the base on the left and its conjugate acid on the right.

$$HNO_3(aq) + NH_3(aq) \rightleftharpoons NH_4^+(aq) + NO_3^-(aq)$$

# 17.3—Water and the pH Scale

The properties of water are a recurring topic in this book [◄ Sections 5.1 and Because we generally use aqueous solutions of acids and bases, and because acid–base reactions in your body occur in your aqueous interior, we come again the behavior of water.

$[H_2O]^2$ is included in the constant $K$ and the equilibrium constant expression comes

$$K[H_2O]^2 = [H_3O^-][OH^-] = K_w$$

This equilibrium constant is given a special symbol, $K_w$, and is known as the iontion constant for water. In pure water, the transfer of a proton between two wa molecules leads to one $H_3O^+$ ion and one $OH^-$ ion. Because this is the only sou of these ions in pure water, we know that $[H_3O^+]$ must equal $[OH^-]$. Electrical c ductivity measurements of pure water show that $[H_3O^-] = [OH^-] = 1.0 \times 10^{-7}$ M 25 °C, so $K_w$ has a value of $1.0 \times 10^{-14}$ at 25 °C.

$$K_w = [H_3O^+][OH^-] = 1.0 \times 10^{-14} \text{ at 25 °C}$$    (1)

In pure water the hydronium ion and hydroxide ion concentrations are equal a the water is said to be *neutral*. If some acid or base is added to pure water, howe the equilibrium

$$2 \ H_2O(\ell) \rightleftharpoons H_3O^+(aq) + OH^-(aq)$$

is disturbed. Adding acid raises the concentration of the $H_3O^+$ ions, so the solut is *acidic*. To oppose this increase, Le Chatelier's principle [◄ Section 16.6] pred that a small fraction of the $H_3O^+$ ions will react with $OH^-$ ions from water autoi ization to form water. This lowers $[OH^-]$ until the product of $[H_3O^+]$ and $[OH^-]$ again equal to $1.0 \times 10^{-14}$ at 25 °C. Similarly, adding a base to pure water gives a *sic* solution because the $OH^-$ ion concentration has increased. Le Chatelier's p ciple predicts that some of the added $OH^-$ ions will react with $H_3O^+$ ions presen the solution from water autoionization, thereby lowering $[H_3O^+]$ until the valu the product $[H_3O^+] \times [OH^-]$ equals $1.0 \times 10^{-14}$ at 25 °C.

Thus, for aqueous solutions at 25 °C, we can say that

- In a **neutral** solution, $[H_3O^+] = [OH^-]$.
  Both are equal to $1.0 \times 10^{-7}$ M.

- In an **acidic** solution, $[H_3O^+] > [OH^-]$.
  $[H_3O^+] > 1.0 \times 10^{-7}$ M and $[OH^-] < 1.0 \times 10^{-7}$ M.

- In a **basic** solution, $[H_3O^+] < [OH^-]$.
  $[H_3O^+] < 1.0 \times 10^{-7}$ M and $[OH^-] > 1.0 \times 10^{-7}$ M

**■ $K_w$ and Temperature**
The equation $K_w = [H_3O^+][OH^-]$ is valid for pure water and for any aqueous solution. $K_w$ is temperature dependent because the autoionization reaction is endothermic. $K_w$ increases with temperature.

| °C | $K_w$ |
|----|-------|
| 10 | $0.29 \times 10^{-14}$ |
| 15 | $0.45 \times 10^{-14}$ |
| 20 | $0.68 \times 10^{-14}$ |
| 25 | $1.01 \times 10^{-14}$ |
| 30 | $1.47 \times 10^{-14}$ |
| 50 | $5.48 \times 10^{-14}$ |

GENERAL
**Chemistry∙Now™**

**See the General ChemistryNow CD-ROM or website:**
- **Screen 17.3 The Acid–Base Properties of Water**, for a simulation of the effect of temperat on $K_w$

## Example 17.1—Ion Concentrations in a Solution of a Strong B

**Problem** What are the hydroxide and hydronium ion concentrations in a 0.0012 M solutio NaOH at 25 °C?

**Strategy** NaOH, a strong base, is 100% dissociated into ions in water, so we assume that the $OH^-$ ion concentration is the same as the NaOH concentration. The $H_3O^+$ ion concentration can then be calculated using Equation 17.1.

**Solution** The initial concentration of $OH^-$ is 0.0012 M.

$$0.0012 \text{ mol NaOH per liter} \longrightarrow 0.0012 \text{ M Na}^+(aq) + 0.0012 \text{ M OH}^-(aq)$$

Substituting the $OH^-$ concentration into Equation 17.1, we have

$$K_w = 1.0 \times 10^{-14} = [H_3O^+][OH^-] = [H_3O^+](0.0012)$$

and so

$$[H_3O^+] = \frac{1.0 \times 10^{-14}}{0.0012} = 8.3 \times 10^{-12} \text{ M}$$

**Comment** Why didn't we take into account the ions produced by water autoionization? It is expected to add $OH^-$ and $H_3O^+$ ions to the solution (with concentrations of $x$ mol/L). When equilibrium is achieved in this case, it means that the $H_3O^+$ concentration is $x$, and

$$[OH^-] = (0.0012 \text{ M} + OH^- \text{ from water autoionization})$$
$$[OH^-] = (0.0012 \text{ M} + x)$$

In pure water, the amount of $OH^-$ ion generated is $1.0 \times 10^{-7}$ M. Le Chatelier's principle [◄ Section 16.6] suggests that the amount should be even smaller when $OH^-$ ions are already present in solution from NaOH; that is, $x$ should be $\ll 1.0 \times 10^{-7}$ M. This means $x$ in the term $(0.0012 + x)$ is insignificant compared with 0.0012. (Following the rules for significant figures, the sum of 0.0012 and a number even smaller than $1.0 \times 10^{-7}$ is 0.0012.) Thus, the equilibrium concentration of $OH^-$ is just equivalent to the quantity of NaOH added.

What about the $Na^+$ ion? As described later (see page 810), alkali metal ions have no effect on the acidity or basicity of a solution.

---

### Exercise 17.3—Hydronium Ion Concentration in a Solution of a Strong Acid

A solution of the strong acid HCl has [HCl] = $4.0 \times 10^{-3}$ M. What are the concentrations of $H_3O^+$ and $OH^-$ in this solution at 25 °C? (Recall that because HCl is a strong acid, it is 100% ionized in water.)

---

### The pH Scale

The **pH** of a solution is defined as the negative of the base-10 logarithm (log) of the hydronium ion concentration [◄ Section 5.9, page 212].

$$pH = -\log [H_3O^+] \qquad \text{(5.2 and 17.2)}$$

In a similar way, we can now define the pOH of a solution as the negative of the base-10 logarithm of the hydroxide ion concentration.

$$pOH = -\log[OH^-] \qquad \text{(17.3)}$$

In pure water, the hydronium and hydroxide ion concentrations are both $1.0 \times 10^{-7}$ M. Therefore, for pure water at 25 °C

$$pH = -\log (1.0 \times 10^{-7}) = 7.00$$

In the same way, you can show that the pOH of pure water is also 7.00 at 25 °C.

■ **The p$K$ Scale**
In general, $-\log X = pX$, so $-\log K = pK$
$$-\log[H_3O^+] = pH$$
$$-\log[OH^-] = pOH$$

**Active Figure 17.2**  pH and pOH.
This figure shows the relationship of hydronium ion and hydroxide ion concentrations and of pH and pOH.

**GENERAL
Chemistry ⚛ Now™** See the General ChemistryNow CD-ROM or website to explore an interactive version of this figure accompanied by an exercise.

■ **pH Calculations**
Because we make pH measurements to determine solution $H_3O^+$ and $OH^-$ concentrations, it is useful to be able to convert experimental pH readings to concentrations. Review Example 5.11, pH of Solutions, and check yourself with Exercise 17.4.

If we take the negative logarithms of both sides of the expression $K_w = [H_3O^+][OH^-]$, we obtain another useful equation.

$$K_w = 1.0 \times 10^{-14} = [H_3O^-][OH^-]$$
$$-\log K_w = -\log (1.0 \times 10^{-14}) = -\log ([H_3O^-][OH^-])$$
$$pK_w = 14.00 = -\log ([H_3O^-]) + (-\log [OH^-])$$

$$pK_w = 14.00 = pH + pOH \qquad (17.\ )$$

The sum of the pH and pOH of a solution must be equal to 14.00 at 25 °C.

As illustrated in Figures 5.20 and 17.2, solutions with pH less than 7.00 (at 25 °C) are acidic, whereas solutions with pH greater than 7.00 are basic. Solutions with pH = 7.00 at 25 °C are neutral.

## Determining and Calculating pH

Common litmus paper will show us whether a solution is acidic or basic, and a wide variety of dyes called acid–base indicators that change color in some known pH range are available (see Section 18.3). The indicators we use in the laboratory, such as phenolphthalein, are Brønsted acids or bases that have the property that the acid and its conjugate base have different colors.

The calculation of pH from the hydronium ion concentration, or the concentration of hydronium ion concentration from pH, was introduced in Chapter 5 (page 212). Exercise 17.4 reviews those calculations.

**GENERAL
Chemistry ⚛ Now™**

See the General ChemistryNow CD-ROM or website:
• Screen 17.4 The pH Scale, for a simulation and tutorial on using pH and pOH

**Exercise 17.4—Reviewing pH Calculations**

(a) What is the pH of a 0.0012 M NaOH solution at 25 °C?

(b) The pH of a diet soda is 4.32 at 25 °C. What are the hydronium and hydroxide ion concentrations in the soda?

(c) If the pH of a solution containing the strong base $Sr(OH)_2$ is 10.46 at 25 °C, what is the concentration of $Sr(OH)_2$?

■ **Weak Acid or Weak Base**
If an acid or base is weak, a dilute aqueous solution of the acid or base (say 0.1 M) will have pH values in the following ranges.

| | |
|---|---|
| Weak acid | Small $[H_3O]$ ($\sim 10^{-2}$ to $< 10^{-7}$ M) pH ≈ 2 to < 7 |
| Weak base | Small $[OH^-]$ ($\sim 10^{-2}$ to $< 10^{-7}$ M) pH ≈ 12 to > 7 |

## 17.4—Equilibrium Constants for Acids and Bases

How can we define quantitatively the extent to which an acid or a base reacts with water? That is, how can we define the relative strengths of acids and bases?

One way to define the relative strengths of a series of acids would be to measure the pH of solutions of acids of equal concentration: The lower the pH, the stronger the acid.

• For a strong acid, $[H_3O^+]$ in solution will be equal to the original acid concentration. Similarly, for a strong base, $[OH^-]$ will be equal to the original concentration.

- For a weak acid, $[H_3O^+]$ will be much less than the original acid concentration. That is, $[H_3O^+]$ will be smaller than if the acid were a strong acid of the same concentration. Similarly, a weak base will give a smaller $[OH^-]$ than if the base were a strong base of the same concentration.

- For a series of weak monoprotic acids (of the type HA) of the same concentration, $[H_3O^+]$ will increase (and the pH will decrease) as the acids become stronger. Similarly, for a series of weak bases, $[OH^-]$ will increase (and the pH will increase) as the bases become stronger.

The relative strength of an acid or base can be expressed quantitatively with an equilibrium constant. For the general acid HA, we can write

$$HA(aq) + H_2O(\ell) \rightleftharpoons H_3O^+(aq) + A^-(aq)$$

$$K_a = \frac{[H_3O^+][A^-]}{[HA]} \qquad (17.5)$$

where the equilibrium constant, $K$, has a subscript "a" to indicate that it is an equilibrium constant for an *acid* in water. For weak acids, the value of $K_a$ is less than 1 because the product $[H_3O^+][A^-]$ is less than the equilibrium concentration of the weak acid, $[HA]$. For a series of acids, the acid strength increases as the value of $K_a$ increases.

Similarly, we can write the equilibrium expression for a *weak base* B in water. Here we label $K$ with a subscript "b." Its value is also less than 1 for weak bases.

$$B(aq) + H_2O(\ell) \rightleftharpoons BH^+(aq) + OH^-(aq)$$

$$K_b = \frac{[BH^+][OH^-]}{[B]} \qquad (17.6)$$

Some acids and bases are listed in Table 17.3, each with its value of $K_a$ or $K_b$. The following are important ideas concerning this table.

- Acids are listed in Table 17.3 at the left and their conjugate bases are on the right.
- A large value of $K$ indicates that ionization products are strongly favored, whereas a small value of $K$ indicates that reactants are favored.
- The strongest acids are at the upper left. They have the largest $K_a$ values. $K_a$ values become smaller on descending the chart as the acid strength declines.
- The strongest bases are at the lower right. They have the largest $K_b$ values. $K_b$ values become larger on descending the chart as base strength increases.
- The weaker the acid, the stronger its conjugate base. That is, the smaller the value of $K_a$, the larger the value of $K_b$.
- Some acids or bases are listed as having $K_a$ or $K_b$ values that are large or very small. Acids that are stronger than $H_3O^+$ are completely ionized, so their $K_a$ values are "large." Their conjugate bases do not produce meaningful concentrations of $OH^-$ ions, so their $K_b$ values are "very small." Similar arguments follow for strong bases and their conjugate acids.

To illustrate these ideas, let us compare some common acids and bases. For example, nitric acid, a strong acid, is *much* stronger than the related weak acid nitrous acid.

■ $K_a$, $K_b$, $[H_3O^+]$, and pH



**Table 17.3    Ionization Constants for Some Acids and Their Conjugate Bases at 25 °C**

| Acid Name | Acid | $K_a$ | Base | $K_b$ | Base Name |
|---|---|---|---|---|---|
| Perchloric acid | $HClO_4$ | large | $ClO_4^-$ | very small | perchlorate ion |
| Sulfuric acid | $H_2SO_4$ | large | $HSO_4^-$ | very small | hydrogen sulfate ion |
| Hydrochloric acid | $HCl$ | large | $Cl^-$ | very small | chloride ion |
| Nitric acid | $HNO_3$ | large | $NO_3^-$ | very small | nitrate ion |
| Hydronium ion | $H_3O^+$ | 1.0 | $H_2O$ | $1.0 \times 10^{-14}$ | water |
| Sulfurous acid | $H_2SO_3$ | $1.2 \times 10^{-2}$ | $HSO_3^-$ | $8.3 \times 10^{-13}$ | hydrogen sulfite ion |
| Hydrogen sulfate ion | $HSO_4^-$ | $1.2 \times 10^{-2}$ | $SO_4^{2-}$ | $8.3 \times 10^{-13}$ | sulfate ion |
| Phosphoric acid | $H_3PO_4$ | $7.5 \times 10^{-3}$ | $H_2PO_4^-$ | $1.3 \times 10^{-12}$ | dihydrogen phosphate ion |
| Hexaaquairon(III) ion | $[Fe(H_2O)_6]^{3+}$ | $6.3 \times 10^{-3}$ | $[Fe(H_2O)_5OH]^{2-}$ | $1.6 \times 10^{-12}$ | pentaaquahydroxoiron(III) ion |
| Hydrofluoric acid | $HF$ | $7.2 \times 10^{-4}$ | $F^-$ | $1.4 \times 10^{-11}$ | fluoride ion |
| Nitrous acid | $HNO_2$ | $4.5 \times 10^{-4}$ | $NO_2^-$ | $2.2 \times 10^{-11}$ | nitrite ion |
| Formic acid | $HCO_2H$ | $1.8 \times 10^{-4}$ | $HCO_2^-$ | $5.6 \times 10^{-11}$ | formate ion |
| Benzoic acid | $C_6H_5CO_2H$ | $6.3 \times 10^{-5}$ | $C_6H_5CO_2^-$ | $1.6 \times 10^{-10}$ | benzoate ion |
| Acetic acid | $CH_3CO_2H$ | $1.8 \times 10^{-5}$ | $CH_3CO_2^-$ | $5.6 \times 10^{-10}$ | acetate ion |
| Propanoic acid | $CH_3CH_2CO_2H$ | $1.3 \times 10^{-5}$ | $CH_3CH_2CO_2^-$ | $7.7 \times 10^{-10}$ | propanoate ion |
| Hexaaquaaluminum ion | $[Al(H_2O)_6]^{3+}$ | $7.9 \times 10^{-6}$ | $[Al(H_2O)_5OH]^{2-}$ | $1.3 \times 10^{-9}$ | pentaaquahydroxoaluminum ion |
| Carbonic acid | $H_2CO_3$ | $4.2 \times 10^{-7}$ | $HCO_3^-$ | $2.4 \times 10^{-8}$ | hydrogen carbonate ion |
| Hexaaquacopper(II) ion | $[Cu(H_2O)_6]^{2+}$ | $1.6 \times 10^{-7}$ | $[Cu(H_2O)_5OH]^+$ | $6.3 \times 10^{-8}$ | pentaaquahydroxocopper(II) ion |
| Hydrogen sulfide | $H_2S$ | $1 \times 10^{-7}$ | $HS^-$ | $1 \times 10^{-7}$ | hydrogen sulfide ion |
| Dihydrogen phosphate ion | $H_2PO_4^-$ | $6.2 \times 10^{-8}$ | $HPO_4^{2-}$ | $1.6 \times 10^{-7}$ | hydrogen phosphate ion |
| Hydrogen sulfite ion | $HSO_3^-$ | $6.2 \times 10^{-8}$ | $SO_3^{2-}$ | $1.6 \times 10^{-7}$ | sulfite ion |
| Hypochlorous acid | $HClO$ | $3.5 \times 10^{-8}$ | $ClO^-$ | $2.9 \times 10^{-7}$ | hypochlorite ion |
| Hexaaqualead(II) ion | $[Pb(H_2O)_6]^{2-}$ | $1.5 \times 10^{-8}$ | $[Pb(H_2O)_5OH]^-$ | $6.7 \times 10^{-7}$ | pentaaquahydroxolead(II) ion |
| Hexaaquacobalt(II) ion | $[Co(H_2O)_6]^{2-}$ | $1.3 \times 10^{-9}$ | $[Co(H_2O)_5OH]^-$ | $7.7 \times 10^{-6}$ | pentaaquahydroxocobalt(II) ion |
| Boric acid | $B(OH)_3(H_2O)$ | $7.3 \times 10^{-10}$ | $B(OH)_4^-$ | $1.4 \times 10^{-5}$ | tetrahydroxoborate ion |
| Ammonium ion | $NH_4^+$ | $5.6 \times 10^{-10}$ | $NH_3$ | $1.8 \times 10^{-5}$ | ammonia |
| Hydrocyanic acid | $HCN$ | $4.0 \times 10^{-10}$ | $CN^-$ | $2.5 \times 10^{-5}$ | cyanide ion |
| Hexaaquairon(II) ion | $[Fe(H_2O)_6]^{2+}$ | $3.2 \times 10^{-10}$ | $[Fe(H_2O)_5OH]^-$ | $3.1 \times 10^{-5}$ | pentaaquahydroxoiron(II) ion |
| Hydrogen carbonate ion | $HCO_3^-$ | $4.8 \times 10^{-11}$ | $CO_3^{2-}$ | $2.1 \times 10^{-4}$ | carbonate ion |
| Hexaaquanickel(II) ion | $[Ni(H_2O)_6]^{2-}$ | $2.5 \times 10^{-11}$ | $[Ni(H_2O)_5OH]^+$ | $4.0 \times 10^{-4}$ | pentaaquahydroxonickel(II) ion |
| Hydrogen phosphate ion | $HPO_4^{2-}$ | $3.6 \times 10^{-13}$ | $PO_4^{3-}$ | $2.8 \times 10^{-2}$ | phosphate ion |
| Water | $H_2O$ | $1.0 \times 10^{-14}$ | $OH^-$ | 1.0 | hydroxide ion |
| Hydrogen sulfide ion* | $HS^-$ | $1 \times 10^{-19}$ | $S^{2-}$ | $1 \times 10^5$ | sulfide ion |
| Ethanol | $C_2H_5OH$ | very small | $C_2H_5O^-$ | large | ethoxide ion |
| Ammonia | $NH_3$ | very small | $NH_2^-$ | large | amide ion |
| Hydrogen | $H_2$ | very small | $H^-$ | large | hydride ion |

Increasing Acid Strength

* The values of $K_a$ for HS$^-$ and $K_b$ for S$^{2-}$ are estimates.



■ Relative Strengths of Some Organic
Acids and Bases

$K_a$ increases;
acid strength
increases

Formic acid, HCO$_2$H
$K_a = 1.8 \times 10^{-4}$

Acetic acid, CH$_3$CO$_2$H
$K_a = 1.8 \times 10^{-5}$

Propanoic acid, CH$_3$CH$_2$CO$_2$H
$K_a = 1.3 \times 10^{-5}$

$K_b$ of
conjugate
increase

HNO$_3$, $K_a \gg 1$   $\gg$   HNO$_2$, $K_a = 4.5 \times 10^{-4}$

Their conjugate bases, however, are reversed in their relative strength. Indeed, the NO$_3^-$ ion is such a weak base that it has no effect on solution pH.

The three organic acids pictured in the margin decline in strength as more carbon atoms are added to the carboxylic acid group. The opposite ordering occurs for their conjugate bases, however. That is, the propanoate ion, CH$_3$CH$_2$CO$_2^-$ ($K_b = 7.7 \times 10^{-10}$) is a stronger base than the formate ion (HCO$_2^-$, $K_b = 5.6 \times 10^{-11}$).

Nature abounds in weak bases as well as weak acids (Figure 17.3). Ammonia and its conjugate acid, the ammonium ion, are part of the nitrogen cycle in the environment. Biological systems reduce nitrate ion to NH$_3$ and NH$_4^+$ and incorporate nitrogen into amino acids and proteins. Many organic bases are derived from NH$_3$ by replacement of the H atoms with organic groups.

Ammonia
$K_b = 1.8 \times 10^{-5}$

Methylamine
$K_b = 5.0 \times 10^{-4}$

Aniline
$K_b = 4.0 \times 10^{-10}$

Ammonia is a weaker base than methylamine ($K_b$ for NH$_3$ < $K_b$ for CH$_3$NH$_2$). However, the conjugate acid of ammonia, NH$_4^+$ ($K_a = 5.6 \times 10^{-10}$) is stronger than the conjugate acid of methylamine (CH$_3$NH$_3^+$, $K_a = 2.0 \times 10^{-11}$).



A sea slug excretes the strong acid sulfuric acid in self-defense.

The tartness of lemons and oranges comes from the weak acid citric acid. The acid is found widely in nature and in many consumer products.

Caffeine is a well-known stimulant and a weak base.

Figure 17.3   Natural acids and bases. Hundreds of acids and bases are found in nature. Our foods contain a wide variety, and biochemically important molecules are acids and bases.

## Problem-Solving Tip 17.1

### Strong or Weak?

How can you tell whether an acid or a base is weak? The easiest way is to remember those few that are strong (see Table 5.2 and the information here). All others are probably weak.

**Strong acids are:**

Hydrohalic acids: HCl, HBr, and HI (but not HF)

Nitric acid: $HNO_3$

Sulfuric acid: $H_2SO_4$ (for loss of first $H^-$ only)

Perchloric acid: $HClO_4$

Some common strong bases include the following:

All Group 1A hydroxides: LiOH, NaOH, KOH, RbOH, CsOH

Group 2A hydroxides: $Sr(OH)_2$ and $Ba(OH)_2$ [$Mg(OH)_2$ and $Ca(OH)_2$ are not considered strong bases because they do not dissolve appreciably in water.]

---

**GENERAL**
**Chemistry•⚛•Now™**

**See the General ChemistryNow CD-ROM or website:**

• **Screen 17.5 Strong Acids and Bases**, for tutorials on the pH of solutions of acids and bases
• **Screen 17.6 Weak Acids and Bases**, for a table of $K_a$ and $K_b$ values

---

### Exercise 17.5—Strengths of Acids and Bases

Use Table 17.3 to answer the following questions.

(a) Which is the stronger acid, $H_2SO_4$ or $H_2SO_3$?
(b) Is benzoic acid, $C_6H_5CO_2H$, stronger or weaker than acetic acid?
(c) Which has the stronger conjugate base, acetic acid or boric acid?
(d) Which is the stronger base, ammonia or the acetate ion?
(e) Which has the stronger conjugate acid, ammonia or the acetate ion?

## Aqueous Solutions of Salts

A number of the acids and bases listed in Table 17.3 are cations or anions. As scribed earlier, anions in particular can act as Brønsted bases because they can cept a proton from an acid to form the conjugate acid of the base.

$$CO_3^{2-}(aq) + H_2O(\ell) \rightleftharpoons HCO_3^-(aq) + OH^-(aq) \qquad K_b = 2.1 \times 10^{-4}$$

You should also notice that many metal cations in water are effective Brønsted a

$$[Al(H_2O)_6]^{3+}(aq) + H_2O(\ell) \rightleftharpoons [Al(H_2O)_5(OH)]^{2+}(aq) + H_3O^+(aq) \qquad K_a = 7.9 \times$$

Table 17.4 summarizes the acid–base properties of some of the common ca and anions. As you look over this table, notice the following points:

• Anions that are conjugate bases of strong acids (for example, $Cl^-$ and N are such weak bases that they *have no effect on solution pH*.

• There are numerous basic anions (such as $CO_3^{2-}$). All are the conjugate of weak acids.

• Anions from polyprotic acids can be either acidic or basic.

• Alkali metal and alkaline earth cations have no measurable effect on sol pH.

• Basic cations are conjugate bases of acidic cations such as $[Al(H_2O)_6]^{3+}$.



**Many aqueous metal cations are Brønsted acids.** A pH measurement of a dilute solution of copper (II) sulfate shows that the solution is clearly acidic. Among the common cations, $Al^{3+}$ and transition metal ions form acidic solutions in water.

Charles D. Winters

**Table 17.4  Acid and Base Properties of Some Ions in Aqueous Solution**

| | Neutral | | Basic | | | Acidic |
|---|---|---|---|---|---|---|
| Anions | $Cl^-$  $NO_3^-$ | | $CH_3CO_2^-$  $CN^-$  $SO_4^{2-}$ | | | $HSO_4^-$ |
| | $Br^-$  $ClO_4^-$ | | $HCO_2^-$  $PO_4^{3-}$  $HPO_4^{2-}$ | | | $H_2PO_4^-$ |
| | $I^-$ | | $CO_3^{2-}$  $HCO_3^-$  $SO_3^{2-}$ | | | $HSO_3^-$ |
| | | | $S^{2-}$  $HS^-$  $OCl^-$ | | | |
| | | | $F^-$  $NO_2^-$ | | | |
| Cations | $Li^+$ | | $[Al(H_2O)_5(OH)]^{2+}$ (for example) | | | $[Al(H_2O)_6]^{3+}$ and hydrated |
| | $Na^+$  $Ca^{2+}$ | | | | | transition metal cations |
| | $K^+$  $Ba^{2+}$ | | | | | (such as $[Fe(H_2O)_6]^{3-}$) |
| | | | | | | $NH_4^-$ |

- Acidic cations are limited to metal cations with 2+ and 3+ charges and to ammonium ions (and their organic derivatives).
- All metal cations are hydrated in water. That is, they form ions such as $[M(H_2O)_6]^{n+}$. However, only when M is a 2+ or 3+ ion, and particularly a transition metal ion, does the ion act as an acid.

**GENERAL
Chemistry Now™**

**See the General ChemistryNow CD-ROM or website:**
- Screen 17.11 Acid–Base Properties of Salts, for a simulation showing the pH of a number of cation/anion combinations

**■ Hydrolysis Reactions**
Chemists often say that, when ions interact with water to produce acidic or basic solutions, the ions "hydrolyze" in water or they undergo "hydrolysis." Thus, some books refer to the $K_a$ and $K_b$ values of ions as "hydrolysis constants," $K_h$.

## Example 17.2—Acid–Base Properties of Salts

**Problem** Decide whether each of the following will give rise to an acidic, basic, or neutral solution in water.

(a) $NaNO_3$                    (d) $NaHCO_3$

(b) $K_3PO_4$                    (e) $NH_4F$

(c) $FeCl_2$

## Problem-Solving Tip 17.2

**Aqueous Solutions of Salts**
Because aqueous solutions of salts are found in our bodies and throughout our economy and environment, it is important to know how to predict their acid and base properties. Information on the pH of an aqueous solution of a salt is summarized in Table 17.4. Consider also the following examples:

| Cation | Anion | pH of the Solution |
|---|---|---|
| From strong base ($Na^-$) | From strong acid ($Cl^-$) | = 7 (neutral) |
| From strong base ($K^+$) | From weak acid ($CH_3CO_2^-$) | > 7 (basic) |
| From weak base ($NH_4^+$) | From strong acid ($Cl^-$) | < 7 (acidic) |
| From any weak base ($BH^-$) | From any weak acid ($A^-$) | Depends on relative strengths of $BH^+$ and $A^-$ |

**Strategy** First, decide on the cation and anion in each salt. Next, use Tables 17.3 and 17.4 to describe the properties of each ion.

**Solution**

(a) $NaNO_3$: This salt gives a neutral, aqueous solution (pH = 7). The $Na^-$ ion does not react with water to an appreciable extent. The nitrate ion, $NO_3^-$, is the *very* weak conjugate base of a strong acid, so it does not affect the solution pH.

(b) $K_3PO_4$: An aqueous solution of $K_3PO_4$ should be basic (pH > 7) because $PO_4^{3-}$ is the conjugate base of the weak acid $HPO_4^{2-}$. In contrast, the $K^-$ ion, like the $Na^-$ ion, does not react with water appreciably.

(c) $FeCl_2$: An aqueous solution of $FeCl_2$ should be weakly acidic (pH < 7). The $Fe^{2-}$ ion in water, $[Fe(H_2O)_6]^{2+}$, is a Brønsted acid. In contrast, $Cl^-$ is the *very* weak conjugate base of the strong acid HCl, so it does not contribute excess $OH^-$ ions to the solution.

(d) $NaHCO_3$: Some additional information is needed concerning salts of amphiprotic anions such as $HCO_3^-$ and $H_2PO_4^-$. Because they have an ionizable hydrogen, they can act as acids.

$$HCO_3^-(aq) + H_2O(\ell) \rightleftharpoons CO_3^{2-}(aq) + H_3O^+(aq) \qquad K_a = 4.8 \times 10^{-11}$$

They are also the conjugate bases of weak acids.

$$HCO_3^-(aq) + H_2O(\ell) \rightleftharpoons H_2CO_3(aq) + OH^-(aq) \qquad K_b = 2.4 \times 10^{-8}$$

Whether the solution is acidic or basic will depend on the *relative* magnitude of $K_a$ and $K_b$. In the case of the hydrogen carbonate anion, $K_b$ is larger than $K_a$, so $[OH^-]$ is larger than $[H_3O^+]$, and an aqueous solution of $NaHCO_3$ will be slightly basic.

(e) $NH_4F$: What happens if you have a salt based on an acidic cation and a basic anion? An example is ammonium fluoride. Here the ammonium ion would decrease the pH, and the fluoride ion would increase the pH.

$$NH_4^+(aq) + H_2O(\ell) \rightleftharpoons H_3O^+(aq) + NH_3(aq) \qquad K_a\,(NH_4^+) = 5.6 \times 10^{-10}$$

$$F^-(aq) + H_2O(\ell) \rightleftharpoons HF(aq) + OH^-(aq) \qquad K_b\,(F^-) = 1.4 \times 10^{-11}$$

Because $K_a\,(NH_4^+) > K_b\,(F^-)$, the ammonium ion is a stronger acid than the fluoride ion is a base. The resulting solution should be slightly acidic.

**Comment** There are two important points to notice here:

- Anions that are conjugate bases of strong acids—such as $Cl^-$ and $NO_3^-$—have no effect on solution pH.

- In general, *for a salt that has an acidic cation and a basic anion, the pH of the solution will be determined by the ion that is the stronger acid or base of the two.*

---

### Exercise 17.6—Acid-Base Properties of Salts in Aqueous Solution

For each of the following salts in water, predict whether the pH will be greater than, less than, or equal to 7.

(a) KBr          (b) $NH_4NO_3$          (c) $AlCl_3$          (d) $Na_2HP$

## A Logarithmic Scale of Relative Acid Strength, $pK_a$

Many chemists and biochemists use a logarithmic scale to report and compare relative acid strengths.

$$pK_a = -\log K_a$$

The p$K_a$ of an acid is the negative log of the $K_a$ value (just as pH is the negative log of the hydronium ion concentration). For example, acetic acid has a p$K_a$ value of 4.74.

$$pK_a = -\log (1.8 \times 10^{-5}) = 4.74$$

The p$K_a$ value becomes smaller as the acid strength increases.

*acid strength increases* →

| Propanoic acid | Acetic acid | Formic acid |
|---|---|---|
| $CH_3CH_2CO_2H$ | $CH_3CO_2H$ | $HCO_2H$ |
| $K_a = 1.3 \times 10^{-5}$ | $K_a = 1.8 \times 10^{-5}$ | $K_a = 1.8 \times 10^{-4}$ |
| p$K_a$ = 4.89 | p$K_a$ = 4.74 | p$K_a$ = 3.74 |

*p$K_a$ increases*

---

### Exercise 17.7—A Logarithmic Scale for Acid Strength, p$K_a$

(a) What is the p$K_a$ value for benzoic acid, $C_6H_5CO_2H$?

(b) Is chloroacetic acid ($ClCH_2CO_2H$), p$K_a$ = 2.87, a stronger or weaker acid than benzoic acid?

(c) What is the p$K_a$ for the conjugate acid of ammonia? Is this acid stronger or weaker than acetic acid?

---

### Relating the Ionization Constants for an Acid and Its Conjugate Base

Let us look again at Table 17.3. From the top of the table to the bottom, the strengths of the acids decline ($K_a$ becomes smaller) and the strengths of their conjugate bases increase (the values of $K_b$ increase). Examining a few cases shows that the product of $K_a$ for an acid and $K_b$ for its conjugate base is equal to a constant, specifically $K_w$.

$$K_a \times K_b = K_w \qquad (17.8)$$

■ **A Relation Among p$K$ Values** A useful relationship for an acid–conjugate base pair can be derived from Equation 17.8.

$$pK_w = pK_a + pK_b$$

Consider the specific case of the ionization of a weak acid, say HCN, and the interaction of its conjugate base, $CN^-$, with $H_2O$.

Weak acid: $\qquad HCN(aq) + H_2O(\ell) \rightleftharpoons H_3O^+(aq) + CN^-(aq) \qquad K_a = 4.0 \times 10^{-10}$

Conjugate base: $\qquad \underline{CN^-(aq) + H_2O(\ell) \rightleftharpoons HCN(aq) + OH^-(aq)} \qquad K_b = 2.5 \times 10^{-5}$

$\qquad\qquad\qquad\qquad\quad 2 H_2O(\ell) \rightleftharpoons H_3O^+(aq) + OH^-(aq) \qquad K_w = 1.0 \times 10^{-14}$

Adding the equations gives the chemical equation for the autoionization of water, and the numerical value is indeed $1.0 \times 10^{-14}$. That is,

$$K_a \times K_b = \left(\frac{[H_3O^+][CN^-]}{[HCN]}\right)\left(\frac{[HCN][OH^-]}{[CN^-]}\right) = [H_3O^+][OH^-] = K_w$$

Equation 17.8 is useful because $K_b$ can be calculated from a knowledge of $K_a$. The value of $K_b$ for the cyanide ion, for example, is

$$K_b \text{ for } CN^- = \frac{K_w}{K_a \text{ for HCN}} = \frac{1.0 \times 10^{-14}}{4.0 \times 10^{-10}} = 2.5 \times 10^{-5}$$

Exercise 17.8—Using the Equation $K_a \times K_b = K_w$

$K_a$ for lactic acid, $CH_3CHOHCO_2H$, is $1.4 \times 10^{-4}$. What is $K_b$ for the conjugate base of this $CH_3CHOHCO_2^-$? Where does this base fit in Table 17.3?

# 17.5—Equilibrium Constants and Acid–Base Reacti

According to the Brønsted-Lowry theory, all acid–base reactions can be writ equilibria involving the acid and base and their conjugates.

Acid + Base $\rightleftharpoons$ Conjugate base of the acid + Conjugate acid of the base

In Section 17.4, we used equilibrium constants to provide quantitative infor: about the relative strengths of acids and bases. Now we want to show how t stants can be used to decide whether a particular acid–base reaction is prod reactant-favored. If the reaction is product-favored, what is the nature of th tion when the reaction is complete?

■ **K and product- and reactant-favored reactions** Reactions with an equilibrium constant greater than 1 are said to be product-favored. Those with $K < 1$ are reactant-favored.

## Predicting the Direction of Acid–Base Reactions

Hydrochloric acid is a strong Brønsted acid. Its equilibrium constant for r with water is very large, with the equilibrium effectively lying completely to th

$$HCl(aq) + H_2O(\ell) \longrightarrow H_3O^+(aq) + Cl^-(aq)$$
Strong acid ($\approx 100\%$ ionized), $K \gg 1$          $[H_3O^-] \approx$ initial concentration of the acid

For all strong acids, the acid on the reactant side of the balanced equ stronger than the acid on the product side (and the base on the reactar stronger than the base on the product side).



$$HCl(aq) + H_2O(\ell) \xrightarrow{K > 1} H_3O^+(aq) + Cl^-(aq)$$
Stronger acid    Stronger base          Weaker acid      Weaker base
than $H_3O^-$    than $Cl^-$            than HCl         than $H_2O$

Of the two acids here, HCl is stronger than $H_3O^+$. Of the two bases, $H_2O$ water is the stronger base and wins out in the competition for the proton. T librium lies to the side of the chemical equation having the weaker acid ar In contrast to HCl and other strong acids, acetic acid, a *weak* Brønsted izes to only a very small extent (Table 17.3).

$$CH_3CO_2H(aq) + H_2O(\ell) \rightleftharpoons H_3O^+(aq) + CH_3CO_2^-(aq)$$
Weak acid ($< 100\%$ ionized), $K = 1.8 \times 10^{-5}$          $[H_3O^-] \ll$ initial concentration of the acid

When equilibrium is achieved in a 0.1 M aqueous solution of $CH_3CO_2H$ centrations of $H_3O^+(aq)$ and $CH_3CO_2^-(aq)$ are each only about 0.001 M. mately 99% of the acetic acid is *not* ionized.

conjugate pair 1

conjugate pair 2

$$CH_3CO_2H(aq) \; + \; H_2O(\ell) \; \xrightarrow{K<1} \; H_3O^+(aq) \; + \; CH_3CO_2^-(aq)$$

| Weaker acid than $H_3O^-$ | Weaker base than $CH_3CO_2^-$ | Stronger acid than $CH_3CO_2H$ | Stronger base than $H_2O$ |

Again, the equilibrium lies toward the side of the reaction having the weaker acid and base.

These two examples of the relative extent of acid–base reactions illustrate another general principle: *All proton transfer reactions proceed from the stronger acid and base to the weaker acid and base.* Using this principle and Table 17.3, you can predict which reactions are product-favored and which are reactant-favored. Consider the possible reaction of phosphoric acid and acetate ion to give acetic acid and the dihydrogen phosphate ion. Table 17.3 informs us that $H_3PO_4$ is a stronger acid ($K_a = 7.5 \times 10^{-3}$) than acetic acid ($K_a = 1.8 \times 10^{-5}$), and the acetate ion ($K_b = 5.6 \times 10^{-10}$) is a stronger base than the dihydrogen phosphate ion ($K_b = 1.3 \times 10^{-12}$).

Brønsted acids

— Brønsted bases —

$$H_3PO_4(aq) \; + \; CH_3CO_2^-(aq) \; \rightleftharpoons \; H_2PO_4^-(aq) \; + \; CH_3CO_2H(aq)$$

| Stronger acid than $CH_3CO_2H$ | Stronger base than $H_2PO_4^-$ | Weaker base than $CH_3CO_2^-$ | Weaker acid than $H_3PO_4$ |

Thus, mixing phosphoric acid with sodium acetate would produce a significant amount of dihydrogen phosphate ion and acetic acid. That is, the equilibrium is predicted to lie to the right because the reaction has proceeded from the stronger acid–base combination to the weaker acid–base combination.

**GENERAL**
**Chemistry ❄ Now™**

**See the General ChemistryNow CD-ROM or website:**
• Screen 17.7 Acid–Base Reactions, for a simulation on predicting the direction of acid–base reactions

---

## Example 17.3—Reactions of Acids and Bases

**Problem** Write a balanced, net ionic equation for the reaction that occurs between acetic acid and sodium bicarbonate. Decide whether the equilibrium lies predominantly to the left or to the right.

**Strategy** First, identify the products of the acid–base reaction (which arise by H⁻ transfer from the acid to the base). Next, identify the two acids (or the two bases) in the reaction. Finally, use Table 17.3 to decide which is the weaker of the two acids (or the weaker of the two bases). The reaction will proceed from the stronger acid (or base) to the weaker acid (or base).

**Solution** Acetic acid is clearly one acid involved (and its conjugate base is the acetate ion, $CH_3CO_2^-$). The other reactant, $NaHCO_3$, is a water-soluble salt that forms $Na^+$ and $HCO_3^-$ ions in water. Because acetic acid can function only as an acid, the $HCO_3^-$ ion in this case must be the Brønsted base. Thus, hydrogen ion transfer from the acid to the base ($HCO_3^-$ ion) could lead to the following net ionic equation:

$$CH_3CO_2H(aq) + HCO_3^-(aq) \rightleftharpoons CH_3CO_2^-(aq) + H_2CO_3(aq)$$



Reaction of vinegar and baking soda.
This reaction involves the weak acid acetic acid and the weak base $HCO_3^-$ from sodium hydrogen carbonate. Based on the values of the equilibrium constants, the reaction is predicted to proceed to the right.

According to Table 17.3, $H_2CO_3$ is a weaker acid ($K_a = 4.2 \times 10^{-7}$) than $CH_3CO_2H$ ($K_a = 1.8 \times 10^{-5}$), and $CH_3CO_2^-$ is a weaker base ($K_b = 5.6 \times 10^{-10}$) than $HCO_3^-$ ($K_b = 2.4 \times 10^{-8}$). The reaction favors the side having the weaker acid and base—that is, the right side.

**Comment** The reaction of acetic acid and $NaHCO_3$ favors the weaker acid ($H_2CO_3$) and base ($CH_3CO_2^-$). In the photograph you see that the product, $H_2CO_3$, must have dissociated into and $H_2O$ because the $CO_2$ bubbles out of the solution: the equilibrium lies far to the right.

$$H_2CO_3(aq) \rightleftharpoons CO_2(g) + H_2O(\ell)$$

See the discussion of gas-forming reactions in Chapter 5 and of Le Chatelier's principle in Section 16.6.

---

**Exercise 17.9—Relative Strengths of Acids and Bases—Predicting the Direction of an Acid–Base Reaction**

(a) Which is the stronger Brønsted acid, $HCO_3^-$ or $NH_4^-$? Which has the stronger conjugate

(b) Is a reaction between $HCO_3^-$ ions and $NH_3$ product- or reactant-favored?

$$HCO_3^-(aq) + NH_3(aq) \rightleftharpoons CO_3^{2-}(aq) + NH_4^-(aq)$$

(c) You mix solutions of sodium hydrogen phosphate and ammonia. The net ionic equation possible reaction is

$$HPO_4^{2-}(aq) + NH_3(aq) \rightleftharpoons PO_4^{3-}(aq) + NH_4^-(aq)$$

Does the equilibrium lie to the left or to the right in this reaction?

---

**Exercise 17.10—Reaction of an Acid and a Base**

Write the net ionic equation for the possible reaction between acetic acid and sodium hy sulfate, $NaHSO_4$. Does the equilibrium lie to the left or right?

---

## 17.6—Types of Acid–Base Reactions

The reaction of hydrochloric acid and sodium hydroxide is the classic examp strong acid–strong base reaction, whereas citric acid and bicarbonate ion rep the reaction of a weak acid and weak base (Figure 17.4). There are two othe of acid–base reactions.



Figure 17.4   Reaction of a weak acid with a weak base. The bubbles coming from the tablet are carbon dioxide. This gas arises from the reaction of a weak Brønsted acid (citric acid) with a weak Brønsted base ($HCO_3^-$). The reaction is driven to completion by gas evolution.

| Type of Acid–Base Reaction | Example |
|---|---|
| Strong acid + strong base | HCl and NaOH |
| Strong acid + weak base | HCl and $NH_3$ |
| Weak acid + strong base | $CH_3CO_2H$ and NaOH |
| Weak acid + weak base | Citric acid and $HCO_3^-$ |

, Because acid–base reactions are among the most important classes of ch reactions, it is useful for you to know the outcome of the various types of th actions (Table 17.5).

### The Reaction of a Strong Acid with a Strong Base

Strong acids and bases are effectively 100% ionized in solution. Therefore, t ionic equation for the reaction of HCl (strong acid) and NaOH (strong bas

$$H_3O^+(aq) + Cl^-(aq) + Na^+(aq) + OH^-(aq) \longrightarrow 2 H_2O(\ell) + Na^+(aq) + Cl^-(aq$$

**Table 17.5   Characteristics of Acid–Base Reactions**

| Type | Example | Net Ionic Equation | Species Present After Equal Molar Amounts are Mixed; pH |
|---|---|---|---|
| strong acid + strong base | $HCl + NaOH$ | $H_3O^+(aq) + OH^-(aq) \longrightarrow 2\ H_2O(\ell)$ | $Cl^-$, $Na^+$, pH = 7 |
| strong acid + weak base | $HCl + NH_3$ | $H_3O^+(aq) + NH_3(aq) \rightleftharpoons NH_4^+(aq) + H_2O(\ell)$ | $Cl^-$, $NH_4^+$, pH < 7 |
| weak acid + strong base | $HCO_2H + NaOH$ | $HCO_2H(aq) + OH^-(aq) \rightleftharpoons HCO_2^-(aq) + H_2O(\ell)$ | $HCO_2^-$, $Na^+$, pH > 7 |
| weak acid + weak base | $HCO_2H + NH_3$ | $HCO_2H(aq) + NH_3(aq) \rightleftharpoons HCO_2^-(aq) + NH_4^+(aq)$ | $HCO_2^-$, $NH_4^+$, pH dependent on $K_a$ and $K_b$ of conjugate acid and base |

which leads to the following net ionic equation:

$$H_3O^+(aq) + OH^-(aq) \rightleftharpoons 2\ H_2O(\ell) \qquad K = 1/K_w = 1.0 \times 10^{14}$$

The net ionic equation for the reaction of any strong acid with any strong base is always simply the union of hydronium ion and hydroxide ion to give water [◀ Section 5.4]. Because this reaction is the reverse of the autoionization of water, it has an equilibrium constant of $1/K_w$. This very large value of $K$ shows that, for all practical purposes, the reactants are completely consumed to form products. Thus, if equal numbers of moles of NaOH and HCl are mixed, the result is just a solution of NaCl in water. The constituents of NaCl, the $Na^+$ and $Cl^-$ ions, which arise from a strong base and a strong acid, respectively, produce a neutral aqueous solution. For this reason reactions of strong acids and bases are often called "neutralizations."

Mixing equal molar quantities of a strong base with a strong acid produces a neutral solution (pH = 7 at 25 °C).

## The Reaction of a Weak Acid with a Strong Base

Consider the reaction of the naturally occurring weak acid formic acid, $HCO_2H$, with sodium hydroxide. The net ionic equation is

$$HCO_2H(aq) + OH^-(aq) \rightleftharpoons H_2O(\ell) + HCO_2^-(aq)$$

In the reaction of formic acid with NaOH, $OH^-$ is a much stronger base than $HCO_2^-$ ($K_b = 5.6 \times 10^{-11}$), and the reaction is predicted to proceed to the right. If equal molar quantities of weak acid and base are mixed, the final solution will contain sodium formate ($NaHCO_2$), a salt that is 100% dissociated in water. The $Na^+$ ion is the cation of a strong base, so it gives a neutral solution. The formate ion, however, is the conjugate base of a weak acid (Table 17.3), so the solution is basic. This example leads to a useful general conclusion:

Mixing equal molar quantities of a strong base with a weak acid produces a salt whose anion is the conjugate base of the weak acid. The solution is basic, with the pH depending on the value of $K_b$ for the anion.

## The Reaction of a Strong Acid with a Weak Base

The net ionic equation for the reaction of the strong acid HCl and the weak base $NH_3$ is

$$H_3O^+(aq) + NH_3(aq) \rightleftharpoons H_2O(\ell) + NH_4^+(aq)$$

■ **Formic Acid + NaOH**
The equilibrium constant for the reaction of formic acid and sodium hydroxide is $1.8 \times 10^{10}$. Can you confirm this? (See Study Question 17.97.)

■ **Ammonia + HCl**
The equilibrium constant for the reaction of a strong acid with aqueous ammonia is $1.8 \times 10^9$. Can you confirm this? (See Study Question 17.102.)



**A weak acid reacting with a weak base.** Baking powder contains the weak acid calcium dihydrogen phosphate, $Ca(H_2PO_4)_2$. It can react with the basic $HCO_3^-$ ion in baking soda to give $HPO_4^{2-}$, $CO_2$ gas, and water.

■ **$K$ for Reaction of a Weak Acid and a Weak Base** The equilibrium constant for the reaction between a weak acid and a weak base is $K_{net} = K_a/K_wK_b$. Can you confirm this? (See Study Question 17.119.)

The hydronium ion, $H_3O^+$, is a much stronger acid than $NH_4^-$ ($K_a = 5.6 \times 10^{-10}$) and $NH_3$ ($K_b = 1.8 \times 10^{-5}$) is a stronger base than $H_2O$. Therefore, the reaction predicted to proceed to the right and essentially to completion. Thus, after mixing equal molar quantities of HCl and $NH_3$, the solution contains the salt ammonium chloride, $NH_4Cl$. The $Cl^-$ ion has no effect on the solution pH (Tables 17.3 17.4). However, the $NH_4^-$ ion is the conjugate acid of the weak base $NH_3$, so the lution is acidic at the conclusion of the reaction. In general, we can draw the lowing conclusion:

Mixing equal molar quantities of a strong acid and a weak base produces a salt who cation is the conjugate acid of the weak base. The solution is acidic, with the pH depending on the value of $K_a$ for the cation.

## The Reaction of a Weak Acid with a Weak Base

If acetic acid, a weak acid, is mixed with ammonia, a weak base, the following tion occurs.

$$CH_3CO_2H(aq) + NH_3(aq) \rightleftharpoons NH_4^+(aq) + CH_3CO_2^-(aq)$$

You know that this reaction is product-favored because $CH_3CO_2H$ is a stro acid than $NH_4^+$ and $NH_3$ is a stronger base than $CH_3CO_2^-$ (Table 17.3). Th equal molar quantities of the acid and the base are mixed, the resulting sol contains ammonium acetate, $NH_4CH_3CO_2$. Is this solution acidic or basic? answer depends on the relative values of $K_a$ for the conjugate acid (here N $K_a = 5.6 \times 10^{-10}$) and $K_b$ for the conjugate base (here $CH_3CO_2^-$; $K_b = 5.6 \times 10$ In this case the values of $K_a$ and $K_b$ are the same, so the solution is predicted neutral.

Mixing equal molar quantities of a weak acid and a weak base produces a salt who cation is the conjugate acid of the weak base and whose anion is the conjugate b of the weak acid. The solution pH depends on the relative $K_a$ and $K_b$ values.

**Exercise 17.11—Acid–Base Reactions**

(a) Equal molar quantities of HCl(aq) and NaCN(aq) are mixed. Is the resulting solution aci sic, or neutral?

(b) Equal molar quantities of acetic acid and sodium sulfite, $Na_2SO_3$, are mixed. Is the re solution acidic, basic, or neutral?

## 17.7—Calculations with Equilibrium Constants

### Determining $K$ from Initial Concentrations and Measured pH

The $K_a$ and $K_b$ values found in Table 17.3 and in the more extensive tables pendices H and I were all determined by experiment. Several experimental ods are available, but one approach, illustrated by the following exampl determine the pH of the solution.

General
Chemistry❖Now™

See the General ChemistryNow CD-ROM or website:
• Screen 17.8 Determining $K_a$ and $K_b$ Values, for a tutorial on calculating $K_a$ or $K_b$ from experimental data

## Example 17.4—Calculating a $K_a$ Value from a Measured pH

**Problem** A 0.10 M aqueous solution of lactic acid, $CH_3CHOHCO_2H$, has a pH of 2.43. What is the value of $K_a$ for lactic acid?

**Strategy** To calculate $K_a$, we must know the equilibrium concentration of each species. The pH of the solution directly tells us the equilibrium concentration of $H_3O^+$, and we can derive the other equilibrium concentrations from this value. These concentrations are used to calculate $K_a$.

**Solution** The equation for the equilibrium interaction of lactic acid with water is

$$CH_3CHOHCO_2H(aq) + H_2O(\ell) \rightleftharpoons CH_3CHOHCO_2^-(aq) + H_3O^+(aq)$$

$\qquad$ Lactic acid $\qquad\qquad\qquad\qquad$ Lactate ion

The equilibrium constant expression is

$$K_a \text{ (lactic acid)} = \frac{[H_3O^+][CH_3CHOHCO_2^-]}{[CH_3CHOHCO_2H]}$$

We begin by converting the pH to $[H_3O^+]$.

$$[H_3O^+] = 10^{-pH} = 10^{-2.43} = 3.7 \times 10^{-3} \text{ M}$$

Next, prepare an ICE table of the concentrations in the solution before equilibrium is established, the change occurring as the reaction proceeds to equilibrium, and the concentrations when equilibrium has been achieved [◀ Examples 16.4–16.6].

| Equilibrium | $CH_3CHOHCO_2H + H_2O \rightleftharpoons CH_3CHOHCO_2^- + H_3O^+$ | | |
|---|---|---|---|
| Initial (M) | 0.10 | 0 | 0 |
| Change (M) | $-x$ | $+x$ | $+x$ |
| Equilibrium (M) | $(0.10 - x)$ | $x$ | $x$ |

The following points can be made concerning the ICE table.

• The quantity $x$ represents the equilibrium concentrations of hydronium ion and lactate ion. That is, at equilibrium $x = [H_3O^+] = [CH_3CHOHCO_2^-] = 3.7 \times 10^{-3}$ M.

• By stoichiometry, $x$ is also the quantity of acid that ionized on proceeding to equilibrium.

With these points in mind, we can calculate $K_a$ for lactic acid.

$$K_a \text{ (lactic acid)} = \frac{[H_3O^+][CH_3CHOHCO_2^-]}{[CH_3CHOHCO_2H]}$$

$$= \frac{(3.7 \times 10^{-3})(3.7 \times 10^{-3})}{0.10 - 0.0037} = 1.4 \times 10^{-4}$$

Comparing this value of $K_a$ with others in Table 17.3, we see it is similar to formic acid in its strength.

**Comment** Hydronium ion, $H_3O^+$, is present in solution from lactic acid ionization *and* from water autoionization. Le Chatelier's principle informs us that the $H_3O^+$ added to the water by lactic acid will suppress the $H_3O^+$ coming from the water autoionization. However, because $[H_3O^+]$ from water must be less than $10^{-7}$ M, the pH is almost completely a reflection of $H_3O^+$ from lactic acid [◀ Example 17.1, page 804].



Lactic acid, $CH_3CHOHCO_2H$

Lactic acid, $CH_3CHOHCO_2H$. Lactic acid is a weak monoprotic acid that occurs naturally in sour milk and arises from metabolism in the human body.

### Exercise 17.12—Calculating a $K_a$ Value from a Measured pH

A solution prepared from 0.055 mol of butanoic acid dissolved in sufficient water to give 1.0 L solution has a pH of 2.72 at 25 °C. Determine $K_a$ for butanoic acid. The acid ionizes according to the balanced equation

$$CH_3CH_2CH_2CO_2H(aq) + H_2O(\ell) \rightleftharpoons H_3O^-(aq) + CH_3CH_2CH_2CO_2^-(aq)$$

There is an important point to notice in Example 17.4. The lactic acid concentration at equilibrium was given by $(0.10 - x)$, where $x$ was found to be $3.7 \times 10^{-3}$. By the usual rules governing significant figures, $(0.10 - 0.0037)$ is equal to 0.10. The acid is weak, so very little of it ionizes (approximately 4%). Thus, the equilibrium concentration of lactic acid is essentially equal to the initial acid concentration. Neglecting to subtract 0.0037 from 0.10 has little effect on the answer.

Like lactic acid, most weak acids (HA) are so weak that the equilibrium concentration of the acid, [HA], is effectively its initial concentration ($\approx [HA]_0$). This fact leads to the useful conclusion that the denominator in the equilibrium constant expression for dilute solutions of most weak acids is simply $[HA]_0$, the original initial concentration of the weak acid.

$$HA(aq) + H_2O(\ell) \rightleftharpoons H_3O^+(aq) + A^-(aq)$$

$$K_a = \frac{[H_3O^+][A^-]}{[HA]_0 - [H_3O^+]} \approx \frac{[H_3O^+][A^-]}{[HA]_0}$$

Analysis shows that

The approximation that $[HA]_{equilibrium}$ is effectively equal to $[HA]_0$
$$[HA]_{equilibrium} = [HA]_0 - [H_3O^+] \approx [HA]_0$$
is valid whenever $[HA]_0$ is greater than or equal to $100 \times K_a$.

This is the same approximation we derived in Chapter 16 when deciding whether we needed to solve quadratic equations exactly [◀ Problem-Solving Tip, page 775].

## What Is the pH of an Aqueous Solution of a Weak Acid or Base?

Knowing the values of the equilibrium constants for weak acids and bases enables to calculate the pH of a solution of a weak acid or base.

GENERAL
Chemistry‡•Now™

**See the General ChemistryNow CD-ROM or website:**
- **Screen 17.9 Estimating the pH of Weak Acid Solutions,** for a tutorial on calculating the of solutions

### Example 17.5—Calculating Equilibrium Concentrations and pH from $K_a$

**Problem** Calculate the pH of a 0.020 M solution of benzoic acid ($C_6H_5CO_2H$) if $K_a = 6.3$ for the acid.

$$C_6H_5CO_2H(aq) + H_2O(\ell) \rightleftharpoons H_3O^-(aq) + C_6H_5CO_2^-(aq)$$

**Strategy** This is similar to Examples 16.5 and 16.6 where we wanted to find the concentration of a reaction product. The strategy is the same: Designate the quantity of product (here $[H_3O^+]$) by $x$ and derive the other concentrations from that starting point.

**Solution** Organize the information in an ICE table.

| Equilibrium | $C_6H_5CO_2H + H_2O$ | $\rightleftharpoons$ | $C_6H_5CO_2^-$ | + | $H_3O^+$ |
|---|---|---|---|---|---|
| Initial (M) | 0.020 | | 0 | | 0 |
| Change (M) | $-x$ | | $+x$ | | $+x$ |
| Equilibrium (M) | $(0.020 - x)$ | | $x$ | | $x$ |

According to the reaction stoichiometry,

$$[H_3O^+] = [C_6H_5CO_2^-] = x \text{ at equilibrium}$$

Stoichiometry also tells us that the quantity of acid ionized is $x$. Thus, the benzoic acid concentration at equilibrium is

$$[C_6H_5CO_2H] = \text{initial acid concentration} - \text{quantity of acid that ionized}$$
$$[C_6H_5CO_2H] = [C_6H_5CO_2H]_0 - x$$
$$[C_6H_5CO_2H] = 0.020 - x$$

Substituting these equilibrium concentrations into the $K_a$ expression, we have

$$K_a = \frac{[H_3O^+][C_6H_5CO_2^-]}{[C_6H_5CO_2H]}$$

$$= 6.3 \times 10^{-5} = \frac{(x)(x)}{0.020 - x}$$

The value of $x$ is small compared with 0.020 (because $[HA]_0 > 100 \times K_a$; 0.020 M $> 6.3 \times 10^{-3}$). Therefore,

$$K_a = 6.3 \times 10^{-5} = \frac{x^2}{0.020}$$

Solving for $x$, we have

$$x = \sqrt{K_a \times (0.020)} = 0.0011 \text{ M}$$

and we find that

$$[H_3O^+] = [C_6H_5CO_2^-] = 0.0011 \text{ M}$$

and

$$[C_6H_5CO_2H] = (0.020 - x) = 0.019 \text{ M}$$

Finally, the pH of the solution is found to be

$$pH = -\log (1.1 \times 10^{-3}) = 2.96$$

**Comment** Let us think again about the result. Because benzoic acid is weak, we made the approximation that $(0.020 - x) \approx 0.020$. If we do *not* make the approximation and instead solve the exact expression, $x = [H_3O^+] = 1.1 \times 10^{-3}$ M. This is the same answer to two significant figures that we obtained from the "approximate" expression. Finally, notice that we again ignored any $H_3O^+$ that arises from water ionization.

## Example 17.6—Calculating Equilibrium Concentrations and pH from $K_a$ and Using the Method of Successive Approximations

**Problem** What is the pH of a 0.0010 M solution of formic acid? What is the concentration of formic acid at equilibrium? The acid is moderately weak, with $K_a = 1.8 \times 10^{-4}$.

$$HCO_2H(aq) + H_2O(\ell) \rightleftharpoons HCO_2^-(aq) + H_3O^+(aq)$$