**Strategy** This problem is similar to Example 17.5 except that an approximate solution will be possible.

**Solution** The ICE table is shown here.

| Equilibrium | HCO₂H + H₂O ⇌ | HCO₂⁻ + | H₃O⁺ |
|---|---|---|---|
| Initial (M) | 0.0010 | 0 | 0 |
| Change (M) | −x | +x | +x |
| Equilibrium (M) | (0.0010 − x) | x | x |

Substituting the values from the table into the $K_a$ expression, we have

$$K_a = \frac{[H_3O^+][HCO_2^-]}{[HCO_2H]} = 1.8 \times 10^{-4} = \frac{(x)(x)}{0.0010 - x}$$

Formic acid is a weak acid because it has a value of $K_a$ much less than 1. In this example, however, $[HA]_0$ (= 0.0010 M) is *not* greater than $100 \times K_a$ (= $1.8 \times 10^{-2}$), so the usual approximation is not reasonable. Thus, we have to find the equilibrium concentrations by using the "exact" expression. This can be solved with the quadratic formula (page 775) or by successive approximations (Appendix A). Let us use the successive approximation method.

Begin by solving the approximate expression for x.

$$1.8 \times 10^{-4} = \frac{(x)(x)}{0.0010}$$

Solving this, $x = 4.2 \times 10^{-4}$. Put this value into the expression for x in the denominator of the exact expression.

$$1.8 \times 10^{-4} = \frac{(x)(x)}{0.0010 - x} = \frac{(x)(x)}{0.0010 - 4.2 \times 10^{-4}}$$

Solving this equation for x, we find $x = 3.2 \times 10^{-4}$. Again put this value into the denominator and solve for x.

$$1.8 \times 10^{-4} = \frac{(x)(x)}{0.0010 - x} = \frac{(x)(x)}{0.0010 - 3.2 \times 10^{-4}}$$

Continue this procedure until the value of x does not change from one cycle to the next. In this case, two more steps give us the result that

$$x = [H_3O^+] = [HCO_2^-] = 3.4 \times 10^{-4} M$$

Thus,

$$[HCO_2H] = 0.0010 - x \approx 0.0007 M$$

and the pH of the formic acid solution is

$$pH = -\log (3.4 \times 10^{-4}) = 3.47$$

**Comment** If we had used the approximate expression to find the $H_3O^+$ concentration we would have obtained a value of $[H_3O^+] = 4.2 \times 10^{-4}$ M. A simplifying assumption led to large error, about 24%. The approximate solution fails in this case because (1) the acid concentration is small and (2) the acid is not all that weak. These facts made invalid the approximation that $[HA]_{equilibrium} \approx [HA]_0$.

**Exercise 17.13—Calculating Equilibrium Concentrations and pH from**

What are the equilibrium concentrations of acetic acid, the acetate ion, and $H_3O^+$ for a solution of acetic acid ($K_a = 1.8 \times 10^{-5}$)? What is the pH of the solution?



Figure 17.5  **Examples of weak bases.** Weak bases in water include molecules having one or more N atoms capable of accepting a H⁺ ion. Anionic bases are conjugate bases of weak acids.

**Exercise 17.14—Calculating Equilibrium Concentrations and pH from $K_a$**

What are the equilibrium concentrations of HF, F⁻ ion, and $H_3O^+$ ion in a 0.015 M solution of HF? What is the pH of the solution?

Just as acids can be molecular species or ions, so too can bases be molecular or ionic (Figures 17.3–17.5). Many molecular bases are based on nitrogen, with ammonia being the simplest. Many other nitrogen-containing bases occur naturally; caffeine and nicotine are two well-known examples. The anionic conjugate bases of weak acids make up another group of bases. The following example describes the calculation of the pH for a solution of sodium acetate.

GENERAL
**Chemistry⚛Now™**

**See the General ChemistryNow CD-ROM or website:**

• **Screen 17.10 Estimating the pH of Weak Base Solutions,** for a simulation on predicting the pH of weak bases in water

• **Screen 17.11 Acid–Base Properties of Salts,** for a simulation on predicting the pH of salt solutions

**Example 17.7—The pH of a Solution of a Weakly Basic Salt, Sodium Acetate**

**Problem**  What is the pH of a 0.015 M solution of sodium acetate, NaCH₃CO₂ at 25 °C?

**Strategy**  Sodium acetate will be basic in water because the acetate ion, the conjugate base of a weak acid, acetic acid, reacts with water to form OH⁻ (Tables 17.3 and 17.4). (Note that the sodium ion of sodium acetate does not affect the solution pH.) We shall calculate the hydroxide ion concentration in a manner parallel to that in Example 17.5.

**Solution** The value of $K_b$ for the acetate ion is $5.6 \times 10^{-10}$ (Table 17.3).

$$CH_3CO_2^-(aq) + H_2O(\ell) \rightleftharpoons CH_3CO_2H(aq) + OH^-(aq)$$

Set up an ICE table to summarize the initial and equilibrium concentrations of the sp solution.

| Equilibrium | $CH_3CO_2^-$ + $H_2O$ $\rightleftharpoons$ | $CH_3CO_2H$ | + | $OH^-$ |
|---|---|---|---|---|
| Initial (M) | 0.015 | 0 | | 0 |
| Change (M) | $-x$ | $+x$ | | $+x$ |
| Equilibrium (M) | $(0.015 - x)$ | $x$ | | $x$ |

Next substitute the values from the table into the $K_b$ expression.

$$K_b = 5.6 \times 10^{-10} = \frac{[CH_3CO_2H][OH^-]}{[CH_3CO_2^-]} = \frac{x^2}{0.015 - x}$$

The acetate ion is a very weak base, as reflected by the very small value of $K_b$. There assume that $x$, the concentration of hydroxide ion generated by the reaction of aceta with water, is very small, and we use the approximate expression to solve for $x$.

$$K_b = 5.6 \times 10^{-10} = \frac{x^2}{0.015}$$

$$x = [OH^-] = [CH_3CO_2H] = \sqrt{(5.6 \times 10^{-10})(0.015)}$$

$$= [OH^-] = [CH_3CO_2H] = 2.9 \times 10^{-6} \text{ M}$$

To calculate the pH of the solution, we need the hydronium ion concentration. In ac solutions at 25 °C, it is always true that

$$K_w = 1.0 \times 10^{-14} = [H_3O^+][OH^-]$$

Therefore,

$$[H_3O^+] = \frac{K_w}{[OH^-]} = \frac{1.0 \times 10^{-14}}{2.9 \times 10^{-6}} = 3.5 \times 10^{-9} \text{ M}$$

$$pH = -\log(3.5 \times 10^{-9}) = 8.46$$

The acetate ion does indeed give rise to a weakly basic solution.

**Comment** The hydroxide ion concentration ($x$) is quite small relative to the initial concentration. (We would have predicted this from our "rule of thumb": that 100 × be less than the initial base concentration if we wish to use the approximate expre

---

**Exercise 17.15—The pH of a Solution of a Conjugate Base of a Wea**

Sodium hypochlorite, NaClO, is used as a disinfectant in swimming pools and water treat
What are the concentrations of HClO and OH⁻ and the pH of a 0.015 M solution of Na

---

## What Is the pH of a Solution After an Acid–Base Reaction?

In Section 17.6 you learned how to predict the relative pH of the solu
ing from an acid–base reaction. Whether a solution will be acidic, bas
tral depends on the reactants, and the results are summarized in Tabl
us turn now to the way in which you can calculate a value for the pH
a reaction.

**See the General ChemistryNow CD-ROM or website:**

• Screen 17.10 Estimating the pH of Weak Base Solutions, for a tutorial on estimating the pH following an acid–base reaction

## Example 17.8—Calculating the pH After the Reaction of a Base with an Acid

**Problem** What is the pH of the solution that results from mixing 25 mL of 0.016 M $NH_3$ and 25 mL of 0.016 M HCl?

**Strategy** This question involves three problems in one:

(a) *Writing a Balanced Equation.* We first have to write a balanced equation for the reaction that occurs and then decide whether the reaction products are acidic or basic. Here $NH_4^-$ is the product of interest, and it is a weak acid.

(b) *Stoichiometry Problem.* To find the "initial" $NH_4^+$ concentration is a stoichiometry problem: What amount of $NH_4^+$ (in moles) is produced in the HCl + $NH_3$ reaction, and in what volume of solution is the $NH_4^-$ ion found?

(c) *Equilibrium Problem.* Calculating the pH involves solving an equilibrium problem. The crucial piece of information needed here is the "initial" concentration of $NH_4^-$ from part (b).

**Solution** If equal molar quantities of base ($NH_3$) and acid (HCl) are mixed, the result should be an acidic solution because the significant species remaining in solution upon completion of the reaction is $NH_4^+$, the conjugate acid of the weak base $NH_3$ (see Tables 17.3 and 17.5). The chemistry can be summarized by writing the following net ionic equations.

(a) *Writing a Balanced Equation*

Reaction of HCl (the supplier of hydronium ion) with $NH_3$ to give $NH_4^-$:

$$NH_3(aq) + H_3O^+(aq) \longrightarrow NH_4^+(aq) + H_2O(\ell)$$

Reaction of $NH_4^-$ with water:

$$NH_4^+(aq) + H_2O(\ell) \rightleftharpoons H_3O^-(aq) + NH_3(aq)$$

(b) *Stoichiometry Problem*

Amount of HCl and $NH_3$ consumed:

$$(0.025 \text{ L HCl})(0.016 \text{ mol/L}) = 4.0 \times 10^{-4} \text{ mol HCl}$$

$$(0.025 \text{ L } NH_3)(0.016 \text{ mol/L}) = 4.0 \times 10^{-4} \text{ mol } NH_3$$

Amount of $NH_4^-$ produced upon completion of the reaction:

$$4.0 \times 10^{-4} \text{ mol } NH_3 \left( \frac{1 \text{ mol } NH_4^+}{1 \text{ mol } NH_3} \right) = 4.0 \times 10^{-4} \text{ mol } NH_4^-$$

Concentration of $NH_4^+$: Combining 25 mL each of HCl and $NH_3$ gives a total solution volume of 50. mL. Therefore, the concentration of $NH_4^+$ is

$$[NH_4^+] = \frac{4.0 \times 10^{-4} \text{ mol}}{0.050 \text{ L}} = 8.0 \times 10^{-3} \text{ M}$$

(c) *Acid–Base Equilibrium Problem*

With the initial concentration of ammonium ion known, set up an ICE table to find the equilibrium concentration of hydronium ion.

## Problem-Solving Tip 17.3

### What Is the pH After Mixing Equal Molar Amounts of an Acid and a Base?

Table 17.5 summarizes the outcome of mixing various types of acids and bases. But how do you calculate a numerical value for the pH, particularly in the case of mixing a weak acid with a strong base or a weak base with a strong acid? The strategy (Example 17.8) is to recognize that this problem's solution involves two related

calculations: a stoichiometry calculation and an equilibrium calculation. The key is that you need to know the concentration of the weak acid or weak base produced when the acid and base are mixed. You should ask yourself the following questions:

1. What amounts of acid and base are used (in moles)? (This is a stoichiometry problem.)

2. What is the total volume of the solution after mixing the acid and base solutions?

3. What is the concentration of the weak acid or base produced on mixing the acid and base solutions?

4. Using the concentration found in Step 3, what is the hydronium ion concentration in the solution? (This is an equilibrium problem.)

5. Calculate the pH of the solution from $[H_3O^+]$.

| Equilibrium | $NH_4^+ + H_2O$ | $\rightleftharpoons$ | $NH_3$ | + | $H_3O^+$ |
|---|---|---|---|---|---|
| Initial (M) | 0.0080 | | 0 | | 0 |
| Change (M) | $-x$ | | $+x$ | | $+x$ |
| Equilibrium (M) | $(0.0080-x)$ | | $x$ | | $x$ |

Next, substitute the values in the table into the $K_a$ expression for the ammonium ion. T have

$$K_a = 5.6 \times 10^{-10} = \frac{[H_3O^+][NH_3]}{[NH_4^+]} = \frac{(x)(x)}{0.0080-x}$$

The ammonium ion is a very weak acid, as reflected by the very small value of $K_a$. Then the concentration of hydronium ion generated by reaction of ammonium ion with water assumed to be very small, and the approximate expression is used to solve for $x$. (Here $K_a$ is much less than the original acid concentration.)

$$K_a = 5.6 \times 10^{-10} \approx \frac{x^2}{0.0080}$$
$$x = \sqrt{(5.6 \times 10^{-10})(0.0080)}$$
$$= [H_3O^+] = [NH_3] = 2.1 \times 10^{-6} M$$
$$pH = -\log(2.1 \times 10^{-6}) = 5.67$$

**Comment** As predicted (Table 17.5), the solution after mixing equal molar quantities strong acid and weak base is weakly acidic.

---

**Exercise 17.16—What Is the pH After the Reaction of a Weak Acid Strong Base?**

Calculate the pH after mixing 15 mL of 0.12 M acetic acid with 15 mL of 0.12 M NaOH. Wh major species in solution at equilibrium (besides water) and what are their concentratio

## 17.8—Polyprotic Acids and Bases

Polyprotic acids are capable of donating more than one proton (Table 17. of these acids occur in nature, such as oxalic acid in rhubarb (page 796), c in citrus fruit, malic acid in apples, and tartaric acid in grapes (page 801).

phosphoric acid ionizes in three steps:

*First ionization step:*

$$H_3PO_4(aq) + H_2O(\ell) \rightleftharpoons H_3O^+(aq) + H_2PO_4^-(aq) \qquad K_{a_1} = 7.5 \times 10^{-3}$$

*Second ionization step:*

$$H_2PO_4^-(aq) + H_2O(\ell) \rightleftharpoons H_3O^+(aq) + HPO_4^{2-}(aq) \qquad K_{a_2} = 6.2 \times 10^{-8}$$

*Third ionization step:*

$$HPO_4^{2-}(aq) + H_2O(\ell) \rightleftharpoons H_3O^+(aq) + PO_4^{3-}(aq) \qquad K_{a_3} = 3.6 \times 10^{-13}$$

Notice that the $K_a$ value for each successive step becomes smaller and smaller because it is more difficult to remove $H^+$ from a negatively charged ion, such as $H_2PO_4^-$, than from a neutral molecule, such as $H_3PO_4$. Furthermore, the larger the negative charge of the anionic acid, the more difficult it is to remove $H^+$.

For many inorganic polyprotic acids, such as phosphoric acid, carbonic acid, and hydrogen sulfide, each successive loss of a proton is about $10^4$ to $10^6$ times more difficult than the previous ionization step. As a consequence, the first ionization step of a polyprotic acid produces up to about a million times more $H_3O^+$ ions than the second step. For this reason, *the pH of many inorganic polyprotic acids depends primarily on the hydronium ion generated in the first ionization step; the hydronium ion produced in the second step can be neglected.* The same principle applies to the conjugate bases of polyprotic acids. It is illustrated by the calculation of the pH of a solution of carbonate ion, an important basic anion in our environment (Example 17.9).



A polyprotic acid. Malic acid is a diprotic acid occurring in apples. It is also classified as an alpha-hydroxy acid because it has an —OH group on the C atom next to the —CO$_2$H (in the alpha position). It is one of a larger group of natural acids such as lactic acid, citric acid, and ascorbic acid. Alpha-hydroxy acids have been touted as an ingredient in "anti-aging" skin creams. They work by accelerating the natural process by which skin replaces the outer layer of cells with new cells.

Charles D. Winters

## Example 17.9—Calculating the pH of the Solution of a Polyprotic Base

**Problem** The carbonate ion, $CO_3^{2-}$, is a base in water, forming the hydrogen carbonate ion, which in turn can form carbonic acid.

$$CO_3^{2-}(aq) + H_2O(\ell) \rightleftharpoons HCO_3^-(aq) + OH^-(aq) \qquad K_{b1} = 2.1 \times 10^{-4}$$

$$HCO_3^-(aq) + H_2O(\ell) \rightleftharpoons H_2CO_3(aq) + OH^-(aq) \qquad K_{b2} = 2.4 \times 10^{-8}$$

What is the pH of a 0.10 M solution of Na$_2$CO$_3$ at 25 °C?

**Strategy** The second ionization constant, $K_{b2}$, is much smaller than the first ionization constant, $K_{b1}$, so the hydroxide ion concentration in the solution results almost entirely from the first step. Therefore, let us calculate the $OH^-$ concentration produced in the first ionization step but test the conclusion that $OH^-$ produced in the second step is negligible.

**Solution** Set up an ICE table for the reaction of the carbonate ion (Equilibrium Table 1).

**Equilibrium Table 1: Reaction of CO₃²⁻ Ion**

| Equilibrium | CO$_3^{2-}$ + H$_2$O | $\rightleftharpoons$ | HCO$_3^-$ | + | OH$^-$ |
|---|---|---|---|---|---|
| Initial (M) | 0.10 | | 0 | | 0 |
| Change (M) | $-x$ | | $+x$ | | $+x$ |
| Equilibrium (M) | $(0.10 - x)$ | | $x$ | | $x$ |

Based on this table, the equilibrium concentration of $OH^-$ ($= x$) can be calculated.

$$K_{b1} = 2.1 \times 10^{-4} = \frac{[HCO_3^-][OH^-]}{[CO_3^{2-}]} = \frac{x^2}{0.10 - x}$$



Sodium carbonate, a polyprotic base. This common substance is a base in aqueous solution. Its primary use is in the glass industry. Although it used to be manufactured, it is now mined as the mineral trona, Na$_2$CO$_3$ · NaHCO$_3$ · 2 H$_2$O.

Charles D. Winters

Because $K_{b1}$ is relatively small, it is reasonable to make the approximation that $(0.10 - x) \approx 0.10$. Therefore,

$$x = [HCO_3^-] = [OH^-] = \sqrt{(2.1 \times 10^{-4})(0.10)} = 4.6 \times 10^{-3}\ M$$

Using this value of $[OH^-]$, we first calculate the pOH of the solution.

$$pOH = -\log (4.6 \times 10^{-3}) = 2.34$$

We then use the relationship pH + pOH = 14.00 (at 25 °C) to calculate the pH.

$$pH = 14.00 - pOH = 11.66$$

**Comment** It is instructive to ask what the concentration of $H_2CO_3$ in the solution might [...]. $HCO_3^-$ were to react significantly with water to produce $H_2CO_3$, the pH of the solution w[...] be affected. Let us set up a second ICE Table.

**Equilibrium Table 2: Reaction of $HCO_3^-$ Ion**

| Equilibrium | $HCO_3^-$ + $H_2O$ $\rightleftharpoons$ | $H_2CO_3$ | + | $OH^-$ |
|---|---|---|---|---|
| Initial (M) | $4.6 \times 10^{-3}$ | 0 | | $4.6 \times 10^{-3}$ |
| Change (M) | $-y$ | $+y$ | | $+y$ |
| Equilibrium (M) | $(4.6 \times 10^{-3} - y)$ | $y$ | | $(4.6 \times 10^{-3} + y)$ |

Because $K_{b2}$ is so small, the second step occurs to a *much* smaller extent than the first [...]. Thus, the amount of $H_2CO_3$ and $OH^-$ produced in the second step ($=y$) is *much* smaller [...] $10^{-3}$ M. It is therefore reasonable to assume that both $[HCO_3^-]$ and $[OH^-]$ are very cl[...] $4.6 \times 10^{-3}$ M.

$$K_{b2} = 2.4 \times 10^{-8} = \frac{[H_2CO_3][OH^-]}{[HCO_3^-]} = \frac{(y)(4.6 \times 10^{-3})}{4.6 \times 10^{-3}}$$

Because $[HCO_3^-]$ and $[OH^-]$ (from step 2) have nearly identical values, they cancel fr[...] expression, and we find that $[H_2CO_3]$ is simply equal to $K_{b2}$.

$$y = [H_2CO_3] = K_{b2} \approx 2.4 \times 10^{-8}\ M$$

For the carbonate ion, where $K_1$ and $K_2$ differ by about $10^4$, essentially all of the hydr[...] is produced in the first equilibrium process.

---

**Exercise 17.17—Calculating the pH of the Solution of a Polyprotic A[...]**

What is the pH of a 0.10 M solution of oxalic acid, $H_2C_2O_4$? What are the concentration[...] $HC_2O_4^-$, and the oxalate ion, $C_2O_4^{2-}$?

---

# 17.9—The Lewis Concept of Acids and Bases

The concept of acid–base behavior advanced by Brønsted and Lowry in [...] works well for reactions involving proton transfer. A more general acid-[...] cept, however, was developed by Gilbert N. Lewis in the 1930s. This conce[...] on the sharing of electron pairs between an acid and a base. A **Lewis aci[...]** stance that can accept a pair of electrons from another atom to form a [...] and a **Lewis base** is a substance that can donate a pair of electrons to ano[...]

to form a new bond. Thus, an acid–base reaction in the Lewis sense occurs when a molecule (or ion) donates a pair of electrons to another molecule (or ion).

$$A \ + \quad B: \quad \longrightarrow \quad B \rightarrow A$$

Acid      Base             Adduct

The product is often called an **acid–base adduct**. In Section 9.6 this type of chemical bond was called a *coordinate covalent bond.*

Formation of a hydronium ion from $H^+$ and water is a good example of a Lewis acid–base reaction. The $H^+$ ion has no electrons in its valence ($1s$) orbital, and the water molecule has two unshared pairs of electrons (located in $sp^3$ hybrid orbitals). One of the O atom lone pairs of a water molecule can be shared with an $H^+$ ion, thus forming an H—O bond in an $H_3O^+$ ion. A similar interaction occurs between $H^+$ and the base ammonia to form the ammonium ion.



Such reactions are very common. In general, they involve Lewis acids that are cations or neutral molecules with an available, empty valence orbital and bases that are anions or neutral molecules with a lone electron pair.

## Cationic Lewis Acids

Metal cations interact with water molecules to form hydrated cations, ions in which the metal ion is surrounded by water molecules (Figure 17.6 and page 658). In these species, coordinate covalent bonds form between the metal cation and a lone pair of electrons on the O atom of each water. For example, an iron(II) ion, $Fe^{2+}$, forms six coordinate covalent bonds to water.

$$Fe^{2+}(aq) + 6\ H_2O(\ell) \longrightarrow [Fe(H_2O)_6]^{2+}(aq)$$

Similar structures formed by transition metal cations are generally very colorful (Figure 17.6 and Section 22.3). Chemists call them **complex ions** or, because of the coordinate covalent bond, **coordination complexes**. Several are listed in Table 17.3 as acids, and their behavior is described further in Section 17.10 and Chapter 22.

Like water, ammonia is an excellent Lewis base and combines with metal cations to give adducts (complex ions), which are often very colorful. For example, copper(II) ions, which are light blue in aqueous solution (Figure 17.6), react with ammonia to give a deep blue adduct with four ammonia molecules surrounding each $Cu^{2+}$ ion (Figure 17.7).



(a)



(b)

**Figure 17.6    Metal cations in water.** (a) Solutions of the nitrate salts of iron(III), cobalt(II), nickel and copper(II). All have characteristic colors. (b) Models of complex ions (Lewis acid–base adducts) for between a metal cation and water molecules. Such complexes often have six water molecules arranged hedrally around the metal cation.

$$Cu^{2+}(aq) + 4\ NH_3(aq) \longrightarrow [Cu(NH_3)_4]^{2-}(aq)$$

*light blue*                                    *deep blue*



**Figure 17.7    The Lewis acid–base complex ion $[Cu(NH_3)_4]^{2+}$.** Here aqueous ammonia was added to aqueous $CuSO_4$ (the light blue solution at the bottom of the beaker). The small concentration of $OH^-$ in $NH_3$(aq) first formed insoluble blue-white $Cu(OH)_2$ (the solid in the middle of the beaker). With additional $NH_3$, however, the deep blue, soluble complex ion is formed (the solution at the top of the beaker). The model in the text shows the copper(II)–ammonia complex ion.

Hydroxide ion, $OH^-$, is an excellent Lewis base and binds readily to cations to give metal hydroxides. An important feature of the chemistry of metal hydroxides is that they are **amphoteric**. An amphoteric metal hydroxi behave as an acid or a base (Table 17.6). One of the best examples of this be is provided by aluminum hydroxide, $Al(OH)_3$ (Figure 17.8). Adding $OH^-$ to cipitate of $Al(OH)_3$ produces the water-soluble $[Al(OH)_4]^-$ ion.

$$Al(OH)_3(s) + OH^-(aq) \longrightarrow [Al(OH)_4]^-(aq)$$

*Acid*              *Base*

If acid is added to the $Al(OH)_3$ precipitate, it again dissolves. In this reactio ever, aluminum hydroxide acts as a base.

$$Al(OH)_3(s) + 3\ H_3O^+(aq) \longrightarrow Al^{3+}(aq) + 6\ H_2O(\ell)$$

*Base*              *Acid*

## Molecular Lewis Acids

Lewis's acid–base concept accounts nicely for the fact that oxides of nonm have as acids [◄ Section 5.3]. Two important examples of acidic oxides are dioxide and sulfur dioxide.

**Table 17.6  Some Common Amphoteric Metal Hydroxides***

| Hydroxide | Reaction as a Base | Reaction as an Acid |
|---|---|---|
| $Al(OH)_3$ | $Al(OH)_3(s) + 3\ H_3O^-(aq) \rightleftharpoons Al^{3-}(aq) + 6\ H_2O(\ell)$ | $Al(OH)_3(s) + OH^-(aq) \rightleftharpoons [Al(OH)_4]^-(aq)$ |
| $Zn(OH)_2$ | $Zn(OH)_2(s) + 2\ H_3O^-(aq) \rightleftharpoons Zn^{2+}(aq) + 4\ H_2O(\ell)$ | $Zn(OH)_2(s) + 2\ OH^-(aq) \rightleftharpoons [Zn(OH)_4]^{2-}(aq)$ |
| $Sn(OH)_4$ | $Sn(OH)_4(s) + 4\ H_3O^-(aq) \rightleftharpoons Sn^{4-}(aq) + 8\ H_2O(\ell)$ | $Sn(OH)_4(s) + 2\ OH^-(aq) \rightleftharpoons [Sn(OH)_6]^{2-}(aq)$ |
| $Cr(OH)_3$ | $Cr(OH)_3(s) + 3\ H_3O^-(aq) \rightleftharpoons Cr^{3+}(aq) + 6\ H_2O(\ell)$ | $Cr(OH)_3(s) + OH^-(aq) \rightleftharpoons [Cr(OH)_4]^-(aq)$ |

* The aqueous metal cations are best described as $[M(H_2O)_6]^{n+}$.

Because oxygen is electronegative, the C—O bonding electrons in $CO_2$ are polarized away from carbon and toward oxygen. This causes the carbon atom to be slightly positive. The negatively charged Lewis base $OH^-$ can then attack this atom to give, ultimately, the bicarbonate ion.

■ **$CO_2$ in Basic Solution**
This reaction of $CO_2$ with $OH^-$ is the first step in the precipitation of $CaCO_3$ when $CO$ is bubbled into a solution of $Ca(OH)_2$ (Figure 16.2).

Similarly, $SO_2$ reacts with aqueous $OH^-$ to form the $HSO_3^-$ ion.



Adding a strong base (NaOH) to $Al(OH)_3$ dissolves the precipitate. Here aluminum hydroxide acts as a Lewis acid toward the Lewis base $OH^-$ and forms the soluble sodium salt of the complex ion $[Al(OH)_4]^-$.

(a)  Add NH₃(aq)

(b)  Add NaOH(aq)

(c)  Add HCl(aq)

Adding aqueous ammonia to a soluble salt of $Al^{3+}$ leads to a precipitate of $Al(OH)_3$.

$Al(OH)_3$ dissolves when a strong acid (HCl) is added. In this case $Al(OH)_3$ acts as a Brønsted base and forms a soluble aluminum salt and water.

**Figure 17.8  The amphoteric nature of $Al(OH)_3$.** Aluminum hydroxide is formed by the reaction of aqueous $Al^{3+}$ and ammonia.

$$Al^{3-}(aq) + 3\ NH_3(aq) + 3\ H_2O(\ell) \rightleftharpoons Al(OH)_3(s) + 3\ NH_4^-(aq)$$

Reactions of solid $Al(OH)_3$ with aqueous NaOH and HCl demonstrate that aluminum hydroxide is amphoteric.

GENERAL
Chemistry ·‡· Now™

**See the General ChemistryNow CD-ROM or website:**
• **Screen 17.12 Lewis Acids and Bases**, for a tutorial on identifying Lewis base sites
• **Screen 17.14 Neutral Lewis Acids**, for a tutorial on identifying Lewis acid sites

---

### Exercise 17.18—Lewis Acids and Bases

Describe each of the following as a Lewis acid or a Lewis base.

(a) $PH_3$    (b) $BCl_3$    (c) $H_2S$    (d) $HS^-$

Hint: In each case draw the Lewis electron dot structure of the molecule or ion. Does the c___ atom have lone pairs of electrons? If so, it can be a Lewis base. Does the central atom lack an ___ tron pair? If so, it can behave as a Lewis acid.

---

# 17.10—Molecular Structure, Bonding, and Acid–Base Behavior

One of the most interesting aspects of chemistry is the correlation between m___ lar structure, bonding, and observed properties. Here it is useful to analyze the nection between the structure and bonding in some acids and their relative stre___

GENERAL
Chemistry ·‡· Now™

**See the General ChemistryNow CD-ROM or website:**
• **Screen 17.8 Determining $K_a$ and $K_b$ Values**, for information on molecular interpretation acid–base properties

### Why Is HF a Weak Acid Whereas HCl Is a Strong Acid?

Aqueous HF is a weak Brønsted acid in water, whereas the other hydrohalic a aqueous HCl, HBr, and HI—are all strong acids.

$$HX(aq) + H_2O(\ell) \longrightarrow H_3O^+(aq) + X^-(aq)$$

Experiments show that the acid strength increases in the order HF ≪ HCl < HI. The strength of these acids increases on descending Group 7A for seve sons, such as the electron affinity of the halogen and the energy of solvatior acid and the anion. The most significant factor determining acid strength, h is the H—X bond energy.

■ **$pK_a$ Values for Hydrogen Halides**
The acids HCl, HBr, and HI have negative $pK_a$ values. A negative $pK_a$ indicates a $K_a$ value greater than 1. The more negative the $pK_a$ value, the larger the value of $K_a$ and the stronger the acid.

| | ——Increasing acid strength —→ | | | |
| | HF | HCl | HBr | HI |
|---|---|---|---|---|
| $pK_a$ | +3.14 | −7 | −9 | −10 |
| H—X bond strength (kJ/mol) | 565 | 432 | 366 | 299 |

The weakest acid, HF, has the strongest H—X bond, whereas the strongest a has the weakest H—X bond.

## Chemical Perspectives

### Lewis and Brønsted Bases: Adrenaline and Serotonin

You are going to take a chemistry exam— your heart races and you begin to sweat. These actions of your nervous system are affected by a chemical compound called epinephrine, which is also known as *adrenaline*. This compound has a basic $NH_2$ group that is protonated in an acid solution. Epinephrine, which is produced in the body through a chain of reactions starting with the amino acid phenylalanine, is known as the "flight or fight" hormone. It causes the release of glucose and other nutrients into the blood and stimulates brain function. Currently, epinephrine is used as a bronchodilator by people with asthma. It is also used to treat glaucoma.

Epinephrine is a member of a class of compounds called neurotransmitters. This class includes serotonin, another Lewis and Brønsted base. Very low levels of serotonin are associated with depression, whereas very high levels can produce a manic state.

Serotonin is derived from the amino acid tryptophan. Some people take tryptophan because they believe that it makes them feel good and helps them sleep at night. Milk proteins have a high level of tryptophan, which may explain why you enjoy a glass of milk or dish of ice cream before you go to bed at night.

See J. Mann: *Murder, Magic, and Medicine*, New York, Oxford University Press, 1994.



Phenylalanine

Series of chemical reactions

Epinephrine · HCl

Serotonin

## Why Is $HNO_2$ a Weak Acid Whereas $HNO_3$ Is a Strong Acid?

Nitrous acid ($HNO_2$) and nitric acid ($HNO_3$) are examples of several series of oxoacids. Oxoacids contain an atom (usually a nonmetal atom) bonded to one or more oxygen atoms, some with hydrogen atoms attached. Besides those oxoacids based on N, you are familiar with the sulfur- and chlorine-based oxoacids (Table 17.7). In all of these series of related compounds, the acid strength increases as the number of oxygen atoms bonded to the central element increases.



$HNO_3$, strong acid, $pK_a = -1.4$

$HNO_2$, weak acid, $pK_a = +3.35$

Thus, nitric acid ($HNO_3$) is a stronger acid than nitrous acid ($HNO_2$), and the order of acid strength for the chlorine-based oxoacids is $HOCl < HOClO < HOClO_2 < HOClO_3$ (Table 17.7).

**Table 17.7   Oxoacids**

| Acid | $pK_a$ |
|---|---|
| **Cl-Based Oxoacids** | |
| HOCl | 7.46 |
| HOClO ($HClO_2$) | ~ 2 |
| HOClO$_2$ ($HClO_3$) | ~ −1 |
| HOClO$_3$ ($HClO_4$) | ~ −10 |
| **S-Based Oxoacids** | |
| (HO)$_2$SO [$H_2SO_3$] | 1.92, 7.21 |
| (HO)$_2$SO$_2$ [$H_2SO_4$] | ~ −3, 1.92 |

According to Linus Pauling, for oxoacids with the general formula (HO)$_x$E(O)$_m$, the value of $pK_a$ is about 8–5m. When $m > 1$, the $pK_a$ increases by about 5 for each successive loss of a proton.

Acid strength is determined by the extent to which the ionization reaction is favored—that is, the extent to which the reaction of an acid HX to form $H^+$ and the conjugate base ($X^-$) is product-favored. It is necessary to assume that acid strength will be related to characteristics of *both* the reactant (HX) *and* the products ($H^+$ and $X^-$).

In an oxoacid molecule, attention focuses on the H—O bond and the influence of other atoms in the molecule on this bond. Because of the difference in the electronegativities of O and H, the H—O bond is polar ($O^{\delta-}$—$H^{\delta-}$). But the question is how the other atoms in the molecule affect the H—O bond polarity. One view is that electrons in the H—O bond are attracted by other electronegative atoms or groups in the molecule and are drawn away from the H—O hydrogen. This increases the H—O bond polarity and makes hydrogen easier to separate from the molecule as $H^+$.

The extent to which adjacent atoms or groups of atoms attract electrons from another part of a molecule is called the **inductive effect**; it comprises the attraction of electrons from adjacent bonds by more electronegative atoms. Inductive effects are used to explain many properties of molecules. The analysis presented here, related to acid strength, is merely one example. With nitric and nitrous acid, we are comparing the ability of an NO group (in HONO) and an $NO_2$ group (in $HONO_2$) to attract electrons and increase the polarity of the H—O bond. There are two oxygen atoms bonded to the central nitrogen atom in the $NO_2$ group but only one oxygen bonded to the nitrogen atom in the NO group. By attaching more oxygen atoms to nitrogen, the inductive effect is greater, and the H—O bond becomes more polarized. Thus, the H atom in the H—O group is more positive in $HNO_3$ than in $HNO_2$, and $HNO_3$ is a stronger acid.



Hydrogen bond to H atom assists in O—H bond breaking in $HNO_3$.

Electrons in H—O bond flow toward electronegative O atoms owing to inductive effect.

Additional oxygen atoms in an oxoacid also have the effect of stabilizing the ion formed by removal of $H^+$ from the oxoacid. This greater stability arises because the negative charge on the anion can be dispersed over more atoms. In the nitrate ion, for example, the negative charge is shared equally over the three oxygen atoms. This situation is represented symbolically in the three resonance structures for this ion.



In the nitrite ion, only two atoms share the negative charge. The greater stability of the products formed by ionizing the acid contributes to increased acidity.

In summary, a molecule can behave as a Brønsted acid if electronegative atoms increase the polarization of the H—O bond. In addition, the anion created by loss of $H^+$ should be stable and able to accommodate the negative charge. These conditions are promoted by two factors:

- The presence of electronegative atoms attached to the central atom
- The possibility of resonance structures for the anion, which lead to delocalization of the negative charge over the anion and thus to a stable ion

■ Anion Solvation
The solvation of the anion is another contributing factor in determining the relative strength of an acid.

## Why Are Carboxylic Acids Brønsted Acids?

Other important questions are why carboxylic acids (such as acetic acid, $CH_3CO_2H$) are Brønsted acids and which H atom is lost as an $H^+$ ion. (A related question is why so few substances behave as Brønsted acids, even though hundreds of molecules have some type of E—H bond.)

The arguments used to explain the acidity of oxoacids can also be applied to carboxylic acids. The H—O bond in these compounds is polar, a prerequisite for ionization.



C—H bonds not broken in water

Polar O—H bond broken by interaction of positively charged H atom with hydrogen-bonded $H_2O$

In addition, carboxylate anions are stabilized by delocalizing the negative charge over the two oxygen atoms.



The simple carboxylic acids, $RCO_2H$, in which R is a hydrocarbon group [◀ Section 11.4], do not differ markedly in acid strength (compare acetic acid, $pK_a = 4.74$, and propanoic acid, $pK_a = 4.89$; Table 17.3). The acidity of carboxylic acids is enhanced, however, if electronegative substituents replace the hydrogens in the alkyl group. Compare for example, the $pK_a$ values of a series of acetic acids in which hydrogen is replaced sequentially by the more electronegative element chlorine.

| Acid | | $pK_a$ Value | |
|---|---|---|---|
| $CH_3CO_2H$ | Acetic acid | 4.74 | |
| $ClCH_2CO_2H$ | Chloroacetic acid | 2.85 | increasing acid strength |
| $Cl_2CHCO_2H$ | Dichloroacetic acid | 1.49 | |
| $Cl_3CCO_2H$ | Trichloroacetic acid | 0.7 | |

We can again rationalize the trend in acidity based on the increasing inductive effect when electronegative Cl atoms are substituted for H atoms.

Finally, why are the C—H hydrogens of carboxylic acids not dissociated as $H^+$ instead of (or in addition to) the O—H hydrogen atom? Recall that the stability of the product ion is an important part of promoting ionization. In carboxylic acids, the adjacent carbon atom is not sufficiently electronegative to stabilize the negative charge left if the terminal bond breaks as C—H ⟶ C:⁻ + H⁺ (Figure 17.9).

(a) Lewis electron dot structure of acetic acid, $CH_3CO_2H$



(b) Ball-and-stick model of acetic acid



(c) Computer-calculated partial charges on atoms of $CH_3CO_2H$

**Figure 17.9** Acetic acid, a carboxylic acid. The model in part (c) was generated by computer to show the partial + and − charges on the H, C, and O atoms. Atoms with a positive charge are red, and atoms with a negative charge are yellow. The relative size of the partial charge is reflected by the relative size of the red or yellow sphere. Bonding electrons in the molecule flow toward O atoms and away from the H atom, leaving the H atom of the —$CO_2H$ group positively charged and readily removed by interaction with a polar water molecule.

### Why Are Hydrated Metal Cations Brønsted Acids?

When a coordinate covalent bond is formed between a metal cation (a Lewis acid) and a water molecule (a Lewis base), the positive charge of the metal ion and small size mean that the electrons of the $H_2O$—$M^{n+}$ bond are very strongly attracted to the metal. As a result of this inductive effect, the H—O bonds of the bound water molecules are polarized, just as in oxoacids and carboxylic acids. The net effect is that an H atom of a coordinated water molecule is removed as $H^+$ more readily than in an uncoordinated water molecule. Thus, a hydrated metal cation functions as a Brønsted acid or proton donor (Figure 17.6).

■ **Polarization of O—H Bonds**
Water molecules attached to a metal cation have strongly polarized H—O bonds.

$$(H_2O)_5M^{n+} \longleftarrow :\overset{\delta-}{O}: \overset{\delta+}{H}\overset{\delta+}{H}$$

$$[Cu(H_2O)_6]^{2+}(aq) + H_2O(\ell) \rightleftharpoons [Cu(H_2O)_5(OH)]^+(aq) + H_3O^+(aq)$$

The inductive effect of a metal ion increases with increasing charge. Consult Table 17.3, you see that the Brønsted acidity of 3+ cations (for example, [Al(H₂O)₆] and [Fe(H₂O)₆]³⁻ is greater than that of 2+ cations ([Cu(H₂O)₆]²⁻ and related aquated ions such as Pb²⁺, Co²⁺, Fe²⁺, Ni²⁺). Ions with a single positive charge such as Na⁺ and K⁺ are not acidic.

### Why Are Anions Brønsted Bases?

Anions, particularly oxoanions such as $PO_4^{3-}$, are Brønsted bases. The negatively charged anion interacts with the positively charged H atom of a polar water molecule, and an $H^+$ ion is transferred to the anion.

$$\underset{:O:}{:\overset{..}{O}:\overset{3-}{\phantom{}}} \overset{..}{O}-P-\overset{..}{O}-H-\overset{..}{O}: \rightleftharpoons \underset{}{:\overset{..}{O}:\overset{H}{\phantom{}}} \overset{..}{O}-P-\overset{..}{O}:\overset{2-}{\phantom{}}\overset{..}{O}-H + OH^-$$

Hydrogen bond with water. H⁺ ion moves to phosphate ion.

The data in Table 17.8 show that, in a series of related anions, the basicity of an ionic base increases substantially as the negative charge of the anion increases.

### Why Are Organic Amines Brønsted and Lewis Bases?

Ammonia is the parent compound of an enormous number of compounds that have as Brønsted and Lewis bases. These molecules have an N atom surrounded three other atoms as well as a lone pair of electrons.

**Table 17.8    Basic Oxoanions**

| Anion | $pK_b$ |
|---|---|
| $PO_4^{3-}$ | 1.55 |
| $HPO_4^{2-}$ | 6.80 |
| $H_2PO_4^-$ | 11.89 |
| $CO_3^{2-}$ | 3.68 |
| $HCO_3^-$ | 7.62 |
| $SO_3^{2-}$ | 6.80 |
| $HSO_3^-$ | 12.08 |

Ammonia

Ephedrine

— Basic N atom

■ Ephedra
*Ma Huang*, an extract from the *ephedra* species of plants, contains ephedrine. Chinese herbalists have used it for more than 5000 years to treat asthma. Recently, however, the substance has been used in diet pills that can be purchased over the counter in herbal medicine shops. Very serious concerns about these pills have arisen following reports of serious heart problems in users, and the substance is now banned in the U.S.

In each case, the positively charged H atom of a polar water molecule can interact with the lone pair of electrons on the electronegative N atom. An $H^+$ ion transfers from water to the nitrogen atom, and an $OH^-$ ion enters the solution.



Hydrogen bond with water.
$H^+$ ion moves to N atom.

### Exercise 17.19—Molecular Structure, Acids, and Bases

(a) Which should be the stronger acid, $H_2SeO_4$ or $H_2SeO_3$?

(b) Which should be the stronger acid, $[Fe(H_2O)_6]^{2-}$ or $[Fe(H_2O)_6]^{3-}$?

(c) Which should be the stronger acid, $HOCl$ or $HOBr$?

(d) The molecule whose structure is illustrated here is amphetamine, a stimulant. Is the compound a Brønsted acid, a Lewis acid, a Brønsted base, a Lewis base, or some combination of these?



## Chapter Goals Revisited

When you have finished studying this chapter, you should ask whether you have met the chapter goals. In particular you should be able to

### Use the Brønsted-Lowry and Lewis theories of acids and bases

a. Define and use the Brønsted concept of acids and bases (Section 17.2).

b. Recognize common monoprotic and polyprotic acids and bases and write balanced equations for their ionization in water (Section 17.2).

GENERAL
Chemistry ⚛ Now™

See the General ChemistryNow CD-ROM or website to:

• Assess your understanding with homework questions keyed to each goal

• Check your readiness for an exam by taking the exam-prep quiz and exploring the resources in the personalized Learning Plan it provides

c. Appreciate when a substance can be amphiprotic (Section 17.2).

d. Recognize the Brønsted acid and base in a reaction and identify the conjugate partner of each (Section 17.2). General ChemistryNow homework: Stud. Quest. 11, 2

e. Understand the concept of water autoionization and its role in Brønsted acid–base chemistry. Use the water ionization constant, $K_w$ (Section 17.3)

f. Use the pH concept (Section 17.3). General ChemistryNow homework: SQ(s) 10, 12

g. Identify common strong acids and bases (Tables 5.2 and 17.3).

h. Recognize some common weak acids and understand that they can be neutral molecules (such as acetic acid), cations (such as $NH_4^+$ or hydrated metal such as $[Fe(H_2O)_6]^{2+}$, or anions (such as $HCO_3^-$) (Table 17.3).

**Apply the principles of chemical equilibrium to acids and bases in aqueous solution**

a. Write equilibrium constant expressions for weak acids and bases (Section 17.4).

b. Calculate p$K_a$ from $K_a$ (or $K_a$ from p$K_a$) and understand how p$K_a$ is correlated with acid strength (Section 17.4). General ChemistryNow homework: SQ(s) 26, 28, 30

c. Understand the relationship between $K_a$ for a weak acid and $K_b$ for its conjugate base (Section 17.4). General ChemistryNow homework: SQ(s) 18

d. Write equations for acid–base reactions and decide whether they are product- or reactant-favored (Sections 17.5 and 17.6 and Table 17.5). General ChemistryNow homework: SQ(s) 36, 38

e. Calculate the equilibrium constant for a weak acid ($K_a$) or a weak base ($K_b$) from experimental information (such as pH, $[H_3O^+]$, or $[OH^-]$) (Section 17.7 and Example 17.4). General ChemistryNow homework: SQ(s) 43

f. Use the equilibrium constant and other information to calculate the pH of a solution of a weak acid or weak base (Section 17.7 and Examples 17.5 and 17.6). General ChemistryNow homework: SQ(s) 48, 50, 55

g. Describe the acid–base properties of salts and calculate the pH of a solution of a salt of a weak acid or of a weak base (Section 17.7 and Example 17.7). General ChemistryNow homework: SQ(s) 94, 100

h. Calculate the pH of a solution of a polyprotic acid or base (Section 17.8 and Example 17.9). General ChemistryNow homework: SQ(s) 66

**Predict the outcome of reactions of acids and bases**

a. Recognize the type of acid–base reaction and describe its result (Section

b. Calculate the pH after an acid–base reaction (Section 17.7 and Example General ChemistryNow homework: SQ(s) 62

**Understand the influence of structure and bonding on acid–base properties**

a. Characterize a compound as a Lewis base (an electron-pair donor) or a Lewis acid (an electron-pair acceptor) (Section 17.9). General ChemistryNow homework

b. Appreciate the connection between the structure of a compound and its acidity or basicity (Section 17.10).

## Key Equations

**Equation 17.1 (page 804):**
Water ionization constant.

$$K_w = [H_3O^+][OH^-] = 1.0 \times 10^{-14} \text{ at 25 °C}$$

Equation 17.2 (page 805):
Definition of pH (see also Equation 5.2).

$$pH = -\log [H_3O^+]$$

Equation 17.3 (page 805):
Definition of pOH

$$pOH = -\log [OH^-]$$

Equation 17.4 (page 806):
Definition of $pK_w$

$$pK_w = 14.00 = pH + pOH$$

Equation 17.5 (page 807):
Equilibrium expression for a general acid, HA, in water.

$$HA(aq) + H_2O(\ell) \rightleftharpoons H_3O^+(aq) + A^-(aq)$$

$$K_a = \frac{[H_3O^+][A^-]}{[HA]}$$

Equation 17.6 (page 807):
Equilibrium expression for a general base, B, in water.

$$B(aq) + H_2O(\ell) \rightleftharpoons BH^+(aq) + OH^-(aq)$$

$$K_b = \frac{[BH^+][OH^-]}{[B]}$$

Equation 17.7 (page 812):
Definition of $pK_a$.

$$pK_a = -\log K_a$$

Equation 17.8 (page 813):
Relationship of $K_a$, $K_b$, and $K_w$ where $K_a$ and $K_b$ are for a conjugate acid–base pair.

$$K_a \times K_b = K_w$$

# Study Questions

▲ denotes more challenging questions.

■ denotes questions available in the Homework and Goals section of the General ChemistryNow CD-ROM or website.

. . . have answers in Appendix O and fully worked solutions in the *Student Solutions Manual*.

Structures of many of the compounds used in these questions are found on the General ChemistryNow CD-ROM or website in the Models folder.

GENERAL

Chemistry ●Now™ Assess your understanding of this chapter's topics with additional quizzing and conceptual questions at http://now.brookscole.com/kotz6e

## Practicing Skills

**The Brønsted Concept**
*(See Exercises 17.1 and 17.2 and General ChemistryNow Screen 17.2.)*

1. Write the formula and give the name of the conjugate base of each of the following acids.
   (a) HCN
   (b) $HSO_4^-$
   (c) HF

2. ■ Write the formula and give the name of the conjugate acid of each of the following bases.
   (a) $NH_3$
   (b) $HCO_3^-$
   (c) $Br^-$

3. What are the products of each of the following acid–base reactions? Indicate the acid and its conjugate base, and the base and its conjugate acid.
   (a) $HNO_3 + H_2O \longrightarrow$
   (b) $HSO_4^- + H_2O \longrightarrow$
   (c) $H_3O^+ + F^- \longrightarrow$

4. ■ What are the products of each of the following acid–base reactions? Indicate the acid and its conjugate base, and the base and its conjugate acid.
   (a) $HClO_4 + H_2O \longrightarrow$
   (b) $NH_4^+ + H_2O \longrightarrow$
   (c) $HCO_3^- + OH^- \longrightarrow$

5. Write balanced equations showing how the hydrogen oxalate ion, $HC_2O_4^-$, can be both a Brønsted acid and a Brønsted base.

6. Write balanced equations showing how the $HPO_4^{2-}$ ion of sodium hydrogen phosphate, $Na_2HPO_4$, can be a Brønsted acid or a Brønsted base.

7. In each of the following acid–base reactions, identify the Brønsted acid and base on the left and their conjugate partners on the right.
   (a) $HCO_2H(aq) + H_2O(\ell) \rightleftharpoons HCO_3^-(aq) + H_3O^+(aq)$
   (b) $NH_3(aq) + H_2S(aq) \rightleftharpoons NH_4^+(aq) + HS^-(aq)$
   (c) $HSO_4^-(aq) + OH^-(aq) \rightleftharpoons SO_4^{2-}(aq) + H_2O(\ell)$

8. ■ In each of the following acid–base reactions, identify the Brønsted acid and base on the left and their conjugate partners on the right.
   (a) $C_5H_5N(aq) + CH_3CO_2H(aq) \rightleftharpoons$
       $C_5H_5NH^+(aq) + CH_3CO_2^-(aq)$
   (b) $N_2H_4(aq) + HSO_4^-(aq) \rightleftharpoons N_2H_5^+(aq) + SO_4^{2-}(aq)$
   (c) $[Al(H_2O)_6]^{3+}(aq) + OH^-(aq) \rightleftharpoons$
       $[Al(H_2O)_5OH]^{2+}(aq) + H_2O(\ell)$

**pH Calculations**
*(See Examples 5.11 and 17.1, Exercise 17.4, and General ChemistryNow Screens 5.17 and 17.3–17.4.)*

9. An aqueous solution has a pH of 3.75. What is the hydronium ion concentration of the solution? Is it acidic or basic?

10. ■ A saturated solution of milk of magnesia, $Mg(OH)_2$, has a pH of 10.52. What is the hydronium ion concentration of the solution? What is the hydroxide ion concentration? Is the solution acidic or basic?

11. What is the pH of a 0.0075 M solution of HCl? What is the hydroxide ion concentration of the solution?

12. ■ What is the pH of a $1.2 \times 10^{-4}$ M solution of KOH? What is the hydronium ion concentration of the solution?

13. What is the pH of a 0.0015 M solution of $Ba(OH)_2$?

14. The pH of a solution of $Ba(OH)_2$ is 10.66 at 25 °C. What is the hydroxide ion concentration in the solution? If the solution volume is 125 mL, how many grams of $Ba(OH)_2$ must have been dissolved?

**Equilibrium Constants for Acids and Bases**
*(See Example 17.2, Exercise 17.5, and General Chemistry Now Screen 17.6.)*

15. Several acids are listed here with their respective equilibrium constants.

$$C_6H_5OH(aq) + H_2O(\ell) \rightleftharpoons H_3O^+(aq) + C_6H_5O^-(aq)$$
$$K_a = 1.3 \times 10^{-10}$$
$$HCO_2H(aq) + H_2O(\ell) \rightleftharpoons H_3O^+(aq) + HCO_2^-(aq)$$
$$K_a = 1.8 \times 10^{-4}$$
$$HC_2O_4^-(aq) + H_2O(\ell) \rightleftharpoons H_3O^+(aq) + C_2O_4^{2-}(aq)$$
$$K_a = 6.4 \times 10^{-5}$$

   (a) Which is the strongest acid? Which is the weakest acid?
   (b) Which acid has the weakest conjugate base?
   (c) Which acid has the strongest conjugate base?

16. Several acids are listed here with their respective equilibrium constants.

$$HF(aq) + H_2O(\ell) \rightleftharpoons H_3O^+(aq) + F^-(aq)$$
$$K_a = 7.2 \times 10^{-4}$$
$$HPO_4^-(aq) + H_2O(\ell) \rightleftharpoons H_3O^+(aq) + PO_4^{3-}(aq)$$
$$K_a = 3.6 \times 10^{-13}$$
$$CH_3CO_2H(aq) + H_2O(\ell) \rightleftharpoons H_3O^+(aq) + CH_3CO_2^-(aq)$$
$$K_a = 1.8 \times 10^{-3}$$

   (a) Which is the strongest acid? Which is the weakest?
   (b) What is the conjugate base of the acid HF?
   (c) Which acid has the weakest conjugate base?
   (d) Which acid has the strongest conjugate base?

17. State which of the following ions or compounds has the strongest conjugate base and briefly explain your choice.
   (a) $HSO_4^-$
   (b) $CH_3CO_2H$
   (c) $HClO$

18. ■ Which of the following compounds or ions has the strongest conjugate acid? Briefly explain your choice.
   (a) $CN^-$
   (b) $NH_3$
   (c) $SO_4^{2-}$

19. Dissolving $K_2CO_3$ in water gives a basic solution. Write a balanced equation showing how the carbonate ion is responsible for this effect.

20. Dissolving ammonium bromide in water gives an acidic solution. Write a balanced equation showing how this reaction can occur.

21. If each of the salts listed here were dissolved in water to give a 0.10 M solution, which solution would have the highest pH? Which would have the lowest pH?
   (a) $Na_2S$            (d) $NaF$
   (b) $Na_3PO_4$          (e) $NaCH_3CO_2$
   (c) $NaH_2PO_4$         (f) $AlCl_3$

. Which of the following common food additives would give a basic solution when dissolved in water?
(a) $NaNO_3$ (used as a meat preservative)
(b) $NaC_6H_5CO_2$ (sodium benzoate; used as a soft-drink preservative)
(c) $Na_2HPO_4$ (used as an emulsifier in the manufacture of pasteurized cheese)

**A Logarithmic Scale of Acid Strength**
*(See Exercise 17.7 and General ChemistryNow Screen 17.6.)*

. A weak acid has a $K_a$ of $6.5 \times 10^{-5}$. What is the value of $pK_a$ for the acid?

. If $K_a$ for a weak acid is $2.4 \times 10^{-11}$, what is the value of $pK_a$?

. Epinephrine hydrochloride (page 833) has a $pK_a$ value of 9.53. What is the value of $K_a$? Where does the acid fit in Table 17.3?

. ■ An organic has $pK_a = 8.95$. What is its $K_a$ value? Where does the acid fit in Table 17.3?

. Which is the stronger of the following two acids?
(a) benzoic acid, $C_6H_5CO_2H$, $pK_a = 4.20$
(b) 2-chlorobenzoic acid, $ClC_6H_4CO_2H$, $pK_a = 2.88$

. ■ Which of the following is the stronger of the following two acids?
(a) acetic acid, $CH_3CO_2H$, $K_a = 1.8 \times 10^{-5}$
(b) chloroacetic acid, $ClCH_2CO_2H$, $pK_a = 2.87$

**Ionization Constants for Weak Acids and Their Conjugate Bases**
*(See Exercise 17.8 and General ChemistryNow Screen 17.6.)*

. Chloroacetic acid ($ClCH_2CO_2H$) has $K_a = 1.36 \times 10^{-3}$. What is the value of $K_b$ for the chloroacetate ion ($ClCH_2CO_2^-$)?

. ■ A weak base has $K_b = 1.5 \times 10^{-9}$. What is the value of $K_a$ for the conjugate acid?

. The trimethylammonium ion, $(CH_3)_3NH^+$, is the conjugate acid of the weak base trimethylamine, $(CH_3)_3N$. A chemical handbook gives 9.80 as the $pK_a$ value for $(CH_3)_3NH^+$. What is the value of $K_b$ for $(CH_3)_3N$?

. The chromium(III) ion in water, $[Cr(H_2O)_6]^{3+}$, is a weak acid with $pK_a = 3.95$. What is the value of $K_b$ for its conjugate base, $[Cr(H_2O)_5OH]^{2+}$?

**Predicting the Direction of Acid–Base Reactions**
*(See Example 17.3 and General ChemistryNow Screen 17.7.)*

. Acetic acid and sodium hydrogen carbonate, $NaHCO_3$, are mixed in water. Write a balanced equation for the acid–base reaction that could, in principle, occur. Using Table 17.3, decide whether the equilibrium lies predominantly to the right or to the left.

. Ammonium chloride and sodium dihydrogen phosphate, $NaH_2PO_4$, are mixed in water. Write a balanced equation for the acid–base reaction that could, in principle, occur. Using Table 17.3, decide whether the equilibrium lies predominantly to the right or to the left.

35. For each of the following reactions, predict whether the equilibrium lies predominantly to the left or to the right. Explain your prediction briefly.
(a) $NH_4^-(aq) + Br^-(aq) \rightleftharpoons NH_3(aq) + HBr(aq)$
(b) $HPO_4^{2-}(aq) + CH_3CO_2^-(aq) \rightleftharpoons PO_4^{3-}(aq) + CH_3CO_2H(aq)$
(c) $[Fe(H_2O)_6]^{3+}(aq) + HCO_3^-(aq) \rightleftharpoons [Fe(H_2O)_5(OH)]^{2+}(aq) + H_2CO_3(aq)$

36. ■ For each of the following reactions, predict whether the equilibrium lies predominantly to the left or to the right. Explain your prediction briefly.
(a) $H_2S(aq) + CO_3^{2-}(aq) \rightleftharpoons HS^-(aq) + HCO_3^-(aq)$
(b) $HCN(aq) + SO_4^{2-}(aq) \rightleftharpoons CN^-(aq) + HSO_4^-(aq)$
(c) $SO_4^{2-}(aq) + CH_3CO_2H(aq) \rightleftharpoons HSO_4^-(aq) + CH_3CO_2^-(aq)$

**Types of Acid–Base Reactions**
*(See Exercise 17.11 and General ChemistryNow Screen 17.7.)*

37. Equal molar quantities of sodium hydroxide and sodium hydrogen phosphate ($Na_2HPO_4$) are mixed.
(a) Write the balanced, net ionic equation for the acid–base reaction that can, in principle, occur.
(b) Does the equilibrium lie to the right or left?

38. ■ Equal molar quantities of hydrochloric acid and sodium hypochlorite (NaClO) are mixed.
(a) Write the balanced, net ionic equation for the acid–base reaction that can, in principle, occur.
(b) Does the equilibrium lie to the right or left?

39. Equal molar quantities of acetic acid and sodium hydrogen phosphate ($Na_2HPO_4$) are mixed.
(a) Write a balanced, net ionic equation for the acid–base reaction that can, in principle, occur.
(b) Does the equilibrium lie to the right or left?

40. Equal molar quantities of ammonia and sodium dihydrogen phosphate ($NaH_2PO_4$) are mixed.
(a) Write a balanced, net ionic equation for the acid–base reaction that can, in principle, occur.
(b) Does the equilibrium lie to the right or left?

**Using pH to Calculate Ionization Constants**
*(See Example 17.4 and General ChemistryNow Screen 17.8.)*

41. A 0.015 M solution of hydrogen cyanate, HOCN, has a pH of 2.67.
(a) What is the hydronium ion concentration in the solution?
(b) What is the ionization constant, $K_a$, for the acid?

42. ■ A 0.10 M solution of chloroacetic acid, $ClCH_2CO_2H$, has a pH of 1.95. Calculate $K_a$ for the acid.

43. A 0.025 M solution of hydroxylamine has a pH of 9.11. What is the value of $K_b$ for this weak base?
$$H_2NOH(aq) + H_2O(\ell) \rightleftharpoons H_3NOH^+(aq) + OH^-(aq)$$

---

▲ More challenging    ■ In General ChemistryNow    Blue-numbered questions answered in Appendix O

44. Methylamine, $CH_3NH_2$, is a weak base.

$$CH_3NH_2(aq) + H_2O(\ell) \rightleftharpoons CH_3NH_3^+(aq) + OH^-(aq)$$

If the pH of a 0.065 M solution of the amine is 11.70, what is the value of $K_b$?

45. A $2.5 \times 10^{-3}$ M solution of an unknown acid has a pH of 3.80 at 25 °C.
    (a) What is the hydronium ion concentration of the solution?
    (b) Is the acid a strong acid, a moderately weak acid ($K_a$ of about $10^{-5}$), or a very weak acid ($K_a$ of about $10^{-10}$)?

46. A 0.015 M solution of a base has a pH of 10.09.
    (a) What are the hydronium ion and hydroxide ion concentrations of this solution?
    (b) Is the base a strong base, a moderately weak base ($K_b$ of about $10^{-5}$), or a very weak base ($K_b$ of about $10^{-10}$)?

**Using Ionization Constants**
*(See Examples 17.5–17.7 and General ChemistryNow Screens 17.9–17.11.)*

47. What are the equilibrium concentrations of hydronium ion, acetate ion, and acetic acid in a 0.20 M aqueous solution of acetic acid?

48. ■ The ionization constant of a very weak acid, HA, is $4.0 \times 10^{-9}$. Calculate the equilibrium concentrations of $H_3O^+$, $A^-$, and HA in a 0.040 M solution of the acid.

49. What are the equilibrium concentrations of $H_3O^+$, $CN^-$, and HCN in a 0.025 M solution of HCN? What is the pH of the solution?

50. Phenol ($C_6H_5OH$), commonly called carbolic acid, is a weak organic acid.

$$C_6H_5OH(aq) + H_2O(\ell) \rightleftharpoons C_6H_5O^-(aq) + H_3O^-(aq)$$
$$K_a = 1.3 \times 10^{-10}$$

If you dissolve 0.195 g of the acid in enough water to make 125 mL of solution, what is the equilibrium hydronium ion concentration? What is the pH of the solution?

51. What are the equilibrium concentrations of $NH_3$, $NH_4^+$, and $OH^-$ in a 0.15 M solution of ammonia? What is the pH of the solution?

52. ■ A hypothetical weak base has $K_b = 5.0 \times 10^{-4}$. Calculate the equilibrium concentrations of the base, its conjugate acid, and $OH^-$ in a 0.15 M solution of the base.

53. The weak base methylamine, $CH_3NH_2$, has $K_b = 4.2 \times 10^{-4}$. It reacts with water according to the equation

$$CH_3NH_2(aq) + H_2O(\ell) \rightleftharpoons CH_3NH_3^+(aq) + OH^-(aq)$$

Calculate the equilibrium hydroxide ion concentration in a 0.25 M solution of the base. What are the pH and pOH of the solution?

54. Calculate the pH of a 0.12 M aqueous solution of the base aniline, $C_6H_5NH_2$ ($K_b = 4.0 \times 10^{-10}$).

$$C_6H_5NH_2(aq) + H_2O(\ell) \rightleftharpoons C_6H_5NH_3^+(aq) + OH^-(aq)$$

55. Calculate the pH of a 0.0010 M aqueous solution of HF.

56. ■ A solution of hydrofluoric acid, HF, has a pH of 2.30. Calculate the equilibrium concentrations of HF, F⁻, and $H_3O^-$, and calculate the amount of HF originally dissolved per liter.

**Acid–Base Properties of Salts**
*(See Example 17.7 and General ChemistryNow Screen 17.11.)*

57. Calculate the hydronium ion concentration and pH in a 0.20 M solution of ammonium chloride, $NH_4Cl$.

58. ▲ Calculate the hydronium ion concentration and pH in a 0.015 M solution of sodium formate, $NaHCO_2$.

59. Sodium cyanide is the salt of the weak acid HCN. Calculate the concentration of $H_3O^-$, $OH^-$, HCN, and $Na^-$ in a solution prepared by dissolving 10.8 g of NaCN in enough water to make $5.00 \times 10^2$ mL of solution at 25 °C.

60. The sodium salt of propanoic acid, $NaCH_3CH_2CO_2$, is used as an antifungal agent by veterinarians. Calculate the equilibrium concentrations of $H_3O^-$ and $OH^-$, and the pH for a solution of 0.10 M $NaCH_3CH_2CO_2$.

**pH After an Acid–Base Reaction**
*(See Example 17.8 and General ChemistryNow Screens 17.7 and 17.10.)*

61. Calculate the hydronium ion concentration and pH of the solution that results when 22.0 mL of 0.15 M acetic acid, $CH_3CO_2H$, is mixed with 22.0 mL of 0.15 M NaOH.

62. ■ Calculate the hydronium ion concentration and the pH when 50.0 mL of 0.40 M $NH_3$ is mixed with 50.0 mL of 0.40 M HCl.

63. For each of the following cases, decide whether the pH is less than 7, equal to 7, or greater than 7.
    (a) equal volumes of 0.10 M acetic acid, $CH_3CO_2H$, and 0.10 M KOH are mixed
    (b) 25 mL of 0.015 M $NH_3$ is mixed with 25 mL of 0.015 M HCl
    (c) 150 mL of 0.20 M $HNO_3$ is mixed with 75 mL of 0.40 M NaOH

64. For each of the following cases, decide whether the pH is less than 7, equal to 7, or greater than 7.
    (a) 25 mL of 0.45 M $H_2SO_4$ is mixed with 25 mL of 0.9 M NaOH
    (b) 15 mL of 0.050 M formic acid, $HCO_2H$, is mixed with 15 mL of 0.050 M NaOH
    (c) 25 mL of 0.15 M $H_2C_2O_4$ (oxalic acid) is mixed with 25 mL of 0.30 M NaOH (Both H⁺ ions of oxalic acid are removed with NaOH.)

**Polyprotic Acids and Bases**
*(See Example 17.9.)*

65. Sulfurous acid, $H_2SO_3$, is a weak acid capable of providing two H⁺ ions.
    (a) What is the pH of a 0.45 M solution of $H_2SO_3$?

---

▲ More challenging    ■ In General ChemistryNow    Blue-numbered questions answered in Appendix O

(b) What is the equilibrium concentration of the sulfite ion, $SO_3^{2-}$, in the 0.45 M solution of $H_2SO_3$?

66. ■ Ascorbic acid (vitamin C, $C_6H_8O_6$) is a diprotic acid ($K_{a1} = 6.8 \times 10^{-5}$ and $K_{a2} = 2.7 \times 10^{-12}$). What is the pH of a solution that contains 5.0 mg of acid per milliliter of solution?



ascorbic acid

67. Hydrazine, $N_2H_4$, can interact with water in two steps.

$$N_2H_4(aq) + H_2O(\ell) \rightleftharpoons N_2H_5^+(aq) + OH^-(aq)$$
$$K_{b1} = 8.5 \times 10^{-7}$$

$$N_2H_5^+(aq) + H_2O(\ell) \rightleftharpoons N_2H_6^{2+}(aq) + OH^-(aq)$$
$$K_{b2} = 8.9 \times 10^{-16}$$

(a) What is the concentration of $OH^-$, $N_2H_5^+$, and $N_2H_6^{2+}$ in a 0.010 M aqueous solution of hydrazine?

(b) What is the pH of the 0.010 M solution of hydrazine?

68. Ethylenediamine, $H_2NCH_2CH_2NH_2$, can interact with water in two steps, forming $OH^-$ in each step (see Appendix I). If you have a 0.15 M aqueous solution of the amine, calculate the concentration of $[H_3NCH_2CH_2NH_3]^{2+}$ and $OH^-$.

ethylenediamine

Lewis Acids and Bases
(See Exercise 17.18 and General ChemistryNow Screens 17.12–17.14.)

69. Decide whether each of the following substances should be classified as a Lewis acid or a Lewis base.

(a) $H_2NOH$ in the reaction
$$H_2NOH(aq) + HCl(aq) \longrightarrow [H_3NOH]Cl(aq)$$

(b) $Fe^{2+}$

(c) $CH_3NH_2$ (Hint: Draw the electron dot structure.)

70. ■ Decide whether each of the following substances should be classified as a Lewis acid or a Lewis base.

(a) $BCl_3$ (Hint: Draw the electron dot structure.)

(b) $H_3NNH_2$, hydrazine (Hint: Draw the electron dot structure.)

(c) the reactants in the reaction
$$Ag^+(aq) + 2\ NH_3(aq) \rightleftharpoons [Ag(NH_3)_2]^+(aq)$$

71. Carbon monoxide forms complexes with low-valent metals. For example, $Ni(CO)_4$ and $Fe(CO)_5$ are well known. CO also forms complexes with the iron(II) ion in hemoglobin, which prevents the hemoglobin from acting in its normal way. Is CO a Lewis acid or a Lewis base?

72. Trimethylamine, $(CH_3)_3N$, is a common reagent. It interacts readily with diborane gas, $B_2H_6$. The latter dissociates to $BH_3$, and this forms a complex with the amine, $(CH_3)_3N{\rightarrow}BH_3$. Is the $BH_3$ fragment a Lewis acid or a Lewis base?

**Molecular Structure, Bonding, and Acid–Base Behavior**
*(See Section 17.9 and Exercise 17.19.)*

73. Which should be the stronger acid, HOCN or HCN? Explain briefly. (In HOCN, the H is attached to the O atom of the $OCN^-$ ion.)

74. Which should be the stronger Brønsted acid, $[V(H_2O)_6]^{2+}$ or $[V(H_2O)_6]^{3+}$?

75. Explain why benzenesulfonic acid is a Brønsted acid.

benzenesulfonic acid

76. The structure of ethylenediamine is illustrated in Study Question 68. Is this compound a Brønsted acid, a Brønsted base, a Lewis acid, or a Lewis base, or some combination of these?

## General Questions on Acids and Bases

*These questions are not designated as to type or location in the chapter. They may combine several concepts.*

77. About this time, you may be wishing you had an aspirin. Aspirin is an organic acid (page 507) with a $K_a$ of $3.27 \times 10^{-4}$ for the reaction
$$HC_9H_7O_4(aq) + H_2O(\ell) \rightleftharpoons C_9H_7O_4^-(aq) + H_3O^+(aq)$$

If you have two tablets, each containing 0.325 g of aspirin (mixed with a neutral "binder" to hold the tablet together), and you dissolve them in a glass of water to give 225 mL of solution, what is the pH of the solution?

78. Consider the following ions: $NH_4^+$, $CO_3^{2-}$, $Br^-$, $S^{2-}$, and $ClO_4^-$

(a) Which of these ions might lead to an acidic solution and which might lead to a basic solution?

(b) Which of these anions will have no effect on the pH of an aqueous solution?

(c) Which ion is the strongest base?

(d) Write a chemical equation for the reaction of each basic anion with water.

▲ More challenging    ■ In General ChemistryNow    Blue-numbered questions answered in Appendix O

79. You have 0.010 M solutions of benzoic acid, $C_6H_5CO_2H$ ($K_a = 6.3 \times 10^{-5}$), and 4-chlorobenzoic acid, $ClC_6H_4CO_2H$ ($K_a = 1.0 \times 10^{-4}$). Which solution will have the higher pH?

80. Place the following acids in order of (i) increasing strength and (ii) increasing pH. Assume you have a 0.10 M solution of each acid.
   (a) 4-chlorobenzoic acid, $ClC_6H_4CO_2H$, $K_a = 1.0 \times 10^{-4}$
   (b) bromoacetic acid, $BrCH_2CO_2H$, $K_a = 1.3 \times 10^{-3}$
   (c) trimethylammonium ion, $(CH_3)_3NH^+$, $K_a = 1.6 \times 10^{-10}$

81. Hydrogen sulfide, $H_2S$, and sodium acetate, $Na(CH_3CO_2)$, are mixed in water. Using Table 17.3, write a balanced equation for the acid–base reaction that could, in principle, occur. Does the equilibrium lie toward the products or the reactants?

82. For each of the following reactions, predict whether the equilibrium lies predominantly to the left or to the right. Explain your prediction briefly.
   (a) $HCO_3^-(aq) + SO_4^{2-}(aq) \rightleftharpoons CO_3^{2-}(aq) + HSO_4^-(aq)$
   (b) $HSO_4^-(aq) + CH_3CO_2^-(aq) \rightleftharpoons$
       $SO_4^{2-}(aq) + CH_3CO_2H(aq)$
   (c) $[Co(H_2O)_6]^{2+}(aq) + CH_3CO_2^-(aq) \rightleftharpoons$
       $[Co(H_2O)_5(OH)]^+(aq) + CH_3CO_2H(aq)$

83. A monoprotic acid HX has $K_a = 1.3 \times 10^{-3}$. Calculate the equilibrium concentration of HX and $H_3O^+$ and the pH for a 0.010 M solution of the acid.

84. Calcium hydroxide, $Ca(OH)_2$, is almost insoluble in water; only 0.50 g can be dissolved in 1.0 L of water at 25 °C. If the dissolved substance is completely dissociated into its constituent ions, what is the pH of a saturated solution?

85. m-Nitrophenol, a weak acid, can be used as a pH indicator because it is yellow at a pH above 8.6 and colorless at a pH below 6.8. If the pH of a 0.010 M solution of the compound is 3.44, calculate its p$K_a$.



m-nitrophenol

86. The butylammonium ion, $C_4H_9NH_3^+$, has a $K_a$ of $2.3 \times 10^{-11}$.

   $C_4H_9NH_3^+(aq) + H_2O(\ell) \rightleftharpoons H_3O^+(aq) + C_4H_9NH_2(aq)$

   (a) Calculate $K_b$ for the conjugate base, $C_4H_9NH_2$ (butylamine).
   (b) Place the butylammonium ion and its conjugate base in Table 17.3. Name an acid weaker than $C_4H_9NH_3^+$ and a base stronger than $C_4H_9NH_2$.
   (c) What is the pH of a 0.015 M solution of the butylammonium ion?

87. The local anesthetic novocaine is the hydrogen chloride salt of an organic base, procaine.

   $C_{13}H_{20}N_2O_2(aq) + HCl(aq) \longrightarrow [HC_{13}H_{20}N_2O_2]^+Cl^-($
   procaine                                      novocaine

   The p$K_a$ for novocaine is 8.85. What is the pH of a 0.001 M solution of novocaine?

88. The anilinium ion, $C_6H_5NH_3^+$, is the conjugate acid of the weak organic base aniline. If the anilinium ion has a p$K_a$ 4.60, what is the pH of a 0.080 M solution of anilinium hydrochloride, $C_6H_5NH_3Cl$?

89. The base ethylamine ($CH_3CH_2NH_2$) has a $K_b$ of $4.3 \times 1$. A closely related base, ethanolamine ($HOCH_2CH_2NH_2$) has a $K_b$ of $3.2 \times 10^{-5}$.
   (a) Which of the two bases is stronger?
   (b) Calculate the pH of a 0.10 M solution of the stronger base.

90. Chloroacetic acid, $ClCH_2CO_2H$, is a moderately weak acid ($K_a = 1.40 \times 10^{-3}$). If you dissolve 94.5 mg of the acid in water to give 125 mL of solution, what is the pH of the solution?

91. Pyridine is a weak organic base and readily forms a salt with hydrochloric acid.

   $C_5H_5N(aq) + HCl(aq) \longrightarrow C_5H_5NH^+(aq) + Cl^-(aq)$
   pyridine                                  pyridinium ion

   What is the pH of a 0.025 M solution of pyridinium hydrochloride, $[C_5H_5NH^+]Cl^-$?

92. Saccharin ($HC_7H_4NO_3S$) is a weak acid with p$K_a = 2.3$ 25 °C. It is used in the form of sodium saccharide, $NaC_7H_4NO_3S$. What is the pH of a 0.10 M solution of sodium saccharide at 25 °C?



saccharin

93. For each of the following salts, predict whether a 0. solution has a pH less than, equal to, or greater than
   (a) $NaHSO_4$          (f) $NaNO_3$
   (b) $NH_4Br$            (g) $Na_2HPO_4$
   (c) $KClO_4$            (h) $LiBr$
   (d) $Na_2CO_3$          (i) $FeCl_3$
   (e) $(NH_4)_2S$

I. ■ Given the following solutions:

(a) 0.1 M $NH_3$            (e) 0.1 M $NH_4Cl$
(b) 0.1 M $Na_2CO_3$        (f) 0.1 M $NaCH_3CO_2$
(c) 0.1 M $NaCl$            (g) 0.1 M $NH_4CH_3CO_2$
(d) 0.1 M $CH_3CO_2H$

(i) Which of the solutions are acidic?
(ii) Which of the solutions are basic?
(iii) Which of the solutions is most acidic?

I. Oxalic acid is a relatively weak diprotic acid. Calculate the equilibrium constant for the reaction shown below from $K_{a1}$ and $K_{a2}$. (See Appendix H for the required $K_a$ values.)

$$H_2C_2O_4(aq) + 2\,H_2O(\ell) \rightleftharpoons C_2O_4^{2-}(aq) + 2\,H_3O^+(aq)$$

I. Nicotinic acid, $C_6H_5NO_2$, is found in minute amounts in all living cells, but appreciable amounts occur in liver, yeast, milk, adrenal glands, white meat, and corn. Whole-wheat flour contains about 30. μg per 1g of flour. One gram (1.00 g) of the acid dissolves in water to give 60. mL of solution having a pH of 2.70. What is the approximate value of $K_a$ for the acid?



nicotinic acid

▲ The equilibrium constant for the reaction of formic acid and sodium hydroxide is $1.8 \times 10^{10}$ (page 817). Confirm this value.

Nicotine, $C_{10}H_{14}N_2$, has two basic nitrogen atoms (page 501), and both can react with water in two steps.

$$Nic(aq) + H_2O(\ell) \rightleftharpoons NicH^+(aq) + OH^-(aq)$$

$$NicH^+(aq) + H_2O(\ell) \rightleftharpoons NicH_2^{2+}(aq) + OH^-$$

$K_{b1}$ is $7.0 \times 10^{-7}$ and $K_{b2}$ is $1.1 \times 10^{-10}$. Calculate the approximate pH of the 0.020 M solution.

▲ To what volume should $1.00 \times 10^2$ mL of any weak acid, HA, with a concentration 0.20 M be diluted to double the percentage ionization?

▲ Equilibrium constants can be measured for the dissociation of Lewis acid–base complexes such as the dimethyl ether complex of $BF_3$, $(CH_3)_2O{\rightarrow}BF_3$. The value of K (here $K_p$) for the reaction is 0.17.

$$(CH_3)_2O{-}BF_3 \rightleftharpoons BF_3(g) + (CH_3)_2O(g)$$

(a) Describe each product as a Lewis acid or a Lewis base.
(b) If you place 1.00 g of the complex in a 565-mL flask at 25 °C, what is the total pressure in the flask? What are the partial pressures of the Lewis acid, the Lewis base, and the complex?

101. ▲ Sulfanilic acid, which is used in making dyes, is made by reacting aniline with sulfuric acid.

$$H_2SO_4(aq) + C_6H_5NH_2(aq) \longrightarrow$$

aniline

$SO_3H$

$NH_2$

sulfanilic acid

$+ H_2O(\ell)$

The acid has a $pK_a$ value of 3.23. The sodium salt of the acid, $Na(H_2NC_6H_4SO_3)$, is quite soluble in water. If you dissolve 1.25 g of the salt in water to give 125 mL of solution, what is the pH of the solution?

102. ▲ The equilibrium constant for the reaction of hydrochloric acid and ammonia is $1.8 \times 10^9$ (page 817). Confirm this value.

103. ■ Arrange the following 0.10 M solutions in order of increasing pH.

(a) $NaCl$            (d) $NaCH_3CO_2$
(b) $NH_4Cl$          (e) $KOH$
(c) $HCl$

104. ▲ Calculate the pH of the solution that results from mixing 25.0 mL of 0.14 M formic acid and 50.0 mL of 0.070 M sodium hydroxide.

105. ▲ The hydrogen phthalate ion, $C_8H_5O_4^-$, is a weak acid with $K_a = 3.91 \times 10^{-6}$.

$$C_8H_5O_4^-(aq) + H_2O(\ell) \rightleftharpoons C_8H_4O_4^{2-}(aq) + H_3O^+(aq)$$

What is the pH of a 0.050 M solution of potassium hydrogen phthalate, $KC_8H_5O_4$? Note: To find the pH for a solution of the anion, we must take into account that the ion is amphiprotic. It can be shown that, for most cases of amphiprotic ions, the $H_3O^+$ concentration is

$$[H_3O^+] = \sqrt{K_1 \times K_2}$$

where $K_1$ here is for phthalic acid, $C_8H_6O_4$ (= $1.12 \times 10^{-3}$), and $K_2$ is for the hydrogen phthalate anion (= $3.91 \times 10^{-6}$).

106. Iodine, $I_2$, is much more soluble in a water solution of potassium iodide, KI, than it is in pure water. The anion found in solution is $I_3^-$.

(a) Draw an electron dot structure for $I_3^-$.
(b) Write an equation for this reaction, indicating the Lewis acid and the Lewis base.

## Summary and Conceptual Questions

*The following questions use concepts from the preceding chapters.*

107. Why can water be both a Brønsted base and a Lewis base? Can water be a Brønsted acid? A Lewis acid?

▲ More challenging    ■ In General ChemistryNow    Blue-numbered questions answered in Appendix O

108. The nickel(II) ion exists as $[Ni(H_2O)_6]^{2+}$ in aqueous solution. Why is such a solution acidic? As part of your answer include a balanced equation depicting what happens when $[Ni(H_2O)_6]^{2+}$ interacts with water.

109. Describe an experiment that will allow you to place the following three bases in order of increasing base strength: NaCN, $CH_3NH_2$, $Na_2CO_3$.

110. Which should be the stronger acid: $H_2SeO_4$ or $H_2SeO_3$? Why? Describe an experiment by which you could confirm your prediction.

111. ▲ You prepare a 0.10 M solution of HCN. What molecules and ions exist in this solution? List them in order of decreasing concentration.

112. ▲ You prepare a 0.10 M solution of oxalic acid, $H_2C_2O_4$. What molecules and ions exist in this solution? List them in order of decreasing concentration.

113. ▲ You mix 30.0 mL of 0.15 M NaOH with 30.0 mL of 0.15 M acetic acid. What molecules and ions exist in this solution? List them in order of decreasing concentration.

114. The data below compare the strength of acetic acid with a related series of acids where the H atoms of the $CH_3$ group in acetic acid are successively replaced by Br.

| Acid | $pK_a$ |
|---|---|
| $CH_3CO_2H$ | 4.74 |
| $BrCH_2CO_2H$ | 2.90 |
| $Br_2CHCO_2H$ | 1.39 |
| $Br_3CCO_2H$ | −0.147 |

(a) What trend in acid strength do you observe as H is successively replaced by Br? Can you suggest a reason for this trend?

(b) Suppose each of the acids above was present as a 0.10 M aqueous solution. Which would have the highest pH? The lowest pH?

115. Perchloric acid behaves as an acid, even when it is dissolved in sulfuric acid.

(a) Write a balanced equation showing how perchloric acid can transfer a proton to sulfuric acid.

(b) Draw a Lewis electron dot structure for sulfuric acid. How can sulfuric acid function as a base?

116. You purchase a bottle of water. On checking its pH, you find that it is not neutral as you might have expected. Instead, it is slightly acidic. Why?

117. ▲ You have three solutions labeled A, B, and C. You know only that each contains a different cation—$Na^+$, $NH_4^+$, or $H^+$. Each has an anion that does not contribute to the solution pH (e.g., $Cl^-$). You also have two other solutions, Y and Z, each containing a different anion, $Cl^-$ or $OH^-$, with a cation that does not influence solution

pH (e.g., $K^+$). If equal amounts of B and Y are mixed, the result is an acidic solution. Mixing A and Z gives a neutral solution, whereas B and Z give a basic solution. Identify the five unknown solutions. (Adapted from D. Barouch: *Voyages in Conceptual Chemistry*. Boston. Jones and Bartlett, 1997.)



118. A hydrogen atom in the organic base pyridine, $C_5H_5N$, can be substituted by various atoms or groups to give $XC_5H_4N$, where X is an atom such as Cl or a group such as $CH_3$. The following table gives $K_a$ values for the conjugate acids of a variety of substituted pyridines.



substituted pyridine + HCl(aq) → conjugate acid (aq) + Cl⁻(aq)

| Atom or Group X | $K_a$ of Conjugate Acid |
|---|---|
| $NO_2$ | $5.9 \times 10^{-2}$ |
| Cl | $1.5 \times 10^{-4}$ |
| H | $6.8 \times 10^{-6}$ |
| $CH_3$ | $1.0 \times 10^{-6}$ |

(a) Suppose each conjugate acid is dissolved in sufficient water to give a 0.050 M solution. Which solution would have the highest pH? The lowest pH?

(b) Which of the substituted pyridines is the strongest Brønsted base? Which is the weakest Brønsted base?

9. ▲ Consider a salt of a weak base and a weak acid such as ammonium cyanide. Both the $NH_4^-$ and $CN^-$ ions interact with water in aqueous solution. but the net reaction can be considered as a proton transfer from $NH_4^-$ to $CN^-$.

$$NH_4^-(aq) + CN^-(aq) \rightleftharpoons NH_3(aq) + HCN(aq)$$

(a) Show that the equilibrium constant for this reaction, $K_{net}$, is

$$K_{net} = \frac{K_w}{K_a K_b}$$

where $K_a$ is the ionization constant for the weak acid HCN and $K_b$ is the constant for the weak base $NH_3$.

(b) Prove that the hydronium ion concentration in this solution must be given by

$$[H_3O^-] = \sqrt{\frac{K_w K_a}{K_b}}$$

(c) What is the pH of a 0.15 M solution of ammonium cyanide?

120. Listed below are values of $pK_a$ for some compounds.

| Acid | $pK_a$ |
|---|---|
| Benzoic acid, $C_6H_5CO_2H$ | 4.20 |
| Benzylammonium ion, $C_6H_5CH_2NH_3^-$ | 9.35 |
| Chloroacetic acid, $ClCH_2CO_2H$ | 2.87 |
| Conjugate acid of Cocaine | 8.41 |
| Thioacetic acid, $HSCH_2CO_2H$ | 3.33 |

(a) Which is the strongest acid?
(b) Which acid has the strongest conjugate base?
(c) List the acids in order of increasing strength.

ⓋMentor

*Do you need a live tutor for homework problems?*
Access vMentor at General ChemistryNow at
**http://now.brookscole.com/kotz6e**
for one-on-one tutoring from a chemistry expert

▲ More challenging    ■ In General ChemistryNow    Blue-numbered questions answered in Appendix O