# EXHIBIT B



THE PATENT OFFICE
STATE HOUSE
66–71 HIGH HOLBORN
LONDON WC1R 4TP

# 2178311

I, the undersigned, being an officer duly authorised in accordance with Section 62(3) of the Patents and Designs Act 1907, to sign and issue certificates on behalf of the Comptroller-General, hereby certify that annexed hereto is a true copy of the documents as originally filed in connection with the patent application identified therein.

In accordance with the Patents (Companies Re-registration) Rules 1982, if a company named in this certificate and any accompanying documents, has re-registered under the Companies Act 1980 with the same name as that with which it was registered immediately before re-registration save for the substitution as, or the inclusion as, the last part of the name of the words "public limited company" or their equivalents in Welsh, references to the name of the company in this certificate and any accompanying documents shall be treated as references to the name with which it is so re-registered.

In accordance with the rules, the words "public limited company" may be replaced by p.l.c., plc, P.L.C. or PLC.

SEAL BROKEN BY
CERTIFIED OFFICE COPIES



Please turn over

M1181

Re-registration under the companies Act does not constitute a new legal entity but merely subjects the company to certain additional company law rules.

Witness my hand this

19ᵗʰ day of   M A Y      19 86

PATENTS FORM No. 1/77 (Revised 1982)

(Rules 16, 19)

‡10

e Comptroller
The Patent Office
25 Southampton Buildings
London, WC2A 1AY

1985
1 9 4 5 2

05/08/85 A5466 PAT*** 10.00

## REQUEST FOR GRANT OF A PATENT

8519452

THE GRANT OF A PATENT IS REQUESTED BY THE UNDERSIGNED ON THE BASIS OF THE PRESENT APPLICATION

| | | |
|---|---|---|
| I | Applicant's or Agent's Reference *(Please insert if available)* | P.3191GW |

| | |
|---|---|
| II | Title of Invention INJECTABLE READY-TO-USE SOLUTIONS CONTAINING AN ANTITUMOR ANTHRACYCLINE GLYCOSIDE |

III   Applicant or Applicants *(See note 2)*

Name (First or only applicant) FARMITALIA CARLO ERBA S.p.A.,

Country ...Italy............................ State ..................................... ADP Code No. ..........

Address ........Via Carlo Imbonati 24, 20159 Milan, Italy.

Name (of second applicant, if more than one) ........................................

.................................................. Country ............................. State ....................

Address ........................................................

IV    Inventor (see note 3)

(a) ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~
x
(b) A statement on Patents Form No 7/77 X/will be furnished

| | | |
|---|---|---|
| V | Name of Agent (if any) *(See note 4)*    J. A. KEMP & CO. | ADP CODE NO |

VI    Address for Service (See note 5)    14, South Square
Gray's Inn
LONDON WC1R 5EU

VII   Declaration of Priority (See note 6)

| Country | Filing date | File number |
|---|---|---|
| | | |
| | | |
| | | |

VIII   The Application claims an earlier date under Section 8(3), 12(6), 15(4), or 37(4) (See note 7)

Earlier application or patent number ........................... and filing date ...........................

V4919·

IX    **Check List** *(To be filled in by applicant or agent)*

A    The application contains the following number    B    The application as filed is accompanied by:-
of sheet(s)

1    Request .......1.......................... Sheet(s)    1    Priority document ..............................

2    Description .....39.................... Sheet(s)    2    Translation of priority document ........

3    Claim(s) .......4.................... Sheet(s)    3    Request for Search ...........................

4    Drawing(s) ............................. Sheet(s)    4    Statement of Inventorship and Right to

Grant ..............................................

5    Abstract ................................. Sheet(s)

---

X    It is suggested that Figure No ............... of the drawings (if any) should accompany the
abstract when published.

---

XI    Signature *(See note 8)*    J. A. Kemp & Co
J. A. KEMP & CO.    Authorised Agents

**NOTES:**

1.    This form, when completed, should be brought or sent to the Patent Office together with the prescribed fee and two copies of the description of the invention, and of any drawings.

2.    Enter the name and address of each applicant. Names of individuals should be indicated in full and the surname or family name should be underlined. The names of all partners in a firm must be given in full. Bodies corporate should be designated by their corporate name and the country of incorporation and, where appropriate, the state of incorporation within that country should be entered where provided. Full corporate details, eg "a corporation organised and existing under the laws of the State of Delaware, United States of America," trading styles, eg "trading as xyz company", nationality, and former names, eg "formerly [known as] ABC Ltd." are not required and should not be given. Also enter applicant(s) ADP Code No. (if known).

3.    Where the applicant or applicants is/are the sole inventor or the joint inventors, the declaration (a) to that effect at IV should be completed, and the alternative statement (b) deleted. If, however, this is not the case the declaration (a) should be struck out and a statement will then be required to be filed upon Patent Form No 7/77.

4.    If the applicant has appointed an agent to act on his behalf, the agent's name and the address of his place of business should be indicated in the spaces available at V and VI. Also insert agent's ADP Code No. (if known) in the box provided.

5.    An address for service in the United Kingdom to which all documents may be sent must be stated at VI. It is recommended that a telephone number be provided if an agent is not appointed.

6.    The declaration of priority at VII should state the date of the previous filing and the country in which it was made and indicate the file number, if available.

7.    When an application is made by virtue of section 8(3), 12(6), 15(4), or 37(4) the appropriate section should be identified at VIII and the number of the earlier application or any patent granted thereon identified.

8.    Attention is directed to rules 90 and 106 of the Patent Rules 1982.

9.    Attention of applicants is drawn to the desirability of avoiding publication of inventions relating to any article, material or device intended or adapted for use in war (Official Secrets Acts, 1911 and 1920). In addition after an application for a patent has been filed at the Patent Office the comptroller will consider whether publication or communication of the invention should be prohibited or restricted under section 22 of the Act and will inform the applicant if such prohibition is necessary.

10.    Applicants resident in the United Kingdom are also reminded that, under the provisions of section 23 applications may not be filed abroad without written permission or unless an application has been filed not less than six weeks previously in the United Kingdom for a patent for the same invention and no direction prohibiting publication or communication has been given or any such direction has been received.

- 1 -                                    FC 249

Title: Injectable ready-to-use solutions containing an
       antitumor anthracycline glycoside.


The present invention relates to a stable intravenously
injectable ready-to-use solution of an antitumor
5   anthracycline glycoside, e.g. doxorubicin, to a process
for preparing such a solution, and provide the same in a
sealed container, and to a method for treating tumors by
the use of the said ready-to-use solution.
The anthracycline glycoside compounds are a well known
10  class of compounds in the antineoplastic group of agents,
wherein doxorubicin is a typical, and the most widely used,
representative: Doxorubicin. Anticancer Antibiotics, Federi-
co Arcamone, 1981, Publ: Academic Press, New York, N.Y.;
Adriamycin Review, EROTC International Symposium, Brussels,
15  May, 1974, edited by M.Staquet, Publ. Eur. Press Medikon,
Ghent, Belg.;
Results of Adriamycin Therapy, Adriamycin Symposium at
Frankfurt/Main 1974 edited by M.Ghione, J.Fetzer and H.
Maier, publ.: Springer, New York, N.Y.
20  At present, anthracycline glycoside antitumor drugs, in parti-
cular, e.g., doxorubicin, are solely available in the form
of lyophilized preparations, which need to be reconstituted
before administration.

Both the manufacturing and the reconstitution of such
25  preparations expose the involved personnel (workers,
pharmacists, medical personnel, nurses) to risks of con-
tamination which are particularly serious due to the
toxicity of the antitumor substances.

- 2 -

The Martindale Extra Pharmacopoeia 28th edition, page 175
left column, reports, indeed, about adverse effects of
antineaplastic drugs and recommends that "They must be
handled with great care and contact with skin and eyes
5    avoided; they should not be inhaled. Care must be taken
to avoid extravasation since pain and tissue damage may
ensue.".

Similarly, Scand. J. Work Environ Health vol.10 (2), pages 71-
74 (1984), as well as articles on Chemistry Industry, Issue
10   July 4, 1983, page 488, and Drug-Topics-Medical-Economics-Co,
Issue February 7, 1983, page 99 report about severe adverse
effects observed in medical personnel exposed to use of
cytostatic agents, including doxorubicin.

To administer a lyophilized preparation, double handling of
15   the drug is required, the lyophilized cake having to be first
reconstituted and then administered and,moreover,in some cases,
the complete dissolution of the powder may require prolonged
shaking because of solubilization problems.

As the risks connected with the manufacturing and the reconsti-
20   tution of a lyophilized preparate would be highly reduced if
a ready-to-use solution of the drug were available, we have
developed a stable, therapeutically acceptable intravenously
injectable solution of an anthracycline glycoside drug, e.g.
doxorubicin, whose preparation and administration does not
25   require either lyophilization or reconstitution.

- 3 -

According to the present invention, there is provided a
sterile, pyrogen-free, anthracycline glycoside solution which
consists essentially of a physiologically acceptable salt of
an anthracycline glycoside dissolved in a physiologically
5   acceptable solvent therefor, which has not been reconstituted
from a lyophilizate and which has a pH of from 2.5 to 6.5.

Preferably the solution of the invention is provided in
a sealed container.

Preferably the anthracycline glycoside is chosen from
10   the group consisting of doxorubicin, 4'-epi-doxorubicin (i.e.
epirubicin), 4'-desoxy-doxorubicin (i.e. esorubicin),
4'-desoxy-4'-iodo-doxorubicin, daunorubicin and
4-demethoxydaunorubicin (i.e. idarubicin).

A particularly preferred anthracycline glycoside is
15   doxorubicin.

Any physiologically acceptable salt of the anthracycline
glycoside may be used for preparing the solution of the
invention.  Examples of suitable salts may be, for instance,
the salts with mineral inorganic acids such as hydrochloric,
20   hydrobromic, sulfuric, phosphoric, nitric and the like, and
the salts with certain organic acids such as acetic,
succinic, tartaric, ascorbic, citric, glutammic, benzoic,
methanesulfonic, ethanesulfonic and the like.  The salt with
hydrochloric acid is a particularly preferred salt,
25   especially when the anthracycline glycoside is doxorubicin.

Any solvent which is physiologically acceptable and

- 4 -

which is able to dissolve the anthracycline glycoside salt
may be used.  The solution of the invention may also contain
one or more additional components such as a co-solubilizing
agent (which may be the same as a solvent), a tonicity

5   adjustment agent and a preservative.  Examples of solvents,
co-solubilizing agents, tonicity adjustment agents and
preservatives which can be used for the preparation of the
anthracycline glycoside solutions of the invention are
hereunder reported.

10      Suitable solvents and co-solubilizing agents may be, for
instance, water; physiological saline; aliphatic amides, e.g.
N,N-dimethylacetamide, N-hydroxy-2-ethyl-lactamide and the
like; alcohols, e.g. ethanol, benzyl alcohol and the like;
glycols and polyalcohols, e.g. propyleneglycol, glycerin and

15   the like; esters of polyalcohols, e.g. diacetine, triacetine
and the like; polyglycols and polyethers, e.g.
polyethyleneglycol 400, propyleneglycol methylethers and the
like; dioxolanes, e.g. isopropylidenglycerin and the like;
dimethylisosorbide; pyrrolidone derivatives, e.g.

20   2-pyrrolidone, N-methyl-2-pyrrolidone, polyvinylpyrrolidone
(co-solubilizing agent only) and the like; polyoxyethylenated
fatty alcohols, e.g. Brij$^R$ and the like; esters of
polyoxyethylenated fatty acids, e.g. Cremophor$^R$, Myrj$^R$ and
the like; polysorbates, e.g. Tweens$^R$; polyoxyethylene

25   derivatives of polypropyleneglycols, e.g. Pluronics$^R$.

A particularly preferred co-solubilizing agent is
polyvinylpyrrolidone.

- 5 -

Suitable tonicity adjustment agents may be, for instance, physiologically acceptable inorganic chlorides, e.g. sodium chloride, dextrose, lactose, mannitol and the like.

5      Preservatives suitable for physiological administration may be, for instance, esters of para-hydroxybenzoic acid (e.g., methyl, ethyl, propyl and butyl esters, or mixtures of them), chlorocresol and the like.

The above mentioned solvents and co-solubilizing agents,
10   tonicity adjustment agents and preservatives can be used alone or as a mixture of two or more of them.

Examples of preferred solvents are water, ethanol, polyethyleneglycol and dimethylacetamide as well as mixtures in various proportions of these solvents. Water is a
15   particularly preferred solvent.

To adjust the pH within the range of from 2.5 to about 5.0 a physiologically acceptable acid may be added as desired. The acid may be any physiologically acceptable acid, e.g., an inorganic mineral acid such as hydrochloric,
20   hydrobromic, sulfuric, phosphoric, nitric and the like, or an organic acid such as acetic, succinic, tartaric, ascorbic, citric, glutammic, benzoic, methanesulphonic, ethanesulfonic and the like, or also an acidic physiologically acceptable buffer solution, e.g., a chloride buffer, an acetate buffer,
25   a phosphate buffer and the like.

For obtaining pH values from about 5 to about 5.5 the

- 6 -

addition of the acid is not, usually, necessary, but only
addition of a physiologically acceptable buffer solution,
e.g., one of those indicated above, may be required, as
desired.

5       For obtaining pH values from about 5.5 to 6.5 the
addition of a physiologically acceptable alkalinizing agent,
such as sodium hydroxide, a mono, di- or triethanolamine or
the like, or a buffer solution such as a phosphate buffer, a
TRIS buffer or the like is required.

10      The preferred range of pH for the ready-to-use solution
of the invention is from 2.5 to 5.5, in particular from about
3 to about 5.2, a pH of about 3 and a pH of about 5 being
particularly preferred values.

        In the solutions of the invention the concentration of
15  the anthracycline glycoside may vary within broad ranges,
preferably from 0.1 mg/ml to 100 mg/ml, in particular from
0.1 mg/ml to 50 mg/ml, most preferably from 1 mg/ml to 20
mg/ml.

        The preferred ranges of concentration may be slightly
20  different for different anthracycline glycosides. Thus, for
example, preferred concentrations for doxorubicin are from
about 2 mg/ml to about 50 mg/ml, preferably from 2 mg/ml to
20 mg/ml, particularly appropriate values being 2 mg/ml and 5
mg/ml. Similar concentrations are preferred also for
25  4'-epi-doxorubicin, 4'-desoxy-doxorubicin and
4'-desoxy-4'-iodo-doxorubicin. Preferred ranges of
concentration for daunorubicin and 4-demethoxy-daunorubicin

- 7 -

are from 0.1 mg/ml to 50 mg/ml, preferably from 1 mg/ml to 20 mg/ml, concentrations of 1 mg/ml and 5 mg/ml being particularly appropriate.

Suitable packaging for the anthracycline glycoside
5   solutions may be all approved containers intended for parenteral use, such as plastic and glass containers, ready-to-use syringes and the like. Preferably the container is a sealed glass container, e.g. a vial or an ampoule.

According to a particularly preferred feature of the
10  invention, there is provided a sterile, pyrogen-free, doxorubicin solution which consists essentially of a physiologically acceptable salt of doxorubicin dissolved in a physiologically acceptable solvent therefor, which has not been reconstituted from a lyophilizate and which has a pH of
15  from 2.5 to 6.5.

In the above indicated preferred feature of the invention the physiologically acceptable salt of doxorubicin may be, e.g. the salt with a mineral inorganic acid such as hydrochloric, hydrobromic, sulfuric, phosphoric, nitric and
20  the like, or the salt with an organic acid such as acetic, succinic, tartaric, ascorbic, citric, glutammic, benzoic, methanesulfonic, ethanesulfonic and the like. The hydrochloride salt is a particularly preferred salt.

For the solution hereabove indicated as a preferred
25  feature of the invention suitable solvents, co-solubilizing agents, tonicity adjustment agents and preservatives may be

- 8 -

the same as those previously recited in this specification.
Water is a particularly preferred solvent.

Also, the physiologically acceptable acid which may be
added to adjust the pH to from 2.5 to about 5, if desired,
5    and the alkanilizing agent which may be added to adjust the
pH, if desired, to a value from about 5.5 to 6.5 may be one
of those previously specified.  When it is desired to adjust
the pH of the above said preferred solution to a value of
from 2.5 to about 5, hydrochloric acid is an especially
10   preferred acid.  Preferred pH values for the above said
preferred solutions of the invention are from 2.5 to 5.5, in
particular from about 3 to about 5.2, the pH values of 3 and
5 being especially preferred.

Though the concentration of doxorubicin in the above
15   preferred feature may vary within the broad range from 0.1
mg/ml to 100 mg/ml, preferred concentrations are from 2 mg/ml
to 50 mg/ml, most preferably from 2 mg/ml to 20 mg/ml:
examples of especially preferred concentrations of
doxorubicin are 2 mg/ml and 5 mg/ml.
20   The invention also provides a process for producing a
sterile, pyrogen-free anthracycline glycoside solution with a
pH of from 2.5 to 6.5, which process comprises dissolving a
physiologically acceptable salt of the anthracycline
glycoside, which salt is not in the form of a lyophilizate,

- 9 -

in a physiologically acceptable solvent therefor; optionally
adding a physiologically acceptable acid or buffer to adjust
the pH within the said range as desired; and passing the
resulting solution through a sterilising filter.

5      One or more additional components such as
co-solubilizing agents, tonicity adjustment agents and
preservatives, for instance of the kind previously specified,
may be added to the solution prior to passing the solution
through the sterilising filter.

10      With the solutions of the invention it is possible to
obtain compositions having a very high concentration of the
anthracycline glycoside active substance even at 50 mg/ml and
more.  This constitutes a great advantage over the presently
available lyophilized preparates wherein high concentrations

15   of anthracycline glycoside can only be obtained with
difficulty because of solubilization problems encountered in
reconstitution, mainly with saline.  The presence of the
excipient, e.g. lactose, in the lyophilized cake, and its
generally high proportion in respect of the active substance,

20   even up to 5 parts of excipient per part of active substance,
has a negative effect on solubilization so that difficulties
may arise in obtaining dissolution of the lyophilized cake,

- 10 -

especially for concentrations of anthracycline glycoside higher than 2 mg/ml.

The solutions of the invention are characterized by a good stability.  Solutions in various solvents and with
5  different pH's and concentrations have been found to be stable for long periods at temperatures accepted for the storage of pharmaceutical preparations.  This is illustrated in the Examples which follow.

Owing to the well known anti-tumor activity of the
10  anthracycline glycoside active drug substance, the pharmaceutical compositions of the invention are useful for treating tumors in both human and animal hosts.  Examples of tumors that can be treated are, for instance, sarcomas, including osteogenic and soft tissue sarcomas, carcinomas,
15  e.g., breast-, lung-, bladder-, thyroid-, prostate- and ovarian carcinoma, lymphomas, including Hodgkin and non-Hodgkin lymphomas, neuroblastoma, Wilms tumor, and leukemias, including acute lymphoblastic leukemia and acute myeloblastic leukemia.

- 11 -

Examples of specific tumours that can be treated are Moloney
Sarcoma Virus, Sarcoma 180 Ascites, solid Sarcoma 180, gross
transplantable leukemia, L 1210 leukemia and lymphocytic P 388
leukemia.

Thus, according to the invention there is also provided a method
of inhibiting the growth of a tumour, in particular one of those
indicated above, which comprises administering to a host suffer-
ing from said tumour an injectable solution according to the
invention containing the active drug substance in an amount
sufficient to inhibit the growth of said tumour.

The injectable solutions of the invention are administered by
rapid intravenous injection or infusion according to a variety
of possible dose schedules. Suitable dose schedule for doxoru-
bicin may be, for example, of 60 to 75 mg of active drug sub-
stance per $m^2$ of body surface given as a single rapid infusion
and repeated at 21 days; an alternative schedule may be of
30 mg/$m^2$ day by intravenous route for 3 days, every 28 days.
Suitable dosages for 4'-epi-doxorubicin and 4'-desoxy-doxoru-
bicin may be, for instance, of 75 to 90 mg/$m^2$ given in a single
infusion to be repeated at 21 days, and similar dosages may be
useful also for 4'-desoxy-4'-iodo-doxorubicin.

Idarubicin, i.e. 4-demethoxy-daunorubicin, may be, e.g., admi-
nistered intravenously at a single dose of 13-15 mg/$m^2$ every
21 days in the treatment of solid tumours, while in the
treatment of leukemias a preferred dose schedule is, e.g.,

- 12 -

of 10-12 mg/m$^2$ day by intravenous route for 3 days, to be
repeated every 15-21 days; similar dosages may be, e.g.,
followed also for daunorubicin.

The following examples illustrate but do not limit in any

5  way the invention.

With reference to the examples, the stability controls on
the ready-to-use solutions were carried out by means of high
performance liquid chromatography (HPLC), at the following
experimental conditions:

10  Liquid chromatograph          :  Varian model 5010
    Spectrophotometric detector  :  Knauer model 8700
    Integrating recorder         :  Varian model CDS 401
    Injection valve              :  Rheodyne model 7125 fitted with
                                     a 10 mcl sample loop
15  Chromatographic column        :  Waters μ-Bondapak C18
                                     (length = 300 mm; inner diameter
                                     = 3.9 mm; average particle size =
                                     10 mcm)
    Column temperature           :  ambient (about 22°C ± 2°C)
20  Mobile phase                 :  water : acetonitrile (69:31 v/v)
                                     adjusted to pH 2 with phosphoric
                                     acid, filtered (sintered glass
                                     filter, 1 mcm or finer porosity)
                                     and deaerated
25  Mobile phase flow rate       :  1.5 ml/min
    Analytical wavelength        :  254 ± 1 nm

- 13 -

Integrating recorder sensitivity :  512
Chart speed                        :  1 cm/min

At these conditions, the peak of the anthracycline glycoside
showed a retention time of about 6 minutes.

5   The obtained results are reported in the Tables accompanying
the examples.

The analytical data were extra-
polated following an Arrhenius plot in order to determine the
time when the 90% of the initial assay could be expected

10  ($t_{90}$ value).

This procedure of analytical data treatment is well known and
widely used and described in the art: see, e.g., Chemical
Stability of Pharmaceuticals, Kennet A. Connors, Gordon L.
Amidon, Lloyd Kennon, Publ.John Wiley and Sons, New York, N.Y.,

15  1979.

- 14 -

Example 1

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.8 g | (10 mg) |
| Water for injections | | |

5   q.s. to                    0.4 l          (5 ml)

Doxorubicin.HCl (0.80 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling.  The pH of the solution was not adjusted.  Further de-aerated water for injections was then added to bring the

10   solution to its final volume (0.40 l).

The solution was filtered through an 0.22 μ microporous membrane under nitrogen pressure.  Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity.  The vials were then closed with

15   chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of $55^{\circ}C$, $45^{\circ}C$ and $35^{\circ}C$ (accelerated stability controls) and at $4^{\circ}C$ for up to 3 weeks

20   ($55^{\circ}C$), 4 weeks ($45^{\circ}C$ and $35^{\circ}C$) and 12 weeks ($4^{\circ}C$).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 1:

- 15 -

Table 1

<table>
<tr><td colspan="9">INITIAL VALUES<br>Concentration:1.994 mg/ml        pH = 5.2<br>Relative % Assay: 100.0</td></tr>
<tr><td rowspan="2">TIME<br>(weeks)</td><td colspan="8">TEMPERATURE</td></tr>
<tr><td colspan="2">4°C</td><td colspan="2">35° C</td><td colspan="2">45°C</td><td colspan="2">55°C</td></tr>
<tr><td></td><td>Conc.<br>mg/ml</td><td>Rel.%<br>Assay</td><td>Conc.<br>mg/ml</td><td>Rel.%<br>Assay</td><td>Conc.<br>mg/ml</td><td>Rel.%<br>Assay</td><td>Conc.<br>mg/ml</td><td>Rel.%<br>Assay</td></tr>
<tr><td>1</td><td>1.992</td><td>99.9</td><td>1.917</td><td>96.1</td><td>1.768</td><td>88.7</td><td>1.493</td><td>75.0</td></tr>
<tr><td>2</td><td></td><td></td><td>1.843</td><td>92.4</td><td>1.618</td><td>81.1</td><td>1.166</td><td>58.5</td></tr>
<tr><td>3</td><td></td><td></td><td>1.774</td><td>89.0</td><td>1.506</td><td>75.5</td><td>0.830</td><td>41.6</td></tr>
<tr><td>4</td><td>1.974</td><td>99.0</td><td>1.720</td><td>86.3</td><td>1.393</td><td>69.9</td><td></td><td></td></tr>
<tr><td>8</td><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>12</td><td>1.980</td><td>99.3</td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td colspan="9">$t_{90}$ (days) extrapolated according to Arrhenius equation:<br>$t_{90}$ at 4°C = 815 days<br>$t_{90}$ at 8°C = 480 days</td></tr>
</table>

Similar stability data can be observed also for analogous solu-
tions containing either doxorubicin hydrochloride at 5 mg/ml con-
centration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-de-
soxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubi-
cin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentra-
tion.

- 16 -

Example 2

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.8 g | (10 mg) |
| Hydrochloric acid 0.1N | | |
| q.s. to | pH = 3 | (pH = 3) |
| Water for injections | | |
| q.s. to | 0.4 l | (5 ml) |

Doxorubicin.HCl (0.8 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.4 l).

The solution was filtered through an 0.22 μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55°C, 45°C and 35°C (accelerated stability controls) and at 4°C for up to 3 weeks (55°C), 4 weeks (45°C and 35°C) and 12 weeks (4°C).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 2:

- 17 -

Table 2

INITIAL VALUES
Concentration:1.992 mg/ml          pH = 3.0
Relative % Assay: 100.0

| TIME (weeks) | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C | | 35°C | | 45°C | | 55° C | |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 1.995 | 100.2 | 1.952 | 98.0 | 1.919 | 96.3 | 1.493 | 75.0 |
| 2 | | | 1.889 | 94.8 | 1.851 | 92.9 | 1.036 | 51.9 |
| 3 | | | 1.876 | 94.2 | 1.565 | 78.6 | 0.730 | 36.7 |
| 4 | 1.979 | 99.4 | 1.808 | 90.8 | 1.393 | 69.9 | | |
| 8 | | | | | | | | |
| 12 | 1.972 | 99.0 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4°C = 3970 days
$t_{90}$ at 8°C = 2000 days

Similar stability data can be observed also for analogous solu-
tions containing either doxorubicin hydrochloride at 5 mg/ml con-
centration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-de-
soxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubi-
cin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentra-
tion.

- 18 -

Example 3

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 8.0 g | (100 mg) |
| Hydrochloric acid 0.1N | | |

5  q.s. to                     pH = 3        (pH = 3)

Water for injections

q.s. to                       0.4 l        (5 ml)

Doxorubicin.HCl (8.0 g) was dissolved in 90 percent of
the amount of water for injections, de-aerated by nitrogen
10  bubbling.  The hydrochloric acid was then added dropwise to
adjust the pH of the solution to 3.  Further de-aerated water
for injections was then added to bring the solution to its
final volume (0.4 l).

The solution was filtered through an 0.22 μ microporous
15  membrane under nitrogen pressure.  Volumes of 5 ml of the
solution were distributed into type I-colourless glass vials
having 5/7 ml capacity.  The vials were then closed with
chlorobutyl teflon-faced rubber stoppers and sealed with
aluminium caps.

20       The stability of the solutions in the vials was tested.
The vials were stored at temperatures of $55^{\circ}C$, $45^{\circ}C$ and $35^{\circ}C$
(accelerated stability controls) and at $4^{\circ}C$ for up to 3 weeks
($55^{\circ}C$), 4 weeks ($45^{\circ}C$ and $35^{\circ}C$) and 12 weeks ($4^{\circ}C$).

The stability data obtained, using high performance
25  liquid chromatography (HPLC) for the determination of
potency, are reported in the following Table 3:

- 19 -

Table 3

INITIAL VALUES
Concentration: 20.06 mg/ml          pH = 2.95
Relative % Assay: 100.0

| TIME (weeks) | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4°C | | 35°C | | 45°C | | 55°C | |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 20.06 | 100.0 | 19.56 | 97.5 | 17.84 | 88.9 | 12.31 | 61.4 |
| 2 | | | 18.87 | 94.1 | 15.61 | 77.8 | 7.09 | 35.3 |
| 3 | | | 18.24 | 90.9 | 13.41 | 66.8 | 3.13 | 15.6 |
| 4 | 19.91 | 99.2 | 17.51 | 87.3 | 11.07 | 55.2 | | |
| 8 | | | | | | | | |
| 12 | 19.80 | 98.7 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:

$t_{90}$ at 4°C = 3700 days

$t_{90}$ at 8°C = 1780 days

Similar stability data can be observed for analogous solu-
tions containing 4'-epi-doxorubicin or 4'-desoxy-doxorubi-
cin, as hydrochloride salts, at the same 20 mg/ml concentration.

- 20 -

## Example 4

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| Polyvinylpyrrolidone | 20.00 g | (250.0 mg) |
| 5  Water for injections | | |
| q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin.HCl (0.80 g) was dissolved in 90 percent of
the amount of water for injections, de-aerated by nitrogen
bubbling.  The pH of the solution was not adjusted.
10  Polyvinylpyrrolidone was added and dissolved under stirring
and nitrogen bubbling.  Further de-aerated water for
injections was then added to bring the solution to its final
volume (0.40 l).

The solution was filtered through a 0.22 μ microporous
15  membrane under nitrogen pressure.  Volumes of 5 ml of the
solution were distributed into type I-colourless glass vials
having 5/7 ml capacity.  The vials were then closed with
chlorobutyl teflon-faced rubber stoppers and sealed with
aluminium caps.

20  The stability of the solutions in the vials was tested.
The vials were stored at temperatures of $55^{\circ}C$, $45^{\circ}C$ and $35^{\circ}C$
(accelerated stability controls) and at $4^{\circ}C$ for up to 3 weeks
($55^{\circ}C$), 4 weeks ($45^{\circ}C$ and $35^{\circ}C$) and 8 weeks ($4^{\circ}C$).

The stability data obtained, using high performance
25  liquid chromatography (HPLC) for the determination of
potency, are reported in the following Table 4:

- 21 -

Table 4

| INITIAL VALUES<br>Concentration: 1.986 mg/ml          pH = 4.6<br>Relative % Assay: 100.0 | | | | | | | |
|---|---|---|---|---|---|---|---|
| TIME<br>(weeks) | TEMPERATURE | | | | | | |
| | 4°C | | 35°C | | 45°C | | 55°C | |
| | Conc.<br>mg/ml | Rel.%<br>Assay | Conc.<br>mg/ml | Rel.%<br>Assay | Conc.<br>mg/ml | Rel.%<br>Assay | Conc.<br>mg/ml | Rel.%<br>Assay |
| 1 | 1.984 | 99.9 | 1.928 | 97.1 | 1.797 | 90.5 | 1.605 | 80.8 |
| 2 | | | 1.847 | 93.0 | 1.616 | 81.4 | 1.293 | 65.1 |
| 3 | | | 1.828 | 92.0 | 1.527 | 76.9 | 1.018 | 51.3 |
| 4 | 1.928 | 97.1 | 1.797 | 90.5 | 1.403 | 70.7 | | |
| 8 | 1.989 | 100.1 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:
$t_{90}$ at 4°C = 1460 days
$t_{90}$ at 8°C = 835 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

- 22 -

Example 5

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.800 g | (10.00 mg) |
| N,N-Dimethylacetamide | 0.060 l | (0.75 ml) |
| Propylene glycol | 0.048 l | (0.60 ml) |
| Ethanol | 0.012 l | (0.15 ml) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.400 l | (5.00 ml) |

   Doxorubicin.HCl (0.800 g) was dissolved in 90 percent of
the amount of water for injections, de-aerated by nitrogen
bubbling.  N,N-dimethylacetamide, propylene glycol and
ethanol were subsequently added under stirring and nitrogen
bubbling.  The hydrochloric acid was then added dropwise to
adjust the pH of the solution to 3.  Further de-aerated water
for injections was then added to bring the solution to its
final volume (0.400 l).

   The solution was filtered through an 0.22 μ microporous
membrane under nitrogen pressure.  Volumes of 5 ml of the
solution were distributed into type I-colourless glass vials
having 5/7 ml capacity.  The vials were then closed with
chlorobutyl teflon-faced rubber stoppers and sealed with
aluminium caps.

   The stability of the solutions in the vials was tested.
The vials were stored at temperatures of 55$^{\circ}$C, 45$^{\circ}$C and 35$^{\circ}$C
(accelerated stability controls) and at 4$^{\circ}$C for up to 3 weeks
(55$^{\circ}$C), 4 weeks (45$^{\circ}$C and 35$^{\circ}$C) and 8 weeks (4$^{\circ}$C).

   The stability data obtained, using high performance
liquid chromatography (HPLC) for the determination of
potency, are reported in the following Table 5:

- 23 -

Table 5

<table>
<tr><td colspan="9"><b>INITIAL VALUES</b><br>Concentration:2.000 mg/ml        pH = 3.03<br>Relative % Assay: 100.0</td></tr>
<tr><td rowspan="3">TIME<br>(weeks)</td><td colspan="8">TEMPERATURE</td></tr>
<tr><td colspan="2">4°C</td><td colspan="2">35°C</td><td colspan="2">45°C</td><td colspan="2">55°C</td></tr>
<tr><td>Conc.<br>mg/ml</td><td>Rel.%<br>Assay</td><td>Conc.<br>mg/ml</td><td>Rel.%<br>Assay</td><td>Conc.<br>mg/ml</td><td>Rel.%<br>Assay</td><td>Conc.<br>mg/ml</td><td>Rel.%<br>Assay</td></tr>
<tr><td>1</td><td></td><td></td><td>1.892</td><td>94.6</td><td>1.735</td><td>86.7</td><td>1.495</td><td>74.7</td></tr>
<tr><td>2</td><td>1.993</td><td>99.7</td><td>1.927</td><td>96.4</td><td>1.624</td><td>81.2</td><td>1.212</td><td>60.6</td></tr>
<tr><td>3</td><td></td><td></td><td>1.908</td><td>95.4</td><td>1.432</td><td>71.6</td><td>1.032</td><td>51.6</td></tr>
<tr><td>4</td><td>2.00</td><td>100.0</td><td>1.863</td><td>93.2</td><td>1.266</td><td>63.3</td><td></td><td></td></tr>
<tr><td>8</td><td>1.960</td><td>98.0</td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td colspan="9">$t_{90}$ (days) extrapolated according to Arrhenius equation:<br>$t_{90}$ at 4°C = 4360 days<br>$t_{90}$ at 8°C = 2200 days</td></tr>
</table>

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

- 24 -

Example 6

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.8 g | (10.0 mg) |
| Polyvinylpyrrolidone | 20.0 g | (250.0 mg) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.4 l | (5.0 ml) |

5

Doxorubicin.HCl (0.8 g) was dissolved in 90 percent of
10 the amount of water for injections, de-aerated by nitrogen
bubbling.  Polyvinylpyrrolidone was added and dissolved under
stirring and nitrogen bubbling.  The hydrochloric acid was
then added dropwise to adjust the pH of the solution to 3.
Further de-aerated water for injections was then added to
15 bring the solution to its final volume (0.4 l).

The solution was filtered through an 0.22 μ microporous
membrane under nitrogen pressure.  Volumes of 5 ml of the
solution were distributed into type I-colourless glass vials
having 5/7 ml capacity.  The vials were then closed with
20 chlorobutyl teflon-faced rubber stoppers and sealed with
aluminium caps.

The stability of the solutions in the vials was tested.
The vials were stored at temperatures of $55^{\circ}$C, $45^{\circ}$C and $35^{\circ}$C
(accelerated stability controls) and at $4^{\circ}$C for up to 3 weeks
25 ($55^{\circ}$C), 4 weeks ($45^{\circ}$C and $35^{\circ}$C) and 8 weeks ($4^{\circ}$C).

The stability data obtained, using high performance
liquid chromatography (HPLC) for the determination of

- 25 -

Table 6

| INITIAL VALUES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Concentration: 1.973 mg/ml        pH = 2.71 | | | | | | | | |
| Relative % Assay: 100.0 | | | | | | | | |

| TIME | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (weeks) | 4°C | | 35°C | | 45°C | | 55°C | |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 2.028 | 102.8 | 1.944 | 98.5 | 1.791 | 90.8 | 1.477 | 74.9 |
| 2 | | | 1.885 | 95.5 | 1.582 | 80.2 | 0.972 | 49.3 |
| 3 | | | 1.840 | 93.2 | 1.402 | 71.0 | 0.632 | 32.0 |
| 4 | 1.913 | 97.0 | 1.853 | 93.9 | 1.273 | 64.5 | | |
| 8 | 1.972 | 99.9 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:

$t_{90}$ at 4°C = 5560 days

$t_{90}$ at 8°C = 2670 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

- 26 -

Example 7

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 8.00 g | (100.0 mg) |
| N,N-Dimethylacetamide | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

5

Doxorubicin.HCl (8.00 g) was dissolved in 90 percent of
10 the amount of water for injections, de-aerated by nitrogen
bubbling.  N,N-dimethylacetamide was added under stirring and
nitrogen bubbling.  The hydrochloric acid was then added
dropwise to adjust the pH of the solution to 3.  Further
de-aerated water for injections was then added to bring the
15 solution to its final volume (0.40 l).

The solution was filtered through a 0.22 μ microporous
membrane under nitrogen pressure.  Volumes of 5 ml of the
solution were distributed into type I-colourless glass vials
having 5/7 ml capacity.  The vials were then closed with
20 chlorobutyl teflon-faced rubber stoppers and sealed with
aluminium caps.

The stability of the solutions in the vials was tested.
The vials were stored at temperatures of 55°C, 45°C and 35°C
(accelerated stability controls) and at 4°C for up to 3 weeks
25 (55°C), 4 weeks (45°C and 35°C) and 8 weeks (4°C).

The stability data obtained, using high performance
liquid chromatography (HPLC) for the determination of

– 27 –

Table 7

| INITIAL VALUES | | | | | | | |
|---|---|---|---|---|---|---|---|
| Concentration:19.32 mg/ml    pH = 2.96 | | | | | | | |
| Relative % Assay: 100.0 | | | | | | | |

| TIME | TEMPERATURE | | | | | | |
|---|---|---|---|---|---|---|---|
| (weeks) | 4°C | | 35°C | | 45°C | | 55°C | |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 20.1 | 103.5 | 19.14 | 99.1 | 17.34 | 89.8 | 15.57 | 80.6 |
| 2 | | | 19.20 | 99.4 | 15.77 | 81.6 | 12.94 | 67.0 |
| 3 | | | 18.06 | 93.5 | 14.85 | 76.9 | 11.61 | 60.1 |
| 4 | 20.03 | 103.7 | 17.81 | 92.2 | 13.78 | 71.3 | | |
| 8 | 19.99 | 103.5 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:

$t_{90}$ at 4°C = 1310 days

$t_{90}$ at 8°C = 770 days

Similar stability data can be observed for analogous solu-
tions containing 4'-epi-doxorubicin or 4'-desoxy-doxorubi-
cin, as hydrochloride salts, at the same 20 mg/ml concentration.

- 28 -

Example 8

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| Ethanol | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1 N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

5

        Doxorubicin.HCl (0.80g) was dissolved in 90 percent of

10 the amount of water for injections, de-aerated by nitrogen
bubbling.  Ethanol was added under stirring and nitrogen
bubbling.  Hydrochloric acid 0.1 N was then added dropwise to
adjust the pH of the solution to 3.  De-aerated water for
injections was finally added to bring the solution to its
15 final volume (0.40 l).

        The solution was filtered through a 0.22 µ microporous
membrane under nitrogen pressure.  Volumes of 5 ml of the
solution were distributed into type I-colourless glass vials
having 5/7 ml capacity.  The vials were then closed with
20 chlorobutyl teflon-faced rubber stoppers and sealed with
aluminium caps.

        The stability of the solutions in the vials was tested.
The vials were stored at temperatures of 55$^{O}$C, 45$^{O}$C and at
35$^{O}$C (accelerated stability controls) and at 4$^{O}$C for up to 3
25 weeks (55$^{O}$C), 4 weeks (45$^{O}$C and 35$^{O}$C) and 12 weeks (4$^{O}$C).

        The stability data obtained, using high performance
liquid chromatography (HPLC) for the determination of
potency, are reported in the following Table 8.

- 29 -

Table 8

| INITIAL VALUES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Concentration: 1.979 mg/ml          pH = 3.11 | | | | | | | | |
| Relative % Assay: 100.0 | | | | | | | | |

| TIME (weeks) | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4°C | | 35°C | | 45°C | | 55°C | |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 2.010 | 101.6 | 1.965 | 99.3 | 1.947 | 98.4 | 1.750 | 88.4 |
| 2 | | | 1.957 | 98.9 | 1.910 | 96.5 | 1.645 | 83.1 |
| 3 | | | 1.895 | 95.8 | 1.737 | 87.8 | 1.356 | 68.5 |
| 4 | 1.927 | 97.3 | 1.818 | 91.9 | 1.678 | 84.8 | | |
| 8 | | | | | | | | |
| 12 | 1.939 | 97.9 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:

$t_{90}$ at 4°C = 1270 days

$t_{90}$ at 8°C =  780 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

- 30 -

Example 9

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 8.000 g | (100.00 mg) |
| N,N-Dimethylacetamide | 0.060 l | (0.75 ml) |
| Propylene glycol | 0.048 l | (0.60 ml) |
| Ethanol | 0.012 l | (0.15 ml) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.400 l | (5.00 ml) |

5

10

Doxorubicin.HCl (8.000 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. N,N-dimethylacetamide, propylene glycol and ethanol were subsequently added under stirring and nitrogen

15 bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.400 l).

The solution was filtered through a 0.22 μ microporous

20 membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

25 The stability of the solutions in the vials was tested. The vials were stored at temperatures of $55^{\circ}C$, $45^{\circ}C$ and $35^{\circ}C$ (accelerated stability controls) and at $4^{\circ}C$ for up to 3 weeks ($55^{\circ}C$), 4 weeks ($45^{\circ}C$ and $35^{\circ}C$) and 8 weeks ($4^{\circ}C$).

The stability data obtained, using high performance

30 liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 9:

Table 9

| INITIAL VALUES<br>Concentration: 20.07 mg/ml<br>Relative % Assay: 100.0 | | | | | | | pH = 2.99 | |
|---|---|---|---|---|---|---|---|---|
| TIME<br>(weeks) | TEMPERATURE | | | | | | | |
| | 4° | | 35° | | 45° | | 55° | |
| | Conc.<br>mg/ml | Rel.%<br>Assay | Conc.<br>mg/ml | Rel.%<br>Assay | Conc.<br>mg/ml | Rel.%<br>Assay | Conc.<br>mg/ml | Rel.%<br>Assay |
| 1 | | | 19.14 | 95.4 | 17.81 | 88.7 | 14.84 | 73.9 |
| 2 | 19.97 | 99.5 | 19.07 | 95.0 | 16.27 | 81.1 | 12.36 | 61.6 |
| 3 | | | 18.08 | 90.1 | 14.62 | 72.9 | 10.04 | 50.0 |
| 4 | 20.06 | 99.9 | 18.03 | 89.8 | 13.20 | 65.8 | | |
| 8 | 19.69 | 98.1 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:

$t_{90}$ at 4°C = 846 days

$t_{90}$ at 8°C = 505 days

Similar stability data can be observed for analogous solutions containing 4'-epi-doxorubicin or 4'-desoxy-doxorubicin, as hydrochloride salts, at the same 20 mg/ml concentration.

- 32 -

Example 10

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 8.0 g | (100.0 mg) |
| Polyvinylpyrrolidone | 20.0 g | (250.0 mg) |

5   Hydrochloric acid 0.1N

q.s. to                    pH = 3         (pH = 3)

Water for injections

q.s. to                    0.4 l          (5.0 ml)

Doxorubicin.HCl (8.0 g) was dissolved in 90 percent of

10   the amount of water for injections, de-aerated by nitrogen

bubbling.  Polyvinylpyrrolidone was added and dissolved under

stirring and nitrogen bubbling.  The hydrochloric acid was

then added dropwise to adjust the pH of the solution to 3.

Further de-aerated water for injections was then added to

15   bring the solution to its final volume (0.4 l).

The solution was filtered through a 0.22 μ microporous

membrane under nitrogen pressure.  Volumes of 5 ml of the

solution were distributed into type I-colourless glass vials

having 5/7 ml capacity.  The vials were then closed with

20   chlorobutyl teflon-faced rubber stoppers and sealed with

aluminium caps.

The stability of the solutions in the vials was tested.

The vials were stored at temperatures of 55$^{\circ}$C, 45$^{\circ}$C and 35$^{\circ}$C

(accelerated stability controls) and at 4$^{\circ}$C for up to 3 weeks

25   (55$^{\circ}$C), 4 weeks (45$^{\circ}$C and 35$^{\circ}$C) and 8 weeks (4$^{\circ}$C).

The stability data obtained, using high performance

liquid chromatography (HPLC) for the determination of

potency, are reported in the following Table 10:

- 33 -

Table 10

| INITIAL VALUES | | | | | | | |
|---|---|---|---|---|---|---|---|
| Concentration:  19.57 mg/ml          pH = 2.62 | | | | | | | |
| Relative % Assay: 100.0 | | | | | | | |

| TIME (weeks) | TEMPERATURE | | | | | | |
|---|---|---|---|---|---|---|---|
| | 4°C | | 35°C | | 45°C | | 55°C |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 19.54 | 99.9 | 19.11 | 97.6 | 16.88 | 86.2 | 12.48 | 63.8 |
| 2 | | | 18.43 | 94.2 | 14.13 | 72.2 | 6.00 | 30.7 |
| 3 | | | 18.02 | 92.1 | 11.57 | 59.1 | 2.61 | 13.3 |
| 4 | 19.58 | 100.1 | 17.36 | 88.7 | 9.23 | 47.2 | | |
| 8 | 19.34 | 98.8 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:

$t_{90}$ at 4°C = 2540 days

$t_{90}$ at 8°C = 1290 days

Similar stability data can be observed for analogous solutions containing 4'-epi-doxorubicin or 4'-desoxy-doxorubicin, as hydrochloride salts, at the same 20 mg/ml concentration.

- 34 -

Example 11

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| N,N-Dimethylacetamide | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1N | | |
| q.s. to | pH = 3 | (pH = 3) |
| Water for injections | | |
| q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin.HCl (0.80 g) was dissolved in 90% of the amount of water for injections, de-aerated by nitrogen bubbling. N,N-Dimethylacetamide was added under stirring and nitrogen bubbling. Hydrochloric acid 0.1N was then added dropwise to adjust the pH of the solution to 3. De-aerated water for injections was finally added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22 μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55°C, 45°C and 35°C (accelerated stability controls) and at 4°C for up to 3 weeks (55°C), 4 weeks (45°C and 35°C) and 8 weeks (4°C).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 11:

- 35 -

Table 11

| INITIAL VALUES | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Concentration: 1.826 MG?ML    pH = 3.14 | | | | | | | |
| Relative % Assay: 100.0 | | | | | | | |

| TIME (weeks) | TEMPERATURE | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 4°C | | 35°C | | 45°C | | 55°C |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 1.830 | 100.2 | 1.812 | 99.2 | 1.784 | 97.7 | 1.605 | 87.9 |
| 2 | 1.818 | 99.6 | 1.781 | 97.5 | 1.554 | 85.1 | 1.292 | 70.8 |
| 3 | | | 1.743 | 95.4 | 1.409 | 77.2 | 1.018 | 55.7 |
| 4 | 1.823 | 99.8 | 1.734 | 95.0 | 1.369 | 75.0 | | |
| 8 | 1.792 | 98.2 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:

$t_{90}$ at 4°C = 5815 days

$t_{90}$ at 8°C = 2920 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-epi-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

- 36 -

Example 12

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| Propylene glycol | 0.12 l | (1.5 ml) |

5   Hydrochloric acid 0.1N

q.s. to                  pH = 3        (pH = 3)

Water for injections

q.s. to                  0.40 l        (5.0 ml)

Doxorubicin.HCl (0.80 g) was dissolved in 90% of the

10  amount of water for injections de-aerated by nitrogen

bubbling.  Propylene glycol was added under stirring and

nitrogen bubbling.  Hydrochloric acid 0.1 N was then added

dropwise to adjust the pH of the solution to 3.  De-aerated

water for injections was finally added to bring the solution

15  to its final volume (0.40 l).

The solution was filtered through a 0.22 μ microporous

membrane under nitrogen pressure.  Volumes of 5 ml of the

solution were distributed into type I-colourless glass vials

having 5/7 ml capacity.  The vials were then closed with

20  chlorobutyl teflon-faced rubber stoppers and sealed with

aluminium caps.

The stability of the solutions in the vials was tested.

The vials were stored at temperatures of 55°C, 45°C and 35°C

(accelerated stability controls) and at 4°C for up to 3 weeks

25  (55°C), 4 weeks (45°C and 35°C) and 4 weeks (4°C).

The stability data obtained, using high performance

liquid chromatography (HPLC) for the determination of

- 37 -

Table 12

| INITIAL VALUES | | | | | | | |
|---|---|---|---|---|---|---|---|
| Concentration: 1.982 mg/ml     pH = 3.11 | | | | | | | |
| Relative % Assay: 100.0 | | | | | | | |

| TIME (weeks) | TEMPERATURE | | | | | | |
|---|---|---|---|---|---|---|---|
| | 4°C | | 35°C | | 45°C | | 55°C | |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 1.972 | 99.5 | 1.934 | 97.6 | 1.889 | 95.3 | 1.705 | 86.0 |
| 2 | | | 1.952 | 98.5 | 1.795 | 90.6 | 1.483 | 74.8 |
| 3 | | | 1.935 | 97.6 | 1.699 | 85.7 | 1.153 | 58.2 |
| 4 | 2.056 | 103.7 | 1.788 | 90.2 | 1.460 | 73.7 | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:

$t_{90}$ at 4°C = 1794 days

$t_{90}$ at 8°C = 1025 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxo-rubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-de-methoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml 5 mg/ml concentration.

- 38 -

Example 13

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| Polyethylene glycol 400 | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1N | | |
| q.s. to | pH = 3 | (pH = 3) |
| Water for injections | | |
| q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin.HCl (0.80 g) was dissolved in 90% of the amount of water for injections, de-aerated by nitrogen bubbling. Polyethylene glycol 400 was added under stirring and nitrogen bubbling. Hydrochloric acid 0.1 N was then added dropwise to adjust the pH of the solution to 3. De-aerated water for injections was finally added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22 µ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55°C, 45°C and 35°C (accelerated stability controls) and at 4°C for up to 3 weeks (55°C), 4 weeks (45°C and 35°C) and 4 weeks (4°C).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of

- 39 -

Table 13

INITIAL VALUES
Concentration: 1.907 mg/ml          pH = 3.07
Relative % Assay: 100.0

| TIME (weeks) | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4°C | | 35°C | | 45°C | | 55°C | |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 1.871 | 98.1 | 1.797 | 94.2 | 1.668 | 87.5 | 1.484 | 77.8 |
| 2 | | | 1.710 | 89.7 | 1.608 | 84.3 | 1.237 | 64.9 |
| 3 | | | 1.739 | 91.2 | 1.551 | 81.3 | 1.007 | 52.8 |
| 4 | 1.873 | 98.2 | 1.693 | 88.8 | 1.453 | 76.2 | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:

$t_{90}$ at 4°C = 1130 days

$t_{90}$ at 8°C = 680 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

- 40 -

## CLAIMS

1.    A sterile, pyrogen-free, anthracycline glycoside solution which consists essentially of a physiologically acceptable salt of an anthracycline glycoside dissolved in a physiologically acceptable solvent therefor, which has not been reconstituted from a lyophilizate and which has a pH of from 2.5 to 6.5.

2.    A solution according to claim 1 in a sealed container.

3.    A solution according to claim 1 or 2 wherein the anthracycline glycoside is chosen from the group consisting of doxorubicin, 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin and 4-demethoxy-daunorubicin.

4.    A solution according to claim 3 wherein the anthracycline glycoside is doxorubicin.

5.    A solution according to any one of the preceding claims wherein the physiologically acceptable salt of the anthracycline glycoside is the salt with a physiologically acceptable acid chosen from the group consisting of hydrochloric, hydrobromic, sulfuric, phosphoric, nitric, acetic, succinic, tartaric, ascorbic, citric, glutammic, benzoic, methanesulfonic and ethanesulfonic acid.

6.    A solution according to claim 5 wherein the physiologically acceptable salt of the anthracycline glycoside is the salt with hydrochloric acid.

7.    A solution according to any one of the preceding claims having a pH of from 2.5 to 5.5

8.    A solution according to claim 7 having pH 3 or pH 5.

9.    A solution according to any one of the preceding claims wherein the physiologically acceptable solvent for the anthracycline glycoside is chosen from the group consisting of water, ethanol, polyethyleneglycol, dimethylacetamide and mixtures thereof.

10.    A solution according to claim 9 wherein the physiologically acceptable solvent is water.

- 41 -

11.  A solution according to any one of the preceding claims
wherein the concentration of the anthracycline glycoside is
from 0.1 mg/ml to 100 mg/ml.

12.  A solution according to claim 11 wherein the
5  concentration of the anthracycline glycoside is from 0.1
mg/ml to 50 mg/ml.

13.  A solution according to claim 12 wherein the
concentration of the anthracycline glycoside is from 1 mg/ml
to 20 mg/ml.

10  14.  A sterile, pyrogen-free, doxorubicin solution which
consists essentially of a physiologically acceptable salt of
doxorubicin dissolved in a physiologically acceptable solvent
therefor, which has not been reconstituted from a
lyophilizate and which has a pH of from 2.5 to 6.5.

15  15.  A solution according to claim 14 in a sealed container.

16.  A solution according to claim 14 or 15 wherein the
physiologically acceptable salt of doxorubicin is the salt
with a physiologically acceptable acid chosen from the group
consisting of hydrochloric, hydrobromic, sulfuric,
20  phosphoric, nitric, acetic, succinic, tartaric, ascorbic,
citric, glutammic, benzoic, methanesulfonic and
ethanesulfonic acid.

17.  A solution according to claim 16 wherein the
physiologically acceptable salt of doxorubicin is the salt
25  with hydrochloric acid.

18.  A solution according to any one of claims 14 to 17
having a pH of from 2.5 to 5.5.

19.  A solution according to claim 18 having pH 3 or pH 5.

20.  A solution according to any one of claims 14 to 19
30  wherein the physiologically acceptable solvent for
doxorubicin is chosen from the group consisting of water,
ethanol, polyethyleneglycol, dimethylacetamide and mixtures
thereof.

21.  A solution according to claim 20 wherein the
35  physiologically acceptable solvent is water.

- 42 -

22.  A solution according to any one of claims 14 to 21 wherein the concentration of doxorubicin is from 0.1 mg/ml to 100 mg/ml.

23.  A solution according to claim 22 wherein the
5   concentration of doxorubicin is from 2 mg/ml to 50 mg/ml.

24.  A solution according to claim 23 wherein the concentration of doxorubicin is from 2 mg/ml to 20 mg/ml.

25.  A solution according to claim 24 wherein the concentration of doxorubicin is 2 mg/ml or 5 mg/ml.

10  26.  A process for producing a sterile, pyrogen-free, anthracycline glycoside solution with a pH of from 2.5 to 6.5, according to any one of the preceding claims, which process comprises dissolving a physiologically acceptable salt of the anthracycline glycoside, which salt is not in the
15  form of a lyophilizate, in a physiologically acceptable solvent therefor; optionally adding a physiologically acceptable acid or buffer to adjust the pH within the said range as desired; and passing the resulting solution through a sterilising filter.

20  27.  A process according to claim 26 wherein an additional component selected from co-solubilizing agents, tonicity adjustment agents and preservatives is added to the solution prior to passing the solution through a sterilising filter.

28.  A process according to claim 27 wherein the
25  co-solubilizing agent is polyvinylpyrrolidone.

29.  A method of inhibiting the growth of a tumour selected from sarcomas, carcinomas, lymphomas, neuroblastoma, leukemias and Wilms tumour, which method comprises administering to a host suffering from said tumour a sterile,
30  pyrogen-free solution according to any one of claims 1 to 25, containing the active drug substance in an amount sufficient to inhibit the growth of said tumour.

30.  A method according to claim 29 wherein the tumour is selected from the group consisting of Moloney Sarcoma Virus,
35  Sarcoma 180 Ascites, Solid Sarcoma 180, gross transplantable leukemia, L 1210 leukemia and lymphocitic P 388 leukemia.