# EXHIBIT I

Oct-17-05  05:06pm    From-MCDONNELL BOEHNEN HULBERT & BERGHOFF    +131291300002    T-481   P.01/01   F-096



**McDonnell Boehnen Hulbert & Berghoff**
Law Offices

# Fax transmittal

| | | | |
|---|---|---|---|
| To | Reid L. Ashinoff | Date | October 17, 2005 |
| Company | Sonnenschein et al. | From | Daniel A. Boehnen |
| Fax | 212-768-6800 | Direct | 312 913 2130 |
| Phone | 212-768-6730 | Email | boehnen@mbhb.com |
| Pages, with cover | 1 | C/M | 1144/002 |
| Re | P&U v. Sicor | | |

Dear Reid:

As you know, Pharmacia has reduced the asserted claims to claims 9 and 13 in order to simplify the issues for trial. Please also be advised that, in view of Sicor's responses to discovery to date, Pharmacia believes that there are no claim terms that warrant claim construction in the case.

Very truly yours,

Daniel A. Boehnen

300 South Wacker Drive    312 913 0001 phone
Chicago, Illinois 60606-6709    312 913 0002 fax
www.mbhb.com

Please call if all pages are not received

If you received this fax in error, please notify us immediately by phone (collect) to arrange for return of the document.

This transmittal is strictly for delivery only to the person listed above. It may contain confidential or privileged information, the disclosure of which is prohibited.

PAGE 1/1 * RCVD AT 10/17/2005 5:04:02 PM [Central Daylight Time] * SVR:CHI2KRF01/21 * DNIS:4777 * CSID:+131291300002 * DURATION (mm-ss):00-36