# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-833-KAJ ) |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) ) |
| Defendants. | ) |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to this Court's Amended Scheduling Order of December 6, 2005 and the Stipulated Order of May 22, 2006, Plaintiff Pharmacia & Upjohn Company, LLC ("Pharmacia") and Defendants Sicor, Inc. and SICOR Pharmaceuticals, Inc. (collectively, "Sicor") herein provide a Joint Claim Construction Chart listing the claim terms, as well as their proposed constructions, at issue in this case. For those terms that are contested, each Party's proposed construction is provided; for those terms that are not contested, a jointly proposed construction is provided.

**Claim 1**

| Claim Language | Pharmacia's Proposed Construction | Sicor's Proposed Construction |
|---|---|---|
| A physiologically acceptable solution | a solution that is stable, sterile, pyrogen-free, and otherwise suitable for administration to humans or animals | a solution that is suitable for administration to humans or animals |
| of | of | including, but not limited to, |

| Claim Language | Pharmacia's Proposed Construction | Sicor's Proposed Construction |
|---|---|---|
| anthracycline glycoside | a class of chemical compounds having the following generic structure: [structure diagram with substituents $R_1$, $R_2$, $R_3$, $R_4$, $R_5$, $CH_3$, $NH_2$, $OH$] | a non-lyophilized preparate of the class of chemical compounds having the following generic structure: [structure diagram with substituents $R_1$, $R_2$, $R_3$, $R_4$, $R_5$, $CH_3$, $NH_2$, $OH$] |
| selected from the group consisting of | either [element a], [element b], [element c] … or [element x], but not combinations of the elements | |
| idarubicin hydrochloride | a monohydrochloride salt form of an anthracycline glycoside compound having the following structure: [structure diagram with $CH_3$, $OH$, $NH_2$, $HO$, •HCl] | |
| doxorubicin hydrochloride | a monohydrochloride salt form of an anthracycline glycoside compound having the following structure: [structure diagram with $H_3CO$, $CH_2OH$, $OH$, $CH_3$, $HO$, $NH_2$, •HCl] | |

2

| Claim Language | Pharmacia's Proposed Construction | Sicor's Proposed Construction |
|---|---|---|
| epirubicin hydrochloride | a monohydrochloride salt form of an anthracycline glycoside compound having the following structure: <br><br> [chemical structure of epirubicin hydrochloride] | |
| dissolved in | dissolved in ||
| a physiologically acceptable aqueous solvent | an aqueous solvent that is stable, sterile, pyrogen-free, and otherwise suitable for administration to humans or animals | an aqueous solvent that is suitable for administration to humans or animals |
| having a pH adjusted to from 2.5 to 5.0 | obtaining a solution that has a pH within the specified range due to the use of a pH adjusting agent ||
| with | with ||
| a physiologically acceptable acid | an acid that is stable, sterile, pyrogen-free, and otherwise suitable for administration to humans or animals | an acid that is suitable for administration to humans or animals |
| selected from the group consisting of | either [element a], [element b], [element c] … or [element x], but not combinations of the elements ||
| hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid | hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid ||
| the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml | the concentration is between 0.1 and 100 mg/ml, inclusive ||
| wherein said solution is contained in | wherein the solution is contained in ||
| a sealed container | a closed container which is further secured against access, leakage and passage by a fastening, membrane, or coating that must be broken to be removed | a container that is closed in some fashion such that is does not allow the passage of the solution |

3

**Claim 9**

| Claim Language | Pharmacia's Proposed Construction | Sicor's Proposed Construction |
|---|---|---|
| The anthracycline glycoside solution of claim 1 | an anthracycline glycoside solution meeting all of the limitations of claim 1 ||
| wherein said solution exhibits | the solution exhibits ||
| storage stability | a solution which retains physiological acceptability and at least 90% potency under suggested storage conditions for at least 18 months | at least 90% of the original amount of anthracycline glycoside dissolved in solution remains in the solution when stored at a temperature of about 4°C or 8°C for a period of at least 180 days |
| as a result of said pH being adjusted to said pH range using said acids | because the solution has a pH of within the specified range due to the use of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, or tartaric acid ||

**Claim 11**

| Claim Language | Pharmacia's Proposed Construction | Sicor's Proposed Construction |
|---|---|---|
| The solution of claim 1 | an anthracycline glycoside solution meeting all of the limitations of claim 1 ||
| wherein the concentration of anthracycline glycoside is about 1 mg/ml | the concentration of the anthracycline glycoside in solution is about 1 mg/ml ||

4

**Claim 12**

| Claim Language | Pharmacia's Proposed Construction | Sicor's Proposed Construction |
|---|---|---|
| The solution of claim 11 | an anthracycline glycoside solution meeting all of the limitations of claims 1 and 11 | |
| wherein the physiologically acceptable acid is hydrochloric acid | the pH is adjusted to from 2.5 to 5.0 with hydrochloric acid | |

**Claim 13**

| Claim Language | Pharmacia's Proposed Construction | Sicor's Proposed Construction |
|---|---|---|
| The solution of claim 12 | an anthracycline glycoside solution meeting all of the limitations of claims 1, 11, and 12 | |
| wherein the anthracycline glycoside is idarubicin hydrochloride | the anthracycline glycoside in solution is idarubicin hydrochloride | |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP        ASHBY & GEDDES

/s/ *Maryellen Noreika*                                               /s/ *John G. Day*
Jack B. Blumenfeld (#1014)                                        Steven J. Balick (#2114)
Maryellen Noreika (#3208)                                         John G. Day (#2403)
1201 N. Market Street                                                  222 Delaware Avenue, 17th Floor
P.O. Box 1347                                                                P.O. Box 1150
Wilmington, Delaware 19899-1347                            Wilmington, Delaware 19899
(302) 658-9200                                                              (302) 654-1888
   *Attorneys for Plaintiff*                                              *Attorneys for Defendants*

OF COUNSEL:                                                              OF COUNSEL:
Daniel A. Boehnen                                                      Reid L. Ashinoff
Joshua R. Rich                                                              David R. Baum
McDONNELL BOEHNEN HULBERT &            SONNENSCHEIN NATH &
BERGHOFF LLP                                                            ROSENTHAL LLP
300 S. Wacker Drive                                                     1221 Avenue of the Americas
Chicago, Illinois 60606                                                 New York, NY 10020
(312) 913-0001

                                                                                    Jordan Sigale
                                                                                    SONNENSCHEIN NATH &
                                                                                    ROSENTHAL LLP
                                                                                    8000 Sears Tower
                                                                                    Chicago, IL 60606

May 30, 2006

5