# EXHIBIT K





*385999.*

— 45 —

## A B S T R A C T

<u>Injectable ready-to-use solutions containing an antitumor anthracycline glycoside.</u>

According to the invention there is provided a sterile,

5     pyrogen-free,ready-to-use solution of an anthracycline glycoside, especially doxorubicin, which consists essentially of a physiologically acceptable salt of an anthracycline glycoside dissolved in a physiologically acceptable solvent therefor, which has not been reconstituted from

10    a lyophilizate and which has a pH of from 2.5 to 6.5. The solution of the invention is particularly advantageous for the administration by injection of the anthracycline glycoside drugs, e.g. doxorubicin, in the treatment of both human and animal tumors.

07/827742

878784

385 999

Title: Injectable ready-to-use solutions containing an
antitumor anthracycline glycoside.

The present invention relates to a stable intravenously
injectable ready-to-use solution of an antitumor
5   anthracycline glycoside, e.g. doxorubicin, to a process
for preparing such a solution, and provide the same in a
sealed container, and to a method for treating tumors by
the use of the said ready-to-use solution.

The anthracycline glycoside compounds are a well known
10  class of compounds in the antineoplastic group of agents,
wherein doxorubicin is a typical, and the most widely used,
representative: Doxorubicin. Anticancer Antibiotics, Federi-
co Arcamone, 1981, Publ: Academic Press, New York, N.Y.;
Adriamycin Review, EROTC International Symposium, Brussels,
15  May, 1974, edited by M.Staquet, Publ. Eur. Press Medikon,
Ghent, Belg.;
Results of Adriamycin Therapy, Adriamycin Symposium at
Frankfurt/Main 1974 edited by M.Ghione, J.Fetzer and H.
Maier, publ.: Springer, New York, N.Y.

20  At present, anthracycline glycoside antitumor drugs, in parti-
cular, e.g., doxorubicin, are solely available in the form
of lyophilized preparations, which need to be reconstituted
before administration.

Both the manufacturing and the reconstitution of such
25  preparations expose the involved personnel (workers,
pharmacists, medical personnel, nurses) to risks of con-
tamination which are particularly serious due to the
toxicity of the antitumor substances.

- 2 -

The Martindale Extra Pharmacopoeia 28th edition, page 175

left column, reports, indeed, about adverse effects of

*antineoplastic*
antineaplastic drugs and recommends that "They must be

handled with great care and contact with skin and eyes

5       avoided; they should not be inhaled. Care must be taken

to avoid extravasation since pain and tissue damage may

ensue.".

Similarly, Scand. J. Work Environ Health vol.10 (2), pages 71-

74 (1984), as well as articles on Chemistry Industry, Issue

10      July 4, 1983, page 488, and Drug-Topics-Medical-Economics-Co,

Issue February 7, 1983, page 99 report about severe adverse

effects observed in medical personnel exposed to use of

cytostatic agents, including doxorubicin.

To administer a lyophilized preparation, double handling of

15      the drug is required, the lyophilized cake having to be first

reconstituted and then administered and,moreover,in some cases,

the complete dissolution of the powder may require prolonged

shaking because of solubilization problems.

As the risks connected with the manufacturing and the reconsti-

20      tution of a lyophilized preparate would be highly reduced if

a ready-to-use solution of the drug were available, we have

developed a stable, therapeutically acceptable intravenously

injectable solution of an anthracycline glycoside drug, e.g.

doxorubicin, whose preparation and administration does not

25      require either lyophilization or reconstitution.

- 3 -

According to the present invention, there is provided a sterile, pyrogen-free, anthracycline glycoside solution which consists essentially of a physiologically acceptable salt of an anthracycline glycoside dissolved in a physiologically
5   acceptable solvent therefor, which has not been reconstituted from a lyophilizate and which has a pH of from 2.5 to 6.5.

Preferably the solution of the invention is provided in a sealed container.

Preferably the anthracycline glycoside is chosen from
10  the group consisting of doxorubicin, 4'-epi-doxorubicin (i.e. epirubicin), 4'-desoxy-doxorubicin (i.e. esorubicin), 4'-desoxy-4'-iodo-doxorubicin, daunorubicin and 4-demethoxydaunorubicin (i.e. idarubicin).

A particularly preferred anthracycline glycoside is
15  doxorubicin.

Any physiologically acceptable salt of the anthracycline glycoside may be used for preparing the solution of the invention.  Examples of suitable salts may be, for instance, the salts with mineral inorganic acids such as hydrochloric,
20  hydrobromic, sulfuric, phosphoric, nitric and the like, and the salts with certain organic acids such as acetic, succinic, tartaric, ascorbic, citric, glutammic, benzoic, methanesulfonic, ethanesulfonic and the like.  The salt with hydrochloric acid is a particularly preferred salt,
25  especially when the anthracycline glycoside is doxorubicin.

Any solvent which is physiologically acceptable and

- 4 -

which is able to dissolve the anthracycline glycoside salt may be used. The solution of the invention may also contain one or more additional components such as a co-solubilizing agent (which may be the same as a solvent), a tonicity

5    adjustment agent and a preservative. Examples of solvents, co-solubilizing agents, tonicity adjustment agents and preservatives which can be used for the preparation of the anthracycline glycoside solutions of the invention are hereunder reported.

10    Suitable solvents and co-solubilizing agents may be, for instance, water; physiological saline; aliphatic amides, e.g. N,N-dimethylacetamide, N-hydroxy-2-ethyl-lactamide and the like; alcohols, e.g. ethanol, benzyl alcohol and the like; glycols and polyalcohols, e.g. propyleneglycol, glycerin and

15    the like; esters of polyalcohols, e.g. diacetine, triacetine and the like; polyglycols and polyethers, e.g. polyethyleneglycol 400, propyleneglycol methylethers and the like; dioxolanes, e.g. isopropylidenglycerin and the like; dimethylisosorbide; pyrrolidone derivatives, e.g.

20    2-pyrrolidone, N-methyl-2-pyrrolidone, polyvinylpyrrolidone (co-solubilizing agent only) and the like; polyoxyethylenated fatty alcohols, e.g. Brij$^R$ and the like; esters of polyoxyethylenated fatty acids, e.g. Cremophor$^R$, Myrj$^R$ and the like; polysorbates, e.g. Tweens$^R$; polyoxyethylene

25    derivatives of polypropyleneglycols, e.g. Pluronics$^R$.

A particularly preferred co-solubilizing agent is polyvinylpyrrolidone.

- 5 -

Suitable tonicity adjustment agents may be, for instance, physiologically acceptable inorganic chlorides, e.g. sodium chloride, dextrose, lactose, mannitol and the like.

5    Preservatives suitable for physiological administration may be, for instance, esters of para-hydroxybenzoic acid (e.g., methyl, ethyl, propyl and butyl esters, or mixtures of them), chlorocresol and the like.

The above mentioned solvents and co-solubilizing agents, 10  tonicity adjustment agents and preservatives can be used alone or as a mixture of two or more of them.

Examples of preferred solvents are water, ethanol, polyethyleneglycol and dimethylacetamide as well as mixtures in various proportions of these solvents.  Water is a 15  particularly preferred solvent.

To adjust the pH within the range of from 2.5 to about 5.0 a physiologically acceptable acid may be added as desired.  The acid may be any physiologically acceptable acid, e.g., an inorganic mineral acid such as hydrochloric, 20  hydrobromic, sulfuric, phosphoric, nitric and the like, or an organic acid such as acetic, succinic, tartaric, ascorbic, citric, glutammic, benzoic, methanesulphonic, ethanesulfonic and the like, or also an acidic physiologically acceptable buffer solution, e.g., a chloride buffer, an acetate buffer, 25  a phosphate buffer and the like.

For obtaining pH values from about 5 to about 5.5 the

- 6 -

addition of the acid is not, usually, necessary, but only
addition of a physiologically acceptable buffer solution,
e.g., one of those indicated above, may be required, as
desired.

5       For obtaining pH values from about 5.5 to 6.5 the
addition of a physiologically acceptable alkalinizing agent,
such as sodium hydroxide, a mono, di- or triethanolamine or
                      preferably,
the like, or, a buffer solution such as a phosphate buffer, a
TRIS buffer or the like is required.

10      The preferred range of pH for the ready-to-use solution
of the invention is from 2.5 to 5.5, in particular from about
3 to about 5.2, a pH of about 3 and a pH of about 5 being
particularly preferred values.

        In the solutions of the invention the concentration of
15 the anthracycline glycoside may vary within broad ranges,
preferably from 0.1 mg/ml to 100 mg/ml, in particular from
0.1 mg/ml to 50 mg/ml, most preferably from 1 mg/ml to 20
mg/ml.

        The preferred ranges of concentration may be slightly
20 different for different anthracycline glycosides. Thus, for
example, preferred concentrations for doxorubicin are from
about 2 mg/ml to about 50 mg/ml, preferably from 2 mg/ml to
20 mg/ml, particularly appropriate values being 2 mg/ml and 5
mg/ml. Similar concentrations are preferred also for
25 4'-epi-doxorubicin, 4'-desoxy-doxorubicin and
4'-desoxy-4'-iodo-doxorubicin. Preferred ranges of
concentration for daunorubicin and 4-demethoxy-daunorubicin

- 7 -

are from 0.1 mg/ml to 50 mg/ml, preferably from 1 mg/ml to 20 mg/ml, concentrations of 1 mg/ml and 5 mg/ml being particularly appropriate.

Suitable packaging for the anthracycline glycoside
5   solutions may be all approved containers intended for parenteral use, such as plastic and glass containers, ready-to-use syringes and the like.  Preferably the container is a sealed glass container, e.g. a vial or an ampoule.

According to a particularly preferred feature of the
10  invention, there is provided a sterile, pyrogen-free, doxorubicin solution which consists essentially of a physiologically acceptable salt of doxorubicin dissolved in a physiologically acceptable solvent therefor, which has not been reconstituted from a lyophilizate and which has a pH of
15  from 2.5 to 6.5.

In the above indicated preferred feature of the invention the physiologically acceptable salt of doxorubicin may be, e.g. the salt with a mineral inorganic acid such as hydrochloric, hydrobromic, sulfuric, phosphoric, nitric and
20  the like, or the salt with an organic acid such as acetic, succinic, tartaric, ascorbic, citric, glutamic, benzoic, methanesulfonic, ethanesulfonic and the like.  The hydrochloride salt is a particularly preferred salt.

For the solution hereabove indicated as a preferred
25  feature of the invention suitable solvents, co-solubilizing agents, tonicity adjustment agents and preservatives may be

- 8 -

the same as those previously recited in this specification.
Water is a particularly preferred solvent.

Also, the physiologically acceptable acid which may be
added to adjust the pH to from 2.5 to about 5, if desired,
5  and the alkanilizing agent which may be added to adjust the
pH, if desired, to a value from about 5.5 to 6.5 may be one
of those previously specified.  When it is desired to adjust
the pH of the above said preferred solution to a value of
from 2.5 to about 5, hydrochloric acid is an especially
10  preferred acid.  Preferred pH values for the above said
preferred solutions of the invention are from 2.5 to 5.5, in
particular from about 3 to about 5.2, the pH values of 3 and
5 being especially preferred.

Though the concentration of doxorubicin in the above
15  preferred feature may vary within the broad range from 0.1
mg/ml to 100 mg/ml, preferred concentrations are from 2 mg/ml
to 50 mg/ml, most preferably from 2 mg/ml to 20 mg/ml:
examples of especially preferred concentrations of
doxorubicin are 2 mg/ml and 5 mg/ml.

20  The invention also provides a process for producing a
sterile, pyrogen-free anthracycline glycoside solution with a
pH of from 2.5 to 6.5, which process comprises dissolving a
physiologically acceptable salt of the anthracycline
glycoside, which salt is not in the form of a lyophilizate,

- 9 -

in a physiologically acceptable solvent therefor; optionally
adding a physiologically acceptable acid or buffer to adjust
the pH within the said range as desired; and passing the
resulting solution through a sterilising filter.

5    One or more additional components such as
co-solubilizing agents, tonicity adjustment agents and
preservatives, for instance of the kind previously specified,
may be added to the solution prior to passing the solution
through the sterilising filter.

10    With the solutions of the invention it is possible to
obtain compositions having a very high concentration of the
anthracycline glycoside active substance even at 50 mg/ml and
more.  This constitutes a great advantage over the presently
available lyophilized preparates wherein high concentrations
15 of anthracycline glycoside can only be obtained with
difficulty because of solubilization problems encountered in
reconstitution, mainly with saline.  The presence of the
excipient, e.g. lactose, in the lyophilized cake, and its
generally high proportion in respect of the active substance,
20 even up to 5 parts of excipient per part of active substance,
has a negative effect on solubilization so that difficulties
may arise in obtaining dissolution of the lyophilized cake,

- 10 -

especially for concentrations of anthracycline glycoside higher than 2 mg/ml.

The solutions of the invention are characterized by a good stability.  Solutions in various solvents and with
5    different pH's and concentrations have been found to be stable for long periods at temperatures accepted for the storage of pharmaceutical preparations.  This is illustrated in the Examples which follow.

Owing to the well known anti-tumor activity of the
10   anthracycline glycoside active drug substance, the pharmaceutical compositions of the invention are useful for treating tumors in both human and animal hosts.  Examples of tumors that can be treated are, for instance, sarcomas, including osteogenic and soft tissue sarcomas, carcinomas,
15   e.g., breast-, lung-, bladder-, thyroid-, prostate- and ovarian carcinoma, lymphomas, including Hodgkin and non-Hodgkin lymphomas, neuroblastoma, melanoma, myeloma, Wilms tumor, and leukemias, including acute lymphoblastic leukemia and acute myeloblastic leukemia.

- 11 -

Examples of specific tumours that can be treated are Moloney
Sarcoma Virus, Sarcoma 180 Ascites, solid Sarcoma 180, gross
transplantable leukemia, L 1210 leukemia and lymphocytic P 388
leukemia.

Thus, according to the invention there is also provided a method
of inhibiting the growth of a tumour, in particular one of those
indicated above, which comprises administering to a host suffer-
ing from said tumour an  injectable solution according to the
invention containing the active drug substance in an amount
sufficient to inhibit the growth of said tumour.

The injectable solutions of the invention are administered by
rapid intravenous injection or infusion according to a variety
of possible dose schedules. Suitable dose schedule for doxoru-
bicin may be, for example, of 60 to 75 mg of active drug sub-
stance per $m^2$ of body surface given as a single rapid infusion
and repeated at 21 days; an alternative schedule may be of
30 $mg/m^2$ day by intravenous route for 3 days, every 28 days.
Suitable dosages for 4'-epi-doxorubicin and 4'-desoxy-doxoru-
bicin may be, for instance, of 75 to 90 $mg/m^2$ given in a single
infusion to be repeated at 21 days, and similar dosages may be
useful also for 4'-desoxy-4'-iodo-doxorubicin.

Idarubicin, i.e. 4-demethoxy-daunorubicin, may be, e.g., admi-
nistered intravenously at a single dose of 13-15 $mg/m^2$ every
21 days in the treatment of solid tumours, while in the
treatment of leukemias a preferred dose schedule is, e.g.,

of 10-12 mg/m$^2$ day by intravenous route for 3 days, to be repeated every 15-21 days; similar dosages may be, e.g., followed also for daunorubicin.

The following examples illustrate but do not limit in any
5  way the invention.

With reference to the examples, the stability controls on the ready-to-use solutions were carried out by means of high performance liquid chromatography (HPLC), at the following experimental conditions:

10  Liquid chromatograph         : Varian model 5010
    Spectrophotometric detector  : Knauer model 8700
    Integrating recorder         : Varian model CDS 401
    Injection valve              : Rheodyne model 7125 fitted with
                                     a 10 mcl sample loop
15  Chromatographic column       : Waters μ-Bondapak C18
                                     (length = 300 mm; inner diameter
                                     = 3.9 mm; average particle size =
                                     10 mcm)
    Column temperature           : ambient (about 22°C ± 2°C)
20  Mobile phase                 : water : acetonitrile (69:31 v/v)
                                     adjusted to pH 2 with phosphoric
                                     acid, filtered (sintered glass
                                     filter, 1 mcm or finer porosity)
                                     and deaerated
25  Mobile phase flow rate       : 1.5 ml/min
    Analytical wavelength        : 254 ± 1 nm

- 13 -

Integrating recorder sensitivity : 512

Chart speed                    : 1 cm/min

At these conditions, the peak of the anthracycline glycoside

showed a retention time of about 6 minutes.

5     The obtained results are reported in the Tables accompa-

nying the examples.

The extrapolation of the analytical data in order to determine

the time when the 90% of the initial assay could be expected

($t_{90}$ value) was made following an Arrhenius plot.

10    This procedure of analytical data treatment is well known

and widely used and described in the art: see, e.g., Chemical

Stability of Pharmaceuticals, Kennet A. Connors, Gordon L.

Amidon, Lloyd Kennon, Publ.John Wiley and Sons, New York, N.Y.,

1979.

15    The term "teflon" refers to "Teflon$^{TM}$".

- 14 -

Example 1

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.8 g | (10 mg) |
| Water for injections | | |
| q.s. to | 0.4 l | (5 ml) |

5

Doxorubicin.HCl (0.80 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling.  The pH of the solution was not adjusted.  Further de-aerated water for injections was then added to bring the

10  solution to its final volume (0.40 l).

The solution was filtered through a  0.22 μ microporous membrane under nitrogen pressure.  Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity.  The vials were then closed with

15  chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55$^{\circ}$C, 45$^{\circ}$C and 35$^{\circ}$C (accelerated stability controls) and at 4$^{\circ}$C for up to 3 weeks

20  (55$^{\circ}$C), 4 weeks (45$^{\circ}$C and 35$^{\circ}$C) and 12 weeks (4$^{\circ}$C).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 1:

Table 1

| INITIAL VALUES Concentration:1.994 mg/ml Relative % Assay: 100.0 | | | | | | | pH = 5.2 | |
|---|---|---|---|---|---|---|---|---|
| TIME (weeks) | TEMPERATURE | | | | | | | |
| | 4°C | | 35° C | | 45°C | | 55°C | |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 1.992 | 99.9 | 1.917 | 96.1 | 1.768 | 88.7 | 1.493 | 75.0 |
| 2 | | | 1.843 | 92.4 | 1.618 | 81.1 | 1.166 | 58.5 |
| 3 | | | 1.774 | 89.0 | 1.506 | 75.5 | 0.830 | 41.6 |
| 4 | 1.974 | 99.0 | 1.720 | 86.3 | 1.393 | 69.9 | | |
| 12 | 1.980 | 99.3 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:

$t_{90}$ at 4°C = 815 days

$t_{90}$ at 8°C = 480 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

- 16 -

Example 2

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.8 g | (10 mg) |
| Hydrochloric acid 0.1N | | |
| q.s. to | pH = 3 | (pH = 3) |
| Water for injections | | |
| q.s. to | 0.4 l | (5 ml) |

Doxorubicin.HCl (0.8 g) was dissolved in 90 percent of
the amount of water for injections, de-aerated by nitrogen
bubbling.  The hydrochloric acid was then added dropwise to
adjust the pH of the solution to 3.  Further de-aerated water
for injections was then added to bring the solution to its
final volume (0.4 l).

The solution was filtered through a  0.22 µ microporous
membrane under nitrogen pressure.  Volumes of 5 ml of the
solution were distributed into type I-colourless glass vials
having 5/7 ml capacity.  The vials were then closed with
chlorobutyl teflon-faced rubber stoppers and sealed with
aluminium caps.

The stability of the solutions in the vials was tested.
The vials were stored at temperatures of 55°C, 45°C and 35°C
(accelerated stability controls) and at 4°C for up to 3 weeks
(55°C), 4 weeks (45°C and 35°C) and 12 weeks (4°C).

The stability data obtained, using high performance
liquid chromatography (HPLC) for the determination of
potency, are reported in the following Table 2:

- 17 -

Table 2

| INITIAL VALUES<br>Concentration: 1.992 mg/ml     pH = 3.0<br>Relative % Assay: 100.0 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **TIME** | **TEMPERATURE** | | | | | | | |
| **(weeks)** | **4° C** | | **35°C** | | **45° C** | | **55° C** | |
| | Conc.<br>mg/ml | Rel.%<br>Assay | Conc.<br>mg/ml | Rel.%<br>Assay | Conc.<br>mg/ml | Rel.%<br>Assay | Conc.<br>mg/ml | Rel.%<br>Assay |
| 1 | 1.995 | 100.2 | 1.952 | 98.0 | 1.919 | 96.3 | 1.493 | 75.0 |
| 2 | | | 1.889 | 94.8 | 1.851 | 92.9 | 1.036 | 51.9 |
| 3 | | | 1.876 | 94.2 | 1.565 | 78.6 | 0.730 | 36.7 |
| 4 | 1.979 | 99.4 | 1.808 | 90.8 | 1.393 | 69.9 | | |
| 12 | 1.972 | 99.0 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:

$t_{90}$ at 4°C = 3970 days

$t_{90}$ at 8°C = 2000 days

Similar stability data can be observed also for analogous solu-
tions containing either doxorubicin hydrochloride at 5 mg/ml con-
centration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-de-
soxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubi-
cin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentra-
tion.

- 18 -

## Example 3

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 8.0 g | (100 mg) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.4 l | (5 ml) |

Doxorubicin.HCl (8.0 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen
10  bubbling.  The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3.  Further de-aerated water for injections was then added to bring the solution to its final volume (0.4 l).

The solution was filtered through a  0.22 μ microporous
15  membrane under nitrogen pressure.  Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity.  The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

20  The stability of the solutions in the vials was tested. The vials were stored at temperatures of $55^{\circ}C$, $45^{\circ}C$ and $35^{\circ}C$ (accelerated stability controls) and at $4^{\circ}C$ for up to 3 weeks ($55^{\circ}C$), 4 weeks ($45^{\circ}C$ and $35^{\circ}C$) and 12 weeks ($4^{\circ}C$).

The stability data obtained, using high performance
25  liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 3:

Table 3

| INITIAL VALUES<br>Concentration: 20.06 mg/ml                pH = 2.95<br>Relative % Assay: 100.0 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TIME | TEMPERATURE | | | | | | | |
| (weeks) | 4°C | | 35°C | | 45°C | | 55°C | |
| | Conc.<br>mg/ml | Rel.%<br>Assay | Conc.<br>mg/ml | Rel.%<br>Assay | Conc.<br>mg/ml | Rel.%<br>Assay | Conc.<br>mg/ml | Rel.%<br>Assay |
| 1 | 20.06 | 100.0 | 19.56 | 97.5 | 17.84 | 88.9 | 12.31 | 61.4 |
| 2 | | | 18.87 | 94.1 | 15.61 | 77.8 | 7.09 | 35.3 |
| 3 | | | 18.24 | 90.9 | 13.41 | 66.8 | 3.13 | 15.6 |
| 4 | 19.91 | 99.2 | 17.51 | 87.3 | 11.07 | 55.2 | | |
| 12 | 19.80 | 98.7 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:

$t_{90}$ at 4°C = 3700 days

$t_{90}$ at 8°C = 1780 days

Similar stability data can be observed for analogous solu-
tions containing 4'-epi-doxorubicin or 4'-desoxy-doxorubi-
cin, as hydrochloride salts, at the same 20 mg/ml concentration.

- 20 -

## Example 4

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| Polyvinylpyrrolidone | 20.00 g | (250.0 mg) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin.HCl (0.80 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling.  The pH of the solution was not adjusted. Polyvinylpyrrolidone was added and dissolved under stirring and nitrogen bubbling.  Further de-aerated water for injections was then added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22 μ microporous membrane under nitrogen pressure.  Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity.  The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of $55^{\circ}$C, $45^{\circ}$C and $35^{\circ}$C (accelerated stability controls) and at $4^{\circ}$C for up to 3 weeks ($55^{\circ}$C), 4 weeks ($45^{\circ}$C and $35^{\circ}$C) and 8 weeks ($4^{\circ}$C).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 4:

T220X

Table 4

| INITIAL VALUES | | | | | | | |
|---|---|---|---|---|---|---|---|
| Concentration:1.986 mg/ml          pH = 4.6 | | | | | | | |
| Relative % Assay: 100.0 | | | | | | | |

| TIME | TEMPERATURE | | | | | | |
|---|---|---|---|---|---|---|---|
| (weeks) | 4°C | | 35°C | | 45°C | | 55°C |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 1.984 | 99.9 | 1.928 | 97.1 | 1.797 | 90.5 | 1.605 | 80.8 |
| 2 | | | 1.847 | 93.0 | 1.616 | 81.4 | 1.293 | 65.1 |
| 3 | | | 1.828 | 92.0 | 1.527 | 76.9 | 1.018 | 51.3 |
| 4 | 1.928 | 97.1 | 1.797 | 90.5 | 1.403 | 70.7 | | |
| 8 | 1.989 | 100.1 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:

$t_{90}$ at 4°C = 1460 days

$t_{90}$ at 8°C =  835 days

Similar stability data can be observed also for analogous solu-
tions containing either doxorubicin hydrochloride at 5 mg/ml con-
centration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-de-
soxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubi-
cin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentra-
tion.

22

- 22 -

Example 5

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.800 g | (10.00 mg) |
| N,N-Dimethylacetamide | 0.060 l | (0.75 ml) |
| Propylene glycol | 0.048 l | (0.60 ml) |
| Ethanol | 0.012 l | (0.15 ml) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.400 l | (5.00 ml) |

Doxorubicin.HCl (0.800 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling.  N,N-dimethylacetamide, propylene glycol and ethanol were subsequently added under stirring and nitrogen bubbling.  The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3.  Further de-aerated water for injections was then added to bring the solution to its final volume (0.400 l).

The solution was filtered through a  0.22 μ microporous membrane under nitrogen pressure.  Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity.  The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of $55^{O}C$, $45^{O}C$ and $35^{O}C$ (accelerated stability controls) and at $4^{O}C$ for up to 3 weeks ($55^{O}C$), 4 weeks ($45^{O}C$ and $35^{O}C$) and 8 weeks ($4^{O}C$).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 5:

Table 5

| INITIAL VALUES | | | | | | | |
|---|---|---|---|---|---|---|---|
| Concentration: 2.000 mg/ml          pH = 3.03 | | | | | | | |
| Relative % Assay: 100.0 | | | | | | | |

| TIME (weeks) | TEMPERATURE | | | | | | |
|---|---|---|---|---|---|---|---|
| | 4°C | | 35°C | | 45°C | | 55°C |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | | | 1.892 | 94.6 | 1.735 | 86.7 | 1.495 | 74.7 |
| 2 | 1.993 | 99.7 | 1.927 | 96.4 | 1.624 | 81.2 | 1.212 | 60.6 |
| 3 | | | 1.908 | 95.4 | 1.432 | 71.6 | 1.032 | 51.6 |
| 4 | 2.00 | 100.0 | 1.863 | 93.2 | 1.266 | 63.3 | | |
| 8 | 1.960 | 98.0 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:

$t_{90}$ at 4°C = 4360 days

$t_{90}$ at 8°C = 2200 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

- 24 -

Example 6

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.8 g | (10.0 mg) |
| Polyvinylpyrrolidone | 20.0 g | (250.0 mg) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.4 l | (5.0 ml) |

Doxorubicin.HCl (0.8 g) was dissolved in 90 percent of
10  the amount of water for injections, de-aerated by nitrogen
bubbling.  Polyvinylpyrrolidone was added and dissolved under
stirring and nitrogen bubbling.  The hydrochloric acid was
then added dropwise to adjust the pH of the solution to 3.
Further de-aerated water for injections was then added to
15  bring the solution to its final volume (0.4 l).

The solution was filtered through a  0.22 μ microporous
membrane under nitrogen pressure.  Volumes of 5 ml of the
solution were distributed into type I-colourless glass vials
having 5/7 ml capacity.  The vials were then closed with
20  chlorobutyl teflon-faced rubber stoppers and sealed with
aluminium caps.

The stability of the solutions in the vials was tested.
The vials were stored at temperatures of 55$^{O}$C, 45$^{O}$C and 35$^{O}$C
(accelerated stability controls) and at 4$^{O}$C for up to 3 weeks
25  (55$^{O}$C), 4 weeks (45$^{O}$C and 35$^{O}$C) and 8 weeks (4$^{O}$C).

The stability data obtained, using high performance
liquid chromatography (HPLC) for the determination of
potency, are reported in the following Table 6;

T260x

Table 6

| | INITIAL VALUES | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Concentration: 1.973 mg/ml          pH = 2.71 | | | | | | | |
| | Relative % Assay: 100.0 | | | | | | | |

| TIME (weeks) | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4°C | | 35°C | | 45°C | | 55°C | |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 2.028 | 102.8 | 1.944 | 98.5 | 1.791 | 90.8 | 1.477 | 74.9 |
| 2 | | | 1.885 | 95.5 | 1.582 | 80.2 | 0.972 | 49.3 |
| 3 | | | 1.840 | 93.2 | 1.402 | 71.0 | 0.632 | 32.0 |
| 4 | 1.913 | 97.0 | 1.853 | 93.9 | 1.273 | 64.5 | | |
| 8 | 1.972 | 99.9 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:

$t_{90}$ at 4°C = 5560 days

$t_{90}$ at 8°C = 2670 days

Similar stability data can be observed also for analogous solu-
tions containing either doxorubicin hydrochloride at 5 mg/ml con-
centration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-de-
soxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubi-
cin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentra-
tion.

26

- 26 -

Example 7

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 8.00 g | (100.0 mg) |
| N,N-Dimethylacetamide | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

5

Doxorubicin.HCl (8.00 g) was dissolved in 90 percent of
10 the amount of water for injections, de-aerated by nitrogen
bubbling.  N,N-dimethylacetamide was added under stirring and
nitrogen bubbling.  The hydrochloric acid was then added
dropwise to adjust the pH of the solution to 3.  Further
de-aerated water for injections was then added to bring the
15 solution to its final volume (0.40 l).

The solution was filtered through a 0.22 μ microporous
membrane under nitrogen pressure.  Volumes of 5 ml of the
solution were distributed into type I-colourless glass vials
having 5/7 ml capacity.  The vials were then closed with
20 chlorobutyl teflon-faced rubber stoppers and sealed with
aluminium caps.

The stability of the solutions in the vials was tested.
The vials were stored at temperatures of 55°C, 45°C and 35°C
(accelerated stability controls) and at 4°C for up to 3 weeks
25 (55°C), 4 weeks (45°C and 35°C) and 8 weeks (4°C).

The stability data obtained, using high performance
liquid chromatography (HPLC) for the determination of
potency, are reported in the following Table 7:

Table 7

| INITIAL VALUES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Concentration:19.32 mg/ml          pH = 2.96 | | | | | | | | |
| Relative % Assay: 100.0 | | | | | | | | |

| TIME | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (weeks) | 4°C | | 35°C | | 45°C | | 55°C | |
|  | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 20.1 | 103.5 | 19.14 | 99.1 | 17.34 | 89.8 | 15.57 | 80.6 |
| 2 |  |  | 19.20 | 99.4 | 15.77 | 81.6 | 12.94 | 67.0 |
| 3 |  |  | 18.06 | 93.5 | 14.85 | 76.9 | 11.61 | 60.1 |
| 4 | 20.03 | 103.7 | 17.81 | 92.2 | 13.78 | 71.3 |  |  |
| 8 | 19.99 | 103.5 |  |  |  |  |  |  |

$t_{90}$ (days) extrapolated according to Arrhenius equation:

$t_{90}$ at 4°C =1310 days

$t_{90}$ at 8°C = 770 days

Similar stability data can be observed for analogous solu-
tions containing 4'-epi-doxorubicin or 4'-desoxy-doxorubi-
cin, as hydrochloride salts, at the same 20 mg/ml concentration.

- 28 -

Example 8

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| Ethanol | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1 N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin.HCl (0.80g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. Ethanol was added under stirring and nitrogen bubbling. Hydrochloric acid 0.1 N was then added dropwise to adjust the pH of the solution to 3. De-aerated water for injections was finally added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22 µ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of $55^{o}C$, $45^{o}C$ and at $35^{o}C$ (accelerated stability controls) and at $4^{o}C$ for up to 3 weeks ($55^{o}C$), 4 weeks ($45^{o}C$ and $35^{o}C$) and 12 weeks ($4^{o}C$).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 8.

3 oo X

- 29 -

Table 8

| INITIAL VALUES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Concentration: 1.979 mg/ml    pH = 3.11 | | | | | | | | |
| Relative % Assay: 100.0 | | | | | | | | |

| TIME (weeks) | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 4°C | | 35°C | | 45°C | | 55°C | |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 2.010 | 101.6 | 1.965 | 99.3 | 1.947 | 98.4 | 1.750 | 88.4 |
| 2 | | | 1.957 | 98.9 | 1.910 | 96.5 | 1.645 | 83.1 |
| 3 | | | 1.895 | 95.8 | 1.737 | 87.8 | 1.356 | 68.5 |
| 4 | 1.927 | 97.3 | 1.818 | 91.9 | 1.678 | 84.8 | | |
| 12 | 1.939 | 97.9 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:

$t_{90}$ at 4°C = 1270 days

$t_{90}$ at 8°C =  780 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

30

- 30 -

Example 9

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 8.000 g | (100.00 mg) |
| N,N-Dimethylacetamide | 0.060 l | (0.75 ml) |
| Propylene glycol | 0.048 l | (0.60 ml) |
| Ethanol | 0.012 l | (0.15 ml) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.400 l | (5.00 ml) |

Doxorubicin.HCl (8.000 g) was dissolved in 90 percent of
the amount of water for injections, de-aerated by nitrogen
bubbling.  N,N-dimethylacetamide, propylene glycol and
ethanol were subsequently added under stirring and nitrogen
bubbling.  The hydrochloric acid was then added dropwise to
adjust the pH of the solution to 3.  Further de-aerated water
for injections was then added to bring the solution to its
final volume (0.400 l).

The solution was filtered through a 0.22 μ microporous
membrane under nitrogen pressure.  Volumes of 5 ml of the
solution were distributed into type I-colourless glass vials
having 5/7 ml capacity.  The vials were then closed with
chlorobutyl teflon-faced rubber stoppers and sealed with
aluminium caps.

The stability of the solutions in the vials was tested.
The vials were stored at temperatures of 55°C, 45°C and 35°C
(accelerated stability controls) and at 4°C for up to 3 weeks
(55°C), 4 weeks (45°C and 35°C) and 8 weeks (4°C).

The stability data obtained, using high performance
liquid chromatography (HPLC) for the determination of
potency, are reported in the following Table 9:

Table 9

| INITIAL VALUES Concentration:20.07 mg/ml Relative % Assay: 100.0 | | | | | | | pH = 2.99 | |
|---|---|---|---|---|---|---|---|---|
| TIME (weeks) | TEMPERATURE | | | | | | | |
| | 4° | | 35° | | 45° | | 55° | |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | | | 19.14 | 95.4 | 17.81 | 88.7 | 14.84 | 73.9 |
| 2 | 19.97 | 99.5 | 19.07 | 95.0 | 16.27 | 81.1 | 12.36 | 61.6 |
| 3 | | | 18.08 | 90.1 | 14.62 | 72.9 | 10.04 | 50.0 |
| 4 | 20.06 | 99.9 | 18.03 | 89.8 | 13.20 | 65.8 | | |
| 8 | 19.69 | 98.1 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation :

$t_{90}$ at 4°C = 846  days

$t_{90}$ at 8°C = 505  days

Similar stability data can be observed for analogous solutions containing 4'-epi-doxorubicin or 4'-desoxy-doxorubicin, as hydrochloride salts, at the same 20 mg/ml concentration.

- 32 -

Example 10

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 8.0 g | (100.0 mg) |
| Polyvinylpyrrolidone | 20.0 g | (250.0 mg) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.4 l | (5.0 ml) |

Doxorubicin.HCl (8.0 g) was dissolved in 90 percent of
10  the amount of water for injections, de-aerated by nitrogen
bubbling.  Polyvinylpyrrolidone was added and dissolved under
stirring and nitrogen bubbling.  The hydrochloric acid was
then added dropwise to adjust the pH of the solution to 3.
Further de-aerated water for injections was then added to
15  bring the solution to its final volume (0.4 l).

The solution was filtered through a 0.22 μ microporous
membrane under nitrogen pressure.  Volumes of 5 ml of the
solution were distributed into type I-colourless glass vials
having 5/7 ml capacity.  The vials were then closed with
20  chlorobutyl teflon-faced rubber stoppers and sealed with
aluminium caps.

The stability of the solutions in the vials was tested.
The vials were stored at temperatures of 55°C, 45°C and 35°C
(accelerated stability controls) and at 4°C for up to 3 weeks
25  (55°C), 4 weeks (45°C and 35°C) and 8 weeks (4°C).

The stability data obtained, using high performance
liquid chromatography (HPLC) for the determination of
potency, are reported in the folllowing Table 10:

Table 10

| INITIAL VALUES |
| --- |
| Concentration: 19.57 mg/ml          pH = 2.62 |
| Relative % Assay: 100.0 |

| TIME (weeks) | TEMPERATURE | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 4°C | | 35°C | | 45°C | | 55°C | |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 19.54 | 99.9 | 19.11 | 97.6 | 16.88 | 86.2 | 12.48 | 63.8 |
| 2 | | | 18.43 | 94.2 | 14.13 | 72.2 | 6.00 | 30.7 |
| 3 | | | 18.02 | 92.1 | 11.57 | 59.1 | 2.61 | 13.3 |
| 4 | 19.58 | 100.1 | 17.36 | 88.7 | 9.23 | 47.2 | | |
| 8 | 19.34 | 98.8 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:

$t_{90}$ at 4°C = 2540 days

$t_{90}$ at 8°C = 1290 days

Similar stability data can be observed for analogous solutions containing 4'-epi-doxorubicin or 4'-desoxy-doxorubicin, as hydrochloride salts, at the same 20 mg/ml concentration.

– 34 –

Example 11

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| N,N-Dimethylacetamide | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

5

Doxorubicin.HCl (0.80 g) was dissolved in 90% of the
amount of water for injections, de-aerated by nitrogen
bubbling. N,N-Dimethylacetamide was added under stirring and
nitrogen bubbling. Hydrochloric acid 0.1N was then added
dropwise to adjust the pH of the solution to 3. De-aerated
water for injections was finally added to bring the solution
to its final volume (0.40 l).

The solution was filtered through a 0.22 µ microporous
membrane under nitrogen pressure. Volumes of 5 ml of the
solution were distributed into type I-colourless glass vials
having 5/7 ml capacity. The vials were then closed with
chlorobutyl teflon-faced rubber stoppers and sealed with
aluminium caps.

The stability of the solutions in the vials was tested.
The vials were stored at temperatures of 55°C, 45°C and 35°C
(accelerated stability controls) and at 4°C for up to 3 weeks
(55°C), 4 weeks (45°C and 35°C) and 8 weeks (4°C).

The stability data obtained, using high performance
liquid chromatography (HPLC) for the determination of
potency, are reported in the following Table 11:

- 35 -

*T360X*

Table 11

| INITIAL VALUES |
| --- |
| Concentration: 1.826 mg/ml        pH = 3.14 |
| Relative % Assay: 100.0 |

| TIME (weeks) | TEMPERATURE | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 4°C | | 35°C | | 45°C | | 55°C | |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 1.830 | 100.2 | 1.812 | 99.2 | 1.784 | 97.7 | 1.605 | 87.9 |
| 2 | 1.818 | 99.6 | 1.781 | 97.5 | 1.554 | 85.1 | 1.292 | 70.8 |
| 3 | | | 1.743 | 95.4 | 1.409 | 77.2 | 1.018 | 55.7 |
| 4 | 1.823 | 99.8 | 1.734 | 95.0 | 1.369 | 75.0 | | |
| 8 | 1.792 | 98.2 | | | | | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:

$t_{90}$ at 4°C = 5815 days

$t_{90}$ at 8°C = 2920 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-epi-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

- 36 -

Example 12

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| Propylene glycol | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin.HCl (0.80 g) was dissolved in 90% of the amount of water for injections de-aerated by nitrogen bubbling. Propylene glycol was added under stirring and nitrogen bubbling. Hydrochloric acid 0.1 N was then added dropwise to adjust the pH of the solution to 3. De-aerated water for injections was finally added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22 μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55°C, 45°C and 35°C (accelerated stability controls) and at 4°C for up to 3 weeks (55°C), 4 weeks (45°C and 35°C) and 4 weeks (4°C).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 12:

- 37 -

Table 12

| INITIAL VALUES | | | | | | | |
|---|---|---|---|---|---|---|---|
| Concentration: 1.982 mg/ml          pH = 3.1 | | | | | | | |
| Relative % Assay: 100.0 | | | | | | | |

| TIME (weeks) | TEMPERATURE | | | | | | |
|---|---|---|---|---|---|---|---|
| | 4°C | | 35°C | | 45°C | | 55°C |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 1.972 | 99.5 | 1.934 | 97.6 | 1.889 | 95.3 | 1.705 | 86.0 |
| 2 | | | 1.952 | 98.5 | 1.795 | 90.6 | 1.483 | 74.8 |
| 3 | | | 1.935 | 97.6 | 1.699 | 85.7 | 1.153 | 58.2 |
| 4 | 2.056 | 103.7 | 1.788 | 90.2 | 1.460 | 73.7 | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:

$t_{90}$ at 4°C = 1794 days

$t_{90}$ at 8°C = 1025 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml 5 mg/ml concentration.

- 38 -

## Example 13

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| Polyethylene glycol 400 | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1N | | |
| q.s. to | pH = 3 | (pH = 3) |
| Water for injections | | |
| q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin.HCl (0.80 g) was dissolved in 90% of the amount of water for injections, de-aerated by nitrogen bubbling. Polyethylene glycol 400 was added under stirring and nitrogen bubbling. Hydrochloric acid 0.1 N was then added dropwise to adjust the pH of the solution to 3. De-aerated water for injections was finally added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22 µ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of $55^{\circ}$C, $45^{\circ}$C and $35^{\circ}$C (accelerated stability controls) and at $4^{\circ}$C for up to 3 weeks ($55^{\circ}$C), 4 weeks ($45^{\circ}$C and $35^{\circ}$C) and 4 weeks ($4^{\circ}$C).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 13:

- 39 -

Table 13

INITIAL VALUES

Concentration: 1.907 mg/ml          pH = 3.07

Relative % Assay: 100.0

| TIME (weeks) | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4°C | | 35°C | | 45°C | | 55°C | |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 1.871 | 98.1 | 1.797 | 94.2 | 1.668 | 87.5 | 1.484 | 77.8 |
| 2 | | | 1.710 | 89.7 | 1.608 | 84.3 | 1.237 | 64.9 |
| 3 | | | 1.739 | 91.2 | 1.551 | 81.3 | 1.007 | 52.8 |
| 4 | 1.873 | 98.2 | 1.693 | 88.8 | 1.453 | 76.2 | | |

$t_{90}$ (days) extrapolated according to Arrhenius equation:

$t_{90}$ at 4°C = 1130 days

$t_{90}$ at 8°C = 680 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

– 40 –

Example 14

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.8 g | (10 mg) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.4 l | (5 ml) |

Doxorubicin.HCl (0.8 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.4 l).

The solution was filtered through a 0.22 $\mu$ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/7 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 4°C and 8°C for up to 6 months.

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 14:

Table 14

| TIME (months) | TEMPERATURE | | | |
| --- | --- | --- | --- | --- |
| | 4°C | | 8°C | |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 1.983 | 97.3 | 1.959 | 96.1 |
| 3 | 1.984 | 97.3 | 1.983 | 97.3 |
| 6 | 2.012 | 98.7 | 2.002 | 98.2 |

**INITIAL VALUES**
Concentration: 2.039 mg/ml
Relative % Assay: 100.0

pH = 3.06

At the same conditions, similar stability data can be generally observed also for the other solutions mentioned in the preceding examples.

- 42 -

CLAIMS

1. A sterile, pyrogen-free, anthracycline glycoside solution which consists essentially of a physiologically acceptable salt of an anthracycline glycoside dissolved in a physiologically acceptable solvent therefor, which has not been reconstituted from a lyophilizate and which has a pH of from 2.5 to 6.5.

2. A solution according to claim 1 in a sealed container.

3. A solution according to claim 1 or 2 wherein the anthracycline glycoside is chosen from the group consisting of doxorubicin, 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin and 4-demethoxy-daunorubicin.

4. A solution according to claim 3 wherein the anthracycline glycoside is doxorubicin.

5. A solution according to any one of the preceding claims wherein the physiologically acceptable salt of the anthracycline glycoside is the salt with a physiologically acceptable acid chosen from the group consisting of hydrochloric, hydrobromic, sulfuric, phosphoric, nitric, acetic, succinic, tartaric, ascorbic, citric, glutammic, benzoic, methanesulfonic and ethanesulfonic acid.

6. A solution according to claim 5 wherein the physiologically acceptable salt of the anthracycline glycoside is the salt with hydrochloric acid.

7. A solution according to any one of the preceding claims having a pH of from 2.5 to 5.5

8. A solution according to claim 7 having pH 3 or pH 5.

9. A solution according to any one of the preceding claims wherein the physiologically acceptable solvent for the anthracycline glycoside is chosen from the group consisting of water, ethanol, polyethyleneglycol, dimethylacetamide and mixtures thereof.

10. A solution according to claim 9 wherein the physiologically acceptable solvent is water.

- 43 -

11.  A solution according to any one of the preceding claims
wherein the concentration of the anthracycline glycoside is
from 0.1 mg/ml to 100 mg/ml.

12.  A solution according to claim 11 wherein the
concentration of the anthracycline glycoside is from 0.1
mg/ml to 50 mg/ml.

13.  A solution according to claim 12 wherein the
concentration of the anthracycline glycoside is from 1 mg/ml
to 20 mg/ml.

14.  A sterile, pyrogen-free, doxorubicin solution which
consists essentially of a physiologically acceptable salt of
doxorubicin dissolved in a physiologically acceptable solvent
therefor, which has not been reconstituted from a
lyophilizate and which has a pH of from 2.5 to 6.5.

15.  A solution according to claim 14 in a sealed container.

16.  A solution according to claim 14 or 15 wherein the
physiologically acceptable salt of doxorubicin is the salt
with a physiologically acceptable acid chosen from the group
consisting of hydrochloric, hydrobromic, sulfuric,
phosphoric, nitric, acetic, succinic, tartaric, ascorbic,
citric, glutammic, benzoic, methanesulfonic and
ethanesulfonic acid.

17.  A solution according to claim 16 wherein the
physiologically acceptable salt of doxorubicin is the salt
with hydrochloric acid.

18.  A solution according to any one of claims 14 to 17
having a pH of from 2.5 to 5.5.

19.  A solution according to claim 18 having pH 3 or pH 5.

20.  A solution according to any one of claims 14 to 19
wherein the physiologically acceptable solvent for
doxorubicin is chosen from the group consisting of water,
ethanol, polyethyleneglycol, dimethylacetamide and mixtures
thereof.

21.  A solution according to claim 20 wherein the
physiologically acceptable solvent is water.

22. A solution according to any one of claims 14 to 21 wherein the concentration of doxorubicin is from 0.1 mg/ml to 100 mg/ml.

23. A solution according to claim 22 wherein the concentration of doxorubicin is from 2 mg/ml to 50 mg/ml.

24. A solution according to claim 23 wherein the concentration of doxorubicin is from 2 mg/ml to 20 mg/ml.

25. A solution according to claim 24 wherein the concentration of doxorubicin is 2 mg/ml or 5 mg/ml.

26. A process for producing a sterile, pyrogen-free, anthracycline glycoside solution with a pH of from 2.5 to 6.5, according to any one of the preceding claims, which process comprises dissolving a physiologically acceptable salt of the anthracycline glycoside, which salt is not in the form of a lyophilizate, in a physiologically acceptable solvent therefor; optionally adding a physiologically acceptable acid or buffer to adjust the pH within the said range as desired; and passing the resulting solution through a sterilising filter.

27. A process according to claim 26 wherein an additional component selected from co-solubilizing agents, tonicity adjustment agents and preservatives is added to the solution prior to passing the solution through a sterilising filter.

28. A process according to claim 27 wherein the co-solubilizing agent is polyvinylpyrrolidone.

29. A method of inhibiting the growth of a tumour selected from sarcomas, carcinomas, lymphomas, neuroblastoma, melanoma, myeloma, leukemias and Wilms tumour, which method comprises administering to a host suffering from said tumour a sterile, pyrogen-free solution according to any one of claims 1 to 25, containing the active drug substance in an amount sufficient to inhibit the growth of said tumour.

30. A method according to claim 29 wherein the tumour is selected from the group consisting of Moloney Sarcoma Virus, Sarcoma 180 Ascites, Solid Sarcoma 180, gross transplantable leukemia, L 1210 leukemia and lymphocitic P 388 leukemia.

*827742*

# Declaration, Power Of Attorney and Petition

WE (I) the undersigned inventor(s), hereby declare(s) that:

My residence, post office address and citizenship are as stated below next to my name,

We (I) believe that we are (I am) the original, first, and joint (sole) inventor(s) of the subject matter which is claimed and for which a patent is sought on the invention entitled

"INJECTABLE READY-TO-USE SOLUTIONS CONTAINING AN ANTITUMOR ANTHRACYCLINE GLYCOSIDE"

the specification of which

    ☒ is attached hereto.

    ☐ was filed on _____ as

    Application Serial No. _____

    and amended on _____ .

We (I) hereby state that we (I) have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

We (I) acknowledge the duty to disclose information material to the examination of this application in accordance with Section 1.56(a) of Title 37 Code of Federal Regulations.

We (I) hereby claim foreign priority benefits under Section 119 of Title 35 United States Code, of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

| Application No. | Country | Day/Month/Year | Priority Claimed |
|---|---|---|---|
| 8519452 | GREAT BRITAIN | 2nd August 1985 | ☒ Yes  ☐ No |
| _____ | _____ | _____ | ☐ Yes  ☐ No |
| _____ | _____ | _____ | ☐ Yes  ☐ No |
| _____ | _____ | _____ | ☐ Yes  ☐ No |

We (I) hereby claim the benefit under Section 120 of Title 35 United States Code, of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Section 112 of Title 35 United States Code, We (I) acknowledge the duty to disclose material information as defined in Section 1.56(a) of Title 37 Code of Federal Regulations, which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| Application Serial No. | Filing Date | Status (pending, patented, abandoned) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

And we (I) hereby appoint Norman F. Oblon, Registration Number 24,618, Stanley P. Fisher, Registration Number 24,344, Marvin J. Spivak, Registration Number 24,913, C. Irvin McClelland, Registration Number 21,124, Gregory J. Maier, Registration Number 25,599, Arthur I. Neustadt, Registration Number 24,854, Robert C. Miller, Registration Number 25,357, Richard D. Kelly, Registration Number 27,757, James D. Hamilton, Registration Number 28,421, Eckhard H. Kuesters, Registration Number 28,870, Robert T. Pous, Registration Number 29,099, Charles L. Gholz, Registration Number 26,395, Jorge A. Goldstein, Registration Number 29,021 and Marvin C. Guthrie, Registration Number 22,728, our (my) attorneys, with full powers of substitution and revocation, to prosecute this application and to transact all business in the Patent Office connected therewith; and we (I) hereby request that all correspondence regarding this application be sent to the firm of OBLON, FISHER, SPIVAK, McCLELLAND & MAIER, P.C., whose Post Office Address is: Crystal Square Five — Suite 400, 1755 South Jefferson Davis Highway, Arlington, Virginia 22202.

We (I) declare that all statements made herein of our (my) own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

GAETANO GATTI
_____
NAME OF FIRST SOLE INVENTOR

_____
Signature of Inventor

June 23, 1986
_____
Date

Residence: _viale Fulvio Testi 42,_

_Sesto San Giovanni (Milan), Italy_

Citizenship: ____Italian____

Post Office Address: _same as above_

Page 3 of 3
Declaration

*402-00*

DIEGO OLDANI

NAME OF SECOND JOINT INVENTOR

Signature of Inventor

June 23, 1986

Date

*403-00*

GIUSEPPE BOTTONI

NAME OF THIRD JOINT INVENTOR

Signature of Inventor

June 23, 1986

Date

*404-00*

CARLO CONFALONIERI

NAME OF FOURTH JOINT INVENTOR

Signature of Inventor

June 23, 1986

Date

*405-00*

LUCIANO GAMBINI

NAME OF FIFTH JOINT INVENTOR

Signature of Inventor

June 23, 1986

Date

Residence: VIA San Giovanni 48,
Robecco sul Naviglio (Milan), Italy   ITY

Citizenship: ____ Italian

Post Office Address: same as above

Residence: via Corridoni 85,
Bergamo, Italy   ITY

Citizenship: ____ Italian

Post Office Address: same as above

Residence: via Ticino 5,
Cusano Milanino (Milan), Italy   ITY

Citizenship: Italian

Post Office Address: same as above

Residence: via Piave 16
Cornaredo (Milan), Italy   ITY

Citizenship: ____ Italian

Post Office Address: same as above

*406-00*

ROBERTO DE PONTI
NAME OF SIXTH JOINT INVENTOR

*Roberto De Ponti*
Signature of Inventor

June 23, 1986
Date

Residence: __via degli Astri 22__

__Milan, Italy__ *TTX*

Citizenship: __Italian__

Post Office Address: __same as above__

NAME OF SEVENTH JOINT INVENTOR

Signature of Inventor

Date

Residence: _____

Citizenship: _____

Post Office Address: _____

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

JAN
29
1992

Docket No. __769-249-0 DIV__

HONORABLE COMMISSIONER OF PATENTS & TRADEMARKS
WASHINGTON, D.C. 20231

SIR: This is a request for filing a

☐ Continuation

application under 37 C.F.R. 1.60,

☒ Divisional

of copending prior application Serial No. __07/503,856__ , filed on __April 3, 1990__
                                                                                    date

of __GAETANO GATTI, ET AL__
     inventor

for __INJECTABLE READY-TO-USE SOLUTIONS CONTAINING AN ANTITUMOR
ANTHRACYCLINE GLYCOSIDE__
                          title of invention

1. ☒ Enclosed is a copy of the prior application as originally filed and an affidavit or declaration verify-
      ing it as a true copy.

2. ☐ Small Entity Status of this application has been established by a Verified Statement submitted in
      the parent application.

3. ☒ The filing fee is calculated below:

CLAIMS AS FILED, LESS ANY CLAIMS CANCELLED BY AMENDMENT BELOW

| For | Number filed | Number extra | Rate | Basic $690 | Fee (345) |
|---|---|---|---|---|---|
| Total Claims . . . . . . . 1 . | −20 | = | x$20(10) | = | 0 |
| Independent Claims . . 1 . | −3 | = | x$72(36) | = | 0 |
| | | ☐ Multiple Claim Fee − $220(110) = | | | |
| | | Total Filing Fee . . . . . . . . . . . . . = $ | | | 690 |

4. ☒ The Commissioner is hereby authorized to charge any fees which may be required for the papers
      being filed herewith and for which no check is enclosed herewith, or credit any overpayment to
      Account No. __15-0030__ . A duplicate copy of this sheet is enclosed.

5. ☒ A check in the amount of $ __690.00__ is enclosed.

6. ☒ Cancel Claims __2-30__ .

7. ☒ Amend the specification by inserting before the first line the sentence:

      This is a ____ continuation, _X_ division, of application Serial No. __07/503,856__ , filed
      on __April 3, 1990__ .

8. ☐ New Drawings are enclosed.

9. ☒ The prior application is assigned to: __Farmitalia Carlo Erba, S.r.l.__

_____

_____

_____

10. [X] The Power of Attorney in the prior application is to: Norman F. Oblon, Reg. No. 24,618; Marvin J. Spivak, Reg. No. 24,913; C. Irvin McClelland, Reg. No. 21,124; Gregory J. Maier, Reg. No. 25,599; Arthur I. Neustadt, Reg. No. 24,854; Robert C. Miller, Reg. No. 25,357; Richard D. Kelly, Reg. No. 27,757; James D. Hamilton, Reg. No. 28,421; Eckhard H. Kuesters, Reg. No. 28,870; Robert T. Pous, Reg. No. 29,099; Charles L. Gholz, Reg. No. 26,395; Vincent J. Sunderdick, Reg. No. 29,004; William E. Beaumont, Reg. No. 30,996; Steven B. Kelber, Reg. No. 30,073; Stuart D. Dwork, Reg. No. 31,103; Robert F. Gnuse, Reg. No. 27,295; Jean-Paul Lavalleye, Reg. No. 31,451; William B. Walker, Reg. No. 22,498; Timothy R. Schwartz, Reg. No. 32,171; and John H.O. Clarke, Reg. No. 17,373, all of OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C., Fourth Floor, 1755 Jefferson Davis Highway, Arlington, Virginia 22202.

a. [X] The power appears in the original papers of the prior application.

b. [ ] Since the power does not appear in the original papers, a copy of the power in the prior application is enclosed.

c. [ ] Recognize as associate attorney and address all future communications to:

_____

_____

_____

name, registration number and address

11. [X] A Preliminary Amendment is enclosed.

Respectfully submitted,

OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.

Richard D. Kelly
Attorney of Record
Registration No. 27,757

IN RE APPLICATION OF  GAETANO GATTI, ET AL

SERIAL NO. NEW DIVISIONAL APPLICATION

FILED   HEREWITH

FOR  INJECTABLE READY-TO-USE SOLUTIONS CONTAINING AN ANTITUMOR
    ANTHRACYCLINE GLYCOSIDE

THE COMMISSIONER OF PATENTS AND TRADEMARKS
WASHINGTON, D.C. 20231

Sir:

Transmitted herewith is an amendment in the above-identified application.

[X] No additional fee is required.

[ ] Small entity status of this application under 37 CFR 1.9 and 1.27 has been established by a verified statement previously submitted.

[ ] Small entity status of this application under 37 CFR 1.9 and 1.27 is established by a verified statement submitted herewith.

[X] Additional documents filed herewith:    REQUEST FOR PRIORITY UNDER 35 U.S.C. 119
                                             ADVANCE NOTICE SERIAL POST CARD
                                             ATTORNEY DECLARATION

The fee has been calculated as shown below.

| | (Col. 1) Claims Remaining After | | (Col. 2) Highest No. Previously Paid For | (Col. 3) Present Extra | | Small Entity | | | Other Than a Small Entity | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Rate | Addit. Fee | OR | Rate | Addit. Fee |
| Total | * 12 | Minus | ** 20 | = 0 | | x10 = | $ | | x20 = | $ 0 |
| Indep | * 2 | Minus | *** 3 | = 0 | | x30 = | $ | | x60 = | $ 0 |
| [ ] First presentation of multiple dep. claim | | | | | | +100= | $ | | +200= | $ 0 |
| | | | | | | Total | $ | OR | Total | $ 0 |

[ ] A check in the amount of $ _____ is attached.

[ ] Charge $_____ to deposit account no. _____. A duplicate copy of this sheet is enclosed.

[xx] Please charge any additional fees for the papers being filed herewith and for which no check is enclosed herewith, or credit any overpayment to deposit account no. _15-0030_. A duplicate copy of this sheet is enclosed.

[xx] Please charge any additional fees or credit any overpayment of fees required under 37 CFR 1.136 for any necessary extension of time to make the filing of the attached response timely to deposit account no. _15-0030_. A duplicate copy of this sheet is enclosed.

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.

RICHARD D. KELLY
ATTORNEY OF RECORD
REGISTRATION NO. 27,757

FOURTH FLOOR
1755 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VIRGINIA
(703) 521-5940

* If the entry in Column 2 is less than the entry in Column 1 write ''0'' in Column 3.
** If the ''Highest Number Previously paid for '' IN THIS SPACE is less than 20 write ''20'' in this space.
*** If the ''Highest Number Previously paid for '' IN THIS SPACE is less than 3 write ''3'' in this space.

| BAR CODE LABEL  | **U.S. PATENT APPLICATION** | | |
|---|---|---|---|
| SERIAL NUMBER<br>07/827,742 | FILING DATE<br>01/29/92<br>RULE 60 | CLASS<br>536 | GROUP ART UNIT<br>1803 |

APPLICANT

GAETANO GATTI, SESTO SAN GIOVA, ITALY; DIEGO OLDANI, ROBECCO SUL NAV, ITALY; GIUSEPPE BOTTONI, BERGAMO, ITALY; CARLO CONFALONIERI, CUSANO MILANINO, ITALY; LUCIANO GAMBINI, CORNAREDO, ITALY; ROBERTO DE PONTI, MILAN, ITALY.

\*\*CONTINUING DATA\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VERIFIED     THIS APPLN IS A DIV OF   07/503,856 04/03/90

\*\*FOREIGN/PCT APPLICATIONS\*\*\*\*\*\*\*\*\*\*\*
VERIFIED     GREAT BRITAIN     8519452         08/02/85

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| ITX | 0 | 1 | 1 | $ 690.00 | 769-249-0-DI |

ADDRESS

OBLON, SPIVAK, MC CLELLAND, MAIER AND NEUSTADT
FOURTH FLOOR
1755 JEFFERSON DAVIS HWY.
ARLINGTON, VA 22202

TITLE

INJECTABLE READY-TO-USE SOLUTIONS CONTAINING AN ANTITUMOR ANTHRACYCLINE GLYCOSIDE

This is to certify that annexed hereto is a true copy from the records of the United S;
Patent and Trademark Office of the application as filed which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                              Certifying Officer