# EXHIBIT 21

# Redacted

# EXHIBIT 22

Redacted

# EXHIBIT 23

# Redacted