# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW
222 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 11, 2006

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re: Pharmacia & Upjohn Co. LLC v. Sicor, Inc., et al.,
C.A. 04-833-KAJ

Dear Judge Jordan:

In furtherance of Jordan Sigale's representations in open court on July 7, 2006, Sicor, Inc. and SICOR Pharmaceuticals, Inc. hereby solely withdraw their fourth affirmative defense (Equitable Estoppel) and fifth affirmative defense (Laches) set forth in their Second Amended Answer To First Amended Complaint, Counterclaim And Demand For A Jury Trial (D.I. 212).

Respectfully,

/s/ John G. Day

John G. Day

JGD: dmf
171144.1

cc: Clerk of the Court (via electronic mail)
    Maryellen Noreika, Esquire (via electronic mail)
    Reid L. Ashinoff, Esquire (via electronic mail)
    Daniel A. Boehnen, Esquire (via electronic mail)

145017311V-1

7/10/2006-3:48 PM