IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHARMACIA & UPJOHN COMPANY, LLC, )
)
Plaintiff, )
)
v. )
)
SICOR INC. and SICOR PHARMACEUTICALS, INC., )
)
Defendants. )

**REDACTED PUBLIC VERSION**

C.A. No. 04-833-KAJ

**ANSWERING MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT ON ANTICIPATION**

ASHBY & GEDDES
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Tiffany Geyer Lydon (I.D. # 3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
*Attorneys for Defendants*

*Of Counsel:*

Reid L. Ashinoff
Michael S. Gugig
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700

Jordan A. Sigale
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
Chicago, Illinois 60606
(312) 876-8000

Dated: July 14, 2006

## **TABLE OF CONTENTS**

NATURE AND STAGE OF THE PROCEEDINGS ................................................................... 1

SUMMARY OF ARGUMENT ......................................................................................... 1

STATEMENT OF FACTS ............................................................................................... 4

    A.    The State of the Art ................................................................................ 4

    B.    The '285 patent ..................................................................................... 4

ARGUMENT ................................................................................................................ 5

JANSSEN DISCLOSES EACH ELEMENT OF CLAIM 9 OF THE '285 PATENT ................... 5

    A.    Pharmacia Misrepresented the Janssen Reference to the USPTO ........................... 5

    B.    Janssen Discloses Each Claimed Element Set Forth by Pharmacia ....................... 6

        1.    "Acid" ........................................................................................ 7

        2.    "Sealed Container" ......................................................................... 8

        3.    The Other Claimed Elements ............................................................ 10

            a)    "Physiologically acceptable" ..................................................... 10

            b)    "Storage Stability" ................................................................. 12

CONCLUSION ............................................................................................................. 12

Defendants Sicor Inc. and SICOR Pharmaceuticals, Inc. ("Sicor") submit this Answering Memorandum of Law in opposition to the motion by Plaintiff Pharmacia & Upjohn Company LLC ("Pharmacia") for summary judgment on the grounds that Claims 9 and 13 of the patent-in-suit, U.S. Patent No. 6,107,285 ("the '285 patent") are not anticipated.

## NATURE AND STAGE OF THE PROCEEDINGS

Pharmacia & Upjohn Company LLC ("Pharmacia") alleges in this lawsuit that defendants Sicor Inc. and SICOR Pharmaceuticals, Inc. (collectively, "Sicor") infringed U.S. Patent No. 6,107,285 ("the '285 patent"), which covers a ready-to-use idarubicin hydrochloride injection.[1]  Discovery is complete with the exception of Sicor's request for the depositions of patent prosecuting attorneys Daniel Boehnen and Emily Maio.  The Court has scheduled a hearing  for July 7th, 2006 to determine whether it will allow these depositions to go forward. Opening and responsive claim construction briefs were filed in late May and early June, and are now *sub judice*.  The parties have submitted their opening motions and memoranda for summary judgment.  Additionally, the parties have submitted letters to this court concerning the privilege status of a document referred to as Exhibit 106.

## SUMMARY OF ARGUMENT

By its motion for summary judgment, Pharmacia seeks to strike an affirmative defense of anticipation under 35 U.S.C. § 102 concerning Claims 9 and 13 of the '285 patent.  With respect to Claim 13, however, the motion is moot: Sicor does not contend, and has never contended, that Claim 13 is anticipated.  For no apparent reason, Pharmacia goes to great lengths to document

---

[1] Unless otherwise specified, the terms "Pharmacia" and "Sicor" used below incorporate all predecessors-in-interest and subsidiaries of these entities.

Sicor's non-assertion of an anticipation defense to Claim 13 (*See* Pl. Br. at 2, 13), and yet fails to explain why a motion against the (non-existent) defense is warranted.[2]

With respect to Claim 9 of the '285 patent, Sicor does assert that the claim *is* anticipated as a matter of law -- as set forth in Sicor's co-pending summary judgment motion -- by at least M.J.H. Janssen et al., *Doxorubicin Decomposition on Storage, Effect of pH., Type of Buffer and Liposome Encapsulation*, 23 Int'l J. of Pharm., 1-11 (1985) ("Janssen") (Ex. 1) and, depending upon this Court's claim construction, additionally by J. A. Benvenuto et al., *Stability & Compatibility of Antitumor Agents in Glass & Plastic Containers*, 38 Am. J. Hosp. Pharm. 1914 - 1918 (1981) ("Benvenuto") (Ex. 2). Pharmacia's motion for summary judgment focuses solely on Janssen, and does not address the Benvenuto reference.[3]

Although ultimately irrelevant to whether Janssen anticipates Claim 9 of the '285 patent, which it does, Pharmacia erroneously seeks to impose a higher burden of proof upon Sicor because the Janssen reference was already considered by the patent examiner. (Pl. Br. at 12). While the patent examiner did indeed raise Janssen, the reference was discarded by the patent examiner because Pharmacia's patent lawyer misrepresented to the USPTO -- as confirmed by Pharmacia's own expert -- that Janssen did not disclose the claimed drug concentration range. Hence, as a matter of law, Pharmacia cannot benefit from the higher burden due to its own wrongful conduct.

---

[2]     Although Sicor does not assert an anticipation defense to Claim 13, it does assert the defense of obviousness, pursuant to 35 U.S.C. §103. Pharmacia has not moved for summary judgment against Sicor's obviousness defense.

[3] Pharmacia has been aware since October 2005 that Sicor, in deciding to launch its generic product, relied upon a 2001 opinion of patent counsel that discusses Adriamycin for Injection and the Benvenuto reference's separate and discrete anticipation of the '285 patent claims at length. The 2001 opinion letter relies on extremely conservative approach to claim construction to the point of adopting the construction urged by Pharmacia for "anthracycline glycoside" -- i.e. it includes both lyophilized and non-lyophilized forms. (PNU Claim Construction Brief at 25-28). Under a construction where the claims cover lyophilized forms of anthracycline glycosides, Benvenuto anticipates Claim 9; under Sicor's presently proposed construction it would not.

Pharmacia's substantive arguments also fail. First, Pharmacia contends that Janssen does not disclose "acid" because Janssen adjusts the solution pH with a buffer. Yet, Janssen clearly discloses the use of hydrochloric acid to adjust the solution pH to 4.0. Moreover, Pharmacia's own experts conceded at their depositions that hydrochloric acid -- a physiologically acceptable acid -- is the predominant ingredient in the Janssen buffer at pH 4.0, which operates as a pH adjusting agent. Accordingly, the claimed element "acid" is disclosed. Pharmacia's other "acid" arguments fail as immaterial or irrelevant. For instance, Pharmacia's contention that Janssen did not discuss adding acid as "the last step" in the process (Pl. Br. at 9, 14) is of no moment. The addition of acid as a "last step" is neither an alleged element of the patented invention nor makes any scientific difference to the chemical process at issue. The significance of the acid in the claimed invention is that it acts to adjust the pH level of the solution, and it is undisputed that hydrochloric acid acts to adjust the pH of the solution in Janssen.

Pharmacia's argument that Janssen does not explicitly disclose the second main claimed element, "sealed container", is also without merit. While Janssen does not explicitly disclose a "sealed container", as a matter of law, that element is inherently found in Janssen because it necessarily follows from good laboratory practice and common sense that the vials and tubes in Janssen were sealed to avoid evaporation and dangerous exposure of the researchers to the toxicity of doxorubicin. Again, Pharmacia's own expert even concedes the point. As Dr. Beijnen testified

**REDACTED**

(Ex. 4, Beijnen Tr. at 194:3-25).

Although it does not rely upon them as a basis for the motion, Pharmacia's arguments concerning the claimed elements "physiologically acceptable" and "storage stability" fare no better. Pharmacia's only substantive argument that Janssen fails to disclose a "physiologically acceptable" solution, aqueous solvent and acid is based upon its own proposed claim

3

construction, which, as set forth more fully in Sicor's claim construction brief, should be rejected on several grounds. Pharmacia's argument that Janssen fails to disclose "storage stability" fails to offer any substantive support at all, tacitly conceding, as it must, that Janssen discloses a storage stable solution of doxorubicin.

In sum, Pharmacia's motion for summary judgment on the grounds that claim 9 of the '285 patent is not anticipated should be denied. Its motion addressed to claim 13 is moot.

## STATEMENT OF FACTS

### A.    The State of the Art

Anthracycline glycosides are a group of pharmaceutical compounds that have long been used for treating certain types of human and animal tumors. (Ex. 3, '285 Patent, 4:25-28). Although idarubicin hydrochloride is the anthracycline glycoside at issue in this case, doxorubicin hydrochloride is the most widely used form of this type of compound. (*Id.* at 1:12-15). At the time of the claimed invention, dosage forms of doxorubicin hydrochloride were made commercially available as a chemically stable, lyophilized preparation in commercial-grade, sealed containers. (*Id.* at 1:22-24).

### B.    The '285 patent

The '285 patent, entitled "Injectable ready-to-use solutions containing an antitumor anthracycline glycoside," was filed on January 29, 1992, and issued on August 22, 2000 following a series of divisional and continuation patent applications ultimately claiming foreign priority from United Kingdom patent application UK 8519452 (filed August 2, 1985). (D.I. 232 at 2). The '285 patent relates to "a stable intravenously injectable ready-to-use solution of an antitumor anthracycline glycoside." (Ex. 3, '285 patent, 1:7-9).

In particular, the claims of the '285 patent are directed to ready-to-use solutions of three anthracycline glycoside antibiotics in their hydrochloride salt forms: doxorubicin hydrochloride, epirubicin hydrochloride, and idarubicin hydrochloride. (*Id.* at 1:61-65). According to the '285

4

patent, the ready-to-use solution of the formulations comprises a physiologically acceptable salt of an anthracycline glycoside dissolved in a physiologically acceptable solvent, which has not been reconstituted from a lyophilizate. (*Id.* at 1:54-58, 3:25-30). The '285 patent applicants stated that a particular feature of the invention (that it does not require either lyophilization or reconstitution) significantly reduces the health risks associated with the manufacture and reconstitution of lyophilized preparations of the toxic drug compound. (*Id.* at 1:47-53).

## ARGUMENT

## JANSSEN DISCLOSES EACH ELEMENT OF CLAIM 9 OF THE '285 PATENT

### A.    Pharmacia Misrepresented the Janssen Reference to the USPTO

Pharmacia wrongly attempts to raise the bar for Sicor to prove anticipation by contending that the "[a]nalysis of invalidity assertions begin from the premise that every issue U.S. patent is presumed valid" and the burden of clear and convincing evidence is "especially difficult" when the prior art at issue "was before the PTO examiner during prosecution of the application." (Pl. Br. 12) (citations omitted). Although clear and convincing evidence is the proper standard, any extra burden is destroyed where, as here, the patentee misrepresented the prior art to the examiner. *See, e.g., Kahn v. Dynamics Corp. of America*, 508 F.2d 939, 942 (2d Cir. 1974) ("the presumption of validity of patent may be strengthened where the Patent Office has granted it with knowledge of relevant prior art .... [h]owever, that presumption should not attached where there is evidence that the Patent Office has been misled as to the true import of prior art references"); *see also Lyle/Carlstrom Assoc., Inc. v. Manhattan Store Interiors, Inc.*, 635 F. Supp. 1371, 1382-83 (E.D.N.Y. 1986) ("Courts should attach less weight to the PTO's determination of validity or even ignore it entirely if there is evidence that the PTO ... was misled about the scope and content of prior art"), *aff'd*, 824 F.2d 977 (Fed. Cir. 1987) (unpublished table decision).

In this case, Pharmacia flatly misrepresented the contents of Janssen to the patent examiner. Counsel for Pharmacia, Daniel Boehnen, in a communication to the patent examiner stated that "Janssen does not teach or suggest a concentration of anthracycline glycoside ranging from 0.1 to 100 mg/ml in pharmaceutically acceptable solution or otherwise." (*See* Ex 5, Response to Office Action, dated May 6, 1997, at p. 4, lines 11-14). Mr. Boehnen's statement to the USPTO was false. Janssen discloses a solution with a doxorubicin hydrochloride concentration of 0.1 mg/ml (Ex. 1, Janssen, p. 4 lines 20-21),                     **REDACTED**

(*See* Ex 4, Beijnen Tr. at p. 219, lines 17-20; p. 223, line 25 - p. 226, line 15). Pharmacia should not, and cannot, benefit from its own wrongful behavior before the patent examiner, and the '285 patent therefore does not benefit from a heightened legal standard with respect to Janssen.

**B.      Janssen Discloses Each Claimed Element Set Forth by Pharmacia**

Pharmacia's substantive basis for the motion with respect to Claim 9 of the '285 patent is not entirely clear. In the Summary of Argument and Argument sections of its brief, Pharmacia specifies only "two elements" of Claim 9 that Janssen purportedly did not disclose: "acid" and "sealed container." (Pl. Br. at 4, 13-14). Buried in its Statement of Facts, however, Pharmacia half-heartedly refers to two other elements that Janssen purportedly did not disclose: "physiologically acceptable" and "storage stability." (Pl. Br. 8-10). Either Pharmacia does not rely upon the "physiologically acceptable" and "storage stability" claimed elements for the purposes of this motion, or it intends to surprise Sicor by (wrongfully) advancing new arguments in its reply papers. In either event, the Court should reject any contention that these claimed elements are not either expressly or inherently disclosed by Janssen.

1.    "Acid"

Pharmacia contends that Janssen does not disclose the claimed element "acid" because

the solution pH was adjusted with a "Tris buffer or phosphate buffer, not the physiologically

acceptable acid claimed in the '285 patent." (Pl. Br. at 9).  Lawyer rhetoric aside, to one of

ordinary skill in the art of the '285 patent, Janssen discloses adjusting the solution pH with

hydrochloric acid, which is a physiologically acceptable acid.[4]  Pharmacia acknowledges as

much when it block quotes from Janssen as follows:

> The following media were used.
>
> (1)     Tris buffers with pH 7.4 or 4.0: 0.01 mol/l Tris and 0.8%
> sodium chloride. ***The pH was adjusted with 2 mol/l hydrochloric
> acid.***

(Pl. Br. at 9 (citing Pl. Ex. 24, p.PU 13749) (emphasis added)). In other words, the predominant

ingredient of Janssen's "Tris buffer" at pH 4.0 is hydrochloric acid, which acts as a pH adjusting

agent for the doxorubicin ("DXR") solutions.  (Pl. Ex. 24, Janssen, p. 4 (PU 0013749), lines 9-

10).  That the resulting solution disclosed in Janssen had a pH of 4.0 is clearly set forth in the

Janssen article, as well.  (*Id.* at p. 5 (PU 0013750), lines 11-12 ("In both buffer systems no

significant DXR degradation was recorded over a 60-day period of ***storage at pH 4.0***.")

(emphasis added)).

Given these disclosures, it is not surprising that both of Pharmacia's own technical

experts concede that both of these disclosures appear in Janssen.  Specifically, Dr. Frederico

Arcamone testified at his deposition that :

**REDACTED**

---

[4] According to the '285 patent, when it is desired to adjust the pH of the above said preferred
solution to a value of from 2.5 to about 5, hydrochloric acid is an especially preferred acid." (Ex.
3, '285 patent, 3:43-49; *see also* Ex. I, Beijnen Tr. at 176:17-177:3).

**REDACTED**

Having shown that Janssen indisputably discloses adjusting the doxorubicin solution to pH 4.0 with hydrochloric acid (a physiologically acceptable acid), the remainder of Pharmacia's arguments fall away as immaterial. For instance, Pharmacia's contention that Janssen did not discuss adding acid as "the last step" in the process (Pl. Br. at 9, 14) is wholly irrelevant, as not a single claim element of Claims 1 or 9 requires the addition of acid as a "last step." To be sure, Pharmacia does not propose any "last step" limitation for "acid" or any other claimed element in its claim construction brief, and Pharmacia does not, and cannot, demonstrate on this motion that addition of acid as a "last step" makes any scientific difference to its claimed invention.

    2.    "Sealed Container"

Pharmacia argues that the "sealed container" element -- as construed under Sicor's proposed claim construction[5] -- is not disclosed by Janssen because there is no explicit language in Janssen that the tubes and vials at issue were sealed. (Pl. Br. at 14). While Pharmacia is correct that the Janssen reference does not explicitly state that the tubes and vials were sealed, Pharmacia's argument still must fail under the law of inherency. A person of ordinary skill in the art would have understood inherently that the highly toxic doxorubicin solutions in Janssen

---

[5] Pharmacia did not even try to argue in its motion that Janssen fails to disclose a "sealed container" under Sicor's claim construction. This is a telling concession because, as discussed in Sicor's Responsive Claim Construction Brief, Pharmacia's proposed construction of "sealed" is untenable. (Defendants Claim Construction Br. at 18-21).

8

were stored in sealed containers to prevent leakage and possible health risk to those working with the solution.

A patent claim is anticipated, and therefore invalid, if a prior art reference "discloses, either *expressly or inherently*, all of the limitations of the claim." *EMI Group North America, Inc. v. Cypress Semiconductor Corp.*, 268 F.3d 1342, 1350 (Fed. Cir. 2001) (emphasis added); *see also Atlas Powder Co. v. IRECO Inc.*, 190 F.3d 1342, 1347 (Fed. Cir. 1999). In other words, "a prior art reference may anticipate without disclosing a feature of the claimed invention if that missing characteristic is necessarily present, or inherent, in the single anticipating reference." *Schering Corp. v. Geneva Pharm., Inc.* 339 F.3d 1373, 1377 (Fed. Cir. 2003). Inherency may operate to provide a single missing limitation that is not expressly disclosed in the prior art or may supply the "entire anticipatory subject matter" where the prior art does not expressly disclose any of the claimed elements. *Id.* at 1379.

Anticipation does not even require that those of ordinary skill in the art contemporaneously recognize the inherent property in the prior art reference. Rather, if a reference sets forth sufficient information -- whether or not it was actually recognized at the time -- the reference will still be anticipatory. *See Atlas Powder Co.*, 190 F.3d at 1347 ("Artisans of ordinary skill may not recognize the inherent characteristics or functioning of the prior art. However, the discovery of a previously unappreciated property of a prior art composition, or of a scientific explanation for the prior art's functioning, does not render the old composition patentably new to the discoverer.") (citation omitted); *see also Schering Corp.*, 339 F.3d at 1378 ("Thus, in *Continental Can*, this court did not require past recognition of the inherent feature, but only allowed recourse to opinions of skilled artisans to determine the scope of the prior art reference.").

9

**REDACTED**

ʼ

3.        The Other Claimed Elements

Although Pharmacia relies solely on the claimed elements "acid" and "sealed container"
in the Argument section of its brief, Pharmacia pays lip service in its Statement of Facts to the
additional claimed elements of "physiologically acceptable" and "storage stability." Pharmacia's
passing suggestion that those elements were not disclosed by Janssen is without merit.

a)        "Physiologically acceptable"

Despite Pharmacia's bold claim that it should prevail on summary judgment "even if the
Court were to apply the construction urged by Sicor" (Pl. Br. at 7), Pharmacia cannot prevail on
summary judgment based upon Sicor's construction of the claimed element "physiologically
acceptable." As set forth in its claim construction brief, Sicor contends that one of ordinary skill
in the art at the time of the invention would have understood the term as used with "solution,"
"aqueous solvent," and "acid" in the '285 patent to mean "suitable for administration to humans
or animals." (*See* Def. Claim Construction Br. at 8-12). Pharmacia's motion is devoid of any
evidence to dispute that Janssen discloses a solution resulting from an aqueous solvent (*i.e.,*

water) and acid (*i.e.*, hydrochloric acid) that is suitable for administration to humans or animals. (Pl. Ex. 24, Janssen, at Summary, lines 1-2, p. 2 (PU 0013746), p. 4, lines 9-10).

Pharmacia's only substantive argument that Janssen fails to disclose "physiologically acceptable" solution, aqueous solvent and acid is based upon its own proposed claim construction. Specifically, Pharmacia argues that Janssen used chemicals that were not themselves "stable," "sterile" and "pyrogen-free" (Pl. Br. at 8). As fully set forth in Sicor's claim construction briefs, these limitations are not found in the '285 patent claim 1 or 9 language, nor does the specification or prosecution history define or otherwise limit "physiologically acceptable" to include these extra limitations. Consequently, Pharmacia's attempt to import unnecessary limitations from the specification in its claim construction of "physiologically acceptable" are plainly improper as set forth in Sicor's claim construction papers. (*See* Def. Claim Construction Br. at 8-12).

Significantly, one of the inventors of the '285 patent, Dr. Diego Oldani, admitted at his recent June 2006 deposition that

REDACTED

(Ex. 9, Oldani Tr. at 41:13-42:16).

Instead, the claimed resulting solution was thereafter sterilized. Finally, as set forth in more detail in Defendants' Claim Construction Brief, the proposed limitations are inconsistent with the prosecution history of the '285 patent. For example, during the application process, Pharmacia represented to the USPTO that one particular sterile and pyrogen-free acid was, nonetheless, *not* physiologically acceptable. (*See* Def. Claim Construction Br. at 8-12).

Thus, Pharmacia's construction of the term "physiologically acceptable" should be rejected, and, accordingly, Pharmacia's argument that Janssen does not disclose "physiologically

acceptable" chemicals and solutions must fail.[6]

          b)    "Storage Stability"

Tacitly conceding that Janssen does, in fact, disclose the claimed element "storage stability," Pharmacia pays nothing more than lip service to the issue in its brief. Specifically, Pharmacia can only muster an obtuse citation to the statement in Janssen that "[t]he concentration of DXR was found to be a critical parameter for its stability," which Pharmacia contends "suggest[s] that higher concentrations would not be stable." (Pl. Br. at 9-10). Tellingly, Pharmacia fails to explain the significance of its contention.

Irrespective of statements in Janssen concerning the relation between concentration and stability, two dispositive facts are undisputed. First, Janssen discloses a solution with a doxorubicin hydrochloride concentration of 0.1 mg/ml (Ex. 1, Janssen, p. 4 lines 20-21), which Pharmacia's own expert confirms is within the claims of the '285 patent. (*See also* Ex. 4, Beijnen Tr. at p. 219, lines 17-20; p. 223, line 25 - p. 226, line 15). Second, Janssen concluded that "the results of this study indicate that pH 4 and 4 [degrees] C provide optimum shelf-life" and that "a pH of 4.0 is the pH preferred for an optimum shelf-life." (Ex. 1, Janssen, at pp.1, 9-10). Equally significant, Janssen also recounts that "no significant degradation was recorded over a 60-day period of storage at pH 4.0." (*Id.* at p.5; *see also* Ex. 7, Clark Rep. at 14-15). As such, Janssen discloses a storage stable solution of doxorubicin.

## CONCLUSION

For the reasons set forth above, Pharmacia's motion for summary judgment on the grounds that Claim 13 of the '285 patent is anticipated should be denied as moot. Pharmacia's motion for summary judgment on the grounds that Claim 9 of the '285 patent is anticipated

---

[6]      Sicor does not contest that, in the event that Pharmacia's proposed claim construction of "physiologically acceptable" is adopted, Janssen would not anticipate Claim 9 but, rather, the Janssen reference would make Claim 9 obvious under 35 U.S.C. §103.

should be denied on its merits, and Sicor's own motion for summary judgment on the grounds

that Claim 9 of the '285 patent is anticipated should be granted.

ASHBY & GEDDES

/s/ John G. Day

Steven J. Balick (I.D. # 2114)
Tiffany Geyer Lydon (I.D. #3950)
John G. Day (I.D. # 2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*Of Counsel:*                                *Attorneys for Defendants*

Reid L. Ashinoff
Michael S. Gugig
David R. Baum
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700

Jordan A. Sigale
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois 60606
(312) 876-8000

Dated:     July 6, 2006
171042.1

13

# EXHIBIT 1

# INTERNATIONAL JOURNAL OF PHARMACEUTICS

*Editors in Chief*

P.F. D'ARCY (Belfast, N. Ireland) and W.I. HIGUCHI (Salt Lake City, UT, U.S.A.)
(Assistant Editor: J.H. RYTTING, Lawrence KS, U.S.A.)

*Editors*

G. AMIDON (Ann Arbor, MI, U.S.A.)
G.S. BANKER (West Lafayette IN, U.S.A.)
H. BOXENBAUM (Newington, CT, U.S.A.)
H. BUNDGAARD (Copenhagen, Denmark)
J.T. CARSTENSEN (Madison, WI, U.S.A.)
S.S. DAVIS (Nottingham, U.K.)
A.T. FLORENCE (Glasgow, U.K.)
H.L. FUNG (Amherst, NY, U.S.A.)
D. GANDERTON (Macclesfield, U.K.)
J. HADGRAFT (Nottingham, U.K.)
M. HANANO (Tokyo, Japan)
E.N. HIESTAND (Kalamazoo, MI, U.S.A.)
T. HIGUCHI (Lawrence, KS, U.S.A.)
W.I. HIGUCHI (Salt Lake City, UT, U.S.A.)
W.B. HUGO (Nottingham, U.K.)
T.M. JONES (Dartford, U.K.)
G. LEVY (Amherst, NY, U.S.A.)

J.A. MOLLICA (Suffern, NY, U.S.A.)
I.H. PITMAN (Parkville, Australia)
G. POSTE (Philadelphia, PA, U.S.A.)
B.J. POULSEN (Palo Alto, CA, U.S.A.)
A.J. REPTA (Lawrence, KS, U.S.A.)
H. SEZAKI (Kyoto, Japan)
J.E. SHAW (Palo Alto, CA, U.S.A.)
E. SHEFTER (Glenolden, PA, U.S.A.)
D.D. SHEN (Amherst, NY, U.S.A.)
E. SHOTTON (Berkhampstead, U.K.)
J. SJÖGREN (Mölnlycke, Sweden)
R.S. SUMMERS (Pretoria, South Africa)
B. TESTA (Lausanne, Switzerland)
K. THOMA (Munich, F.R.G.)
R.F. TIMONEY (Dublin, Ireland)
E. TOMLINSON (Horsham, U.K.)
G. ZOGRAFI (Madison, WI, U.S.A.)



VOL. 23 (1985)

ELSEVIER SCIENCE PUBLISHERS B.V.—AMSTERDAM



© 1985, Elsevier Science Publishers B.V. (Biomedical Division)

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the permission of the publisher, Elsevier Science Publishers B.V. (Biomedical Division), P.O. Box 1527, 1000 BM Amsterdam, The Netherlands.

*Special regulations for authors.* Upon acceptance of an article by the journal, the author(s) will be asked to transfer copyright of the article to the publisher. This transfer will ensure the widest possible dissemination of information.

Submission of a paper to this journal entails the author's irrevocable and exclusive authorization of the publisher to collect any sums or considerations for copying or reproduction payable by third parties (as mentioned in article 17 paragraph 2 of the Dutch Copyright Act of 1912 and in the Royal Decree of June 20, 1974 (S. 351) pursuant to article 16b of the Dutch Copyright Act of 1912) and/or to act in or out of Court in connection therewith.

*Special regulations for readers in the U.S.A.* This journal has been registered with the Copyright Clearance Center, Inc. Consent is given for copying of articles for personal or internal use, or for the personal use of specific clients. This consent is given on the condition that the copier pays through the Center the per-copy fee stated in the code on the first page of each article for copying beyond that permitted by Sections 107 or 108 of the U.S. Copyright Law. The appropriate fee should be forwarded with a copy of the first page of the article to the Copyright Clearance Center, Inc., 21 Congress Street, Salem, MA 01970, U.S.A. If no code appears in an article, the author has not given broad consent to copy and permission to copy must be obtained directly from the author. All articles published prior to 1980 may be copied for a per-copy fee of US$ 2.25, also payable through the Center. This consent does not extend to other kinds of copying, such as for general distribution, resale, advertising and promotion purposes, or for creating new collective works. Special written permission must be obtained from the publisher for such copying

Printed in The Netherlands

*International Journal of Pharmaceutics,* 23 (1985) 1–11
Elsevier

1

IJP 00770

## Research Papers

# Doxorubicin decomposition on storage. Effect of pH, type of buffer and liposome encapsulation

M.J.H. Janssen, D.J.A. Crommelin, G. Storm and A. Hulshoff

*Pharmaceutical Laboratory, State University of Utrecht, 3511 GH Utrecht (The Netherlands)*

(Received June 12th, 1984)
(Accepted August 30th, 1984)

## Summary

An HPLC technique was used to monitor the stability of doxorubicin-HCl (DXR) in aqueous media. In this study pH (4.0 and 7.4), composition of the aqueous medium (Tris or phosphate buffer, cell culture medium), temperature (4–91°C), DXR concentration (range 50–500 $\mu$g/ml) and liposome encapsulation of DXR were variables under investigation. The results obtained in this study indicated that pH 4 and 4°C provide optimum shelf-life conditions. At pH 7.4 the DXR decomposition rates increased with the DXR concentration. For the 50–100 $\mu$g/ml DXR solutions energies of activation were: 58 (Tris) and 73 (phosphate) kJ/mol between 4 and 61°C. Only in one case (pH 7.4, phosphate buffer and incubation temperature 37°C) did liposome encapsulation affect the DXR decomposition kinetics.

## Introduction

Doxorubicin (DXR), a cytostatic drug, is active against a wide range of tumors. Recently, reports were published advocating the use of DXR encapsulated in liposomes (Rahman et al., 1980; Forssen and Tökes, 1981, 1983; Olson et al., 1982; Gabizon et al., 1982; Mayhew et al., 1983; Van Hoesel et al., 1984). These authors claim that liposome encapsulation increases the therapeutic index of the drug: the cardiotoxicity decreases, while the cytostatic action is preserved. An acceptable shelf-life is a prerequisite for the successful introduction of DXR liposomes into

*Correspondence*: D.J.A. Crommelin, Pharmaceutical Laboratory, State University of Utrecht, 3511 GH Utrecht, The Netherlands.

0378-5173/85/$03.30 © 1985 Elsevier Science Publishers B.V. (Biomedical Division)

2

therapy. Today, liposome dispersions are stored as aqueous dispersions. Alternative techniques like freeze-drying are not operational yet (Crommelin and Van Bommel, 1984; Van Bommel and Crommelin, 1984). It is therefore essential to establish the conditions that provide minimal decomposition rates in aqueous media.

Many studies on the stability of DXR on storage have been published, but only a few investigators used techniques that provide a combination of good selectivity and precision like HPLC (Hoffman et al., 1979; Benvenuto et al., 1981; Poochikian et al., 1981; Williamson et al., 1983; Karlsen et al., 1983). Systematic work to gain insight into the mechanism of degradation is rare (Wassermann and Bundgaard, 1983). It is therefore impossible to make exact predictions on DXR decomposition rates in aqueous systems to be used in pharmaceutical practice. Besides, no data on the effect of liposome encapsulation on the stability of DXR are available.

In this study DXR degradation was investigated under various conditions with respect to buffer type, pH, temperature and DXR concentration using an HPLC technique. Two pH levels (pH 4.0 and 7.4) and two buffer systems (Tris and phosphate) were investigated. The stability of 'free' DXR in solution was compared to the stability of liposome-encapsulated DXR at the same pH levels and in the same buffer systems.


**Materials and Methods**

*Reagents*

Doxorubicin-HCl and doxorubicinone-HCl were provided by Farmitalia (Milan) and Lab. Roger Bellon (Neuilly sur Seine, Paris) and used without purification.

Phosphatidylcholine from egg yolk type V-E (PC), phosphatidylserine (PS) and cholesterol were supplied by Sigma Chemicals (St. Louis, MO). All other chemicals were of analytical grade.

*Preparation and assessment of the quality of the liposomes*

DXR was mixed with the phospholipids (PL) and cholesterol (molar ratio PC:PS:chol = 10:1:4) in a chloroform/methanol mixture (1:1 v/v) in a pear-shaped flask. The mixture was rotary-evaporated under reduced pressure at 40–45°C to yield a film. The flask was left under reduced pressure for at least 2 h. Then the hydration medium and glass beads were added. The medium for hydration (pH 4) consisted of 0.8% sodium chloride and 0.01 mol/l Tris-(hydroxymethyl) aminomethane hydrochloride (Tris) in water. Nitrogen was passed through the buffer for at least 15 min. The film was hydrated under shaking at about 45°C. After complete dispersion, the flask with its contents was placed in a refrigerator. At this stage of preparation 1 ml of the dispersion contained about 30 mg PL and 2.5 mg DXR. Sizing of the liposomes was done by extruding the liposomes sequentially through membrane filters with pore diameters of 0.6 and 0.2 µm (Uni-pore, Bio-Rad, Richmond, CA) under (nitrogen) pressures up to 0.8 MPa. Free DXR was removed by dialysis at 4°C against a 0.01 mol/l Tris/0.8% sodium chloride solution (pH 4). Less than 10% of the DXR was in the 'free' form after dialysis. After

removing the non-liposome-associated DXR, the dispersions contained about 1 mg/ml DXR. If necessary, the conditions selected for investigation (pH, buffer type) were obtained by a relatively short second dialysis step against the selected medium at 4°C.

The mean particle diameter as determined by dynamic light scattering (Nanosizer, Coulter Electronics, Luton, U.K.) was 0.25 $\mu$m. The degree of association of DXR with the liposomes (retention) was determined by sampling the dispersion during the incubation (see below) and separating 'free' DXR from liposome bound DXR by gel filtration (Sephadex G50 fine, Pharmacia, Sweden). Then DXR was assayed colorimetrically by reading extinctions at 480 nm. For a number of samples it was established that the HPLC technique (see below) and the colorimetric analysis gave similar results for the determination of the ratio 'free' to bound DXR.

Full details on the experimental techniques used for liposome preparation and characterization have already been published (Crommelin et al., 1983; Crommelin and Van Bloois, 1983).

*Instrumentation and analytical procedure*

The HPLC-system consisted of a M45 Solvent Delivery System Type 6000A, in combination with a U6K injector (200 $\mu$l loop), a prepacked Phenyl-$\mu$-Bondapack (3.9 mm $\times$ 30 cm) 10 $\mu$m particles column, and a Model 440 UV absorbance detector equipped with a 436 nm filter (all from Waters Associates, Milford, MA). Sample volumes of 100 $\mu$l (50 $\mu$g/ml DXR) or 10 $\mu$l (500 $\mu$g/ml DXR) were diluted with 1.00 ml methanol and vortexed for 10 s; 10 $\mu$l of the diluted solution was injected. The mobile phase consisted of 32% v/v acetone, 5% v/v sodium dihydrogen phosphate/phosphoric acid buffer (120 mmol/l, pH 3.8), 63% v/v water and 0.3% m/v tetrabutylammonium hydrogen sulphate. A flow rate of 1.0 ml/min was used. The eluent components were filtered through Millipore membrane filters (0.2 $\mu$m pore size). The eluent was degassed by ultrasonication prior to use. The syringes for injection were silanized by washing the syringe with a solution of dimethyldichlorosilane (3%) in toluene. The excess of the reagent was removed by washing extensively with methanol. Chromatography was performed at room temperature.

In a number of experiments the DXR concentrations were determined in a similar HPLC configuration as described above, but now equipped with an automatic sampling device that allowed sampling immediately followed by DXR analysis at preset time intervals.

The retention times for DXR and doxorubicinone were 6.6 and 15.1 minutes.

*Quantitation of DXR concentrations*

Calibration curves in the range of 3–150 ng DXR (absolute injected amounts) were constructed using peak heights. A series of DXR solutions was prepared by diluting 5 $\mu$l portions of a stock solution containing 1.2 mg/ml DXR in methanol; 5, 10 or 25 $\mu$l of these solutions were injected. Straight calibration lines were obtained (correlation coefficient $r > 0.999$). Intercepts with the ordinate did not differ significantly from zero ($P = 0.95$). At the start and at the end of each incubation experiment reference solutions of DXR and doxorubicinone were run.

4

Unless otherwise stated the concentrations at $t = 0$ were taken as 100%. The DXR levels in subsequent samples were calculated as percentages of this first sample. The natural logarithm of the fraction of DXR left in the incubation medium was calculated and graphically plotted against time. Rate constants were calculated if (pseudo) first-order kinetics applied.

*Incubation media*

The following media were used.
(1) Tris buffers with pH 7.4 or 4.0: 0.01 mol/l Tris and 0.8% sodium chloride. The pH was adjusted with 2 mol/l hydrochloric acid.
(2) Phosphate buffers with pH 4.0 or 7.4: 0.01 mol/l sodium dihydrogen phosphate and 0.8% sodium chloride. The pH was adjusted with 2 mol/l hydrochloric acid or 2 mol/l sodium hydroxide.
(3) A medium used for cell culture work as described by Williams and Gunn (1974). To this medium was added: 10% fetal calf serum, $10^5$ I.U. penicillin/l, 0.1 mg streptomycin sulphate/l and 0.25 mg amphotericin/l.

The liposome dispersions were diluted with either the Tris or the phosphate buffers or the cell culture medium to obtain the required DXR concentration. DXR solutions were prepared in a similar way. If necessary, the Tris/sodium chloride medium of the liposome dispersion was replaced by the desired medium by dialysis.

*Incubation*
*Incubations at 4°C.* One ml samples of DXR-containing solutions or liposome dispersions (100 μg/ml) were incubated in various buffers in 10 ml glass vials in a refrigerator. The solutions were deoxygenated by passing through nitrogen before dissolving DXR. In some cases polypropylene tubes were used, too, for comparison.

During storage, data on the DXR content were collected in triplicate experiments. The DXR concentration of each sample vial was determined in duplicate.

The following buffers were used: Tris pH 4.0 and 7.4 as well as phosphate pH 4.0 and 7.4.

*Incubations at 37°C.* Two sets of experiments were carried out.
(a) Solutions of 50 μg/ml were incubated in a thermostatted teflon container that was connected to the automatic sampling HPLC system. The following buffer systems were used: Tris pH 4.0 and 7.4 as well as phosphate pH 4.0 and 7.4. No liposome dispersions were tested at this concentration.
(b) Solutions or dispersions containing 500 μg/ml DXR instead of 50 μg/ml were incubated. Here the following conditions were applied: buffer systems containing Tris or phosphate at pH 4.0 and 7.4 as well as the cell culture medium (pH 7.4). All samples containing 500 μg/ml were incubated in the teflon container mentioned before.

*Incubations at 61°C.* These incubations were performed as mentioned under 'Incubations at 37°C'. The 500 μg/ml DXR samples were studied only in Tris and phosphate buffers at pH 7.4. No liposome dispersions were tested.

*Incubations at 72°C.* These incubations were performed as mentioned under

'Incubations at 37°C (a)'. Only the Tris and phosphate buffers at pH 7.4 were tested.

*Incubations at 91°C.* These incubations were performed as mentioned under 'Incubations at 37°C (a)'. Only Tris and phosphate buffers at pH 4.0 were tested.

As a rule the pH was determined at the start and at the end of the experiment. Upon incubation a tendency to a pH increase was observed for all buffer systems. The results were discarded when the pH changed more than 0.3 (for pH 7.4) or 1.0 (for pH 4.0) during the incubation.

## Results and Discussion

*Storage of DXR (100 µg/ml DXR) in solution or encapsulated in liposomes at 4°C*

The DXR concentration was determined as a function of time in aqueous solutions and liposome dispersions. In both buffer systems no significant DXR degradation was recorded over a 60-day period of storage at pH 4.0. More than 80% of the DXR in the liposome dispersions remained liposome-associated over the period of investigation. Storage of the DXR solutions in Tris buffer in polypropylene tubes or glass vials at pH 4.0 gave similar results. At pH 7.4 a substantial decomposition of DXR occurred. In the time frame studied (42 days) (pseudo) first-order kinetics described the degradation profiles in a satisfactory way. Rate constants and the corresponding half-lives are presented in Table 1. These data are only indicative as the calculated half-lives surpassed the actual storage time.

Under the chosen conditions the DXR decomposition rate in the phosphate buffer (pH 7.4) solution was lower than in the Tris buffer, pH 7.4. Encapsulation of DXR in liposomes in this phosphate buffer, pH 7.4, tended to accelerate the decomposition rate. Liposome encapsulation did not affect the DXR degradation rate in the Tris buffer. In the latter case a possible—slight—difference in DXR decomposition rate might be masked, as the retention of DXR dropped to 60% during the first days of incubation. After this initial loss DXR leakage continued at a much lower rate.

TABLE 1

DXR-DEGRADATION ON STORAGE AT 4°C FOR pH 7.4 BUFFERS. FIRST-ORDER RATE CONSTANT $k$ ($h^{-1}$) AND HALF-LIFE $t_{1/2}$ (DAYS)

| Buffer | DXR | | DXR-liposomes | |
|---|---|---|---|---|
| | $k$ | $t_{1/2}$ | $k$ | $t_{1/2}$ |
| Tris | $94 \times 10^{-4}$ | 74 | $96 \times 10^{-4}$ | 72 |
| phosphate | $71 \times 10^{-4}$ | 98 | $114 \times 10^{-4}$ | 61 |

DXR concentration (about 100 µg/ml) as determined after 7 days was taken as 100%. Degradation was monitored over 42 days. DXR contents of 3 vials were measured in duplicate weekly. DXR associated with the liposomes was 60% after 7 days. A slow decrease down to 40% liposome-associated DXR occurred on prolonged storage (42 days).

6

**TABLE 2**

FIRST-ORDER RATE CONSTANT k (h$^{-1}$) AND HALF-LIFE t$_{1/2}$ (h) FOR DXR DECOMPOSITION UNDER VARIOUS CONDITIONS FOR pH, BUFFER AND TEMPERATURE

| Buffer, pH | Temperature (°C) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 37 | | 61 | | 72 | | 91 | |
| | k | t$_{1/2}$ | k | t$_{1/2}$ | k | t$_{1/2}$ | k | t$_{1/2}$ |
| Tris, pH 4.0 | * | | * | | n.d. | | $46\times10^{-3}$ | 15 |
| Tris, pH 7.4 | $7\times10^{-3}$ | 99 | $22\times10^{-3}$ | 32 | $115\times10^{-3}$ | 6 | n.d. | |
| phosphate, pH 4.0 | * | | * | | n.d. | | $58\times10^{-2}$ | 12 |
| phosphate, pH 7.4 | $14\times10^{-3}$ | 50 | $62\times10^{-3}$ | 11 | $420\times10^{-3}$ | 1.7 | n.d. | |

* = less than 10% degradation over a 40-h period of incubation. n.d. = not determined. Concentration of DXR at t = 0: 50 μg/ml.

*Temperature dependence of DXR decomposition (50 μg/ml DXR)*

DXR solutions (50 μg/ml DXR) were incubated at various temperatures. The temperature range was selected to provide appropriate data for an Arrhenius



Fig. 1. Typical example of the temperature influence on the decomposition rate of DXR (50 μg/ml). Phosphate buffer; pH 7.4. DXR concentration at t = 0 is taken as 100%. Lines are *calculated* according to least-squares regression analysis.

analysis of the degradation process. A typical example of a family of curves is presented in Fig. 1 for the phosphate buffer system at pH 7.4.

This figure shows that a (pseudo) first-order kinetic model describes the degradation profiles well. Rate constants for the phosphate buffer tended to exceed the Tris buffer rate constants under these conditions (see Table 2).

Arrhenius plots were constructed for the Tris and phosphate buffer systems at pH 7.4 to gain an insight into the order of magnitude of the thermodynamic parameters that control the DXR degradation process. DXR solutions with concentrations in the 50–100 μg/ml range were used. The plots are shown in Fig. 2. For the data points at 4, 37 and 61°C least-squares regression analyses resulted in slopes of $-3.0 \times 10^{+3}$ (correlation coefficient $r = 0.994$) and $-3.8 \times 10^{+3}$ ($r = 0.993$) for the Tris and phosphate solutions, respectively. From these slopes the corresponding energies of activation were calculated: 58 (Tris, pH 7.4) and 73 (phosphate, pH 7.4) kJ/mol. For both the Tris and phosphate buffers the degradation rate constants that were determined at 72°C deviate from the values predicted by extrapolation of the



Fig. 2. Arrhenius plots of DXR decomposition rate constants in the phosphate and Tris buffer systems at pH 7.4. DXR concentrations were in the range from 50 to 100 μg/ml DXR. T = absolute temperature (°K).

8

calculated lines. A change in the main rate-controlling decomposition pathway in the temperature range between 61 and 72°C may offer an explanation.

*Concentration dependence of DXR decomposition*

The concentration of DXR was found to be a critical parameter for its stability. In Table 3 DXR decomposition rate constants are shown for 50 µg/ml and 500 µg/ml DXR solutions in the Tris and phosphate buffer systems for pH 7.4 at 37 and 61°C.

Here for both degradation processes (pseudo) first-order kinetics describe the decomposition profile well. It is remarkable that at both temperature levels DXR was decomposed faster in the more concentrated solutions. Tavoloni et al. (1980) concluded on the basis of fluorescence data that the decomposition rates of DXR solutions (protected from light) were not concentration dependent in the range from 10 to 500 µg/ml DXR. The discrepancy between the data presented here and theirs might be ascribed to the poor specificity of the fluorescence technique compared to the HPLC analysis presented here. Poochikian et al. (1981) also reported that the decomposition of DXR was concentration independent. Unfortunately, they did not present any experimental data to support their statement.

*Dependence of DXR degradation on liposome encapsulation and the composition of the medium*

At 37°C the degradation profiles for DXR in different liposome dispersions and 'free' in solutions were compared (Table 4). With the exception of the phosphate pH 7.4 buffer, liposome encapsulation did not affect the decomposition kinetics significantly. A pronounced influence of the composition of the incubation medium was observed. At this temperature the decomposition rate increased in the following order (cf. Table 1): Tris < phosphate < cell culture medium. The reason for the dramatic increase in decomposition rate when working with the culture medium has to be established yet.

TABLE 3

CONCENTRATION DEPENDENCE OF DXR DECOMPOSITION. FIRST-ORDER RATE CONSTANT k ($h^{-1}$) AND HALF-LIFE $t_{1/2}$ (h) FOR 2 TEMPERATURES AND 2 BUFFERS

| Buffer, pH | Temperature (°C) | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 37 DXR concentration (µg/ml) | | | | 61 DXR concentration (µg/ml) | | | |
| | 50 | | 500 | | 50 | | 500 | |
| | k | $t_{1/2}$ | k | $t_{1/2}$ | k | $t_{1/2}$ | k | $t_{1/2}$ |
| Tris, pH 7.4 | $7 \times 10^{-3}$ | 99 | $16 \times 10^{-3}$ | 42 | $22 \times 10^{-3}$ | 32 | $86 \times 10^{-3}$ | 8 |
| phosphate, pH 7.4 | $14 \times 10^{-3}$ | 50 | $64 \times 10^{-3}$ | 11 | $62 \times 10^{-3}$ | 11 | $186 \times 10^{-3}$ | 4 |

TABLE 4

FIRST-ORDER DEGRADATION RATE CONSTANT k $(h^{-1})$ AND HALF-LIFE $t_{1/2}$ (h) FOR DXR DECOMPOSITION. A COMPARISON BETWEEN DEGRADATION KINETICS OF 'FREE' AND LIPOSOME-ENCAPSULATED DXR AND THE INFLUENCE OF THE BUFFER COMPOSITION ON THE DEGRADATION RATE

| Buffer, pH | 'free' DXR | | liposome-associated DXR | |
|---|---|---|---|---|
| | k | $t_{1/2}$ | k | $t_{1/2}$ |
| Tris, pH 4 | * | * | * | * |
| Tris, pH 7.4 | $16 \times 10^{-3}$ | 43 | $17 \times 10^{-3}$ | 41 [a] |
| phosphate, pH 4 | * | * | * | * |
| phosphate, pH 7.4 | $64 \times 10^{-3}$ | 11 | $29 \times 10^{-3}$ | 24 [b] |
| cell culture medium | $146 \times 10^{-3}$ | 5 | $137 \times 10^{-3}$ | 5 [c] |

DXR concentration = 500 μg/ml. Incubation temperature: 37°C.
(a) DXR retention after incubating 2 h 70%, 4 h 62%, 6 h 60%.
(b) DXR retention after incubating: 2 h 76%, 4 h 75%, 6 h 75%.
(c) DXR retention after incubating: 2 h 65%, 4 h 55%, 6 h 52%.
* = less than 10% degradation over a 7-h period of incubation.

*Degradation products*

Although no attempts were made to investigate the degradation pathway of DXR in detail, a few observations are worth mentioning. A compound with a retention time equal to doxorubicinone was detected at 37°C and higher temperatures when incubating at pH 4.0. In the first stage of incubation, mass balance calculations indicated a quantitative conversion of DXR to doxorubicinone. Later on, other components were formed as well.

At pH 7.4 no doxorubicinone was detected. Unidentified compounds with retention times of 6.3 and 7.6 min were recorded.

**Conclusions**

At pH 4.0 no significant decomposition was observed; this holds for DXR solutions and liposome dispersions (in Tris as well as in phosphate buffer) that were stored for at least 40 days protected from light at 4°C. At pH 4.0 the buffer capacity of the Tris buffer is low. However, this system provides physicochemically well-defined and stable DXR-containing liposomes (Crommelin et al., 1983; Crommelin and Van Bloois, 1983). These dispersions were successfully tested in vivo (Van Hoesel et al., 1984).

At pH 7.4 the DXR decomposition rates are larger than at pH 4.0. (Pseudo) first-order kinetics apply. Only in the phosphate buffer (pH 7.4) DXR encapsulation in liposomes affected the decomposition kinetics considerably. It was reported before that DXR strongly interacts with these negatively charged bilayers (Crommelin et al., 1983; Crommelin and Van Bloois, 1983). The results in the present study indicate that in the Tris buffer the part of the molecule being sensitive to degradation is freely available to the aqueous medium. Under the conditions studied a pH of

10

4.0 is the pH to be preferred for an optimum shelf-life. At pH 7.4 the composition of the medium has a significant influence on DXR stability. The decomposition rate constants increased in the following order: Tris < phosphate < cell culture medium. In this cell culture medium, which is used for DXR cytotoxicity testing, 50% of the DXR degraded in 5 h at 37°C. This raises the question: what is the rationale of incubating DXR-solutions with (tumor) cells for longer periods of time at 37°C in media with a comparable composition? A number of degradation products is formed. This causes an extremely complex situation. It is difficult to discriminate between the cytotoxic action of the parent compound and the degradation products. In our laboratory work is in progress to address the problem related to the chemical stability of DXR in a systematic way.

## Acknowledgements

The authors thank Drs. J. Beynen for helpful discussions. We gratefully acknowledge the technical support and advice of Drs. O. VanderHouwen, P. Steerenberg (Dutch National Institute of Public Health and Environmental Hygiene, RIVM), Mr. J. Theeuwsen and Mrs. H. Van Mastbergen.

## References:

Benvenuto, J.A., Anderson, R.W., Kerkof, K., Smith, R.G. and Loo, T.L., Stability and compatibility of antitumor agents in glass and plastic containers. Am. J. Hosp. Pharm., 38 (1981) 1914–1918.

Crommelin, D.J.A., Slaats, N. and Van Bloois, L., Preparation and characterization of doxorubicin containing liposomes: I. Influence of liposome charge and pH of hydration medium on loading capacity and particle size. Int. J. Pharm., 16 (1983) 79–92.

Crommelin, D.J.A. and Van Bloois, L., Preparation and characterization of doxorubicin containing liposomes. II. Loading capacity, long-term stability and doxorubicin–bilayer interaction mechanism. Int. J. Pharm., 17 (1983) 135–144.

Crommelin, D.J.A. and Van Bommel, E.M.G., Stability of liposomes on storage: freeze dried, frozen or as an aqueous dispersion. Pharm. Res., in press.

Forssen, E.A. and Tökes, Z.A., Use of anionic liposomes for the reduction of chronic doxorubicin-induced cardiotoxicity. Proc. Natl. Acad. Sci. U.S.A., 78 (1981) 1873–1877.

Forssen, E.A. and Tökes, Z.A., Improved therapeutic benefits of doxorubicin by entrapment in anionic liposomes. Cancer Res., 43 (1983) 546–550.

Gabizon, A., Dagan, A., Goren, D., Barenholz, Y. and Fuks, Z., Liposomes as in vivo carriers of adriamycin: reduced cardiac uptake and preserved antitumor activity in mice. Cancer Res., 42 (1982) 4734–4739.

Hoffman, D.M., Grossano, D.D., Damin, L. and Woodcock, Th.M., Stability of refrigerated and frozen solutions of doxorubicin hydrochloride. Am. J. Hosp. Pharm., 36 (1979) 1536–1538.

Karlsen, J., Thönessen, H.H., Olsen, I.R., Sollien, A.H. and Skobba, T.J., Stability of cytotoxic intravenous solutions subjected to freeze-thaw treatment. Nor. Pharm. Acta, 45 (1983) 61–67.

Mayhew, E., Rustum, Y. and Vail, W.J., Inhibition of liver metastases of M 5076 tumor by liposome-entrapped adriamycin. Cancer Drug Delivery, 1 (1983) 43–58.

Olson, F., Mayhew, E., Maslow, D., Rustum, Y. and Szoka, F., Characterization, toxicity and therapeutic efficacy of adriamycin encapsulated in liposomes. Eur. J. Cancer Clin. Oncol., 18 (1982) 167–176.

Poochikian, G.K., Cradock, J.C. and Flora, K.P., Stability of anthracycline antitumor agents in four infusion fluids. Am. J. Hosp. Pharm., 38 (1981) 483–486.

Rahman, A., Kessler, A., More, N., Sikic, B., Rowden, G., Wooley, P. and Schein, P.S., Liposomal protection of adriamycin-induced cardiotoxicity in mice. Cancer Res., 40 (1980) 1532–1537.

Tavoloni, N., Guarino, A.M. and Berk, P.D., Photolytic degradation of adriamycin., J. Pharm. Pharmacol., 32 (1980) 860–862.

Van Bommel, E.M.G. and Crommelin, D.J.A., Stability of doxorubicin containing liposomes: as an aqueous dispersion, frozen or freeze dried. Int. J. Pharm., submitted.

Van Hoesel, Q.G.C.M., Steerenberg, P.A., Crommelin, D.J.A., Van Dijk, A., Van Oort, W., Klein, S., Douze, J.M.C. and Hillen, F., Reduced cardiotoxicity and nephrotoxicity with preservation of antitumor activity of doxorubicin entrapped in stable liposomes in the Lou/M Wsl rat. Cancer Res., 44 (1984b) 3698–3705.

Wassermann, K. and Bundgaard, H., Kinetics of the acid-catalyzed hydrolysis of doxorubicin. Int. J. Pharm. 14 (1983) 73–78.

Williams, G.M. and Gunn, J.M., Long term cell culture of adult rat liver epithelial cells. Exp. Cell Res., 89 (1974) 139.

Williamson, M.J., Luce, J.K. and Hausmann, W.K., Doxorubicin hydrochloride–aluminum interaction. Am. J. Hosp. Pharm., 40 (1983) 214.

# EXHIBIT 2

DECEMBER 1981

Volume 38
Number 12

ISSN AJHPA9
ISSN 0002-9289

Official publication of the

American Society

of Hospital Pharmacists

# American Journal of Hospital Pharmacy

pharmacy's societal purpose

state regulatory positions
concerning therapeutic substitution
in hospitals



X750411528          8206 H
GLEN J SPERANDIO
1306 NORTHWESTERN AVE
W LAFAYETTE

IN 479

Am J Hosp Pharm. 1981; 38:1914–8

## Stability and Compatibility of Antitumor Agents in Glass and Plastic Containers

John A. Benvenuto, Roger W. Anderson, Kent Kerkof, Ronald G. Smith, and Ti Li Loo

The stability of methotrexate, fluorouracil, cytarabine, dactinomycin, doxorubicin, bleomycin sulfate, mitomycin, mithramycin, vincristine sulfate, vinblastine sulfate, cyclophosphamide, dacarbazine, carmustine, and leucovorin calcium in underfilled plastic and glass administration containers was determined.

Drugs were reconstituted according to manufacturers' instructions and added to 5% dextrose injection 50 ml in both polyvinyl chloride bags and glass partial-fill bottles. In addition, mitomycin was added to 0.9% sodium chloride injection 50 ml in both polyvinyl chloride bags and glass partial-fill bottles. All admixtures were stored at room temperature, and protected from light. Stability was determined over 24 hours (48 hours for doxorubicin and fluorouracil) by high-pressure liquid chromatography, except for cyclophosphamide (analyzed by mass spectrometry) and carmustine (analyzed by spectrophotometry).

Methotrexate, leucovorin calcium, cytarabine, dactinomycin, mithramycin, vinblastine sulfate, cyclophosphamide, and dacarbazine were equally stable (10% or less change in concentration over 24 hours) in glass and plastic containers. Doxorubicin and fluorouracil were more stable in plastic containers than glass containers. The T₉₀ value for doxorubicin in glass was 40 hours; there was no apparent decrease in plastic even after 48 hours. The T₉₀ value for fluorouracil in glass was seven hours and in plastic, 42 hours. Vincristine sulfate, bleomycin sulfate, and carmustine were more stable in glass than plastic. The T₉₀ value for vincristine sulfate in plastic was 10 hours. The T₉₀ value for bleomycin sulfate in plastic was 0.7 hour. The T₉₀ value for carmustine in plastic was 0.8 hour. Mitomycin dissolved in 0.9% sodium chloride injection was more stable in plastic. Mitomycin dissolved in 5% dextrose injection was not stable.

Carmustine and bleomycin sulfate should be administered only in glass containers. Continuous infusions of doxorubicin and fluorouracil are more completely delivered from plastic containers. Mitomycin should not be dissolved in 5% dextrose injection.

Index terms: Antineoplastic agents; Bleomycin sulfate; Carmustine; Containers; Cyclophosphamide; Cytarabine; Dacarbazine; Dactinomycin; Dextrose; Doxorubicin; Fluorouracil; Glass; Injections; Leucovorin calcium; Methotrexate; Mithramycin; Mitomycin; Plastics; Sodium chloride; Stability; Vinblastine sulfate; Vincristine sulfate

John A. Benvenuto, Ph.D., is Associate Pharmacologist, Department of Developmental Therapeutics; Roger W. Anderson, M.S., is Director, Department of Pharmacy Services, M.D. Anderson Hospital and Tumor Institute. Kent Kerkof, M.S., is Technical Affairs Manager, Parenteral Products Division, Travenol Laboratories, Inc., Deerfield, IL. Ronald G. Smith, Ph.D., is Associate Professor of Organic Chemistry, and Ti Li Loo, D.Phil., is Professor and Chief, Section of Pharmacology, Department of Developmental Therapeutics, M.D. Anderson Hospital and Tumor Institute, Houston, TX.

Address reprint requests to Dr. Benvenuto at the Department of Developmental Therapeutics, M.D. Anderson Hospital and Tumor Institute, Houston, TX 77030.

The assistance of Stuart O. Zimmerman and Dennis A. Johnston for statistical analyses and Mary Myers and Cindy Tubb for technical assistance is acknowledged.

Supported by Contract N01-CM 87185 and Grant CA 14528 from Division of Cancer Treatment, National Cancer Institute, NIH, USPHS, and a grant from Travenol Laboratories, Inc.

Copyright © 1981, American Society of Hospital Pharmacists, Inc. All rights reserved.

Chemotherapy is now an established treatment modality of cancer, and considerable effort has been expended to study pharmaceutical, biochemical, biological, pharmacological, and clinical properties of antitumor agents. However, there is a paucity of published data on the stability and compatibility of these agents in administration fluids and containers.[1]

The therapeutic advantages of continuous infusion versus intermittent small-volume infusion or i.v. push have been suggested.[3-4] However, the principal considerations in the choice between continuous infusion, intermittent infusion, or i.v. push are the practical ones of patient comfort, physician/nurse convenience, and drug stability.

Many institutions have specific guidelines for the i.v. administration of anticancer agents. These policies often exclude nursing personnel from the i.v. push administration of some agents. Recently, the use of underfilled i.v. containers has become a viable alternative to i.v. push administration. Generally, drug administration in a small volume through an established i.v. site is compatible with most i.v. guidelines. Therefore, with the increasing use of continuous i.v. infusion and intermittent small volume i.v. infusion modes of administration it is imperative that the stability and compatibility of anticancer drugs in administration vehicles and containers be investigated. We have determined the stability of 13 anticancer drugs (methotrexate, fluorouracil, cytarabine, dactinomycin, doxorubicin, bleomycin sulfate, mitomycin, mithramycin, vincristine sulfate, vinblastine sulfate, cyclophosphamide, dacarbazine, and carmustine) in underfilled plastic and glass administration containers. In addition, the stability of leucovorin calcium, a naturally occurring folate used to "rescue" patients from high-dose methotrexate toxicity, was studied.

High-pressure liquid chromatographic (HPLC) methods were developed for the analysis of the majority of these drugs. The efficiency, rapidity, and specificity of HPLC makes it an ideal technique for these studies.[5] Assays can be developed so that not only the drug in question can be determined but also the degradation products may be detected and identified.

### Methods

*Sample Preparation.* Drugs were reconstituted according to package inserts and resulting solutions were added to 50 ml 5% Dextrose Injection, USP, in plastic bags (Viaflex, polyvinyl chloride, Travenol Laboratories, Lots CP 439L9, LV05F8, and ZV 05F8) and glass containers (Travenol, Lots G470L8 and G47054C). Mitomycin was also added to 50 ml 0.9% Sodium Chloride Injection, USP, in plastic bags (Travenol, Lot 2V22X6) and glass containers (Travenol, Lot 653654) (Table 1). Drug solutions were maintained at room temperature and were not protected from light. At specified times, 7-ml samples of solution withdrawn by syringe; 3 ml was used for pH determinations. Drug content of samples was determined by HPLC, mass spectrometry, or spectrophotometry. A drug was defined as stable if there was a 10% or less change in drug concentration over 24 hr.

0002-9289/81/1201-1914$01.50

Antitumor agents

**Table 1. Reconstitution Conditions, Final Concentrations, and pH Values of Drug Solutions**

| Drug | Manufacturer | Lot Number | Amount | Reconstitution Solvent | Reconstitution Volume | Final Concentration | Initial pH Plastic | Initial pH Glass |
|---|---|---|---|---|---|---|---|---|
| Methotrexate | Lederle | 505-217 | 50 mg | None | | 0.96 mg/ml | 6.81 | 7.30 |
| Leucovorin calcium | Lederle | 536-485 | 50 mg | Sterile water | 5 ml | 0.91 mg/ml | 7.18 | 7.50 |
| Vinoristine sulfate | Eli Lilly | 1GP300 | 1 mg | Bacteriostatic sodium chloride injection[a] | 10 ml | 16.7 μg/ml | 4.13 | 4.67 |
| Doxorubicin | Adria | 346 | 10 mg | Sodium chloride injection USP[b] | 5 ml | 0.18 mg/ml | 4.20 | 4.75 |
| Fluorouracil | Roche | 1585-03296 | 500 mg | None | | 6.3 mg/ml | 8.77 | 8.78 |
| Cyclophosphamide | Mead Johnson | MJN 97 | 500 mg | Sterile water[c] | 25 ml | 6.6 mg/ml | 4.45 | 5.60 |
| Cytarabine | Upjohn | 466 FX | 100 mg | Bacteriostatic water[c] | 5 ml | 1.67 mg/ml | 4.73 | 4.76 |
| Dactinomycin | Merck, Sharpe & Dohme | 9778A | 0.5 mg | Sterile water | 1.1 ml | 9.8 μg/ml | 4.00 | 4.50 |
| Decarbazine | Dome | FCC8 | 100 mg | Sterile water | 9.9 ml | 1.7 mg/ml | 3.80 | 3.50 |
| Vinblastine sulfate | Eli Lilly | 3PX90A | 10 mg | Sodium chloride irrigation USP[d] | 10 ml | 0.17 mg/ml | <4.1 | 4.6 |
| Mitomycin (in D₅W) | Bristol | G8036 | 20 mg | None | | 0.40 mg/ml | 5.54 | 6.23 |
| Mitomycin (in NS) | Bristol | G8036 | 20 mg | None | | | | |
| Mithramycin | Dome | AF18 | 2.5 mg | Sterile water | 5 ml | 0.40 mg/ml | 6.25 | 6.39 |
| Carmustine | Bristol | A9000 | 100 mg | EtOH/water | 30 ml | 23.6 μg/ml | 4.42 | 4.99 |
| Bleomycin sulfate | Bristol | B8X08 | 15 units | None | | 1.25 mg/ml | 4.20 | 4.60 |
| | | | | | | 0.3 units/ml | 4.10 | 4.85 |

[a] Lot number 1GP30O, Eli Lilly and Company.
[b] Lot number 74-421-De-3, Abbott Laboratories.
[c] Lot number 85-616-DK, Abbott Laboratories.
[d] Lot number 099F8, Upjohn.
[e] Lot number 16-166-FD-92, Abbott Laboratories.

*HPLC Analysis.* Drug analyses were performed by HPLC except for cyclophosphamide and carmustine. A Waters Associates (Milford, MA) liquid chromatograph equipped with a M6000 pump, a U6K injector, and a Schoeffel SF 770 UV detector was used. Peak areas and retention times were determined by electronic integration using Waters Data-Module. Separations were achieved on a Waters Associates μBondapac C₁₈ column (4 mm × 30 cm). HPLC conditions for each drug and pooled coefficients of variation are listed in Tables 2 and 3.

*Mass Spectrometric Analysis of Cyclophosphamide.* Samples of 10 μl each were added to 1 ml phosphate buffer, pH 8.5, and cyclophosphamide was extracted into 1 ml of chloroform containing 100 μg isophosphamide as internal standard. The chloroform phase was transferred to another vial and triplicate 1-μl aliquots were analyzed for cyclophosphamide with a Finnigan 3300 gas chromatograph-mass spectrometer equipped with an Incos Data System. The gas chromatographic column was a 1.2 × 2 mm (i.d.) glass column packed with 3% OV-17 on Anakrom Q (90–100 mesh) and was isothermal at 200°. Isophosphamide and cyclophosphamide were eluted at 2.0 and 2.7 min. The mass spectrometer was scanned between m/e 100 and 360. The ratio of cyclophosphamide to isophosphamide in each sample was measured using the areas of the respective peaks in the m/e 307 mass chromatogram.

*Analysis of Carmustine.* Carmustine was analyzed by the colorimetric method of Loo and Dion.[6]

*Statistical Analyses.* The analysis of covariance was used to determine the significance of differences between the slopes and intercepts of the peak area versus time curves.[7] Also, the Student's t test was used to determine the significance of differences between mean peak areas at time 0 and those at each of the later times. Values of p less than 0.05 were considered significant. Pooled coefficients of variation (CV$_p$) of HPLC measurements were calculated by the following equations:

$$CV_p = \text{Pooled Standard Deviation } (S_p)/\text{Mean Initial Peak Area}$$

$$S_p = \sqrt{[(n_1-1)S_1^2 + (n_2-1)S_2^2 + \ldots + (n_i-1)S_i^2]/[n_1 + n_2 \ldots + n_i - i]}$$

where $S_i$ is the standard deviation of triplicate analyses at time i, and $n_i$ is the number of data points at time i.

**Results and Discussion**

The results of the stability studies are presented in Table 4 and the p values for the significance of slopes and intercepts of drug decreases are presented in Table 5. Except for doxorubicin, the pH values did not change significantly over time. Methotrexate, leucovorin calcium, cytarabine, dactinomycin, mithramycin, cyclophosphamide, decarbazine, and vinblastine sulfate were equally stable when dissolved in 5% dextrose injection in both plastic and glass. Fluorouracil in 5% dextrose injection showed a biphasic decrease in both glass and plastic (Figure 1). In glass, however, the initial decrease was greater and more rapid. The adsorption of solid fluorouracil by glass has been reported.[8] The decrease of fluorouracil content in glass was 10% by seven hours; however, a 10% decrease was not observed until 43 hours in

Antitumor agents

## Table 2. HPLC Conditions for the Analysis of Antitumor Agents[a]

| Drug | Solvent | Detector Wavelength (nm) | Flow Rate (ml/min) | Sample Volume (μl) | Retention Time (min) |
|---|---|---|---|---|---|
| Methotrexate | 5mM NH₄CO₂H, pH3.5-MeOH(80:40) | 254 | 1 | 20 | 4.33 |
| Leucovorin calcium | 5mM NH₄CO₂H, pH3.5-MeOH(70:30) | 280 | 1 | 5 | 5.83 |
| Vincristine sulfate | H₂O-MeOH (80:20) | 254 | 1 | 5 | 5.83 |
| Doxorubicin | 5mM Octanesulfonic acid pH3.5-MeOH (20:80) | 254 | 2 | 20 | 8.00 |
|  |  | 254 | 1 | 10 | 5.10 |
| Fluorouracil | H₂O | 270 | 2 | 5 | 8.10 |
| Cytarabine | 0.01M NH₄H₂PO₄, pH7 | 270 | 2 | 10 | 3.10 |
| Dactinomycin | 0.01M NH₄CO₂H, pH3.5-MeOH(20:80) | 254 | 2 | 40 | 3.75 |
| Decarbazine | 0.05M NaOAc, pH3.5-MeOH(80:20) | 254 | 2 | 2 | 5.5 |
| Vinblastine sulfate | 0.01M NH₄CO₂ H, pH3.5-MeOH(60:40) | 265 | 2 | 25 | 4.33 |
| Mitomycin | H₂O-MeOH (50:50) | 254 | 1 | 5 | 4.13 |
| Mithramycin | H₂O-MeOH (75:25) | 285 | 2 | 50 | 2.60 |
| Bleomycin sulfate | 5mM Heptanesulfonic acid | 265 | 2 | 50 | Peak 1 1.80 |
|  |  |  |  |  | Peak 2 2.56 |
|  |  |  |  |  | Peak 3 4.58 |
|  |  |  |  |  | Peak 4 5.41 |

[a] All separations were achieved on μC₁₈ reverse phase columns. For fluorouracil, two columns in series were used.

## Table 3. Pooled Coefficients of Variation for HPLC Analyses[a]

| Drug | Pooled Coefficients of Variation (%) | |
|---|---|---|
|  | Glass | Plastic |
| Methotrexate | 0.75 | 1.3 |
| Leucovorin calcium | 2.4 | 1.3 |
| Vincristine sulfate | 3.5 | 1.8 |
| Doxorubicin | 2.1 | 1.8 |
| Fluorouracil | 1.7 | 1.6 |
| Cytarabine | 2.2 | 2.8 |
| Dactinomycin | 1.1 | 1.5 |
| Decarbazine | 2.1 | 2.3 |
| Vinblastine sulfate | 3.0 | 4.4 |
| Mitomycin (in D5W) | 3.3 | 2.3 |
| Mitomycin (in NS) | 2.5 | 2.2 |
| Mithramycin | 2.3 | |
| Bleomycin sulfate Peak 2 | 1.4 | 2.4 |
| Peak 3 | 2.4 | 1.7 |
|  |  | 1.3 |

[a] See Methods for equations used.

## Table 4. Stability of Antitumor Agents[a]

| Drug | Glass | Plastic |
|---|---|---|
| Methotrexate | Stable | Stable |
| Leucovorin calcium | Stable | Stable |
| Vincristine sulfate | Stable | 10 hr |
| Doxorubicin | 40 hr | Stable |
| Fluorouracil | 7 hr | 43 hr |
| Cyclophosphamide | Stable | Stable |
| Cytarabine | Stable | Stable |
| Dactinomycin | Stable | Stable |
| Decarbazine | Stable | Stable |
| Vinblastine sulfate | Stable | Stable |
| Mitomycin (in D5W) | 1 hr | 2 hr |
| Mitomycin (in NS) | Stable | Stable |
| Mithramycin | Stable | Stable |
| Carmustine | 7.7 hr | 6.6 hr |
| Bleomycin sulfate | | |
| Peak 1 | Stable | Stable |
| Peak 2 | Stable | Stable |
| Peak 3 | 11 hr | 1.3 hr |

[a] In 5% dextrose injection except where noted. Stability studies were conducted for 24 hr, except for doxorubicin and fluorouracil which were studied for 48 hr. For those drugs listed as stable there was less than a 10% change in drug content for the duration of the study. Those drugs for which a decrease in drug content was observed, the times at which a 10% decrease occurred (T₉₀) as determined from the least squares regression plots of peak area versus time are presented.

## Table 5. Differences from Initial Values of Slopes and Intercepts of Drugs for Which a Decrease in Concentration Was Observed

| Drug | p values | |
|---|---|---|
|  | Intercept | Slope |
| Vincristine sulfate | | |
| Glass | 0.014 | 0.94 |
| Plastic | 0.15 | 0.00002 |
| Doxorubicin | | |
| Glass | 0.78 | 0.00012 |
| Plastic | 0.96 | 0.60 |
| Fluorouracil | | |
| Glass | 0.20 | 0.04 |
| Plastic | 0.92 | 0.02 |
| Mitomycin (in D5W) | | |
| Glass | 0.05 | 0.36 |
| Plastic | 0.10 | 0.02 |
| Carmustine | | |
| Glass | 0.80 | 0.014 |
| Plastic | 0.02 | 0.0004 |
| Bleomycin sulfate—peak 2 | | |
| Glass | 0.32 | 0.18 |
| Plastic | 0.002 | 0.48 |
| Bleomycin sulfate—peak 3 | | |
| Glass | 0.11 | 0.72 |
| Plastic | 0.02 | 0.16 |



Figure 1. Decrease of fluorouracil in plastic (—●—) and glass (--△--).

plastic.
differe
they w

Dox
slowly
2). The
even b
accomp
clear o
from 4
reflect

The
trose i
(Figur
glass c
Again,
in plas
may b
termir
ycin a
jectio
and pl
than t
Car
ther g

Figur
t₁₂
100

Figu
taini

Antitumor agents

plastic. After the initial decrease there was no significant difference between the slopes of the decay curves, although they were significantly different from zero.

Doxorubicin content in 5% dextrose injection declined slowly in glass showing a 10% decrease by 40 hours (Figure 2). There was no apparent decrease of doxorubicin in plastic even by 48 hours. The decrease of doxorubicin in glass was accompanied by a change in color of the solution from bright clear orange to clear reddish-orange and an increase in pH from 4.75 initially to 6.26 at 48 hours. These changes may reflect decomposition of doxorubicin.

The stability of mitomycin was studied in both 5% dextrose injection (Figure 3) and 0.9% sodium chloride injection (Figure 4). As expected, mitomycin was not stable in either glass or plastic when dissolved in 5% dextrose injection.[9] Again, the decay curves are biphasic with the initial phase in plastic being steeper than that in glass. The initial phases may be indicative of interaction with the container while the terminal phases may indicate drug decomposition. Mitomycin appears to be more stable in 0.9% sodium chloride injection, but an initial decrease of drug content in both glass and plastic was again observed, although to a lesser extent than those in 5% dextrose injection.

Carmustine in 5% dextrose injection was not stable in either glass or plastic (Figure 5). A rapid biphasic degradation

of carmustine in plastic was observed with an 18.5% decrease by 1 hour. A 10% decrease in carmustine occurred by 0.6 hour. This indicates that prolonged infusions of carmustine from plastic bags is not advisable. Carmustine in glass, on the other hand, showed an exponential decline with a 10% decrease by 7.7 hours. Recently, Colvin et al.[10] reported that carmustine in 5% dextrose injection or 0.9% sodium chloride injection was stable up to 90 min.

Bleomycin sulfate in 5% dextrose injection consists of 11 components, 9 of which were detected by HPLC. Only the four major peaks in the chromatogram were used for analysis. Of these, only two showed change with time (Figure 6). Peak 2 of bleomycin in the glass container did not change significantly over 24 hours; however, peak 3 had a $T_{90}$ of 11 hours. The two bleomycin peaks of interest did decrease significantly in plastic; peak 2 decreased by 13.8% in 1 hour ($T_{90}$ = 0.7 hour) while peak 3 decreased by 9.9% by 1 hour ($T_{90}$ = 1.3 hours). These data suggest that prolonged infusions in plastic containers should be avoided.

By 10 hours there was a significant decrease in detectable vincristine sulfate in 5% dextrose injection in the plastic



Figure 2. Decrease of doxorubicin in plastic (—•—) and glass (--▲--).



Figure 4. Decrease of mitomycin in plastic (—•—) and glass (--▲--) containing normal saline.



Figure 3. Decrease of mitomycin in plastic (—•—) and glass (--▲--) containing D₅W.



Figure 5. Decrease of carmustine in plastic (—•—) and glass (--▲--).

Antitumor agents



Figure 6. Decrease of bleomycin sulfate (peaks 2 and 3) in plastic (peak 2, —O—; peak 3, —●—) and glass (peak 2, --▲--; peak 3, --△--).



Figure 7. Decrease of vincristine sulfate in plastic (—●—) and glass (--△--).

container (Figure 7). This was an exponential decrease with a 10% reduction in vincristine concentration by 10 hours. The decrease of vincristine in the glass container, although statistically significant, was not greater than 10%.

## Conclusion

Although there was not a significant difference between the stability of the majority of antitumor drugs in plastic and glass containers, there were a number of exceptions. Carmustine and bleomycin sulfate should be administered only in glass containers. Continuous infusions of doxorubicin and fluorouracil are more completely delivered from plastic containers. Mitomycin dissolved in 5% dextrose injection was not stable in either glass or plastic, and, as recommended by the manufacturer, should be administered only in 0.9% sodium chloride injection.

## References

1. Humphreys A, Marty JJ, Gooey SL et al. Stability of metho-
trexate in an intravenous fluid. Aust J Hosp Pharm. 1978; 8:
66–7.
2. Loghe SS, Benjamin RS, Yap HY et al. Augmentation of adri-
amycin therapeutic index by prolonged continuous i.v. infusion
for advanced breast cancer. Proc Am Assoc Cancer Res. 1978;
20:381.
3. Lu K, Yap HY, Watts S et al. Comparative clinical pharma-
cology of vinblastine (VLB) in patients with advanced breast
cancer. Proc Am Soc Clin Oncol. 1979; 20:371.
4. Ho DHW, Frei E. Clinical pharmacology of 1-β-D-arabinofu-
ranosyl-cytosine. Clin Pharmacol Ther. 1971; 12:944–54.
5. Benvenuto JA, Hall SW, Farquhar D et al. High pressure liquid
chromatography in pharmacological studies of antitumor drugs.
In: Hawk GL, ed. Biological/biomedical applications of liquid
chromatography. New York: Marcel Dekker, Inc; 1979.
6. Loo TL, Dion RL. Colorimetric method for the determination
of 1,3-bis(2-chloroethyl)-1-nitrosourea. J Pharm Sci. 1965;
54:809–10.
7. Brownlee KA. Statistical theory and methodology in science
and engineering. 2nd ed. New York: John Wiley; 1965:363–
91.
8. Driessen O, DeVos D, Timmermans PGA. Adsorption of fluo-
rouracil on glass surfaces. J Pharm Sci. 1978; 67:1494–5.
9. Bristol Laboratories. Mitomycin package insert. Syracuse, NY;
1978 Dec.
10. Colvin M, Hartner J, Summerfield M. Stability of carmustine
in the presence of sodium bicarbonate. Am J Hosp Pharm. 1980;
37:677–8.

"

### Respect for Intellectual Achievement

...In China, between 1966 and 1976, intellectuals were denounced, belittled, and sometimes banished. The result has been tragic, especially for a culture which for thousands of years placed great emphasis on the life of the mind and which has contributed so much to the fund of knowledge of the civilized world. The Chinese have not only lost face as a nation, they have been hindered in making the technological and sociological advances needed to feed their population and improve their standard of living.

Can it happen here? There is more than one way to undermine a people's faith in learning, and we are already partway down that road. We have scorned to reward excellence in intellectual endeavor, and the average American today speaks only one language and has relatively little understanding of science or human behavior. We do not live in China, and the Golden Fleece award is hardly the same as banishment to the mountains of Yunnan. Yet we must find ways to keep alive the respect for education and intellectual achievement which has helped us attain our present standard of living. We must also remember that a republic cannot long remain both ignorant and free ....

—Gonzales NL. In defense of elitism. Science. 1981; 213:965. Editorial.

"

# EXHIBIT 3

US006107285A

# United States Patent [19]

Gatti et al.

[11] Patent Number: 6,107,285

[45] Date of Patent: *Aug. 22, 2000

[54] INJECTABLE READY-TO-USE SOLUTIONS CONTAINING AN ANTITUMOR ANTHRACYCLINE GLYCOSIDE

[75] Inventors: Gaetano Gatti, Sesto San Giovanni; Diego Oldani, Robecco sul Naviglio; Giuseppe Bottoni, Bergamo; Carla Confalonieri, Cusano Milanino; Luciano Gambini, Comaredo; Roberto De Ponti, Milan, all of Italy

[73] Assignee: Pharmacia & UpJohn Company, Kalamazoo, Mich.

[*] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: 07/827,742

[22] Filed: Jan. 29, 1992

### Related U.S. Application Data

[62] Division of application No. 07/503,856, Apr. 3, 1990, Pat. No. 5,124,317.

[30] Foreign Application Priority Data

Aug. 2, 1985 [GB] United Kingdom .............. 8519452

[51] Int. Cl.$^7$ .................................... A61K 31/70
[52] U.S. Cl. .................................... 514/34; 536/6.4
[58] Field of Search .................. 536/6.4, 34; 424/78; 514/34

[56] References Cited

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,590,028 | 6/1971 | Arcamone et al. . |
| 3,686,163 | 8/1972 | Arcamone et al. . |
| 4,035,566 | 7/1977 | Modest et al. . |
| 4,039,663 | 8/1977 | Zeliaski . |
| 4,039,663 | 8/1977 | Penco et al. . |
| 4,039,736 | 8/1977 | Bockner et al. . |
| 4,046,878 | 9/1977 | Patelli et al. ............. 514/34 |
| 4,058,519 | 11/1977 | Arcamone et al. ......... 514/34 |
| 4,087,969 | 1/1978 | Penco et al. . |
| 4,075,328 | 2/1978 | Ducep et al. . |
| 4,109,076 | 8/1978 | Henry et al. ............. 536/4 |
| 4,109,079 | 8/1978 | Kawahara et al. . |
| 4,177,264 | 12/1979 | Wu et al. . |
| 4,250,303 | 2/1981 | Wu et al. . |
| 4,296,105 | 10/1981 | Bauxin et al. . |
| 4,525,947 | 4/1982 | Penco et al. . |
| 4,327,087 | 4/1982 | Rosenkrantz et al. . |
| 4,438,105 | 3/1984 | Sarato et al. . |
| 4,537,593 | 8/1985 | Alchas ............. 604/411 |
| 4,564,054 | 1/1986 | Gustavsson ............. 141/329 |
| 4,576,211 | 3/1986 | Valcntini et al. ......... 141/329 |
| 4,588,403 | 5/1986 | Weiss et al. ............. 604/411 |
| 4,675,311 | 6/1987 | Gatti et al. . |
| 4,746,516 | 5/1988 | Mero et al. ............. 514/34 |
| 4,786,281 | 11/1988 | Valentini et al. ......... 604/256 |
| 4,946,831 | 8/1990 | Gatti et al. ............. 514/34 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 1005760 | 2/1977 | Canada . |
| 1041488 | 10/1978 | Canada . |
| 1046507 | 1/1979 | Canada . |
| 1046508 | 1/1979 | Canada . |
| 1204758 | 5/1980 | Canada . |
| 1129544 | 8/1982 | Canada . |
| 1203482 | 4/1986 | Canada . |
| 129606 | 1/1985 | European Pat. Off. . |
| 0 401 896 A1 | 12/1990 | European Pat. Off. . |
| 2 314 725 | 1/1977 | France . |
| 2 432 525 | 2/1980 | France . |
| 29 27 452 | 1/1980 | Germany . |
| 35 36 896 | 4/1986 | Germany . |
| 60-92212 | 10/1983 | Japan . |
| 6092212 | 5/1985 | Japan . |
| 8502869 | 10/1985 | Netherlands . |
| 2 007 645 | 5/1979 | United Kingdom . |
| 2 124 224 | 2/1984 | United Kingdom . |
| 216751 | 4/1986 | United Kingdom . |
| 2 178 311 | 2/1987 | United Kingdom . |
| 985598 | 3/1995 | United Kingdom . |

OTHER PUBLICATIONS

Arcamone et al, "Structure and Physicochemical Properties", Internation Symposium on Adriamycin (1972) pp. 9–22.

Benvenuto et al, American Journal of Hospital Pharmacy, vol. 38 Dec. 1981, pp. 1914–1918.

Beijnen et al, Pharmaceutisch Weekblad Scientific Editor, vol. 7 (1985) pp. 109–116.

Wasserman et al, International Journal of Pharmaceuticals vol. 19 (1983) pp. 73–78.

Bosanquet, Cancer Chemother Pharmacol. (1986) vol. 17 pp. 1–10.

Electrochemical Properties of Adriamycin Adsorbed on a Mercury Electrode Surface Bull. Chem. Soc. Japan, Sep., 1984; vol. 57, pp. 2383–2390; Kenji Kano, Tomonori Konse, Naomi Nishimura and Tanekazu Kubota.

The Effects of the pH and the Temperature on the Oxidation–reduction Properties of Adriamycin Adsorbed on a Mercury Electrode Surface Bull. Chem. Soc. Japan, Feb. 1985; vol. 58, pp. 424–428; Kenji Kano, Tomonori Konse, and Tanekazu Kubota.

American Journal of Hospital Pharmacy, vol. 38, Dec. 1981, pp. 1914–1918, J. Benvenuto, et al., "Stability and Compatibility of Antitumor Agents in Glass and Plastic Containers".

Rote Liste, 1984, Preparation No. 85 031 (with English translation).

(List continued on next page.)

Primary Examiner—Elli Peselev
Attorney, Agent, or Firm—McDonnell, Boehnen, Hulbert & Berghoff

[57] ABSTRACT

According to the invention there is provided a sterile, pyrogen-free, ready-to-use solution of an anthracyclinic glycoside, especially doxorubicin, which consists essentially of a physiologically acceptable salt of an anthracycline glycoside dissolved in a physiologically acceptable solvent therefor, which has not been reconstituted from a lyophilizate and which has a pH of from 2.5 to 6.5. The solution of the invention is particularly advantageous for the administration by injection of the anthracyclinic glycoside drugs, e.g. doxorubicin, in the treatment of both human and animal tumors.

13 Claims, No Drawings

### OTHER PUBLICATIONS

H. Bohme, et al., "Europaisches Arzneibuch III," 1979, p. 654 (with English translation).

*The Interpharm International Dictionary of Biotechnology and Pharmaceutical Manufacturing*, edited by Dean E. Snyder, Publisher Buffalo Grove, IL: Interpharm Press, Inc., 1992.

Merck Index, 10th edition 1983, p. 499, entry 3,435.

Bosanquet, "Stability of solutions of antineoplastic agents during preparation and storage for in vitro assays", *Cancer Chemotherapy and Pharmacology*, vol. 17, 1986, pp. 1–10.

Rolf Kaltofen, Joachim Ziemann et al., *Tabellenbuch Chemie*, 12th edition, pp. 172, 181.

Yüksel, "Determination of Ceftriaxone in Aqueous Humour and Serum Samples by Differential–pulse Adsorptive Stripping Voltammetry", *Analyst*, vol. 119, 1994, pp. 1575–1577.

Falbe et al., *Rompp Chemie Lexikon*, 9th edition, Georg Thieme Verlag Stuttgart, New York, 1992, "Buffers", pp. 3677–3678.

Mortimer, *Chemie*, 3rd edition, Georg Thieme Verlag Stuttgart, New York, 1980, pp. 490–494.

Tan, C. et al., Daunomycin, an Anti–Tumor Antibiotic, in the Treatment of Neoplastic Disease, Mar. 1967, *Cancer* 20:333–353.

Samuels, L.D. et al., "Daunorubicin Therapy in Advanced Neuroblastoma", Apr. 1971, *Cancer* 27:831–834.

Miller, A.A. and Schmidt, C.G., "Clinical Pharmacology and Toxocology of 4A–O–tetrahydropyranyladriamycin", Mar. 1, 1987, *Cancer Research* 47:1461–1465.

Rozencweig, M. et al., "Preliminary Experience with Marcellomycin: Pre–Clinical and Clinical Aspects" p. 5499–561.

Arcamone et al. (1969), "Adriamycin, 14–Hydroxydaunomycin, a New Antitumor Antibiotic from *S. Peucetius Var. Caesius*," *Biotechnology and Bioengineering*, vol. XI, pp. 1101–1110.

Despois et al. (1967), "Isolement D'un Nouvel Antibiotique Doue D'Activite Antitumorale: La Rubidomycine (13.057 R.P.) Identife De La Rubidomycine et de La Daunomycine," *Path. Biol.*, vol. 15, pp. 887–891.

Lokich et al. (1983), "Constant Infusion Schedule for Adriamycin: A Phase I–II Clinical Trial of a 30–Day Schedule by Ambulatory Pump Delivery System," *J. Clinical Oncology*, vol. 1, pp. 24–28.

Wasserman and Bundgaard (1983), "Kinetics of the Acid–Catalyzed Hydrolysis of Doxorubicin," *International J. Pharmaceutics*, vol. 14, pp. 73–78.

Merck Index (1996), Mitoxantrone, 12th Edition, Entry 6303, p. 1064.

Martindale (1989), Milstone, *The Pharmaceutical Press*, 29th Edition, London, Entry 1852–x, pp. 643–645.

ABPI Data Sheet Compendium, 1994–1995, "Novantrone Injection," Lederle Laboratories, pp. 752–754.

Geigy Scientific Tables, vol. 3, *Physical Chemistry Composition of Blood Hematology Somatometric Data*, 8th revised and enlarged edition, Edited by C. Lentner, pp. 54–60.

Chemical Abstracts, vol. 92 (1980), 99512 c.

Chemical Abstracts, vol. 94 (1981), 214489f.

Chemical Abstracts, vol. 99 (1983), 146022z.

Chemical Abstracts, vol. 101 (1984), 122451x.

Chemical Abstracts, vol. 102 (1985), 209266k.

Chemical Abstracts, vol. 104 (1986), 39716d.

Arzneimittel–Forschung, vol. 17 (1967), pp. 934–939.

The Merck Index (1983) p. 3436.

Pharmaceutisch Weekblad, Scientific Edition, vol. 7, Jan. 21, 198 pp. 109–116.

Pharmaceutisch Weekblad, Scientific Edition, vol. 8, Apr. 25, 1986 pp. 109–133.

Journal of Chromatography 299 (1984), pp. 489–494.

Patent Abstracts of Japan (1956), 92212.

Martindale, The Extra Pharmacopoeia (1982), pp. 205–208.

Nox. Pharm. Acta, 45, 61–67 (1983).

J. Pharm. Biomed Anal., 2, 297–303 (1984).

American Journal of Hospital Pharmacy, vol. 38, pp. 483–486, Apr., 1981, G. K. Poochikian, et al., "Stability of Anthracycline Antitumor Agents in Four Infusion Fluids".

International Journal of Pharmaceutics, vol. 23, No. 1, pp. 1–11, Jan., 1985, M. J. H. Janssen, et al., "Doxorubicin Decomposition on Storage. Effect of pH, Type of Buffer and Liposome Encapsulation".

The United States Pharmacopeia, Twentieth revision, p. 266, Jul. 1, 1980.

Chemical Abstracts, vol. 88, p. 396, No. 197, p. 396, No. 197526X, 1978, T. Kaniewska, "Study of the Decomposition of Adriamycin".

Journal of Pharmaceutical Sciences, vol. 67, No. 6, pp. 782–785, Jun., 1978, S. Eksborg, "Extraction of Daunorubicin and Doxorubicin and Their Hydroxyl Metabolites: Self–Association in Aqueous Solution".

Journal of Pharmaceutical Sciences, vol. 73, No. 6, pp. 766–770, M. Menozzi, et al., "Self–Association of Doxorubicin and Related Compounds in Aqueous Solution".

International Symposium on Adriamycin, pp. 9–22, 1972, F. Arcamone, et al., "Structure and Physicochemical Properties of Adriamycin (Doxorubicin)".

Journal of Pharmaceutical and Biomedical Analysis, vol. 2, No. 2, pp. 297–303, 1984, S. Eksborg, et al., "Liquid Chromatography in Anticancer Drug Research with Special Reference to Anthraquinone Glycosides".

American Journal of Intravenous Therapy and Clinical Nutrition, vol. 8, No. 4, pp. 15–18, 1981, D. Ketchman, et al., "Cost Benefit and Stability Study of Doxorubicin Following Reconstitution".

Analytical Profiles of Drug Substances, vol. 9, pp. 245–274, 1980, A. Vigevani, et al., "Doxorubicin".

The Korean Pharmacopeia, 4 pages, 1977, Section "Injectiion".

The Guidelines for Examination for Each Industrial Field, Chapter "Medicament", 4 pages.

International Journal of Pharmaceutics, vol. 14, pp. 73–78, 1983, K. Wasserman, et al., Kinetics of the Acid–Catalyzed Hydrolysis of Doxorubicin.

American Journal of Hospital Pharmacy, vol. 36, pp. 1536–1538, 1979, D. M. Hoffman, et al., "Stability of Refrigerated and Frozen Solutions of Doxorubicin Hydrochloride".

Pharmaceutical Society of Japan Journal, vol. 104, No. 6, pp. 614–623, Jan., 1984, T. Masuike, et al., "Determination of Adriamycin and its Metabolites in Biological Samples Using High Performance Liquid Chromatography. I. Analysis of Serum and Plasma by Direct Injection Method. II. Analysis of Tissues by Extraction Method".

American Journal of Hospital Pharmacy, vol. 38, pp. 483–486, Apr., 1981, G. K. Poochikian, Et al., "Stability of Anthracycline Antitumor Agents in Four Infusion Fluids".

Dorr (1979), "Incompatibilities with Parenteral Anticancer Drugs," *The American Journal of Intravenous Therapy*, Feb./Mar., pp. 42, 45–46, 52.

Bernard, J., et al. (1969) *Rubidomycin*, Springer–Verlag, Berlin–Heidelberg–New York.

Karlsen, J., et al. (1983), "Stability of Cytotoxic Intravenous Solutions Subjected to Freeze–Thaw Treatment", *Nor Pharm Acta*, vol. 45, pp. 61–67.

Vogelzang, N.J., et al. (1985), "Phase I Trial of an Implanted Battery–Powered, Programmable Drug Delivery System for Continuous Doxorubicin Administration," *Journal of Clinical Oncology*, vol. 3, No. 3 (Mar.), pp. 407–414.

Falk, K., et al. (1979), "Mutagenicity in Urine of Nurses Handling Cytostatic Drugs", *The Lancet*, Jun. 9, 1979, pp. 1250–1251.

"Union Warns of Cancer Drug Dangers", *Chemistry and Industry*, Jul. 4, 1983.

Lassila, O., et al. (1980), "Immune Function in Nurses Handling cytostatic Drugs", *The Lancet*, Aug. 30, 1980, p. 482.

Abstract of Medical Economics Co., *Chemistry–Industry*, Feb. 7, 1983, p. 99.

*Chemical Abstract*, vol. 99, p. 345 (1983), Abst. No. 99:218014y.

*Topics in Antibiotic Chemistry*, 2, 109–115, 1978.

Young et al. The Anthracycline Antineoplastic Drugs (1981) vol. 305(3) New England J. Med 139.

Casazza, Experimental Studies on New Anthracyclines (1984) (Proc. of Int. Symposium on Adriamycin: Ogawa et al. eds.).

Aubel Sadron et al., Daunorubicin and doxorubicin, anthracycline antibiotics, a physicochemical and biological review (1984) Biochemie 66, pp. 333–352.

Abdella et al., A Chemical perspective on the Anthracycline Antitumor Antibiotics, Env. Health Persp. vol. 64, pp. 3–18 (1985).

Arcamone, Daunomycin and Related Antibiotics. Topics in Antibiotic Chemistry. vol. 2 (Sammes, ed.) (1978).

Brown, Adriamycin and Related Anthracycline Antibiotics, Prog. Med. Chem. 15:124 (1978).

Goormaghtigh et al., Anthracycline Glycoside–Membrane Interactions, Biochem. Biophys. Acta: 271–288 (1984).

Skovsgaard et al., Adriamycin, An Antitumor Antibiotic : A Review with Special Reference to Daunomycin, Dan. Med. Bull 22(2):62 (1975).

Bachur et al., Cellular pharmacodynamics of several anthracycline antibiotics (1976) J. Med. Chem 19(5):651.

Suarato, "Antitumor Anthracyclines", *The Chemistry of Antitumor Agents* (1990) (Wilman, ed.).

Legha; "The Anthracyclines and Mitoxantrone", *Cancer Chemotherapy by Infusion* 2nd edition (Lokich et.) (1990) Precept Press.

Bouma et al., Anthracycline Antitumor agents: A review of physicochemical, analytical and stability properties Pharm. Weekblad Sc. Ed., vol. 8, p. 109 (1986).

Williams, Stability & Compatibility of Admixtures of Antineoplastic Drugs, *Cancer Chemotheraphy by Infusion* 2nd Edition (Lokich et.) (1990) Precept Press.

Williams et al., Photoinactivation of Anthracyclines (1981) Photochemistry & Photobiology, vol. 34, p. 131.

Poochikian et al., Stability of anthracycline antitumor agents in four infusion fluids (1981) Chemical Abstracts, vol. 94.214489f.

Koesters, et al., Stability of solutions of doxorubicin and epirubicin in plastic mini bags for intravenical use after storage at –20° C. and thawing by microwave radiation. (1986) Pharm. Weekblad Sc.Ed. vol 8 p. 144.

Bekers et al., Effect of cyclodextrins on anthracycline stability in acidic aqueous media (1988) Pharm. Weekblad. S. Ed., vol. 10,.207.

Wood, Mary Jayne: Stability of anthracycline cytotoxic agents in solution and infusion fluids–submitted for the degree of Master of Philosophy (The University of Aston in Birmingham), Oct. 1988.

Wood et al., Stability of Doxorubicin, Daunorubicin and Epirubicin in Plastic Syringes and Minibags (1990) J. Clin. Pharm. Therapeutics vol. 15. p. 279–289.

Crom et al., Pharmacokinetics of Anticancer Drugs in Children, Clin. Pharm. 12:pp. 168–213 (1987).

Greidanus, et al., "Continuous Infusion of Low–dose Doxorubicin, Epirubicin and Mitoxantrone", *Cancer Chemotherapy: A Review*, (1988) Pharm. Weekblad. Sci. Ed., vol. 10, p. 237.

Bachur et al., Daunorubicin and adriamycin metabolism in the golden syrian hamster (1973) Biochem. Med. vol. 8, p. 352.

Haneke et al., Quantitation of Daunorubicin, Doxorubicin, and their Aglycones by Ion–Pair Reversed–Phase Chromatography, J. Pharm. Sci. 70(10): 1112 (1981).

Tomlinson et al., Concomitant Adsorption and Stability of Some Anthracycline Antibiotics (Oct. 1982) 71 (10) J. Pharm Sci. 1121.

Von Hoff et al., Daunomycin: An Anthracycline Antibiotic Effective in Acute Leukemia, Adv. Pharm. Chemo. 15:1 (1978).

Cassinelli et al., La Daunomicina: Un Nuovo Antibiotico Ad Attivita Citostatica Isolamento E Proprieta (1963) Giorn. Microbial. 11:167.

Arcamone, La Constitution Chimique de la Daunomycine, Path. Biol. 15(19–20): 893 (1967).

Di Marco et al., Daunomycin, a New Antibiotic of the Rhodomycin Group, Nature 201: 706 (1964).

Angiuli et al., Structure of Daunomycin, X–Ray Analysis of N–Br–Acetyl–Daunomycin Solvate, Nature New Biol., 234:78 (Nov. 1971).

Trissel et al.; Investigational Drug Information (1978) Drug Intell. Clin. Pharm vol. 12, p. 404.

Handbook on Injectable Drugs (Trissel) 2nd Ed. 1980, p. 562.

Handbook on Injectable Drugs (Trissel) 5th Edition (1988), p. 222–223.

AHFS Drug Information 1984, p. 249–250.

AHFS Drug Information 1990, p. 501–503.

Fischer et al., The Cancer Chemotherapy Handbook 3rd Edition (1989), p. 65–69.

Drug Information for the Health Care Professional USP DI 1991—11th Edition, p. 1080–1084.

Beijnen, et al., Structure Elucidation and Characterization of Daunorubicin Degradation Products (1987) Int. J. Pharm., vol. 34, p. 247.

Bachur, Daunomycin Metabolism in Rat Tissue Slices., J. Pharm. Exp. Ther. 175(2):331.

Riley, et al., Review of New Drugs—1980, U.S. Pharm. 33 (Feb.1981).

Boiron et al., Daunorubicin in the Treatment of Acute Myelocytic Leukemia. The Lancet. (Feb. 1969), p. 330.

Di Marco et al., Activity of Adriamycin (NSC 123127) and Daunomycin (NSC 82151) Against Mouse Mammary Carcinoma, Cancer Chemother. Rep., part 1, vol. 56(2):153 (1972).

Barthelemy–Clavey et al., Self–Association of Daunorubicin, FEBS Lett., vol. 46(1), p. 5 (1974).