**6,107,285**

Page 4

Calendi et al., On Physico-Chemical Interactions between Daunomycin and Nucleic Acids, Biochem Biophys. Acta., vol. 103:25. (1965).

Schreier, Binding of Daunomycin to Acidic Phospholipids J. Par. Sci. Tech, vol. 43, No. 4, p. 213 (1989).

Dubost et al., Un nouvel antibiotique a proprietes cytostatiques: la rubidomycine (1963) C.R. Acad. Sci. Paris, 257, p. 813.

Maral et al., Etude Toxicologique et activite Antitumorale Experimentale de la Rubidomycine (13,057 R.P.) Path. Biol., vol. 15, No. 19–20, pp. 903–908 (1967).

Depois et al: Un nouvel antibiotique dove d'activite antitumorale la rubidomycine (13,057 R.P.), J. Preparation et properties, Artizial Forsch. 17:934 (1967).

Brezhnikova et al., Physicochemical Properties of Antitumour Antibiotic Rubomycin produced by Act. Coeruleomubides (1986) Antibiotid 11:763.

"Discovery & Development of Doxorubicin", *Doxorubicin, Anticancer Antibiotics* (Arcamone, eds.) (1981) Academic Press, pp. 1–47.

Blum et al., Adriamycin: A New Anticancer Drug with Significant Clinical Activity, Annals of Int. Med., 80:249–259 (1974).

Arcamone et al., Adriamycin (14–Hydroxydaunomycin), a Novel Antitumor Antibiotic Tetrahedron Letters No. 13, p. 1007–1010.

Di Marco et al., Adriamycin, a New Antibiotic, Antitumour, Activity, Cancer Chem. Reports, part 1, vol. 53, No. 1, p. 33 (1969).

Trissel: A Handbook on Injectable Drugs 2nd edition (1980), p. 196.

Trissel: A Handbook on Injectable Drugs 4th edition (1986), p. 215–217.

Trissel: A Handbook on Injectable Drugs 5th edition (1988), p. 259–264.

McEvoy, AHFS Drug Information 1984, p. 251–254.

AHFS Drug Information 1990, p. 504–507.

Fischer, The Cancer Chemotherapy Handbook 3rd edition (1989), p. 82–87.

Drug Information for the Health Care Professional USP DI (1991) 11th Edition, p. 1217–1222.

Benvenuto et al., Stability & Compatibility of Antitumor Agents in Glass & Plastic Containers, (Dec. 1981), Am. J. Hosp. Pharm., vol. 38, p. 1914.

Walker et al., Doxorubicin Stability in Syringes and Glass Vials and Evaluation of Chemical Contamination, Can J. Hosp. Pharm. 44(2): 71(1991).

Gupta et al., Investigation of the Stability of Doxorubicin Hydrochloride using Factorial Design, Drug Development & Industrial Pharmacy, (1988) vol. 14(12) p. 1657–1671.

Beijnen et al., Stability of intravenous admixtures of doxorubicin and vincristine. Am. J. Hosp. Pharm., vol. 43, p. 3022, (Dec. 1986).

Asker et al., Effect of Glutathione on Photolytic Degradation of Doxorubicin Hydrochloride, J. Par. Sci. Tech. (1986), 42(5):193.

Habib et al., Photostabilization of doxorubicin Hydrochloride with Radioprotective and Photoprotective Agents: Potential Mechanism for Enhancing Chemotherapy during Radiotherapy (Nov.–Dec. 1989) 43 J. Parenteral Science & Technology, vol. 43, No. 6, p. 254, (Nov.–Dec., 1989).

Speth, et al., Clinical Pharmacokinetics of Doxorubicin, Clin. Pharm., vol. 15, pp. 15–31, (1988).

Yee et al., Adriamycin: A Brief Review (Apr., 1981) Am. J. Int. Ther. Clin Nut. pp. 7–12.

Hoffman et al., Stability of Refrigerated and Frozen Solutions of Doxorubicin Hydrochloride (Nov. 1979), Am. J. Hosp. Pharm. vol. 36(11) 1536–1538.

Karlson et al., Stability of cytotoxic intravenous solutions subjected to freeze–thaw treatment (1983), Chemical Abstracts, vol. 99, No. 146622, p. 374.

Gej, et al., Compatibility of Doxorubicin Hydrochloride and Vinblastine Sulfate—The Stability of a Solution Stored in Cormed ®Reservoir Bags or Monoject® Plastic Syringes (May, 1984) Am. J. IV Ther. Clin. Nut., p. 8.

Tavoloni et al., Photolytic Degradation of Adriamycin (1980) Comm. J. Pharm. Pharmacol. vol. 32, p. 860.

Garnick et al., Phase 1 Trial of Long Term Continuous Adriamycin Administration, Proc. Am. Soc. Clin. Oncol., C-106: p. 359, (Mar. 1981).

Lokich et al., Constant Infusion Schedule for Adriamycin: A Phase I–II Clinical Trial of a 30–Day Schedule by Ambulatory Pump Delivery System, J. Clin. Oncol., vol. 1 (1): 24 (1983).

Vogelzang et al., Continuous Doxorubicin Infusion (CDI) Using an Implanted Lithium Battery–Powered Drug Administration Device System, Proc. Am.Soc. Clin.Uncol. C–1030: p. 263, (Mar. 1984).

Legha et al., Reduction of Doxorubicin Cardiotoxicity by Prolonged Continuous Intravenous Infusion, Ann. Int. Med., vol. 96, No. 2, p. 133 (1982).

Pavlik et al., Stability of Doxorubicin in Relation to Chemosensitivity Determinations: Loss of Lethality and Retention of Antiproliferative Activity (1984), Cancer Investigation 2 (6), 449–458.

Dorier et al., Practical Considerations in the Preparation and Administration of Cancer Chemotherapy (Sep. 1983) Am J. Int. Ther. Clin. Nut., p. 6.

Kirschenbaum et al: Stability of injectable medications after reconstitution, Am. J. Hosp. Pharm.: 33:767–790 (Aug., 1976).

Janssen et al., Doxorubicin decomposition on storage. Effect of pH., type of buffer and liposome encapsulation, (1985) Chemical Abstracts, vol. 102, No. 209226k.

Crommelin et al., Preparation and characterization of doxorubicin–containing liposomes. II. Loading capacity, long-term stability and of doxorubicin–bilayer interaction mechanism (1983) Int. J. Pharm. vol. 17, p. 135.

Van Bommel, et al., Stability of Doxorubicin–Liposomes on Storage: as an Aqueous Dispersion, Frozen or Freeze dried (1984), Int. J. Pharm., vol. 22, pp. 299–310.

Crommelin et al., Preparation and characterization of doxorubicin–containing liposomes: 1. Influence of liposome charge and pH of hydration medium on loading capacity and particle size, (1983), Int. J. Pharm., vol. 16, pp. 93–96.

Gupta et al., "Influence of Stabilization Temperature on the Entrapment of Adriamycin", *Albumin Microspheres Drug. Dev. Int. Pharm.*, vol. 13, No. 8, pp. 1471–1482, (1987).

Yanagawa et al., Stability and Releasibility of Adriamycin Ointment (1983).

Villalonga et al: Interaction of Doxorubicin with Phospholipid Monolayers, J. Pharm. Sci. 67(6), p. 773 (1978).

Duarte–Karim et al., Affinity of adriamycin to phospholipids. A possible explanation for cardiac mitochondrial lesions., (1976) Biochem Biophy. Research Comm., 71(2), p. 658.

Bonadonna et al., Clinical Evaluation of Adriamycin a New Antitumor Antibiotic, Br. Med. J., (3), 503 (Aug. 1969).

6,107,285

Page 5

Banks et al., Topical Installation of Doxorubicin Hydrochloride in the Treatment of Recurring Superficial Transitional Cell Carinoma of the Bladder, J. Urol., vol. 118, p. 757 (1977).

Bertazzoli et al., Chronic toxicity of adriamycin: a new antineoplastic antibiotic (1972), Tox. Applied Pharm., vol. 2, pp. 287–301.

Wang et al., Therapeutic effect and toxicity of adriamycin in patients with neoplastic disease, (1971) Cancer, 28, p. 837.

Hom et al., Intravesical chemotherapy in a controlled trial with thio-tepa versus doxorubicin hydrochloride (1981) J. Urol., 125:652.

Jacobi et al., Studies on the intravesical action of topically administered G3H-doxorubicin hydrochloride in man: plasma uptake and tumor penetration (1980), J. Urol. 124:34.

Jaenke, R.S.: Delayed and progressive myocardial lesions after adriamycin administration in the rabbit. (1976) Cancer Res. vol. 36, pp. 2958–2966.

Casazza et al., Tumors and dental ocular abnormalities after treatment of infant rats with adriamycin, (1977) Tumor 63:331.

Barranco et al., Survival and cell kinetics effects of adriamycin on mammalian cells, (1973). Cancer Res. 33:11.

Gaj et al., Evaluation of growth in Five Microorganisms in Doxorubicin and Floxuridine Media, (1984) Pharm. Manuf., p. 50.

Sturgeon and Schulman: Electronic Absorption Spectra and Protolytic Equilibria of Doxorubicin: Direct Spectrophotometric Determination of Microconstants, J. Pharm. Sci. 66(7):958, (1977).

Dalmark et al., A Fickian Diffusion Transport Process with Features of Transport Catalysis, J. Gen Physiol. 78:349 (1981).

Mesuike et al., Determination of Adriamycin and its Metabolities in Biological samples using high performance liquid chromatography Chemical Abstracts (1984), vol. 101, p. 5.

Barth et al., "Determination of Doxorubicin Hydrochloride.", Pharmaceutical Preparations using High Pressure Liquid Chromatography, (1977) J. of Chromatography vol. 131, p. 375–381.

Arena et al., Analysis of the pharmacokinetic characteristics, pharmacological and chemotherapeutic activity of 14-hydroxy-daunomycin (adriamycin), a new drug endowed with an Antitumor activity, (1971) Drug Res. 21: 1258.

Watson et al., Rapid analytic method for adriamycin and metabolites in human plasma by a thin film flourescence scanner (1976) Cancer Treat. Rep., vol. 60, No. 11, p. 1611.

Langone et al., Adriamycin and Metabolites: Separation by High Pressure Liquid Chromatography and Quitation by Radioimmunoassay, Biochem Med. 12:283 (1975).

Benjamin et al., Pharmacokinetics and metabolism of adriamycin in man, Clin. Pharm. Ther., 14(4) Part 1, 592.

Epirubicin, Drugs of the Future, vol. 8,(5): p. 402, (1985).

Cersosimo et al., Epirubicin: A Review of the Pharmacology, Clinical Activity , and Adverse Effects of an Adriamycin Analogue, J. Clin. Oncol 4(3), 425 (1986).

Fischer, "The Cancer Chemotherapy Handbook", 3rd Edition, (1989), p. 87–89.

DeVroe, et. al., A Study on the stability of three antineoplastic drugs and on their sorption by i.v. delivery systems and end–line filters, (1990), Int. J. Pharm. vol. 65, p. 49–56.

DeVries, et. al., A Phase 1 and Pharmacokinetic Study with 21 day Continuous Infusion of Epirubicin, J. Clin. Oncol., (1987), 5(9), 1445–1451.

Adams, et. al., Pharmaceutical Aspects of Home Infusion Therapy for Cancer Patients, (Apr. 1987), Pharm J., p. 476.

Weenen, et al., "Pharmacokinetics of 4–Epi-doxorubicin in Man", Invest. New Drugs, vol. 1, (1983), p. 59.

Arcamone, et. al., "Synthesis and Antitumour Activity of 4–Demethoxydaunorubicin, 4–Demethoxy–7,9–diepidaunorubicin, and their beta anomers", Cancer Treat Rep. 60(7):829 (1976).

Turowski et al., "Visual Compatability of Idarubicin Hydrochloride with selected drugs during simulated Y–site injection", (Oct. 1991), Am. J. Hosp. Pharm, vol. 48, p. 2181.

Hurteloup et al., Phase II Trial of Idarubicin (4–Demethoxydaunorubicin) in Advanced Breast Cancer, Eur. J. Cancer Clin. Oncol. 25(3)423 (1989).

Kaplan et al., Phase I Trial of 4– Demethoxydaunorubicin with single i.v. doses, Eur. J. Clin. Cancer Oncol., 18(12) 1303 (1982).

Reich et al., "Carminomycin, Anythcacyclines: Current States and New Developments,"(1980) (J. Cooke et al., eds.) Academic Press, p. 295.

Brazhnikova et al., "Physical and Chemical Characteristics and Structure of Carminomycin, a New Antitumor Antibiotic", J. Antibiot, 27(4):254 (1974).

Brazhnikova et al., "Carminomycin, a New Antitumour Anthracycline" (1973) Antibiotiki 18:681.

Crooke, "A Review of Carminomycin, A New Anthracycline Developed in the USSR" J. Med. 8(5):295 (1977).

Laskzlova et al., "Plasma Concentrations of Carminomycin and Carminomycinol in Man, Measured in High Pressure Liquid Chromatography", Eur. J. Cancer clin. Oncol. 18(4):363 (1982).

Fandrick, "Analysis of Carminomycin in Human Serum by Flourometric High–Performance Liquid Chromatography", J. Chromatogr. 223 115 (1981).

Oki, "Adriacinomycin A Anthracyclines: Current Status and New Developments", (1980) Academic Press., p. 323.

Oki et al., "Antitumour Anthracycline Antibiotics, Aclacinomycin A and Analogues: I. Taxonomy, Production, Isolation and Physicochemical Properties", J. Antibiot 32(8):791 (1979).

Oki, "New Antitumour Antibiotics, Aclacinomycins A and B", J. Antibiot. 28(10):830 (1975).

Mori et al., "Physicochemical Properties and Stability of Aclacinomycin A Hydrochloride," (1980), Jpn. J. Antibiot 33:618.

Trissel, "Handbook on Injectable Drugs", 5th Edition, p. 707.

Fischer, "The Cancer Chemotherapy Handbook", 3rd Edition, pp. 17–19.

Arcamone et al., "Synthesis and Antitumour Activity of 4–Deoxydaunorubicin and 4–Deoxyadriamycin", J. Med. Chem. 19(12):1424 (1976).

Fischer, "The Cancer Chemotherapy Handbook" 3rd Edition (1989), p. 88.

Salmon et al., "Antitumour Activity of Esorubicin in Human Tumour Clonogenic Assay with Comparison to Doxorubicin", J. Clin. Oncol. 2(4):282 (1984).

Kovach et al., "Phase I Trial & Assay of Rubidozone (NSC 164011) in Patients with Advanced Solid Tumors", (Mar. 1979) Cancer Research vol. 39, p. 823.

6,107,285

Page 6

Depres-de Campanere et al., "Pharmacokinetic, Toxicologic, and Chemotherapeutic Properties of Detorubicin in Mice: A Comparative Study with Desoxorubicin and Adriamycin", Cancer Treat. Rep., 63(5):861 (1979).

Bono, "The Preclinical Development of Quelamycin and its Initial Clinical Trials", *Anthracyclines: Current Status and New Developments*, (1980) Academic Press, p 315.

Gosalvez et al., "Quelamycin, a New Derivative of Adriamycin with Several Possible Therapeutic Advantages", Eur. J. Cancer 14:1185 (1978).

Reich et al., "Marcellomycin *Anthracyclines: Current Status and New Developments*", (1980) Academic Press, p. 343.

Nettleston et al., New Antitumour Antibiotics: Musettamycin and Marcellomycin from Bohemic Acid Complex: (1977) 30(6) J. Antibiotics 525.

Israel et al., "Adriamycin Analogues: Preparation and Biological Evaulation of Some N-Perfluoroacyl Analogues of Daunorubicin, Adriamycin, and N-(trifluoroacetyl) adriamycin 14-valerate and their 9,10-Anhydro Derivatives" J. Med. Chem. 25:187 (1982).

Tong et al., "5-Iminodaunorubicin: Reduced Cardiotoxic Properties in an Antitumour Anthracycline", J. Med. Chem. 22(1): 36 (1979).

Arcamone et al., "Synthesis and Antitumour Activity of new Daunorubicin and Adriamycin Analogues" (1978) Experientia 34:1255.

Umezawa et al., "Tetrahydropyranyl Derivatives of Daunomycin and Adriamycin", J. Antibiot 32(10):1082 (1979).

Chen et al., "Possible Strategies for the Formulation of Antineoplastic Drugs" (1986) Drug. Dev. Ind. Pharm. vol. 12(7) 1041.

Pharmaceutics—The science of dosage form design (Aulton) (1988), pp. 242–244, 252–253, 368–369, 374–375, 380–.

Experimental Pharmaceutical Technology, 2nd Ed.(Parrott & Saski), 1965, pp. 132–134, 149–154.

Pharmaceutics & Pharmacy Practice (1982) (Banker & Chalmers), pp. 238–243, 275–278.

Pharmaceutical Dosage Forms: Parenteral Medications: vol. 1 (Avis et al. 1984) "Biopharmaceutics of Injectable Medication" (Motola).

Connors et al., "Chemical Stability of Pharmaceuticals—a Handbook for Pharmacists" (1979) Wiley, pp. 3–7, 44–63, 74–75.

Ozturk et al., "Dissolution of Ionizable Drugs in Buffered and Unbuffered Solutions" (1988) 5(5) Pharm. Res. 272.

Gordon et al., "The Art and Science of Contemporary Drug Development", Prog. Drug. Res. 16:194 (1972).

Pharmaceutical Dosage Forms: Parenteral Medications: vol. 1 (Avis et al, 1984), "Preformulation Research of Parenteral Medications" (Motola & Agharkar).

The Theory & Practice of Industrial Pharmacy (Lachman et al), 3rd Ed. 1986, p. 191, et seq., pp. 191–194, 195–196, 459–460, 471–472, 477–478, 764–765.

Lin, "Kinetic Study in Formulation Investigation of New Compounds" (1968).

Zoglio, "Preformulation Stability Testing of Parenteral Products" (1968).

Knoop, "The Pharmaceutical Drug Development Process: An Overview" (1988) 22 Drug. Inf. J. 259.

Rees, "Physico-Mechanical Pre-Formulation Studies" (1973) 112 Boll. Chim. Farm. 216.

Monkhouse, "Dosage Forms For Clinical Trials" (1985) 11 (9 & 10) Drug. Dev. Ind. Pharm. 1729.

Graffner et al., "Preformulation Studies in a Drug Development Program for Tablet Formulations", J. Pharm. Sci. 74(1) 16 (1985).

Davignon et al., Pharmaceutical Aspects of Antitumour Agents (1984) Pharm. Weekbl. 119:1144.

Pharmaceutical Dosage Forms: Parenteral Medications: vol. 2 (Avis et al., 1984) "Formulation for Large Volume Parenterals" (Demorest), pp. 55–63, 68–70, 73–76, 83.

Pharmaceutical Dosage Forms: Parenteral Medications: vol. 1(Avis et al., 1984) "Formulation for Small Volume Parenterals" (DeLuca & Boylan).

Schumacher (ed), Bulk Compounding Technology.

Carlin, "Incompatibilities of Parenteral Medications" (Jun. 1968) 25 Am. J. Hosp. Pharm. 271.

Kalmas, et al., "Solubility Aspects in Parenteral Formulation" (May/Jun. 1982) Ind. J. Hosp. Pharm. 94, pp. 94–96, 98, Table I.

Parrott, Formulation of Parenterals.

Lin, "Parenteral Formulations I. Comparisons of Accelerated Stability Data with Shelf-Life Studies", Bull. Par. Drug Assoc. 23(6):269.

Lin, "Parenteral Formulations II. A Stability Testing Program for Parenteral Products", Bull. Par. Drug. Assoc. 24(2):83.

Lin, "Photochemical Considerations of Parenteral Products", Bull. Par. Drug. Assoc. 23 (4):149.

National Coordinating Committee on Large Volume Parenterals, "Recommendations to Pharmacists for Solving Problems with Large-Volume Parenterals", Am. J. Hosp. Pharm. 33:231 (1976).

Zellner, "Solving Problems with Large-Volume Parenterals, 1: Pharmacist Responsibility for Compounding Intravenous Admixtures", Am. J. Hosp. Pharm. 32:255 (1975).

Pharmaceutical Dosage Forms, "Parenteral Medications: vol. 1 (Avis et al. 1984)—Parenteral Drug Administration: Routes, Precautions, Problems & Complications" (Duma & Akers).

Edward, "pH: An important Factor in the Compatibility of Additives in Intravenous Therapy" (Aug. 1967) vol. 24 Am. J. Hosp. Pharm. 440.

Document entitled "Kinetic pH Profiles", pp. 59–121, 380–385.

Remington's Pharmaceutical Sciences, 18th ed. 1990; ch. 17: Ionic Solutions & Electrolytic Equilibria.

Advances in Pharmaceutical Services, vol. 2 (Bean et al, 1967), pp. 62–75, 80–95.

Flynn, "Buffers–pH Control within Pharmaceutical Systems" (Mar.–Apr. 1980) vol. 34 (2) J. Parenteral Drug Assoc. 139.

Windheuser, "The Effect of Buffers on Parenteral Solutions" (Sep./Oct. 1963) vol. 17(5) Bull Parenteral Drug Assoc.

Rubino, "The Effects of Cosolvents on the Action of Pharmaceutical Buffers" (1987) 41(2) J. Paren. Sci. Tech. 45.

Kramer & Flynn, "Solubility of Organic Hydrochlorides" (Dec. 1972) vol. 61 (12) J. Pharm. Sci. 1896.

Tencheva et al., "New Approach of the Extrapolation Procedure in the Determination of Acid–Base Constants of Poorly Soluble Pharmaceuticals" (1979); Arzneim Forsch/ Drug Res. 29 (II) #9.

Bogardus et al., "Solubility of Doxycycline in Aqueous Solutions" (Feb. 1979) vol. 68 (2) J. Pharm. Sci. 188.

Miyazaki et al., "Precaution on Use of Hydrochloride Salts in Pharmaceutical Formulation" (Jun. 1981) 70(6) J. Pharm. Sci. 594.

Greene et al: Stability of cisplatin in aqueous solution, Am J. Hosp. Pharm. 36:38 (1979).

6,107,285
Page 7

Stjernstrom et al.: Studies on the stability and compatibility of drugs in infusion fluids, Acta Pharm Spec. 15:33 (1978).

Ho: Prediction of Pharmaceutical Stability of Parenteral Solutions III (Feb. 1971) vol. 5, Drug. Int. Clin. Pharm. 47.

Stella: Chemical and Physical Bases Determining the Instability and Incompatibility of Formulated Injectable Drugs (1986) 40(4) J. Paren. Sci. Tech. 142.

Newton: "Physicochemical Determinants of Incompatibility and Instability in Injectable Drug Solutions and Admixtures" (1978 35 Am. J. Hosp. Pharm. 1213.

Mendenhall: Stability of Parenterals (1984) Drugs Dev. Ind. Pharm. 10(8–9) 1297.

Singh et al.: Effect of Solvents and Additives on the Stability of Drugs, Pharma Times 13.

Pope: Accelerated Stability Testing for Prediction of Drug Product Stability—First of a Two–Part Article (Nov., 1980) D & CI 54, pp. 54, 56, 59, 60, 62, 116.

Pope: Accelerated Stability Testing for Prediction of Drug Product Stability—Second of a Two–Part Article (Dec., 1980) D & CI 48, pp. 48, 50, 55, 56, 58, 60, 62, 64–66, 110, 112–116.

Amirjahed: Simplified Method to Study Stability of Pharmaceutical Preparations, J. Pharm. Sci. p. (6):785 (1977).

Vogenberg et al.: Stability Guidelines for Routinely Refrigerated Drug Products, Am. J. Hosp. Pharm. 40:101(1983).

Newton et al.: Estimating shelf-life of drugs in solution. Am. J. Hosp. Pharm. 44:1633 (1987).

Mollica et al.: Stability of Pharmaceuticals. J. Pharm. Sci. 67(4):443 (1978).

Kirg et al: Statistical Prediction of Drug Stability Based on Non–Linear Parameter Extension, J. Pharm. Sci. 73(5):657.

Herrick et al.: Monetary incentive for pharmacists to control drug costs; (Jul. 1985) vol. 42, Am. J. Hosp. Pharm. 1527.

Waller: Documenting i.v. admixture product waste (Aug. 1980) vol. 43, Am. J. Hosp. Pharm. 1914.

Williams et al.: The Lyophilization of Pharmaceuticals: A Literature Review (1984) 38(2) J. Paren. Sci. Tech. 48.

Flamberg et al.: Manufacturing Considerations in the Lyophilization of Parenteral Products (1986) Pharm. Manuf.3:29–31.

Maral et al.: Un Nouvel Antibiotique Doue D'Activite Antitumorale: La Rubidomycine (13 057 R.P.), II: Activite antitumorale experimentale Arzneimittel Forsch (1967) 17:939.

Beijnen et al.: Aspects of the Degradation Kinetics of Doxorubicin in Aqueous Solution (1986) 32 Int. J. Pharm. 123.

Gjelstrup et al., Almen Farmaci II (1983).

Handbook on Injectable Drugs 3rd Ed. (Trissel), 1983.

Wang et al., "Review of Excipients and pH's for Parenteral Products Used in the United States", Journal of the Parenteral Drug Association 14(6):452 (1980).

Joekman–de Vries et al., "Pharmaceutical Development of a Parental Lyophilized Formulation of the Novel Indoloquinone Antitumor Agent EO", Cancer Chemother. Pharmacol. 34:416–422 (1994).

Pharmaceutical Sciences, Mack Publishing, (1980), p. 1365–1366.

The Pharmaceutical Codex 11th Ed., 1979, p. 446–447.

The Pharmaceutical Codex 12th Ed. (Lund), 1994, p. 201.

Kjeld Ilver: Almen Galenisk Farmaci—Forel mingmeter, Dansk Farmaceutforenings Forlag 1971.

Sv. Aage Schou & V. Gaun Jensen: Tr k af den galeniske farmaci, Store Nordiske Videnskabsboghandel, 1959.

Almen Farmaci, Dansk Farmaceutforeningens Forlag 1980.

Erik Sandell: Galenisk Farmaci, 2nd edition, Stockholm 1967.

Erik Sandell: Galenisk Farmaci, 3rd edition, Stockholm 1982.

Alfred N. Martin et al., Physikalische Pharmazie 1975, p. 239.

European Pharmacopeia, vol. III, 1979, p. 656: Citations—D 14.

6,107,285

**1**

## INJECTABLE READY-TO-USE SOLUTIONS CONTAINING AN ANTITUMOR ANTHRACYCLINE GLYCOSIDE

This is a division of application Ser. No. 07/503,856, filed on Apr. 3, 1990, now U.S. Pat. No. 5,124,317.

The present invention relates to a stable intravenously injectable ready-to-use solution of an antitumor anthracycline glycoside, e.g. doxorubicin, to a process for preparing such a solution, and provide the same in a sealed container, and to a method for treating tumors by the use of the said ready-to-use solution.

The anthracycline glycoside compounds are a well known class of compounds in the antineoplastic group of agents, wherein doxorubicin is a typical, and the most widely used, representative: Doxorubicin. Anticancer Antibiotics, Federico Arcamone, 1981, Publ: Academic Press, New York, N.Y.; Adriamycin Review, EROTC International Symposium, Brussels, May, 1974, edited by M.Staquet, Publ. Eur. Press Medikos, Ghent, Belg.;

Results of Adriamycin Therapy, Adriamycin Symposium at Frankfurt/Main 1974 edited by M. Ghione, J. Fetzer and H. Maier, publ.: Springer, New York, N.Y.

At present, anthracycline glycoside antitumor drugs, in particular, e.g., doxorubicin, are solely available in the form of lyophilized preparations, which need to be Reconstituted before administration.

Both the manufacturing and the reconstitution of such preparations expose the involved personnel (workers, pharmacists, medical personnel, nurses) to risks of contamination which are particularly serious due to the toxicity of the antitumor substances.

The Martindale Extra Pharmacopoeia 28th edition, page 175 left column, reports, indeed, about adverse effects of antineoplastic drugs and recommends that "They must be handled with great care and contact with skin and eyes avoided; they should not be inhaled. Care must be taken to avoid extravasation since pain and tissue damage may ensue."

Similarly, Scand. J. Work Environ Health vol.10 (2), pages 71–74 (1984), as well as articles on Chemistry Industry, Issue Jul. 4, 1983, page 488, and Drug-Topics-Medical-Economics-Co, Issue Feb. 7, 1983, page 99 report about severe adverse effects observed in medical personnel exposed to use of cytostatic agents, including doxorubicin.

To administer a lyophilized preparation, double handling of the drug is required, the lyophilized cake having to be first reconstituted and then administered and, moreover, in some cases, the complete dissolution of the powder may require prolonged shaking because of solubilization problems.

As the risks connected with the manufacturing and the reconstitution of a lyophilized preparate would be highly reduced if a ready-to-use solution of the drug were available, we have developed a stable, therapeutically acceptable intravenously injectable solution of an anthracycline glycoside drug, e.g. doxorubicin, whose preparation and administration does not require either lyophilization or reconstitution.

According to the present invention, there is provided a sterile, pyrogen-free, anthracycline glycoside solution which consists essentially of a physiologically acceptable salt of an anthracycline glycoside dissolved in a physiologically acceptable solvent therefor, which has not been reconstituted from a lyophilizate and which has a pH of from 2.5 to 6.5.

Preferably the solution of the invention is provided in a sealed container.

Preferably the anthracycline glycoside is chosen from the group consisting of doxorubicin, 4'-epi-doxorubicin (i.e. epirubicin), 4'-desoxy-doxorubicin (i.e. esorubicin), 4'-desoxy-4'-iodo-doxorubicin, daunorubicin and 4-demethoxydaunorubicin (i.e. idarubicin).

A particularly preferred anthracycline glycoside is doxorubicin.

**2**

Any physiologically acceptable salt of the anthracycline glycoside may be used for preparing the solution of the invention. Examples of suitable salts may be, for instance, the salts with mineral inorganic acids such as hydrochloric, hydrobromic, sulfuric, phosphoric, nitric and the like, and the salts with certain organic acids such as acetic, succinic, tartaric, ascorbic, citric, glutaminic, benzoic, methanesulfonic, ethanesulfonic and the like. The salt with hydrochloric acid is a particularly preferred salt, especially when the anthracycline glycoside is doxorubicin.

Any solvent which is physiologically acceptable and which is able to dissolve the anthracycline glycoside salt may be used. The solution of the invention may also contain one or more additional components such as a co-solubilizing agent (which may be the same as a solvent), a tonicity adjustment agent and a preservative. Examples of solvents, co-solubilizing agents, tonicity adjustment agents and preservatives which can be used for the preparation of the anthracycline glycoside solutions of the invention are hereunder reported.

Suitable solvents and co-solubilizing agents may be, for instance, water; physiological saline; aliphatic amides, e.g. N,N-dimethylacetamide, N-hydroxy-2-ethyl-lactamide and the like; alcohols, e.g. ethanol, benzyl alcohol and the like; glycols and polyalcohols, e.g. propyleneglycol, glycerin and the like; esters of polyalcohols, e.g. diacetine, triacetine and the like; polyglycols and polyethers, e.g. polyethyleneglycol 400, propyleneglycol methylethers and the like; dioxolanes, e.g. isopropylidenglycerin and the like; dimethylisosorbide; pyrrolidone derivatives, e.g. 2-pyrrolidone, N-methyl-2-pyrrolidone, polyvinylpyrrolidone (co-solubilizing agent only) and the like; polyoxyethylenated fatty alcohols, e.g. Brij® and the like; esters of polyoxyethylenated fatty acids, e.g. Cremophor®, Myrj® and the like; polysorbates, e.g. Tweens®; polyoxyethylene derivatives of polyoxypropyleneglycols, e.g. Pluronics®.

A particularly preferred co-solubilizing agent is polyvinylpyrrolidone.

Suitable tonicity adjustment agents may be, for instance, physiologically acceptable inorganic chlorides, e.g. sodium chloride, dextrose, lactose, mannitol and the like.

Preservatives suitable for physiological administration may be, for instance, esters of para-hydroxybenzoic acid (e.g., methyl, ethyl, propyl and butyl esters, or mixtures of them), chlorocresol and the like.

The above mentioned solvents and co-solubilizing agents, tonicity adjustment agents and preservatives can be used alone or as a mixture of two or more of them.

Examples of preferred solvents are water, ethanol, polyethyleneglycol and dimethylacetamide as well as mixtures in various proportions of these solvents. Water is a particularly preferred solvent.

To adjust the pH within the range of from 2.5 to about 5.0 a physiologically acceptable acid may be added as desired. The acid may be any physiologically acceptable acid, e.g., an inorganic mineral acid such as hydrochloric, hydrobromic, sulfuric, phosphoric, nitric and the like, or an organic acid such as acetic, succinic, tartaric, ascorbic, citric, glutaminic, benzoic, methanesulphonic, ethanesulfonic and the like, or also an acidic physiologically acceptable buffer solution, e.g., a chloride buffer, an acetate buffer, a phosphate buffer and the like.

For obtaining pH values from about 5 to about 5.5 the addition of the acid is not, usually, necessary, but only addition of a physiologically acceptable buffer solution, e.g., one of those indicated above, may be required, as desired.

For obtaining pH values from about 5.5 to 6.5 the addition of a physiologically acceptable alkalinizing agent, such as sodium hydroxide, a mono, di- or triethanolamine or the like, or, preferably, buffer solution such as a phosphate buffer, a TRIS buffer or the like is required.

6,107,285

**3**

The preferred range of pH for the ready-to-use solution of the invention is from 2.5 to 5.5, in particular from about 3 to about 5.2, a pH of about 3 and a pH of about 5 being particularly preferred values.

In the solutions of the invention the concentration of the anthracycline glycoside may vary within broad ranges, preferably, from 0.1 mg/ml to 100 mg/ml, in particular from 0.1 mg/ml to 50 mg/ml, most preferably from 1 mg/ml to 20 mg/ml.

The preferred ranges of concentration may be slightly different for different anthracycline glycosides. Thus, for example, preferred concentrations for doxorubicin are from about 2 mg/ml to about 50 mg/ml, preferably from 2 mg/ml to 20 mg/ml, particularly appropriate values being 2 mg/ml and 5 mg/ml. Similar concentrations are preferred also for 4'-epi-doxorubicin, 4'-desoxy-doxorubicin and 4'-desoxy-4'-iodo-doxorubicin. Preferred ranges of concentration for daunorubicin and 4-demethoxy-daunorubicin are from 0.1 mg/ml to 50 mg/ml, preferably from 1 mg/ml to 20 mg/ml, concentrations of 1 mg/ml and 5 mg/ml being particularly appropriate.

Suitable packaging for the anthracycline glycoside solutions may be all approved containers intended for parenteral use, such as plastic and glass containers, ready-to-use syringes and the like. Preferably the container is a sealed glass container, e.g. a vial or an ampoule.

According to a particularly preferred feature of the invention, there is provided a sterile, pyrogen-free, doxorubicin solution which consists essentially of a physiologically acceptable salt of doxorubicin dissolved in a physiologically acceptable solvent therefor, which has not been reconstituted from a lyophilizate and which has a pH of from 2.5 to 6.5.

In the above indicated preferred feature of the invention the physiologically acceptable salt of doxorubicin may be, e.g. the salt with a mineral inorganic acid such as hydrochloric, hydrobromic, sulfuric, phosphoric, nitric and the like, or the salt with an organic acid such as acetic, succinic, tartaric, ascorbic, citric, glutammic, benzoic, methanesulfonic, ethanesulfonic and the like. The hydrochloric salt is a particularly preferred salt.

For the solution hereabove indicated as a preferred feature of the invention suitable solvents, co-solubilizing agents, tonicity adjustment agents and preservatives may be the same as those previously recited in this specification. Water is a particularly preferred solvent.

Also, the physiologically acceptable acid which may be added to adjust the pH to from 2.5 to about 5, if desired, and the alkalinizing agent which may be added to adjust the pH, if desired, to a value from about 5.5 to 6.5 may be one of those previously specified. When it is desired to adjust the pH of the above said preferred solution to a value of from 2.5 to about 5, hydrochloric acid is an especially preferred acid. Preferred pH values for the above said preferred solutions of the invention are from 2.5 to 5.5, in particular from about 3 to about 5.2, the pH values of 3 and 5 being especially preferred.

Though the concentration of doxorubicin in the above preferred feature may vary within the broad range from 0.1 mg/ml to 100 mg/ml, preferred concentrations are from 2 mg/ml to 50 mg/ml, most preferably from 2 mg/ml to 20 mg/ml: examples of especially preferred concentrations of doxorubicin are 2 mg/ml and 5 mg/ml.

The invention also provides a process for producing a sterile, pyrogen-free anthracycline glycoside solution with a pH of from 2.5 to 6.5, which process comprises dissolving a physiologically acceptable salt of the anthracycline glycoside, which salt is not in the form of a lyophilizate, in a physiologically acceptable solvent therefor, optionally adding a physiologically acceptable acid or buffer to adjust the pH within the said range as desired; and passing the resulting solution through a sterilising filter.

**4**

One or more additional components such as co-solubilizing agents, tonicity adjustment agents and preservatives, for instance of the kind previously specified, may be added to the solution prior to passing the solution through the sterilising filter.

With the solutions of the invention it is possible to obtain compositions having a very high concentration of the anthracycline glycoside active substance even at 50 mg/ml and more. This constitutes a great advantage over the presently available lyophilized preparations wherein high concentrations of anthracycline glycoside can only be obtained with difficulty because of solubilization problems encountered in reconstitution, mainly with saline. The presence of the excipient, e.g. lactose, in the lyophilized cake, and its generally high proportion in respect of the active substance, even up to 5 parts of excipient per part of active substance, has a negative effect on solubilization so that difficulties may arise in obtaining dissolution of the lyophilized cake, especially for concentrations of anthracycline glycoside higher than 2 mg/ml.

The solutions of the invention are characterized by a good stability. Solutions in various solvents and with different pH's and concentrations have been found to be stable for long periods at temperatures accepted for the storage of pharmaceutical preparations. This is illustrated in the Examples which follow.

Owing to the well known anti-tumor activity of the anthracycline glycoside active drug substance, the pharmaceutical compositions of the invention are useful for treating tumors in both human and animal hosts. Examples of tumors that can be treated are, for instance, sarcomas, including osteogenic and soft tissue sarcomas, carcinomas, e.g., breast-, lung-, bladder-, thyroid-, prostate- and ovarian carcinoma, lymphomas, including Hodgkin and non-Hodgkin lymphomas, neuroblastoma, melanoma, myeloma, Wilms tumor, and leukemias, including acute lymphoblastic leukemia and acute myeloblastic leukemia. Examples of specific tumours that can be treated are Moloney sarcoma Virus, Sarcoma 180 Ascites, solid Sarcoma 180, gross transplantable leukemia, L 1210 leukemia and lymphocytic P 388 leukemia. Thus, according to the invention there is also provided a method of inhibiting the growth of a tumour, in particular one of those indicated above, which comprises administering to a host suffering from said tumour an injectable solution according to the invention containing the active drug substance in an amount sufficient to inhibit the growth of said tumour. The injectable solutions of the invention are administered by rapid intravenous injection or infusion according to a variety of possible dose schedules. Suitable dose schedule for doxorubicin may be, for example, of 60 to 75 mg of active drug substance per m² of body surface given as a single rapid infusion and repeated at 21 days; an alternative schedule may be of 30 mg/m² day by intravenous route for 3 days, every 25 days. Suitable dosages for 4'-epi-doxorubicin and 4'-desoxy-doxorubicin may be, for instance, of 75 to 90 mg/m² given in a single infusion to be repeated at 21 days, and similar dosages may be useful also for 4 '-desoxy-4 '-iodo-doxorubicin. Idarubicin, i.e. 4-demethoxy-daunorubicin, may be. e.g., administered intravenously at a single dose of 13–15 mg/m² ever, 21 days in the treatment of solid tumours, while in the treatment of leukemias a preferred dose schedule is, e.g., of 10–12 mg/m² day by intravenous route for 3 days, to be repeated every 15–21 days; similar dosages may be, e.g., followed also for daunorubicin.

The following examples illustrate but do not limit in any way the invention.

With reference to the examples, the stability controls on the ready-to-use solutions were carried out by means of high performance liquid chromatography (HPLC), at the following

6,107,285

| 5 | |
|---|---|
| Liquid chromatograph | Varian model 5030 |
| Spectrophotometric detector | Kromer model 8700 |
| Integrating recorder | Varian model CDS 401 |
| Injection valve | Rheodyne model 7125 fitted with a 10 μml sample loop |
| Chromatographic column | Waters μ Bondapak C18 (length = 300 mm; inner diameter = 3.9 mm; average particle size = 10 mm) |
| Column temperature | ambient (about 22° C. ± 2° C.) |
| Mobile phase | water : acetonitrile (69:31 v/v) adjusted to pH 2 with phosphoric acid, filtered (sintered glass filter, 1 mcm or finer porosity) and deaerated |
| Mobile phase flow rate | 1.5 ml/min |
| Analytical wavelength | 254 ± 1 nm |
| Integrating recorder sensitivity | 512 |
| Chart speed | 1 cm/min |

At these conditions, the peak of the anthracycline glycoside showed a retention time of about 6 minutes. The obtained results are reported in the Tables accompanying the examples.

The extrapolation of the analytical data in order to determine the time when the 90% of the initial assay could be expected (t₉₀ value) was made following an Arrhenius plot.

This procedure of analytical data treatment is well known and widely used and described in the art: see, e.g., Chemical Stability of Pharmaceuticals, Kenneth A. Connors, Gordon L. Amidon, Lloyd Kennon, Publ. John Wiley and Sons, New York, N.Y., 1979.

The term "teflon" refers to "Teflon™".

EXAMPLE 1

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.8 g | (10 mg) |
| Water for injections q.s. to | 0.4 l | (5 ml) |

Doxorubicin.HCl (0.80 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. The pH of the solution was not adjusted. Further

de-aerated water for injections was then added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5/4 ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 12 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 1:

TABLE I

INITIAL VALUES
Concentration: 1.994 mg/ml       pH = 5.2
Relative % Assay: 100.0

| | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| TIME (weeks) | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 1.992 | 99.9 | 1.917 | 94.1 | 1.768 | 88.7 | 1.493 | 75.0 |
| 2 | | | 1.843 | 92.4 | 1.618 | 81.2 | 1.166 | 58.5 |
| 3 | | | 1.774 | 89.0 | 1.506 | 75.5 | 0.830 | 41.6 |
| 4 | 1.974 | 99.0 | 1.720 | 86.3 | 1.393 | 69.9 | | |
| 12 | 1.980 | 99.3 | | | | | | |

t₉₀ (days) extrapolated according to Arrhenius equation:
t₉₀ at 4° C. = 625 days
t₉₀ at 8° C. = 480 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

EXAMPLE 2

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.8 g | (10 mg) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.4 l | (5 ml) |

Doxorubicin.HCl (0.8 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to. 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.4 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials

6,107,285

**7**

having ⅓ ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 12 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 2:

**8**

Doxorubicin.HCl (8.0 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.4 1).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type 1-colourless glass vials

### TABLE 2

INITIAL VALUES
Concentration:1.992 mg/ml       pH = 3.0
Relative % Assay: 100.0

| | | | | | TEMPERATURE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| TIME (weeks) | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 1.995 | 100.2 | 1.952 | 98.0 | 1.919 | 96.3 | 1.493 | 75.0 |
| 2 | | | 1.889 | 94.8 | 1.851 | 92.9 | 1.036 | 51.9 |
| 3 | | | 1.876 | 94.2 | 1.565 | 78.6 | 0.730 | 36.7 |
| 4 | 1.979 | 99.4 | 1.808 | 90.8 | 1.393 | 69.9 | | |
| 12 | 1.972 | 99.0 | | | | | | |

t₉₀ (days) extrapolated according to Arrhenius equation:
t₉₀ at 4° C. = 3970 days
t₉₀ at 8° C. = 2030 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4′-epi-doxorubicin, 4′-deoxy-doxorubicin, 4′-deoxy-4′-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

### EXAMPLE 3

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 8.0 g | (100 mg) |
| Hydrochloric acid 0.1N | pH = 3 | (pH = 3) |
| q.s. to | | |
| Water for injections | 0.4 l | (5 ml) |
| q.s. to | | |

having ⅓ ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 12 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 3:

### TABLE 3

INITIAL VALUES
Concentration:20.06 mg/ml       pH = 2.95
Relative % Assay: 100.0

| | | | | | TEMPERATURE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| TIME (weeks) | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 20.06 | 100.0 | 19.56 | 97.5 | 17.84 | 88.9 | 12.31 | 61.4 |
| 2 | | | 18.87 | 94.1 | 15.61 | 77.8 | 7.09 | 35.3 |
| 3 | | | 18.24 | 90.9 | 13.41 | 66.8 | 1.13 | 15.6 |
| 4 | 19.91 | 99.2 | 17.51 | 87.3 | 11.07 | 55.2 | | |
| 12 | 19.80 | 98.7 | | | | | | |

t₉₀ (days) extrapolated according to Arrhenius equation:
t₉₀ at 4° C. = 3700 days
t₉₀ at 8° C. = 1780 days

6,107,285

9

10

Similar stability data can be observed for analogous solutions containing 4'-epi-doxorubicin or 4'-desoxy-doxorubicin, as hydrochloride salts, at the same 20 mg/ml concentration.

or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

## EXAMPLE 4

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.8 mg) |
| Polyvinylpyrrolidone | 20.00 g | (250.0 mg) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin.HCl (0.80 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. The pH of the solution was not adjusted. Polyvinylpyrrolidone was added and dissolved under stirring and nitrogen bubbling. Further de-aerated water for injections was then added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5½ ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 8 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 4:

## EXAMPLE 5

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.800 g | (10.00 mg) |
| N,N-Dimethylacetamide | 0.060 l | (0.75 ml) |
| Propylene glycol | 0.048 l | (0.60 ml) |
| Ethanol | 0.012 l | (0.15 ml) |
| Hydrochloric acid 0.1N | pH = 3 | (pH = 3) |
| q.s. to Water for injections | 0.400 l | (5.00 ml) |

Doxorubicin.HCl (0.800 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. N,N-dimethylacetamide, propylene glycol and ethanol were subsequently added under stirring and nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.400 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5½ ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 8 weeks (4° C.).

### TABLE 4

INITIAL VALUES
Concentration: 1.986 mg/ml          pH = 4.6
Relative % Assay: 100.0

| | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| TIME (weeks) | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 1.984 | 99.9 | 1.928 | 97.1 | 1.797 | 90.5 | 1.605 | 80.8 |
| 2 | | | 1.847 | 93.0 | 1.616 | 81.4 | 1.295 | 65.1 |
| 3 | | | 1.828 | 92.0 | 1.527 | 76.9 | 1.018 | 51.3 |
| 4 | 1.928 | 97.1 | 1.797 | 90.5 | 1.403 | 70.7 | | |
| 8 | 1.989 | 100.1 | | | | | | |

t₉₀ (days) extrapolated according to Arrhenius equation:
t₉₀ at 4° C. = 1460 days
t₉₀ at 8° C. = 635 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'- iodo-doxorubicin, daunorubicin

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 5:

6,107,285

11

12

TABLE 5

INITIAL VALUES
Concentration: 2.000 mg/ml          pH = 3.03
Relative % Assay: 100.0

| | | | TEMPERATURE | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| TIME (weeks) | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | | | 1.892 | 94.6 | 1.725 | 86.7 | 1.495 | 74.7 |
| 2 | 1.993 | 99.7 | 1.927 | 96.4 | 1.634 | 81.2 | 1.212 | 60.6 |
| 3 | | | 1.908 | 95.4 | 1.432 | 71.6 | 1.032 | 51.6 |
| 4 | 2.00 | 100.8 | 1.865 | 93.2 | 1.266 | 63.3 | | |
| 8 | 1.960 | 98.0 | | | | | | |

t₉₀ (days) extrapolated according to Arrhenius equation:
t₉₀ at 4° C. = 4360 days
t₉₀ at 8° C. = 2200 days

Similar stability data can be observed also for analogous solutions containing either daunorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

EXAMPLE 6

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Daunorubicin.HCl | 0.8 g | (10.0 mg) |
| Polyvinylpyrrolidone | 20.0 g | (250.0 mg) |
| Hydrochloric acid 0.1N | pH = 3 | (pH = 3) |
| q.s. to | | |
| Water for injections | 0.4 l | (5.0 ml) |
| q.s. to | | |

Doxorubicin.HCl (0.8 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. Polyvinylpyrrolidone was added and dissolved under stirring and nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.4 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials.

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5½ ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 8 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 6;

TABLE 6

INITIAL VALUES
Concentration: 1.972 mg/ml          pH = 2.71
Relative % Assay: 100.0

| | | | TEMPERATURE | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| TIME (weeks) | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 2.028 | 102.8 | 1.944 | 98.5 | 1.792 | 90.8 | 1.477 | 74.9 |
| 2 | | | 1.885 | 95.5 | 1.582 | 80.2 | 0.972 | 49.3 |
| 3 | | | 1.840 | 93.2 | 1.402 | 71.0 | 0.632 | 32.0 |
| 4 | 1.913 | 97.0 | 1.853 | 93.9 | 1.273 | 64.5 | | |
| 8 | 1.972 | 99.9 | | | | | | |

t₉₀ (days) extrapolated according to Arrhenius equation:
t₉₀ at 4° C. = 5560 days
t₉₀ at 8° C. = 2670 days

6,107,285

## 13

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

### EXAMPLE 7

| Composition | for 90 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 8.00 g | (100.0 mg) |
| N,N-Dimethylacetamide | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin.HCl (8.00 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. N,N-dimethylacetamide was added under stirring and nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having ½ ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 8 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 7:

## 14

Similar stability data can be observed for analogous solutions containing 4'-epi-doxorubicin or 4'-desoxy-doxorubicin, as hydrochloride salts, at the same 20 mg/ml concentration.

### EXAMPLE 8

| Composition | for 90 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (20.0 mg) |
| Ethanol | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1 N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin.HCl (0.80g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. Ethanol was added under stirring and nitrogen bubbling. Hydrochloric acid 0.1 N was then added dropwise to adjust the pH of the solution to 3. De-aerated water for injections was finally added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having ½ ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and at 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 12 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 8.

## TABLE 7

INITIAL VALUES
Concentration:19.32 mg/ml          pH = 2.96
Relative % Assay: 100.0

| TIME (weeks) | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 20.1 | 103.5 | 19.14 | 99.1 | 17.34 | 89.8 | 15.57 | 80.6 |
| 2 | | | 19.20 | 99.4 | 15.77 | 81.6 | 12.94 | 67.0 |
| 3 | | | 18.06 | 93.5 | 14.85 | 76.9 | 11.61 | 60.1 |
| 4 | 20.03 | 103.7 | 17.81 | 92.2 | 13.78 | 71.3 | | |
| 8 | 19.99 | 103.5 | | | | | | |

t90 (days) extrapolated according to Arrhenius equation:
t90 at 4° C. = 1310 days
t90 at 8° C. = 770 days

6,107,285

15                                                          16

## TABLE 8

INITIAL VALUES
Concentration:1.979 mg/ml          pH = 3.11
Relative % Assay: 100.0

### TEMPERATURE

| TIME (weeks) | 4° C. Conc. mg/ml | 4° C. Rel.% Assay | 35° C. Conc. mg/ml | 35° C. Rel.% Assay | 45° C. Conc. mg/ml | 45° C. Rel.% Assay | 55° C. Conc. mg/ml | 55° C. Rel.% Assay |
|---|---|---|---|---|---|---|---|---|
| 1 | 2.010 | 101.6 | 1.963 | 99.3 | 1.947 | 98.4 | 1.750 | 88.4 |
| 2 |  |  | 1.957 | 98.9 | 1.910 | 96.5 | 1.645 | 83.1 |
| 3 |  |  | 1.895 | 95.8 | 1.737 | 87.8 | 1.356 | 68.5 |
| 4 | 1.927 | 97.3 | 1.818 | 91.9 | 1.678 | 84.8 |  |  |
| 12 | 1.939 | 97.9 |  |  |  |  |  |  |

t₉₀ (days) extrapolated according to Arrhenius equation:
t₉₀ at 4° C. = 1270 days
t₉₀ at 8° C. = 780 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-deoxy-doxorubicin, 4'-deoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

### EXAMPLE 9

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 8.000 g | (100.00 mg) |
| N,N-Dimethylacetamide | 0.060 l | (0.75 ml) |
| Propylene glycol | 0.048 l | (0.60 ml) |
| Ethanol | 0.012 l | (0.15 ml) |
| Hydrochloric acid 0.1N | pH = 3 | (pH = 3) |
| q.s. to |  |  |
| Water for injections | 0.400 l | (5.00 ml) |
| q.s. to |  |  |

Doxorubicin.HCl (8.000 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. N,N-dimethylacetamide, propylene glycol and ethanol were subsequently added under stirring and nitrogen

bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.400 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having ½ ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 8 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 9:

## TABLE 9

INITIAL VALUES
Concentration:20.07 mg/ml          pH = 2.99
Relative % Assay: 100.0

### TEMPERATURE

| TIME (weeks) | 4° C. Conc. mg/ml | 4° C. Rel.% Assay | 35° C. Conc. mg/ml | 35° C. Rel.% Assay | 45° C. Conc. mg/ml | 45° C. Rel.% Assay | 55° C. Conc. mg/ml | 55° C. Rel.% Assay |
|---|---|---|---|---|---|---|---|---|
| 1 |  |  | 19.14 | 95.4 | 17.81 | 88.7 | 14.84 | 73.9 |
| 2 | 19.97 | 99.5 | 19.87 | 95.0 | 16.27 | 81.1 | 12.36 | 61.6 |
| 3 |  |  | 18.08 | 90.1 | 14.62 | 72.9 | 10.84 | 50.0 |
| 4 | 20.06 | 99.9 | 18.03 | 89.8 | 13.20 | 65.8 |  |  |
| 8 | 19.69 | 98.1 |  |  |  |  |  |  |

t₉₀ (days) extrapolated according to Arrhenius equation:
t₉₀ at 4° C. = 846 days
t₉₀ at 8° C. = 505 days

6,107,285

| 17 | 18 |

Similar stability data can be observed for analogous solutions containing 4'-epi-doxorubicin or 4'-desoxy-doxorubicin, as hydrochloride salts, at the same 20 mg/ml concentration.

Similar stability data can be observed for analogous solutions containing 4'-epi-doxorubicin or 4'-desoxy-doxorubicin, as hydrochloride salts, at the same 20 mg/ml concentration.

### EXAMPLE 10

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 8.0 g | (100.0 mg) |
| Polyvinylpyrrolidone | 20.0 g | (250.0 mg) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.4 l | (5.0 ml) |

### EXAMPLE 11

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| N,N-Dimethylacetamide | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1N q.s. to | pH = 3 | (pH = 3) |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin.HCl (8.0 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. Polyvinylpyrrolidone was added and dissolved under stirring and nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.4 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having ½ ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45°C. and 35° C.) and 8 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 10:

Doxorubicin.HCl (0.80 g) was dissolved in 90% of the amount of water for injections, de-aerated by nitrogen bubbling. N,N-Dimethylacetamide was added under stirring and nitrogen bubbling. Hydrochloric acid 0.1N was then added dropwise to adjust the pH of the solution to 3. De-aerated water for injections was finally added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having ½ ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 8 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 11:

### TABLE 10

INITIAL VALUES
Concentration: 19.57 mg/ml          pH = 2.62
Relative % Assay: 100.0

| | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| TIME (weeks) | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 19.54 | 99.9 | 19.11 | 97.6 | 16.88 | 86.2 | 12.48 | 63.8 |
| 2 | | | 18.43 | 94.2 | 14.13 | 72.2 | 6.00 | 30.7 |
| 3 | | | 18.01 | 92.1 | 11.57 | 59.1 | 2.61 | 13.3 |
| 4 | 19.58 | 100.1 | 17.36 | 88.7 | 9.23 | 47.2 | | |
| 8 | 19.34 | 98.8 | | | | | | |

t₉₀ (days) extrapolated according to Arrhenius equation:
t₉₀ at 4° C. = 2540 days
t₉₀ at 8° C. = 1290 days

6,107,285

19                                                                                  20

### TABLE 11

INITIAL VALUES
Concentration: 1.826 mg/ml          pH = 3.14
Relative % Assay: 100.0

| | | TEMPERATURE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| TIME (week) | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 1.830 | 100.2 | 1.812 | 99.2 | 1.784 | 97.7 | 1.605 | 87.9 |
| 2 | 1.818 | 99.6 | 1.781 | 97.5 | 1.554 | 85.1 | 1.292 | 70.8 |
| 3 | | | 1.743 | 95.4 | 1.409 | 77.2 | 1.018 | 55.7 |
| 4 | 1.823 | 99.8 | 1.734 | 95.0 | 1.369 | 75.0 | | |
| 8 | 1.792 | 98.2 | | | | | | |

t₉₀ (days) extrapolated according to Arrhenius equation:
t₉₀ at 4° C. = 5815 days
t₉₀ at 8° C. = 2920 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

### EXAMPLE 12

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| Propylene glycol | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1N | pH = 3 | (pH = 3) |
| q.s. to | | |
| Water for injections q.s. to | 0.40 l | (5.0 ml) |

Doxorubicin.HCl (0.80 g) was dissolved in 90% of the amount of water for injections de-aerated by nitrogen bubbling. Propylene glycol was added under stirring and nitrogen bubbling. Hydrochloric acid 0.1 N was then added dropwise to adjust the pH of the solution to 3. De-aerated water for injections was finally added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22µ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5½ ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 4 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 12:

### TABLE 12

INITIAL VALUES
Concentration: 1.982 mg/ml          pH = 3.11
Relative % Assay: 100.0

| | | TEMPERATURE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C | |
| TIME (weeks) | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 1.972 | 99.5 | 1.934 | 97.6 | 1.889 | 95.3 | 1.705 | 86.0 |
| 2 | | | 1.952 | 98.5 | 1.795 | 90.6 | 1.483 | 74.8 |
| 3 | | | 1.935 | 97.6 | 1.699 | 85.7 | 1.153 | 58.2 |
| 4 | 2.054 | 103.7 | 1.788 | 90.2 | 1.460 | 73.7 | | |

t₉₀ (days) extrapolated according to Arrhenius equation:
t₉₀ at 4° C. = 1794 days
t₉₀ at 8° C. = 1025 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5 mg/ml concentration, or 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml 5 mg/ml concentration.

6,107,285

21

## EXAMPLE 13

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.80 g | (10.0 mg) |
| Polyethylene glycol 400 | 0.12 l | (1.5 ml) |
| Hydrochloric acid 0.1N | pH = 3 | (pH = 3) |
| q.s. to | | |
| Water for injections | 0.40 l | (5.0 ml) |
| q.s. to | | |

Doxorubicin.HCl (0.80 g) was dissolved in 90% of the amount of water for injections, de-aerated by nitrogen bubbling. Polyethylene glycol 400 was added under stirring and nitrogen bubbling. Hydrochloric acid 0.1 N was then added dropwise to adjust the pH of the solution to 3. De-aerated water for injections was finally added to bring the solution to its final volume (0.40 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5½ ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 55° C., 45° C. and 35° C. (accelerated stability controls) and at 4° C. for up to 3 weeks (55° C.), 4 weeks (45° C. and 35° C.) and 4 weeks (4° C.).

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 13:

## TABLE 13

INITIAL VALUES
Concentration: 1.907 mg/ml        pH = 3.07
Relative % Assay: 100.0

| | TEMPERATURE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4° C. | | 35° C. | | 45° C. | | 55° C. | |
| TIME (weeks) | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 1.871 | 98.1 | 1.797 | 94.2 | 1.668 | 87.5 | 1.484 | 77.8 |
| 2 | | | 1.710 | 89.7 | 1.608 | 84.3 | 1.237 | 64.9 |
| 3 | | | 1.739 | 91.2 | 1.551 | 81.3 | 1.007 | 52.8 |
| 4 | 1.873 | 98.2 | 1.693 | 88.8 | 1.463 | 76.2 | | |

t₉₀ (days) extrapolated according to Arrhenius equation:
t₉₀ at 4° C. = 1130 days
t₉₀ at 6° C. = 680 days

Similar stability data can be observed also for analogous solutions containing either doxorubicin hydrochloride at 5mg/ml concentration, or 4'-epi-doxorubicin, 4'-deoxy-doxorubicin, 4'-deoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin, as hydrochloride salts, at both 2 mg/ml and 5 mg/ml concentration.

## EXAMPLE 14

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| Doxorubicin.HCl | 0.8 g | (10 mg) |
| Hydrochloric acid 0.1N | pH = 3 | (pH = 3) |

22

-continued

| Composition | for 80 vials | (for 1 vial) |
|---|---|---|
| q.s. to | | |
| Water for injections | 0.4 l | (5 ml) |
| q.s. to | | |

Doxorubicin.HCl (0.8 g) was dissolved in 90 percent of the amount of water for injections, de-aerated by nitrogen bubbling. The hydrochloric acid was then added dropwise to adjust the pH of the solution to 3. Further de-aerated water for injections was then added to bring the solution to its final volume (0.4 l).

The solution was filtered through a 0.22μ microporous membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed into type I-colourless glass vials having 5½ ml capacity. The vials were then closed with chlorobutyl teflon-faced rubber stoppers and sealed with aluminium caps.

The stability of the solutions in the vials was tested. The vials were stored at temperatures of 4° C. and 8° C. for up to 6 months.

The stability data obtained, using high performance liquid chromatography (HPLC) for the determination of potency, are reported in the following Table 14:

## TABLE 14

INITIAL VALUES
Concentration: 2.039 mg/ml        pH = 3.06
Relative % Assay: 100.0

| | TEMPERATURE | | | |
|---|---|---|---|---|
| | 4° C. | | 8° C. | |
| TIME (months) | Conc. mg/ml | Rel.% Assay | Conc. mg/ml | Rel.% Assay |
| 1 | 1.983 | 97.3 | 1.959 | 96.1 |
| 3 | 1.984 | 97.3 | 1.983 | 97.3 |
| 6 | 2.012 | 98.7 | 2.002 | 98.2 |

6,107,285

23

At the same conditions, similar stability data can be generally observed also for the other solutions mentioned in the preceding examples.

We claim:

1. A physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container.

2. The solution of claim 1 wherein said physiologically acceptable aqueous solvent is selected from the group consisting of water, ethanol, polyethylene glycol, dimethylacetamide, and mixtures thereof.

3. The solution of claim 1 wherein the physiologically acceptable aqueous solvent is water.

4. The solution of claim 1 wherein the concentration of the doxorubicin is from 0.1 to 50 mg/ml.

5. The solution of claim 4 wherein the concentration of doxorubicin is from 1 to 20 mg/ml.

24

6. The solution of claim 1 wherein the concentration of doxorubicin is about 2 mg/ml.

7. The solution of claim 1 wherein the concentration of doxorubicin is about 5 mg/ml.

8. A sealed container containing a stable, intravenously injectable, sterile, pyrogen-free doxorubicin solution which consists essentially of doxorubicin hydrochloride dissolved in a physiologically acceptable solvent therefore, wherein said solution has a pH adjusted to 2.71 to 3.14 with a physiologically acceptable acid and has a concentration of doxorubicin of from 0.1 to 100 mg/ml.

9. The anthracycline glycoside solution of claim 1, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said pH range using said acids.

10. The container of claim 8, wherein said doxorubicin solution exhibits storage stability as a result of said pH being adjusted to the said pH range using said acids.

11. The solution of claim 1 wherein the concentration of anthracycline glycoside is about 1 mg/ml.

12. The solution of claim 11 wherein the physiologically acceptable acid is hydrochloric acid.

13. The solution of claim 12 wherein the anthracycline glycoside is idarubicin hydrochloride.

*  *  *  *  *



# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

Page 1 of 4

PATENT NO.  : 6,107,285
DATED       : August 22, 2000
INVENTOR(S) : Gaetano Gatti et al

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page,

Item [56], Reference Cited, U.S. PATENT DOCUMENTS; please insert
-- 3,803,124 4/1974 Arcamone et al. --;
FOREIGN PATENT DOCUMENTS please insert -- 3621844 A1 3/1987 Germany --;
please insert -- 1,291,037 1991/10/22 Canada --;
OTHER PUBLICATIONS; please insert the following references:
-- Beijnen et al. (1985), Stability of Anthracycline Antitumor Agents in Infusion
Fluids," J. Parenteral Science and Technology, Vol. 39, pp. 220-222.
    Dangherty et al. (1981), "Photolytic Destruction of Adriamycin," J. Pharm.
Pharmacol. Vol.33, p. 556.
    Dorr and Fritz (1980), "Doxorubicin," Cancer Chemotherapy Handbook,
Elsevier, New York, pp. 388-401.
    Flora et al. (1980), "The Loss of Paraben Preservatives During Freeze Drying,"
J. Pharm. Pharmacol., vol. 32, pp. 577-578.
    Florence and Atwood (1981), "Physicochemical Principles of Pharmacy,"
MacMillan Press, London, p. 475.
    Garnick et al. (1983), "Clinical Evaluation of Long-Term, Continuous
Infusion Doxorubicin," Cancer Treatment Reports, vol. 67, pp. 133-142.
    Henry, D. W. (1976), "Adriamycin," Cancer Chemotherapy, American
Chemical Society Symposium Series, pp. 15-57.
    Kaniewska, T. (1977), "A Study of Decomposition of Adriamycin," Pharmacia
Polska, vol. 9, 539-542.
    Ketchum et al. (1981), "Cost Benefit and Stability Study of Doxorubicin
Following Reconstitution," Am. J. Intravenous Therapy & Clinical Nutrition, vol. 8,
pp. 15-18.
    Kristensen and Moller (1983), "Almen Farmaci II," Dansk Farmacentforeizt
Forlag, Kobenhavn, pp. 408, 442, 447.
    Menozzi et al. (1984), "Self Association of Doxorubicin and Related
Compounds in Aqueous Solution," J. Pharmaceutical Sciences, vol. 73, pp. 766-770.
    Savlov et al. (1981), "Comparison of Doxorubicin With Cycloleucine
in the treatment of Sarcomas," Cancer Treatment Sciences, vol. 65, pp. 21-27.
    Trissell (1980), "Doxorubicin HCl," Handbook of Injectable Drugs, Third Ed.
(American Society of Hospital Pharmacists, Bethesda, MD), pp. 131-132.
    Williamson et al. (1980), "Doxorubicin Hydrochloride-Aluminium
Interaction," Am. J. Hospital Pharmacy, vol. 40, p. 214.
    Drug Topics, "Cancer Drug Danger," February 7, 1983, p. 99.
    Gutteridge and Wilkins (1983), "Doxorubicin Degradation: Changes in Activity
Compared by Bacterial Growth Inhibition and Free Radical-Dependent Damage to
Deoxyribose," J. Biological Standardization, vol. 11, pp. 359-364.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,107,285                                     Page 2 of 4
DATED         : August 22, 2000
INVENTOR(S)   : Gaetano Gatti et al

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Akbiyik et al. (1979), "Total Lung Irradiation and Chemeotherapy in Pulmonary Metastates from Carcinoma of the Uterine Cervix and Eadometrium," J. Nat'l Medical Assn., vol. 71, pp. 1061-1063.

Swinyard, E. A. (1980), "Introductin of New Drugs," Pharmaceutical Sciences, Mack Publishing Co., Easton, Pennsylvania, pp. 1365-1076.

Nikula et al. (1984). "Chromosome Aberrations in Lymphocytes of Nurses Handling Cystostatic Agents." Scand. J. Work Environ. Health, vol. 10, pp. 71-74.

U.S. Pharmacopoeia, "Doxorubicin Hydrochloride for Injection," 20th revision, p. 266.

U.S. Pharmacopoeia (1985), p. 119.

Formularium Der Nederlandse Apothekers, Band V (1983), p. I.8, I.24, I.63-1.64a, I.82, I.88.

Yoo (1977), Section "Injections" in the Korean Pharmacopoeia, pp. 3, 48-49.

Harris, D. C. (1995), Quantitative Chemical Analysis, Fourth Edition, W. H. Freeman & Company, New York, pp. 23ochloric Acid," S. Budavari, Ed., Merck & Co., Inc., Rahway, New Jersey, No. 4703, p. 756.

The Merck Index (1989), "Aclacinomycins," S. Budavari, Ed., Merck &. Co., Inc., Rahway, New Jersey, No. 108, p.17.

Trissell, L. A. (1983), "Investigational Drugs," Handbook on Injectable Drugs, Third Edition, American Society of Hospital Pharmacists.

German Patent Office Decision dated October 8, 1996 revoking Patent No. 36 21844.

Harris, D. C. (1995), "Quantitative Chemical Analysis," 4th Edition, W. H. Freeman and Company. --

Item [56], References Cited , OTHER PUBLICATIONS; please insert the following references:

-- Bradner and Misiek, (1977) *The Journal of Antibiotics*, "Bohemic Acid Complex. Biological Characterization of the Antibiotica, Musettamycin and Marcellomycin," 30(6)519-522.

Kjeld Ilver, *Almen Galenisk Farmaci-Forelæsningsnoter*, Dansk Farmaceutforenings Forlag 1971, pp. 132-136. (English translation provided)

Gjelstrup et al. (1983), *Almen Farmaci I*, Dansk Farmaceutforenings Forlag, København, pp. 404-408, 440, 442-443, 447, 451. (English translation provided)

Erik Sandell, (1967), *Galenisk Farmaci*, 2nd edition, Stockholm, pp. 214. (English translation provided)

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

Page 3 of 4

PATENT NO.    : 6,107,285
DATED         : August 22, 2000
INVENTOR(S)   : Gaetano Gatti et al

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Erk Sandell, (1982), *Galenisk Farmaci*, 3rd edition Stockholm, pp. 123. (English translation provided)

Svend Aage Schou & V. Gaunø Jensen (1959), *Troek af den flaeniske farmaci*, Store Nordiske Videnskabsboghandel, pp. 220. (English translation provided)

Arcamone, F. (1977), *Lloydia*, "New Antitumor Anthracyclines," 40(1):45-66.

Naff et al., (1982) *Anthracycline Antibiotics*, "Anthracyclines in the National Cancer Institute Program, Hassan S. El Khadam, editor, Academic Press, pp. 1-57.

*Formularium Der Nederlandse Apothekers*, (1983) pp. I.8, I.24, I.63.
*Formularium DerNederlandse Apothekers*, (1979) pp. I.64, I.82.
*Formularium Der Nederlandse Apothekers*, (1985) pp. I.64a.
*Formularium Der Nederlandse Apothekers*, (1989) pp. I.88.
*Formularium Der Nederlandse Apothekers*, (1992) pp. I.63a.

Harris, *Quantitative Chemical Analysis*, Fourth Edition, W.H. Freeman & Company, New York, pp. 240.

Bernard et al., editors (1969), *Rubidomycin A New Agent Against Cancer*, pp. ix-181.--;

Column 4,
Line 57, please delete "mg//m²" and insert -- mg/m² --;
Line 67, after "following" please insert -- experimental conditions: --;

Column 6,
Line 15, please delete "550° C" and insert -- 55° C --;

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,107,285                                          Page 4 of 4
DATED         : August 22, 2000
INVENTOR(S)   : Gaetano Gatti et al

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 9,
Line 59, please delete "Similarr" and insert -- Similar --;

Column 12,
Lines 21-23, please delete "The solution was filtered through a 0.22µ microporous
membrane under nitrogen pressure. Volumes of 5 ml of the solution were distributed
into type I colourless glass vials"; and

Column 24,
Line 9, Please delete "2.71 to 3.14" and insert -- 2.5 to 5.0 --.

Signed and Sealed this

Twenty-first Day of May, 2002

Attest:

JAMES E. ROGAN
Director of the United States Patent and Trademark Office

Attesting Officer

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,107,285                                     Page 1 of 1
DATED         : August 22, 2000
INVENTOR(S)   : Gaetano Gatti et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

**Title page,**
Item [62], Related U.S. Application Data, after "Pat. No. 5,124,317" please insert
— , which is a division of application No. 07/385,999, filed on Jul. 27, 1989, now Pat.
No. 4,946,831, which is a continuation of application No. 06/878,784, filed on Jun. 26,
1986, now abandoned --.

**Column 1,**
Line 6, after "U.S. Pat. No. 5,124,317" please insert — , which is a division of
application No. 07/385,999, filed on Jul. 27, 1989, now Pat. No. 4,946,831, which is a
continuation of application No. 06/878,784, filed on Jun. 26, 1986, now abandoned --.

Signed and Sealed this

Eighteenth Day of May, 2004



JON W. DUDAS
*Acting Director of the United States Patent and Trademark Office*

# EXHIBIT 4

# REDACTED

# EXHIBIT 5

CERTIFICATE OF MAILING

I hereby certify that this paper and every
paper referred to therein is being enclosed
is being deposited with the U.S. Postal Ser-
vice as first class mail, postage prepaid,
in an envelope addressed to: Commissioner of
Patents & Trademarks, Washington, DC 20231,
on _May 06, 1997_ (Date of Deposit)

5/6/97    Daniel A Grecian
Date        Name

#41/4
Decker
6/10/97

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### (Case No. 96,926)

In re Application of:                    )
                                         )
    Gaetano Gatti et al.                 )
                                         )
Serial No.: 07/827,742                   )    Examiner: E. Peselev
                                         )
Filed: January 29, 1992                  )    Art Unit: 1211
                                         )
For:   INJECTABLE READY-TO-USE           )
       SOLUTIONS CONTAINING AN           )
       ANTITUMOR ANTHRACYCLINE           )
       GLYCOSIDE                         )        A.J 21

## AMENDMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

    This is in response to the Office Action mailed December 6, 1996. A Petition for an extension of time (two months) and requisite fee are attached herewith.  Please amend this application as shown below.

### IN THE CLAIMS

    Please add the following new dependent claims as shown below.  A clean copy of the entire set of pending claims, after amendment, is attached as Appendix A.

4

PU 0015277

37. (Amended) The solution of claim 31 wherein the concentration of doxorubicin is about 2 mg/ml.

38. (Amended) The solution of claim 31 wherein the concentration of doxorubicin is about 5 mg/ml.

46. The solution of claim 31 wherein the concentration of anthracycline glycoside is about 1 mg/ml.

49. The solution of claim 46 wherein the physiologically acceptable acid is hydrochloric acid.

50. The solution of claim 49 wherein the anthracycline glycoside is idarubicin hydrochloride.

51. The solution of claim 44 wherein the concentration of anthracycline glycoside is about 1 mg/ml.

52. The solution of claim 51 wherein the physiologically acceptable acid is hydrochloric acid.

53. The solution of claim 52 wherein the anthracycline glycoside is idarubicin hydrochloride. —

2

PU 0015278

## REMARKS

Reconsideration of this application, as amended, is respectfully requested.

Claims 31, 33-38, 40, 42 and 44-47 were pending in this application. New dependent claims 48-53 were added to further specify other embodiments of the invention. Claims 31, 33-38, 40, 42, and 44-53 are now pending in this application.

Support for the new dependent claims can be found in the application as originally filed. For instance, the subject matter of new claims 49 and 52 can be found on page 3, lines 23 and 24; new claims 48 and 51 can be found on page 6, lines 17 and 18; and new claims 47 and 53 can be found on page 3, line 13. Support for the amendment of claims 37 and 38 can be found on page 6, lines 14-24, in the specification. Accordingly, no new matter has been introduced into the application as a result of the above amendment.

Turning to the Office Action, claims 31, 33-38, 40 and 42 stand rejected under 35 U.S.C. 103 as being unpatentable over Janssen et al., International J. Pharmaceutics, Vol. 23 (1985), pp. 1-11 ("Janssen"). These claims also stand rejected under 35 U.S.C. 103 as being unpatentable over Kaniewska (Chem. Abstracts, Vol. 88, 1978, Abst. No. 197526x) ("Kaniewska I" or Kaniewska (Pharmacia Polska, Vol. 9, pp. 539-542) ("Kaniewska II") in combination with Janssen. Applicants respectfully traverse these rejections.

The Federal Circuit has reiterated the manner in which obviousness rejections are to be reviewed. Where claimed subject matter has been rejected as obvious in view of a combination of prior art references, "a proper analysis under § 103 requires, inter alia, consideration of two factors: (1) whether the prior art would have suggested to those of ordinary skill in the art that they should make the claimed composition or device, or carry out the claimed process; and (2) whether the prior art would also have revealed that in so making or carrying out, those of ordinary skill would have a reasonable expectation of success." In re Vaeck, 947 F.2d 488, 493, 20 U.S.P.Q.2d 1438, 1442 (Fed. Cir. 1991), cited In re Dow Chemical Co., 837 F.2d 469, 473, 5 U.S.P.Q.2d 1529, 1531 (Fed. Cir. 1988). As the Federal Circuit emphasized by succinctly summarizing: "Both the suggestion and the reasonable expectation of success must be founded in the prior art, not in the Applicants' disclosure." Id. In the present case, neither Janssen, Kaniewska I, nor Kaniewska II provide any suggestion for the combination of references. Moreover, neither Janssen, Kaniewska I nor Kaniewska II, alone or in combination with each other, teach an expectation of success for doing what the Applicants have done, i.e. achieving a storage stable solution of anthracycline glycosides in a pharmaceutically accepted solution.

3

PU 0015279

Janssen merely relates to a doxorubicin-HCl salt dissolved in Tris or phosphate buffer or cell culture medium for determination of decomposition kinetics in the presence or absence of liposomes. While Janssen teaches that doxorubicin decomposition rates can be modulated by buffer choice and temperature, Janssen does not teach or suggest that any of the disclosed buffers are "pharmaceutically acceptable solutions" as recited in the present claims. Moreover, Janssen does not suggest that its result can be achieved irrespective of the manner of adjusting the pH, *i.e.*, irrespective of using buffer. The reader knows only that the buffer used therein achieved the results disclosed. There is nothing in Janssen that implies the need for a storage stable physiologically acceptable solution of anthracycline glycoside. There is also nothing in Janssen that suggest the same result could be obtained by pH adjustment of a physiologically acceptable aqueous solvent medium with the use of a physiologically acceptable acid. Moreover, as the Examiner had acknowledged on page 2 of the prior Office Action, Janssen does not teach or suggest a concentration of anthracycline glycoside ranging from 0.1 to 100 mg/ml in pharmaceutically acceptable solution or otherwise.

Like Janssen, Kaniewska I is mainly concerned with decomposition kinetics, and merely states that adriamycin-HCl in buffered solutions followed first order kinetics at increasing pH of the medium. While Kaniewska describes measurement of a decomposition rate constant at pH 2.6, Kaniewska does not teach or suggest any "pharmaceutically acceptable solution." Indeed, Kaniewska I is completely silent with respect to the chemical identity of the solution, other than the fact that it is buffered. Like Janssen, Kaniewska I fails to suggest that the results are achieved without use of a buffer, *i.e.*, irrespective of how pH is adjusted. While Kaniewska I does disclose determination of a rate constant at pH 2.6 as the Examiner noted on page 2 of the Action, this determination is not a disclosure of a pharmaceutically acceptable solution having the recited pH range as presently claimed.

Finally, Kaniewska II merely concerns decomposition kinetics of adriamycin hydrochloride in solid form and in a 2% solution of "Britton-Robinson" buffer at various pH values. As shown in the attached article by Britton and Robinson (J. Chem. Soc., 458, 1456 (1931)), the Britton-Robinson buffer merely refers to an aqueous solution of sodium hydroxide, acetic acid, phosphoric acid and boric acid. Acetic acid is replaceable with phenylacetic acid and in one version, a barbituric drug substance, veronal, was also included. Britton-Robinson buffers are not considered pharmaceutically acceptable and cannot be used for pharmaceutical preparations due to the presence of physiologically unacceptable substances such as boric acid.

Accordingly, a person of ordinary skill in the art would not be motivated by Janssen's teachings concerning non-physiologically acceptable phosphate or TRIS buffer or cell growth

4

medium containing doxorubicin, or Kaniewska I's teachings concerning unknown buffered solutions for decomposition kinetic studies, or Kaniewska's adriamycin solutions in Britton-Robinson buffers for decomposition kinetic studies to make and use the presently claimed physiologically acceptable solution with any reasonable expectation of success.    There is no teaching in the cited references that the results are achieved irrespective of what is used to adjust the pH level, and the teaching of the cited references was not achieved in a physiologically accepted solution.  As a threshold matter, obviousness cannot be established by combining the teachings of the prior art to produce the claimed invention, absent some teaching, suggestion or incentive supporting the combination.  In re Geiger, 815 F.2d 686 (Fed. Cir. 1987); In re Fine, 837 F.2d 1071 (Fed. Cir. 1988). Withdrawal of the § 103 rejection based on Janssen, Kaniewska I and II, alone or in combination with each other, is in order and is respectfully requested.

These references merely illustrate that, prior to the present invention, scientists were searching for an answer to a long-term storage stable solution of anthracycline glycosides in a pharmaceutically acceptable solution.  These references do not teach the solution. Rather, they confirm the long-standing need of the problem.  Indeed, Janssen et al. expressly acknowledged that they had not solved the problem: "In our laboratory, work is in progress to address the problem related to the chemical stability of DXR [i.e., doxorubicin] in a systematic way." Janssen et al., p. 10.

In view of the above amendment and discussion, Applicants respectfully submit that claims 31, 33-38, 40, 42, and 44-53 are allowable and that a Notice of Allowance should be issued in this case.  The Applicants urge the Examiner to contact the Applicants' undersigned representative if the Examiner believes that this would expedite prosecution of this application.

Respectfully submitted,

Dated: May 6, 1997

Daniel A. Boehnen
Registration No. 28,399

McDonnell Boehnen Hulbert & Berghoff
300 South Wacker Drive
Chicago, Illinois 60606
Phone:  (312) 913-0001
Facsimile:  (312) 913-0002

5

PU 0015281

## APPENDIX A

31.    A physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container.

33.    The solution of Claim 31 wherein said physiologically acceptable aqueous solvent is selected from the group consisting of water, ethanol, polyethylene glycol, N,N.-dimethylacetamide, and mixtures thereof.

34.    The solution of Claim 31 wherein the physiologically acceptable aqueous solvent is water.

35.    The solution of Claim 31 wherein the concentration of the doxorubicin is from 0.1 to 50 mg/ml.

36.    The solution of Claim 35 wherein the concentration of doxorubicin is from 1 to 20 mg/ml.

37.    The solution of Claim 31 wherein the concentration of doxorubicin is about 2 mg/ml.

38.    The solution of Claim 31 wherein the concentration of doxorubicin is about 5 mg/ml.

40.    The solution of Claim 31 further comprising a tonicity adjusting agent.

6

PU 0015282

42.     A sealed container containing a stable, intravenously injectable, sterile, pyrogen-free doxorubicin solution which consists essentially of doxorubicin hydrochloride dissolved in a physiologically acceptable solvent therefor, wherein said solution has a pH adjusted to 2.5 to 5.0 with a physiologically acceptable acid and has a concentration of doxorubicin of from 0.1 to 100 mg/ml.

44.     A physiologically acceptable aqueous solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride and epirubicin hydrochloride dissolved in a physiologically acceptable solvent, having a pH adjusted from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methanesulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml.

45.     The anthracycline glycoside solution of Claim 31, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said pH range using said acids.

46.     The container of Claim 42, wherein said doxorubicin solution exhibits storage stability as a result of said pH being adjusted to the said pH range using said acids.

47.     The anthracycline glycoside solution of Claim 44, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said pH range using said acids.

48.     The solution of claim 31 wherein the concentration of anthracycline glycoside is about 1 mg/ml.

49.     The solution of claim 48 wherein the physiologically acceptable acid is hydrochloric acid.

7

PU 0015283

50.    The solution of claim 49 wherein the anthracycline glycoside is idarubicin hydrochloride.

51.    The solution of claim 44 wherein the concentration of anthracycline glycoside is about 1 mg/ml.

52.    The solution of claim 51 wherein the physiologically acceptable acid is hydrochloric acid.

53.    The solution of claim 52 wherein the anthracycline glycoside is idarubicin hydrochloride.

8

PU 0015284

# EXHIBIT 6

# REDACTED

# EXHIBIT 7

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PHARMACIA & UPJOHN COMPANY,    }

               v.    }    Case Action No. 04-833

SICOR, INC. and SICOR    }

PHARMACEUTICALS, INC.,    }

                       }

<u>Expert Report of Douglas S. Clark, Ph.D.</u>

I, Dr. Douglas Clark, if called to testify in the above-captioned matter presently expect to testify with regard to the opinions, and the bases and reason therefore, expressed below:

## I. QUALIFICATIONS AND CREDENTIALS

I am currently a tenured full Professor of Chemical Engineering at the University of California, Berkeley ("U.C. Berkeley"). From 1995-1998, I served as Vice-Chairman of the Chemical Engineering Department of U.C. Berkeley. U.C. Berkeley is one of the world's premier universities, and our Chemical Engineering Department is consistently ranked among the top three chemical engineering departments in the country. While at U.C. Berkeley, I have taught classes in chemical kinetics and chemical reactor design, unit operations (e.g., individual processes used in the manufacture and formulation of chemical and pharmaceutical products), heat and mass transfer, and biochemical engineering, as well as laboratory courses in transport phenomena and biochemical engineering. Material covered in chemical kinetics and chemical reactor design, unit operations, and biochemical engineering (which includes drug formulation) is particularly relevant to the issues that I have been asked to consider.

I received my B.S. in Chemistry from the University of Vermont in 1979 (*Summa Cum Laude*) and my Ph.D. in Chemical Engineering from the California Institute of Technology ("CalTech") in 1983. CalTech has been consistently recognized as one of the preeminent science and technology academic institutions in the world. From 1984 to 1986, I was an Assistant Professor of Chemical Engineering at Cornell University. While

I have been asked to determine the qualifications and experience of "those of ordinary skill in the art." I have been told that the way to make this determination is to identify the problems to be solved by the '285 patent and define the background of persons who, in my experience, would be qualified to resolve those problems. I was also told that I was to read and consider the '285 patent and other publications I discuss herein based from the standpoint of "those of ordinary skill in the art."

The problem described in the '285 patent is to find the conditions under which physiologically acceptable solutions of anthracycline glycosides, which were not reconstituted from a lyophilizate, would have "good stability" ('285 patent, 4:13-21). Based on my various experiences described above, I believe this type of problem would ordinarily be resolved by a scientist or engineer with an advanced degree and/or experience in chemistry, pharmaceutical science, bioengineering and/or similar fields. This person would need laboratory experience with various analytical chemistry techniques and a working knowledge of chemical reaction kinetics, with an emphasis on theoretical and experimental techniques for determining stability parameters for organic compounds. From this background, these persons of ordinary skill in the art would be intimately familiar with accelerated stability testing, Arrhenius plots and their use in extrapolations, and $t_{50\%}$ and $t_{90\%}$ calculations.

The specific measures of doxorubicin HCl stability reported in the '285 patent, $t_{90\%}$ values at 4°C and 8°C in particular, were determined from extrapolations based on actual measurements from accelerated stability studies of doxorubicin HCl degradation taken at various higher temperatures. In particular, the '285 patent acknowledges that "[t]he extrapolation of the analytical data in order to determine the time when the 90% of the initial assay could be expected ($t_{90\%}$ value) was made following an Arrhenius plot. . . . This procedure of analytical data treatment is well known and widely used and described in the art: see, e.g., Chemical Stability of Pharmaceuticals, Kennet A. Connors, Gordon L. Amidon, Lloyd Kennon, Publ. John Wiley and Sons, New York, N.Y., 1979" ('285 patent, 5:45-53). The '285 patent says that similar stability data "can be observed for other analogous solutions" of anthracycline glycoside that vary in the drug concentration

14

(e.g., 5 mg/ml of doxorubicin HCl) and the drug identity (i.e., 4'-epi-doxorubicin, 4'-desoxy-doxorubicin, 4'-desoxy-4'-iodo-doxorubicin, daunorubicin or 4-demethoxy-daunorubicin [idarubicin], as hydrochloride salts) (e.g., '285 patent, 6:41-47). It is interesting to note that the '285 patent reports no actual stability data (be it accelerated or long-term data) for those analogous solutions of structurally similar anthracycline glycosides, leading me to conclude that the "can be observed" language in the patent represents a prediction based on the reported observations and related $t_{90\%}$ calculations for doxorubicin HCl.

skill would understand that doxorubicin HCl solutions adjusted to pH 4 using hydrochloric acid exhibit storage stability.

In sum, one of ordinary skill in the art would have been taught by Janssen that solutions of doxorubicin HCl at concentrations up to 0.5 mg/ml would be stable at 4°C when the pH is adjusted to 4.0 with hydrochloric acid. Given the wide (ten-fold) range of doxorubicin HCl concentrations tested in Janssen at pH 4.0, a skilled artisan would also have understood from the teachings of Janssen that solutions of doxorubicin HCl would be stable at higher concentrations such as 1 mg/ml and 2 mg/ml, which were known concentrations for injectable solutions of doxorubicin HCl prior to August 1985.  In addition, given the close structural similarity between doxorubicin HCl and idarubicin HCl, including the identical glycosidic linkage, it would be reasonable for a person skilled in the art to conclude that a solution of idarubicin HCl at a concentration of 1 mg/ml (see e.g. Berman, 1983, and Kaplan, 1982 (noting the desirability of 1 mg/ml idarubicin HCl solutions)) and a pH of 4.0 adjusted with hydrochloric acid would display similar stability as the doxorubicin HCl solution.

Janssen further discloses that the solutions stored at 4°C were in 10-ml glass vials or polypropylene tubes (p. 4, lines 21 and 23). Further, it would have been a matter of common sense for those of ordinary skill in the art to distribute and/or otherwise handle any anthracycline glycoside solution in a sealed container.  It necessarily follows from good laboratory practice and simple common sense, and thus would be understood by one skilled in the art, that any containers used to hold either a solution of doxorubicin HCl or idarubicin HCl would need to be sealed to avoid contamination, evaporation, and dangerous exposure of the researchers to these agents, which are highly cytotoxic and require extreme care in handling (see Ketchum, 1981).

Wassermann (1983) is also instructive. Wassermann studied the kinetics of doxorubicin HCl hydrolysis in aqueous solutions of 0.01-0.5 M hydrochloric acid over a pH range of 2.1 to 0.4. Wassermann found that the hydrolysis of doxorubicin HCl exhibited a pseudo first order dependence (see Equation (3) above) on the doxorubicin HCl concentration

18

# EXHIBIT 8

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT

 2                 DISTRICT OF DELAWARE

 3

 4   PHARMACIA & UPJOHN COMPANY,      )

 5                  Plaintiff,        )

 6      -vs-                          )   CA No. 04-833-KAJ

 7   SICOR, INC., and SICOR           )

 8   PHARMACEUTICALS, INC.,           )

 9                  Defendants.       )

10

11           The videotaped deposition of DOUGLAS S.

12   CLARK, called for examination, taken pursuant to

13   the Federal Rules of Civil Procedure of the United

14   States District Courts pertaining to the taking of

15   depositions, taken before THERESA A. VORKAPIC, a

16   Notary Public within and for the County of Kane,

17   State of Illinois, and a Certified Shorthand

18   Reporter, CSR No. 84-2589, of said state, at Suite

19   3100, 300 South Wacker Drive, Chicago, Illinois,

20   on the 1st day of November, A.D. 2005, at

21   approximately 9:34 a.m.

22

23

24
```

DOUGLAS S. CLARK - NOVEMBER 1, 2005

Page 206

1  consistent with that affirmation is that no
2  significant would mean beyond the limits of their
3  detection.
4      Q.    Below 10 percent they don't report any
5  results, correct?
6      A.    That's correct, but they can measure it
7  obviously.
8      Q.    But they don't make any effort to
9  report anything below 10 percent, correct?
10     MR. SIGALE: Objection. Calls for
11 speculation.
12 BY THE WITNESS:
13     A.    I don't know why they didn't report
14 specific numbers less than 10 percent.
15 BY MR. RICH:
16     Q.    But they didn't?
17     A.    They don't report any numbers less than
18 10 percent in the tables, however, as I consult
19 Table 1 -- excuse me, Figure 1, if you look at the
20 data at 37 degrees C, it's difficult by eye for me
21 to tell whether the first datum reflects
22 degradation of less than 10 percent, so I can't
23 say for sure.
24     Q.    Is there any indication in the Janssen

Page 207

1  paper that they used sealed containers in their
2  experiments?
3      MR. SIGALE: Objection. Vague.
4  BY THE WITNESS:
5      A.    There are many indirect indications in
6  Janssen that they used sealed containers.
7  BY MR. RICH:
8      Q.    Did they necessarily use sealed
9  containers?
10     A.    It would be assumed by one of ordinary
11 skill in the art that they did.
12     Q.    Is it inevitable?
13     A.    The data in Figure 3, good laboratory
14 practice, the understanding of the cytotoxicity of
15 the compound they were working with, which they
16 were clearly aware of, based on if nothing else
17 the breadth of papers discussed in their
18 introduction, the knowledge that avoiding
19 evaporation would be essential to obtain accurate
20 degradation kinetics at elevated temperatures
21 would all lead one to conclude that the containers
22 were sealed.
23     Furthermore, looking at the data of
24 Figure 3, excuse me, Figure 1, would further

Page 208

1  suggest that the containers were sealed because if
2  the containers were not sealed, significant
3  evaporation would have occurred over these times
4  at these elevated temperatures, which would have
5  caused the degradation kinetics at 61 degrees and
6  72 degrees to deviate from linearity one would
7  assume. So this provides further evidence that
8  the containers were sealed.
9      So in my opinion, yes, the containers
10 must have been sealed.
11     Q.    It's absolutely inevitable in your
12 mind?
13     A.    It's not absolutely inevitable. Very
14 little is absolutely inevitable.
15     Q.    And Figure 1 relates only to a
16 phosphate buffer at pH 7.4, correct?
17     A.    Yes, but the assumption is that if the
18 containers were sealed in some experiments, they
19 were sealed in all experiments.
20     Q.    Is that necessarily true?
21     A.    It's not inevitable.
22     Q.    If I could have you turn to --
23     MR. SIGALE: If you're done with this
24 reference, I'd really like to take break.

Page 209

1      MR. RICH: Why don't we take a break no
2  matter what?
3      MR. SIGALE: Thank you.
4      THE VIDEOGRAPHER: Going off the video
5  record. The time is 4:16 p.m.
6          (WHEREUPON, a recess was had.)
7      THE VIDEOGRAPHER: Back on the video record.
8  The time is 4:23 p.m.
9  BY MR. RICH:
10     Q.    If you could turn in your expert report
11 to Page 16, and I'm looking at the last sentence
12 before the letter F on Page 16, it says: "And
13 thus, a person of ordinary skill would understand
14 that this Janssen solution adjusted to pH 4 using
15 hydrochloric acid exhibits storage stability."
16     Do you see that?
17     A.    Yes, I do.
18     Q.    What did you mean by "storage
19 stability"?
20     A.    I meant would exhibit a value of T-90
21 of six months using an arbitrary definition of
22 "storage stability".
23     Q.    So I guess if it's an arbitrary
24 decision, you didn't have a source that you went

53 (Pages 206 to 209)

# EXHIBIT 9

# REDACTED

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2006, the attached **REDACTED PUBLIC VERSION OF ANSWERING MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON ANTICIPATION** was served upon the below-named counsel of record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire           <u>HAND DELIVERY</u>
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Joshua R. Rich, Esquire           <u>VIA FEDERAL EXPRESS</u>
McDonnell Boehnen Hulbert & Berghoff
300 South Wacker Drive
Suite 3200
Chicago, IL 60606

/s/ *John G. Day*
_____
John G. Day