IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SICOR INC. AND SICOR )<br>PHARMACEUTICALS, INC., )<br>)<br>Defendants. ) | Civil Action No. 04-833 (KAJ) |

ORDER

For the reasons set forth in the Memorandum Opinion issued today, IT IS HEREBY ORDERED that the following disputed claim terms of U.S. Patent No. 6,107,285 (issued August 22, 2000) are construed as follows:

**Claim Term**

"physiologically acceptable"

**The Court's Construction**

The court construes the term "physiologically acceptable" to mean "the substance is sterile, pyrogen-free, and otherwise suitable for administration to humans or animals."

| | |
|---|---|
| "anthracycline glycoside" | The court construes the term "anthracycline glycoside to mean "a class of chemical compounds having the following generic structure: [chemical structure diagram showing anthracycline glycoside with substituents $R_1$, $R_2$, $R_3$, $R_4$, $R_5$, $CH_3$, $NH_2$, $OH$]." |
| "sealed container" | The court construes the term "sealed container" to mean "a closed container which is further secured against access, leakage and passage by a fastening, membrane, or coating that must be broken to be removed." |
| "storage stability" | The court construes the term "storage stability" to mean "retaining at least 90% potency for at least 18 months." |

IT IS FURTHER ORDERED that the Motion for Summary Judgment of Non-Infringement filed by Sicor Inc. and Sicor Pharmaceuticals, Inc., ("Sicor") (Docket Item ["D.I."] 246) is DENIED, and Sicor's alternative Motion for Summary Judgment of Invalidity for Lack of Written Description (D.I. 246) is also DENIED.

IT IS FURTHER ORDERED that the Motion for Summary Judgment on Sicor's Anticipation Affirmative Defense (D.I. 252) filed by Pharmacia & Upjohn Company ("Pharmacia") is GRANTED as to the Janssen reference, and Sicor's Motion for Summary Judgment of Anticipation (D.I. 254) is DENIED.

IT IS FURTHER ORDERED that Pharmacia's Motion for Summary Judgment on Sicor's Unclean Hands Affirmative Defense (D.I. 248) is DENIED.

IT IS FURTHER ORDERED that, within five days, the parties will provide recommendations for redactions to this opinion so that a public version may be filed. Proposed redactions must be kept to an absolute minimum

                                            _____
                                            UNITED STATES DISTRICT JUDGE

August 17, 2006
Wilmington, Delaware