# ASHBY & GEDDES

**ATTORNEYS AND COUNSELLORS AT LAW**

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

August 21, 2006

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

    Re:    Pharmacia & Upjohn Company LLC v. Sicor, Inc. *et al.*,
            C.A. No. 04-833-KAJ

Dear Judge Jordan:

    Pursuant to the Court's Order of July 7, as amended on July 20, Sicor propounded written deposition questions on Daniel Boehnen. Pharmacia served written responses that were not executed or sworn to by Mr. Boehnen. (Exhibit 1).

    Sicor has reviewed the responses and believes a few were non-responsive and others incomplete. Sicor sent correspondence to Pharmacia requesting further answers and clarification as well as formal execution of the responses under oath by Mr. Boehnen. (Exhibit 2). Pharmacia responded that (without admitting that Mr. Boehnen's answers were incomplete) Mr. Boehnen is willing to provide an amended answer to Written Question No. 74, as well as further responses to what Pharmacia erroneously considers the "supplemental questions" raised in Exhibit 2. (Exhibit 3). Pharmacia would not, however, agree to have Mr. Boehnen formally execute his responses under oath, although it has offered to have Mr. Boehnen sign the responses as an officer of the Court.

    Sicor respectfully requests that the Court either direct Mr. Boehnen to sign his responses to Sicor's written deposition questions under oath, or enter an order holding that Pharmacia has waived any evidentiary objections it may have had to Sicor's use of Mr. Boehnen's responses at trial based upon the fact that Mr. Boehnen has not formally attested to them. Sicor also is willing

to accept Pharmacia's offer of further responses, but reserves the right to seek the Court's assistance should such further responses not be sufficient.

Respectfully,

/s/ *John G. Day*

John G. Day (I.D. #2403)

JGD:nml
172344.1

cc:   Clerk of the Court (via electronic filing)
      Maryellen Noreika, Esquire (via electronic mail)
      Reid L. Ashinoff, Esquire (via electronic mail)
      Daniel A. Boehnen, Esquire (via electronic mail)