# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

August 24, 2006

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re:   Pharmacia & Upjohn Co. LLC v. Sicor, Inc., et al.,
      C.A. 04-833-KAJ

Dear Judge Jordan:

I write to advise the Court that the parties to the above action have determined that the Court's August 17, 2006 Memorandum Opinion in the above matter (D.I. 279) does not need to be sealed.

Respectfully,

/s/ John G. Day

John G. Day

JGD/nml
172481.1

cc:   Clerk of the Court (via electronic mail)
      Maryellen Noreika, Esquire (via hand delivery)
      Reid L. Ashinoff, Esquire (via electronic mail)
      Daniel A. Boehnen, Esquire (via electronic mail)