# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 04-833-KAJ |
| | ) |
| SICOR INC. and SICOR | ) |
| PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Response to Sicor's Written Questions Served July 31, 2006, As Well As Response to Sicor's Supplemental Inquiries Served August 14, 2006 were caused to be served on August 31, 2006 upon the following in the manner indicated:

### BY EMAIL

Steven J. Balick
John G. Day
ASHBY & GEDDES
222 Delaware Avenue
Wilmington, DE  19801

Reid L. Ashinoff
David R. Baum
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY  10020

Jordan Sigale
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
Chicago, IL  60606

                                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                         */s/    Maryellen Noreika (#3208)*
                                         Jack B. Blumenfeld (#1014)
                                         Maryellen Noreika (#3208)
                                         1201 N. Market Street
                                       P.O. Box 1347
                                       Wilmington, Delaware  19899-1347
                                       (302) 658-9200
                                          Attorneys for Plaintiff
                                          Pharmacia & Upjohn Company LLC

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
McDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 S. Wacker Drive
Chicago, Illinois  60606
(312) 913-0001

August 31, 2006