# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) ) Civil Action No. 04-833 (KAJ) |
| SICOR INC. AND SICOR PHARMACEUTICALS, INC., | ) ) ) |
| Defendants. | ) ) |

### ORDER

At Wilmington this **30th** day of **March, 2006**,

For the reasons set forth by the Court during the teleconference today,

IT IS HEREBY ORDERED that:

1. Defendants' motion to bifurcate liability and willfulness/damages (D.I. 115) is GRANTED; the portion of the motion requesting a stay of discovery relating to the willfulness inquiry is DENIED.

2. Plaintiff's motion to compel (D.I. 181) is GRANTED as set forth by the Court.

3. Defendants' motion to compel (D.I. 183) is GRANTED to the limited extent described; otherwise the motion is moot.

_____
UNITED STATES DISTRICT JUDGE