# EXHIBIT C

**PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006**

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 1. | 1. | Work Order - NY Patent 1, issued under the Master Research & Development Agreement between Pfizer, Inc. and Nerviano Medical Services on May 14, 2004 | PI 17791-17795 | Liability | |
| 2. | 2. | Work Order - NY Patent 2, issued under the Master Research & Development Agreement between Pfizer, Inc. and Nerviano Medical Services on May 14, 2004 | PI 17796-17800 | Liability | |
| 3. | 3. | Printout from Nerviano Medical Sciences webpage dated 12/7/05 on Nerviano's "Management, News and History" | N/A | Liability | |
| 4. | 4. | United States Patent 6,107,285 | N/A | Liability | |

---

[1] The "Phase of Litigation" column refers to whether the exhibit is intended to be introduced in the liability phase, willfulness/damages phase, and/or the inequitable conduct/unclean hands bench trial. Sicor reserves the right to introduce exhibits identified for use in the "liability" phase in the willfulness/damages phase and/or the inequitable conduct/unclean hands bench trial. However, Sicor will not introduce in the "liability" phase documents identified exclusively for use in the "willfulness/damages" phase and/or the "inequitable conduct/unclean hands" bench trial. Moreover, Sicor states that additional exhibits would have been included herein to prove non-infringement had the Court accepted Sicor's proposed construction of the disputed claims in this case. Such exhibits would have included, but not been limited to, those exhibits to Sicor's Memorandum of Law in Support of Summary Judgment on Non-Infringement, or in the Alternative for Invalidity for Lack of Written Description (D.I. 246, 247), and Reply Memorandum of Law in Support of Summary Judgment on Non-Infringement, or in the Alternative for Invalidity for Lack of Written Description (D.I. 269), which exhibits are not identified herein. Potential rebuttal and/or impeachment exhibits are not included herein.

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 5. | 5. | Email from D. Boehnen to GBottoni@AlfaWassermann.it dated May 19, 2005, regarding arranging a consulting agreement to assist in case involving the '285 patent. | PI 17757-17758 | Liability | |
| 6. | 6. | Letter from Dr. Francavilla to Dr. Robinson dated June 7, 1985, regarding the status of development and decisions taken about some projects of galenical development. | PU 0011162-0011165 | Liability | |
| 7. | 7. | Letter from G. Tosolini to Dr. Irminger cc: B. Beck, F. Grab, M. Meyers, D. Robison, P. Francivilla dated July 23, 1985 regarding Adriamycin RTU solution. | PU 0011160-0011161 | Liability | |
| 8. | 8. | Farmitalia Carlo Erba - Research and Development: Step-by-Step Procedure to Calculate A Product Shelf-Life in Terms of t90% From Real Stability Data prepared on July, 1990 by R&D/Galenics Galenical Controls Department | PU 0028280-0028287 | Liability | |
| 9. | 9. | Declaration, Power of Attorney, and Petition 6/23/86 regarding Great Britain Application No. 8519452 | N/A | Liability | |

**PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006**

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 10. | 10. | United States Patent and Trademark Office - Request for Priority Under 35 U.S.C. 119 and the International Convention in US Application No. 878784 | N/A | Liability | |
| 11. | 11. | Example 2: Excerpt from Scientific Notebook - Scientific Notes for Doxorubicin | PU 0022802-0022819 | Liability | |
| 12. | 12. | Example 3: Excerpt from Scientific Notebook - Scientific Notes for Doxorubicin | PU 0022785-0022801 | Liability | |
| 13. | 13. | Excerpt from Scientific Notebook - Scientific Notes for Doxorubicin | PU 0023350-0023368 | Liability | |
| 14. | 14. | Declaration Under Rule 1.132: Carlo Confalonieri, 3/10/1987, Certificate of Facsimile Transmission, and Supplemental Amendment Under 37 C.F.R.& 1.116 dated 7/23/96 | N/A | Liability | |
| 15. | 15. | Letter from K. Weston to G. Tabusso 8/22/86 with attached Adriamycin Document (Scientific notes and graphs) | PU 0019184-0019266 | Liability | |

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 16. | 16. | Vigevani and Williamson, "Doxorubicin" from Analytical Profiles of Drug Substances: Volume 9 - Edited by Klaus Florey - Doxorubicin: Description, Physical Properties, Synthesis, Stability, Metabolism, Methods of Analysis, Determination of Doxorubicin in Biological Fluids, Analysis of Pharmaceutical Formulations, Miscellaneous, Acknowledgements, and References | N/A | Liability | |
| 18. | 18. | Janssen (1985) International Journal of Pharmaceuticals - Research Papers: Doxorubicin decomposition on storage. Effect of pH, type of buffer and liposome encapsulation | N/A | Liability | |
| 19. | 19. | Wassermann et al: "Kinetics of the acid-catalyzed hydrolysis of doxorubicin," Esevier Biomedical Press (1983) | N/A | Liability | |
| 20. | 20. | Declaration Pursuant to 37 C.F.R. 1.132, Carlo Confalonieri 5/27/1991 | N/A | Inequitable Conduct/Unclean Hands | |
| 21. | 21. | Facsimile Message to Dr. G. Tosolini, November 11, 1985 | PU 0010361 | Liability | |
| 22. | 22. | Facsimile Message to Dr. G. Tosolini, November 11, 1985 with handwritten notes | PU 0018369 | Liability | |

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 23. | 23. | Handwritten Notes (Wassermann and Bundgaard) | PU 0021810 | Liability | |
| 24. | 24. | Furuya, "Pharmaceutical of Doxorubicin Salt" Patent Abstracts of Japan | N/A | Liability | |
| 25. | 25. | Rule 1.132 Declaration, Carlo Confalonieri August 11, 1989 | N/A | Liability | |
| 26. | 26. | Declaration of Carlo Confalonieri January 12, 199_ | N/A | Liability | |
| 27. | 27. | Letter from C. Confalonieri to Dr. W. Wright, July 12, 1991 - Re: U.S. Pharmacopoeia Monograph for Doxorubicin Hydrochloride Injection | PU 0021682-0021684 | Liability | |
| 28. | 28. | Adria: Inter-Office Communication from R. L. Wolgemuth and S. Penco, May 31, 1985 FICE/Adria Review of the Ohio State Anthracycline Projects | PU 0018117-0018119 | Liability | |
| 29. | 29. | Rule 1.132 Declaration of Carlo Confalonieri November 21, 1988 | PU 0009215-0009226 | Liability | |
| 30. | 30. | Declaration of Carlo Confalonieri Pursuant to 37 C.F.R. 1.132 December 9, 1992 | N/A | Inequitable Conduct/Unclean Hands | |
| 31. | 31. | Declaration Pursuant to 37 C.F.R. 1.132, Carlo Confalonieri December 20, 1990 | N/A | Liability | |

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 32. | 32. | Rule 1.132 Declaration, Carlo Confalonieri August 11, 1989 | N/A | Liability | |
| 33. | 33. | Master Research and Development Agreement - May 14 2004 - Pfizer Inc. as Contractor and Nerviano Medical Science S.r.l. as Provider - Allen & Overy Milan | PI 17770-17790 | Liability | |
| 34. | 34. | Memo on New Pharmaceutical Forms Requested by International Division by Marketing Estero-May 28, 1985 | PU 0011247-0011251 | Liability | |
| 35. | 35. | Table I: Stability Studies Data - Comparison of solutions adjusted to pH 3.0 with different acids - Doxorubicin Scientific Notebook | PU 0023065-0023078 | Liability | |
| 36. | 36. | Table II: Stability Studies Data - Comparison of pH's 2 mg/ml Doxorubicin.HCl Solutions in Water adjusted to various pH's with HCl Accelerated test at 55 degrees C - Doxorubicin Scientific Notebook | PU 0022991-0023021 | Liability | |
| 37. | 37. | European Patent No. 0 143 478 | PU 0036320-0036329 | Liability | |
| 38. | 38. | Chart: Department Div-Mkt-Ent - Version - Currency - Exchange Rate Set - Accumulation Method | PI 18030-18034 | Liability | |

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 39. | 39. | Idarubicin/Idamycin - Pharmaceutical Market Company United States (excluding Greenstone) - 11USA - P & L Sort Order P & L Account Code | PI 18035 | Damages/Willfulness | |
| 40. | 40. | Idamycin Chart - Net Sales, Medical Affairs, Sales & Marketing Expenses, etc | PI 18036-18038 | Damages/Willfulness y | |
| 41. | 41. | Product: Idamycin 10mg/10ml - Code: 300132586916 - CCS #: 5429 - Lot Size: 11,060.000 | PI 18387-18396 | Damages/Willfulness | |
| 42. | 42. | Idamycin Net Sales & Quantity by SKU - Idamycin Gross to Net Sales - Sku Product - Product Description - Year - Month - Account | PI 18039-18058 | Damages/Willfulness | |
| 43. | 43. | GQTY - Gross Qty<br><br>RQTY - Return Qty<br><br>For Pfizer Inc and Pharmacia | PI 17919-17945 | Damages/Willfulness | |
| 44. | 44. | Pharmacia - Oncology Sales - Mike Brown - Oncology Sales Organization Structure | PU 0047504-0047532 | Damages/Willfulness | |
| 45. | 45. | Global Oncology Franchise - Start Plan 2003-2005 - Pharmacia Oncology | PU 0045030 | Damages/Willfulness | |

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 46. | 46. | Oncology Franchise Products - Global Prescription Business - 2003-2005 Start Plan (Pass 4) - Net Sales - EBIT - Pharmacia | PU 0045055-0045063 | Damages/Willfulness | |
| 47. | 47. | Idarubicin/Idamycin - Global Prescription Business 2003-2005 Start Plan (Pass 4) - Net Sales - EBIT - Pharmacia - with blank cover page | PU 0045076-0045086 | Damages/Willfulness | |
| 48. | 48. | Global Oncology Franchise 2003-2005 Start Plan - Financials (Pass 4) - Pharmacia Oncology - Oncology Franchise: Graphs and Tables | PI 18553-18584 | Damages/Willfulness | |
| 49. | 49. | Oncology Salesforce - USMC (Pass 3) - Charts | PU 0045126-0045133 | Damages/Willfulness | |
| 50. | 50. | Global Oncology Franchise - Direct & Allocated NPP 2002 Budget and 2003-2005 Start Plan: PASS 4 with blank cover page | PU 0045156-0045160 | Damages/Willfulness | |
| 51. | 51. | Pharmacia Oncology Idamycin PFS Zavedos - Lifecycle Management Plan - March 2002 - Tables and Graphs - Reformatted Demonstratives | PU 0046786-0046803 | Damages/Willfulness | |
| 52. | 52. | Idamycin Contracting - Grace Squillaci - October 15, 2002 - Reformatted Demonstratives | PU 0046824-0046826 | Damages/Willfulness | |
| 53. | 53. | Pharmaceutical Pricing Management - Memorandum | PU 0043637-0043704 | | |