# EXHIBIT D

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 04-833-KAJ ) |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' TRIAL WITNESS LIST

| WITNESS NAME | BY LIVE TESTIMONY/ DEPOSITION | PHASE OF LITIGATION[1] |
|---|---|---|
| Douglas Clark | Live estimony | Liability<br>Inequitable Conduct/Unclean Hands |
| Allyn Becker | Live testimony | Liability |
| Diego Oldani | Deposition | Liability<br>Inequitable Conduct/Unclean Hands |
| Gaetano Gatti | Deposition | Liability<br>Inequitable Conduct/Unclean Hands |
| Carlo Confalonieri | Deposition | Liability<br>Inequitable Conduct/Unclean Hands |
| Lawrence Welch | Deposition | Liability<br>Inequitable Conduct/Unclean Hands |

---

[1] The "Phase of Litigation" column refers to whether the witness is intended to be called in the liability phase, willfulness/damages phase, and/or the inequitable conduct/unclean hands bench trial. Sicor reserves the right to call witnesses identified for use in the "liability" phase in the willfulness/ damages phase and/or the inequitable conduct/unclean hands bench trial. However, Sicor will not call in the "liability" phase witnesses identified exclusively to be called in the "willfulness/ damages" phase and/or the "inequitable conduct/unclean hands" bench trial. Potential rebuttal and/or impeachment witnesses are not included herein.

- 2 -

| WITNESS NAME | BY LIVE TESTIMONY/ DEPOSITION | PHASE OF LITIGATION[1] |
|---|---|---|
| Martin Williamson | Deposition | Liability<br>Inequitable Conduct/Unclean Hands |
| Daniel Boehnen | Live testimony | Inequitable Conduct/Unclean Hands |
| Marvin Samson | Live testimony | Damages/Willfulness |
| Jessica Wolff | Live testimony | Damages/Willfulness |
| Wesley Fach | Deposition | Damages/Willfulness |
| Craig Lea | Live testimony | Damages/Willfulness |
| Jim Malackowski | Live testimony | Damages/Willfulness |
| Peter Laivins | Deposition | Damages/Willfulness |
| Howard Meyers | Deposition | Damages/Willfulness |

17536012\V-2