# EXHIBIT E

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 1 | | Certified Copy of U.S. Patent No. 6,107,285 | | | |
| 2 | | Certified Copy of file history for U.S. Patent No. 6,107,285 | | | |
| 3 | | Certified copy of file history for U.S. Patent No. 5,124,317 | | | |
| 4 | | Certified copy of file history for U.S. Patent No. 4,946,831 | | | |
| 5 | | Certified copy of file history for U.S. Patent Application Serial No. 06/878,784 | | | |
| 6 | | Package Insert for Sicor's Idarubicin Hydrochloride Injection | SICOR-PNU 058712 - 058713 | | |
| 7 | PDX 003 | Package Insert for Sicor's Idarubicin Hydrochloride Injection | | | |
| 8 | PDX 003A | Package Insert for Sicor's Idarubicin Hydrochloride Injection | | | |
| 9 | PDX 004 | ANDA -Section II, Basis for ANDA Submission for Idarubicin | SICOR-PNU 000019 - 000022 | | |
| 10 | PDX 005 | ANDA - Section VII Components and Composition Statements for Idarubicin Hydrochloride Injection | SICOR-PNU 000053 - 000057 | | |
| 11 | PDX 006 | ANDA - Raw Materials Controls for Idarubicin Hydrochloride Injection | SICOR-PNU 000060 - 000068 | | |
| 12 | PDX 007 | ANDA - Manufacturing and Processing Instructions for Idarubicin Hydrochloride Injection | SICOR-PNU 000150 - 000158 | | |
| 13 | PDX 008 | ANDA - Attachment 1 Compounding Procedure for Idarubicin Hydrochloride Injection 10 mg/vial Bulk Solution | SICOR-PNU 000160 - 000168 | | |
| 14 | PDX 009 | Idarubicin Hydrochloride Drug Substance, CTD, Module 2 | SICOR-PNU 047204 - 047252 | | |
| 15 | PDX 010 | Letter regarding new drug application, ANDA 65-036 | SICOR-PNU 002137 - 002139 | | |
| 16 | PDX 011 | ANDA - Stability Report For Indarubicin Hydrochloride Injection 4155-DSR-AO (Three Month Data) | SICOR-PNU 000901 - 000916 | | |
| 17 | PDX 012 | Batch records for Idarubicin HCl Inj. 1 MG/ML, 10 ML VIAL, Lot No. 04L630, Cat. No. 4155-97, Expiration 09/06 | SICOR-PNU 012798 - 012928 | | |

1

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 18 | PDX 013 | Batch records for Idarubicin HCl Inj. 1 MG/ML, 5 ML/6 ML, Lot No. 04N615, Cat. No. 4154-91, Expiration 10/06 | SICOR-PNU 012929 - 013057 | | |
| 19 | PDX 014 | Batch records for Idarubicin HCl Inj. 1 MG/ML, 20 ML VIAL, Lot No. 04N624, Cat. No. 4156-11, Expiration 10/06 | SICOR-PNU 013058 - 013186 | | |
| 20 | PDX 015 | Facsimile regarding Proposed Idarubicin Project | SICOR-PNU 024258 - 024271 | | |
| 21 | PDX 016 | Protocol Danunorubicin Idarubicin Liquid Formulation - PDSP 15 | SICOR-PNU 024079 - 024088 | | |
| 22 | PDX 017 | Darla Miregovsky Laboratory Notebook 525-172-01 | | | |
| 23 | PDX 018 | Jason Brittain Laboratory Notebook R744-172-06 | | | |
| 24 | PDX 019 | ANDA - Section IV Comparison Between Generic Drug and Reference Listed Drug | SICOR-PNU 000026 - 000041 | | |
| 25 | PDX 022 | Product cost, product profitability and U.S. market analysis for Idarubicin Hydrochloride | SICOR-PNU 029960 - 029964 | | |
| 26 | PDX 023 | Product Description Product Development Recommendation Idarubicin | SICOR-PNU 029959 | | |
| 27 | PDX 024 | Handwritten note regarding P&U Idarubicin | SICOR-PNU 024393 | | |
| 28 | PDX 025 | Market forecast assumptions for Idarubicin | SICOR-PNU 052484 - 052487 | | |
| 29 | PDX 026 | Market analysis for Idarubicin | SICOR-PNU 023407 - 023419 | | |
| 30 | PDX 027 | Sales and Distribution Agreement between Abbott Laboratories and Gensia Sicor Pharmaceuticals | SICOR-PNU 052108 - 052180 | | |
| 31 | PDX 028 | Amendment and Restatement of Sales and Distribution Agreement between Abbott Laboratories and Gensia Sicor Pharmaceuticals | SICOR-PNU 052181 - 052212 | | |
| 32 | PDX 029 | GSPI Product Proforma: Idarubicin | SICOR-PNU 052483 | | |
| 33 | PDX 030 | E-mail regarding launch team meeting | SICOR-PNU 030883 | | |
| 34 | PDX 031 | 2002 Idarubicin Hydrochloride Injection Launch Plan | SICOR-PNU 024237 - 024254 | | |
| 35 | PDX 032 | Sicor Product Portfolio | SICOR-PNU 033183 - 033245 | | |
| 36 | PDX 033 | Chronology of chargeback's for Idarubicin over time | SICOR-PNU 0037487 | | |

2

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 37 | PDX 034 | Chargeback with attached billing invoices | SICOR-PNU 037487 - 037554 | | |
| 38 | PDX 035 | Tables regarding sales in units and dollars for Idarubicin | SICOR-PNU 052498 - 052509 | | |
| 39 | PDX 036 | Factory sales of Idarubicin chronologically from September 2002 | SICOR-PNU 052488 - 052491 | | |
| 40 | PDX 037 | Product Profitability Wholesaler Chargeback 01/01/03 thru 03/31/03 | SICOR-PNU 020097 - 020098 | | |
| 41 | PDX 038 | End-user Sales Report 03/01/03 - 03/31/03 | SICOR-PNU 020095 - 020096 | | |
| 42 | PDX 039 | Sales History Excludes Distributors Sales Inquiry List Price Sales 04/01/03 thru 03/31/04 | SICOR-PNU 020655 - 020687 | | |
| 43 | PDX 040 | | SICOR-PNU 020531 - 020538 | | |
| 44 | PDX 041 | Detailed Earnings Statement | SICOR-PNU 052510 - 052514 | | |
| 45 | PDX 042A | Account Analysis - Trial Balance, Current Period Dec. 04 | SICOR-PNU 052515 - 052518 | | |
| 46 | PDX 042B | Account Analysis - Trial Balance, Current Period Dec. 04 | SICOR-PNU 052519 | | |
| 47 | PDX 042C | Account Analysis - Trial Balance, Current Period June 05 | SICOR-PNU 052520 - 052524 | | |
| 48 | PDX 042D | Account Analysis - Trial Balance, Current Period June 05 | SICOR-PNU 052525 - 052527 | | |
| 49 | PDX 043 | Sicor's Finance Package Executive Summary, Third Quarter, September 30, 2002 | SICOR-PNU 034344 - 034453 | | |
| 50 | PDX 044 | Sicor's Finance Package Executive Summary, Draft, Fourth Quarter, December 31, 2002 | SICOR-PNU 033589 - 033685 | | |
| 51 | PDX 045 | Sicor's Information for President's Report June 2004 | SICOR-PNU 018716 - 018755 | | |
| 52 | PDX 047 | Product Development List 1999 - 2004 | SICOR-PNU 028850 - 028851 | | |
| 53 | PDX 048 | E-mail regarding Idarubicin | SICOR-PNU 029934 | | |
| 54 | PDX 049 | E-mail regarding Idarubicin Lyo with attached sequence of events in development of SOP QCP-1276 | SICOR-PNU 030897 - 030898 | | |
| 55 | PDX 050 | E-mail regarding Idarubicin | SICOR-PNU 030894 | | |
| 56 | PDX 051 | E-mail regarding Liq Idarubicin | SICOR-PNU 024976 | | |

3

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 57 | PDX 052 | Letter regarding Pharmacia's intellectual property position surrounding U.S. Patent No. 6,107,285 | SICOR-PNU 026318 - 026337 | | |
| 58 | PDX 054 | Page 1 and 13 of Sicor's Operations Review 2+10 presented by Pam Beckman and Craig Lea | SICOR-PNU 034454 | | |
| 59 | PDX 055 | Miscellaneous pages from Sicor's Operations Review, April 29 - 30, 2002, Scientific Affairs. | SICOR-PNU 034474 - 034455 | | |
| 60 | PDX 056 | Sicor Research & Development presentation. | SICOR-PNU 029021 - 029026 | | |
| 61 | PDX 057 | Patent Application, PCT/US02/41604, WO 03/057687 A1 entitled Methods for Preparing Doxorubicin Derivatives | | "For Limited Purposes Only" | |
| 62 | PDX 058 | Expert Report of Douglas S. Clark, Ph.D. | | "For Limited Purposes Only" | |
| 63 | PDX 059 | Article - Arcamone, et al., Structure and Physicochemical Properties of Adriamycin (Doxorubicin), Part I Chemistry of Adriamycin, pp. 8 - 22. | PU 013794 - 013807 | "For Limited Purposes Only" | |
| 64 | PDX 060 | Wassermann and Bundgaard, Kinetics of the acid-catalyzed hydrolysis of doxorubicin, International Journal of Pharmaceutics, 14 (1983) 73 - 78 | PU 013829 - 013834 | "For Limited Purposes Only" | |
| 65 | PDX 061 | Janssen, Crommelin, Storm, and Hulshoff, Doxorubicin decomposition on storage. Effect of Ph, type of buffer and liposome encapsulation, International Journal of Pharmaceutics, 23 (1985) 1 - 11 | PU 013746 - 013756 | "For Limited Purposes Only" | |
| 66 | PDX 062 | Mori, Shindo, Miura, Oki and Inui, Studies on the Stability of Aclacinomycin Hydrochloride, Japanese Journal of Antibiotics, XXXIII-4 (April 1980) 466 - 471 | | "For Limited Purposes Only" | |

4

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 67 | PDX 063 | Translation of Mori, Shindo, Miura, Oki and Inui, Research on the stability of aclacinomycin hydrochloride, Japanese Journal of Antibiotics, XXXIII-4 (April 1980) 466 - 471 | | | |
| 68 | | Translation of Mori, Shindo, Miura, Oki and Inui, Research on the stability of aclacinomycin hydrochloride, Japanese Journal of Antibiotics, XXXIII-4 (April 1980) 466 - 471 | | "For Limited Purposes Only" | |
| 69 | PDX 064 | Mori, Shindo, Ogasawara, Nishimura, Miura, Goto, Oki and Inui, Physicochemical Properties and Stability of Aclacinomycin a Hydrochloride, Japanese Journal of Antibiotics, XXXIII-5 (May 1980) 618 - 622 | SICOR-PNU 005500 - 005505 | "For Limited Purposes Only" | |
| 70 | PDX 065 | Paper on Doxorubicin written by Aristide Vigevani and Martin J. Williamson (1980) | PU 013758 - 013773 | "For Limited Purposes Only" | |
| 71 | PDX 066 | Supplemental Expert Report of Douglas S. Clark | | "For Limited Purposes Only" | |
| 72 | PDX 067 | Validity Opinion regarding U.S. Patent No. 6,107,285 from Brobeck Phleger & Harrison LLP | SICOR-PNU 056742 - 056983 | "For Limited Purposes Only" | |
| 73 | PDX 069 | Letter regarding Patent Review of Idarubicin | SICOR-PNU 026402 - 026406 | | |
| 74 | PDX 070 | Meeting Minutes with Pharmacia Upjohn. | SICOR-PNU 056282 | | |
| 75 | PDX 071 | Branded injectables that PNU will want to keep. | SICOR-PNU 056304 - 056310 | | |
| 76 | PDX 072 | Facsimile with attached letter regarding Sicor's interest in acquiring or licensing products that Pharmacia may no longer have interest in. | SICOR-PNU 056345 - 056347 | | |
| 77 | PDX 073 | Notes regarding meeting with Carrie Cox Pharmacia 8/16/00 | SICOR-PNU 056354 | | |
| 78 | PDX 074 | Facsimile with attached letter regarding generic version of Idarubicin | SICOR-PNU 027766 - 027772 | | |

5

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 79 | PDX 075 | Letter regarding Pharmacia's intellectual property positions surrounding ready to use formulations of its anthracyclines, including idarubicin: U.S. Patent No. 6,107,285 | SICOR-PNU 026318 - 026337 | | |
| 80 | PDX 076 | Facsimile message regarding doxorubicin and Idarubicin. | SICOR-PNU 056281 | | |
| 81 | PDX 077 | Letter regarding a proposal to acquire selected oncology products from Pharmacia. | SICOR-PNU 056372 - 056377 | | |
| 82 | PDX 078 | Letter regarding construction of 2002 revenue forecast. | SICOR-PNU 026344 - 026345 | | |
| 83 | PDX 079 | Sicor presentation entitled Operations Review 2+10. | SICOR-PNU 034454 - 034756 | | |
| 84 | PDX 080 | Letter regarding infringement of U.S. Patent No. 6,107,285. | SICOR-PNU 056519 | | |
| 85 | PDX 081 | E-mail regarding oncology multisource product sales. | SICOR-PNU 056446 | | |
| 86 | PDX 082 | E-mail regarding follow up to March 15 meeting. | SICOR-PNU 056739 | | |
| 87 | PDX 084 | E-mail regarding idarubicin. | SICOR-PNU 026348 | "For Limited Purposes Only" | |
| 88 | PDX 085 | GensiaSicor package insert for Idarubicin Hydrochloride Injection. | SICOR-PNU 026936 - 026937 | | |
| 89 | PDX 086 | Laboratory Notebook assigned to Darla Miregovsky/Idarubacin. | SICOR-PNU 052707 - 052809 | | |
| 90 | PDX 087 | Laboratory Notebook assigned to Maychin Lin. | SICOR-PNU 052810 - 052878 | | |
| 91 | PDX 088 | Laboratory Notebook assigned to Jason Brittain. | SICOR-PNU 052678 - 052706 | | |
| 92 | PDX 089 | Laboratory Notebook assigned to Saad Gorgi. | SICOR-PNU 053087 - 053151 | | |
| 93 | PDX 090 | Miscellaneous Certificate of Analysis regarding Idarubicin Hydrochloride Amorphous, packing lists, invoices, e-mails and facsimiles. | SICOR-PNU 030688 - 030804 | | |
| 94 | PDX 091 | ANDA correspondence tracking sheet regarding Idarubicin Hydrochloride Injection number 65-036. | SICOR-PNU 001863 - 001864 | | |
| 95 | PDX 092 | Gensia Laboratories Regulatory Affairs/Compliance Record of Contact regarding Idarubicin and Daunorubicin liquid formulations. | SICOR-PNU 024298 | | |

6

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 96 | PDX 093 | Draft of Gensia Sicor Product Fact Sheet regarding Idarubicin Hydrochloride Injection. | SICOR-PNU 031021 - 031022 | | |
| 97 | PDX 094 | Gensia Sicor Product Fact Sheet regarding Idarubicin Hydrochloride Injection with attached Pharmacia & Upjohn package insert regarding Idamycin PFS. | SICOR-PNU 019107 - 019112 | | |
| 98 | PDX 095 | Gensia Sicor Product Fact Sheet regarding Idarubicin Hydrochloride Injection. | SICOR-PNU 031018 - 031020 | | |
| 99 | PDX 096 | Gensia Sicor Patent Certification and Exclusivity Statements | SICOR-PNU 000023 - 000025 | | |
| 100 | PDX 097 | Major Amendment for ANDA 65-036 regarding Idarubicin Hydrochloride Injection. | SICOR-PNU 001846 - 001855 | | |
| 101 | PDX 098 | E-mail regarding Idarubicin | SICOR-PNU 026338 - 026339 | | |
| 102 | PDX 099 | E-mail regarding Liquid Idarubicin. | SICOR-PNU 024976 | | |
| 103 | PDX 100 | Letter with attached application for new drug application, ANDA 65-036, for Idarubicin Hydrochloride Injection. | SICOR-PNU 001749 - 0001843 | | |
| 104 | PDX 101 | Regulatory Affairs Record of Contact regarding Idarubicin for Injection, Idarubicin Injection & ANDA/AADA No. 65-037, 65-036 and 75-627. | SICOR-PNU 025286 - 025287 | | |
| 105 | PDX 102 | Memorandum regarding patent review meeting minutes. | SICOR-PNU 052278 - 052280 | "For Limited Purposes Only" | |
| 106 | PDX 103 | E-mail regarding agenda for patent meeting February 22, 2001 9:00 - 11:00 AM, UP 17. | SICOR-PNU 027678 - 027679 | "For Limited Purposes Only" | |
| 107 | PDX 104 | Expert Report of James E. Malackowski | | "For Limited Purposes Only" | |
| 108 | PDX 105 | Graphs regarding Idamycin PFS 10 mg/ml Average Selling Price Actual v. IMS Data | | "For Limited Purposes Only" | |
| 109 | PDX 106 | Handwritten note entitled Sicor - Craig Lea | | "For Limited Purposes Only" | |
| 110 | PDX 107 | Handwritten note entitled Sicor Terms | | "For Limited Purposes Only" | |
| 111 | PDX 108 | Two page document showing Dr. Malackowski and Dr. Bell's computation of damages | | "For Limited Purposes Only" | |

7

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 112 | PDX 109 | Royalty Source Summary Statistics Chemotherapy Related Drugs | | "For Limited Purposes Only" | |
| 113 | PDX 110 | Memorandum regarding idarubicin/doxorubicin. | SICOR-PNU 026352 - 026353 | "For Limited Purposes Only" | |
| 114 | PDX 111 | Memorandum regarding Idarubicin. | SICOR-PNU 026350 - 026351 | "For Limited Purposes Only" | |
| 115 | PDX 112 | String of e-mails regarding idarubicin. | SICOR-PNU 083904 | "For Limited Purposes Only" | |
| 116 | PDX 113 | Memorandum regarding patent review meeting minutes. | SICOR-PNU 027728 - 027730 | "For Limited Purposes Only" | |
| 117 | PDX 114 | E-mail regarding idarubicin update. | SICOR-PNU 026843 | "For Limited Purposes Only" | |
| 118 | PDX 115 | E-mail regarding idarubicin patent investigation. | SICOR-PNU 026348 | "For Limited Purposes Only" | |
| 119 | PDX 116 | Memorandum regarding patent review meeting minutes. | SICOR-PNU 052238 - 052243 | "For Limited Purposes Only" | |
| 120 | PDX 117 | E-mail regarding pertinent Gatti patents for idarubicin. | SICOR-PNU 083587 - 083588 | "For Limited Purposes Only" | |
| 121 | PDX 118 | E-mail regarding idarubicin patent situation. | SICOR-PNU 027743 - 027743 | "For Limited Purposes Only" | |
| 122 | PDX 119 | Facsimile regarding idarubicin and the attached letter regarding infringement of U.S. Patent No. 6,107,285. | SICOR-PNU 083284 - 083285 | "For Limited Purposes Only" | |
| 123 | PDX 120 | E-mail regarding idarubicin ANDA. | SICOR-PNU 083575 - 083576 | "For Limited Purposes Only" | |
| 124 | PDX 121 | Letter regarding patent review of idarubicin. | SICOR-PNU 082916 - 082920 | "For Limited Purposes Only" | |
| 125 | PDX 122 | Facsimile regarding idarubicin formulation. | SICOR-PNU 027846 - 027852 | "For Limited Purposes Only" | |
| 126 | PDX 123 | E-mail regarding idarubicin stability literature. | SICOR-PNU 029358 - 029360 | "For Limited Purposes Only" | |
| 127 | PDX 124 | Letter regarding confidentiality agreement for services as an expert consultant on the stability of idarubicin formulations at various pH levels. | SICOR-PNU 082989 - 082994 | "For Limited Purposes Only" | |
| 128 | PDX 125 | E-mail regarding idarubicin expert. | SICOR-PNU 083709 | "For Limited Purposes Only" | |
| 129 | PDX 126 | Newspaper article in the Corriere della Sera, the main Italian daily newspaper entitled Condannata la societa che rubo il segreto dell' <<anticancro>> | | | |

8

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 130 | PDX 126A | Translation of newspaper article in the Corriere della Sera, the main Italian daily newspaper entitled Condannata la societa che rubo il segreto dell <<anticancro>> | | | |
| 131 | PDX 127 | Newspaper article in the Corriere della Sera, the main Italian daily newspaper entitled Qualcuno ha rubato il farmaco anticancro. | | | |
| 132 | PDX 127A | Translation of newspaper article in the Corriere della Sera, the main Italian daily newspaper entitled Qualcuno ha rubato il farmaco anticancro. | | | |
| 133 | PDX 128 | Newspaper article in the Corriere della Sera, the main Italian daily newspaper entitled Il giallo del farmaco anticancro rubato. | | | |
| 134 | PDX 128A | Translation of newspaper article in the Corriere della Sera, the main Italian daily newspaper entitled Il giallo del farmaco anticancro rubato. | | | |
| 135 | PDX 129 | Handwritten notes regarding idarubicin. | SICOR-PNU 026355 | "For Limited Purposes Only" | |
| 136 | PDX 130 | Redacted facsimile regarding idarubicin hydrochloride - European patent situation. | SICOR-PNU 029331 - 029337 | "For Limited Purposes Only" | |
| 137 | PDX 131 | Redacted memorandum regarding idarubicin. | SICOR-PNU 077258 | "For Limited Purposes Only" | |
| 138 | PDX 132 | Memorandum regarding Doxorubicin Hydrochloride Injection, USP. | SICOR-PNU 056432 - 056433 | "For Limited Purposes Only" | |
| 139 | PDX 133 | Facsimile concerning idarubicin. | SICOR-PNU 028844 | "For Limited Purposes Only" | |
| 140 | PDX 134 | Sicor lab notebook number 61 regarding idarubicin. | SICOR-PNU 054197 - 054209 | | |
| 141 | PDX 135 | Sicor lab notebook number 39 regarding idarubicin. | SICOR-PNU 054172 - 054196 | | |
| 142 | DDX 006 | Letter regarding doxorubicin and Epirubicin. | PU 0011162 - 0011165 | | |
| 143 | DDX 007 | Letter regarding telefax dated 7/3/85 to G. Tabusso regarding Adriamycin R.T.U. Solution | PU 0011160 - 0011161 | | |

9

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 144 | DDX 009 | Declaration, Power of Attorney and Petition for Patent Application entitled Injectable Ready-To-Use Solutions Containing An Antitumor Anthracycline Glycoside | | | |
| 145 | DDX 010 | Request for Priority Under 35 U.S.C. 119 and the International Convention for U.S. Patent Application entitled Injectable Ready-To-Use Solutions Containing an Antitumor Anthracycline Glycoside | | | |
| 146 | DDX 011 | Example 2 from the patent and some pages from a lab notebook regarding doxorubicin | PU 0022802 - 0022819 | | |
| 147 | DDX 012 | Example 3 from the patent and some pages from a lab notebook regarding doxorubicin | PU 0022785 - 0022801 | | |
| 148 | DDX 013 | Table 1 regarding Accelerated stability data of 2mg/ml doxorubicin.HCl solutions in sterile water at various pHs, and lab notes regarding doxorubicin | PU 0023350 - 0023368 | | |
| 149 | DDX 014 | Declaration Under Rule 1.132 Declaration II of Carlo Confalonieri filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 06/878,784 | | | |
| 150 | DDX 015 | Inter-Office Communication regarding the attached draft pharmacy for the PL application for Adriamycin Ready-To-Use | PU 0019184 - 0019266 | | |
| 151 | DDX 016 | Article - Doxorubicin, Vigevani and Williamson, Analytical Profiles of Drug Substances, Vol. 9, 1980, pp. 245 - 274 | | "For Limited Purposes Only" | |
| 152 | DDX 017 | U.S. Patent No. 4,946,831 entitled Injectable Ready-To-Use Solutions Containing An Antitumor Anthracycline Glycoside | | "For Limited Purposes Only" | |