# EXHIBIT F

**IV.     Agreed to Issues of Law**

The parties agree that the issues to be decided by the Court are set forth as Exhibit

___.

**V.     Witnesses**

The parties agree that they will provide each other with notice of any witness they

intend to call at trial at least 48 hours before the witness is called.

    **A.     List of witnesses the plaintiff expects to call, including experts:**

        1.     Expert witnesses:

            a.     Dr. Federico Arcamone (live and/or by prior testimony)

            b.     Dr. Jacob H. Beijnen (live and/or by prior testimony)

            c.     Gregory K. Bell (live and/or by prior testimony)

            d.     Dr. Joseph O. Falkinham, III (live)

            e.     Laura Guerra (live and/or by prior testimony)

            f.     Peter Laivins (live and/or by prior testimony)

            g.     Bradley Winter (live and/or by prior testimony)

        2.     Non-expert witnesses:

            a.     Federico Arcamone (live and/or by prior testimony)

            b.     Allyn Becker (by prior testimony)

            c.     Jacob H. Beijnen (live and/or by prior testimony)

            d.     Guiseppe Bottoni (by prior testimony)

            e.     Roberto De Ponti (live and/or by prior testimony)

            f.     Wesley Fach (by prior testimony)

            g.     Luciano Gambini (live and/or by prior testimony)

h.    Gaetano Gatti (by prior testimony)

i.    Laura Guerra (live and/or by prior testimony)

j.    Richard Kelly (by prior testimony)

k.    Peter Laivins (live and/or by prior testimony)

l.    Craig Lea (by prior testimony)

m.    Rosalie Lowe (by prior testimony)

n.    Howard Meyer (live and/or by prior testimony)

o.    Diego Oldani (by prior testimony)

p.    Marvin Samson (by prior testimony)

q.    Lawrence Welch (by prior testimony)

r.    Martin Williamson (by prior testimony)

s.    Bradley Winter (live and/or by prior testimony)

t.    Jessica Wolff (by prior testimony)

**B.    List of witnesses the defendant expects to call, including experts:**

1.    Expert witnesses.

2.    Non-expert witnesses.

**C.    Rebuttal Witnesses**.  Each of the parties may call such rebuttal witnesses as may be necessary, without prior notice thereof to the other party.

**D.    Designation of Deposition Testimony.**  The parties shall exchange initial designations of deposition testimony on or before September 29, 2006.  The parties shall then exchange objections to initial designations of deposition testimony and counterdesignations of deposition testimony on or before October 6, 2006.