# EXHIBIT G

# Tavarez, Nancy W.

| | |
|---|---|
| **From:** | Gugig, Michael S. |
| **Sent:** | Wednesday, September 13, 2006 7:58 PM |
| **To:** | Rich, Joshua |
| **Cc:** | Boehnen, Daniel; Ashinoff, Reid L.; Sigale, Jordan A.; Gugig, Michael S.; Baum, David R.; Moshe, Mirella; Tavarez, Nancy W.; JDay; SBalick; TLydon |
| **Subject:** | Sicor's MOLs |
| **Attachments:** | Sicor's Motion in Limine to Preclude Evidence regarding Criminal Conviction.pdf; Sicor's Motion in Limine to Preclude Evidence Relating to Decisions Made by Foreign Tribunals.pdf; Sicor's Motion in limine to preclude guerra affidavit.pdf |

Dear Josh:

Per our conversation earlier today, attached are three of Sicor's motions in limine. We reserve our right to file two additional motions in accordance with Judge Jordan's rules based upon Pharmacia's failure to identify the trial phase in which each exhibit and witness will be used. We note for the record, that PNU's motions in limine are replete with references to Sicor's identification of the phase(s) in which each exhibit and witness would be used, and in fact rely to a great extent on Sicor's phase designations to form the basis of one or more motions. This was precisely the reason we thought we had agreed to exchange witness and exhibit lists with phasing information included. Unfortunately, Sicor has been unable to do the same because of PNU's failure in this regard.

Mike Gugig

Michael S. Gugig
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York 10020
Phone: (212) 768-6907
Fax: (212) 768-6800
mgugig@sonnenschein.com

  

Sicor's Motion in Limine to Pr...    Sicor's Motion in Limine to Pr...    Sicor's Motion in limine to pr...