# EXHIBIT A

## Boehnen, Daniel

**From:** Rich, Joshua
**Sent:** Wednesday, September 06, 2006 4:25 PM
**To:** Sigale, Jordan A.
**Cc:** Boehnen, Daniel; Ashinoff, Reid L.; Gugig, Michael S.
**Subject:** RE: Coordinating for completion of FPTO

Jordan,

I have left you a message to this effect, but wanted to confirm in writing our understanding of the discussion between the parties.

With regard to the closed issues, we concur that there are to be three separate phases with regard to trial, but the Court has not indicated whether the "bench trial phase" (relating to inequitable conduct and unclean hands) is to be concurrent with the first, between the first and second, concurrent with the second, or after the second. We also agree with your recitation of the closed interim deadlines.

With regard to the open issues, please contact me to discuss the physical formatting of the proposed final pretrial order. It is our understanding that motions in limine and issues of law are generally attached as appendices. We would agree to such an approach. With regard to the motions in limine, we had discussed exchanging them on September 8, 2006 at noon Eastern time, with responses exchanged on September 15, 2006 at noon Eastern time. Does Sicor no longer wish to adhere to that schedule? Regardless of the initial due date, however, we believe that a week should be provided for the responses. Please contact me to discuss.

We further agree that the parties must come to agreement with regard to exchange of deposition designations (including objections to such designations and counterdesignations) and jury instructions.

As I stated in my message, I am available most of the day for the the two remaining days this week. Please let me know when you are available.

Sincerely,

Joshua R. Rich
MBHB
312.913.2133
rich@mbhb.com

---

**From:** Sigale, Jordan A. [mailto:jsigale@sonnenschein.com]
**Sent:** Wednesday, September 06, 2006 3:44 PM
**To:** Rich, Joshua
**Cc:** Boehnen, Daniel; Ashinoff, Reid L.; Gugig, Michael S.; Baum, David R.; Moshe, Mirella; JDay; SBalick
**Subject:** Coordinating for completion of FPTO

Dear Josh:

When we spoke briefly last Wednesday I had the impression you would be call me back after speaking to your local counsel. I called again Thursday to follow up.

Our meeting of Tuesday with Reid and Dan left a number of scheduling issues for the Final Pretrial Order (FPTO) for further agreement. I'm traveling tomorrow, so I want to try to (1) resolve some of the

9/14/2006

open issues and (2) confirm issues we believe to been closed.

Closed Issues
(a) First phase covers solely substantive liability
(b) Second phase covers solely damages and willfulness issues
(c) Third phase is a bench trial covering solely inequitable conduct and unclean hands
(d) dates
    Exchange draft exhibit and witness lists, statements of uncontroverted facts on 9/12/2006 by 5pm Eastern
    Joint telephonic conference to complete FPTO on 9/15/2006 12:30-4:30 Eastern

Open Issues
(a) joint physical formatting of FPTO -- if you propose a template we will review and respond.
(b) Based on advice from our local counsel we would agree to no reply briefs on the Motions in Limine.

(c) if Pharmacia agrees to no MIL reply, then we would propose serving at least half of each sides MIL briefs on each other by Noon on 9/13 and the other MIL briefs by Noon 9/14. Then, the parties will provide MIL oppositions by Noon on 9/18 (the due date of the FPTO).

(d) additional dates to be scheduled
    exchange deposition designations
    exchange proposed jury instructions

We look forward to your response. I would be happy to work with you to find a time to speak live.

Sincerely,

Jordan.

------------------------------------------------------------------------
CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

IRS CIRCULAR 230 DISCLOSURE:
Any Federal tax advice contained herein is not written to be used for, and the recipient and any subsequent reader cannot use such advice for, the purpose of avoiding any penalties asserted under the Internal Revenue Code. If the foregoing contains Federal tax advice and is distributed to a person other than the addressee, each additional and subsequent reader hereof is notified that such advice should be considered to have been written to support the promotion or marketing of the transaction or matter addressed herein. In that event, each such reader should seek advice from an independent tax advisor with respect to the transaction or matter addressed herein based on the reader's particular circumstances.
------------------------------------------------------------------------

9/14/2006

# EXHIBIT B

**Boehnen, Daniel**

| | |
|---|---|
| From: | Boehnen, Daniel |
| Sent: | Wednesday, September 13, 2006 3:46 PM |
| To: | 'rashinoff@sonnenschein.com'; 'mgugig@sonnenschein.com'; 'jsigale@sonnenschein.com' |
| Cc: | Rich, Joshua; Drutchas, Grantland; mnoreika@mnat.com; Boehnen, Daniel |
| Subject: | P&U v. Sicor |

 

McDonnell Boehnen Hulbert & Berghoff LLP

Reid:

This merely confirms what I said during our phone call this afternoon, namely:

1. P&U contends that Sicor's opinion letter as well as the documents and evidence of Sicor's "design around" activity might be relevant and admissible in relation to the validity issues; and

2. P&U agrees that the Wes Fach emails and the other testimony from Wes Fach, Jessica Wolfe, and Marvin Sampson (i.e., testimony on matters other than those noted above) would *not* be relevant and would *not* be used in relation to the validity issues.

If you have any other specific areas of evidence for which you seek similar clarification, please let me know.

Dan Boehnen

300 S. Wacker Drive | Chicago, Illinois 60606 | Phone: 312.913.0001 | Fax: 312.913.0002
www.mbhb.com

This e-mail and any attached document(s) are intended only for the use and viewing of the individual or entity to whom or to which it is addressed. This message may contain information that is privileged, confidential, proprietary, trade secret and exempt from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, use, or reproduction of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately (call collect) and discard the original message and any attachment(s).

9/14/2006