IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 04-833 (KAJ) |
| SICOR INC. AND SICOR PHARMACEUTICALS, INC., | ) ) ) ) |
| Defendants. | ) |

### ORDER

At Wilmington this **3rd** day of **October, 2006**,

IT IS ORDERED that the pretrial conference presently set for **October 17, 2006 at 4:30 p.m.** is hereby rescheduled to **October 17, 2006 at 2:00 p.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE