IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-833-KAJ |
| | ) | |
| SICOR INC. and SICOR | ) | **REDACTED VERSION** |
| PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PROPOSED FINAL PRETRIAL ORDER
## VOLUME I OF V

MORRIS NICHOLS ARSHT & TUNNELL LLP          ASHBY & GEDDES

Jack B. Blumenfeld (#1014)                  Steven J. Balick (#2114)
Maryellen Noreika (#3208)                   John G. Day (#2403)
1201 N. Market Street                       222 Delaware Avenue, 17th Floor
P.O. Box 1347                               P.O. Box 1150
Wilmington, DE  19899                       Wilmington, DE  19899
(302) 658-9200                              (302) 654-1888
  Attorneys for Plaintiff                     Attorneys for Defendants

Original Filing Date:  September 22, 2006

Redacted Filing Date:  October 5, 2006

# EXHIBIT 1

REDACTED

EXHIBIT 2

EXHIBIT 2

PLAINTIFF'S INITIAL DEPOSITION DESIGNATIONS –
TO BE ADDED IN ACCORDANCE WITH SECTION V.D

EXHIBIT 3

EXHIBIT 3

DEFENDANTS' INITIAL DEPOSITION DESIGNATIONS –
TO BE ADDED IN ACCORDANCE WITH SECTION V.D

# EXHIBIT 4

EXHIBIT 4

PLAINTIFF'S OBJECTIONS TO DEFENDANTS' INITIAL
DEPOSITION DESIGNATIONS –

TO BE ADDED IN ACCORDANCE WITH SECTION V.D

# EXHIBIT 5

EXHIBIT 5


DEFENDANTS' OBJECTIONS TO PLAINTIFF'S INITIAL
DEPOSITION DESIGNATIONS –

TO BE ADDED IN ACCORDANCE WITH SECTION V.D