EXHIBIT 6

# INDEX TO DEFENDANTS' OBJECTIONS

A.   Plaintiff agreed not to introduce this exhibit during the liability phase of trial

0.   No Objection

1.   Relevance

2.   Probative value substantially outweighed by danger of unfair prejudice, confusion of issues, misleading the jury, or needless presentation of cumulative evidence

3.   Privileged

4.   Opinion

5.   Hearsay

6.   Authenticity lacking

7.   Other

8.   Conditional Relevancy

9.   Cumulative

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 1 | 0 | | | Certified Copy of U.S. Patent No. 6,107,285 | |
| 2 | 0 | | | Certified Copy of file history for U.S. Patent No. 6,107,285 | |
| 3 | 0 | | | Certified copy of file history for U.S. Patent No. 5,124,317 | |
| 4 | 0 | | | Certified copy of file history for U.S. Patent No. 4,946,831 | |
| 5 | 0 | | | Certified copy of file history for U.S. Patent Application Serial No. 06/878,784 | |
| 6 | 0 | | | Package Insert for Sicor's Idarubicin Hydrochloride Injection | SICOR-PNU 058712 - 058713 |
| 7 | 0 | PDX 003 | | Package Insert for Sicor's Idarubicin Hydrochloride Injection | |
| 8 | 0 | PDX 003A | | Package Insert for Sicor's Idarubicin Hydrochloride Injection | |
| 9 | 0 | PDX 004 | | ANDA -Section II, Basis for ANDA Submission for Idarubicin | SICOR-PNU 000019 - 000022 |
| 10 | 0 | PDX 005 | | ANDA - Section VII Components and Composition Statements for Idarubicin Hydrochloride Injection | SICOR-PNU 000053 - 000057 |
| 11 | 1 | PDX 006 | | ANDA - Raw Materials Controls for Idarubicin Hydrochloride Injection | SICOR-PNU 000060 - 000068 |
| 12 | 1 | PDX 007 | | ANDA - Manufacturing and Processing Instructions for Idarubicin Hydrochloride Injection | SICOR-PNU 000150 - 000158 |
| 13 | 0 | PDX 008 | | ANDA - Attachment 1 Compounding Procedure for Idarubicin Hydrochloride Injection 10 mg/vial Bulk Solution | SICOR-PNU 000160 - 000168 |
| 14 | 1, 2 | PDX 009 | | Idarubicin Hydrochloride Drug Substance, CTD, Module 2 | SICOR-PNU 047204 - 047252 |
| 15 | 0 | PDX 010 | | Letter regarding new drug application, ANDA 65-036 | SICOR-PNU 002137 - 002139 |
| 16 | 1 - INF | PDX 011 | | ANDA - Stability Report For Indarubicin Hydrochloride Injection 4155-DSR-AQ (Three Month Data) | SICOR-PNU 000901 - 000916 |
| 17 | 1 - INF | PDX 012 | | Batch records for Idarubicin HCl Inj. 1 MG/ML, 10 ML VIAL, Lot No. 04L630, Cat. No. 4155-97, Expiration 09/06 | SICOR-PNU 012798 - 012928 |

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 18 | 1 - INF | PDX 013 | | Batch records for Idarubicin HCl Inj. 1 MG/ML, 5 ML/6 ML, Lot No. 04N615, Cat. No. 4154-91, Expiration 10/06 | SICOR-PNU 012929 - 013057 |
| 19 | 1 - INF | PDX 014 | | Batch records for Idarubicin HCl Inj. 1 MG/ML, 20 ML VIAL, Lot No. 04N624, Cat. No. 4156-11, Expiration 10/06 | SICOR-PNU 013058 - 013186 |
| 20 | 2 | PDX 015 | | Facsimile regarding Proposed Idarubicin Project | SICOR-PNU 024258 - 024271 |
| 21 | 1, 2 | PDX 016 | | Protocol Danurorubicin Idarubicin Liquid Formulation - PDSP 15 | SICOR-PNU 024079 - 024088 |
| 22 | 1, 2 | PDX 017 | | Darla Miregovsky Laboratory Notebook 525-172-01 | |
| 23 | 1, 2 | PDX 018 | | Jason Brittain Laboratory Notebook R744-172-06 | |
| 24 | 1, 2, 8 | PDX 019 | | ANDA - Section IV Comparison Between Generic Drug and Reference Listed Drug | SICOR-PNU 000026 - 000041 |
| 25 | 1, 2, 8 | PDX 022 | | Product cost, product profitability and U.S. market analysis for Idarubicin Hydrochloride | SICOR-PNU 029960 - 029964 |
| 26 | 2, 8 | PDX 023 | | Product Description Product Development Recommendation Idarubicin | SICOR-PNU 029959 |
| 27 | 8 | PDX 024 | | Handwritten note regarding P&U Idarubicin | SICOR-PNU 024393 |
| 28 | 2, 8 | PDX 025 | | Market forecast assumptions for Idarubicin | SICOR-PNU 052484 - 052487 |
| 29 | 2, 8 | PDX 026 | | Market analysis for Idarubicin | SICOR-PNU 023407 - 023419 |
| 30 | 8 | PDX 027 | | Sales and Distribution Agreement between Abbott Laboratories and Gensia Sicor Pharmaceuticals | SICOR-PNU 052108 - 052180 |
| 31 | 8 | PDX 028 | | Amendment and Restatement of Sales and Distribution Agreement between Abbott Laboratories and Gensia Sicor Pharmaceuticals | SICOR-PNU 052181 - 052212 |
| 32 | 1, 2, 8 | PDX 029 | | GSPI Product Proforma: Idarubicin | SICOR-PNU 052483 |
| 33 | 1, 8 | PDX 030 | A | E-mail regarding launch team meeting | SICOR-PNU 030883 |
| 34 | 2, 8 | PDX 031 | | 2002 Idarubicin Hydrochloride Injection Launch Plan | SICOR-PNU 024237 - 024254 |
| 35 | 8 | PDX 032 | | Sicor Product Portfolio | SICOR-PNU 033183 - 033245 |
| 36 | 8 | PDX 033 | | Chronology of chargeback's for Idarubicin over time | SICOR-PNU 0037487 |

2

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 37 | 8 | PDX 034 | | Chargeback with attached billing invoices | SICOR-PNU 037487 - 037554 |
| 38 | 8 | PDX 035 | | Tables regarding sales in units and dollars for Idarubicin | SICOR-PNU 052498 - 052509 |
| 39 | 8 | PDX 036 | | Factory sales of Idarubicin chronologically from September 2002 | SICOR-PNU 052488 - 052491 |
| 40 | 1 - INF, 8 | PDX 037 | | Product Profitability Wholesaler Chargeback 01/01/03 thru 03/31/03 | SICOR-PNU 020097 - 020098 |
| 41 | 8 | PDX 038 | | End-user Sales Report 03/01/03 - 03/31/03 | SICOR-PNU 020095 - 020096 |
| 42 | 8 | PDX 039 | | Sales History Excludes Distributors | SICOR-PNU 020655 - 020687 |
| 43 | 8 | PDX 040 | | Sales Inquiry List Price Sales 04/01/03 thru 03/31/04 | SICOR-PNU 020531 - 020538 |
| 44 | 1 - INF, 8 | PDX 041 | | Detailed Earnings Statement | SICOR-PNU 052510 - 052514 |
| 45 | 1 - INF, 8 | PDX 042A | A | Account Analysis - Trial Balance, Current Period Dec. 04 | SICOR-PNU 052515 - 052518 |
| 46 | 1 - INF, 8 | PDX 042B | A | Account Analysis - Trial Balance, Current Period Dec. 04 | SICOR-PNU 052519 |
| 47 | 1 - INF, 8 | PDX 042C | A | Account Analysis - Trial Balance, Current Period June 05 | SICOR-PNU 052520 - 052524 |
| 48 | 1 - INF, 8 | PDX 042D | A | Account Analysis - Trial Balance, Current Period June 05 | SICOR-PNU 052525 - 052527 |
| 49 | 1 - INF, 8 | PDX 043 | A | Sicor's Finance Package Executive Summary, Third Quarter, September 30, 2002 | SICOR-PNU 034344 - 034453 |
| 50 | 1 - INF, 8 | PDX 044 | A | Sicor's Finance Package Executive Summary, Draft, Fourth Quarter, December 31, 2002 | SICOR-PNU 033589 - 033685 |
| 51 | 1 - INF, 8 | PDX 045 | A | Sicor's Information for President's Report June 2004 | SICOR-PNU 018716 - 018755 |
| 52 | 1 - INF, 8 | PDX 047 | A | Product Development List 1999 - 2004 | SICOR-PNU 028850 - 028851 |
| 53 | 1 - INF, 8 | PDX 048 | A | E-mail regarding Idarubicin | SICOR-PNU 029934 |
| 54 | 1 - INF, 8 | PDX 049 | A | E-mail regarding Idarubicin Lyo with attached sequence of events in development of SOP QCP-1276 | SICOR-PNU 030897 - 030898 |
| 55 | 1 - INF, 8 | PDX 050 | A | E-mail regarding Idarubicin | SICOR-PNU 030894 |
| 56 | 1 - INF, 8 | PDX 051 | A | E-mail regarding Liq Idarubicin | SICOR-PNU 024976 |

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 57 | 1 - INF, 8 | PDX 052 | A | Letter regarding Pharmacia's intellectual property position surrounding U.S. Patent No. 6,107,285 | SICOR-PNU 026318 - 026337 |
| 58 | 1 - INF, 8 | PDX 054 | A | Page 1 and 13 of Sicor's Operations Review 2+10 presented by Pam Beckman and Craig Lea | SICOR-PNU 034454 |
| 59 | 1 - INF, 8 | PDX 055 | | Miscellaneous pages from Sicor's Operations Review, April 29 - 30, 2002, Scientific Affairs. | SICOR-PNU 034474 - 034455 |
| 60 | 1 - INF, 8 | PDX 056 | A | Sicor Research & Development presentation. | SICOR-PNU 029021 - 029026 |
| 61 | 0 | PDX 057 | "For Limited Purposes Only" | Patent Application, PCT/US02/41604, WO 03/057687 A1 entitled Methods for Preparing Doxorubicin Derivatives | |
| 62 | 0 | PDX 058 | "For Limited Purposes Only" | Expert Report of Douglas S. Clark, Ph.D. | |
| 63 | 0 | PDX 059 | "For Limited Purposes Only" | Article - Arcamone, et al., Structure and Physicochemical Properties of Adriamycin (Doxorubicin). Part I Chemistry of Adriamycin, pp. 8 - 22. | PU 013794 - 013807 |
| 64 | 0 | PDX 060 | "For Limited Purposes Only" | Wassermann and Bundgaard, Kinetics of the acid-catalyzed hydrolysis of doxorubicin, International Journal of Pharmaceuticals, 14 (1983) 73 - 78 | PU 013829 - 013834 |
| 65 | 0 | PDX 061 | "For Limited Purposes Only" | Janssen, Crommelin, Storm, and Hulshoff, Doxorubicin decomposition on storage. Effect of Ph, type of buffer and liposome encapsulation, International Journal of Pharmaceutics, 23 (1985) 1 - 11 | PU 013746 - 013756 |
| 66 | 0 | PDX 062 | "For Limited Purposes Only" | Mori, Shindo, Miura, Oki and Inui, Studies on the Stability of Aclacinomycin Hydrochloride, Japanese Journal of Antibiotics, XXXII-4 (April 1980) 466 - 471 | |

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 67 | 0 | | | Translation ofMori, Shindo, Miura, Oki and Inui, Research on the stability of aclacinomycin hydrochloride, Japanese Journal of Antibiotics, XXXII-4 (April 1980) 466 - 471 | |
| 68 | 0 | PDX 063 | "For Limited Purposes Only" | Translation ofMori, Shindo, Miura, Oki and Inui, Research on the stability of aclacinomycin hydrochloride, Japanese Journal of Antibiotics, XXXII-4 (April 1980) 466 - 471 | |
| 69 | 0 | PDX 064 | "For Limited Purposes Only" | Mori, Shindo, Ogasawara, Nishimura, Miura, Goto, Oki and Inui, Physicochemical Properties and Stability of Aclacinomycin a Hydrochloride, Japanese Journal of Antibiotics, XXXII-5 (May 1980) 618 - 622 | SICOR-PNU 005500 - 005505 |
| 70 | 0 | PDX 065 | "For Limited Purposes Only" | Paper on Doxorubicin written by Aristide Vigevani and Martin J. Williamson (1980) | PU 013758 - 013773 |
| 71 | 0 | PDX 066 | "For Limited Purposes Only" | Supplemental Expert Report of Douglas S. Clark | |
| 72 | 1, 3, 8 | PDX 067 | "For Limited Purposes Only" | Validity Opinion regarding U.S. Patent No. 6,107,285 from Brobeck Phleger & Harrison LLP | SICOR-PNU 056742 - 056983 |
| 73 | 1, 8 | PDX 069 | A | Letter regarding Patent Review of Idarubicin | SICOR-PNU 026402 - 026406 |
| 74 | 1, 8 | PDX 070 | A | Meeting Minutes with Pharmacia Upjohn. | SICOR-PNU 056282 |
| 75 | 1, 8 | PDX 071 | | Branded injectables that PNU will want to keep. | SICOR-PNU 056304 - 056310 |
| 76 | 1, 8 | PDX 072 | A | Facsimile with attached letter regarding Sicor's interest in acquiring or licensing products that Pharmacia may no longer have interest in. | SICOR-PNU 056345 - 056347 |
| 77 | 1, 8 | PDX 073 | A | Notes regarding meeting with Carrie Cox Pharmacia 8/16/00 | SICOR-PNU 056354 |
| 78 | 1 - INF, 8 | PDX 074 | A | Facsimile with attached letter regarding generic version of Idarubicin | SICOR-PNU 027766 - 027772 |

5

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 79 | 1 - INF, 8 | PDX 075 | A | Letter regarding Pharmacia's intellectual property positions surrounding ready to use formulations of its anthracyclines, including idarubicin: U.S. Patent No. 6,107,285 | SICOR-PNU 026318 - 026337 |
| 80 | 1, 8 | PDX 076 | A | Facsimile message regarding doxorubicin and Idarubicin. | SICOR-PNU 056281 |
| 81 | 1, 8 | PDX 077 | A | Letter regarding a proposal to acquire selected oncology products from Pharmacia. | SICOR-PNU 056372 - 056377 |
| 82 | 1, 8 | PDX 078 | A | Letter regarding construction of 2002 revenue forecast. | SICOR-PNU 026344 - 026345 |
| 83 | 1, 2, 8 | PDX 079 | | Sicor presentation entitled Operations Review 2+10. | SICOR-PNU 034454 - 034756 |
| 84 | 2, 8 | PDX 080 | A | Letter regarding infringement of U.S. Patent No. 6,107,285. | SICOR-PNU 056519 |
| 85 | 1, 2, 8 | PDX 081 | | E-mail regarding oncology multisource product sales. | SICOR-PNU 056446 |
| 86 | 1, 8 | PDX 082 | | E-mail regarding follow up to March 15 meeting. | SICOR-PNU 056739 |
| 87 | 1 -INF, 3, 8 | PDX 084 | "For Limited Purposes Only", A | E-mail regarding Idarubicin. | SICOR-PNU 026348 |
| 88 | 0 | PDX 085 | | GensiaSicor package insert for Idarubicin Hydrochloride Injection. | SICOR-PNU 026936 - 026937 |
| 89 | 0 | PDX 086 | | Laboratory Notebook assigned to Daria Miregovsky/Idarubicin. | SICOR-PNU 052707 - 052809 |
| 90 | 0 | PDX 087 | | Laboratory Notebook assigned to Maychin Lin. | SICOR-PNU 052810 - 052878 |
| 91 | 0 | PDX 088 | A | Laboratory Notebook assigned to Jason Brittain. | SICOR-PNU 052678 - 052706 |
| 92 | 0 | PDX 089 | | Laboratory Notebook assigned to Saad Gorgi. | SICOR-PNU 053087 - 053151 |
| 93 | 0 | PDX 090 | | Miscellaneous Certificate of Analysis regarding Idarubicin Hydrochloride Amorphous, packing lists, invoices, e-mails and facsimiles. | |
| 94 | 1 | PDX 091 | A | ANDA correspondence tracking sheet regarding Idarubicin Hydrochloride Injection number 65-036. | SICOR-PNU 030888 - 030804 |
| 95 | 1 | PDX 092 | A | Gensia Laboratories Regulatory Affairs/Compliance Record of Contact regarding Idarubicin and Daunorubicin liquid formulations. | SICOR-PNU 024298 |

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 96 | 1 - INF | PDX 093 | | Draft of Gensia Sicor Product Fact Sheet regarding Idarubicin Hydrochloride Injection. | SICOR-PNU 031021 - 031022 |
| 97 | 1 - INF | PDX 094 | | Gensia Sicor Product Fact Sheet regarding Idarubicin Hydrochloride Injection with attached Pharmacia & Upjohn package insert regarding Idamycin PFS. | SICOR-PNU 019107 - 019112 |
| 98 | 1 - INF | PDX 095 | | Gensia Sicor Product Fact Sheet regarding Idarubicin Hydrochloride Injection. | SICOR-PNU 031018 - 031020 |
| 99 | 1 - INF | PDX 096 | | Gensia Sicor Patent Certification and Exclusivity Statements | SICOR-PNU 000023 - 000025 |
| 100 | 1, 2 | PDX 097 | | Major Amendment for ANDA 65-036 regarding Idarubicin Hydrochloride Injection. | SICOR-PNU 001846 - 001855 |
| 101 | 1, 2 | PDX 098 | | E-mail regarding Idarubicin | SICOR-PNU 026338 - 026339 |
| 102 | 1 | PDX 099 | A | E-mail regarding Liquid Idarubicin. | SICOR-PNU 024976 |
| 103 | 1, 9 | PDX 100 | | Letter with attached application for new drug application, ANDA 65-036, for Idarubicin Hydrochloride Injection. | SICOR-PNU 001749 - 0001843 |
| 104 | 1, 9 | PDX 101 | "For Limited Purposes Only", A | Regulatory Affairs Record of Contact regarding Idarubicin for Injection, Idarubicin Injection & ANDA/AADA No. 65-037, 65-036 and 75-627. | SICOR-PNU 025286 - 025287 |
| 105 | 1 - INF | PDX 102 | "For Limited Purposes Only", A | Memorandum regarding patent review meeting minutes. | SICOR-PNU 052278 - 052280 |
| 106 | 1 - INF | PDX 103 | "For Limited Purposes Only", A | E-mail regarding agenda for patent meeting February 22, 2001 9:00 - 11:00 AM, UP 17. | SICOR-PNU 027678 - 027679 |
| 107 | 1 - INF, 8 | PDX 104 | "For Limited Purposes Only", A | Expert Report of James E. Malackowski | |
| 108 | 1 - INF, 8 | PDX 105 | "For Limited Purposes Only", A | Graphs regarding Idamycin PFS 10 mg/ml Average Selling Price Actual v. IMS Data | |
| 109 | 1 - INF, 8 | PDX 106 | "For Limited Purposes Only", A | Handwritten note entitled Sicor - Craig Lea | |
| 110 | 1 - INF, 8 | PDX 107 | "For Limited Purposes Only", A | Handwritten note entitled Sicor Terms | |
| 111 | 1 - INF, 8 | PDX 108 | "For Limited Purposes Only", A | Two page document showing Dr. Malackowski and Dr. Bell's computation of damages | |

7

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 112 | 1 - INF, 8 | PDX 109 | "For Limited Purposes Only", A | Royalty Source Summary Statistics Chemotherapy Related Drugs | |
| 113 | 1 - INF, 8 | PDX 110 | "For Limited Purposes Only", A | Memorandum regarding idarubicin/doxorubicin. | SICOR-PNU 026352 - 026353 |
| 114 | 1 - INF, 8 | PDX 111 | "For Limited Purposes Only", A | Memorandum regarding Idarubicin. | SICOR-PNU 026350 - 026351 |
| 115 | 1 - INF, 8 | PDX 112 | "For Limited Purposes Only", A | String of e-mails regarding idarubicin. | SICOR-PNU 083904 |
| 116 | 1 - INF, 8 | PDX 113 | "For Limited Purposes Only", A | Memorandum regarding patent review meeting minutes. | SICOR-PNU 027728 - 027730 |
| 117 | 1 - INF, 8 | PDX 114 | "For Limited Purposes Only", A | E-mail regarding idarubicin update. | SICOR-PNU 026843 |
| 118 | 1 - INF, 8 | PDX 115 | "For Limited Purposes Only", A | E-mail regarding idarubicin patent investigation. | SICOR-PNU 026348 |
| 119 | 1 - INF, 8 | PDX 116 | "For Limited Purposes Only", A | Memorandum regarding patent review meeting minutes. | SICOR-PNU 052238 - 052243 |
| 120 | 1 - INF, 8 | PDX 117 | "For Limited Purposes Only", A | E-mail regarding pertinent Gatti patents for idarubicin. | SICOR-PNU 083587 - 083588 |
| 121 | 1 - INF, 8 | PDX 118 | "For Limited Purposes Only", A | E-mail regarding idarubicin patent situation. | SICOR-PNU 027743 - 027743 |
| 122 | 1 - INF, 8 | PDX 119 | "For Limited Purposes Only", A | Facsimile regarding idarubicin and the attached letter regarding infringement of U.S. Patent No. 6,107,285. | SICOR-PNU 083284 - 083285 |
| 123 | 1 - INF, 8 | PDX 120 | "For Limited Purposes Only", A | E-mail regarding idarubicin ANDA. | SICOR-PNU 083575 - 083576 |
| 124 | 1 - INF, 8 | PDX 121 | "For Limited Purposes Only", A | Letter regarding patent review of idarubicin. | SICOR-PNU 082916 - 082920 |
| 125 | 1 - INF, 8 | PDX 122 | "For Limited Purposes Only", A | Facsimile regarding idarubicin formulation. | SICOR-PNU 027846 - 027852 |
| 126 | 1 - INF, 8 | PDX 123 | "For Limited Purposes Only", A | E-mail regarding idarubicin stability literature. | SICOR-PNU 029358 - 029360 |
| 127 | 1 - INF, 8 | PDX 124 | "For Limited Purposes Only" | Letter regarding confidentiality agreement for services as an expert consultant on the stability of idarubicin formulations at various pH levels. | SICOR-PNU 082989 - 082994 |
| 128 | 2, 5, 8 | PDX 125 | "For Limited Purposes Only" | E-mail regarding idarubicin expert. | SICOR-PNU 083709 |
| 129 | 1 - INF, 8 | PDX 126 | A | Newspaper article in the Corriere della Sera, the main Italian daily newspaper entitled Condannata la società che rubò il segreto dell' <<anticancro>> | |

8

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|-----|-----------|--------------|-------|-------------|-----------|
| 130 | 1 - INF, 8 | PDX 126A | A | Translation of newspaper article in the Corriere della Sera, the main Italian daily newspaper entitled Condannata la società che rubo il segreto dell' <<anticancro>> | |
| 131 | 1 - INF, 8 | PDX 127 | A | Newspaper article in the Corriere della Sera, the main Italian daily newspaper entitled Qualcuno ha rubato il farmaco anticancro. | |
| 132 | 1 - INF, 8 | PDX 127A | A | Translation of newspaper article in the Corriere della Sera, the main Italian daily newspaper entitled Qualcuno ha rubato il farmaco anticancro. | |
| 133 | 1 - INF, 8 | PDX 128 | A | Newspaper article in the Corriere della Sera, the main Italian daily newspaper entitled Il giallo del farmaco anticancro rubato. | |
| 134 | 1 - INF, 8 | PDX 128A | A | Translation of newspaper article in the Corriere della Sera, the main Italian daily newspaper entitled Il giallo del farmaco anticancro rubato. | |
| 135 | 1 - INF, 8 | PDX 129 | "For Limited Purposes Only", A | Handwritten notes regarding idarubicin. | SICOR-PNU 026355 |
| 136 | 1 - INF, 8 | PDX 130 | "For Limited Purposes Only", A | Redacted facsimile regarding idarubicin hydrochloride - European patent situation. | SICOR-PNU 029331 - 029337 |
| 137 | 1 - INF, 8 | PDX 131 | "For Limited Purposes Only", A | Redacted memorandum regarding idarubicin. | SICOR-PNU 077258 |
| 138 | 1 - INF, 8 | PDX 132 | "For Limited Purposes Only", A | Memorandum regarding Doxorubicin Hydrochloride Injection, USP. | SICOR-PNU 056432 - 056433 |
| 139 | 1 - INF, 8 | PDX 133 | "For Limited Purposes Only", A | Facsimile concerning idarubicin. | SICOR-PNU 028844 |
| 140 | 1, 2, 8 | PDX 134 | "For Limited Purposes Only" | Sicor lab notebook number 61 regarding idarubicin | SICOR-PNU 054197 - 054209 |
| 141 | 1, 2, 8 | PDX 135 | "For Limited Purposes Only" | Sicor lab notebook number 39 regarding idarubicin. | SICOR-PNU 054172 - 054196 |
| 142 | 0 | DDX 006 | | Letter regarding doxorubicin and Epirubicin. | PU 0011162 - 0011165 |
| 143 | 0 | DDX 007 | | Letter regarding telefax dated 7/3/85 to G. Tabusso regarding Adriamycin R.T.U. Solution | PU 0011160 - 0011161 |

9

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 144 | 0 | DDX 009 | | Declaration, Power of Attorney and Petition for Patent Application entitled Injectable Ready-To-Use Solutions Containing An Antitumor Anthracycline Glycoside | |
| 145 | 0 | DDX 010 | | Request for Priority Under 35 U.S.C. 119 and the International Convention for U.S. Patent Application entitled Injectable Ready-To-Use Solutions Containing an Antitumor Anthracycline Glycoside | |
| 146 | 0 | DDX 011 | | Example 2 from the patent and some pages from a lab notebook regarding doxorubicin | PU 0022802 - 0022819 |
| 147 | 0 | DDX 012 | | Example 3 from the patent and some pages from a lab notebook regarding doxorubicin | PU 0022785 - 0022801 |
| 148 | 0 | DDX 013 | | Table 1 regarding Accelerated stability data of 2mg/ml doxorubicin.HCl solutions in sterile water at various pHs, and lab notes regarding doxorubicin | PU 0023350 - 0023368 |
| 149 | 0 | DDX 014 | | Declaration Under Rule 1.132 Declaration II of Carlo Confalonieri filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 06/878,784 | |
| 150 | 7 | DDX 015 | | Inter-Office Communication regarding the attached draft pharmacy for the PL application for Adriamycin Ready-To-Use | PU 0019184 - 0019266 |
| 151 | 0 | DDX 016 | "For Limited Purposes Only" | Article - Doxorubicin, Vigevani and Williamson, Analytical Profiles of Drug Substances, Vol. 9, 1980, pp. 245 - 274 | |
| 152 | 1, 2 | DDX 017 | "For Limited Purposes Only" | U.S. Patent No. 4,946,831 entitled Injectable Ready-To-Use Solutions Containing An Antitumor Anthracycline Glycoside | |

10

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 153 | 0 | | | Article - Doxorubicin decomposition on storage. Effect of pH, type of buffer and liposome encapsulation, Janssen, et al., International Journal of Pharmaceutics, Vol. 23, 1985 pp. 1 - 11. | |
| 154 | 0 | DDX 018 | "For Limited Purposes Only" | Article - Kinetics of the acid-catalyzed hydrolysis of doxorubicin, Wassermann and Bundgaard, International Journal of Pharmaceutics, Vol. 14, 1983, pp. 73 - 78 | |
| 155 | 0 | DDX 019 | "For Limited Purposes Only" | Declaration Pursuant To 37 C.F.R. 1.132 of Carlo Confalonieri filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 07/503,856 | |
| 156 | 0 | DDX 020 | "For Limited Purposes Only" | Patent abstract and application for Japanese Patent Application No. 60 92212 | |
| 157 | 0 | DDX 024 | | Rule 1.132 Declaration of Carlo Confalonieri filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 06/878,784 | |
| 158 | 0 | DDX 025 | | Declaration of Carlo Confalonieri filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 08/368,402 | |
| 159 | 0 | DDX 026 | | Letter regarding FICE/Adria Review of the Ohio State Anthracycline Projects. | PU 001811-7 - 0018119 |
| 160 | 0 | DDX 028 | "For Limited Purposes Only" | Rule 1.132 Declaration of Carlo Confalonieri filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 06/878,784 | PU 0009215 - 0009226 |
| 161 | 0 | DDX 029 | | Declaration of Carlo Confalonieri Pursuant To 37 C.F.R. 1.132 filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 07/827,742 | |
| | | DDX 030 | | | |

11

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 162 | 0 | DDX 031 | | Declaration Pursuant To 37 C.F.R. 1.132 of Carlo Confalonieri filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 07/503,856 | |
| 163 | 0 | DDX 032 | | Rule 1.132 Declaration of Carlo Confalonieri filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 06/878,784 | |
| 164 | 0 | DDX 034 | | Memo on New Pharmaceutical Forms Requested by International Division | PU 0011247 - 0011251 |
| 165 | 0 | DDX 035 | | Table I regarding Stability Studies Data - Comparison of solutions adjusted to ph 3.0 with different acids, and miscellaneous lab notebook pages. | PU 0023065 - 0023078 |
| 166 | 0 | DDX 036 | | Table II regarding Stability Studies Data - Comparison of pH's 2 mg/ml Doxorubicin.HCl Solutions in Water adjusted to various pH's with HCl Accelerated test at 55 C, and miscellaneous lab notebook pages. | PU 0022991 - 0023021 |
| 167 | 0 | DDX 037 | "For Limited Purposes Only" | European Patent Specification Publication Number 0 143 478 entitled Stable, aqueous, acidic solution of cis-platinum, suitable for injection | |
| 168 | 8 | DDX 038 | | Baseline system that captures all gross units, quantities, and sales. | PI 0018030 - 0018034 |
| 169 | 8 | DDX 039 | 5, 6, 8 | Chart regarding Idarubicin/Idamycin Pharmaceutical Market Company United States (excluding Greenstone) | PI 0018035 |
| 170 | 8 | DDX 040 | | Chart regarding Idamycin sales for the year 2001 - 2003. | PI 0018036 - 0018038 |
| 171 | 1 - INF, 8 | DDX 041 | | Chart regarding Idamycin 10mg/10ml and 2004 Statistical Cost | PI 0018387 - 0018396 |
| 172 | 8 | DDX 042 | | Chart regarding Idamycin Net Sales and Quantity by SKU | PI 0018039 - 0018058 |

12

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 173 | 1 - INF, 8 | DDX 043 | A | Chart regarding baseline system that captures all gross units, quantities, sales returns by SKU | PI 0017919 - 0017945 |
| 174 | 1 - INF, 8 | DDX 044 | A | Pharmacia presentation regarding Oncology Sales | PU 0047504 - 0047532 |
| 175 | 1 - INF, 8 | DDX 045 | A | Cover page of Global Oncology Franchise Strategic Plan 2003 - 2005 | PU 0045030 |
| 176 | 1 - INF, 8 | DDX 046 | A | Pharmacia Oncology Franchise Products - Global Prescription Business, 2003 - 2005 Strategic Plan (Pass 4). | PU 0045055 - 0045063 |
| 177 | 1 - INF, 8 | DDX 047 | A | Pharmacia Oncology Franchise Products - Global Prescription Business, 2003 - 2005 Strategic Plan (Pass 4). | PU 0045076 - 0045086 |
| 178 | 1 - INF, 8 | DDX 048 | A | Pharmacia presentation entitled Global Oncology Franchise 2003 - 2005 Strat Plan Financials | PI 0018553 - 0018584 |
| 179 | 1 - INF, 8 | DDX 049 | A | Chart regarding Oncology Sales Force - USMC (Pass 3) | PU 0045126 - 0045133 |
| 180 | 1 - INF, 8 | DDX 050 | A | Chart regarding Global Oncology Franchise Direct & Allocated NPP 2002 Budget and 2003 - 2005 Strat Plan: PASS 4 | PU 0045156 - 0045160 |
| 181 | 1 - INF, 8 | DDX 051 | A | Draft Presentation entitled Pharmacia Oncology Idamycin PFS, Zavedos, Lifecycle Management Plan March 2002. | PU 0046786 - 0046803 |
| 182 | 1 - INF, 8 | DDX 052 | A | Slide presentation entitled Idamycin Contracting | PU 0046824 - 0046826 |
| 183 | 1 - INF, 8 | DDX 053 | "For Limited Purposes Only", A | Pharmaceutical Pricing Memorandum | PU 0043637 - 0043704 |
| 184 | | DDX 054 | | DDX 054 NOT USED. | |
| 185 | | DDX 055 | | DDX 055 NOT USED | |
| 186 | | DDX 056 | | DDX 056 NOT USED | |
| 187 | 1,2, 8 | DDX 060 | A | E-mails regarding Idarubicin P&L. | PU 0045087 - 0045088 |
| 188 | 1 -INF, 8 | DDX 061 | A | Miscellaneous documents pertaining to market shares, sales forecast and estimated cost for idarubicin. | PU 0003625 - 0003646 |
| 189 | 1 -INF, 8 | DDX 062 | A | US Pricing Committee Presentation, dated December 12, 2002, in connection with Novation and Idamycin | PU 0046674 - 0046675 |

13

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 190 | 1-INF, 8 | DDX 063 | "For Limited Purposes Only", A | Pharmacy Supplier Agreement between Novation, LLC and Pharmacia Corporation | PU 0046694 - 0046747 |
| 191 | 1-INF, 8 | DDX 064 | "For Limited Purposes Only", A | October 24, 2002 meeting minutes between FDA and Pharmacia regarding inspection of Perth, Australia facility. | PI 0019161 - 0019163 |
| 192 | 1-INF, 8 | DDX 067 | A | Letter regarding regulatory submission plans for facility upgrade project. | SICOR-PNU 0056276 - 0056277 |
| 193 | 1-INF, 8 | DDX 070 | A | Redacted e-mail with attached memo regarding temporary sourcing of oncology products. | PI 0019011 - 0019013 |
| 194 | 1-INF, 8 | DDX 071 | "For Limited Purposes Only", A | Pharmacia Executive Summary entitled Mould Incident Report for Oncology Production - January 2003. | PI 0019035 |
| 195 | 1-INF, 8 | DDX 072 | "For Limited Purposes Only", A | E-mail regarding FDA termination of Perth recall. | PI 0019036 - 0019038 |
| 196 | 1-INF, 8 | DDX 073 | "For Limited Purposes Only", A | Letter regarding product recall D-268/275-2: Adriamycin PFS, Ellence, and Idamycin PFS. | PI 0019030 - 0019034 |
| 197 | 1-INF, 8 | DDX 074 | A | List of the batch sizes that were manufactured for Idamycin for the US in 2001 to 2005. | PI 0018396 |
| 198 | 4,5 | DDX 076 | | Expert Report of Laura T. Guerra | |
| 199 | 0 | DDX 077 | | Article - Risk of handling injectable antineoplastic agents, American Journal of Hospital Pharmacy, Nov. 1982, Vol. 39, pp. 1881 - 1887. | |
| 200 | 0 | DDX 078 | | Article - Occupational Exposure of Nursing Personnel to Antineoplastic Agents, ONF, Vol. 12, No. 5, Sept/Oct 1985, pp. 33 - 39. | |
| 201 | 4,5 | DDX 079 | | Declaration Under Rule 1.132 of William Dana filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 06/878,784 | |
| 202 | 0 | DDX 080 | | Article - Work Practices of Nurses Who Handle Antineoplastic Agents, AAOHN Journal, January 1987, Vol. 35, No. 1, pp. 24 - 31. | |

14

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 203 | 4,5 | DDX 082 | | Declaration Under Rule 1.132 of Debra Holton-Smith filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 06/878,784. | |
| 204 | 4,5 | DDX 083 | | Declaration Under Rule 1.132 of Mary Horstman filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 06/878,784. | |
| 205 | | DDX 084 | | DDX 084 NOT USED. | |
| 206 | 0 | DDX 086 | | File history for U.S. Patent No. 5,124,317, Serial No. 07/503,856 entitled Injectable Ready-To-Use Solutions Containing An Antitumor Anthracycline Glycoside. | PI 0000122 - 0000313 |
| 207 | 0 | DDX 087 | | File history for U.S. Patent No. 4,946,831, Serial No. 07/385,999 entitled Injectable Ready-To-Use Solutions Containing An Antitumor Anthracycline Glycoside. | PI 0000048 - 0000120 |
| 208 | 0 | DDX 088 | | File history for U.S. Patent Application Serial No. 06/878,784 entitled Injectable Ready-To-Use Solutions Containing An Antitumor Anthracycline Glycosine. | PI 0000730 - 0000948 |
| 209 | 0 | DDX 089 | | Declaration Under Rule 1.132 Declaration II of Carlo Confalonieri filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 06/878,784. | PI 0000855 - 0000867 |
| 210 | 4,5 | DDX 090 | | Declaration Under Rule 132 of Drs. Martin Williamson and Frederick Grab filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 06/878,784. | PI 0006183 - 0006208 |

15

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 211 | 0 | DDX 091 | | File history for U.S. Patent No. 5,124,317, Serial No. 07/503,856 entitled Injectable Ready-To-Use Solutions Containing An Antitumor Antracycline Glycoside. | PU 0014832 - 0015426 |
| 212 | 0 | DDX 092 | | File history for U.S. Patent No. 6,107,285, Serial No. 07/827,742 entitled Injectable Ready-To-Use Solutions Containing An Antitumor Antracycline Glycoside. | |
| 213 | 0 | DDX 095 | "For Limited Purposes Only" | Affidavit of Robert Laurence Weston from the Farmitalia Carlo Erba v. Delta West litigation in the Federal Court of Australia. | PU 0014464 - 0014489 |
| 214 | 0 | DDX 096 | "For Limited Purposes Only" | Affidavit of William Neil Charman from the Farmitalia Carlo Erba v. Delta West litigation in the Federal Court of Australia. | |
| 215 | 0 | DDX 097 | | U.S. Patent Application Serial No. 07/064,653 entitled Injectable Ready-To-Use Solutions Containing An Antitumor Antracycline Glycoside. | |
| 216 | 0 | DDX 098 | | File history for U.S. Patent No. 5,124,318, Serial No. 07/477,005 entitled Injectable Ready-To-Use Solutions Containing An Antitumor Antracycline Glycoside. | PI 0000314 - 0000486 |
| 217 | 0 | DDX 099 | "For Limited Purposes Only" | Letter regarding Farmitalia Carlo Erba Australian Patent No. 598197. | PU 0034802 - 0034803 |
| 218 | 0 | DDX 104 | "For Limited Purposes Only" | Agreement among Gensia, Inc., Gensia Laboratories, Delta West Pty. Limited and The Upjohn Company. Termination and License | PU 0059369 - 0059375 |
| 219 | 0 | DDX 105 | "For Limited Purposes Only" | Letter regarding Pharmacia v. Gensia, Inc. et al. | PU 0059009 - 0059010 |
| 220 | 0 | DDX 108 | | Letter regarding Pharmacia, Inc. v. Gensia, Inc. et al. | PU 0059006 - 0059008 |
| 221 | 1 -INF, 2 | DDX 114 | A | Facsimile regarding revised letter and discussion topics sent to Fred Hassan. | SICOR-PNU 0056345 - 0056347 |

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 222 | 1 -INF, 2 | DDX 116 | A | Letter regarding acquiring selected oncology products from Pharmacia. | SICOR-PNU 0056397 - 0056403 |
| 223 | 1 -INF, 2 | DDX 117 | A | Letter with attachments regarding Pharmacia's Idarubicin RTU intellectual property position. | |
| 224 | 1 -INF, 2 | DDX 118 | A | Letter regarding Infringement of U.S. Patent No. 6,107,285 to Gatti, et al. | SICOR-PNU 0056519 |
| 225 | 0 | DDX 119 | "For Limited Purposes Only" | Article - Doxorubicin, Aristide Vigevani and Martin J. Williamson, Analytical Profiles of Drug Substances, 9, 1980, pp. 245 - 274. | PU 0016129 - 0016157 |
| 226 | 0 | DDX 120 | "For Limited Purposes Only" | Preformulation Studies for Doxorubicin RTU Development. | PU 0020874 - 0020881 |
| 227 | 0 | DDX 121 | "For Limited Purposes Only" | Inter-office memo regarding FICE/Adria review of the Ohio State Antiracycline Projects. | PU 0018117 - 0018119 |
| 228 | 0 | DDX 124 | "For Limited Purposes Only" | Letter regarding the attached presentation held during meeting in Milano September 30 - October 2, 1985 on the new adriamycin formulations (RTU, high solubility, multidose). | PU 0018342 - 0018363 |
| 229 | 0 | DDX 133 | "For Limited Purposes Only" | Preformulation Studies, Study of doxorubicin hydrochloride stability in aqueous media at different pH values. | PU 0011462 - 0011495 |
| 230 | 5 | DDX 134 | | Expert Report of Federico Arcamone | |
| 231 | 0 | DDX 135 | | U.S. Patent No. 3,590,028 entitled Adriamycin Derivatives | |
| 232 | 0 | DDX 136 | | U.S. Patent No. 3,803,124 entitled Process for the Preparation of Adriamycin and Adriamycinone and Adriamycin Derivatives. | |
| 233 | 5 | DDX 137 | | Expert Report of Jacob H. Beijnen | |
| 234 | 0 | DDX 138 | "For Limited Purposes Only" | Article - Part I Chemistry of Adriamycin, Structure and Physicochemical Properties of Adriamycin (Doxorubicin), Arcamone, et al., Istituto Ricerche Farmitalia. | |

17

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 235 | 0 | | | Article - Self Association of Doxorubicin and Related Compounds in Aqueous Solution, Menozzi, et al., Journal of Pharmaceutical Sciences, Vol. 73, No. 6, June 1984, pp. 766 - 770. | PU 0017453 - 0017522 |
| 236 | 5 | DDX 139 | | Expert Statement of Jacob J. Beijnen | |
| 237 | 0 | DDX 141 | "For Limited Purposes Only" | Declaration of Carlo Confalonieri Pursuant To 37 C.F.R. 1.132 filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 07/827,742. | PU 0016632 - 0016785 |
| 238 | 5 | DDX 142 | A | Expert Report of Gregory K. Bell, Ph.D. | |
| 239 | 5 | DDX 145 | A | Supplemental Expert Report of Gregory K. Bell, Ph.D. | |
| 240 | 5 | DDX 146 | "For Limited Purposes Only", A | Expert Report of James Malackowski. | |
| 241 | 1 -INF | DDX 147 | "For Limited Purposes Only", A | Adria Oncology Products Group 1991 Marketing Plan Adriamycin and Oncoline. | PI 3745 - 3788 |
| 242 | 5, 6, 8 | DDX 148 | "For Limited Purposes Only" | Chart regarding Idarubicin/Idamycin, Pharmaceutical Market Company United States (excluding Greenstone) | PI 18035 |
| 243 | 0 | DDX 149 | "For Limited Purposes Only" | Lab notebook page dated 5/3/85 regarding doxorubicin. Lab notebook No. 6423/28. | PI 11594 |
| 244 | 0 | DDX 150 | "For Limited Purposes Only" | Lab notebook page dated 4/3/85 regarding doxorubicin. Lab notebook No. 6423/27. | PI 11593 |
| 245 | 0 | DDX 151 | "For Limited Purposes Only" | Lab notebook pages dated December 1984/January 1985 regarding doxorubicin. Lab notebook No. 6160/14 - 16. | PU 0022188 - 0022190 |
| 246 | 0 | DDX 152 | "For Limited Purposes Only" | Lab notebook page dated 18/2/85 regarding doxorubicin. Lab notebook No. 6423/19. | PI 11609 |
| 247 | 0 | DDX 153 | "For Limited Purposes Only" | Lab notebook pages dated 12/3/85 regarding doxorubicin. Lab notebook No. 6423/32 -33. | PI 11595 - 11596 |
| | | DDX 154 | | | |

18

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 248 | 0 | DDX 155 | "For Limited Purposes Only" | Lab notebook page dated 29/3/85 regarding doxorubicin. Lab notebook No. 6423/46. | PU 0022822 |
| 249 | 0 | DDX 156 | "For Limited Purposes Only" | Lab notebook pages dated 31/5/85 regarding doxorubicin. Lab notebook No. 6423/99 - 100. | PI 11652 - 11653 |
| 250 | 0 | DDX 157 | "For Limited Purposes Only" | Lab notebook pages dated 6/5/85 regarding doxorubicin. Lab notebook No. 6423/77 - 79. | PI 11438 - 11440 |
| 251 | 0 | DDX 158 | "For Limited Purposes Only" | Lab notebook pages dated 18/11/85 regarding doxorubicin. Lab notebook No. 5249/46 - 52. | PI 11272 - 11278 |
| 252 | 0 | DDX 159 | "For Limited Purposes Only" | Lab notebook page dated 20/2/85 regarding doxorubicin. Lab notebook No. 6423/21. | PI 11610 |
| 253 | 0 | DDX 160 | "For Limited Purposes Only" | Lab notebook page dated 23/2/85 regarding doxorubicin. Lab notebook No. 6423/22. | PI 11611 |
| 254 | 0 | DDX 161 | "For Limited Purposes Only" | Lab notebook page dated 26/2/85 regarding doxorubicin. Lab notebook No. 6423/24. | PI 11612 |
| 255 | 0 | DDX 164 | "For Limited Purposes Only" | Transmittal letter and Amendment Under 37 C.F.R. § 1.116 for U.S. Patent Application Serial No. 07/827,742. | PU 0015154 - 0015168 |
| 256 | 0 | DDX 165 | "For Limited Purposes Only" | Submission of Declarations In Support of Amendment Under 37 C.F.R. § 1.116 for U.S. Patent Application Serial No. 07/827,742. | PU 0015169 - 0015255 |
| 257 | 0 | DDX 167 | "For Limited Purposes Only" | Examiner Interview Summary Record for U.S. Patent Application Serial No. 07/827,742. | PU 0015256 |
| 258 | 0 | DDX 168 | "For Limited Purposes Only" | Second Supplemental Information Disclosure Statement for U.S. Patent Application Serial No. 08/366,402. | PU 0015272 - 0015276 |
| 259 | 0 | DDX 169 | "For Limited Purposes Only" | Letter regarding German references. | PU 0096842 |
| 260 | 0 | DDX 170 | "For Limited Purposes Only" | Transmittal letter and Fourth Supplemental Information Disclosure Statement for U.S. Patent Application Serial No. 07/827,742. | PU 0015293 - 0015297 |

19

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 261 | 0 | DDX 171 | "For Limited Purposes Only" | Letter regarding Fourth Supplemental Information Disclosure Statements for U.S. Patent Application Serial No. 07/827,742 and 08/368,402. | PU 0096792 |
| 262 | 0 | DDX 172 | "For Limited Purposes Only" | Third Supplemental Information Disclosure Statement for U.S. Patent Application Serial No. 07/827,742. | PU 0015298 - 0015300 |
| 263 | 0 | DDX 173 | "For Limited Purposes Only" | Transmittal letter and Seventh Supplemental Information Disclosure Statement Under 37 C.F.R. § 1.97(c) for U.S. Patent Application Serial No. 07/827,742. | PU 0015301 - 0015305 |
| 264 | 0 | DDX 174 | "For Limited Purposes Only" | Transmittal letter and Eighth Supplemental Information Disclosure Statement Under 37 C.F.R. § 1.97(c) for U.S. Patent Application Serial No. 07/827,742. | PU 0015306 - 0015310 |
| 265 | 0 | DDX 175 | "For Limited Purposes Only" | Transmittal letter and Sixth Supplemental Information Disclosure Statement Under 37 C.F.R. § 1.97(c) for U.S. Patent Application Serial No. 07/827,742. | PU 0015313 - 0015316 |
| 266 | 0 | DDX 176 | "For Limited Purposes Only" | Transmittal letter, Associate Power of Attorney and the Ninth Supplemental Information Disclosure Statement for U.S. Patent Application Serial No. 07/827,742. | PU 0015321 - 0015357 |
| 267 | 0 | DDX 177 | "For Limited Purposes Only" | Tenth Supplemental Information Disclosure Statement Under 37 C.F.R. § 1.97(c) for U.S. Patent Application Serial No. 07/827,742. | PU 0015383 - 0015391 |
| 268 | 0 | DDX 178 | "For Limited Purposes Only" | Facsimile regarding Pharmacia references listed in Information Disclosure Statements file January 29, 1992. | PU 0096860 - 0096871 |
| 269 | 0 | DDX 180 | "For Limited Purposes Only" | Email regarding Faulding Canada v. Pharmacia S.p.A. action seeking declaration of invalidity of '037 Patent - Doxorubicin. | PU 0096858 |

20

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|-----|-----------|--------------|-------|-------------|-----------|
| 270 | 0 | DDX 181 | "For Limited Purposes Only" | Redacted letter regarding U.S. Patent Application Serial Nos. 07/827,742 and 08/368,402. | PU 0096759 - 0096761 |
| 271 | 0 | DDX 182 | "For Limited Purposes Only" | Letter regarding Pharmacia & Upjohn S.p.A. Patent Invalidity Litigation (Ready-to-use Doxorubicin). | PU 0096736 - 0096737 |
| 272 | 0 | DDX 183 | "For Limited Purposes Only" | Letter regarding U.S. Patent No. 6,107,285. | PU 0096779 |
| 273 | 0 | DDX 184 | "For Limited Purposes Only" | Amendment filed in response to the Office Action mailed December 6, 1995 in regards to U.S. Patent Application Serial No. 07/827,742. | PU 0015277 - 0015292 |
| 274 | 0 | DDX 185 | "For Limited Purposes Only" | Office Action Summary regarding claims 31, 33 - 38, 40 and 42 for U.S. Patent Application Serial No. 07/827,742. | PU 0015264 - 0015266 |
| 275 | 0 | DDX 188 | "For Limited Purposes Only" | Office Action Summary regarding claims 31, 33 - 38, 42 and 45 - 53 for U.S. Patent Application Serial No. 07/827,742. | PU 0015317 - 15320 |
| 276 | 0 | | | Linda Kathryn Barry et al., Promoting the Responsible Handling of Antineoplastic Agents in the Community, 12 Oncology Nursing F. 41 (1985) | |
| 277 | 0 | | | Marsha M. Cloak et al., Occupational Exposure of Nursing Personnel to Antineoplastic Agents, 12 Oncology Nursing F. 33 (1985) | |
| 278 | 0 | | | Kai Falck et al., Mutagenicity of Urine of Nurses Handling Cyctostatic Drugs, The Lancet, June 9, 1979, at 1250 | |
| 279 | 0 | | | Kari Hemminki et al., Spontaneous abortions and malformations in the offspring of nurses exposed to anaesthetic gases, cytostatic drugs, and other potential hazards in hospitals, based on registered information of outcome, 39 J. Epidemiology & Community Health 141 (1985); | |

21

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 280 | 0 | | | Sherry G. Selevan et al., A Study of Occupational Exposure to Antineoplastic Drugs and Fetal Loss in Nurses, 313 New Eng. J. Med. 173 (1985) | |
| 281 | 0 | | | Eero A. Sotaniemi et al., Liver Damage in Nurses Handling Cytostatic Agents, 214 Acta Med. Scandanavia 181 (1983) | |
| 282 | 0 | | | Roger W. Anderson et al., Risk of handling injectable antineoplastic agents, 39 Am. J. Hospital Pharmacy 1881 (1982) | |
| 283 | 0 | | | Geneviève Aubel-Sadron & Danielle Londos-Gagliardi, Daunorubicin and doxorubicin, anthracycline antibiotics, a physicochemical and biological review, 66 Biochimie 333 (1984) | |
| 284 | 0 | | | T. Balazs & V.J. Ferrans, Cardiac Lesions Induced by Chemicals, 26 Envtl. Health Persp. 181 (1978); | |
| 285 | 0 | | | R.J. Maral & M. Jouanne, Toxicology of Daunorubicin in Animals and Man, 65 Cancer Treatment Rep. 9 (1981) | |
| 286 | 0 | | | Tot V. Nguyen et al, Exposure of Pharmacy Personnel to Mutagenic Antineoplastic Drugs, 42 Cancer Res. 4792 (1982) | |
| 287 | 0 | | | Marja Sorsa et al., Occupational exposure to anticancer drugs—Potential and real hazards, 154 Mutation Res. 135 (1985) | |
| 288 | 0 | | | Miriam C. Vaughn & William D. Christensen, Occupational Exposure to Cancer Chemotherapeutic Drugs: A Literature Review, 46 Am. Indus. Hygiene Assoc. B-8 (1985) | |
| 289 | 0 | | | H. Waksvik et al., Chromosome Analyses of Nurses Handling Cytostatic Agents, 65 Cancer Treatement Rep. 607 (1981) | |

22

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 290 | 0 | | | Dominic A. Solimando & James P. Wilson, Demonstration of Skin Fluorescence Following Exposure to Doxorubicin, Cancer Nursing, August 1983, at 313 (citing H. Marquardt et al., Tumorigenicity in vivo and introduction of malignant transformation and mutagenesis in cell cultures by Adriamycin and Daunomycin, 36 Cancer Res. 2065 (1979) and B.R. Harrison, Developing Guidelines for working with antineoplastic agents, 38 Am. J. Hospital Pharmacy 1686 (1981)) | |
| 291 | 0 | | Ref. R in Guerra Report | Guidelines for Handling Parenteral Antineoplastics, 253 JAMA 1590 (1985); (citing B.R. Harrison, Developing Guidelines for working with antineoplastic agents, 38 Am. J. Hospital Pharmacy 1686 (1981)) | |
| 292 | 0 | | Ref. S in Guerra Report | The Physician's Desk Reference entries on Adriamycin PFS and RDF and Idamycin | |
| 293 | 0 | | "For Limited Purposes Only" | Acton et al. (1984) Med. Chem. 27:638-645 | SICOR-PNU 006657 - 006666 |
| 294 | 0 | | "For Limited Purposes Only" | Arcamone et al. (1969) Biotechnol. Bioengin. XI:1101-10 | SICOR-PNU 003460 - 003464 |
| 295 | 0 | | "For Limited Purposes Only" | Arcamone et al. (1971) U.S. Patent No. 3,590,028 | |
| 296 | 0 | | "For Limited Purposes Only" | Arcamone (1974) U.S. Patent No. 3,803,124 | |
| 297 | 0 | | "For Limited Purposes Only" | Arcamone et al. (1978) U.S. Patent No. 4,107,423 | |
| 298 | 0 | | "For Limited Purposes Only" | Beijnen et al. (1985) Pharm. Weekbl. Sci. 7:109-16 | SICOR-PNU 007070 - 007078 |
| 299 | 0 | | "For Limited Purposes Only" | Beijnen et al. (1985) J. Paren. Sci. Tech. 39:220-222 | SICOR-PNU 003801 - 003805 |
| 300 | 0 | | "For Limited Purposes Only" | Benvenuto et al. (1981) Am. J. Hosp. Pharm. 38:1914-1918 | SICOR-PNU 003852 - 003857 |
| 301 | 0 | | "For Limited Purposes Only" | Berman et al. (1983) Cancer Res., 43:6069-101 | PU 007633 - 007640 |
| 302 | 0 | | | Bonfante et al. (1983) Investigational New Drugs, 1:161-8 | PU 007641 - 7646 |

23

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 303 | 0 | | "For Limited Purposes Only" | Bourne et al. (1983) Biotechnol. Bioeng., 25:1625-1639 | |
| 304 | 0 | | "For Limited Purposes Only" | Connors et al. (1979) The Chemical Stability of Pharmaceuticals | |
| 305 | 0 | | "For Limited Purposes Only" | Ducep et al. (1977) UK Patent No. 1 491 184 | SICOR-PNU 003259 - 3262 |
| 306 | 0 | | "For Limited Purposes Only" | Drewinko et al. (1983) Cancer Research 43:2648-2653 | SICOR-PNU 007267 - 007272 |
| 307 | 0 | | "For Limited Purposes Only" | Eridani et al. (1985) Blut, 50:369-72 | PU 007678 - 007681 |
| 308 | 0 | | "For Limited Purposes Only" | Eriksen (1982) Pharm. Int'l 3:264-67 | |
| 309 | 0 | | "For Limited Purposes Only" | Franco R. et al. (1984) International Journal of Cell Cloning 2:2-8 | SICOR-PNU 007177 - 007184 |
| 310 | 0 | | "For Limited Purposes Only" | Franco et al. (1985) International Journal of Cell Cloning 3:424-426 | SICOR-PNU 007820 - 007822 |
| 311 | 0 | | "For Limited Purposes Only" | Granatek et al. (1982) U.S. Patent No. 4,310,515 | |
| 312 | 0 | | "For Limited Purposes Only" | Hoffman et al. (1979) Am. J. Hosp. Pharm., 36:1536-1538 | PU 013825 - 013827 |
| 313 | 0 | | "For Limited Purposes Only" | Ilver (1971) Almen Galenisk Farmaci - Forel shingsnoter, Dansk Farmaceutforenings Forlag pp. 132 136 | SICOR-PNU 005118 - 00005123 |
| 314 | 0 | | "For Limited Purposes Only" | Janssen et al. (1985) Int'l. J. Pharmaceutics, 231:1-11 | PU 013746 - 013756 |
| 315 | 0 | | "For Limited Purposes Only" | Kaniewska (1977) Pharmacia Polska, 9:539-542 | PU 039539 - 039541 |
| 316 | 0 | | "For Limited Purposes Only" | Kaplan et al. (1982) Eur. J. Cancer and Clin. Oncol. 18:1303 | |
| 317 | 0 | | "For Limited Purposes Only" | Karlsen et al. (1983) Nor. Pharm. Acta 45:6-67 | |
| 318 | 0 | | "For Limited Purposes Only" | Kasan et al. (1989) U.S. Patent No. 4,883,805 | |
| 319 | 0 | | "For Limited Purposes Only" | Kotake et al. (1985) Journal of Chromatography, 337:194-200 | SICOR-PNU 007154 - 007162 |
| 320 | 0 | | "For Limited Purposes Only" | Ketchum et al. (1981) Am. Intravenous Ther. Clin. Nut., 8:15-18 | PU 027218 - 027221 |
| 321 | 0 | | "For Limited Purposes Only" | Lachman et al. (1976) in The Theory and Practice of Industrial Pharmacy (Lachman et al. eds., 2nd edition), Chapter 3 "Kinetic Principles and Stability Testing" | |

24