# EXHIBIT 6

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 322 | 0 | | | Lachman et al. (1986) in The Theory and Practice of Industrial Pharmacy (Lachman et al. eds., 3rd edition), pp. 191-194, 195-196, 459-460, 471-472, 477-478, 764-765 | |
| 323 | 0 | | "For Limited Purposes Only" | Lachman et al. (1986) in The Theory and Practice of Industrial Pharmacy (Lachman et al. eds., 3rd edition) Chapter 26 "Kinetic Principles and Stability Testing" | |
| 324 | 0 | | "For Limited Purposes Only" | Merck Manual "Tris" | |
| 325 | 0 | | "For Limited Purposes Only" | Mori et al. (1980) Japan. J. Anibiotics, XXXIII-4:466 (original Japanese article and English translation provided) | |
| 326 | 0 | | "For Limited Purposes Only" | Mosher et al., (1982) J. Med. Chem. 25:18-24 | SICOR-PNU 006676 - 6684 |
| 327 | 0 | | "For Limited Purposes Only" | NCI Investigational Drugs Pharmaceutical Data 1982, pp. 48-50, 130-133, 148-151 | |
| 328 | 0 | | "For Limited Purposes Only" | NCI Investigational Drugs Pharmaceutical Data 1983, pp. 52-54, 148-151 | SICOR-PNU 007946 - 007963 |
| 329 | 0 | | "For Limited Purposes Only" | NCI Investigational Drugs Pharmaceutical Data 1984, pp. 51-53, 134-137, 161-162 | SICOR-PNU 007926 - 007945 |
| 330 | 0 | | "For Limited Purposes Only" | NCI Investigational Drugs Pharmaceutical Data 1985, pp. 46-48, 124-127 | SICOR-PNU 007908 - 007919 |
| 331 | 0 | | "For Limited Purposes Only" | Physician's Desk Reference (1982) 36:1129-30 | |
| 332 | 0 | | "For Limited Purposes Only" | Physician's Desk Reference (1985) 39:1169-70 | |
| 333 | 0 | | "For Limited Purposes Only" | Poochikian et al. (1981) Am. J. Hosp. Pharm., 38:483-486 | PU 013730 - 013733 |
| 334 | 0 | | "For Limited Purposes Only" | Porumb (1978) Prog. Biophys. Molecul. 34:175-195 | PU 041465 - 041485 |
| 335 | 0 | | "For Limited Purposes Only" | Robinson (1986) U.S. Patent No. 4,619,935 | |
| 336 | 0 | | "For Limited Purposes Only" | Sandell (1967) Galenisk Farmaci, 2nd edition, Stockholm | |
| 337 | 0 | | "For Limited Purposes Only" | Shou et al. (1959) Troek of den flaeniske farmaci, Store Nordiske Videnskabsboghandel, p. 220 (with English translations) | SICOR-PNU 006119 - 006120 |

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 338 | 0 | | | Stella (1986) J. Paren. Sci. Tech. 40:142-63 | |
| 339 | 0 | | "For Limited Purposes Only" | Tavaloni et al. (1980) J. Pharm. Parmacol. 32, pp. 860-862 | |
| 340 | 0 | | "For Limited Purposes Only" | Trissel (1980) Handbook of Injectable Drugs (Elsevier 2nd edition 1980) | |
| 341 | 0 | | "For Limited Purposes Only" | Vietti et al. (1973) Proc. Am. Assoc. Cancer Res., 14:24 | |
| 342 | 0 | | "For Limited Purposes Only" | Windheuser (1963) Bull. Parenteral Drug Assoc. 17:1-8 | |
| 343 | 0 | | "For Limited Purposes Only" | Yang et al. (1985) Cancer Res. 45:1511-15 | SICOR-PNU 007251 - 007256 |
| 344 | 0 | | | Menozzi et al., "Self Association of Doxorubicin and Related Compounds in Aqueous Solution," 73 J. Pharm. Sci. 766-770 (1984) | PU 011944 - 011949 |
| 345 | 6, 7 - Foundation | | | Carlo Confalonieri's 1992 declaration as filed in the prosecution of the 285 patent; | PU 015002 - 015005 |
| 346 | 4, 5 | | | Declaration of Martin Williamson | PI 6183 - 6208 |
| 347 | 4, 5 | | | Declaration of Frederick Grab | PI 6183 - 6208 |
| 348 | 4, 5 | | | Declaration of Barbara Barhamand | PU 009284 - 009295 |
| 349 | 0 | | | Beijnen et al., "Stability of intravenous admixtures of doxorubicin and vincristine," Am. J. Hosp. Pharm., 43:3022-3027 (1986) | SICOR-PNU 003808 - 003813 |
| 350 | 0 | | | Beijnen et al., "Aspects of the degradation kinetics of daunorubicin in aqueous solution," Int. J. Pharm., 31:75-82 (1986) | PU 012476 - 012483 |
| 351 | 0 | | | Beijnen et al., "Aspects of the degradation kinetics of doxorubicin in aqueous solution," Int. J. Pharm., 32:123-131 (1986) | SICOR-PNU 003815 - 003823 |
| 352 | 0 | | | Beijnen et al., "Structure elucidation and characterization of daunorubicin degradation products," Int. J. Pharm., 34:247-257 (1987) | SICOR-PNU 003825 - 003835 |

26

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 353 | 0 | | | Bekers et al., "Effect of cyclodextrins on anthracycline stability in acidic aqueous media," Pharmaceutisch Weekblad Sci. Ed., 10:207-212 (1988) | SICOR-PNU 003837 - 003842 |
| 354 | 0 | | | Bekers et al., "Effect of cyclodextrin complexation on the chemical stability of doxorubicin and daunorubicin in aqueous solutions," Pharmaceutisch Weekblad Sci. Ed., 72:123-130 (1991) | PU 008966 - 008973 |
| 355 | 0 | | | Bouma et al., "Anthracycline antitumor agents: A review of physicochemical, analytical and stability properties," Pharmaceutisch Weekblad Sci. Ed., 8:109-133 (1986 | PU 012476 - 012459 |
| 356 | 0 | | | The prosecution history of U.S. Patent Application Serial No. 07/503,856 | |
| 357 | 0 | | | The prosecution history of U.S. Patent Application Serial No. 07/471,005 | |
| 358 | 1, 7 - Incomplete | | | The prosecution history of U.S. Patent Application Serial No. 06/341,249 | |
| 359 | 0 | | | The prosecution history of U.S. Patent Application Serial No. 07/064,653 | |
| 360 | 1,2 | | | U.S. Patent No. 6,632,799 | |
| 361 | 1,2 | | | U.S. Patent No. 6,596,697 | |
| 362 | 1,2 | | | U.S. Patent No. 6,284,738 | |
| 363 | 1,2 | | | U.S. Patent No. 6,087,340 | |
| 364 | 1,2 | | | U.S. Patent No. 5,977,082 | |
| 365 | 1,2 | | | U.S. Patent No. 5,124,317 | |
| 366 | 1,2 | | | U.S. Patent No. 5,091,373 | |
| 367 | 1,2 | | | U.S. Patent No. 5,091,372 | |
| 368 | 1,2 | | | U.S. Patent No. 4,840,938 | |
| 369 | 1,2 | | | U.S. Patent No. 4,675,311 | |
| 370 | 0 | | | F. Arcamone et al., Structure and Physiochemical Properties of Adriamycin (Doxorubicin), International Symp. on Adriamycin 9 (1972) | PU 008832 - 008845 |

27

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 371 | 0 | | | Dennis M. Hoffman et al., Stability of Refrigerated and Frozen Solutions of Doxorubicin Hydrochloride, 35 American J. of Hosp. Pharm. 1536 (1979) | PU 008846 - 008848 |
| 372 | 0 | | | Guiragos K. Poochikian et al., Stability of anthracycline antitumor agents in four infusion fluids, 38 American J. of Hosp. Pharm. 433 (1981) | PU 008849 - 008852 |
| 373 | 0 | | | Karsten Wassermann & Hans Bundgaard, Kinetics of the acid-catalyzed hydrolysis of doxorubicin, 14 International J. of Pharmaceutics 73 (1983) | SICOR-PNU 006339 - 006336 |
| 374 | 1, 2 | | | United Kingdom Patent Application No. GB 2178311 A | SICOR-PNU 005005 - 005023 |
| 375 | 1, 2 | | | United Kingdom Patent No. GB 2178311 B | PU 015881 - 015923 |
| 376 | 1, 2 | | | United Kingdom Patent Application No. GB 2165751 A | PU 021882 - 021887 |
| 377 | 0 | PDCX 1 (Miao) | "For Limited Purposes Only" | Letter regarding U.S Serial No. 07/827,742 | |
| 378 | 0 | | "For Limited Purposes Only" | Issue Fee Transmittal re U.S. Serial No. 07/827,742 | PU 096728 |
| 379 | 0 | | "For Limited Purposes Only" | Letter dated August 17, 1998 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096729 |
| 380 | 0 | | "For Limited Purposes Only" | Letter dated July 21, 1998 regarding claims for U.S. Serial No. 07/827,742 | PU 096732 - 096735 |
| 381 | 0 | | "For Limited Purposes Only" | Letter dated July 15, 1998 regarding Pharmacia & Upjohn S.p.A Patent Invalidity Litigation (Ready-to-use Doxorubicin) | PU 096736 - 096737 |
| 382 | 0 | | "For Limited Purposes Only" | Kristensen & Møller (1983) Almen Farmaci II, Dansk Farmaceutforenings Forlag | PU 096738 - 096745 |
| 383 | 0 | | "For Limited Purposes Only" | Letter dated July 13, 1998 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 corresponding to Danish Patent No. 167,557 | PU 96746 - 96747 |

28

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 384 | 0 | | "For Limited Purposes Only" | Letter dated July 9, 1998 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096748 |
| 385 | 0 | | "For Limited Purposes Only" | Facsimile dated July 7, 1998 regarding U.S. Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096749 - 096750 |
| 386 | 0 | | "For Limited Purposes Only" | Letter dated July 6, 1998 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096751 - 096752 |
| 387 | 0 | | "For Limited Purposes Only" | Letter dated July 6, 1998 regarding U.S Serial No. 07/827,742 | PU 096753 |
| 388 | 1, 2, 4, 5 | | "For Limited Purposes Only" | Allowed Claims for U.S. Serial No. 07/827,742 | PU 096755 |
| 389 | 0 | | "For Limited Purposes Only" | Facsimile dated October 26, 1999 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096757 |
| 390 | 0 | | "For Limited Purposes Only" | Issue Notification regarding U.S. Serial No. 07/827,742 | PU 096758 |
| 391 | 0 | | "For Limited Purposes Only" | Letter dated July 7, 1998 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096759 - 096761 |
| 392 | 0 | | "For Limited Purposes Only" | Letter dated August 18, 1999 regarding U.S Serial No. 07/827,742 | PU 096762 |
| 393 | 0 | | "For Limited Purposes Only" | Letter dated August 18, 1999 regarding U.S Serial No. 07/827,742 | PU 096763 |
| 394 | 0 | | "For Limited Purposes Only" | Facsimile dated June 19, 2000 regarding U.S. Serial No. 07/827,742 | PU 096764 - 096765 |
| 395 | 0 | | "For Limited Purposes Only" | Facsimile dated October 26, 1999 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096766 |
| 396 | 0 | | "For Limited Purposes Only" | Letter dated August 15, 2000 regarding U.S. Serial No. 07/827,742 | PU 096767 |
| 397 | 0 | | "For Limited Purposes Only" | Letter dated August 15, 2000 regarding U.S. Serial No. 07/827,742 | PU 096768 |

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 398 | 0 | | | Letter dated August 6, 1996 regarding U.S. Serial No. 07/827,742 | PU 096769 |
| 399 | 0 | | "For Limited Purposes Only" | Letter dated August 6, 1996 regarding U.S. Serial No. 07/827,742 | PU 096770 |
| 400 | 0 | | "For Limited Purposes Only" | Facsimile dated August 4, 1996 regarding U.S. Serial No. 07/827,742 | PU 096771 |
| 401 | 0 | | "For Limited Purposes Only" | Facsimile dated July 29, 1996 regarding U.S. Serial No. 07/827,742 | PU 096772 - 096773 |
| 402 | 0 | | "For Limited Purposes Only" | Facsimile dated July 29, 1996 regarding U.S. Serial No. 07/827,742 | PU 096774 |
| 403 | 0 | | "For Limited Purposes Only" | Facsimile dated July 29, 1996 regarding U.S. Serial No. 07/827,742 | PU 096775 |
| 404 | 0 | | "For Limited Purposes Only" | Letter dated July 3, 1996 regarding U.S. Serial No. 07/827,742 | PU 096776 |
| 405 | 0 | | "For Limited Purposes Only" | Letter dated January 8, 2004 regarding U.S. Patent No. 6,107,285 | PU 096777 |
| 406 | 0 | | "For Limited Purposes Only" | Letter dated June 5, 2002 regarding U.S. Patent No. 6,107,285 | PU 096778 |
| 407 | 0 | | "For Limited Purposes Only" | Letter dated April 5, 2001 regarding U.S. Patent No. 6,107,285 | PU 096779 |
| 408 | 0 | | "For Limited Purposes Only" | Telefax dated February 28, 2001 regarding U.S. Patent No. 6,107,285 | PU 096780 |
| 409 | 0 | | "For Limited Purposes Only" | Facsimile dated August 8, 1996 regarding U.S. Serial No. 07/827,742 | PU 096781 |
| 410 | 0 | | "For Limited Purposes Only" | Facsimile dated December 12, 1996 regarding U.S. Serial No. 08/827,742 | PU 096782 - 096783 |
| 411 | 0 | | "For Limited Purposes Only" | Facsimile dated December 18, 1996 regarding U.S. Serial No. 08/827,742 | PU 096784 |
| 412 | 0 | | "For Limited Purposes Only" | Facsimile dated February 7, 1997 regarding office action summary. | PU 096785 - 096786 |

30

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|-----|-----------|--------------|-------|-------------|-----------|
| 413 | 0 | | "For Limited Purposes Only" | Facsimile dated March 14, 1997 regarding U.S. Serial No. 08/368,402 | PU 096787 - 096789 |
| 414 | 0 | | "For Limited Purposes Only" | Letter dated May 6, 1997 regarding U.S. Serial No. 07/827,742 | PU 096790 |
| 415 | 0 | | "For Limited Purposes Only" | Letter dated June 3, 1997 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096791 |
| 416 | 0 | | "For Limited Purposes Only" | Letter dated July 1, 1997 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096792 |
| 417 | 1, 2 | | "For Limited Purposes Only" | Letter dated August 26, 1997 regarding U.S. Serial No. 08/368,402 | PU 096793 |
| 418 | 0 | | "For Limited Purposes Only" | Letter dated July 1, 1997 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096794 |
| 419 | 0 | | "For Limited Purposes Only" | Letter dated October 30, 1997 regarding U.S Serial No. 08/368,402 | PU 096795 - 096796 |
| 420 | 0 | | "For Limited Purposes Only" | Facsimile dated July 6, 1998 regarding U.S. Serial No. 07/827,742 | PU 096797 - 096799 |
| 421 | 0 | | "For Limited Purposes Only" | Facsimile dated July 7, 1998 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096800 - 096802 |
| 422 | 1, 2 | | "For Limited Purposes Only" | Facsimile dated October 1, 1998 regarding U.S. Serial No. 09/149,381 | PU 096803 |
| 423 | 0 | | "For Limited Purposes Only" | Letter dated June 21, 1999 regarding U.S. Serial No. 07/827,742 | PU 096804 |
| 424 | 0 | | "For Limited Purposes Only" | Facsimile dated August 18, 1999 regarding U.S. Serial No. 07/827,742 | PU 096805 - 096807 |
| 425 | 0 | | "For Limited Purposes Only" | Facsimile dated August 15, 2000 regarding U.S. Serial No. 07/827,742 | PU 096808 - 096809 |

31

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 426 | 0 | | "For Limited Purposes Only" | Facsimile dated August 15, 2000 regarding U.S. Serial No. 07/827,742 | PU 096810 - 096811 |
| 427 | 0 | | "For Limited Purposes Only" | Raw data sheet regarding Doxorubicin | PU 096812 |
| 428 | 0 | | "For Limited Purposes Only" | Issue Fee Transmittal re U.S. Serial No. 07/827,742 | PU 096813 - 096814 |
| 429 | 0 | | "For Limited Purposes Only" | Facsimile dated March 5, 1997 regarding U.S. Serial No. 07/827,742 | PU 096815 - 096816 |
| 430 | 0 | | "For Limited Purposes Only" | Letter dated September 5, 1997 regarding U.S. Serial No. 08/827,742 | PU 096817 |
| 431 | 0 | | "For Limited Purposes Only", A | Schellin & Associates billing invoice. | PU 096818 |
| 432 | 0 | | "For Limited Purposes Only" | Facsimile dated December 18, 1996 regarding U.S. Serial No. 08/827,742 | PU 096819 |
| 433 | 0 | | "For Limited Purposes Only" | Facsimile dated February 7, 1997 regarding office action summary. | PU 096820 |
| 434 | 0 | | "For Limited Purposes Only" | Letter dated March 7, 1997 regarding U.S. Serial No. 07/827,742 | PU 096821 |
| 435 | 0 | | "For Limited Purposes Only" | Letter dated October 21, 1996 regarding U.S. Serial No. 07/827,742 | PU 096822 |
| 436 | 0 | | "For Limited Purposes Only" | Letter dated October 22, 1996 regarding U.S. Serial No. 07/827,742 | PU 096823 - 096824 |
| 437 | 0 | | "For Limited Purposes Only" | Letter dated October 25, 1996 regarding U.S. Serial No. 07/827,742 | PU 096825 |
| 438 | 0 | | "For Limited Purposes Only" | Facsimile dated August 8, 1996 regarding U.S. Serial No. 07/827,742 | PU 096826 |
| 439 | 0 | | "For Limited Purposes Only" | Kaniewska, "A Study of the Decomposition of Adriamycin" Department of Analytical Chemistry of the Pharmaceutical Institute | PU 096827 - 096839 |
| 440 | 0 | | "For Limited Purposes Only" | Letter dated May 6, 1997 regarding U.S. Serial No. 07/827,742 | PU 096840 |

32

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|-----|-----------|--------------|-------|-------------|-----------|
| 441 | 0 | | "For Limited Purposes Only" | Facsimile dated March 18, 1997 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096841 - 096842 |
| 442 | 0 | | "For Limited Purposes Only" | Facsimile dated October 1, 1997 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096843 - 096844 |
| 443 | 0 | | "For Limited Purposes Only" | Letter dated August 26, 1997 regarding U.S. Serial No. 07/827,742 | PU 096845 |
| 444 | 0 | | "For Limited Purposes Only" | Letter dated June 30, 1997 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096846 - 096847 |
| 445 | 0 | | "For Limited Purposes Only" | Letter dated June 26, 1997 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096848 - 096849 |
| 446 | 0 | | "For Limited Purposes Only" | Letter dated July 1, 1997 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096850 |
| 447 | 0 | | "For Limited Purposes Only" | Letter dated June 5, 1997 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096851 - 096852 |
| 448 | 0 | | "For Limited Purposes Only" | Letter dated June 3, 1997 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096853 |
| 449 | 0 | | "For Limited Purposes Only" | Letter dated March 2, 1998 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096854 |
| 450 | 0 | | "For Limited Purposes Only" | Letter dated June 16, 1998 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096855 - 096857 |
| 451 | 5 | | "For Limited Purposes Only" | Facsimile dated June 25, 1998 regarding action seeking Declaration of Invalidity of '037 Patent Doxorubicin | PU 096858 |

33

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 452 | 5 | | | Facsimile dated June 25, 1998 regarding action seeking Declaration of Invalidity of '037 Patent Doxorubicin | PU 096859 - 096872 |
| 453 | 0 | | "For Limited Purposes Only" | New matter form with handwritten note | PU 096873 - 096874 |
| 454 | 0 | | "For Limited Purposes Only" | Letter dated December 7, 1988 regarding U.S. Serial No. 06/878,784 | PU 096875 - 096876 |
| 455 | 0 | | "For Limited Purposes Only" | Letter dated July 12, 1996 regarding U.S. Serial No. 07/827,742 | PU 096877 - 096878 |
| 456 | 0 | | "For Limited Purposes Only" | Letter dated August 6, 1996 regarding U.S. Serial No. 07/827,742 | PU 096879 |
| 457 | 0 | | "For Limited Purposes Only" | Facsimile cover sheet dated September 10, 1998 regarding U.S. Serial No. 07/827,742 | PU 096880 |
| 458 | 0 | | "For Limited Purposes Only" | Letter dated July 24, 1996 regarding Certificate of Merger and Certificate of Amendment | PU 096881 |
| 459 | 0 | | "For Limited Purposes Only" | Facsimile dated July 24, 1996 regarding Certificate of Merger and Certificate of Amendment | PU 096882 |
| 460 | 0 | | "For Limited Purposes Only" | Letter dated July 3, 1996 regarding U.S. Serial No. 07/827,742 | PU 096883 |
| 461 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.1 | SICOR-PNU 000001 - 000011 |
| 462 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.1 - Section II | SICOR-PNU 000019 - 000022 |
| 463 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.1 - Section III | SICOR-PNU 000023 - 000025 |
| 464 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.1 - Section IV | SICOR-PNU 000026 - 000041 |
| 465 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.1 - Section V | SICOR-PNU 000042 - 000047 |
| 466 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.1 - Section VI | SICOR-PNU 000048 - 000052 |
| 467 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.1 - Section VII | SICOR-PNU 000053 - 000057 |
| 468 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.1 - Section VIII | SICOR-PNU 000058 - 000138 |
| 469 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.1 - Section IX | SICOR-PNU 000139 - 000146 |

34

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 470 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.1- Section X | SICOR-PNU 000147 - 000148 |
| 471 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol. 1 - Section XI | SICOR-PNU 000149 - 000245 |
| 472 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.1- Section XII | SICOR-PNU 000246 - 000352 |
| 473 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.1- Section XIII | SICOR-PNU 000353 - 000354 |
| 474 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.1- Section XIV | SICOR-PNU 000355 - 000480 |
| 475 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.2 | SICOR-PNU 000481 - 000488 |
| 476 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.2 - Section XV | SICOR-PNU 000489 - 000499 |
| 477 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.2 - Section XVI | SICOR-PNU 000500 - 000865 |
| 478 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.2 - XVII | SICOR-PNU 000866 - 000926 |
| 479 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.2- Section XVIII | SICOR-PNU 000927 - 000928 |
| 480 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.2- Section XIX | SICOR-PNU 000929 - 000930 |
| 481 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.2 - Section XX | SICOR-PNU 000931 - 000933 |
| 482 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.2- Section XXI | SICOR-PNU 000934 - 000936 |
| 483 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.3 | SICOR-PNU 000937 - 000939 |
| 484 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.3 - Introduction | SICOR-PNU 000940 - 000942 |
| 485 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.3 - Tab 2 manufacturing Facility | SICOR-PNU 000943 - 000949 |
| 486 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.3 - Tab 3 Product process flow | SICOR-PNU 000950 - 000956 |
| 487 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.3 - Tab 4 Process Validation | SICOR-PNU 000957 - 001010 |
| 488 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.3 -Tab 5 Revalidation | SICOR-PNU 001011 - 001012 |
| 489 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.3 -Tab 6 Product Sterilization Assurance Monitoring | SICOR-PNU 001013 - 001024 |

35

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 490 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.3 -Tab 7 Change Control Program | SICOR-PNU 001025 - 001026 |
| 491 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.3 - Tab 8 - Standard Operating Procedures | SICOR-PNU 001027 - 001161 |
| 492 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 | SICOR-PNU 001162 - 001173 |
| 493 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section I | SICOR-PNU 001174 - 001179 |
| 494 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section II | SICOR-PNU 001180 - 001183 |
| 495 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section IV | SICOR-PNU 001184 - 001199 |
| 496 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section V | SICOR-PNU 001200 - 001205 |
| 497 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section VII | SICOR-PNU 001206 - 001208 |
| 498 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section VIII | SICOR-PNU 001209 - 001277 |
| 499 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section XI | SICOR-PNU 001278 - 001365 |
| 500 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section XII 1. In-Process Controls: 1. Copy of Executed Batch Records | SICOR-PNU 001366 - 001499 |
| 501 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section XII - Container: 2. Components Specification & Test data | SICOR-PNU 0001500 - 001511 |
| 502 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section XII- In-process Controls: 2a. Sampling plans and test procedures | SICOR-PNU 001512 - 001523 |
| 503 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section XII - Container: 3. Packaging configuration and size | SICOR-PNU 001524 - 001662 |
| 504 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section XV | SICOR-PNU 001663 - 001676 |
| 505 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section XVII | SICOR-PNU 001677 - 001744 |
| 506 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section XVIII | SICOR-PNU 001745 - 001746 |
| 507 | 1, 2 | | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section XIX | SICOR-PNU 001747 - 001748 |

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 508 | 0 | | | Pharmacia product insert for Idamycin | PU 004545 - 004548 |
| 509 | 0 | | | Paper regarding Acute non-lymphocytic leukemia | PU 008697 - 008745 |
| 510 | 1, 7 - Italian Language | | | Pages from Lab Notebook No.5249 regarding Doxorubicin | PU 010364 - 0010372 |
| 511 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No.5705 regarding Doxorubicin | PU 010373 - 010412 |
| 512 | 1, 7, 9 | | | Pages from Lab Notebook No. 6131 regarding Doxorubicin | PU 010413 - 010422 |
| 513 | 1, 7, 9 | | | Pages from Lab Notebook No. 6134 regarding Doxorubicin | PU 010423 - 010428 |
| 514 | 1, 7, 9 | | | Pages from Lab Notebook No. 6140 regarding Doxorubicin | PU 010429 - 010466 |
| 515 | 1, 7, 9 | | | Pages from Lab Notebook No. 6144 regarding Doxorubicin | PU 010467 - 010518 |
| 516 | 1, 7, 9 | | | Pages from Lab Notebook No. 6154 regarding Doxorubicin | PU 010519 - 010561 |
| 517 | 1, 7, 9 | | | Pages from Lab Notebook No. 6156 regarding Doxorubicin | PU 010562 - 010603 |
| 518 | 1, 7, 9 | | | Pages from Lab Notebook No. 6160 regarding Doxorubicin | PU 010604 - 010637 |
| 519 | 1, 7, 9 | | | Pages from Lab Notebook No. 6422 regarding Doxorubicin | PU 010638 - 010683 |
| 520 | 1, 7, 9 | | | Pages from Lab Notebook No. 6423 regarding Doxorubincin | PU 010684 - 010707 |
| 521 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No. 6425 regarding Doxorubicin | PU 010708 - 010723 |
| 522 | 1, 7, 9 | | | Pages from Lab Notebook No. 6426 regarding Doxorubicin | PU 010724 - 010755 |
| 523 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No. 6427 regarding Doxorubicin | PU 010756 - 010799 |
| 524 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No. 6433 regarding Doxorubicin | PU 010800 - 010828 |
| 525 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No. 6434 regarding Doxorubicin | PU 010829 - 010904 |
| 526 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No. 6435 regarding Doxorubicin | PU 010905 - 010931 |
| 527 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No. 6437 regarding Doxorubicin | PU 010932 - 010979 |
| 528 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No. 6442 regarding Doxorubicin | PU 010980 - 010991 |
| 529 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No. 6447 regarding Doxorubicin | PU 010992 - 010995 |
| 530 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No. 6447 regarding Doxorubicin | PU 010996 - 011002 |

37

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|-----|-----------|--------------|-------|-------------|-----------|
| 531 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No. 6838 regarding Doxorubicin | PU 011003 - 011004 |
| 532 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No. 6848 regarding Doxorubicin | PU 011005 - 011019 |
| 533 | 1, 7 - Italian Language, 9 | | | Page from Lab Notebook No. 7834 regarding Doxorubicin | PU 011020 |
| 534 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No. 8115 regarding Doxorubicin | PU 011021 - 011043 |
| 535 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No. 8117 regarding Doxorubicin | PU 011044 - 011046 |
| 536 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No. 8129 regarding Doxorubicin | PU 011047 - 011070 |
| 537 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No. 8174 regarding Doxorubicin | PU 011071 - 011109 |
| 538 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No. 8175 regarding Doxorubicin | PU 011110 - 011113 |
| 539 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No. 22905 regarding Doxorubicin | PU 011114 - 011119 |
| 540 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No. 22906 regarding Doxorubicin | PU 011120 - 011124 |
| 541 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No. 22907 regarding Doxorubicin | PU 011125 - 011130 |
| 542 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No. 22951 regarding Doxorubicin | PU 011131 - 011136 |
| 543 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No. 22952 regarding Doxorubicin | PU 011137 - 011141 |
| 544 | 1, 7 - Italian Language, 9 | | | Pages from Lab Notebook No. 22952 regarding Doxorubicin | PU 011142 - 011147 |
| 545 | 1, 7, 9 | | | Pages from Lab Notebook No. 22954 regarding Doxorubicin | PU 011148 - 011153 |
| 546 | 1, 7, 9 | | | Pages from Lab Notebook No. 23049 regarding Doxorubicin | PU 011154 - 011158 |
| 547 | 1, 7 - Italian Language, 9 | | | Page from Lab Notebook No. 23069 regarding Doxorubicin | PU 011159 |
| 548 | 0 | | | Letter dated July 23, 1985 regarding Adriamycin R.T.U. solution | PU 011160 - 011161 |
| 549 | 0 | | | Letter dated June 7, 1985 regarding Doxorubicin | PU 011162 - 011165 |
| 550 | 1, 7 - Partial Italian Language, 9 | | | Preformulation Studies for Doxorubicin RTU Development dated and pages from Lab Notebook No. 6160 regarding Doxorubicin | PU 022174 - 022190 |

38

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|-----|-----------|-------------|-------|-------------|-----------|
| 551 | 1, 7 - Partial Italian Language, 9 | | | Preformulation Studies for Doxorubicin RTU Development and pages from Lab Notebook No. 6154 regarding Doxorubicin | PU 022226 - 022231 |
| 552 | 1, 7 - Partial Italian Language, 9 | | | Preformulation Studies for Doxorubicin RTU Development and pages from Lab Notebook No. 6160 regarding Doxorubicin | PU 022260 - 022290 |
| 553 | 1, 7 - Partial Italian Language, 9 | | | Preformulation Studies for Doxorubicin RTU Development and pages from Lab Notebook No. 6154 regarding Doxorubicin | PU 022291 - 022328 |
| 554 | 1, 7 - Partial Italian Language, 9 | | | Preformulation Studies for Doxorubicin RTU Development and pages from Lab Notebook No. 6144 regarding Doxorubicin | PU 022329 - 022361 |
| 555 | 1, 7 - Partial Italian Language, 9 | | | Preformulation Studies for Doxorubicin RTU Development and pages from Lab Notebook No. 6144 regarding Doxorubicin | PU 022382 - 022393 |
| 556 | 1, 7 - Partial Italian Language, 9 | | | Preformulation Studies for Doxorubicin RTU Development and pages from Lab Notebook No. 6140 regarding Doxorubicin | PU 022394 - 022446 |
| 557 | 1, 7 - Partial Italian Language, 9 | | | Preformulation Studies for Doxorubicin RTU Development and pages from Lab Notebook No. 6144 regarding Doxorubicin | PU 022459 - 022497 |
| 558 | 1, 7, 9 | | | Preformulation Studies for Doxorubicin RTU Development and pages from Lab Notebook No. 6144 regarding Doxorubicin | PU 022498 - 022508 |
| 559 | 1, 7, 9 | | | Preformulation Studies for Doxorubicin RTU Development and pages from Lab Notebook No. 5705 regarding Doxorubicin | PU 022509 - 022549 |
| 560 | 1, 7, 9 | | | Test result for Doxorubicin HCl and pages from Lab Notebook No. 6423 regarding Doxorubicin | PU 022785 - 022801 |
| 561 | 1, 7, 9 | | | Preformulation Studies for Doxorubicin RTU Development and pages from Lab Notebook No. 6446 regarding Doxorubicin | PU 022850 - 022865 |
| 562 | 0 | | | Connors et al., "Chemical Stability of Pharmaceuticals" A Handbook for Pharmacists | PU 027435 - 027457 |

39

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 563 | 4, 5 | | | Declaration of Aristide Vigevani | PU 033394 - 033397 |
| 564 | 4, 5 | | | Stipulated Final Judgment from the Pharmachemie B.V. v. Pharmacia & Upjohn Company litigation. | PU 033828 - 033830 |
| 565 | 1, 2, 4 and 5 | | | Declaration of Carlo Confalonieri dated April 18, 1996 regarding Norwegian Patent Application No. 862587 | PU 034970 - 034985 |
| 566 | 1, 2, 4 and 5 | | | Declaration of Carlo Confalonieri dated March 1, 1993 regarding Norwegian Patent Application No. 862587 | PU 034986 - 035032 |
| 567 | 1, 2, 4 and 5 | | | Literature from Pfizer's website | |
| 568 | 1, 2, 4 and 5 | | | Pfizer literature entitled "Day One" | |
| 569 | 1, 2, 4 and 5 | | | Pfizer literature entitled "One Day" | |
| 570 | 1, 2, 4 and 5 | | | Pfizer literature entitled "We are..." | |
| 571 | 1, 2, 4 and 5 | | | Pfizer literature entitled "How are we doing?" | |
| 572 | 8 | | | Chart regarding Idarubicin Revenue | SICOR-PNU 084244 |
| 573 | 8 | | | Chart regarding Idarubicin Revenue | SICOR-PNU 084245 |
| 574 | 8 | | | Quarterly Updates | PU 0053949 - 0053996 |
| 575 | 1, 8 | | | Oncology Account Management Overview | PU 0054868 - 0054903 |
| 576 | 8 | | | NOAM Account Assignment - July 10, 2003 | PU 0054904 - 0054922 |
| 577 | 8 | | | GPO Contracting - June 19, 2003 | PU 0054926 - 0054954 |
| 578 | 8 | | | DRAFT - GPO Contracting - June 19, 2003 | PU 0054955 - 0054957 |
| 579 | 1, 2, 8 | | | A Comprehensive Guide for Nurses Bringing Pfizer Power to Oncology... - October 1, 2003 | PU 0055261 - 0055312 |
| 580 | 8 | | | "THE" Partner of Choice - 2004 Operating Plan | PU 0055529 - 0055570 |
| 581 | 8 | | | Back-Up Slides | PU 0055571 - 0055666 |
| 582 | 8 | | | Eaches Share - 7/15/2005 | PU 0055667 - 0055677 |
| 583 | 8 | | | Eaches Share - 7/18/2005 | PI 17801 - 17806 |
| 584 | 8 | | | Slaes Share - 7/18/2005 | PI 17807 - 17810 |
| 585 | 8 | | | Sales - 7/18/2005 | PI 17811 - 17828 |
| 586 | 8 | | | Units - 7/18/2005 | PI 17829 - 17846 |
| 587 | 8 | | | | PI 17847 - 17864 |

40

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 588 | 8 | | | Units Share - 7/18/2005 | PI 17865 - 17882 |
| 589 | 8 | | | Sales - 7/18/2005 | PI 17883 - 17900 |
| 590 | 8 | | | Units - 7/18/2005 | PI 17901 - 17918 |
| 591 | 8 | | | Gross Qty & Return Qty. Report | PI 17919 - 17921 |
| 592 | 8 | | | Report on Gross Sales, Chargebacks, Sales Returns, Total Revenue, etc. | PI 17922 - 17945 |
| 593 | 8 | | | Spreadsheet regarding Idarubicin/Idamycin/Zavedos | PI 17946 - 17981 |
| 594 | 8 | | | Report on Sales from Oct. 6, 2003 - July 17, 2005 | PI 17982 - 18005 |
| 595 | 8 | | | Report on U.S. sales from Jan. 1, 2002 - Oct. 5, 2003 | PI 18006 - 18023 |
| 596 | 8 | | | Report on Gross Sales, Chargebacks, Sales Returns, Total Revenue, etc. | PI 18024 - 18029 |
| 597 | 8 | | | Version Currency Exchange Rate Set | PI 18030 - 18031 |
| 598 | 8 | | | Spreadsheet regarding Exchange Rate | PI 18032 - 18034 |
| 599 | 8 | | | Spreadsheet regarding idarubicin/Idamycin - Pharmaceutical Market Company U.S. (excluding Greenstone) | PI 18035 - 18035 |
| 600 | 8 | | | Idamycin Monthly P & L Report | PI 18036 - 18038 |
| 601 | 8 | | | Idamycin Net Sales & Quantity by SKU | PI 18039 - 18058 |
| 602 | 8 | | | Pharmacia Global Prescription Business Idarubicin/Idamycin | PI 18059 - 18059 |
| 603 | 8 | | | Pharmacia Global Prescription Business Idarubicin/Idamycin | PI 18060 - 18063 |
| 604 | 5, 2 - Confusion | | | Clinical Practice Guidelines in Oncology - Acute Myeloid Leukemia Version 2.2005 | PI 18064 - 18093 |
| 605 | 5, 8 | | | Email from Leena Das-Young to Brian Pruitt regarding "USA: Sales Budget Submission - Perth, Australia Products - your template | PI 18094 - 18096 |

41

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 606 | 5, 8 | | | Email from Leena Das-Young to Brian Pruitt, Bradley P. Winter, Joe Butera, Raphael Blum, Ivette Ramirez, Cheryl S. Julian, Alesia Tymes, Jennifer K Lynch, Vince Petitto, Howard Meyer, and Romik Chase, regarding Idamycin Update | PI 18097 - 18099 |
| 607 | 8 | | | Spreadsheet regarding Zavedos SPO | PI 18100 - 18381 |
| 608 | 5, 6, 8 | | | USA Idamycin | PI 18396 - 18396 |
| 609 | 5, 6, 8 | | | Report by Brands | PI 18511 - 18514 |
| 610 | 8 | | | PGM Sales Budget 2005 | PI 18516 - 18516 |
| 611 | 8 | | | Historical Batch Size (Net Saleable Units) for Idamycin for US Market 2001- Current | PI 19206 - 19209 |
| 612 | 8 | | | Report regarding PGM Nerviano Site | PI 19210 - 19217 |
| 613 | 8 | | | Spreadsheet regarding Zavedos | PI 19218 - 19219 |
| 614 | 1, 2 | | | Drug Quality Report | PI 7983 - 7998 |
| 615 | 8 | | | Wholesale Price List - Effective October 3, 1994 | PI 3422 - 3429 |
| 616 | 8 | | | Pfizer (Perth) Pty Limited - Lot Master Maintenance | PI 0016565 - 0016566 |
| 617 | 8 | | | Certificate of Compliance | PI 0016567 - 0016567 |
| 618 | 8 | | | Pfizer (Perth) Pty Limited - Shope Packet material | PI 0016568 - 0016572 |
| 619 | 0 | | | Business Alliance Agreement - Among Delta West PTY Limited, The Upjohn Company, Gensia Laboratores, LTD, Gensia Pharmaceuticals, Inc. | PU 0059318 - 0059343 |
| 620 | 0 | | | Supply Agreement between Gensia, Inc. and Delta West Pty. Limited , The Upjohn Company | PU 0059344 - 0059368 |
| 621 | 0 | | | Termination and License Agreement between Gensia, Inc. and Delta West Pty. Limited , The Upjohn Company | PU 0059369 - 0059375 |
| 622 | 0 | | | Business Alliance Agreement - Among Delta West PTY Limited, The Upjohn Company, Gensia Laboratores, LTD, Gensia Pharmaceuticals, Inc. | PU 0059376 - 0059400 |
| 623 | 1, 2 - INF, 8 | | | Idarubicin - Budget comparisons | SICOR - PNU 018622 - 018645 |
| 624 | 1, 2 - INF, 8 | | | Draft (Year-to-date sales) | SICOR - PNU 018646 - 018650 |

42

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 625 | 1, 2 - INF, 8 | | | Idarubicin – Budget comparisons | SICOR - PNU 018651 - 018665 |
| 626 | 1, 2 - INF, 8 | | | Sicor Pharmaceuticals, Inc. President's Report May 2004 | SICOR - PNU 018666 - 018688 |
| 627 | 1, 2 - INF, 8 | | | Sicor Pharmaceuticals, Inc. President's Report March 2004 | SICOR - PNU 018689 - 018715 |
| 628 | 1, 2 - INF, 8 | | | Gensia Sicor Pharmaceuticals, Inc 2000 ANDA's Bold= Updated for GSP Transfer Price | SICOR - PNU 018752 - 018755 |
| 629 | 2 -INF, 8 | | | Key Products Continued Success Sicor Inc. Review - 2004 December 2-3, 2003 | SICOR - PNU 018781 - 018782 |
| 630 | 2 -INF, 8 | | | Hussie 5 Year Sales Plan | SICOR - PNU 018783 - 018788 |
| 631 | 2 -INF, 8 | | | Idarubicin Hydrochloride Injection Launch Plan Distribution List | SICOR - PNU 018789 - 018789 |
| 632 | 8 | | | Gensia Sicor Pharmaceuticals New Product Development Pipeline Therapeutic Class & Primary Purchaser | SICOR - PNU 018790 - 018806 |
| 633 | 2 -INF, 8 | | | Idarubicin Variance | SICOR - PNU 019931 - 019990 |
| 634 | 2 - INF, 8 | | | | SICOR - PNU 020371 - 020374 |
| 635 | 8 | | | Report | SICOR - PNU 020391 - 020412 |
| 636 | 8 | | | Report | SICOR - PNU 020415 - 020438 |
| 637 | 8 | | | Idarubicin Report | SICOR - PNU 020471 - 020475 |
| 638 | 8 | | | Report | SICOR - PNU 020522 - 020528 |
| 639 | 8 | | | Summary Inventory at wholesale as of June 30, 2004 | SICOR - PNU 020529 - 020529 |
| 640 | 8 | | | Sicor Pharmaceuticals Inc. Sales Inquiry List Price Sales 04/01/03 thru 06/30/04 | SICOR - PNU 020540 - 020540 |
| 641 | 8 | | | Report | SICOR - PNU 020549 - 020572 |
| 642 | 8 | | | Region 1 Report | SICOR - PNU 020605 - 020701 |
| 643 | 1 -INF, 2, 8 | | | Fax re Erbamont/Cetus-Ben Venue Therapeutics Agreements | PU 0017069 - 0017126 |
| 644 | 1 -INF, 2, 8 | | | License Agreement | PU 0017127 - 0017170 |
| 645 | 1 | | | E-mail re Adriamycin PFS (Glass Vials) Last Day Availability | PU 0017247 - 0017247 |
| 646 | 1 | | | E-mail re Oncology Products in Cuytosafe Vials | PU 0017357 - 0017360 |
| 647 | 1 | | | E-mail re Oncology Products in Cuytosafe Vials | PU 0017361 - 0017363 |
| 648 | 1 | | | Fax - Analysis Certificate | PU 0017397 - 0017411 |
| 649 | 0 | | | Fax of Invoice | PU 0017412 - 0017421 |
| 650 | 8 | | | Injectable Report | SICOR-PNU 029824 - 029824 |
| 651 | 8 | | | Inectables Report 8/11/97 | SICOR-PNU 029825 - 029825 |
| 652 | 8 | | | Inectables Report 6/18/97 | SICOR-PNU 029826 - 029826 |
| 653 | 8 | | | Injectable Sales Report | SICOR-PNU 029827 - 029828 |

43

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|-----|-----------|--------------|-------|-------------|-----------|
| 654 | 1 -INF | | | Gensia Sicor - Production Definition - Idarubicin | SICOR-PNU 029829 - 029832 |
| 655 | 1 -INF | | | Innovator v. Gensia Sicor Product Definition - Revised July 23, 1998 | SICOR-PNU 029833 - 029833 |
| 656 | 1 -INF | | | Idarubicin (LYO) Development Schedule | SICOR-PNU 029834 - 029834 |
| 657 | 1, 2, 8 | | | Idarubicin (powder) | SICOR-PNU 029835 - 029837 |
| 658 | 8 | | | Yealy Injectable Report - 3/9/98 | SICOR-PNU 029839 - 029840 |
| 659 | 1, 2, 8 | | | Product Description Market Situation Analysis - Idarubicin | SICOR-PNU 029942 - 029954 |
| 660 | 1, 2, 8 | | | Product Description Market Situation Analysis - Idarubicin | SICOR-PNU 029965 - 029971 |
| 661 | 1, 2, 8 | | | Fax regarding Idarubicin | SICOR-PNU 029973 - 029974 |
| 662 | 1, 2, 8 | | | Fax regarding Forecast | SICOR-PNU 029975 - 029976 |
| 663 | 1, 2, 8 | | | Fax regarding Idarubicin | SICOR-PNU 029978 - 029978 |
| 664 | 0 | | | Innovator Product Definition - Revised July 10, 1997 | SICOR-PNU 030388 - 030390 |
| 665 | 0 | | | Gensia Sicor - Production Definition - Idarubicin | SICOR-PNU 030391 - 030394 |
| 666 | 0 | | | Gensia Sicor - Production Definition - Idarubicin | SICOR-PNU 030396 - 030399 |
| 667 | 0 | | | Innovator v Gensia Sicor Product Definition - Revised July 10, 1997 | SICOR-PNU 030400 - 030404 |
| 668 | 1, 2, 8 | | | Idarubicin - Patent Information | SICOR-PNU 030405 - 030408 |
| 669 | 1, 2, 8 | | | Idarubicin (liquid) - Patent Information | SICOR-PNU 030409 - 030412 |
| 670 | 8 | | | Certificate of Analysis | SICOR-PNU 030689 - 030691 |
| 671 | 8 | | | Broker's Form | SICOR-PNU 030693 - 030696 |
| 672 | 8 | | | Fax regarding invoice no. 115811 | SICOR-PNU 030697 - 030699 |
| 673 | 8 | | | Fax regarding invoice no. 117402 | SICOR-PNU 030700 - 030703 |
| 674 | 8 | | | Fax regarding invoice no. 116707 | SICOR-PNU 030706 - 030707 |
| 675 | 8 | | | Fax regarding invoice no. 115811 | SICOR-PNU 030708 - 030709 |
| 676 | 1, 2, 8 | | | E-mail re IDA | SICOR-PNU 030723 - 030723 |
| 677 | 8 | | | Invoice | SICOR-PNU 030731 - 030732 |
| 678 | 8 | | | Letter regarding invoice #117441 | SICOR-PNU 030734 - 030735 |
| 679 | 8 | | | Letter regarding invoice #117442 | SICOR-PNU 030736 - 030737 |
| 680 | 8 | | | Arrival Notice - Summary Sheet | SICOR-PNU 030744 - 030751 |
| 681 | 8 | | | Fax re Invoice no. 120568 | SICOR-PNU 030757 - 030759 |
| 682 | 8 | | | Fax re Invoice no. 122322 | SICOR-PNU 030769 - 030771 |
| 683 | 8 | | | Letter regarding invoice no. 119433 | SICOR-PNU 030774 - 030776 |
| 684 | 8 | | | Invoice | SICOR-PNU 030785 - 030787 |
| 685 | 8 | | | Invoice | SICOR-PNU 030788 - 030790 |
| 686 | 8 | | | Invoice | SICOR-PNU 030795 - 030795 |
| 687 | 1, 2, 8 | | | Finance Package - Executive Summary - Final | SICOR-PNU 031611 - 031634 |

44

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 688 | 1, 2, 8 | | | Sicor - Variance Analysis for Statement of Operations - September 30, 2003 | SICOR-PNU 031718 - 031721 |
| 689 | 1, 2, 8 | | | Sicor - Variance Analysis for Statement of Operations - September 30, 2003 | SICOR-PNU 031722 - 031725 |
| 690 | 1, 2, 8 | | | 2003 Product Sales and Profitability | SICOR-PNU 031804 - 031806 |
| 691 | 8 | | | Sicor - Summarized Contract by Item 10/1/02 - 12/31/04 | SICOR-PNU 031822 - 031919 |
| 692 | 8 | | | Sicor - Ida by Month Summarized | SICOR-PNU 031920 - 031921 |
| 693 | 8 | | | Sicor - 2002 - Idarubicin Sale Figures | SICOR-PNU 031922 - 031929 |
| 694 | 1, 2, 8 | | | Folder: Q# - 2003 - LBE | SICOR-PNU 031930 - 031969 |
| 695 | 1, 2, 8 | | | Sicor - Variance Analysis for Statement of Operations - September 30, 2003 | SICOR-PNU 032099 - 032101 |
| 696 | 1, 2, 8 | | | Sicor - Variance Analysis for Statement of Operations - September 30, 2003 | SICOR-PNU 032103 - 032106 |
| 697 | 1, 2, 8 | | | Redacted - Revenue figures | SICOR-PNU 032239 - 032275 |
| 698 | 8 | | | Redacted - Spreadsheet | SICOR-PNU 032276 - 032307 |
| 699 | 8 | | | Redacted - Gross Margin Report Standard Cost - QTD 2003 | SICOR-PNU 032308 - 032313 |
| 700 | 1, 2, 8 | | | Sicor - Finance Package - Executive Summary - Final | SICOR-PNU 032383 - 032615 |
| 701 | 1, 2, 8 | | | Variance Analysis for Statement of Operations - For the Quarter Ended March 31, 2003 | SICOR-PNU 032659 - 032660 |
| 702 | 8 | | | Redacted | SICOR-PNU 032661 - 032667 |
| 703 | 1, 2, 8 | | | Sicor Inc. Finance Package Executive Summary - Final | SICOR-PNU 032668 - 032746 |
| 704 | 1, 2, 8 | | | Sicor Inc. Finance Package Executive Summary - Final | SICOR-PNU 032747 - 032963 |
| 705 | 8 | | | Redacted | SICOR-PNU 033108 - 033188 |
| 706 | 8 | | | Redacted | SICOR-PNU 033189 - 033245 |
| 707 | 1, 2, 8 | | | GSPI Financials | SICOR-PNU 033263 - 033294 |
| 708 | 1, 2, 8 | | | Critical Care | SICOR-PNU 033315 - 033373 |
| 709 | 1, 2, 8 | | | Redacted | SICOR-PNU 033354 - 033576 |
| 710 | 1, 2, 8 | | | Redacted - Product Profitability | SICOR-PNU 033480 - 033481 |
| 711 | 1, 2, 8 | | | Radacted - Gross Margin Report QTD | SICOR-PNU 033526 - 033526 |
| 712 | 1, 2, 8 | | | Radacted - Gross Martin Report YTD | SICOR-PNU 033536 - 033536 |
| 713 | 1, 2, 8 | | | Redacted - Variance Analysis Actual vs. Budget | SICOR-PNU 033546 - 033547 |

45

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 714 | 1, 2, 8 | | | Redacted - Variance Analysis Actual vs. Same Quarter | SICOR-PNU 0335458 - 033553 |
| 715 | 1, 2, 8 | | | Redacted - 2002 Trend Statement of Operations | SICOR-PNU 033577 - 033588 |
| 716 | 1, 2, 8 | | | Product Profitability Wholesaler Chargeback | SICOR-PNU 033868 - 033930 |
| 717 | 1, 2, 8 | | | Redacted - Sept. LBE | SICOR-PNU 033931 - 034018 |
| 718 | 1, 2, 8 | | | Redacted - Aug. LBE | SICOR-PNU 034132 - 034188 |
| 719 | 1, 2, 8 | | | Financial Statements | SICOR-PNU 034189 - 034269 |
| 720 | 8 | | | Redacted - Operations Review | SICOR-PNU 034471 - 034490 |
| 721 | 8 | | | Sales Report | SICOR-PNU 018580 - 018599 |
| 722 | 8 | | | Oncology Sales Report | SICOR-PNU 018599 - 018599 |
| 723 | 1, 2, 8 | | | Information for President's Report June 2004 | SICOR-PNU 018600 - 018611 |
| 724 | 1, 2, 8 | | | Information for President's Report May 2004 | SICOR-PNU 018612 - 018621 |
| 725 | 1, 2, 8 | | | Budget Report | SICOR-PNU 018622 - 018624 |
| 726 | 1, 2, 8 | | | Actual vs. Budget May 2004 | SICOR-PNU 018625 - 018631 |
| 727 | 1, 2, 8 | | | Actual vs. Budget May 2004 | SICOR-PNU 018632 - 018638 |
| 728 | 1, 2, 8 | | | Information for President's Report June 2004 | SICOR-PNU 018716 - 018751 |
| 729 | 1, 2, 8 | | | Idarubicin Sales Report | SICOR-PNU 018756 - 018763 |
| 730 | 8 | | | Memo regarding Idarubicin Hydrochloride | SICOR-PNU 018827 - 018829 |
| 731 | 8 | | | 2003 Production Plan | SICOR-PNU 019749 - 019834 |
| 732 | 8, 7 | | | 2004 Earned OH - Plan | SICOR-PNU 019991 - 020059 |
| 733 | 8, 7 | | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020061 - 020061 |
| 734 | 8, 7 | | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020062 - 020062 |
| 735 | 8, 7 | | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020063 - 020063 |
| 736 | 8, 7 | | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020064 - 020064 |
| 737 | 8, 7 | | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020065 - 020065 |
| 738 | 8, 7 | | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020066 - 020066 |
| 739 | 8, 7 | | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020067 - 020067 |
| 740 | 8, 7 | | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020068 - 020068 |
| 741 | 8, 7 | | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020069 - 020069 |
| 742 | 8, 7 | | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020070 - 020070 |

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 743 | 8, 7 | | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020071 - 020071 |
| 744 | 8, 7 | | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020072 - 020072 |
| 745 | 8, 7 | | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020073 - 020073 |
| 746 | 8, 7 | | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020074 - 020074 |
| 747 | 8, 7 | | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020075 - 020075 |
| 748 | 8, 7 | | | Sales inquiry report 04/01/03 - 06/30/03 | SICOR-PNU 020076 - 020076 |
| 749 | 8, 7 | | | Sales recognition 3/27/03 - 03/31/03 | SICOR-PNU 020077 - 020077 |
| 750 | 8, 7 | | | Sales recognition 3/27/03 - 03/31/03 | SICOR-PNU 020078 - 020078 |
| 751 | 8, 7 | | | Sales recognition 3/27/03 - 03/31/03 | SICOR-PNU 020079 - 020079 |
| 752 | 8, 7 | | | Sales recognition 3/27/03 - 03/31/03 | SICOR-PNU 020080 - 020080 |
| 753 | 8, 7 | | | Sales recognition 3/27/03 - 03/31/03 | SICOR-PNU 020081 - 020081 |
| 754 | 8, 7 | | | | SICOR-PNU 020089 - 020089 |
| 755 | 8, 7 | | | Product Profitability Wholesaler Chargeback 02/01/03 - 02/28/03 | SICOR-PNU 020091 - 020091 |
| 756 | 8 | | | Product Profitability Wholesaler Chargeback 03/01/03 - 03/31/03 | SICOR-PNU 020093 - 020093 |
| 757 | 8 | | | Enduser Sales Report 03/01/03 - 03/31/03 | SICOR-PNU 020095 - 020095 |
| 758 | 8 | | | Product Profitability Wholesaler Chargeback 01/01/03 - 03/31/03 | SICOR-PNU 020097 - 020097 |
| 759 | 8 | | | 6+6.R3 Plan | SICOR-PNU 020102 - 020102 |
| 760 | 8 | | | 6+6.R3 Plan | SICOR-PNU 020103 - 020111 |
| 761 | 8 | | | Finished Dosage Sales - TOP TEN | SICOR-PNU 020126 - 020127 |
| 762 | 1, 2, 8 | | | Monthly Report/Actual 2001 | SICOR-PNU 020142 - 020153 |
| 763 | 8 | | | U.S. Securities and Exchange Commission - Form 10-K | SICOR-PNU 020154 - 020213 |
| 764 | 8 | | | U.S. Securities and Exchange Commission - Form 10-K | SICOR-PNU 020214 - 020280 |
| 765 | 1, 2, 8 | | | Information for President's Report - April 2004 | SICOR-PNU 020281 - 020304 |
| 766 | 1, 2, 8 | | | Information for Presidents Report April 2004 | SICOR-PNU 020333 - 020343 |
| 767 | 8 | | | Actual vs. Budget Current Month | SICOR-PNU 020354 - 020359 |

47

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 768 | 8 | | | Information for President's Report - March 2004 | SICOR-PNU 020360 - 020370 |
| 769 | 8 | | | Actual vs. Budget YTD | SICOR-PNU 020375 - 020381 |
| 770 | 8 | | | Actual vs. Prior Year | SICOR-PNU 020382 - 020389 |
| 771 | 8 | | | Report | SICOR-PNU 020439 - 020462 |
| 772 | 8 | | | Actual vs. Budget 2003 | SICOR-PNU 020542 - 020548 |
| 773 | 8 | | | Report | SICOR-PNU 020573 - 020593 |
| 774 | 8 | | | 2004 Production Plan - Revised | SICOR-PNU 020702 - 020793 |
| 775 | 8 | | | Actual vs. Piror Year - YTD 2002 | SICOR-PNU 020794 - 020800 |
| 776 | 8 | | | Memo re GSP Operating Plan Package - 2002 | SICOR-PNU 021909 - 022182 |
| 777 | 8 | | | 2002 Budget and Five Year Plan | SICOR-PNU 022800 - 022903 |
| 778 | 1, 2, 8 | | | Idarubicin (liquid - pdf) | SICOR-PNU 052484 - 052509 |
| 779 | 8 | | | Global Oncology Franchise Stat Plan 2003-2005 | PU 0045030 - 0045190 |
| 780 | 8 | | | Expenses | PU 0045710 - 0045761 |
| 781 | 8 | | | Sales Tracking FX Impact | PU 0045927 - 0045966 |
| 782 | 8 | | | Idarubicin/Idamycin Global Prescription Business Total Year | PU 0046147 - 0046167 |
| 783 | 8 | | | Idamycin Novation GPO | PU 0046580 - 0046585 |
| 784 | 8 | | | Idarubicin HCl vs. Daunorubicin - Clinical Studies | PU 0046587 - 0046592 |
| 785 | 8 | | | Idamycin | PU 0046777 - 046778 |
| 786 | 8 | | | Slides re Situation Analysis: Product & Market | PU 0046786 - 0046803 |
| 787 | 8 | | | Redacted e-mail dated November 21, 2005 regarding zavedos pfs USA | PI 19220 - 19224 |
| 788 | 8 | | | E-mail dated 12/5/05 regarding idarubicin litigation. | PI 19225 - 19228 |
| 789 | 8 | | | Long Range -Idarubicin/Idamycin Total GPO | PI 18515 - 18515 |
| 790 | 8 | | | Oncology Franchise: Global - 2003 Budget - Full Year | PI 18517 - 18533 |
| 791 | 8 | | | Fastrak: Rforecast - Nov 2002 Fest - Idarubicin/Idamycin | PI 18534 - 18542 |
| 792 | 8 | | | Idarubicin/Idamycin Global Prescription Business 2003-2005 Strat Plan (Pass 4) | PI 18543 - 18552 |
| 793 | 8 | | | Idamycin 20MG/20ML 1s | PI 18382 - 18393 |
| 794 | 5 | | | Drug Information - Approvals - May 2002 | |
| 795 | 5, 2 | | | Judgment Approved by the Court for Handing Down (subject to editorial corrections) | PU 0034827 - 0034836 |

48

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|---|---|---|---|---|---|
| 796 | 5, 2 | | | Federal Court of Australia - Court Order | |
| 797 | 5, 2 | | | Federal Court of Canada - Court Order | |
| 798 | 5 | | | Order and Memorandum Opinion (Markman & Summary Judgment Ruling) | |
| 799 | 5 | | | Sicor's Responses to First Set of Interrogatories by Plaintiff | |
| 800 | 5 | | | Sicor's Supplemental Responses to First Set of Interrogatories by Plaintiffs | |
| 801 | 5 | | | Sicor's Second Supplemental Responses to First Set of Interrogatories | |
| 802 | 5 | | | Sicor's Third Supplemental Responses to Pharmacia's First Set of Interrogatories | |
| 803 | 5 | | | Sicor's Response to Second Set of Interrogatories | |
| 804 | 5 | | | Sicor's Response to Pharmacia's Third Set of Interrogatories | |
| 805 | 5 | | | Sicor's Response to Pharmacia's Fourth Set of Interrogatories (Inequitable Conduct Contentions) | |
| 806 | 5 | | | Sicor's Supplemental Response to Interrogatory No. 4, Subpart Nos. 1-2 | |
| 807 | 5 | | | Sicor's Answer to Pharmacia's First Set of Requests for Admission (Infringement) | |
| 808 | 5 | | | Sicor's Answer to Pharmacia's Second Set of Requests for Admission (Invalidity) | |
| 809 | 5 | | | Sicor's Answer to Pharmacia's Third Set of Requests for Admission (Documents) | |
| 810 | 5 | | | Sicor's Second Amended Answer to First Amended Complaint, Counterclaim and Demand for Jury Trial | |
| 811 | 5 | | | Declaration of Rosalie Lowe | |
| 812 | 5 | | | Letter to Judge Jordan Withdrawing Equitable Estoppel and Laches Affirmative Defenses | |

49

Pharmacia Trial Exhibit List with Defendants' Objections

| PTX | Objections | Dep. Exhibit | Notes | Description | Bates No. |
|-----|-----------|--------------|-------|-------------|-----------|
| 813 | 5 | | | Letter to Judge Jordan Re: Defense to PU's Willful Infringment Allegation | |
| 814 | 5 | | | September 19, 2005 Hearing Transcript | |
| 815 | 5 | | | Complaint - Pharmacia & Upjohn v. Sicor, District of Delaware | |
| 816 | 5 | | | First Amended Complaint - Pharmacia & Upjohn v. Sicor, District of Delaware | |

50