# EXHIBIT 7

**PHARMACIA & UPJOHN'S OBJECTIONS TO**
**SICOR'S IDENTIFIED TRIAL EXHIBITS**

Pharmacia & Upjohn LLC ("Pharmacia") set forth their objections to the exhibit list of Sicor Inc. and Sicor Pharmaceuticals, Inc. (collectively referred to hereinafter as "Sicor") below. Pharmacia reserves the right to amend or supplement these objections. These objections do not limit or exclude the requests for relief sought by Pharmacia in their motions in limine filed herein with this Pretrial Order and the objections to Sicor's exhibits identified therein. Pharmacia reserves the right to object to any supplementation of Sicor's exhibit list.

Pharmacia indicates their specific objections using the following codes:

| | |
|---|---|
| FRE 105 | Limited Admissibility |
| FRE 106 | Completeness |
| FRE 402 | Relevance |
| FRE 403P | Prejudice |
| FRE 403C | Confusion/ Misleading/ Mischaracterizes |
| FRE 403W | Duplicative/Cumulative |
| FRE 408 | Offers to Compromise |
| FRE 501 | Privilege |
| FRE 602 | Lack of Personal Knowledge |
| FRE 701 | Lay Opinion |
| FRE 702 | Expert Opinion |
| FRE 703 | Exclusion of Data used by Expert |
| FRE 802 | Hearsay – Entire Exhibit |
| FRE 805 | Hearsay – Within Exhibit |
| FRE 901 | Authentication/ Identification |
| FRE 1002 | Best Evidence Rule |
| FRE 1003 | Illegible |

| | |
|---|---|
| FRE 1006 | Summaries |
| FRCP 37(c) | Failure to Disclose/ Not Timely Produced |
| | Argument |

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 1 | 1 | Work Order - NY Patent 1, issued under the Master Research & Development Agreement between Pfizer, Inc. and Nerviano Medical Services on May 14, 2004 | PI 17791-17795 | Liability | FRE 105, FRE 402, FRE 403C, FRE 403W, FRE 1003 |
| 2 | 2 | Work Order - NY Patent 2, issued under the Master Research & Development Agreement between Pfizer, Inc. and Nerviano Medical Services on May 14, 2004 | PI 17796-17800 | Liability | FRE 105, FRE 402, FRE 403C, FRE 403W |
| 3 | 3 | Printout from Nerviano Medical Sciences webpage dated 12/7/05 on Nerviano's "Management, News and History" | N/A | Liability | FRE 402, FRE 403C, FRE 403W, FRE 802 |
| 4 | 4 | United States Patent 6,107,285 | N/A | Liability | FRE 1002 |
| 5 | 5 | Email from D. Boehnen to GBottoni@AlfaWassermann.it dated May 19, 2005, regarding arranging a consulting agreement to assist in case involving the '285 patent. | PI 17757-17758 | Liability | FRE 105, FRE 402, FRE 403P, FRE 403C |
| 6 | 6 | Letter from Dr. Francavilla to Dr. Robinson dated June 7, 1985, regarding the status of development and decisions taken about some projects of galenical development. | PU 0011162-0011165 | Liability | FRE 402 |
| 7 | 7 | Letter from G. Tosolini to Dr. Irminger cc: B. Beck, F. Grab, M. Meyers, D. Robison, P. Francivilla dated July 23, 1985 regarding Adriamycin RTU solution. | PU 0011160-0011161 | Liability | FRE 402 |

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 8 | 8 | Farmitalia Carlo Erba - Research and Development: Step-by-Step Procedure to Calculate A Product Shelf-Life in Terms of t90% From Real Stability Data prepared on July, 1990 by R&D/Galenics Galenical Controls Department | PU 0028280-0028287 | Liability | FRE 106, FRE 402, FRE 403C, FRE 802, FRE 805, FRE 1006 |
| 9 | 9 | Declaration, Power of Attorney, and Petition 6/23/86 regarding Great Britain Application No. 8519452 | N/A | Liability | |
| 10 | 10 | United States Patent and Trademark Office - Request for Priority Under 35 U.S.C. 119 and the International Convention in US Application No. 878784 | N/A | Liability | FRE 106 |
| 11 | 11 | Example 2: Excerpt from Scientific Notebook - Scientific Notes for Doxorubicin | PU 0022802-0022819 | Liability | FRE 106, FRE 403C |
| 12 | 12 | Example 3: Excerpt from Scientific Notebook - Scientific Notes for Doxorubicin | PU 0022785-0022801 | Liability | FRE 106, FRE 403C |
| 13 | 13 | Excerpt from Scientific Notebook - Scientific Notes for Doxorubicin | PU 0023350-0023368 | Liability | FRE 106, FRE 403C |
| 14 | 14 | Declaration Under Rule 1.132: Carlo Confalonieri, 3/10/1987, Certificate of Facsimile Transmission, and Supplemental Amendment Under 37 C.F.R.& 1.116 dated 7/23/96 | N/A | Liability | FRE 106 |
| 15 | 15 | Letter from K. Weston to G. Tabusso 8/22/86 with attached Adriamycin Document (Scientific notes and graphs) | PU 0019184-0019266 | Liability | |

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 16 | 16 | Vigevani and Williamson, "Doxorubicin" from Analytical Profiles of Drug Substances: Volume 9 - Edited by Klaus Florey - Doxorubicin: Description, Physical Properties, Synthesis, Stability, Metabolism, Methods of Analysis, Determination of Doxorubicin in Biological Fluids, Analysis of Pharmaceutical Formulations, Miscellaneous, Acknowledgements, and References | N/A | Liability | FRE 105, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 18 | 18 | Janssen (1985) International Journal of Pharmaceuticals - Research Papers: Doxorubicin decomposition on storage. Effect of pH, type of buffer and liposome encapsulation | N/A | Liability | FRE 105, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 19 | 19 | Wassermann et al: "Kinetics of the acid-catalyzed hydrolysis of doxorubicin," Esevier Biomedical Press (1983) | N/A | Liability | FRE 105, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 20 | 20 | Declaration Pursuant to 37 C.F.R. 1.132, Carlo Confalonieri 5/27/1991 | N/A | Inequitable Conduct/Unclean Hands | FRE 106, FRE 403C with respect to the Declaration; FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 with respect to the attached exhibits. |
| 21 | 21 | Facsimile Message to Dr. G. Tosolini, November 11, 1985 | PU 0010361 | Liability | FRE 106, FRE 802, FRE 805, FRE 403C, FRE 403P |
| 22 | 22 | Facsimile Message to Dr. G. Tosolini, November 11, 1985 with handwritten notes | PU 0018369 | Liability | FRE 106, FRE 802, FRE 805, FRE 403C, FRE 403P |
| 23 | 23 | Handwritten Notes (Wassermann and Bundgaard) | PU 0021810 | Liability | FRE 106, FRE 402, FRE 403C, FRE 802, FRE 805, FRE 1006 |
| 24 | 24 | Furuya, "Pharmaceutical of Doxorubicin Salt" Patent Abstracts of Japan | N/A | Liability | FRE 105, FRE 402, FRE 403P, FRE 802, FRE 805 |

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 25 | 25 | Rule 1.132 Declaration, Carlo Confalonieri August 11, 1989 | N/A | Liability | FRE 106, FRE 403C |
| 26 | 26 | Declaration of Carlo Confalonieri January 12, 199_ | N/A | Liability | FRE 106, FRE 403C |
| 27 | 27 | Letter from C. Confalonieri to Dr. W. Wright, July 12, 1991 - Re: U.S. Pharmacopoeia Monograph for Doxorubicin Hydrochloride Injection | PU 0021682-0021684 | Liability | FRE 106, FRE 402 |
| 28 | 28 | Adria: Inter-Office Communication from R. L. Wolgemuth and S. Penco, May 31, 1985 FICE/Adria Review of the Ohio State Anthracycline Projects | PU 0018117-0018119 | Liability | FRE 105, FRE 402, FRE 403C, FRE 802, FRE 805 |
| 29 | 29 | Rule 1.132 Declaration of Carlo Confalonieri November 21, 1988 | PU 0009215-0009226 | Liability | FRE 106, FRE 403C |
| 30 | 30 | Declaration of Carlo Confalonieri Pursuant to 37 C.F.R. 1.132 December 9, 1992 | N/A | Inequitable Conduct/Unclean Hands | FRE 106, FRE 403C |
| 31 | 31 | Declaration Pursuant to 37 C.F.R. 1.132, Carlo Confalonieri December 20, 1990 | N/A | Liability | FRE 106, FRE 403C |
| 32 | 32 | Rule 1.132 Declaration, Carlo Confalonieri August 11, 1989 | N/A | Liability | FRE 106, FRE 403C |
| 33 | 33 | Master Research and Development Agreement - May 14 2004 - Pfizer Inc. as Contractor and Nerviano Medical Science S.r.l. as Provider - Allen & Overy Milan | PI 17770-17790 | Liability | FRE 105, FRE 402, FRE 403C, FRE 403W, FRE 1003 |
| 34 | 34 | Memo on New Pharmaceutical Forms Requested by International Division by Marketing Estero-May 28, 1985 | PU 0011247-0011251 | Liability | |
| 35 | 35 | Table I: Stability Studies Data - Comparison of solutions adjusted to pH 3.0 with different acids - Doxorubicin Scientific Notebook | PU 0023065-0023078 | Liability | FRE 106, FRE 403C |

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 36 | 36 | Table II: Stability Studies Data - Comparison of pH's 2 mg/ml Doxorubicin.HCl Solutions in Water adjusted to various pH's with HCl Accelerated test at 55 degrees C - Doxorubicin Scientific Notebook | PU 0022991-0023021 | Liability | FRE 106, FRE 403C |
| 37 | 37 | European Patent No. 0 143 478 | PU 0036320-0036329 | Liability | FRE 105, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 38 | 38 | Chart: Department Div-Mkt-Ent - Version - Currency - Exchange Rate Set - Accumulation Method | PI 18030-18034 | Liability | |
| 39 | 39 | Idarubicin/Idamycin - Pharmaceutical Market Company United States (excluding Greenstone) - 11USA - P & L Sort Order P & L Account Code | PI 18035 | Damages/Willfulness | |
| 40 | 40 | Idamycin Chart - Net Sales, Medical Affairs, Sales & Marketing Expenses, etc | PI 18036-18038 | Damages/Willfulness y | |
| 41 | 41 | Product: Idamycin 10mg/10ml - Code: 300132586916 - CCS #: 5429 - Lot Size: 11,060.000 | PI 18387-18396 | Damages/Willfulness | |
| 42 | 42 | Idamycin Net Sales & Quantity by SKU - Idamycin Gross to Net Sales - Sku Product - Product Description - Year - Month - Account | PI 18039-18058 | Damages/Willfulness | |
| 43 | 43 | GQTY - Gross Qty<br>RQTY - Return Qty<br>For Pfizer Inc and Pharmacia | PI 17919-17945 | Damages/Willfulness | |
| 44 | 44 | Pharmacia - Oncology Sales - Mike Brown - Oncology Sales Organization Structure | PU 0047504-0047532 | Damages/Willfulness | |
| 45 | 45 | Global Oncology Franchise - Start Plan 2003-2005 - Pharmacia Oncology | PU 0045030 | Damages/Willfulness | |
| 46 | 46 | Oncology Franchise Products - Global Prescription Business - 2003-2005 Start Plan (Pass 4) - Net Sales - EBIT - Pharmacia | PU 0045055-0045063 | Damages/Willfulness | |

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 47 | 47 | Idarubicin/Idamycin - Global Prescription Business 2003-2005 Start Plan (Pass 4) - Net Sales - EBIT - Pharmacia - with blank cover page | PU 0045076-0045086 | Damages/Willfulness | |
| 48 | 48 | Global Oncology Franchise 2003-2005 Start Plan - Financials (Pass 4) - Pharmacia Oncology - Oncology Franchise: Graphs and Tables | PI 18553-18584 | Damages/Willfulness | |
| 49 | 49 | Oncology Salesforce - USMC (Pass 3) - Charts | PU 0045126-0045133 | Damages/Willfulness | |
| 50 | 50 | Global Oncology Franchise - Direct & Allocated NPP 2002 Budget and 2003-2005 Start Plan: PASS 4 with blank cover page | PU 0045156-0045160 | Damages/Willfulness | |
| 51 | 51 | Pharmacia Oncology Idamycin PFS Zavedos - Lifecycle Management Plan - March 2002 - Tables and Graphs - Reformatted Demonstratives | PU 0046786-0046803 | Damages/Willfulness | |
| 52 | 52 | Idamycin Contracting - Grace Squillaci - October 15, 2002 - Reformatted Demonstratives | PU 0046824-0046826 | Damages/Willfulness | |
| 53 | 53 | Pharmaceutical Pricing Management - Memorandum | PU 0043637-0043704 | | FRE 105, FRE 802, FRE 805, FRE 402, FRE 403C,FRE 403P |
| 57 | 57 | Notice of Deposition of Pharmacia & Upjohn Company, August 1, 2005 -30(b)(6) - Attached Schedule | N/A | Damages/Willfulness | FRE 402, FRE 403C, FRE 403P, Argument |
| 58 | 58 | Email from P. Laivins to L. Das-Young, June 20, 2003 - FW: Trelstar | PU 0046831 | Damages/Willfulness | |
| 59 | 59 | Printout from Pfizer webpage - "Everyone Should Be Able to Get the Medicines They Need" | N/A | Liability | |
| 60 | 60 | Email from D. Thio to N. Ahrens, April 12, 2002 - RE: Idarubicin P&L | PU 0045087-0045088 | Damages/Willfulness | |

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 61 | 61 | Market Share in AML/ALL - Potential MKT - Charts, Graphs, and Diagrams with Idarubicin Document - Idarubicin Outline | PU 0003625-0003646 | Damages/Willfulness | |
| 62 | 62 | Nova Plus Idamycin - US Pricing Committee Presentation - December 12, 2002 - Reformatted Demonstrative | PU 0046674-0046675 | Damages/Willfulness | |
| 63 | 63 | Pharmacy Supplier Agreement (Private Label) between Novation, LLC and Pharmacia Corporation ("Supplier") RX10030 | PU 0046694-0046747 | Damages/Willfulness | FRE 105, FRE 402, FRE 403C |
| 64 | 64 | Meeting Minutes for meeting between FDA and Pharmacia | PI 0019161-0019163 | Liability<br>Damages/Willfulness | FRE 105, FRE 403C, FRE 802, FRE 805 |
| 65 | 65 | Email from B. Winter to K. Loberg, April 10, 2003 - FW: Doxorubicin Agreement | SICOR-PNU 056271-056272 | Liability<br>Damages/Willfulness | FRE 105, FRE 106, FRE 1006 |
| 66 | 66 | Email from B. Winter to K. Loberg, May 16, 2002 - RE: Status Update | SICOR-PNU 056273 | Damages/Willfulness | FRE 402, FRE 403P, FRE 602, FRE 802 |
| 67 | 67 | Letter from M. Wilkewitz to Dr. P. Cooney of the FDA, July 25, 2002 RE: Regulatory Submission Plans for Facility Upgrade Project | SICOR-PNU 056276-056277 | Damages/Willfulness | |
| 68 | 68 | Email from B. Winter to K. Loberg, November 28, 2002 - Supply of Doxorubicin RTU | SICOR-PNU 056279 | Damages/Willfulness | FRE 402, FRE 403P, FRE 602, FRE 802 |
| 69 | 69 | Letter from R. Heyes to J. Dietrick of the FDA, January 31, 2003 - Update C to Response to Form 483 Observations: Perth, Australia, April 26-May 3, 2002 - "Highly Confidential - Trade Secrets" | PI 019164-019165 | Damages/Willfulness | FRE 402, FRE 403P, FRE 602, FRE 802, FRE 805 |
| 70 | 70 | Email from R. Houston to D. Eilers, June 14, 2002 - Temporary Sourcing of Oncology Products - Redacted | PI 0019011-0019013 | Damages/Willfulness | |
| 71 | 71 | Mould Incident Report for Oncology Production - January 2003 | PI 0019035 | Damages/Willfulness | FRE 105, FRE 106, FRE 402, FRE 403P, FRE 602, FRE 1006 |

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 72 | 72 | Email from D. Hutchings to R. Heyes, dated January 4, 2003 - FW: FDA Termination of Perth Recall with Attachment: FDA Close Perth.pdf | PI 0019036-0019038 | Damages/Willfulness | FRE 105, FRE 402, FRE 403P, FRE 802 |
| 73 | 73 | Letter from J. Nadelin to S. Williams of the FDA, December 11, 2002 - RE: Product Recall D-268/275-2: Adriamycin PFS, Ellence, Idamycin PFS with Product Tables | PI 0019030-0019034 | Damages/Willfulness | FRE 105, FRE 402, FRE 403P, FRE 602, FRE 805 |
| 74 | 74 | USA Idamycin - First Shipments - Batch Sizes | PI 18396 | Liability | |
| 75 | 75 | Notice of Deposition of Lauren Guerra | N/A | Liability | FRE 402, FRE 403W |
| 77 | 77 | Article: Risk of Handling Injectable Antineoplastic Agents - American Journal of Hospital Pharmacy with Graphs - November 1982, Volume 39, Number 11, Coden: AJHPA9, ISSN: 0002-9289 | N/A | Liability | |
| 78 | 78 | Article: Occupational Exposure of Nursing Personnel to Antineoplastic Agents with Graphs - Oncology Nursing Forum | N/A | Liability | |
| 80 | 80 | Article: Work Practices of Nurses Who Handle Antineoplastic Agents - Aaohn Journal | N/A | Liability | |
| 81 | 81 | Hoffman, "Stability of Refrigerated and Frozen Solutions of Doxorubicin Hydrochloride" | N/A | Liability | FRE 402, FRE 403P, FRE 802, FRE 805 |
| 83 | 83 | Declaration Under Rule 1.132, Mary Horstman dated June 2, 1988 filed on June 26, 1986 for Patent Application Serial No. 06/878,784 | N/A | Liability | |

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 85 | 85 | Redacted Version - Email to Marvin Samson from Wes Fach dated January 2, 2001 re: Status of the Idarubicin patent investigation | | Damages/Willfulness | FRE 106, FRE 403P, FRE 802 |
| 86 | 86 | Prosecution History of the 5,124,317 Patent, Application Serial No. 07/503,856 | PI 122-313 | Liability | |
| 87 | 87 | Prosecution History of the 4,946,831 Patent, Application Serial No. 07/385,999 | PI 48-120 | Liability | |
| 88 | 88 | Prosecution history Application Serial Number: 06/878,784 | PI 730-948 | Liability | |
| 89 | 89 | Declaration Under Rule 1.132, Carlo Confalonieri March 10, 1987 | PI 855-867 | Liability | |
| 90 | 90 | Declaration Under Rule 132 - Martin Williamson and Frederick Grab February 3, 1987 | PI 6183-6208 | Liability | |
| 91 | 91 | File History of the 5,124,317 Patent | N/A | Inequitable Conduct/Unclean Hands | |
| 92 | 92 | Prosecution History of 6,107,285 Patent, Application Serial No. 07/827,742 | PU 0014832-0015426 | Liability | |
| 94 | 94 | Manual of Patent Examining Procedure - Original Fifth Edition, August 1983 - Latest Revision March 1994 | N/A | Liability | FRE 106, FRE 402, FRE 403C, FRE 802, FRE 805 |
| 95 | 95 | Affidavit of Robert Laurence Weston, April 19, 1995 - Farmitalia Carlo Erba S.r.l. Applicant and Delta West Pty Ltd Respondent - in the Federal Court of Australia | PU 0014464-0014489 | Inequitable Conduct/Unclean Hands | FRE 106, FRE 402, FRE 403C, FRE 802, FRE 805 |
| 96 | 96 | Affidavit of William Neil Charman, April 24, 1995 - Farmitalia Carlo Erba S.r.l. Applicant and Delta West Pty Ltd Respondent - in the Federal Court of Australia | PU 0011682-0011717 | Inequitable Conduct/Unclean Hands | FRE 105, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 99 | 99 | Telefax from M. Royal RE: Australian Patent No. 598197, February 7, 1992 | PU 0034802-0034803 | Inequitable Conduct/Unclean Hands | FRE 105, FRE 402, FRE 403P, FRE 602, FRE 802, FRE 805 |

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 101 | 101 | Amended Particulars of Objections-June 15, 1992 | PU 0070060-0070077 | Inequitable Conduct/Unclean Hands | FRE 106, FRE 403P, FRE 403C, FRE 602, FRE 802, FRE 805 |
| 102 | 102 | Further Amended Particulars of Objections - July 24, 1992 | PU 0070223-0070254 | Inequitable Conduct/Unclean Hands | FRE 106, FRE 403P, FRE 403C, FRE 602, FRE 802, FRE 805 |
| 103 | 103 | Signed Business Alliance Agreement Among: Delta West PTY: Limited, The Upjohn Company, Gensia Laboratories, LTD, and Gensia Pharmaceuticals - April 23, 1993 | PU 0059376-0059400 | Liability | FRE 105, FRE 402, FRE 403W |
| 104 | 104 | Termination and License Agreement - The Upjohn Company, Delta West PTY, Ltd, Gensia, Inc., Gensia Laboratories, Ltd., October 11, 1995 | PU 0059369-0059375 | Liability | FRE 105, FRE 402, FRE 403W, FRE 408 |
| 105 | 105 | Letter from L. Welch to W. Fach, December 4, 1995-RE: *Pharmacia v. Gensia, Inc., et al.* | PU 0059009-0059010 | Liability | FRE 105, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 106 | 106 | Interoffice Memo from L.T. Welch to R.W. Unsworth - Reformulation of Doxorubicin | | Inequitable Conduct/Unclean Hands | FRE 402, FRE 403P, FRE 403C, FRE 501, FRE 602, FRE 802, FRE 805 |
| 107 | 107 | Data "As Filed with the Securities and Exchange Commission on August 21, 1995" - Registration NO. 33" | N/A | | FRE 402, FRE 403C, FRE 403W, FRE 802, FRE 805 |
| 108 | 108 | Letter from W. Fach to L. Welch, December 8, 1995, Pharmacia, Inc. v. Gensia, Inc., et al. | PU 0059006-0059008 | | |
| 110 | 110 | Benvenuto: "Stability and Compatibility of Antitumor Agents in Glass and Plastic Containers" | N/A | Inequitable Conduct/Unclean Hands | FRE 105, FRE 402, FRE 403C, FRE 403P, FRE 703, FRE 805 |
| 111 | 111 | Teresa Kaniewska (1977): "A study of decomposition of Adriamycin", Pharmacia Polska, Vol. 9, 539-542 | N/A | Inequitable Conduct/Unclean Hands | FRE 105, FRE 402, FRE 403C, FRE 403P, FRE 703, FRE 805 |
| 112 | 112 | United States Patent 4,310,515 | N/A | Liability | FRE 105, FRE 402, FRE |

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| | | | | Inequitable Conduct/Unclean Hands | 403C, FRE 403P, FRE 805 |
| 113 | 113 | Letter from D. Baum to J. Rich, February 9, 2006 with Attached Notice of Deposition of John McBride | N/A | Liability | FRE 402, FRE 403W |
| 114 | 114 | Facsimile Message from D. DeSanto to M. Samson, May 24, 2000 with Attached letter to F. Hassan | SICOR-PNU 056345-056347 | Damages/Willfulness | |
| 115 | 115 | Email from M. Cannon to M. Samson, C. Lea, September 17, 2001 - FW: Transaction Description with Attached Description of Transaction | SICOR-PNU 056370-056371 | Damages/Willfulness | FRE 106, FRE 402, FRE 403P, FRE 602 |
| 116 | 116 | Letter from C. Lea to J. McBride, February 14, 2002 | SICOR-PNU 056397-056403 | Damages/Willfulness | |
| 117 | 117 | Letter from T. Ruane of Pharmacia to T. Cacich of Abbott, August 9, 2000 with Attached Notice of Allowability, Allowed Claims, and Notice of Allowance and Issue Fee Due | N/A | Damages/Willfulness | |
| 118 | 118 | Letter from C. Bell of Pharmacia to M. Samson, Re: Infringement of United States Patent No. 6,107,285 to Gatti, et al, February 20, 2003 | SICOR-PNU 056519 | Damages/Willfulness | |
| 119 | 119 | Doxorubicin by A. Vigevani and M. Williamson - Description, Physical Properties, Synthesis, Stability, Metabolism, Methods of Analysis, Determination of Doxorubicin in Biological Fluids, Analysis of Pharmaceuticals Formulations, Miscellaneous, Acknowledgements, and References | PU 0016129-0016157 | Liability | FRE 105, FRE 402, FRE 403P, FRE 602, FRE 703, FRE 802, FRE 805 |
| 120 | 120 | Preformulation Studies for Doxorubicin RTU Development - Table and Inter-Office Correspondence on Doxorubicin RTU | PU 0020874-0020881 | Liability | FRE 105, FRE 402, FRE 403P, FRE 802, FRE 805, FRE 1006 |

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 121 | 121 | Inter-Office Communication from R. L. Wolgemuth and S. Penco, May 31, 1985 - Review of the Ohio State Anthracycline Projects, | PU 0018117-0018119 | Liability | FRE 105, FRE 402, FRE 403C, FRE 403P, FRE 802, FRE 805, FRE 1006 |
| 122 | 122 | Message Transmittal Form to G. Tosolini - Regarding Adria Management suggested visit to FICE on discussion of Adriamycin RTU | PU 0010356 | Inequitable Conduct/Unclean Hands | FRE 402, FRE 403C, FRE 403P, FRE 802 |
| 123 | 123 | US Patent No. 4,310,515 | | Liability | FRE 402, FRE 403C, FRE 403W, FRE 802, FRE 805 |
| 124 | 124 | Letter from G. Tosolini, November 14, 1985 with attached Tables Regarding Adriamycin RTU | PU 0018342-0018363 | Liability | FRE 105, FRE 402, FRE 403P, FRE 802, FRE 805, FRE 1006 |
| 125 | 125 | Message Transmittal Form to G. Tosolini, November 11, 1985 - Regarding Beijnen et al paper on Stability of Anthracyclines and Doxorubicin | PU 0010361 | Liability | FRE 402, FRE 403C, FRE 403P, FRE 703, FRE 802, FRE 805, FRE 1006 |
| 126 | 126 | Formulation Development - Patentable Adriamycin RTU | PU 0010300 | Liability | FRE 402, FRE 403C, FRE 403P, FRE 901 |
| 127 | 127 | Letter to M. Williamson from C. Confalonieri, October 26, 1987, Regarding IBM Compatible Floppy Disk with Pharmacy Documentation for Adriamycin PFS of Stability Tables and Data | PU 0019924 | Liability | FRE 402, FRE 403C, FRE 403W, FRE 802, FRE 805 |
| 128 | 128 | Message Transmittal Form to G. Tosolini, November 11, 1985, Regarding paper by Beijnen et al | PU 001350 | Liability | FRE 402, FRE 403C, FRE 403P, FRE 703, FRE 802, FRE 805, FRE 1006 |
| 129 | 129 | Message Transmittal Form Regarding Doxorubicin RTU Solutions to G. Tosolini, June 18, 1985 | PU 001351 | Liability | FRE 402, FRE 403C, FRE 403P, FRE 602, FRE 802, FRE 805, FRE 1006 |

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 130 | 130 | Analytical Profiles of Drug Substances: Volume 9 Edited by Klaus Florey - The Squibb Institute for Medical Research, New Brunswick, New Jersey - "Compiled under the auspices of the Pharmaceutical Analysis and Control Section Academy of Pharmaceutical Sciences" | | Liability | 402, 403C, 403W, 802, 805, 901 |
| 131 | 131 | Product Development Stability Protocol For: Adriamycin (pH 4.5, 5.0) | | Liability | FRE 106, FRE 402, FRE 403C, FRE 403P |
| 132 | 132 | Drug Product - Introduction Pertaining to Doxorubicin | PU 0085806-0085807 | Liability | FRE 402, FRE 403C, FRE 403P, FRE 901 |
| 133 | 133 | Preformulation Studies: Study of Doxorubicin Hydrochloride Stability in aqueous media at different pH values | PU 0011462-0011495 | Liability | FRE 402, FRE 403W, FRE 602, FRE 802, FRE 901, FRE 105 |
| 135 | 135 | US patent No. 3,590,028 | | Liability | |
| 136 | 136 | US patent No. 3,803,124 | | Liability | |
| 138 | 138 | "Structure and Physiochemical Properties of Adriamycin," Arcamone, Cassinelli, Franceschi, Penco, Pol, Redaelli, and Selva | | Liability | FRE 402, FRE 403W, FRE 602, FRE 802, FRE 105 |
| 139 | 139 | "Self-Association of Doxorubicin and Related Compounds in Aqueous Solution," Menozzi, Valentini, Vannini, and Arcamone (1984) | | Liability | FRE 402, FRE 403W, FRE 602, FRE 802, FRE 105 |
| 140 | 140 | "Chemical Stability of Mitomycin and Anthracycline Antineoplastic Drugs, " Jacob Hendrik Beijnen (Thesis) | SICOR-PNU 057205-057513 | Liability | FRE 402, FRE 403W, FRE 602, FRE 802, FRE 805 |
| 142 | 142 | Declaration of Carlo Confalonieri pursuant to 37 CFR 1.132 dated December 9, 1992 | PU 0016632-0016785 | Liability<br>Inequitable Conduct/Unclean Hands | FRE 106, FRE 402, FRE 403C, FRE 602, FRE 805, FRE 105 |
| 143 | 143 | December 31, 2005 USP Monographs: Doxorubicin | | Liability<br>Damages/Willfulness | FRE 402, FRE 403W, FRE 802, FRE 901, FRE 105 |
| 144 | 144 | pH profile for doxorubicin hydrochloride degradation at 55°C in sterile water | PU 0016677 | Liability | FRE 106, FRE 402, FRE 403C, FRE 602, FRE 901 |

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 148 | 148 | Adria Oncology Products Group 1991 Marketing Plan for Adriamycin and Oncoline, Updated February, 1991, Prepared by Kevin J. O'Neill | PI 3745-3788 | Damages/Willfulness | FRE 402, FRE 403W, FRE 105, FRE 1006 |
| 149 | 149 | Spreadsheet for Idarubicin/Idamycin, Pharmaceutical Market Company United States (excluding Greenstone) Sorted by P&L Account Code and P&L account description for years 2001-2003 | PI 18035 | Damages/Willfulness | FRE 106, FRE 402, FRE 403C, FRE 403W, FRE 105, FRE 1006 |
| 150 | 150 | Lab Notebook Notes, No. 6423/28, Doxorubicina Hcl 5mg dated 5/3/85 | PI 11594 | Liability | FRE 106, FRE 402, FRE 403C, FRE 403W, FRE 105 |
| 151 | 151 | Lab Notebook Notes, No. 6423/27, Doxorubicina Soluzione Hcl 20mg | PI 11593 | Liability | FRE 106, FRE 402, FRE 403C, FRE 403W, FRE 105 |
| 152 | 152 | Lab Notebook Notes, No. 6160/14, 12/84 - 1/85, | PU 0022188 | Liability | FRE 106, FRE 402, FRE 403C, FRE 403W, FRE 105 |
| 153 | 153 | Lab Notebook Notes, No. 6423/19, Doxorubicin pH = 5 | PI 11609 | Liability | FRE 106, FRE 402, FRE 403C, FRE 403W, FRE 105 |
| 154 | 154 | Lab Notebook Notes, No. 6423/32, Doxorubicin Hcl pH=2.5 | PI 11595-11596 | Liability | FRE 106, FRE 402, FRE 403C, FRE 403W, FRE 105 |
| 155 | 155 | Lab Notebook Notes, No. 6423/46, Doxorubicin, dated 3/29/85 | PU 0022822 | Liability | FRE 106, FRE 402, FRE 403C, FRE 403W, FRE 105 |
| 156 | 156 | Lab Notebook Notes, No. 6423/99, dated 5/31/85 | PI 11652-11653 | Liability | FRE 106, FRE 402, FRE 403C, FRE 403W, FRE 105 |
| 157 | 157 | Lab Notebook Notes, No. 6423/77, dated 6/5/85, Signed by Giuseppe Bottoni | PI 11438-11439 | Liability | FRE 106, FRE 402, FRE 403C, FRE 403W, FRE 105 |
| 158 | 158 | Lab Notebook Notes, No. 5429/46, dated 11/18/83 re: Doxorubicin Hcl | PI 11273-11278 | Liability | FRE 106, FRE 402, FRE 403C, FRE 403W, FRE 105 |
| 159 | 159 | Lab Notebook Notes, No. 6423/21, signed by Giuseppe Bottoni, re: Doxorubicin pH = 6 | PI 11610 | Liability | FRE 106, FRE 402, FRE 403C, FRE 403W, FRE 105 |

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 160 | 160 | Lab Notebook Notes, No. 6423/22, signed by Giuseppe Bottoni, re: Doxorubicin ph = 4 | PI 11611 | Liability | FRE 106, FRE 402, FRE 403C, FRE 403W, FRE 105 |
| 161 | 161 | Lab Notebook Notes, No. 6423/24, signed by Giuseppe Bottoni, dated 2/26/85, re: Doxorubicin Hcl | PI 11612 | Liability | FRE 106, FRE 402, FRE 403C, FRE 403W, FRE 105 |
| 162 | 162 | Lachman, Lieberman and Kanig: (1985) The Theory of Industrial Pharmacy, 3rd Edition | SICOR-PNU 005234-005249 | Liability<br>Inequitable Conduct/Unclean Hands | FRE 105, FRE 106, FRE 402, FRE 403C, FRE 802, FRE 805 |
| 163 | 163 | June 14, 2005 Engagement Letter between Giuseppe Bottoni and Daniel Boehnen of Mc Donnell Boehnen Hulbert & Berghoff | | Inequitable Conduct/Unclean Hands | FRE 402, FRE 403P |
| 164 | 164 | Amendment dated June 28, 1996 in '742 application | PU 0015154-0015168 | Liability | FRE 106, FRE 403C, FRE 403W, FRE 105 |
| 165 | 165 | June 28, 1996 Submission of Declarations in Support of Amendment of William J. Dana, Mary Horstman, Degra Holton-Smith, and Carlo Conf alonieri. | PU 0015169-0015255 | Inequitable Conduct/Unclean Hands | FRE 106, FRE 403C, FRE 403W, FRE 105 |
| 166 | 166 | Pharmacia's Response to Sicor's Second Set of Interrogatories dated November 2, 2005 | N/A | Liability | FRE 402, FRE 403W |
| 167 | 167 | Examiner Interview Summary Record August 2, 1996 | PU 0015256 | Liability | FRE 106, FRE 403C, FRE 403W, FRE 105 |
| 168 | 168 | Second Supplemental Information Disclosure Statement dated March 18, 1997 | PU 0015272-0015276 | Liability | FRE 106, FRE 403C, FRE 403W, FRE 105 |
| 169 | 169 | March 18, 1997 Memo from Emily Miao to Dr. R. Metelli re: U.S. Application Serial No. 08/368,402 and 07/827,742 | PU 0096842 | Inequitable Conduct/Unclean Hands | FRE 402, FRE 403W, FRE 501, FRE 105 |
| 170 | 170 | June 24, 1997 Transmittal Letter and Fourth Supplemental Information Disclosure Statement | PU 0015293-0015297 | Liability | FRE 106, FRE 403C, FRE 403W, FRE 105 |

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 171 | 171 | July 1, 1997 Letter from Emily Miao to Dr. Raffaella Metelli re: U.S. Application Serial No.07/827,742 and 08/368,402 re: Fourth Supplemental Information Disclosure Statement | PU 0096792 | Inequitable Conduct/Unclean Hands | FRE 402, FRE 403W, FRE 501 FRE 105 |
| 172 | 172 | May 30, 1997 Third Supplemental Information Disclosure Statement | PU 0015298-0015300 | Liability | FRE 106, FRE 403C, FRE 403W, FRE 105 |
| 173 | 173 | February 27, 1998 Transmittal Letter and Seventh Information Disclosure Statement | PU 0015301-0015305 | Liability | FRE 106, FRE 403C, FRE 403W, FRE 105 |
| 174 | 174 | June 15, 1998 Transmittal Letter and Eighth Supplemental Information Disclosure Statement | PU 0015306-0015310 | Liability | FRE 106, FRE 403C, FRE 403W, FRE 105 |
| 175 | 175 | October 22, 1997 Transmittal Letter and Sixth Supplemental Information Disclosure Statement | PU 0015313-0015316 | Liability | FRE 106, FRE 403C, FRE 403W, FRE 105 |
| 176 | 176 | July 1, 1998 Transmittal Letter and Ninth Supplemental Information Disclosure Statement | PU 0015321-0015357 | Liability | FRE 106, FRE 403C, FRE 403W, FRE 105 |
| 177 | 177 | August 17, 1998 Tenth Supplemental Information Disclosure Statement | PU 0015383-0015391 | Liability | FRE 106, FRE 403C, FRE 403W, FRE 105 |
| 178 | 178 | June 25, 1998 Fax Cover Memo from Emily Miao to Shonagh McVean re: Faulding Canada v. Pharmacia S.p.A Action Seeking Declaration of Invalidity of '037 Canadian Patent | PU 0096860-0096871 | Inequitable Conduct/Unclean Hands | FRE 402, FRE 403P, FRE 501, FRE 105 |
| 179 | 179 | February 17, 1999 Condensed Transcript of Examination of Carlo | PU 0017579-0017612 | Inequitable Conduct/Unclean Hands | FRE 402, FRE 403P, FRE 602, FRE 802, FRE 805 |
| 180 | 180 | June 25, 1998 Fax Cover Memo from Emily Miao to Dr. Raffaella Metelli re: Canadian Action Faulding v. Pharmacia, Action Seeking Declaration of Invalidity of '037 Patent | PU 0096858 | Inequitable Conduct/Unclean Hands | FRE 402, FRE 403P, FRE 501, FRE 105 |