# EXHIBIT 7

MASTER Defendant's Exhibit List

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 181 | 181 | July 7, 1998 Letter from John J. McDonnell to Dr. Raffaella Metelli re: Ninth Supplemental Information Disclosure Statement re: U.S. Application Serial No. 07/827,742 and 08/368,402 | | Inequitable Conduct/Unclean Hands | FRE 402, FRE 403P, FRE 501, FRE 105 |
| 182 | 182 | July 15, 1998 Letter from Shonagh L. McVean to Emily Miao re: Canadian Patent Litigation and Prior Art from Faulding | PU 0096736-0096737 | Inequitable Conduct/Unclean Hands | FRE 402, FRE 403W, FRE 501, FRE 105 |
| 183 | 183 | April 5, 2001 Letter from Emily Miao to Mrs. Alessandra Longoni of Pharmacia & Upjohn re: filing of Certificate of Correction for U.S. Patent No. 6,107,285 | PU 0096779 | Inequitable Conduct/Unclean Hands | FRE 402, FRE 403P, FRE 501, FRE 105 |
| 184 | 184 | May 6, 1997 Amendment for U.S. Application No. 07/824,742 | PU 0015277-0015292 | Inequitable Conduct/Unclean Hands | FRE 106, FRE 403C, FRE 403W, FRE 105 |
| 185 | 185 | December 6, 1996 Office Summary for Action Summary for U.S. Application No. 07/827,742 | PU 0015264-0015266 | Inequitable Conduct/Unclean Hands | FRE 106, FRE 403C, FRE 403W, FRE 105 |
| 186 | 186 | Consolidated Patent Rules §10.18 Signature and Certificate for Correspondence Filed in the Patent and Trademark Office | N/A | Inequitable Conduct/Unclean Hands | FRE 402, FRE 403W |
| 187 | 187 | Patent and Trademark Office, Commerce § 10.18-10.34 | N/A | Inequitable Conduct/Unclean Hands | FRE 402, FRE 403W |
| 188 | 188 | June 23, 1998 Office Action Summary for U.S. Patent Serial No. 07/827,742 | PU 0015317-0015320 | Liability | FRE 106, FRE 403C, FRE 403W, FRE 105 |
| 190 | 190 | October 26, 1995 Letter from Edwin M. Baranowski of Porter, Wright, Morris & Arthur to Daniel A. Boehnen re: Pharmacia v. Gensia | PU 0076124 | Inequitable Conduct/Unclean Hands | FRE 402, FRE 403P, FRE 501, FRE 802 |

17

MASTER Defendant's Exhibit List

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 191 | | Office Action dated October 2, 1986 for Patent Application Serial No. 06/878,784 | PI 831-PI836 | Liability | For PI 831-836: FRE 106, FRE 403C, FRE 403W; FRE 105; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 192 | | Information Disclosure Statement dated March 31, 1987 and cited prior art submitted for Patent Application Serial No. 06/878,784 | PI 849-852 | Liability | For PI 849-852: FRE 106, FRE 403C, FRE 403W, FRE 105; For Attached ReferenceS: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 193 | | Information Disclosure Statement dated December 22, 1987 and cited prior art submitted for Patent Application Serial No. 06/878,784 | PI 896-898 | Liability | For PI 896-898: FRE 106, FRE 403C, FRE 403W, FRE 105; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 194 | | Office Action dated September 28, 1988 and cited prior art submitted for Patent Application Serial No. 07/385,999 | PI 917-921 | Liability | For PI 917-921: FRE 106, FRE 403C, FRE 403W, FRE 105; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 195 | | Office Action Dated January 2, 1990 and cited prior art submitted for Patent Application Serial No. 07/385,999 | PI 86-89 | Liability | For PI 86-89: FRE 106, FRE 403C, FRE 403W, FRE 105; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 196 | | Information Disclosure Statement dated April 23, 1990 and cited prior art submitted for Patent Application Serial No. 07/385,999 | PI 94-99 | Liability | For PI 94-99: FRE 106, FRE 403C, FRE 403W, FRE 105; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 197 | | Office Action dated July 6, 1990 and cited prior art submitted for Patent Application Serial No. 07/503,856 | PI 180-185 | Liability | For PI 180-185: FRE 106, FRE 403C, FRE 403W, FRE 105; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |

MASTER Defendant's Exhibit List

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 198 | | Information Disclosure Statement dated August 1, 1990 and cited prior art submitted for Patent Application Serial No. 07/503,856 | PI 186-188 | Liability | For PI 186-188: FRE 106, FRE 403W; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 199 | | Information Disclosure Statement dated January 7, 1991 and cited prior art submitted for Patent Application Serial No. 07/503,856 | PI 241-245 | Liability | For PI 241-244: FRE 106, FRE 403W; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 200 | | Information Disclosure Statement submitted on November 18, 1991 and cited prior art submitted for Patent Application Serial No. 07/503,856 | PI 271-272 | Liability | For PI 271-272: FRE 106, FRE 403W; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 201 | | Information Disclosure Statement submitted on February 24, 1992 and cited prior art submitted for Patent Application Serial No. 07/503,856 | PI 276-280 | Liability | For PI 276-280: FRE 106, FRE 403W; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 202 | | Information Disclosure Statement submitted on March 4, 1992 and cited prior art submitted for Patent Application Serial No. 07/503,856 | PI 281-286 | Liability | For PI 281-286: FRE 106, FRE 403W; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 203 | | Office Action July 6, 1992 and cited prior art submitted and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0014974-0014986 | Inequitable Conduct/Unclean Hands | For PU 0014974-0014980: FRE 106, FRE 403W; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 204 | | Information Disclosure Statement dated November 20, 1992 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0014989-0014991 | Inequitable Conduct/Unclean Hands | For PU 0014989-00144991: FRE 106, FRE 403W; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |

MASTER Defendant's Exhibit List

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 205 | | Information Disclosure Statement dated January 6, 1993 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0015006-0015012 | Liability | For PU 0015006-0015012: FRE 106, FRE 403W; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 206 | | Information Disclosure Statement dated March 16, 1993 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0015015-0015022 | Liability | For PU 0015015-0015022: FRE 106, FRE 403W; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 207 | | Office Action dated April 9, 1993 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0015023-0015030 | Liability | For PU 0015023-0015030: FRE 106, FRE 403W; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 208 | | Information Disclosure Statement dated July 29, 1993 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0015032-0015035 | Liability | For PU 0015032-0015035: FRE 106, FRE 403W; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 209 | | Information Disclosure Statement dated May 12, 1994 submitted for Patent Application Serial No. 07/827,742 | PU 0015064 | Liability | FRE 106, FRE 402 |
| 210 | | Information Disclosure Statement dated September 1, 1994 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0015072-0015074 | Liability | For PU 0015072-0015074: FRE 106, FRE 402, FRE 403C, FRE 403W; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 211 | | Second Supplemental Information Disclosure Statement dated March 18, 1997 and cited prior art submitted for Patent Application Serial No. 08/368,402 | PU 0015272-0015276 | Liability | For PU 0015272-0015276: FRE 106, FRE 403W; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 212 | | Third Supplement Information Disclosure Statement dated May 30, 1997 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0015298-0015301 | Liability | For PU 0015298-0015301: FRE 106, FRE 403W; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |

20

MASTER Defendant's Exhibit List

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 213 | | Fourth Supplemental Information Disclosure Statement dated June 24, 1997 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0015294-0015297 | Liability | For PU 0015294-0015297: FRE 106, FRE 403W; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 214 | | Sixth Supplemental Information Disclosure Statement dated October 22, 1997 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0015311-0015316 | Liability | For PU 0015311-0015316: FRE 106, FRE 403W; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 215 | | Seventh Supplemental Information Disclosure Statement dated February 27, 1998 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0015302-0015306 | Liability | For PU 0015302-0015306: FRE 106, FRE 403W; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 216 | | Eighth Supplemental Information Disclosure Statement dated June 15, 1998 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0015307-0015310 | Liability | For PU 0015307-0015310: FRE 106, FRE 403W; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 217 | | Ninth Supplemental Information Disclosure Statement dated July 1, 1998 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0015323-0015357 | Liability | For PU 00153323-0015357: FRE 106, FRE 403W; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 218 | | Tenth Supplemental Information Disclosure Statement dated August 17, 1998 for U.S. Patent Application Serial No. 07/827,742 | PU 0015383-0015391 | Liability | For PU 0015383-0015391: FRE 106, FRE 403W; For Attached References: FRE 106, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 219 | | Curriculum Vitae of Plaintiff's Expert Federico Maria Arcamone | | Liability | FRE 106, FRE 402C, FRE 402W |
| 220 | | Curriculum Vitae of Plaintiff's Expert Jos H. Beijnen, PhD | | Liability | FRE 106, FRE 402C, FRE 402W |
| 221 | | Curriculum Vitae of Defendants' Expert Douglas Clark, PhD | | Liability | FRE 106, FRE 402C, FRE 402W |
| 222 | | Curriculum Vitae of Plaintiff's Expert Laura T. Esparaza-Guerra, R.N., PhD | | Liability | FRE 106, FRE 402C, FRE 402W |

21

MASTER Defendant's Exhibit List

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 223 | | Curriculum Vitae of Plaintiff's Expert Joseph Oliver Falkinham, III, PhD | | Liability | FRE 106, FRE 402C, FRE 402W |
| 224 | | Plaintiff's Responses to Sicor, Inc.'s First Set of Interrogatories dated January 24, 2005 | | Liability | FRE 402, FRE 403C, FRE 403P, Argument |
| 225 | | Plaintiff's First Supplemental Response to Sicor, Inc.'s First Set of Interrogatories dated July 11, 2005 | | Liability | FRE 402, FRE 403C, FRE 403P, Argument |
| 226 | | Plaintiff's Second Supplemental Response to Sicor, Inc.'s First Set of Interrogatories dated September 19, 2005 | | Liability | FRE 402, FRE 403C, FRE 403P, Argument |
| 227 | | Plaintiff's Third Supplemental Response to Sicor, Inc.'s First Set of Interrogatories dated October 17, 2005 | | Liability | FRE 402, FRE 403C, FRE 403P, Argument |
| 228 | | Pharmacia's Response to Defendants' First Request for Admissions dated October 24, 2005 | | Liability | FRE 402, FRE 403C, FRE 403P, Argument |
| 229 | | Plaintiff's Response to Defendants' Notice of Deposition of Pharmacia & Upjohn to be Treated as a Set of Interrogatories dated October 25, 2005 | | Liability | FRE 402, FRE 403C, FRE 403P, Argument |
| 231 | | "Methods for Preparing Doxorubicin Derivatives," D.H. Altreuter International Publication No. WO 03/057687 A1 | | Liability | FRE 105, FRE 402, FRE 403C, FRE 802 |
| 232 | | Kaplan, et al., "Phase I Trial of 4-Demethoxydaunorubicin with Single i.v. Doses | | Liability | FRE 105, FRE 402, FRE 403C, FRE 802 |
| 233 | | Physicians Desk Reference, "Adriamycin" (1979) | | Liability | FRE 106, FRE 402, FRE 403C, FRE 602, FRE 802 |
| 234 | | Trissel, "Doxorubicin HCL AHFS 10:00," Handbook of Injectable Drugs (1986) | | Liability | FRE 106, FRE 402, FRE 403P, FRE 403 C, FRE 403W, FRE 802 |

22

MASTER Defendant's Exhibit List

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 235 | | Letter from Timothy Ruane of Pharmacia to Craig Lea of Sicor Pharmaceuticals, Inc. dated August 30, 2000 attached to U.S. Patent No. 6,107,285 | SICOR-PNU 026318-026337 | Damages/Willfulness | |
| 236 | | Sicor Pharmaceutical's Sales Reports for 2005 | SICOR-PNU 084244 | Damages/Willfulness | |
| 237 | | Sicor Pharmaceutical's Sales Reports for 2006 | SICOR-PNU 084245 | Damages/Willfulness | |
| 238 | | Transmittal Cover for P&U Corporate Licensing Contract Distribution--Licensing Agreement for 5-Azacytidine, Effective Date June 7, 2001, between Pharmion Corporation, Pharmion GMBH and Pharmacia and Upjohn Company | PU 0094720-0094757 | Damages/Willfulness | FRE 402, FRE 403C, FRCP 37(c) |
| 239 | | Curriculum Vitae of James Malackowski dated November 14, 2005 | | Damages/Willfulness | FRE 105, FRE 106 |
| 240 | | Index titled "Information Reviewed" by James Malackowski | | Damages/Willfulness | FRE 105, FRE 106 |
| 241 | | Spreadsheet titled "Damages Due to Plaintiff" prepared by James Malackowski | | Damages/Willfulness | FRE 105, FRE 106 |
| 242 | | Spreadsheet titled "Summary of Units of Active Ingredients (In Thousands)" prepared by James Malackowski | | Damages/Willfulness | FRE 105, FRE 106 |
| 243 | | Spreadsheet titled "Idarubicin US Units of Active Ingredients (In Thousands) prepared by James Malackowski | | Damages/Willfulness | FRE 105, FRE 106 |
| 244 | | Spreadsheet titled "Average Selling Price Per Unit of Active Ingredient (In Thousands, Except ASP)" | | Damages/Willfulness | FRE 105, FRE 106 |
| 245 | | Spreadsheet titled "Idarubicin US Revenue (In Thousands)" prepared by James Malackowski | | Damages/Willfulness | FRE 105, FRE 106 |

23

MASTER Defendant's Exhibit List

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 246 | | Spreadsheet titled "US Fludarabine Standard Units (In Thousands)" prepared by James Malackowski | | Damages/Willfulness | FRE 105, FRE 106 |
| 247 | | Spreadsheet titled "US Carboplatin Standard Units (In Thousands)" and "U.S. Carboplatin MG's by Dose (In Thousands) prepared by James Malackowski | | Damages/Willfulness | FRE 105, FRE 106 |
| 248 | | Spreadsheet titled "Pfizer Idamycin PFS US Revenue, Standard Units, Average Selling Price (In Thousands, Except ASP)" prepared by James Malackowski | | Damages/Willfulness | FRE 105, FRE 106 |
| 249 | | Spreadsheets titled "But-For & Pfizer Units Sold by Dosage" and "U.S. Idamycin PFS Revenue & Standard Units (1/97-8/02)" prepared by James Malackowski | | Damages/Willfulness | FRE 105, FRE 106 |
| 250 | | Spreadsheets titled "US Daunorubicin Revenue, Units & Average Selling Price (In Thousands Except ASP)" prepared by James Malackowski | | Damages/Willfulness | FRE 105, FRE 106 |
| 251 | | Spreadsheets titled "Daunorubicin Revenue (In Thousands) prepared by James Malackowski | | Damages/Willfulness | FRE 105, FRE 106 |
| 252 | | Spreadsheets titled "Pharmacia Corp., Selling, General & Administration Expense (In Millions)" prepared by James Malackowski | | Damages/Willfulness | FRE 105, FRE 106 |
| 253 | | Spreadsheets titled "Sicor Inc. SG&A as a Percentage of Revenue 1999-2002 (In Millions)" prepared by James Malackowski | | Damages/Willfulness | FRE 105, FRE 106 |

MASTER Defendant's Exhibit List

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 254 | | Spreadsheets titled "Royalty Source Summary Pharmaceuticals (Marketing & Distribution Rights)" prepared by James Malackowski | | Damages/Willfulness | FRE 105, FRE 106 |
| 255 | | Spreadsheet titled U.S. Sicor Inc. Revenue & Units (2002-2004) prepared by James Malackowski | | Damages/Willfulness | FRE 105, FRE 106 |
| 256 | | Spreadsheet titled "But-For Revenue 9/00-8/02" prepared by James Malackowski | | Damages/Willfulness | FRE 105, FRE 106 |
| 257 | | Spreadsheets titled "Idarubicin U.S. Revenue (In Thousands)" prepared by James Malackowski | | Damages/Willfulness | FRE 105, FRE 106 |
| 258 | | Curriculum Vitae of Gregory K. Bell | | Damages/Willfulness | FRE 106 |
| 259 | | Index titled "Information Reviewed" prepared by Gregory K. Bell | | Damages/Willfulness | FRE 106 |
| 260 | | Spreadsheet titled "Pharmacia's Lost Profits Due to Sicor's Infringing Sales of Idarubicin Hydrochloride Injection" prepared by Gregory K. Bell | | Damages/Willfulness | FRE 106 |
| 261 | | Spreadsheet titled "Pharmacia's Lost Revenue on Lost Sales of Idamycin PFS Duet to Sicor's Infringement" prepared by Gregory K. Bell | | Damages/Willfulness | FRE 106 |
| 262 | | Spreadsheets titled "Pharmacia's Lost Profits on Lost Sales of 5mg Idamycin PFS Units: Schedule 5.1, 5.2, 5.3, 5.4, 5.5, and 5.6" prepared by Gregory K. Bell | | Damages/Willfulness | FRE 106 |
| 263 | | Spreadsheet titled "Pharmacia Idamycin PFS Maximum Manufacturing Requirements" prepared by Gregory K. Bell | | Damages/Willfulness | FRE 106 |

MASTER Defendant's Exhibit List

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 264 | | Spreadsheets titled "Pharmacia U.S. Idamycin PFS Revenue and Unit Sales: Schedule 7.1, 7.2.1, 7.2.2, 7.2.3, 7.2.4, and 7.2.5" prepared by Gregory K. Bell | | Damages/Willfulness | FRE 106 |
| 265 | | Spreadsheets titled "Sicor Idarubicin Hydrochloride Injection Net Unit and Dollar Sales Summary: Schedule 8.1, 8.2.1, 8.2.2, and 8.2.3" prepared by Gregory K. Bell | | Damages/Willfulness | FRE 106 |
| 266 | | Spreadsheet titled "Prejudgment Interest: Schedule 9.1 and 9.2" prepared by Gregory K. Bell | | Damages/Willfulness (Offer of Proof to Judge Only on Prejudgment Interests) | FRE 106 |
| 267 | | Index titled "Information Reviewed" prepared by Gregory K. Bell | | Damages/Willfulness | FRE 106 |
| 268 | | Spreadsheet titled "Pharmacia's Lost Profits Due to Sicor's Infringing Sales of Idarubicin Hydrochloride Injection" prepared by Gregory K. Bell | | Damages/Willfulness | FRE 106 |
| 269 | | Spreadsheet titled "Pharmacia's Lost Profits Due to Sicor's Infringing Sales of Idarubicin Hydrochloride Injection" prepared by Gregory K. Bell | | Damages/Willfulness | FRE 106 |
| 270 | | Spreadsheet titled "Pharmacia's Lost Revenue on Lost Sales or Idamycin PFS Due to Sicor's Infringement" prepared by Gregory K. Bell | | Damages/Willfulness | FRE 106 |
| 271 | | Spreadsheets titled "Pharmacia's Lost Profits on Lost Sales of 5mg Idamycin PFS Units (Assumes Production in Nerviano in 2002 and at Perth in 2003 and 2004): Schedule 5.1, 5.2, 5.3, 5.4, 5.5, 5.6, 5.7, 5.8, 5.9, 5.10, 5.11, 5.12, and 5.13" prepared by Gregory K. Bell | | Damages/Willfulness | FRE 106 |

26

MASTER Defendant's Exhibit List

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 272 | | Spreadsheets titled " Pharmacia Idamycin PFS Maximum Manufacturing Requirements in 2004 Assuming Additional Production Day-Perth, Australia: Schedule 6.1, 6.2, 6.3, 6.4, and 6.5" prepared by Gregory K. Bell | | Damages/Willfulness | FRE 106 |
| 273 | | Spreadsheets titled "Pharmacia U.S. Idamycin PFS Revenue and Unit Sales: Schedule 7.1, 7.2.1, 7.2.2, 7.2.3, 7.2.4, and 7.2.5" prepared by Gregory K. Bell | | Damages/Willfulness | FRE 106 |
| 274 | | Spreadsheets titled "Sicor-Idarubicin Hydrochloride Injection Net Unit and Dollar Sales Summary: Schedule 8.1, 8.2.1, 8.2.2, and 8.2.3" prepared by Gregory K. Bell | | Damages/Willfulness | FRE 106 |
| 275 | | Spreadsheets titled "Prejudgment Interest (Assumes Production of 10 mg at Nerviano in 2002 and 2003 and Perth in 2004 and of 5mg and 20mg at Nerviano in 2002 and Perth in 2003 and 2004): Schedule 9.1, 9.2, and 9.3" prepared by Gregory K. Bell | | Damages/Willfulness | FRE 106 |
| 276 | | Spreadsheets titled "Comparison of Sicor's/Teva's Overall Company Operating Profit Margins with Idarubicin Operating Profit Margins: Schedule 10.1, 10.2, 10.3, and 10.4" prepared by Gregory K. Bell | | Damages/Willfulness | FRE 106 |
| 277 | | Graph titled "Milligrams of Idarubicin Sold" with related spreadsheets: Schedule 11.1, 11.2, 11.3, 11.4.1, 11.4.2, 11.5.1, and 11.5.2, prepared by Gregory K. Bell | | Damages/Willfulness | FRE 106 |

MASTER Defendant's Exhibit List

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 278 | | Petition for Extension of Time and Amendment Submitted January 6, 1993 for Patent Application Serial No. 07/827,742 | PU 0014992-0015000 | Inequitable Conduct/Unclean Hands | FRE 106, FRE 403C, FRE 403W |
| 279 | | Amendment submitted December 23, 1987 for Patent Application Serial No. 06/878/784 | PI 875-886 | Inequitable Conduct/Unclean Hands | FRE 106, FRE 403C, FRE 403W |
| 280 | | Declaration of Carlo Confalonieri dated December 14, 1994 Swedish Patent Application No. 8602743.0 | PU 0028152-0028172 | Inequitable Conduct/Unclean Hands | FRE 105, FRE 106, FRE 402, FRE 403P, FRE 403C, FRE 403W |
| 281 | | Response to Written Questions of Daniel Boehnen dated August 14, 2006 | | Inequitable Conduct/Unclean Hands | FRE 105, FRE 403P, FRE 403C, FRE 501, Argument |
| 282 | | Response to Sicor's Written Questions Served July 31, 2006 as Well as Response to Sicor's Supplemental Inquiries Served August 14, 2006 dated August 31, 2006 | | Inequitable Conduct/Unclean Hands | FRE 105, FRE 403P, FRE 403C, FRE 501, Argument |
| 283 | | Letter form Joshua R. Rich to Reid L. Ashinoff dated July 11, 2005 regarding waiver of attorney-client privilege or work product protection | | Inequitable Conduct/Unclean Hands | FRE 105, FRE 106, FRE 402, FRE 403P, FRE 403C, FRE 403W, FRE 802, Argument |
| 284 | | Defendants' Letter Submission to The Honorable Kent A. Jordan dated June 12, 2006 regarding the right to take the depositions of Daniel Boehnen and Emily Miao | | Inequitable Conduct/Unclean Hands | FRE 105, FRE 402, FRE 403P, FRE 403C, FRE 403W, FRE 602, FRE 802, FRE 805, Argument |
| 285 | | Engagement Letter between Dr. Guiseppe Bottoni and McDonnell Boehnen Hulbert & Berghoff LLP dated June 14, 2005 | | Inequitable Conduct/Unclean Hands | FRE 105, FRE 402, FRE 403P, FRE 403C, FRE 802 |

28

MASTER Defendant's Exhibit List

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 286 | | Letter Daniel Boehnen to Brian T. Moriarty dated June 21, 2005 regarding the status of MBHB's representation of the inventors of the subject matter of the '285 patent | | Inequitable Conduct/Unclean Hands | FRE 105, FRE 106, FRE 402, FRE 403P, FRE 403C, FRE 403W, FRE 802, FRE 805, Argument |
| 287 | | Pharmacia's Response to Defendants' Motion to issue Letter of Request for International Judicial Assistance dated July 29, 2005 | | Inequitable Conduct/Unclean Hands | FRE 105, FRE 402, FRE 403P, FRE 403C, FRE 802, FRE 805, Argument |
| 288 | | Facsimile Memorandum from Daniel A. Boehnen to Dr. R. Metelli dated November 27, 1996 regarding Doxorubicin Patent Applications | PU 0095952 | Inequitable Conduct/Unclean Hands | FRE 105, FRE 106, FRE 402, FRE 403P, FRE 403C, FRE 802 |
| 289 | | Deposition Transcript of Dr. Guiseppe Bottani taken on June 7, 2006 in the matter, Pharmacia & Upjohn v. Sicor, Inc. and Sicor Pharmaceuticals, Case No. 04-833 | | Inequitable Conduct/Unclean Hands | FRE 105, FRE 403P, FRE 403C, FRE 501, FRE 802, Argument |
| 290 | | Deposition Transcript of Dr. Diego Oldani taken on June 9, 2006 in the matter, Pharmacia & Upjohn v. Sicor, Inc. and Sicor Pharmaceuticals, Case No. 04-833 | | Inequitable Conduct/Unclean Hands | FRE 105, FRE 403P, FRE 403C, FRE 501, FRE 802, Argument |
| 291 | | Defendants' Supplemental Responses to First Set of Interrogatories by Plaintiff dated February 4, 2005 | | Inequitable Conduct/Unclean Hands | |
| 292 | | Second Amended Answer to First Amended Complaint, Counterclaim and Demand for Jury Trial dated August 10, 2005 | | Inequitable Conduct/Unclean Hands | |
| 293 | | Defendants' Letter Submission to The Honorable Kent A. Jordan dated July 27, 2005 regarding Pharmacia's request for a protective order to postpone the depositions of Daniel Boehnen, Emily Miao and Jeremy Noe | | Inequitable Conduct/Unclean Hands | FRE 105, FRE 106, FRE 402, FRE 403P, FRE 403C, FRE 403W, FRE 602, FRE 802, FRE 805, Argument |

MASTER Defendant's Exhibit List

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 294 | | Form 8-K filed with the Securities and Exchange Commission dated August 20, 1995 for The Upjohn Company | | Inequitable Conduct/Unclean Hands | FRE 105, FRE 402, FRE 403C, FRE 403W, FRCP 37(c) |
| 295 | | Defendants' Opening Brief in Support of Their Motion for Leave to Amend Their Amended Counterclaim for Inequitable Conduct/Unclean Hands dated September 2, 2005 | | Inequitable Conduct/Unclean Hands | FRE 105, FRE 402, FRE 403C, FRE 403W, Argument |
| 296 | | Defendants' Responses to Pharmacia & Upjohn's Fourth Set of Interrogatories (Inequitable Conduct/Unclean Hands Contention) dated April 11, 2006 | | Inequitable Conduct/Unclean Hands | |
| 297 | | Declaration of Carlo Confalonieri December 9, 1992 for U.S. Patent Application Serial No. 07/827,742 | | Liability | FRE 106, FRE 403C, FRE 403W |
| 299 | | Declaration, Power of Attorney and Petition dated June 23, 1986 | PU 0014905-0014907 | Inequitable Conduct/Unclean Hands | FRE 106, FRE 403C, FRE 403W |
| 300 | | Sv. Aagae Schou & V. Gaunoe Jensen: "Traek af Den Galeniske Farmaci (title)," Sotroe Nordiske Videnskabsbogforlag (publisher), p. 220 (1959) | PU 0076838-0076840 | Inequitable Conduct/Unclean Hands | FRE 105, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 301 | | Windheuser: "The Effect of Buffers on Parenteral Solutions," (Sep./Oct. 1963), vol. 17(5), Bull Parenteral Drug Assoc. | SICOR-PNU 006409-00641 | Inequitable Conduct/Unclean Hands | FRE 105, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 302 | | Erik Sandell: "Isohydria," Galenisk Farmaci, 2nd Edition, Stockholm (1967) | PU 0076858-0076860 | Inequitable Conduct/Unclean Hands | FRE 105, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 303 | | Kjeld Ilver: "Almen Galenisk Farmaci--Forel sningsnoter," Dansk Farmaceutforenings Forlag, (1971), pp. 132-136 | PU 0076829-0076834 | Inequitable Conduct/Unclean Hands | FRE 105, FRE 402, FRE 403P, FRE 802, FRE 805 |

30

MASTER Defendant's Exhibit List

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 304 | | Mori (1980) "Physicochemical Properties and Stability of Aclacinomycin A Hydrochloride", Japan J. Antibiotics 33:618. | SICOR-PNU 005500-005505 | Inequitable Conduct/Unclean Hands | FRE 105, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 305 | | Lachman, et al (1976): "Kinetics Principles and Stability Testing", Theory and Practice of Industrial Pharmacy, 2nd Edition | PU 0011812-0011860 | Inequitable Conduct/Unclean Hands | FRE 105, FRE 402, FRE 403P, FRE 802, FRE 805 |
| 306 | | Fifth Supplemental Information Disclosure Statement Patent Application Serial No. 07/827,742 | | Inequitable Conduct/Unclean Hands | FRE 106, FRE 403C, FRE 403W, FRCP 37(c) |
| 307 | | Spreadsheet titled Reasonable Royalty and Lost Profits prepared by James Malackowski | | Damages/Willfulness | FRE 105 |
| 308 | | Graphs titled Idamycin PFS 10 mg/ml Average Selling Price Actual v. IMS Data | | Damages/Willfulness | FRE 105 |
| 309 | | Opinion Letter with Exhibits from Jessica Brobeck Phleger & Harrison LLP to Wesley N. Fach dated February 28, 2001 regarding Validity Opinion regarding U.S. Patent No. 6,107,285 Entitled "Injection Ready-To-Use Solutions Containing An Antitumor Anthracycline Gylcoside" | SICOR-PNU 056742-056983 | Damages/Willfulness | As to the opinion: FRE 105, FRE 403P, FRE 805; As to the exhibits: FRE 105, FRE 402, FRE 403C, FRE 403W, FRE 802, FRE 805 |
| 310 | | Memorandum from Lisa A. Basara, PhD, RPh, Principal of the Resolutions Group, Inc. to Elizabeth Burns of Pfizer Oncology regarding Qualitative Research among Oncologists, Office Managers, and Oncology Pharmacists regarding Use and Perceptions of Ellence® (epirubicin) for Early-Stage Breast Cancer | PU 0043724-0043727 | Damages/Willfulness | FRE 106, FRE 402, FRE 403C, FRE 403W, FRE 802, FRE 805, FRE 1006 |
| 311 | | Idarubicin Global Analysis | PU 0046147-0046153 | Damages/Willfulness | FRE 106, FRE 403C, FRE 403W, FRE 1006 |

31

MASTER Defendant's Exhibit List

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 312 | | Declaration of Waldemere Priebe, Ph.D. dated February 27, 2001 with exhibits | SICOR-PNU 068487-068680 | Damages/Willfulness | As to the declaration: FRE 105, FRE 106, FRE 403P, FRE 805; As to the exhibits: FRE 105, FRE 402, FRE 403C, FRE 403W, FRE 802, FRE 805 |
| 313 | | Hearing Transcript dated June 16, 2005 | | Inequitable Conduct/Unclean Hands | FRE 105, FRE 402, FRE 403P, FRE 403C, Argument |
| 314 | | Hearing Transcript dated November 1, 2005 | | Inequitable Conduct/Unclean Hands | FRE 105, FRE 402, FRE 403P, FRE 403C, Argument |
| 315 | | Deposition Transcript of Dr. Gaetano Gatti taken on June 8, 2005 | | Inequitable Conduct/Unclean Hands | FRE 105, FRE 403P, FRE 403C, FRE 501, Argument |

1 The "Phase of Litigation" column refers to whether the exhibit is intended to be introduced in the liability phase, willfulness/damages phase, and/or the inequitable conduct/unclean hands bench trial. Sicor reserves the right to introduce exhibits identified for use in the "liability" phase in the willfulness/damages phase and/or the inequitable conduct/unclean hands bench trial. However, Sicor will not introduce in the "liability" phase documents identified exclusively for use in the "willfulness/damages" phase and/or the "inequitable conduct/unclean hands" bench trial. Moreover, Sicor states that additional exhibits would have been included herein to prove non-infringement had the Court accepted Sicor's proposed construction of the disputed claims in this case. Such exhibits would have included, but not been limited to, those exhibits to Sicor's Memorandum of Law in Support of Summary Judgment on Non-Infringement, or in the Alternative for Invalidity for Lack of Written Description (D.I. 246, 247), and Reply Memorandum of Law in Support of Summary Judgment on Non-Infringement, or in the Alternative for Invalidity for Lack of Written Description (D.I. 269), which exhibits are not identified herein. Potential are not included herein.

32