EXHIBIT 8

## CERTIFICATE OF SERVICE

I hereby certify that copies of the forgoing were caused to be served this 5th day of

October, 2005 upon the following in the manner indicated:

### BY HAND DELIVERY

Steven J. Balick
John G. Day
ASHBY & GEDDES
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

### BY FEDERAL EXPRESS

Reid L. Ashinoff
Brian T. Moriarty
William J. Sipio
David R. Baum
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020

Maryellen Noreika

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHARMACIA & UPJOHN COMPANY LLC,    )
                                   )
                 Plaintiff,        )
                                   )
        v.                         )        Civil Action No. 04-833-KAJ
                                   )
SICOR INC. and                     )
SICOR PHARMACEUTICALS, INC.,       )
                                   )
                 Defendants.       )

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff Pharmacia & Upjohn Company, LLC's Second Set of Requests for Admission (Invalidity), Plaintiff Pharmacia & Upjohn Company, LLC's Third Set of Requests for Admission (Documents), Pharmacia & Upjohn's Third Set of Interrogatories, and Pharmacia & Upjohn's Third Set of Requests for Production of Documents and Things were caused to be served on October 5, 2005 upon the following in the manner indicated:

### BY HAND DELIVERY

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

### BY FEDERAL EXPRESS

Reid L. Ashinoff, Esquire
Jordan A. Sigale, Esquire
David R. Baum, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Maryellen Noreika (#3208)
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  *Attorneys for Plaintiff*
  *Pharmacia & Upjohn Company, LLC*

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
Lara V. Fleishman
MCDONNELL BOEHNEN HULBERT
 & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001

October 5, 2005

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on October 5th, 2005 I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Steven J. Balick, Esquire
John G. Day, Esquire
ASHBY & GEDDES

I also certify that copies were caused to be served on October 5th, 2005 upon the following in the manner indicated:

### BY HAND

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Reid L. Ashinoff, Esquire
Brian T. Moriarty, Esquire
William J. Sipio, Esquire
David R. Baum, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

/s/ Maryellen Noreika.
Maryellen Noreika (#3208)
Morris, Nichols, Arsht & Tunnell
(302) 658-9200
mnoreika@mnat.com

10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHARMACIA & UPJOHN COMPANY LLC,    )
                                         )
               Plaintiff,           )
                                         )
        v.                         )     C.A. No. 04-833-KAJ
                                         )
SICOR INC. and                       )
SICOR PHARMACEUTICALS, INC.,      )
                                         )
           Defendants.       )

## PLAINTIFF PHARMACIA & UPJOHN COMPANY, LLC'S
## SECOND SET OF REQUESTS FOR ADMISSION (INVALIDITY)

Plaintiff Pharmacia & Upjohn Company, LLC ("Pharmacia") hereby propounds the following requests for admission upon Defendants Sicor Inc. and Sicor Pharmaceuticals, Inc. ("Sicor") pursuant to Rule 36 of the Federal Rules of Civil Procedure.

These requests should be read and interpreted in accordance with the instructions and definitions set forth in Pharmacia's First Set of Interrogatories, which are expressly incorporated herein by reference. The following definitions shall apply as well.

The term "1972 Arcamone *et al.* reference" shall mean "Structure and Physiochemical Properties of Adriamycin (Doxorubicin)" published in the International Symposium on Adrimycin, p. 9-22 (1972).

The term "1979 Hoffman *et al.* reference" shall mean "Stability of Refrigerated and Frozen Solutions of Doxorubicin Hydrochloride" published in the American Journal of Hospital Pharmacy, vol. 36, p. 1536-38 (1979).

The term "1985 Janssen *et al.* reference" shall mean "Doxorubicin decomposition on storage. Effect of pH, type of buffer and liposome encapsulation" published in the International Journal of Pharmaceutics, vol. 23, p. 1-11 (1985).

The term "1981 Ketchum *et al.* reference" shall mean "Cost Benefit and Stability Study of Doxorubicin Following Reconstitution" published in the American Journal of Intravenous Therapy & Clinical Nutrition, vol. 8, p. 15-18 (1981).

The term "1976 Lachman *et al.* reference" shall mean Chapter 2, entitled "Kinetic Principles and Stability Testing," from The Theory and Practice of Industrial Pharmacy (Lachman *et al.*, eds. 2d Ed. 1976).

The term "April 1980 Mori *et al.* reference" shall mean "Studies on the Stability of Aclacinomycin Hydrochloride. I. Stability of Solution of Aclacinomycin Hydrochloride" published in The Japanese Journal of Antibiotics, vol. XXXIII, p. 466-71 (1980).

The term "May 1980 Mori *et al.* reference" shall mean "Physicochemical Properties and Stability of Aclacinomycin A Hydrochloride" published in The Japanese Journal of Antibiotics, vol. XXXIII, p. 618-22 (1980).

The term "1981 Poochikian *et al.* reference" shall mean "Stability of anthracycline antitumor agents in four infusion fluids" published in the American Journal of Hospital Pharmacy, vol. 38, p. 483-86 (1981).

The term "1980 Vigevani & Williamson reference" shall mean "Doxorubicin" published in Analytical Profiles of Drug Substances, vol. 9, p. 245-75 (1980).

The term "1983 Wassermann & Bundgaard reference" shall mean "Kinetics of the acid-catalyzed hydrolysis of doxorubicin" published in the International Journal of Pharmaceutics, vol. 14, p. 73-78 (1983).

2

The term "1963 Windhauser reference" shall mean "The Effect of Buffers on Parenteral Solutions" published in The Bulletin of the Parenteral Drug Association, vol. 17, p. 1-8 (1963).

Other terms shall be given the same meaning that Sicor believes they should be given in the context of the claims of the '285 patent.

Please respond to every Request, including by specifying so much of each Request as is true.

## REQUESTS FOR ADMISSION

### REQUEST FOR ADMISSION NO. 427

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution.

### REQUEST FOR ADMISSION NO. 428

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside.

### REQUEST FOR ADMISSION NO. 429

The 1972 Arcamone *et al.* reference does not disclose idarubicin hydrochloride in any formulation.

### REQUEST FOR ADMISSION NO. 430

The 1972 Arcamone *et al.* reference does not discuss idarubicin hydrochloride in any formulation.

### REQUEST FOR ADMISSION NO. 431

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride.

3

**REQUEST FOR ADMISSION NO. 432**

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid.

**REQUEST FOR ADMISSION NO. 433**

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid.

**REQUEST FOR ADMISSION NO. 434**

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with hydrochloric acid.

**REQUEST FOR ADMISSION NO. 435**

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid.

**REQUEST FOR ADMISSION NO. 436**

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 437**

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin

4

hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 438**

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**REQUEST FOR ADMISSION NO. 439**

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**REQUEST FOR ADMISSION NO. 440**

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside wherein the concentration of anthracycline glycoside is about 1 mg/ml.

**REQUEST FOR ADMISSION NO. 441**

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 442**

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 443**

The 1972 Arcamone *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent,

6

having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 444**

The 1979 Hoffman *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride.

**REQUEST FOR ADMISSION NO. 445**

The 1979 Hoffman *et al.* reference does not disclose idarubicin hydrochloride in any formulation.

**REQUEST FOR ADMISSION NO. 446**

The 1979 Hoffman *et al.* reference does not discuss idarubicin hydrochloride in any formulation.

**REQUEST FOR ADMISSION NO. 447**

The 1979 Hoffman *et al.* reference does not disclose a solution having a pH adjusted to from 2.5 to 5.0.

**REQUEST FOR ADMISSION NO. 448**

The 1979 Hoffman *et al.* reference does not disclose a solution having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid.

**REQUEST FOR ADMISSION NO. 449**

The 1979 Hoffman *et al.* reference does not disclose a solution having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid.

**REQUEST FOR ADMISSION NO. 450**

The 1979 Hoffman *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**REQUEST FOR ADMISSION NO. 451**

The 1979 Hoffman *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**REQUEST FOR ADMISSION NO. 452**

The 1979 Hoffman *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside wherein the concentration of anthracycline glycoside is about 1 mg/ml.

**REQUEST FOR ADMISSION NO. 453**

The 1979 Hoffman *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin

8

hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 454**

The 1979 Hoffman *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 455**

The 1979 Hoffman *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 456**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution.

9

**REQUEST FOR ADMISSION NO. 457**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside.

**REQUEST FOR ADMISSION NO. 458**

The 1985 Janssen *et al.* reference does not disclose idarubicin hydrochloride in any formulation.

**REQUEST FOR ADMISSION NO. 459**

The 1985 Janssen *et al.* reference does not discuss idarubicin hydrochloride in any formulation.

**REQUEST FOR ADMISSION NO. 460**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride.

**REQUEST FOR ADMISSION NO. 461**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid.

**REQUEST FOR ADMISSION NO. 462**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid.

**REQUEST FOR ADMISSION NO. 463**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with hydrochloric acid.

**REQUEST FOR ADMISSION NO. 464**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid.

**REQUEST FOR ADMISSION NO. 465**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 466**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 467**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 468**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**REQUEST FOR ADMISSION NO. 469**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**REQUEST FOR ADMISSION NO. 470**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside wherein the concentration of anthracycline glycoside is about 1 mg/ml.

**REQUEST FOR ADMISSION NO. 471**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride,

12

doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 472**

The 1985 Janssen *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 473**

The 1981 Ketchum *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride.

**REQUEST FOR ADMISSION NO. 474**

The 1981 Ketchum *et al.* reference does not disclose idarubicin hydrochloride in any formulation.

**REQUEST FOR ADMISSION NO. 475**

The 1981 Ketchum *et al.* reference does not disclose idarubicin hydrochloride in any formulation.

**REQUEST FOR ADMISSION NO. 476**

The 1981 Ketchum *et al.* reference does not disclose a solution having a pH adjusted to from 2.5 to 5.0.

13

**REQUEST FOR ADMISSION NO. 477**

The 1981 Ketchum *et al.* reference does not disclose a solution having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid.

**REQUEST FOR ADMISSION NO. 478**

The 1981 Ketchum *et al.* reference does not disclose a solution having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid.

**REQUEST FOR ADMISSION NO. 479**

The 1981 Ketchum *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**REQUEST FOR ADMISSION NO. 480**

The 1981 Ketchum *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

14

**REQUEST FOR ADMISSION NO. 481**

The 1981 Ketchum *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside wherein the concentration of anthracycline glycoside is about 1 mg/ml.

**REQUEST FOR ADMISSION NO. 482**

The 1981 Ketchum *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 483**

The 1981 Ketchum *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 484**

The 1981 Ketchum *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent,

15

having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 485**

The 1976 Lachman *et al.* reference does not teach that buffers contribute to degradation.

**REQUEST FOR ADMISSION NO. 486**

The 1976 Lachman *et al.* reference does not teach that buffers necessarily contribute to degradation, only that they "can catalyze the degradation."

**REQUEST FOR ADMISSION NO. 487**

The 1976 Lachman *et al.* reference does not teach that one should use hydrochloric acid to adjust pH.

**REQUEST FOR ADMISSION NO. 488**

The 1976 Lachman *et al.* reference does not teach that one should use hydrochloric acid instead of a buffer to adjust pH.

**REQUEST FOR ADMISSION NO. 489**

The 1976 Lachman *et al.* reference does not discuss hydrochloric acid.

**REQUEST FOR ADMISSION NO. 490**

The 1976 Lachman *et al.* reference does not discuss the use of hydrochloric acid to adjust pH.

**REQUEST FOR ADMISSION NO. 491**

The 1976 Lachman *et al.* reference teaches that, "[i]f the degradation reaction is found to be influenced by different concentration of buffer, then . . . . the concentration of the buffer ratio should be kept as low as possible to diminish the catalytic effect."

16

**REQUEST FOR ADMISSION NO. 492**

The 1976 Lachman *et al.* reference does not suggest the use of hydrochloric acid to adjust pH, instead teaching that buffer concentration should be kept as low as possible to diminish the catalytic effect.

**REQUEST FOR ADMISSION NO. 493**

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution.

**REQUEST FOR ADMISSION NO. 494**

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside.

**REQUEST FOR ADMISSION NO. 495**

The April 1980 Mori *et al.* reference does not disclose idarubicin hydrochloride in any formulation.

**REQUEST FOR ADMISSION NO. 496**

The April 1980 Mori *et al.* reference does not discuss idarubicin hydrochloride in any formulation.

**REQUEST FOR ADMISSION NO. 497**

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride.

**REQUEST FOR ADMISSION NO. 498**

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid.

17

**REQUEST FOR ADMISSION NO. 499**

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid.

**REQUEST FOR ADMISSION NO. 500**

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with hydrochloric acid.

**REQUEST FOR ADMISSION NO. 501**

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid.

**REQUEST FOR ADMISSION NO. 502**

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 503**

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said

18

anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 504**

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**REQUEST FOR ADMISSION NO. 505**

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**REQUEST FOR ADMISSION NO. 506**

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside wherein the concentration of anthracycline glycoside is about 1 mg/ml.

19

**REQUEST FOR ADMISSION NO. 507**

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 508**

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 509**

The April 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

20

**REQUEST FOR ADMISSION NO. 510**

The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution.

**REQUEST FOR ADMISSION NO. 511**

The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside.

**REQUEST FOR ADMISSION NO. 512**

The May 1980 Mori *et al.* reference does not disclose idarubicin hydrochloride in any formulation.

**REQUEST FOR ADMISSION NO. 513**

The May 1980 Mori *et al.* reference does not discuss idarubicin hydrochloride in any formulation.

**REQUEST FOR ADMISSION NO. 514**

The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride.

**REQUEST FOR ADMISSION NO. 515**

The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid.

**REQUEST FOR ADMISSION NO. 516**

The May1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a

physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid.

**REQUEST FOR ADMISSION NO. 517**

The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with hydrochloric acid.

**REQUEST FOR ADMISSION NO. 518**

The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid.

**REQUEST FOR ADMISSION NO. 519**

The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 520**

The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container.

22

**REQUEST FOR ADMISSION NO. 521**

The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**REQUEST FOR ADMISSION NO. 522**

The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**REQUEST FOR ADMISSION NO. 523**

The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside wherein the concentration of anthracycline glycoside is about 1 mg/ml.

**REQUEST FOR ADMISSION NO. 524**

The May1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin

hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 525**

The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 526**

The May 1980 Mori *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 527**

The May 1980 Mori *et al.* reference does not suggest that pharmaceutical preparations of anthracycline glycosides should be in solution, instead stating, "In pharmaceutical preparations

24

of ACM-HCl, therefore, it should be lyophilized or dry-filled into ampules or vials with a stabilizer including lactose or maltose."

**REQUEST FOR ADMISSION NO. 528**

The 1981 Poochikian *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride.

**REQUEST FOR ADMISSION NO. 529**

The 1981 Poochikian *et al.* reference does not disclose idarubicin hydrochloride in any formulation.

**REQUEST FOR ADMISSION NO. 530**

The 1981 Poochikian *et al.* reference does not discuss idarubicin hydrochloride in any formulation.

**REQUEST FOR ADMISSION NO. 531**

The 1981 Poochikian *et al.* reference does not disclose a solution having a pH adjusted to from 2.5 to 5.0.

**REQUEST FOR ADMISSION NO. 532**

The 1981 Poochikian *et al.* reference does not disclose a solution having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid.

**REQUEST FOR ADMISSION NO. 533**

The 1981 Poochikian *et al.* reference does not disclose a solution having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid.

**REQUEST FOR ADMISSION NO. 534**

The 1981 Poochikian *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**REQUEST FOR ADMISSION NO. 535**

The 1981 Poochikian *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**REQUEST FOR ADMISSION NO. 536**

The 1981 Poochikian *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside wherein the concentration of anthracycline glycoside is about 1 mg/ml.

**REQUEST FOR ADMISSION NO. 537**

The 1981 Poochikian *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin

hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 538**

The 1981 Poochikian *et al.* reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 539**

The 1981 Poochikian *et al.* reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 540**

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution.

27

**REQUEST FOR ADMISSION NO. 541**

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside.

**REQUEST FOR ADMISSION NO. 542**

The 1980 Vigevani & Williamson reference does not disclose idarubicin hydrochloride in any formulation.

**REQUEST FOR ADMISSION NO. 543**

The 1980 Vigevani & Williamson reference does not discuss idarubicin hydrochloride in any formulation.

**REQUEST FOR ADMISSION NO. 544**

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride.

**REQUEST FOR ADMISSION NO. 545**

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid.

**REQUEST FOR ADMISSION NO. 546**

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid.

**REQUEST FOR ADMISSION NO. 547**

The1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with hydrochloric acid.

**REQUEST FOR ADMISSION NO. 548**

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid.

**REQUEST FOR ADMISSION NO. 549**

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 550**

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container.

29

**REQUEST FOR ADMISSION NO. 551**

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**REQUEST FOR ADMISSION NO. 552**

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**REQUEST FOR ADMISSION NO. 553**

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside wherein the concentration of anthracycline glycoside is about 1 mg/ml.

**REQUEST FOR ADMISSION NO. 554**

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin

30

hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 555**

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 556**

The 1980 Vigevani & Williamson reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 557**

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution.

31

**REQUEST FOR ADMISSION NO. 558**

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of anthracycline glycoside.

**REQUEST FOR ADMISSION NO. 559**

The 1983 Wassermann & Bundgaard reference does not disclose idarubicin hydrochloride in any formulation.

**REQUEST FOR ADMISSION NO. 560**

The 1983 Wassermann & Bundgaard reference does not discuss idarubicin hydrochloride in any formulation.

**REQUEST FOR ADMISSION NO. 561**

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride.

**REQUEST FOR ADMISSION NO. 562**

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid.

**REQUEST FOR ADMISSION NO. 563**

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid.

**REQUEST FOR ADMISSION NO. 564**

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with hydrochloric acid.

**REQUEST FOR ADMISSION NO. 565**

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of anthracycline glycoside having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid.

**REQUEST FOR ADMISSION NO. 566**

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of anthracycline glycoside, wherein said solution is contained in a sealed container.

**REQUEST FOR ADMISSION NO. 567**

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container.

33

**REQUEST FOR ADMISSION NO. 568**

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of anthracycline glycoside, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**REQUEST FOR ADMISSION NO. 569**

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said range using said acids.

**REQUEST FOR ADMISSION NO. 570**

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of anthracycline glycoside wherein the concentration of anthracycline glycoside is about 1 mg/ml.

**REQUEST FOR ADMISSION NO. 571**

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin

hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

### REQUEST FOR ADMISSION NO. 572

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride, and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

### REQUEST FOR ADMISSION NO. 573

The 1983 Wassermann & Bundgaard reference does not disclose a physiologically acceptable solution of idarubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with physiologically acceptable hydrochloric acid, the concentration of said anthracycline glycoside being about 1 mg/ml, wherein said solution is contained in a sealed container.

### REQUEST FOR ADMISSION NO. 574

The 1963 Windhauser reference does not indicate that buffers contribute to degradation.

**REQUEST FOR ADMISSION NO. 575**

The 1963 Windhauser reference does not indicate that buffers necessarily contribute to degradation, only that they "may act as a catalyst."

**REQUEST FOR ADMISSION NO. 576**

The 1963 Windhauser reference does not indicate that one should use hydrochloric acid to adjust pH.

**REQUEST FOR ADMISSION NO. 577**

The 1963 Windhauser reference does not indicate that one should use hydrochloric acid instead of a buffer to adjust pH.

**REQUEST FOR ADMISSION NO. 578**

The 1963 Windhauser reference does not discuss hydrochloric acid.

**REQUEST FOR ADMISSION NO. 579**

The 1963 Windhauser reference does not discuss the use of hydrochloric acid to adjust pH.

**REQUEST FOR ADMISSION NO. 580**

The 1963 Windhauser reference discloses that "the catalytic effect of buffers is quite dependent on the species in solution."

**REQUEST FOR ADMISSION NO. 581**

The 1963 Windhauser reference does not suggest the use of hydrochloric acid to adjust pH, instead disclosing that a buffer "may be non-catalytic at one pH but causes degradation at another pH value."

36

MORRIS, NICHOLS, ARSHT & TUNNELL

_Maryellen Noreika_ (signature)

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  *Attorneys for Plaintiff*
  *Pharmacia & Upjohn Company, LLC*

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
Lara V. Fleishman
MCDONNELL BOEHNEN HULBERT
 & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001

October 5, 2005

## CERTIFICATE OF SERVICE

I hereby certify that copies of the forgoing were caused to be served this 5th day of October, 2005 upon the following in the manner indicated:

### BY HAND DELIVERY

Steven J. Balick
John G. Day
ASHBY & GEDDES
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

### BY FEDERAL EXPRESS

Reid L. Ashinoff
Brian T. Moriarty
William J. Sipio
David R. Baum
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020

_____
Maryellen Noreika

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-833-KAJ |
| | ) | |
| SICOR INC. and | ) | |
| SICOR PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff Pharmacia & Upjohn Company, LLC's Second Set of Requests for Admission (Invalidity), Plaintiff Pharmacia & Upjohn Company, LLC's Third Set of Requests for Admission (Documents), Pharmacia & Upjohn's Third Set of Interrogatories, and Pharmacia & Upjohn's Third Set of Requests for Production of Documents and Things were caused to be served on October 5, 2005 upon the following in the manner indicated:

### BY HAND DELIVERY

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

### BY FEDERAL EXPRESS

Reid L. Ashinoff, Esquire
Jordan A. Sigale, Esquire
David R. Baum, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

MORRIS, NICHOLS, ARSHT & TUNNELL


/s/ Maryellen Noreika (#3208)
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  *Attorneys for Plaintiff*
  *Pharmacia & Upjohn Company, LLC*

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
Lara V. Fleishman
MCDONNELL BOEHNEN HULBERT
 & BERGHOFF LLP
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001

October 5, 2005

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on October 5th, 2005 I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Steven J. Balick, Esquire
John G. Day, Esquire
ASHBY & GEDDES

I also certify that copies were caused to be served on October 5th, 2005 upon the following in the manner indicated:

### BY HAND

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE  19801

### BY FEDERAL EXPRESS

Reid L. Ashinoff, Esquire
Brian T. Moriarty, Esquire
William J. Sipio, Esquire
David R. Baum, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY  10020

/s/ Maryellen Noreika.
Maryellen Noreika (#3208)
Morris, Nichols, Arsht & Tunnell
 (302) 658-9200
mnoreika@mnat.com

11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHARMACIA & UPJOHN COMPANY, LLC,  )
                             )
         Plaintiff,          )
                             )
      v.               )    C.A. No. 04-833-KAJ
                             )
SICOR INC. and SICOR           )
PHARMACEUTICALS, INC.,      )
                             )
        Defendants.      )

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to this Court's Amended Scheduling Order of December 6, 2005 and the Stipulated Order of May 22, 2006, Plaintiff Pharmacia & Upjohn Company, LLC ("Pharmacia") and Defendants Sicor, Inc. and SICOR Pharmaceuticals, Inc. (collectively, "Sicor") herein provide a Joint Claim Construction Chart listing the claim terms, as well as their proposed constructions, at issue in this case. For those terms that are contested, each Party's proposed construction is provided; for those terms that are not contested, a jointly proposed construction is provided.

**Claim 1**

| Claim Language | Pharmacia's Proposed Construction | Sicor's Proposed Construction |
|---|---|---|
| A physiologically acceptable solution | a solution that is stable, sterile, pyrogen-free, and otherwise suitable for administration to humans or animals | a solution that is suitable for administration to humans or animals |
| of | of | including, but not limited to, |

| Claim Language | Pharmacia's Proposed Construction | Sicor's Proposed Construction |
|---|---|---|
| anthracycline glycoside | a class of chemical compounds having the following generic structure:<br> | a non-lyophilized preparate of the class of chemical compounds having the following generic structure:<br> |
| selected from the group consisting of | either [element a], [element b], [element c] … or [element x], but not combinations of the elements | |
| idarubicin hydrochloride | a monohydrochloride salt form of an anthracycline glycoside compound having the following structure:<br> | |
| doxorubicin hydrochloride | a monohydrochloride salt form of an anthracycline glycoside compound having the following structure:<br> | |

2

| Claim Language | Pharmacia's Proposed Construction | Sicor's Proposed Construction |
|---|---|---|
| epirubicin hydrochloride | a monohydrochloride salt form of an anthracycline glycoside compound having the following structure:  | |
| dissolved in | dissolved in | |
| a physiologically acceptable aqueous solvent | an aqueous solvent that is stable, sterile, pyrogen-free, and otherwise suitable for administration to humans or animals | an aqueous solvent that is suitable for administration to humans or animals |
| having a pH adjusted to from 2.5 to 5.0 | obtaining a solution that has a pH within the specified range due to the use of a pH adjusting agent | |
| with | with | |
| a physiologically acceptable acid | an acid that is stable, sterile, pyrogen-free, and otherwise suitable for administration to humans or animals | an acid that is suitable for administration to humans or animals |
| selected from the group consisting of | either [element a], [element b], [element c] ... or [element x], but not combinations of the elements | |
| hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid | hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid | |
| the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml | the concentration is between 0.1 and 100 mg/ml, inclusive | |
| wherein said solution is contained in | wherein the solution is contained in | |
| a sealed container | a closed container which is further secured against access, leakage and passage by a fastening, membrane, or coating that must be broken to be removed | a container that is closed in some fashion such that is does not allow the passage of the solution |

3