EXHIBIT 10

incorrect, without Sicor having the opportunity to examine those "witnesses," would be fundamentally unfair to Sicor. Thus, the "narrow exception" to the rule against the admission of hearsay contained in Fed. R. Evid. 703 does not apply here.

In addition, Ms. Guerra's statement of purported "fact" in her expert report (and related deposition testimony) suggesting that she was "personally familiar" with nurses (including herself) who suffered a host of problems – including sterility and miscarriages – is based entirely on speculation. Ms. Guerra admitted during her deposition that she is not licensed to diagnose diseases or causation. (Ex. E: Guerra dep. at 10-11). Ms. Guerra also admitted during her deposition that she in fact had *no* personal knowledge of any nurse (including herself) having been diagnosed by a physician with any of the ailments she lists in her report. (*Id.* at 128-130). Her purported "factual" statement thus lacks foundation and should be excluded from evidence. Moreover, to the extent Ms. Guerra attempts to testify that her own miscarriage was caused by exposure to anthracycline glycosides, it would be prejudicial to Sicor and would have no probative value to the invalidity question the jury will be asked to consider. Such testimony would likely be designed to enflame the passions of the jury in favor of Pharmacia – to Sicor's detriment. Her testimony on that and similar subjects should be excluded at trial on that basis as well.

## CONCLUSION

For the foregoing reasons, Sicor respectfully requests that the Court preclude evidence and argument relating to the Dana, Horstman and Holton-Smith declarations, and concerning Ms. Guerra's alleged knowledge of disease causation.

A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHARMACIA & UPJOHN COMPANY, LLC

Plaintiff,

v.

SICOR, INC., and
SICOR PHARMACEUTICALS, INC.

Defendants.

Civil Action No. 04-833 KAJ

## EXPERT REPORT OF LAURA T. GUERRA

I, LAURA T. GUERRA, being over the age of eighteen and competent in all respects to testify, hereby declare as follows:

I.     STATEMENT OF QUALIFICATIONS

A copy of my *curriculum vitae*, which includes a listing of my publications, is attached to this report as Exhibit A.

I am the Associate Director for Research Operations for the Translational Oncology Program at US Oncology. I received my A.S. in Nursing in 1973 from Galveston College and became a registered nurse. In 1973, I served as a graduate nurse in the Department of Nursing at the University of Texas Medical Branch in Galveston, Texas. Then, from 1974 to 2004, I served as a hospital staff nurse, outpatient chemotherapy nurse, clinical research nurse, and clinical research nurse supervisor at the University of Texas M.D. Anderson Cancer Center in Houston, Texas. During part of that time, I also moonlighted at another hospital. In those positions, I personally worked with and developed first-hand knowledge of certain aspects of anthracycline glycosides, especially in relation to breast cancers.

II.  BACKGROUND AND COMPENSATION

I have not testified, either by deposition or at trial, as an expert in any case. . I am being compensated at the rate of $ 175.00 per hour, plus expenses, for my efforts in conjunction with this litigation.

III.  INFORMATION CONSIDERED AND ASSUMPTIONS

I have been retained by the law firm of McDonnell Boehnen Hulbert & Berghoff LLP to provide a historical review of the use of anthracycline glycosides. I understand that discovery in the case is ongoing, and that I may be asked to address other related issues if further information becomes available.

In forming my analysis and comparison, in addition to my personal knowledge, I have considered the following materials:

a.  U.S. Patent No. 6,107,285 ("the '285 patent");

b.  Linda Kathryn Barry et al., *Promoting the Responsible Handling of Antineoplastic Agents in the Community*, 12 Oncology Nursing F. 41 (1985);

c.  Marsha M. Cloak et al., *Occupational Exposure of Nursing Personnel to Antineoplastic Agents*, 12 Oncology Nursing F. 33 (1985);

d.  Kai Falck et al., *Mutagenicity of Urine of Nurses Handling Cyctostatic Drugs*, The Lancet, June 9, 1979, at 1250;

e.  Kari Hemminki et al., *Spontaneous abortions and malformations in the offspring of nurses exposed to anaesthetic gases, cytostatic drugs, and other potential hazards in hospitals, based on registered information of outcome*, 39 J. Epidemiology & Community Health 141 (1985);

f.  Bonnie Rogers, *Work Practices of Nurses Who Handle Antineoplastic Agents*, 35 AAOHN J. 24 (1987) (citing Olver, I. & Scharz, M., *Use of dimethyl sulfoxide in limiting tissue damage caused by extravasation of doxorubicin*, 67 Cancer Treatment Rep. 407);

g.  Sherry G. Selevan et al., *A Study of Occupational Exposure to Antineoplastic Drugs and Fetal Loss in Nurses*, 313 New Eng. J. Med. 173 (1985);

h.     Eero A. Sotaniemi et al., *Liver Damage in Nurses Handling Cytostatic Agents*, 214 Acta Med. Scandanavia 181 (1983);

i.     Roger W. Anderson et al., *Risk of handling injectable antineoplastic agents*, 39 Am. J. Hospital Pharmacy 1881 (1982);

j.     Geneviève Aubel-Sadron & Danielle Londos-Gagliardi, *Daunorubicin and doxorubicin, anthracycline antibiotics, a physicochemical and biological review*, 66 *Biochimie* 333 (1984);

k.     T. Balazs & V.J. Ferrans, *Cardiac Lesions Induced by Chemicals*, 26 Envtl. Health Persp. 181 (1978);

l.     R.J. Maral & M. Jouanne, *Toxicology of Daunorubicin in Animals and Man*, 65 Cancer Treatment Rep. 9 (1981);

m.     Tot V. Nguyen et al, *Exposure of Pharmacy Personnel to Mutagenic Antineoplastic* Drugs, 42 Cancer Res. 4792 (1982);

n.     Marja Sorsa et al., *Occupational exposure to anticancer drugs—Potential and real hazards*, 154 Mutation Res. 135 (1985);

o.     Miriam C. Vaughn & William D. Christensen, *Occupational Exposure to Cancer Chemotherapeutic Drugs: A Literature Review*, 46 Am. Indus. Hygiene Assoc. B-8 (1985);

p.     H. Waksvik et al., Chromosome Analyses of Nurses Handling Cytostatic Agents, 65 Cancer Treatement Rep. 607 (1981);

q.     Dominic A. Solimando & James P. Wilson, *Demonstration of Skin Fluorescence Following Exposure to Doxorubicin*, Cancer Nursing, August 1983, at 313 (citing H. Marquadt et al., *Tumorigenicity* in vivo *and introduction of malignant transformation and mutagenesis in cell cultures by Adriamycin and Daunomycin*, 36 Cancer Res. 2065 (1979) and B.R. Harrison, *Developing Guidelines for working with antineoplastic agents*, 38 Am. J. Hospital Pharmacy 1686 (1981));

r.     Guidelines for Handling Parenteral Antineoplastics, 253 JAMA 1590 (1985): (citing B.R. Harrison, *Developing Guidelines for working with antineoplastic agents*, 38 Am. J. Hospital Pharmacy 1686 (1981));

s.     The Physician's Desk Reference entries on Adriamycin PFS and RDF and Idamycin;

t.     Declaration under Rule 1.132 of William J. Dana;

u.     Declaration under Rule 1.132 of Mary Horstman; and

3

v.    Declaration under Rule 1.132 of Debra Holton-Smith.

I incorporate these materials into this report and into my opinion.

IV.    SUMMARY OF OPINIONS

Through both opinion and personal experience, I know that nurses and other medical personnel were growing concerned about the harmful health effects of anthracycline glycosides by 1985. It is my opinion that lyophilized anthracycline glycosides, as used in hospitals as of that time and reconstituted by nurses, presented a substantial health risk to nurses. It is also my opinion that most of that health risk was later avoided through the use of ready-to-use formulations of anthracycline glycosides in sealed containers. It is another opinion of mine that ready-to-use formulations of anthracycline glycosides provided other benefits, including both added safety for medical personnel and patients and convenience. I may also testify regarding my experience with anthracycline glycosides, including their treatment for various cancers.

V.    OPINIONS

The University of Texas M.D. Anderson Cancer Center is one of the largest and most advanced cancer treatment centers in the world. During my employment as an oncology nurse with UT M.D. Anderson, I worked with anthracycline glycosides on a daily or near-daily basis, as well as related drugs. My first exposure to anthracycline glycosides was in powdered, lyophilized form. One of the first anthracycline glycosides I worked with was doxorubicin, known at first as Adriamycin. I later worked with other anthracycline glycosides, including epirubicin. That work included reconstituting solutions of anthracycline glycosides by dissolving the lyophilizate in water. That is, I am personally familiar with the use and reconstitution of anthracycline glycosides as part of a treatment regimen.

4

Anthracycline glycosides are very powerful chemotherapy drugs for a variety of different cancers. For example, Adriamycin RDF (the lyophilized form of doxorubicin described in the PDR entry) and Adriamycin PFS (the ready-to-use solution form of doxorubicin described in the PDR entry) were indicated "to produce regression in disseminated neoplastic conditions such as acute lymphoblastic leukemia, acute myeloblastic leukemia, Wilms' tumor, neuroblastoma, soft tissue and bone sarcomas, breast carcinoma, ovarian carcinoma, transitional cell bladder carcinoma, thyroid carcinoma, gastric carcinoma, Hodgkin's disease, malignant lymphoma and bronchogenic carcinoma in which the small cell histologic type is the most responsive compared to other cell types." I also worked with epirubicin in clinical trials in metastatic breast cancer. I am most familiar with the use of doxorubicin, the active pharmaceutical ingredient in Adriamycin RDF and PFS, because it has been on the market for many years and was (and is perhaps still) the most commonly used anthracycline glycoside. I used doxorubicin in the treatment of acute lymphoblastic leukemia and acute myeloblastic leukemia from 1974 to 1976, for a variety of malignancies during my role as a chemotherapy nurse and in the breast cancer field from 1977 to 1994.

In 1985, oncology nurses were just beginning to become generally aware of just how toxic lyophilized anthracycline glycosides were. About that time, a study was performed at M.D. Anderson, with the results published in Oncology Nursing Forum. I contributed to that study. The study accurately reflected the tasks performed by oncology nurses at M.D. Anderson, and the exposure to anthracycline glycosides in the performance of those tasks:

> During the 5 days at work, the 10 nurses in Group 1 handled 751 doses of antineoplastic agents. This represents a mean of 75.1 doses of antineoplastic agents handled by each nurse in the 5-day period. Specific agents handled by this group and their mutagenicity are listed in Table 2. Nurses performed more than one task (as previously identified) with a single dose. For example, a nurse primed the IV tubing with an agent, connected the tubing to an infusion system

5

(administer), and, when the infusion was complete, disconnected the tubing and disposed of the container. At the time of this study, these nurses wore no protective clothing as they performed these tasks with antineoplastic agents. The nurses performed a total of 2155 manipulative tasks within this 5-day work week, or an average of 2.87 tasks with each dose. Accompanying these tasks were 207 self-detected skin contacts (Table 3); therefore 9.6% of the total tasks performed were associated with skin contact. Self-detected skin contacts were reported with all seven tasks performed by these 10 nurses. However, for each task at least one nurse reported no self-detected skin contacts, as evidenced by a bottom range of zero for each task. The greatest frequency of skin contact (26%) occurred when priming the I-MED Volumetric Infusion Pump™. The frequency with all other tasks was lower and within a relatively narrow range (4.4%-10.6%).

The three nurses in Group 2 who admixed and administered antineoplastic agents handled 94 doses during the 5 days at work, for a mean of 31.1 doses of antineoplastic agents handled by each nurse. Specific agents handled within this group, along with their mutagenicity, are listed in Table 2. These nurses also performed more than one task with a single dose with a total of 259 manipulative tasks being recorded within the 5 day work week, averaging 2.76 tasks for each dose. Preparation of antineoplastic agents was done on an open counter. Through random observations made each day during the study week it was noted that two of the three nurses wore surgical gloves only when preparing antineoplastic agents. However, one of these two nurses by day 4 of the work week began wearing surgical latex gloves to perform all tasks involving antineoplastic agents. The nurses reported 13 self-detected skin contacts accompanying these tasks (Table 4); therefore 5% of the total tasks performed were associated with skin contact. No self-detected skin contacts were reported for four of the eight tasks. For the other four tasks, as in Group 1, at least one nurse reported no self-detected skin contacts, as reflected by a bottom range of zero for each task (Table 4).

In Group 3, the seven LVNs and aides disposed of 305 specimens of excreta, during the 5 days at work for a mean of 43.5 specimens per person. Excreta included urine, emesis, and stool. Of the total number of specimens, 52 (17%) were from patients who had received an antineoplastic agent within the previous 32 hours. Antineoplastic agents received by these patients and their mutagenicity are listed in Table 2. For the 305 specimens handled, 54 self-detected skin contacts were reported, with a range of 0-35. Thus, 18% of the specimens disposed of were associated with self-detected skin contact.

The nurses' actions, and the exposure to antineoplastic agents, observed in the 1985 Cloak Oncology Nursing Forum article comported with my experience at M.D. Anderson.

The reconstitution of lyophilized anthracycline glycosides at that time involved several steps. First, water was withdrawn from a bottle with a syringe. Second, the water was injected

6

into the vial containing lyophilized anthracycline glycoside. This step was the one in reconstitution most likely to lead to spilling of the anthracycline glycoside because of the pressure that had to be exerted in injecting the water and the withdrawal of the syringe from the vial. Third, the mixture was agitated until all of the anthracycline glycoside was in solution. Fourth, the reconstituted anthracycline glycoside solution was withdrawn from the vial and injected into a 50 ml bottle or bag of i.v. solution to be administered to the patient. Fifth, any remaining anthracycline glycoside solution would be disposed of.

I was also aware, from my work at another hospital in the Texas Medical Center, that other hospitals had somewhat different protocols for handling anthracycline glycosides. Specifically, physicians, not nurses, administered the drugs and pushed the drugs into the i.v. instead of an i.v. drip. However, to my knowledge, those other protocols did not (and could not) make the handling of anthracycline glycosides much safer.

The articles I reviewed (which I incorporate into this report) show what oncology nurses learned in the mid- and late-1980's: that anthracycline glycosides could be quite dangerous for the nurses themselves. For example, the 1985 Barry article in Oncology Nursing Forum stated both that "[d]irectly irritating effects of doxorubicin [and] daunorubicin . . . have been documented in individuals who handle these agents," and that doxorubicin was shown to be teratogenic in animal studies. The 1987 Rogers AAOHN Journal article indicated that doxorubicin causes local toxic and allergic reactions in skin and mucous membranes. The 1987 Selevan New England Journal of Medicine article found a correlation between nurses' occupational exposure to antineoplastic drugs (including doxorubicin) and fetal loss. The article in Oncology Nursing Forum, as well as the other Oncology Nursing Forum article published that year, became relatively commonly (and contemporaneously) known in the oncology nursing

7

field.  In addition, I was personally familiar with oncology nurses having skin irritations and allergic reactions, miscarrying, losing hair, and becoming infertile due to sclerotic ovaries, all caused by the handling of these drugs.

Since the introduction of ready-to-use formulations of anthracycline glycosides in sealed containers, I believe that the handling of anthracycline glycosides has become far safer and, to my understanding, oncology nurses have suffered far fewer adverse effects related to treatment of patients.  Many of these benefits are described in the declarations of William J. Dana, Mary Horstman, and Debra Holton-Smith, which comport with my own experience and which I incorporate into this report.  Because there is no need to reformulate ready-to-use anthracycline glycoside formulations, there is a greatly reduced risk of spilling, sprayback, or improper disposal.  In addition, because oncology nurses do less handling of the anthracycline glycosides, there is inherently less risk of harm from exposure.

There are numerous other benefits of ready-to-use formulations of anthracycline glycosides in sealed containers described in the declarations of William J. Dana, Mary Horstman, and Debra Holton-Smith.  For example, those declarations point out the greater risk of dosing error in reformulating lyophilized anthracycline glycosides and the far greater convenience of ready-to-use formulations.  I agree with the statements made in those declarations as to the benefits of ready-to-use formulations of anthracycline glycosides, and incorporate those statements into this report as part of my potential testimony.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Houston, Texas on August _15_, 2005.

Laura T. Guerra

9

Exhibit A

# CURRICULUM VITAE

**Name:**

Laura T. Esparza-Guerra, R.N., CCRC

**Present Title and Affiliation:**

Registered Nurse
Research Nurse Supervisor
Department of Breast Medical Oncology
The University of Texas M. D. Anderson Cancer Center

**BIRTHDATE:**

June 29, 1953

**PLACE OF BIRTH:**

Galveston, Texas

**SOCIAL SECURITY NUMBER:**

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

**TEXAS NURSE LICENSURE:**

2-29690

**HOME ADDRESS:**                              **TELEPHONE:**

1110 Prince Street                              713- 861-9673
Houston, Texas  77008

**OFFICE ADDRESS:**                            **TELEPHONE:**

The University of Texas M. D. Anderson Cancer Center     713-563-0764
Department of Breast Medical Oncology
1515 Holcombe - Unit 424
Houston, TX  77030

**FAXES:**

713- 794-4385

**OFFICE E-MAIL:**

Lguerra@mdanderson.org

## EDUCATION:

1971
Ball High School
Galveston, Texas; National Honor Society Graduate

1973
Associate Degree of Science in Nursing, Galveston College, Galveston, Texas; Degree - R.N., A.D.N.

1980
Clinical Oncology Course in Cancer Prevention and Detection, University of Texas System Cancer Center, M. D. Anderson Cancer Center, Houston, TX.

1980
Texas Women's University Nursing School, Continuing Education Course, Houston, TX.

## BOARD CERTIFICATION:

2002
Clinical Research Coordinator Certification (CRCC)

## PROFESSIONAL EXPERIENCE:

1982-Present
Clinical Research Nurse Supervisor, Department of Medical Oncology, Medical Breast Service, University of Texas M. D. Anderson Cancer Center, Houston, TX.

1990 –1995
Clinical Nurse, Department of Nursing, part time In-patient Breast Oncology Unit or Melanoma/Sarcoma Unit, University of Texas M. D. Anderson Cancer Center, Houston, TX.

1977-1982
Clinical Research Nurse, Department of Medicine, Medical Breast Service, University of Texas M. D. Anderson Cancer Center, Houston, TX.

1975-1977
Staff Nurse, Department of Nursing-Ambulatory Treatment Center, Chemotherapy and Emergencies, University of Texas M. D. Anderson Cancer Center, Houston, TX.

1974-1975
Staff Nurse, Department of Nursing-In-patient, Leukemia Service, University of Texas M. D. Anderson Cancer Center, Houston, TX.

1973
Graduate Nurse, Department of Nursing-Pediatrics, University of Texas Medical Branch, Galveston, TX.

2

## ADMINISTRATIVE RESPONSIBILITIES:

At the University of Texas M. D. Anderson Cancer Center:

| | |
|---|---|
| 1983-1986 | Data Centralization Committee – Development of the Patient Data Management System at UTMDACC |
| 1984-present | Research Nurse Committee |
| 1990-1997 | UT M. D. Anderson Cancer Center Preceptorship & Clinical Exchange Program Lecturer |
| 1993- 1996 | Breast Medical Oncology, Nurse Assessment Form Working Group |
| 1995-1996 | Nurses role in the ambulatory setting, Position Description Working Group |
| 1996-present | Women's Cancer Research Group |
| 1997-present | Office of Protocol Research Scientific Advisory Committee, Nurse Representative |
| 1999-present | Research Nurse Orientation Program Committee Member & Preceptor |
| 2001-present | Research Nurse Compensation Working Group |
| 2002-present | Clinical Research Nurse Committee, Founding Member |
| 2001-present | UT M.D. Anderson Cancer Center Medical Exchange and Training Program & Education Seminars to Japan, Advisory Board Member, Lecturer, and Preceptor |

## PROFESSIONAL MEMBERSHIP:

Oncology Nursing Society (ONS)
American Society of Clinical Oncology (ASCO)
National Association of Hispanic Nurses (NAHN)
Association of Clinical Research Professionals (ACRP)
Hispanic Women in Leadership (HWL)

## EXTRAMURAL:

| | |
|---|---|
| 1991-1996 | Glaxo Speakers Bureau |
| 1991-1999 | Bristol-Meyers Visiting Professor Program |
| 1993-1999 | Orthobiotech Speakers Bureau |
| 1994-2000 | Oncology Nurse Advisory Board for Taxotere, Rhone-Poulenc Rorer |
| 1994-present | Aventis Pharmaceuticals (formally Rhone-Poulenc Rorer) Nurse Speaker Program |
| 1999-present | Novartis Oncology Representative for The Breast Cancer Support Network....*for Better Bone Health* |
| 2000-2003 | Oncology Nurse Advisory Board for Ellence & Aromasin, Phamacia Oncology Corporation |
| 2000-2002 | Immunex Nurse Speaker Program |
| 2001-present | Oncology Nursing Society Forum Moderator for ONS Online. |
| 2002-present | Genentech Regional Nurse Advocate (RNA) Program and Oncology Nurse Advisory Board for Herceptin and Avastin |
| 2004-present | Oncology Nurse Advisory Board member, Pfizer Oncology |

## VOLUNTEER ACTIVITIES

| | |
|---|---|
| 1984-present | Cancerwise Community Speaker Bureau (CCSB) |
| 1994-present | Race for the Cure, annual participant |
| 1998-present | Pink Ribbon Project, annual participant |

## CLINICAL RESEARCH EXPERIENCE:

Multimodality Treatment of Primary Breast Cancer During Pregnancy, ID01-193

A Presurgical Study to Evaluate Molecular Alterations that Occur in Human Breast Cancer Tissue and Normal Skin After Short Term Exposure to ZD1839 (Iressa) and to Correlate These Alterations with Pharmacokinetic Parameters, BCIRG 103

Multi-center Phase III Randomized Trial Comparing Doxorubicin and Cyclophosphamide Followed By Docetaxel (AC-T) With Doxorubicin and Cyclophosphamide Followed By Docetaxel and Trastuzumab (AC-TH) And With Docetaxel, Platinum Salt and Trastuzumab (TCH) In The Treatment of Node Positive and High Risk Node Negative Adjuvant Patients With Operable Breast Cancer Containing Her-2neu, BCIRG 006

Phase II, Single Arm, Single Institution Clinical Trial Of Docetaxel And Doxorubicin in Combination With Local Administration Of INGN201(Ad5CMV-$p53$) in Locally Advanced Breast Cancer, (adequate tumor tissue must be available to determine $p53$ mutation status by DNA sequencing, ID00-008

A Multicenter Phase III Randomized Trial Comparing Docetaxel (Taxotere) and Trastuzumab (Herceptin) W/ Docetaxel, Platinum Salt (Cisplatin or Carboplatin) and Trastuzumab as First-Line Chemo For Patients W/ Advanced Breast Cancer Containing The Her2 Gene Amplification, BCIRG 007

Phase II study of docetaxel plus trastuzumab for patients with HER-2 overexpressing metastatic breast cancer, ID99-190

A Phase II study of UFT + Leucovorin (Orzel) given as a two times per day regimen in the treatment of patients with recurrent metastatic breast cancer, DM99-110

Phase I Open-Label, Single-Center Pilot Study Of Weekly Paclitaxel And Doxorubicin In Patients With MBC, DMP99-010

Phase II, Open-Label, Extension Trial of Rapid Intravenous Infusion of Zoledronate vs Aredia in Cancer Patients with Osteolytic Bone Metastases, ID 99-159

Prospective study of signal transduction pathways associated with trastuzumab (Herceptin)-based therapy for patients with metastatic breast cancer, LAB99-046

Pilot Study of Subcutaneous Dalteparin (Fragmin) for Outpatient Treatment of Deep Venous Thrombosis (DVT) in Low Risk Breast Cancer Patients, DM98-231

A Randomized, Double-Blind, Multicenter, Comparative Trial of I.V. Zoledronate (4 mg or 8 mg) Versus IV Aredia (90 mg), as an Adjunct to Standard Therapies in the Treatment of Multiple Myeloma and Breast Cancer Patients with Cancer-related Lesions, DM98-264

A Phase II study of UFT + Leucovorin (Orzel) given as a Three-times per day regimen in the treatment of patients with recurrent metastatic breast cancer, DM98-318

A Pilot Study To Assess Toxicity Of Paclitaxel Or Docetaxel In MBC Patients With Impaired Liver Function Secondary To Hepatic Metastasis, ID98-024

Phase II open-label, single-center trial of primary chemotherapy with docetaxel and doxorubicin (TD), surgery, postoperative chemotherapy with cyclophosphamide, methotrexate and 5-FU (CMF), radiotherapy and tamoxifen in patients with locally advanced breast cancer, ID 97-099

Phase I open-label, single-center trial of chemotherapy with docetaxel and doxorubicin plus sargramostim (GM-CSF) in patients with metastatic breast cancer, DM 97-130

Multicenter, open-label, dose-ranging study for the evaluation of safety, tolerability, and efficacy of Neovastat administered orally for 12 weeks in patients with prostate or breast cancer refractory to

standard therapies or for whom no standard therapies are available, URL97-223

A phase I/II study of docetaxel (RP 56976) and cyclophosphamide combination chemotherapy in patients with advanced solid tumors (phase I)/breast cancer (phase II), DM 94-015

A pilot study of docetaxel (RP 56976) in patients with paclitaxel-resistant advanced breast cancer, DM 94-037

Phase II Study of CI-958 in Patients with Metastatic Breast Cancer, DM94-085

Phase I and Phase II Study of Liposomal Annamycin In Anthracycline-Resistant Breast Cancer, DM94-046

Phase II study of Sialyl Tn-KLH with DETOX –B adjuvant combination with Interferon alpha-2a in the treatment of breast cancer, ID94-018

Phase II trial of RP 56976 (Taxotere) in patients with metastatic breast cancer, DM 92-058

A double-blind comparison of the efficacy of two-dose regimen of oral granisetron (1 mg twice, 2 mg once) in prevention of acute emesis in patients receiving moderately emetogenic chemotherapy, DM92-077

Multimodality treatment of primary breast cancer occurring concomitant with pregnancy, DM92-002

Phase II study of ifosfamide and mesna in patients with metastatic breast cancer, DM90-110

Phase II study of CI-973 in patients with refractory advanced breast cancer, DM90-089

Phase II study of recombinant alpha interferon (rIFNa) and continuous-infusion 5-fluorouracil in metastatic breast cancer, DM90-019

Phase II trial of fazarabine (ARA-AC, arabinosyl-5-azacytosine) in metastatic breast cancer, DM89-052

Phase I Clinical and Pharmacology Evaluation of CI-973, A New Platinum Derivative.  Single Dose Repeated Every 28 Days, DM88-138

Phase II study of recombinant alpha interferon and recombinant interleukin-2 in metastatic breast cancer, DM88-075

Double blind placebo controlled crossover study of Ativan as adjunctive anti-emetic and primary anxiolytic therapy in patients with metastatic breast cancer, DM88-134

An open label evaluation of three different doses of oral GR-C570/75 (Zofran) in the prevention of nausea and vomiting associated with doxorubicin, cyclophosphamide chemotherapy, DM88-048

DM87-095 Phase I-II  MonAB B72.3-GYK-DTPA

Phase I study of TCNP (Tricyclic Nucleotide Phosphate, Triciribine in solid tumors, DM87-075

Phase I-II study of high dose Etoposide (VP-16-213) in patients with breast cancer, DM87-050

A Phase II study of Didemnin-B in patients with metastatic breast cancer, DM87-039

Leuprolide vs Leuprolide + Tamoxifen in premenopausal breast cancer patients with metastatic breast cancer, DM86-97

Intraarterial FAC (5-fluorouracil, adriamycin, cyclophosphamide) chemotherapy in the treatment of breast cancer metastatic to the liver, DM86-45

Concomitant 5-day continuous infusion of Vinblastine and 5-fluorouracil in the treatment of refractory metastatic breast cancer, DM86-21

Phase II study of hormone-mediated chemosensitivity-modulation of untreated breast cancer (Fac-premarin), DM85-59

A Phase II study of high-dose Mitoxantrone in patients with metastatic breast cancer, DM84-73
Peri-operative chemotherapy in patients with T1 to T3 with N1 or N2 operable breast cancer, DM83-83

Phase II clinical trial of 2-N-methyl-9-hydroxyellipicinium (Elliptinium) in patients with advanced breast cancer, DM83-49

A comparative study of Megestrol Acetate vs Tamoxifen in advanced breast cancer, DM83-42

Phase II trial of oral 4-Demethoxydaunorubicin (idarubicin) administration to breast cancer patients, DM92-73

A comparative study of adjuvant FAC(Adriamycin, Cytoxan, and 5-fluorouracil) vs control in Stage I breast cancer patients, DM82-27

A pilot study with a combination of Cytoxan, Mitoxantrone,  5-fluorouracil with a non-cross resistant re-induction program with continuous infusion Adriamycin, DM82-21

Phase II study of Peplomycin in the treatment of metastatic breast caner, MB-DT81-95

A comparative study of Bisantrene given as a single IV dose or intermittently daily for 5 days every three weeks or as a weekly IV dose schedule, DT81-58

A comparative study of a combination of continuous infusion Adriamycin, Cytoxan, and VP-16-213 with a combination of continuous infusion Adriamycin, Cytoxan, and 5-fluorouracil in patients with metastatic breast caner, DT81-57

Phase II study of VM-26 in patients with metastatic breast caner, MB-DT80-63

A comparative study of two different combination of anthracenedione (Mitoxantrone) and Vinblastine in patients with refractory breast cancer, MB-DT80-85

A phase II study of anthracenedione (Mitoxantrone) in breast cancer, MB_DT80-37

Phase II study of Carminomycin in the treatment of advanced breast cancer, MB-DT80-30

Phase II study of VP-16 (Etoposide) continuous infusion versus intermittent bolus infusion in patients with metastatic breast cancer, MB-DT79-84

Phase Ii study of FAC (Adriamycin, Cytoxan, and 5-fluorouracil) + Tamoxifen in the treatment of metastatic breast cancer, MB-DT77-48

## PUBLICATIONS

1.  Schell FC, Yap HY, Hortobagyi GN, Issell B, **Esparza L**: Phase II study of VP 16-213 (etoposide) in refractory metastatic breast carcinoma. Cancer and Chemother and Pharm 7:223-225, 1982.

2.  Yap HY, **Esparza L**, Blumenschein GR, Hortobagyi GN, Bodey GP: Combination chemotherapy with cyclophosphamide, mitoxantrone and 5-fluorouracil in patients with metastatic breast cancer. Cancer Treat Revs 10:53-55, 1983.

3.  Aboud A, Yap HY, **Esparza L**, Blumenschein GR, Hortobagyi GN, Issell B, Bodey GP: Carminomycin, a new anthracycline analog in the treatment of advanced breast cancer. Cancer 53(1): 9-12, 1984.

4.  Holmes FA, Yap HY, **Esparza L**, Buzdar AU, Hortobagyi GN, Blumenschein GR: Mitoxantrone, cyclophosphamide, and 5-fluorouracil in the treatment of hormonally unresponsive metastatic breast cancer. Proceedings of the Lederle Novantrone Canadian Launch Symposium, February 24, 1983. Sem Oncol 11:28-31, 1984.

5.  Holmes FA, **Esparza L**, Yap HY, Buzdar AU, Blumenschein GR, Hortobagyi GN: A comparative study of bisantrene given by two dose schedules in patients with metastatic breast cancer. Cancer Chemo and Pharmacol 18(2): 157-161, 1986.

6.  Holmes FA, Yap HY, **Esparza L**, Buzdar AU, Blumenschein GR, Hug V, Hortobagyi GN: Mitoxantrone, cyclophosphamide, fluorouracil in metastatic breast cancer unresponsive to hormonal therapy. Cancer 59(12): 1992-1999, 1987.

7.  Ro J, Buzdar AU, **Esparza L**, Hortobagyi GN: Phase II study of peplomycin in advanced breast carcinoma. Cancer Treat Rep 71:777-778, 1987.

8.  Holmes FA, **Esparza L**, Yap HY, Fraschini G, Blumenschein GR, Jabboury K, Hortobagyi GN: A randomized phase II study of etoposide versus teniposide in refractory metastatic breast cancer. International Journal of Experimental & Clinical Chemotherapy 2:95-98, 1989.

9.  Holmes FA, **Esparza L**, Yap HY, Buzdar AU, Blumenschein GR, Hortobagyi GN: A comparative study of bisantrene given by two dose schedules in patients with metastatic breast cancer. Cancer Chemother Pharmacol 18:157-161, 1986.

10. Buzdar AU, Yap HY, **Esparza L**, Holmes F, Fraschini G, Hug V, Hortobagyi G: A comparative randomized trial of doxorubicin and cyclophosphamide in combination with fluorouracil (FAC) or etoposide (EAC) in metastatic breast cancer. Int J Exp Clin Chemother 1(1): 48-55, 1988.

11. Holmes FA, **Esparza L**, Yap HY, Fraschini G, Blumenschein GR, Jabboury K, Hortobagyi GN: A randomized phase II study of etoposide versus teniposide in refractory metastatic breast cancer. International Journal of Experimental & Clinical Oncology 2:95-98, 1989.

12. Buzdar AU, Hortobagyi GN, **Esparza LT**, Holmes FA, Ro JS, Fraschini G, Lichtiger B: Elliptinium acetate in metastatic breast cancer - a Phase II study. Oncology 47:101-104, 1990.

13. Fraschini G, Ciociola A, **Esparza L**, Templeton D, Holmes FA, Walters RS, Hortobagyi GN: Evaluation of three oral dosages of ondansetron in the prevention of nausea and emesis associated with cyclophosphamide-doxorubicin chemotherapy. J Clin Oncol 9(7): 1268-1274, 1991.

14. Lamki ML, Buzdar AU, Singletary SE, Rosenblum MG, Bhadkamkar V, **Esparza L**, Podoloff DA, Zukiwski A, McGuire RT, Hortobagyi GN, Murray JL: IN-[111]Labeled B72.3 monoclonal antibody in the detection and staging of breast cancer: A phase I study. J Nucl Med. 32:1326-1332, 1991.

15. Fraschini G, Holmes FA, **Esparza L**, Theriault RL, Buzdar AU, Hortobagyi GN: Phase I-II study of high-dose etoposide in patients with refractory breast cancer. Invest New Drugs 9:365-367, 1991.

16.   Walters RS, Theriault RL, Holmes FA, Hortobagyi GN, **Esparza L**: Phase II trial of fazarabine (ARA-AC, arabinosyl-5-azacytosine) in metastatic breast cancer. Invest New Drugs 10:43-44, 1992.

17.   Benvenuto JA, Newman RA, Bignami GS, Raybould TJG, Raber MN, **Esparza L**, Walters RS. Phase II clinical and pharmacological study of didemnin B in patients with metastatic breast cancer. Invest new Drugs 10:113-117, 1992.

18.   Theriault RL, Cohen IA, **Esparza L**, Kowal C, Raber MN: Phase I clinical evaluation of CI-973 ([SP-4-3(R)]-[1,1-cyclobutanedicarboxylato (2-)] (2-methyl-1, 4-butanediamine-N,N$^1$) platinum in patients with metastatic solid tumors. Cancer Chemotherapy and Pharmacology 31:333-337, 1993.

19.   Buzdar A, **Esparza L**, Natale R, Cody R, Calzone K, Benson AB, III, Sheehan T, Berry W: Lorazepam-enhancement of dexamethasone's antiemetic efficacy: A placebo-controlled study. Am J Clin Oncol 17:417-421, 1994.

20.   Fraschini G, **Esparza L**, Booser DJ, Theriault RL, Holmes FA, Hortobagyi GN: Frontline Arterial Infusion Chemotherapy for Hepatic Metastases in Patients with Breast Cancer. N Einhorn J, Nord CE, Norrby SR (Eds.): Recent Advances in Chemotherapy: Proc 18th International Congress of Chemotherapy. American Society for Microbiology, 1994, pp.:980-981

21.   Walters RS, Theriault RL, Holmes FA, **Esparza L**, Hortobagyi GN: Phase II study of recombinant alpha interferon and recombinant interleukin-2 in metastatic breast cancer. J Immunotherapy 16:303-305, 1994.

22.   Hoffman K, Holmes FA, Fraschini G, **Esparza L**, Frye D, Raber M, Newman R, Hortobagyi GN: Phase I-II Study: Triciribine (tricyclic nucleoside phosphate) for metastatic breast cancer. Cancer Chemo & Pharm 37:254-258, 1995.

23.   Valero V, Holmes FA, Walters RS, Theriault RL, **Esparza L**, Fraschini G, Fonseca G, Bellet RE, Buzdar AU, Hortobagyi GN: Phase II trial of docetaxel (taxotere): A new highly effective antineoplastic agent in the management of patients with anthracycline-resistant metastatic breast cancer. J Clin Oncol 13:2886-2894, 1995.

24.   Walters RS, Theriault RL, Booser DJ, **Esparza L**, Hortobagyi GN: Phase II study of recombinant alpha interferon (rIFNa) and continuous-infusion 5-fluorouracil in metastatic breast cancer. J Immunotherapy 18(3) 185-187, 1995.

25.   **Esparza-Guerra L**: Docetaxel, Advancing the treatment of metastatic breast cancer. Cope, Oncology Forum & News for Professionals. Vol. 12, No. 3. May/June 1996

26.   Valero V, Holmes FA, Walters RS, Theriault RL, **Esparza-Guerra L**, Fraschini G, Fonseca GA, Bellet RE, Buzdar UA, Hortobagyi GN: Phase II Trial of Docetaxel:    A New, Highly Effective Antineoplastic Agent in the Management of Patients with Anthracycline-Resistant Metastatic Breast Cancer. J Clin Oncol 13(12): 2886-2894, 1995. (Abstracted in Breast Diseases: A Year Book Quarterly 7 (3): 302-303, 1996).

27.   Rahman Z, **Esparza-Guerra L**, Yap HY, Fraschini G, Bodey G, Hortobagyi G: Chemotherapy-induced neutropenia and fever in patients with metastatic breast carcinoma receiving salvage chemotherapy. Amer Clin Oncol 1997; 79:1150-1157.

28.    Valero V, Burris H III, Ravdin PM, Booser D, **Esparza L,** Holmes FA, Theriault R, Oldham B, Von Hoff DD, Hortobagyi G: Docetaxel in paclitaxel-resistant breast cancer: Study update.  Rhone-Poulenc Rorer Oncology Taxotere Investigators Update 11(2): 2, Winter 1996.

29.    Walters RS, Holmes FA, Valero V, **Esparza-Guerra L,** Hortobagyi GN: Phase II study of ifosfamide and mesna in patients with metastatic breast cancer.  Cancer Am J. of Clin Oncol 1998

30.    Valero V, Jones SE, Von Hoff DD, Booser DJ, Mennel RG, Ravdin PM, Holmes FA, Rahman Z, Schottstaedt MW, Erban JK, **Esparza-Guerra L,** Earhart RH, Hortobagy GN, Burris III HA: A phase II study of decetaxel (Taxotere) in patients with paclitaxel-resistant metastatic breast cancer.  J Clin Oncol 16:3362-3368:1998.

31.    Rivera E, Fraschini G, **Esparza-Guerra L,** Booser Daniel J, Theriault RL, Hortobagyi GN.  Frontline arterial infusion chemotherapy for hepatic metastases in breast cancer patients.    Cancer Therapeutics, 2:44-49, 1999.

32.    Cristofanilli M., Holmes FA, **Esparza-Guerra L,** Valero V, Buzdar AU, Neidhart JA, Hortobagyi GN. Phase I/II trial of high dose mitoxantrone in metastatic breast cancer: the M.D. Anderson Cancer Center experience. Breast Cancer Research & Treatment, 54(3):225-233, 1999.

33.    Booser DJ, Perez-Soler R, **Esparza-Guerra L,** Cossum P, Qing-Ping W, Zou Y, Priebe W, Hortobagyi GN.  Phase I study of liposomal annamycin, 46:427-432, 2000.

34.    Valero V, Holmes F, Walters R, Theriault R, **Esparza-Guerra L,** Fraschini G, Fonseca G, Bellet R, Buzdar A, Hortobagyi GN.  Phase II trial of docetaxel: a new, highly effective antineoplastic agent in the management of patients with anthraycline –resistant breast cancer. Classic Papers and Current Comments, Vol 5, No 4, pp759-768, 2001.

35.    Esteva FJ, Valero V, Booser D, **Guerra LT,** Murray JL, Pusztai L, Cristofanilli M, Sneige N, Smith TL, Hortobagyi GN. Phase II study of weekly docetaxel (Taxotere; Txt) and trastuzumab (Herceptin; H) for patients with HER-2 overexpressing (HER2+) metastatic breast cancer (MBC). Euro J Cancer 37:A193, 2001.

36.    Esmaeli B, Hortobagyi GN, Esteva FJ, Booser DJ, Ahmadi AM, Rivera E, Arbuckle R, Delpassand E, **Esparza-Guerra L,** Valero V.  Canalicular stenosis secondary to weekly vs. every-three weeks docetaxel in patients with metastatic breast cancer.  *Ophtalmology*  109(6):1188-1191, 2001.

37.    Esteva FJ, Valero V, Booser D, **Guerra L,** Hortobagyi GN. A phase II trial of trastuzumab monoclonal antibody therapy plus weekly docetaxel for patients with HER-2 overexpressing metastatic breast cancer. J Investig Med 49:A196, 2001

38.    Esteva FJ, Valero V, Booser D, **Esparza-Guerra L,** Murray JL, Pusztai L, Cristofanilli M, Fritsche H, Sneige N, Smith TL, Hortobagyi GN.  Phase II study of weekly docetaxel and trastuzumab for patients with HER-2 overexpressing metastatic breast cancer.  Journal of Clinical Oncology, Vol 20, No 7, pp1800-1808, 2002.

39.    Booser DJ, Esteva FJ, Rivera E, **Esparza-Guerra L,** Priebe W, Valero V, Hortobagyi GN.  Phase II study of liposomal annamycin in the treatment of doxorubicin-resistant breast cancer.  Cancer Chemotherapy Pharmacol, 46:427-432, 2002.

40.    Trent JC, Valero V, Booser DJ, **Esparza-Guerra L,** Ibrahim N, Rahman Z, Vernillet L, Patel S, David CL, Murray JL, Cristofanilli M, Hortobagyi GN.  Combination chemotherapy with cyclophosphamide and docetaxel: A phase I and pharmacokinetic study with and without G-CSF in patients with solid tumors followed by a phase II study as first-line treatment for metastatic breast cancer *Clin Cancer Res* 9(7):2426-2434, 2003.

## BOOKS AND CHAPTERS

1. Holmes FA, Yap HY, **Esparza L**, Buzdar AU, Hortobagyi GN, Blumenschein GR: Mitoxantrone, cyclophosphamide, and 5-fluorouracil in the treatment of hormonally unresponsive metastatic breast cancer. IN New Perspectives in Chemotherapy: Focus on Novantrone, Seminars in Oncology XI (3) Suppl. 1, 1984, pp. 28-31.

2. **Esparza-Guerra L**: Oncology Nursing, Textbook on Breast Cancer Care. Tokyo, Japan, 2003, pp. 201-213.

10

## INVITED ARTICLES

1. Yap HY, **Esparza L**, Blumenschein GR, Hortobagyi GN, Bodey GP: Combination chemotherapy with cyclophosphamide, mitoxantrone and 5-fluorouracil in patients with metastatic breast cancer. Cancer Treat Rev 10 (Suppl.): 53-55, 1983.

2. Holmes FA, Yap HY, **Esparza L**, Buzdar AU, Hortobagyi GN, Blumenschein GR: Mitoxantrone, cyclophosphamide, & fluorouracil in the treatment of hormonally unresponsive metastatic breast cancer. Proceedings of the Lederle Novantrone Launch Symposium, Seminars in Oncology 11(3): 28-31, 1984.

3. **Ezparza-Guerra L**, Beschorner J, Cook GA, Paquette P, Troutner K: Nursing Consideration Guide. A step-by-step reference guide for nurses. Rhone-Poulenc Rorer Pharmaceuticals, Inc., 1996.

4. Valero V, **Esparza-Guerra L**, Kane M, Merwin P, Staats D: Two Women's Experience, Series I Case Studies, Breast cancer therapy after neoadjuvant or adjuvant anthracycline failure. Phone-Poulenc Rorer Pharmaceuticals Inc. 1998.

5. **Esparza-Guerra L**, Beschorner J, Cook GA, Paquette P, Trounter K: Treating Patients with Taxotere. What Nurses Need to Know. A step-by-step reference guide for nurses. Aventis Pharmaceuticals, Inc. 1999.

6. **Esparza-Guerra L**, Dolbey C: A Comprehensive Guide for Nurses, Only Ellence. Pharmacia Oncology, April 2002

## ABSTRACTS

1. Schell F, Yap HY, Hortobagyi GN, Buzdar AU, Blumenschein GR, Issell B, **Esparza L**, Phase II Study of VP16-213 (etoposide) in refractory metastatic breast carcinoma. Proceedings of the American Society Clinical Oncology, April 30-May 2, 22:357 (C-97), 1981.

2. Aboud A, Yap HY, **Esparza L**, Blumenschein GR, Hortobagyi GN, Issell B, Bodey GP: A phase II study of carminomycin in patients with stage IV breast cancer who have failed prior therapy with CMF. Proceedings of the 13th International Cancer Congress, Seattle, Washington, September 8-15, p.287 (abstract #1638), 1982.

3. **Esparza L**, Yap HY, Smith T, Blumenschein GR, Bodey GP: Quantitative relationship between degree of myelosuppression and infection in patients with metastatic breast cancer. Proceedings ASCO/AACR (C-348), 1983.

4. Yap HY, **Esparza L**, Blumenschein GR, Hortobagyi GN, Bodey GP: Combination chemotherapy with cyclophosphamide, mitoxantrone, 5-FU in patients with metastatic breast cancer. Proceedings 13th Intl. Cancer Congress, Vienna, Austria, p. 150, (Abstract SY85-8), 1983.

5. Holmes FA, Yap HY, Buzdar AU, **Esparza L**, Hortobagyi GN, Blumenschein GR, Ho D, Bodey GP: Sequential chemotherapy with mitoxantrone, cyclophosphamide and fluorouracil followed by doxorubicin and vinblastine in advanced breast cancer: An update. Proceedings ASCO/AACR (C-485), 3:124, 1984.

6. Holmes FA, Yap HY, Buzdar AU, **Esparza L**, Hortobagyi GN, Blumenschein GR, Bodey GP: Sequential chemotherapy with mitoxantrone, cyclophosphamide, and fluorouracil followed by doxorubicin and vinblastine in hormone unresponsive advanced breast cancer (C-485). Proceedings of the 20th Annual Meeting of American Society of Clinical Oncology, 3:124, December 7-8, 1984.

7. Buzdar AU, **Esparza L**, Blumenschein GR, Hortobagyi GN: Peplomycin in treatment of advanced metastatic breast cancer - A phase II study. Proceedings American Association for Cancer Research 26:165, (655), 1985.

8. Holmes FA, **Esparza L**, Yap H, Buzdar AU, Blumenschein G, Hortobagyi GN: A comparative study of bisantrene (B) given by single IV dose (S) vs daily for five days (Dx5) in patients with metastatic breast cancer. Proceedings of the 8th Annual San Antonio Breast Cancer Symposium (Abstract 27), and Breast Cancer Research & Treatment 6(2): 170, November 7-8, 1985.

9. Buzdar AU, **Esparza L**, Hortobagyi GN: A comparative randomized trial of doxorubicin, cyclophosphamide in combination with fluorouracil (FAC) or etoposide (EAC) in metastatic breast cancer. 14th International Cancer Congress, Budapest, Hungary, Aug. 21-27, 2:736 (2830), 1986.

10. Holmes FA, **Esparza L**, Yap HY, Buzdar AU, Blumenschein GR, Hortobagyi GN: A comparative study of etoposide and teniposide in refractory metastatic breast cancer. Proceedings of the 9th Annual San Antonio Breast Cancer Symposium, October 31- November 1, 1986 (abstract 10).

11. Holmes FA, Neidhart JA, Hortobagyi GN, **Esparza L**, Buzdar AU, Jabboury K: High dose mitoxantrone in patients with metastatic breast cancer. Proceedings of American Society Clinical Oncology, May 17-19, 6:64, (248), 1987.

12. Hug V, **Esparza L**, Hortobagyi GN: Premarin can effectively modulate the hormonal tumor environment in vivo. Proceedings of American Society Clinical Oncology (abstract 939), 28:237, May 20-23, 1987.

13. Fraschini G, **Esparza L**, Tashima C, Jabboury K, Hortobagyi G: Simultaneous 5-day continuous infusion (CI) of vinblastine and 5-fluorouracil for the treatment of refractory metastatic breast cancer. Proceedings of the 78th Annual Meeting of the American Association for Cancer Research, 28:196, (abstract 779), May 20-23, 1987.

12

14. Hug V, **Esparza L**, Hortobagyi G: Use of estrogens to increase the cell kill potential of chemotherapy. Proceedings of the 3rd International Congress on Hormones and Cancer, Hamburg, Federal Republic of Germany, September 6-11, 1987, J Steroid Biochemistry 28:115S (Abstract C-051).

15. Holmes FA, Neidhart JA, Hortobagyi GN, **Esparza L**, Buzdar AU, Tashima C, Ro JS: High dose mitoxantrone for metastatic breast cancer. 10th Annual San Antonio Breast Cancer Symposium, December 11-12, 1987, Breast Cancer Research and Treatment 10:109 (abstract 98).

16. Fraschini G, **Esparza L**, Tashima CK, Jabboury K, Ro JS, Hortobagyi GN: Evaluation of concomitant 5-day continuous infusion of vinblastine and 5-fluorouracil in patients with refractory breast carcinoma. Proceedings of the 10th Annual San Antonio Breast Cancer Symposium, December 11-12, Breast Cancer Research & Treatment 10:107, 1987 (abstract #53).

17. Fraschini G, **Esparza L**, Tashima C, Jabboury K, Hortobagyi G: Simultaneous 5-day continuous infusion of vinblastine and 5-fluorouracil for the treatment of refractory metastatic breast cancer. Proceedings of the 78th Annual Meeting of the American Association for Cancer Research, May 20-23, 1987, 28:196 abstract 779.

18. Holmes FA, Neidhart JA, Hortobagyi GN, **Esparza L**, Buzdar AU, Tashima C, Ro JS. High dose mitoxantrone for metastatic breast cancer. 10th Annual San Antonio Breast Cancer Symposium, December 11-12, Breast Cancer Res & Treat 10(1): 109 (98), 1987.

19. Buzdar AU, **Esparza L**, Hortobagyi GN, Lichtiger B, Holmes FA, Hug V, Fraschini G: Elliptinium acetate in treatment of advanced breast cancer - A phase II study. In Proceedings of the 79th American Association for Cancer Research Meeting, 29:200 (794), New Orleans, LA, May 25-28, 1988.

20. Buzdar A, Lamki L, Podoloff D, **Esparza L**, Theriault R, Holmes F, Singletary S, Ro J, Zukiwski A, Hortobagyi G: Phase I-II Clinical Study of Monoclonal Antibody (MONAB B72.3-GYK-DTPA-111IN) Imaging in Patients with Breast Cancer. Breast Cancer Research and Treatment 12(1): 116 (Abst. 38), 1988.

21. Hug V, **Esparza L**, Clark J, Tashima C, Holmes F, Hortobagyi G, Vogel V: Properly used hormonal modulation of chemotherapy is effective and safe. IN Proceedings of the 24th Annual American Society of Clinical Oncology Meeting 7:92 (349), New Orleans, LA, May 22-24, 1988.

22. Lamki LM, Buzdar A, Singletary E, Rosenblum M, Podoloff D, **Esparza L**, Bhadkamkar V, McGuire R, Murray JL: Breast cancer detection, pharmacokinetics and tissue localization studies using IN-111-GYK-DTPA-B72.3 Monoclonal antibody (MoAB). The Society of Nuclear Medicine 36th Annual Meeting, June 13-15, 1989.

23. Fraschini G, **Esparza L**, Holmes F, Tashima C, Theriault R, Hortobagyi G: High-dose etoposide in metastatic breast cancer. 12th Annual San Antonio Breast Cancer Symposium, December 7-9, 1989, Breast Cancer Research and Treatment 14:142 (abstract 39), 1989.

24. Buzdar A, **Esparza L**, Singletary E, Lamki L, Murray J, Ro JY, Zukiwski A, Hortobagyi G: Phase I-II study of monoclonal antibody (Monab B72.3) in patients with breast cancer. Fourth International Conference on Monoclonal Antibody Immunoconjugates for Cancer, (Abst. #41) p 125, March 30-April 1, 1989.

25. Fraschini G, Yap HY, Smith T, **Esparza L**, Hortobagyi G: Multivariate analysis of factors predicting response in breast cancer patients undergoing second-line chemotherapy. Proceedings of the 18th Annual American Association for Cancer Research Meeting, May 24, 27, 1989, 30:255, abstract 1013.

26. Murray JL, Lamki LM, Buzdar AU, **Esparza L**, Theriault RL, Holmes F, Singletary SE, Ro JY, Zukiwski AA, McGuire RT, Hortobagyi GN, Rosenblum MG: Imaging, radiolocalization index, and pharmacokinetics of monoclonal antibody B72.3-GYK- DTPA-111In in patients with primary breast cancer. Proceedings of the American Association for Cancer Research 30:403 (1599), 1989.

13

27. **Esparza L**, Hug V, Clark J, Tashima C, Holmes F, Hortobagyi GN: Effect of chronic and acute estrogen stimulation on ER-positive breast tumors. Proceedings of American Society of Clinical Oncology 8:45 (171), 1989.

28. **Esparza L**, Fraschini G, Kau S, Tashima C, Holmes F, Frye D, Hortobagyi G: Independent validation of a model for prediction of response to second-line chemotherapy in breast cancer patients. Proceedings of the American Association for Cancer Research 30:254 (1012), 1989.

29. Fraschini G, **Esparza L**, Ciociola A, Holmes F, Templeton D, Hortobagyi G: Evaluation of three oral dosages of ondansetron (CR 38032F) in the prevention of emesis associated with doxorubicin-cyclophosphamide chemotherapy. Program/Proceedings of the Twenty-Sixth Annual Meeting of the American Society of Clinical Oncology, May 20-22, 1990, Washington, DC, 9:328 (Abstract 1267), 1990.

30. Fraschini G, **Esparza L**, Ciociola A, Templeton D, Walters R, Hortobagyi G: Antiemetic activity of three oral dosages of ondansetron in patients receiving doxorubicin and cyclophosphamide. J Cancer Res Clin Oncol 116 (Suppl. Part I): 640 (Abstract A5.280.16), 1990.

31. Theriault RL, **Esparza L**, Raber M, Newman R, Krakoff I, Cohen I, Kowal C: Phase I evaluation of [SP-4-3-(R)]-[1,1-cyclobutaneidicarboxylato (2-)] (2-methyl-1,4-butanediamine-N,N') platinum (CI-973). Proceedings of the 81st Annual American Association for Cancer Research Meeting, May 23-26, 1990.

32. Cody R, Natale R, Calzone K, Buzdar A, **Esparza L**, Benson A III, Sheehan T: Ativan as adjunctive antiemetic and primary anxiolytic therapy in patients receiving cancer chemotherapy (Abstract 1205). Proceedings of the American Society of Clinical Oncology, 10:340, 1991.

33. Walters R, Parkinson D, Talpaz M, **Esparza L**, Holmes F, Tashima C, Hortobagyi G: A phase II trial of recombinant interleukin-2 (rIL-2, Hoffman-LaRoche) (rIFN-1) in metastatic breast cancer. Proceedings of the 26th Annual American Society of Clinical Oncology Meeting, May 20-22, 1990, 9:36, abstract 134.

34. Theriault R, **Esparza L**, Raber M, Newman R, Krakoff I, Kowal C, Cohen I: Phase I clinical evaluation of CI-973, a novel platinum analog, in patients with solid tumors. Proceedings of the 82nd Annual American Association for Cancer Research, May 15-18, 1991, Houston, TX (Abst No.: 1194).

35. Walters RS, **Esparza L**, Theriault RT, Booser DJ, Hortobagyi GN: The impact of the addition of recombinant alpha interferon to 5-fluorouracil in patients with metastatic breast cancer. Proceedings of the 27th Annual Meeting of the American Society of Clinical Oncology, May 19-21, 1991, 10:58, abstract 107.

36. Benvenuto JA, Newman RA, Raber MN, Raybould RJG, Bignami GS, **Esparza L**, Walters RS: A clinical and pharmacokinetic study of didemnin B (Abstract 3189). Proceedings of the American Association for Cancer Research, 33:533, 1992.

37. Theriault R, **Esparza L**, Walters R, Cohen I, Kowel C, Hortobagyi G: Phase II evaluation of CI-973 in patients with metastatic breast cancer (Abstract 1290). Proceedings of the American Association for Cancer Research, 33:215, 1992.

38. Fraschini G, **Esparza L**, Theriault RL, Booser DJ, Hortobagyi GN: Frontline arterial infusion chemotherapy in breast cancer patients with liver metastases (Abstract 1562). Proceedings of the American Association for Cancer Research, 33:261, 1992.

39. Dhingra K, **Esparza L**, Valero V, Booser D, Walters R, Holmes F, Buzdar A, Hortobagyi G: Neoadjuvant chemotherapy of breast cancer impact of G-CSF on received dose intensity (Abst. #182). Proceedings of the American Society of Clinical Oncology 12:95, 1993.

40. Valero V, **Esparza L**, Holmes F, Walters R, Fraschini G, Theriault R, Dhingra K, Buzdar A, Bellet R, Slattery A, Pazdur R, Raber M, Bayssas M, Hortobagyi G: Phase II study of taxotere in refractory metastatic beast cancer (Abst. 184). Proceedings American Society Clinical Oncology, 12:96, 1993.

14

41. Valero V, **Esparza** L, Theriault RI, Esparza L, Fraschini G, Holmes F, Walters R,    Buzdar A, Raber M, Pazdur R, Bellet R, Bayssas M, Hortobagyi G: Phase II study of taxotere in patients with anthracycline-resistant metastatic breast cancer. Intl Cong of Chemotherapy (18th: 1993:Stockholm, Sweden) Recent Advances in Chemotherapy: Proc of the 18 Intl Cong of Chemotherapy, Stockholm, Sweden, June 27-July 2, 1993, p. 844.

42. Valero V, Walters R, Theriault R, **Esparza L**, Fraschini G, Holmes F, Buzdar A, Bellet R, Bayssas M, Hortobagyi G: Phase II study of taxotere in refractory metastatic breast  cancer (RMBC). (abst 437). Seventh European Conference on Clinical Oncology and Cancer Nursing, Jerusalem, Israel, November 14-18, 1993, p. S83.

43. Valero V, Walters R, Theriault R, **Esparza L**, Fraschini G, Holmes F, Buzdar A, Bellet R, Byssas M, Hortobagyi G: Phase II Study of Taxotere in refractory metastatic breast  cancer. Eur J Cancer 29A [Suppl. 6]: S83 [Abst. No. 437].

44. Valero V, Walters R, Theriault R, **Esparza L**, Holmes F, Fraschini G, Buzdar A, Raber  M, Bellet R, Bayssas M, Hortobagyi G: Phase II Study of TaxotereTM in anthracycline- refractory metastatic breast cancer. Prog and Abst 8th NCI-EORTC Symposium on New Drugs in Cancer Therapy, March 15-18, 1994, Amsterdam, p 202 (Abst. 507).

45. Valero V, Walters R, Theriault R, **Esparza L**, Holmes F, Fraschini G, Plasse T, Bellet  R, Raber M, Buzdar A, Hortobagyi G: Phase II study of docetaxel (taxotere) in  anthracycline-refractory metastatic cancer (ARMBC) (Abst. 1636). Proceeding of    American Society of Clinical Oncology 13:470, 1994.

46. **Esparza L**, Valero V, Hortobagyi GN: Docetaxel (taxotere): A therapeutic advance in  the treatment of anthracycline refractory metastatic breast cancer. Oncology Nursing  Society 20th Annual Congress, Anaheim, CA (April 26-29, 1995). Oncology Nursing  Forum 22(2):394, March 1995 (Abst. 191).

47. Valero V, **Esparza L**, Patel S, Theriault R, Pazdur R, Ayoub JP, Qasim M, Rodriguez  E, Bellet R, Hortobagyi G: Phase I Study of Cyclophosphamide and Docetaxel  (Taxotere) in Solid Tumors. ECCO 1995. (Submitted)

48. Valero V, Booser D, Theriault R, **Esparza L**, Gagnon S, Hortobagyi G: Pilot study of  taxotere in taxol-resistance metastatic breast cancer (TRMBC). (Abst 384). Eur J    Cancer 31A(suppl 5): S84; 1995.

49. Dhingra K, Singletary E, Strom E, Sahin A, **Esparza L**, Valero V, Booser D, Walters  R, Hortobagyi G: Randomized trial of G-CSF (filgrastim)-supported dose-intense  neoadjuvant (neo) chemotherapy (CT) in locally advanced breast cancer (LABC). (Abst  76). Proc Am Soc Clin Oncol 14:94; 1995.

50. Valero V, Burris H, Ravdin P, Booser D, **Esparza L**, Holmes F, Theriault R, Oldham  B, Von Hoff D, Hortobagyi G: Docetaxel (Taxotere7) Therapy in Paclitaxel-Resistant  Metastatic Breast Cancer (RMBC). 18th Annual San Antonio Breast Cancer  Symposium, December 10-13, 1995. (Abst 310) Breast Cancer Research and Treatment 37 (Suppl): 90, 1996.

51. Valero V, Burris III HA, Jones SE, Booser DJ, Ravdin P, Mennel R, Schottstaedt M,  **Esparza-Guerra L**, Kwiecinski C, Earhart R, Von Hoff D, Hortobagyi GN: Multicenter  Pilot Study of Taxotere in Taxol-Resistant Metastatic Breast Cancer (MBC). (Abst 95).  Proc Amer Soc Clin Oncol 15:107, 1996.

52. Booser DJ, **Esparza-Guerra L**, Zou Y, Priebe W, Perez-Soler R, Liposomal  annamycin. Phase I clinical and pharmacological study. (Abst 762). Amer Soc of Clin  Oncol 16:217a, 1997.

53. Valero V, **Esparza-Guerra L**, Rahman Z, Ibrahim N, Booser DL, Patel S, Holmes FA,  Qasim M, Hoff P, Bellet R, Hortobagyi G: Phase I study of docetaxel (Taxotere) and  cyclophosphamide without and with G-CSF in previously treated and untreated solid  tumors. (Abst 772). Amer Soc of Clin Oncol 16:220a, 1997.

54. Dhingra K, **Esparza-Guerra L**, Valero V, Booser D, Theriault R, Singletary E, Strom E, McNeese M, Buzdar A, Sahin A, Hunt K, Martinez N, Hortobagyi G: M.D. Anderson Cancer Center, Houston, Texas 77030. Phase III randomized trial of dose-intensive adjuvant 5fu doxorubicin, cyclophosphomide (FAC) wit G-CSF (Filgrastim) in locally advanced breast cancer (LABC) – efficacy and safety data. (Abst 278). Amer Soc of Clin Oncol 18:74a, 1999.

55. Trent JC, Valero V, Buzdar AU, **Esparza-Guerra L**, Booser DJ, Cristofanilli M, David CL, Esteva FJ, Murray JL, Rosales MF, Bellet RE, Hortobagyi GN. Phase II study of docetaxel and cyclophosphamine combination chemotherapy as first-line treatment for metastatic breast cancer. Proc Am Soc Clin Oncol 19:108 (Abstr 416), 2000.

56. Valero V, Esteva FJ, Rosales MF, **Esparza-Guerra L**, Sahin AA, Strom EA, Ross MI, Booser DJ, Ibrahim NK, Cristofanilli M, Hunt KK, Hortobagyi GN. Phase II trial of primary chemotherapy with docetaxel and doxorubicin in locally advanced breast cancer: clinical and pathological results. Proc Am Soc Clin Oncol 19:132 (Abstr 519), 2000.

57. Valero V, Esteva Francisco J, Sahin AA, Booser DJ, Strom EA, **Esparza-Guerra LT**, Ross MI, Rosales MF, Ibrahim NK, Cristofanilli M, Buchholz TA, Hunt KK, Hortobagyi GN. Phase II trial of neoadjuvant chemotherapy with docetaxel and doxorubicin, surgery, adjuvant CMF, and radiotherapy +/- tamoxifen in locally advanced breast cancer. 23rd Annual. San Antonio Breast Cancer Symposium, Breast Cancer Res Treat 64:A253, 2000.

58. Esteva FJ, Valero V, Booser D, **Esparza-Guerra L**, Hortobagyi GN. A phase II trial of trastuzumab monoclonal antibody therapy plus weekly docetaxel for patients with HER-2 overexpressing metastatic breast cancer. Clinical Research 2001. J Investigative Med 196A (Abstr80), 2001.

59. **Esparza-Guerra L**, Buzdar A: Anastrazole "Arimidex" does not impair adrenal cortisol or aldosterone synthesis in postmenopausal women with advanced breast cancer. Proceedings of ASCO Vol 20 (Abstr 1954), 2001.

60. Esteva FJ, Valero V, Booser D, **Esparza-Guerra L**, Manuel N, Smith TL, Cristofanilli M, Pusztai L, Ibrahim N, Murray JL, Hortobagyi GN. A phase II trial of weekly docetaxel (D) and herceptin (H) for patients with HER-2 overexpressing (HER-2) (sHERS) levels. Proceedings of ASCO, Vol 20 (Abstr 2019), 2001.

61. Valero V, **Esparza-Guerra L**, Murray JL, Rosales M, Booser D, Hortobagyi G. Phase I study of docetaxel (Taxotere) and Doxorubicin every 14 days with GM-CSF (Leukine) and without GM-CSF in patients with anthraycline-naïve metastatic breast cancer. Proceedings of ASCO, Vol 20 (Abstr 2042), 2001.

62. Esteva FJ, Booser D, **Esparza-Guerra L**, Murray JL, Pusztai L, Cristofanilli M, Sneige N, Smith TL, Hortobagyi GN. The University of Texas M.D. Anderson Cancer Center, Breast Medical Oncology, Houston, Texas, USA. EJC, ECCO 11, The European Cancer Conference, Vol 37 Supplement 6, (Abstr 706), October 21-25, 2001.

63. Rosenthal SI, Valero V, Middleton LP, Strom EA, **Esparza-Guerra LT**, Fuller GN, Cohen DS, Sahin AA. Analysis of topoisomerase IIα detecting using chromogenic in-situ hybridization and immunohistochemistry to predict the pathologic response to neoadjuvant chemotherapy in patients with locally advanced breast cancer. M.D. Anderson Cancer Center, Houston, Texas, United States. US and Canadian Acad of Pathology Annual Meeting: (Abs 451452), 2001.

64. Esteva FJ, Valero V, Booser D, **Guerra LT**, Murray JL, Pusztai L, Cristofanilli M, Sneige N, Fritsche H, Smith TL, Hortobagyi GN: Phase II Study of Weekly Docetaxel and Trastuzumab for Patients with HER-2-Overexpressing Metastatic Breast Cancer. Abst *Innovators in Breast Cancer*, Coral Gables FL, Dec 7-8, 2001, p.8.

16

65. Cristofanilli M, Khrisnamurthy S, **Guerra L**, Bistooni K, Arun B, Walters R, Booser D, Coffee K, Valero V, Hortobagyi GN: Ad%CMV-p53 combined with docetaxel and doxorubicin as induction chemotherapy for patients with locally advanced breast cancer: Preliminary report of safety and efficacy. Proceedings of ASCO, Vol 22 (Abstr 967), 2003.

66. **Esparza-Guerra L**, Lassere Y, Frances D, Chaney H, Jenkins J, Frye D:  First Year Evaluation of the Research Nurse Development Model (RNDM):  a Competency-Based Professional Model for Research Nurses Abst. .# 196 presented at the  Oncology Nursing Society Conference, 2004.

Lguerra: revised Aug 10, 04

17

## CERTIFICATE OF SERVICE

I hereby certify that copies of the forgoing were caused to be served this 15th day

of August, 2005 upon the following in the manner indicated:

### BY HAND DELIVERY

Steven J. Balick
John G. Day
ASHBY & GEDDES
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

### BY FEDERAL EXPRESS

Reid L. Ashinoff
Brian T. Moriarty
William J. Sipio
David R. Baum
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY  10020

James W. Parrett, Jr.

B



JUN 19 '96  04:11PM OBLON SPIVAK (703)413-2220                    P.2



769-080-0
60/

## IN THE UNITED STATES PATENT & TRADEMARK OFFICE

IN RE APPLICATION                        :

GAETANO GATTI ET AL                      :    GROUP ART UNIT: 123

SERIAL NO: 06/878,784                    :

FILED:  JUNE 26, 1986                    :    EXAMINER:  PESELEV

FOR:  INJECTABLE READY-TO-USE            :
      SOLUTIONS CONTAINING AN
      ANTITUMOR ANTHRACYCLINE            :
      GLYCOSIDE                          :

RECEIVED
JUL 1 2 1996
GROUP 1800

### DECLARATION UNDER RULE 1.132

HONORABLE COMMISSIONER OF PATENTS AND TRADEMARKS
WASHINGTON, D.C.  20231

SIR:

Now comes William J. Dana, a resident of Houston, Texas, who declares and says that:

1.  I received a Bachelor of Science in Pharmacy from the University of Nebraska, Lincoln, Nebraska, in 1968. I received a Doctorate Degree in Pharmacy (Pharm.D.) in 1973 from the University of Tennessee, Memphis, Tennessee.

2.  Since 1975 I have been employed in the Pharmacy Department at the M.D. Anderson Hospital and Tumor Institute of The University of Texas System Cancer Center where I have held positions of increasing responsibility leading to my present position as Deputy Division Head, Division of Pharmacy.

3.  M.D. Anderson Hospital sees approximately 20,000 cancer patients each month. Approximately 20 percent of these patients receive chemotherapy which is administered at the Hospital. All of the chemotherapy which is administered at the Hospital is prepared in the Pharmacy Division by pharmacy personnel.

4.  As part of my responsibilities as Deputy Division Head, Division of Pharmacy, I am involved in establishing standards for the admixing of and handling of antineoplastic agents (chemotherapy drugs).  It is also part of my duties to insure that these standards are followed by our pharmacy personnel who prepare and handle antineoplastic agents.

5.  M.D. Anderson Hospital has modern safety facilities for the mixing of chemotherapy drugs.  For example, we have "Class II" Biological Safety Cabinets which are recommended for use in connection with the mixing of chemotherapy drugs.  The safe handling and disposal of chemotherapy drugs is of specific concern since many of the antineoplastic drugs which are mixed and handled by the pharmacy personnel are known to be toxic.  A study done in 1982 found that pharmacists who mixed and prepared chemotherapy for administration were exposed to mutagenic chemotherapy drugs. (Nguyen T., Theiss J., Matney T., "Exposure of Pharmacy Personnel to mutagenic antineoplastic drugs," Cancer Research, 1982; 42:4792-6.)

6.  At M.D. Anderson Hospital, we actively seek new techniques, procedures and/or products which will result in an extra margin of safety for our pharmacy personnel in mixing and handling antineoplastic agents.  In general, we prefer to use a ready-mixed solution of an antineoplastic agent rather than a lyophilized powder which must be reconstituted.  The use of a solution eliminates at least one step in the mixing process, that is, it eliminates the step involved in the addition of the diluent to the lyophilized powder.

7.  Although premixed solutions would be highly desirable, there has long been a need for commercially available premixed chemotherapy drugs.  To the best of my knowledge, there are only a few premixed antineoplastic agents.  I am aware that the chemotherapy drugs vincristine, vinblastine and methotrexate are available as premixed solutions.

8.  In my opinion, a commerically available, premixed, ready-to-use solution of doxorubicin hydrochloride is highly desirable for two important factors.  The first reason is the time savings which results from the elimination of one step in the chemotherapy mixing process.  Since the ready-to-use solution comes premixed, there is no need to add diluent to the lyophilized powder in order to reconstitute the powder into a solution.  Not only is time saved in the elimination of a mixing step, but additionally time is also saved in the elimination of the assembling of the materials needed to reconstitute the lyophilized drug.  This time savings is very important because it frees the pharmacists to participate in other activities which are more clinically and patient oriented.

9.  In my opinion the availability of a premixed, ready-to-use solution of doxorubicin also provides an increased safety factor in the handling of this toxic drug.  The pharmacists and technicians in the pharmacy division handle doxorubicin fewer times.  Therefore, the amount of total exposure which they have to the drug is reduced.  Further, the possibility of a mixing error occurring due to the addition of an improper amount of diluent to the lyophilizate is completely eliminated.

10. In my opinion, there has long existed a need for the development of a premixed, ready-to-use solution of doxorubicin. The availability of ADRIAMYCIN PFS™ ready-to-use solution of doxorubicin fills this need.    Because of the advantages associated with a premixed, ready-to-use solution of doxorubicin, M.D. Anderson Hospital will use the ADRIAMYCIN PFS product almost exclusively except for special circumstances where the use of lyophilized doxorubicin would offer some special advantage.

11.  I declare further that all statements made of my own knowledge are true and that all statments made on information and belief are believed to be true; and further, that the statements were made with the knowledge that willful false statements, and the like, so made are punishable by a fine or imprisonment or both under Section 1001 of Title 18 of the U.S. Code and that such willful false statements may jeopardize the validity of this Application or any patent issuing thereon.

FURTHER DECLARANT saith not.

William J. Dana, Pharm.D.

Date  6/16/88

C

JUN 19  96  04:15PM OBLON SPIVAK (703)413-2220                    P.18

769-080-0
60/

## IN THE UNITED STATES PATENT & TRADEMARK OFFICE

| | | |
|---|---|---|
| IN RE APPLICATION | : | |
| GAETANO GATTI ET AL | : | GROUP ART UNIT: 123 |
| SERIAL NO: 06/878,784 | : | |
| FILED: JUNE 26, 1986 | : | EXAMINER: PESELEV |
| FOR: INJECTABLE READY-TO-USE SOLUTIONS CONTAINING AN ANTITUMOR ANTHRACYCLINE GLYCOSIDE | : : | |

### DECLARATION UNDER RULE 1.132

HONORABLE COMMISSIONER OF PATENTS AND TRADEMARKS
WASHINGTON, D.C.  20231

SIR:

Now comes Debra Holton-Smith, a resident of 19 Tunnel Road, Newtown, CT 06470, who declares and says that:

1.  I received an R.N. degree in Nursing in 1976 from Dartmouth Hitchcock Medical Center, Hanover, New Hampshire a Bachelor of Science in Nursing (BSN) from Vermont College of Norwich University, Montpelier, Vermont in 1982.  A copy of my curriculum vitae is attached as Exhibit A.

2.  From 1983 to the present I have been employed by Associated Internists of Danbury, 67 Sand Pit Road, Danbury, Connecticut 06810, as Chief of Oncology Nursing.

3.  In my position as Chief of Oncology Nursing I am responsible for supervising other nursing staff; the management and purchasing of chemotherapy drugs; preparation and administration of chemotherapeutic agents; daily rounds on in-patients; liaison with Hospice and Home Care for continuity of patient care; patient and family education and support; and

preceptor for graduate nursing students in the management of oncology patients.

4. Associated Internists is an office-based practice employing twenty (20) doctors, three of which are oncologists. We frequently use the anti-neoplastic agent ADRIAMYCIN® in various solid tumors.

5. In the past we used lyophilized ADRIAMYCIN and we presently use lyophilized ADRIAMYCIN RDF™. It is necessary to reconstitute the dry powder with an appropriate diluent before the drug can be used.

6. In my experience, reconstitution of any drug, and especially of an antineoplastic drug, consumes significant amounts of time. I must arrange my supplies, for example, the appropriate syringes, needles, diluent (e.g., saline), alcohol swabs and the like. I then draw the diluent up into the syringe and inject the diluent into the vial of lyophilized drug. With the old ADRIAMYCIN product I had to shake the vial in order to get the drug to go into solution and I had to wait until all the drug was dissolved before it could be administered. The new lyophilized product ADRIAMYCIN RDF goes into solution faster.

7. The manufacturer of ADRIAMYCIN and ADRIAMYCIN RDF introduced a new product which they call ADRIAMYCIN PFS™. This product is a ready-to-use solution of ADRIAMYCIN. I have used this product for about two (2) months, and my reaction is favorable.

8. Because ADRIAMYCIN PFS is a solution, I do not have to spend the time preparing the solution. All I have to do is draw up the solution to be used in a syringe and administer that solution to the patient.

9. Since the PFS product is already in solution and there is less equipment to gather, there is less preparation time before the administration of the drug to the patient.

10. The reconstituted lyophilized material can only be kept for fifteen (15) days in the refrigerator once it is

reconstituted and seven (7) days at room temperature. If the reconstituted material is not used in that time period, it must be discarded. The ADRIAMYCIN PFS product can be kept in the refrigerator and can be used for up to thirty (30) days in the refrigerator once the vial has been penetrated. Drug wastage is less with the PFS product.

11. I have been mixing chemotherapy drugs for approximately twelve (12) years; therefore, I am very concerned about my exposure to these hazardous materials. It is important to me that I handle these drugs as little as possible. Since ADRIAMYCIN PFS is already a solution, I don't have to add diluent into the vial and mix the powder. I eliminate a significant risk of exposure due to multiple penetrations into the vial. The more times a vial is penetrated the greater the risk of leakage when the syringe is withdrawn from the vial.

12. If I have a patient who needs to be given 60 mgs of ADRIAMYCIN, I must reconstitute one 50 mg vial and one 10 mg vial of lyophilized material to get the proper dosage amount. I have to puncture two vials in order to reconstitute the lyophilized product. I have to penetrate the vial a second time to draw out the solution to give to the patient. When I use the ready-to-use solution of ADRIAMYCIN, I only puncture the vial once and pull out the amount of drug needed for the patient. My potential exposure to this hazardous material is reduced.

13. When the drug is in a ready-to-use form, i.e, already in solution, the possiblity of an error occuring in reconstituting the material with a wrong amount of diluent is eliminated. This is a real concern in a busy practice, since in order to be sure that I use the correct amount of diluent I always look up the proper amount to be added. This adherence to safe practices inevitably takes additional time.

14.  In my opinion the ready-to-use solution of ADRIAMYCIN has several important advantages over the lyophilized product; these advantages are:

(a)  Since the drug is already in solution I save time in preparation of the drug;

(b)  Since there are not as many handling steps in preparing the drug, my exposure is reduced;

(c)  The chance of a reconstitution error occurring is eliminated.

16.  I declare further that all statements made of my own knowledge are true and that all statements on information and belief are believed to be true; and further, that the statments were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment or both, under $1001 of Title 18 of the U.S. Code and that such willful false statements may jeopardize the validity of this application or any patent issuing thereon.

FURTHER, declarant saith not.

Date: __5/24/88__          _Debra Halton-Smith_
                            Debra Holton-Smith, R.N., B.S.N.

D



769-080-0
60/

## IN THE UNITED STATES PATENT & TRADEMARK OFFICE

| | |
|---|---|
| IN RE APPLICATION | : |
| GAETANO GATTI ET AL | : GROUP ART UNIT: 123 |
| SERIAL NO: 06/878,784 | : |
| FILED: JUNE 26, 1986 | : EXAMINER: PESELEV |
| FOR: INJECTABLE READY-TO-USE SOLUTIONS CONTAINING AN ANTITUMOR ANTHRACYCLINE GLYCOSIDE | : |

## DECLARATION UNDER RULE 1.132

HONORABLE COMMISSIONER OF PATENTS AND TRADEMARKS
WASHINGTON, D.C.   20231

SIR:

Now comes Mary Horstman, a resident of Des Moines, Iowa, who declares and says that:

1.   I received a Bachelor of Science in Nursing (BSN) from Mount Mercy College, Cedar Rapids, Iowa, in 1979.   From 1979 until 1982 I was employed by Des Moines General Hospital in an Orthopedic Unit.   From 1982 to the present, I have been employed by the offices of Dr. Loren Brown, 1440 East Grand, Suite 2E, Des Moines, Iowa 50316.   Dr. Brown practices in the area of hematology, oncology and internal medicine.

2.   I am a member of the Oncology Nursing Society (ONS); I am Chairperson of the Professional Education Committee of the American Cancer Society, and am on the Board of Directors of the local chapter of the American Cancer Society; and I provide in-service education for other nurses in rural areas who administer chemotherapy to patients; attached hereto as Exhibit A are Programs from some of the  Continuing Education Programs which I
have taught.

3.   During the course of an average day my duties may include the following:

(a)   Make  hospital  morning  rounds  to  visit hospitalized patients;

(b)   Provide patient and family education, support and counseling;

(c)   Prepare the teaching and progress notes on each patient for the doctor;

(d)   Order some of the laboratory work necessary for the patient;

(e)   Act as liaison between the patient and outside agencies as, for example, Hospice and Home Care;

(f)   Provide financial and reimbursement advise to patients relating to Medi-Care, Medi-Caid, and private sector insurance.

(g)   Take numerous phone calls from patients to discuss their concerns; and

(h)   Prepare and give all chemotherapy in our clinic.

4.   Because there are so many demands on an oncology nurse's time, anything that can help me save time in my practice is very important.

5.   It is my responsibility to prepare and administer chemotherapy drugs.   I have experience with mixing and administering lyophilized ADRIAMYCIN® and lyophilized ADRIAMYCIN RDF™, as well as, the ready-to-use solution, ADRIAMYCIN PFS™.

6.   In my opinion the major disadvantages of using lyophilized ADRIAMYCIN and ADRIAMYCIN RDF, is the time it takes to prepare the solution for administration.   In order to reconstitute a drug like ADRIAMYCIN RDF, I have to gather the syringes, needles, and diluent.   The old ADRIAMYCIN lyophilized material took several minutes to get into solution once it was reconstituted.   I had to and shake the vial of reconstituted drug until I obtained a clear red solution.   The new ADRIAMYCIN RDF

lyophilized product goes into solution within seconds; however, I still have to add the diluent and shake the vial.

7.   In my opinion, ADRIAMYCIN PFS ready-to-use solution has several significant advantages" over the lyophilized product; these advantages are as follows:

(a)   The time it takes to get the drug ready for administration to the patient is greatly reduced;

(b)   Dose calculation is much easier since all I have to do is draw out the correct amount of milliliters of solution from the vial;

(c)   ADRIAMYCIN PFS is preservative-free.  I prefer to use all preservative-free diluents, for example, preservative-free saline, because I feel that the use of preserved diluents stings more when intravenously administered to the patient.

(d)   I feel the ready-to-use solution is safer for me since I don't have to handle the drug as many times as I would have to handle the reconstituted lyophilized drug.

8.   I declare further that all statements made of my own knowledge are true and that all statements on information and belief are believed to be true; and further, that the statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment or both, under §1001 of Title 18 of the U.S. Code and that such willful false statements may jeopardize the validity of this application or any patent issuing thereon.

FURTHER, declarant saith not.

Mary Horstman, R.N., B.S., O.C.N.

Date: 6/2/88

JUN 19 '96  04:12PM CBLON SPIVAK (703)413-2220                              P.6

769-080-0
60/

## IN THE UNITED STATES PATENT & TRADEMARK OFFICE

IN RE APPLICATION                    :

GAETANO GATTI ET AL                  :   GROUP ART UNIT: 123

SERIAL NO: 06/878,784                :

FILED:  JUNE 26, 1986                :   EXAMINER:  PESELEV

FOR:   INJECTABLE READY-TO-USE       :
       SOLUTIONS CONTAINING AN
       ANTITUMOR ANTHRACYCLINE       :
       GLYCOSIDE                     :

### DECLARATION UNDER RULE 1.132

HONORABLE COMMISSIONER OF PATENTS AND TRADEMARKS
WASHINGTON, D.C.  20231

SIR:

Now comes Mary Horstman, a resident of Des Moines, Iowa, who declares and says that:

1.   I received a Bachelor of Science in Nursing (BSN) from Mount Mercy College, Cedar Rapids, Iowa, in 1979.  From 1979 until 1982 I was employed by Des Moines General Hospital in an Orthopedic Unit.  From 1982 to the present, I have been employed by the offices of Dr. Loren Brown, 1440 East Grand, Suite 2E, Des Moines, Iowa 50316.  Dr. Brown practices in the area of hematology, oncology and internal medicine.

2.   I am a member of the Oncology Nursing Society (ONS); I am Chairperson of the Professional Education Committee of the American Cancer Society, and am on the Board of Directors of the local chapter of the American Cancer Society; and I provide in-service education for other nurses in rural areas who administer chemotherapy to patients; attached hereto as Exhibit A are Programs from some of the  Continuing Education Programs which I have taught.

769-080-0
60/

## IN THE UNITED STATES PATENT & TRADEMARK OFFICE

| | |
|---|---|
| IN RE APPLICATION | : |
| GAETANO GATTI ET AL | : GROUP ART UNIT: 123 |
| SERIAL NO: 06/878,784 | : |
| FILED: JUNE 26, 1986 | : EXAMINER: PESELEV |
| FOR: INJECTABLE READY-TO-USE SOLUTIONS CONTAINING AN ANTITUMOR ANTHRACYCLINE GLYCOSIDE | : : : |

## DECLARATION UNDER RULE 1.132

HONORABLE COMMISSIONER OF PATENTS AND TRADEMARKS
WASHINGTON, D.C.  20231

SIR:

    Now comes Mary Horstman, a resident of Des Moines, Iowa, who declares and says that:

    1.  I received a Bachelor of Science in Nursing (BSN) from Mount Mercy College, Cedar Rapids, Iowa, in 1979.  From 1979 until 1982 I was employed by Des Moines General Hospital in an Orthopedic Unit.  From 1982 to the present, I have been employed by the offices of Dr. Loren Brown, 1440 East Grand, Suite 2E, Des Moines, Iowa 50316.  Dr. Brown practices in the area of hematology, oncology and internal medicine.

    2.  I am a member of the Oncology Nursing Society (ONS); I am Chairperson of the Professional Education Committee of the American Cancer Society, and am on the Board of Directors of the local chapter of the American Cancer Society; and I provide in-service education for other nurses in rural areas who administer chemotherapy to patients; attached hereto as Exhibit A are Programs from some of the Continuing Education Programs which I have taught.

E

REDACTED

EXHIBIT D

## MEMORANDUM OF LAW IN SUPPORT OF MOTION *IN LIMINE* TO PRECLUDE EVIDENCE AND ARGUMENT CONCERNING CERTAIN PREJUDICIAL DOCUMENTS PREPARED BY SICOR'S ATTORNEYS

Defendants Sicor Inc. and SICOR Pharmaceuticals, Inc. ("Sicor") respectfully submit this

Memorandum of Law to preclude argument and evidence of: (a) in the liability phase, an opinion

letter (including exhibits) from Jessica Wolff, Esq., of Brobeck Phleger & Harrison, regarding

whether Sicor would infringe plaintiff's patent if it launched its own idarubicin injection product,

and whether the patent is invalid (Ex. A); (b) in the liability phase, other testimony of Sicor's

general counsel, outside counsel and CEO concerning that legal advice; and (c) in the willfulness

phase, one sentence in a document prepared by Sicor's general counsel. (Ex. B)

### ARGUMENT AND AUTHORITIES

The primary reasons for bifurcating patent infringement cases to separate questions of

liability and willfulness is the possibility of prejudice to a defendant that results from disclosing

to the jury private attorney-client communications and work product concerning legal theories

and strategy.[1] Here, the Court ordered bifurcation based on its finding that Sicor would face that

very same prejudice if documents containing the legal theories and litigation strategy of Sicor

were prematurely disclosed to the jury.

Despite the bifurcation order, Plaintiff has indicated that it intends to use the opinion

letter prepared by Sicor's outside counsel during the liability phase, signaling that it will attempt

---

[1] *See, e.g., Avia Group International, Inc. v. Nike, Inc.*, No. Civ. 91-326-JU, 1991 WL 340569, at *4 (D. Or. Nov. 21, 1991) (stating in patent infringement case: "Nike will be unfairly prejudiced if it is required to divulge the contents of its private communication with counsel prior to a determination on liability because such communications typically discuss legal theories and strategy."); *see also Quantum*, 940 F.2d 642, 643-44 (Fed. Cir. 1991) (encouraging in patent case bifurcation of willfulness from liability when the defendant may be prejudiced by disclosing privileged materials before liability is found); *St. Clair Intellectual Property Consultants, Inc. v. Sony Corp.*, No. 01-557-JJF, 2002 U.S. Dist. LEXIS 15430, at *4-5 (D. Del. Aug. 16, 2002) ("After reviewing the documents submitted by Sony, the Court finds that undue prejudice could result if these otherwise privileged documents were exchanged and used during the trial of the [patent] infringement and validity issues.").

to portray the legal advice as being somehow inconsistent with Sicor's invalidity position at trial. Plaintiff's tactic would derogate the foundation of the attorney-client privilege. As the Federal Circuit recently held, "there should be no risk of liability in disclosures to and from counsel in patent matters; such risk can intrude upon full communication and ultimately the public interest in encouraging open and confident relationships between client and attorney." *Knorr-Bremse Systeme Feur Nutzfahrzeuge GMBH v. Dana Corp.*, 383 F.3d 1337, 1344 (Fed. Cir. 2004) (eliminating the *Quantum* dilemma for defendants facing charges of willfulness). Even if the evidence at issue has some marginal relevance to the invalidity issues, "the attorney-client privilege protects the interests and relationships *which are regarded as of sufficient social importance to justify some sacrifice of availability of evidence relevant to the administration of justice.*" *Id.* (internal quotations omitted, emphasis added).

The implications of admitting an attorney's work product and advice as evidence of liability in a trial -- as distinct from using the opinion to resist a willful infringement argument -- cannot be overstated; it will chill the full and frank communication between attorneys and clients and thereby undermine the public purpose of obtaining sound legal advice. In patent infringement cases, the admission of legal advice on liability issues would lead to a different approach by the patent bar to writing opinions. Knowing that the advice is not private, attorneys and their clients would be forced to consider all opinion letters as potential trial exhibits, which would encourage the parties to highlight only the best facts and law for a possible litigation position, rather than present an open and candid discussion of all relevant issues.

The sanctity of the attorney-client privilege is too important to allow the plaintiff to play games with evidence of Sicor's confidential legal advice. As the Court has acknowledged, Sicor has already suffered prejudice by disclosing the material during discovery. (*See* October 11, 2005 Hearing Tr. at 10:19-11:23 ("The prejudice, which is real and I don't think insignificant, I

- 2 -

grant you; that turning over attorney-client privileged material is, in and of itself, a significant step ... so you will suffer some effect from your decision")).  That prejudice would be needlessly compounded if plaintiff could present that material to a jury during the liability phase, based on an attenuated claim of relevance.  Sicor produced the opinion solely to defend a willfulness claim; given the bifurcation order, that evidence should be confined to the willfulness phase.

Similarly, Pharmacia should not be permitted to introduce on liability the deposition testimony of three witnesses who Sicor is offering solely to demonstrate reliance on the opinion letter: Sicor's general counsel, outside counsel and CEO.[2]  First, Pharmacia claims that the testimony is relevant to establish foundation for the opinion letter, which will be mooted in the event that the Court grants this motion to exclude it from the liability phase.  Second, Pharmacia claims that the private discussions involving the general counsel or outside counsel concerning Sicor's attempt to design around the patent is a secondary consideration of non-obviousness.  A purported failed attempt to design around a patent is not generally recognized as a probative secondary consideration of non-obviousness.  *See Graham v. John Deere*, 383 U.S. 1, 18, 86 S.Ct. 684, 694 (1966).  In any event, any discussions were in the context of legal advice concerning the patent, and, as set forth above, any relevance to non-obviousness is far outweighed by the prejudice of intruding upon the attorney-client privilege.

*          *          *

For the purpose of the willfulness phases of the trial, Sicor further requests the redaction of one document -- a March 8, 2001 memorandum from Sicor's general counsel to Sicor's chief executive officer summarizing the opinion letter -- to remove a reference that is not addressed at

---

[2] Pharmacia has not designated specific portions of the deposition transcripts that it intends to use, but rather identified the two general purposes of the testimony, which Sicor will address.

all to the validity of the patent at issue, but instead ruminates on the experience and abilities of a

judge or jury to adjudicate a patent infringement suit against Sicor.[3]  The relevant sentence reads:

> [I]t is important to understand that, at trial, there will be a 'battle of
> the experts, in which [Pharmacia] will undoubtedly introduce
> countervailing testimony from equally impressive experts, with
> some issues to be resolved by a judge with potentially no scientific
> or patent experience and others to be resolved by a jury, who may
> well rely on a non-scientific (or even irrational) basis.

(*See* Ex. B)

The Federal Circuit has made clear that the opinion of counsel relied upon in defense to a

claim of willfulness "need not unequivocally state that the client will not be held liable for

infringement." *Westvaco Corp. v. Int'l Paper Co.*, 991 F. 2d 735, 744 (1993).  To the contrary,

[a]n honest opinion is more likely to speak of probabilities than certainties." *Id.*  To that end, the

competency of the opinions letters are not discounted where they are "cautious in tone and did

not guarantee victory" but instead express the reality that a case may be "difficult and close."

*Windsurfing Int'l v. Ostermann, et. al*, 668 F.Supp. 812, 817 (S.D.N.Y. 1987).

Here, Sicor's in-house counsel's speculation about the "impressiveness" of unknown,

future, hypothetical Pharmacia experts is nothing more than a cautious comment about the

litigation process; it does not discount the value of the legal advice set forth in the opinion letter,

and therefore is not relevant to willfulness.  On the other hand, if presented to the jury, the

statement that a judge may have "no scientific or patent experience" and that a jury might decide

issues on an "irrational basis" may be inflammatory, and therefore lead to jury misdecision.

Sicor therefore respectfully requests a redaction of the statement in the document.  *See, e.g.,*

*Soldo v. Sandoz Pharmaceuticals Corp.*, 244 F. Supp.2d 434, 550-51 (E.D. Pa. 2003) (evidence

---

[3] Pharmacia has agreed not to introduce this document in the liability phase of the trial.

should be excluded if it is "likely to lead to jury misdecision based on inflamed passions, confusion of the issues or the like.") (internal quotations omitted).

## CONCLUSION

For the foregoing reasons, Sicor respectfully requests that the Court preclude evidence and argument relating to the legal opinion letter, the afore-mentioned deposition testimony and one sentence in one document during any phase of the trial.

17536515

A

REDACTED

B

REDACTED

# EXHIBIT E

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO PRECLUDE
## EVIDENCE REGARDING PATENTS OTHER THAN THE PATENT-IN SUIT

Defendants Sicor Inc. and SICOR Pharmaceuticals, Inc. ("Sicor") respectfully submit this

Memorandum of Law in support of their motion *in limine* to preclude evidence and argument

regarding patents other than the patent-in-suit.

Only one United States patent is at issue in this litigation – U.S. Patent No. 6,107,285 –

which covers a ready-to-use formulation of certain anthracycline glycosides (the "'285 Patent").

And, the only liability question for the jury is whether the '285 Patent is invalid. Nonetheless,

Pharmacia has included in its Trial Exhibit List evidence, and Sicor anticipates Pharmacia will

improperly attempt to introduce arguments, relating to several other of its United States and

foreign patents that, like the '285 Patent, cover certain anthracycline glycosides in certain forms

(the "Other Patents").[1] Each of the United States Other Patents is necessarily different than the

'285 Patent.[2] And, the Federal Circuit has made clear that the foreign Other Patents are not at all

probative of the present invalidity dispute. *See Medtronic, Inc. v. Daig Corp.*, 789 F.2d 903, 907

(Fed. Cir. 1986) ("As a final effort to prove obviousness of the [patent-in-suit], [the alleged

infringer] urges this court to adopt the conclusion of a German tribunal holding the [a

counterpart to the patent-in-suit] obvious. *This argument is specious. The patent laws of the

United States are the laws governing a determination* of obviousness/nonobviousness of a

United States patent in a federal court.") (emphasis added); *Heidelberger Druckmaschinen AG v.

Hantscho Commercial Products, Inc.*, 21 F.3d 1068, 1072 n.2 (Fed. Cir. 1994) ("We take notice

---

[1]     *See* Pharmacia Trial Exhibits Nos. 158, 215, 216, 258, 269, 271, 357, 358, 359, 360, 361, 362, 363, 364, 366, 367, 368, 369, 374, 375, 417, 422, and 563. Pharmacia went as far as including in its Exhibit List patents which do not even claim priority to the same patent application as the '285 Patent. *See, e.g.*, Pharmacia Trial Exhibits Nos. 366, 367, 368, and 369.

[2]     *See Wahl v. Rexnord, Inc.*, 206 USPQ 865 (3d Cir. 1980) (holding that an inventor can obtain no more than one patent for any original discovery).

of the fact that the theories and laws of patentability vary from country to country, as do examination practices."); *Allen v. Howmedica Leibinger, Inc.*, 197 F. Supp. 2d 101, 110 (D. Del. 2002) ("The Federal Circuit . . . has specifically rejected as '*specious*' the argument that a United States court should adopt the conclusion of a foreign tribunal.") (emphasis added).

Pharmacia chose to bring action based only on the '285 Patent – not any of the United States or foreign Other Patents. Having made that decision, Pharmacia should not be allowed now to rely on other patents in an attempt to somehow attack Sicor's invalidity position by waving copies of the Other Patents in front of the jury. Sicor anticipates that Pharmacia will improperly attempt to rely on the cumulative weight of these irrelevant patents by, for example, arguing that the United States and foreign patent issuing authorities could not have been wrong with respect to the '285 Patent *and* all of the Other Patents. The Other Patents have no bearing on whether the '285 Patent is invalid and such arguments by Pharmacia would thus be improper.[3]

Evidence and arguments regarding the Other Patents would also be unfairly prejudicial to Sicor and lead to jury confusion regarding the narrow issues remaining in this case. Given the presumption of patent validity that Pharmacia will surely ask the jury to adopt, Sicor should not be forced to explain why different, but similar, patents have no bearing on whether the '285

---

[3]     The '285 Patent issues from U.S. Patent Application No. 07/827,742, which is a division of from U.S. Patent Application No. 07/503,856, filed on April 3, 1990, now Patent No. 5,124,317, which is a division of from U.S. Patent Application No. 07/385,999, filed on July 27, 1989, now Patent No. 4,946,831, which is a continuation from U.S. Patent Application No. 06/878,784, filed on June 26, 1986, which was abandoned. Unlike the Other Patents and their prosecution histories, the prosecution histories of these applications (i.e. the '784, '999, '856 and '742 patent applications) are relevant to the '285 Patent, as they comprise the prosecution history of the '285 patent. *Elkay Mfg. Co. v. Ebco Mfg. Co.*, 192 F.3d 973, 980 (Fed. Cir. 1999) ("When multiple patents derive from the same initial application, the prosecution history regarding a claim limitation in any patent that has issued applies with equal force to subsequently issued patents that contain the same claim limitation."); *Jonsson v. Stanley Works*, 903 F.2d 812, 818 (Fed. Cir. 1990) (prosecution history of parent application is relevant to understanding scope of claims issuing in a continuation-in part application).

Patent is invalid. Evidence and arguments relating to the Other Patents should be precluded for that reason as well pursuant to Fed. R. Evid. 403.

## ARGUMENTS AND AUTHORITIES

The '285 Patent is the only patent at issue in this case, and the only liability question the jury will be asked to answer at trial is whether the '285 Patent is invalid. In light of the Court's claim construction, Sicor will not press its non-infringement position at trial. Fed. R. Evid. 401 defines "relevant evidence" as follows:

> "Relevant evidence" means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would have been without the evidence.

It is difficult to conceive of how evidence or arguments relating to the Other Patents is either of any "consequence" to the question of the '285 Patent's validity or how such evidence could be at all probative of the invalidity question. Simply put, the fact that Pharmacia may own U.S. and foreign patents other than the '285 Patent, which patents purport to cover forms of anthracycline glycosides that are necessarily different from the forms covered by the '285 Patent, cannot logically affect the jury's determination of whether the '285 Patent is invalid. Such evidence and argument is thus irrelevant and should be excluded at trial.

Evidence concerning the Other Patents, even if somehow relevant, should in any event be excluded under Fed. R. Evid. 403, which provides:

> Although relevant, evidence may be excluded if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.

Sicor anticipates that Pharmacia will encourage this Court to inform the jury that a presumption of validity exists for patents issued by the United States Patent and Trademark Office (USPTO),

- 3 -

and that a finding of invalidity would have to be proven by clear and convincing evidence. The ability of Sicor to meet the burden Pharmacia will urge will be significantly and improperly impaired if evidence and argument concerning the Other Patents is presented to the jury.

The jury is likely to be confused about the single liability question it will be asked to resolve – whether the '285 Patent, and only the '285 Patent, is invalid – if it is presented with a long list of other patents related to anthracycline glycosides owned by Pharmacia, some of which are not only similar to the '285 Patent, but are part of the same patent family.[4]  That confusion, along with the presumption of validity that Pharmacia will surely urge, will also substantially prejudice Sicor's invalidity argument.  It would be unfair to force Sicor to overcome the jury's likely proclivity towards crediting actions taken by the USPTO (and potentially foreign patent offices) in issuing patents, particularly in the face of the presumption of validity instruction that Pharmacia almost certainly will seek, with respect to patents that are not at issue in this litigation. But, that would be the most likely result if the jurors are informed about the Other Patents, the existence of which is of no probative value at all.

---

[4]    The '285 Patent is one of a handful of U.S. and International patents that trace their lineage back to UK Patent Application Serial Number 85/19452. These patents are referred to as a patent family.

## CONCLUSION

For the foregoing reasons, Sicor respectfully requests that evidence and argument concerning the Other Patents be precluded at trial.

17536155