EXHIBIT 11

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 171. | 171. | July 1, 1997 Letter from Emily Miao to Dr. Raffaella Metelli re: U.S. Application Serial No.07/827,742 and 08/368,402 re: Fourth Supplemental Information Disclosure Statement | PU 0096792 | Inequitable Conduct/Unclean Hands | |
| 172. | 172. | May 30, 1997 Third Supplemental Information Disclosure Statement | PU 0015298-0015300 | Liability | |
| 173. | 173. | February 27, 1998 Transmittal Letter and Seventh Information Disclosure Statement | PU 0015301-0015305 | Liability | |
| 174. | 174. | June 15, 1998 Transmittal Letter and Eighth Supplemental Information Disclosure Statement | PU 0015306-0015310 | Liability | |
| 175. | 175. | October 22, 1997 Transmittal Letter and Sixth Supplemental Information Disclosure Statement | PU 0015313-0015316 | Liability | |
| 176. | 176. | July 1, 1998 Transmittal Letter and Ninth Supplemental Information Disclosure Statement | PU 0015321-0015357 | Liability | |
| 177. | 177. | August 17, 1998 Tenth Supplemental Information Disclosure Statement | PU 0015383-0015391 | Liability | |
| 178. | 178. | June 25, 1998 Fax Cover Memo from Emily Miao to Shonagh McVean re: Faulding Canada v. Pharmacia S.p.A Action Seeking Declaration of Invalidity of '037 Canadian Patent | PU 0096860-0096871 | Inequitable Conduct/Unclean Hands | |

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 179. | 179. | February 17, 1999 Condensed Transcript of Examination of Carlo Confalonieri in the Canadian Action Faulding v. Pharmacia | PU 0017579-0017612 | Inequitable Conduct/Unclean Hands | |
| 180. | 180. | June 25, 1998 Fax Cover Memo from Emily Miao to Dr. Raffaella Metelli re: Canadian Action Faulding v. Pharmacia, Action Seeking Declaration of Invalidity of '037 Patent | PU 0096858 | Inequitable Conduct/Unclean Hands | |
| 181. | 181. | July 7, 1998 Letter from John J. McDonnell to Dr. Raffaella Metelli re: Ninth Supplemental Information Disclosure Statement re: U.S. Application Serial No. 07/827,742 and 08/368,402 | | Inequitable Conduct/Unclean Hands | |
| 182. | 182. | July 15, 1998 Letter from Shonagh L. McVean to Emily Miao re: Canadian Patent Litigation and Prior Art from Faulding | PU 0096736-0096737 | Inequitable Conduct/Unclean Hands | |
| 183. | 183. | April 5, 2001 Letter from Emily Miao to Mrs. Alessandra Longoni of Pharmacia & Upjohn re: filing of Certificate of Correction for U.S. Patent No. 6,107,285 | PU 0096779 | Inequitable Conduct/Unclean Hands | |
| 184. | 184. | May 6, 1997 Amendment for U.S. Application No. 07/824,742 | PU 0015277-0015292 | Inequitable Conduct/Unclean Hands | |

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 185. | 185. | December 6, 1996 Office Summary for Action Summary for U.S. Application No. 07/827,742 | PU 0015264-0015266 | Inequitable Conduct/Unclean Hands | |
| 186. | 186. | Consolidated Patent Rules §10.18 Signature and Certificate for Correspondence Filed in the Patent and Trademark Office | N/A | Inequitable Conduct/Unclean Hands | |
| 187. | 187. | Patent and Trademark Office, Commerce § 10.18-10.34 | N/A | Inequitable Conduct/Unclean Hands | |
| 188. | 188. | June 23, 1998 Office Action Summary for U.S. Patent Serial No. 07/827,742 | PU 0015317-0015320 | Liability | |
| 190. | 190. | October 26, 1995 Letter from Edwin M. Baranowski of Porter, Wright, Morris & Arthur to Daniel A. Boehnen re: Pharmacia v. Gensia | PU 0076124 | Inequitable Conduct/Unclean Hands | |
| 191. | | Office Action dated October 2, 1986 for Patent Application Serial No. 06/878,784 | PI 831-PI836 | Liability | |
| 192. | | Information Disclosure Statement dated March 31, 1987 and cited prior art submitted for Patent Application Serial No. 06/878,784 | PI 849-852 | Liability | |
| 193. | | Information Disclosure Statement dated December 22, 1987 and cited prior art submitted for Patent Application Serial No. 06/878,784 | PI 896-898 | Liability | |

- 26 -

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 194. | | Office Action dated September 28, 1988 and cited prior art submitted for Patent Application Serial No. 07/385,999 | PI 917-921 | Liability | |
| 195. | | Office Action Dated January 2, 1990 and cited prior art submitted for Patent Application Serial No. 07/385,999 | PI 86-89 | Liability | |
| 196. | | Information Disclosure Statement dated April 23, 1990 and cited prior art submitted for Patent Application Serial No. 07/385,999 | PI 94-99 | Liability | |
| 197. | | Office Action dated July 6, 1990 and cited prior art submitted for Patent Application Serial No. 07/503,856 | PI 180-185 | Liability | |
| 198. | | Information Disclosure Statement dated August 1, 1990 and cited prior art submitted for Patent Application Serial No. 07/503,856 | PI 186-188 | Liability | |
| 199. | | Information Disclosure Statement dated January 7, 1991 and cited prior art submitted for Patent Application Serial No. 07/503,856 | PI 241-245 | Liability | |
| 200. | | Information Disclosure Statement submitted on November 18, 1991 and cited prior art submitted for Patent Application Serial No. 07/503,856 | PI 271-272 | Liability | |

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 201. | | Information Disclosure Statement submitted on February 24, 1992 and cited prior art submitted for Patent Application Serial No. 07/503,856 | PI 276-280 | Liability | |
| 202. | | Information Disclosure Statement submitted on March 4, 1992 and cited prior art submitted for Patent Application Serial No. 07/503,856 | PI 281-286 | Liability | |
| 203. | | Office Action July 6, 1992 and cited prior art submitted and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0014974-0014986 | Inequitable Conduct/Unclean Hands | |
| 204. | | Information Disclosure Statement dated November 20, 1992 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0014989-0014991 | Inequitable Conduct/Unclean Hands | |
| 205. | | Information Disclosure Statement dated January 6, 1993 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0015006-0015012 | Liability | |
| 206. | | Information Disclosure Statement dated March 16, 1993 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0015015-0015022 | Liability | |
| 207. | | Office Action dated April 9, 1993 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0015023-0015030 | Liability | |

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 208. | | Information Disclosure Statement dated July 29, 1993 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0015032-0015035 | Liability | |
| 209. | | Information Disclosure Statement dated May 12, 1994 submitted for Patent Application Serial No. 07/827,742 | PU 0015064 | Liability | |
| 210. | | Information Disclosure Statement dated September 1, 1994 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0015072-0015074 | Liability | |
| 211. | | Second Supplemental Information Disclosure Statement dated March 18, 1997 and cited prior art submitted for Patent Application Serial No. 08/368,402 | PU 0015272-0015276 | Liability | |
| 212. | | Third Supplement Information Disclosure Statement dated May 30, 1997 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0015298-0015301 | Liability | |
| 213. | | Fourth Supplemental Information Disclosure Statement dated June 24, 1997 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0015294-0015297 | Liability | |

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 214. | | Sixth Supplemental Information Disclosure Statement dated October 22, 1997 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0015311-0015316 | Liability | |
| 215. | | Seventh Supplemental Information Disclosure Statement dated February 27, 1998 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0015302-0015306 | Liability | |
| 216. | | Eighth Supplemental Information Disclosure Statement dated June 15, 1998 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0015307-0015310 | Liability | |
| 217. | | Ninth Supplemental Information Disclosure Statement dated July 1, 1998 and cited prior art submitted for Patent Application Serial No. 07/827,742 | PU 0015323-0015357 | Liability | |
| 218. | | Tenth Supplemental Information Disclosure Statement dated August 17, 1998 for U.S. Patent Application Serial No. 07/827,742 | PU 0015383-0015391 | Liability | |
| 219. | | Curriculum Vitae of Plaintiff's Expert Federico Maria Arcamone | | Liability | |
| 220. | | Curriculum Vitae of Plaintiff's Expert Jos H. Beijnen, PhD | | Liability | |

- 30 -

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 221. | | Curriculum Vitae of Defendants' Expert Douglas Clark, PhD | | Liability | |
| 222. | | Curriculum Vitae of Plaintiff's Expert Laura T. Esparaza-Guerra, R.N., PhD | | Liability | |
| 223. | | Curriculum Vitae of Plaintiff's Expert Joseph Oliver Falkinham, III, PhD | | Liability | |
| 224. | | Plaintiff's Responses to Sicor, Inc.'s First Set of Interrogatories dated January 24, 2005 | | Liability | |
| 225. | | Plaintiff's First Supplemental Response to Sicor, Inc.'s First Set of Interrogatories dated July 11, 2005 | | Liability | |
| 226. | | Plaintiff's Second Supplemental Response to Sicor, Inc.'s First Set of Interrogatories dated September 19, 2005 | | Liability | |
| 227. | | Plaintiff's Third Supplemental Response to Sicor, Inc.'s First Set of Interrogatories dated October 17, 2005 | | Liability | |
| 228. | | Pharmacia's Response to Defendants' First Request for Admissions dated October 24, 2005 | | Liability | |

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 229. | | Plaintiff's Response to Defendants' Notice of Deposition of Pharmacia & Upjohn to be Treated as a Set of Interrogatories dated October 25, 2005 | | Liability | |
| 231. | | "Methods for Preparing Doxorubicin Derivatives," D.H. Altreuter International Publication No. WO 03/057687 A1 | | Liability | |
| 232. | | Kaplan, et al., "Phase I Trial of 4-Demethoxydaunorubicin with Single i.v. Doses | | Liability | |
| 233. | | Physicians Desk Reference, "Adriamycin" (1979) | | Liability | |
| 234. | | Trissel, "Doxorubicin HCL AHFS 10:00," Handbook of Injectable Drugs (1986) | | Liability | |
| 235. | | Letter from Timothy Ruane of Pharmacia to Craig Lea of Sicor Pharmaceuticals, Inc. dated August 30, 2000 attached to U.S. Patent No. 6,107,285 | SICOR-PNU 026318-026337 | Damages/Willfulness | |
| 236. | | Sicor Pharmaceutical's Sales Reports for 2005 | SICOR-PNU 084244 | Damages/Willfulness | |
| 237. | | Sicor Pharmaceutical's Sales Reports for 2006 | SICOR-PNU 084245 | Damages/Willfulness | |

- 32 -

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 238. | | Transmittal Cover for P&U Corporate Licensing Contract Distribution--Licensing Agreement for 5-Azacytidine, Effective Date June 7, 2001, between Pharmion Corporation, Pharmion GMBH and Pharmacia and Upjohn Company | PU 0094720-0094757 | Damages/Willfulness | |
| 239. | | Curriculum Vitae of James Malackowski dated November 14, 2005 | | Damages/Willfulness | |
| 240. | | Index titled "Information Reviewed" by James Malackowski | | Damages/Willfulness | |
| 241. | | Spreadsheet titled "Damages Due to Plaintiff" prepared by James Malackowski | | Damages/Willfulness | |
| 242. | | Spreadsheet titled "Summary of Units of Active Ingredients (In Thousands)" prepared by James Malackowski | | Damages/Willfulness | |
| 243. | | Spreadsheet titled "Idarubicin US Units of Active Ingredients (In Thousands)" prepared by James Malackowski | | Damages/Willfulness | |
| 244. | | Spreadsheet titled "Average Selling Price Per Unit of Active Ingredient (In Thousands, Except ASP)" | | Damages/Willfulness | |

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 245. | | Spreadsheet titled "Idarubicin US Revenue (In Thousands)" prepared by James Malackowski | | Damages/Willfulness | |
| 246. | | Spreadsheet titled "US Fludarabine Standard Units (In Thousands)" prepared by James Malackowski | | Damages/Willfulness | |
| 247. | | Spreadsheet titled "US Carboplatin Standard Units (In Thousands)" and "U.S. Carboplatin MG's by Dose (In Thousands) prepared by James Malackowski | | Damages/Willfulness | |
| 248. | | Spreadsheet titled "Pfizer Idamycin PFS US Revenue, Standard Units, Average Selling Price (In Thousands, Except ASP)" prepared by James Malackowski | | Damages/Willfulness | |
| 249. | | Spreadsheets titled "But-For & Pfizer Units Sold by Dosage" and "U.S. Idamycin PFS Revenue & Standard Units (1/97-8/02) prepared by James Malackowski | | Damages/Willfulness | |
| 250. | | Spreadsheets titled "US Daunorubicin Revenue, Units & Average Selling Price (In Thousands Except ASP)" prepared by James Malackowski | | Damages/Willfulness | |
| 251. | | Spreadsheets titled " Daunorubicin Revenue (In Thousands)" prepared by James Malackowski | | Damages/Willfulness | |

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 252. | | Spreadsheets titled "Pharmacia Corp., Selling, General & Administration Expense (In Millions)" prepared by James Malackowski | | Damages/Willfulness | |
| 253. | | Spreadsheets titled "Sicor Inc. SG&A as a Percentage of Revenue 1999-2002 (In Millions)" prepared by James Malackowski | | Damages/Willfulness | |
| 254. | | Spreadsheets titled "Royalty Source Summary Pharmaceuticals (Marketing & Distribution Rights)" prepared by James Malackowski | | Damages/Willfulness | |
| 255. | | Spreadsheet titled U.S. Sicor Inc. Revenue & Units (2002-2004) prepared by James Malackowski | | Damages/Willfulness | |
| 256. | | Spreadsheet titled "But-For Revenue 9/00-8/02" prepared by James Malackowski | | Damages/Willfulness | |
| 257. | | Spreadsheets titled "Idarubicin U.S. Revenue (In Thousands)" prepared by James Malackowski | | Damages/Willfulness | |
| 258. | | Curriculum Vitae of Gregory K. Bell | | Damages/Willfulness | |
| 259. | | Index titled "Information Reviewed" prepared by Gregory K. Bell | | Damages/Willfulness | |

- 35 -

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 260. | | Spreadsheet titled "Pharmacia's Lost Profits Due to Sicor's Infringing Sales of Idarubicin Hydrochloride Injection" prepared by Gregory K. Bell | | Damages/Willfulness | |
| 261. | | Spreadsheet titled "Pharmacia's Lost Revenue on Lost Sales of Idamycin PFS Duet to Sicor's Infringement" prepared by Gregory K. Bell | | Damages/Willfulness | |
| 262. | | Spreadsheets titled "Pharmacia's Lost Profits on Lost Sales of 5mg Idamycin PFS Units: Schedule 5.1, 5.2, 5.3, 5.4, 5.5, and 5.6" prepared by Gregory K. Bell | | Damages/Willfulness | |
| 263. | | Spreadsheet titled "Pharmacia Idamycin PFS Maximum Manufacturing Requirements" prepared by Gregory K. Bell | | Damages/Willfulness | |
| 264. | | Spreadsheets titled " Pharmacia U.S. Idamycin PFS Revenue and Unit Sales: Schedule 7.1, 7.2.1, 7.2.2, 7.2.3, 7.2.4, and 7.2.5" prepared by Gregory K. Bell | | Damages/Willfulness | |
| 265. | | Spreadsheets titled "Sicor Idarubicin Hydrochloride Injection Net Unit and Dollar Sales Summary: Schedule 8.1, 8.2.1, 8.2.2, and 8.2.3" prepared by Gregory K. Bell | | Damages/Willfulness | |

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 266. | | Spreadsheet titled "Prejudgment Interest: Schedule 9.1 and 9.2" prepared by Gregory K. Bell | | Damages/Willfulness (Offer of Proof to Judge Only on Prejudment Interests) | |
| 267. | | Index titled "Information Reviewed" prepared by Gregory K. Bell | | Damages/Willfulness | |
| 268. | | Spreadsheet titled "Pharmacia's Lost Profits Due to Sicor's Infringing Sales of Idarubicin Hydrochloride Injection" prepared by Gregory K. Bell | | Damages/Willfulness | |
| 269. | | Spreadsheet titled "Pharmacia's Lost Profits Due to Sicor's Infringing Sales of Idarubicin Hydrochloride Injection" prepared by Gregory K. Bell | | Damages/Willfulness | |
| 270. | | Spreadsheet titled "Pharmacia's Lost Revenue on Lost Sales or Idamycin PFS Due to Sicor's Infringement" prepared by Gregory K. Bell | | Damages/Willfulness | |
| 271. | | Spreadsheets titled "Pharmacia's Lost Profits on Lost Sales of 5mg Idamycin PFS Units (Assumes Production in Nerviano in 2002 and at Perth in 2003 and 2004): Schedule 5.1, 5.2, 5.3, 5.4, 5.5, 5.6, 5.7, 5.8, 5.9, 5.10, 5.11, 5.12, and 5.13" prepared by Gregory K. Bell | | Damages/Willfulness | |

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 272. | | Spreadsheets titled " Pharmacia Idamycin PFS Maximum Manufacturing Requirements in 2004 Assuming Additional Production Day-Perth, Australia: Schedule 6.1, 6.2, 6.3, 6.4, and 6.5" prepared by Gregory K. Bell | | Damages/Willfulness | |
| 273. | | Spreadsheets titled "Pharmacia U.S. Idamycin PFS Revenue and Unit Sales: Schedule 7.1, 7.2.1, 7.2.2, 7.2.3, 7.2.4, and 7.2.5" prepared by Gregory K. Bell | | Damages/Willfulness | |
| 274. | | Spreadsheets titled "Sicor-Idarubicin Hydrochloride Injection Net Unit and Dollar Sales Summary: Schedule 8.1, 8.2.1, 8.2.2, and 8.2.3" prepared by Gregory K. Bell | | Damages/Willfulness | |
| 275. | | Spreadsheets titled "Prejudgment Interest (Assumes Production of 10 mg at Nerviano in 2002 and 2003 and Perth in 2004 and of 5mg and 20mg at Nerviano in 2002 and Perth in 2003 and 2004): Schedule 9.1, 9.2, and 9.3" prepared by Gregory K. Bell | | Damages/Willfulness | |
| 276. | | Spreadsheets titled "Comparison of Sicor's/Teva's Overall Company Operating Profit Margins with Idarubicin Operating Profit Margins: Schedule 10.1, 10.2, 10.3, and 10.4" prepared by Gregory K. Bell | | Damages/Willfulness | |

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 277. | | Graph titled "Milligrams of Idarubicin Sold" with related spreadsheets: Schedule 11.1, 11.2, 11.3, 11.4.1, 11.4.2, 11.5.1, and 11.5.2, prepared by Gregory K. Bell | | Damages/Willfulness | |
| 278. | | Petition for Extension of Time and Amendment Submitted January 6, 1993 for Patent Application Serial No. 07/827,742 | PU 0014992-0015000 | Inequitable Conduct/Unclean Hands | |
| 279. | | Amendment submitted December 23, 1987 for Patent Application Serial No. 06/878/784 | PI 875-886 | Inequitable Conduct/Unclean Hands | |
| 280. | | Declaration of Carlo Confalonieri dated December 14, 1994 Swedish Patent Application No. 8602743.0 | PU 0028152-0028172 | Inequitable Conduct/Unclean Hands | |
| 281. | | Response to Written Questions of Daniel Boehnen dated August 14, 2006 | | Inequitable Conduct/Unclean Hands | |
| 282. | | Response to Sicor's Written Questions Served July 31, 2006 as Well as Response to Sicor's Supplemental Inquiries Served August 14, 2006 dated August 31, 2006 | | Inequitable Conduct/Unclean Hands | |
| 283. | | Letter form Joshua R. Rich to Reid L. Ashinoff dated July 11, 2005 regarding waiver of attorney-client privilege or work product protection | | Inequitable Conduct/Unclean Hands | |

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 284. | | Defendants' Letter Submission to The Honorable Kent A. Jordan dated June 12, 2006 regarding the right to take the depositions of Daniel Boehnen and Emily Miao | | Inequitable Conduct/Unclean Hands | |
| 285. | | Engagement Letter between Dr. Guiseppe Bottoni and McDonnell Boehnen Hulbert & Berghoff LLP dated June 14, 2005 | | Inequitable Conduct/Unclean Hands | |
| 286. | | Letter Daniel Boehnen to Brian T. Moriarty dated June 21, 2005 regarding the status of MBHB's representation of the inventors of the subject matter of the '285 patent | | Inequitable Conduct/Unclean Hands | |
| 287. | | Pharmacia's Response to Defendants' Motion to Issue Letter of Request for International Judicial Assistance dated July 29, 2005 | | Inequitable Conduct/Unclean Hands | |
| 288. | | Facsimile Memorandum from Daniel A. Boehnen to Dr. R. Metelli dated November 27, 1996 regarding Doxorubicin Patent Applications | PU 0095952 | Inequitable Conduct/Unclean Hands | |
| 289. | | Deposition Transcript of Dr. Guiseppe Bottani taken on June 7, 2006 in the matter, Pharmacia & Upjohn v. Sicor, Inc. and Sicor Pharmaceuticals, Case No. 04-833 | | Inequitable Conduct/Unclean Hands | |

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 290. | | Deposition Transcript of Dr. Diego Oldani taken on June 9, 2006 in the matter, Pharmacia & Upjohn v. Sicor Inc. and Sicor Pharmaceuticals, Case No. 04-833 | | Inequitable Conduct/Unclean Hands | |
| 291. | | Defendants' Supplemental Responses to First Set of Interrogatories by Plaintiff dated February 4, 2005 | | Inequitable Conduct/Unclean Hands | |
| 292. | | Second Amended Answer to First Amended Complaint, Counterclaim and Demand for Jury Trial dated August 10, 2005 | | Inequitable Conduct/Unclean Hands | |
| 293. | | Defendants' Letter Submission to The Honorable Kent A. Jordan dated July 27, 2005 regarding Pharmacia's request for a protective order to postpone the depositions of Daniel Boehnen, Emily Miao and Jeremy Noe | | Inequitable Conduct/Unclean Hands | |
| 294. | | Form 8-K filed with the Securities and Exchange Commission dated August 20, 1995 for The Upjohn Company | | Inequitable Conduct/Unclean Hands | |
| 295. | | Defendants' Opening Brief in Support of Their Motion for Leave to Amend Their Amended Counterclaim for Inequitable Conduct/Unclean Hands dated September 2, 2005 | | Inequitable Conduct/Unclean Hands | |

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 296. | | Defendants' Responses to Pharmacia & Upjohn's Fourth Set of Interrogatories (Inequitable Conduct/Unclean Hands Contention) dated April 11, 2006 | | Inequitable Conduct/Unclean Hands | |
| 297. | | Declaration of Carlo Confalonieri December 9, 1992 for U.S. Patent Application Serial No. 07/827,742 | | Liability | |
| 299. | | Declaration, Power of Attorney and Petition dated June 23, 1986 | PU 0014905-0014907 | Inequitable Conduct/Unclean Hands | |
| 300. | | Sv. Aagae Schou & V. Gaunoe Jensen: "Traek af Den Galeniske Farmaci (title)," Sotroe Nordiske Videnskabsbogforlag (publisher), p. 220 (1959) | PU 0076838-0076840 | Inequitable Conduct/Unclean Hands | |
| 301. | | Windheuser: "The Effect of Buffers on Parenteral Solutions," (Sep./Oct. 1963), vol. 17(5), Bull Parenteral Drug Assoc. | SICOR-PNU 006409-00641 | Inequitable Conduct/Unclean Hands | |
| 302. | | Erik Sandell: "Isohydria," Galenisk Farmaci, 2nd Edition, Stockholm (1967) | PU 0076858-0076860 | Inequitable Conduct/Unclean Hands | |
| 303. | | Kjeld Ilver: "Almen Galenisk Farmaci—Forel sningsnoter," Dansk Farmaceutforenings Forlag, (1971), pp. 132-136 | PU 0076829-0076834 | Inequitable Conduct/Unclean Hands | |

- 42 -

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 304. | | Mori (1980) "Physicochemical Properties and Stability of Aclacinomycin A Hydrochloride", Japan J. Antibiotics 33:618. | SICOR-PNU 005500-005505 | Inequitable Conduct/Unclean Hands | |
| 305. | | Lachman, et al (1976): "Kinetics Principles and Stability Testing", Theory and Practice of Industrial Pharmacy, 2nd Edition | PU 0011812-0011860 | Inequitable Conduct/Unclean Hands | |
| 306. | | Fifth Supplemental Information Disclosure Statement Patent Application Serial No. 07/827,742 | | Inequitable Conduct/Unclean Hands | |
| 307. | | Spreadsheet titled Reasonable Royalty and Lost Profits prepared by James Malackowski | | Damages/Willfulness | |
| 308. | | Graphs titled Idamycin PFS 10 mg/ml Average Selling Price Actual v. IMS Data | | Damages/Willfulness | |
| 309. | | Opinion Letter with Exhibits from Jessica Brobeck Phleger & Harrison LLP to Wesley N. Fach dated February 28, 2001 regarding Validity Opinion regarding U.S. Patent No. 6,107,285 Entitled "Injection Ready-To-Use Solutions Containing An Antitumor Anthracycline Gylcoside" | SICOR-PNU 056742-056983 | Damages/Willfulness | |

PRELIMINARY DRAFT AS OF SEPTEMBER 12, 2006

| DEFENDANTS' TRIAL EXHIBIT NUMBER | DEFENDANTS' DEPOSITION EXHIBIT NUMBER | DESCRIPTION | BATES RANGE | PHASE OF LITIGATION[1] | PHARMACIA'S OBJECTIONS |
|---|---|---|---|---|---|
| 310. | | Memorandum from Lisa A. Basara, PhD, RPh, Principal of the Resolutions Group, Inc. to Elizabeth Burns of Pfizer Oncology regarding Qualitative Research among Oncologists, Office Managers, and Oncology Pharmacists regarding Use and Perceptions of Ellence® (epirubicin) for Early-Stage Breast Cancer | PU 0043724-0043727 | Damages/Willfulness | |
| 311. | | Idarubicin Global Analysis | PU 0046147-0046153 | Damages/Willfulness | |
| 312. | | Declaration of Waldemere Priebe, Ph.D. dated February 27, 2001 with exhibits | SICOR-PNU 068487-068680 | Damages/Willfulness | |
| 313. | | Hearing Transcript dated June 16, 2005 | | Inequitable Conduct/Unclean Hands | |
| 314. | | Hearing Transcript dated November 1, 2005 | | Inequitable Conduct/Unclean Hands | |
| 315. | | Deposition Transcript of Dr. Gaetano Gatti taken on June 8, 2005 | | Inequitable Conduct/Unclean Hands | |

- 44 -

2

REDACTED

3



JUN 19 '96  04:11PM OBLON SPIVAK (703)413-2220                    P.2

769-080-0
60/

## IN THE UNITED STATES PATENT & TRADEMARK OFFICE

IN RE APPLICATION                    :

GAETANO GATTI ET AL                  :    GROUP ART UNIT: 123

SERIAL NO:  06/878,784               :

FILED:  JUNE 26, 1986                :    EXAMINER:  PESELEV

FOR:    INJECTABLE READY-TO-USE      :
        SOLUTIONS CONTAINING AN
        ANTITUMOR ANTHRACYCLINE      :
        GLYCOSIDE

RECEIVED
JUL 1 2 1996
GROUP 1800

## DECLARATION UNDER RULE 1.132

HONORABLE COMMISSIONER OF PATENTS AND TRADEMARKS
WASHINGTON, D.C.  20231

SIR:

    Now comes William J. Dana, a resident of Houston, Texas, who declares and says that:

    1.  I received a Bachelor of Science in Pharmacy from the University of Nebraska, Lincoln, Nebraska, in 1968.  I received a Doctorate Degree in Pharmacy (Pharm.D.) in 1973 from the University of Tennessee, Memphis, Tennessee.

    2.  Since 1975 I have been employed in the Pharmacy Department at the M.D. Anderson Hospital and Tumor Institute of The University of Texas System Cancer Center where I have held positions of increasing responsibility leading to my present position as Deputy Division Head, Division of Pharmacy.

    3.  M.D. Anderson Hospital sees approximately 20,000 cancer patients each month.  Approximately 20 percent of these patients receive chemotherapy which is administered at the Hospital.  All of the chemotherapy which is administered at the Hospital is prepared in the Pharmacy Division by pharmacy personnel.

JUN 19 '96  04:11PM OBLON  PIVAK (703)413-2220                    P.3

4.  As part of my responsibilities as Deputy Division Head, Division of Pharmacy, I am involved in establishing standards for the admixing of and handling of antineoplastic agents (chemotherapy drugs). It is also part of my duties to insure that these standards are followed by our pharmacy personnel who prepare and handle antineoplastic agents.

5.  M.D. Anderson Hospital has modern safety facilities for the mixing of chemotherapy drugs. For example, we have "Class II" Biological Safety Cabinets which are recommended for use in connection with the mixing of chemotherapy drugs. The safe handling and disposal of chemotherapy drugs is of specific concern since many of the antineoplastic drugs which are mixed and handled by the pharmacy personnel are known to be toxic. A study done in 1982 found that pharmacists who mixed and prepared chemotherapy for administration were exposed to mutagenic chemotherapy drugs. (Nguyen T., Theiss J., Matney T., "Exposure of Pharmacy Personnel to mutagenic antineoplastic drugs," Cancer Research, 1982; 42:4792-6.)

6.  At M.D. Anderson Hospital, we actively seek new techniques, procedures and/or products which will result in an extra margin of safety for our pharmacy personnel in mixing and handling antineoplastic agents. In general, we prefer to use a ready-mixed solution of an antineoplastic agent rather than a lyophilized powder which must be reconstituted. The use of a solution eliminates at least one step in the mixing process, that is, it eliminates the step involved in the addition of the diluent to the lyophilized powder.

7.  Although premixed solutions would be highly desirable, there has long been a need for commercially available premixed chemotherapy drugs. To the best of my knowledge, there are only a few premixed antineoplastic agents. I am aware that the chemotherapy drugs vincristine, vinblastine and methotrexate are available as premixed solutions.

8. In my opinion, a commerically available, premixed, ready-to-use solution of doxorubicin hydrochloride is highly desirable for two important factors. The first reason is the time savings which results from the elimination of one step in the chemotherapy mixing process. Since the ready-to-use solution comes premixed, there is no need to add diluent to the lyophilized powder in order to reconstitute the powder into a solution. Not only is time saved in the elimination of a mixing step, but additionally time is also saved in the elimination of the assembling of the materials needed to reconstitute the lyophilized drug. This time savings is very important because it frees the pharmacists to participate in other activities which are more clinically and patient oriented.

9. In my opinion the availability of a premixed, ready-to-use solution of doxorubicin also provides an increased safety factor in the handling of this toxic drug. The pharmacists and technicians in the pharmacy division handle doxorubicin fewer times. Therefore, the amount of total exposure which they have to the drug is reduced. Further, the possibility of a mixing error occurring due to the addition of an improper amount of diluent to the lyophilizate is completely eliminated.

10. In my opinion, there has long existed a need for the development of a premixed, ready-to-use solution of doxorubicin. The availability of ADRIAMYCIN PFS™ ready-to-use solution of doxorubicin fills this need. Because of the advantages associated with a premixed, ready-to-use solution of doxorubicin, M.D. Anderson Hospital will use the ADRIAMYCIN PFS product almost exclusively except for special circumstances where the use of lyophilized doxorubicin would offer some special advantage.

JUN 19 '96  04:12PM OBLON   (VAK (703)413-2220                    P.5

11.  I declare further that all statements made of my own
knowledge are true and that all statments made on information and
belief are believed to be true; and further, that the statements
were made with the knowledge that willful false statements, and
the like, so made are punishable by a fine or imprisonment or
both under Section 1001 of Title 18 of the U.S. Code and that
such willful false statements may jeopardize the validity of this
Application or any patent issuing thereon.

    FURTHER DECLARANT saith not.

                              William J. Dana, Pharm.D.

Date  6/16/88

4

# AMERICAN INDUSTRIAL HYGIENE ASSOCIATION JOURNAL

VOLUME 46, NUMBER 6
**JUNE, 1985**

r in Chief
). Halley

or Editors
A. Hertig
k Mansdorf
J. Muranko

iging Director, AIHA
ick C. Motts

ction Manager
Weaver

rtising
ah L. Drobny, AIHA Akron Office
762-7294

ican Industrial Hygiene Association
NAL (ISSN 0002-8894) is published
hly for $60 per year U.S., $70 else-
e (prepaid, U.S. funds) by American
itrial Hygiene Association, 475 Wolf
es Pkwy., Akron, OH 44311-1087.
e copies in U.S. $6.00; elsewhere
). Airmail available, rates on request.
id class postage paid at Akron, Ohio
dditional entries. POSTMASTER: Send
s changes to American Industrial
e Association, 475 Wolf Ledges
'ay, Akron, OH 44311-1087.

ial/business offices at above address,
(216) 762-7294. Library of Congress Cat.
-3191. Copyright © 1985 American Indus-
ygiene Association. Isolated articles sub-
i this copyright may be photocopied for
ofit classroom or library reserve use by
:tors and educational institutions.

:opies not available from AIHA. For photo
of articles from back issues, plus micro-
microfiche copies of complete volumes,
:t University Microfilms, Intl., 300 N. Zeeb
nn Arbor, MI 48106 (313) 761-4700.

change of address (6 weeks advance
required) or claim for missing issues to
iss office. No claims allowed for insuffi-
notice of address change, issues lost in
inless filed within 60 days of publication
J.S. & Canada; 90 days others) or issues
g in files, etc.

s reserved to edit all contributions and ad-
iments and to reject any not meeting high
irds of the American Industrial Hygiene
ation. No responsibility is assumed for
ients and opinions of contributors. Articles
ring on serially numbered pages are all
iviewed. Views expressed in editorial mat-
pearing in "A-" and "B-" sections are
of contributors, have not been peer
ed, and do not necessarily reflect the
position of the American Industrial Hygiene
ation, the American Industrial Hygiene
ation JOURNAL, or the institution with
the author is affiliated.

299    Validating a Simplified Determination of Benzo[a]pyrene in Particulate Matter from Prescribed Forestry Burning
JERRY D. WHITE

303    Design of a Limited-Access Facility and Safety Program for a Genetic Toxicology Laboratory
JEFF INMON, THOMAS VAUGHAN and JEWEL MORRIS

308    Face Seal Leakage of Half Masks and Surgical Masks
TIMO TUOMI

313    A Survey of Typical Exposures to Formaldehyde in Houston Area Residences
THOMAS H. STOCK and SIXTO R. MENDEZ

318    The Potential Flow Solution for Air Flow into a Flanged Circular Hood
MICHAEL R. FLYNN and MICHAEL J. ELLENBECKER, Sc.D.

323    A Rapid Air Titration Method for Determining $SO_2$ Concentration in Inhalation Chambers
EILEEN A. SNYDER and E.D. PALMES

327    Speciation of Hexavalent Chromium in Welding Fumes Interference by Air Oxidation of Chromium
VLADIMIR J. ZATKA

332    Hot Air Breathing: Effects of Elevated Wet Bulb Temperatures on Tissue Temperatures of the Mouth
SEAN GALLAGHER, MAX VERCRUYSSEN and N. SCOTT DENO

336    Ambient Concentrations of Formaldehyde and Ammonia in a Screwworm Fly Rearing Facility
SCOTT E. MERKLE

A-4    President's Page

A-6    Board of Directors

A-6    Editorial Board

341    Correction

B-8    Occupational Exposure to Cancer Chemo-therapeutic Drugs: A Literature Review
MIRIAM C. VAUGHN and WILLIAM D. CHRISTENSEN

B-20    Letters to the Editor

B-26    ABIH Exam Schedule

B-28    Meetings/Courses/Conferences

B-38    Accredited Laboratories

B-51    AIHA & SOT Call for Papers

B-53    New Products

B-56    Advertisers Index

B-57    Employment Opportunities

B-58    Classified

*See the following issues for:*

*Committees - February, September; Consultants - January, July; Guidelines for Authors - January; Accredited Laboratories - January, April, June, October; Organizational Members - February, May.*

# Occupational Exposure to Cancer Chemotherapeutic Drugs: A Literature Review

MIRIAM C. VAUGHN and WILLIAM D. CHRISTENSEN

U.S. Air Force Occupational and Environmental Health Laboratory, Industrial Hygiene Branch, Brooks AFB, TX 78235-5501

Chemotherapeutic drugs are frequently used in cancer treatment. The mutagenic and carcinogenic potential of many antineoplastic agents has been well established. Clinical personnel may be occupationally exposed to antineoplastic agents during the preparation, administration or disposal procedures. This article provides a brief review of the current literature in medical, pharmacy and nursing journals concerning chemotherapeutic drugs. Its purpose is to increase industrial hygienists' awareness of the need for exposure control. Consensus recommendations on handling procedures published by the National Study Commission on Cytotoxic Exposure are included in the Appendix.

## Introduction

The use of chemotherapy as a method of treatment for various forms of cancer is widely accepted and practiced. Preparation, administration and disposal of these materials in a clinical setting can result in exposure to medical personnel including pharmacists, nurses and clinicians.[1-4] The significance of unintentional occupational exposure during handling is as yet undetermined.[5-9] However, exposed personnel have demonstrated a subclinical biological response consistent with the drug's mechanism of action confirming that exposure does occur.[1,10,11]

During the past decade, a large volume of literature has developed in specialized pharmacy, nursing and medical journals in which the subject of occupational exposure to these materials has been discussed. The objective of this article is to provide a linkage between that literature and the industrial hygiene/occupational health communities by reviewing the subject of chemotherapeutic (antineoplastic) agents and presenting currently recommended practices for the control of medical personnel's exposure.

## Discussion

Antineoplastic drugs are cytotoxic substances and designed to cause cell dysfunction. Their mechanism of action involves interaction with DNA, RNA, or protein synthesis in living cells, normal or cancerous. Through these actions the potential for mutagenic, carcinogenic or teratogenic effects are possible.[12-19]

Therapeutic doses of chemotherapeutic drugs in patients have produced discernible health effects. The prolonged use of an alkylating agent in chemotherapy has been associated with acute leukemia.[20,21] An increased incidence of secondary tumors has also been observed in patients having undergone therapeutic doses of antineoplastic drugs.[12,22,23]

Animal study results have attested to the mutagenic, carcinogenic and teratogenic potential of some commonly used chemotherapeutic drugs.[14,24,25] Table 1 summarizes the results of studies on cancer chemotherapeutic drugs. The studies reflect the use of the "Ames test," Salmonella-/Mammalian-Microsome Mutagenicity Test[26] as well as a range of animal species. As seen in the table, a wide range of chemotherapeutic drugs have been shown to produce adverse health effects.

Predicting possible adverse health effects to hospital personnel from exposure to low levels of antineoplastic drug concentrations based on results seen at therapeutic doses or animal studies is difficult. The effect of chronic exposure to minute concentrations of these antineoplastic agents cannot be accurately predicted with available data. Exposure to pharmacy and nursing personnel has been demonstrated by mutagenic activity in the urine of workers involved in drug preparation.[1,16,27-29] The relevance of the low level exposure remains unknown.[5,7,9] Effects may be subclinical and not evident for years or generations following exposure. Even in the absence of epidemiological data, the toxicity of these antineoplastic agents dictates that precautions should be taken to minimize exposure of health care personnel.[7,25,30-35]

The routes of exposures are thought to be primarily inhalation of an aerosol and skin absorption.[6,32,34,36] Aerosols may be generated during drug preparations by withdrawing a needle from a vial, opening an ampule, expelling air from a syringe or clipping used needles.[6,32,37-39] Exposure may also occur during administration of the drug, handling of waste or contact with excrement from a patient undergoing a course of chemotherapy.

The potential risks to health care personnel from contact with antineoplastic drugs can be effectively controlled by a combination of engineering controls, protective apparel and certain work practices.[7,32,35]

Numerous guidelines have been published on the safe handling and disposal of suspected carcinogens.[2-4,6,7,9,24,31-34,36,40-50] Recommendations appearing in pharmaceutical literature address the maintenance of product sterility while protecting personnel from exposure. Most guidelines include the use of protective gloves, gown and a Class II biological safety cabinet with vertical laminar air flow.[2,6,7,9,24,30-32,46,51-53] This offers protection to both the product and operator. Primarily because of the low chemotherapy work load at some facilities, alternatives to Class II cabinets are recommended by some authors. Their guidelines emphasize impeccable aseptic technique mastered in an 18-month training program, respirators and/or specialized venting needles in lieu of Class II cabinets.[38,47] These methods rely on continuous total co-operation by highly motivated personnel in order to minimize exposure. But work load may not be a good indicator of exposure as one study has shown expo-

Copyright 1985, American Industrial Hygiene Association

B-8

Am. Ind. Hyg. Assoc. J (46)    June, 1985

OCCUPATIONAL EXPOSURE TO CANCER DRUGS

### TABLE I
Some Commonly Used Cancer Chemotherapeutic Drugs and Test Results[A]

| Drug Class | Animal | | | Ames Test Mutagenicity |
| --- | --- | --- | --- | --- |
| | Carcinogenicity | Mutagenicity | Teratogenicity | |
| **Alkylating Agent** | | | | |
| BCNU | + | + | + | |
| Busulfan | + | + | + | |
| Chlorambucil | + | | + | |
| Cyclophosphamide | + | + | + | + |
| Dibromomannitol | + | | | |
| Nitrogen mustard | + | + | + | + |
| Phenylalanine mustard | + | | | + |
| Thiotepa | + | + | + | +. |
| Triethylenemelamine | + | + | + | |
| Cis-diamminedichloro-platinum (II) | | | | + |
| **Antibiotics** | | | | |
| Actinomycin D | + | + | + | − |
| Adrianmycin | + | | + | + |
| Bleomycin | | | + | − |
| Daunomycin | + | | + | + |
| Mithramycin | + | | | |
| Mitomycin C | + | + | | |
| Streptozotocin | | | + | |
| **Antimetabolites** | | | | |
| Cytosine arabinoside | | | + | |
| 5-Fluorouracil | | | + | |
| 6-Mercaptopurine | + | + | + | + |
| Methotrexate | + | | + | − |
| **Mitotic Inhibitors** | | | | |
| Vincristine | | | + | |
| Vinblastine | | + | + | |
| **Miscellaneous** | | | | |
| Hydroxyurea | + | | + | |
| DTIC | + | + | + | |
| Procarbazine | + | | + | |

Data summarized from Sieber and Adamson[12] Weisburger et al,[14] Harris,[13] Adamson and Sieber,[16] and Vainio.[26]

sure to be more closely correlated with personal technique than number of preparations per day.[7] If a decision is made to use a conventional horizontal laminar flow hood for the preparation of chemotherapeutic drugs, the hood should be turned off during the preparation and proper technique rigidly enforced in order to reduce employee exposure.[64]

Recommendations in the appendix for the handling and disposal of chemotherapeutic drugs are designed to minimize personnel exposure to cytotoxins. They are concensus guidelines by the National Study Commission on Cytotoxic Exposure.[65]

**Summary and Conclusion**

The effectiveness of drug intervention as a method of cancer therapy has been well established. The mechanisms employed by such drugs are varied. It is generally true that the princi-

pal concern of pharmacists, nurses and clinicians has been to preserve the intergrity of products to be administered to patients without concern for occupational exposure which might be received in the course of such activity. Contact with the drug can occur during the preparation, administration or disposal of waste. Exposure received by medical personnel has been shown to induce transient subclinical changes in body chemistry but the significance of those changes is unclear. Until such time as their significance is better understood, it is reasonable to adopt measures to reduce exposure wherever possible. Concensus recommendations on safe handling of cytotoxics are presented. Industrial hygienists can contribute by recognizing the potential for exposures, evaluating locally developed methods for reducing exposures and applying their knowledge of ventilation control and personal protective equipment in reducing exposure.

B-10

Am. Ind. Hyg. Assoc. J (46)    June, 1985.

**References**

1. **Falck, K.G., P. Grohn, M. Sorsa, H. Vainio, E. Heinonen and L.R. Holsti:** Mutagenicity in Urine of Nurses Handling Cytostatic Drugs (letter) *Lancet* 1:1250-1251 (1979).
2. **Hoffman, D.M.:** The Handling of Antineoplastic Drugs in a Major Cancer Center. *Hosp. Pharm.* 15:302-304 (1980).
3. **Tortorici, M.P.:** Precautions Followed by Personnel Involved with the Preparation of Parenteral Antineoplastic Medications. *Hosp. Pharm.* 15:293-301 (1980).
4. **Knowles, R.S. and J.E. Virden:** Handling of Injectable Antineoplastic Agents. *Br. Med. J.* 281:589-591 (1980).
5. **Zellmer, W.A.:** Reducing Occupational Exposure to Potential Carcinogens in Hospitals (editorial). *Am. J. Hosp. Pharm.* 38:1679 (1981).
6. **Zimmerman, P.F., R.K. Larsen, E.W. Barkley and J.F. Galielli:** Recommendations for the Safe Handling of Injectable Antineoplastic Drug Products. *Am. J. Hosp. Pharm.* 38:1693-1695 (1981).
7. **Anderson, R.W., W.H. Puckett, Jr., W.J. Dana, T.V. Nguyen, J.C. Theiss and T.S. Matney:** Risk of Handling Injectable Antineoplastic Agents. *Am. J. Hosp. Pharm.* 39:1881-1887 (1982).
8. **Neal, A.D., R.A. Wadden and W.L. Chiou:** Exposure of Hospital Workers to Airborne Antineoplastic Agents. *Am. J. Hosp. Pharm.* 40:597-601 (1983).
9. **Solimando, D.A.:** Preparation of Antineoplastic Drugs: A Review. *Am. J. Intraven. Ther. Clin. Nutr.* 10:16-27 (1983).
10. **Nguyen, T.V., J.C. Theiss and T.S. Matney:** Exposure of Pharmacy Personnel to Mutagenic Antineoplastic Drugs. *Cancer Res.* 42:4792-4796 (1982).
11. **Ballentine, R.:** Cancerphobia — or Whatever Happened to Red M&Ms? (editorial). *Drug Intell. Clin. Pham.* 16:60-61 (1982).
12. **Sieber, S.M. and R.H. Adamson:** Toxicity of Antineoplastic Agents in Man: Chromosomal Aberrations, Antifertility Effects, Congenital Malformation and Carcinogenic Potential. *Adv. Cancer Res.* 22:57-69 (1975).
13. **Sieber, S.M.:** Cancer Chemotherapeutic Agents and Carcinogenesis. *Cancer Chemother. Rep.* 59:915-918 (1975).
14. **Weisburger, J.H., D.P. Griswold, K.J.D. Prejean, A.E. Casey, H.B. Wood and E.K. Weisburger:** Principle Drugs Used in Clinical Cancer Chemotherapy. *Recent Results Cancer Res.* 52:1-17 (1975).
15. **Harris, C.C.:** The Carcinogenicity of Anticancer Drugs: A Hazard in Man. *Cancer* 37:1014-1023 (1976).
16. **Adamson, R.H. and S.M. Sieber:** Carcinogenic Potential of Cancer Chemotherapeutic Agents in Man. *Cancer Bull.* 29:179-183 (1977).
17. **Marquardt, H:** Induction of Malignant Transformation and Mutagenesis in Cell Cultures by Cancer Chemotherapeutic Agents. *Cancer* 40:1930-1934 (1977).
18. **Benedict W.F., M.S. Baker, L. Haroun, E. Choi and B.N. Ames:** Mutagenicity of Cancer Chemotherapeutic Agents in Salmonella/Microsome Test. *Cancer Res.* 37:2209-2213 (1977).
19. **International Agency for Research on cancer, World Health Organization:** Evaluation of the Carcinogenic Risk of Chemicals to Humans: Some Antineoplastic and Immunosuppressive Agents. *IARC Monogr. Eval. Carcinog. Risk Chem. Hum.* 26:37-384 (1981).
20. **Rosner, F.:** Acute Leukemia as a Delayed Consequence of Cancer Chemotherapy, *Cancer* 37:1033-1036 (1976).
21. **Reimer, R.R., R. Hoover. J.F. Fraumeni, Jr., and R.C. Young:** Acute Leukemia After Alkylating Agent Therapy of Ovarian Cancer. *N. Engl. J. Med.* 297:177-181 (1977).
22. **Hunstein, W.:** Tumor Indications by Cytostatics in Man. *Recent Results Cancer Res.* 52:50-56 (1975).
23. **Durkee, C. and R. Benson:** Bladder Cancer Following Administration of Cyclophosphamide. *Urology* 16:145-148 (1980).
24. **Harrison, B.R.:** Developing Guidelines for Working with Antineoplastic Drugs, *Am. J. Hosp. Pharm.* 38:1686-1693 (1981).
25. **Vainio, H.:** Inhalation Anesthetics, Anticancer Drugs and Sterilants as Chemical Hazards in Hospitals. *Scand. J. Work Environ. Health* 8:94-107 (1982).
26. **Ames, B.N., J. McCann and E. Yamasaki:** Methods of Detecting Carcinogens and Mutagens with the Salmonella /Mammalian-Microsome Mutagenicity Test. *Mutat. Res.* 31:347-364 (1975).
27. **Norppa, H., M. Sorsa, H. Vainio, P. Grohn, E. Heinonen, L. Holsti and E. Nordman:** Increased Sister Chromatid Exchange Frequencies in Lymphocytes of Nurses Handling Cytostatic Drugs. *Scand. J. Work Environ. Health* 6:299-301 (1980).
28. **Waksvik, H., O. Klepp and A. Brogger:** Chromosome Analyses of Nurses Handling Cytostatic Agents. *Cancer Treat. Rep.* 65:507-610 (1981).
29. **Jagun, A., M. Ryan and H.A. Waldron:** Urinary Thioether Excretion in Nurses Handling Cytotoxic Drugs. (letter). *Lancet* 2:443-444 (1982).
30. **Ladik, C.F., G.P. Stoehr and M.A. Mauer:** Precautionary Measures in the Preparation of Antineoplastics (letter). *Am. J. Hosp. Pharm.* 37:1184-1186 (1980).
31. **Eriksen, I.L.:** Handling of Cytoxic Drugs: Governmental Regulations and Practical Solutions. *Pharm. Int.* 3:264-267 (1982).
32. **National Institutes of Health:** Recommendations for the Safe Handling of Parenteral Antineoplastic Drugs. (Superintendent of Documents, Government Printing Office, NIH Publication No. 83-2621, Washington DC 20402), (1982).
33. **Pharmaceutical Society Working Party:** Guidelines for the Handling of Cytotoxic Drugs. *Pharm. J. (Feb)*:230-231 (1983).
34. **Stolar, M.H., L.A. Power and C.S. Viele:** Recommendations for Handling of Cytotoxic Drugs in Hospitals. *Am. J. Hosp. Pharm.* 40:1163-1171 (1983).
35. **National Institute for Occupational Safety and Health:** Occupational Exposure to Cancer Chemotherapeutic Agent in Pharmacists and Nurses. Summary Report of NIOSH Industry-wide Study EP: 80:41, NTIS Publication 84-181486, Oct 83.
36. **Bergemann, D.A.:** Handling Antineoplastic Agents. *Am. J. Intrven. Ther. Clin. Nutr.* 10:13-17 (1983).
37. **D'Arcy, P.F.:** Reactions and Interactions in Handling Anticancer Drugs, *Drug Intell. Clin. Pharm.* 17:532-538 (1983).
38. **Hoy, R.H. and L.M. Stump:** Effect of an Air-venting Device on Aerosol Production from Vials. *Am. J. Hosp. Pharm.* 41:324-326 (1984).
39. **Binley, R., D.O. Fleming, D.L. Swift and B. Tepper:** Release of Residual Materials During Needle Cutting. *Am. J. Infec, Control* (in press).
40. **National Coordinating Committee on Large Volume Parenterals:** Recommended Methods for Compounding Intravenous Admixtures in Hospitals. *Am. J. Hosp. Pharm.* 32:261-270 (1975).
41. **Anon:** Instructions for Handling and Administering of Cytostatics. National Social Welfare Board Department of Drugs, Stockholm, Sweden (1978).
42. **Anon:** Guidelines Concerning the Handling of Cytostatic Agents. Directorate of Labor Inspection, Oslo, Norway (1980).
43. **Turco S.J.:** Cancer Chemotherapeutic Agents: Handling and Disposal. *Hosp. Pharm. Briefs* 1:2 (1980).
44. **Anon:** Handling and Disposal of Anticancer Drugs. *Pharm. Newsl. Nurses.* 15:1-2 (Mercy Hospital, Rockville Centre, NY) (1981).
45. **Anon:** Guidelines for the Handling of Hazardous Pharmaceuticals. Canadian Society of Hospital Pharmacists, Toronto, Canada (1981).
46. **Davis, M.R.:** Guidelines for Safe Handling of Cytotoxic Drugs in Pharmacy Departments and Hospital Wards (The Society of Hospital Pharmacists of Australia). *Hosp. Pharm.* 16:17-20 (1981).
47. **Wilson, J.P. and D.A. Solimando:** Aseptic Technique as a Safety Precaution in the Preparation of Antineoplastic Agents. *Hosp. Pharm.* 16:575-581 (1981).

B-12

*Am. Ind. Hyg. Assoc. J (46)*    June, 1985

48. **Hamilton, C.W. and K.E. Avis:** Selection Criteria for Biological Safety Cabinets for Chemotherapy Preparation (letter). *Am. J. Hosp. Pharm.* 39:96B (1982).

49. **Jones, R.B., R. Frank and T. Mass:** Safe Handling of Chemotherapeutic Agents: A Report from The Mount Sinai Medical Center. *CA–a. Cancer J. Clin.* 33:258–263 (1983).

50. **Kolmodin-Hedman, B., P. Hartvig, M. Sorsa and K. Falck:** Occupational Handling of Cytostatic Drugs, *Arch. Toxicol.* 54(1):25–33 (1983).

51. **Donner, A.L.:** Possible Risk of Working with Antineoplastic Drugs in Horizontal Laminar Flow Hoods (letter).*Am. J. Hosp. Pharm.* 35:900 (1978).

52. **Gousse, G.C., C.H. Nightingale and G.P. Dionne:** Biological Safety Cabinets for Chemotherapy Preparation (letter). *Am. J. Hosp. Pharm.* 38:967 (1981).

53. **Kleinberg, M.L. and M.J. Quinn:** Airborne Drug Levels in a Laminar-Flow Hood, *Am. J. Hosp. Pharm.* 38:1301–1313 (1981).

54. **Honda, D., R.J. Ignoffo and L.A. Power:** Safety Consideration in the Preparation of Parenteral Antineoplastics, *CSHP Voice* 8:94–96 (1981).

55. **National Study Commission of Cytotoxic Exposure:** Recommendations for Handling Cytotoxic Agents. Rhode Island Hospital, Department of Pharmacy, Providence, RI (1984).

# APPENDIX

## Recommendations for Handling Cytotoxic Agents
## by the National Study Commission on
## Cytotoxic Exposure

### Environmental Protection

1. All mixing of cytotoxic agents should be performed in a Class II, biological safety cabinet. Type A cabinets are the minimal requirement. Type A cabinets which are vented (some now classified as Type B3) are preferred.

2. Special techniques and precautions must be utilized because of the vertical (downward) laminar airflow (see Supplement I).

3. The biological safety cabinet must be certified by qualified personnel annually or any time the cabinet is physically moved.

4. The biological safety cabinet should be operated with the blower on, 24 hours per day —seven days per week.

5. Drug preparations must be performed only with the view screen at the recommended access opening. Professionally accepted practices concerning the aseptic preparation of injectable products should be followed.

### Operator Protection

1. Disposable surgical latex gloves are recommended for all procedures involving cytotoxic drugs. Polyvinyl chloride (PVC) gloves should not be worn while handling cytotoxic agents. Several types of PVC gloves are permeable to a variety of drugs.

2. Gloves should routinely be changed approximately every 30 minutes when working steadily with cytotoxic agents. Gloves should be removed immediately after overt contamination.

3. Double gloving is recommended for cleaning up of spills.

4. Protective barrier garments should be worn for all procedures involving the preparation and disposal of cytotoxic agents. These garments should have a closed front, long sleeves and closed cuff (either elastic or knit).

5. All potentially contaminated garments must not be worn outside the work area.

### Compounding Procedures and Techniques

1. Hands must be washed thoroughly before gloving and after gloves are removed.

2. Care must be taken to avoid puncturing of gloves and possible self-inoculation.

3. Syringes and I.V. sets with Luer-lock fittings should be used whenever possible.

4. Vials should be vented with a hydrophobic filter to eliminate internal pressure or vacuum.

5. Before opening ampules, care should be taken to insure that no liquid remains in the tip of the ampule. A sterile, disposable alcohol dampened gauze sponge should be wrapped around the neck of the ampule to reduce aerosolization.

6. For sealed vials, final drug measurement should be performed prior to removing the needle from the stopper of the vial and after the pressure has been equalized.

7. A closed collection vessel should be available in the biological safety cabinet or use the original vial to hold discarded excess drug solutions.

8. Special procedures should be followed for acute exposure or spills (Supplement II).

9. Cytotoxic agents which are handled within the treatment area should be properly labeled (*e.g.*, "Chemotherapy: Dispose of Properly").

### Precautions for Medication Administration

1. Disposable surgical latex gloves should be worn during all cytotoxic drug administration activities.