# EXHIBIT 11

SHEET 10

**34**

1   You should be thinking about a month off of that.
2       Let's talk about this letter regarding
3   Defendant's Exhibit 106. And we can make this pretty quick,
4   I think.
5       The defense has not had a chance to respond to
6   this yet. And I'm going to give you a chance to respond to
7   it. I want you to respond; and I'll give you a letter of
8   comparable length, three single-spaced pages to make your
9   rebuttal; and I would like to have that no later than
10  Wednesday of next week. And then you can expect a ruling
11  from me. If I have to get you on the phone to do it, we
12  will, or I might just give you a short order.
13      I will say this. You should pay particular
14  attention to the Rule 37 argument that is made because
15  I'm taking it seriously. So you shouldn't focus on your
16  attorney-client issues to the exclusion of dealing with
17  the sanction issue considering when this thing surfaced.
18      Now, that dealt with the Markman scheduling,
19  too, and I think that covered the matters that you needed
20  to hear from me about.
21      Is there anything about what we've talked about
22  today that you still need some clarification on or are
23  there other issues that you would like to surface now that
24  we could profitably discuss? Mr. Rich?
25      MR. RICH: Off the top of my head, I can't think

**36**

1   those things to happen. I'm making no further statement on
2   that than what I have already put on the record. But from a
3   pure matter of scheduling, you ought to be scheduling so
4   that we're not dealing with a fight down the road.
5       MR. ASHINOFF: Okay.
6       THE COURT: All right. Thanks for your time
7   today.
8       (The attorneys respond, "Thank you, Your
9   Honor.")
10      (Telephone conference ends at 11:27 a.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**35**

1   of anything, Your Honor.
2       THE COURT: Mr. Ashinoff?
3       MR. ASHINOFF: Your Honor, I think you've been
4   very clear in the guidance. The only issue that I can even
5   foresee down the road is not anything you addressed today
6   but the fact that we have asked to take the depositions of
7   the prosecuting attorneys. You told us on the inequitable
8   conduct claims, I think that is warranted. You said we have
9   to take the inventors first. We will do that. But the
10  question is, can we assume that having, with the new amended
11  counterclaim plus the need to take the inventors, that we
12  can proceed to also anticipate and schedule the two
13  prosecuting attorneys for their depositions toward the end
14  of the discovery schedule here to make sure we have it in
15  time?
16      THE COURT: Well, here is the short answer.
17  It's probably prudent to have people ready to do it. That
18  says nothing, I emphasize strongly, about whether you are
19  going to get to do that or not. Because I think, if I'm
20  recalling our conversation correctly on this point, that I
21  tried to convey to you before that I expect everybody to
22  be looking to see if there isn't a way to address this
23  without dealing with deposing prosecuting attorneys. And
24  I reemphasize that. So nobody, hearing me say yes, it's
25  prudent to schedule, should think I'm favoring allowing

United States District Court - Honorable Kent A. Jordan

**0**

04-833 [1] - 1:9

**1**

1,600 [1] - 19:2
1,600-or-so [1] - 20:8
1,800 [1] - 19:2
100 [1] - 19:14
106 [2] - 3:10, 34:3
10:30 [2] - 1:12, 2:18
11:27 [1] - 36:10
14,000 [1] - 18:21

**2**

2002 [2] - 6:10, 6:16
2005 [2] - 9:15, 20:2
2006 [1] - 1:12
28-or-27 [1] - 27:15
28th [1] - 30:14

**3**

30 [1] - 1:12
30th [2] - 32:16, 32:17
37 [1] - 34:14

**4**

40 [1] - 15:13

**6**

6,000 [1] - 19:3

**A**

a.m [3] - 1:12, 2:18, 36:10
able [1] - 22:11
Absolutely [1] - 9:9
absolutely [1] - 16:6
accept [1] - 18:1
accepted [1] - 20:5
accepting [1] - 23:23
according [1] - 31:9
accurate [1] - 6:11
accused [1] - 11:13
acquisition [1] - 22:4
ACTION [1] - 1:4
Actions [1] - 27:19
additional [1] - 23:3
address [3] - 17:3, 18:10, 35:22
addressed [1] - 35:5
advance [1] - 32:7
advice [7] - 3:25, 4:1,

7:25, 10:14, 14:1, 14:24
affecting [2] - 13:12, 13:25
affidavit [5] - 20:15, 21:10, 21:17, 22:2, 24:13
affidavits [1] - 22:11
agenda [1] - 3:14
agent [5] - 20:11, 22:16, 28:17, 28:22, 29:3
agents [4] - 19:23, 20:1, 20:13, 29:11
agree [2] - 14:9, 26:4
agreeing [2] - 16:25, 27:4
agreement [3] - 23:8, 25:21
ahead [2] - 18:15, 32:11
aim [1] - 27:23
allay [1] - 25:18
allegedly [1] - 9:19
allow [2] - 13:22, 18:9
allowed [1] - 30:18
allowing [1] - 35:25
allows [1] - 13:22
amended [2] - 30:18, 35:10
amount [1] - 30:4
AND [1] - 1:2
angle [1] - 32:11
announced [1] - 9:12
answer [3] - 21:24, 25:2, 35:16
anticipate [1] - 35:12
anticipated [1] - 26:12
anticipation [1] - 26:1
APPEARANCES [2] - 1:16, 2:1
appropriate [1] - 4:19
April [1] - 30:14
argue [1] - 26:18
argued [2] - 3:23, 24:7
arguing [1] - 26:19
argument [9] - 4:2, 4:3, 4:16, 20:24, 21:2, 26:16, 33:6, 33:22, 34:14
arguments [3] - 9:7, 9:10, 16:9
arose [1] - 24:4
ARSHT [1] - 1:17
ASHBY [1] - 2:3
Ashby [1] - 3:2
ASHINOFF [40] - 2:6, 3:5, 4:15, 4:21, 4:23, 5:3, 5:11, 6:5, 6:13, 6:18, 7:4, 7:10, 7:14,

7:17, 7:21, 7:23, 8:9, 8:18, 8:23, 9:24, 10:15, 11:20, 12:8, 12:10, 14:19, 14:22, 16:21, 17:19, 18:1, 18:9, 22:21, 22:25, 30:7, 30:22, 32:4, 33:16, 33:20, 33:23, 35:3, 36:5
Ashinoff [12] - 3:3, 4:11, 4:14, 9:6, 9:23, 10:9, 12:5, 12:17, 17:25, 18:7, 30:3, 35:2
Ashinoff's [2] - 23:20, 31:25
assert [2] - 6:14, 22:15
asserted [1] - 8:23
assertion [4] - 6:1, 12:13, 24:22, 27:8
assertions [1] - 21:22
assume [2] - 4:13, 35:10
assuming [2] - 12:6, 26:16
assumption [1] - 12:7
attached [1] - 12:16
attempted [2] - 12:19, 20:3
attempting [1] - 14:25
attempts [1] - 20:10
attention [1] - 34:14
attorney [16] - 4:24, 5:1, 5:2, 8:13, 15:21, 19:24, 20:23, 20:24, 22:16, 24:23, 26:10, 28:19, 28:22, 29:3, 34:16
attorney-client [7] - 4:24, 5:1, 5:2, 8:13, 15:21, 20:24, 34:16
attorneys [14] - 17:15, 19:22, 19:25, 20:6, 20:11, 22:11, 25:4, 28:18, 29:10, 30:20, 35:7, 35:13, 35:23, 36:8
ATTY [1] - 19:23
author [2] - 20:9, 24:23
authored [1] - 9:16
authors [1] - 19:12
available [1] - 4:6
aware [1] - 32:19

**B**

based [4] - 5:25, 12:4, 18:3, 19:15
bases [1] - 19:13

basis [3] - 20:24, 22:14, 26:24
bears [1] - 16:12
Becker [1] - 9:20
bed [1] - 26:8
BEFORE [1] - 1:14
begin [1] - 32:10
beginning [1] - 2:18
behalf [3] - 2:23, 3:1, 3:18
BERGHOFF [1] - 1:20
best [6] - 10:10, 11:20, 11:21, 16:17, 16:20, 18:22, 19:14, 29:13
better [1] - 17:13
between [8] - 4:23, 13:16, 20:3, 20:11, 26:13, 28:17, 28:21, 33:4
beyond [1] - 10:1
bifurcate [2] - 3:12, 14:4
bifurcating [1] - 14:14
bifurcation [5] - 14:7, 14:18, 16:22
biting [1] - 17:11
bodies [1] - 27:9
BOEHNEN [1] - 1:20
bottom [1] - 12:14
Brian [1] - 1:24
brief [10] - 3:25, 5:23, 11:11, 19:10, 20:12, 20:21, 25:11, 26:25, 30:11, 32:18
briefing [5] - 18:24, 19:6, 24:2, 32:19, 32:21
briefly [1] - 18:17
briefs [3] - 30:15, 31:2, 32:18
brightest [1] - 15:11
brilliant [1] - 16:2
bring [1] - 28:7
bringing [1] - 19:2
British [1] - 20:13
broader [1] - 5:12
Brobeck [9] - 5:20, 6:6, 6:20, 6:21, 7:11, 7:16, 10:18, 12:22, 15:11
bubbles [1] - 17:10
busy [1] - 32:10
BY [4] - 1:18, 1:20, 2:3, 2:6

**C**

camera [1] - 11:23
cannot [1] - 12:25

care [1] - 25:2
case [12] - 14:16, 17:7, 21:22, 22:23, 27:25, 28:10, 28:11, 28:12, 29:17, 29:21, 32:13, 32:17
cases [1] - 25:10
categories [2] - 19:15, 20:3
caveat [1] - 29:8
certain [1] - 32:14
certainly [1] - 11:12
Certainly [1] - 32:6
challenge [3] - 26:5, 26:7
challenged [2] - 19:18, 19:21
challenging [1] - 27:12
chambers [1] - 2:18
chance [3] - 15:13, 34:5, 34:6
changed [1] - 19:13
changes [1] - 19:7
character [1] - 13:10
characterized [1] - 14:23
characterizing [1] - 9:7
charge [1] - 20:21
Chicago [1] - 1:21
Chief [1] - 3:23
Circuit [1] - 31:5
circumstances [1] - 4:9
citing [1] - 11:13
CIVIL [1] - 1:4
claim [6] - 27:5, 30:14, 30:16, 30:23, 31:2, 31:7
Claimants [1] - 1:10
claiming [1] - 27:8
claims [1] - 35:8
clarification [1] - 34:22
clarify [1] - 28:14
clear [3] - 28:16, 31:6, 35:4
clearly [2] - 11:14, 23:18
client [14] - 4:24, 5:1, 5:2, 8:13, 13:2, 13:19, 13:23, 15:20, 15:21, 15:23, 16:12, 20:24, 21:5, 34:16
Co [1] - 21:6
coming [2] - 24:24, 33:14
comment [1] - 28:14
commenting [1] -

12:25
comments [2] - 11:15, 11:16
communicate [2] - 33:13, 33:17
communicated [2] - 15:20, 16:11
communication [2] - 10:7, 15:22
communications [3] - 7:11, 9:17, 9:18
Company [1] - 1:23
COMPANY [1] - 1:4
company [6] - 5:12, 5:19, 6:6, 6:19, 6:22, 7:12
comparable [1] - 34:8
compel [5] - 3:8, 3:13, 3:17, 13:14, 17:21
complain [1] - 23:25
complaining [2] - 23:21, 26:4
complexity [1] - 11:22
complicated [1] - 25:15
complicating [1] - 14:8
concern [3] - 23:21, 27:16, 29:4
concerns [2] - 25:19, 28:25
conduct [4] - 30:17, 31:10, 31:11, 35:8
conference [2] - 2:18, 36:10
CONFERENCE [1] - 1:12
confidential [1] - 11:12
consideration [1] - 32:23
considered [1] - 4:18
considering [2] - 13:7, 34:17
construction [5] - 30:15, 30:16, 30:24, 31:2, 31:7
contain [1] - 10:4
contemplating [1] - 30:8
contends [1] - 4:5
contested [2] - 3:10, 20:7
continue [1] - 9:16
continued [2] - 18:25
Continued [1] - 2:1
continuing [1] - 20:6
contours [1] - 4:19
conversation [2] - 10:19, 35:20

conversations [3] - 4:7, 8:20, 9:1
convey [1] - 35:21
cooperation [2] - 17:6, 17:9
correct [3] - 4:20, 17:25, 22:24
correctly [1] - 35:20
counsel [16] - 3:25, 4:1, 5:19, 7:1, 8:8, 9:17, 9:19, 10:14, 13:1, 13:13, 13:16, 13:21, 15:11, 15:6, 15:9, 20:13
Counsel [2] - 1:22, 2:8
Counter [2] - 1:6, 1:10
Counter-Claimants [1] - 1:10
Counter-defendant [1] - 1:6
counterclaim [2] - 30:17, 35:11
countries [3] - 22:6, 22:12, 29:9
couple [2] - 3:10, 30:9
course [6] - 17:10, 19:6, 27:5, 29:8, 31:10, 31:13
COURT [67] - 1:1, 2:19, 2:25, 3:6, 4:11, 4:16, 4:22, 4:25, 5:6, 5:22, 6:8, 6:14, 7:3, 7:5, 7:13, 7:15, 7:18, 7:22, 8:3, 8:16, 8:22, 9:5, 9:23, 10:6, 11:19, 12:5, 12:9, 12:14, 14:21, 15:18, 16:25, 17:20, 17:24, 18:5, 18:11, 18:15, 20:16, 20:20, 21:8, 22:1, 22:19, 22:22, 23:11, 24:11, 25:13, 25:23, 26:21, 27:2, 27:21, 28:23, 29:6, 29:13, 30:21, 31:3, 31:16, 31:20, 31:23, 32:8, 32:16, 33:2, 33:7, 33:19, 33:21, 33:24, 35:2, 35:16, 36:6
Court [10] - 11:23, 11:24, 12:2, 20:23, 21:3, 21:22, 21:23, 30:18, 33:20
covered [1] - 34:19
crack [1] - 18:7
current [1] - 31:9
cut [4] - 18:21, 19:14, 22:23, 31:20
cutoff [2] - 23:1, 23:7

cuts [1] - 19:15
cutting [1] - 32:22

D

date [8] - 17:7, 30:14, 32:13, 32:14, 32:16, 32:17, 33:8, 33:14
dates [5] - 19:12, 30:24, 30:25, 33:15, 33:17
DAY [2] - 2:3, 3:1
dead [1] - 9:6
deal [9] - 3:8, 3:9, 3:14, 4:25, 17:9, 17:16, 28:5, 28:6, 29:24
dealing [4] - 17:4, 34:16, 35:23, 36:4
deals [1] - 16:22
dealt [1] - 34:18
decide [1] - 4:17
decided [1] - 5:9
decision [2] - 16:16, 32:22
declarations [3] - 24:4, 24:8, 24:10
defendant [1] - 1:6
Defendant's [1] - 34:3
Defendants [1] - 1:9
defendants [2] - 3:2, 14:10
defense [3] - 3:11, 14:16, 34:5
degree [2] - 17:6, 28:8
DELAWARE [1] - 1:2
Delaware [1] - 1:11
delineation [2] - 5:20, 11:4
delve [1] - 21:18
denominate [1] - 28:19
denomination [1] - 19:23
deponent [1] - 7:24
deposing [1] - 35:23
deposition [4] - 8:19, 21:18, 22:7, 22:18
depositions [8] - 23:2, 23:4, 23:9, 30:1, 30:12, 31:1, 35:6, 35:13
described [1] - 27:17
descriptions [3] - 9:22, 19:11, 27:12
designate [1] - 19:22
designation [1] - 28:19
dialogue [1] - 6:25

different [1] - 29:11
difficult [1] - 18:18
directing [1] - 23:24
direction [1] - 22:5
directly [1] - 13:12
disabuse [1] - 23:14
disagree [2] - 12:17, 15:20
disappear [1] - 31:12
discovery [8] - 14:15, 22:23, 23:1, 23:7, 29:15, 29:20, 31:14, 35:14
discuss [1] - 34:24
discussed [2] - 23:19, 24:3
discussing [1] - 24:2
discussion [3] - 12:6, 17:4, 33:22
discussions [2] - 7:18, 8:4
dispositive [4] - 28:11, 28:12, 30:14, 32:13
dispositives [1] - 32:17
dispute [2] - 24:18, 24:24
disputes [3] - 17:13, 29:15, 29:20
distinct [1] - 8:13
distinction [6] - 4:23, 6:24, 6:25, 12:3, 13:16, 16:5
distinctions [1] - 29:10
distinguish [4] - 20:3, 20:10, 28:17, 28:21
DISTRICT [2] - 1:1, 1:2
document [6] - 12:12, 13:8, 26:24, 27:14, 29:17
document-by-document [1] - 26:24
documents [26] - 5:25, 6:15, 9:13, 9:22, 9:24, 10:1, 10:4, 11:9, 12:1, 12:11, 12:16, 18:2, 19:2, 19:11, 19:12, 20:7, 21:4, 23:3, 25:20, 26:25, 27:3, 27:14, 27:15, 30:25, 31:1
domain [1] - 27:20
done [8] - 11:21, 25:8, 25:9, 26:14, 27:24, 29:19, 30:2, 30:6
doubt [1] - 32:9
down [11] - 18:21,

19:3, 19:14, 19:17, 24:24, 25:5, 26:23, 28:24, 32:1, 35:5, 36:4
drafting [2] - 25:20, 25:21
drawing [2] - 7:4, 7:5
drawn [2] - 11:8, 12:15
due [2] - 32:8, 32:23
during [6] - 6:9, 18:24, 23:24
During [1] - 19:5

E

early [3] - 25:3, 28:15, 33:11
earnest [1] - 29:14
easily [1] - 24:19
effort [2] - 12:15, 16:17
efforts [1] - 20:14
eight [2] - 22:12, 23:4
Either [1] - 25:15
either [3] - 20:9, 26:2, 30:10
elapse [1] - 33:12
emphasize [1] - 35:18
employee [1] - 7:6
employees [3] - 6:2, 7:19, 8:6
encapsulate [1] - 12:11
end [5] - 18:21, 28:9, 33:10, 33:25, 35:13
ends [1] - 36:10
entirely [2] - 19:13, 31:12
entitled [4] - 4:2, 4:3, 15:16, 21:17
entries [2] - 18:21, 20:8
ESQ [6] - 1:18, 1:20, 1:21, 2:3, 2:6, 2:6
essentially [1] - 31:18
establish [1] - 24:8
evidence [1] - 21:24
evidenced [1] - 17:7
exactly [1] - 4:21, 9:25
example [1] - 5:13
examples [1] - 19:10
except [2] - 16:18, 18:23
exchange [1] - 23:6
exchanged [1] - 23:4
exclusion [1] - 34:16
Executive [1] - 3:23
executive [1] - 3:24

Exhibit [2] - 3:10, 34:3
exhibits [3] - 9:15, 14:2, 25:11
Exhibits [1] - 9:15
expect [4] - 17:5, 32:17, 34:10, 35:21
explain [1] - 10:10
explicitly [1] - 12:24
expressed [2] - 23:18, 23:22
expressly [2] - 5:23, 24:3
extend [1] - 22:24
extension [1] - 31:24
extensions [1] - 32:20
extent [5] - 13:15, 14:22, 19:7, 21:15, 24:21
extraordinarily [2] - 14:11, 18:18

**F**

face [2] - 16:13, 27:9
Fach [9] - 4:1, 7:24, 8:14, 8:17, 9:1, 9:17, 10:7, 10:17, 10:23
Fach's [2] - 4:7, 8:19
fact [5] - 12:18, 16:22, 19:1, 20:24, 35:6
factual [1] - 21:22
Fair [1] - 26:15
fair [1] - 33:9
fairly [1] - 12:19
faith [3] - 13:3, 13:20, 17:6
fall [1] - 29:9
fashion [1] - 13:15
fast [1] - 11:25
favoring [1] - 35:25
Federal [1] - 31:5
fellow [1] - 7:6
fight [4] - 28:1, 29:15, 29:18, 36:4
fights [1] - 29:19
figure [1] - 19:17
figured [2] - 25:2, 25:3
filed [6] - 24:5, 27:3, 27:6, 27:9, 27:13, 27:18
filing [4] - 30:24, 31:13, 33:4
fine [2] - 16:5, 18:11
firm [2] - 3:4, 7:11
First [1] - 23:18
first [8] - 3:16, 9:11, 14:8, 18:7, 18:14, 18:20, 26:16, 35:9
five [1] - 11:10

floor [1] - 3:17
focus [1] - 34:15
focusing [1] - 29:21
folks [1] - 12:19, 17:5, 20:5, 21:16, 22:5, 28:4, 31:24, 32:11, 32:23, 32:25, 33:12
following [1] - 2:17
fool [2] - 23:16
FOR [1] - 1:2
foreign [3] - 22:12, 24:4, 24:9
foresee [1] - 35:5
form [2] - 25:18, 27:17
formality [1] - 21:9
formerly [1] - 25:1
forth [1] - 19:21
forum [1] - 27:3
forward [5] - 14:15, 16:13, 22:2, 23:10, 32:24
foundation [1] - 27:7
four [4] - 19:9, 31:23, 32:13, 33:12
Frank [1] - 9:20
frankly [1] - 30:16
front [2] - 4:12, 12:12
fundamentally [1] - 6:24

**G**

G-U-G-I-G [1] - 18:13
Gaffigan [1] - 1:24
game [1] - 28:10
GEDDES [1] - 2:3
Geddes [1] - 3:2
gee [1] - 21:11
general [1] - 4:1
generalities [1] - 12:13
generally [2] - 3:22, 6:22
given [4] - 6:20, 13:18, 26:25, 28:3
granting [2] - 13:14, 14:6
great [1] - 17:9
greatest [1] - 16:23
guess [5] - 16:18, 24:22, 26:3, 26:8, 28:6
GUGIG [9] - 2:6, 18:13, 18:16, 21:14, 22:8, 22:20, 25:10, 27:11, 28:13
Gugig [13] - 3:3, 18:10, 18:13, 18:15,

20:22, 21:9, 23:15, 23:19, 25:7, 27:7, 28:13, 28:25, 30:10
guidance [3] - 17:21, 28:3, 35:4
guy [1] - 16:2, 22:7
guys [8] - 9:6, 16:17, 17:2, 17:12, 26:8, 32:1, 32:9, 33:10

**H**

hand [2] - 16:1, 16:2
handle [1] - 14:9
handled [1] - 20:17
handles [1] - 17:20
hands [1] - 29:16
happenstance [1] - 6:19
hard [1] - 12:10
head [1] - 34:25
hear [5] - 4:22, 13:19, 24:14, 25:6, 29:19, 34:20
heard [3] - 16:8, 31:25, 32:5
hearing [4] - 3:15, 33:6, 33:10, 35:24
held [1] - 2:18
help [1] - 17:2
helping [1] - 17:1
Hi [1] - 2:19
hidden [1] - 23:24
higher [1] - 17:6
highlighted [1] - 13:11
history [1] - 18:23
hold [2] - 25:23, 33:14
holding [1] - 5:17
hollow [1] - 26:5
honesty [1] - 30:23
Honor [53] - 2:23, 3:1, 3:5, 3:19, 3:21, 4:3, 4:15, 4:21, 5:3, 5:13, 5:21, 7:10, 8:10, 9:9, 9:13, 9:24, 9:25, 10:15, 11:6, 11:10, 11:20, 11:21, 11:25, 14:19, 15:5, 16:21, 18:9, 18:13, 18:16, 19:9, 20:19, 21:1, 21:14, 21:25, 22:9, 22:21, 22:25, 23:14, 25:10, 25:17, 26:15, 27:12, 28:13, 28:24, 30:7, 31:4, 31:22, 32:5, 33:1, 33:16, 35:1, 35:3, 36:9
HONORABLE [1] - 1:14
hope [1] - 17:23,

17:24, 28:3
house [12] - 7:1, 7:6, 7:19, 7:25, 8:5, 8:12, 9:1, 9:17, 15:1, 15:6, 15:9
HULBERT [1] - 1:20
hypothetical [4] - 11:7, 15:8, 15:19, 16:1
Hypothetically [1] - 15:9
hypothetically [3] - 10:19, 10:20, 10:23

**I**

identified [3] - 22:15, 24:25, 25:1
identify [5] - 19:25, 25:6, 25:25, 26:17, 29:3
Illinois [1] - 1:21
immediately [1] - 32:10
implicitly [1] - 12:25
imply [1] - 17:11
import [1] - 11:17
importance [1] - 11:22
important [1] - 4:8
impossible [1] - 19:8
impressions [1] - 7:2
IN [2] - 1:1, 1:2
in-house [12] - 7:1, 7:6, 7:19, 7:25, 8:5, 8:12, 9:1, 9:17, 15:1, 15:6, 15:9
inaccurate [6] - 6:4, 6:7, 6:11, 6:17, 6:18, 12:7
inappropriate [1] - 4:10
INC [2] - 1:8, 1:8
Inc [2] - 2:8, 2:8
include [2] - 23:21, 32:1
included [1] - 27:14
including [2] - 8:25, 23:5
inconsistent [1] - 26:20
indeed [2] - 12:15, 24:20
indicate [1] - 17:13
indicates [1] - 27:18
individual [1] - 21:6
individuals [1] - 20:4
inequitable [4] - 30:17, 31:10, 31:11, 35:7
information [7] - 4:4,

4:5, 4:6, 9:8, 9:10, 13:21, 16:11
informed [2] - 4:6, 16:16
initial [1] - 19:3
input [1] - 28:4
inside [3] - 13:16, 13:24, 14:24
instance [1] - 18:20
instances [2] - 12:24, 24:24
instructed [1] - 28:16
insufficient [1] - 24:8
intellectual [1] - 22:4
intends [1] - 13:2
intention [2] - 9:2, 32:4
interesting [1] - 21:1
interject [1] - 28:14
invalidity [4] - 8:1, 8:7, 10:18, 15:10
inventor [1] - 31:6
inventors [5] - 30:17, 30:19, 35:9, 35:11
irrelevant [1] - 31:6
issue [9] - 9:14, 10:1, 14:20, 15:21, 15:22, 20:7, 25:15, 34:17, 35:4
issues [12] - 7:2, 19:1, 19:20, 21:15, 25:18, 28:5, 30:25, 31:5, 31:8, 31:19, 34:16, 34:23
Italian [1] - 30:12
Italy [1] - 23:5
itself [2] - 11:16, 11:17

**J**

JA [1] - 21:6
JAMES [1] - 1:18
James [1] - 2:21
Jeff [1] - 2:22
Jeffrey [1] - 21:5
JEFFREY [1] - 1:21
JOHN [1] - 2:3
John [1] - 3:2
JORDAN [1] - 1:14
Jordan [2] - 2:19, 23:20
JOSHUA [1] - 1:20
Joshua [2] - 2:22, 11:6
judge [1] - 11:2
Judge [1] - 2:25
judgment [7] - 31:9, 31:12, 31:13, 31:19, 33:5, 33:6, 33:21

judgments [1] - 30:24
July [1] - 33:11
June [1] - 33:10
jury [5] - 11:2, 13:19, 14:11, 15:14, 17:4

**K**

KAJ [1] - 1:9
keep [2] - 4:19, 13:4
Kemp [1] - 21:6
KENT [1] - 1:14
key [1] - 11:25
kind [2] - 19:16, 24:18

**L**

language [4] - 11:11, 11:13, 14:2, 14:10
last [1] - 3:9
late [1] - 25:3
latter [1] - 15:14
launch [1] - 5:9
law [5] - 12:4, 13:22, 24:4, 24:9, 25:24
lawyer [3] - 10:11, 21:21, 22:13
lawyers [5] - 7:20, 8:5, 13:24, 15:11, 24:18
least [2] - 11:9, 11:14
legitimate [1] - 12:4
length [2] - 23:19, 34:8
letter [7] - 5:14, 5:15, 5:16, 20:2, 20:5, 34:2, 34:7
letters [3] - 3:9, 24:5, 24:6
liability [1] - 14:12
license [2] - 25:20, 25:21
lie [1] - 26:9
likelihood [2] - 8:15, 31:11
limit [1] - 8:10
limited [1] - 30:4
limiting [1] - 8:4
line [8] - 2:20, 2:22, 7:4, 7:5, 11:8, 12:14
lingering [1] - 14:19
list [1] - 20:9
listed [1] - 24:23
lists [1] - 25:11
litigation [12] - 7:2, 8:15, 10:25, 11:1, 15:7, 15:13, 25:6, 25:22, 25:25, 26:12, 26:13, 26:17
LLP [2] - 1:20, 2:5

locally [1] - 3:3
log [18] - 9:11, 9:22, 18:19, 19:4, 19:7, 19:9, 19:16, 19:22, 20:6, 20:8, 21:2, 24:25, 25:4, 26:20, 27:22, 27:23, 28:18, 29:3
logs [3] - 28:2, 28:5, 30:1
Look [1] - 16:4
look [3] - 9:13, 13:9, 32:24
looked [1] - 16:9
looking [1] - 13:6, 14:2, 25:13, 35:22
looks [2] - 11:23, 24:23

**M**

maintaining [1] - 31:18
majority [1] - 24:17
manage [1] - 17:16
mandamus [1] - 16:18
manner [1] - 12:19
March [1] - 1:12
Markman [6] - 3:15, 31:18, 32:18, 33:6, 33:22, 34:18
Marvin [2] - 3:23, 9:18
material [3] - 23:7, 27:20, 32:21
materialized [1] - 26:13
matter [3] - 8:25, 10:14, 36:3
matters [3] - 6:2, 29:24, 34:19
McDONNELL [1] - 1:20
mean [5] - 5:13, 17:11, 25:8, 25:14, 26:11
memo [1] - 15:15
memoranda [1] - 12:24
memorandum [1] - 24:6
memos [1] - 14:10
merely [2] - 11:13, 11:16
Merit [1] - 1:25
Michael [1] - 18:10
MICHAEL [1] - 2:6
might [10] - 7:19, 8:17, 11:1, 11:2, 11:7, 13:10, 14:4, 22:9, 34:12
Might [1] - 8:16

Mike [3] - 3:3, 18:14, 28:13
minimum [1] - 30:22
minute [1] - 23:12
mischaracterization [1] - 15:4
misconduct [1] - 11:13
missing [1] - 7:13
misspoke [1] - 32:6
mistaken [1] - 12:25
moment [3] - 14:20, 25:12, 29:23
month [2] - 30:23, 34:1
morning [4] - 2:21, 3:1, 3:5, 3:6
MORRIS [1] - 1:17
Most [1] - 24:16
most [2] - 18:3, 24:20
motion [13] - 3:12, 3:17, 11:14, 13:14, 14:3, 17:20, 18:5, 18:24, 22:10, 26:3, 26:19, 27:1, 31:13
motions [7] - 3:8, 3:13, 28:11, 28:12, 30:14, 32:23, 33:5
mounting [1] - 29:15
move [2] - 14:15, 16:20
moved [1] - 33:8
moves [1] - 32:13
moving [2] - 19:5, 19:16
MR [69] - 2:21, 2:23, 2:24, 3:1, 3:5, 3:19, 4:15, 4:21, 4:23, 5:3, 5:11, 6:5, 6:13, 6:18, 7:4, 7:10, 7:14, 7:17, 7:21, 7:23, 8:9, 8:18, 8:23, 9:9, 9:24, 10:15, 11:6, 11:20, 12:8, 12:10, 14:19, 14:22, 16:21, 17:19, 17:23, 18:1, 18:9, 18:13, 18:16, 20:19, 21:1, 21:14, 22:8, 22:20, 22:21, 22:25, 23:14, 25:10, 25:17, 26:15, 26:22, 27:11, 28:13, 28:24, 29:8, 30:7, 30:22, 31:4, 31:17, 31:22, 32:4, 33:1, 33:3, 33:16, 33:20, 33:23, 34:25, 35:3, 36:5

**N**

nails [1] - 17:11
name [3] - 18:12, 18:14, 21:6
narrow [1] - 19:1
narrowed [1] - 31:12
narrowly [1] - 12:15
NATH [1] - 2:5
nature [1] - 14:11
need [17] - 3:14, 17:14, 17:17, 22:6, 22:9, 23:22, 24:12, 24:21, 26:11, 26:17, 30:12, 30:16, 30:18, 30:22, 32:19, 34:22, 35:11
needed [2] - 24:9, 34:19
needs [2] - 19:18, 30:15
never [4] - 8:23, 15:14, 21:20, 26:13
new [1] - 35:10
New [3] - 2:7, 3:4
newly [1] - 9:12
next [2] - 29:1, 34:10
nice [1] - 10:24
NICHOLS [1] - 1:17
nine [1] - 22:12
NO [1] - 1:9
nobody [2] - 28:7, 35:24
none [1] - 23:9
note [1] - 19:21
NOTE [1] - 2:17
nothing [3] - 17:11, 23:22, 35:18
notice [1] - 20:20
notion [1] - 22:23
November [1] - 20:2
Nth [1] - 28:8
number [2] - 23:1, 23:5
numerous [1] - 17:13

**O**

obscure [1] - 29:17
obtain [1] - 24:10
obtuse [1] - 10:10
obvious [1] - 14:3
Obviously [1] - 27:3
obviously [2] - 16:22, 23:9
occasions [1] - 19:25
occur [1] - 23:5
occurred [1] - 3:22
odds [1] - 12:21

OF [1] - 1:2
offer [1] - 7:23
office [1] - 33:13
Office [2] - 27:17, 27:19
Officer [3] - 3:23, 21:3, 21:21
officers [1] - 6:1
old [1] - 11:25
once [2] - 5:17, 23:16
one [16] - 3:13, 3:18, 5:8, 13:17, 16:1, 18:8, 22:13, 25:11, 25:17, 26:2, 26:22, 28:14, 28:20, 29:8, 29:12, 29:16
One [2] - 19:5, 27:16
oOo [1] - 2:15
opening [3] - 5:23, 11:11, 32:18
opinion [21] - 3:24, 5:14, 5:16, 5:19, 9:19, 10:18, 10:20, 10:21, 10:24, 11:15, 11:17, 11:18, 13:13, 15:2, 15:7, 15:10, 15:24, 16:2, 16:13
opinions [5] - 4:8, 8:8, 13:1, 13:4, 13:17
opportunity [1] - 31:14
opposed [1] - 15:7
opposition [3] - 20:12, 22:10, 24:7
oral [2] - 3:25, 4:1
order [2] - 32:13, 34:12
originally [1] - 19:8
ought [3] - 16:19, 17:21, 36:3
outside [5] - 5:19, 10:7, 10:8, 13:16, 13:24, 14:24
overarching [1] - 19:15
overruled [1] - 12:16
own [1] - 7:19

**P**

page [5] - 8:4, 11:10, 19:9, 20:20, 29:7
pages [1] - 34:8
papers [7] - 9:4, 10:16, 11:5, 12:20, 18:17, 23:20, 27:4
Parrett [1] - 2:21
PARRETT [3] - 1:18, 2:21, 2:24
part [5] - 4:9, 11:14,

15:14, 16:23, 24:4
particular [2] - 24:17, 34:13
parties [3] - 24:3, 26:14, 26:23
partner [2] - 18:10, 23:20
passed [1] - 22:24
patent [22] - 5:19, 6:22, 8:1, 8:7, 8:12, 8:25, 9:2, 10:2, 10:13, 15:1, 15:2, 19:23, 20:1, 20:11, 20:13, 20:14, 22:5, 22:14, 22:16, 28:17, 28:22
Patent [1] - 27:17
Pause [1] - 32:15
pay [1] - 34:13
peg [1] - 33:13
pegging [1] - 33:25
people [9] - 7:1, 8:11, 8:14, 8:20, 12:22, 22:15, 24:25, 25:3, 35:17
percent [2] - 15:13, 19:14
perfectly [1] - 4:2
person [2] - 7:6, 9:19
Pharmaceuticals [1] - 2:8
PHARMACEUTICALS [1] - 1:8
Pharmacia [13] - 1:22, 2:23, 3:16, 3:18, 5:24, 18:6, 19:6, 19:24, 20:12, 22:11, 25:1, 25:6, 28:17
PHARMACIA [1] - 1:4
Pharmacia's [3] - 17:20, 19:4, 24:7
phone [3] - 12:21, 30:11, 34:11
picking [1] - 24:19
piece [1] - 12:2
piecemeal [1] - 18:20
pieces [1] - 15:16
piles [1] - 18:2
pin [1] - 19:17
Plaintiff [1] - 1:5
plan [1] - 30:2
planning [3] - 8:10, 14:25, 33:24
plus [1] - 35:11
pocket [1] - 13:5
point [19] - 4:13, 7:13, 11:24, 15:8, 17:14, 19:9, 21:10, 21:11, 22:3, 23:25, 25:24, 26:1, 26:7, 26:8,

27:15, 27:16, 29:18, 30:8, 35:20
poorly [1] - 27:23
position [13] - 5:2, 5:24, 6:7, 6:8, 6:12, 6:17, 7:15, 9:3, 9:12, 10:12, 11:4, 15:4, 22:20
positions [2] - 13:1, 31:2
possession [1] - 4:4
possible [1] - 22:8
possibly [1] - 13:10
potentially [1] - 31:8
practical [5] - 11:8, 16:23, 17:1, 17:3, 33:3
prefer [1] - 29:19
prejudicial [2] - 14:11, 19:19
prematurely [1] - 14:13
premise [1] - 27:6
prepared [1] - 7:23
presentation [1] - 14:7
presented [2] - 14:12, 16:23
presumably [2] - 19:23, 21:17
pretty [4] - 3:21, 14:3, 26:1, 34:3
previously [2] - 12:18, 25:1
privilege [38] - 4:18, 4:24, 4:25, 5:1, 5:2, 5:3, 5:4, 5:18, 7:24, 8:13, 9:11, 9:14, 9:21, 10:3, 10:4, 13:2, 18:19, 19:4, 19:6, 19:9, 19:13, 19:16, 19:22, 20:25, 21:2, 22:15, 24:25, 26:20, 27:5, 27:8, 27:20, 27:22, 27:23, 28:1, 28:5, 28:18, 30:1, 30:25
privileged [1] - 8:24
privileges [1] - 27:24
problem [6] - 16:23, 17:1, 19:4, 19:16, 20:6, 22:22, 23:1, 29:1, 29:5
problems [2] - 16:4, 17:10
proceed [2] - 30:6, 35:12
process [2] - 18:24, 23:25
produce [3] - 5:25,

6:15, 24:13
produced [10] - 5:4, 5:7, 5:14, 6:5, 6:9, 6:19, 6:21, 6:23, 11:14
product [16] - 4:24, 5:9, 6:25, 7:2, 7:8, 7:16, 7:20, 10:4, 10:5, 11:3, 12:1, 15:15, 15:17, 15:21, 25:19, 26:10
production [1] - 29:25
productive [1] - 29:18
professional [1] - 17:15
profitably [1] - 34:24
promise [1] - 21:21
property [1] - 22:4
propriety [1] - 15:24
prosecute [1] - 29:10
prosecuting [4] - 30:20, 35:7, 35:13, 35:23
prosecution [4] - 20:14, 21:7, 22:4, 22:14
protected [4] - 10:5, 11:3, 15:15, 15:17
prove [1] - 24:4
provide [1] - 32:12
provided [9] - 5:11, 6:1, 6:15, 6:20, 6:21, 9:10, 9:13, 9:15, 13:21
prudent [2] - 35:17, 35:25
public [3] - 27:3, 27:9, 27:20
publicly [1] - 27:13
pure [1] - 36:3
purely [1] - 21:9
purported [1] - 21:16
put [3] - 18:2, 30:3, 36:2
puzzled [1] - 10:9

## Q

quality [3] - 13:12, 13:25, 28:1
questioning [1] - 8:11
quick [1] - 34:3
quite [2] - 5:20, 31:6
quote [1] - 11:11

## R

read [5] - 5:23, 12:5, 12:19, 12:20, 16:8, 27:4

produce [3] - 5:25,

reading [2] - 13:15, 16:11
ready [2] - 28:10, 35:17
realistically [1] - 30:13
realities [1] - 17:3
reality [2] - 11:25, 12:4
really [12] - 8:19, 10:9, 12:22, 17:14, 19:5, 21:11, 26:11, 27:4, 28:7, 29:18, 31:8
reason [1] - 13:11
reasonable [1] - 27:13
rebut [1] - 5:23
rebuttal [1] - 34:9
recalling [1] - 35:20
received [6] - 3:9, 3:25, 5:5, 5:7, 18:19, 27:1
receiving [1] - 18:20
recently [1] - 30:18
recipient [3] - 20:9, 24:23, 27:17
recipients [1] - 19:12
recognized [1] - 12:4
Recognizing [1] - 30:2
record [3] - 11:22, 30:3, 36:2
redact [1] - 15:16
redactable [1] - 13:10
redacted [1] - 11:15
redaction [1] - 11:9
reemphasize [1] - 35:24
refer [2] - 10:16, 11:10
Referee [1] - 30:13
refused [3] - 5:25, 6:15, 20:10
regard [4] - 24:5, 26:3, 26:11, 28:8
regarding [1] - 34:2
regards [1] - 13:16
Registered [1] - 1:25
REID [1] - 2:6
Reid [1] - 3:3
reiterate [1] - 14:14
related [2] - 8:7, 13:1
relates [1] - 15:6
relating [1] - 11:16
relation [1] - 9:14
relationships [1] - 21:19
relevant [3] - 4:8, 6:6, 31:14
reliability [1] - 16:12
reliance [5] - 4:8, 4:10, 11:17, 13:3, 13:13
relied [5] - 3:24, 9:19,

13:20
relief [5] - 14:6, 16:18, 16:22, 30:15, 30:23
rely [5] - 3:11, 4:5, 10:14, 13:17, 16:3
remaining [1] - 30:1
remains [1] - 30:11
remotely [1] - 8:7
render [1] - 4:9
rendered [1] - 15:25
repeated [1] - 20:22
reply [5] - 19:10, 20:21, 24:6, 25:11, 33:5
Reporter [1] - 1:25
REPORTER'S [1] - 2:17
request [1] - 28:20
required [1] - 26:18
resolve [4] - 17:1, 17:2, 17:21, 21:13
resolved [4] - 24:19, 24:20, 31:8, 31:9
resolves [1] - 29:4
respect [11] - 3:10, 5:2, 5:18, 7:25, 8:9, 8:24, 10:12, 21:20, 22:13, 22:25, 32:8
respond [4] - 34:5, 34:6, 34:7, 36:8
response [2] - 20:23
responsibility [1] - 22:3
result [2] - 10:13, 14:11
reveal [2] - 4:20, 6:3
revealed [1] - 5:10
review [1] - 26:25
reviewable [1] - 7:9
reviewed [3] - 12:3, 12:7, 31:1
revised [1] - 19:6
revising [1] - 29:25
RICH [20] - 1:20, 2:23, 3:19, 9:9, 11:6, 17:23, 20:19, 21:1, 23:14, 25:17, 26:15, 26:22, 28:24, 29:8, 31:4, 31:17, 31:22, 33:1, 33:3, 34:25
Rich [17] - 2:22, 3:17, 9:5, 11:6, 12:11, 14:22, 17:22, 20:18, 21:12, 21:20, 23:13, 25:14, 27:21, 28:23, 30:9, 31:3, 34:24
rights [2] - 22:4, 22:5
risk [1] - 16:4
road [2] - 35:5, 36:4
rogatory [1] - 24:6

role [1] - 21:7
roles [1] - 29:11
ROSENTHAL [1] - 2:5
ruin [1] - 29:1
Rule [1] - 34:14
ruling [1] - 34:10
rulings [6] - 18:1, 18:3, 23:3, 23:6, 24:22, 28:15
run [1] - 32:1
run-down [1] - 32:1

**S**

salami [1] - 16:8
Samson [18] - 3:23, 4:18, 5:5, 5:7, 5:8, 6:2, 6:9, 6:16, 6:20, 7:7, 7:8, 7:25, 8:5, 8:11, 9:18, 10:7, 10:11, 10:17
sanction [1] - 34:17
saw [2] - 5:9, 5:10
schedule [7] - 24:2, 31:9, 32:2, 32:7, 35:12, 35:14, 35:25
scheduled [2] - 30:13, 31:1
scheduling [7] - 3:15, 31:25, 32:2, 32:6, 34:18, 36:3
scope [5] - 4:17, 6:3, 6:10, 10:8
Second [1] - 9:12
see [4] - 5:16, 13:9, 17:9, 35:22
seeking [1] - 16:18
sense [1] - 16:12
separate [2] - 14:23, 31:17
separated [1] - 15:22
seriously [1] - 34:15
settlement [1] - 25:22
settling [1] - 26:12
seven [1] - 23:4
severable [1] - 31:5
several [3] - 3:7, 19:24, 22:6
shame [2] - 23:16
shift [1] - 29:17
short [5] - 12:2, 19:10, 24:11, 34:12, 35:16
shot [1] - 16:20
show [2] - 11:8, 23:22
SICOR [22] - 1:8, 2:8, 3:22, 4:14, 6:1, 7:7, 7:18, 7:19, 8:5, 8:6, 9:13, 9:20, 14:6, 20:21, 23:25, 24:5, 24:7, 26:18, 27:23,

31:14
SICOR's [2] - 4:1, 18:5
side [1] - 18:25
sides [3] - 23:2, 23:8, 30:1
sideshow [1] - 24:17
Sigale [1] - 23:20
significant [1] - 22:10
signify [1] - 28:19
simply [1] - 10:17
single [1] - 34:8
single-spaced [1] - 34:8
sitting [3] - 26:23, 28:24, 29:2
situation [2] - 3:22, 23:17
six [1] - 30:23
slice [1] - 16:5
solid [1] - 17:14
someone [4] - 9:20, 21:4, 23:23
somewhat [1] - 12:21
SONNENSCHEIN [1] - 2:5
Sonnenschein [1] - 3:3
sorry [3] - 3:13, 6:13, 7:14
sort [3] - 19:15, 21:2, 33:25
sound [1] - 26:4
sounds [3] - 24:18, 24:20, 29:6
source [1] - 21:23
spaced [1] - 34:8
speaking [4] - 3:18, 4:13, 28:25, 30:7
speaks [1] - 22:17
Special [1] - 30:13
specific [4] - 12:12, 19:20, 21:6, 26:17
square [2] - 9:10, 19:8
squared [2] - 9:21, 14:17
stage [1] - 29:20
standing [1] - 19:24
start [7] - 3:12, 17:17, 31:25, 32:2, 32:3, 32:5, 32:11
state [1] - 14:24
statement [5] - 6:4, 6:7, 6:11, 6:17, 36:1
STATES [1] - 1:1
status [1] - 22:16
statuses [2] - 28:20, 28:21
Steck [2] - 2:22, 29:2
STECK [1] - 1:21

Stein [2] - 33:13, 33:17
step [1] - 22:2
steps [2] - 13:20, 14:12
still [2] - 20:7, 34:22
stip [2] - 32:25, 33:15
stipulation [1] - 32:12
stop [1] - 15:18
straighten [1] - 4:22
straightforward [1] - 3:21
strength [1] - 15:24
strict [1] - 29:10
strip [1] - 27:24
strong [4] - 10:21, 15:10, 31:11
strongly [2] - 28:7, 35:18
stuff [8] - 11:24, 13:11, 13:23, 14:16, 24:19, 27:9, 32:1, 32:3
subject [1] - 8:25
submissions [2] - 11:23, 16:8, 24:7
submit [1] - 22:11
submitted [2] - 12:1, 16:9, 26:3
submitting [1] - 24:3
substance [1] - 25:18
succeed [1] - 26:16
successful [1] - 19:1
suggest [5] - 23:25, 28:7, 31:4, 31:17, 31:24
suggesting [1] - 5:21
summary [6] - 3:24, 30:24, 31:8, 31:12, 31:13, 31:19, 33:5, 33:6, 33:21
summer [2] - 6:9, 6:16
supervising [4] - 20:13, 21:7, 21:11, 22:13
supervision [1] - 21:16
support [1] - 33:5
supposed [1] - 29:21
surface [1] - 34:23
surfaced [1] - 34:17
suspect [2] - 18:3, 22:17
suspicion [1] - 23:15
suspicious [1] - 22:17

**T**

table [1] - 3:16

tact [1] - 24:14
talks [1] - 12:11
target [2] - 19:5, 19:16
tee [1] - 30:10
TELEPHONE [1] - 1:12
telephone [1] - 2:17
Telephone [1] - 36:10
ten [1] - 22:12
terms [6] - 6:25, 11:9, 18:19, 22:16, 23:22, 29:11
terribly [1] - 19:19
testify [1] - 15:1
testimony [1] - 31:6
THE [68] - 1:1, 1:2, 2:19, 2:25, 3:6, 4:11, 4:16, 4:22, 4:25, 5:6, 5:22, 6:8, 6:14, 7:3, 7:5, 7:13, 7:15, 7:18, 7:22, 8:3, 8:16, 8:22, 9:5, 9:23, 10:6, 11:19, 12:5, 12:9, 12:14, 14:21, 15:18, 16:25, 17:20, 17:24, 18:5, 18:11, 18:15, 20:16, 20:20, 21:8, 22:1, 22:19, 22:22, 23:11, 24:11, 25:13, 25:23, 26:21, 27:2, 27:21, 28:23, 29:6, 29:13, 30:21, 31:3, 31:16, 31:20, 31:23, 32:8, 32:16, 33:2, 33:7, 33:19, 33:21, 33:24, 35:2, 35:16, 36:6
therefore [2] - 7:8, 27:24
they've [1] - 9:7
thin [1] - 16:6
thinking [5] - 9:25, 17:15, 17:17, 29:16, 34:1
third [1] - 9:20
thoughtful [1] - 17:15
thousands [1] - 20:8
three [5] - 9:15, 9:18, 19:10, 34:8
throw [1] - 20:21
Thursday [1] - 1:12
timing [1] - 24:9
today [5] - 3:7, 12:22, 34:22, 35:5, 36:7
together [2] - 26:8, 30:5
token [1] - 4:3
took [3] - 9:4, 13:20, 20:4
top [1] - 34:25

total [1] - 19:3
totality [1] - 4:9
toward [1] - 35:13
towards [1] - 14:12
track [1] - 31:18
tracks [1] - 31:17
translations [1] - 27:19
transparent [1] - 16:6
trial [4] - 14:7, 14:9, 17:16, 28:11
tried [1] - 35:21
troubling [1] - 16:10
true [1] - 21:23
truly [1] - 26:16
trust [1] - 17:25
try [1] - 18:25
trying [3] - 10:10, 14:23, 16:5
Tuesday [1] - 32:16
TUNNELL [1] - 1:17
turn [2] - 18:5, 28:1
twice [1] - 23:16
two [5] - 3:8, 4:12, 9:18, 20:3, 20:20, 23:17, 31:17, 35:12

**U**

U.S.D.C.J [1] - 1:14
ultimately [4] - 18:20, 19:17, 22:18, 23:6
under [2] - 22:5, 23:8
undermine [3] - 4:7, 11:17, 21:2
unfair [1] - 31:15
unfounded [1] - 14:12
UNITED [1] - 1:1
unless [1] - 28:8
up [12] - 3:7, 9:8, 13:5, 13:7, 14:1, 14:4, 17:10, 18:21, 30:10, 33:7, 33:14
uphold [1] - 20:24
Upjohn [1] - 1:22
UPJOHN [1] - 1:4

**V**

validity [9] - 6:22, 8:1, 8:6, 8:12, 8:25, 9:2, 10:2, 11:16, 15:7
vast [1] - 24:17
verbatim [1] - 27:18
view [6] - 4:19, 5:8, 11:1, 11:2, 13:12, 30:8
volumes [1] - 22:17

| W |
|---|
| walk [2] - 31:25, 32:5 |
| waive [3] - 5:18, 10:3, 13:2 |
| waived [8] - 5:4, 5:17, 7:24, 8:9, 8:12, 8:24, 10:13, 10:22 |
| waiver [6] - 6:3, 6:10, 8:13, 9:14, 10:20, 12:23 |
| waiving [2] - 13:4, 16:14 |
| wants [1] - 3:11 |
| warranted [1] - 35:8 |
| wash [1] - 13:18 |
| ways [1] - 23:17 |
| weak [1] - 10:21 |
| Wednesday [1] - 34:10 |
| week [2] - 29:1, 34:10 |
| week-or-so [1] - 29:1 |
| weeks [6] - 3:10, 30:9, 30:23, 31:23, 32:13, 33:12 |
| Wes [1] - 9:16 |
| Wesley [1] - 4:1 |
| whatsoever [1] - 21:3 |
| whole [2] - 17:12, 29:17 |
| wholesale [1] - 19:7 |
| willful [1] - 13:19 |
| willfulness [1] - 14:15 |
| Wilmington [1] - 1:11 |
| winning [1] - 15:13 |
| wisdom [2] - 15:23, 16:12 |
| wish [1] - 9:9 |
| withheld [1] - 7:11 |
| withhold [4] - 8:10, 9:16, 12:16, 15:3 |
| withholding [4] - 6:23, 8:2, 9:3, 9:7 |
| Wood [7] - 21:5, 21:10. 21:12, 21:17, 22:1, 23:23, 24:13 |
| Wood's [1] - 21:15 |
| word [1] - 20:4 |
| words [1] - 7:16 |
| world [2] - 5:8, 15:11 |
| worldwide [4] - 20:14, 21:7, 22:3, 22:14 |
| worry [1] - 12:13 |
| written [2] - 11:22, 31:2 |

| Y |
|---|
| York [3] - 2:7, 3:4 |

# EXHIBIT E

**PHARMACIA'S OPPOSITION TO SICOR'S MOTION IN LIMINE #5:
PATENTS OTHER THAN THE PATENT-IN-SUIT**

Sicor's fifth motion *in limine* is deceptively misnamed: the vast majority of documents Sicor seeks to exclude are not "other patents." Moreover, they relate directly to this action and rebut Sicor's allegations of invalidity and inequitable conduct. To the extent that any of the documents cited in Sicor's motion do relate to "other patents," Sicor has put these documents at issue by questioning witnesses on them at depositions and arguing that art cited in connection with such "other patents" was either not cited or improperly cited to the U.S. PTO in the file history of the '285 patent.

By putting Pharmacia's good faith at issue with its inequitable conduct allegations, Sicor has put all of these documents at issue. For example, Sicor will undoubtedly try to pick and choose one or another isolated document that it will argue Pharmacia intentionally withheld. Pharmacia, in turn, will show that its attorneys assiduously reviewed the file histories of these various applications, or instructed associates to do so, to ensure that all of the prior art cited in each of these related applications was cited to the U.S. Patent and Trademark Office. These documents clearly support Pharmacia's arguments in rebuttal to Sicor's inequitable conduct arguments.

Moreover, the fact that the Examiner had before him all of the art cited in all of these other patent applications in deciding to issue the '285 patent goes to the deference that should be accorded his finding that the claims were patentable. *See, e.g., American Hoist & Derrick Co. v. Sowa & Sons, Inc.*, 725 F.2d 1350, 1359 (Fed. Cir.), *cert. denied*, 469 U.S. 821 (1984). The issue is not that the PTO granted all of these other patents so the '285 patent must be patentable – that logic is too attenuated to be credible – but that the art cited in each of these other patent applications and patents was considered by the Examiner in deciding to issue the asserted claims.

In short, there is simply no basis for Sicor's expressed concern that "Pharmacia will improperly attempt to rely upon the cumulative weight of these irrelevant patents by, for example, arguing that the United States and foreign patent issuing authorities could not have been wrong with respect to the '285 Patent *and* all of the Other Patents." Sicor Motion, p. 2.

Each of the documents cited by Sicor relate directly to invalidity, inequitable conduct or both. Ex. 1. Indeed, the descriptions of many of the documents listed by Sicor show on their face how its suggestion that its motion is limited to "other patents" is inaccurate. For example, each of the following documents (though originally filed in other applications) were filed in the prosecution of the '285 patent:

- PTX 158   Declaration of Carlo Confalonieri filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 08/368,402

- PTX 258   Second Supplemental Information Disclosure Statement for U.S. Patent Application Serial No. 08/368,402

Similarly, several of the documents cited in Sicor's motion relate to collection of art for citation in the prosecution of the '285 patent:

- PTX 269   Email regarding Faulding Canada v. Pharmacia S.p.A. action seeking declaration of invalidity of '037 Patent – Doxorubicin

- PTX 271   Letter regarding Pharmacia & Upjohn S.p.A. Patent Invalidity Litigation (Ready-to-use Doxorubicin)

- PTX 417   Letter dated August 26, 1997 regarding U.S. Serial No. 08/368,402

- PTX 422   Facsimile dated October 1, 1998 regarding U.S. Serial No. 09/149,381

Many of these documents were also used by Sicor as deposition exhibits, so its argument that they are not relevant to the issues in dispute is refuted by its own conduct.

PTX 563 is a sworn declaration of Aristide Vigevani that rebuts validity arguments Sicor has made with regard to an article that he co-wrote with Martin Williamson. To the extent that

Sicor intends to maintain those arguments, the Vigevani declaration is clearly relevant rebuttal to Sicor's arguments in this action.

All of the remaining documents (PTX 215, 216, 357, 358, 359, 360, 361, 362, 363, 364, 366, 367, 368, 369, 374, and 375) are either related patents or file histories that were also considered by one of Pharmacia's experts, Dr. Joseph Falkinham, in the preparation of his expert report. As discussed above, these go to both validity (the deference due to the Examiner in deciding these claims should issue) and to inequitable conduct (the prior art cited in each of these was cited to the PTO in the file history of the '285 patent    Indeed, two of these documents (prosecution histories) were used by Sicor during depositions (PTX 215 and 216).

Under these circumstances, it is clear that Sicor's speculated risk of jury confusion is completely illusory – indeed, many of the documents are not likely to be introduced before the jury at all as they go to rebutting inequitable conduct arguments. As each of these documents show that the Examiner did in fact have all relevant prior art before him, and that Pharmacia did not withhold any material information, the documents clearly address both validity and inequitable conduct, which Sicor has put at issue in this action

1

Pharmacia Trial Exhibit List

| PTX | Dep Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 1 | | Certified Copy of U.S. Patent No. 6,107,285 | | | |
| 2 | | Certified Copy of file history for U.S. Patent No. 6,107,285 | | | |
| 3 | | Certified copy of file history for U.S. Patent No. 5,124,317 | | | |
| 4 | | Certified copy of file history for U.S. Patent No. 4,946,831 | | | |
| 5 | | Certified copy of file history for U.S. Patent Application Serial No. 06/878,784 | | | |
| 6 | | Package Insert for Sicor's Idarubicin Hydrochloride Injection | SICOR-PNU 058712 - 058713 | | |
| 7 | PDX 003 | Package Insert for Sicor's Idarubicin Hydrochloride Injection | | | |
| 8 | PDX 003A | Package Insert for Sicor's Idarubicin Hydrochloride Injection | | | |
| 9 | PDX 004 | ANDA -Section II, Basis for ANDA Submission for Idarubicin | SICOR-PNU 000019 - 000022 | | |
| 10 | PDX 005 | ANDA - Section VII Components and Composition Statements for Idarubicin Hydrochloride Injection | SICOR-PNU 000053 - 000057 | | |
| 11 | PDX 006 | ANDA - Raw Materials Controls for Idarubicin Hydrochloride Injection | SICOR-PNU 000060 - 000068 | | |
| 12 | PDX 007 | ANDA - Manufacturing and Processing Instructions for Idarubicin Hydrochloride Injection | SICOR-PNU 000150 - 000158 | | |
| 13 | PDX 008 | ANDA - Attachment 1 Compounding Procedure for Idarubicin Hydrochloride Injection 10 mg/vial Bulk Solution | SICOR-PNU 000160 - 000168 | | |
| 14 | PDX 009 | Idarubicin Hydrochloride Drug Substance, CTD, Module 2 | SICOR-PNU 047204 - 047252 | | |
| 15 | PDX 010 | Letter regarding new drug application, ANDA 65-036 | SICOR-PNU 002137 - 002139 | | |
| 16 | PDX 011 | ANDA - Stability Report For Indarubicin Hydrochloride Injection 4155-DSR-AO (Three Month Data) | SICOR-PNU 000901 - 000916 | | |
| 17 | PDX 012 | Batch records for Idarubicin HCl Inj. 1 MG/ML, 10 ML VIAL, Lot No. 04L630, Cat. No. 4155-97, Expiration 09/06 | SICOR-PNU 012798 - 012928 | | |

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 18 | PDX 013 | Batch records for Idarubicin HCl Inj. 1 MG/ML, 5 ML/6 ML, Lot No. 04N615, Cat. No. 4154-91, Expiration 10/06 | SICOR-PNU 012929 - 013057 | | |
| 19 | PDX 014 | Batch records for Idarubicin HCl Inj. 1 MG/ML, 20 ML VIAL, Lot No. 04N624, Cat. No. 4156-11, Expiration 10/06 | SICOR-PNU 013058 - 013186 | | |
| 20 | PDX 015 | Facsimile regarding Proposed Idarubicin Project | SICOR-PNU 024258 - 024271 | | |
| 21 | PDX 016 | Protocol Danunorubicin Idarubicin Liquid Formulation - PDSP 15 | SICOR-PNU 024079 - 024088 | | |
| 22 | PDX 017 | Darla Miregovsky Laboratory Notebook 525-172-01 | | | |
| 23 | PDX 018 | Jason Brittain Laboratory Notebook R744-172-06 | | | |
| 24 | PDX 019 | ANDA - Section IV Comparison Between Generic Drug and Reference Listed Drug | SICOR-PNU 000026 - 000041 | | |
| 25 | PDX 022 | Product cost, product profitability and U.S. market analysis for Idarubicin Hydrochloride | SICOR-PNU 029960 - 029964 | | |
| 26 | PDX 023 | Product Description Product Development Recommendation Idarubicin | SICOR-PNU 029959 | | |
| 27 | PDX 024 | Handwritten note regarding P&U Idarubicin | SICOR-PNU 024393 | | |
| 28 | PDX 025 | Market forecast assumptions for Idarubicin | SICOR-PNU 052484 - 052487 | | |
| 29 | PDX 026 | Market analysis for Idarubicin | SICOR-PNU 023407 - 023419 | | |
| 30 | PDX 027 | Sales and Distribution Agreement between Abbott Laboratories and Gensia Sicor Pharmaceuticals | SICOR-PNU 052108 - 052180 | | |
| 31 | PDX 028 | Amendment and Restatement of Sales and Distribution Agreement between Abbott Laboratories and Gensia Sicor Pharmaceuticals | SICOR-PNU 052181 - 052212 | | |
| 32 | PDX 029 | GSPI Product Proforma: Idarubicin | SICOR-PNU 052483 | | |
| 33 | PDX 030 | E-mail regarding launch team meeting | SICOR-PNU 030883 | | |
| 34 | PDX 031 | 2002 Idarubicin Hydrochloride Injection Launch Plan | SICOR-PNU 024237 - 024254 | | |
| 35 | PDX 032 | Sicor Product Portfolio | SICOR-PNU 033183 - 033245 | | |
| 36 | PDX 033 | Chronology of chargeback's for Idarubicin over time | SICOR-PNU 0037487 | | |

2

Pharmacia Trial Exhibit List

| PTX# | Dep Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 37 | PDX 034 | Chargeback with attached billing invoices | SICOR-PNU 037487 - 037554 | | |
| 38 | PDX 035 | Tables regarding sales in units and dollars for Idarubicin | SICOR-PNU 052498 - 052509 | | |
| 39 | PDX 036 | Factory sales of Idarubicin chronologically from September 2002 | SICOR-PNU 052488 - 052491 | | |
| 40 | PDX 037 | Product Profitability Wholesaler Chargeback 01/01/03 thru 03/31/03 | SICOR-PNU 020097 - 020098 | | |
| 41 | PDX 038 | End-user Sales Report 03/01/03 - 03/31/03 | SICOR-PNU 020095 - 020096 | | |
| 42 | PDX 039 | Sales History Excludes Distributors | SICOR-PNU 020655 - 020687 | | |
| 43 | PDX 040 | Sales Inquiry List Price Sales 04/01/03 thru 03/31/04 | SICOR-PNU 020531 - 020538 | | |
| 44 | PDX 041 | Detailed Earnings Statement | SICOR-PNU 052510 - 052514 | | |
| 45 | PDX 042A | Account Analysis - Trial Balance, Current Period Dec. 04 | SICOR-PNU 052515 - 052518 | | |
| 46 | PDX 042B | Account Analysis - Trial Balance, Current Period Dec. 04 | SICOR-PNU 052519 | | |
| 47 | PDX 042C | Account Analysis - Trial Balance, Current Period June 05 | SICOR-PNU 052520 - 052524 | | |
| 48 | PDX 042D | Account Analysis - Trial Balance, Current Period June 05 | SICOR-PNU 052525 - 052527 | | |
| 49 | PDX 043 | Sicor's Finance Package Executive Summary, Third Quarter, September 30, 2002 | SICOR-PNU 034344 - 034453 | | |
| 50 | PDX 044 | Sicor's Finance Package Executive Summary, Draft, Fourth Quarter, December 31, 2002 | SICOR-PNU 033589 - 033685 | | |
| 51 | PDX 045 | Sicor's Information for President's Report June 2004 | SICOR-PNU 018716 - 018755 | | |
| 52 | PDX 047 | Product Development List 1999 - 2004 | SICOR-PNU 028850 - 028851 | | |
| 53 | PDX 048 | E-mail regarding Idarubicin | SICOR-PNU 029934 | | |
| 54 | PDX 049 | E-mail regarding Idarubicin Lyo with attached sequence of events in development of SOP QCP-1276 | SICOR-PNU 030897 - 030898 | | |
| 55 | PDX 050 | E-mail regarding Idarubicin | SICOR-PNU 030894 | | |
| 56 | PDX 051 | E-mail regarding Liq Idarubicin | SICOR-PNU 024976 | | |

3

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 57 | PDX 052 | Letter regarding Pharmacia's intellectual property position surrounding U.S. Patent No. 6,107,285 | SICOR-PNU 026318 - 026337 | | |
| 58 | PDX 054 | Page 1 and 13 of Sicor's Operations Review 2+10 presented by Pam Beckman and Craig Lea | SICOR-PNU 034454 | | |
| 59 | PDX 055 | Miscellaneous pages from Sicor's Operations Review, April 29 - 30, 2002, Scientific Affairs. | SICOR-PNU 034474 - 034455 | | |
| 60 | PDX 056 | Sicor Research & Development presentation. | SICOR-PNU 029021 - 029026 | | |
| 61 | PDX 057 | Patent Application, PCT/US02/41604, WO 03/057687 A1 entitled Methods for Preparing Doxorubicin Derivatives | | "For Limited Purposes Only" | |
| 62 | PDX 058 | Expert Report of Douglas S. Clark, Ph.D. | | "For Limited Purposes Only" | |
| 63 | PDX 059 | Article - Arcamone, et al., Structure and Physicochemical Properties of Adriamycin (Doxorubicin). Part I Chemistry of Adriamycin, pp. 8 - 22. | PU 013794 - 013807 | "For Limited Purposes Only" | |
| 64 | PDX 060 | Wassermann and Bundgaard, Kinetics of the acid-catalyzed hydrolysis of doxorubicin, International Journal of Pharmaceuticals, 14 (1983) 73 - 78 | PU 013829 - 013834 | "For Limited Purposes Only" | |
| 65 | PDX 061 | Janssen, Crommelin, Storm, and Hulshoff, Doxorubicin decomposition on storage. Effect of Ph, type of buffer and liposome encapsulation, International Journal of Pharmaceutics, 23 (1985) 1 - 11 | PU 013746 - 013756 | "For Limited Purposes Only" | |
| 66 | PDX 062 | Mori, Shindo, Miura, Oki and Inui, Studies on the Stability of Aclacinomycin Hydrochloride, Japanese Journal of Antibiotics, XXXIII-4 (April 1980) 466 - 471 | | "For Limited Purposes Only" | |

Pharmacia Trial Exhibit List

| PTX | Def. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 67 | PDX 063 | Translation ofMori, Shindo, Miura, Oki and Inui, Research on the stability of adacinomycin hydrochloride, Japanese Journal of Antibiotics, XXXIII-4 (April 1980) 466 - 471 | | "For Limited Purposes Only" | |
| 68 | | Translation ofMori, Shindo, Miura, Oki and Inui, Research on the stability of adacinomycin hydrochloride, Japanese Journal of Antibiotics, XXXIII-4 (April 1980) 466 - 471 | | "For Limited Purposes Only" | |
| | | Mori, Shindo, Ogasawara, Nishimura, Miura, Goto, Oki and Inui, Physicochemical Properties and Stability of Adacinomycin a Hydrochloride, Japanese Journal of Antibiotics, XXXIII-5 (May 1980) 618 - 622 | | | |
| 69 | PDX 064 | Paper on Doxorubicin written by Aristde Vigevani and Martin J. Williamson (1980) | SICOR-PNU 005500 - 005505 | "For Limited Purposes Only" | |
| 70 | PDX 065 | Supplemental Expert Report of Douglas S. Clark | PU 013758 - 013773 | "For Limited Purposes Only" | |
| 71 | PDX 066 | Validity Opinion regarding U.S. Patent No. 6,107,285 from Brobeck Phleger & Harrison LLP | | "For Limited Purposes Only" | |
| 72 | PDX 067 | Letter regarding Patent Review of Idarubicin | SICOR-PNU 056742 - 056983 | "For Limited Purposes Only" | |
| 73 | PDX 069 | Meeting Minutes with Pharmacia Upjohn. | SICOR-PNU 026402 - 026406 | | |
| 74 | PDX 070 | Branded injectables that PNU will want to keep. | SICOR-PNU 056282 | | |
| 75 | PDX 071 | Facsimile with attached letter regarding Sicor's interest in acquiring or licensing products that Pharmacia may no longer have interest in. | SICOR-PNU 056304 - 056310 | | |
| 76 | PDX 072 | Notes regarding meeting with Carrie Cox Pharmacia 8/16/00 | SICOR-PNU 056345 - 056347 | | |
| 77 | PDX 073 | Facsimile with attached letter regarding generic version of Idarubicin | SICOR-PNU 056354 | | |
| 78 | PDX 074 | | SICOR-PNU 027766 - 027772 | | |

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 79 | PDX 075 | Letter regarding Pharmacia's intellectual property positions surrounding ready to use formulations of its anthracyclines, including idarubicin; U.S. Patent No. 6,107,285 | SICOR-PNU 026318 - 026337 | | |
| 80 | PDX 076 | Facsimile message regarding doxorubicin and Idarubicin. | SICOR-PNU 056281 | | |
| 81 | PDX 077 | Letter regarding a proposal to acquire selected oncology products from Pharmacia. | SICOR-PNU 056372 - 056377 | | |
| 82 | PDX 078 | Letter regarding construction of 2002 revenue forecast. | SICOR-PNU 026344 - 026345 | | |
| 83 | PDX 079 | Sicor presentation entitled Operations Review 2+10. | SICOR-PNU 034454 - 034756 | | |
| 84 | PDX 080 | Letter regarding infringement of U.S. Patent No. 6,107,285. | SICOR-PNU 056519 | | |
| 85 | PDX 081 | E-mail regarding oncology multisource product sales. | SICOR-PNU 056446 | | |
| 86 | PDX 082 | E-mail regarding follow up to March 15 meeting. | SICOR-PNU 056739 | | |
| 87 | PDX 084 | E-mail regarding idarubicin. | SICOR-PNU 026348 | "For Limited Purposes Only" | |
| 88 | PDX 085 | GensiaSicor package insert for Idarubicin Hydrochloride Injection. | SICOR-PNU 026936 - 026937 | | |
| 89 | PDX 086 | Laboratory Notebook assigned to Daria Miregovsky/Idarubacin. | SICOR-PNU 052707 - 052809 | | |
| 90 | PDX 087 | Laboratory Notebook assigned to Maychin Lin. | SICOR-PNU 052810 - 052878 | | |
| 91 | PDX 088 | Laboratory Notebook assigned to Jason Brittain. | SICOR-PNU 052678 - 052706 | | |
| 92 | PDX 089 | Laboratory Notebook assigned to Saad Gorgi. | SICOR-PNU 053087 - 053151 | | |
| 93 | PDX 090 | Miscellaneous Certificate of Analysis regarding Idarubicin Hydrochloride Amorphous, packing lists, invoices, e-mails and facsimiles. | SICOR-PNU 030688 - 030804 | | |
| 94 | PDX 091 | ANDA correspondence tracking sheet regarding Idarubicin Hydrochloride Injection number 65-036. | SICOR-PNU 001863 - 001864 | | |
| 95 | PDX 092 | Gensia Laboratories Regulatory Affairs/Compliance Record of Contact regarding Idarubicin and Daunorubicin liquid formulations. | SICOR-PNU 024298 | | |

6

Pharmacia Trial Exhibit List

| PDX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 96 | PDX 093 | Draft of Gensia Sicor Product Fact Sheet regarding Idarubicin Hydrochloride Injection. | SICOR-PNU 031021 - 031022 | | |
| 97 | PDX 094 | Gensia Sicor Product Fact Sheet regarding Idarubicin Hydrochloride Injection with attached Pharmacia & Upjohn package insert regarding Idamycin PFS. | SICOR-PNU 019107 - 019112 | | |
| 98 | PDX 095 | Gensia Sicor Product Fact Sheet regarding Idarubicin Hydrochloride Injection. | SICOR-PNU 031018 - 031020 | | |
| 99 | PDX 096 | Gensia Sicor Patent Certification and Exclusivity Statements | SICOR-PNU 000023 - 000025 | | |
| 100 | PDX 097 | Major Amendment for ANDA 65-036 regarding Idarubicin Hydrochloride Injection. | SICOR-PNU 001846 - 001855 | | |
| 101 | PDX 098 | E-mail regarding Idarubicin | SICOR-PNU 026338 - 026339 | | |
| 102 | PDX 099 | E-mail regarding Liquid Idarubicin. | SICOR-PNU 024976 | | |
| 103 | PDX 100 | Letter with attached application for new drug application, ANDA 65-036, for Idarubicin Hydrochloride Injection. | SICOR-PNU 001749 - 0001843 | | |
| 104 | PDX 101 | Regulatory Affairs Record of Contact regarding Idarubicin for Injection, Idarubicin Injection & ANDA/AADA No. 65-037, 65-036 and 75-627. | SICOR-PNU 025286 - 025287 | | |
| 105 | PDX 102 | Memorandum regarding patent review meeting minutes. | SICOR-PNU 052278 - 052280 | "For Limited Purposes Only" | |
| 106 | PDX 103 | E-mail regarding agenda for patent meeting February 22, 2001 9:00 - 11:00 AM, UP 17. | SICOR-PNU 027678 - 027679 | "For Limited Purposes Only" | |
| 107 | PDX 104 | Expert Report of James E. Malackowski | | "For Limited Purposes Only" | |
| 108 | PDX 105 | Graphs regarding Idamycin PFS 10 mg/ml Average Selling Price Actual v. IMS Data | | "For Limited Purposes Only" | |
| 109 | PDX 106 | Handwritten note entitled Sicor - Craig Lea | | "For Limited Purposes Only" | |
| 110 | PDX 107 | Handwritten note entitled Sicor Terms | | "For Limited Purposes Only" | |
| 111 | PDX 108 | Two page document showing Dr. Malackowski and Dr. Bell's computation of damages | | "For Limited Purposes Only" | |

Pharmacia Trial Exhibit List

| PDX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 112 | PDX 109 | Royalty Source Summary Statistics Chemotherapy Related Drugs | | "For Limited Purposes Only" | |
| 113 | PDX 110 | Memorandum regarding idarubicin/doxorubicin. | SICOR-PNU 026352 - 026353 | "For Limited Purposes Only" | |
| 114 | PDX 111 | Memorandum regarding idarubicin. | SICOR-PNU 026350 - 026351 | "For Limited Purposes Only" | |
| 115 | PDX 112 | String of e-mails regarding idarubicin. | SICOR-PNU 083904 | "For Limited Purposes Only" | |
| 116 | PDX 113 | Memorandum regarding patent review meeting minutes. | SICOR-PNU 027728 - 027730 | "For Limited Purposes Only" | |
| 117 | PDX 114 | E-mail regarding idarubicin update. | SICOR-PNU 026843 | "For Limited Purposes Only" | |
| 118 | PDX 115 | E-mail regarding idarubicin patent investigation. | SICOR-PNU 026348 | "For Limited Purposes Only" | |
| 119 | PDX 116 | Memorandum regarding patent review meeting minutes. | SICOR-PNU 052238 - 052243 | "For Limited Purposes Only" | |
| 120 | PDX 117 | E-mail regarding pertinent Gatti patents for idarubicin. | SICOR-PNU 083587 - 083588 | "For Limited Purposes Only" | |
| 121 | PDX 118 | E-mail regarding idarubicin patent situation. | SICOR-PNU 027743 - 027743 | "For Limited Purposes Only" | |
| 122 | PDX 119 | Facsimile regarding idarubicin and the attached letter regarding infringement of U.S. Patent No. 6,107,285. | SICOR-PNU 083284 - 083285 | "For Limited Purposes Only" | |
| 123 | PDX 120 | E-mail regarding idarubicin ANDA. | SICOR-PNU 083575 - 083576 | "For Limited Purposes Only" | |
| 124 | PDX 121 | Letter regarding patent review of idarubicin. | SICOR-PNU 082916 - 082920 | "For Limited Purposes Only" | |
| 125 | PDX 122 | Facsimile regarding idarubicin formulation. | SICOR-PNU 027846 - 027852 | "For Limited Purposes Only" | |
| 126 | PDX 123 | E-mail regarding idarubicin stability literature. | SICOR-PNU 029358 - 029360 | "For Limited Purposes Only" | |
| 127 | PDX 124 | Letter regarding confidentiality agreement for services as an expert consultant on the stability of idarubicin formulations at various pH levels. | SICOR-PNU 082989 - 082994 | "For Limited Purposes Only" | |
| 128 | PDX 125 | E-mail regarding idarubicin expert. | SICOR-PNU 083709 | "For Limited Purposes Only" | |
| 129 | PDX 126 | Newspaper article in the Corriere della Sera, the main Italian daily newspaper entitled Condannata la societa che rubo il segreto dell' <<anticancro>> | | | |

8

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 130 | | Translation of newspaper article in the Corriere della Sera, the main Italian daily newspaper entitled Condannata la società che rubo il segreto dell' <<anticancro>> | | | |
| 131 | PDX 126A | Newspaper article in the Corriere della Sera, the main Italian daily newspaper entitled Qualcuno ha rubato il farmaco anticancro. | | | |
| 132 | PDX 127 | Translation of newspaper article in the Corriere della Sera, the main Italian daily newspaper entitled Qualcuno ha rubato il farmaco anticancro. | | | |
| 133 | PDX 127A | Newspaper article in the Corriere della Sera, the main Italian daily newspaper entitled Il giallo del farmaco anticancro rubato. | | | |
| 134 | PDX 128 | Translation of newspaper article in the Corriere della Sera, the main Italian daily newspaper entitled Il giallo del farmaco anticancro rubato. | | | |
| 135 | PDX 128A | Handwritten notes regarding idarubicin. | SICOR-PNU 026355 | "For Limited Purposes Only" | |
| 136 | PDX 129 | Redacted facsimile regarding idarubicin hydrochloride - European patent situation. | SICOR-PNU 029331 - 029337 | "For Limited Purposes Only" | |
| 137 | PDX 130 | Redacted memorandum regarding idarubicin. | SICOR-PNU 077258 | "For Limited Purposes Only" | |
| 138 | PDX 131 | Memorandum regarding Doxorubicin Hydrochloride Injection, USP. | SICOR-PNU 056432 - 056433 | "For Limited Purposes Only" | |
| 139 | PDX 132 | Facsimile concerning idarubicin. | SICOR-PNU 028844 | "For Limited Purposes Only" | |
| 140 | PDX 133 | Sicor lab notebook number 61 regarding idarubicin | SICOR-PNU 054197 - 054209 | "For Limited Purposes Only" | |
| 141 | PDX 134 | Sicor lab notebook number 39 regarding idarubicin. | SICOR-PNU 054172 - 054196 | "For Limited Purposes Only" | |
| 142 | PDX 135 | Letter regarding doxorubicin and Epirubicin. | PU 0011162 - 0011165 | | |
| 143 | DDX 006 | Letter regarding telefax dated 7/3/85 to G. Tabusso regarding Adriamycin R.T.U. Solution | PU 0011160 - 0011161 | | |

Pharmacia Trial Exhibit List

| PTX | Def. Exhibit | Description | Bates No. | Notes | Objections |
|-----|--------------|-------------|-----------|-------|------------|
| 144 | DDX 009 | Declaration, Power of Attorney and Petition for Patent Application entitled Injectable Ready-To-Use Solutions Containing An Antitumor Anthracycline Glycoside | | | |
| 145 | DDX 010 | Request for Priority Under 35 U.S.C. 119 and the International Convention for U.S. Patent Application entitled Injectable Ready-To-Use Solutions Containing an Antitumor Anthracycline Glycoside | | | |
| 146 | DDX 011 | Example 2 from the patent and some pages from a lab notebook regarding doxorubicin | PU 0022802 - 0022819 | | |
| 147 | DDX 012 | Example 3 from the patent and some pages from a lab notebook regarding doxorubicin | PU 0022785 - 0022801 | | |
| 148 | DDX 013 | Table 1 regarding Accelerated stability data of 2mg/ml doxorubicin.HCl solutions in sterile water at various pHs, and lab notes regarding doxorubicin | PU 0023350 - 0023368 | | |
| 149 | DDX 014 | Declaration Under Rule 1.132 Declaration II of Carlo Confalonieri filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 06/878,784 | | | |
| 150 | DDX 015 | Inter-Office Communication regarding the attached draft pharmacy for the PL application for Adriamycin Ready-To-Use | PU 0019184 - 0019266 | | |
| 151 | DDX 016 | Article - Doxorubicin, Vigevani and Williamson, Analytical Profiles of Drug Substances, Vol. 9, 1980, pp. 245 - 274 | | "For Limited Purposes Only" | |
| 152 | DDX 017 | U.S. Patent No. 4,946,831 entitled Injectable Ready-To-Use Solutions Containing An Antitumor Anthracycline Glycoside | | "For Limited Purposes Only" | |

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|-----|--------------|-------------|-----------|-------|------------|
| 153 | | Article – Doxorubicin decomposition on storage. Effect of pH, type of buffer and liposome encapsulation, Janssen, et al., International Journal of Pharmaceutics, Vol. 23, 1985 pp. 1 - 11. | | "For Limited Purposes Only" | |
| 154 | DDX 018 | Article – Kinetics of the acid-catalyzed hydrolysis of doxorubicin, Wassermann and Bundgaard, International Journal of Pharmaceutics, Vol. 14, 1983, pp. 73 - 78 | | "For Limited Purposes Only" | |
| 155 | DDX 019 | Declaration Pursuant To 37 C.F.R. 1.132 of Carlo Confalonieri filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 07/503,856 | | | |
| 156 | DDX 020 | Patent abstract and application for Japanese Patent Application No. 60 92212 | | "For Limited Purposes Only" | |
| 157 | DDX 024 | Rule 1.132 Declaration of Carlo Confalonieri filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 06/678,784 | | | |
| 158 | DDX 025 | Declaration of Carlo Confalonieri filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 08/368,402 | | | |
| 159 | DDX 026 | Letter regarding FICE/Adria Review of the Ohio State Anthracycline Projects. | PU 0018117 - 0018119 | "For Limited Purposes Only" | |
| 160 | DDX 028 | Rule 1.132 Declaration of Carlo Confalonieri filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 06/678,784 | PU 0009215 - 0009226 | | |
| 161 | DDX 029 | Declaration of Carlo Confalonieri Pursuant To 37 C.F.R. 1.132 filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 07/827,742 | | | |
| | DDX 030 | | | | |

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections? |
|-----|--------------|-------------|-----------|-------|-------------|
| 162 | DDX 031 | Declaration Pursuant To 37 C.F.R. 1.132 of Carlo Confalonieri filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 07/503,856 | | | |
| 163 | DDX 032 | Rule 1.132 Declaration of Carlo Confalonieri filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 06/878,784 | | | |
| 164 | DDX 034 | Memo on New Pharmaceutical Forms Requested by International Division | PU 0011247 - 0011251 | | |
| 165 | DDX 035 | Table I regarding Stability Studies Data - Comparison of solutions adjusted to ph 3.0 with different acids, and miscellaneous lab notebook pages. | PU 0023065 - 0023078 | | |
| 166 | DDX 036 | Table II regarding Stability Studies Data - Comparison of pH's 2 mg/ml Doxorubicin.HCl Solutions in Water adjusted to various pH's with HCl Accelerated test at 55 C, and miscellaneous lab notebook pages. | PU 0022991 - 0023021 | | |
| 167 | DDX 037 | European Patent Specification Publication Number 0 143 478 entitled Stable, aqueous, acidic solution of cis-platinum, suitable for injection | | "For Limited Purposes Only" | |
| 168 | DDX 038 | Baseline system that captures all gross units, quantities, and sales. | PI 0018030 - 0018034 | | |
| 169 | DDX 039 | Chart regading Idarubicin/Idamycin Pharmaceutical Market Company United States (excluding Greenstone) | PI 0018035 | | |
| 170 | DDX 040 | Chart regarding Idamycin sales for the year 2001 - 2003. | PI 0018036 - 0018038 | | |
| 171 | DDX 041 | Chart regarding Idamycin 10mg/10ml and 2004 Statistical Cost | PI 0018387 - 0018396 | | |
| 172 | DDX 042 | Chart regarding Idamycin Net Sales and Quantity by SKU | PI 0018039 - 0018058 | | |

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 173 | DDX 043 | Chart regarding baseline system that captures all gross units, quantities, sales returns by SKU | PI 0017919 - 0017945 | | |
| 174 | DDX 044 | Pharmacia presentation regarding Oncology Sales | PU 0047504 - 0047532 | | |
| 175 | DDX 045 | Cover page of Global Oncology Franchise Strategic Plan 2003 - 2005 | PU 0045030 | | |
| 176 | DDX 046 | Pharmacia Oncology Franchise Products - Global Prescription Business, 2003 - 2005 Strategic Plan (Pass 4). | PU 0045055 - 0045063 | | |
| 177 | DDX 047 | Pharmacia Oncology Franchise Products - Global Prescription Business, 2003 - 2005 Strategic Plan (Pass 4). | PU 0045076 - 0045086 | | |
| 178 | DDX 048 | Pharmacia presentation entitled Global Oncology Franchise 2003 - 2005 Strat Plan Financials | PI 0018553 - 0018584 | | |
| 179 | DDX 049 | Chart regarding Oncology Sales Force - USMC (Pass 3) | PU 0045126 - 0045133 | | |
| 180 | DDX 050 | Chart regarding Global Oncology Franchise Direct & Allocated NPP 2002 Budget and 2003 - 2005 Strat Plan: PASS 4 | PU 0045156 - 0045160 | | |
| 181 | DDX 051 | Draft Presentation entitled Pharmacia Oncology Idamycin PFS, Zavedos, Lifecycle Management Plan March 2002. | PU 0046786 - 0046803 | | |
| 182 | DDX 052 | Slide presentation entitled Idamycin Contracting | PU 0046824 - 0046826 | | |
| 183 | DDX 053 | Pharmaceutical Pricing Memorandum | PU 0043637 - 0043704 | "For Limited Purposes Only" | |
| 184 | DDX 054 | DDX 054 NOT USED. | | | |
| 185 | DDX 055 | DDX 055 NOT USED | | | |
| 186 | DDX 056 | DDX 056 NOT USED | | | |
| 187 | DDX 060 | E-mails regarding Idarubicin P&L | PU 0045087 - 0045088 | | |
| 188 | DDX 061 | Miscellaneous documents pertaining to market shares, sales forecast and estimated cost for Idarubicin. | PU 0003625 - 0003646 | | |
| 189 | DDX 062 | US Pricing Committee Presentation, dated December 12, 2002, in connection with Novation and Idamycin | PU 0046674 - 0046675 | | |

13

Pharmacia Trial Exhibit List

| PTX | Dep Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 190 | DDX 063 | Pharmacy Supplier Agreement between Novation, LLC and Pharmacia Corporation | PU 0046694 - 0046747 | "For Limited Purposes Only" | |
| 191 | DDX 064 | October 24, 2002 meeting minutes between FDA and Pharmacia regarding inspection of Perth, Australia facility. | PI 0019161 - 0019163 | "For Limited Purposes Only" | |
| 192 | DDX 067 | Letter regarding regulatory submission plans for facility upgrade project. | SICOR-PNU 0056276 - 0056277 | | |
| 193 | DDX 070 | Redacted e-mail with attached memo regarding temporary sourcing of oncology products. | PI 0019011 - 0019013 | | |
| 194 | DDX 071 | Pharmacia Executive Summary entitled Mould Incident Report for Oncology Production - January 2003. | PI 0019035 | "For Limited Purposes Only" | |
| 195 | DDX 072 | E-mail regarding FDA termination of Perth recall. | PI 0019036 - 0019038 | "For Limited Purposes Only" | |
| 196 | DDX 073 | Letter regarding product recall D-268/275-2: Adriamycin PFS, Ellence, and Idamycin PFS. | PI 0019030 - 0019034 | "For Limited Purposes Only" | |
| 197 | DDX 074 | List of the batch sizes that were manufactured for Idamycin for the US in 2001 to 2005. | PI 0018396 | | |
| 198 | DDX 076 | Expert Report of Laura T. Guerra | | | |
| 199 | DDX 077 | Article - Risk of handling injectable antineoplastic agents, American Journal of Hospital Pharmacy, Nov. 1982, Vol. 39, pp. 1881 - 1887. | | | |
| 200 | DDX 078 | Article - Occupational Exposure of Nursing Personnel to Antineoplastic Agents, ONF, Vol. 12, No. 5, Sept/Oct 1985, pp. 33 - 39. | | | |
| 201 | DDX 079 | Declaration Under Rule 1.132 of William Dana filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 06/878,784 | | | |
| 202 | DDX 080 | Article - Work Practices of Nurses Who Handle Antineoplastic Agents, AAOHN Journal, January 1987, Vol. 35, No. 1, pp. 24 - 31. | | | |

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|-----|-------------|-------------|-----------|-------|-----------|
| 203 | DDX 082 | Declaration Under Rule 1.132 of Debra Holton-Smith filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 06/878,784. | | | |
| 204 | DDX 083 | Declaration Under Rule 1.132 of Mary Horstman filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 06/878,784. | | | |
| 205 | DDX 084 | DDX 084 NOT USED. | | | |
| 206 | DDX 086 | File history for U.S. Patent No. 5,124,317, Serial No. 07/503,856 entitled Injectable Ready-To-Use Solutions Containing An Antitumor Anthracycline Glycoside. | PI 0000122 - 0000313 | | |
| 207 | DDX 087 | File history for U.S. Patent No. 4,946,831, Serial No. 07/385,999 entitled Injectable Ready-To-Use Solutions Containing An Antitumor Anthracycline Glycoside. | PI 0000048 - 0000120 | | |
| 208 | DDX 088 | File history for U.S. Patent Application Serial No. 06/878,784 entitled Injectable Ready-To-Use Solutions Containing An Antitumor Anthracycline Glycosine. | PI 0000730 - 0000948 | | |
| 209 | DDX 089 | Declaration Under Rule 1.132 Declaration II of Carlo Confalonieri filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 06/878,784. | PI 0000855 - 0000867 | | |
| 210 | DDX 090 | Declaration Under Rule 132 of Drs. Martin Williamson and Frederick Grab filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 06/878,784. | PI 0006183 - 0006208 | | |

15

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|-----|-----|-----|-----|-----|-----|
| 211 | DDX 091 | File history for U.S. Patent No. 5,124,317, Serial No. 07/503,856 entitled Injectable Ready-To-Use Solutions Containing An Antitumor Anthracycline Glycoside. | | | |
| 212 | DDX 092 | File history for U.S. Patent No. 6,107,285, Serial No. 07/827,742 entitled Injectable Ready-To-Use Solutions Containing An Antitumor Anthracycline Glycoside. | | | |
| 213 | DDX 095 | Affidavit of Robert Laurence Weston from the Farmitalia Carlo Erba v. Delta West litigation in the Federal Court of Australia. | PU 0014832 - 0015426 | | |
| 214 | DDX 096 | Affidavit of William Neil Charman from the Farmitalia Carlo Erba v. Delta West litigation in the Federal Court of Australia. | PU 0014464 - 0014489 | "For Limited Purposes Only" | |
| 215 | DDX 097 | U.S. Patent Application Serial No. 07/064,653 entitled Injectable Ready-To-Use Solutions Containing An Antitumor Anthracycline Glycoside. | | "For Limited Purposes Only" | |
| 216 | DDX 098 | File history for U.S. Patent No. 5,124,318, Serial No. 07/471,005 entitled Injectable Ready-To-Use Solutions Containing An Antitumor Anthracycline Glycoside. | PI 0000314 - 0000486 | | |
| 217 | DDX 099 | Letter regarding Farmitalia Carlo Erba Australian Patent No. 598197. | PU 0034802 - 0034803 | "For Limited Purposes Only" | |
| 218 | DDX 104 | Termination and License Agreement among Gensia, Inc., Gensia Laboratories, Delta West Pty. Limited and The Upjohn Company. | PU 0059369 - 0059375 | "For Limited Purposes Only" | |
| 219 | DDX 105 | Letter regarding Pharmacia v. Gensia, Inc. et al. | PU 0059009 - 0059010 | "For Limited Purposes Only" | |
| 220 | DDX 108 | Letter regarding Pharmacia, Inc. v. Gensia, Inc. et al. | PU 0059006 - 0059008 | | |
| 221 | DDX 114 | Facsimile regarding revised letter and discussion topics sent to Fred Hassan. | SICOR-PNU 0056345 - 0056347 | | |

16

Pharmacia Trial Exhibit List

| PTX | Def Exhibit | Description | Bates No. | Notes | Objections |
|-----|-------------|-------------|-----------|-------|------------|
| 222 | DDX 116 | Letter regarding acquiring selected oncology products from Pharmacia. | SICOR-PNU 0056397 - 0056403 | | |
| 223 | DDX 117 | Letter with attachments regarding Pharmacia's Idarubicin RTU intellectual property position. | | | |
| 224 | DDX 118 | Letter regarding infringement of U.S. Patent No. 6,107,285 to Gatti, et al. | SICOR-PNU 0056519 | | |
| 225 | DDX 119 | Article - Doxorubicin. Aristide Vigevani and Martin J. Williamson, Analytical Profiles of Drug Substances, 9, 1980, pp. 245 - 274. | PU 0016129 - 0016157 | "For Limited Purposes Only" | |
| 226 | DDX 120 | Preformulation Studies for Doxorubicin RTU Development. | PU 0020874 - 0020881 | "For Limited Purposes Only" | |
| 227 | DDX 121 | Inter-office memo regarding FICE/Adria review of the Ohio State Anthracycline Projects. | PU 0018117 - 0018119 | "For Limited Purposes Only" | |
| 228 | DDX 124 | Letter regarding the attached presentation held during meeting in Milano September 30 - October 2, 1985 on the new adriamycin formulations (RTU, high solubility, multidose). | PU 0018342 - 0018363 | "For Limited Purposes Only" | |
| 229 | DDX 133 | Preformulation Studies, Study of doxorubicin hydrochloride stability in aqueous media at different pH values. | PU 0011462 - 0011495 | "For Limited Purposes Only" | |
| 230 | DDX 134 | Expert Report of Federico Arcamone | | | |
| 231 | DDX 135 | U.S. Patent No. 3,590,028 entitled Adriamycin Derivatives | | | |
| 232 | DDX 136 | U.S. Patent No. 3,803,124 entitled Process for the Preparation of Adriamycin and Adriamycinone and Adriamycin Derivatives. | | | |
| 233 | DDX 137 | Expert Report of Jacob H. Beijnen | | | |
| 234 | DDX 138 | Article - Part I Chemistry of Adriamycin, Structure and Physicochemical Properties of Adriamycin (Doxorubicin), Arcamone, et al., Istituto Ricerche Farmitalia. | | "For Limited Purposes Only" | |

Pharmacia Trial Exhibit List

| PTX | Def. Exhibit | Description | Bates No. | Notes | Objections |
|-----|--------------|-------------|-----------|-------|------------|
| 235 | | Article - Self Association of Doxorubicin and Related Compounds in Aqueous Solution, Menozzi, et al., Journal of Pharmaceutical Sciences, Vol. 73, No. 6, June 1984, pp. 766 - 770. | | | |
| 236 | DDX 139 | Expert Statement of Jacob J. Beijnen | PU 0017453 - 0017522 | | |
| 237 | DDX 141 | Declaration of Carlo Confalonieri Pursuant To 37 C.F.R. 1.132 filed with the U.S. Patent and Trademark Office regarding U.S. Patent Application Serial No. 07/827,742. | PU 0016632 - 0016785 | "For Limited Purposes Only" | |
| 238 | DDX 142 | Expert Report of Gregory K. Bell, Ph.D. | | | |
| 239 | DDX 145 | Supplemental Expert Report of Gregory K. Bell, Ph.D. | | | |
| 240 | DDX 146 | Expert Report of James Malackowski. | | "For Limited Purposes Only" | |
| 241 | DDX 147 | Adria Oncology Products Group 1991 Marketing Plan Adriamycin and Oncoline. | PI 3745 - 3788 | "For Limited Purposes Only" | |
| 242 | DDX 148 | Chart regarding Idarubicin/Idamycin, Pharmaceutical Market Company United States (excluding Greenstone) | PI 18035 | "For Limited Purposes Only" | |
| 243 | DDX 149 | Lab notebook page dated 5/3/85 regarding doxorubicin. Lab notebook No. 6423/28. | PI 11594 | "For Limited Purposes Only" | |
| 244 | DDX 150 | Lab notebook page dated 4/3/85 regarding doxorubicin. Lab notebook No. 6423/27. | PI 11593 | "For Limited Purposes Only" | |
| 245 | DDX 151 | Lab notebook pages dated December 1984/January 1985 regarding doxorubicin. Lab notebook No. 6160/14 -.16. | PU 0022188 - 0022190 | "For Limited Purposes Only" | |
| 246 | DDX 152 | Lab notebook page dated 18/2/85 regarding doxorubicin. Lab notebook No. 6423/19. | PI 11609 | "For Limited Purposes Only" | |
| 247 | DDX 153 | Lab notebook pages dated 12/3/85 regarding doxorubicin. Lab notebook No. 6423/32 -33. | PI 11595 - 11596 | "For Limited Purposes Only" | |
| | DDX 154 | | | | |

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 248 | DDX 155 | Lab notebook page dated 29/3/85 regarding doxorubicin. Lab notebook No. 6423/46. | PU 0022822 | "For Limited Purposes Only" | |
| 249 | DDX 156 | Lab notebook pages dated 31/5/85 regarding doxorubicin. Lab notebook No. 6423/99 - 100. | PI 11652 - 11653 | "For Limited Purposes Only" | |
| 250 | DDX 157 | Lab notebook pages dated 6/5/85 regarding doxorubicin. Lab notebook No. 6423/77 - 79. | PI 11438 - 11440 | "For Limited Purposes Only" | |
| 251 | DDX 158 | Lab notebook pages dated 18/11/85 regarding doxorubicin. Lab notebook No. 5249/46 - 52. | PI 11272 - 11278 | "For Limited Purposes Only" | |
| 252 | DDX 159 | Lab notebook page dated 20/2/85 regarding doxorubicin. Lab notebook No. 6423/21. | PI 11610 | "For Limited Purposes Only" | |
| 253 | DDX 160 | Lab notebook page dated 23/2/85 regarding doxorubicin. Lab notebook No. 6423/22. | PI 11611 | "For Limited Purposes Only" | |
| 254 | DDX 161 | Lab notebook page dated 26/2/85 regarding doxorubicin. Lab notebook No. 6423/24. | PI 11612 | "For Limited Purposes Only" | |
| 255 | DDX 164 | Transmittal letter and Amendment Under 37 C.F.R. § 1.116 for U.S. Patent Application Serial No. 07/827,742. | PU 0015154 - 0015168 | "For Limited Purposes Only" | |
| 256 | DDX 165 | Submission of Declarations In Support of Amendment Under 37 C.F.R. § 1.116 for U.S. Patent Application Serial No. 07/827,742. | PU 0015169 - 0015255 | "For Limited Purposes Only" | |
| 257 | DDX 167 | Examiner Interview Summary Record for U.S. Patent Application Serial No. 07/827,742. | PU 0015256 | "For Limited Purposes Only" | |
| 258 | DDX 168 | Second Supplemental Information Disclosure Statement for U.S. Patent Application Serial No. 08/368,402. | PU 0015272 - 0015276 | "For Limited Purposes Only" | |
| 259 | DDX 169 | Letter regarding German references. | PU 0096842 | "For Limited Purposes Only" | |
| 260 | DDX 170 | Transmittal letter and Fourth Supplemental Information Disclosure Statement for U.S. Patent Application Serial No. 07/827,742. | PU 0015293 - 0015297 | "For Limited Purposes Only" | |

19

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 261 | DDX 171 | Letter regarding Fourth Supplemental Information Disclosure Statements for U.S. Patent Application Serial No. 07/827,742 and 08/368,402. | PU 0096792 | "For Limited Purposes Only" | |
| 262 | DDX 172 | Third Supplemental Information Disclosure Statement for U.S. Patent Application Serial No. 07/827,742. | PU 0015298 - 0015300 | "For Limited Purposes Only" | |
| 263 | DDX 173 | Transmittal letter and Seventh Supplemental Information Disclosure Statement Under 37 C.F.R. § 1.97(c) for U.S. Patent Application Serial No. 07/827,742. | PU 0015301 - 0015305 | "For Limited Purposes Only" | |
| 264 | DDX 174 | Transmittal letter and Eighth Supplemental Information Disclosure Statement Under 37 C.F.R. § 1.97(c) for U.S. Patent Application Serial No. 07/827,742. | PU 0015306 - 0015310 | "For Limited Purposes Only" | |
| 265 | DDX 175 | Transmittal letter and Sixth Supplemental Information Disclosure Statement Under 37 C.F.R. § 1.97(c) for U.S. Patent Application Serial No. 07/827,742. | PU 0015313 - 0015316 | "For Limited Purposes Only" | |
| 266 | DDX 176 | Transmittal letter, Associate Power of Attorney and the Ninth Supplemental Information Disclosure Statement for U.S.Patent Application Serial No. 07/827,742. | PU 0015321 - 0015357 | "For Limited Purposes Only" | |
| 267 | DDX 177 | Tenth Supplemental Information Disclosure Statement Under 37 C.F.R. § 1.97(c) for U.S. Patent Application Serial No. 07/827,742. | PU 0015383 - 0015391 | "For Limited Purposes Only" | |
| 268 | DDX 178 | Facsimile regarding Pharmacia references listed in Information Disclosure Statements file January 29, 1992. | PU 0096860 - 0096871 | "For Limited Purposes Only" | |
| 269 | DDX 180 | Email regarding Faulding Canada v. Pharmacia S.p.A. action seeking declaration of invalidity of '037 Patent - Doxorubicin. | PU 0096858 | "For Limited Purposes Only" | |

20

Pharmacia Trial Exhibit List

| PTX | Def. Exhibit | Description | Bates No. | Notes | Objections |
|-----|--------------|-------------|-----------|-------|------------|
| 270 | DDX 181 | Redacted letter regarding U.S. Patent Application Serial Nos. 07/827,742 and 08/368,402. | PU 0096759 - 0096761 | "For Limited Purposes Only" | |
| 271 | DDX 182 | Letter regarding Pharmacia & Upjohn S.p.A. Patent Invalidity Litigation (Ready-to-use Doxorubicin). | PU 0096736 - 0096737 | "For Limited Purposes Only" | |
| 272 | DDX 183 | Letter regarding U.S. Patent No. 6,107,285. | PU 0096779 | "For Limited Purposes Only" | |
| 273 | DDX 184 | Amendment filed in response to the Office Action mailed December 6, 1996 in regards to U.S. Patent Application Serial No. 07/827,742. | PU 0015277 - 0015292 | "For Limited Purposes Only" | |
| 274 | DDX 185 | Office Action Summary regarding claims 31, 33 - 38, 40 and 42 for U.S. Patent Application Serial No. 07/827,742. | PU 0015264 - 0015266 | "For Limited Purposes Only" | |
| 275 | DDX 188 | Office Action Summary regarding claims 31, 33 - 38, 42 and 45 - 53 for U.S. Patent Application Serial No. 07/827,742. | PU 0015317 - 15320 | "For Limited Purposes Only" | |
| 276 | | Linda Kathryn Barry et al., Promoting the Responsible Handling of Antineoplastic Agents in the Community, 12 Oncology Nursing F. 41 (1985) | | | |
| 277 | | Marsha M. Cloak et al., Occupational Exposure of Nursing Personnel to Antineoplastic Agents, 12 Oncology Nursing F. 33 (1985) | | | |
| 278 | | Kai Falck et al., Mutagenicity of Urine of Nurses Handling Cytostatic Drugs, The Lancet, June 9, 1979, at 1250 | | | |
| 279 | | Kari Hemminki et al., Spontaneous abortions and malformations in the offspring of nurses exposed to anaesthetic gases, cytostatic drugs, and other potential hazards in hospitals, based on registered information of outcome, 39 J. Epidemiology & Community Health 141 (1985); | | | |