EXHIBIT 11

Pharmacia Trial Exhibit List

| PHX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|-----|--------------|-------------|-----------|-------|------------|
| 280 | | Sherry G. Selevan et al., A Study of Occupational Exposure to Antineoplastic Drugs and Fetal Loss in Nurses, 313 New Eng. J. Med. 173 (1985) | | | |
| 281 | | Eero A. Sotaniemi et al., Liver Damage in Nurses Handling Cytostatic Agents, 214 Acta Med. Scandanavia 181 (1983) | | | |
| 282 | | Roger W. Anderson et al., Risk of handling injectable antineoplastic agents, 39 Am. J. Hospital Pharmacy 1881 (1982) | | | |
| 283 | | Geneviève Aubel-Sadron & Danielle Londos-Gagliardi, Daunorubicin and doxorubicin, anthracycline antibiotics, a physicochemical and biological review, 66 Biochimie 333 (1984) | | | |
| 284 | | T. Balazs & V.J. Ferrans, Cardiac Lesions Induced by Chemicals, 26 Envtl. Health Persp. 181 (1978); | | | |
| 285 | | R.J. Maral & M. Jouanne, Toxicology of Daunorubicin in Animals and Man, 65 Cancer Treatment Rep. 9 (1981) | | | |
| 286 | | Tot V. Nguyen et al, Exposure of Pharmacy Personnel to Mutagenic Antineoplastic Drugs, 42 Cancer Res. 4792 (1982) | | | |
| 287 | | Marja Sorsa et al., Occupational exposure to anticancer drugs—Potential and real hazards, 154 Mutation Res. 135 (1985) | | | |
| 288 | | Miriam C. Vaughn & William D. Christensen, Occupational Exposure to Cancer Chemotherapeutic Drugs: A Literature Review, 46 Am. Indus. Hygiene Assoc. B-8 (1985) | | | |
| 289 | | H. Waksvik et al., Chromosome Analyses of Nurses Handling Cytostatic Agents, 65 Cancer Treatement Rep. 607 (1981) | | | |

22

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 290 | | Dominic A. Solimando & James P. Wilson, Demonstration of Skin Fluorescence Following Exposure to Doxorubicin, Cancer Nursing, August 1983, at 313 (citing H. Marquadt et al., Tumorigenicity in vivo and introduction of malignant transformation and mutagenesis in cell cultures by Adriamycin and Daunomycin, 36 Cancer Res. 2065 (1979) and B.R. Harrison, Developing Guidelines for working with antineoplastic agents, 38 Am. J. Hospital Pharmacy 1686 (1981)) | | | |
| 291 | | Guidelines for Handling Parenteral Antineoplastics, 253 JAMA 1590 (1985): (citing B.R. Harrison, Developing Guidelines for working with antineoplastic agents, 38 Am. J. Hospital Pharmacy 1686 (1981)) | | Ref. R in Guerra Report | |
| 292 | | The Physician's Desk Reference entries on Adriamycin PFS and RDF and Idamycin. | | Ref. S in Guerra Report | |
| 293 | | Acton et al. (1984) Med. Chem. 27:638-645 | SICOR-PNU 006657 - 006666 | "For Limited Purposes Only" | |
| 294 | | Arcamone et al. (1969) Biotechnol. Bioengin. XI:1101-10 | SICOR-PNU 003460 - 003464 | "For Limited Purposes Only" | |
| 295 | | Arcamone et al. (1971) U.S. Patent No. 3,590,028 | | "For Limited Purposes Only" | |
| 296 | | Arcamone (1974) U.S. Patent No. 3,803,124 | | "For Limited Purposes Only" | |
| 297 | | Arcamone et al. (1978) U.S. Patent No. 4,107,423 | | "For Limited Purposes Only" | |
| 298 | | Beijnen et al. (1985) Pharm. Weekbl. Sci., 7:109-16 | SICOR-PNU 007070 - 007078 | "For Limited Purposes Only" | |
| 299 | | Beijnen et al. (1985) J. Paren. Sci. Tech., 39:220-222 | | "For Limited Purposes Only" | |
| 300 | | Benvenuto et al. (1981) Am. J. Hosp. Pharm, 38:1914-1918 | SICOR-PNU 003801 - 003805 | "For Limited Purposes Only" | |
| 301 | | Berman et al. (1983) Cancer Res., 43:5069-101 | SICOR-PNU 003852 - 003857 | "For Limited Purposes Only" | |
| 302 | | Bonfante et al. (1983) Investigational New Drugs, 1:161-8 | PU 007633 - 007640 | "For Limited Purposes Only" | |
| | | | PU 007641 - 7646 | | |

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|-----|-------------|-------------|-----------|-------|------------|
| 303 | | Bourne et al. (1983) Biotechnol. Bioeng., 25:1625-1639 | | "For Limited Purposes Only" | |
| 304 | | Connors et al. (1979) The Chemical Stability of Pharmaciuticals | | "For Limited Purposes Only" | |
| 305 | | Ducep et al. (1977) UK Patent No. 1 491 184 | | "For Limited Purposes Only" | |
| 306 | | Drewinko et al. (1983) Cancer Research 43:2648-2653 | SICOR-PNU 003259 - 3262 | "For Limited Purposes Only" | |
| 307 | | Eridani et al. (1985) Blut, 50:369-72 | SICOR-PNU 007267 - 007272 | "For Limited Purposes Only" | |
| 308 | | Eriksen (1982) Pharm. Int'l 3.264-67 | PU 007678 - 007681 | "For Limited Purposes Only" | |
| 309 | | Franco R. et al. (1984) International Journal of Cell Cloning 2:2-8 | | "For Limited Purposes Only" | |
| 310 | | Franco et al. (1985) International Journal of Cell Cloning 3:424-426 | SICOR-PNU 007177 - 007184 | "For Limited Purposes Only" | |
| 311 | | Granatek et al. (1982) U.S. Patent No. 4,310,515 | SICOR-PNU 007820 - 007822 | "For Limited Purposes Only" | |
| 312 | | Hoffman et al. (1979) Am. J. Hosp. Pharm, 36:1536-1538 | PU 013825 - 013827 | "For Limited Purposes Only" | |
| 313 | | Ilver (1971) Almen Galenisk Farmaci - Forel sningsnoter, Dansk Farmaceutforenings Forlag pp. 132 136 | SICOR-PNU 005118 - 00005123 | "For Limited Purposes Only" | |
| 314 | | Janssen et al. (1985) Intl. J. Pharmaceutics, 23:1-11 | PU 013746 - 013756 | "For Limited Purposes Only" | |
| 315 | | Kaniewska (1977) Pharmacia Polska, 9:539-542 | PU 039539 - 039541 | "For Limited Purposes Only" | |
| 316 | | Kaplan et al. (1982) Eur. J. Cancer and Clin. Oncol. 18:1303 | | "For Limited Purposes Only" | |
| 317 | | Karlsen et al. (1983) Nor. Pharm. Acta 45:6-67 | | "For Limited Purposes Only" | |
| 318 | | Kasan et al. (1989) U.S. Patent No. 4,883,805 | | "For Limited Purposes Only" | |
| 319 | | Kotake et al. (1985) Journal of Chromatography, 337:194-200 | SICOR-PNU 007154 - 007162 | "For Limited Purposes Only" | |
| 320 | | Ketchum et al. (1981) Am. Intravenous Ther. Clin. Nut., 8:15-18 | PU 027218 - 027221 | "For Limited Purposes Only" | |
| 321 | | Lachman et al. (1976) in The Theory and Practice of Industrial Pharmacy (Lachman et al. eds., 2nd edition), Chapter 3 "Kinetic Principles and Stability Testing" | | "For Limited Purposes Only" | |

24

Pharmacia Trial Exhibit List

| PTX | Def. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 322 | | Lachman et al. (1986) in The Theory and Practice of Industrial Pharmacy (Lachman et al. eds., 3rd edition), pp. 191-194, 195-196, 459-460, 471-472, 477-478, 764-765 | | "For Limited Purposes Only" | |
| 323 | | Lachman et al. (1986) in The Theory and Practice of Industrial Pharmacy (Lachman et al. eds., 3rd edition) Chapter 26 "Kinetic Principles and Stability Testing" | | "For Limited Purposes Only" | |
| 324 | | Merck Manual "Tris" | | "For Limited Purposes Only" | |
| 325 | | Mori et al. (1980) Japan. J. Anbiotics, XXXIII-4:466 (original Japanese article and English translation provided) | | "For Limited Purposes Only" | |
| 326 | | Mosher et al., (1982) J. Med. Chem. 25:18-24 | SICOR-PNU 006676 - 6684 | "For Limited Purposes Only" | |
| 327 | | NCI Investigational Drugs Pharmaceutical Data 1982, pp. 48-50, 130-133, 148-151 | | "For Limited Purposes Only" | |
| 328 | | NCI Investigational Drugs Pharmaceutical Data 1983, pp. 52-54, 148-151 | SICOR-PNU 007946 - 007963 | "For Limited Purposes Only" | |
| 329 | | NCI Investigational Drugs Pharmaceutical Data 1984, pp. 51-53, 134-137, 161-162 | SICOR-PNU 007926 - 007945 | "For Limited Purposes Only" | |
| 330 | | NCI Investigational Drugs Pharmaceutical Data 1985, pp. 46-48, 124-127 | SICOR-PNU 007908 - 007919 | "For Limited Purposes Only" | |
| 331 | | Physician's Desk Reference (1982) 36:1129-30 | | "For Limited Purposes Only" | |
| 332 | | Physician's Desk Reference (1985) 39:1169-70 | | "For Limited Purposes Only" | |
| 333 | | Poochikian et al. (1981) Am. J. Hosp. Pharm., 38:483-486 | PU 013730 - 013733 | "For Limited Purposes Only" | |
| 334 | | Porumb (1978) Prog. Biophys. Molecul. 34:175-195 | PU 041465 - 041485 | "For Limited Purposes Only" | |
| 335 | | Robinson (1986) U.S. Patent No. 4,619,935 | | "For Limited Purposes Only" | |
| 336 | | Sandell (1967) Galenisk Farmaci, 2nd edition, Stockholm | | "For Limited Purposes Only" | |
| 337 | | Shou et al. (1959) Troek of den flaeniske farmaci, Store Nordiske Videnskabsbboghandel, p. 220 (with English translations) | SICOR-PNU 006119 - 006120 | "For Limited Purposes Only" | |

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 338 | | Stella (1986) J. Paren. Sci. Tech. 40:142-63 | | "For Limited Purposes Only" | |
| 339 | | Tavaloni et al. (1980) J. Pharm. Parmacol. 32, pp. 860-862 | | "For Limited Purposes Only" | |
| 340 | | Trissel (1980) Handbook of Injectable Drugs (Elsevier 2nd edition 1980) | | "For Limited Purposes Only" | |
| 341 | | Vietti et al. (1973) Proc. Am. Assoc. Cancer Res., 14:24 | | "For Limited Purposes Only" | |
| 342 | | Windheuser (1963) Bull. Parenteral Drug Assoc., 17:1-8 | | "For Limited Purposes Only" | |
| 343 | | Yang et al. (1985) Cancer Res. 45:1511-15 | SICOR-PNU 007251 - 007256 | "For Limited Purposes Only" | |
| 344 | | Menozzi et al., "Self Association of Doxorubicin and Related Compounds in Aqueous Solution," 73 J. Pharm. Sci. 766-770 (1984) | PU 011944 - 011949 | | |
| 345 | | Carlo Confalonieri's 1992 declaration as filed in the prosecution of the '285 patent; | PU 015002 - 015005 | | |
| 346 | | Declaration of Martin Williamson | PI 6183 - 6208 | | |
| 347 | | Declaration of Frederick Grab | PI 6183 - 6208 | | |
| 348 | | Declaration of Barbara Barhamand | PU 009284 - 009295 | | |
| 349 | | Beijnen et al., "Stability of intravenous admixtures of doxorubicin and vincristine," Am. J. Hosp. Pharm., 43:3022-3027 (1986) | SICOR-PNU 003808 - 003813 | | |
| 350 | | Beijnen et al., "Aspects of the degradation kinetics of daunorubicin in aqueous solution," Int. J. Pharm., 31:75-82 (1986) | PU 012476 - 012483 | | |
| 351 | | Beijnen et al., "Aspects of the degradation kinetics of doxorubicin in aqueous solution," Int. J. Pharm., 32:123-131 (1986) | SICOR-PNU 003815 - 003823 | | |
| 352 | | Beijnen et al., "Structure elucidation and characerization of daunorubicin degradation products," Int. J. Pharm., 34:247-257 (1987) | SICOR-PNU 003825 - 003835 | | |

Pharmacia Trial Exhibit List

| Prtx | Dep. Exhibit | Description | Bates No. | No. use | Objections |
|---|---|---|---|---|---|
| 353 | | Bekers et al., "Effect of cyclodextrins on anthracycline stability in acidic aqueous media," Pharmaceutisch Weekblad Sci. Ed., 10:207-212 (1988) | SICOR-PNU 003837 - 003842 | | |
| 354 | | Bekers et al., "Effect of cyclodextrin complexation on the chemical stability of doxorubicin and daunorubicin in aqueous solutions," Pharmaceutisch Weekblad Sci. Ed., 72:123-130 (1991) | PU 008966 - 008973 | | |
| 355 | | Bouma et al., "Anthracycline antitumor agents: A review of physicochemical, analytical and stability properties," Pharmaceutisch Weekblad Sci. Ed., 8:109-133 (1986 | PU 012476 - 012459 | | |
| 356 | | The prosecution history of U.S. Patent Application Serial No. 07/503,856 | | | |
| 357 | | The prosecution history of U.S. Patent Application Serial No. 07/471,005 | | | |
| 358 | | The prosecution history of U.S. Patent Application Serial No. 06/341,249 | | | |
| 359 | | The prosecution history of U.S. Patent Application Serial No. 07/064,653 | | | |
| 360 | | U.S. Patent No. 6,632,799 | | | |
| 361 | | U.S. Patent No. 6,596,697 | | | |
| 362 | | U.S. Patent No. 6,284,738 | | | |
| 363 | | U.S. Patent No. 6,087,340 | | | |
| 364 | | U.S. Patent No. 5,977,082 | | | |
| 365 | | U.S. Patent No. 5,124,317 | | | |
| 366 | | U.S. Patent No. 5,091,373 | | | |
| 367 | | U.S. Patent No. 5,091,372 | | | |
| 368 | | U.S. Patent No. 4,840,938 | | | |
| 369 | | U.S. Patent No. 4,675,311 | | | |
| 370 | | F. Arcamone et al., Structure and Physicochemical Properties of Adriamycin (Doxorubicin), International Symp. on Adriamycin 9 (1972) | PU 008832 - 008845 | | |

27

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 371 | | Dennis M. Hoffman et al., Stability of Refrigerated and Frozen Solutions of Doxorubicin Hydrochloride, 35 American J. of Hosp. Pharm. 1536 (1979) | PU 008846 - 008848 | | |
| 372 | | Guiragos K. Poochikian et al., Stability of anthracycline antitumor agents in four infusion fluids, 38 American J. of Hosp. Pharm. 433 (1981) | PU 008849 - 008852 | | |
| 373 | | Karsten Wassermann & Hans Bundgaard, Kinetics of the acid-catalyzed hydrolysis of doxorubicin, 14 International J. of Pharmaceutics 73 (1983) | SICOR-PNU 006339 - 006336 | | |
| 374 | | United Kingdom Patent Application No. GB 2178311 A | SICOR-PNU 005005 - 005023 | | |
| 375 | | United Kingdom Patent No. GB 2178311 B | PU 015881 - 015923 | | |
| 376 | | United Kingdom Patent Application No. GB 2165751 A | PU 021882 - 021887 | | |
| 377 | PDCX 1 (Miao) | Letter regarding U.S Serial No. 07/827,742 | | "For Limited Purposes Only" | |
| 378 | | Issue Fee Transmittal re U.S. Serial No. 07/827,742 | PU 096728 | "For Limited Purposes Only" | |
| 379 | | Letter dated August 17, 1998 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096729 | "For Limited Purposes Only" | |
| 380 | | Letter dated July 21, 1998 regarding claims for U.S. Serial No. 07/827,742 | PU 096732 - 096735 | "For Limited Purposes Only" | |
| 381 | | Letter dated July 15, 1998 regarding Pharmacia & Upjohn S.p.A Patent Invalidity Litigation (Ready-to-use Doxorubicin) | PU 096736 - 096737 | "For Limited Purposes Only" | |
| 382 | | Kristensen & Møller (1983) Almen Farmaci II, Dansk Farmaceutforenings Forlag | PU 096738 - 096745 | "For Limited Purposes Only" | |
| 383 | | Letter dated July 13, 1998 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 corresponding to Danish Patent No. 167.557 | PU 96746 - 96747 | "For Limited Purposes Only" | |

28

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|-----|--------------|-------------|-----------|-------|------------|
| 384 | | Letter dated July 9, 1998 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096748 | "For Limited Purposes Only" | |
| 385 | | Facsimile dated July 7, 1998 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096749 - 096750 | "For Limited Purposes Only" | |
| 386 | | Letter dated July 6, 1998 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096751 - 096752 | "For Limited Purposes Only" | |
| 387 | | Letter dated July 6, 1998 regarding U.S Serial No. 07/827,742 | PU 096753 | "For Limited Purposes Only" | |
| 388 | | Allowed Claims for U.S. Serial No. 08/827,742 | PU 096755 | "For Limited Purposes Only" | |
| 389 | | Facsimile dated October 26, 1999 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096757 | "For Limited Purposes Only" | |
| 390 | | Issue Notification regarding U.S. Serial No. 07/827,742 | PU 096758 | "For Limited Purposes Only" | |
| 391 | | Letter dated July 7, 1998 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096759 - 096761 | "For Limited Purposes Only" | |
| 392 | | Letter dated August 18, 1999 regarding U.S Serial No. 07/827,742 | PU 096762 | "For Limited Purposes Only" | |
| 393 | | Letter dated August 18, 1999 regarding U.S Serial No. 07/827,742 | PU 096763 | "For Limited Purposes Only" | |
| 394 | | Facsimile dated June 19, 2000 regarding U.S. Serial No. 07/827,742 | PU 096764 - 096765 | "For Limited Purposes Only" | |
| 395 | | Facsimile dated October 26, 1999 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096766 | "For Limited Purposes Only" | |
| 396 | | Letter dated August 15, 2000 regarding U.S. Serial No. 07/827,742 | PU 096767 | "For Limited Purposes Only" | |
| 397 | | Letter dated August 15, 2000 regarding U.S. Serial No. 07/827,742 | PU 096768 | "For Limited Purposes Only" | |

29

Pharmacia Trial Exhibit List

| PTX | Def. Exhibit | Description | Bates No. | Notes | Objections |
|-----|--------------|-------------|-----------|-------|------------|
| 398 | | Letter dated August 6, 1996 regarding U.S. Serial No. 07/827,742 | PU 096769 | "For Limited Purposes Only" | |
| 399 | | Letter dated August 6, 1996 regarding U.S. Serial No. 07/827,742 | PU 096770 | "For Limited Purposes Only" | |
| 400 | | Facsimile dated August 4, 1996 regarding U.S. Serial No. 07/827,742 | PU 096771 | "For Limited Purposes Only" | |
| 401 | | Facsimile dated July 29, 1996 regarding U.S. Serial No. 07/827,742 | PU 096772 - 096773 | "For Limited Purposes Only" | |
| 402 | | Facsimile dated July 29, 1996 regarding U.S. Serial No. 07/827,742 | PU 096774 | "For Limited Purposes Only" | |
| 403 | | Facsimile dated July 29, 1996 regarding U.S. Serial No. 07/827,742 | PU 096775 | "For Limited Purposes Only" | |
| 404 | | Letter dated July 3, 1996 regarding U.S. Serial No. 07/827,742 | PU 096776 | "For Limited Purposes Only" | |
| 405 | | Letter dated January 8, 2004 regarding U.S. Patent No. 6,107,285 | PU 096777 | "For Limited Purposes Only" | |
| 406 | | Letter dated June 5, 2002 regarding U.S. Patent No. 6,107,285 | PU 096778 | "For Limited Purposes Only" | |
| 407 | | Letter dated April 5, 2001 regarding U.S. Patent No. 6,107,285 | PU 096779 | "For Limited Purposes Only" | |
| 408 | | Telefax dated February 28, 2001 regarding U.S. Patent No. 6,107,285 | PU 096780 | "For Limited Purposes Only" | |
| 409 | | Facsimile dated August 8, 1996 regarding U.S. Serial No. 07/827,742 | PU 096781 | "For Limited Purposes Only" | |
| 410 | | Facsimile dated December 12, 1996 regarding U.S. Serial No. 08/827,742 | PU 096782 - 096783 | "For Limited Purposes Only" | |
| 411 | | Facsimile dated December 18, 1996 regarding U.S. Serial No. 08/827,742 | PU 096784 | "For Limited Purposes Only" | |
| 412 | | Facsimile dated February 7, 1997 regarding office action summary. | PU 096785 - 096786 | "For Limited Purposes Only" | |

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 413 | | Facsimile dated March 14, 1997 regarding U.S. Serial No. 08/368,402 | PU 096787 - 096789 | "For Limited Purposes Only" | |
| 414 | | Letter dated May 6, 1997 regarding U.S. Serial No. 07/827,742 | PU 096790 | "For Limited Purposes Only" | |
| 415 | | Letter dated June 3, 1997 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096791 | "For Limited Purposes Only" | |
| 416 | | Letter dated July 1, 1997 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096792 | "For Limited Purposes Only" | |
| 417 | | Letter dated August 26, 1997 regarding U.S. Serial No. 08/368,402 | PU 096793 | "For Limited Purposes Only" | |
| 418 | | Letter dated July 1, 1997 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096794 | "For Limited Purposes Only" | |
| 419 | | Letter dated October 30, 1997 regarding U.S. Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096795 - 096796 | "For Limited Purposes Only" | |
| 420 | | Facsimile dated July 6, 1998 regarding U.S. Serial No. 07/827,742 | PU 096797 - 096799 | "For Limited Purposes Only" | |
| 421 | | Facsimile dated July 7, 1998 regarding U.S. Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096800 - 096802 | "For Limited Purposes Only" | |
| 422 | | Facsimile dated October 1, 1998 regarding U.S. Serial No. 09/149,381 | PU 096803 | "For Limited Purposes Only" | |
| 423 | | Facsimile dated June 21, 1999 regarding U.S. Serial No. 07/827,742 | PU 096804 | "For Limited Purposes Only" | |
| 424 | | Facsimile dated August 18, 1999 regarding U.S. Serial No. 07/827,742 | PU 096805 - 096807 | "For Limited Purposes Only" | |
| 425 | | Facsimile dated August 15, 2000 regarding U.S. Serial No. 07/827,742 | PU 096808 - 096809 | "For Limited Purposes Only" | |

31

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 426 | | Facsimile dated August 15, 2000 regarding U.S. Serial No. 07/827,742 | PU 096810 - 096811 | "For Limited Purposes Only" | |
| 427 | | Raw data sheet regarding Doxorubicin | PU 096812 | "For Limited Purposes Only" | |
| 428 | | Issue Fee Transmittal re U.S. Serial No. 07/827,742 | PU 096813 - 096814 | "For Limited Purposes Only" | |
| 429 | | Facsimile dated March 5, 1997 regarding U.S. Serial No. 07/827,742 | PU 096815 - 096816 | "For Limited Purposes Only" | |
| 430 | | Letter dated September 5, 1997 regarding U.S. Serial No. 08/827,742 | PU 096817 | "For Limited Purposes Only" | |
| 431 | | Schellin & Associates billing invoice. | PU 096818 | "For Limited Purposes Only" | |
| 432 | | Facsimile dated December 18, 1996 regarding U.S. Serial No. 08/827,742 | PU 096819 | "For Limited Purposes Only" | |
| 433 | | Facsimile dated February 7, 1997 regarding office action summary. | PU 096820 | "For Limited Purposes Only" | |
| 434 | | Letter dated March 7, 1997 regarding U.S. Serial No. 07/827,742 | PU 096821 | "For Limited Purposes Only" | |
| 435 | | Letter dated October 21, 1996 regarding U.S. Serial No. 07/827,742 | PU 096822 | "For Limited Purposes Only" | |
| 436 | | Letter dated October 22, 1996 regarding U.S. Serial No. 07/827,742 | PU 096823 - 096824 | "For Limited Purposes Only" | |
| 437 | | Letter dated October 25, 1996 regarding U.S. Serial No. 07/827,742 | PU 096825 | "For Limited Purposes Only" | |
| 438 | | Facsimile dated August 8, 1996 regarding U.S. Serial No. 07/827,742 | PU 096826 | "For Limited Purposes Only" | |
| 439 | | Kaniewska, "A Study of the Decomposition of Adriamycin" Department of Analytical Chemistry of the Pharmaceutical Institute | PU 096827 - 096839 | "For Limited Purposes Only" | |
| 440 | | Letter dated May 6, 1997 regarding U.S. Serial No. 07/827,742 | PU 096840 | "For Limited Purposes Only" | |

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 441 | | Facsimile dated March 18, 1997 regarding U.S 07/827,742 and U.S. Serial No. 08/368,402 | PU 096841 - 096842 | "For Limited Purposes Only" | |
| 442 | | Facsimile dated October 1, 1997 regarding U.S 07/827,742 and U.S. Serial No. 08/368,402 | PU 096843 - 096844 | "For Limited Purposes Only" | |
| 443 | | Letter dated August 26, 1997 regarding U.S. Serial No. 07/827,742 | PU 096845 | "For Limited Purposes Only" | |
| 444 | | Letter dated June 30, 1997 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096846 - 096847 | "For Limited Purposes Only" | |
| 445 | | Letter dated June 26, 1997 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096848 - 096849 | "For Limited Purposes Only" | |
| 446 | | Letter dated July 1, 1997 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096850 | "For Limited Purposes Only" | |
| 447 | | Letter dated June 5, 1997 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096851 - 096852 | "For Limited Purposes Only" | |
| 448 | | Letter dated June 3, 1997 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096853 | "For Limited Purposes Only" | |
| 449 | | Letter dated March 2, 1998 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096854 | "For Limited Purposes Only" | |
| 450 | | Letter dated June 16, 1998 regarding U.S Serial No. 07/827,742 and U.S. Serial No. 08/368,402 | PU 096855 - 096857 | "For Limited Purposes Only" | |
| 451 | | Facsimile dated June 25, 1998 regarding action seeking Declaration of Invalidity of '037 Patent Doxorubicin | PU 096858 | "For Limited Purposes Only" | |

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|-----|--------------|-------------|-----------|-------|------------|
| 452 | | Facsimile dated June 25, 1998 regarding action seeking Declaration of Invalidity of '037 Patent Doxorubicin | PU 096859 - 096872 | "For Limited Purposes Only" | |
| 453 | | New matter form with handwritten note | PU 096873 - 096874 | "For Limited Purposes Only" | |
| 454 | | Letter dated December 7, 1988 regarding U.S. Serial No. 06/878,784 | PU 096875 - 096876 | "For Limited Purposes Only" | |
| 455 | | Letter dated July 12, 1996 regarding U.S. Serial No. 07/827,742 | PU 096877 - 096878 | "For Limited Purposes Only" | |
| 456 | | Letter dated August 6, 1996 regarding U.S. Serial No. 07/827,742 | PU 096879 | "For Limited Purposes Only" | |
| 457 | | Facsimile cover sheet dated September 10, 1998 regarding U.S. Serial No. 07/827,742 | PU 096880 | "For Limited Purposes Only" | |
| 458 | | Letter dated July 24, 1996 regarding Certificate of Merger and Certificate of Amendment | PU 096881 | "For Limited Purposes Only" | |
| 459 | | Facsimile dated July 24, 1996 regarding Certificate of Merger and Certificate of Amendment | PU 096882 | "For Limited Purposes Only" | |
| 460 | | Letter dated July 3, 1996 regarding U.S. Serial No. 07/827,742 | PU 096883 | "For Limited Purposes Only" | |
| 461 | | ANDA - Idarubicin Hydrochloride Injection- Vol.1 | SICOR-PNU 000001 - 000011 | | |
| 462 | | ANDA - Idarubicin Hydrochloride Injection- Vol.1 - Section II | SICOR-PNU 000019 - 000022 | | |
| 463 | | ANDA - Idarubicin Hydrochloride Injection- Vol.1- Section III | SICOR-PNU 000023 - 000025 | | |
| 464 | | ANDA - Idarubicin Hydrochloride Injection- Vol.1- Section IV | SICOR-PNU 000026 - 000041 | | |
| 465 | | ANDA - Idarubicin Hydrochloride Injection- Vol.1- Section V | SICOR-PNU 000042 - 000047 | | |
| 466 | | ANDA - Idarubicin Hydrochloride Injection- Vol.1 - Section VI | SICOR-PNU 000048 - 000052 | | |
| 467 | | ANDA - Idarubicin Hydrochloride Injection- Vol.1 - Section VII | SICOR-PNU 000053 - 000057 | | |
| 468 | | ANDA - Idarubicin Hydrochloride Injection- Vol.1- Section VIII | SICOR-PNU 000058 - 000138 | | |
| 469 | | ANDA - Idarubicin Hydrochloride Injection- Vol.1 - Section IX | SICOR-PNU 000139 - 000146 | | |

34

Pharmacia Trial Exhibit List

| PTX | Dept Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 470 | | ANDA - Idarubicin Hydrochloride Injection- Vol.1 - Section X | SICOR-PNU 000147 - 000148 | | |
| 471 | | ANDA - Idarubicin Hydrochloride Injection- Vol. 1 -Section XI | SICOR-PNU 000149 - 000245 | | |
| 472 | | ANDA - Idarubicin Hydrochloride Injection- Vol.1- Section XII | SICOR-PNU 000246 - 000352 | | |
| 473 | | ANDA - Idarubicin Hydrochloride Injection- Vol.1- Section XIII | SICOR-PNU 000353 - 000354 | | |
| 474 | | ANDA - Idarubicin Hydrochloride Injection- Vol.1- Section XIV | SICOR-PNU 000355 - 000480 | | |
| 475 | | ANDA - Idarubicin Hydrochloride Injection- Vol.2 | SICOR-PNU 000481 - 000488 | | |
| 476 | | ANDA - Idarubicin Hydrochloride Injection- Vol.2 - Section XV | SICOR-PNU 000489 - 000499 | | |
| 477 | | ANDA - Idarubicin Hydrochloride Injection- Vol.2 - Section XVI | SICOR-PNU 000500 - 000865 | | |
| 478 | | ANDA - Idarubicin Hydrochloride Injection- Vol.2 - XVII | SICOR-PNU 000866 - 000926 | | |
| 479 | | ANDA - Idarubicin Hydrochloride Injection- Vol.2- Section XVIII | SICOR-PNU 000927 - 000928 | | |
| 480 | | ANDA - Idarubicin Hydrochloride Injection- Vol.2- Section XIX | SICOR-PNU 000929 - 000930 | | |
| 481 | | ANDA - Idarubicin Hydrochloride Injection- Vol.2 - Section XX | SICOR-PNU 000931 - 000933 | | |
| 482 | | ANDA - Idarubicin Hydrochloride Injection- Vol.2- Section XXI | SICOR-PNU 000934 - 000936 | | |
| 483 | | ANDA - Idarubicin Hydrochloride Injection- Vol.3 | SICOR-PNU 000937 - 000939 | | |
| 484 | | ANDA - Idarubicin Hydrochloride Injection- Vol.3 - Introduction | SICOR-PNU 000940 - 000942 | | |
| 485 | | ANDA - Idarubicin Hydrochloride Injection- Vol.3 - Tab 2 manufacturing Facility | SICOR-PNU 000943 - 000949 | | |
| 486 | | ANDA - Idarubicin Hydrochloride Injection- Vol.3 - Tab 3 Product process flow | SICOR-PNU 000950 - 000956 | | |
| 487 | | ANDA - Idarubicin Hydrochloride Injection- Vol.3 - Tab 4 Process Validation | SICOR-PNU 000957 - 001010 | | |
| 488 | | ANDA - Idarubicin Hydrochloride Injection- Vol.3 - Tab 5 Revalidation | SICOR-PNU 001011 - 001012 | | |
| 489 | | ANDA - Idarubicin Hydrochloride Injection- Vol.3 -Tab 6 Product Sterilization Assurance Monitoring | SICOR-PNU 001013 - 001024 | | |

35

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 490 | | ANDA - Idarubicin Hydrochloride Injection- Vol.3 -Tab 7 Change Control Program | SICOR-PNU 001025 - 001026 | | |
| 491 | | ANDA - Idarubicin Hydrochloride Injection- Vol.3 - Tab 8 - Standard Operating Procedures | SICOR-PNU 001027 - 001161 | | |
| 492 | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 | SICOR-PNU 001162 - 001173 | | |
| 493 | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section I | SICOR-PNU 001174 - 001179 | | |
| 494 | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section II | SICOR-PNU 001180 - 001183 | | |
| 495 | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section IV | SICOR-PNU 001184 - 001199 | | |
| 496 | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section V | SICOR-PNU 001200 - 001205 | | |
| 497 | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section VII | SICOR-PNU 001206 - 001208 | | |
| 498 | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section VIII | SICOR-PNU 001209 - 001277 | | |
| 499 | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section XI | SICOR-PNU 001278 - 001365 | | |
| 500 | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section XII 1. In-Process Controls: 1. Copy of Executed Batch Records | SICOR-PNU 001366 - 001499 | | |
| 501 | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section XII - Container: 2. Components Specification & Test data | SICOR-PNU 0001500 - 001511 | | |
| 502 | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section XII-In-process Controls: 2a. Sampling plans and test procedures | SICOR-PNU 001512 - 001523 | | |
| 503 | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section XII - Container: 3. Packaging configuration and size | SICOR-PNU 001524 - 001662 | | |
| 504 | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section XV | SICOR-PNU 001663 - 001676 | | |
| 505 | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section XVII | SICOR-PNU 001677 - 001744 | | |
| 506 | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section XVIII | SICOR-PNU 001745 - 001746 | | |
| 507 | | ANDA - Idarubicin Hydrochloride Injection- Vol.4 - Section XIX | SICOR-PNU 001747 - 001748 | | |

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|-----|--------------|-------------|-----------|-------|------------|
| 508 | | Pharmacia product insert for Idamycin | PU 004545 - 004548 | | |
| 509 | | Paper regarding Acute non-lymphocytic leukemia | PU 008697 - 008745 | | |
| 510 | | Pages from Lab Notebook No.5249 regarding Doxorubicin | PU 010364 - 0010372 | | |
| 511 | | Pages from Lab Notebook No.5705 regarding Doxorubicin | PU 010373 - 010412 | | |
| 512 | | Pages from Lab Notebook No. 5715 regarding Doxorubicin | PU 010413 - 010422 | | |
| 513 | | Pages from Lab Notebook No. 6131 regarding Doxorubicin | PU 010423 - 010428 | | |
| 514 | | Pages from Lab Notebook No. 6134 regarding Doxorubicin | PU 010429 - 010466 | | |
| 515 | | Pages from Lab Notebook No. 6140 regarding Doxorubicin | PU 010467 - 010518 | | |
| 516 | | Pages from Lab Notebook No. 6144 regarding Doxorubicin | PU 010519 - 010561 | | |
| 517 | | Pages from Lab Notebook No. 6154 regarding Doxorubicin | PU 010562 - 010603 | | |
| 518 | | Pages from Lab Notebook No. 6156 regarding Doxorubicin | PU 010604 - 010637 | | |
| 519 | | Pages from Lab Notebook No. 6160 regarding Doxorubicin | PU 010638 - 010683 | | |
| 520 | | Pages from Lab Notebook No. 6422 regarding Doxorubicin | PU 010684 - 010707 | | |
| 521 | | Pages from Lab Notebook No. 6423 regarding Doxorubincin | PU 010708 - 010723 | | |
| 522 | | Pages from Lab Notebook No. 6425 regarding Doxorubicin | PU 010724 - 010755 | | |
| 523 | | Pages from Lab Notebook No. 6426 regarding Doxorubicin | PU 010756 - 010799 | | |
| 524 | | Pages from Lab Notebook No. 6427 regarding Doxorubicin | PU 010800 - 010828 | | |
| 525 | | Pages from Lab Notebook No. 6433 regarding Doxorubicin | PU 010829 - 010904 | | |
| 526 | | Pages from Lab Notebook No. 6434 regarding Doxorubicin | PU 010905 - 010931 | | |
| 527 | | Pages from Lab Notebook No. 6435 regarding Doxorubicin | PU 010932 - 010979 | | |
| 528 | | Pages from Lab Notebook No. 6437 regarding Doxorubicin | PU 010980 - 010991 | | |
| 529 | | Pages from Lab Notebook No. 6442 regarding Doxorubicin | PU 010992 - 010995 | | |
| 530 | | Pages from Lab Notebook No. 6447 regarding Doxorubicin | PU 010996 - 011002 | | |

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objection(s) |
|-----|-------------|-------------|-----------|-------|--------------|
| 531 | | Pages from Lab Notebook No. 6838 regarding Doxorubicin | PU 011003 - 011004 | | |
| 532 | | Pages from Lab Notebook No. 6848 regarding Doxorubicin | PU 011005 - 011019 | | |
| 533 | | Page from Lab Notebook No. 7834 regarding Doxorubicin | PU 011020 | | |
| 534 | | Pages from Lab Notebook No. 8115 regarding Doxorubicin | PU 011021 - 011043 | | |
| 535 | | Pages from Lab Notebook No. 8117 regarding Doxorubicin | PU 011044 - 011046 | | |
| 536 | | Pages from Lab Notebook No. 8129 regarding Doxorubicin | PU 011047 - 011070 | | |
| 537 | | Pages from Lab Notebook No. 8174 regarding Doxorubicin | PU 011071 - 011109 | | |
| 538 | | Pages from Lab Notebook No. 8175 regarding Doxorubicin | PU 011110 - 011113 | | |
| 539 | | Pages from Lab Notebook No. 22905 regarding Doxorubicin | PU 011114 - 011119 | | |
| 540 | | Pages from Lab Notebook No. 22906 regarding Doxorubicin | PU 011120 - 011124 | | |
| 541 | | Pages from Lab Notebook No. 22907 regarding Doxorubicin | PU 011125 - 011130 | | |
| 542 | | Pages from Lab Notebook No. 22951 regarding Doxorubicin | PU 011131 - 011136 | | |
| 543 | | Pages from Lab Notebook No. 22952 regarding Doxorubicin | PU 011137 - 011141 | | |
| 544 | | Pages from Lab Notebook No. 22952 regarding Doxorubicin | PU 011142 - 011147 | | |
| 545 | | Pages from Lab Notebook No. 22954 regarding Doxorubicin | PU 011148 - 011153 | | |
| 546 | | Pages from Lab Notebook No. 23049 regarding Doxorubicin | PU 011154 - 011158 | | |
| 547 | | Page from Lab Notebook No. 23069 regarding Doxorubicin | PU 011159 | | |
| 548 | | Letter dated July 23, 1985 regarding Adriamycin R.T.U. solution | PU 011160 - 011161 | | |
| 549 | | Letter dated June 7, 1985 regarding Doxorubicin | PU 011162 - 011165 | | |
| 550 | | Preformulation Studies for Doxorubicin RTU Development dated and pages from Lab Notebook No. 6160 regarding Doxorubicin | PU 022174 - 022190 | | |

38

Pharmacia Trial Exhibit List

| PTX | Def. Exhibit | Description | Bates No. | Notes | Objections |
|-----|-----|-----|-----|-----|-----|
| 551 | | Preformulation Studies for Doxorubicin RTU Development and pages from Lab Notebook No. 6154 regarding Doxorubicin | PU 022226 - 022231 | | |
| 552 | | Preformulation Studies for Doxorubicin RTU Development and pages from Lab Notebook No. 6160 regarding Doxorubicin | PU 022260 - 022290 | | |
| 553 | | Preformulation Studies for Doxorubicin RTU Development and pages from Lab Notebook No. 6154 regarding Doxorubicin | PU 022291 - 022328 | | |
| 554 | | Preformulation Studies for Doxorubicin RTU Development and pages from Lab Notebook No. 6144 regarding Doxorubicin | PU 022329 - 022361 | | |
| 555 | | Preformulation Studies for Doxorubicin RTU Development and pages from Lab Notebook No. 6144 regarding Doxorubicin | PU 022382 - 022393 | | |
| 556 | | Preformulation Studies for Doxorubicin RTU Development and pages from Lab Notebook No. 6140 regarding Doxorubicin | PU 022394 - 022446 | | |
| 557 | | Preformulation Studies for Doxorubicin RTU Development and pages from Lab Notebook No. 6144 regarding Doxorubicin | PU 022459 - 022497 | | |
| 558 | | Preformulation Studies for Doxorubicin RTU Development and pages from Lab Notebook No. 6144 regarding Doxorubicin | PU 022498 - 022508 | | |
| 559 | | Preformulation Studies for Doxorubicin RTU Development and pages from Lab Notebook No. 5705 regarding Doxorubicin | PU 022509 - 022549 | | |
| 560 | | Test result for Doxorubicin HCl and pages from Lab Notebook No. 6423 regarding Doxorubicin | PU 022785 - 022801 | | |
| 561 | | Preformulation Studies for Doxorubicin RTU Development and pages from Lab Notebook No. 6446 regarding Doxorubicin | PU 022850 - 022865 | | |
| 562 | | Connors et al., "Chemical Stability of Pharmaceuticals" A Handbook for Pharmacists | PU 027435 - 027457 | | |

39

Pharmacia Trial Exhibit List

| PTX | Dep. | Exhibit | Description | Bates No. | Notes | Objections |
|-----|------|---------|-------------|-----------|-------|------------|
| 563 | | | Declaration of Aristide Vigevani | PU 033394 - 033397 | | |
| 564 | | | Stipulated Final Judgment from the Pharmachemie B.V. v. Pharmacia & Upjohn Company litigation. | PU 033828 - 033830 | | |
| 565 | | | Declaration of Carlo Confalonieri dated April 18, 1996 regarding Norwegian Patent Application No. 862587 | PU 034970 - 034985 | | |
| 566 | | | Declaration of Carlo Confalonieri dated March 1, 1993 regarding Norwegian Patent Application No. 862587 | PU 034986 - 035032 | | |
| 567 | | | Literature from Pfizer's website | | | |
| 568 | | | Pfizer literature entitled "Day One" | | | |
| 569 | | | Pfizer literature entitled "One Day" | | | |
| 570 | | | Pfizer literature entitled "We are..." | | | |
| 571 | | | Pfizer literature entitled "How are we doing?" | | | |
| 572 | | | Chart regarding Idarubicin Revenue | SICOR-PNU 084244 | | |
| 573 | | | Chart regarding Idarubicin Revenue | SICOR-PNU 084245 | | |
| 574 | | | Quarterly Updates | PU 0053949 - 0053996 | | |
| 575 | | | Oncology Account Management Overview | PU 0054868 - 0054903 | | |
| 576 | | | NOAM Account Assignment - July 10, 2003 | PU 0054904 - 0054922 | | |
| 577 | | | GPO Contracting - June 19, 2003 | PU 0054926 - 0054954 | | |
| 578 | | | DRAFT - GPO Contracting - June 19, 2003 | PU 0054955 - 0054957 | | |
| 579 | | | A Comprehensive Guide for Nurses | PU 0055261 - 0055312 | | |
| 580 | | | Bringing Pfizer Power to Oncology... - October 1, 2003 | PU 0055529 - 0055570 | | |
| 581 | | | "THE" Partner of Choice - 2004 Operating Plan | PU 0055571 - 0055666 | | |
| 582 | | | Back-Up Slides | PU 0055667 - 0055677 | | |
| 583 | | | Eaches Share - 7/15/2005 | PI 17801 - 17806 | | |
| 584 | | | Eaches Share - 7/18/2005 | PI 17807 - 17810 | | |
| 585 | | | Slaes Share - 7/18/2005 | PI 17811 - 17828 | | |
| 586 | | | Sales - 7/18/2005 | PI 17829 - 17846 | | |
| 587 | | | Units - 7/18/2005 | PI 17847 - 17864 | | |

40

Pharmacia Trial Exhibit List

| PTX | Dep. | Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|---|
| 588 | | | Units Share - 7/18/2005 | PI 17865 - 17882 | | |
| 589 | | | Sales - 7/18/2005 | PI 17883 - 17900 | | |
| 590 | | | Units - 7/18/2005 | PI 17901 - 17918 | | |
| 591 | | | Gross Qty & Return Qty. Report | PI 17919 - 17921 | | |
| 592 | | | Report on Gross Sales, Chargebacks, Sales Returns, Total Revenue, etc. | PI 17922 - 17945 | | |
| 593 | | | Spreadsheet regarding Idarubicin/Idamycin/Zavedos | PI 17946 - 17981 | | |
| 594 | | | Report on Sales from Oct. 6, 2003 - July 17, 2005 | PI 17982 - 18005 | | |
| 595 | | | Report on U.S. sales from Jan. 1, 2002 - Oct. 5, 2003 | PI 18006 - 18023 | | |
| 596 | | | Report on Gross Sales, Chargebacks, Sales Returns, Total Revenue, etc. | PI 18024 - 18029 | | |
| 597 | | | Version Currency Exchange Rate Set | PI 18030 - 18031 | | |
| 598 | | | Spreadsheet regarding Exchange Rate | PI 18032 - 18034 | | |
| 599 | | | Spreadsheet regarding idarubicin/Idamycin - Pharmaceutical Market Company U.S. (excluding Greenstone) | PI 18035 - 18035 | | |
| 600 | | | Idamycin Monthly P & L Report | PI 18036 - 18038 | | |
| 601 | | | Idamycin Net Sales & Quantity by SKU | PI 18039 - 18058 | | |
| 602 | | | Pharmacia Global Prescription Business Idarubicin/Idamycin | PI 18059 - 18059 | | |
| 603 | | | Pharmacia Global Prescription Business Idarubicin/Idamycin | PI 18060 - 18063 | | |
| 604 | | | Clinical Practice Guidelines In Oncology - Acute Myeloid Leukemia Version 2.2005 | PI 18064 - 18093 | | |
| 605 | | | Email from Leena Das-Young to Brian Pruitt regarding "USA: Sales Budget Submission - Perth, Australia Products - your template | PI 18094 - 18096 | | |

41

Pharmacia Trial Exhibit List

| PTX | Def. Exhibit | Description | Bates No. | Notes | Objections |
|-----|---------|-------------|-----------|-------|------------|
| 606 | | Email from Leena Das-Young to Brian Pruitt, Bradley P. Winter, Joe Butera, Raphael Blum, Ivette Ramirez, Cheryl S. Julian, Alesia Tymes, Jennifer K Lynch, Vince Petitto, Howard Meyer, and Romik Chase, regardingIdamycin Update | PI 18097 - 18099 | | |
| 607 | | Spreadsheet regarding Zavedos SPO | PI 18100 - 18381 | | |
| 608 | | USA Idamycin | PI 18396 - 18396 | | |
| 609 | | Report by Brands | PI 18511 - 18514 | | |
| 610 | | PGM Sales Budget 2005 | PI 18516 - 18516 | | |
| 611 | | Historical Batch Size (Net Saleable Units) for Idamycin for US Market 2001 - Current | PI 19206 - 19209 | | |
| 612 | | Report regarding PGM Nerviano Site | PI 19210 - 19217 | | |
| 613 | | Spreadsheet regarding Zavedos | PI 19218 - 19219 | | |
| 614 | | Drug Quality Report | PI 7983 - 7998 | | |
| 615 | | Wholesale Price List - Effective October 3, 1994 | PI 3422 - 3429 | | |
| 616 | | Pfizer (Perth) Pty Limited - Lot Master Maintenance | PI 0016565 - 0016566 | | |
| 617 | | Certificate of Compliance | PI 0016567 - 0016567 | | |
| 618 | | Pfizer (Perth) Pty Limited - Shope Packet material | PI 0016568 - 0016572 | | |
| 619 | | Business Alliance Agreement - Among Delta West PTY Limited, The Upjohn Company, Gensia Laboratories, LTD, Gensia Pharmaceuticals, Inc. | PU 0059318 - 0059343 | | |
| 620 | | Supply Agreement between Gensia, Inc. and Delta West Pty. Limited , The Upjohn Company | PU 0059344 - 0059368 | | |
| 621 | | Termination and License Agreement between Gensia, Inc. and Delta West Pty. Limited , The Upjohn Company | PU 0059369 - 0059375 | | |
| 622 | | Business Alliance Agreement - Among Delta West PTY Limited, The Upjohn Company, Gensia Laboratories, LTD, Gensia Pharmaceuticals, Inc. | PU 0059376 - 0059400 | | |
| 623 | | Idarubicin - Budget comparisons | SICOR - PNU 018622 - 018645 | | |
| 624 | | Draft (Year-to-date sales) | SICOR - PNU 018646 - 018650 | | |

42

Pharmacia Trial Exhibit List

| PTX | Def. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 625 | | Idarubicin - Budget comparisons | SICOR - PNU 018651 - 018665 | | |
| 626 | | Sicor Pharmaceuticals, Inc. President's Report May 2004 | SICOR - PNU 018666 - 018688 | | |
| 627 | | Sicor Pharmaceuticals, Inc. President's Report March 2004 | SICOR - PNU 018689 - 018715 | | |
| 628 | | Gensia Sicor Pharmaceuticals, Inc 2000 ANDA's Bold= Updated for GSP Transfer Price | SICOR - PNU 018752 - 018755 | | |
| 629 | | Key Products Continued Success | SICOR - PNU 018781 - 018782 | | |
| 630 | | Sicor Inc. Review - 2004 December 2-3, 2003 | SICOR - PNU 018783 - 018788 | | |
| 631 | | Hussie 5 Year Sales Plan | SICOR - PNU 018789 - 018789 | | |
| 632 | | Idarubicin Hydrochloride Injection Launch Plan Distribution List | SICOR - PNU 018790 - 018806 | | |
| 633 | | Gensia Sicor Pharmaceuticals New Product Development Pipeline Therapeutic Class & Primary Purchaser | SICOR - PNU 019931 - 019990 | | |
| 634 | | Idarubicin Variance | SICOR - PNU 020371 - 020374 | | |
| 635 | | Report | SICOR - PNU 020391 - 020412 | | |
| 636 | | Report | SICOR - PNU 020415 - 020438 | | |
| 637 | | Idarubicin Report | SICOR - PNU 020471 - 020475 | | |
| 638 | | Report | SICOR - PNU 020522 - 020528 | | |
| 639 | | Summary Inventory at wholesale as of June 30, 2004 | SICOR - PNU 020529 - 020529 | | |
| 640 | | Sicor Pharmaceuticals Inc. Sales Inquiry List Price Sales 04/01/03 thru 06/30/04 | SICOR - PNU 020540 - 020540 | | |
| 641 | | Report | SICOR - PNU 020549 - 020572 | | |
| 642 | | Region 1 Report | SICOR - PNU 020605 - 020701 | | |
| 643 | | Fax re Erbamont/Cetus-Ben Venue Therapeutics Agreements | PU 0017069 - 0017126 | | |
| 644 | | License Agreement | PU 0017127 - 0017170 | | |
| 645 | | E-mail re Adriamycin PFS (Glass Vials) Last Day Availability | PU 0017247 - 0017247 | | |
| 646 | | E-mail re Oncology Products in Cuytosafe Vials | PU 0017357 - 0017360 | | |
| 647 | | E-mail re Oncology Products in Cuytosafe Vials | PU 0017361 - 0017363 | | |
| 648 | | Fax - Analysis Certificate | PU 0017397 - 0017411 | | |
| 649 | | Fax of Invoice | PU 0017412 - 0017421 | | |
| 650 | | Injectable Report | SICOR-PNU 029824 - 029824 | | |
| 651 | | Inectables Report 8/11/97 | SICOR-PNU 029825 - 029825 | | |
| 652 | | Inectables Report 6/18/97 | SICOR-PNU 029826 - 029826 | | |
| 653 | | Injectable Sales Report | SICOR-PNU 029827 - 029828 | | |

43

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 654 | | Gensia Sicor - Production Definition - Idarubicin | SICOR-PNU 029829 - 029832 | | |
| 655 | | Innovator v. Gensia Sicor Product Definition - Revised July 23, 1998 | SICOR-PNU 029833 - 029833 | | |
| 656 | | Idarubicin (LYO) Development Schedule | SICOR-PNU 029834 - 029834 | | |
| 657 | | Idarubicin (powder) | SICOR-PNU 029835 - 029837 | | |
| 658 | | Yearly Injectable Report - 3/9/98 | SICOR-PNU 029839 - 029840 | | |
| 659 | | Product Description Market Situation Analysis - Idarubicin | SICOR-PNU 029942 - 029954 | | |
| 660 | | Product Description Market Situation Analysis - Idarubicin | SICOR-PNU 029965 - 029971 | | |
| 661 | | Fax regarding Idarubicin | SICOR-PNU 029973 - 029974 | | |
| 662 | | Fax regarding Forecast | SICOR-PNU 029975 - 029976 | | |
| 663 | | Fax regarding Idarubicin | SICOR-PNU 029978 - 029978 | | |
| 664 | | Innovator Product Definition - Revised July 10, 1997 | SICOR-PNU 030388 - 030390 | | |
| 665 | | Gensia Sicor - Production Definition - Idarubicin | SICOR-PNU 030391 - 030394 | | |
| 666 | | Gensia Sicor - Production Definition - Idarubicin | SICOR-PNU 030396 - 030399 | | |
| 667 | | Innovator v. Gensia Sicor Product Definition - Revised July 10, 1997 | SICOR-PNU 030400 - 030404 | | |
| 668 | | Idarubicin - Patent Information | SICOR-PNU 030405 - 030408 | | |
| 669 | | Idarubicin (liquid) - Patent Information | SICOR-PNU 030409 - 030412 | | |
| 670 | | Certificate of Analysis | SICOR-PNU 030689 - 030691 | | |
| 671 | | Broker's Form | SICOR-PNU 030693 - 030696 | | |
| 672 | | Fax regarding invoice no. 115811 | SICOR-PNU 030697 - 030699 | | |
| 673 | | Fax regarding invoice no. 117402 | SICOR-PNU 030700 - 030703 | | |
| 674 | | Fax regarding invoice no. 116707 | SICOR-PNU 030706 - 030707 | | |
| 675 | | Fax regarding invoice no. 115811 | SICOR-PNU 030708 - 030709 | | |
| 676 | | E-mail re IDA | SICOR-PNU 030723 - 030723 | | |
| 677 | | Invoice | SICOR-PNU 030731 - 030732 | | |
| 678 | | Letter regarding invoice #117441 | SICOR-PNU 030734 - 030735 | | |
| 679 | | Letter regarding invoice #117442 | SICOR-PNU 030736 - 030737 | | |
| 680 | | Arrival Notice - Summary Sheet | SICOR-PNU 030744 - 030751 | | |
| 681 | | Fax re Invoice no. 120568 | SICOR-PNU 030757 - 030759 | | |
| 682 | | Fax re Invoice no. 122322 | SICOR-PNU 030769 - 030771 | | |
| 683 | | Letter regarding invoice no. 119433 | SICOR-PNU 030774 - 030776 | | |
| 684 | | Invoice | SICOR-PNU 030785 - 030787 | | |
| 685 | | Invoice | SICOR-PNU 030788 - 030790 | | |
| 686 | | Invoice | SICOR-PNU 030795 - 030795 | | |
| 687 | | Finance Package - Executive Summary - Final | SICOR-PNU 031611 - 031634 | | |

44

Pharmacia Trial Exhibit List

| PTX | Def. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 688 | | Sicor - Variance Analysis for Statement of Operations - September 30, 2003 | SICOR-PNU 031718 - 031721 | | |
| 689 | | Sicor - Variance Analysis for Statement of Operations - September 30, 2003 | SICOR-PNU 031722 - 031725 | | |
| 690 | | 2003 Product Sales and Profitability | SICOR-PNU 031804 - 031806 | | |
| 691 | | Sicor - Summarized Contract by Item 10/1/02 - 12/31/04 | SICOR-PNU 031822 - 031919 | | |
| 692 | | Sicor - Ida by Month Summarized | SICOR-PNU 031920 - 031921 | | |
| 693 | | Sicor - 2002 - Idanubicin Sale Figures | SICOR-PNU 031922 - 031929 | | |
| 694 | | Folder: G# - 2003 - LBE | SICOR-PNU 031930 - 031969 | | |
| 695 | | Sicor - Variance Analysis for Statement of Operations - September 30, 2003 | SICOR-PNU 032099 - 032101 | | |
| 696 | | Sicor - Variance Analysis for Statement of Operations - September 30, 2003 | SICOR-PNU 032103 - 032106 | | |
| 697 | | Redacted - Revenue figures | SICOR-PNU 032239 - 032275 | | |
| 698 | | Redacted - Spreadsheet | SICOR-PNU 032276 - 032307 | | |
| 699 | | Redacted - Gross Margin Report Standard Cost - QTD 2003 | SICOR-PNU 032308 - 032313 | | |
| 700 | | Sicor - Finance Package - Executive Summary - Final | SICOR-PNU 032383 - 032615 | | |
| 701 | | Variance Analysis for Statement of Operations - For the Quarter Ended March 31, 2003 | SICOR-PNU 032659 - 032660 | | |
| 702 | | Redacted | SICOR-PNU 032661 - 032667 | | |
| 703 | | Sicor Inc. Finance Package Executive Summary - Final | SICOR-PNU 032668 - 032746 | | |
| 704 | | Sicor Inc. Finance Package Executive Summary - Final | SICOR-PNU 032747 - 032963 | | |
| 705 | | Redacted | SICOR-PNU 033108 - 033188 | | |
| 706 | | Redacted | SICOR-PNU 033189 - 033245 | | |
| 707 | | GSPI Financials | SICOR-PNU 033263 - 033294 | | |
| 708 | | Critical Care | SICOR-PNU 033315 - 033373 | | |
| 709 | | Redacted | SICOR-PNU 033354 - 033576 | | |
| 710 | | Redacted - Product Profitability | SICOR-PNU 033480 - 033481 | | |
| 711 | | Radacted - Gross Margin Report QTD | SICOR-PNU 033526 - 033526 | | |
| 712 | | Radacted - Gross Martin Report YTD | SICOR-PNU 033536 - 033536 | | |
| 713 | | Redacted - Variance Analysis Actual vs. Budget | SICOR-PNU 033546 - 033547 | | |

45

Pharmacia Trial Exhibit List

| Ptx | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 714 | | Redacted - Variance Analysis Actual vs. Same Quarter | SICOR-PNU 0335458 - 033553 | | |
| 715 | | Redacted - 2002 Trend Statement of Operations | SICOR-PNU 033577 - 033588 | | |
| 716 | | Product Profitability Wholesaler Chargeback | SICOR-PNU 033868 - 033930 | | |
| 717 | | Redacted - Sept. LBE | SICOR-PNU 033931 - 034018 | | |
| 718 | | Redacted - Aug. LBE | SICOR-PNU 034132 - 034188 | | |
| 719 | | Financial Statements | SICOR-PNU 034189 - 034269 | | |
| 720 | | Redacted - Operations Review | SICOR-PNU 034471 - 034490 | | |
| 721 | | Sales Report | SICOR-PNU 018580 - 018599 | | |
| 722 | | Oncology Sales Report | SICOR-PNU 018599 - 018599 | | |
| 723 | | Information for President's Report June 2004 | SICOR-PNU 018600 - 018611 | | |
| 724 | | Information for President's Report May 2004 | SICOR-PNU 018612 - 018621 | | |
| 725 | | Budget Report | SICOR-PNU 018622 - 018624 | | |
| 726 | | Actual vs. Budget May 2004 | SICOR-PNU 018625 - 018631 | | |
| 727 | | Actual vs. Budget May 2004 | SICOR-PNU 018632 - 018638 | | |
| 728 | | Information for President's Report June 2004 | SICOR-PNU 018716 - 018751 | | |
| 729 | | Idarubicin Sales Report | SICOR-PNU 018756 - 018763 | | |
| 730 | | Memo regarding Idarubicin Hydrochloride | SICOR-PNU 018827 - 018829 | | |
| 731 | | 2003 Production Plan | SICOR-PNU 019749 - 019834 | | |
| 732 | | 2004 Earned OH - Plan | SICOR-PNU 019991 - 020059 | | |
| 733 | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020061 - 020061 | | |
| 734 | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020062 - 020062 | | |
| 735 | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020063 - 020063 | | |
| 736 | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020064 - 020064 | | |
| 737 | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020065 - 020065 | | |
| 738 | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020066 - 020066 | | |
| 739 | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020067 - 020067 | | |
| 740 | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020068 - 020068 | | |
| 741 | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020069 - 020069 | | |
| 742 | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020070 - 020070 | | |

46

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|-----|--------------|-------------|-----------|-------|------------|
| 743 | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020071 - 020071 | | |
| 744 | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020072 - 020072 | | |
| 745 | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020073 - 020073 | | |
| 746 | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020074 - 020074 | | |
| 747 | | Sales recognition 6/24/03 - 6/30/03 | SICOR-PNU 020075 - 020075 | | |
| 748 | | Sales inquiry report 04/01/03 - 06/30/03 | SICOR-PNU 020076 - 020076 | | |
| 749 | | Sales recognition 3/27/03 - 03/31/03 | SICOR-PNU 020077 - 020077 | | |
| 750 | | Sales recognition 3/27/03 - 03/31/03 | SICOR-PNU 020078 - 020078 | | |
| 751 | | Sales recognition 3/27/03 - 03/31/03 | SICOR-PNU 020079 - 020079 | | |
| 752 | | Sales recognition 3/27/03 - 03/31/03 | SICOR-PNU 020080 - 020080 | | |
| 753 | | Sales recognition 3/27/03 - 03/31/03 | SICOR-PNU 020081 - 020081 | | |
| 754 | | | SICOR-PNU 020089 - 020089 | | |
| 755 | | Product Profitability Wholesaler Chargeback 02/01/03 - 02/28/03 | SICOR-PNU 020091 - 020091 | | |
| 756 | | Product Profitability Wholesaler Chargeback 03/01/03 - 03/31/03 | SICOR-PNU 020093 - 020093 | | |
| 757 | | Enduser Sales Report 03/01/03 - 03/31/03 | SICOR-PNU 020095 - 020095 | | |
| 758 | | Product Profitability Wholesaler Chargeback 01/01/03 - 03/31/03 | SICOR-PNU 020097 - 020097 | | |
| 759 | | 6+6.R3 Plan | SICOR-PNU 020102 - 020102 | | |
| 760 | | 6+6.R3 Plan | SICOR-PNU 020103 - 020111 | | |
| 761 | | Finished Dosage Sales - TOP TEN | SICOR-PNU 020126 - 020127 | | |
| 762 | | Monthly Report/Actual 2001 | SICOR-PNU 020142 - 020153 | | |
| 763 | | U.S. Securities and Exchange Commission - Form 10-K | SICOR-PNU 020154 - 020213 | | |
| 764 | | U.S. Securities and Exchange Commission - Form 10-K | SICOR-PNU 020214 - 020280 | | |
| 765 | | Information for President's Report - April 2004 | SICOR-PNU 020281 - 020304 | | |
| 766 | | Informatiohn for President's Report April 2004 | SICOR-PNU 020333 - 020343 | | |
| 767 | | Actual vs. Budget Current Month | SICOR-PNU 020354 - 020359 | | |

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 768 | | Information for President's Report - March 2004 | SICOR-PNU 020360 - 020370 | | |
| 769 | | Actual vs. Budget YTD | SICOR-PNU 020375 - 020381 | | |
| 770 | | Actual vs. Prior Year | SICOR-PNU 020382 - 020389 | | |
| 771 | | Report | SICOR-PNU 020439 - 020462 | | |
| 772 | | Actual vs. Budget 2003 Report | SICOR-PNU 020542 - 020548 | | |
| 773 | | Report | SICOR-PNU 020573 - 020593 | | |
| 774 | | 2004 Production Plan - Revised | SICOR-PNU 020702 - 020793 | | |
| 775 | | Actual vs. Prior Year - YTD 2002 | SICOR-PNU 020794 - 020800 | | |
| 776 | | Memo re GSPI Operating Plan Package - 2002 | SICOR-PNU 021909 - 022182 | | |
| 777 | | 2002 Budget and Five Year Plan | SICOR-PNU 022800 - 022903 | | |
| 778 | | Idarubicin (liquid - pdf) | SICOR-PNU 052484 - 052509 | | |
| 779 | | Global Oncology Franchise Stat Plan 2003-2005 | PU 0045030 - 0045190 | | |
| 780 | | Expenses | PU 0045710 - 0045761 | | |
| 781 | | Sales Tracking FX Impact | PU 0045927 - 0045966 | | |
| 782 | | Idarubicin/Idamycin Global Prescription Business Total Year | PU 0046147 - 0046167 | | |
| 783 | | Idamycin Novation GPO | PU 0046580 - 0046585 | | |
| 784 | | Idarubicin HCl vs. Daunorubicin - Clinical Studies | PU 0046587 - 0046592 | | |
| 785 | | Idamycin | PU 0046777 - 046778 | | |
| 786 | | Slides re Situation Analysis: Product & Market | PU 0046786 - 0046803 | | |
| 787 | | Redacted e-mail dated November 21, 2005 regarding zavedos pfs USA | PI 19220 - 19224 | | |
| 788 | | E-mail dated 12/5/05 regarding Idarubicin litigation. | PI 19225 - 19228 | | |
| 789 | | Long Range -Idarubicin/Idamycin Total GPO | PI 18515 - 18515 | | |
| 790 | | Oncology Franchise: Global - 2003 Budget - Full Year | PI 18517 - 18533 | | |
| 791 | | Fastrak: Rforecast - Nov 2002 Fest - Idarubicin/Idamycin | PI 18534 - 18542 | | |
| 792 | | Idarubicin/Idamycin Global Prescription Business 2003-2005 Strat Plan (Pass 4) | PI 18543 - 18552 | | |
| 793 | | Idamycin 20MG/20ML 1s | PI 18382 - 18393 | | |
| 794 | | Drug Information - Approvals - May 2002 | | | |
| 795 | | Judgment Approved by the Court for Handing Down (subject to editorial corrections) | PU 0034827 - 0034836 | | |

Pharmacia Trial Exhibit List

| PTX | Def. Exhibit | Description | Bates No. | Notes | Objections |
|---|---|---|---|---|---|
| 796 | | Federal Court of Australia - Court Order | | | |
| 797 | | Federal Court of Canada - Court Order | | | |
| 798 | | Order and Memorandum Opinion (Markman & Summary Judgment Ruling) | | | |
| 799 | | Sicor's Responses to First Set of Interrogatories by Plaintiff | | | |
| 800 | | Sicor's Supplemental Responses to First Set of Interrogatories by Plaintiffs | | | |
| 801 | | Sicor's Second Supplemental Responses to First Set of Interrogatories | | | |
| 802 | | Sicor's Third Supplemental Responses to Pharmacia's First Set of Interrogatories | | | |
| 803 | | Sicor's Response to Second Set of Interrogatories | | | |
| 804 | | Sicor's Response to Pharmacia's Third Set of Interrogatories | | | |
| 805 | | Sicor's Response to Pharmacia's Fourth Set of Interrogatories (Inequitable Conduct Contentions) | | | |
| 806 | | Sicor's Supplemental Response to Interrogatory No. 4, Subpart Nos. 1-2 | | | |
| 807 | | Sicor's Answer to Pharmacia's First Set of Requests for Admission (Infringement) | | | |
| 808 | | Sicor's Answer to Pharmacia's Second Set of Requests for Admission (Invalidity) | | | |
| 809 | | Sicor's Answer to Pharmacia's Third Set of Requests for Admission (Documents) | | | |
| 810 | | Sicor's Second Amended Answer to First Amended Complaint, Counterclaim and Demand for Jury Trial | | | |
| 811 | | Declaration of Rosalie Lowe | | | |
| 812 | | Letter to Judge Jordan Withdrawing Equitable Estoppel and Laches Affirmative Defenses | | | |

49

Pharmacia Trial Exhibit List

| PTX | Dep. Exhibit | Description | Bates No. | Notes | Objections |
|-----|--------------|-------------|-----------|-------|------------|
| 813 | | Letter to Judge Jordan Re: Defense to PU's Willful Infringment Allegation | | | |
| 814 | | September 19, 2005 Hearing Transcript | | | |
| 815 | | Complaint - Pharmacia & Upjohn v. Sicor, District of Delaware | | | |
| 816 | | First Amended Complaint - Pharmacia & Upjohn v. Sicor, District of Delaware | | | |