IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-833-KAJ |
| ) | |
| SICOR INC. and SICOR ) | |
| PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

**JOINT PROPOSED VERDICT FORM**

Pursuant to D.Del. LR 51.1(c) plaintiff Pharmacia & Upjohn Co., LLC submits the joint proposed verdict forms that has been agreed to by the parties for each phase of the trial.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika (#3208)
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for Plaintiff
  Pharmacia & Upjohn Co., LLC

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
McDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 S. Wacker Drive
Chicago, Illinois  60606
(312) 913-0001

October 12, 2006

## JURY VERDICT FORM – PHASE 1

## VALIDITY

1. Do you find that Sicor proved by clear and convincing evidence that the following claims of the '285 patent are invalid for lack of written description in accordance with the legal requirements set forth in the Court's instructions?

    a. With respect to Claim 9

        ANSWER:   Yes_____   or   No _____
                     (for Sicor)           (for Pharmacia)

    b. With respect to Claim 13

        ANSWER:   Yes_____   or   No _____
                     (for Sicor)           (for Pharmacia)

2. Do you find that Sicor proved by clear and convincing evidence that the following claims of the '285 patent are invalid for obviousness in accordance with the legal requirements set forth in the Court's instructions?

    c. With respect to Claim 9

        ANSWER:   Yes_____   or   No _____
                     (for Sicor)           (for Pharmacia)

    d. With respect to Claim 13

        ANSWER:   Yes_____   or   No _____
                     (for Sicor)           (for Pharmacia)

_____
Foreperson

## JURY VERDICT FORM – PHASE 2

### WILLFUL INFRINGEMENT

     3.    Do you find that Pharmacia has proved by clear and convincing evidence that the Sicor willfully infringed one or more claims of the '285 patent in accordance with the legal requirements set forth in the Court's instructions?

          ANSWER:    Yes_____   or   No _____
                         (for Pharmacia)          (for Sicor)

### DAMAGES

     4.    What is the amount of damages to which Pharmacia is entitled for its infringement of one or more of the claims of the '285 patent in accordance with the legal requirements set forth in the Court's instructions?

          ANSWER:   _____

 

                         _____
                         Foreperson

# CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on October 12, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick
> John G. Day, Esquire
> ASHBY & GEDDES

and that I also caused copies to be served upon the following in the manner indicated:

### BY HAND

> Steven J. Balick
> John G. Day
> ASHBY & GEDDES
> 222 Delaware Avenue
> Wilmington, DE 19801

### BY EMAIL

> Reid L. Ashinoff
> David R. Baum
> SONNENSCHEIN NATH & ROSENTHAL LLP
> 1221 Avenue of the Americas
> New York, NY 10020

> Jordan Sigale
> SONNENSCHEIN NATH & ROSENTHAL LLP
> 8000 Sears Tower
> Chicago, IL 60606

> /s/ Maryellen Noreika (#3208)
> Maryellen Noreika (#3208)
> mnoreika@mnat.com