IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-833-KAJ ) |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) ) |
| Defendants. | ) |

**<u>DEFENDANTS' PROPOSED VOIR DIRE</u>**

Good morning ladies and gentlemen.[1] I am Judge Jordan, and I will be presiding over the trial for which a jury is about to be drawn in this case. The parties in this case are Pharmacia & Upjohn Company, LLC, the plaintiff, and Sicor Inc. and Sicor Pharmaceuticals, Inc., the defendants. For ease of discussion, I will often refer to the plaintiff as "Pharmacia" and collectively to the defendants as "Sicor." Briefly stated, in this case Pharmacia (which manufactures brand name pharmaceuticals) alleges that Sicor (which manufactures primarily generic pharmaceuticals) infringed a patent held by Pharmacia, which patent covers a particular type of chemotherapy drug. Sicor denies Pharmacia's allegations, and alleges that the patent at issue in this case is invalid.

The trial may last up to __ days. I time my trials, so the attorneys will have to complete their trial presentations within these time limits. While it appears unlikely at this point, jury deliberations may require you to be present longer than that number of days.

---

[1] The introduction and the first fifteen questions of Defendants' proposed voir dire are derived from Judge Jordan's form voir dire.

I am going to ask you a series of "yes" or "no" questions, the purpose of which is to: (1) enable the Court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment in helping to determine the final composition of the jury. If any of you have a "yes" answer to any of my questions, please keep track of that in your own mind. When I have concluded asking all the questions I will ask all of those who had a "yes" answer to any of my questions to raise their hands. Then we will call you to the bench individually to speak with you about your responses.

1) As I mentioned, this case is expected to take __ or fewer business days to try. Is there any member of the panel who would be unable to sit as a juror in this case for that period of time?

2) Do you know anything about this case?

3) Pharmacia is represented by [insert names of firms and lawyers]. Do you know, or are you a client of any of these attorneys or their law firms?

4) Sicor is represented by [insert names of firms and lawyers]. Do you know, or are you a client of any of these attorneys or their law firms?

5) Are you or any of your family members a present or former employee of Pharmacia & Upjohn Company, Pfizer Incorporated, Sicor or Teva Pharmaceuticals Industries Ltd.?

6) Do you or any of your immediate family members own stock in Pfizer Incorporated or Teva Pharmaceuticals Industries Ltd.?

7) Do you know any of the following witnesses who are expected to appear in this trial: [identify witnesses]

8) Do you have any specialized training in patents, chemistry, biochemistry, pharmacology, nursing or medicine?

9) Do you have any knowledge about, or familiarity with, chemotherapy drugs?

10) Do you or any of your immediate family members work in pharmacies, hospitals, doctors' offices, cancer treatment centers or the pharmaceutical industry?

11) Do you have any feelings or beliefs about patent cases in general or damages awards that would influence your decision in a case like this one?

12) Would you be unable to render a fair and impartial verdict based solely upon the evidence presented in court and under the law as presented to you?

13) Have you ever been a plaintiff or defendant in a civil lawsuit or criminal case?

14) Have you or any member of your family had any involvement a claim of copyright, trademark or patent infringement?

15) Have you or any member of your family ever suffered from alleged patent infringement?

## DEFENDANTS' ADDITIONAL PROPOSED VOIR DIRE

16) Have you ever sat on a jury before, either civil or criminal?

17) Have you or a family member or friend ever been treated for cancer?

18) Have you or a family member or friend ever received chemotherapy treatment?

19) Have you or a family member ever invented anything that you, the family member or either of your employers tried to bring to market or otherwise pursue?

20) Do you believe that you understand the process by which a patent is obtained?

21) Do you believe that it is difficult to obtain a patent?

22) Have you or a family member or friend ever applied for a patent?

23) Have you or a family member or friend ever been listed as an inventor on any patent?

24) Have you or a family member or friend ever owned a patent or copyright?

25) Have you or a family member or friend negotiated with a patent owner to use or sell the invention covered by a patent?

26) Do you believe that you or a family member or friend have ever had one of your creations taken by a person or company.

27) Do you believe that anyone has ever profited from an idea that was yours or a family member's?

28) Do you believe that granting inventors patent rights significantly raises consumer prices?

29) Do you believe that all scientific knowledge should be freely used and shared?

30) Do you and your family have insurance that covers the cost of prescription medications?

31) Have you or a family member or friend ever felt you were treated unfairly by a large company?

32) Have you or a family member or friend ever had an unsatisfactory experience with a pharmaceutical manufacturer?

33) Do you have any particular feelings or impressions, positive or negative, regarding pharmaceutical companies in general?

34) Do you have any strong feelings pharmaceutical companies in general?

35) Do you have any strong feelings regarding generic, as opposed to brand name, medications?

36) Do you have any strong feelings about companies that manufacture generic, as opposed to brand name, medications?

37) Do you have any strongly held views as to whether pharmaceutical companies generally put their financial interests above the interests of patients or scientific advancement?

38) Do you believe that United States government officials always make correct decisions in carrying out their duties?

39) Do you believe that the United States Patent and Trademark Office never makes a mistake?

40) If the evidence supports it, would you have any hesitation about overriding a decision of the United States Patent and Trademark Office?

41) Have you or a family member or friend ever worked for the United States Patent & Trademark Office or the United States Food and Drug Administration?

42) Do you have strong feelings about whether a pharmaceutical company can make innocent mistakes?

43) Do you believe that some companies would rather sue than compete?

44) Do you believe that corporations should resolve disputes without involving the Court?

45) Do you have a master's or doctorate degree?

46) Do you follow business or financial news closely?

47) Do you have any impairment or disability that affects your ability to read, see or hear?

48) Have you or a family member or friend ever had any type of legal training, education or work experience as a lawyer, a paralegal or a legal secretary?

49) Have you or a family member or friend ever worked for a law firm?

50) Do you know anybody involved in applying for or obtaining patents?

51) Do you have any views about who should win this lawsuit?

52) Do you know of any other matter which you believe should be called to the Court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?[2]

ASHBY & GEDDES

/s/ *John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-gedds.com

*Attorneys for Defendants*

---

[2]  This question is derived from question no. 16 on Judge Jordan's form voir dire.

*Of Counsel:*

Reid Ashinoff
Michael S. Gugig
A. Leah Vickers
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700

Jordan A. Sigale
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
Chicago, Illinois 60606
(312) 876-8000

Dated: October 13, 2006
174189.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October, 2006, the attached **DEFENDANTS' PROPOSED VOIR DIRE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | **HAND DELIVERY** |
| Joshua R. Rich, Esquire<br>McDonnell Boehnen Hulbert & Berghoff<br>300 South Wacker Drive<br>Suite 3200<br>Chicago, IL 60606 | **VIA FEDERAL EXPRESS** |

/s/ *John G. Day*
_____
John G. Day