IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY LLC | ,) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-833-KAJ |
| | ) | |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## **PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

Pursuant to D. Del. L.R. 47.1 (a), plaintiff submits the following voir dire questions:

Good morning, ladies and gentlemen, I am Judge Jordan, and I will be presiding over the trial for which a jury is about to be drawn. The parties are Pharmacia & Upjohn Co. LLC, Sicor Inc. and Sicor Pharmaceuticals, Inc. Briefly stated, this is a case involving allegations of patent infringement. The defendants deny that they are liable for infringement. The trial may last up to 7 days. I time my trials, so the attorneys will have to complete their trial presentations within these limits. While it appears unlikely at this point, jury deliberations may require you to be present longer than that number of days.

I am going to ask you a series of "yes or no" questions, the purpose of which is to: (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment in helping to determine the final composition of the jury. If any of you have a "yes" answer to any of my questions, please keep track of that in your own mind. When I have concluded asking all the questions I will ask all those who had a "yes" answer to any of my questions to raise their hands.

Then we will call you to the bench individually to speak with you about your affirmative response or responses.

**ADMINISTER THE OATH TO THE PANEL**

1. As I mentioned, this case is expected to take 7 or less business days to try. Is there any member of the panel who would be unable to set as a juror in the case for that period of time?

2. Do you know anything about this case?

3. Plaintiff is represented by Daniel Boehnen, Grantland Drutchas and Joshua Rich of the law firm McDonnell, Boehnen, Hulbert & Berghoff LLP and Jack Blumenfeld and Maryellen Noreika of the law firm Morris, Nichols, Arsht & Tunnell LLP. Do you know, or are you a clience of these lawyers or their law firms?

4. Have you or anyone close to you ever been employed by either of these law firms?

5. Defendants are represented by Reid Ashinoff, David Baum and Jordan Sigale of the law firm Sonnenschein Nath & Rosenthal LLP and Stephen Balick and John Day of the law firm Ashby & Geddes. Do you know, or are you a client of these lawyers or their law firms?

6. Have you or anyone close to you ever been employed by either of these law firms?

7. You have been give a list of companies. Is any member of the panel related to or personally acquainted with any officer, director or employee of any of these companies?

8. Do you or any member of your household now own, or have you or any such member ever owned, any stocks or bonds in any of the companies?

9.  Have you, any family member, or anyone close to you had any dealings with, or relied financially in any way on, any of the companies?

10. Is any family member or anyone close to you employed at any of the companies?

11. The following is a list of witnesses who may appear at trial:

Dr. Federico Arcamone

Allyn Becker

Dr. Jacob H. Beijnen

Gregory K. Bell

Guiseppe Bottoni

Douglas Clark

Carlo Confalonieri

Roberto De Ponti

Wesley Fach

Luciano Gambini

Gaetano Gatti

Laura Guerra

Richard Kelly

Peter Laivins

Bradley Winter

Peter Laivins

Craig Lea

Rosalie Lowe

        Jim Malackowski

        John McBride

        Howard Meyer

        Diego Oldani

        Marvin Samson

        Lawrence Welch

        Martin Williamson

        Bradley Winter

        Jessica Wolff

Do you know any of the witnesses who will appear in this trial?

12. Have you ever been a plaintiff, a defendant, a juror or a witness in a civil lawsuit?

13. Has someone ever taken, copied or stolen any of your inventions or ideas?

14. Have you ever tried to stop someone from copying one of your inventions or ideas?

15. Do you believe that it is common business practice to use ideas belonging to another company without obtaining a license?

16. Do you feel that people should not go to court, even if a company was at fault?

17. Have you or anyone close to you ever applied for a patent, or thought about doing so?

18. Do you have any strong opinions about the patent system?

19. Do you or does anyone close to you have any experience in obtaining or working with patents?

20. Have you ever studied information about technology or chemistry?

21. Do you have any specialized training or experience in chemistry or pharmaceuticals?

22. Would you have any problem rendering a large verdict if you believed that the law and the evidence warranted it?

23. Are you intimidated by technology or chemistry?

24. Do you have any negative feelings about the pharmaceutical industry in general?

25. Have you or any member of your family had cancer?

26. Did they receive chemotherapy?

27. Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

28. Do you know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr. (#4292)*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
Attorneys for Plaintiff Pharmacia & Upjohn Co., LLC

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
Grantland G. Drutchas
McDonnell Boehnen Hulbert & Berghoff LLP
300 S. Wacker Drive
Chicago, IL 60606
(312) 913-0001

541414

## LIST OF COMPANIES

Gensia Pharmaceuticals, Inc., and Gensia, Inc.
Gensia Sicor Pharmaceuticals, Inc., and Gensia Sicor Inc.
Monsanto Company
Pfizer, Inc.
Pharmacia & Upjohn
Pharmacia Corporation
Sicor Inc., and Sicor Pharmaceuticals, Inc.
Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.
The Upjohn Compnay

**CERTIFICATE OF SERVICE**

I, Maryellen Noreika, hereby certify that on October 13, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> ASHBY & GEDDES

and that I also caused copies to be served upon the following in the manner indicated:

**BY HAND**

> Steven J. Balick, Esquire
> John G. Day, Esquire
> ASHBY & GEDDES
> 222 Delaware Avenue
> Wilmington, DE  19801

**BY EMAIL**

> Reid L. Ashinoff, Esquire
> David R. Baum, Esquire
> SONNENSCHEIN NATH & ROSENTHAL LLP
> 1221 Avenue of the Americas
> New York, NY  10020

> Jordan Sigale, Esquire
> SONNENSCHEIN NATH & ROSENTHAL LLP
> 8000 Sears Tower
> Chicago, IL  60606

> */s/ James W. Parrett, Jr. (#4292)*
> James W. Parrett, Jr. (#4292)
> jparrett@mnat.com