IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 04-833 (KAJ) |
| SICOR INC. AND SICOR PHARMACEUTICALS, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this **20th** day of **October, 2006**,

IT IS ORDERED that the pretrial conference in the captioned action will continue on **October 27, 2006 at 9:00 a.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE