IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SICOR INC. and SICOR ) <br> PHARMACEUTICALS, INC., ) <br> ) <br> Defendants. ) | C.A. No. 04-833-KAJ |

## NOTICE PURSUANT TO 35 U.S.C. § 282

Defendants Sicor Inc. and SICOR Pharmaceuticals, Inc. ("Sicor") respectfully submit this Notice Pursuant to 35 U.S.C. § 282.

Per discussion in open court dated October 17, 2006, the following are publications upon which Sicor intends to rely as primary references:

1. Wasserman *et al.* (1983) Int'l J. Pharmaceutics, 14:73-78.

2. Janssen *et al.* (1985) Int'l J. Pharmaceutics, 23:1-11.

3. Kaplan *et al.* (1982) Eur. J. Cancer and Clin. Oncol. 18:1303.

Per discussion in open court dated October 17, 2006, the following are publications upon which Sicor intends to rely as showing the state of the art:

1. Arcamone *et al.* (1971) U.S. Patent No. 3,590,028.

2. Arcamone (1974) U.S. Patent No. 3,803,124.

3. Arcamone (1978) U.S. Patent No. 4,107,423.

4. Arcamone *et al.* (1969) Biotechnol. Bioengin. XI:1101-10.

5. Arcamone *et al.* (1972) International Symposium on Adriamycin pp. 9-22.

6. Arcamone (1976) "Synthesis and Antitumour Activity of 4-Demethoxydaunorubicin, 4Demothoxy-7,9-diepidaunorubicin, and their beta anomers", Cancer Treat Rep. 60(7):829.

7. Beijnen *et al.* (1985) Pharm. Weekbl. Sci., 7:109-16.

8. Beijnen *et al.* (1985) J. Paren. Sci. Tech., 39:220-22.

9. Berman *et al.* (1983) Cancer Res., 43:6069-101.

10. Bonfante *et al.* (1983) Investigational New Drugs, 1:161-8.

11. Connors *et al.* (1979) THE CHEMICAL STABILITY OF PHARMACEUTICALS.

12. Eridani *et al.* (1985) Blut, 50:369-72.

13. Hoffman *et al.* (1979) Am. J. Hosp. Pharm., 36:1536-38.

14. Ketchum *et al.* (1981) Am. J. Intravenous Ther. Clin. Nut., 8:15-18.

15. Lachman *et al.* (1976) THE THEORY AND PRACTICE OF INDUSTRIAL PHARMACY (Lachman *et al.* eds., 2d Ed.), Chapter 3: "Kinetic Principles and Stability Testing."

16. MERCK MANUAL "Tris"

17. Mori *et al.* (1980) Japan J. Antibiotics, 33:618.

18. Mori *et al.* (1980) Japan J. Antibiotics, XXXIII-4:466 (original Japanese article and English translation thereof).

19. NCI Investigational Drugs Pharmaceutical Data 1984, pp. 51-53, 134-137, 161-162.

20. PHYSICIAN'S DESK REFERENCE (1975) 29:550-51.

21. Poochikian *et al.* (1981) Am. J. Hosp. Pharm., 38:483-86.

22. Sandell (1967) GALENISK FARMACI 123,214, 2d Ed., Stockholm.

23. Schou *et al.* (1959) Troek of den flaeniske farmaci, Store Nordiske Videnskabsboghandel p.220 (with English translations).

24. Trissel (1980) HANDBOOK OF INJECTABLE DRUGS (Elsevier 2d Ed.).

25. Vigevani and Williamson (1980) "Doxorubicin," in Analytical Profiles of Drug Substances, 9:245-75.

26. Windheuser (1963) Bull. Parenteral Drug Assoc. 17:1-8.

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

Reid Ashinoff
Michael S. Gugig
A. Leah Vickers
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700

Jordan A. Sigale
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
Chicago, Illinois 60606
(312) 876-8000

Dated: October 20, 2006
174379.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2006, the attached **NOTICE PURSUANT TO 35 U.S.C. § 282** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 | HAND DELIVERY |
| Joshua R. Rich, Esquire<br>McDonnell Boehnen Hulbert & Berghoff<br>300 South Wacker Drive<br>Suite 3200<br>Chicago, IL 60606 | VIA FEDERAL EXPRESS |

/s/ *John G. Day*
_____
John G. Day