IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHARMACIA & UPJOHN COMPANY,　)
LLC,　)
　)
　　　　　Plaintiff,　)
　)
　　　v.　)　C.A. No. 04-833-KAJ
　)
　)
　)
SICOR INC. and　)
SICOR PHARMACEUTICALS, INC.,　)
　)
　　　　　Defendants.　)

**DEFENDANTS' REVISED DEPOSITION
COUNTER-DESIGNATIONS AND OBJECTIONS**

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*Attorneys for Defendants*

*Of Counsel:*

Reid L. Ashinoff
Michael S. Gugig
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700
Jordan A. Sigale
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois 60606
(312) 876-8000

Dated: October 24, 2006

Sicor sets forth below its counter designations and specific objections to each of the depositions designated by Pharmacia & Upjohn Co LLC.  Sicor further generally objects to Pharmacia's apparent intention to introduce attorney colloquy before the jury.  Sicor further states that where it has counter-designated portions of depositions in response to affirmative designations by Pharmacia to which Sicor has asserted an objection, the counter-designation should only be presented to the jury if its objection to Pharmacia's affirmative designation is over-ruled.


**WITNESS:**            **Allyn Becker**
**DATE OF TESTIMONY**:  **August 4, 2005**


### SICOR'S REVISED OBJECTIONS TO PLAINTIFF'S AMENDED DESIGNATIONS

| Beginning Page, Line(s) | Ending Page, Line(s) | OBJECTIONS |
|---|---|---|
| Page 9, Line 11 | Page 9, Line 14 | |
| Page 17, Line 7 | Page 17, Line 10 | |
| Page 33, Line 7 | Page 33, Line 11 | 33:7-33:11 - Compound, confusing |
| Page 72, Line 21 | Page 72, Line 22 | |
| Page 72, Line 25 | Page 73, Line 19 | . |
| Page 74, Line 6 | Page 75, Line 4 | |
| Page 75, Line 10 | Page 75, Line 17 | |
| Page 75, Line 25 | Page 76, Line 7 | |
| Page 76, Line 9 | Page 76, Line 10 | |
| Page 76, Line 12 | Page 76, Line 14 | |

**WITNESS:**          **Allyn Becker**
**DATE OF TESTIMONY**:  **August 4, 2005**

### SICOR'S REVISED COUNTER DESIGNATIONS

| Beginning Page: Line(s) | End Page: Line(s) |
|---|---|
| Page 30, Line 4 | Page 30, Line 7 |
| Page 31, Line 5 | Page 31, Line 10 |

**WITNESS:**             **Allyn Becker**
**DATE OF TESTIMONY**:   **December 1, 2005**

### SICOR'S REVISED OBJECTIONS TO PLAINTIFF'S AMENDED DESIGNATIONS

| Beginning Page, Line(s) | Ending Page, Line(s) | OBJECTIONS |
|---|---|---|
| Page 36, Line 11 | Page 36, Line 21 | |
| Page 37, Line 16 | Page 37, Line 24 | |
| Page 160, Line 13 | Page 160, Line 22 | . |

### SICOR'S REVISED COUNTER DESIGNATIONS

**None.**

**WITNESS:**　　　　　　**Guiseppe Bottoni**
**DATE OF TESTIMONY**:　**June 7, 2006**


### SICOR'S REVISED OBJECTIONS TO PLAINTIFF'S AMENDED DESIGNATIONS

**No objections.**

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 6, Line 13 | Page 6, Line 23 | |
| Page 8, Line 6 | Page 8, Line 9 | |
| Page 8, Line 13 | Page 8, Line 15 | |
| Page 9, Line 9 | Page 9, Line 17 | |
| Page 10, Line 17 | Page 10, Line 19 | |
| Page 10, Line 25 | Page 11, Line 2 | |
| Page 28, Line 6 | Page 28, Line 13 | |
| Page 29, Line 13 | Page 30, Line 9 | |
| Page 35, Line 6 | Page 35, Line 8 | |
| Page 35, Line 11 | Page 35, Line 18 | |
| Page 35, Line 24 | Page 36, Line 4 | |
| Page 40, Line 6 | Page 40, Line 14 | |
| Page 40, Line 17 | Page 40, Line 17 | |
| Page 40, Line 21 | Page 40, Line 22 | |
| Page 40, Line 25 | Page 41, Line 6 | |
| Page 41, Line 9 | Page 41, Line 14 | |
| Page 46, Line 18 | Page 46, Line 20 | |
| Page 46, Line 23 | Page 47, Line 1 | |
| Page 76, Line 23 | Page 77, Line 1 | |
| Page 77, Line 4 | Page 77, Line 4 | |
| Page 77, Line 12 | Page 77, Line 17 | |
| Page 78, Line 13 | Page 79, Line 2 | |
| Page 114, Line 6 | Page 114, Line 14 | |
| Page 114, Line 17 | Page 114, Line 24 | |

**WITNESS:**               **Guiseppe Bottoni**
**DATE OF TESTIMONY**:    **June 7, 2006**

### SICOR'S REVISED COUNTER DESIGNATIONS

| **Beginning Page: Line(s)** | **End Page: Line(s)** |
| --- | --- |
| Page 30, Line 10 | Page 30, Line 23 |
| Page 36, Line 20 | Page 37, Line 1 |
| Page 41, Line 15 | Page 41, Line 22 |
| Page 79, Line 3 | Page 79, Line 25 |
| Page 80, Line 6 | Page 80, Line 20 |

**WITNESS:**          **Wesley Fach**
**DATE OF TESTIMONY**:   **May 3, 2006**

### SICOR'S REVISED OBJECTIONS TO PLAINTIFF'S AMENDED DESIGNATIONS

Sicor objects to the introduction of any portion of this deposition during the liability phase as prejudicial under Rule 403, irrelevant under Rule 401, and as violative of Judge Jordan's bifurcation order.

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 7, Line 9 | Page 7, Line 20 | |
| Page 11, Line 23 | Page 12, Line 1 | |
| Page 12, Line 14 | Page 13, Line 3 | |
| Page 15, Line 15 | Page 17, Line 3 | |
| Page 18, Line 15 | Page 18, Line 20 | |
| Page 19, Line 7 | Page 19, Line 18 | |
| Page 19, Line 23 | Page 21, Line 3 | 19:23-25 - Vague<br><br>20:10-12 - Vague; compound<br><br>20:14-16 - Vague<br><br>20:19-21 - Vague; compound<br><br>20:24-21:1 - Vague |
| Page 40, Line 8 | Page 43, Line 7 | |
| Page 74, Line 17 | Page 75, Line 6 | |
| Page 76, Line 25 | Page 77, Line 11 | |
| Page 90, Line 13 | Page 90, Line 18 | |
| Page 93, Line 12 | Page 94, Line 19 | |
| Page 95, Line 17 | Page 95, Line 22 | |
| Page 96, Line 5 | Page 96, Line 6 | |
| Page 96, Line 22 | Page 96, Line 24 | |
| Page 97, Line 3 | Page 97, Line 4 | |
| Page 104, Line 12 | Page 104, Line 23 | 104:22-23 - Argumentative, foundation |
| Page 104, Line 25 | Page 105, Line 10 | 105:6-10 - Compound |
| Page 105, Line 13 | Page 105, Line 23 | 105:17-21 - Vague |
| Page 113, Line 12 | Page 113, Line 23 | |

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 115, Line 1 | Page 115, Line 14 | |
| Page 116, Line 10 | Page 116, Line 12 | 116:10-12 - Compound, foundation |
| Page 116, Line 14 | Page 116, Line 15 | |
| Page 117, Line 11 | Page 119, Line 2 | |
| Page 119, Line 8 | Page 119, Line 18 | |
| Page 142, Line 24 | Page 143, Line 8 | |
| Page 143, Line 17 | Page 143, Line 24 | |
| Page 145, Line 21 | Page 146, Line 3 | |
| Page 153, Line 13 | Page 153, Line 23 | 153:23 - No answer, question should not be designated. |
| Page 154, Line 1 | Page 154, Line 10 | |
| Page 157, Line 2 | Page 157, Line 3 | |
| Page 157, Line 6 | Page 157, Line 21 | |
| Page 160, Line 12 | Page 160, Line 15 | |
| Page 161, Line 9 | Page 161, Line 16 | |
| Page 163, Line 19 | Page 164, Line 2 | |
| Page 164, Line 14 | Page 166, Line 14 | |
| Page 166, Line 18 | Page 167, Line 6 | |
| Page 169, Line 6 | Page 169, Line 15 | |
| Page 171, Line 2 | Page 171, Line 23 | |
| Page 172, Line 14 | Page 173, Line 16 | |
| Page 174, Line 24 | Page 175, Line 24 | |
| Page 179, Line 11 | Page 179, Line 23 | |
| Page 181, Line 7 | Page 182, Line 15 | |
| Page 183, Line 12 | Page 183, Line 24 | |
| Page 184, Line 9 | Page 184, Line 19 | |
| Page 192, Line 24 | Page 193, Line 8 | |
| Page 193, Line 23 | Page 196, Line 15 | |
| Page 196, Line 18 | Page 196, Line 19 | |
| Page 198, Line 25 | Page 199, Line 19 | |
| Page 199, Line 23 | Page 201, Line 4 | |

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 201, Line 15 | Page 201, Line 18 | |
| Page 201, Line 24 | Page 202, Line 16 | |
| Page 202, Line 20 | Page 202, Line 21 | |
| Page 203, Line 8 | Page 204, Line 7 | |
| Page 204, Line 24 | Page 205, Line 12 | |
| Page 205, Line 16 | Page 206, Line 2 | |
| Page 207, Line 23 | Page 208, Line 22 | |
| Page 210, Line 5 | Page 210, Line 10 | |
| Page 222, Line 6 | Page 222, Line 24 | |
| Page 224, Line 17 | Page 225, Line 11 | 225:6-9 - Foundation assumes facts not in evidence. |
| Page 226, Line 21 | Page 228, Line 8 | |
| Page 229, Line 23 | Page 231, Line 6 | 230:21-23 - Foundation; mischaracterizes evidence |
| Page 232, Line 2 | Page 232, Line 8 | 232:2-5 - Argumentative |
| Page 257, Line 4 | Page 259, Line 1 | |
| Page 259, Line 5 | Page 259, Line 5 | |
| Page 259, Line 11 | Page 260, Line 24 | Rule 403; Rule 401 |
| Page 267, Line 3 | Page 267, Line 9 | |
| Page 267, Line 22 | Page 268, Line 4 | |

## SICOR'S REVISED COUNTER DESIGNATIONS

| Beginning Page: Line(s) | End Page: Line(s) |
|---|---|
| Page 173, Line 17 | Page 173, Line 22 |
| Page 182, Line 16 | Page 182, Line 18 |
| Page 182, Line 23 | Page 183, Line 11 |

**WITNESS:**            **Luciano Gambini**
**DATE OF TESTIMONY**:   **July 13, 2005**


### SICOR'S REVISED OBJECTIONS TO PLAINTIFF'S AMENDED DESIGNATIONS

**No objections.**

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 13, Line 25 | Page 14, Line 8 | |
| Page 70, Line 20 | Page 71, Line 7 | |
| Page 78, Line 10 | Page 78, Line 25 | |
| Page 79, Line 3 | Page 79, Line 18 | |
| Page 79, Line 21 | Page 79, Line 23 | |
| Page 91, Line 18 | Page 91, Line 19 | |
| Page 91, Line 21 | Page 91, Line 25 | |
| Page 122, Line 16 | Page 122, Line 23 | |
| Page 132, Line 17 | Page 133, Line 1 | |
| Page 137, Line 15 | Page 137, Line 21 | |
| Page 142, Line 16 | Page 142, Line 19 | |
| Page 142, Line 22 | Page 143, Line 8 | |
| Page 148, Line 13 | Page 148, Line 18 | |
| Page 148, Line 21 | Page 148, Line 23 | |
| Page 171, Line 12 | Page 171, Line 13 | |
| Page 171, Line 16 | Page 171, Line 24 | |
| Page 182, Line 10 | Page 182, Line 13 | |
| Page 182, Line 16 | Page 182, Line 16 | |
| Page 214, Line 11 | Page 214, Line 20 | |
| Page 214, Line 23 | Page 215, Line 7 | |

### SICOR'S REVISED COUNTER DESIGNATIONS

| Beginning Page: Line(s) | End Page: Line(s) |
|---|---|
| Page 4, Line 8 | Page 4, Line 13 |
| Page 5, Line 2 | Page 5, Line 12 |
| Page 76, Line 22 | Page 78, Line 9 |

| **Beginning Page: Line(s)** | **End Page: Line(s)** |
| --- | --- |
| Page 87, Line 6 | Page 88, Line 21 |
| Page 90, Line 13 | Page 91, Line 7 |
| Page 135, Line 21 | Page 137, Line 14 |
| Page 182, Line 6 | Page 182, Line 9 |
| Page 182, Line 17 | Page 182, Line 19 |

**WITNESS:**        **Gaetano Gatti**
**DATE OF TESTIMONY**:  **June 8, 2006**

### SICOR'S REVISED OBJECTIONS TO PLAINTIFF'S AMENDED DESIGNATIONS

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 7, Line 5 | Page 7, Line 9 | |
| Page 8, Line 2 | Page 8, Line 10 | |
| Page 13, Line 8 | Page 13, Line 11 | |
| Page 15, Line 2 | Page 15, Line 15 | |
| Page 17, Line 15 | Page 17, Line 20 | |
| Page 23, Line 1 | Page 23, Line 2 | |
| Page 23, Line 10 | Page 23, Line 18 | |
| Page 27, Line 20 | Page 27, Line 22 | |
| Page 27, Line 25 | Page 27, Line 25 | |
| Page 28, Line 2 | Page 28, Line 4 | |
| Page 28, Line 8 | Page 28, Line 9 | |
| Page 29, Line 13 | Page 29, Line 16 | |
| Page 29, Line 19 | Page 30, Line 3 | |
| Page 36, Line 2 | Page 36, Line 4 | |
| Page 36, Line 7 | Page 36, Line 8 | |
| Page 45, Line 25 | Page 46, Line 2 | |
| Page 46, Line 8 | Page 46, Line 20 | |
| Page 59, Line 8 | Page 59, Line 17 | |
| Page 59, Line 20 | Page 59, Line 21 | |
| Page 62, Line 13 | Page 62, Line 16 | |
| Page 62, Line 19 | Page 62, Line 22 | |
| Page 62, Line 25 | Page 63, Line 1 | |
| Page 63, Line 4 | Page 63, Line 10 | |
| Page 64, Line 22 | Page 64, Line 24 | |
| Page 65, Line 2 | Page 65, Line 12 | |
| Page 65, Line 15 | Page 66, Line 8 | |
| Page 76, Line 23 | Page 77, Line 11 | |
| Page 78, Line 23 | Page 79, Line 16 | Nonresponsive; volunteered; narrative; prejudicial under 403. |
| Page 87, Line 12 | Page 87, Line 16 | |
| Page 87, Line 19 | Page 87, Line 25 | |
| Page 91, Line 11 | Page 91, Line 16 | |
| Page 93, Line 20 | Page 93, Line 22 | |
| Page 93, Line 25 | Page 94, Line 1 | |
| Page 106, Line 16 | Page 107, Line 19 | |
| Page 107, Line 22 | Page 108, Line 7 | |
| Page 117, Line 25 | Page 118, Line 9 | |
| Page 118, Line 12 | Page 118, Line 13 | |

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 119, Line 10 | Page 120, Line 4 | |
| Page 122, Line 18 | Page 122, Line 22 | |
| Page 123, Line 7 | Page 123, Line 7 | |
| Page 135, Line 1 | Page 135, Line 12 | Sicor objects to this line of questioning under FRE 403 and 609 and has filed a motion in limine directed to this testimony and associated exhibits. |
| Page 135, Line 14 | Page 135, Line 16 | Sicor objects to this line of questioning under FRE 403 and 609 and has filed a motion in limine directed to this testimony and associated exhibits. |
| Page 136, Line 19 | Page 136, Line 24 | Sicor objects to this line of questioning under FRE 403 and 609 and has filed a motion in limine directed to this testimony and associated exhibits. |

## SICOR'S REVISED COUNTER DESIGNATIONS

| Beginning Page: Line(s) | End Page: Line(s) |
|---|---|
| Page 66, Line 13 | Page 67, Line 14 |
| Page 88, Line 1 | Page 88, Line 14 |
| Page 88, Line 18 | Page 18, Line 24 |
| Page 89, Line 15 | Page 89, Line 22 |
| Page 108, Line 15 | Page 109, Line 10 |

**WITNESS:**              **Richard Kelly**
**DATE OF TESTIMONY**:   **November 29, 2005**


### SICOR'S REVISED OBJECTIONS TO PLAINTIFF'S AMENDED DESIGNATIONS

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 7, Line 9 | Page 7, Line 11 | |
| Page 7, Line 17 | Page 7, Line 18 | |
| Page 7, Line 22 | Page 8, Line 2 | |
| Page 8, Line 8 | Page 8, Line 11 | |
| Page 32, Line 9 | Page 32, Line 11 | |
| Page 38, Line 11 | Page 38, Line 13 | |
| Page 40, Line 2 | Page 40, Line 5 | |
| Page 47, Line 21 | Page 48, Line 12 | |
| Page 49, Line 8 | Page 49, Line 11 | |
| Page 49, Line 21 | Page 50, Line 2 | |
| Page 50, Line 5 | Page 50, Line 7 | |
| Page 64, Line 1 | Page 64, Line 22 | |
| Page 67, Line 6 | Page 67, Line 12 | |
| Page 67, Line 15 | Page 67, Line 15 | |
| Page 75, Line 13 | Page 76, Line 4 | |
| Page 84, Line 15 | Page 85, Line 11 | |
| Page 89, Line 8 | Page 89, Line 15 | |
| Page 112, Line 7 | Page 112, Line 18 | |
| Page 113, Line 10 | Page 113, Line 18 | 113:14-16 - Non-responsive; argumentative |
| Page 113, Line 21 | Page 114, Line 10 | |
| Page 114, Line 13 | Page 115, Line 7 | |
| Page 119, Line 10 | Page 119, Line 20 | |
| Page 121, Line 8 | Page 121, Line 12 | |
| Page 121, Line 15 | Page 121, Line 21 | |
| Page 123, Line 21 | Page 124, Line 15 | |
| Page 124, Line 18 | Page 125, Line 9 | |
| Page 125, Line 12 | Page 125, Line 17 | |

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 131, Line 17 | Page 131, Line 19 | |
| Page 131, Line 22 | Page 132, Line 13 | |
| Page 141, Line 20 | Page 142, Line 8 | |
| Page 143, Line 20 | Page 144, Line 2 | |
| Page 144, Line 5 | Page 144, Line 11 | |
| Page 148, Line 14 | Page 149, Line 2 | |
| Page 159, Line 14 | Page 160, Line 11 | |
| Page 160, Line 14 | Page 160, Line 20 | |
| Page 161, Line 3 | Page 161, Line 6 | |
| Page 161, Line 12 | Page 162, Line 5 | |

## SICOR'S REVISED COUNTER DESIGNATIONS

| Beginning Page: Line(s) | End Page: Line(s) |
|---|---|
| Page 21, Line 19 | Page 23, Line 9 |
| Page 29, Line 8 | Page 31, Line 13 |
| Page 32, Line 1 | Page 32, Line 8 |
| Page 61, Line 15 | Page 63, Line 13 |
| Page 65, Line 15 | Page 65, Line 20 |
| Page 112, Line 19 | Page 113, Line 9 |
| Page 125, Line 16 | Page 126, Line 15 |
| Page 162, Line 7 | Page 163, Line 3 |

**WITNESS:**              **Peter Laivins**
**DATE OF TESTIMONY**:   **November 2, 2005**


### SICOR'S REVISED OBJECTIONS TO PLAINTIFF'S AMENDED DESIGNATIONS

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 8, Line 20 | Page 9, Line 4 | |
| Page 10, Line 22 | Page 11, Line 23 | |
| Page 12, Line 25 | Page 14, Line 5 | |
| Page 73, Line 12 | Page 73, Line 18 | |
| Page 74, Line 2 | Page 74, Line 5 | |
| Page 77, Line 3 | Page 77, Line 21 | |
| Page 80, Line 5 | Page 80, Line 19 | |
| Page 81, Line 9 | Page 81, Line 24 | |
| Page 88, Line 11 | Page 88, Line 23 | |
| Page 89, Line 4 | Page 90, Line 5 | |
| Page 111, Line 22 | Page 112, Line 12 | |
| Page 112, Line 13 | Page 113, Line 5 | |
| Page 113, Line 17 | Page 113, Line 24 | |
| Page 115, Line 18 | Page 116, Line 14 | |
| Page 117, Line 8 | Page 117, Line 18 | |
| Page 117, Line 19 | Page 118, Line 12 | |
| Page 143, Line 21 | Page 144, Line 6 | |
| Page 155, Line 13 | Page 155, Line 24 | |
| Page 159, Line 14 | Page 160, Line 4 | |
| Page 165, Line 3 | Page 166, Line 14 | |
| Page 188, Line 16 | Page 189, Line 12 | |
| Page 191, Line 3 | Page 191, Line 18 | |
| Page 225, Line 14 | Page 226, Line 6 | |


### SICOR'S REVISED COUNTER DESIGNATIONS

**None.**

**WITNESS:**                 **Rosalie Lowe**
**DATE OF TESTIMONY**:   **December 2, 2005**

## SICOR'S REVISED OBJECTIONS TO PLAINTIFF'S AMENDED DESIGNATIONS

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 8, Line 4 | Page 8, Line 8 | |
| Page 12, Line 5 | Page 12, Line 8 | |
| Page 17, Line 20 | Page 17, Line 22 | |
| Page 18, Line 9 | Page 18, Line 11 | |
| Page 18, Line 14 | Page 18, Line 14 | |
| Page 18, Line 16 | Page 18, Line 23 | |
| Page 22, Line 25 | Page 23, Line 10 | |
| Page 45, Line 12 | Page 45, Line 15 | |
| Page 50, Line 25 | Page 51, Line 8 | |
| Page 51, Line 11 | Page 51, Line 14 | |
| Page 51, Line 24 | Page 52, Line 19 | |
| Page 52, Line 22 | Page 53, Line 1 | Vague; Compound; Foundation |
| Page 64, Line 3 | Page 64, Line 8 | |
| Page 68, Line 7 | Page 68, Line 9 | |
| Page 68, Line 11 | Page 68, Line 20 | |
| Page 69, Line 8 | Page 69, Line 12 | |
| Page 70, Line 20 | Page 70, Line 24 | |
| Page 79, Line 15 | Page 79, Line 17 | |
| Page 79, Line 22 | Page 80, Line 1 | |
| Page 80, Line 3 | Page 80, Line 6 | |

## SICOR'S REVISED COUNTER DESIGNATIONS

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 52, Line 17 | Page 52, Line 22 | Vague; Compound; Foundation |

**WITNESS:**              **Diego Oldani**
**DATE OF TESTIMONY**:   **June 9, 2006**

### SICOR'S REVISED OBJECTIONS TO PLAINTIFF'S AMENDED DESIGNATIONS

**None.**

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 7, Line2 | Page 7, Line 5 | |
| Page 7, Line 23 | Page 7, Line 25 | |
| Page 8, Line 3 | Page 8, Line 6 | |
| Page 8, Line 22 | Page 9, Line 6 | |
| Page 10, Line 7 | Page 10, Line 13 | |
| Page 11, Line 9 | Page 11, Line 18 | |
| Page 21, Line 7 | Page 21, Line 20 | |
| Page 21, Line 23 | Page 22, Line 1 | |
| Page 22, Line 12 | Page 23, Line 2 | |
| Page 24, Line 5 | Page 24, Line 8 | |
| Page 24, Line 13 | Page 24, Line 25 | |
| Page 86, Line 8 | Page 86, Line 17 | |
| Page 86, Line 20 | Page 87, Line 14 | |

### SICOR'S REVISED COUNTER DESIGNATIONS

**None.**

**WITNESS:**          **Marvin Samson**
**DATE OF TESTIMONY**:  **November 22, 2005**

### SICOR'S REVISED OBJECTIONS TO PLAINTIFF'S AMENDED DESIGNATIONS

**Sicor objects to the introduction of any portion of this deposition during the liability phase as prejudicial under Rule 403, irrelevant under Rule 401, and as violative of Judge Jordan's bifurcation order.**

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 5, Line 11 | Page 5, Line 18 | |
| Page 12, Line 7 | Page 12, Line 15 | |
| Page 29, Line 21 | Page 29, Line 25 | |
| Page 30, Line 2 | Page 30, Line 2 | |
| Page 30, Line 25 | Page 30, Line 25 | |
| Page 31, Line 2 | Page 31, Line 15 | |
| Page 37, Line 11 | Page 37, Line 21 | |
| Page 38, Line 18 | Page 38, Line 21 | |
| Page 40, Line 25 | Page 40, Line 25 | |
| Page 41, Line 2 | Page 41, Line 24 | |
| Page 42, Line 10 | Page 42, Line 25 | |
| Page 43, Line 2 | Page 43, Line 18 | |
| Page 45, Line 3 | Page 45, Line 10 | |
| Page 46, Line 15 | Page 46, Line 25 | |
| Page 47, Line 5 | Page 47, Line 10 | |
| Page 47, Line 17 | Page 47, Line 20 | |
| Page 47, Line 23 | Page 47, Line 25 | |
| Page 48, Line 2 | Page 48, Line 10 | |
| Page 50, Line 8 | Page 50, Line 23 | |
| Page 52, Line 11 | Page 52, Line 25 | |
| Page 53, Line 2 | Page 53, Line 9 | |
| Page 53, Line 13 | Page 53, Line 25 | |
| Page 54, Line 2 | Page 54, Line 25 | |
| Page 55, Line 2 | Page 55, Line 25 | |
| Page 56, Line 2 | Page 56, Line 17 | |
| Page 58, Line 3 | Page 58, Line 7 | |
| Page 58, Line 18 | Page 58, Line 25 | |
| Page 59, Line 2 | Page 59, Line 2 | |
| Page 59, Line 14 | Page 59, Line 25 | 59:14-18 - Mischaracterizes prior testimony; compound; foundation.<br><br>59:22-23 - Vague. |
| Page 60, Line 2 | Page 60, Line 5 | |

| **Beginning Page, Line Nos.** | **Ending Page, Line Nos.** | **OBJECTIONS** |
|---|---|---|
| Page 60, Line 9 | Page 60, Line 12 | |
| Page 71, Line 3 | Page 71, Line 25 | |
| Page 72, Line 2 | Page 72, Line 13 | |
| Page 74, Line 18 | Page 74, Line 25 | |
| Page 75, Line 2 | Page 75, Line 25 | |
| Page 76, Line 2 | Page 76, Line 25 | |
| Page 77, Line 2 | Page 77, Line 13 | |
| Page 87, Line 6 | Page 87, Line 20 | 87:6-7 - Vague; foundation 87:11-12 - Vague; foundation. 87:14-16 - Compound; misstates evidence; foundation. |
| Page 94, Line 12 | Page 94, Line25 | |
| Page 95, Line 2 | Page 95, Line 16 | |
| Page 97, Line 14 | Page 97, Line 25 | |
| Page 98, Line 2 | Page 98, Line 2 | |
| Page 118, Line 23 | Page 118, Line 25 | |
| Page 119, Line 2 | Page 119, Line 25 | |
| Page 120, Line 2 | Page 120, Line 13 | |
| Page 120, Line 15 | Page 120, Line 21 | |
| Page 121, Line 3 | Page 121, Line 6 | |
| Page 122, Line 6 | Page 122, Line 14 | |
| Page 123, Line 13 | Page 123, Line 25 | |
| Page 124, Line 2 | Page 124, Line 5 | |
| Page 126, Line 12 | Page 126, Line 25 | 126:24-25 - Foundation. |
| Page 127, Line 2 | Page 127, Line 6 | |
| Page 128, Line 2 | Page 128, Line 18 | |
| Page 129, Line 21 | Page 129, Line 25 | |
| Page 130, Line 2 | Page 130, Line 5 | |
| Page 133, Line 24 | Page 133, Line 25 | |
| Page 134, Line 2 | Page 134, Line 13 | 134:4-7 - Beyond scope of 30(b)(6). 134:9-11 - Beyond scope of 30(b)(6). |
| Page 182, Line 2 | Page 182, Line 11 | |
| Page 182, Line 20 | Page 182, Line 25 | |
| Page 183, Line 3 | Page 183, Line 9 | |
| Page 183, Line 18 | Page 183, Line 25 | |
| Page 184, Line 2 | Page 184, Line 13 | |
| Page 184, Line 22 | Page 184, Line 25 | |

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 185, Line 2 | Page 185, Line 4 | |
| Page 187, Line 20 | Page 187, Line 25 | |
| Page 188, Line 2 | Page 188, Line 25 | |
| Page 189, Line 2 | Page 189, Line 25 | |
| Page 190, Line 2 | Page 190, Line 12 | |
| Page 192, Line 21 | Page 192, Line 25 | |
| Page 193, Line 2 | Page 193, Line 24 | |
| Page 194, Line 20 | Page 194, Line 25 | |
| Page 195, Line 2 | Page 195, Line 22 | |
| Page 199, Line 22 | Page 199, Line 25 | 199:22-25 - Privileged. |
| Page 200, Line 2 | Page 200, Line 2 | 200:2 - Privileged. |
| Page 202, Line 22 | Page 202, Line 25 | 202:24-25 - Privileged. |
| Page 203, Line 2 | Page 203, Line 23 | 203:2-23 - Privileged. |
| Page 204, Line 2 | Page 204, Line 9 | 204:2-9 - Privileged. |
| Page 205, Line 7 | Page 205, Line 11 | |
| Page 205, Line 20 | Page 205, Line 24 | |
| Page 209, Line 9 | Page 209, Line 20 | This question (and answer) is subject to motion in limine filed by Sicor.  In addition, Sicor objects specifically to the following:<br><br>209:9-20 - Privilege; foundation. |
| Page 210, Line 19 | Page 210, Line 25 | 210:19-25 - Privileged.<br>210:23-25 - Vague; foundation. |
| Page 211, Line 2 | Page 211, Line 12 | |
| Page 211, Line 23 | Page 211, Line 25 | 211:23-25 - Mischaracterizes testimony. |
| Page 212, Line 5 | Page 212, Line 16 | 212:5-16 - Privileged. |
| Page 218, Line 11 | Page 218, Line 16 | 218:11-16 - Compound; vague; mischaracterizes evidence. |
| Page 218, Line 25 | Page 218, Line 25 | |
| Page 219, Line 2 | Page 219, Line 12 | 219:2-12 - Privileged. |
| Page 227, Line 24 | Page 227, Line 25 | |
| Page 228, Line 2 | Page 228, Line 5 | |
| Page 228, Line 15 | Page 228, Line 25 | |
| Page 229, Line 2 | Page 229, Line 25 | |
| Page 230, Line 2 | Page 230, Line 2 | |
| Page 230, Line 19 | Page 230, Line 25 | |
| Page 231, Line 14 | Page 231, Line 25 | 231:23-25 - Privileged. |
| Page 232, Line 2 | Page 232, Line 18 | 232:2-18 - Privileged. |

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 233, Line 17 | Page 233, Line 24 | |
| Page 237, Line 17 | Page 237, Line 23 | 237:17-22 - Compound; speculation. |
| Page 238, Line 7 | Page 238, Line 25 | 238:7-11 - mischaracterizes evidence; foundation; argumentative. |
| Page 239, Line 2 | Page 239, Line 11 | |
| Page 246, Line 22 | Page 246, Line 25 | |
| Page 247, Line 2 | Page 247, Line 22 | 247:3-6 - Argumentative; vague. |
| Page 249, Line 22 | Page 249, Line 25 | |
| Page 251, Line 21 | Page 251, Line 25 | |
| Page 252, Line 2 | Page 252, Line 2 | |
| Page 253, Line 20 | Page 253, Line 25 | |
| Page 254, Line 2 | Page 254, Line 9 | |

**WITNESS:**          **Marvin Samson**
**DATE OF TESTIMONY**:  **November 22, 2005**

### SICOR'S REVISED COUNTER DESIGNATIONS

| **Beginning Page: Line(s)** | **End Page: Line(s)** |
|---|---|
| Page 5, Line 22 | Page 6, Line 2 |
| Page 29, Line 2 | Page 29, Line 14 |
| Page 45, Line 3 | Page 45, Line 25 |
| Page 50, Line 8 | Page 50, Line 15 |
| Page 59, Line 3 | Page 59, Line 13 |
| Page 72, Line 1 | Page 72, Line 5 |
| Page 72, Line 25 | Page 74, Line 17 |
| Page 134, Line 13 | Page 134, Line 13 |
| Page 147, Line 12 | Page 147, Line 12 |
| Page 228, Line 2 | Page 228, Line 5 |
| Page 241, Line 7 | Page 242, Line 6 |
| Page 250, Line 17 | Page 250, Line 17 |

**WITNESS:**              **Marvin Samson**
**DATE OF TESTIMONY**:  **June 23, 2006**

### SICOR'S REVISED OBJECTIONS TO PLAINTIFF'S AMENDED DESIGNATIONS

Sicor objects to the introduction of any portion of this deposition during the liability phase as prejudicial under Rule 403, irrelevant under Rule 401, and as violative of Judge Jordan's bifurcation order.

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 13, Line 9 | Page 13, Line 11 | |
| Page 13, Line 15 | Page 13, Line 25 | |
| Page 14, Line 2 | Page 14, Line 7 | |
| Page 16, Line 24 | Page 16, Line 25 | 16:24-25 - Vague, foundation, compound. |
| Page 17, Line 2 | Page 17, Line 4 | 17:2-4 - Vague, foundation, compound. |
| Page 17, Line 8 | Page 17, Line 8 | |
| Page 18, Line 24 | Page 18, Line 25 | |
| Page 19, Line 2 | Page 19, Line 10 | |
| Page 21, Line 13 | Page 21, Line 25 | |
| Page 22, Line 2 | Page 22, Line 2 | |
| Page 24, Line 2 | Page 24, Line 25 | |
| Page 35, Line 19 | Page 35, Line 22 | |
| Page 36, Line 17 | Page 36, Line 25 | |
| Page 38, Line 12 | Page 38, Line 14 | |
| Page 38, Line 23 | Page 39, Line 24 | |
| Page 41, Line 14 | Page 41, Line 20 | 41:14-20 - Argumentative; compound; misleading; foundation; speculation. |
| Page 41, Line 25 | Page 42, Line 12 | |
| Page 49, Line 4 | Page 49, Line 5 | |
| Page 53, Line 3 | Page 53, Line 17 | 53:7-9 - Foundation.<br><br>53:12-17 - Vague; foundation; argumentative; compound. |
| Page 53, Line 20 | Page 53, Line 22 | |
| Page 55, Line 6 | Page 56, Line 7 | |
| Page 56, Line 17 | Page 56, Line 22 | |
| Page 57, Line 12 | Page 57, Line 24 | 57:12-19 - Foundation; compound.<br><br>57:21-24 - Vague; compound; foundation. |

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 58, Line 7 | Page 58, Line 14 | 58:9-12 - Vague. |
| Page 59, Line 14 | Page 61, Line 10 | 60:3-5 - Foundation; vague; argumentative.<br><br>60:17-21 - Vague; compound; foundation.<br><br>60:23-61:8 - Vague; compound; foundation. |
| Page 62, Line 7 | Page 62, Line 11 | |
| Page 65, Line 20 | Page 66, Line 8 | 65:20-66:7 - Foundation; vague; compound. |
| Page 67, Line 14 | Page 68, Line 9 | 68:2-5 - Vague; foundation.<br><br>68:7-9 - No answer; vague; foundation; compound. |
| Page 68, Line 17 | Page 68, Line 18 | |
| Page 70, Line 11 | Page 70, Line 19 | |
| Page 71, Line 23 | Page 73, Line 4 | 72:18-19 - Argumentative. |
| Page 73, Line 14 | Page 75, Line 8 | 73:14-18 - Foundation; compound; vague.<br><br>73:23-74:3 - Compound; foundation.<br><br>74:14-19 - Compound; argumentative; improper characterization.<br><br>75:5-8 - Foundation; vague; mischaracterization. |
| Page 75, Line 12 | Page 75, Line 13 | |
| Page 76, Line 7 | Page 77, Line 14 | 76:7-18 - Foundation; vague; argumentative; prejudicial.<br><br>77:4-10 - Vague; argumentative; prejudicial. |
| Page 79, Line 20 | Page 80, Line 12 | 79:20-22 - Awkward.<br><br>79:24-80:2 - Awkward.<br><br>80:4-7 - Awkward. |

**WITNESS:**              **Marvin Samson**
**DATE OF TESTIMONY**:  **June 23, 2006**

### SICOR'S REVISED COUNTER DESIGNATIONS

| **Beginning Page: Line(s)** | **End Page: Line(s)** |
| --- | --- |
| Page 16, Line 9 | Page 16, Line 19 |
| Page 40, Line 22 | Page 41, Line 3 |

**WITNESS:**             **Lawrence Welch**
**DATE OF TESTIMONY**:   **February 9, 2006**


### SICOR'S REVISED OBJECTIONS TO PLAINTIFF'S AMENDED DESIGNATIONS

**No objections.**

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 5, Line 9 | Page 5, Line 10 | |
| Page 5, Line 20 | Page 6, Line 7 | |
| Page 21, Line 17 | Page 21, Line 20 | |
| Page 21, Line 23 | Page 22, Line 2 | |
| Page 22, Line 6 | Page 22, Line 10 | |
| Page 22, Line 13 | Page 22, Line 13 | |
| Page 30, Line 11 | Page 30, Line 17 | |
| Page 31, Line 4 | Page 32, Line 3 | |
| Page 32, Line 6 | Page 32, Line 20 | |
| Page 32, Line 23 | Page 33, Line 5 | |


### SICOR'S REVISED COUNTER DESIGNATIONS

**None.**

**WITNESS:**              **Lawrence Welch**
**DATE OF TESTIMONY**:   **February 9, 2006 - Volume II**


### SICOR'S REVISED OBJECTIONS TO PLAINTIFF'S AMENDED DESIGNATIONS

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 78, Line 20 | Page 79, Line 20 | |


### SICOR'S REVISED COUNTER DESIGNATIONS

| Beginning Page: Line(s) | End Page: Line(s) |
|---|---|
| Page 76, Line 6 | Page 77, Line 1 |
| Page 77, Line 7 | Page 77, Line 16 |

**WITNESS:**             **Martin Williamson**
**DATE OF TESTIMONY**:   **February 21, 2006**


### SICOR'S REVISED OBJECTIONS TO PLAINTIFF'S AMENDED DESIGNATIONS

**No objections.**

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 5, Line 15 | Page 5, Line 19 | |
| Page 6, Line 7 | Page 6, Line 12 | |
| Page 7, Line 1 | Page 7, Line 8 | |
| Page 7, Line 20 | Page 8, Line 4 | |
| Page 9, Line 2 | Page 9, Line 7 | |
| Page 10, Line 20 | Page 10, Line 22 | |
| Page 18, Line 23 | Page 19, Line 10 | |
| Page 20, Line 9 | Page 20, Line 21 | |
| Page 23, Line 6 | Page 24, Line 5 | |

### SICOR'S REVISED COUNTER DESIGNATIONS

| Beginning Page: Line(s) | End Page: Line(s) |
|---|---|
| Page 14, Line 10 | Page 14, Line 17 |

**WITNESS:**            **John McBride**
**DATE OF TESTIMONY**:  **February 16, 2006**


### SICOR'S REVISED OBJECTIONS TO PLAINTIFF'S AMENDED DESIGNATIONS


| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 6, Line 8 | Page 6, Line 15 | |
| Page 7, Line 22 | Page 8, Line 3 | |
| Page 8, Line 6 | Page 9, Line 11 | Relevance |
| Page 15, Line 2 | Page 15, Line 5 | |
| Page 15, Line 12 | Page 15, Line 23 | |
| Page 46, Line 23 | Page 47, Line 5 | |
| Page 50, Line 3 | Page 50, Line 13 | |
| Page 50, Line 19 | Page 50, Line 21 | |
| Page 50, Line 24 | Page 51, Line14 | |
| Page 57, Line 10 | Page 57, Line 11 | |
| Page 61, Line 22 | Page 62, Line 5 | |
| Page 62, Line 8 | Page 62, Line 19 | |
| Page 65, Line 7 | Page 65, Line 8 | Relevance; hearsay; foundation; Rule 403 |
| Page 65, Line 11 | Page 65, Line 18 | Relevance; hearsay; foundation; Rule 403 |
| Page 67, Line 3 | Page 67, Line 15 | Relevance; hearsay; foundation; Rule 403 |
| Page 69, Line 24 | Page 70, Line 1 | |
| Page 74, Line 20 | Page 75, Line 8 | |
| Page 88, Line 21 | Page 88, Line 22 | |
| Page 89, Line 1 | Page 89, Line 7 | |
| Page 95, Line 24 | Page 96, Line 3 | Relevance; hearsay |
| Page 96, Line 11 | Page 96, Line 14 | Relevance; hearsay |
| Page 96, Line 21 | Page 97, Line 10 | Relevance; hearsay |
| Page 97, Line 13 | Page 97, Line 16 | Relevance; hearsay |
| Page 100, Line 19 | Page 101, Line 8 | Relevance; hearsay |
| Page 101, Line 11 | Page 101, Line 17 | Relevance; hearsay |
| Page 121, Line 24 | Page 122, Line 20 | Relevance; Rule 403 |
| Page 123, Line 9 | Page 123, Line 14 | Relevance; Rule 403 |
| Page 123, Line 20 | Page 123, Line 21 | Relevance; Rule 403 |
| Page 123, Line 23 | Page 124, Line 2 | Relevance; Rule 403 |
| Page 124, Line 4 | Page 124, Line 12 | Relevance; Rule 403 |
| Page 125, Line 2 | Page 125, Line 3 | Relevance; Rule 403 |
| Page 125, Line 5 | Page 125, Line 7 | Relevance; Rule 403 |
| Page 125, Line 9 | Page 125, Line 10 | Relevance; Rule 403 |
| Page 150, Line 2 | Page 150, Line 6 | Relevance; Rule 403 |
| Page 150, Line 16 | Page 150, Line 17 | Relevance; Rule 403 |

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 151, Line 17 | Page 151, Line 20 | Relevance; hearsay; Rule 403 |
| Page 151, Line 12 | Page 151, Line 14 | Relevance; hearsay; Rule 403 |

**WITNESS:**          **John McBride**
**DATE OF TESTIMONY**:  **February 16, 2006**

## SICOR'S REVISED COUNTER DESIGNATIONS

**None.**

WITNESS:            **Jessica Wolff**
**DATE OF TESTIMONY**:   **May 4, 2006**

### SICOR'S REVISED OBJECTIONS TO PLAINTIFF'S AMENDED DESIGNATIONS

**Sicor objects to the introduction of any portion of this deposition during the liability phase as prejudicial under Rule 403, irrelevant under Rule 401, and as violative of Judge Jordan's bifurcation order.**

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 6, Line 10 | Page 6, Line 12 | |
| Page 8, Line 24 | Page 9, Line 1 | |
| Page 73, Line 14 | Page 73, Line 22 | |
| Page 78, Line 2 | Page 78, Line 8 | |
| Page 78, Line 21 | Page 78, Line 24 | |
| Page 80, Line 3 | Page 80, Line 10 | |
| Page 80, Line 20 | Page 81, Line 2 | |
| Page 81, Line 8 | Page 81, Line 17 | |
| Page 87, Line 20 | Page 88, Line 8 | Speculation; Foundation. |
| Page 92, Line 2 | Page 93, Line 1 | Foundation; Speculation; attorney testimony. |
| Page 93, Line 9 | Page 93, Line 21 | Foundation; Speculation; attorney testimony. |
| Page 102, Line 17 | Page 102, Line 20 | |
| Page 102, Line 25 | Page 103, Line 5 | |
| Page 103, Line 7 | Page 103, Line 12 | Ambiguous. |
| Page 103, Line 20 | Page 104, Line 2 | |
| Page 104, Line 21 | Page 105, Line 20 | Vague; foundation; non-responsive. |
| Page 105, Line 23 | Page 106, Line 1 | Compound; foundation; vague. |
| Page 106, Line 18 | Page 107, Line 2 | Speculation; relevance. |
| Page 144, Line 8 | Page 144, Line 17 | 144:15-17 - Foundation; vague. |
| Page 144, Line 19 | Page 144, Line 20 | |
| Page 149, Line 4 | Page 150, Line 12 | Relevance. |
| Page 179, Line 5 | Page 179, Line 12 | Speculation; relevance. |
| Page 180, Line 22 | Page 181, Line 7 | Foundation. |
| Page 182, Line 3 | Page 182, Line 18 | Relevance; foundation; hearsay; prejudice. |
| Page 185, Line 6 | Page 185, Line 11 | Global objection to use testimony during liability phase of bifurcated trial; Relevance; foundation; hearsay; prejudice. |

| **Beginning Page, Line Nos.** | **Ending Page, Line Nos.** | **OBJECTIONS** |
|---|---|---|
| Page 185, Line 13 | Page 185, Line 18 | Relevance; foundation; hearsay; prejudice. |
| Page 185, Line 22 | Page 186, Line 1 | Vague; foundation. |
| Page 186, Line 3 | Page 186, Line 4 | Relevance; foundation; hearsay; prejudice. |
| Page 186, Line 24 | Page 187, Line 2 | Relevance; foundation; hearsay; prejudice. |
| Page 188, Line 8 | Page 188, Line 11 | Vague; compound. |
| Page 188, Line 17 | Page 189, Line 7 | Vague; compound. |
| Page 189, Line 9 | Page 189, Line 20 | Vague; compound. |
| Page 190, Line 6 | Page 190, Line 15 | |
| Page 201, Line 11 | Page 203, Line 3 | |

**WITNESS:**              **Jessica Wolff**
**DATE OF TESTIMONY**:   **May 4, 2006**

## SICOR'S REVISED COUNTER DESIGNATIONS

| **Beginning Page: Line(s)** | **End Page: Line(s)** |
|---|---|
| 6:16 | 6:18 |
| 7:6 | 7:7 |
| 8:24 | 9:25 |
| 11:17 | 12:1 |
| 12:13 | 12:16 |
| 13:2 | 13:6 |
| 14:7 | 14:14 |
| 14:21 | 15:7 |
| 16:16 | 17:22 |
| 18:2 | 18:5 |
| 42:7 | 44:5 |
| 48:15 | 48:20 |
| 48:22 | 49:1 |
| 49:20 | 51:10 |
| 50:15 | 50:19 |
| 50:21 | 51:6 |
| 59:6 | 59:8 |
| 60:2 | 60:7 |
| 60:15 | 60:21 |
| 63:21 | 64:9 |
| 79:14 | 80:2 |
| 80:20 | 80:25 |
| 82:19 | 83:1 |
| 87:2 | 88:1 |
| 93:1 | |
| 94:16 | 94:25 |
| 99:13 | 100:25 |
| 101:17 | 101:19 |

| Beginning Page: Line(s) | End Page: Line(s) |
|---|---|
| 101:25 | 102:2 |
| 103:16 | 103:25 |
| 109:23 | 110:2 |
| 114:8 | 115:15 |
| 144:22 | 144:25 |
| 145:3 | 145:8 |
| 150:23 | 152:19 |
| 153:14 | 1544:2 |
| 154:6 | 154:14 |
| 157:17 | 162:6 |
| 162:10 | 162:12 |
| 162:14 | 163:16 |
| 164:16 | 166:19 |
| 197:24 | 200:4 |
| 200:7 | 201:7 |
| 224:17 | 224:19 |
| 226:10 | 226:12 |
| 226:14 | 226:15 |
| 226:17 | 226:22 |

**WITNESS:**                 **Bradley Winter**
**DATE OF TESTIMONY**:   **November 1, 2005**


### SICOR'S REVISED OBJECTIONS TO PLAINTIFF'S AMENDED DESIGNATIONS

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 11, Line 24 | Page 12, Line 2 | Conditional Relevance |
| Page 18, Line 6 | Page 18, Line 17 | Conditional Relevance |
| Page 30, Line 16 | Page 31, Line 3 | Conditional Relevance |
| Page 38, Line 16 | Page 38, Line 23 | Conditional Relevance |
| Page 46, Line 3 | Page 46, Line 9 | Conditional Relevance |
| Page 49, Line 2 | Page 49, Line 13 | Conditional Relevance |

**WITNESS:**              **Bradley Winter**
**DATE OF TESTIMONY**:   **November 1, 2005**

### SICOR'S REVISED COUNTER DESIGNATIONS

| Beginning Page: Line(s) | End Page: Line(s) | OBJECTIONS |
|---|---|---|
| 11:13 | 11:23 | Conditional Relevance |
| 18:18 | 18:20 | Conditional Relevance |
| 19:4 | 19:10 | Conditional Relevance |
| 32:6 | 32:10 | Conditional Relevance |
| 33:19 | 34:7 | Conditional Relevance |
| 38:24 | 40:7 | Conditional Relevance |

WITNESS:                   Bradley Winter
DATE OF TESTIMONY:   November 17, 2005

### SICOR'S REVISED OBJECTIONS TO PLAINTIFF'S AMENDED DESIGNATIONS

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 14, Line 4 | Page 15, Line 7 | Conditional Relevance |
| Page 15, Line 21 | Page 17, Line 9 | Conditional Relevance |
| Page 18, Line 14 | Page 18, Line 16 | Conditional Relevance |
| Page 19, Line 16 | Page 19, Line 17 | Conditional Relevance |
| Page 23, Line 6 | Page 23, Line 16 | Conditional Relevance |
| Page 23, Line 24 | Page 24, Line 6 | Conditional Relevance |
| Page 26, Line 6 | Page 26, Line 13 | Conditional Relevance |
| Page 28, Line 19 | Page 29, Line 2 | Conditional Relevance |
| Page 29, Line 12 | Page 29, Line 17 | Conditional Relevance |
| Page 29, Line 22 | Page 30, Line 16 | Conditional Relevance |
| Page 30, Line 17 | Page 31, Line 5 | Conditional Relevance |
| Page 32, Line 2 | Page 32, Line 18 | Conditional Relevance |
| Page 47, Line 22 | Page 48, Line 4 | Conditional Relevance |
| Page 50, Line 23 | Page 51, Line 6 | Conditional Relevance |
| Page 52, Line 2 | Page 52, Line 16 | Conditional Relevance |
| Page 52, Line 21 | Page 53, Line 5 | Conditional Relevance |
| Page 53, Line 17 | Page 55, Line 11 | Conditional Relevance |
| Page 55, Line 24 | Page 56, Line 6 | Conditional Relevance |
| Page 57, Line 12 | Page 57, Line 19 | Conditional Relevance |
| Page 58, Line 3 | Page 58, Line 5 | Conditional Relevance |
| Page 60, Line 22 | Page 61, Line 24 | Conditional Relevance |
| Page 62, Line 22 | Page 64, Line 2 | Conditional Relevance |
| Page 67, Line 23 | Page 68, Line 6 | Conditional Relevance |
| Page 73, Line 22 | Page 74, Line 10 | Conditional Relevance |
| Page 76, Line 22 | Page 77, Line 13 | Conditional Relevance |
| Page 78, Line 2 | Page 78, Line 8 | Conditional Relevance |
| Page 78, Line 9 | Page 78, Line 24 | Conditional Relevance |

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 78, Line 25 | Page 79, Line 9 | Conditional Relevance |
| Page 83, Line 15 | Page 84, Line 21 | Conditional Relevance |
| Page 94, Line 16 | Page 95, Line 11 | Conditional Relevance |
| Page 99, Line 16 | Page 100, Line 9 | Conditional Relevance |
| Page 102, Line 2 | Page 102, Line 6 | Conditional Relevance |
| Page 102, Line 23 | Page 103, Line 13 | Conditional Relevance |
| Page 112, Line 2 | Page 112, Line 12 | Conditional Relevance |
| Page 117, Line 23 | Page 118, Line 7 | Conditional Relevance |
| Page 118, Line 22 | Page 119, Line 4 | Conditional Relevance |
| Page 119, Line 5 | Page 120, Line 16 | Conditional Relevance |

**WITNESS:**                **Bradley Winter**
**DATE OF TESTIMONY**:  **November 17, 2005**

### SICOR'S REVISED COUNTER DESIGNATIONS

| Beginning Page: Line(s) | End Page: Line(s) | OBJECTIONS |
|---|---|---|
| 19:8 | 19:15 | Conditional Relevance |
| 19:18 | 19:24 | Conditional Relevance |
| 31:9 | 31:25 | Conditional Relevance |
| 52:17 | 52:20 | Conditional Relevance |
| 57:8 | 57:11 | Conditional Relevance |
| 58:6 | 59:18 | Conditional Relevance |
| 59:21 | 60:10 | Conditional Relevance |
| 74:24 | 75:11 | Conditional Relevance |
| 80:14 | 81:7 | Conditional Relevance |
| 89:25 | 90:4 | Conditional Relevance |
| 100:10 | 100:14 | Conditional Relevance |
| 112:13 | 113:2 | Conditional Relevance |
| 113:20 | 113:24 | Conditional Relevance |
| 114:5 | 114:10 | Conditional Relevance |

**WITNESS:**         **Craig Lea**
**DATE OF TESTIMONY**:   **September 8, 2005**

### SICOR'S REVISED OBJECTIONS TO PLAINTIFF'S AMENDED DESIGNATIONS

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 22, Line 9 | Page 23, Line 7 | 22:9-21 - Foundation |
| Page 50, Line 4 | Page 50, Line 12 | Foundation; conditional relevance; 50:4-6 - relevance |
| Page 54, Line 2 | Page 54, Line 6 | Foundation; conditional relevance |
| Page 66, Line 17 | Page 67, Line 5 | |
| Page 76, Line 3 | Page 77, Line 5 | Conditional Relevance |
| Page 80, Line 19 | Page 81, Line 9 | Conditional Relevance |
| Page 88, Line 11 | Page 89, Line 3 | Conditional Relevance |
| Page 89, Line 22 | Page 90, Line 10 | Conditional Relevance |
| Page 90, Line 19 | Page 90, Line 22 | Conditional Relevance |
| Page 92, Line 3 | Page 92, Line 10 | |
| Page 94, Line 24 | Page 95, Line 12 | Conditional Relevance |
| Page 97, Line 4 | Page 97, Line 23 | 97:4 - Conditional relevance; 97:9-23 - Relevance; Rule 403 |
| Page 103, Line 17 | Page 103, Line 20 | Relevance; Rule 403 |
| Page 104, Line 17 | Page 104, Line 22 | Relevance; Rule 403 |
| Page 113, Line 25 | Page 114, Line 16 | Conditional Relevance |
| Page 114, Line 24 | Page 116, Line 17 | 114:24-117:14 - Relevance; Rule 403 |
| Page 117, Line 2 | Page 117, Line 14 | |
| Page 122, Line 11 | Page 122, Line 13 | Conditional Relevance |
| Page 124, Line 2 | Page 124, Line 9 | Foundation; Relevance; Rule 403 |
| Page 126, Line 6 | Page 126, Line 12 | Relevance; Foundation Rule 403 |
| Page 127, Line 5 | Page 127, Line 10 | Conditional relevance; foundation; calls for speculation |
| Page 129, Line 17 | Page 130, Line 13 | Foundation; relevance; Rule 403 |
| Page 145, Line 5 | Page 145, Line 25 | Relevance; Rule 403 |
| Page 148, Line 16 | Page 148, Line 21 | Relevance; Rule 403; Incomplete Testimony |
| Page 150, Line 22 | Page 151, Line 2 | Relevance |
| Page 151, Line 23 | Page 152, Line 25 | Conditional Relevance |

| Beginning Page, Line Nos. | Ending Page, Line Nos. | OBJECTIONS |
|---|---|---|
| Page 153, Line 14 | Page 156, Line 4 | Relevance; Rule 403 |
| Page 159, Line 14 | Page 160, Line 2 | Relevance; Rule 403 |
| Page 176, Line 2 | Page 176, Line 15 | Conditional Relevance |
| Page 176, Line 16 | Page 177, Line 25 | Conditional Relevance |
| Page 182, Line 5 | Page 182, Line 19 | Foundation; Conditional relevance |
| Page 192, Line 7 | Page 192, Line 22 | Conditional Relevance |
| Page 192, Line 23 | Page 193, Line 7 | Conditional Relevance |
| Page 198, Line 18 | Page 199, Line 3 | Conditional Relevance |
| Page 201, Line 23 | Page 202, Line 2 | Relevance |
| Page 202, Line 22 | Page 203, Line 10 | Relevance; Conditional relevance |
| Page 211, Line 22 | Page 212, Line 25 | Conditional Relevance |
| Page 215, Line 10 | Page 215, Line 19 | Conditional Relevance |
| Page 217, Line 15 | Page 217, Line 22 | Conditional Relevance |
| Page 223, Line 23 | Page 224, Line 11 | Conditional Relevance |
| Page 235, Line 23 | Page 236, Line 21 | Conditional Relevance |
| Page 239, Line 7 | Page 239, Line 18 | 239:7-17 - Conditional Relevance |
| Page 252, Line 25 | Page 253, Line 4 | Conditional Relevance |
| Page 255, Line 10 | Page 255, Line 24 | Relevance; Rule 403 |
| Page 258, Line 15 | Page 258, Line 21 | Relevance; Rule 403 |
| Page 286, Line 12 | Page 286, Line 21 | Conditional Relevance |
| Page 298, Line 6 | Page 298, Line 14 | |
| Page 299, Line 24 | Page 300, Line 24 | Conditional Relevance |
| Page 302, Line 4 | Page 302, Line 19 | Relevance; Rule 403 |
| Page 307, Line 19 | Page 308, Line 9 | Relevance; Rule 403 |
| Page 308, Line 22 | Page 308, Line 25 | Relevance; Rule 403 |
| Page 315, Line 3 | Page 315, Line 20 | Relevance; Rule 403 |
| Page 325, Line 8 | Page 325, Line 21 | Relevance; Rule 403 |
| Page 328, Line 12 | Page 328, Line 19 | Relevance; Rule 403 |
| Page 328, Line 20 | Page 329, Line 2 | Relevance; Rule 403 |
| Page 329, Line 10 | Page 330, Line 13 | Relevance; Rule 403 |
| Page 332, Line 3 | Page 332, Line 14 | Relevance; Rule 403 |
| Page 333, Line 14 | Page 333, Line 23 | Relevance; Rule 403 |
| Page 339, Line 16 | Page 340, Line 9 | Conditional Relevance; 340:3-5 - Relevance; 340:3-5 - Rule 403 |
| Page 341, Line 21 | Page 342, Line 17 | Conditional Relevance |
| Page 342, Line 23 | Page 343, Line 3 | Conditional Relevance |

**WITNESS:**              **Craig Lea**
**DATE OF TESTIMONY**:    **September 8, 2005**

### SICOR'S REVISED COUNTER DESIGNATIONS

| **Beginning Page: Line(s)** | **End Page: Line(s)** | **OBJECTIONS** |
|---|---|---|
| Page 102, Line 2 | Page 102, Line 10 | Relevance; Rule 403 |
| Page 103, Line 21 | Page 104, Line 10 | Relevance; Rule 403 |
| Page 112, Line 18 | Page 112, Line 24 | Relevance; Rule 403 |
| Page 127, Line 11 | Page 127, Line 21 | Conditional relevance; foundation; calls for speculation |
| Page 148, Line 14 | Page 148, Line 15 | Relevance; incomplete testimony |
| Page 151, Line 3 | Page 151, Line 22 | Relevance |
| Page 156, Line 5 | Page 156, Line 18 | Relevance; Rule 403 |
| Page 157, Line 1 | Page 157, Line 7 | Relevance; Rule 403 |
| Page 166, Line 16 | Page 168, Line 4 | Relevance; Rule 403 |
| Page 248, Line 12 | Page 248, Line 18 | Conditional relevance |
| Page 327, Line 7 | Page 328, Line 11 | Relevance. Rule 403 |
| Page 329, Line 3 | Page 329, Line 9 | Relevance. Rule 403 |
| Page 332, Line 15 | Page 333, Line 13 | Relevance, Rule 403 |
| Page 333, Line 24 | Page 334, Line 11 | Relevance, Rule 403 |

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*Attorneys for Defendants*

Of Counsel:

Reid L. Ashinoff
Michael S. Gugig
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700
Jordan A. Sigale
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois 60606
(312) 876-8000

Dated: October 24, 2006
174488.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 24th day of October, 2006, the attached **DEFENDANTS'**

**REVISED DEPOSITION COUNTER-DESIGNATIONS AND OBJECTIONS** was served

upon the below-named counsel of record at the address and in the manner indicated:


Jack B. Blumenfeld, Esquire                                              <u>HAND DELIVERY</u>
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19801

Joshua R. Rich, Esquire                                              <u>VIA ELECTRONIC MAIL</u>
McDonnell Boehnen Hulbert & Berghoff
300 South Wacker Drive
Suite 3200
Chicago, IL 60606




/s/ *Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon