IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-833-KAJ |
| | ) |
| SICOR INC. and SICOR | ) |
| PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendants. | ) |

**PHARMACIA'S AMENDED DEPOSITION DESIGNATIONS**

Plaintiff Pharmacia & Upjohn LLC ("Pharmacia") designates the following portions of

deposition transcripts as testimony to be presented at trial.  Pharmacia also reserves the right to

make counter-designations to Defendants' deposition designations, as well as to amend these

designations by adding, removing, or otherwise changing designations.

1.    **Allyn Becker (August 4, 2005)**

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 9, Line 11 | Page 9, Line 14 |
| Page 17, Line 7 | Page 17, Line 10 |
| Page 33, Line 7 | Page 33, Line 11 |
| Page 33, Line 14 | Page 33, Line 21 |
| Page 72, Line 21 | Page 72, Line 22 |
| Page 72, Line 25 | Page 73, Line 19 |
| Page 74, Line 6 | Page 75, Line 4 |
| Page 75, Line 10 | Page 75, Line 17 |
| Page 75, Line 25 | Page 76, Line 7 |
| Page 76, Line 9 | Page 76, Line 10 |
| Page 76, Line 12 | Page 76, Line 14 |

2.    **Allyn Becker (December 1, 2005)**

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 36, Line 11 | Page 36, Line 21 |
| Page 37, Line 16 | Page 37, Line 24 |
| Page 160, Line 13 | Page 160, Line 22 |

3.    **Guiseppe Bottoni (June 7, 2006)**

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 6, Line 13 | Page 6, Line 23 |
| Page 8, Line 6 | Page 8, Line 9 |
| Page 8, Line 13 | Page 8, Line 15 |
| Page 9, Line 9 | Page 9, Line 17 |
| Page 10, Line 17 | Page 10, Line 19 |
| Page 10, Line 25 | Page 11, Line 2 |
| Page 28, Line 6 | Page 28, Line 13 |
| Page 29, Line 13 | Page 30, Line 9 |
| Page 35, Line 6 | Page 35, Line 8 |
| Page 35, Line 11 | Page 35, Line 18 |
| Page 35, Line 24 | Page 36, Line 4 |
| Page 40, Line 6 | Page 40, Line 14 |
| Page 40, Line 17 | Page 40, Line 17 |
| Page 40, Line 21 | Page 40, Line 22 |
| Page 40, Line 25 | Page 41, Line 6 |
| Page 41, Line 9 | Page 41, Line 14 |
| Page 46, Line 18 | Page 46, Line 20 |
| Page 46, Line 23 | Page 47, Line 1 |
| Page 76, Line 23 | Page 77, Line 1 |
| Page 77, Line 4 | Page 77, Line 4 |
| Page 77, Line 12 | Page 77, Line 17 |
| Page 78, Line 13 | Page 79, Line 2 |
| Page 114, Line 6 | Page 114, Line 14 |
| Page 114, Line 17 | Page 114, Line 24 |

4.    **Wesley Fach (May 3, 2006)**

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 7, Line 9 | Page 7, Line 20 |
| Page 11, Line 23 | Page 12, Line 1 |
| Page 12, Line 14 | Page 13, Line 3 |
| Page 15, Line 15 | Page 17, Line 3 |
| Page 18, Line 15 | Page 18, Line 20 |
| Page 19, Line 7 | Page 19, Line 18 |
| Page 19, Line 23 | Page 21, Line 3 |
| Page 40, Line 8 | Page 43, Line 7 |
| Page 74, Line 17 | Page 75, Line 6 |
| Page 76, Line 25 | Page 77, Line 11 |
| Page 90, Line 13 | Page 90, Line 18 |
| Page 93, Line 12 | Page 94, Line 19 |
| Page 95, Line 17 | Page 95, Line 22 |

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 96, Line 5 | Page 96, Line 6 |
| Page 96, Line 22 | Page 96, Line 24 |
| Page 97, Line 3 | Page 97, Line 4 |
| Page 104, Line 12 | Page 104, Line 23 |
| Page 104, Line 25 | Page 105, Line 10 |
| Page 105, Line 13 | Page 105, Line 23 |
| Page 113, Line 12 | Page 113, Line 23 |
| Page 115, Line 1 | Page 115, Line 14 |
| Page 116, Line 10 | Page 116, Line 12 |
| Page 116, Line 14 | Page 116, Line 15 |
| Page 117, Line 11 | Page 119, Line 2 |
| Page 119, Line 8 | Page 119, Line 18 |
| Page 142, Line 24 | Page 143, Line 8 |
| Page 143, Line 17 | Page 143, Line 24 |
| Page 145, Line 21 | Page 146, Line 3 |
| Page 153, Line 13 | Page 153, Line 23 |
| Page 154, Line 1 | Page 154, Line 10 |
| Page 157, Line 2 | Page 157, Line 3 |
| Page 157, Line 6 | Page 157, Line 21 |
| Page 160, Line 12 | Page 160, Line 15 |
| Page 161, Line 9 | Page 161, Line 16 |
| Page 163, Line 19 | Page 164, Line 2 |
| Page 164, Line 14 | Page 166, Line 14 |
| Page 166, Line 18 | Page 167, Line 6 |
| Page 169, Line 6 | Page 169, Line 15 |
| Page 171, Line 2 | Page  171, Line 23 |
| Page 172, Line 14 | Page 173, Line 16 |
| Page 174, Line 24 | Page 175, Line 24 |
| Page 179, Line 11 | Page 179, Line 23 |
| Page 181, Line 7 | Page 182, Line 15 |
| Page 183, Line 12 | Page 183, Line 24 |
| Page 184, Line 9 | Page 184, Line 19 |
| Page 192, Line 24 | Page 193, Line 8 |
| Page 193, Line 23 | Page 196, Line 15 |
| Page 196, Line 18 | Page  196, Line 19 |
| Page 198, Line 25 | Page 199, Line 19 |
| Page 199, Line 23 | Page 201, Line 4 |
| Page 201, Line 15 | Page 201, Line 18 |
| Page 201, Line 24 | Page 202, Line 16 |
| Page 202, Line 20 | Page 202, Line 21 |
| Page 203, Line 8 | Page 204, Line 7 |
| Page 204, Line 24 | P age 205, Line 12 |
| Page 205, Line 16 | Page 206, Line 2 |
| Page 207, Line 23 | Page 208, Line 22 |

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 210, Line 5 | Page 210, Line 10 |
| Page 222, Line 6 | Page 222, Line 24 |
| Page 224, Line 17 | Page 225, Line 11 |
| Page 226, Line 21 | Page 228, Line 8 |
| Page 229, Line 23 | Page 231, Line 6 |
| Page 232, Line 2 | Page 232, Line 8 |
| Page 257, Line 4 | Page 259, Line 1 |
| Page 259, Line 5 | Page 259, Line 5 |
| Page 259, Line 11 | Page 260, Line 24 |
| Page 267, Line 3 | Page 267, Line 9 |
| Page 267, Line 22 | Page 268, Line 4 |

5.    **Luciano Gambini (July 14, 2005)**

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 13, Line 25 | Page 14, Line 8 |
| Page 70, Line 20 | Page 71, Line 7 |
| Page 78, Line 10 | Page 78, Line 25 |
| Page 79, Line 3 | Page 79, Line 18 |
| Page 79, Line 21 | Page 79, Line 23 |
| Page 91, Line 18 | Page 91, Line 19 |
| Page 91, Line 21 | Page 91, Line 25 |
| Page 122, Line 16 | Page 122, Line 23 |
| Page 132, Line 17 | Page 133, Line 1 |
| Page 137, Line 15 | Page 137, Line 21 |
| Page 142, Line 16 | Page 142, Line 19 |
| Page 142, Line 22 | Page 143, Line 08 |
| Page 148, Line 13 | Page 148, Line 18 |
| Page 148, Line 21 | Page 148, Line 23 |
| Page 171, Line 12 | Page 171, Line 13 |
| Page 171, Line 16 | Page 171, Line 24 |
| Page 182, Line 10 | Page 182, Line 13 |
| Page 182, Line 16 | Page 182, Line 16 |
| Page 214, Line 11 | Page 214, Line 20 |
| Page 214, Line 23 | Page 215, Line 7 |

6.    **Gaetano Gatti (June 8, 2006)**

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 7, Line 5 | Page 7, Line 9 |
| Page 8, Line 2 | Page 8, Line 10 |
| Page 13, Line 8 | Page 13, Line 11 |
| Page 15, Line 2 | Page 15, Line 15 |
| Page 17, Line 15 | Page 17, Line 20 |

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 23, Line 1 | Page 23, Line 2 |
| Page 23, Line 10 | Page 23, Line 18 |
| Page 27, Line 20 | Page 27, Line 22 |
| Page 27, Line 25 | Page 27, Line 25 |
| Page 28, Line 2 | Page 28, Line 4 |
| Page 28, Line 8 | Page 28, Line 9 |
| Page 29, Line 13 | Page 29, Line 16 |
| Page 29, Line 19 | Page 30, Line 3 |
| Page 36, Line 2 | Page 36, Line 4 |
| Page 36, Line 7 | Page 36, Line 8 |
| Page 45, Line 25 | Page 46, Line 2 |
| Page 46, Line 8 | Page 46, Line 20 |
| Page 59, Line 8 | Page 59, Line 17 |
| Page 59, Line 20 | Page 59, Line 21 |
| Page 62, Line 13 | Page 62, Line 16 |
| Page 62, Line 19 | Page 62, Line 22 |
| Page 62, Line 25 | Page 63, Line 1 |
| Page 63, Line 4 | Page 63, Line 10 |
| Page 64, Line 22 | Page 64, Line 24 |
| Page 65, Line 2 | Page 65, Line 12 |
| Page 65, Line 15 | Page 66, Line 8 |
| Page 76, Line 23 | Page 77, Line 11 |
| Page 78, Line 23 | Page 79, Line 16 |
| Page 87, Line 12 | Page 87, Line 16 |
| Page 87, Line 19 | Page 87, Line 25 |
| Page 91, Line 11 | Page 91, Line 16 |
| Page 93, Line 20 | Page 93, Line 22 |
| Page 93, Line 25 | Page 94, Line 1 |
| Page 106, Line 16 | Page 107, Line 19 |
| Page 107, Line 22 | Page 108, Line 7 |
| Page 117, Line 25 | Page 118, Line 9 |
| Page 118, Line 12 | Page 118, Line 13 |
| Page 119, Line 10 | Page 120, Line 4 |
| Page 122, Line 18 | Page 122, Line 22 |
| Page 123, Line 7 | Page 123, Line 7 |
| Page 135, Line 1 | Page 135, Line 12 |
| Page 135, Line 14 | Page 136, Line 16 |
| Page 136, Line 19 | Page 136, Line 24 |

7.     **Richard Kelly (November 29, 2005)**

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 7, Line 9 | Page 7, Line 11 |
| Page 7, Line 17 | Page 7, Line 18 |

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 7, Line 22 | Page 8, Line 2 |
| Page 8, Line 8 | Page 8, Line 11 |
| Page 32, Line 9 | Page 32, Line 11 |
| Page 38, Line 11 | Page 38, Line 13 |
| Page 40, Line 2 | Page 40, Line 5 |
| Page 47, Line 21 | Page 48, Line 12 |
| Page 49, Line 8 | Page 49, Line 11 |
| Page 49, Line 21 | Page 50, Line 2 |
| Page 50, Line 5 | Page 50, Line 7 |
| Page 64, Line 1 | Page 64, Line 22 |
| Page 67, Line 6 | Page 67, Line 12 |
| Page 67, Line 15 | Page 67, Line 15 |
| Page 75, Line 13 | Page 76, Line 4 |
| Page 84, Line 15 | Page 85, Line 11 |
| Page 89, Line 8 | Page 89, Line 15 |
| Page 112, Line 7 | Page 112, Line 18 |
| Page 113, Line 10 | Page 113, Line 18 |
| Page 113, Line 21 | Page 114, Line 10 |
| Page 114, Line 13 | Page 115, Line 7 |
| Page 119, Line 10 | Page 119, Line 20 |
| Page 121, Line 8 | Page 121, Line 12 |
| Page 121, Line 15 | Page 121, Line 21 |
| Page 123, Line 21 | Page 124, Line 15 |
| Page 124, Line 18 | Page 125, Line 9 |
| Page 125, Line 12 | Page 125, Line 17 |
| Page 131, Line 17 | Page 131, Line 19 |
| Page 131, Line 22 | Page 132, Line 13 |
| Page 141, Line 20 | Page 142, Line 8 |
| Page 143, Line 20 | Page 144, Line 2 |
| Page 144, Line 5 | Page 144, Line 11 |
| Page 148, Line 14 | Page 149, Line 2 |
| Page 159, Line 14 | Page 160, Line 11 |
| Page 160, Line 14 | Page 160, Line 20 |
| Page 161, Line 3 | Page 161, Line 6 |
| Page 161, Line 12 | Page 162, Line 5 |

8.      **Peter Laivins (November 2, 2005)**

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 8, Line 20 | Page 9, Line 4 |
| Page 10, Line 22 | Page 11, Line 23 |
| Page 12, Line 25 | Page 14, Line 5 |
| Page 73, Line 12 | Page 73, Line 18 |
| Page 74, Line 2 | Page 74, Line 5 |

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 77, Line 3 | Page 77, Line 21 |
| Page 80, Line 5 | Page 80, Line 19 |
| Page 81, Line 9 | Page 81, Line 24 |
| Page 88, Line 11 | Page 88, Line 23 |
| Page 89, Line 4 | Page 90, Line 5 |
| Page 111, Line 22 | Page 112, Line 12 |
| Page 112, Line 13 | Page 113, Line 5 |
| Page 113, Line 17 | Page 113, Line 24 |
| Page 115, Line 18 | Page 116, Line 14 |
| Page 117, Line 8 | Page 117, Line 18 |
| Page 117, Line 19 | Page 118, Line 12 |
| Page 143, Line 21 | Page 144, Line 6 |
| Page 155, Line 13 | Page 155, Line 24 |
| Page 159, Line 14 | Page 160, Line 4 |
| Page 165, Line 3 | Page 166, Line 14 |
| Page 188, Line 16 | Page 189, Line 12 |
| Page 191, Line 3 | Page 191, Line 18 |
| Page 225, Line 14 | Page 226, Line 6 |

9.    **Craig Lea (September 8, 2005)**

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 22, Line 9 | Page 23, Line 7 |
| Page 50, Line 4 | Page 50, Line 12 |
| Page 54, Line 2 | Page 54, Line 6 |
| Page 66, Line 17 | Page 67, Line 5 |
| Page 76, Line 3 | Page 77, Line 5 |
| Page 80, Line 19 | Page 81, Line 9 |
| Page 88, Line 11 | Page 89, Line 3 |
| Page 89, Line 22 | Page 90, Line 10 |
| Page 90, Line 19 | Page 90, Line 22 |
| Page 92, Line 3 | Page 92, Line 10 |
| Page 94, Line 24 | Page 95, Line 12 |
| Page 97, Line 4 | Page 97, Line 23 |
| Page 103, Line 17 | Page 103, Line 20 |
| Page 104, Line 17 | Page 104, Line 22 |
| Page 113, Line 25 | Page 114, Line 16 |
| Page 114, Line 24 | Page 116, Line 17 |
| Page 117, Line 2 | Page 117, Line 14 |
| Page 122, Line 11 | Page 122, Line 13 |
| Page 124, Line 2 | Page 124, Line 9 |
| Page 126, Line 6 | Page 126, Line 12 |
| Page 127, Line 5 | Page 127, Line 10 |
| Page 129, Line 17 | Page 130, Line 13 |

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 145, Line 5 | Page 145, Line 25 |
| Page 148, Line 16 | Page 148, Line 21 |
| Page 150, Line 22 | Page 151, Line 2 |
| Page 151, Line 23 | Page 152, Line 25 |
| Page 153, Line 14 | Page 156, Line 4 |
| Page 159, Line 14 | Page 160, Line 2 |
| Page 176, Line 2 | Page 176, Line 15 |
| Page 176, Line 16 | Page 177, Line 25 |
| Page 182, Line 5 | Page 182, Line 19 |
| Page 192, Line 7 | Page 192, Line 22 |
| Page 192, Line 23 | Page 193, Line 7 |
| Page 198, Line 18 | Page 199, Line 3 |
| Page 201, Line 23 | Page 202, Line 2 |
| Page 202, Line 22 | Page 203, Line 10 |
| Page 211, Line 22 | Page 212, Line 25 |
| Page 215, Line 10 | Page 215, Line 19 |
| Page 217, Line 15 | Page 217, Line 22 |
| Page 223, Line 23 | Page 224, Line 11 |
| Page 235, Line 23 | Page 236, Line 21 |
| Page 239, Line 7 | Page 239, Line 18 |
| Page 252, Line 25 | Page 253, Line 4 |
| Page 255, Line 10 | Page 255, Line 24 |
| Page 258, Line 15 | Page 258, Line 21 |
| Page 286, Line 12 | Page 286, Line 21 |
| Page 298, Line 6 | Page 298, Line 14 |
| Page 299, Line 24 | Page 300, Line 24 |
| Page 302, Line 4 | Page 302, Line 19 |
| Page 307, Line 19 | Page 308, Line 9 |
| Page 308, Line 22 | Page 308, Line 25 |
| Page 315, Line 3 | Page 315, Line 20 |
| Page 325, Line 8 | Page 325, Line 21 |
| Page 328, Line 12 | Page 328, Line 19 |
| Page 328, Line 20 | Page 329, Line 2 |
| Page 329, Line 10 | Page 330, Line 13 |
| Page 332, Line 3 | Page 332, Line 14 |
| Page 333, Line 14 | Page 333, Line 23 |
| Page 339, Line 16 | Page 340, Line 9 |
| Page 341, Line 21 | Page 342, Line 17 |
| Page 342, Line 23 | Page 343, Line 3 |

**10.    Rosalie Lowe (December 2, 2005)**

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 8, Line 4 | Page 8, Line 8 |
| Page 12, Line 5 | Page 12, Line 8 |
| Page 17, Line 20 | Page 17, Line 22 |
| Page 18, Line 9 | Page 18, Line 11 |
| Page 18, Line 14 | Page 18, Line 14 |
| Page 18, Line 16 | Page 18, Line 23 |
| Page 22, Line 25 | Page 23, Line 10 |
| Page 45, Line 12 | Page 45, Line 15 |
| Page 50, Line 25 | Page 51, Line 8 |
| Page 51, Line 11 | Page 51, Line 14 |
| Page 51, Line 24 | Page 52, Line 19 |
| Page 52, Line 22 | Page 53, Line 1 |
| Page 64, Line 3 | Page 64, Line 8 |
| Page 68, Line 7 | Page 68, Line 9 |
| Page 68, Line 11 | Page 68, Line 20 |
| Page 69, Line 8 | Page 69, Line 12 |
| Page 70, Line 20 | Page 70, Line 24 |
| Page 79, Line 15 | Page 79, Line 17 |
| Page 79, Line 22 | Page 80, Line 1 |
| Page 80, Line 3 | Page 80, Line 6 |

**11.    John McBride (February 16, 2006)**

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 6, Line 8 | Page 6, Line 15 |
| Page 7, Line 22 | Page 8, Line 3 |
| Page 8, Line 6 | Page 9, Line 11 |
| Page 15, Line 2 | Page 15, Line 5 |
| Page 15, Line 12 | Page 15, Line 23 |
| Page 46, Line 23 | Page 47, Line 5 |
| Page 50, Line 3 | Page 50, Line 13 |
| Page 50, Line 19 | Page 50, Line 21 |
| Page 50, Line 24 | Page 51, Line14 |
| Page 57, Line 10 | Page 57, Line 11 |
| Page 61, Line 22 | Page 62, Line 5 |
| Page 62, Line 8 | Page 62, Line 19 |
| Page 65, Line 7 | Page 65, Line 8 |
| Page 65, Line 11 | Page 65, Line 18 |
| Page 67, Line 3 | Page 67, Line 15 |
| Page 69, Line 24 | Page 70, Line 1 |
| Page 74, Line 20 | Page 75, Line 8 |

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 88, Line 21 | Page 88, Line 22 |
| Page 89, Line 1 | Page 89, Line 7 |
| Page 95, Line 24 | Page 96, Line 3 |
| Page 96, Line 11 | Page 96, Line 14 |
| Page 96, Line 21 | Page 97, Line 10 |
| Page 97, Line 13 | Page 97, Line 16 |
| Page 100, Line 19 | Page 101, Line 8 |
| Page 101, Line 11 | Page 101, Line 17 |
| Page 121, Line 24 | Page 122, Line 20 |
| Page 123, Line 9 | Page 123, Line 14 |
| Page 123, Line 20 | Page 123, Line 21 |
| Page 123, Line 23 | Page 124, Line 2 |
| Page 124, Line 4 | Page 124, Line 12 |
| Page 125, Line 2 | Page 125, Line 3 |
| Page 125, Line 5 | Page 125, Line 7 |
| Page 125, Line 9 | Page 125, Line 10 |
| Page 150, Line 2 | Page 150, Line 6 |
| Page 150, Line 16 | Page 150, Line 17 |
| Page 151, Line 12 | Page 151, Line 14 |
| Page 151, Line 17 | Page 151, Line 20 |

## 12.     Diego Oldani (June 9, 2006)

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 7, Line2 | Page 7, Line 5 |
| Page 7, Line 23 | Page 7, Line 25 |
| Page 8, Line 3 | Page 8, Line 6 |
| Page 8, Line 22 | Page 9, Line 6 |
| Page 10, Line 7 | Page 10, Line 13 |
| Page 11, Line 9 | Page 11, Line 18 |
| Page 21, Line 7 | Page 21, Line 20 |
| Page 21, Line 23 | Page 22, Line 1 |
| Page 22, Line 12 | Page 23, Line 2 |
| Page 24, Line 5 | Page 24, Line 8 |
| Page 24, Line 13 | Page 24, Line 25 |
| Page 86, Line 8 | Page 86, Line 17 |
| Page 86, Line 20 | Page 87, Line 14 |

## 13.     Marvin Samson (November 22, 2005)

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 5, Line 11 | Page 5, Line 18 |
| Page 12, Line 7 | Page 12, Line 15 |
| Page 29, Line 21 | Page 29, Line 25 |

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 30, Line 2 | Page 30, Line 2 |
| Page 30, Line 25 | Page 30, Line 25 |
| Page 31, Line 2 | Page 31, Line 15 |
| Page 37, Line 11 | Page 37, Line 21 |
| Page 38, Line 18 | Page 38, Line 21 |
| Page 40, Line 25 | Page 40, Line 25 |
| Page 41, Line 2 | Page 41, Line 24 |
| Page 42, Line 10 | Page 42, Line 25 |
| Page 43, Line 2 | Page 43, Line 18 |
| Page 45, Line 3 | Page 45, Line 10 |
| Page 46, Line 15 | Page 46, Line 25 |
| Page 47, Line 5 | Page 47, Line 10 |
| Page 47, Line 17 | Page 47, Line 20 |
| Page 47, Line 23 | Page 47, Line 25 |
| Page 48, Line 2 | Page 48, Line 10 |
| Page 50, Line 8 | Page 50, Line 23 |
| Page 52, Line 11 | Page 52, Line 25 |
| Page 53, Line 2 | Page 53, Line 9 |
| Page 53, Line 13 | Page 53, Line 25 |
| Page 54, Line 2 | Page 54, Line 25 |
| Page 55, Line 2 | Page 55, Line 25 |
| Page 56, Line 2 | Page 56, Line 17 |
| Page 58, Line 3 | Page 58, Line 7 |
| Page 58, Line 18 | Page 58, Line 25 |
| Page 59, Line 2 | Page 59, Line 2 |
| Page 59, Line 14 | Page 59, Line 25 |
| Page 60, Line 2 | Page 60, Line 5 |
| Page 60, Line 9 | Page 60, Line 12 |
| Page 71, Line 3 | Page 71, Line 25 |
| Page 72, Line 2 | Page 72, Line 13 |
| Page 74, Line 18 | Page 74, Line 25 |
| Page 75, Line 2 | Page 75, Line 25 |
| Page 76, Line 2 | Page 76, Line 25 |
| Page 77, Line 2 | Page 77, Line 13 |
| Page 87, Line 6 | Page 87, Line 20 |
| Page 94, Line 12 | Page 94, Line25 |
| Page 95, Line 2 | Page 95, Line 16 |
| Page 97, Line 14 | Page 97, Line 25 |
| Page 98, Line 2 | Page 98, Line 2 |
| Page 118, Line 23 | Page 118, Line 25 |
| Page 119, Line 2 | Page 119, Line 25 |
| Page 120, Line 2 | Page 120, Line 13 |
| Page 120, Line 15 | Page 120, Line 21 |
| Page 121, Line 3 | Page 121, Line 6 |

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 122, Line 6 | Page 122, Line 14 |
| Page 123, Line 13 | Page 123, Line 25 |
| Page 124, Line 2 | Page 124, Line 5 |
| Page 126, Line 12 | Page 126, Line 25 |
| Page 127, Line 2 | Page 127, Line 6 |
| Page 128, Line 2 | Page 128, Line 18 |
| Page 129, Line 21 | Page 129, Line 25 |
| Page 130, Line 2 | Page 130, Line 5 |
| Page 133, Line 24 | Page 133, Line 25 |
| Page 134, Line 2 | Page 134, Line 13 |
| Page 182, Line 2 | Page 182, Line 11 |
| Page 182, Line 20 | Page 182, Line 25 |
| Page 183, Line 3 | Page 183, Line 9 |
| Page 183, Line 18 | Page 183, Line 25 |
| Page 184, Line 2 | Page 184, Line 13 |
| Page 184, Line 22 | Page 184, Line 25 |
| Page 185, Line 2 | Page 185, Line 4 |
| Page 187, Line 20 | Page 187, Line 25 |
| Page 188, Line 2 | Page 188, Line 25 |
| Page 189, Line 2 | Page 189, Line 25 |
| Page 190, Line 2 | Page 190, Line 12 |
| Page 192, Line 21 | Page 192, Line 25 |
| Page 193, Line 2 | Page 193, Line 24 |
| Page 194, Line 20 | Page 194, Line 25 |
| Page 195, Line 2 | Page 195, Line 22 |
| Page 199, Line 22 | Page 199, Line 25 |
| Page 200, Line 2 | Page 200, Line 2 |
| Page 202, Line 22 | Page 202, Line 25 |
| Page 203, Line 2 | Page 203, Line 23 |
| Page 204, Line 2 | Page 204, Line 9 |
| Page 205, Line 7 | Page 205, Line 11 |
| Page 205, Line 20 | Page 205, Line 24 |
| Page 209, Line 9 | Page 209, Line 20 |
| Page 210, Line 19 | Page 210, Line 25 |
| Page 211, Line 2 | Page 211, Line 12 |
| Page 211, Line 23 | Page 211, Line 25 |
| Page 212, Line 5 | Page 212, Line 16 |
| Page 218, Line 11 | Page 218, Line 16 |
| Page 218, Line 25 | Page 218, Line 25 |
| Page 219, Line 2 | Page 219, Line 12 |
| Page 227, Line 24 | Page 227, Line 25 |
| Page 228, Line 2 | Page 228, Line 5 |
| Page 228, Line 15 | Page 228, Line 25 |
| Page 229, Line 2 | Page 229, Line 25 |

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 230, Line 2 | Page 230, Line 2 |
| Page 230, Line 19 | Page 230, Line 25 |
| Page 231, Line 14 | Page 231, Line 25 |
| Page 232, Line 2 | Page 232, Line 18 |
| Page 233, Line 17 | Page 233, Line 24 |
| Page 237, Line 17 | Page 237, Line 23 |
| Page 238, Line 7 | Page 238, Line25 |
| Page 239, Line 2 | Page 239, Line 11 |
| Page 246, Line 22 | Page 246, Line 25 |
| Page 247, Line 2 | Page 247, Line 2 |
| Page 249, Line 22 | Page 249, Line 25 |
| Page 251, Line 21 | Page 251, Line 25 |
| Page 252, Line 2 | Page 252, Line 2 |
| Page 253, Line 20 | Page 253, Line 25 |
| Page 254, Line 2 | Page 254, Line 9 |

**14.     Marvin Samson (June 23, 2006)**

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 13, Line 9 | Page 13, Line 11 |
| Page 13, Line 15 | Page 13, Line 25 |
| Page 14, Line 2 | Page 14, Line 7 |
| Page 16, Line 24 | Page 16, Line 25 |
| Page 17, Line 2 | Page 17, Line 4 |
| Page 17, Line 8 | Page 17, Line 8 |
| Page 18, Line 24 | Page 18, Line 25 |
| Page 19, Line 2 | Page 19, Line 10 |
| Page 21, Line 13 | Page 21, Line 25 |
| Page 22, Line 2 | Page 22, Line 2 |
| Page 24, Line 2 | Page 24, Line 25 |
| Page 35, Line 19 | Page 35, Line 22 |
| Page 36, Line 17 | Page 36, Line 25 |
| Page 38, Line 12 | Page 38, Line 14 |
| Page 38, Line 23 | Page 39, Line 24 |
| Page 41, Line 14 | Page 41, Line 20 |
| Page 41, Line 25 | Page 42, Line 12 |
| Page 49, Line 4 | Page 49, Line 5 |
| Page 53, Line 3 | Page 53, Line 17 |
| Page 53, Line 20 | Page 53, Line 22 |
| Page 55, Line 6 | Page 56, Line 7 |
| Page 56, Line 17 | Page 56, Line 22 |
| Page 57, Line 12 | Page 57, Line 24 |
| Page 58, Line 7 | Page 58, Line 14 |
| Page 59, Line 14 | Page 61, Line 10 |

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 62, Line 7 | Page 62, Line 11 |
| Page 65, Line 20 | Page 66, Line 8 |
| Page 67, Line 14 | Page 68, Line 9 |
| Page 68, Line 17 | Page 68, Line 18 |
| Page 70, Line 11 | Page 70, Line 19 |
| Page 71, Line 23 | Page 73, Line 4 |
| Page 73, Line 14 | Page 75, Line 8 |
| Page 75, Line 12 | Page 75, Line 13 |
| Page 76, Line 7 | Page 77, Line 14 |
| Page 79, Line 20 | Page 80, Line 12 |

**15.    Lawrence Welch (February 9, 2006 – Volume I)**

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 5, Line 9 | Page 5, Line 10 |
| Page 5, Line 20 | Page 6, Line 7 |
| Page 21, Line 17 | Page 21, Line 20 |
| Page 21, Line 23 | Page 22, Line 2 |
| Page 22, Line 6 | Page 22, Line 10 |
| Page 22, Line 13 | Page 22, Line 13 |
| Page 30, Line 11 | Page 30, Line 17 |
| Page 31, Line 4 | Page 32, Line 3 |
| Page 32, Line 6 | Page 32, Line 20 |
| Page 32, Line 23 | Page 33, Line 5 |

**16.    Lawrence Welch (February 9, 2006 – Volume II)**

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 78, Line 20 | Page 79, Line 20 |

**17.    Martin Williamson (February 21, 2006)**

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 5, Line 15 | Page 5, Line 19 |
| Page 6, Line 7 | Page 6, Line 12 |
| Page 7, Line 1 | Page 7, Line 8 |
| Page 7, Line 20 | Page 8, Line 4 |
| Page 9, Line 2 | Page 9, Line 7 |
| Page 10, Line 20 | Page 10, Line 22 |
| Page 18, Line 23 | Page 19, Line 10 |
| Page 20, Line 9 | Page 20, Line 21 |
| Page 23, Line 6 | Page 24, Line 5 |

**18.    Bradley Winter (November 1, 2005)**

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 11, Line 24 | Page 12, Line 2 |
| Page 18, Line 6 | Page 18, Line 17 |
| Page 30, Line 16 | Page 31, Line 3 |
| Page 38, Line 16 | Page 38, Line 23 |
| Page 46, Line 3 | Page 46, Line 9 |
| Page 49, Line 2 | Page 49, Line 13 |

**19.    Bradley Winter (November 17, 2005)**

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| Page 14, Line 4 | Page 15, Line 7 |
| Page 15, Line 21 | Page 17, Line 9 |
| Page 18, Line 14 | Page 18, Line 16 |
| Page 19, Line 16 | Page 19, Line 17 |
| Page 23, Line 6 | Page 23, Line 16 |
| Page 23, Line 24 | Page 24, Line 6 |
| Page 26, Line 6 | Page 26, Line 13 |
| Page 28, Line 19 | Page 29, Line 2 |
| Page 29, Line 12 | Page 29, Line 17 |
| Page 29, Line 22 | Page 30, Line 16 |
| Page 30, Line 17 | Page 31, Line 5 |
| Page 32, Line 2 | Page 32, Line 18 |
| Page 47, Line 22 | Page 48, Line 4 |
| Page 50, Line 23 | Page 51, Line 6 |
| Page 52, Line 2 | Page 52, Line 16 |
| Page 52, Line 21 | Page 53, Line 5 |
| Page 53, Line 17 | Page 55, Line 11 |
| Page 55, Line 24 | Page 56, Line 6 |
| Page 57, Line 12 | Page 57, Line 19 |
| Page 58, Line 3 | Page 58, Line 5 |
| Page 60, Line 22 | Page 61, Line 24 |
| Page 62, Line 22 | Page 64, Line 2 |
| Page 67, Line 23 | Page 68, Line 6 |
| Page 73, Line 22 | Page 74, Line 10 |
| Page 76, Line 22 | Page 77, Line 13 |
| Page 78, Line 2 | Page 78, Line 8 |
| Page 78, Line 9 | Page 78, Line 24 |
| Page 78, Line 25 | Page 79, Line 9 |
| Page 83, Line 15 | Page 84, Line 21 |
| Page 94, Line 16 | Page 95, Line 11 |
| Page 99, Line 16 | Page 100, Line 9 |

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
| --- | --- |
| Page 102, Line 2 | Page 102, Line 6 |
| Page 102, Line 23 | Page 103, Line 13 |
| Page 112, Line 2 | Page 112, Line 12 |
| Page 117, Line 23 | Page 118, Line 7 |
| Page 118, Line 22 | Page 119, Line 4 |
| Page 119, Line 5 | Page 120, Line 16 |

20.    **Jessica Wolff (May 4, 2006)**

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
| --- | --- |
| Page 6, Line 10 | Page 6, Line 12 |
| Page 8, Line 24 | Page 9, Line 1 |
| Page 73, Line 14 | Page 73, Line 22 |
| Page 78, Line 2 | Page 78, Line 8 |
| Page 78, Line 21 | Page 78, Line 24 |
| Page 80, Line 3 | Page 80, Line 10 |
| Page 80, Line 20 | Page 81, Line 2 |
| Page 81, Line 8 | Page 81, Line 17 |
| Page 87, Line 20 | Page 88, Line 8 |
| Page 92, Line 2 | Page 93, Line 1 |
| Page 93, Line 9 | Page 93, Line 21 |
| Page 102, Line 17 | Page 102, Line 20 |
| Page 102, Line 25 | Page 103, Line 5 |
| Page 103, Line 7 | Page 103, Line 12 |
| Page 103, Line 20 | Page 104, Line 2 |
| Page 104, Line 21 | Page 105, Line 20 |
| Page 105, Line 23 | Page 106, Line 1 |
| Page 106, Line 18 | Page 107, Line 2 |
| Page 144, Line 8 | Page 144, Line 17 |
| Page 144, Line 19 | Page 144, Line 20 |
| Page 149, Line 4 | Page 150, Line 12 |
| Page 179, Line 5 | Page 179, Line 12 |
| Page 180, Line 22 | Page 181, Line 7 |
| Page 182, Line 3 | Page 182, Line 18 |
| Page 185, Line 6 | Page 185, Line 11 |
| Page 185, Line 13 | Page 185, Line 18 |
| Page 185, Line 22 | Page 186, Line 1 |
| Page 186, Line 3 | Page 186, Line 4 |
| Page 186, Line 24 | Page 187, Line 2 |
| Page 188, Line 8 | Page 188, Line 11 |
| Page 188, Line 17 | Page 189, Line 7 |
| Page 189, Line 9 | Page 189, Line 20 |
| Page 190, Line 6 | Page 190, Line 15 |
| Page 201, Line 11 | Page 203, Line 3 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
James W. Parrett (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
(302) 658-9200
  Attorneys for Plaintiff
  Pharmacia & Upjohn Company LLC

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
McDONNELL BOEHNEN HULBERT
  & BERGHOFF LLP
300 S. Wacker Drive
Chicago, Illinois  60606
(312) 913-0001

October 24, 2006
542943

## CERTIFICATE OF SERVICE

I, James W. Parrett, hereby certify that on October 24th, 2006 I electronically filed Pharmacia's Amended Deposition Counter-Designations & Objections with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Steven J. Balick, Esquire
John G. Day, Esquire
ASHBY & GEDDES

I also certify that copies were caused to be served on October 24th, 2006 upon the following in the manner indicated:

### BY HAND

Steven J. Balick, Esquire
John G. Day, Esquire
ASHBY & GEDDES
222 Delaware Avenue
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Reid L. Ashinoff, Esquire
David R. Baum, Esquire
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020

Jordan Sigale, Esquire
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
Chicago, IL 60606

*/s/ James W. Parrett*
James W. Parrett (#4292)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
jparrett@mnat.com