IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-833-KAJ |
| | ) | |
| SICOR INC. and SICOR | ) | |
| PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PHARMACIA'S AMENDED DEPOSITION COUNTER-DESIGNATIONS & OBJECTIONS**

Plaintiff Pharmacia & Upjohn LLC ("Pharmacia") designates the following portions of deposition transcripts, and provides the following objections, in response to the designations of portions of deposition testimony designated by Defendants Sicor Inc. and Sicor Pharmaceuticals, Inc. (collectively, "Sicor") as testimony to be presented at trial. Pharmacia also reserves the right to make additional counter-designations to Defendants' deposition designations, as well as to amend these designations by adding, removing, or otherwise changing designations.

**1.    Diego Oldani (June 6, 2006 - Pharmacia & Upjohn v. Sicor, Inc., et al.)**

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 7:2 | 7:5 | | | |
| 7:22 | 9:12 | | | |
| 10:7 | 10:13 | | | |
| 11:9 | 11:24 | | | |
| 12:7 | 13:1 | | | |

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 21:7 | 22:5 | | | |
| 26:10 | 28:7 | 28:13 29:22 | 29:9 30:6 | 401; foundation; stand by objection. made at 27:21-22 |
| 30:14 | 32:10 | 33:3 | 34:15 | 401; 403 |
| 35:11 | 35:19 | | | 401; 403; stand by objection made at 32:2-4 |
| 36:16 | 38:5 | 38:6 | 39:8 | 401; 403; stand by objection made at 36:12-22 |
| 39:9 | 40:7 | | | 401; 403; stand by objection made at 39:13-14 |
| 41:13 | 41:22 | 41:23 | 42:6 | 401; 403; incomplete hypothetical |
| 42:7 | 42:16 | 43:14 | 44:11 | 401; 403; incomplete hypothetical; stand by objection made at 42:11-13 |
| 44:12 | 46:6 | 46:12 | 47:5 | 401; 403; stand by objection made at 45:13-16 |
| 47:9 | 49:19 | | | 401, 403; stand by objections made at 47:13-14, 48:18-20, and 49:15-16 |
| 51:17 | 52:5 | | | 401; 403; stand by objection made at 51:22-23 |

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 53:9 | 54:11 | | | 401; 403; incomplete hypothetical; stand by objection made at 53:15-18 |
| 73:10 | 74:4 | | | 106 |
| 85:21 | 86:7 | | | 401; 403; lacks foundation; incomplete hypothetical |
| 90:9 | 91:11 | 91:21 | 92:15 | 401; 403; 602; stand by objection made at 90:23-25 |

2.     **Gaetano Gatti (June 8, 2006 - Pharmacia & Upjohn v. Sicor, Inc., et al.)**

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 7:5 | 7:9 | | | |
| 8:2 | 8:7 | | | |
| 13:8 | 15:7 | | | |
| 17:2 | 17:20 | | | |
| 29:13 | 30:3 | | | 401; 403; lacks foundation |
| 30:20 | 31:4 | | | 401; 403 |
| 35:6 | 35:14 | | | 401; 403; stand by objection made at 35:12-13 |

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 35:15 | 41:11 | | | 401; 403; stand by objections made at 40:3-4, 40:17-18, and 41:7-8 |
| 43:22 | 45:20 | | | 401; 403; stand by objections made at 44:5-6; 44:23-25 |
| 46:21 | 47:24 | | | 401; 403; incomplete hypothetical |
| 54:16 | 63:20 | | | 401; 403; 602; 106; stand by objections made at 54:20-21, 56:1-2, 57:15-16, and 60:13-17 |
| 67:16 | 71:14 | | | 401, 403; 602; 802; stand by objection made at 68:23 – 69:4, 70:1-2, and 71:12-14 |
| 74:20 | 76:4 | 71:15 | 72:5 | 602 |
| 76:15 | 79:16 | 76:5 | 76:10 | |
| 82:3 | 82:13 | | | |
| 95:2 | 96:1 | | | 401; 403 |
| 96:9 | 97:24 | | | 401; 403; lacks foundation; incomplete hypothetical; stand by objections made at 96:11-12 and 97:12-13 |

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 103:4 | 103:19 | 97:25<br>99:19 | 99:9<br>100:1 | 401; 403; 602; stand by objections made at 100:25-101:1, 102:25-103:2 and 103:16-17 |
| 106:2 | 106:15 | | | 401; 403; 106; lacks foundation |
| 115:20 | 117:24 | 115:14 | 115:19 | 401; 403; 602; stand by objections made at 116:11-12, 116:22-23 and 117:20-21 |
| 121:16 | 122:17 | | | 401; 403; 106; stand by objections made at 122:1-3 and 122:12-13 |
| 124:10 | 125:25 | | | |
| 127:7 | 129:2 | | | |
| 147:4 | 148:1 | 132:22 | 134:16 | 401; 403; stand by objection made at 147:24-25 |

3.     **Carlo Confalonieri (February 17, 1999 – Faulding (CANADA) Inc. v. Pharmacia S.p.A)**

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 1:12 | 1:19 | | | |
| 2:7 | 2:15 | | | 401, 403 |

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 4:5 | 4:25 | | | 401, 403 |
| 16:9 | 18:4 | 11:18<br>12:24 | 12:02<br>13:06 | 401, 403 |
| 19:4 | 19:19 | 19:22<br>22:12 | 20:11<br>23:02 | 401, 403 |
| 23:3 | 23:16 | 23:17 | 24:02 | 401, 403<br>incomplete |
| 24:8 | 24:18 | 24:19 | 25:16 | 401, 403<br>incomplete |
| 27:16 | 28:13 | 25:16<br>27:05<br>28:14 | 26:14<br>27:15<br>28:22 | 401, 403 |
| 28:23 | 29:5 | 29:06 | 30:24 | 401, 403<br>incomplete |
| 30:25 | 32:5 | 32:06 | 33:10 | 401, 403 |
| 33:14 | 34:23 | 34:24 | 35:01 | 401, 403<br>incomplete |
| 35:2 | 35:6 | 35:25 | 36:05 | 401, 403 |
| 36:10 | 37:17 | 37:18 | 39:05 | 401, 403 |
| 39:6 | 39:19 | 39:20 | 40:18 | 401, 403 |
| 40:19 | 41:3 | 41:04 | 41:08 | 401, 403 |
| 42:8 | 42:19 | 42:20 | 44:04 | 401, 403 |
| 44:5 | 44:11 | 42:20<br>44:12<br>46:16 | 42:23<br>45:11<br>46:25 | 401, 403 |

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 49:5 | 49:22 | 49:04 51:16 | 52:17 | 401, 403 incomplete |
| 60:20 | 64:13 | 68:08 70:11 | 68:25 70:18 | 401, 403 |

4.    **Lawrence Welch (February 9, 2006 - Pharmacia & Upjohn v. Sicor, Inc., et al.)**

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 5:9 | 7:11 | | | 402, 403P |
| 18:2 | 21:16 | | | 402 |
| 22:6 | 23:16 | | | 402 |
| 25:21 | 27:2 | | | 402, 403P, 602; 25:25-26:2, 26:14-26:15 |
| 28:19 | 29:10 | | | 402, 403P, 602 |
| 36:25 | 37:6 | | | 802, 37:3 |
| 61:23 | 62:21 | 78:20 | 79:20 | 402, 403P, 602 |

**5.    Martin Williamson (February 21, 2006 - Pharmacia & Upjohn v. Sicor, Inc., et al.)**

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 5:14 | 6:12 | | | |
| 7:1 | 8:11 | | | |
| 9:2 | 9:7 | | | |
| 31:3 | 35:18 | | | 402, 602, 802 |
| 38:11 | 38:17 | | | 402, 602 |
| 39:4 | 40:13 | 43:20 44:21 49:14 | 44:8 45:2 49:22 | 402, 602 |
| 50:14 | 50:24 | 51:1 53:14 | 51:9 53:19 | 402, 602, 802 |
| 54:13 | 56:6 | 57:10 58:7 | 57:17 58:14 | 402, 602, 802; 55:13, 56:4 |
| 58:15 | 62:12 | | | 402, 602, 802 |
| 62:21 | 63:22 | | | |
| 64:7 | 64:16 | | | 402 |
| 71:6 | 72:19 | | | 402 |
| 73:23 | 79:21 | | | 402; 74:5, 78:9, 79:6 |
| 80:10 | 81:16 | | | |
| 82:7 | 83:4 | | | |
| 83:9 | 89:16 | | | 602, 802 |
| 89:20 | 90:23 | 91:15 91:23 | 91:19 92:9 | |

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 92:19 | 94:18 | | | 602 |
| 100:24 | 102:15 | | | 602 |
| 115:23 | 116:15 | | | |
| 121:12 | 121:24 | | | 402 |
| 125:2 | 129:10 | 129:18 | 130:4 | 602 |

**6.    Wesley Fach (May 3, 2006 - Pharmacia & Upjohn v. Sicor, Inc., et al.)**

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 7:9 | 7:20 | | | |
| 11:16 | 13:14 | | | |
| 15:6 | 17:3 | | | |
| 17:9 | 18:5 | | | |
| 18:15 | 18:24 | | | |
| 19:7 | 20:8 | 20:10 | 20:13 | |
| 24:2 | 24:24 | 24:25 | 25:9 | |
| 31:6 | 32:13 | | | |
| 33:7 | 34:15 | | | Incomplete Response (32:11 – 33:5) |
| 35:23 | 37:7 | | | |
| 38:16 | 39:19 | | | |

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 40:3 | 40:5 | | | |
| 40:8 | 43:7 | | | Hearsay |
| 43:12 | 44:4 | | | |
| 44:19 | 44:1 | 44:5 | 44:18 | |
| 46:4 | 46:20 | 49:16 | 49:20 | |
| 50:8 | 51:8 | | | |
| 51:15 | 51:17 | 53:18 53:23 | 53:20 54:3 | |
| 54:5 | 55:25 | 56:4 61:3 61:21 | 56:11 61:14 61:24 | |
| 62:24 | 63:17 | 64:3 | 64:9 | |
| 64:12 | 64:23 | 64:24 65:4 | 65:1 65:8 | |
| 65:17 | 66:2 | 68:9 | 68:25 | |
| 69:9 | 69:11 | | | |
| 69:18 | 69:24 | | | |
| 71:3 | 71:18 | 71:19 | 72:3 | Relevance |
| 72:9 | 73:14 | | | Relevance |
| 73:21 | 75:2 | 75:3 | 75:6 | |
| 77:3 | 77:11 | | | |
| 77:15 | 77:22 | | | |
| 77:25 | 78:4 | 78:6 | 78:18 | |
| 78:19 | 78:21 | | | |

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 79:2 | 79:22 | | | |
| 80:11 | 80:17 | | | |
| 80:23 | 81:5 | | | |
| 86:13 | 87:16 | 90:13 | 90:18 | Contains objections of counsel |
| 91:10 | 92:24 | 93:15 95:6 96:5 | 95:2 95:22 96:6 | |
| 96:8 | 96:21 | 96:22 97:3 | 96:24 97:11 | |
| 97:12 | 98:5 | 98:6 98:12 | 98:10 99:5 | |
| 99:6 | 99:22 | | | |
| 101:7 | 101:24 | 101:25 102:7 | 102:2 102:18 | |
| 104:4 | 104:21 | 104:22 104:25 | 104:23 105:4 | |
| 106:13 | 107:7 | 110:16 110:24 111:10 111:21 | 110:19 111:6 111:17 111:23 | Contain Objections of Counsel |
| 113:12 | 114:9 | | | |
| 114:16 | 114:24 | | | |
| 115:6 | 115:18 | | | |
| 115:24 | 116:8 | 116:10 116:14 | 116:12 116:15 | |
| 117:11 | 119:2 | | | |

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 119:8 | 120:20 | | | Relevance (119:19 – 120:20) |
| 120:25 | 121:11 | 121:12<br>121:15 | 121:16 | |
| 123:21 | 125:25 | | | |
| 127:2 | 127:5 | | | |
| 127:9 | 128:8 | | | |
| 130:20 | 130:24 | | | |
| 131:2 | 131:23 | 133:10<br>133:17<br>135:2 | 133:12<br>134:1<br>135:8 | |
| 135:13 | 135:21 | 135:22<br>136:9 | 135:23<br>136:13 | |
| 136:22 | 136:24 | | | |
| 137:3 | 137:5 | 138:13<br>138:20 | 138:16<br>138:22 | |
| 138:24 | 139:1 | | | |
| 140:2 | 140:22 | | | |
| 143:17 | 143:24 | 145:21<br>149:25<br>150:5 | 146:3<br>150:2<br>150:12 | |
| 150:14 | 151:8 | | | |
| 153:1 | 153:22 | | | |
| 154:2 | 154:25 | | | |
| 155:4 | 155:16 | | | |
| 155:20 | 156:1 | 156:12 | 156:21 | |

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 156:22 | 157:21 | | | |
| 158:24 | 159:2 | | | |
| 159:6 | 159:14 | | | |
| 160:9 | 160:22 | | | |
| 161:9 | 161:16 | 161:17 | 162:9 | |
| 163:6 | 163:18 | 163:19 | 164:2 | |
| 164:3 | 164:25 | | | |
| 165:1 | 165:2 | | | |
| 165:19 | 166:14 | | | |
| 171:8 | 172:25 | | | |
| 173:1 | | 173:2 179:11 | 173:16 179:23 | |
| 180:20 | 180:22 | | | |
| 181:5 | 181:18 | 189:23 191:8 | 190:13 191:16 | |
| 191:17 | 192:20 | 192:24 194:4 | 193:8 195:9 | |
| 195:10 | 196:13 | 196:14 196:18 | 196:15 196:19 | |
| 197:19 | 198:14 | | | |
| 198:25 | 199:18 | | | |
| 199:23 | 200:25 | | | |
| 201:1 | 201:4 | 201:5 201:24 | 301:18 202:7 | |
| 202:8 | 202:16 | | | |

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 202:20 | 202:21 | 202:22 | 203:7 | |
| 203:8 | 205:7 | 205:8 | 206:2 | |
| 206:15 | 206:25 | | | |
| 207:23 | 209:8 | 209:9 | 209:17 | |
| 209:18 | 210:10 | 211:24 | 212:15 | |
| 212:22 | 213:23 | 215:9 | 217:19 | |
| 217:20 | 218:18 | 220:6 | 221:7 | |
| 221:8 | 222:3 | | | |
| 223:14 | 223:17 | | | |
| 224:1 | 224:10 | | | |
| 224:12 | | | | |
| 224:15 | | 224:17 226:21 229:23 | 225:25 228:8 230:2 | |
| 230:3 | 230:25 | 231:1 232:2 | 231:13 232:8 | |
| 233:24 | 235:11 | 235:12 235:19 | 235:16 236:7 | |
| 238:5 | 238:19 | | | |
| 243:19 | 245:1 | | | |
| 265:25 | 266:21 | 267:3 | 267:9 | |
| 267:22 | 268:21 | | | |
| 269:1 | 271:18 | 272:19 272:24 | 272:21 272:25 | |

7.      Peter Laivins (November 2, 2005 - Pharmacia & Upjohn v. Sicor, Inc., et al.)

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 6:5 | 6:10 | | | |
| 6:13 | 7:2 | | | |
| 7:25 | 8:13 | 8:14 | 8:19 | |
| 8:20 | 9:4 | 9:16 | 9:19 | |
| 10:17 | 11:23 | | | |
| 12:25 | 14:23 | | | |
| 45:6 | 45:14 | | | 802 |
| 53:13 | 53:24 | 53:25 56:2 56:14 | 54:18 56:7 56:21 | 402 |
| 61:3 | 61:23 | | | 402 |
| 62:16 | 63:14 | 63:15 | 63:19 | 402 |
| 63:20 | 64:10 | | | 402 |
| 65:20 | 66:18 | | | 402, Attorney Argument |
| 74:2 | 75:4 | 73:12 | 73:25 | 402 |
| 75:5 | 75:21 | | | |
| 78:18 | 78:24 | 77:3 | 78:17 | |
| 79:3 | 80:4 | 80:5 81:6 90:6 | 80:13 81:16 90:19 | |
| 91:19 | 92:2 | 91:11 | 91:18 | |
| 114:5 | 114:14 | 113:17 | 114:4 | 106 |

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 114:19 | 116:9 | 116:10 | 116:14 | 106 |
| 117:8 | 118:12 | 118:13 | 119:18 | |
| 119:19 | 119:22 | 119:23 | 119:24 | |
| 120:9 | 120:17 | 120:2 120:8 | 120:4 120:8 | |
| 132:20 | 133:7 | | | |
| 133:10 | 133:13 | | | |
| 133:19 | 136:5 | | | 402 |
| 136:14 | 136:22 | | | 402 |
| 138:25 | 139:12 | | | 402 |
| 139:17 | 140:5 | | | |
| 140:23 | 141:16 | | | 106 |
| 141:12 | 141:21 | 141:22 | 142:14 | 402 |
| 142:15 | 143:20 | 143:21 | 144:6 | |
| 144:10 | 144:16 | 144:17 145:2 | 144:19 145:14 | 106 |
| 146:8 | 147:20 | 145:15 | 146:7 | |
| 148:17 | 149:9 | 149:10 | 149:19 | 402; Argumentative |
| 150:19 | 151:13 | 151:14 | 152:9 | 402; Argumentative |
| 152:10 | 152:18 | | | |
| 154:18 | 155:24 | 115:18 | 116:14 | |
| 157:21 | 160:13 | | | |
| 160:17 | 161:2 | | | |

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 161:8 | 162:4 | 162:5 | 162:9 | |
| 162:10 | 162:19 | | | |
| 162:24 | 165:2 | 165:3 | 166:14 | 402 |
| 168:22 | 169:5 | | | |
| 174:5 | 174:14 | 174:15 | 174:23 | 402 |
| 175:6 | 175:25 | | | |
| 176:2 | 177:18 | | | |
| 181:11 | 181:25 | 182:2 | 182:21 | 106 |
| 183:17 | 183:25 | 184:2 | 184:3 | 106 |
| 184:4 | 185:8 | | | |
| 185:12 | 185:14 | 185:15 | 185:21 | 402 |
| 185:22 | 186:21 | 186:22<br>188:16<br>189:11 | 187:11<br>189:7<br>189:12 | |
| 189:13 | 190:12 | | | |
| 194:5 | 194:10 | 194:11 | 194:15 | |
| 195:10 | 196:25 | | | |
| 197:2 | 197:13 | | | |
| 199:5 | 199:25 | | | 106, 402, Argumentative |
| 200:15 | 202:25 | | | |
| 203:17 | 204:4 | 204:5<br>204:11<br>204:15 | 204:8<br>204:13<br>204:16 | 402, 602 |

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 205:2 | 205:12 | 205:13 | 207:2 | 602 |
| 207:3 | 207:16 | 207:17 | 208:3 | |
| 209:10 | 210:11 | 210:12 | 210:22 | |
| 221:13 | 221:25 | | | |
| 224:6 | 224:24 | | | |
| 225:2 | 228:24 | | | 402 |
| 229:17 | 229:19 | | | 402 |
| 229:20 | 230:2 | | | |
| 230:8 | 230:14 | | | |
| 231:5 | 233:9 | | | 402, Attorney Argument |
| 237:8 | 238:9 | | | 106 |
| 239:24 | 239:25 | | | |
| 240:2 | 240:24 | | | 402 |
| 244:7 | 244:9 | | | 402 |
| 244:12 | 244:18 | | | 402 |
| 252:6 | 252:18 | 251:9 | 252:5 | |

8.      **Howard Meyer (September 29, 2005 - Pharmacia & Upjohn v. Sicor, Inc., et al.)**

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 6:3 | 6:5 | | | 402 |

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 6:8 | 6:14 | | | 402 |
| 7:25 | 8:7 | | | |
| 8:23 | 9:2 | | | |
| 10:23 | 10:25 | | | |
| 11:11 | 11:17 | 11:18 | 12:5 | 402 |
| 13:3 | 13:24 | 12:22 14:5 | 13:2 14:6 | 402 |
| 14:7 | 14:15 | | | |
| 15:5 | 15:8 | 18:22 | 19:4 | 402, 403C |
| 38:15 | 39:20 | 35:23 63:22 | 36:25 64:5 | 402, 403C |
| 47:17 | 47:23 | | | 402 |
| 48:2 | 49:6 | 49:7 | 49:18 | 106 |
| 49:19 | 50:14 | 50:15 | 53:10 | 106, 402 |
| 53:11 | 53:21 | 53:22 | 53:24 | 106, 402 |
| 53:25 | 55:16 | 55:17 | 56:13 | 106, 402 |
| 56:14 | 60:12 | | | 402, 403C, W |
| 61:13 | 61:15 | | | 106, 402 |
| 61:19 | 61:24 | 61:25 | 62:6 | 106, 402 |
| 62:7 | 63:7 | 63:8 | 63:12 | 402 |
| 63:13 | 64:5 | 65:14 | 65:20 | |
| 68:12 | 69:7 | 69:8 71:16 | 71:2 71:20 | 602 |

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 72:11 | 72:16 | | | |
| 73:4 | 73:15 | | | 402 |
| 77:18 | 80:25 | 81:5 | 81:15 | 602, 403W |
| 91:6 | 92:3 | 92:7 | 92:16 | 402 |
| 113:9 | 114:22 | 114:23 | 115:19 | 402 |
| 115:20 | 116:8 | 116:9 | 116:21 | 106, 402 |
| 117:10 | 117:17 | | | 402 |
| 121:13 | 122:3 | 122:4 | 122:20 | |
| 122:21 | 124:20 | 124:21 | 125:4 | 106 |
| 125:15 | 126:4 | 126:5 | 127:3 | Question mischaracterizes the evidence, 106 |
| 127:4 | 127:13 | | | 602 |
| 128:13 | 128:23 | | | |
| 129:18 | 129:23 | 129:10 129:24 | 129:17 130:11 | |
| 131:15 | 131:25 | 132:2 | 132:7 | |
| 132:23 | 133:4 | | | 402 |
| 134:8 | 134:12 | | | |
| 134:22 | 135:12 | 135:13 | 135:20 | |
| 135:21 | 136:15 | | | |
| 137:5 | 137:11 | 137:2 | 137:4 | |
| 143:11 | 144:3 | | | 402 |

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 144:10 | 145:14 | 145:15 | 145:17 | 402 |
| 145:18 | 145:20 | | | |
| 154:11 | 154:16 | 154:17 | 154:24 | 402, 602 |
| 154:25 | 155:4 | 155:5 | 155:8 | 402 |
| 157:2 | 157:9 | 157:10 | 157:13 | 402, 602 |
| 158:4 | 158:16 | | | 402, 602 |
| 158:22 | 159:4 | | | 602 |
| 159:14 | 159:22 | 159:9 | 159:13 | 602 |
| 160:19 | 160:22 | | | 602 |
| 163:17 | 163:22 | 163:23 | 164:4 | 602 |
| 167:2 | 168:5 | 168:6 | 168:9 | 106 |
| 168:10 | 169:15 | | | 106 |
| 169:20 | 169:25 | 170:2 | 170:13 | 106 |
| 170:19 | 170:20 | 170:21 | 171:3 | |
| 171:4 | 171:10 | | | |
| 176:6 | 176:15 | 175:19 176:16 | 176:5 177:2 | |
| 178:5 | 178:13 | | | Question calls for speculation, 602 |
| 178:17 | 178:22 | | | Question calls for speculation, 602 |
| 179:3 | 179:16 | | | Question calls for speculation, 602 |
| 182:7 | 182:21 | | | 402 |

9.    **Bradley Winter (November 17, 2005 - Pharmacia & Upjohn v. Sicor, Inc., et al.)**

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 9:6 | 9:17 | | | 402 |
| 13:24 | 15:7 | 15:17 | 15:20 | |
| 15:21 | 16:8 | 16:9 | 16:18 | |
| 20:10 | 20:23 | | | 402 |
| 21:5 | 21:8 | 21:9 | 21:14 | |
| 21:15 | 23:5 | 23:10 | 23:12 | 602 |
| 23:24 | 24:10 | 24:14 | 24:24 | |
| 26:6 | 26:16 | 26:17 | 27:4 | |
| 27:5 | 27:25 | | | |
| 36:25 | 37:6 | | | |
| 37:25 | 38:24 | 44:12 | 44:18 | |
| 46:4 | 46:18 | 47:8 | 47:21 | |
| 47:22 | 48:17 | 48:18 | 49:5 | |
| 49:15 | 50:3 | 50:4 | 50:4 | Incomplete hypothetical, 701, 402, foundation |
| 50:5 | | | | Incomplete hypothetical, 701, 402, foundation |
| 50:8 | 51:11 | 51:12 | 51:13 | Incomplete hypothetical, 701, 402, foundation |
| 51:17 | 52:16 | 52:17 | 53:5 | |
| 60:13 | 60:21 | | | |

| Defendants' Revised Designation, Beginning Page, Line Nos. | Defendants' Revised Designation, Ending Page, Line Nos. | Plaintiffs' Amended Counter-Designation Beginning Page, Line Nos. | Plaintiffs' Amended Counter-Designation End Page, Line Nos. | Plaintiffs' Objections |
|---|---|---|---|---|
| 62:22 | 63:10 | | | |
| 63:20 | 64:22 | 63:11 64:23 | 63:19 64:24 | |
| 64:25 | 65:6 | 65:7 | 65:16 | 106 |
| 66:20 | 67:14 | 67:15 | 68:2 | |
| 70:14 | 71:2 | 71:3 72:8 73:18 | 72:3 72:16 77:13 | |
| 78:2 | 78:8 | 78:9 79:18 80:24 | 78:19 79:20 82:16 | |
| 84:9 | 84:24 | 84:25 | 85:6 | |
| 85:13 | 85:15 | 85:16 | 86:2 | |
| 86:3 | 86:12 | 86:13 | 89:15 | |
| 91:18 | 92:16 | 92:17 | 93:6 | 106 |
| 93:7 | 93:14 | 93:15 | 95:11 | 106 |
| 98:5 | 99:11 | 99:16 100:24 102:23 | 100:9 101:14 103:13 | |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
James W. Parrett (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
(302) 658-9200
  Attorneys for Plaintiff
  Pharmacia & Upjohn Company LLC

OF COUNSEL:

Daniel A. Boehnen
Joshua R. Rich
McDONNELL BOEHNEN HULBERT
  & BERGHOFF LLP
300 S. Wacker Drive
Chicago, Illinois  60606
(312) 913-0001

October 24, 2006

542944

## CERTIFICATE OF SERVICE

I, James W. Parrett, hereby certify that on October 24th, 2006 I electronically filed Pharmacia's Amended Deposition Counter-Designations & Objections with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> ASHBY & GEDDES

I also certify that copies were caused to be served on October 24th, 2006 upon the following in the manner indicated:

### BY HAND

Steven J. Balick, Esquire
John G. Day, Esquire
ASHBY & GEDDES
222 Delaware Avenue
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Reid L. Ashinoff, Esquire
David R. Baum, Esquire
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020

Jordan Sigale, Esquire
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
Chicago, IL 60606

/s/ James W. Parrett
James W. Parrett (#4292)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
jparrett@mnat.com