IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-833-KAJ |
| | ) | |
| SICOR INC. and | ) | |
| SICOR PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' REVISED PAGE AND LINE DEPOSITION DESIGNATIONS

ASHBY & GEDDES
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*Attorneys for Defendants*

*Of Counsel:*

Reid L. Ashinoff
Michael S. Gugig
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700

Jordan A. Sigale
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois 60606
(312) 876-8000

Dated:  October 24, 2006

## DEFENDANTS' REVISED PAGE AND LINE DEPOSITION DESIGNATIONS

Defendants Sicor Inc. and Sicor Pharmaceuticals, Inc. designate the following portions of deposition transcripts as testimony to be presented at trial. Defendants also reserve the right to make counter-designations to Plaintiff's deposition designations, as well as to amend these designations by adding, removing, or otherwise changing designations.

| | |
|---|---|
| Tab A: | Diego Oldani |
| Tab B: | Gaetano Gatti |
| Tab C: | Carlo Confalonieri |
| Tab D: | Lawrence T. Welch |
| Tab E: | Martin Williamson |
| Tab F: | Wesley Fach |
| Tab G: | Peter Laivins |
| Tab H: | Howard Meyers |
| Tab I: | Bradley Winter |

# EXHIBIT A

WITNESS:              Diego Oldani
DATE OF TESTIMONY:    June 9, 2006
                      Pharmacia & Upjohn v. Sicor, Inc. and Sicor Pharmaceuticals

TRANSCRIPT REFERENCE

## SICOR'S REVISED PAGE AND LINE DESIGNATIONS

| Beginning Page, Line(s) | Ending Page, Line(s) |
|---|---|
| 7:2 | 7:5 |
| 7:22 | 9:12 |
| 10:7 | 10:13 |
| 11:9 | 11:24 |
| 12:7 | 13:1 |
| 21: 7 | 21:20 |
| 21:23 | 22:5 |
| 26:10 | 26:16 |
| 26:19 | 26:20 |
| 26:22 | 27:6 |
| 27:9 | 27:20 |
| 27:23 | 28:7 |
| 30:14 | 30:19 |
| 30:21 | 31:11 |
| 31:19 | 32:1 |
| 32:5 | 32:10 |
| 35:11 | 35:19 |
| 36:16 | 36:18 |
| 36:23 | 37:9 |
| 37:12 | 37:20 |
| 37:23 | 38:5 |
| 39:9 | 39:12 |
| 39:15 | 39:24 |

| | |
|---|---|
| 40:2 | 40:7 |
| 41:13 | 41:16 |
| 41:19 | 41:22 |
| 42:7 | 42:10 |
| 42:14 | 42:16 |
| 44:12 | 45:12 |
| 45:17 | 46:6 |
| 47:9 | 47:12 |
| 47:15 | 48:17 |
| 48:21 | 49:14 |
| 49:17 | 49:19 |
| 51:17 | 51:21 |
| 51:24 | 52:5 |
| 53:9 | 53:14 |
| 53:19 | 54:11 |
| 73:10 | 73:25 |
| 74:3 | 74:4 |
| 85:21 | 85:22 |
| 85:25 | 86:4 |
| 86:7 | 86:7 |
| 90:9 | 90:13 |
| 90:16 | 90:22 |
| 91:1 | 91:11 |

# EXHIBIT B

**WITNESS:**                 **Gaetano Gatti**
**DATE OF TESTIMONY:**   **June 8, 2006**
                                    **Pharmacia & Upjohn v. Sicor, Inc. and Sicor Pharmaceuticals**

TRANSCRIPT REFERENCE

### SICOR'S REVISED PAGE AND LINE DESIGNATIONS

| Beginning Page, Line(s) | Ending Page, Line(s) |
|---|---|
| 7:5 | 7:9 |
| 8:2 | 8:7 |
| 13:8 | 15:7 |
| 17:2 | 17:20 |
| 29:13 | 29:16 |
| 29:19 | 30:3 |
| 30:20 | 30:22 |
| 30:25 | 31:4 |
| 35:6 | 35:11 |
| 35:14 | 35:17 |
| 35:20 | 36:4 |
| 36:7 | 36:21 |
| 36:24 | 37:6 |
| 37:9 | 37:23 |
| 38:1 | 38:10 |
| 38:13 | 38:22 |
| 38:25 | 39:10 |
| 39:13 | 39:19 |
| 39:22 | 40:2 |
| 40:5 | 40:16 |
| 40:19 | 41:6 |
| 41:9 | 41:11 |
| 43:22 | 44:4 |

| | |
|---|---|
| 44:7 | 44:22 |
| 45:4 | 45:20 |
| 46:21 | 46:25 |
| 47:3 | 47:13 |
| 47:16 | 47:24 |
| 54:16 | 54:19 |
| 54:22 | 55:25 |
| 56:3 | 57:14 |
| 57:17 | 58:25 |
| 59:3 | 59:17 |
| 59:20 | 61:16 |
| 61:19 | 61:23 |
| 62:1 | 62:16 |
| 62:19 | 63:1 |
| 63:4 | 63:14 |
| 63:17 | 63:20 |
| 67:16 | 67:18 |
| 67:21 | 68:1 |
| 68:4 | 68:13 |
| 68:16 | 68:22 |
| 69:5 | 69:9 |
| 69:12 | 69:16 |
| 69:19 | 69:25 |
| 70:3 | 70:7 |
| 70:10 | 71:14 |
| 74:20 | 76:4 |
| 76:15 | 79:16 |
| 82:3 | 82:13 |
| 95:2 | 95:5 |
| 95:8 | 95:23 |
| 96:1 | 96:1 |
| 96:9 | 96:10 |

| | |
|---|---|
| 96:13 | 96:16 |
| 96:19 | 97:2 |
| 97:5 | 97:11 |
| 97:14 | 97:19 |
| 97:22 | 97:24 |
| 103:4 | 103:15 |
| 103:18 | 103:19 |
| 106:2 | 106:6 |
| 106:9 | 106:15 |
| 115:20 | 116:11 |
| 116:13 | 116:21 |
| 116:24 | 117:19 |
| 117:22 | 11724 |
| 121:16 | 121:25 |
| 122:4 | 122:11 |
| 122:14 | 122:17 |
| 124:10 | 124:18 |
| 124:21 | 125:11 |
| 125:13 | 125:16 |
| 125:19 | 125:25 |
| 127:7 | 127:12 |
| 127:18 | 127:21 |
| 128:1 | 128:7 |
| 128:10 | 218:12 |
| 128:15 | 128:16 |
| 128:18 | 128:23 |
| 128:25 | 129:2 |
| 147:4 | 147:9 |
| 147:12 | 147:23 |
| 148:1 | 148:1 |

# EXHIBIT C

WITNESS:              Carlo Confalonieri
DATE OF TESTIMONY:    February 17, 1999
                      Faulding (CANADA) Inc. v. Pharmacia S.p.A.
                      Court File No. T-421-97

TRANSCRIPT REFERENCE

### SICOR'S REVISED PAGE AND LINE DESIGNATIONS

| Beginning Page, Line(s) | Ending Page, Line(s) |
|---|---|
| 1:12 | 1:19 |
| 2:7 | 2:15 |
| 4:5 | 4:25 |
| 16:9 | 18:4 |
| 19:4 | 19:19 |
| 23:3 | 23:16 |
| 24:8 | 24:18 |
| 27:16 | 28:13 |
| 28:23 | 29:5 |
| 30:25 | 32:5 |
| 33:14 | 34:23 |
| 35:2 | 35:6 |
| 36:10 | 37:17 |
| 39:6 | 39:19 |
| 40:19 | 41:3 |
| 42:8 | 42:19 |
| 44:5 | 44:11 |
| 49:5 | 49:22 |
| 60:20 | 64:13 |

# EXHIBIT D

**WITNESS:**              Lawrence Welch
**DATE OF TESTIMONY:**    February 9, 2006
                         Pharmacia & Upjohn v. Sicor, Inc. and Sicor Pharmaceuticals

TRANSCRIPT REFERENCE

## SICOR'S REVISED PAGE AND LINE DESIGNATIONS

| Beginning Page, Line(s) | Ending Page, Line(s) |
|---|---|
| 5:9 | 7:11 |
| 18:2 | 21:16 |
| 22:6 | 22:10 |
| 22:13 | 23:16 |
| 25:21 | 25:24 |
| 26:3 | 26:13 |
| 26:16 | 27:8 |
| 28:19 | 29:10 |
| 36:25 | 37:2 |
| 37:5 | 37:6 |
| 61:23 | 62:21 |

# EXHIBIT E

WITNESS:                Martin Williamson
DATE OF TESTIMONY:  February 21, 2006
                        Pharmacia & Upjohn v. Sicor, Inc. and Sicor Pharmaceuticals

TRANSCRIPT REFERENCE

### SICOR'S REVISED PAGE AND LINE DESIGNATIONS

| Beginning Page, Line(s) | Ending Page, Line(s) |
|---|---|
| 5:14 | 6:12 |
| 7:1 | 8:11 |
| 9:2 | 9:7 |
| 31:3 | 35:18 |
| 38:11 | 38:17 |
| 39:4 | 40:13 |
| 50:14 | 50:24 |
| 54:13 | 56:6 |
| 58:15 | 60:4 |
| 60:6 | 62:12 |
| 62:21 | 63:22 |
| 64:7 | 64:16 |
| 71:6 | 72:19 |
| 73:23 | 74:4 |
| 74:6 | 75:13 |
| 75:15 | 78:8 |
| 78:10 | 79:5 |
| 79:9 | 79:21 |
| 80:10 | 81:16 |
| 82:7 | 83:4 |
| 83:9 | 89:16 |
| 89:20 | 90:23 |
| 92:19 | 93:10 |
| 93:13 | 94:18 |

| 100:24 | 102:15 |
|--------|--------|
| 115:23 | 116:15 |
| 121:12 | 121:24 |
| 125:2  | 128:10 |
| 128:12 | 129:10 |

# EXHIBIT F

WITNESS:              Wesley Fach
DATE OF TESTIMONY:    May 3, 2006
                      Pharmacia & Upjohn v. Sicor, Inc. and Sicor Pharmaceuticals

TRANSCRIPT REFERENCE

## SICOR'S REVISED PAGE AND LINE DESIGNATIONS

| Beginning Page, Line(s) | Ending Page, Line(s) |
|---|---|
| 7:9 | 7:20 |
| 11:16 | 13:4 |
| 13:6 | 13:14 |
| 15:6 | 15:7 |
| 15:10 | 16:5 |
| 16:8 | 17:3 |
| 17:9 | 17:13 |
| 17:16 | 18:5 |
| 18:15 | 18:24 |
| 19:7 | 20:1 |
| 20:4 | 20:8 |
| 24:2 | 24:24 |
| 31:6 | 32:13 |
| 33:7 | 34:15 |
| 35:23 | 37:7 |
| 38:16 | 39:19 |
| 40:3 | 40:5 |
| 40:8 | 43:7 |
| 43:12 | 44:4 |
| 44:19 | 45:8 |
| 46:4 | 46:20 |
| 50:8 | 51:8 |
| 51:15 | 51:17 |
| 54:5 | 55:25 |

| | |
|---|---|
| 62:24 | 63:17 |
| 64:12 | 64:23 |
| 65:17 | 66:2 |
| 69:9 | 69:11 |
| 69:18 | 69:24 |
| 71:3 | 71:18 |
| 72:9 | 73:14 |
| 73:21 | 75:2 |
| 77:3 | 77:11 |
| 77:15 | 77:22 |
| 77:25 | 78:4 |
| 78:19 | 78:21 |
| 79:2 | 79:22 |
| 80:11 | 80:17 |
| 80:23 | 81:5 |
| 86:13 | 87:16 |
| 91:10 | 92:24 |
| 96:8 | 96:21 |
| 97:12 | 98:5 |
| 99:6 | 99:22 |
| 101:7 | 101:24 |
| 104:4 | 104:21 |
| 106:13 | 106:19 |
| 106:22 | 107:7 |
| 113:12 | 114:9 |
| 114:16 | 114:24 |
| 115:6 | 115:18 |
| 115:24 | 116:8 |
| 117:11 | 119:2 |
| 119:8 | 120:20 |
| 120:25 | 121:11 |
| 123:21 | 125:25 |

| | |
|---|---|
| 127:2 | 127:5 |
| 127:9 | 128:8 |
| 130:20 | 130:24 |
| 131:2 | 131:23 |
| 135:13 | 135:21 |
| 136:22 | 136:24 |
| 137:3 | 137:5 |
| 138:24 | 139:1 |
| 140:2 | 140:22 |
| 143:17 | 143:24 |
| 150:14 | 151:8 |
| 153:1 | 153:22 |
| 154:2 | 154:25 |
| 155:4 | 155:16 |
| 155:20 | 156:1 |
| 156:22 | 157:3 |
| 157:6 | 157:21 |
| 158:24 | 159:2 |
| 159:6 | 159:14 |
| 160:9 | 160:22 |
| 161:9 | 161:16 |
| 163:6 | 163:18 |
| 164:3 | 164:25 |
| 165:1 | 165:2 |
| 165:19 | 166:14 |
| 171:8 | 172:25 |
| 173:1 | 173:1 |
| 180:20 | 180:22 |
| 181:5 | 181:18 |
| 191:17 | 192:20 |
| 195:10 | 196:13 |
| 197:19 | 198:14 |

| | |
|---|---|
| 198:25 | 199:18 |
| 199:23 | 201:4 |
| 202:8 | 202:16 |
| 202:20 | 202:21 |
| 203:8 | 205:7 |
| 206:15 | 206:25 |
| 207:23 | 209:8 |
| 209:18 | 210:10 |
| 212:22 | 213:22 |
| 217:20 | 218:18 |
| 221:8 | 222:3 |
| 223:14 | 223:17 |
| 224:1 | 224:10 |
| 224:12 | 224:12 |
| 224:15 | 224:15 |
| 230:3 | 230:25 |
| 233:24 | 235:11 |
| 238:5 | 238:9 |
| 238:14 | 238:19 |
| 243:19 | 244:16 |
| 244:20 | 245:1 |
| 265:25 | 266:21 |
| 267:22 | 268:21 |
| 269:1 | 271:18 |

# EXHIBIT G

WITNESS:                    Peter Laivins
DATE OF TESTIMONY:          November 2, 2005
                            Pharmacia & Upjohn v. Sicor, Inc. and Sicor Pharmaceuticals

TRANSCRIPT REFERENCE

## SICOR'S REVISED PAGE AND LINE DESIGNATIONS

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---|---|
| 6:5 | 6:10 |
| 6:13 | 7:2 |
| 7:25 | 8:13 |
| 8:20 | 9:4 |
| 10:17 | 11:23 |
| 12:25 | 14:23 |
| 45:6 | 45:14 |
| 53:13 | 53:24 |
| 61:3 | 61:23 |
| 62:16 | 63:14 |
| 63:20 | 64:10 |
| 65:20 | 66:18 |
| 74:2 | 75:4 |
| 75:5 | 75:21 |
| 78:18 | 80:4 |
| 91:19 | 92:2 |
| 114:5 | 114:14 |
| 114:19 | 114:20 |
| 114:22 | 116:9 |
| 117:8 | 118:12 |
| 119:19 | 119:22 |
| 120:9 | 120:17 |
| 132:20 | 133:7 |

| | |
|---|---|
| 133:10 | 133:13 |
| 133:19 | 136:5 |
| 136:14 | 136:22 |
| 138:25 | 139:12 |
| 139:17 | 140:5 |
| 140:23 | 141:16 |
| 141:12 | 141:21 |
| 142:15 | 143:20 |
| 144:10 | 144:16 |
| 146:8 | 147:20 |
| 148:17 | 148:21 |
| 148:23 | 149:9 |
| 150:19 | 150:24 |
| 151:1 | 151:13 |
| 152:10 | 152:18 |
| 154:18 | 155:24 |
| 157:21 | 160:13 |
| 160:17 | 161:2 |
| 161:8 | 162:4 |
| 162:10 | 162:19 |
| 162:24 | 165:2 |
| 168:22 | 169:5 |
| 174:5 | 174:14 |
| 175:6 | 175:25 |
| 176:2 | 177:18 |
| 181:11 | 181:25 |
| 183:17 | 183:25 |
| 184:4 | 185:8 |
| 185:12 | 185:14 |
| 185:22 | 186:21 |
| 189:13 | 190:12 |
| 194:5 | 195:10 |

| | |
|---|---|
| 195:10 | 196:25 |
| 197:2 | 197:13 |
| 199:5 | 199:25 |
| 200:15 | 201:10 |
| 201:12 | 202:25 |
| 203:17 | 204:4 |
| 205:2 | 205:12 |
| 207:3 | 207:16 |
| 209:10 | 209:18 |
| 209:20 | 210:11 |
| 221:13 | 221:25 |
| 224:6 | 224:24 |
| 225:2 | 225:9 |
| 225:11 | 226:10 |
| 226:12 | 228:24 |
| 229:17 | 229:19 |
| 229:20 | 230:2 |
| 231:5 | 233:9 |
| 237:8 | 238:9 |
| 239:24 | 239:25 |
| 240:2 | 240:24 |
| 244:7 | 244:9 |
| 244:12 | 244:18 |
| 252:6 | 252:18 |

# EXHIBIT H

**WITNESS:**                          Howard Meyer
**DATE OF TESTIMONY:**    September 29, 2005
                                          **Pharmacia & Upjohn v. Sicor, Inc. and Sicor Pharmaceuticals**

TRANSCRIPT REFERENCE

## SICOR'S REVISED PAGE AND LINE DESIGNATIONS

| Beginning Page: Line(s) | End Page: Line(s) |
|---|---|
| 6:3 | 6:5 |
| 6:8 | 6:14 |
| 7:25 | 8:7 |
| 8:23 | 9:2 |
| 10:23 | 10:25 |
| 11:11 | 11:17 |
| 13:3 | 13:24 |
| 14:7 | 14:15 |
| 15:5 | 15:8 |
| 38:15 | 39:20 |
| 47:17 | 47:23 |
| 48:2 | 49:6 |
| 49:19 | 50:14 |
| 53:11 | 53:21 |
| 53:25 | 55:16 |
| 56:14 | 60:12 |
| 61:13 | 61:15 |
| 61:19 | 61:24 |
| 62:7 | 63:7 |
| 63:13 | 64:5 |
| 68:12 | 69:7 |
| 72:11 | 72:16 |
| 73:4 | 73:15 |
| 77:18 | 80:25 |

| Beginning Page: Line(s) | End Page: Line(s) |
|---|---|
| 91:6 | 92:3 |
| 113:9 | 114:22 |
| 115:20 | 116:8 |
| 117:10 | 117:17 |
| 121:13 | 122:3 |
| 122:21 | 124:20 |
| 125:15 | 126:4 |
| 128:13 | 128:23 |
| 129:18 | 129:23 |
| 131:15 | 131:25 |
| 132:23 | 133:4 |
| 134:8 | 134:12 |
| 134:22 | 135:12 |
| 135:21 | 136:15 |
| 137:5 | 137:11 |
| 143:11 | 144:3 |
| 144:10 | 145:14 |
| 145:18 | 145:20 |
| 154:11 | 154:16 |
| 154:25 | 155:4 |
| 157:2 | 157:9 |
| 158:4 | 158:16 |
| 158:22 | 159:4 |
| 159:14 | 159:22 |
| 160:19 | 160:22 |
| 163:17 | 163:22 |
| 167:2 | 168:5 |
| 168:10 | 169:15 |
| 169:20 | 169:25 |
| 170:19 | 170:20 |
| 171:4 | 171:10 |

| **Beginning Page: Line(s)** | **End Page: Line(s)** |
| --- | --- |
| 176:6 | 176:15 |
| 178:5 | 178:13 |
| 178:17 | 178:22 |
| 179:3 | 179:16 |
| 182:7 | 182:21 |

# EXHIBIT I

**WITNESS:**        Bradley Winter
**DATE OF TESTIMONY:**   November 17, 2005
                          Pharmacia & Upjohn v. Sicor, Inc. and Sicor Pharmaceuticals

TRANSCRIPT REFERENCE

### SICOR'S REVISED PAGE AND LINE DESIGNATIONS

| Beginning Page: Line(s) | End Page: Line(s) |
|---|---|
| 9:6 | 9:17 |
| 13:24 | 15:7 |
| 15:21 | 16:8 |
| 20:10 | 20:23 |
| 21:5 | 21:8 |
| 21:15 | 23:5 |
| 23:24 | 24:10 |
| 26:6 | 26:16 |
| 27:5 | 27:25 |
| 36:25 | 37:6 |
| 37:25 | 38:24 |
| 46:4 | 46:18 |
| 47:22 | 48:17 |
| 49:15 | 50:3 |
| 50:5 | 50:5 |
| 50:8 | 51:11 |
| 51:17 | 52:16 |
| 60:13 | 60:21 |
| 62:22 | 62:24 |
| 63:3 | 63:10 |
| 63:20 | 64:22 |
| 64:25 | 65:6 |
| 66:20 | 67:14 |
| 70:14 | 71:2 |
| 78:2 | 78:8 |

| Beginning Page: Line(s) | End Page: Line(s) |
|---|---|
| 84:9 | 84:24 |
| 85:13 | 85:15 |
| 86:3 | 86:12 |
| 91:18 | 92:16 |
| 93:7 | 93:14 |
| 98:5 | 99:11 |

ASHBY & GEDDES

/s/ Steven J. Balick

Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*Attorneys for Defendants*

*Of Counsel:*

Reid L. Ashinoff
Michael S. Gugig
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700

Jordan A. Sigale
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois 60606
(312) 876-8000

Dated:  October 24, 2006

174491.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 2006, the attached **DEFENDANTS'**

**REVISED PAGE AND LINE DEPOSITION DESIGNATIONS** was served upon the below-

named counsel of record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire                                           <u>HAND DELIVERY</u>
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19801

Joshua R. Rich, Esquire                                           <u>VIA ELECTRONIC MAIL</u>
McDonnell Boehnen Hulbert & Berghoff
300 South Wacker Drive
Suite 3200
Chicago, IL 60606


/s/ *Steven J. Balick*
_____

Steven J. Balick