# EXHIBIT 1

## FULLY REDACTED

# EXHIBIT 2

## FULLY REDACTED

# EXHIBIT 3

## FULLY REDACTED

Case 1:04-cv-00833-KAJ    Document 311-2    Filed 10/25/2006    Page 3 of 3