# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 2, 2006

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE  19801

VIA ELECTRONIC FILING

Re:    Pharmacia & Upjohn Co., LLC v. Sicor Inc., et al., C.A. No. 04-833-KAJ

Dear Judge Jordan:

We write on behalf of Sicor Inc. and SICOR Pharmaceuticals, Inc. (collectively, "Sicor") to respectfully inform the Court of minor revisions to Sicor's Revised Page and Line Designations for the deposition of Peter Laivins, as well as minor revisions to Sicor's Revised Objections to Pharmacia's Amended Designations.

Sicor has today re-submitted the entire documents, but asks the Court to note that only the following changes have been made:

To Sicor's Revised Page and Line Designations

Remove designation of Lines 118:4 through 118:12.
Remove designation of Lines 119:19 through 119:22.
Remove designation of Lines 144:15 through 144:16.

To Sicor's Revised Objections to Pharmacia's Amended Designations

Added objection to Lines 116:10 through 116:14 -- Opinion; Speculation; Hearsay.
Added objection to Lines 143:21 through 144:6 -- Opinion; Speculation; Hearsay.
Added objection to Lines 188:16 through 189:12 -- Opinion.

The timing of these revisions is by consent, and is in accordance with Pharmacia's and the Court's understanding of Sicor's extenuating circumstances last week, which required additional time to complete the revisions.

Respectfully,

/s/ John G. Day

John G. Day

JGD/dmf

cc:    Maryellen Noreika, Esquire (by hand)
       Daniel A. Boehnen, Esquire (via electronic mail)
       Reid L. Ashinoff, Esquire (via electronic mail)