# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMACIA & UPJOHN   COMPANY, LLC, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-833-KAJ |
| SICOR INC. and SICOR PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' REVISED PAGE AND LINE DESIGNATIONS

ASHBY & GEDDES
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
*Attorneys for Defendants*

*Of Counsel:*

Reid L. Ashinoff
Michael S. Gugig
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700
Jordan A. Sigale
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois 60606
(312) 876-8000

Dated:  November 3, 2006

## DEFENDANTS' REVISED PAGE AND LINE DESIGNATIONS

Defendants' Sicor Inc. and Sicor Pharmaceuticals, Inc. designates the following portions of deposition transcripts as testimony to be presented at trial. Defendants also reserves the right to make counter-designations to Plaintiff's deposition designations, as well as to amend these designations by adding, removing, or otherwise changing designations.

| | |
|---|---|
| Tab A: | Diego Oldani |
| Tab B: | Gaetano Gatti |
| Tab C: | Carlo Confalonieri |
| Tab D: | Lawrence T. Welch |
| Tab E: | Martin Williamson |
| Tab F: | Wesley Fach |
| Tab G: | Peter Laivins |
| Tab H: | Howard Meyers |
| Tab I: | Bradley Winter |

**WITNESS:**             **Diego Oldani**
**DATE OF TESTIMONY**:   **June 9, 2006**
                         **Pharmacia & Upjohn v. Sicor, Inc. and Sicor Pharmaceuticals**

TRANSCRIPT REFERENCE

### SICOR'S REVISED PAGE AND LINE DESIGNATIONS

| Beginning Page, Line(s) | Ending Page, Line(s) |
|---|---|
| 7:2 | 7:5 |
| 7:22 | 9:12 |
| 10:7 | 10:13 |
| 11:9 | 11:24 |
| 12:7 | 13:1 |
| 21: 7 | 21:20 |
| 21:23 | 22:5 |
| 26:10 | 26:16 |
| 26:19 | 26:20 |
| 26:22 | 27:6 |
| 27:9 | 27:20 |
| 27:23 | 28:7 |
| 30:14 | 30:19 |
| 30:21 | 31:11 |
| 31:19 | 32:1 |
| 32:5 | 32:10 |
| 35:11 | 35:19 |
| 36:16 | 36:18 |
| 36:23 | 37:9 |
| 37:12 | 37:20 |
| 37:23 | 38:5 |
| 39:9 | 39:12 |
| 39:15 | 39:24 |
| 40:2 | 40:7 |

| | |
|---|---|
| 41:13 | 41:16 |
| 41:19 | 41:22 |
| 42:7 | 42:10 |
| 42:14 | 42:16 |
| 44:12 | 45:12 |
| 45:17 | 46:6 |
| 47:9 | 47:12 |
| 47:15 | 48:17 |
| 48:21 | 49:14 |
| 49:17 | 49:19 |
| 51:17 | 51:21 |
| 51:24 | 52:5 |
| 53:9 | 53:14 |
| 53:19 | 54:11 |
| 73:10 | 73:25 |
| 74:3 | 74:4 |
| 85:21 | 85:22 |
| 85:25 | 86:4 |
| 86:7 | 86:7 |
| 90:9 | 90:13 |
| 90:16 | 90:22 |
| 91:1 | 91:11 |

**WITNESS:**          **Gaetano Gatti**
**DATE OF TESTIMONY:**  **June 8, 2006**
                     **Pharmacia & Upjohn v. Sicor, Inc. and Sicor Pharmaceuticals**

TRANSCRIPT REFERENCE

## SICOR'S REVISED PAGE AND LINE DESIGNATIONS

| Beginning Page, Line(s) | Ending Page, Line(s) |
|---|---|
| 7:5 | 7:9 |
| 8:2 | 8:7 |
| 13:8 | 15:7 |
| 17:2 | 17:20 |
| 29:13 | 29:16 |
| 29:19 | 30:3 |
| 30:20 | 30:22 |
| 30:25 | 31:4 |
| 35:6 | 35:11 |
| 35:14 | 35:17 |
| 35:20 | 36:4 |
| 36:7 | 36:21 |
| 36:24 | 37:6 |
| 37:9 | 37:23 |
| 38:1 | 38:10 |
| 38:13 | 38:22 |
| 38:25 | 39:10 |
| 39:13 | 39:19 |
| 39:22 | 40:2 |
| 40:5 | 40:16 |
| 40:19 | 41:6 |
| 41:9 | 41:11 |
| 43:22 | 44:4 |

| | |
|---|---|
| 44:7 | 44:22 |
| 45:4 | 45:20 |
| 46:21 | 46:25 |
| 47:3 | 47:13 |
| 47:16 | 47:24 |
| 54:16 | 54:19 |
| 54:22 | 55:25 |
| 56:3 | 57:14 |
| 57:17 | 58:25 |
| 59:3 | 59:17 |
| 59:20 | 61:16 |
| 61:19 | 61:23 |
| 62:1 | 62:16 |
| 62:19 | 63:1 |
| 63:4 | 63:14 |
| 63:17 | 63:20 |
| 67:16 | 67:18 |
| 67:21 | 68:1 |
| 68:4 | 68:13 |
| 68:16 | 68:22 |
| 69:5 | 69:9 |
| 69:12 | 69:16 |
| 69:19 | 69:25 |
| 70:3 | 70:7 |
| 70:10 | 71:14 |
| 74:20 | 76:4 |
| 76:15 | 79:16 |
| 82:3 | 82:13 |
| 95:2 | 95:5 |
| 95:8 | 95:23 |
| 96:1 | 96:1 |
| 96:9 | 96:10 |

| | |
|---|---|
| 96:13 | 96:16 |
| 96:19 | 97:2 |
| 97:5 | 97:11 |
| 97:14 | 97:19 |
| 97:22 | 97:24 |
| 103:4 | 103:15 |
| 103:18 | 103:19 |
| 106:2 | 106:6 |
| 106:9 | 106:15 |
| 115:20 | 116:11 |
| 116:13 | 116:21 |
| 116:24 | 117:19 |
| 117:22 | 11724 |
| 121:16 | 121:25 |
| 122:4 | 122:11 |
| 122:14 | 122:17 |
| 124:10 | 124:18 |
| 124:21 | 125:11 |
| 125:13 | 125:16 |
| 125:19 | 125:25 |
| 127:7 | 127:12 |
| 127:18 | 127:21 |
| 128:1 | 128:7 |
| 128:10 | 218:12 |
| 128:15 | 128:16 |
| 128:18 | 128:23 |
| 128:25 | 129:2 |
| 147:4 | 147:9 |
| 147:12 | 147:23 |
| 148:1 | 148:1 |

WITNESS:              Carlo Confalonieri
DATE OF TESTIMONY:   February 17, 1999
                     Faulding (CANADA) Inc. v. Pharmacia S.p.A.
                     Court File No. T-421-97

TRANSCRIPT REFERENCE

## SICOR'S REVISED PAGE AND LINE DESIGNATIONS

| Beginning Page, Line(s) | Ending Page, Line(s) |
|---|---|
| 1:12 | 1:19 |
| 2:7 | 2:15 |
| 4:5 | 4:25 |
| 16:9 | 18:4 |
| 19:4 | 19:19 |
| 23:3 | 23:16 |
| 24:8 | 24:18 |
| 27:16 | 28:13 |
| 28:23 | 29:5 |
| 30:25 | 32:5 |
| 33:14 | 34:23 |
| 35:2 | 35:6 |
| 36:10 | 37:17 |
| 39:6 | 39:19 |
| 40:19 | 41:3 |
| 42:8 | 42:19 |
| 44:5 | 44:11 |
| 49:5 | 49:22 |
| 60:20 | 64:13 |

**WITNESS:** Lawrence Welch
**DATE OF TESTIMONY:** February 9, 2006
Pharmacia & Upjohn v. Sicor, Inc. and Sicor Pharmaceuticals

TRANSCRIPT REFERENCE

## SICOR'S REVISED PAGE AND LINE DESIGNATIONS

| Beginning Page, Line(s) | Ending Page, Line(s) |
|---|---|
| 5:9 | 7:11 |
| 18:2 | 21:16 |
| 22:6 | 22:10 |
| 22:13 | 23:16 |
| 25:21 | 25:24 |
| 26:3 | 26:13 |
| 26:16 | 27:8 |
| 28:19 | 29:10 |
| 36:25 | 37:2 |
| 37:5 | 37:6 |
| 61:23 | 62:21 |

WITNESS:            **Martin Williamson**
DATE OF TESTIMONY:  **February 21, 2006**
                    **Pharmacia & Upjohn v. Sicor, Inc. and Sicor Pharmaceuticals**

TRANSCRIPT REFERENCE

### SICOR'S REVISED PAGE AND LINE DESIGNATIONS

| Beginning Page, Line(s) | Ending Page, Line(s) |
|---|---|
| 5:14 | 6:12 |
| 7:1 | 8:11 |
| 9:2 | 9:7 |
| 31:3 | 35:18 |
| 38:11 | 38:17 |
| 39:4 | 40:13 |
| 50:14 | 50:24 |
| 54:13 | 56:6 |
| 58:15 | 60:4 |
| 60:6 | 62:12 |
| 62:21 | 63:22 |
| 64:7 | 64:16 |
| 71:6 | 72:19 |
| 73:23 | 74:4 |
| 74:6 | 75:13 |
| 75:15 | 78:8 |
| 78:10 | 79:5 |
| 79:9 | 79:21 |
| 80:10 | 81:16 |
| 82:7 | 83:4 |
| 83:9 | 89:16 |
| 89:20 | 90:23 |
| 92:19 | 93:10 |
| 93:13 | 94:18 |

| | |
|---|---|
| 100:24 | 102:15 |
| 115:23 | 116:15 |
| 121:12 | 121:24 |
| 125:2 | 128:10 |
| 128:12 | 129:10 |

**WITNESS:**            Wesley Fach
**DATE OF TESTIMONY:**    May 3, 2006
                              Pharmacia & Upjohn v. Sicor, Inc. and Sicor Pharmaceuticals

TRANSCRIPT REFERENCE

### SICOR'S REVISED PAGE AND LINE DESIGNATIONS

| Beginning Page, Line(s) | Ending Page, Line(s) |
|---|---|
| 7:9 | 7:20 |
| 11:16 | 13:4 |
| 13:6 | 13:14 |
| 15:6 | 15:7 |
| 15:10 | 16:5 |
| 16:8 | 17:3 |
| 17:9 | 17:13 |
| 17:16 | 18:5 |
| 18:15 | 18:24 |
| 19:7 | 20:1 |
| 20:4 | 20:8 |
| 24:2 | 24:24 |
| 31:6 | 32:13 |
| 33:7 | 34:15 |
| 35:23 | 37:7 |
| 38:16 | 39:19 |
| 40:3 | 40:5 |
| 40:8 | 43:7 |
| 43:12 | 44:4 |
| 44:19 | 45:8 |
| 46:4 | 46:20 |
| 50:8 | 51:8 |
| 51:15 | 51:17 |
| 54:5 | 55:25 |

| | |
|---|---|
| 62:24 | 63:17 |
| 64:12 | 64:23 |
| 65:17 | 66:2 |
| 69:9 | 69:11 |
| 69:18 | 69:24 |
| 71:3 | 71:18 |
| 72:9 | 73:14 |
| 73:21 | 75:2 |
| 77:3 | 77:11 |
| 77:15 | 77:22 |
| 77:25 | 78:4 |
| 78:19 | 78:21 |
| 79:2 | 79:22 |
| 80:11 | 80:17 |
| 80:23 | 81:5 |
| 86:13 | 87:16 |
| 91:10 | 92:24 |
| 96:8 | 96:21 |
| 97:12 | 98:5 |
| 99:6 | 99:22 |
| 101:7 | 101:24 |
| 104:4 | 104:21 |
| 106:13 | 106:19 |
| 106:22 | 107:7 |
| 113:12 | 114:9 |
| 114:16 | 114:24 |
| 115:6 | 115:18 |
| 115:24 | 116:8 |
| 117:11 | 119:2 |
| 119:8 | 120:20 |
| 120:25 | 121:11 |
| 123:21 | 125:25 |

| | |
|---|---|
| 127:2 | 127:5 |
| 127:9 | 128:8 |
| 130:20 | 130:24 |
| 131:2 | 131:23 |
| 135:13 | 135:21 |
| 136:22 | 136:24 |
| 137:3 | 137:5 |
| 138:24 | 139:1 |
| 140:2 | 140:22 |
| 143:17 | 143:24 |
| 150:14 | 151:8 |
| 153:1 | 153:22 |
| 154:2 | 154:25 |
| 155:4 | 155:16 |
| 155:20 | 156:1 |
| 156:22 | 157:3 |
| 157:6 | 157:21 |
| 158:24 | 159:2 |
| 159:6 | 159:14 |
| 160:9 | 160:22 |
| 161:9 | 161:16 |
| 163:6 | 163:18 |
| 164:3 | 164:25 |
| 165:1 | 165:2 |
| 165:19 | 166:14 |
| 171:8 | 172:25 |
| 173:1 | 173:1 |
| 180:20 | 180:22 |
| 181:5 | 181:18 |
| 191:17 | 192:20 |
| 195:10 | 196:13 |
| 197:19 | 198:14 |

| | |
|---|---|
| 198:25 | 199:18 |
| 199:23 | 201:4 |
| 202:8 | 202:16 |
| 202:20 | 202:21 |
| 203:8 | 205:7 |
| 206:15 | 206:25 |
| 207:23 | 209:8 |
| 209:18 | 210:10 |
| 212:22 | 213:22 |
| 217:20 | 218:18 |
| 221:8 | 222:3 |
| 223:14 | 223:17 |
| 224:1 | 224:10 |
| 224:12 | 224:12 |
| 224:15 | 224:15 |
| 230:3 | 230:25 |
| 233:24 | 235:11 |
| 238:5 | 238:9 |
| 238:14 | 238:19 |
| 243:19 | 244:16 |
| 244:20 | 245:1 |
| 265:25 | 266:21 |
| 267:22 | 268:21 |
| 269:1 | 271:18 |

WITNESS:                 Peter Laivins
DATE OF TESTIMONY:       November 2, 2005
                         Pharmacia & Upjohn v. Sicor, Inc. and Sicor Pharmaceuticals

TRANSCRIPT REFERENCE

## SICOR'S REVISED PAGE AND LINE DESIGNATIONS

| Beginning Page, Line Nos. | Ending Page, Line Nos. |
|---------------------------|------------------------|
| 6:5                       | 6:10                   |
| 6:13                      | 7:2                    |
| 7:25                      | 8:13                   |
| 8:20                      | 9:4                    |
| 10:17                     | 11:23                  |
| 12:25                     | 14:23                  |
| 45:6                      | 45:14                  |
| 53:13                     | 53:24                  |
| 61:3                      | 61:23                  |
| 62:16                     | 63:14                  |
| 63:20                     | 64:10                  |
| 65:20                     | 66:18                  |
| 74:2                      | 75:4                   |
| 75:5                      | 75:21                  |
| 78:18                     | 80:4                   |
| 91:19                     | 92:2                   |
| 114:5                     | 114:14                 |
| 114:19                    | 114:20                 |
| 114:22                    | 116:9                  |
| 117:8                     | 118:3                  |
| 132:20                    | 133:7                  |
| 133:10                    | 133:13                 |
| 133:19                    | 136:5                  |

| | |
|---|---|
| 136:14 | 136:22 |
| 138:25 | 139:12 |
| 139:17 | 140:5 |
| 140:23 | 141:16 |
| 141:12 | 141:21 |
| 142:15 | 143:20 |
| 144:10 | 144:14 |
| 146:8 | 147:20 |
| 148:17 | 148:21 |
| 148:23 | 149:9 |
| 150:19 | 150:24 |
| 151:1 | 151:13 |
| 152:10 | 152:18 |
| 154:18 | 155:24 |
| 157:21 | 160:13 |
| 160:17 | 161:2 |
| 161:8 | 162:4 |
| 162:10 | 162:19 |
| 162:24 | 165:2 |
| 168:22 | 169:5 |
| 174:5 | 174:14 |
| 175:6 | 175:25 |
| 176:2 | 177:18 |
| 181:11 | 181:25 |
| 183:17 | 183:25 |
| 184:4 | 185:8 |
| 185:12 | 185:14 |
| 185:22 | 186:21 |
| 189:13 | 190:12 |
| 194:5 | 195:10 |
| 195:10 | 196:25 |
| 197:2 | 197:13 |

| | |
|---|---|
| 199:5 | 199:25 |
| 200:15 | 201:10 |
| 201:12 | 202:25 |
| 203:17 | 204:4 |
| 205:2 | 205:12 |
| 207:3 | 207:16 |
| 209:10 | 209:18 |
| 209:20 | 210:11 |
| 221:13 | 221:25 |
| 224:6 | 224:24 |
| 225:2 | 225:9 |
| 225:11 | 226:10 |
| 226:12 | 228:24 |
| 229:17 | 229:19 |
| 229:20 | 230:2 |
| 231:5 | 233:9 |
| 237:8 | 238:9 |
| 239:24 | 239:25 |
| 240:2 | 240:24 |
| 244:7 | 244:9 |
| 244:12 | 244:18 |
| 252:6 | 252:18 |

WITNESS:                    Howard Meyer
DATE OF TESTIMONY:  September 29, 2005
                            Pharmacia & Upjohn v. Sicor, Inc. and Sicor Pharmaceuticals

TRANSCRIPT REFERENCE

## SICOR'S REVISED PAGE AND LINE DESIGNATIONS

| Beginning Page: Line(s) | End Page: Line(s) |
|---|---|
| 6:3 | 6:5 |
| 6:8 | 6:14 |
| 7:25 | 8:7 |
| 8:23 | 9:2 |
| 10:23 | 10:25 |
| 11:11 | 11:17 |
| 13:3 | 13:24 |
| 14:7 | 14:15 |
| 15:5 | 15:8 |
| 38:15 | 39:20 |
| 47:17 | 47:23 |
| 48:2 | 49:6 |
| 49:19 | 50:14 |
| 53:11 | 53:21 |
| 53:25 | 55:16 |
| 56:14 | 60:12 |
| 61:13 | 61:15 |
| 61:19 | 61:24 |
| 62:7 | 63:7 |
| 63:13 | 64:5 |
| 68:12 | 69:7 |
| 72:11 | 72:16 |
| 73:4 | 73:15 |
| 77:18 | 80:25 |

| **Beginning Page: Line(s)** | **End Page: Line(s)** |
|---|---|
| 91:6 | 92:3 |
| 113:9 | 114:22 |
| 115:20 | 116:8 |
| 117:10 | 117:17 |
| 121:13 | 122:3 |
| 122:21 | 124:20 |
| 125:15 | 126:4 |
| 128:13 | 128:23 |
| 129:18 | 129:23 |
| 131:15 | 131:25 |
| 132:23 | 133:4 |
| 134:8 | 134:12 |
| 134:22 | 135:12 |
| 135:21 | 136:15 |
| 137:5 | 137:11 |
| 143:11 | 144:3 |
| 144:10 | 145:14 |
| 145:18 | 145:20 |
| 154:11 | 154:16 |
| 154:25 | 155:4 |
| 157:2 | 157:9 |
| 158:4 | 158:16 |
| 158:22 | 159:4 |
| 159:14 | 159:22 |
| 160:19 | 160:22 |
| 163:17 | 163:22 |
| 167:2 | 168:5 |
| 168:10 | 169:15 |
| 169:20 | 169:25 |
| 170:19 | 170:20 |
| 171:4 | 171:10 |

| **Beginning Page: Line(s)** | **End Page: Line(s)** |
|---|---|
| 176:6 | 176:15 |
| 178:5 | 178:13 |
| 178:17 | 178:22 |
| 179:3 | 179:16 |
| 182:7 | 182:21 |

WITNESS:             **Bradley Winter**
DATE OF TESTIMONY:   **November 17, 2005**
                               **Pharmacia & Upjohn v. Sicor, Inc. and Sicor Pharmaceuticals**

TRANSCRIPT REFERENCE

## SICOR'S REVISED PAGE AND LINE DESIGNATIONS

| Beginning Page: Line(s) | End Page: Line(s) |
|---|---|
| 9:6 | 9:17 |
| 13:24 | 15:7 |
| 15:21 | 16:8 |
| 20:10 | 20:23 |
| 21:5 | 21:8 |
| 21:15 | 23:5 |
| 23:24 | 24:10 |
| 26:6 | 26:16 |
| 27:5 | 27:25 |
| 36:25 | 37:6 |
| 37:25 | 38:24 |
| 46:4 | 46:18 |
| 47:22 | 48:17 |
| 49:15 | 50:3 |
| 50:5 | 50:5 |
| 50:8 | 51:11 |
| 51:17 | 52:16 |
| 60:13 | 60:21 |
| 62:22 | 62:24 |
| 63:3 | 63:10 |
| 63:20 | 64:22 |
| 64:25 | 65:6 |
| 66:20 | 67:14 |
| 70:14 | 71:2 |
| 78:2 | 78:8 |

| **Beginning Page: Line(s)** | **End Page: Line(s)** |
|---|---|
| 84:9 | 84:24 |
| 85:13 | 85:15 |
| 86:3 | 86:12 |
| 91:18 | 92:16 |
| 93:7 | 93:14 |
| 98:5 | 99:11 |

ASHBY & GEDDES

*/s/ John G. Day*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
*Attorneys for Defendants*

*Of Counsel:*

Reid L. Ashinoff
Michael S. Gugig
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700

Jordan A. Sigale
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois 60606
(312) 876-8000

Dated:  November 3, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2006, the attached **DEFENDANTS'**

**REVISED PAGE AND LINE DESIGNATIONS** was served upon the below-named counsel of

record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire                                     <u>HAND DELIVERY</u>
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19801

Joshua R. Rich, Esquire                                         <u>VIA ELECTRONIC MAIL</u>
McDonnell Boehnen Hulbert & Berghoff
300 South Wacker Drive
Suite 3200
Chicago, IL 60606


                                                /s/ *John G. Day*
                                                _____
                                                John G. Day