# SEALED DOCUMENT

Case 1:04-cv-00833-KAJ    Document 323-2    Filed 11/07/2006    Page 1 of 1