# EXHIBIT 1

REDACTED

# EXHIBIT 2

1·18

*Antony*

International Journal of Pharmaceutics, 31 (1986) 75–82

Elsevier

75

IJP 01029

# Aspects of the degradation kinetics of daunorubicin in aqueous solution

J.H. Beijnen, O.A.G.J. van der Houwen, M.C.H. Voskuilen and W.J.M. Underberg

*Department of Analytical Pharmacy, Subfaculty of Pharmacy, State University of Utrecht, 3511 GH Utrecht (The Netherlands)*

(Received December 10th, 1985)
(Accepted January 18th, 1986)

*Key words*: daunorubicin – chemical stability – degradation kinetics in aqueous solution – high-performance liquid chromatography

## Summary

The degradation kinetics of daunorubicin has been investigated over the $H_o/pH$ region 0–14 at 50°C. A stability indicating high-performance liquid chromatographic assay with UV-VIS and fluorescence detection was used to separate the degradation products from the parent compound. The influence of buffers, ionic strength and temperature on the degradation was determined. A pH–rate profile was constructed after corrections for buffer and ionic strength effects. The degradation kinetics are modeled using a non[...]ar curve-fitting computer program.

## Introduction

The anthracycline group of antibiotics are among the most potent agents used in cancer chemotherapy (Crooke and Reich, 1980). The best known members of this class of compounds are do[...]bicin (Dx) and daunorubicin (Dr) which are characterized by a tetrahydronaphthacene-quinone aglycone attached to the amino sugar daunosamine by a glycosidic linkage (Fig. 1).

Dx (Adriablastina) and Dr (Cerubidine) are commercially available as the hydrochloride salt in a freeze-dried formulation containing lactose or mannitol as excipients. After reconstitution with 0.9% sodium chloride solution the compounds are administered intravenously. Although stable in the solid state, Dx and Dr degrade in solution. Apart from the decomposition in acidic solution (pH < 3.5) (Wassermann and Bundgaard, 1983; Beijnen



Fig. 1. Structures of daunorubicin (R = H) and doxorubicin (R = OH).

Correspondence: J.H. Beijnen, Department of Analytical Pharmacy, Subfaculty of Pharmacy, State University of Utrecht, Catharijnesingel 60, 3511 GH Utrecht, The Netherlands.

0378-5173/86/$03.50 © 1986 Elsevier Science Publishers B.V. (Biomedical Division)

PLAINTIFF'S
TRIAL EXHIBIT
350
04 CV 833

PU 0012476

76

et al., 1985). no systematic stability studies of these drugs have been reported hitherto. The present study. dealing with Dr. was undertaken in an attempt to obtain insight into the kinetics of the degradation and the influences of external factors (pH. buffers, ionic strength, temperature) on the degradation process. In a subsequent report a systematic study on the degradation kinetics of Dx will be presented.

## Experimental

### Chemicals

D̲ ̲ orubicin hydrochloride (Dr) was supplied by R̲ ̲one Poulenc Nederland (Amstelveen. The N̲ ̲ ̲ands). 7-8.9,10-bisanhydrodaunomycinone (D̲ ̲ Dr degradation product) was a gift from Dr. S. Penco, Farmitalia (Milan, Italy). All chemicals used were of analytical grade. Deionized water was boiled in order to remove carbon dioxide and oxygen and stored under nitrogen atmosphere.

### Buffer solutions

The following aqueous buffer solutions were used for the kinetic studies: pH < 3, perchloric acid; pH 3–6, acetate; pH 6–9, phosphate; pH 9–11.5, carbonate; pH > 11.5, sodium hydroxide. pH values were measured at 50°C using a glass-reference electrode and a pH meter (Metrohm, E520 Titriskop, Herisau, Switzerland) standardized at 50°C. $H_o$/pH values below 1 were calculated ̲ ̲ng the Hammett acidity function (Bates, 197̲ ̲ and pH values over 11.5 were calculated fro ̲ ̲ ̲: equation pH = pK$_w$ + log[OH⁻] where pK$_w$ ̲ ̲ ̲ = 13.26. A constant ionic strength of 0.3 was maintained for each solution by addition of an appropriate amount of sodium chloride, except for the solutions where the concentration of hydrogen or hydroxyl ions exceeded 0.3 M and for the solutions used in the experiments where the ionic strength was varied. To each buffer solution sodium edetate was added to a concentration of 5 × 10⁻⁴ M. No significant change of pH was observed throughout the degradations.

### Glass equipment

All glass equipment, before contact with Dr, was silanized with dichlorodimethylsilane in toluene (3% v/v) and subsequent rinsing with methanol.

### Kinetic measurements

Buffer solutions were pre-heated and purged with nitrogen for 5 min at the temperature of study. 7 ml of buffer was then spiked with 70 μl of a Dr solution in water (2 mg/ml) to give an initial drug concentration of 20 μg/ml (3.5 × 10⁻⁵ M). The containers (silanized glass flasks) were quickly closed under nitrogen atmosphere with a rubber septum and cap. The reaction solutions were kept in a thermostatically controlled waterbath at 50 ± 0.2°C, protected from light. At regular time intervals 0.5 ml samples were withdrawn through the septum with a polypropylene syringe. These samples were put in polypropylene vessels and the pH was decreased with 10 μl of perchloric acid to give a final pH of about 2.5. These acidified samples were stored at −20°C until HPLC analysis. Under these storage conditions no degradation was observed for at least 2 months.

### Apparatus and analytical procedures

HPLC analysis was carried out with a chromatographic system which consisted of a model M-45 pump, a model 440 dual wavelength detector (both from Waters Assoc., Milford, MA, U.S.A.) operating at 280 and 546 nm and a Perkin-Elmer 650 Fluorescence Detector (Norwalk, U.S.A.) with $\lambda_{excitation}$ = 465 nm and $\lambda_{emission}$ = 550 nm. The analytical column (30 cm × 3.9 mm i.d.) was home-packed with Lichrosorb RP8 (10 μm) material (Merck, Darmstadt, F.R.G.) and used at ambient temperature. The eluent consisted of 0.02 M sodium chloride–acetonitrile (40 : 60 v/v). The pH of the 0.02 M sodium chloride solution was adjusted to 2.0 with perchloric acid (70% w/v) before mixture with the organic modifier. The flow rate was 1.5 ml/min. Samples of 40 μl were injected into the liquid chromatograph with the use of an automatic sample injection device (WISP Model 710, Waters Assoc.). Quantitation of undegraded Dr was based on peak height measurements using a SP 4270 integrator (Spectra Physics, Santa Clara, CA, U.S.A.). Standard solutions of Dr in 0.005 M perchloric acid were chromato-

graphed and cali̲ ̲
The standard cu̲ ̲
(r ~ 0.999) for th̲ ̲
cc̲ ̲ ̲ntration ran̲ ̲
λ̲ ̲⁻⁶ M. Relat̲ ̲
7.̲ ̲ were obtain̲ ̲
× 10⁻⁵ to 3.5 ×̲ ̲
tively. Thin-layer̲ ̲
toluene extracts̲ ̲
formed on silicag̲ ̲
ness 0.25 mm).̲ ̲
form–methanol–̲ ̲
was used. The col̲ ̲
de̲ ̲ ̲ted by viewi̲ ̲
tic̲ ̲ ith UV ligh̲ ̲
the ̲ ̲mpounds fl̲ ̲

### Determination of̲ ̲
stants

The micro and̲ ̲
Dr at 25°C and̲ ̲
photometrically a̲ ̲
procedure descri̲ ̲
(19̲ ̲ ̲. The drug̲ ̲
Th̲ ̲ ̲cond phen̲ ̲
sure̲ ̲ by recordi̲ ̲
635 nm as functio̲ ̲
ments were perfor̲ ̲
Double Beam Spe̲ ̲
oto. Japan).

### Results and Discu̲ ̲

D̲ ̲ ̲dation produ̲ ̲
in acidic mediu̲ ̲
undergo a proton-̲ ̲
sidic bond yieldin̲ ̲
al., 1964a) and a ̲ ̲
al., 1964b). From̲ ̲
Dr hydrolyzes to̲ ̲
2) quantitatively v̲ ̲
at ̲ H values low̲ ̲
HF̲ ̲ ̲. The iden̲ ̲
tr̲ ̲ ̲ry was de̲ ̲
19̲ ̲ ̲. At pH val̲ ̲
products were de̲ ̲
effectively be extr̲ ̲

PU 0012477

77

e in
with

graphed and calibration curves were constructed.
The standard curves exhibited linear responses
($r > 0.999$) for the three detection signals in the
concentration range of interest, $3.5 \times 10^{-5}$ to $3.5$
$\times$ ⁻⁶ M. Relative standard deviations of 1.9–
7.. were obtained for replicate injections of 3.5
$\times 1$ ⁵ to $3.5 \times 10^{-6}$ M Dr solutions, respec-
tively. Thin-layer chromatographic analysis of
toluene extracts of degraded samples was per-
formed on silicagel plates (60F254, Merck, thick-
ness 0.25 mm). As solvent system chloro-
form–methanol–6 N ammonia (90:10:1 v/v/v)
was used. The coloured degradation products were
detected by viewing under daylight or by irradia-
tio... ith UV light of 365 nm at which wavelength
the ...mpounds fluoresce.

urged
..e of
μl of
nitial
M),
ickly
bber
kept
i0 ±
iter-
the
a
pr..
give
ples
Un-
was

ro-
del
ec-
.A,
er-
lk,
:50
.1.)
n)
at
02
ne
as
v)
ne
re
ie
:P
e-
s.
.f

*Determination of micro and macro ionization con-
stants*

The micro and macro ionization constants of
Dr at 25°C and 50°C were determined spectro-
photometrically and calculated according to the
procedure described by Sturgeon and Schulman
(1977). The drug concentration was 20 μg/ml.
Th.. ..cond phenolic p$K_a$ value of Dr was mea-
su.. by recording the change of absorptivity at
635 nm as function of pH. Absorbance measure-
ments were performed using a Shimadzu UV-140
Double Beam Spectrophotometer (Shimadzu, Ky-
oto, Japan).

Results and Discussion

*De...dation products*

...acidic medium the glycosidic anthraquinones
undergo a proton-catalyzed cleavage of the glyco-
sidic bond yielding an amino sugar (Arcamone et
al., 1964a) and a 7-hydroxyaglycone (Arcamone et
al., 1964b). From the present study it appears that
Dr hydrolyzes to yield daunorubicinone (I) (Fig.
2) quantitatively when the degradation takes place
at pH values lower than 3.5, as evidenced with
HPLC. The identification of I with mass spec-
tr... try was described earlier (Beijnen et al.,
19... At pH values over 3.5–4 more degradation
pr..ucts were detected. These compounds could
effectively be extracted with chloroform or toluene



Fig. 2. Structures of Dr degradation products.

from the decomposition mixtures. TLC analysis of
the extracts revealed that until pH 6 traces of I are
present. The two major degradation products
(II/III) arising at pH > 4 are both aglycones, the
structural formulas of which are illustrated in Fig.
2. Physicochemical and analytical properties of
these compounds will be published later. It is
important to note that only aglycone degradation
products could be traced. Aglycones are devoid of
antitumour action for which the presence of the
amino sugar moiety is a requisite (Henry, 1979).

*Optimization of analytical methodology*

Initial kinetic runs at pH > 4 were discouraging
as the degradation rates were found to be very
irreproducible. As a result, the order of the de-
gradation reaction was not definable at this stage
of the investigation. These difficulties were not
encountered during the studies on the degradation
kinetics of anthracyclines in acidic solution (Be-
ijnen et al., 1985). The problems could be over-
come by taking precautions in the preparation and
handling of the reacting solutions. At first the
solutions had to be protected from light. Dr is
photolabile (Daugherty et al., 1979; Gray and
Phillips, 1981; Williams and Tritton, 1981) and
normal room light accelerates the degradation, an
effect particularly interfering in kinetic studies at
pH > 8. Secondly, in the presence of oxygen at
pH > 8 Dr degrades faster than under anaerobic
conditions. The initial degradation pattern ap-
pears to be similar, though the yield of the prod-
ucts II and III was less in the presence of oxygen,
due to subsequent oxidation. Continuation of the
oxygen catalyzed degradation led to a complete
discolouration of the solutions whereas II and III
disappeared. This points to an oxidative destruc-
tion of the anthraquinone chromophore. For III it
has been established that oxidizing agents can

PU 0012478

78

destroy the chromophore into smaller fragments such as 3-methoxyphthalic acid and trimellitic acid (Arcamone, 1978). Exhaustive deoxygenation by boiling the water and purging the buffers with nitrogen eliminated the oxygen influences. Traces of metal ion impurities, most likely originating from the buffers, also catalyzed the decomposition. This effect could be eliminated by addition of the chelating agent sodium edetate.

Elimination of the aforementioned effects of light, oxygen and traces of metal ions yielded a reproducible degradation pattern.

Anthracyclines have a great tendency to adsorb on glass and it is reported that silanization prevents this behaviour (Tomlinson and Malspeis, 1982). A complicating factor was that the hydrophobic products II and III strongly adsorb on silanized glass, showing a dull pink coating. In non-silanized glass vials the water insoluble aglycones (II and III) precipitate. For studies at pH values over 10 II and III nor adsorb neither precipitate, due to deprotonation of a phenolic function enhancing their solubility. These phenomena explain why in the pH region 4–10 hardly any degradation products appear in the HPLC chromatograms contrary to the results of studies at higher pH values. The adsorbed aglycones can be set free by treating with alkali or apolar solvents such as chloroform, toluene and dimethylsulfoxide. I, the product of the acid degradation, has no affinity towards glass material in acidic solution.

After sampling the test solutions, the samples were acidified to pH 2.5. With this procedure the degradation process is ceased immediately and the samples can be stored at $-20°C$ for at least two months without any further loss. Injection into the chromatograph of acidified Dr samples is more reproducible and accurate than injection of neutral or alkaline solutions. Furthermore, injection with a sample injection device in which the samples are only exposed to stainless steel is preferable.

The proposed HPLC method is stability indicating. The validity of the assay is demonstrated by the fact that the Dr peak disappeared completely during degradation while the ratio between the three detector signals remained constant.



Fig. 3. HPLC chromatogram of a decomposition mixture of Dr at pH 1.5. Fluorescence detection $\lambda_{exc} = 465$ nm, $\lambda_{emiss} = 550$ nm. For chromatographic conditions: see text.

HPLC chromatograms of a decomposition mixture of Dr at pH 1.5 and pH 11.0 are shown in Figs. 3 and 4, respectively. HPLC analysis of II and III is hindered by the occurrence of strongly tailing peaks.

The micro and macro ionization constants of Dr were determined and calculated according to Sturgeon and Schulman (1977). The pK$_x$ value of the deprotonation of the second phenolic function



Fig. 4. HPLC chromatogram of a decomposition mixture of Dr at pH 11.0. Fluorescence detection $\lambda_{exc} = 465$ nm, $\lambda_{emiss} = 550$ nm. For chromatographic conditions: see text.

was deter[...]
635 nm a[...]
fer[...] with
12.[...] d 5
in absorb[...]
absorban[...]
whereas t[...]
could not
ment of t
value of
absorbanc

$$K_a = \frac{'A^-}{('}$$

where $A^-$
$A^{2-}$ is the
measured
rearrangec

$$A = A^{2-} +$$

A p of .
where deg
line with
Micro an[...]
and 50°C

TAB[...] 1
TH[...] EG
MA[...] IC
(Da) AND [...]

| | |
|---|---|
| pk$_1$ | |
| pk$_2$ | |
| pk$_3$ | |
| pk$_4$ | |
| pK$_5$ | |
| pK | |
| pK | |
| k$_1'$ | |

[a] Data from
[b] The ratio
anthracyclin

PU 0012479

79

was determined by monitoring the absorbance at 635 nm as a function of pH. Degradation interfere with these experiments at pH values over 125 and 50°C, which is shown by a rapid decrease in absorbance as time elapses. Consequently, the absorbance–pH curve could not be completed, whereas the absorbance of the dianionic species could not be obtained. However, graphical treatment of the reliable part of the curve yields the value of the dissociation constant. In terms of absorbance, $K_a$ can be expressed as:

$$\frac{(A^- - A)[H^+]}{(A - A^{2-})} \qquad (1)$$

where $A^-$ is the absorbance of the monoanion, $A^{2-}$ is the absorbance of the dianion and A the measured absorbance at a given pH. Eqn. 1 can be rearranged to:

$$A = A^{2-} + \frac{[H^+](A^- - A)}{K_a} \qquad (2)$$

A plot of A versus $[H^+](A^- - A)$, up to the region where degradation is negligible, yields a straight line with slope $1/K_a$, thus leading to the $pK_a$. Micro and macro ionization constants at 25°C and 50°C are given in Table 1.

TABLE 1

NEGATIVE LOGARITHMS OF MICRO AND MACRO IONIZATION CONSTANTS OF DOXORUBICIN (Dx) AND DAUNORUBICIN (Dr)

| | Dx [a] 25°C | Dr 25°C | Dr 50°C |
|---|---|---|---|
| $pk_1$ | 8.22 | 8.00 | 7.44 |
| $pk_2$ | 9.01 | 8.67 | 8.31 |
| $pk_3$ | 10.10 | 10.01 | 9.44 |
| $pk_4$ | 9.36 | 9.33 | 8.57 |
| $pK_1$ | 8.15 | 7.92 | 7.38 |
| $pK_2$ | 10.16 | 10.09 | 9.50 |
| $pK_r$ | 13.20 | 13.30 | 12.80 |
| $L_z$ | 0.159 | 0.21 | 0.136 |

[a] Data from Sturgeon and Schulman (1977).
The ratio of the concentrations of zwitterionic and neutral anthracycline species.

Degradation kinetics

Order of reactions. Under the experimental conditions, the degradation reaction could be unambiguously established as (pseudo)-first-order with respect to the Dr concentration.

Standard deviation in $k_{obs}$. The standard deviation in the observed rate constant $k_{obs}$, obtained from log concentration–time curves, was determined at pH 8.0 and buffer concentration 0.01 M total phosphate ($\mu = 0.3$). The value of $k_{obs}$ and the standard deviation, calculated from 6 observations, is $1.5 \pm 0.1 \times 10^{-6}$ s$^{-1}$. Other rate constants are mean values of duplicate determinations.

Influence of buffers. The degradation of Dr is accelerated by the presence of buffers, which has also been noticed for Dx (Janssen et al., 1985). This catalytic effect manifests itself from experiments where $k_{obs}$ is measured at constant pH, ionic strength and temperature but at different buffer concentrations. At each pH, where buffers were used ($3 < pH < 11.5$), this catalysis could be demonstrated. The relationship between $k_{obs}$ with increasing buffer concentration was found to be non-linear for acetate, phosphate and carbonate buffers. An example is given in Fig. 5.

Influence of ionic strength. At each pH studied the influence of the ionic strength ($\mu$) on the degradation rate was checked by adding various amounts of sodium chloride to the buffers while keeping pH, buffer concentration and temperature constant. At pH < 4 rate constants, in terms of log $k_{obs}$, increase linearly with increasing ionic strength, in terms of $\sqrt{\mu}$. At pH > 4 none or only minor influences of the ionic strength could be observed in the $\mu$ region 0.1–0.4.

Influence of temperature. The effect of temperature on the degradation rate of Dr was determined in 0.01 M buffer at pH 8.0 and at pH 1.5 over the range 40–60°C. The Arrhenius equation is obeyed. From the slope and the intercept of a plot of ln $k_{obs}$ versus the reciprocal of absolute temperature the activation energy ($\Delta H^*$) and frequency factor (A) were calculated. The results are: pH 8.0, $\Delta H^* = 79$ kJ·mol$^{-1}$, A = $5.5 \times 10^6$ s$^{-1}$; pH 1.5, $\Delta H^* = 114$ kJ·mol$^{-1}$, A = $5.5 \times 10^{13}$ s$^{-1}$.

Influence of pH. At each pH the degradation rate was studied as function of the buffer con-



Fig. 6. Protolytic equilibria of Dr in aqueous solution.

Fig. 5. The effect of phosphate concentration on $k_{obs}$ for the degradation of Dr at pH 7.0. Temperature 50°C, $\mu = 0.3$.

centration at constant ionic strength ($\mu = 0.3$) and as a function of the ionic strength at constant buffer concentration. If an ionic strength effect was observed, the data of the experiments were corrected for this influence. After these corrections the obtained rate constants were extrapolated to zero buffer concentration. These mathematical procedures provide rate constants (k') including only $H_2O$, $H^+$ and $OH^-$ as catalysts. The general rate equation for such a combination of catalytic processes can be written as:

$$v = k'[R] = (k_o + k_H[H^+] + k_{OH}[OH^-])[R]$$
$$(3)$$

where $k_o$ is the first-order rate constant for degradation in water only and $k_H$ and $k_{OH}$ represent the specific second-order rate constants for proton and hydroxyl catalyzed degradation, respectively. [R] refers to the total reactant concentration. In the pH region studied Dr is involved in three prototropic equilibria from which two overlap, attributing to the 3'-amino group and a phenolic function (Table 1). This suggests that in the pH range 0–14 Dr exists in five different forms: as a monocation, $Dr^+$; as a zwitterion, $Dr^\pm$; as a neutral molecule, $Dr^o$; as a monoanion, $Dr^-$ and as a dianion $Dr^{2-}$ (Fig. 6), whereas the total Dr con-

centration is:

$$[Dr]_{tot} = [Dr^+] + [Dr^\pm] + [Dr^o] + [Dr^-]$$
$$+ [Dr^{2-}] \quad (4)$$

The two phenolic functions are assumed to be equivalent with respect to deprotonation. In principle each species can undergo a proton catalyzed, a hydroxyl-catalyzed and a solvent-catalyzed reaction. The contributions of these reactions to k' for each species is the product of the $(k_o + k_H[H^+] + k_{OH}[OH^-])$ term, applying to the species, multiplied by the fraction of that species. The fractions can be calculated from the expressions of the macro and micro ionization constants of Dr. The macro ionization constants are defined by:

$$K_1 = \frac{[H^+]([Dr^o] + [Dr^\pm])}{[Dr^+]} \quad (5)$$

$$K_2 = \frac{[H^+][Dr^-]}{([Dr^o] + [Dr^\pm])} \quad (6)$$

$$K_3 = \frac{[H^+][Dr^{2-}]}{[Dr^-]} \quad (7)$$

and the micro ionization constants are defined by:

$$k_1 = \frac{[H^+][Dr^o]}{[Dr^+]} \quad (8)$$

$$k_2 = \frac{[H^+][Dr^\pm]}{[Dr^+]} \quad (9)$$

$k_3 = [$

$k_4 = $

wherea
betwee
$[Dr^\pm]/$
roscop.

$K_1 =$

$K_1 \times$

With t
over th
ten as:

$k' = (k$

$+$

$\times$

$-$

$\times$

$+$ $\{$

$+$ $\{$

PU 0012481

$$k_1 = \frac{[H^+][Dr^-]}{[Dr^\circ]} \quad (10)$$

$$k_2 = \frac{[H^+][Dr^-]}{[Dr^\pm]} \quad (11)$$

whereas $k_5$ is defined as the pH independent ratio between the zwitterions and neutral Dr species: $[Dr^\pm]/[Dr^\circ]$. The relationships between the macroscopic and microscopic ionization constants are:

$$K_1 = k_1 + k_2; \quad 1/K_2 = 1/k_3 + 1/k_4 \text{ and}$$

$$K_1 \cdot K_2 = k_2 \times k_4 = k_1 \times k_3$$

With the use of Eqns. 3–11 the expression for $k'$ over the entire pH region studied, should be written as:

$$k' = \{k_o^* + k_H^*[H^+] + k_{OH}^*[OH^-]\}$$

$$\times \frac{1}{1 + \frac{K_1}{[H^+]} + \frac{K_1 K_2}{[H^+]^2} + \frac{K_1 K_2 K_3}{[H^+]^3}}$$

$$+ \{k_o^\pm + k_H^\pm[H^+] + k_{OH}^\pm[OH^-]\}$$

$$\times \frac{1}{1 + \frac{1}{k_5} + \frac{[H^+]^3 + K_1 K_2[H^+] + K_1 K_2 K_3}{k_2[H^+]^2}}$$

$$\{k_o^\circ + k_H^\circ[H^+] + k_{OH}^\circ[OH^-]\}$$

$$\times \frac{1}{1 + k_5 + \frac{[H^+]^3 + K_1 K_2[H^+] + K_1 K_2 K_3}{k_1[H^+]^2}}$$

$$+ \{k_o^- + k_H^-[H^+] + k_{OH}^-[OH^-]\}$$

$$\times \frac{1}{1 + \frac{[H^+]^2}{K_1 K_2} + \frac{[H^+]}{K_2} + \frac{K_3}{[H^+]}}$$

$$+ \{k_o^{2-} + k_H^{2-}[H^+] + k_{OH}^{2-}[OH^-]\}$$

$$\times \frac{1}{1 + \frac{[H^+]}{K_3} + \frac{[H^+]^2}{K_2 K_3} + \frac{[H^+]^3}{K_1 K_2 K_3}} \quad (12)$$

The superscripts of the specific reaction constants refer to the appropriate Dr species.

Most of the suggested reactions are kinetically indistinguishable, except for the reactions between $H^+$ and $Dr^\circ$ and between $OH^-$ and $Dr^{2-}$. The kinetic equivalent reactions are:

(1)  $H^+ + Dr^\pm$, $H^+ + Dr^\circ$, $H_2O + Dr^-$,

(2)  $H^+ + Dr^-$, $H_2O + Dr^\circ$, $H_2O + Dr^\pm$, $OH^- + Dr^+$,

(3)  $H^+ + Dr^{2-}$, $H_2O + Dr^-$, $OH^- + Dr^\circ$, $OH^- + Dr^\pm$ and

(4)  $H_2O + Dr^{2-}$, $OH^- + Dr^-$.

The separate contributions to $k'$ of the kinetically indistinguishable reactions cannot be assigned from the experimental data. Neglecting certain reactions may be attractive but such assumptions cannot be verified. Therefore all reactions were included. For the proper use of the non-linear curve-fitting computer program the reaction constants of the kinetic equivalent reactions are combined to new constants $c_1$–$c_5$. Inserting these con-



Fig. 7. Log $k'$–pH profile for Dr degradation at 50°C. The line has been simulated from Eqn. 13 using the constants ($c_1$–$c_5$) mentioned in the text and the $pK_{a(50°C)}$ values from Table 1.

82



Fig. 8. Degradation scheme of Dr at pH > 4. S refers to the daunosamine sugar moiety.

stants and rearrangement of Eqn. 13 yields:

$$k' = \left(c_1[H^+]^4 + c_2[H^+]^3 + c_3[H^-]^2 - c_4[H^-] + c_5 + c_6[H^+]^{-1}\right)\left\{[H^+]^3 + K_1[H^-]^2 + K_1K_2[H^+] + K_1K_2K_3\right\}^{-1} \quad (13)$$

where $c_1 = k_N^+$; $c_2 = k_o^- + k_1k_H^+ + k_2k_H^-$; $c_3 = k_{OH}^-K_w + k_o^+k_1 + k_H^-k_2 + k_H^+K_1K_2$; $c_4 = k_{OH}^+K_wK_w + k_{OH}^-k_2K_w + k_w^-K_1K_2 + k_H^-K_1K_2K_3$; $c_5 = k_{OH}^-K_wK_1K_2 + k_2^{k-}K_1K_2K_3$; $c_6 = k_{OH}^-K_wK_1K_2K_3$. With the use of the non-linear curve-fitting program $c_1$–$c_6$ can be calculated from the experimental data. The results are: $c_1 = 5.6 \times 10^{-4}$ mol$^{-1}\cdot$s$^{-1}$; $c_2 = 1.7 \times 10^{-14}$ s$^{-1}$; $c_3 = 2.7 \times 10^{-8}$ mol$\cdot$s$^{-1}$; $c_4 = 2 \times 10^{-22}$ mol$^2\cdot$s$^{-1}$; $c_5 = 6.6 \times 10^{-33}$ mol$^3\cdot$s$^{-1}$. The micro and macro ionization constants were fixed at the values obtained from the spectrophotometric experiments. From computer experiments where $c_1$–$c_6$ were kept con-nt and $c_6$ was varied it appeared that the $[H^+]$ term does not contribute to $k'$ and, consequently, $c_6 = k_{OH}^{2-} = 0$. The other terms contrib-: significantly to $k'$. In Fig. 7 the points are perimental values and the solid line calculated theoretically by employing Eqn. 13, the ionization constants from Table 1 and the reported $c_1$–$c_6$ values. The experimental data show a good agreement with the calculation of Eqn. 13 indicating an adequate description by this equation of the kinetics of the Dr degradation in the pH region studied. The section $0 \le pH \le 3.5$ of the log $k'$–pH graph has a slope −1 indicating specific proton catalysis for the conversion of the Dr monocation into I. The degradation rate of Dr between pH 4.5 and 5.5 shows pH independence. The shape of the pH profile at higher pH values implies that the overall degradation rate is strongly influenced by dissoci-

ation equilibria. No parts of the curve have a slope of +1. The degradation of Dr at pH > 4 yields principally II and III. A proposal of the degradation scheme is illustrated in Fig. 8. Probably, the reaction is initiated by removal of a C10 ben lic proton (Arcamone, 1978). Subsequent splitti; of the C9 acetyl group, or the C9 hydroxyl function, and the sugar moiety results in the formation of II, or III, respectively.

## References

Arcamone, F., Cassinelli, G., Orezzi, P., Franceschi, G. and Mondelli, R., Daunomycin. II. The structure and stereochemistry of daunosamine. J. Am. Chem. Soc. 86 (1964) 5335–5336.

Arcamone, F., Franceschi, G., Orezzi, P., Cassinelli, G., Barbieri, W. and Mondelli, R., Daunomycin. I. The structure of daunomycinone. J. Am. Chem. Soc. 86 (1964b) 5334–5335.

Arcamone, F., Daunomycin and related antibiotics. Topics Antibiot. Chem., 2 (1978) 99–239.

Bates, R.G., Determination of pH: Theory and Practice. John Wiley and Sons, New York-London-Sydney-Toronto, 1973, pp. 165–169.

Beijnen, J.H., Wiese, G. and Underberg, W.J.M., Aspects of the chemical stability of doxorubicin and seven other anthracyclines in acidic solution. Pharm. Weekbl. Sci. Ed. 7 (1985) 109–116.

Crooke, S.T. and Reich, S.D., Anthracyclines: Current Status and New Developments. Academic Press, New York, 1980.

Daugherty, J.P., Hixon, S.C. and Yielding, K.L., Direct in vitro photoaffinity labeling of DNA with daunorubicin. adriamycin and rubidazone. Biochim. Biophys. Acta, 565 (1979) 13–21.

Gray, P.J. and Phillips, D.R., Ultraviolet photoirradiation of daunomycin and DNA-daunomycin complexes. Photochem. Photobiol., 33 (1981) 297–303.

Henry, D.W., Structure–activity relationships among daunorubicin and adriamycin analogs. Cancer Treat. Rep., 63 (1979) 845–854.

Janssen, M.J.H., Crommelin, D.J.A., Storm, G. and Hulshoff, A., Doxorubicin decomposition on storage. Effect of pH, type of buffer and liposome encapsulation. Int. J. Pharm. 23 (1985) 1–11.

Sturgeon, R.J. and Schulman, S.G., Electronic absorption spectra and prototylic equilibria of doxorubicin: direct spectrophotometric determination of microconstants. J. Pharm. Sci., 66 (1977) 958–961.

Tomlinson, E. and Malspeis, L., Concomitant adsorption and stability of some anthracycline antibiotics, J. Pharm. Sci. 71 (1982) 1121–1125.

Wassermann, K. and Bundgaard, H., Kinetics of the acid catalyzed hydrolysis of doxorubicin. Int. J. Pharm. 14 (1983) 73–78.

Williams, B.A. and Tritton, T.R., Photoinactivation of anthracyclines. Photochem. Photobiol., 34 (1981) 131–134.

International Jou Elsevier

IJP 01031

## Summary

Four subject Following the la were determined 3 with the 1 nd 2000 3 12.4. This clearance increase from this study Therefore, (1) t derived from me

## Introduction

r huma w ch must The pharmac quite compli that a sigmoi clearance of centration in et al., 1940).

Correspondence: cine, University Street, Kansas

0378-5173/86/

# EXHIBIT 3

UNITED ST S DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | | |
|---|---|---|---|---|
| 07/827,742 | 01/29/92 | SATTI | | 764... |

```
                                                    EXAMINER
12M1/1205
OBLON, SPIVAK, MC CLELLAND, MAIER AND          FESELEV, E
NEUSTADT
FOURTH FLOOR                                ART UNIT    PAPER NUMBER
1755 JEFFERSON DAVIS HWY.
ARLINGTON VA 22202                            1211       #37
                                            DATE MAILED: 12/06/96
```

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

## OFFICE ACTION SUMMARY

☐ Responsive to communication(s) filed on _____

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 D.C. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire **3** month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☑ Claim(s) _31, 33-38, 40 and 42_ is/are pending in the application.
   Of the above, claim(s) _____ is/are withdrawn from consideration.
☐ Claim(s) _____ is/are allowed.
☑ Claim(s) _31, 33-38 40 and 42_ is/are rejected.
☐ Claim(s) _____ is/are objected to.
☐ Claim(s) _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.
☐ The drawing(s) filed on _____
☐ The proposed drawing correction, filed on _____ is/are objected to by the Examiner.
☐ The specification is objected to by the Examiner. _____ is ☐ approved ☐ disapproved.
☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been
   ☐ received.
   ☐ received in Application No. (Series Code/Serial Number) _____
   ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____

☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☐ Notice of Reference Cited, PTO-892
☑ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____
☐ Interview Summary, PTO-413
☐ Notice of Draftsperson's Patent Drawing Review, PTO-948
☐ Notice of Informal Patent Application, PTO-152

—SEE OFFICE ACTION ON THE FOLLOWING PAGES—

PU 0015264

PLAINTIFF'S
TRIAL EXHIBIT
274
04 CV 833

EXHIBIT
Defendants 185
7/27/06    KW



Serial Number: 07/827742                                    -2-
Art Unit: 1211

In view of the newly submitted prior art, the Final
Rejection of January 30, 1996 is hereby withdrawn in order to
introduce a new ground of rejection.

Claims 31, 33-38, 40 and 42 are rejected under 35 U.S.C.
§ 103 as being unpatentable over Janssen et al (International
Journal of Pharmaceutics, 23 (1985) 1-11).

Janssen et al disclose a composition containing doxorubicin
adjusted to pH 4 with hydrochloric acid (page 4) but do not
dosclose the claimed concentration of doxorubicin. However,
since it would have been within the ordinary skill in the art at
the time the instant invention was made to vary the concentration
of the prior art composition, the claimed composition is deemed
prima facie obvious over Janssen et al.

Claims 31, 33-38, 40 and 42 are rejected under 35 U.S.C.
§ 103 as being unpatentable over Kaniewska (Chemical Abstracts,
vol. 88, 1978, no. 197526x) or Kaniewska (Pharmacia Polska, vol.
9, 539-542) in combination with Janssen et al (International
Journal of Pharmaceticals, 23 (1985) 1-11).

Kaniewska (Cmemical abstract) discloses a composition
containing doxorubicin hydrochloride at pH 2.6.

Kaniewska (Pharmacia Polska) discloses a composition of
doxorubicin at pH 2.6 and 4.8. But the two Kaniewska references
do not disclose the adjustment of pH a physiologically acceptable
acid. However, since Janssen et al disclose a composition

PU 0015265

Serial Number: 07/827742                                                          -3-
Art Unit: 1211

containing doxorubicin at pH 4.0 and further disclose on page 4, adjustment of pH with hydrochloric acid, a person having ordinary skill in the art at the time the instant invention was made would have been motivated to adjust pH of the doxorubicin containing composition with a physiologically acceptable acid.

Any inquiry concerning this communication should be directed to Elli Peselev at telephone number (703) 308-4616.

ELLI PESELEV
PRIMARY EXAMINER
GROUP 1200

PU 0015266

# EXHIBIT 4

CERTIFICATE OF MAILING

I hereby certify that this paper and every
paper referred to therein as being enclosed
is being deposited with the U.S. Postal Ser-
vice as first class mail, postage prepaid,
in an envelope addressed to: Commissioner of
Patents & Trademarks, Washington, DC 20231,
on _May 06, 1997_ (Date of Deposit)

5/06/97      Daniel S. Sachan
Date              Name

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
(Case No. 96,926)

| | |
|---|---|
| In re Application of: | ) |
| Gaetano Gatti et al. | ) |
| Serial No.: 07/827,742 | ) Examiner: E. Peselev |
| Filed: January 29, 1992 | ) Art Unit: 1211 |
| For: INJECTABLE READY-TO-USE SOLUTIONS CONTAINING AN ANTITUMOR ANTHRACYCLINE GLYCOSIDE | ) |

### AMENDMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

This is in response to the Office Action mailed December 6, 1996. A Petition for an extension of time (two months) and requisite fee are attached herewith. Please amend this application as shown below.

### IN THE CLAIMS

Please add the following new dependent claims as shown below. A clean copy of the entire set of pending claims, after amendment, is attached as Appendix A.

PLAINTIFF'S
TRIAL EXHIBIT

273

04 CV 833

EXHIBIT

PU 0015277

37. (Amended) The solution of claim 31 wherein the concentration of doxorubicin is about 2 mg/ml.

38. (Amended) The solution of claim 31 wherein the concentration of doxorubicin is about 5 mg/ml.

48. The solution of claim 31 wherein the concentration of anthracycline glycoside is about 1 mg/ml.

49. The solution of claim 48 wherein the physiologically acceptable acid is hydrochloric acid.

50. The solution of claim 48 wherein the anthracycline glycoside is idarubicin hydrochloride.

51. The solution of claim 46 wherein the concentration of anthracycline glycoside is about 1 mg/ml.

52. The solution of claim 51 wherein the physiologically acceptable acid is hydrochloric acid.

53. The solution of claim 52 wherein the anthracycline glycoside is idarubicin hydrochloride. —

2

PU 0015278

## REMARKS

Reconsideration of this application, as amended, is respectfully requested.

Claims 31, 33-38, 40, 42 and 44-47 were pending in this application. New dependent claims 48-53 were added to further specify other embodiments of the invention. Claims 31, 33-38, 40, 42, and 44-53 are now pending in this application.

Support for the new dependent claims can be found in the application as originally filed. For instance, the subject matter of new claims 49 and 52 can be found on page 3, lines 23 and 24; new claims 48 and 51 can be found on page 6, lines 17 and 18; and new claims 47 and 53 can be found on page 3, line 13. Support for the amendment of claims 37 and 38 can be found on page 6, lines 16-24, in the specification. Accordingly, no new matter has been introduced into the application as a result of the above amendment.

Turning to the Office Action, claims 31, 33-38, 40 and 42 stand rejected under 35 U.S.C. 103 as being unpatentable over Janssen et al., International J. Pharmaceutics, Vol. 23 (1985), pp. 1-11 ("Janssen"). These claims also stand rejected under 35 U.S.C. 103 as being unpatentable over Kaniewska (Chem. Abstracts, Vol. 88, 1978, Abst. No. 197526x) ("Kaniewska I") or Kaniewska (Pharmacia Polska, Vol. 9, pp. 539-542) ("Kaniewska II") in combination with Janssen. Applicants respectfully traverse these rejections.

The Federal Circuit has reiterated the manner in which obviousness rejections are to be reviewed. Where claimed subject matter has been rejected as obvious in view of a combination of prior art references, "a proper analysis under § 103 requires, inter alia, consideration of two factors: (1) whether the prior art would have suggested to those of ordinary skill in the art that they should make the claimed composition or device, or carry out the claimed process; and (2) whether the prior art would also have revealed that in so making or carrying out, those of ordinary skill would have a reasonable expectation of success." In re Vaeck, 947 F.2d 488, 493, 20 U.S.P.Q.2d 1438, 1442 (Fed. Cir. 1991), cited In re Dow Chemical Co., 837 F.2d 469, 473, 5 U.S.P.Q.2d 1529, 1531 (Fed. Cir. 1988). As the Federal Circuit emphasized by succinctly summarizing: "Both the suggestion and the reasonable expectation of success must be founded in the prior art, not in the Applicants' disclosure." Id. In the present case, neither Janssen, Kaniewska I, nor Kaniewska II provide any suggestion for the combination of references. Moreover, neither Janssen, Kaniewska I nor Kaniewska II, alone or in combination with each other, teach an expectation of success for doing what the Applicants have done, i.e. achieving a storage stable solution of anthracycline glycosides in a pharmaceutically accepted solution.

3

PU 0015279

Janssen merely relates to a doxorubicin-HCl salt dissolved in Tris or phosphate buffer or cell culture medium for determination of decomposition kinetics in the presence or absence of liposomes. While Janssen teaches that doxorubicin decomposition rates can be modulated by buffer choice and temperature, Janssen does not teach or suggest that any of the disclosed buffers are "pharmaceutically acceptable solutions" as recited in the present claims. Moreover, Janssen does not suggest that its result can be achieved irrespective of the manner of adjusting the pH, *i.e.*, irrespective of using buffer. The reader knows only that the buffer used therein achieved the results disclosed. There is nothing in Janssen that implies the need for a storage stable physiologically acceptable solution of anthracycline glycoside. There is also nothing in Janssen that suggest the same result could be obtained by pH adjustment of a physiologically acceptable aqueous solvent medium with the use of a physiologically acceptable acid. Moreover, as the Examiner had acknowledged on page 2 of the prior Office Action, Janssen does not teach or suggest a concentration of anthracycline glycoside ranging from 0.1 to 100 mg/ml in pharmaceutically acceptable solution or otherwise.

Like Janssen, Kaniewska I is mainly concerned with decomposition kinetics, and merely states that adriamycin-HCl in buffered solutions followed first order kinetics at increasing pH of the medium. While Kaniewska describes measurement of a decomposition rate constant at pH 2.6, Kaniewska does not teach or suggest any "pharmaceutically acceptable solution." Indeed, Kaniewska I is completely silent with respect to the chemical identity of the solution, other than the fact that it is buffered. Like Janssen, Kaniewska I fails to suggest that the results are achieved without use of a buffer, *i.e.*, irrespective of how pH is adjusted. While Kaniewska I does disclose determination of a rate constant at pH 2.6 as the Examiner noted on page 2 of the Action, this determination is not a disclosure of a pharmaceutically acceptable solution having the recited pH range as presently claimed.

Finally, Kaniewska II merely concerns decomposition kinetics of adriamycin hydrochloride in solid form and in a 2% solution of "Britton-Robinson" buffer at various pH values. As shown in the attached article by Britton and Robinson (J. Chem. Soc., 458, 1456 (1931)), the Britton-Robinson buffer merely refers to an aqueous solution of sodium hydroxide, acetic acid, phosphoric acid and boric acid. Acetic acid is replaceable with phenylacetic acid and in one version, a barbituric drug substance, veronal, was also included. Britton-Robinson buffers are not considered pharmaceutically acceptable and cannot be used for pharmaceutical preparations due to the presence of physiologically unacceptable substances such as boric acid.

Accordingly, a person of ordinary skill in the art would not be motivated by Janssen's teachings concerning non-physiologically acceptable phosphate or TRIS buffer or cell growth

4

PU 0015280

medium containing doxorubicin, or Kaniewska I's teachings concerning unknown buffered solutions for decomposition kinetic studies, or Kaniewska's adriamycin solutions in Britton-Robinson buffers for decomposition kinetic studies to make and use the presently claimed physiologically acceptable solution with any reasonable expectation of success.  There is no teaching in the cited references that the results are achieved irrespective of what is used to adjust the pH level, and the teaching of the cited references was not achieved in a physiologically accepted solution.  As a threshold matter, obviousness cannot be established by combining the teachings of the prior art to produce the claimed invention, absent some teaching, suggestion or incentive supporting the combination.  In re Geiger, 815 F.2d 686 (Fed. Cir. 1987); In re Fine, 837 F.2d 1071 (Fed. Cir. 1988).  Withdrawal of the § 103 rejection based on Janssen, Kaniewska I and II, alone or in combination with each other, is in order and is respectfully requested.

These references merely illustrate that, prior to the present invention, scientists were searching for an answer to a long-term storage stable solution of anthracycline glycosides in a pharmaceutically acceptable solution.  These references do not teach the solution.  Rather, they confirm the long-standing need of the problem.  Indeed, Janssen et al. expressly acknowledged that they had not solved the problem: "In our laboratory, work is in progress to address the problem related to the chemical stability of DXR [i.e., doxorubicin] in a systematic way." Janssen et al., p. 10.

In view of the above amendment and discussion, Applicants respectfully submit that claims 31, 33-38, 40, 42, and 44-53 are allowable and that a Notice of Allowance should be issued in this case.  The Applicants urge the Examiner to contact the Applicants' undersigned representative if the Examiner believes that this would expedite prosecution of this application.

Respectfully submitted,

Dated: May 6, 1997

Daniel A. Boehnen
Registration No. 28,399

McDonnell Boehnen Hulbert & Berghoff
300 South Wacker Drive
Chicago, Illinois 60606
Phone:  (312) 913-0001
Facsimile:  (312) 913-0002

5

PU 0015281

## APPENDIX A

31.    A physiologically acceptable solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride and epirubicin hydrochloride dissolved in a physiologically acceptable aqueous solvent, having a pH adjusted to from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methane sulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml, wherein said solution is contained in a sealed container.

33.    The solution of Claim 31 wherein said physiologically acceptable aqueous solvent is selected from the group consisting of water, ethanol, polyethylene glycol, N,N.-dimethylacetamide, and mixtures thereof.

34.    The solution of Claim 31 wherein the physiologically acceptable aqueous solvent is water.

35.    The solution of Claim 31 wherein the concentration of the doxorubicin is from 0.1 to 50 mg/ml.

36.    The solution of Claim 35 wherein the concentration of doxorubicin is from 1 to 20 mg/ml.

37.    The solution of Claim 31 wherein the concentration of doxorubicin is about 2 mg/ml.

38.    The solution of Claim 31 wherein the concentration of doxorubicin is about 5 mg/ml.

40.    The solution of Claim 31 further comprising a tonicity adjusting agent.

6

PU 0015282

42.    A sealed container containing a stable, intravenously injectable, sterile, pyrogen-free doxorubicin solution which consists essentially of doxorubicin hydrochloride dissolved in a physiologically acceptable solvent therefor, wherein said solution has a pH adjusted to 2.5 to 5.0 with a physiologically acceptable acid and has a concentration of doxorubicin of from 0.1 to 100 mg/ml.

44.    A physiologically acceptable aqueous solution of anthracycline glycoside selected from the group consisting of idarubicin hydrochloride, doxorubicin hydrochloride and epirubicin hydrochloride dissolved in a physiologically acceptable solvent, having a pH adjusted from 2.5 to 5.0 with a physiologically acceptable acid selected from the group consisting of hydrochloric acid, sulfuric acid, phosphoric acid, methanesulfonic acid, and tartaric acid, the concentration of said anthracycline glycoside being from 0.1 to 100 mg/ml.

45.    The anthracycline glycoside solution of Claim 31, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said pH range using said acids.

46.    The container of Claim 42, wherein said doxorubicin solution exhibits storage stability as a result of said pH being adjusted to the said pH range using said acids.

47.    The anthracycline glycoside solution of Claim 44, wherein said solution exhibits storage stability as a result of said pH being adjusted to the said pH range using said acids.

48.    The solution of claim 31 wherein the concentration of anthracycline glycoside is about 1 mg/ml.

49.    The solution of claim 48 wherein the physiologically acceptable acid is hydrochloric acid.

7

PU 0015283

50.   The solution of claim 49 wherein the anthracycline glycoside is idarubicin hydrochloride.

51.   The solution of claim 44 wherein the concentration of anthracycline glycoside is about 1 mg/ml.

52.   The solution of claim 51 wherein the physiologically acceptable acid is hydrochloric acid.

53.   The solution of claim 52 wherein the anthracycline glycoside is idarubicin hydrochloride.

8

PU 0015284



J. Chemical Society 458 , 1456

1456   BRITTON AND ROBINSON : UNIVERSAL BUFFER SOLUTIONS

quoted by Bennett and Willis (J., 1929, 256; 256), the formation with compounds formed by saturated bases, where nuclear combination is excluded.

As regards the detailed formulation of the union between a nitro-group and an aromatic nucleus, the only deduction we can make is that the latter appears to act as donor, for the directions of the effects of methyl and of halogens in the picric acid hydroxazlon series are such as would be expected on this view. The formulation proposed by Bennett and Willis is, to this extent, supported by our results. It seems possible that further work in the naphthalene series, where the larger constants diminish the uncertainty due to the solvent effect, and the constitutional effects are greatest, might throw light on this problem.

Royal Holloway College,
University of London.

*(Received, April 22nd, 1931.)*

## CXCVIII.—Universal Buffer Solutions and the Dissociation Constant of Veronal.

### By Hubert Thomas Stanley Britton and Robert Anthony Robinson.

The large number of satisfactory standard buffer solutions available for the colorimetric determination of $p_H$ values has been augmented in recent years by a class of solutions known as universal buffer solutions. These consist of mixtures of acids of diminishing strength, by the successive neutralisation of which the $p_H$ values of the solutions are caused to vary continuously from about 2 to 12, the change in $p_H$ being approximately proportional to the amount of alkali added. Two such buffer solutions containing phosphoric, acetic or phenylacetic, and boric acids have been described (Prideaux, *Proc. Roy. Soc.*, 1916, 92,A, 463; Prideaux and Ward, *J.*, 1924, 125, 426), having a $p_H$ range of 2—12, but the present authors have shown (this vol., p. 458) that the graph of the $p_H$ of the buffer solution containing phosphoric, phenylacetic, and boric acids against the degree of neutralisation is not a straight line but is undulatory in character, and that the use of a linear interpolation formula may lead to errors of as much as 0·2 unit in $p_H$.

This communication contains a more detailed study of the original mixtures of phosphoric, acetic, and boric acids and also a description of a new universal buffer solution which throughout a considerable portion of its neutralisation gives a rigidly rectilinear change in $p_H$. This has been made possible through the fact (see Kolthoff, "Gebrauch der Farbenindikatoren," 1923, p. 163;

SOLUTIONS

nnexion with
combination

ween a nitro-
can make a
ctions of the
ydroxazbon "
: formulation
oorted by our
naphthalene
ainty due to
ontext, might

12nd. 1931.]

d the Dis-

7 ANTHONY

ons available
n augmented
versal buffer
diminishing
pₐ values of
oout 2 to 12.
. the amount
s phosphoric.
n described
x and Ward,
: the present
of the pₐ of
io, and boric
right line but
interpolation
a.
tudy of the
is and also a
throughout a
Jy rectilinear
igh the fact
923, p. 153;

---

AND THE DISSOCIATION CONSTANT OF VERONAL.    1457

Michaelis, *J. Biol. Chem.* 1930, **87**, 33): that veronal [sodium
diethylbarbiturate] on neutralisation with hydrochloric acid behaves
as the sodium salt of a monobasic acid whose dissociation constant
is of the order of $10^{-8}$. This reaction has also been reinvestigated.

## EXPERIMENTAL.

*Titration of 100 c.c. of a Solution of Phosphoric, Acetic, and Boric
Acids; each 0·04M, with 0·2N-Sodium Hydroxide at 18°.*—This titra-
tion was performed with the hydrogen electrode against the normal



FIG. 1.

calomel electrode, a saturated solution of potassium chloride being
used as the "salt-bridge." Measurements were made after the
addition of each 2·5 c.c. of alkali. The pₐ values so obtained are
recorded in Table I and represented graphically by the thin line in
Fig. 1. Only by following the neutralisation process at such small
intervals can the fundamentally composite nature of the curve be
brought out. As in the case of the other buffer mixture, in which
acetic acid is replaced by phenylacetic acid (Britton and Robinson,
*loc. cit.*), the neutralisation curve often diverges from Prideaux's

PU 0015286

1458  BRITTON AND ROBINSON:  UNIVERSAL BUFFER SOLUTIONS

straight line, which is obtained by plotting a much smaller number of points that happened to lie on or near it.  Consequently, if this mixture is to be used in the colorimetric determination of $p_H$ values, more satisfactory results will be obtained by referring to the complete curve.

The values obtained in the initial stages of the neutralisation are not comparable with those determined by Prideaux, since he diluted the mixture at different stages in the neutralisation to a constant volume.  However, beyond 20% neutralisation the effect of dilution becomes very small and the $p_H$ values here recorded are in good agreement with those obtained by Prideaux.  The broken line in Fig. 1, corresponding to 20—40% neutralisation, represents the contribution made by phenylacetic acid if used in place of acetic acid.

TABLE I.

| NaOH c.c. | $p_H$. | NaOH c.c. | $p_H$. | NaOH c.c. | $p_H$. |
|---|---|---|---|---|---|
| 0 | 1·81 | 27·5 | 4·35 | 62·5 | 7·00 | 
| 2·5 | 1·89 | 30·0 | 4·56 | 65·0 | 7·34 | 
| 5·0 | 1·98 | 32·5 | 4·78 | 67·5 | 7·54 | 
| 7·5 | 2·09 | 35·0 | 5·02 | 70·0 | 7·96 | 
| 10·0 | 2·21 | 37·5 | 5·33 | 75·0 | 8·36 | 
| 12·5 | 2·36 | 40·0 | 5·22 | 80·0 | 8·69 | 
| 15·0 | 2·56 | 42·5 | 5·09 | 82·5 | 9·35 | 
| 17·5 | 2·87 | 45·0 | 5·37 | 85·0 | 9·50 | 
| 20·0 | 3·29 | 47·5 | 5·58 | 87·5 | 9·37 | 
| 22·5 | 3·78 | 50·0 | 5·80 | 100·0 | 11·98 | 
| 25·0 | 4·10 | | | | |

These titration curves illustrate in a marked manner their composite nature.  The existence of the inflexions is due to the ratio of the dissociation constants of the acids involved being somewhat too great, since it can be shown on theoretical grounds that the ideal mixture, giving an absolutely straight line, should consist of acids whose respective $p_K$ values differ from one another by 1·2.  Although this does not present any great difficulty in regard to acids that undergo neutralisation below $p_H$ 7, it does in the case of the weaker acids that are neutralised between $p_H$ 7 and 14.  Veronal has recently been shown to set up buffer action between $p_H$ 6·8 and 9·6, so much so that Michaelis has incorporated it in a series of buffer solutions that are especially useful in the determination of $p_H$ values of biological fluids.  By using citric acid, phosphoric acid, veronal, and boric acid, it is possible to obtain what is probably the nearest approach to the ideal conditions, at least between $p_K$ 3·5 and 9·0, for the $p_K$ values that are successively involved are $p_K$, of citric acid, 3·0; $p_K$, of citric acid, 4·6; $p_K$, of citric acid, 5·8; $p_K$, of phosphoric acid, 6·9; $p_K$ of veronal, 7·98; $p_K$ of boric acid, 9·2; and $p_K$, of phosphoric acid, 11·6.

PU 001528

*The Dissociation Constant of Veronal.*—As the values of the dissociation constant of diethylbarbituric acid obtained by Kolthoff and Michaelis are not in satisfactory agreement, it has been redetermined from the $p_H$ values obtained by means of the hydrogen electrode at 18° during the decomposition of 100 c.c. of 0·04M.-veronal by 0·2N-hydrochloric acid. The salt was obtained from the British Drug House Ltd. The $p_H$ values deduced from measurements at intervals between one-eighth and seven-eighths decomposition ranged from 7·92 to 7·98, and the mean of four such determinations was 7·96, i.e., the dissociation constant of the acid is $1·1 \times 10^{-8}$ at 18°, the $p_K$ value being 0·1 unit higher than that found by Michaelis at 25°.

The following table gives the volumes of 0·2N-hydrochloric acid that must be added to 100 c.c. of 0·04M-veronal to set up $p_H$ values at intervals of 0·2 unit.

| $p_H$ | ... | ... | 6·8 | 7·0 | 7·2 | 7·4 | 7·6 | 7·8 | 8·0 | 8·2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0·2N-HCl, c.c. | ... | ... | 19·4 | 17·8 | 15·7 | 13·3 | 13·4 | 11·47 | 9·38 | 7·21 |
| $p_H$ | ... | ... | 8·4 | 8·6 | 8·8 | 9·0 | 9·2 | 9·4 | 9·6 |  |
| 0·2N-HCl, c.c. | ... | ... | 5·21 | 3·82 | 2·82 | 1·63 | 1·13 | 0·70 | 0·33 |  |

*The Citric Acid–Phosphoric Acid–Veronal–Boric Acid Universal Buffer Mixture.*—This buffer mixture consists of four acids 0·2N with respect to the total replaceable hydrogen, giving rise to seven stages of dissociation which are successively neutralised with sodium hydroxide. Each stage of dissociation corresponds to an acid concentration of 0·02857N. The solution contains potassium dihydrogen phosphate, citric acid, veronal, boric acid, and hydrochloric acid dissolved in water and, made up to a litre. The $p_H$ values, determined by means of the hydrogen electrode, at stages in the titration of 100 c.c. of this mixture with 0·2N-sodium hydroxide are given in Table II under the heading $p_H$ (T). Since in colorimetric work, a series of constant-volume mixtures is necessary, the $p_H$ values of solutions of 100 c.c. of the buffer mixture with varying amounts of sodium hydroxide solution diluted to 200 c.c. have been determined. These values, given under the heading $p_H$ (D), are slightly higher than those obtained by titration during the first 16% of the neutralisation; beyond this point, however, the effect of dilution is negligible.

Fig. 1 shows by means of the thick curve, the relation between $p_H$ and percentage neutralisation; between 16% and 64% neutralisation the points lie very close to the straight line corresponding to the interpolation formula

$$p_H = 0·0853x + 2·888.$$

Between 0 and 16% neutralisation the points lie below this line by

PU 0015288

1450    BRITTON AND ROBINSON: UNIVERSAL BUFFER SOLUTIONS

## TABLE II.

$p_H$ Values of mixtures of 100 c.c. of 0·0286M-citric acid, 0·0286M-potassium dihydrogen phosphate, 0·0286M-boric acid, 0·0286M-veronal and 0·0286N-hydrochloric acid and $x$ c.c. of 0·2N-sodium hydroxide at 18°.

| $x$ | 0 | 2 | 4 | 6 | 8 | 10 | 12 |
|---|---|---|---|---|---|---|---|
| $p_H$ (I) | 2·40 | 2·68 | 2·72 | 2·92 | 3·12 | 3·35 | 2·57 |
| $p_H$ (II) | 2·53 | 2·72 | 2·88 | 3·03 | 3·21 | 3·43 | 3·66 |
| $p_H$ (calc.) | 2·55 | 3·03 | 3·30 | 3·27 | 3·34 | 3·71 | 3·88 |
| $x$ | 14 | 16 | 18 | 20 | 22 | 24 | 26 |
| $p_H$ (II) | 3·80 | 4·02 | 4·31 | 4·40 | 4·67 | 4·76 | 4·91 |
| $p_H$ (III) | 3·67 | 4·08 | 4·23 | 4·42 | | | |
| $p_H$ (calc.) | 3·98 | 4·03 | 4·23 | 4·39 | 4·58 | 4·73 | 4·90 |
| $x$ | 28 | 30 | 32 | 34 | 36 | 38 | 40 |
| $p_H$ (II and III) | 5·04 | 5·23 | 5·40 | 5·57 | 5·78 | 5·91 | 6·10 |
| $p_H$ (calc.) | 5·07 | 5·25 | 5·42 | 5·59 | 5·78 | 5·95 | 6·10 |
| $x$ | 42 | 44 | 46 | 48 | 50 | 52 | 54 |
| $p_H$ (II and III) | 6·26 | 6·45 | 6·62 | 6·79 | 6·94 | 7·12 | 7·30 |
| $p_H$ (calc.) | 6·31 | 6·44 | 6·61 | 6·78 | 6·95 | 7·13 | 7·30 |
| $x$ | 56 | 58 | 60 | 62 | 64 | 66 | 68 |
| $p_H$ (II and III) | 7·46 | 7·42 | 7·60 | 7·78 | 7·96 | 8·15 | 8·33 |
| $p_H$ (calc.) | 7·46 | 7·43 | 7·60 | 7·78 | 7·96 | 8·15 | 8·33 |
| $x$ | 70 | 72 | 74 | 76 | 78 | 80 | 82 |
| $p_H$ (II and III) | 8·55 | 8·76 | 8·97 | 9·20 | 9·43 | 9·63 | 9·33 |
| $p_H$ (calc.) | 8·49 | 8·56 | 8·23 | 9·00 | 7·81 | 7·98 | 8·16 |
| $x$ | 84 | 86 | 88 | 90 | 92 | 94 | 96 |
| $p_H$ (II and III) | 10·63 | 11·00 | 11·93 | 11·44 | 11·60 | 11·73 | 11·85 |
| $p_H$ (calc.) | 10·21 | | | | | | |

0·3 $p_H$, although this deviation is lessened somewhat if each solution is diluted to a constant volume of 200 c.c. Beyond 64%, the experimental curve shows a very considerable inflexion, corresponding to the transition from the neutralisation of boric acid, $p_K = 9·2$, to that of the third stage of phosphoric acid, $p_K = 11·6$. Only by the inclusion of an acid of $p_K = ca. 10·4$ could this inflexion have been avoided. If such an acid could be obtained it would be possible to make a buffer mixture whose $p_H$ value would vary linearly over the whole course of the neutralisation.

If a buffer mixture of range $p_H$ 2·85—12·0 should be required, the preparation may be simplified by omitting hydrochloric acid, the diethylbarbituric acid being liberated by interaction with the first hydrogen of citric acid. In these circumstances the titration begins at a point corresponding to 14·3 c.c. in the previous titration (B in Fig. 1), at which point $p_H = 3·85$. The titration curve is then identical with the curve given in Fig. 1. A solution of any $p_H$ value given in Table II can therefore be prepared by adding to 100 c.c. of this modified solution $y$ c.c. of 0·2N-sodium hydroxide, where $y = x - 14·3$, $y$ being obtained by means of the interpolation formula, $p_H = 0·0833y + 3·91$. (This mixture is being supplied as a powder by the British Drug Houses, Ltd.).

PU 0015289

Case 1:04-cv-00833-KAJ    Document 326-2    Filed 11/09/2006    Page 30 of 37

AND THE DISSOCIATION CONSTANT OF VERONAL.  1481.

*Discussion.*

As the titration curves of these two buffer mixtures are the resultant curves of a number of monobasic acids, at the middle point of any stage in the neutralisation, $p_H = p_K$ where $K$ refers to the acid neutralised in that stage, and at the end of one stage and the beginning of the next $p_H = \frac{1}{2}(p_{K_1} + p_{K_2})$ where $K_1$ and $K_2$ refer to the two acids concerned. The agreement of the $p_H$ values so calculated with those observed is good in the case of the first buffer solution, as the following table shows :

| NaOH, c.c. | 20 | 30 | 40 | 50 | 60 | 70 | 80 |
|---|---|---|---|---|---|---|---|
| $p_H$ (obs.) | 3·22 | 4·56 | 5·72 | 6·80 | 7·96 | 9·15 | 10·38 |
| $p_H$ (calc.) | 3·32 | 4·76 | 5·83 | 6·80 | 8·05 | 9·30 | 10·40 |

In the case of the second solution good agreement is obtained until the veronal comes into play :

| NaOH, c.c. | 7·15 | 14·3 | 21·45 | 28·6 | 35·75 | 43·0 |
|---|---|---|---|---|---|---|
| $p_H$ (obs.) | 3·04 | 3·85 | 4·52 | 5·13 | 5·72 | 6·36 |
| $p_H$ (calc.) | 3·0 | 3·6 | 4·6 | 5·3 | 5·8 | 6·32 |
| NaOH, c.c. | 50 | 57·15 | 64·3 | 73·45 | 78·6 | 85·75 |
| $p_H$ (obs.) | 6·94 | 8·18 | 8·91 | 9·73 | 10·25 | — |
| $p_H$ (calc.) | 6·90 | 7·43 | 7·96 | 8·55 | 9·30 | 10·40 |

At 84·3 c.c. of sodium hydroxide, the point of half neutralisation of the diethylbarbituric acid, the $p_H$ value observed is about 0·2 unit higher than that observed in the direct titration of the acid, whilst at the half neutralisation of the boric acid the observed $p_H$ is about 0·5 unit higher than the calculated.

Much difficulty has been experienced in elucidating this anomaly. On neutralising a mixture of diethylbarbituric acid and boric acid with sodium hydroxide, the $p_H$ values at the half neutralisation of each acid gave $p_K$ (veronal) = 7·85 and $p_K$ (HBO$_2$) = 9·25, whilst the $p_H$ at the mid-point of the complete titration was 8·51 instead of $p_H$ = 8·58, the mean of the two $p_H$ values. Similarly, the titration curve of a mixture of potassium dihydrogen phosphate, diethylbarbituric acid, and boric acid gave $p_K$ (H$_2$PO$_4'$) = 6·8, $p_K$ (veronal) = 8·0, and $p_K$ (HBO$_2$) = 9·3, which again are in good agreement with the accepted $p_K$ values, 6·9, 7·96, and 9·2 respectively.

When, however, a mixture of citric acid and boric acid was titrated with sodium hydroxide, the three $p_K$ values calculated during the titration of citric acid were 3·00, 4·47, and 5·86 (accepted values 3·0, 4·6, and 5·3), showing that the neutralisation of the citric acid was proceeding without interference of the boric acid. The $p_H$ value calculated at any point in the boric acid section of the curve was 0·5 of a $p_H$ unit too high, apparently owing to the presence of the sodium citrate. This elevation in the $p_H$ value of

PU 0015290

1482    CHALLENGER AND PARKER : A METHOD FOR THE

boric acid in the presence of sodium citrate will explain the lack of
agreement between the calculated and the observed $p_H$ values in
the latter portion of the titration of the new buffer mixture.

The effect of an organic hydroxy-acid on the dissociation of
boric acid seems to have an important bearing on the so-called
"boric acid problem" (see Bancroft and Davis, J. Physical Chem.,
1930, 34, 2479) to which we are giving further attention.

The authors wish to thank the Advisory Council of the Depart-
ment of Scientific and Industrial Research for a grant which was
made to assist an investigation out of which the present work has
arisen, and also the Chemical Society for a grant from the Research
Fund.

UNIVERSITY COLLEGE OF THE SOUTH-WEST,
EXETER.
[Received, April 2nd, 1931.]

**CXCIX.—A Method for the Preparation of Some
New Organo-thallium Halides.**

By FREDERICK CHALLENGER and BERTHA PARKER.

It was shown by Michaelis and Becker (Ber., 1882, 15, 182) that
phenylboric acid and mercuric chloride react in hot aqueous solution,
giving insoluble phenylmercury chloride :

$$PhB(OH)_2 + HgCl_2 + HOH = PhHgCl + B(OH)_3 + HCl$$

In the course of a study of the mobility of alkyl and aryl radicals
when attached to boron (Ainley and Challenger, J., 1930, 2171),
the behaviour of phenylboric acid to the thallic halides has been
investigated. The close relation of thallium to mercury and the
great insolubility and stability to water of diphenylthallium halides
(Goddard and co-workers, J., 1922, 121, 40, 257) suggested that
the reaction in question might proceed similarly. In the analogous
reaction with cadmium and zinc halides, only benzene was obtained,
probably owing to the instability of the organo-halides of cadmium
and zinc in presence of water.

Thallic chloride and bromide react at once in hot aqueous solution
with phenylboric acid, giving, according to the proportion of phenyl-
boric acid employed, diphenylthallium halides (Goddard, loc. cit.),
phenylthallium dichloride, m. p. 230°, and phenylthallium dibromide,
m. p. 133° (decomp.). The mono- and di-chlorides are readily
separated and purified owing to their widely differing solubility in
water. This is also true of the monobromide, but the isolation of
the dibromide presents more difficulty. The dihalides, which do

PU 0015291

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
(Case No. 96,926)

In re Application of:

Gaetano Gatti et al,

Serial No.:    07/827,742                                    Group Art Unit  1211

Filed:         January 29, 1992                              Examiner:  E. Peselev

For:           INJECTABLE READY-TO-USE
               SOLUTIONS CONTAINING AN
               ANTITUMOR ANTHRACYCLINE
               GLYCOSIDE

Asst. Commissioner for Patents
Washington, D.C. 20231

Sir:

## TRANSMITTAL LETTER

In regard to the above identified application:

1.  We are transmitting herewith the attached:

    a.  Petition for Extension of Time (2 months);
    b.  Amendment to Office Action mailed December 6, 1996; and
    c.  Post Card

2.  With respect to additional fees:

    _____ A.  No additional fee is required.

    __×__ B.  Attached is a check in the amount of $390.00

3.  Please charge any additional fees or credit overpayment to Deposit Account No. 13-2490.  A
    duplicate copy of this sheet is enclosed.

4.  CERTIFICATE OF MAILING UNDER 37 CFR § 1.8:  The undersigned hereby certifies that this
    Transmittal Letter and the paper, as described in paragraph 1 hereinabove, are being deposited with the
    United States Postal Service with sufficient postage as first class mail in an envelope addressed to:  Asst.
    Commissioner for Patents,  Washington, D.C. 20231 on this 6th day of May, 1997.

                                      By :  _Daniel A. Boehnen_
                                            Daniel A. Boehnen
                                            Reg. No. 28,399

McDONNELL BOEHNEN HULBERT & BERGHOFF
300 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606
TELEPHONE (312) 913-0001
FACSIMILE:  (312) 913-0002

PU 0015292

EXHIBIT 5

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/827,742 | 03/29/92 | BATT1 | B | 769-249-0-P1 |

```
                                    HM32/0623
      OBLON, SPIVAK, MC CLELLAND, MAIER AND
      NEUSTADT
      FOURTH FLOOR
      1755 JEFFERSON DAVIS HWY.
      ARLINGTON VA 22202
```

| EXAMINER |  |
|---|---|
| PESELEV, E | |
| ART UNIT | PAPER NUMBER |
| 1623 | |

DATE MAILED: 06/23/98

Please find below a communication from the EXAMINER in charge of this application.

- Commissioner of Patents

EXHIBIT

Defendants 158
787 kw kw

PU 0015317

FTOL-90 (Rev. 6/94)

1 - PATENT APPLICATION FILE COPY

PLAINTIFF'S
TRIAL EXHIBIT
275
04 CV 833

| Office Action Summary | Application No. | Applicant(s) | |
|---|---|---|---|
| | Examiner | | |
| | | Group Art Unit | |

—The MAILING DATE of this communication appears on the cover sheet beneath the correspondence address—

**Period for Response**

A SHORTENED STATUTORY PERIOD FOR RESPONSE IS SET TO EXPIRE **3** MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a response be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for response is specified above, such period shall, by default, expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to respond within the set or extended period for response will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).

**Status**

☑ Responsive to communication(s) filed on 3-17-92

☑ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

**Disposition of Claims**

☑ Claim(s) 31, 33-38, 42 and 45-53 is/are pending in the application.

Of the above claim(s) _____ is/are withdrawn from consideration.

☑ Claim(s) 31, 33-38, 42, 45,46, 48-51 and 53 is/are allowed.

☑ Claim(s) 47 and 52 is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claim(s) _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119 (a)-(d)**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 11 9(a)-(d).

☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number)_____

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____

**Attachment(s)**

☑ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____    ☐ Interview Summary, PTO-413

☐ Notice of References Cited, PTO-892    ☐ Notice of Informal Patent Application, PTO-152

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948    ☐ Other _____

**Office Action Summary**

U.S. Patent and Trademark Office
PTO-326 (Rev.3-93)    *U.S. GPO; 1997-417-309/00/05    Part of Paper No. _____

PU 0015318

Serial Number: 07/827,827                                                    Page 2

Art Unit: 1623

Claims 47 and 52 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

Claims 47 and 52 are indefinite in that the same depend from the cancelled claim 44. Note that claim 44 has been cancelled in the amendment filed October 8, 1993.

Applicant's arguments filed March 18, 1997 have been fully considered but they are not persuasive with respect to the above rejection.

The publication date of the Canadian Patent 1,291,037, listed on the Information Disclosure Statement, is requested.

Applicant's amendment necessitated the new ground(s) of rejection presented in this Office action. Accordingly, THIS ACTION IS MADE FINAL. See MPEP § 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action. In the event a first reply is filed within TWO MONTHS of the mailing date of this final action and the advisory action is not mailed until after the end of the THREE-MONTH shortened statutory period, then the shortened statutory period will expire on the date the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of the advisory action. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the date of this final action.

PU 0015319

Serial Number: 07/827,827

Art Unit: 1623                                                                Page 3

Any inquiry concerning this communication should be directed to Elli Peselev at telephone
number (703) 308-4616.

ELLI PESe.
PRIMARY EXAMINER
GROUP 1200

PU 0015320