# EXHIBITS G-I

# FILED UNDER SEAL