# EXHIBITS A – I

# REDACTED IN THEIR ENTIRETY