# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

November 16, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    Pharmacia & Upjohn Company, LLC v. Sicor, Inc. and
                Sicor Pharmaceuticals, Inc., C.A. No. 04-833 (KAJ)

Dear Judge Jordan:

      We write on behalf of Plaintiff Pharmacia & Upjohn Company LLC ("Pharmacia") concerning a dispute between the parties regarding Sicor's deposition designations. Specifically, Sicor's revised deposition designations, as submitted to the Court on November 3, 2006, contain numerous instances where portions of a deponent's answer have been omitted, leaving the responses incomplete. The designations also include several instances where the question posed to the deponent was omitted or incomplete. In an attempt to resolve the issue without court intervention, Pharmacia sent a letter to Sicor on November 8, 2006, requesting that Sicor revise its designations to include complete answers from the witnesses within its designations. *See* Ex. A. In response, Sicor decided to withdraw some of its designations where incomplete answers had been designated, but refused to revise other designations based on its unilateral determination that the answer was "not responsive." *See* Ex. B. Thus, Sicor's designations remain incomplete; to avoid jury confusion, Pharmacia has been forced to include the completing portions of the answers and questions in its counter-designations.

      The following designations omit the question posed or incompletely designate an answer, which resulted in Pharmacia counter-designating the question or the remainder of the answer. Pharmacia requests that the Court assess the time for these counter-designations to Sicor:

The Honorable Kent A. Jordan
November 16, 2006
Page 2

| Deponent | Defendants' Revised Designation | Plaintiffs' Amended Counter-Designation | Additional Lines to Assess to Defendants |
|---|---|---|---|
| Confalonieri | 23:3 – 23:16 | 23:17 – 24:2 | 11 |
|  | 49:5 – 49:22 | 49:4 | 1 |
| Williamson | 58:15 – 62:12 | 58:7 – 58:14 | 8 |
| Fach | 64:12 – 64:23 | 64:7-9 | 3 |
|  | 230:3-25 | 231:1-4 | 3 |
| Laivins | 114:19 – 116:9 | 116:10-14 | 5 |
|  | 181:11 – 181:25 | 181:11 – 181:25, 182:2 | 1 |
|  | 183:17 – 183:25 | 183:17 – 183:25, 184:2-3 | 2 |

The following designations also omit the question posed or incompletely designate an answer, but – because of Sicor's amendment of its deposition designations after previously scheduled – Pharmacia has not yet counter-designated the missing information. Pharmacia requests that the Court either strike the complete designation, or require that Sicor designate the question posed or the complete answer provided by the deponent:

| Deponent | Defendants' Revised Designation | Designation Required to Provide a Complete Response | Additional Lines to Assess to Defendants |
|---|---|---|---|
| Fach | 31:6 – 32:13 | 31:6 – 32:13, 32:18 – 33:5 | 13 |
|  | 123:21 – 125:25 | 123:21 – 125:25, 126:4-6 | 3 |
|  | 138:24 – 139:1 | 138:24 – 139:1, 139:4-5, 139:11-19 | 11 |
| Laivins | 117:8 – 118:3 | 117:8 – 118:12 | 9 |

Respectfully,

/s/ Maryellen Noreika (#3208)

Maryellen Noreika

The Honorable Kent A. Jordan
November 16, 2006
Page 3

cc: Dr. Peter T. Dalleo, Clerk (By Hand)
    Steven J. Balick, Esquire (By Hand)
    Reid L. Ashinoff, Esquire (By Email)
    Jordan Sigale, Esquire (By Email)
    Daniel A. Boehnen, Esquire (By Email)