# EXHIBIT A



**McDonnell Boehnen Hulbert & Berghoff LLP**   300 South Wacker Drive   312 913 0001 phone
Chicago, Illinois 60606-6709   312 913 0002 fax
www.mbhb.com

November 8, 2006
Sent Via E-mail

Jordan A. Sigale
Sonnenschein Nath & Rosenthal LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6404

Re:   Pharmacia & Upjohn Company LLC v. Sicor Inc.
      Civil Action No. 04-833 KAJ
      U.S. District Court for the District of Delaware

Dear Jordan:

Sicor's amendments to designations of testimony from the deposition of Peter Laivins omit portions of answers to questions, leaving the responses incomplete. Of the three changes in designations, two are withdrawals of portions of answers. The same problem also exists as to Sicor's designation of Dr. Confalonieri's testimony. That is, at several points in Dr. Confalonieri's testimony, Sicor has designated only portions of his answers.

The law is clear – when a party designates an answer, it must designate the entirety of the answer. Thus, we ask that Sicor withdraw its requested amendments to the deposition designations by informing the Court of its actions by the close of business on **Friday, November 10, 2006**. Additionally, we ask that Sicor review that testimony, as well as the testimony of all other witnesses for whom it has designated testimony, and inform the Court that it is designating the complete answers to questions. At that point, Pharmacia will withdraw the counterdesignations made for completeness of answers. Again, we ask that Sicor do so by the close of business on **Friday, November 10, 2006**.

Should Sicor not amend its designations to include the complete answers to questions, we will be forced to request the Court to include the complete answers and charge the time to Sicor.

Please let me know if you have any questions.

Very truly yours,

Joshua R. Rich
312 913 2133 direct
rich@mbhb.com

c:  John G. Day
    Maryellen Noreika
    Reid Ashinoff

# EXHIBIT B



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6404
312.876.8000
312.876.7934 fax
www.sonnenschein.com

Brussels
Chicago
Kansas City
Los Angeles
New York
Phoenix
San Francisco
Short Hills, N.J.
St. Louis
Washington, D.C.
West Palm Beach

Jordan A Sigale
312.876.7391
jsigale@sonnenschein.com

November 10, 2006

Joshua Rich, Esq.
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606-6709

Dear Joshua,

This is in response to your letter dated November 8, 2006 regarding Sicor's deposition designations. While Sicor strongly disagrees with the contentions made in the letter, it has decided, in order to simplify issues for both parties and avoid unnecessary motion practice, to withdraw the following deposition designations:

- Examination for Discovery of Carlo Confalonieri (Faulding (Canada) Inc. v. Pharmacia S.p.A. - Canadian litigation), February 17, 1999 - 24:8-18, 28:23-29:5.
- Confidential Videotaped Deposition of Wesley N. Fach, May 3, 2006 - 191:17-20.
- Confidential Deposition of Peter Laivins, November 2, 2005 - 144:10-14.

Sicor asks Pharmacia to confirm that it will be withdrawing its counterdesignations to the above listed withdrawn designations.

Sicor has reviewed all of its remaining deposition designations and believes it has designated complete answers to questions. In any instance in which Sicor has not designated the full answer provided by the witness (i.e., Confalonieri - 23:17-24:2, Laivins - 116:10-14, 118:4-12), the non-designated portion is simply not responsive to the question asked, or otherwise inadmissible.

Mike Gugig or David Baum will contact your office by Tuesday, November 14th, 2006, to discuss any remaining evidentiary issues for trial. Please advise who they should contact, and what issues Pharmacia believes are still outstanding.

Sincerely,

Jordan A. Sigale

QUALITY • DEDICATION • INTEGRITY
100 YEARS
2006