# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 16, 2006

The Honorable Kent A. Jordan  
United States District Court  
844 King Street  
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re:   *Pharmacia & Upjohn Company v. Sicor Inc. and Sicor Pharmaceuticals Inc.*  
      C.A. No. 04-833-KAJ

Dear Judge Jordan:

I am writing on behalf of the defendants (collectively, "Sicor"), in anticipation of the teleconference scheduled for 3:30 p.m. today in the above action.

For the Court's convenience, I have attached copies of the two documents that are the primary subject about which Sicor wishes to seek the Court's assistance.

Respectfully,

*/s/ Steven J. Balick*

Steven J. Balick

SJB/dmf  
Attachments  
167723.1

cc:   Maryellen Noreika, Esquire (via electronic mail; w/attachments)  
      Daniel A. Boehnen, Esquire (via electronic mail; w/attachments)  
      Reid L. Ashinoff, Esquire (via electronic mail; w/attachments)