

**MESSAGE TRANSMITTAL FORM**
(Please Print)

L'NUOVE FORM / ADR R.T.U.
(Administrative Services Use Only)

**ATTENTION FAX OPERATOR:**
Number of pages transmitted, including this page ___9___
If not properly received, call (614) 764-8117.
Adria's Facsimile Number: (614) 764-8102.

1946

To: Dr G Tosolini, Ll60    cc: Dr C Confalonieri  992/
Company: Farmitalia Carlo Erba SpA.,    Dr G Gatti
Address: Via C Imbonati 24,
City/State/Country: 20159, Milano, Italy
Telex/Fax No.:

— Letterature
— Adria RTU
— Corrispondenza

**MESSAGE**

Attached is a copy of a paper by Baijnen et al. (which I assume you already have seen) on the stability of anthracyclines, and doxorubicin in particular, in acidic solution. We have two questions concerning this paper, as follows;

a) On page 115 of this paper the authors state that doxorubicin is less stable in solutions of higher ionic strength. Using the equation provided we have calculated that doxorubicin in normal saline is 1.15 times less stable than it is in water. If this is borne out by experiment, we still feel we should obtain stability for 18 months at 2-8°C for the saline formulation. Please comment on the the claim in the paper and our deductions

b) Do you feel the publication of this paper, the paper by Wasserman cited therein (Int J Pharm, 1983, 14, 73-8.) and the paper published in the same Journal by Janssen (Int J Pharm, 1985, 23, 1-11.) will have any deleterious effect on the patent you have applied for ADRIAMYCIN RTU.?

Copia a: dr Confalonieri
dr. Gatti
L. Gambini  16.11.85
   Tosol. 14.11.85

CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

11/11/85    Martin J Williamson
  Date         Signature

HIGHLY CONFIDENTIAL
OUTSIDE ATTORNEYS ONLY

**RETURN MESSAGES:**
FACSIMILE (614) 764-8102  •  TELEX 246820  •  TELEPHONE (614) 764-8100
MAILING ADDRESS: P.O. BOX 16529 • Columbus, Ohio 43216-8529

NOV 11 '85 14:15 ADRIA LABS COLS OHIO  P01

DEFENDANTS' TRIAL EXHIBIT NO. 128

Defendants' Exhibit No. 128

PU 0010350
Confidential

0000333