

ADRIA LABORATORIES INC

**MESSAGE TRANSMITTAL FORM**
(Please Print)

*(Administrative Services Use Only)*
**ATTENTION FAX OPERATOR:**
Number of pages transmitted, including this page _____.
If not properly received, call (614) 764-8117.
Adria's Facsimile Number: (614) 764-8102.

To: Dr G Tosolini,
Company: Farmitalia Carlo Erba SpA.,
Address: Via C Imbonati 24,
City/State/Country: 20159, Milano, Italy
Telex/Fax No.: _____

cc: Dr C Confalonieri
    Dr G Gatti

**MESSAGE**

Attached is a copy of a paper by Beijnen et al. (which I assume you already have seen) on the stability of anthracyclines, and doxorubicin in particular, in acidic solution. We have two questions concerning this paper, as follows:

a) On page 115 of this paper the authors state that doxuribicin is less stable in solutions of higher ionic strength. Using the equation provided we have calculated that doxorubicin in normal saline is 1.15 times less stable than it is in water. If this is borne out by experiment, we still feel we should obtain stability for 18 months at 2-8°C for the saline formulation. Please comment on the the claim in the paper and our deductions

b) Do you feel the publication of this paper, the paper by Wasserman cited therein (Int J Pharm, 1983, 14, 73-8.) and the paper published in the same Journal by Jansen (Int J Pharm, 1985, 23, 1-11.) will have any deleterious effect on the patent you have applied for ADRIAMYCIN RTU.?

No answer 12/5/85

bcc: Dr. G. Davis
     Dr. S. Gharbo
     Dr. F. Grab
     Dr. A. Imondi
     Ms. M. Klaus
     Dr. R. Wolgemuth

Date: 11/11/85     Signature: Martin J Wilkinson

**RETURN MESSAGES:**
FACSIMILE (614) 764-8102  •  TELEX 246620  •  TELEPHONE (614) 764-8100
MAILING ADDRESS P O BOX 16529 • Columbus, Ohio 43216-6529

PU 0010361
Confidential

0010342

DEFENDANTS' TRIAL EXHIBIT NO. 125

Defendants' Exhibit No. 125