# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 17, 2006

The Honorable Kent A. Jordan  
United States District Court  
844 King Street  
Wilmington, DE 19801

BY ELECTRONIC FILING

Re: Pharmacia & Upjohn Co., LLC v. Sicor Inc., et al.,  
C.A. No. 04-833-KAJ

Dear Judge Jordan:

It has come to our attention that an additional jury instruction on obviousness may be needed. We therefore write on behalf of Sicor Inc. and SICOR Pharmaceuticals, Inc. (collectively, "Sicor") to provide the Court with Sicor's Proposed Instruction 2.10, Obviousness -- Range of Values. Pursuant to the Court's procedures, we are also submitting this instruction to the Court on disk in Wordperfect format.

Respectfully,

/s/ *Tiffany Geyer Lydon*

Tiffany Geyer Lydon

TGL: nml  
Attachment  
175294.1

cc: Maryellen Noreika, Esquire (via hand delivery and electronic mail)  
Daniel A. Boehnen, Esquire (via electronic mail)  
Reid L. Ashinoff, Esquire (via electronic mail)