**2.10    OBVIOUSNESS -- RANGE OF VALUES  (SICOR ONLY)**

Where a claim limitation includes a numeric range of value, that limitation is fully taught by prior art that either explicitly or inherently discloses any value that falls within that numeric range of values.

Source:

*Beckson Marine, Inc. v. NFM, Inc.*, 292 F.3d 718, 725 (Fed. Cir. 2002); *Brown v. 3M*, 265 F.3d 1349, 1351 (Fed. Cir. 2001), *cert denied*, 122 S.Ct. 1436 (2002)("When a claim covers several structures or compositions, either generically or as alternatives, the claim is deemed anticipated if any of the structures or compositions within the scope of the claim is known in the prior art."); *Eli Lilly & Co v. Barr Indust.*, 222 F.3d 973, 987 (Fed. Cir. 2000)("a later genus claim is not patentable over an earlier species claim")