# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 17, 2006

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

BY ELECTRONIC FILING

Re: Pharmacia & Upjohn Co., LLC v. Sicor Inc., et al.,
C.A. No. 04-833-KAJ

Dear Judge Jordan:

Sicor contacted Pharmacia last night to discuss Pharmacia's proposed revisions to the transcript of the Federal Judicial Center video, as submitted to the Court yesterday. Sicor offered to accept all of Pharmacia's revisions to the original FJC video transcript except for four. Sicor also asked Pharmacia to reconsider the inclusion of Sicor's insert with respect to the Examiner not having a laboratory to conduct independent experiments. Finally, because Pharmacia wants to use the '285 patent-in-suit as the exemplar for the instruction it became necessary to add an explanation of Certificates of Correction.

Pharmacia rejected Sicor's offer and suggested we leave the few remaining issues for the Court. Accordingly, attached please find a redlined document that reflects (1) text that Sicor wants reinserted from the FJC transcript into Pharmacia's version with single underlining; (2) text that Sicor wants deleted from Pharmacia's version with strikethrough; and (3) text that Sicor created for addition into the FJC transcript (as indicated above) with double underlining.

We will deliver an electronic copy of the redlined version in WordPerfect format later today.

Respectfully,

/s/ *Tiffany Geyer Lydon*

Tiffany Geyer Lydon

TGL: nml
Attachment
175294.1

cc: Maryellen Noreika, Esquire (via hand delivery and electronic mail)
    Daniel A. Boehnen, Esquire (via electronic mail)
    Reid L. Ashinoff, Esquire (via electronic mail)