# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

November 17, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

    Re:    Pharmacia & Upjohn Company LLC v. Sicor, Inc. et al.
             C.A. No. 04-833 (KAJ)

Dear Judge Jordan:

    We write on behalf of Pharmacia & Upjohn Company LLC ("Pharmacia") to provide the Court with the list, for use during *voir dire*, of attorneys representing Pharmacia during the upcoming trial. Pharmacia will be represented by the following law firms and attorneys:

    For Morris, Nichols, Arsht & Tunnell LLP:

        Jack Blumenfeld
        Maryellen Noreika
        James Parrett

    For McDonnell Boehnen Hulbert & Berghoff LLP:

        Daniel Boehnen
        Grantland Drutchas
        Joshua Rich
        Alison Baldwin
        Jeffrey Steck
        Paula Fritsch
        Michelle McMullen-Tack

    For Pfizer, Inc.:

        Chase Romick
        Karen Staff

The Honorable Kent A. Jordan
November 17, 2006
Page 2

                        Respectfully,

                        */s/ Maryellen Noreika*

                        Maryellen Noreika (#3208)

MEN/dam
cc:    Peter T. Dalleo, Clerk (By Hand and E-Filing)
       John G. Day, Esquire (By E-Mail)
       Reid L. Ashinoff, Esquire (By E-Mail)
       Jordan Sigale, Esquire (By E-Mail)
       Daniel A. Boehnen, Esquire (By E-Mail)
546179