# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 17, 2006

The Honorable Kent A. Jordan  　　　　　　　　VIA ELECTRONIC FILING
United States District Court
844 King Street
Wilmington, DE 19801

　　　Re:   Pharmacia & Upjohn Co., LLC v. Sicor Inc., et al.,
　　　　　　C.A. No. 04-833-KAJ

Dear Judge Jordan:

　　　We write on behalf of Sicor Inc. and SICOR Pharmaceuticals, Inc. (collectively, "Sicor") to provide the Court with the names of the attorneys who will be representing Sicor during trial.

　　　The following attorneys will be representing Sicor: Reid Ashinoff, Jordan Sigale, Michael Gugig, David Baum, and Mirella Moshe of Sonnenschein Nath & Rosenthal LLP; and John Day, Steven Balick, and Tiffany Geyer Lydon of Ashby & Geddes.

　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　/s/ Tiffany Geyer Lydon

　　　　　　　　　　　　　　　　　　　　　　Tiffany Geyer Lydon

TGL/dmf

cc:   Maryellen Noreika, Esquire (via electronic mail)
　　　Daniel A. Boehnen, Esquire (via electronic mail)
　　　Reid L. Ashinoff, Esquire (via electronic mail)