IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHARMACIA & UPJOHN COMPANY LLC     ,)
                                         )
          Plaintiff,               )
                                         )
     v.                           )     C.A. No. 04-833-KAJ
                                         )
SICOR INC. and SICOR                 )
PHARMACEUTICALS, INC.,        )
                                       )
          Defendants.         )

## VOIR DIRE

Good morning, ladies and gentlemen, my name is Kent Jordan, and I will be presiding over the trial for which a jury is about to be drawn. The parties are, on one side, the plaintiff, Pharmacia & Upjohn Co. LLC, which I will refer to as the plaintiff or "Pharmacia," and, on the other side, the defendants, Sicor Inc. and Sicor Pharmaceuticals, Inc., which I will refer to collectively as the defendant or "Sicor." Briefly stated, this is a case in which Pharmacia contends that Sicor is liable for infringing a patent owned by Pharmacia, while Sicor contends that the patent at issue is invalid and that they are therefore not liable for infringement. The trial may last up to seven days. I time my trials, so the attorneys will have to complete their trial presentations within the seven day limit. While it appears unlikely at this point, jury deliberations may require you to be present longer than that number of days.

I am going to ask you a series of "yes or no" questions, the purpose of which is to: (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment in helping to determine the final composition of the jury. If any of you have a "yes" answer

to any of my questions, please keep track of that in your own mind.  When I have concluded asking all the questions I will ask all those who had a "yes" answer to any of my questions to raise their hands.  Then we will call you to the bench individually to speak with you about your affirmative response or responses.

**ADMINISTER THE OATH TO THE PANEL**

1.    As I mentioned, this case is expected to take seven business days to try.  Is there any member of the panel who would be unable to set as a juror in the case for that period of time?

2.    Do you know anything about this case?

3.    Pharmacia is represented by Daniel Boehnen, Grantland Drutchas, and Joshua Rich of the law firm McDonnell, Boehnen, Hulbert & Berghoff LLP, and by Jack Blumenfeld and Maryellen Noreika of the law firm Morris, Nichols, Arsht & Tunnell LLP. Do you know, or are you a client of these lawyers or their law firms?

4.    Have you or anyone close to you ever been employed by either of these law firms?

5.    Sicor is represented by Reid Ashinoff, David Baum, and Jordan Sigale of the law firm Sonnenschein Nath & Rosenthal LLP, and by Stephen Balick and John Day of the law firm Ashby & Geddes.  Do you know, or are you a client of these lawyers or their law firms?

6.    Have you or anyone close to you ever been employed by either of these law firms?

7.    I will now read you a list of companies, as the basis for the next questions: Gensia Pharmaceuticals, Inc., Gensia, Inc., Gensia Sicor Pharmaceuticals, Inc.,

and Gensia Sicor Inc.; Monsanto Company; Pfizer, Inc.; Pharmacia & Upjohn; Pharmacia Corporation; Sicor Inc., and Sicor Pharmaceuticals, Inc.; Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.; The Upjohn Company. Is any member of the panel related to or personally acquainted with any officer, director or employee of any of these companies?

8.    Do you or any member of your household now own, or have you or any such member ever owned, any stocks or bonds in any of those companies?

9.    Have you, any family member, or anyone close to you had any dealings with, or relied financially in any way on, any of the companies?

10.    Is any family member or anyone close to you employed at any of the companies?

11.    The following is a list of witnesses who may appear at trial:

Dr. Federico Arcamone

Allyn Becker

Dr. Jacob H. Beijnen

Gregory K. Bell

Guiseppe Bottoni

Douglas Clark

Carlo Confalonieri

Roberto De Ponti

Wesley Fach

Luciano Gambini

Gaetano Gatti

Laura Guerra

Richard Kelly

Peter Laivins

Bradley Winter

Peter Laivins

Craig Lea

Rosalie Lowe

Jim Malackowski

John McBride

Howard Meyer

Diego Oldani

Marvin Samson

Lawrence Welch

Martin Williamson

Bradley Winter

Jessica Wolff

**[I still need list from Defendants]**

Do you know any of the witnesses who will appear in this trial?

12.    Have you ever been a plaintiff, a defendant, a juror, or a witness in a

lawsuit?

13.    Have you or a family member ever owned a patent, a copyright, or a

trademark? If so, have you or that family member ever been involved in a dispute involving

that patent, copyright, or trademark?

14.    Do you have any specialized training or experience involving patents, chemistry, biochemistry, pharmacology, nursing, or medicine?

15.    Do you have any knowledge about, or familiarity with, chemotherapy drugs?

16.    Do you or any of your immediate family members work in pharmacies, hospitals, doctors' offices, cancer treatment centers, or the pharmaceutical industry?

17.    Have you or a family member ever been treated for cancer?

18.    Have you or a family member ever received chemotherapy treatment?

19.    Do you have any feelings or beliefs about patent cases in general or damages awards that would influence your decision in a case like this one?

20.    Would you be able to render a fair and impartial verdict based solely on the evidence presented in this court and under the law as presented to you?

21.    Do you know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?