IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACIA & UPJOHN COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SICOR INC. AND SICOR ) <br> PHARMACEUTICALS, INC., ) <br> ) <br> Defendants. ) | Civil Action No. 04-833 (KAJ) |

## ORDER

At Wilmington, this **20th** day of **November, 2006**,

IT IS HEREBY ORDERED that:

1. Plaintiff's motion in limine (D.I. 317) is GRANTED to the extent described in the teleconference of November 16, 2006.

2. Defendant's motion in limine (D.I. 318) is GRANTED to the extent described in the teleconference of November 16, 2006.

UNITED STATES DISTRICT JUDGE