UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PHARMACIA & UPJOHN COMPANY LLC<br><br>    Plaintiff,<br><br>    v.<br><br>SICOR INC. and SICOR PHARMACEUTICALS INC.<br><br>    Defendants. | )<br>)<br>) Civil Action No.04-833-KAJ<br>)<br>)<br>)<br>)<br>) **STIPULATION OF DISMISSAL**<br>)<br>)<br>)<br>)<br>) |

    Plaintiff Pharmacia & Upjohn LLC and Defendants Sicor Inc. and SICOR Pharmaceuticals Inc. have agreed to settle all claims arising out of the pleadings in this action on terms including entry of the following Stipulation and Order of Dismissal, in accordance with Fed. R. Civ. P. 41(a)(1)(ii).

Accordingly, it is stipulated by the parties that:

1.    The above-captioned action and all claims therein are dismissed without prejudice pursuant to the stipulation of the parties.

2.    Any Protective Order entered by the Court in this action shall remain in full force and effect notwithstanding dismissal of this action.

3.    The parties waive any right of appeal from this Order.

4.    Each party shall bear its own costs, expenses and attorneys' fees in connection with this action.

SETTLEMENT AGREEMENT

STIPULATED AND AGREED TO:

Dated: November __20__, 2006          Dated: November __20__, 2006

By: _____(#3208)   By: _____(#2403)
Jack Blumenfeld I.D. #1014/Maryellen Noreika   Steven Balick I.D. #2114
Morris Nichols Arsht & Tunnell         Ashby & Geddes
1201 North Market Street               222 Delaware Avenue
Twelfth & Market Streets               P.O. Box 1150
                                       Wilmington DE 19899
Wilmington, DE 19899
                                       Attorneys for Defendant(s)
Attorneys for Plaintiff                Sicor Inc. and SICOR Pharmaceuticals,
Pharmacia & Upjohn LLC                 Inc.