CLOSED, MEDIATION, PATENT, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00833-KAJ
## Internal Use Only

Pharmacia & Upjohn v. Sicor Inc., et al
Assigned to: Honorable Kent A. Jordan
Demand: $0
Related Case: 1:06-cv-00554-KAJ
Cause: 35:271 Patent Infringement

Date Filed: 07/08/2004
Date Terminated: 11/21/2006
Jury Demand: Defendant
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Pharmacia & Upjohn Company**
*Pharmacia & Upjohn Company LLC*

represented by **Maryellen Noreika**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: menefiling@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rodger Dallery Smith, II**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: rdsefiling@mnat.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sicor Inc.**

represented by **John G. Day**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: jday@ashby-geddes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven J. Balick**
Ashby & Geddes

| | | |
|---|---|---|
| 07/01/2005 | 🔵59 | STIPULATION TO EXTEND TIME for Sicor's Answering Brief in Opposition to Pharmacia's Motion to Strike Sicor's Inequitable Conduct Affirmative Defense and Dismiss Sicor's Inequitable Conduct Counterclaim to, through and including July 8, 2005 - filed by Pharmacia & Upjohn Company, Sicor Inc., Sicor Pharmaceuticals Inc.. (Day, John) (Entered: 07/01/2005) |
| 07/01/2005 | 🔵 | SO ORDERED, re 59 STIPULATION TO EXTEND TIME for Sicor's Answering Brief in Opposition to Pharmacia's Motion to Strike Sicor's Inequitable Conduct Affirmative Defense and Dismiss Sicor's Inequitable Conduct Counterclaim to July 8, 2005. Signed by Judge Kent A. Jordan on 7/1/05. (ntl, ) (Entered: 07/01/2005) |
| 07/08/2005 | 🔵60 | ANSWERING BRIEF in Opposition re 55 MOTION to Strike 51 Amended Answer to Complaint, Counterclaim *Defendants' Inequitable Conduct Affirmative Defense and Dismiss Defendants' Inequitable Conduct Counterclaim Count* filed by Sicor Inc., Sicor Pharmaceuticals Inc..Reply Brief due date per Local Rules is 7/15/2005. (Attachments: # 1 Exhibits A through E# 2 Exhibits F through I)(Day, John) (Entered: 07/08/2005) |
| 07/08/2005 | 🔵61 | NOTICE to Take Deposition of Sicor Inc. and SICOR Pharmaceuticals, Inc. on July 29, 2005 at 9:00 a.m. by Pharmacia & Upjohn Company. (Noreika, Maryellen) (Entered: 07/08/2005) |
| 07/08/2005 | 🔵62 | NOTICE to Take Deposition of Sicor Inc. and SICOR Pharmaceuticals, Inc. on August 3, 2005 at 9:00 a.m. by Pharmacia & Upjohn Company. (Noreika, Maryellen) (Entered: 07/08/2005) |
| 07/11/2005 | 🔵63 | NOTICE OF SERVICE of Plaintiff's First Supplemental Response to Sicor, Inc.'s First Set of Interrogatories and Pharmacia & Upjohn's Second Set of Interrogatories by Pharmacia & Upjohn Company. (Noreika, Maryellen) (Entered: 07/11/2005) |
| 07/15/2005 | 🔵64 | NOTICE OF SERVICE of Defendants' Second Request for Production of Documents by Plaintiff by Sicor Inc., Sicor Pharmaceuticals Inc..(Day, John) (Entered: 07/15/2005) |
| 07/15/2005 | 🔵65 | REPLY BRIEF re 55 MOTION to Strike 51 Amended Answer to Complaint, Counterclaim *Defendants' Inequitable Conduct Affirmative Defense and Dismiss Defendants' Inequitable Conduct Counterclaim Count* filed by Pharmacia & Upjohn Company, Pharmacia & Upjohn Company, Pharmacia & Upjohn Company(Pharmacia & Upjohn Company LLC), Pharmacia & Upjohn Company. (Attachments: # 1 Exhibit A)(Noreika, Maryellen) (Entered: 07/15/2005) |
| 07/21/2005 | 🔵66 | SEALED MOTION to Issue Letter of Request for International Judicial Assistance - filed by Sicor Inc., Sicor Pharmaceuticals Inc.. (Attachments: # (1) Exhibits A through D# (2) Exhibit E part 1# (3) Exhibit E part 2# (4) Exhibits F through J# (5) Exhibit K# (6) Exhibit L) (Day, John) Additional attachment(s) added on 7/22/2005 (rwc, ). Modified on 7/22/2005 (rwc, ). (Entered: 07/21/2005) |
| | | |

| | | |
|---|---|---|
| 07/22/2005 | | CORRECTING ENTRY: DI#66 was removed from the docket and placed under seal per discussion with filing party. (rwc, ) (Entered: 07/22/2005) |
| 07/22/2005 | 67 | Letter to The Honorable Kent A. Jordan from Maryellen Noreika regarding Protective Order. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Noreika, Maryellen) (Entered: 07/22/2005) |
| 07/22/2005 | 68 | Letter dated 7/22/05 to Courtroom Deputy from John G. Day, Esq. regarding enclosed unbound copy of DI# 66 and advising that the motion is opposed. re 66 MOTION to Issue Letter of Request for International Judicial Assistance. (rwc, ) (Entered: 07/25/2005) |
| 07/25/2005 | 69 | ORDER, Setting Discovery Teleconference set for 7/28/2005 10:30 AM before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 7/25/05. (rwc, ) (Entered: 07/25/2005) |
| 07/27/2005 | 70 | SEALED Letter to The Honorable Kent A. Jordan from John G. Day regarding Response to Plaintiff's Motion for a Protective Order re 67 Letter. (Day, John) Modified on 7/27/2005 (cas). (Entered: 07/27/2005) |
| 07/28/2005 VOID | 71 | STENO NOTES for 7/28/05 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 07/28/2005) |
| 07/28/2005 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Discovery Teleconference held on 7/28/2005. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 07/28/2005) |
| 07/29/2005 | 72 | TRANSCRIPT of teleconference held on 7/28/05 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 07/29/2005) |
| 07/29/2005 | 73 | NOTICE OF SERVICE of Defendants' Second Supplemental Responses to First Set of Interrogatories by Plaintff by Sicor Inc..(Day, John) (Entered: 07/29/2005) |
| 07/29/2005 | 74 | RESPONSE to Motion re 66 MOTION to Issue Letter of Request for International Judicial Assistance filed by Pharmacia & Upjohn Company. (Attachments: # 1 Appendix A)(Noreika, Maryellen) (Entered: 07/29/2005) |
| 08/01/2005 | 75 | NOTICE to Take Deposition of Pharmacia & Upjohn Company on September 15, 2005 by Sicor Inc., Sicor Pharmaceuticals Inc..(Day, John) (Entered: 08/01/2005) |
| 08/02/2005 | 76 | REPLY BRIEF re 66 MOTION to Issue Letter of Request for International Judicial Assistance filed by Sicor Inc., Sicor Pharmaceuticals Inc.. (Day, John) (Entered: 08/02/2005) |
| 08/03/2005 | 77 | NOTICE OF SERVICE of Plaintiff's Amended Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) by Pharmacia & Upjohn Company. (Noreika, Maryellen) (Entered: 08/03/2005) |
| 08/03/2005 | 78 | NOTICE OF SERVICE of Defendants' Objections to Plaintiff's Notice of |

| | | |
|---|---|---|
| | | (Entered: 09/01/2005) |
| 09/01/2005 | 🌐90 | Letter to The Honorable Kent A. Jordan from Maryellen Noreika regarding discovery issues. (Attachments: # 1 Exhibit A# 2 Exhibit B (Part 1 of 2)# 3 Exhibit B (part 2 of 2)# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Exhibit J)(Noreika, Maryellen) (Entered: 09/01/2005) |
| 09/02/2005 | 🌐91 | ORDER, Resetting Discovery Teleconference for 9/19/2005 04:30 PM before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 9/2/05. (rwc, ) (Entered: 09/02/2005) |
| 09/02/2005 | 🌐92 | SEALED MOTION to Amend/Correct 51 Amended Answer to Complaint, Counterclaim - filed by Sicor Inc., Sicor Pharmaceuticals Inc.. (Balick, Steven) (Entered: 09/02/2005) |
| 09/02/2005 | 🌐93 | SEALED OPENING BRIEF in Support re 92 SEALED MOTION to Amend/Correct 51 Amended Answer to Complaint, Counterclaim filed by Sicor Inc., Sicor Pharmaceuticals Inc..Answering Brief/Response due date per Local Rules is 9/19/2005. (Balick, Steven) (Entered: 09/02/2005) |
| 09/02/2005 | 🌐94 | Letter to The Honorable Kent A. Jordan from Steven J. Balick re 92 SEALED MOTION to Amend/Correct 51 Amended Answer to Complaint, Counterclaim. (Balick, Steven) (Entered: 09/02/2005) |
| 09/07/2005 | 🌐95 | NOTICE OF SERVICE of Defendants' Objections to Plaintiff's Notice of Second Deposition by Sicor Inc., Sicor Pharmaceuticals Inc..(Day, John) (Entered: 09/07/2005) |
| 09/12/2005 | 🌐96 | NOTICE to Take Deposition of Pharmacia & Upjohn Company on September 29, 2005 by Sicor Inc., Sicor Pharmaceuticals Inc..(Day, John) (Entered: 09/12/2005) |
| 09/13/2005 | 🌐97 | REDACTED VERSION of 93 Opening Brief in Support *of Their Motion for Leave to Amend Their Amended Counterclaim for Inequitable Conduct* by Sicor Inc., Sicor Pharmaceuticals Inc.. (Day, John) (Entered: 09/13/2005) |
| 09/13/2005 | 🌐98 | Compendium of Unreported Decisions re 93 Opening Brief in Support *of Their Motion for Leave to Amend Their Amended Counterclaim for Inequitable Conduct* by Sicor Inc., Sicor Pharmaceuticals Inc.. (Day, John) (Entered: 09/13/2005) |
| 09/15/2005 | 🌐99 | Letter to The Honorable Kent A. Jordan from John G. Day regarding Pharmacia's September 1, 2005 letter to the Court re 90 Letter,. (Day, John) (Entered: 09/15/2005) |
| 09/15/2005 | 🌐100 | Letter to The Honorable Kent A. Jordan from John G. Day regarding motion to bifurcate willfulness issues. (Day, John) (Entered: 09/15/2005) |
| 09/15/2005 | 🌐101 | Letter to The Honorable Kent A. Jordan from Maryellen Noreika regarding Replacement Letter for D.I. 90 re 90 Letter,. (Attachments: # 1 Exhibit A# 2 Exhibit B (pt 1 of 2)# 3 Exhibit B (part 2 of 2)# 4 Exhibit |

| | | |
|---|---|---|
| | | C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Exhibit J)(Noreika, Maryellen) (Entered: 09/15/2005) |
| 09/16/2005 | 🔵102 | Letter to The Honorable Kent A. Jordan from Maryellen Noreika regarding response re: motion to bifurcate re 100 Letter. (Attachments: # 1 Exhibit A)(Noreika, Maryellen) (Entered: 09/16/2005) |
| 09/19/2005 | 🔵103 | Letter to The Honorable Kent A. Jordan from John G. Day regarding Pharmacia's September 15, 2005 Letter re 101 Letter,. (Attachments: # 1 Exhibit Tab A)(Day, John) (Entered: 09/19/2005) |
| 09/19/2005 | 🔵104 | SEALED ANSWERING BRIEF in Opposition re 92 SEALED MOTION to Amend/Correct 51 Amended Answer to Complaint, Counterclaim filed by Pharmacia & Upjohn Company.Reply Brief due date per Local Rules is 9/26/2005. (Attachments: # 1 Exhibit 1-9 (FILED UNDER SEAL)) (Noreika, Maryellen) (Entered: 09/19/2005) |
| 09/19/2005 | 🔵105 | NOTICE OF SERVICE of Plaintiff's Second Supplemental Response to Sicor, Inc.'s First Set of Interrogatories by Pharmacia & Upjohn Company.(Parrett, James) (Entered: 09/19/2005) |
| 09/19/2005 | 🔵 | Minute Entry for proceedings held before Judge Kent A. Jordan : Discovery Teleconference held on 9/19/2005. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 09/20/2005) |
| 09/19/2005 | VOID 106 | STENO NOTES for 9/19/05 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 09/20/2005) |
| 09/22/2005 | 🔵107 | Joint STIPULATION TO EXTEND TIME rebuttal expert reports and Sicor's reply brief in support of its motion for leave to September 26, 2005 (rebuttal expert reports) and September 28, 2005 (Sicor's reply brief) - filed by Sicor Inc., Sicor Pharmaceuticals Inc.. (Day, John) (Entered: 09/22/2005) |
| 09/22/2005 | 🔵108 | TRANSCRIPT of teleconference held on 9/22/05 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 09/22/2005) |
| 09/23/2005 | 🔵 | SO ORDERED, re 107 Joint STIPULATION TO EXTEND TIME to submit rebuttal expert reports and Sicor's reply brief in support of its motion for leave to September 26, 2005. Reply Brief deadline reset to 9/28/2005. Signed by Judge Kent A. Jordan on 9/23/05. (rwc, ) (Entered: 09/23/2005) |
| 09/23/2005 | 🔵109 | NOTICE OF SERVICE of Defendants' First Request for Admissions by Plaintiff and Volume I and II of Exhibits Thereto by Sicor Inc., Sicor Pharmaceuticals Inc..(Day, John) (Entered: 09/23/2005) |
| 09/23/2005 | 🔵110 | NOTICE OF SERVICE of Defendants' Supplemental Response to Interrogatory No. 4 Subpart Nos. 1-2 by Plaintiff Pharmacia & Upjohn LLC by Sicor Inc., Sicor Pharmaceuticals Inc..(Day, John) (Entered: 09/23/2005) |
| 09/26/2005 | 🔵111 | NOTICE OF SERVICE of Defendants' Third Request for Production of |

| | | |
|---|---|---|
| | | Documents by Plaintiff by Sicor Inc., Sicor Pharmaceuticals Inc..(Day, John) (Entered: 09/26/2005) |
| 09/26/2005 | 112 | ORDER, Setting Discovery Teleconference set for 10/11/2005 03:00 PM before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 9/26/05. (rwc, ) (Entered: 09/26/2005) |
| 09/26/2005 | 113 | NOTICE OF SERVICE of Second Amended Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1); Expert Report of Federico Arcamone; and Expert Report of Jacob H. Beijnen by Pharmacia & Upjohn Company. (Parrett, James) (Entered: 09/26/2005) |
| 09/26/2005 | 114 | REDACTED VERSION of 104 Answering Brief in Opposition, *to Defendants' Motion for Leave to Amend Their Amended Counterclaim for Inequitable Conduct* by Pharmacia & Upjohn Company. (Attachments: # 1 Exhibits 1-2# 2 Exhibits 3-9)(Parrett, James) (Entered: 09/26/2005) |
| 09/28/2005 | 115 | MOTION to Bifurcate *Liability and Willfulness/Damages, and to Stay Discovery Relating to the Willfulness Inquiry* - filed by Sicor Inc., Sicor Pharmaceuticals Inc.. (Day, John) (Entered: 09/28/2005) |
| 09/28/2005 | 116 | OPENING BRIEF in Support re 115 MOTION to Bifurcate *Liability and Willfulness/Damages, and to Stay Discovery Relating to the Willfulness Inquiry* filed by Sicor Inc., Sicor Pharmaceuticals Inc..Answering Brief/Response due date per Local Rules is 10/13/2005. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Day, John) (Entered: 09/28/2005) |
| 09/28/2005 | 117 | SEALED REPLY BRIEF re 92 SEALED MOTION to Amend/Correct 51 Amended Answer to Complaint, Counterclaim filed by Sicor Inc., Sicor Pharmaceuticals Inc.. (Day, John) (Entered: 09/28/2005) |
| 09/30/2005 | 118 | NOTICE OF SERVICE of Plaintiff's Objections to Defendants' Second Notice of Deposition by Pharmacia & Upjohn Company.(Noreika, Maryellen) (Entered: 09/30/2005) |
| 10/03/2005 | 119 | NOTICE to Take Deposition of Bradley Winters on October 25, 2005 by Sicor Inc., Sicor Pharmaceuticals Inc..(Day, John) (Entered: 10/03/2005) |
| 10/03/2005 | 120 | NOTICE to Take Deposition of Leena Das Young on October 25, 2005 by Sicor Inc., Sicor Pharmaceuticals Inc..(Day, John) (Entered: 10/03/2005) |
| 10/03/2005 | 121 | NOTICE OF SERVICE of Defendants' Fourth Request for Production of Documents by Plaintiff by Sicor Inc., Sicor Pharmaceuticals Inc..(Day, John) (Entered: 10/03/2005) |
| 10/03/2005 | 122 | NOTICE OF SERVICE of Sicor Inc.'s Second Set of Interrogatories by Sicor Inc., Sicor Pharmaceuticals Inc..(Day, John) (Entered: 10/03/2005) |
| 10/03/2005 | 123 | NOTICE OF SERVICE of First Set of Requests for Admission (Infringement) by Pharmacia & Upjohn Company.(Noreika, Maryellen) (Entered: 10/03/2005) |

| | | |
|---|---|---|
| | | regarding Pharmacia's purported failure to address certain Sicor documents and/or arguments. (Noreika, Maryellen) (Entered: 12/09/2005) |
| 12/13/2005 | 180 | Letter to The Honorable Kent A. Jordan from Steven J. Balick regarding plaintiff's December 9, 2005 letter to the Court. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Balick, Steven) (Entered: 12/13/2005) |
| 12/16/2005 | 181 | MOTION to Compel *Production of Documents Claimed to be Privileged* - filed by Pharmacia & Upjohn Company. (Noreika, Maryellen) (Entered: 12/16/2005) |
| 12/16/2005 | 182 | SEALED OPENING BRIEF in Support re 181 MOTION to Compel *Production of Documents Claimed to be Privileged* filed by Pharmacia & Upjohn Company.Answering Brief/Response due date per Local Rules is 1/3/2006. (Noreika, Maryellen) (Entered: 12/16/2005) |
| 12/16/2005 | 183 | MOTION to Compel *Production of Documents* - filed by Sicor Inc., Sicor Pharmaceuticals Inc.. (Day, John) (Entered: 12/16/2005) |
| 12/16/2005 | 184 | OPENING BRIEF in Support re 183 MOTION to Compel *Production of Documents* filed by Sicor Inc., Sicor Pharmaceuticals Inc..Answering Brief/Response due date per Local Rules is 1/3/2006. (Attachments: # 1 Exhibit A through T)(Day, John) (Entered: 12/16/2005) |
| 12/19/2005 | 185 | Letter to The Honorable Kent A. Jordan from John G. Day regarding Pharmacia's privilege log - re 183 MOTION to Compel *Production of Documents*. (Day, John) (Entered: 12/19/2005) |
| 01/06/2006 | 186 | SEALED ANSWERING BRIEF in Opposition re 181 MOTION to Compel *Production of Documents Claimed to be Privileged* filed by Sicor Inc., Sicor Pharmaceuticals Inc..Reply Brief due date per Local Rules is 1/13/2006. (Lydon, Tiffany) (Entered: 01/06/2006) |
| 01/06/2006 | 187 | SEALED ANSWERING BRIEF in Opposition re 183 MOTION to Compel *Production of Documents* filed by Pharmacia & Upjohn Company.Reply Brief due date per Local Rules is 1/13/2006. (Noreika, Maryellen) (Entered: 01/06/2006) |
| 01/06/2006 | 188 | SEALED APPENDIX re 187 Answering Brief in Opposition *to Defendants' Motion to Compel Production of Privileged Documents* by Pharmacia & Upjohn Company. (Noreika, Maryellen) (Entered: 01/06/2006) |
| 01/12/2006 | 189 | ORDER - Setting Briefing Schedule, Re; Motions to Compel: Reply Briefs due 1/20/2006, Re: Motions 181, 183. Signed by Judge Kent A. Jordan on 1/12/06.(rwc, ) (Entered: 01/12/2006) |
| 01/16/2006 | 190 | REDACTED VERSION of 186 Answering Brief in Opposition *to Plaintiff's Motion to Compel* by Sicor Inc., Sicor Pharmaceuticals Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L)(Lydon, Tiffany) (Entered: 01/16/2006) |

| 01/20/2006 | 191 | SEALED REPLY BRIEF re 183 MOTION to Compel *Production of Documents* filed by Sicor Inc., Sicor Pharmaceuticals Inc.. (Lydon, Tiffany) (Entered: 01/20/2006) |
|---|---|---|
| 01/20/2006 | 192 | SEALED REPLY BRIEF - filed in support of 181 MOTION to Compel Production of Documents Claimed to be Privileged - by Pharmacia & Upjohn Company . (Noreika, Maryellen) Modified on 1/25/2006 (rwc, ). (Entered: 01/20/2006) |
| 01/25/2006 | | CORRECTING ENTRY: DI# 192 was re-docketed by the Clerk as a Reply Brief with link established to Motion 181 to Compel - per request of filing party. (rwc, ) (Entered: 01/25/2006) |
| 01/25/2006 | 193 | Letter to Dr. Peter T. Dalleo, Clerk from Maryellen Noreika regarding sending corrected cover page for D.I. 192 - re 192 Answering Brief in Opposition. (Noreika, Maryellen) (Entered: 01/25/2006) |
| 01/27/2006 | 194 | Order Setting Teleconference: Telephone Conference set for 4/26/2006 09:00 AM before Honorable Mary Pat Thynge to discuss status of the case and ADR. Signed by Judge Mary Pat Thynge on 1/27/2006. (cab, ) (Entered: 01/27/2006) |
| 01/27/2006 | 195 | REDACTED VERSION of 191 Reply Brief *in Support of Motion to Compel* by Sicor Inc., Sicor Pharmaceuticals Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16)(Lydon, Tiffany) (Entered: 01/27/2006) |
| 02/20/2006 | 196 | MOTION for Pro Hac Vice Appearance of Attorney Paul S. Tully - filed by Pharmacia & Upjohn Company. (Noreika, Maryellen) (Entered: 02/20/2006) |
| 02/23/2006 | | SO ORDERED, re 196 MOTION for Pro Hac Vice Appearance of Attorney Paul S. Tully filed by Pharmacia & Upjohn Company Signed by Judge Kent A. Jordan on 2/23/06. (rwc, ) (Entered: 02/23/2006) |
| 03/01/2006 | 197 | NOTICE of Withdrawal of Counsel by Sicor Inc., Sicor Pharmaceuticals Inc. (Day, John) (Entered: 03/01/2006) |
| 03/07/2006 | 198 | Letter (SEALED) to The Honorable Kent A. Jordan from John G. Day regarding to seek an order compelling Pharmacia & Upjohn Co. to produce documents. (Day, John) Modified on 3/7/2006 (rwc, ). (Entered: 03/07/2006) |
| 03/08/2006 | 199 | Letter to The Honorable Kent A. Jordan from Maryellen Noreika regarding Regarding Sicor's motion to compel Pharmacia to produce documents concerning oncology drug licenses. (Attachments: # 1 Exhibit A-C# 2 Exhibit D# 3 Exhibit E-H)(Noreika, Maryellen) (Entered: 03/08/2006) |
| 03/08/2006 ✖ | 200 | SEALED EXHIBIT D re 199 Letter, by Pharmacia & Upjohn Company. (rbe, ) (Entered: 03/08/2006) |

| | | |
|---|---|---|
| 03/08/2006 | 201 | ORDER, Setting Discovery Teleconference set for 3/9/2006 01:00 PM before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 3/8/06. (rwc, ) (Entered: 03/08/2006) |
| 03/09/2006 | 202 | ORDER - denying 55 Motion to Strike, granting 92 Motion for Leave to Amend Amended Counterclaim. Signed by Judge Kent A. Jordan on 3/9/06. (rwc, ) (Entered: 03/09/2006) |
| 03/09/2006 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Discovery Teleconference held on 3/9/2006. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 03/10/2006) |
| 03/10/2006 VOID | 203 | STENO NOTES for 3/9/06 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 03/10/2006) |
| 03/10/2006 | 204 | TRANSCRIPT of teleconference held on 3/9/06 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 03/10/2006) |
| 03/10/2006 | 205 | Letter (SEALED) to The Honorable Kent A. Jordan from John G. Day regarding the Court to determine that the document marked as Defendants' Exhibit 106 in a recent deposition is not privileged. (Day, John) Modified on 3/13/2006 (rwc, ). (Entered: 03/10/2006) |
| 03/16/2006 | 206 | REDACTED VERSION of 205 Letter *to The Honorable Kent A. Jordan from John G. Day regarding the Court to determine that the document marked as Defendants' Exhibit 106 in a recent deposition is not privileged* by Sicor Inc., Sicor Pharmaceuticals Inc.. (Day, John) (Entered: 03/16/2006) |
| 03/16/2006 | 207 | Letter to The Honorable Kent A. Jordan from Steven J. Balick regarding parties' agreement to amendment of defendants' pleadings. (Balick, Steven) (Entered: 03/16/2006) |
| 03/17/2006 | 208 | NOTICE to Take Deposition of Sicor Inc. and SICOR Pharmaceuticals, Inc. on March 27, 2006 by Pharmacia & Upjohn Company.(Parrett, James) (Entered: 03/17/2006) |
| 03/17/2006 | 209 | STIPULATION *permitting defendants to file second amended answer and counterclaim,* by Pharmacia & Upjohn Company, Sicor Inc., Sicor Pharmaceuticals Inc.. (Attachments: # 1 Exhibit A: second amended answer and counterclaim# 2 Exhibit B: black-lined version)(Balick, Steven) (Entered: 03/17/2006) |
| 03/24/2006 | 210 | Letter (SEALED) to The Honorable Kent A. Jordan from Maryellen Noreika regarding responding to Sicor's March 10, 2006 letter requesting return of Defendants' Deposition Exhibit 106. (Noreika, Maryellen) Modified on 3/24/2006 (rwc, ). (Entered: 03/24/2006) |
| 03/27/2006 | 211 | NOTICE OF SERVICE of Fourth Set of Interrogatories (Inequitable Conduction Contentions) by Pharmacia & Upjohn Company.(Noreika, Maryellen) (Entered: 03/27/2006) |
| 03/28/2006 | | SO ORDERED, re 209 Stipulation. The Clerk shall detach and e-file |

| | | |
|---|---|---|
| | | Defendant's Second Amended Answer as of the date of this Order. Signed by Judge Kent A. Jordan on 3/28/06. (rwc, ) (Entered: 03/28/2006) |
| 03/28/2006 | 212 | SECOND AMENDED ANSWER to [27] First Amended Complaint, COUNTERCLAIM, and Jury Demand against all plaintiffs - filed by Sicor Inc., Sicor Pharmaceuticals Inc. (rwc, ) (Entered: 03/28/2006) |
| 03/30/2006 *VOID* | 213 | STENO NOTES for 3/30/06 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 03/30/2006) |
| 03/30/2006 | 214 | ORDER - granting in part and denying in part 115 Motion to Bifurcate, granting 181 Motion to Compel, granting 183 Motion to Compel to limited extent . Signed by Judge Kent A. Jordan on 3/30/06. (rwc, ) (Entered: 03/30/2006) |
| 03/30/2006 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Telephone Conference held on 3/30/2006. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 03/30/2006) |
| 03/30/2006 | 215 | TRANSCRIPT of teleconference held on 3/30/06 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 03/30/2006) |
| 03/31/2006 | 216 | REDACTED VERSION of 210 Letter by Pharmacia & Upjohn Company. (Attachments: # 1 Exhibit 1-7)(Noreika, Maryellen) (Entered: 03/31/2006) |
| 04/05/2006 | 217 | SEALED Letter to The Honorable Kent A. Jordan from John G. Day regarding response to Pharmacia's March 24, 2006 letter to the Court requesting return of defendants' deposition exhibit 106. (Day, John) Modified on 4/5/2006 (cas, ). (Entered: 04/05/2006) |
| 04/11/2006 | 218 | REDACTED VERSION of 217 Letter *regarding response to Pharmacia's March 24, 2006 letter to the Court requesting return of defendants' deposition exhibit 106* by Sicor Inc., Sicor Pharmaceuticals Inc.. (Day, John) (Entered: 04/11/2006) |
| 04/11/2006 | 219 | ANSWER to Counterclaim *Reply to Second Amended Answer to First Amended Complaint, Counterclaim and Demand for a Jury Trial* by Pharmacia & Upjohn Company.(Noreika, Maryellen) (Entered: 04/11/2006) |
| 04/11/2006 | 220 | NOTICE OF SERVICE of Defendants' Responses to Pharmacia & Upjohn's Fourth Set of Interrogatories (Inequitable Conduct Contentions) by Sicor Inc., Sicor Pharmaceuticals Inc..(Balick, Steven) (Entered: 04/11/2006) |
| 04/26/2006 | 221 | ORDER Local counsel for the parties are to advise the Magistrate Judge via email on or before June 26, 2006, whether the parties intend to proceed with mediation on September 20, 2006. Signed by Judge Mary Pat Thynge on 4/26/2006. (cab, ) (Entered: 04/26/2006) |
| 05/05/2006 | 222 | Letter to The Honorable Kent A. Jordan from John G. Day regarding |

| 05/31/2006 | 232 | CLAIM CONSTRUCTION OPENING BRIEF filed by Pharmacia & Upjohn Company. (Attachments: # 1 Exhibit 1# 2 Exhibit 2 (Part 1)# 3 Exhibit 2 (Part 2)# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibits 5-10# 7 Exhibits 11-12# 8 Exhibits 13-18# 9 Exhibits 19-24# 10 Exhibits 25-28# 11 Exhibits 29-31# 12 Exhibit 32 (Sealed)# 13 Exhibits 33-36)(Noreika, Maryellen) (Entered: 05/31/2006) |
| --- | --- | --- |
| 05/31/2006 | 233 | SEALED EXHIBIT re 232 Claim Construction Opening Brief, *Exhibit 32* by Pharmacia & Upjohn Company. (Noreika, Maryellen) (Entered: 05/31/2006) |
| 05/31/2006 | 234 | CLAIM CONSTRUCTION OPENING BRIEF filed by Sicor Inc., Sicor Pharmaceuticals Inc.. (Maguire, Lauren) (Entered: 05/31/2006) |
| 05/31/2006 | 235 | SEALED APPENDIX re 234 Claim Construction Opening Brief by Sicor Inc., Sicor Pharmaceuticals Inc.. (Maguire, Lauren) (Entered: 05/31/2006) |
| 06/02/2006 | 236 | REDACTED VERSION of 235 Appendix *to Defendants' Opening Claim Construction Brief* by Sicor Inc., Sicor Pharmaceuticals Inc.. (Attachments: # 1 Exhibit C through F# 2 Exhibit G and H# 3 Exhibit I# 4 Exhibit J through O)(Day, John) (Entered: 06/02/2006) |
| 06/05/2006 | 237 | ORDER Setting Mediation Conferences: Mediation Conference set for 9/20/2006 09:00 AM in Courtroom 6C before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 6/5/2006. (cab, ) (Entered: 06/05/2006) |
| 06/12/2006 | 238 | Letter to The Honorable Kent A. Jordan from John G. Day regarding opposition to motion for protective order to preclude depositions of prosecuting attorneys (FILED UNDER SEAL). (Day, John) (Entered: 06/12/2006) |
| 06/12/2006 | 239 | Letter to The Honorable Kent A. Jordan from James W. Parrett, Jr. regarding seeking the depositions of Daniel Boehnen and Emily Miao - re 238 Letter. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Exhibit Exhibit 3# 4 Exhibit Exhibit 4 (Part 1)# 5 Exhibit Exhibit 4 (Part 2))(Parrett, James) (Entered: 06/12/2006) |
| 06/15/2006 | 240 | STIPULATION TO EXTEND TIME to file responsive claim construction briefs to June 19, 2006 - filed by Sicor Inc., Sicor Pharmaceuticals Inc.. (Day, John) (Entered: 06/15/2006) |
| 06/16/2006 | | SO ORDERED, re 240 STIPULATION TO EXTEND TIME to file responsive claim construction briefs to June 19, 2006 filed by Sicor Inc., Sicor Pharmaceuticals Inc . Signed by Judge Kent A. Jordan on 6/16/06. (rwc, ) (Entered: 06/16/2006) |
| 06/16/2006 | 241 | ORDER, resetting Hearings: Discovery Hearing set for 7/7/2006 01:30 PM in Courtroom 6A before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 6/16/06. (rwc, ) (Entered: 06/16/2006) |
| 06/19/2006 | 242 | STIPULATION TO EXTEND TIME extending summary judgment briefing on all inequitable conduct issues to (after the Court resolves the |

| | | |
|---|---|---|
| | | Deposition Dispute) - filed by Pharmacia & Upjohn Company, Sicor Inc., Sicor Pharmaceuticals Inc.. (Day, John) (Entered: 06/19/2006) |
| 06/19/2006 | 243 | REDACTED VERSION of 238 Letter *regarding opposition to motion for protective order to preclude depositions of prosecuting attorneys* by Sicor Inc., Sicor Pharmaceuticals Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Day, John) (Entered: 06/19/2006) |
| 06/19/2006 | 244 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 232 Claim Construction Opening Brief, filed by Sicor Inc., Sicor Pharmaceuticals Inc.. (Lydon, Tiffany) (Entered: 06/19/2006) |
| 06/19/2006 | 245 | CLAIM CONSTRUCTION ANSWERING BRIEF re 234 Claim Construction Opening Brief filed by Pharmacia & Upjohn Company. (Attachments: # 1 Exhibit 38 (Part 1)# 2 Exhibit 38 (Part 2)# 3 Exhibit 39-42)(Noreika, Maryellen) (Entered: 06/19/2006) |
| 06/19/2006 | | SO ORDERED, re 242 STIPULATION TO EXTEND TIME extending summary judgment briefing on all inequitable conduct issues to (after the Court resolves the Deposition Dispute) . Signed by Judge Kent A. Jordan on 6/19/06. (rwc, ) (Entered: 06/20/2006) |
| 06/21/2006 | 246 | MOTION for Summary Judgment *on Non-Infringement, or in the Alternative, Invalidity for Lack of Written Description* - filed by Sicor Inc., Sicor Pharmaceuticals Inc.. (Lydon, Tiffany) (Entered: 06/21/2006) |
| 06/21/2006 | 247 | SEALED OPENING BRIEF in Support re 246 MOTION for Summary Judgment *on Non-Infringement, or in the Alternative, Invalidity for Lack of Written Description* filed by Sicor Inc., Sicor Pharmaceuticals Inc..Answering Brief/Response due date per Local Rules is 7/6/2006. (Lydon, Tiffany) (Entered: 06/21/2006) |
| 06/21/2006 | 248 | MOTION for Summary Judgment *on Sicor's Unclean Hands Affirmative Defenses* - filed by Pharmacia & Upjohn Company. (Smith, Rodger) (Entered: 06/21/2006) |
| 06/21/2006 | 249 | OPENING BRIEF in Support re 248 MOTION for Summary Judgment *on Sicor's Unclean Hands Affirmative Defenses* filed by Pharmacia & Upjohn Company.Answering Brief/Response due date per Local Rules is 7/6/2006. (Attachments: # 1 Exhibit 1-2# 2 Exhibit 3# 3 Exhibit 4) (Smith, Rodger) (Entered: 06/21/2006) |
| 06/21/2006 | 250 | MOTION for Summary Judgment *on Sicor's Laches and Equitable Estoppel Affirmative Defenses* - filed by Pharmacia & Upjohn Company. (Smith, Rodger) (Entered: 06/21/2006) |
| 06/21/2006 | 251 | SEALED OPENING BRIEF in Support *of Pharmacia & Upjohn's Motion for Summary Judgmennt on Sicor's Laches and Equitable Estoppel Affirmative Defenses* filed by Pharmacia & Upjohn Company.Answering Brief/Response due date per Local Rules is 7/6/2006. (Attachments: # 1 Exhibit 1-23)(Smith, Rodger) (Entered: 06/21/2006) |

| 06/21/2006 | 252 | MOTION for Summary Judgment *on Sicor's Anticipation Affirmative defense* - filed by Pharmacia & Upjohn Company. (Smith, Rodger) (Entered: 06/21/2006) |
|---|---|---|
| 06/21/2006 | 253 | OPENING BRIEF in Support *of Motion for Summary Judgment on Sicor's Anticipation Affirmative Defense* filed by Pharmacia & Upjohn Company.Answering Brief/Response due date per Local Rules is 7/6/2006. (Attachments: # 1 Exhibit 1-2# 2 Exhibit 3# 3 Exhibit 4 (Part 1)# 4 Exhibit 4 (Part 2)# 5 Exhibit 5# 6 Exhibit 6 (Part 1)# 7 Exhibit Exh. 6 (Part 2)# 8 Errata 7# 9 Exhibit 8-10# 10 Errata 11# 11 Exhibit 12# 12 Exhibit 13# 13 Exhibit 14-15# 14 Exhibit 16-21# 15 Exhibit 22-25) (Smith, Rodger) (Entered: 06/21/2006) |
| 06/21/2006 | 254 | MOTION for Summary Judgment *on Anticipation* - filed by Sicor Inc., Sicor Pharmaceuticals Inc.. (Lydon, Tiffany) (Entered: 06/21/2006) |
| 06/21/2006 | 255 | SEALED OPENING BRIEF in Support re 254 MOTION for Summary Judgment *on Anticipation* filed by Sicor Inc., Sicor Pharmaceuticals Inc..Answering Brief/Response due date per Local Rules is 7/6/2006. (Lydon, Tiffany) (Entered: 06/21/2006) |
| 06/26/2006 | 256 | REDACTED VERSION of 244 Claim Construction Answering Brief by Sicor Inc., Sicor Pharmaceuticals Inc.. (Attachments: # 1 Exhibit A through B# 2 Exhibit C through D# 3 Exhibit E through G)(Lydon, Tiffany) (Entered: 06/26/2006) |
| 06/27/2006 | 257 | REDACTED VERSION of 255 Opening Brief in Support *of Defendants' Motion for Summary Judgment on Anticipation* by Sicor Inc., Sicor Pharmaceuticals Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N Part 1# 15 Exhibit N Part 2)(Lydon, Tiffany) (Entered: 06/27/2006) |
| 06/28/2006 | 258 | REDACTED VERSION of 247 Opening Brief in Support, *of Defendants' Motion for Summary Judgment on Non-Infringement, or in the Alternative, Invalidity for Lack of Written Description* by Sicor Inc., Sicor Pharmaceuticals Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L) (Lydon, Tiffany) (Entered: 06/28/2006) |
| 06/29/2006 | 259 | REDACTED VERSION of 251 Opening Brief in Support, *of Pharmacia & Upjohn's Motion for Summary Judgment on Sicor's Laches and Equitable Estoppel Affirmative Defenses* by Pharmacia & Upjohn Company. (Attachments: # 1 Exhibit 1-2# 2 Exhibit 3# 3 Exhibit 4-6# 4 Exhibit 7# 5 Exhibit 8-11# 6 Exhibit 12-14# 7 Exhibit 15-20# 8 Exhibit 21-23)(Noreika, Maryellen) Additional attachment(s) added on 2/9/2007 (ntl, ). (Entered: 06/29/2006) |
| 07/06/2006 | 260 | SEALED RESPONSE to Motion re 254 MOTION for Summary Judgment *on Anticipation* filed by Pharmacia & Upjohn Company. (Polizoti, Leslie) (Entered: 07/06/2006) |

| | | |
|---|---|---|
| 07/06/2006 | 🔘261 | SEALED APPENDIX re 260 Response to Motion *for Summary Judgment of Anticipation* by Pharmacia & Upjohn Company. (Polizoti, Leslie) (Entered: 07/06/2006) |
| 07/06/2006 | 🔘262 | SEALED ANSWERING BRIEF in Opposition re 246 MOTION for Summary Judgment *on Non-Infringement, or in the Alternative, Invalidity for Lack of Written Description* filed by Pharmacia & Upjohn Company.Reply Brief due date per Local Rules is 7/13/2006. (Polizoti, Leslie) (Entered: 07/06/2006) |
| 07/06/2006 | 🔘263 | SEALED APPENDIX re 262 Answering Brief in Opposition, *to Sicor's Motion for Summary Judgment on Non-Infringement, or in the Alternative, Invalidity for Lack of Written Description* by Pharmacia & Upjohn Company. (Polizoti, Leslie) (Entered: 07/06/2006) |
| 07/06/2006 | 🔘264 | SEALED ANSWERING BRIEF in Opposition re 252 MOTION for Summary Judgment *on Sicor's Anticipation Affirmative defense* filed by Sicor Inc., Sicor Pharmaceuticals Inc..Reply Brief due date per Local Rules is 7/13/2006. (Day, John) (Entered: 07/06/2006) |
| 07/06/2006 | 🔘265 | SEALED ANSWERING BRIEF in Opposition re 248 MOTION for Summary Judgment *on Sicor's Unclean Hands Affirmative Defenses* filed by Sicor Inc., Sicor Pharmaceuticals Inc..Reply Brief due date per Local Rules is 7/13/2006. (Lydon, Tiffany) (Entered: 07/06/2006) |
| 07/07/2006 **VOID** | 266 | STENO NOTES for 7/7/06 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 07/07/2006) |
| 07/07/2006 | 🔘 | Minute Entry for proceedings held before Judge Kent A. Jordan : Discovery Hearing held on 7/7/2006. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 07/07/2006) |
| 07/10/2006 | 267 | TRANSCRIPT of Discovery Hearing held on 7/7/06 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 07/10/2006) |
| 07/11/2006 | 🔘268 | Letter to The Honorable Kent A. Jordan from John G. Day regarding withdraw of fourth and fifth affirmative defenses. (Day, John) (Entered: 07/11/2006) |
| 07/12/2006 | | (Court only) ***Motion terminated: 250 MOTION for Summary Judgment *on Sicor's Laches and Equitable Estoppel Affirmative Defenses* filed by Pharmacia & Upjohn Company PER LETTER AT D.I. 268. (ntl, ) (Entered: 07/12/2006) |
| 07/13/2006 | 🔘269 | SEALED REPLY BRIEF re 246 MOTION for Summary Judgment *on Non-Infringement, or in the Alternative, Invalidity for Lack of Written Description* filed by Sicor Inc., Sicor Pharmaceuticals Inc.. (Lydon, Tiffany) (Entered: 07/13/2006) |
| 07/13/2006 | 🔘270 | SEALED REPLY BRIEF re 252 MOTION for Summary Judgment *on Sicor's Anticipation Affirmative defense* filed by Pharmacia & Upjohn Company. (Attachments: # 1 Exhibits 26-29)(Heaney, Julia) (Entered: 07/13/2006) |

| | | |
|---|---|---|
| 07/13/2006 | 271 | SEALED REPLY BRIEF re 248 MOTION for Summary Judgment *on Sicor's Unclean Hands Affirmative Defenses* filed by Pharmacia & Upjohn Company. (Attachments: # 1 Exhibits 5-10)(Heaney, Julia) (Entered: 07/13/2006) |
| 07/14/2006 | 272 | REPLY BRIEF re 254 MOTION for Summary Judgment *on Anticipation* filed by Sicor Inc., Sicor Pharmaceuticals Inc.. (Balick, Steven) (Entered: 07/14/2006) |
| 07/14/2006 | 273 | REDACTED VERSION of 264 Answering Brief in Opposition *to Plaintiff's Motion for Summary Judgment on Anticipation* by Sicor Inc., Sicor Pharmaceuticals Inc.. (Attachments: # 1 Part 2)(Day, John) (Entered: 07/14/2006) |
| 07/14/2006 | 274 | REDACTED VERSION of 265 Answering Brief in Opposition *to Plaintiff's Motion for Summary Judgment on Defendants' Unclean Hands Affirmative Defense* by Sicor Inc., Sicor Pharmaceuticals Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 1 part 2# 3 2 and 3# 4 4 through 9# 5 10 through 13# 6 14 through 20# 7 21 through 25)(Day, John) (Entered: 07/14/2006) |
| 07/20/2006 | 275 *VOID* | STENO NOTES for 7/20/06 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 07/20/2006) |
| 07/20/2006 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Markman Hearing held on 7/20/2006. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 07/20/2006) |
| 07/20/2006 | 276 | REDACTED VERSION of 269 Reply Brief *in Further Support of Defendants' Motion for Summary Judgment on Non-Infringement, or in the Alternative, Invalidity for Lack of Written Description* by Sicor Inc., Sicor Pharmaceuticals Inc.. (Attachments: # 1 1through 6# 2 7 through 10# 3 11 through 14)(Lydon, Tiffany) (Entered: 07/20/2006) |
| 07/24/2006 | 277 | TRANSCRIPT of Markman Hearing held on 7/20/06 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 07/24/2006) |
| 08/01/2006 | 278 | NOTICE OF SERVICE of Deposition Upon Written Questions of Daniel Boehnen by Sicor Inc., Sicor Pharmaceuticals Inc..(Lydon, Tiffany) (Entered: 08/01/2006) |
| 08/17/2006 | 279 | MEMORANDUM OPINION - Signed by Judge Kent A. Jordan on 8/17/06. (rwc, ) (unsealed on 8/25/2006 (rwc, ). Modified on 8/25/2006 (rwc, ). (Entered: 08/17/2006) |
| 08/17/2006 | 280 | ORDER - issued in support of 279 Sealed Memorandum Opinion construing the disputed claim terms regarding U.S. Patent No. 6,107,285; and denying 248 MOTION for Summary Judgment *on Sicor's Unclean Hands Affirmative Defenses. The parties shall provide proposed redactions w/in 5-days re: 279 Sealed Memorandum Opinion. Signed by Judge Kent A. Jordan on 8/17/06. (rwc, ) Modified on 8/17/2006 (rwc, ). (Entered: 08/17/2006)* |

| | | |
|---|---|---|
| 08/21/2006 | 281 | Letter to The Honorable Kent A. Jordan from John G. Day regarding status report on deposition of Daniel Boehnen by written questions. (Attachments: # 1 Exhibit 1 Part 1# 2 Exhibit 1 Part 2# 3 Exhibit 2 and 3) (Day, John) (Entered: 08/21/2006) |
| 08/24/2006 | 282 | Letter to The Honorable Kent A. Jordan from John G. Day regarding the Court's August 17, 2006 Memorandum Opinion. (Day, John) (Entered: 08/24/2006) |
| 08/25/2006 | | CORRECTING ENTRY: DI# 279 Memorandum Opinion was unsealed on 8/25/06. (rwc, ) (Entered: 08/25/2006) |
| 08/25/2006 | | DI# 279 designated as an opinion for posting on USDC/DE website. (rwc, ) (Entered: 08/25/2006) |
| 08/31/2006 | 283 | NOTICE OF SERVICE of Response to Sicor's Written Questions Served July 31, 2006, As Well As Response to Sicor's Supplemental Inquiries Served August 14, 2006 by Pharmacia & Upjohn Company.(Noreika, Maryellen) (Entered: 08/31/2006) |
| 09/14/2006 | 284 | Letter to The Honorable Kent A. Jordan from John G. Day regarding request for a telephonic conference on 9/15 regarding issues that have arisen in connection with preparation of the pre-trial order. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Day, John) (Entered: 09/14/2006) |
| 09/15/2006 | 285 | Letter to The Honorable Kent A. Jordan from Maryellen Noreika regarding Exchange of information re: exhibit/witness lists for proposed pretrial order. (Attachments: # 1 Exhibit A & B)(Noreika, Maryellen) (Entered: 09/15/2006) |
| 09/15/2006 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Telephone Conference held on 9/15/2006. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 09/15/2006) |
| 09/15/2006 | *VOID* 286 | STENO NOTES for 9/15/06 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 09/15/2006) |
| 09/18/2006 | 287 | TRANSCRIPT of teleconference held on 9/15/06 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 09/18/2006) |
| 09/18/2006 | | (Court only) ***Motions terminated: 252 MOTION for Summary Judgment *on Sicor's Anticipation Affirmative defense* filed by Pharmacia & Upjohn Company,, 254 MOTION for Summary Judgment *on Anticipation* filed by Sicor Inc.,, Sicor Pharmaceuticals Inc.,, 246 MOTION for Summary Judgment *on Non-Infringement, or in the Alternative, Invalidity for Lack of Written Description* filed by Sicor Inc.,, Sicor Pharmaceuticals Inc.,. (rwc, ) (Entered: 09/18/2006) |
| 09/22/2006 | 288 | Proposed Pretrial Order - (SEALED)- (Volume 1 0f 5)- filed by Pharmacia & Upjohn Company, Sicor Inc. (Noreika, Maryellen) Modified on 9/25/2006 (rwc, ). (Entered: 09/22/2006) |

| 09/22/2006 | 289 | Proposed Pretrial Order - (SEALED)- (Volume 2 0f 5)- filed by Pharmacia & Upjohn Company, Sicor Inc. (Noreika, Maryellen)(rwc, ) (Entered: 09/25/2006) |
|---|---|---|
| 09/22/2006 | 290 | Proposed Pretrial Order - (SEALED)- (Volume 3 0f 5)- filed by Pharmacia & Upjohn Company, Sicor Inc. (Noreika, Maryellen)(rwc, ) (Entered: 09/25/2006) |
| 09/22/2006 | 291 | Proposed Pretrial Order - (SEALED)- (Volume 4 0f 5)- filed by Pharmacia & Upjohn Company, Sicor Inc. (Noreika, Maryellen)(rwc, ) (Entered: 09/25/2006) |
| 09/22/2006 | 292 | Proposed Pretrial Order - (SEALED)- (Volume 5 0f 5)- filed by Pharmacia & Upjohn Company, Sicor Inc. (Noreika, Maryellen)(rwc, ) (Entered: 09/25/2006) |
| 09/25/2006 |  | CORRECTING ENTRY: The Docket Clerk docketed volumes 2 through 5 of the Proposed Pre-Trial Order as separate docket entries - 289, 290, 291 & 292. (rwc, ) (Entered: 09/25/2006) |
| 10/03/2006 | 293 | ORDER - Pretrial Conference reset for 10/17/2006 02:00 PM in Courtroom 6A before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 10/3/06. (rwc, ) (Entered: 10/03/2006) |
| 10/05/2006 | 294 | REDACTED VERSION of 291 Proposed Pretrial Order, 288 Proposed Pretrial Order, 292 Proposed Pretrial Order, 290 Proposed Pretrial Order, 289 Proposed Pretrial Order by Pharmacia & Upjohn Company, Sicor Inc.. (Attachments: # 1 Exhibit 1-5# 2 Exhibit 6 (Part 1)# 3 Exhibit 6 (Part 2)# 4 Exhibit 7 (Part 1)# 5 Exhibit 7 (Part 2)# 6 Exhibit 8 (Part 1)# 7 Exhibit 8 (Part 2)# 8 Exhibit 8 (Part 3)# 9 Exhibit 8 (Part 4)# 10 Exhibit 8 (Part 5)# 11 Exhibit 8 (Part 6)# 12 Errata 8 (Part 7)# 13 Exhibit 8 (Part 8)# 14 Exhibit 8 (Part 9)# 15 Exhibit 10 (Part 1)# 16 Exhibit 10 (Part 2)# 17 Exhibit 10 (Part 3)# 18 Exhibit 11 (Part 1)# 19 Exhibit 11 (Part 2)# 20 Exhibit 11 (Part 3)# 21 Exhibit 11 (Part 4)# 22 Exhibit 11 (Part 5)# 23 Exhibit 11 (Part 6)# 24 Exhibit 11 (Part 7)# 25 Exhibit 11 (Part 8))(Noreika, Maryellen) (Entered: 10/05/2006) |
| 10/12/2006 | 295 | VERDICT SHEET by Pharmacia & Upjohn Company *Joint Proposed Verdict Form*. (Noreika, Maryellen) (Entered: 10/12/2006) |
| 10/12/2006 | 296 | Proposed Jury Instructions by Pharmacia & Upjohn Company. (Noreika, Maryellen) (Entered: 10/12/2006) |
| 10/12/2006 | 297 | Proposed Jury Instructions by Pharmacia & Upjohn Company. (Noreika, Maryellen) (Entered: 10/12/2006) |
| 10/12/2006 | 298 | Proposed Jury Instructions by Pharmacia & Upjohn Company. (Noreika, Maryellen) (Entered: 10/12/2006) |
| 10/13/2006 | 299 | Proposed Voir Dire by Sicor Inc., Sicor Pharmaceuticals Inc.. (Day, John) (Entered: 10/13/2006) |
| 10/13/2006 | 300 | Proposed Voir Dire by Pharmacia & Upjohn Company. (Parrett, James) (Entered: 10/13/2006) |

| 10/17/2006 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Initial Pretrial Conference held on 10/17/2006. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 10/18/2006) |
|---|---|---|
| 10/19/2006 *VOID* | 301 | STENO NOTES for 10/17/06 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 10/19/2006) |
| 10/20/2006 | 302 | ORDER - Pretrial Conference set for 10/27/2006 09:00 AM in Courtroom 6A before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 10/20/06. (rwc, ) (Entered: 10/20/2006) |
| 10/20/2006 | 303 | NOTICE of PRIOR ART PURSUANT TO U.S.C. SECTION 282 by Sicor Inc., Sicor Pharmaceuticals Inc. (Day, John) (Entered: 10/20/2006) |
| 10/20/2006 | 304 | TRANSCRIPT of Pretrial Conference held on 10/17/06 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 10/20/2006) |
| 10/24/2006 | 305 | DEPOSITION COUNTER-DESIGNATIONS by Sicor Inc., Sicor Pharmaceuticals Inc..(Lydon, Tiffany) (Entered: 10/24/2006) |
| 10/24/2006 | 306 | DEPOSITION DESIGNATIONS by Pharmacia & Upjohn Company. (Parrett, James) (Entered: 10/24/2006) |
| 10/24/2006 | 307 | DEPOSITION COUNTER-DESIGNATIONS by Pharmacia & Upjohn Company.(Parrett, James) (Entered: 10/24/2006) |
| 10/24/2006 | 308 | DEPOSITION DESIGNATIONS by Sicor Inc., Sicor Pharmaceuticals Inc..(Balick, Steven) (Entered: 10/24/2006) |
| 10/25/2006 | 309 | Letter to The Honorable Kent A. Jordan from John G. Day regarding Exhibit 106 (FILED UNDER SEAL). (Day, John) (Entered: 10/25/2006) |
| 10/25/2006 | 310 | Letter to The Honorable Kent A. Jordan from Maryellen Noreika regarding issues raised in limine concerning defendants' trial exhibit 106 and decisions of foreign tribunals (FILED UNDER SEAL). (Attachments: # 1 Exhibits 1-3)(Noreika, Maryellen) (Entered: 10/25/2006) |
| 10/25/2006 | 311 | REDACTED VERSION of 310 Letter, *to Judge Jordan regarding issues raised in limine concerning defendants' trial exhibit 106 and decisions of foreign tribunals* by Pharmacia & Upjohn Company. (Attachments: # 1 Exhibits 1-3)(Noreika, Maryellen) (Entered: 10/25/2006) |
| 10/26/2006 | 312 | Letter to The Honorable Kent A. Jordan from John G. Day regarding jury instruction on secondary considerations of non-obviousness. (Day, John) (Entered: 10/26/2006) |
| 10/27/2006 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Final Pretrial Conference held on 10/27/2006. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 10/27/2006) |
| 10/27/2006 *VOID* | 313 | STENO NOTES for 10/27/06 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 10/27/2006) |

| | | |
|---|---|---|
| 10/31/2006 | 314 | TRANSCRIPT of Pretrial Conference (Part II) held on 10/27/06 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 10/31/2006) |
| 11/01/2006 | 315 | Letter to The Honorable Kent A. Jordan from John G. Day regarding trial schedule. (Day, John) (Entered: 11/01/2006) |
| 11/02/2006 | 316 | REDACTED VERSION of 309 Letter by Sicor Inc., Sicor Pharmaceuticals Inc.. (Day, John) (Entered: 11/02/2006) |
| 11/02/2006 | 317 | SEALED MOTION in Limine *to Exclude Argument and Evidence Limiting Sicor's Damages To Post-Februrary 20, 2003 Sales* - filed by Pharmacia & Upjohn Company. (Attachments: # 1 Civil Cover Sheet A-E)(Noreika, Maryellen) Modified on 11/3/2006 (rwc, ). Modified on 11/3/2006 (rbe, ). (Entered: 11/02/2006) |
| 11/02/2006 | 318 | SEALED MEMORANDUM in Support *OF DEFENDANTS' NOTICE OF ITS INTENT TO SUBMIT EVIDENCE TO THE JURY IN SUPPORT OF ITS OBVIOUSNESS DEFENSE THAT THE PATENT AND TRADEMARK OFFICE ACTED ON INACCURATE AND UNRELIABLE INFORMATION ABOUT PRIOR ART* filed by Sicor Inc., Sicor Pharmaceuticals Inc..Answering Brief/Response due date per Local Rules is 11/17/2006. (Day, John) (Entered: 11/02/2006) |
| 11/03/2006 | | CORRECTING ENTRY: added the word "SEALED" to text entry for DI# 317. (rwc, ) (Entered: 11/03/2006) |
| 11/03/2006 | 319 | Letter to The Honorable Kent A Jordan from John G. Day regarding revised deposition designations. (Day, John) (Entered: 11/03/2006) |
| 11/03/2006 | 320 | DEPOSITION COUNTER-DESIGNATIONS by Sicor Inc., Sicor Pharmaceuticals Inc..(Day, John) (Entered: 11/03/2006) |
| 11/03/2006 | 321 | DEPOSITION DESIGNATIONS by Sicor Inc., Sicor Pharmaceuticals Inc..(Day, John) (Entered: 11/03/2006) |
| 11/07/2006 | 322 | SEALED ANSWERING BRIEF in Opposition *to Plaintiff's Motion in Limine to Exclude Argument and Evidence Limiting Pharmacia's Damages to Post-February 20, 2003 Sales (D.I. 317)* filed by Sicor Inc., Sicor Pharmaceuticals Inc..Reply Brief due date per Local Rules is 11/20/2006. (Day, John) (Entered: 11/07/2006) |
| 11/07/2006 | 323 | SEALED MEMORANDUM in Opposition re 318 MEMORANDUM in Support, *Motion for Leave to Introduce Inequitable Conduct Evidence During the Liability Phase* filed by Pharmacia & Upjohn Company.Reply Brief due date per Local Rules is 11/20/2006. (Attachments: # 1 Exhibits 1-5)(Noreika, Maryellen) (Entered: 11/07/2006) |
| 11/09/2006 | 324 | REDACTED VERSION of 318 MEMORANDUM in Support, by Sicor Inc., Sicor Pharmaceuticals Inc.. (Day, John) (Entered: 11/09/2006) |
| 11/09/2006 | 326 | REDACTED VERSION of 323 Memorandum in Opposition, *to Defendants' Motion for Leave to Introduce Inequitable Conduct Evidence During the Liability Phase* by Pharmacia & Upjohn Company. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit 1-5)(Noreika, Maryellen) (Entered: 11/09/2006) |
| 11/09/2006 | | CORRECTING ENTRY: DI# 325 was removed from the docket at request of filer and does not exist. (rwc) (Entered: 11/09/2006) |
| 11/09/2006 | 327 | REDACTED VERSION of 317 MOTION in Limine *to Exclude Argumen and Evidence Limiting Sicor's Damages To Post-Februrary 20, 2003 Sales* by Pharmacia & Upjohn Company. (Attachments: # 1 Exhibit A-E)(Noreika, Maryellen) (Entered: 11/09/2006) |
| 11/10/2006 | 328 | SEALED REPLY BRIEF re 317 MOTION in Limine *to Exclude Argumen and Evidence Limiting Sicor's Damages To Post-Februrary 20, 2003 Sales* filed by Pharmacia & Upjohn Company. (Attachments: # 1 Exhibit G-I)(Noreika, Maryellen) (Entered: 11/10/2006) |
| 11/10/2006 | 329 | SEALED REPLY BRIEF *in Further Support of Defendants' Notice of Its Intent to Submit Evidence to the Jury in Support of Its Obviousness Defense That the Patent and Trademark Office Acted on Inaccurate and Unreliable Information About Prior Art* filed by Sicor Inc., Sicor Pharmaceuticals Inc.. (Day, John) (Entered: 11/10/2006) |
| 11/14/2006 | 330 | MOTION for Pro Hac Vice Appearance of Attorney Grantland G. Drutchas, Alison J. Baldwin, Jeffrey A. Steck, Paul S. Fritsch - filed by Pharmacia & Upjohn Company. (Noreika, Maryellen) (Entered: 11/14/2006) |
| 11/14/2006 | 331 | Letter to The Honorable Kent A. Jordan from John G. Day regarding Federal Judicial Center transcript. (Day, John) (Entered: 11/14/2006) |
| 11/15/2006 | 332 | REDACTED VERSION of 322 Answering Brief in Opposition, *To Plaintiff's Motion In Limine To Exclude Argument And Evidence Limiting Pharmacia's Damages To Post-February 20, 2003 Sales* by Sicor Inc., Sicor Pharmaceuticals Inc.. (Attachments: # 1 Exhibit A through I)(Day, John) (Entered: 11/15/2006) |
| 11/16/2006 | | SO ORDERED, re 330 MOTION for Pro Hac Vice Appearance of Attorney Grantland G. Drutchas, Alison J. Baldwin, Jeffrey A. Steck, Paul S. Fritsch filed by Pharmacia & Upjohn Company. Signed by Judge Kent A. Jordan on 11/16/06. (rwc) (Entered: 11/16/2006) |
| 11/16/2006 | 333 | Letter to the Honorable Kent A. Jordan from Maryellen Noreika regarding proposed edited transcript of the Federal Judical Center video. (Attachments: # 1 Exhibit)(Noreika, Maryellen) (Entered: 11/16/2006) |
| 11/16/2006 | 334 | Letter to the Honorable Kent A. Jordan from Maryellen Noreika regarding Sicor's deposition designations. (Attachments: # 1 Exhibit A and B)(Noreika, Maryellen) (Entered: 11/16/2006) |
| 11/16/2006 | 335 | Letter to The Honorable Kent A. Jordan from Steven J. Balick regarding the two documents that are the primary subject about which Sicor wishes to seek the Courts assistance during the teleconference scheduled for 3:30 p.m. today in the above action.. (Attachments: # 1 # 2)(Balick, Steven) (Entered: 11/16/2006) |

| | | |
|---|---|---|
| 11/16/2006 **VOID** | 336 | STENO NOTES for 11/16/06 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc) (Entered: 11/16/2006) |
| 11/16/2006 | 337 | MOTION for Pro Hac Vice Appearance of Attorney Mirella Mosche - filed by Sicor Inc., Sicor Pharmaceuticals Inc.. (Lydon, Tiffany) (Entered: 11/16/2006) |
| 11/16/2006 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Telephone Conference held on 11/16/2006. (Court Reporter B. Gaffigan.) (rwc) (Entered: 11/17/2006) |
| 11/17/2006 | 338 | Letter to The Honorable Kent A. Jordan from Tiffany Geyer Lydon regarding additional proposed jury instruction. (Attachments: # 1 Proposed Jury Instruction)(Lydon, Tiffany) (Entered: 11/17/2006) |
| 11/17/2006 | 339 | TRANSCRIPT of teleconference held on 11/16/06 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc) (Entered: 11/17/2006) |
| 11/17/2006 | 340 | SEALED EXCERPT OF TRANSCRIPT of teleconference held on 11/16/06 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc) (rwc) (Entered: 11/17/2006) |
| 11/17/2006 | 341 | Letter to The Honorable Kent A. Jordan from Tiffany Geyer Lydon regarding proposed revisions to the transcript of the Federal Judicial Center video. (Attachments: # 1 Proposed Revisions to the Transcript of the Federal Judicial Center video)(Lydon, Tiffany) (Entered: 11/17/2006) |
| 11/17/2006 | 342 | Letter to the Honorable Kent A. Jordan from Maryellen Noreika regarding Sicor's proposed additional jury instructions relating to obviousness. (Noreika, Maryellen) (Entered: 11/17/2006) |
| 11/17/2006 | 343 | Letter to The Honorable Kent A. Jordan from Maryellen Noreika regarding Pharmacia Voir Dire Attorney Names. (Noreika, Maryellen) (Entered: 11/17/2006) |
| 11/17/2006 | 344 | Letter to The Honorable Kent A. Jordan from Tiffany Geyer Lydon regarding Sicor Voir Dire Attorney Names. (Lydon, Tiffany) (Entered: 11/17/2006) |
| 11/19/2006 | 345 | Letter to the Honorable Kent A. Jordan from John G. Day, Esquire regarding supplemental jury instruction on obviousness - re 342 Letter, 338 Letter. (Day, John) (Entered: 11/19/2006) |
| 11/20/2006 | | SO ORDERED, re 337 MOTION for Pro Hac Vice Appearance of Attorney Mirella Mosche filed by Sicor Pharmaceuticals Inc., Sicor Inc.. Signed by Judge Kent A. Jordan on 11/20/06. (rwc) (Entered: 11/20/2006) |
| 11/20/2006 | 346 | Voir Dire Questions - read in open court. (rwc) (Entered: 11/20/2006) |
| 11/20/2006 | 347 | Preliminary Jury Instructions - read in open court. (rwc) (Entered: 11/20/2006) |
| 11/20/2006 | 348 | ORDER - granting - 317 MOTION in Limine; and granting 318 |