**KAJ Sealed Documents to be picked up by Plaintiff/Plaintiff ATY.**

| Case # | DI # | Contact Info. |
|--------|------|---------------|
|        |      |               |
| **94-489** | 58<br>60<br>74<br>124<br>148<br>160<br>176<br>186<br>200<br>205<br>270<br>299<br>305<br>308 | **Jack B. Blumenfeld** -Plaintiff<br>jbbefiling@mnat.com<br>Jack B. Blumenfeld Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street P.O. Box 1347 Wilmington, DE 19899 |
| **01-20** | 356 | **Patricia C. Hannigan**<br>patricia.hannigan@usdoj.gov<br>Patricia C. Hannigan<br>U.S. Attorney's Office<br>The Nemours Building<br>1007 Orange Street, Suite 700 P.O. Box 2046 Wilmington, DE 19899-2046 |
| **01-169** | 129<br>132<br>144<br>155<br>196<br>204<br>205<br>206<br>235<br>250<br>251<br>334 | **Robert K. Payson/Phillip Rovner**<br>Potter Anderson<br>1313 N. Market St.,Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>302-984-6000 |

| 01-389 | 108 109 127 180 181 186 216 239 240 241 266 | **Rudolf E. Hutz** Connolly, Bove, Lodge & Hutz The Nemours Building 1007 North Orange Street P.O. Box 2207 Wilmington, DE 19899 (302) 658-9141 (302) 658-5614 (fax) rhutz@cblh.com |
|---|---|---|
| 01-389 | 102 214 258 267 268 270 274 | **N. Richard Powers** Connolly, Bove, Lodge & Hutz The Nemours Building 1007 North Orange Street P.O. Box 2207 Wilmington, DE 19899 (302) 658-9141 nrp@cblhlaw.com |

| **02-123** | 132 | **Richard L. Horwitz** |
|---|---|---|
| | 191 | Potter Anderson & Corroon, LLP |
| | 200 | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | 271 | P.O. Box 951 |
| | 272 | Wilmington, DE 19899-0951 |
| | 276 | (302) 984-6000 |
| | 280 | rhorwitz@potteranderson.com |
| | 281 | |
| | 286 | |
| | 287 | |
| | 293 | |
| | 294 | |
| | 296 | |
| | 297 | |
| | 313 | |
| | 314 | |
| | 315 | |
| | 316 | |
| | 317 | |
| | 318 | |
| | 319 | |
| | 323 | |
| | 324 | |
| | 325 | |
| | 341 | |
| | 349 | |
| | 380 | |
| | 392 | |
| | 393 | |
| | 397 | |
| | 464 | |
| | 475 | |
| | 496 | |
| | 497 | |
| | 510 | |
| | 511 | |
| | 525 | |
| | 52653 3 | |
| | 534 | |
| | 537 | |
| | 565 | |
| | 574 | |
| | 591 | |

| 02-1686 | 186 | **Dawn Marie Jones**<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>Email: djones@ycst.com |
|---|---|---|
| **03-217** | 165<br>198<br>331<br>332<br>333<br>334<br>335<br>336<br>337<br>341<br>351<br>352<br>353 | **James Gordon McMillan, III**<br>Bouchard Margules & Friedlander<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500<br>Email: jmcmillan@bmf-law.com |
| **03-1095** | 79<br>83<br>176<br>177<br>178<br>183<br>184<br>185<br>186<br>189<br>192<br>225<br>226<br>227<br>228<br>2292 30<br>332<br>396<br>397 | **Richard L. Horwitz /David E. Moore**<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com |
|  |  |  |

| | | |
|---|---|---|
| **03-1148** | 34 | **Gerald Wilmer**<br>SBI# 218977<br>Delaware Correctional Center<br>1181 Paddock Road<br>Smyrna, DE 19977<br>PRO SE |
| **04-2** | 64 | **John M. LaRosa**<br>Law Office of John M. LaRosa<br>Two East Seventh Street, Suite 302<br>Wilmington, DE 19801<br>(302)888-1290<br>Fax: (302)655-9329<br>Email: JLR@LaRosaLaw.com |
| **04-350** | 16<br>17 | **Philip A. Rovner**<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: provner@potteranderson.com |

| | | |
|---|---|---|
| **04-833** | 104<br>182<br>187<br>188<br>192<br>200<br>210<br>233<br>251<br>260<br>261<br>262<br>263<br>270<br>271<br>288<br>289<br>290<br>291<br>292<br>310<br>317<br>323<br>328 | **Maryellen Noreika**<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>Email: menefiling@mnat.com |
| **04-904** | 113 | **Karen Jacobs Louden**<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>Email: kjlefiling@mnat.com |

| **04-1278** | 55<br>58<br>133<br>166<br>177<br>183<br>200<br>202<br>203<br>206<br>207<br>241<br>242<br>243<br>244<br>245<br>246<br>248<br>249<br>250<br>251<br>277<br>287<br>29530<br>8<br>320<br>326 | **John W. Shaw**<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>jshaw@ycst.com |
| --- | --- | --- |
| **04-1332** | 89<br>90<br>92<br>93<br>95<br>96<br>98<br>99<br>101<br>102<br>103<br>104<br>134<br>135<br>136<br>144<br>145 | **John W. Shaw**<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>Email: jshaw@ycst.com |

| 04-1532 | 71<br>72<br>113<br>122<br>125<br>139<br>140<br>141<br>142<br>143<br>144<br>145<br>146<br>147<br>148 | **Edmond D. Johnson**<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000<br>Email: bankserve@bayardfirm.com |
|---|---|---|
| **04-1564** | 1<br>12 | **Adam Wyatt Poff**<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>Email: apoff@ycst.com |
| **05-108** | 109<br>111<br>113<br>134<br>146<br>147<br>180<br>183 | **John G. Day**<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>Email: jday@ashby-geddes.com |
| **05-200** | 2<br>4<br>5<br>6<br>22 | **Frederick L. Cottrell, III**<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 658-6541<br>Email: cottrell@rlf.com |

| | | |
|---|---|---|
| **05-258** | 2-B<br>31 | **Ronald G. Johnson**<br>SBI# 182421<br>Howard R.Young Correctional Institution<br>P.O. Box 9561<br>Wilmington, DE 19809<br>PRO SE |
| **06-42** | 4 | **Sherry E. Washington**<br>302 W 32nd Street<br>Wilmington, DE 19802<br>302-762-4674<br>PRO SE |
| **06-231** | 1-A | **Ronald G. Johnson**<br>SBI# 182421<br>Howard R.Young Correctional Institution<br>P.O. Box 9561<br>Wilmington, DE 19809<br>PRO SE |
| **06-477** | 4<br>7 | **Charles A. Edwards**<br>SBI# 00520789<br>SCI<br>P.O. Box 500<br>Georgetown, DE 19947<br>PRO SE |