OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 31, 2007

Maryellen Noreika, ESQ.
Morris, Nichols, Arsht & Tunnell
menefiling@mnat.com

RE: **Pharmacia & Upjohn v. Sicor Inc., et al.**
    Civ. No. **04-cv-00833-KAJ**

Dear Counsel:

Pursuant to the Order entered on 7/20/2007 by the Honorable Mary Pat Thyne, the following documents are herewith being returned to you:

ITEM: 104,182,187,188,192,200,210,233,251,260,261,262,263,270,271, 288,289,290,291,292,310,317,323,328.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By _[signature]_

I hereby acknowledge receipt of the above mentioned documents on July 31, 2007.

_Michael S. Williams_
Signature